```
STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone    (916) 797-3100
Facsimile    (916) 797-3131

AMY E. DIAS (pro hac vice motion pending)
JONES DAY
500 Grant Street, Suite 3100
Pittsburg, PA 15219-2502
Telephone:   (412) 391-3939
Facsimile:   (412) 384-7959

MATTHEW W. LAMPE (pro hac vice motion pending)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43216-5017
Telephone:   (614) 469-3939
Facsimile:   (614) 461-4198

Attorneys for Defendants
ALDERWOODS GROUP, INC. and
SERVICE CORPORATION INTERNATIONAL
```

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDL

"BY FAX"

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ALDERWOODS GROUP, INC., and SERVICE CORPORATION INTERNATIONAL,<br><br>Defendants. | No. CV 08 1184<br><br>CERTIFICATE OF SERVICE OF CIVIL CASE COVER SHEET, NOTICE OF REMOVAL OF CIVIL ACTION TO STATE COURT AND NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |

ORIGINAL

///

1

1  |  I am a citizen of the United States. My business address is 2240 Douglas
2  |  Boulevard, Suite 150, Roseville, California 95661. I am employed in the County of Placer
3  |  where this mailing occurs. I am over the age of 18 years, and not a party to the within
4  |  cause. I am readily familiar with my employer's normal business practice for collection
5  |  and processing of correspondence for mailing with the U.S. Postal Service, and that
6  |  practice is that correspondence is deposited with the U.S. Postal Service the same day
7  |  as the day of collection in the ordinary course of business.
8  |  On the date set forth below, following ordinary business practice, I served the
9  |  foregoing document(s) described as:

**CIVIL CASE COVER SHEET, NOTICE OF REMOVAL OF CIVIL ACTION TO STATE COURT AND NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

on said date at my place of business, a true copy thereof enclosed in a sealed envelope prepaid for first-class mail for collection and mailing that same day in the ordinary course of business, addressed to the parties as follows:

Jay Rosen Sanford
Rosen, Bien & Galvan, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
*Attorney for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on February 27, 2008, at Roseville, California.

*/s/ Candace Nelson*
CANDACE NELSON

2