1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, ESQ. SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA 95661-3805
4  Telephone   (916) 797-3100
   Facsimile   (916) 797-3131
5
   AMY E. DIAS (pro hac vice motion pending)
6  JONES DAY
   500 Grant Street, Suite 3100
7  Pittsburg, PA 15219-2502
   Telephone:  (412) 391-3939
8  Facsimile:  (412) 384-7959

9  MATTHEW W. LAMPE (pro hac vice motion pending)
   JONES DAY
10 325 John H. McConnell Boulevard, Suite 600
   Columbus, OH 43216-5017
11 Telephone:  (614) 469-3939
   Facsimile:  (614) 461-4198
12
   Attorneys for Defendants
13 ALDERWOODS GROUP, INC.,
   SERVICE CORPORATION INTERNATIONAL,
14 SCI FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN MARKET
15 SUPPORT CENTER, L.P., SCI WESTERN MARKET
   SUPPORT CENTER, L.P., and SCI HOUSTON
16 MARKET SUPPORT CENTER, L.P.

17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20

21 WILLIAM HELM, DEBORAH PRISE,           ) No. CV 08-1184 EDL
   HEATHER P. RADY, et al., on behalf of  )
22 themselves and all other employees and )
   former employees similarly situated,   ) **DECLARATION OF LIANA JENSEN IN**
23                                        ) **SUPPORT OF MOTION TO DISMISS**
              Plaintiffs,                 ) **COMPLAINT PURSUANT TO FRCP**
24     vs.                                ) **12(b)(2) and 12(b)(6)**
                                          )
25 ALDERWOODS GROUP, INC., PAUL A.        )
26 HOUSTON, SERVICE CORPORATION           )
   INTERNATIONAL, SCI FUNERAL AND         )
27 CEMETERY PURCHASING                    )
28

**DECLARATION OF LIANA JENSEN RE MOTION TO DISMISS**                              1
Case No. 08-1184 EDL

|   |   |
|---|---|
| 1 | COOPERATIVE, INC., SCI EASTERN ) |
|   | MARKET SUPPORT CENTER, L.P., SCI ) |
| 2 | WESTERN MARKET SUPPORT ) |
|   | CENTER, L.P., a/k/a SCI WESTERN ) |
| 3 | MARKET SUPPORT CENTER, INC., and ) |
|   | SCI HOUSTON MARKET SUPPORT ) |
| 4 | CENTER, L.P. ) |
| 5 | ) |
|   |              Defendants.           ) |

     I, Liana Jensen, hereby specially appear in this matter for the sole purpose of moving to dismiss the Complaint and, in support of that motion, submit the following Declaration under penalty of perjury:

     1.    I am currently employed by SCI Funeral & Cemetery Purchasing Cooperative, Inc. in the position of legal assistant. I have held his position since September 2003.

     2.    I am the legal assistant assigned to work on the above caption case. As part of my job responsibilities related that case, I obtained copies of the Plaintiffs' W-2's they received for their employment. Attached hereto as collectively as Exhibit 1 are true and correct copies of those documents.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of February, 2008, at Houston, Texas.

*Liana Jensen*
Liana Jensen

2

DECLARATION OF LIANA JENSEN IN SUPPORT OF
MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(2) and 12(b)(6)

**EXHIBIT 1**

| a Control number 0000040241 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation ███ | 2 Federal income tax withheld ███ |
|---|---|---|---|---|
| b Employer identification number 83-0344693 | d Employee's social security number ███ | | 3 Social security wages ███ | 4 Social security tax withheld ███ |
| c Employer's name, address, and ZIP code   SC2   623 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI ARIZONA FUN  P.O. BOX 130548 HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips ███ | 6 Medicare tax withheld ███ |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name  JAMES W   STICKLE 4667 WEST 19TH PLACE YUMA, AZ 85364-0000 | | | 11 Nonqualified plans | 12 a-d  D  ███ |
| | | | 14 Other | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ |
| 15 State  Employer's state ID number AZ  0741907163 | 16 State wages, tips, etc. ███ | 17 State income tax ███ | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement **2006**   REISSUE

| a Control number 0000036780 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation ▮▮▮ | 2 Federal Income tax withheld ▮▮▮ |
|---|---|---|---|---|
| b Employer Identification number 83-0344693 | d Employee's social security number ▬▬▬ | | 3 Social security wages ▮▮▮ | 4 Social security tax withheld ▮▮▮ |
| c Employer's name, address, and ZIP code    SC2    533 <br> SCI FUNERAL & CEMETERY PURCHASING COOP I <br> AGENT FOR SCI ARIZONA FUN <br> P.O. BOX 130548 <br> HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips ▮▮▮ | 6 Medicare tax withheld ▮▮▮ |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name <br><br> ELEANOR R    RIGGIO <br> 8414 N. 80TH PL <br> SCOTTSDALE, AZ 85258 | | | 11 Nonqualified plans | 12 a-d |
| | | | 14 Other | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☐  Third-Party Sick Pay ☐ |
| 15 State  Employer's state ID number <br> AZ    0741907163 | 16 State wages, tips, etc. ▬▬▬ | 17 State income tax ▬ | 18 Local wages, tips, etc. | 19 Local Income tax | 20 Locality name |

Form **W-2**  Wage and Tax Statement  **2006**    REISSUE

| a Control number 0000075689 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation ▪▪▪▪▪ | 2 Federal income tax withheld ▪▪▪▪▪ |
|---|---|---|---|---|
| b Employer identification number 83-0344693 | d Employee's social security number ▪▪▪▪▪ | | 3 Social security wages ▪▪▪▪▪ | 4 Social security tax withheld ▪▪▪▪▪ |
| c Employer's name, address, and ZIP code  SC2  3 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI ARIZONA FUN P.O. BOX 130548 HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips ▪▪▪▪▪ | 6 Medicare tax withheld ▪▪▪▪▪ |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name FRANK A           ACUNA 2810 S 1ST AV #B YUMA, AZ 85364-0000 | | | 11 Nonqualified plans | 12 a-d |
| | | | 14 Other | |
| | | | | 13 Statutory employee ☐  Retirement plan ☐  Third-Party Sick Pay ☐ |
| 15 State  Employer's state ID number AZ   0741907163 | 16 State wages, tips, etc. ▪▪▪▪▪ | 17 State Income tax ▪▪▪▪▪ | 18 Local wages, tips, etc. | 19 Local income tax  20 Locality name |

Form **W-2** Wage and Tax Statement **2006**    **REISSUE**

| a Control number 0000086464 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation ▇▇▇ | 2 Federal income tax withheld ▇▇▇ |
|---|---|---|---|---|
| b Employer identification number 83-0344693 | d Employee's social security number ▇▇▇ | | 3 Social security wages ▇▇▇ | 4 Social security tax withheld ▇▇▇ |
| c Employer's name, address, and ZIP code  SD4  233 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR CALIFORNIA CEME P.O. BOX 130548 HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips ▇▇▇ | 6 Medicare tax withheld ▇▇▇ |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name JOSEPH W    BIERNACKI 189 ATHERTON AVE. PITTSBURG, CA 94565-0000 | | | 11 Nonqualified plans | 12 a-d   D ▇▇▇ |
| | | | 14 Other CASDI ▇▇▇ | |
| | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ |
| f Employee's address and ZIP code | | | | |
| 15 State  Employer's state ID number CA  122-2859-9 | 16 State wages, tips, etc. ▇▇▇ | 17 State income tax ▇▇▇ | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement **2006**    **REISSUE**

| a Control number 0000111529 | | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| b Employer identification number 83-0344693 | | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code  SD4  1045 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR CALIFORNIA CEME P.O. BOX 130548 HOUSTON TX 77219-0548 | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name RHEALYN         HOLLAND 1011 YGNACIO VALLEY RO APT. 26 WALNUT CREEK, CA 94598 | | | | 11 Nonqualified plans | 12 a-d   D |
| | | | | 14 Other CASDI | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ | |
| 15 State  Employer's state ID number CA   122-2859-9 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement    **2006**    **REISSUE**

| a Control number 0000068800 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation ▓▓▓ | 2 Federal income tax withheld ▓▓▓ |
|---|---|---|---|---|
| b Employer identification number 83-0344693 | d Employee's social security number ▓▓▓ | | 3 Social security wages ▓▓▓ | 4 Social security tax withheld ▓▓▓ |
| c Employer's name, address, and ZIP code  SK6  77 | | | 5 Medicare wages and tips ▓▓▓ | 6 Medicare tax withheld ▓▓▓ |
| SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI IOWA FUNERA P.O. BOX 130548 HOUSTON TX 77219-0548 | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and Initial    Last name | | | 11 Nonqualified plans | 12 a-d  C ▓▓▓ |
| RICHARD    LAMASTERS 1711 S. 3RD STREET MARSHALLTOWN, IA 50158-0000 | | | 14 Other | D ▓▓▓ |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| IA | 42-1186703001 3 | ▓▓▓ | ▓▓▓ | | | |

Form **W-2** Wage and Tax Statement **2006**    REISSUE

| a Control number 0000050447 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation ▓ | 2 Federal income tax withheld ▓ |
|---|---|---|---|---|
| b Employer identification number 83-0344693 | d Employee's social security number ▓ | | 3 Social security wages ▓ | 4 Social security tax withheld ▓ |
| c Employer's name, address, and ZIP code  SCI FUNERAL & CEMETERY PURCHASING COOP I  AGENT FOR CALIFORNIA CEME  P.O. BOX 130548  HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips ▓ | 6 Medicare tax withheld ▓ |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name   SD4   782  GORDON E   FARMER  151 SHADY LANE  VALLEJO, CA 94591-0000 | | | 11 Nonqualified plans | 12 a-d   D ▓ |
| | | | 14 Other  CASDI ▓ | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ |
| 15 State  CA | Employer's state ID number  005-0348-2 | 16 State wages, tips, etc. ▓ | 17 State income tax ▓ | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement **2005**    REISSUE

| a Control number 0000076982 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| b Employer identification number 83-0344693 | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code  SCI FUNERAL & CEMETERY PURCHASING COOP I  AGENT FOR SCI OREGON FUNE  P.O. BOX 130548  HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial     Last name       SQ2     49  KENNETH R     ALLEN  PO BOX 2742  EUGENE, OR 97402-0000 | | | 11 Nonqualified plans | 12 a-d     D |
| | | | | 13 Statutory employee ☐  Retirement plan ☐  Third-Party Sick Pay ☒ |
| f Employee's address and ZIP code | | | | |
| 15 State  OR | Employer's state ID number  0002937-4 | 16 State wages, tips, etc | tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2  Wage and Tax Statement  2004     REPLACEMENT COPY