1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
3  Roseville, CA  95661-3805
   Telephone     (916) 797-3100
4  Facsimile     (916) 797-3131

5  Attorneys for Defendants
   ALDERWOODS GROUP, INC., SCI FUNERAL AND
6  CEMETERY PURCHASING COOPERATIVE, INC.
   and SCI WESTERN MARKET SUPPORT CENTER,
7  L.P.

8

                    UNITED STATES DISTRICT COURT
9

                  NORTHERN DISTRICT OF CALIFORNIA
10

                     (SAN FRANCISCO DIVISION)
11

12  WILLIAM HELM, DEBORAH PRISE,          )  Case No. CV 08-1184 EDL
    HEATHER P. RADY, et al., on behalf of )
13  themselves and all other employees and former )  [Assigned to Judge Hon. Elizabeth D.
    employees similarly situated,         )  Laporte]
14                                         )
                                          )  **[PROPOSED] ORDER GRANTING**
15              Plaintiffs,                )  **DEFENDANTS ALDERWOODS GROUP,**
                                          )  **INC., SCI FUNERAL AND CEMETERY**
16         vs.                             )  **PURCHASING COOPERATIVE, INC.**
                                          )  **AND SCI WESTERN MARKET**
17  ALDERWOODS GROUP, INC., PAUL A.       )  **SUPPORT CENTER, L.P.'S MOTION TO**
    HOUSTON, SERVICE CORPORATION          )  **DISMISS**
18  INTERNATIONAL, SCI FUNERAL AND        )
    CEMETERY PURCHASING                   )
19  COOPERATIVE, INC., SCI EASTERN        )
    MARKET SUPPORT CENTER, L.P., SCI      )  Date:      April 15, 2008
20  WESTERN MARKET SUPPORT CENTER,        )  Time:      9:00 a.m.
    L.P., a/k/a SCI WESTERN MARKET        )  Dept:      E
21  SUPPORT CENTER, INC., and SCI         )
    HOUSTON MARKET SUPPORT CENTER,        )
22  L.P.                                   )
                                          )
23                                         )
               Defendants.                )
24  _____   )
25
        Defendants Alderwoods Group, Inc., SCI Funeral And Cemetery Purchasing Cooperative,
26
    Inc. and SCI Western Market Support Center, L.P.'s Motion to Dismiss came on for hearing before
27

28

1     this Court.  After consideration of the briefs and arguments o counsel, and all other matters

2     presented to this Court:

3          IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is granted.

4

5     Dated:_____          _____

6                                          United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[Proposed] Order Granting Defendants Motion To Dismiss**                    2
Case No. 08-1184 EDL