1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
3  Roseville, CA  95661-3805
   Telephone    (916) 797-3100
4  Facsimile    (916) 797-3131

5  Attorneys for Defendants
   ALDERWOODS GROUP, INC.,
6  SERVICE CORPORATION INTERNATIONAL,
   SCI FUNERAL AND CEMETERY PURCHASING
7  COOPERATIVE, INC., SCI EASTERN MARKET
   SUPPORT CENTER, L.P., SCI WESTERN MARKET
8  SUPPORT CENTER, L.P., and SCI HOUSTON
   MARKET SUPPORT CENTER, L.P.
9

10
              UNITED STATES DISTRICT COURT
11
              NORTHERN DISTRICT OF CALIFORNIA
12

13

14  WILLIAM HELM, DEBORAH PRISE,          )  No.  CV 08-1184 EDL
    HEATHER P. RADY, et al., on behalf of )
15  themselves and all other employees and )
    former employees similarly situated,   )
16                                         )  DECLARATION OF GWEN PETTEWAY
                                           )  IN SUPPORT OF SERVICE
17            Plaintiffs,                  )  CORPORATION INTERNATIONAL'S
       vs.                                 )  MOTION TO DISMISS AMENDED
18                                         )  COMPLAINT PURSUANT TO FRCP
    ALDERWOODS GROUP, INC., PAUL A.        )  12(b)(2) AND FRCP 12(b)(6)
19  HOUSTON, SERVICE CORPORATION           )
    INTERNATIONAL, SCI FUNERAL AND         )
20  CEMETERY PURCHASING                    )
    COOPERATIVE, INC., SCI EASTERN         )
21  MARKET SUPPORT CENTER, L.P., SCI       )
    WESTERN MARKET SUPPORT                 )
22  CENTER, L.P., a/k/a SCI WESTERN        )
23  MARKET SUPPORT CENTER, INC., and       )
    SCI HOUSTON MARKET SUPPORT             )
24  CENTER, L.P.                           )
                                           )
25            Defendants.                  )
26  _____

27

28

**DECLARATION OF GWEN PETTEWAY RE DISMISS AMENDED COMPLAINT**     1
Case No. 08-1184 EDL

I, Gwen Petteway, hereby specially appear in this matter for the sole purpose of moving to dismiss the Amended Complaint and, in support of that motion, submit the following declaration under penalty of perjury:

1. I am a resident of Brazoria County, Texas.

2. I am employed by SCI Funeral and Cemetery Purchasing Cooperative, Inc., as a director of human resources. As such, I work with the SCI Houston Market Support Center, L.P. ("Houston Market Support") from its only offices located in Houston, Texas. SCI Funeral and Cemetery Purchasing Cooperative, Inc. is a Delaware corporation which maintains its offices and principal place of business only in Houston, Texas.

3. Houston Market Support has never been licensed or conducted business in the State of California. It provides executive, management, administrative, accounting, data processing, and human resources services to the funeral establishments, cemeteries and other local facilities owned by Service Corporation International's ("SCI") subsidiary companies that are located in the following states: Texas, Louisiana, Georgia, Florida, Tennessee, North Carolina, South Carolina, Alabama, Missouri, Kansas, West Virginia, Mississippi and Oklahoma. At no time did Houston Market Support provide any such services within the State of California or to any business entity doing business in the State of California.

4. Houston Market Support has never entered into any contracts, employment or otherwise, with any of the plaintiffs in this action. It never employed or supervised the employment of any of the plaintiffs in this action.

5. Houston Market Support has never maintained an office or held any bank accounts located within the State of California.

6. Houston Market Support has not owned any real property in the State of California.

7. Houston Market Support has not paid any taxes to the State of California.

8. I make this declaration based upon my own personal knowledge. If called upon to testify about the matters set forth herein, I could and would do so.

////

////

2

**DECLARATION OF GWEN PETTEWAY IN SUPPORT OF SCI EASTERN MARKET SUPPORT CENTER, L.P.'S MOTION TO DISMISS AMENDED COMPLAINT**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of February, 2008, at Houston, Texas.

*/s/ Gwen Petteway*
GWEN PETTEWAY

3

DECLARATION OF GWEN PETTEWAY IN SUPPORT OF SCI EASTERN MARKET SUPPORT CENTER, L.P.'S MOTION TO DISMISS AMENDED COMPLAINT