1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
3  Roseville, CA  95661-3805
   Telephone    (916) 797-3100
4  Facsimile    (916) 797-3131

5  Attorneys for Defendants
   SERVICE CORPORATION INTERNATIONAL,
6  SCI WESTERN MARKET SUPPORT CENTER, L.P.
   and SCI EASTERN MARKET SUPPORT CENTER,
7  L.P.

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  (SAN FRANCISCO DIVISION)

| | |
|---|---|
| 12  WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>Defendants. | Case No. CV 08-1184 EDL<br><br>[Assigned to Judge Hon. Elizabeth D. Laporte]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SERVICE CORPORATION INTERNATIONAL, SCI EASTERN MARKET SUPPORT CENTER, L.P. AND SCI HOUSTON MARKET SUPPORT CENTER, L.P.'S MOTION TO DISMISS**<br><br>Date:    April 15, 2008<br>Time:   9:00 a.m.<br>Dept:    E |

   Defendants Service Corporation International, SCI Eastern Market Support Center, L.P. and SCI Houston Market Support Center, L.P.'s Motion to Dismiss came on for hearing before this Court.  After consideration of the briefs and arguments o counsel, and all other matters presented

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**
Case No. 08-1184 EDL                                                                                                1

to this Court:

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is granted.

Dated:_____          _____
                                United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS          2
Case No. 08-1184 EDL