1   STEVEN H. GURNEE, ESQ. SB# 66056
    DAVID M. DANIELS, ESQ. SB# 170315
2   NICHOLAS P. FORESTIERE, ESQ. SB# 125118
    GURNEE & DANIELS LLP
3   2240 Douglas Boulevard, Suite 150
    Roseville, CA  95661-3805
4   Telephone      (916) 797-3100
    Facsimile      (916) 797-3131
5
    Attorneys for Defendants
6   SERVICE CORPORATION INTERNATIONAL
    And ALDERWOODS GROUP, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      (SAN FRANCISCO DIVISION)

11

12   WILLIAM HELM, DEBORAH PRISE,          )   Case No. CV 08-1184 EDL
     HEATHER P. RADY, et al., on behalf of )
13   themselves and all other employees and former )  **DEFENDANTS SERVICE
     employees similarly situated,          )   CORPORATION INTERNATIONAL'S
14                                          )   AND ALDERWOODS GROUP, INC.'S
                                            )   NOTICE OF MOTION AND MOTION
15                 Plaintiffs,              )   FOR STAY OF THIS ACTION AND
                                            )   AWARD OF ATTORNEY FEES AND
16          vs.                             )   COSTS PURSUANT TO FRCP 41(d)**
                                            )
17   ALDERWOODS GROUP, INC., PAUL A.        )
     HOUSTON, SERVICE CORPORATION          )   Date:   April 15, 2008
18   INTERNATIONAL, SCI FUNERAL AND        )   Time:   9:00 a.m.
     CEMETERY PURCHASING                   )   Dept:   E
19   COOPERATIVE, INC., SCI EASTERN        )
     MARKET SUPPORT CENTER, L.P., SCI      )
20   WESTERN MARKET SUPPORT CENTER,        )
     L.P., a/k/a SCI WESTERN MARKET        )
21   SUPPORT CENTER, INC., and SCI         )
     HOUSTON MARKET SUPPORT CENTER,        )
22                                         )
23   L.P.                                  )
                                           )
24                 Defendants.             )
     _____)
25   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

26          PLEASE TAKE NOTICE THAT on April 15, 2008 at 9:00 a.m. or as soon thereafter as the

27   matter may be heard in Department E of the United States District Court, Northern District of

28
                                           1

     _____
     SCI'S AND ALDERWOODS' MOTION FOR STAY OF THIS ACTION AND AWARD OF ATTORNEY FEES
                      AND COSTS PURSUANT TO FRCP 41(d)

California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, California, Defendants Service Corporation International ("SCI") and Alderwoods Group, Inc. ("Alderwoods") will jointly and severally move the Court for an order pursuant to FRPC 41(d) staying this action and requiring plaintiffs to pay them the $35,532.23 in attorney's fees and costs incurred in a prior nearly identical action against them that the plaintiffs voluntarily dismissed and now have re-filed.

This motion is made on the ground that plaintiffs previously filed and dismissed their meritless action against SCI and Alderwoods in the case of *Prise et al. v. Alderwoods Group, Inc. and Service Corporation International,* Case No. 07-CV-5140'MJJ ("*Prise*") filed in the United States District Court, Northern District of California, which sought nearly identical claims and relief against them that plaintiffs are now seeking in this action.

This Motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities set forth below, the Declarations of John A. Mason and Amy E. Dias, the Request for Judicial Notice filed in support of Defendants' accompanying Motions to Dismiss, the pleadings, records and files in this action and the *Prise* action, and upon such other and further evidence and argument as may be presented at the time of the hearing.

Dated: March 5, 2008.

GURNEE & DANIELS LLP

By _____
STEVEN H. GURNEE, ESQ.
DAVID M. DANIELS, ESQ.
NICHOLAS P. FORESTIERE, ESQ.
Attorneys for Defendants
SERVICE CORPORATION
INTERNATIONAL and ALDERWOODS
GROUP, INC.,

///

///

///

///

SCI'S AND ALDERWOODS' MOTION FOR STAY OF THIS ACTION AND AWARD OF ATTORNEY FEES
AND COSTS PURSUANT TO FRCP 41(d)

## MEMORANDUM OF POINTS & AUTHORITIES

### I

**THIS ACTION SHOULD BE STAYED, AT LEAST AS TO SCI AND ALDERWOODS UNTIL THE PLAINTIFFS HAVE PAID THEIR ATTORNEY'S FEES AND COSTS INCURRED IN FILING THEIR MOTION TO DISMISS IN THE CASE OF *PRISE ET AL. V. ALDERWOODS GROUP, INC. AND SERVICE CORPORATION INTERNATIONAL***

Rule 41(d) in relevant part states:

> If a plaintiff who has once dismissed an action in any Court commences an action based upon or including the same claim against the same defendant, the Court may make such order for the payment of costs of the action previously dismissed as it may deem proper and may stay the proceedings in the action until the plaintiff has complied with the order.

"Costs may be imposed under Rule 41(d) where the plaintiff has brought a second identical, or nearly identical, claim and has requested identical, or nearly identical, relief." (*Esquivel v. Arau*, 913 F.Supp. 1382, 1387 (C.D.Cal.,1996).) Such an award of costs can include both expenses and attorney fees. (*Id.* at p. 1392). "Rule 41(d) is intended to serve as a deterrent to forum shopping and vexatious litigation." (*Id.* at p. 1386.)

Plaintiffs are required to pay SCI's and Alderwoods' attorney's fees and costs in the amount of $35,532.23 before being allowed to proceed against them in this action. These fees and costs were incurred in preparing and filing their Motion to Dismiss the plaintiffs' class action case entitled *Deborah Prise et al. v. Alderwoods Group, Inc., and Service Corporation International*, United States District Court, Northern District of California, Case No. C 07-CV-5140-MJJ.) (*See*, Declaration of John A. Mason at ¶¶ 2-4; Declaration of Amy E. Dias at ¶¶ 2-4.) The plaintiffs voluntarily dismissed that action before the motion to dismiss was heard. (Mason Decl. at ¶2.) The claims that were asserted in that prior action, as well as the relief sought, are identical or nearly identical to those being asserted in this action. They both include essentially the same violations of state wage and hour law and state common claims. (Compare, Request for Judicial Notice filed in support of Defendants' accompanying Motions to Dismiss ("RJN"), Exhibit F, *Prise* Amended Complaint ¶¶ 50-142 with RJN Exhibit L, the Amended Class action in this case ¶¶58-

**3**

147.)  Both actions include the same state law causes of action for: Violation of California Labor Laws, State Wage and Hour Laws, Unjust Enrichment/Restitution, Conversion, Fraud and Deceit, Misrepresentation, Breach of Contract, Breach of Implied Covenant of Good Faith and Fair Dealing, Quantum Meruit and Unlawful Business Practices.  (RJN Exhibits F and L.)

SCI and Alderwoods spent a substantial amount of time, effort and money seeking their dismissal from the same meritless state law claims Plaintiffs alleged against them in the *Prise* action, only now to have them reasserted by plaintiffs against them in this action.  Consequently, they request the Court require plaintiffs to pay their attorney fees and costs incurred in the prior dismissed action before plaintiffs are allowed to proceed against them in this action.

## II

## CONCLUSION

Based on the foregoing, SCI and Alderwoods respectfully request an order staying this action and requiring plaintiffs to pay SCI and Alderwoods the amount of $35,532.23 pursuant to FRCP 41(d).

Dated:  March 5, 2008.                          GURNEE & DANIELS LLP


By _____
         STEVEN H. GURNEE, ESQ.
         DAVID M. DANIELS, ESQ.
         NICHOLAS P. FORESTIERE, ESQ.
         Attorneys for Defendants
         SERVICE CORPORATION
         INTERNATIONAL and ALDERWOODS
         GROUP, INC.,