STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone: (916) 797-3100
Facsimile: (916) 797-3131

Attorneys for Defendants

ALDERWOODS GROUP, INC. and
SERVICE CORPORATION INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC., and SERVICE CORPORATION INTERNATIONAL,<br><br>Defendants. | Case No. cv-08-1184<br><br>**DECLARATION OF AMY E. DIAS IN SUPPORT OF SERVICE CORPORATION INTERNATIONAL'S MOTION TO DISMISS AMENDED COMPLAINT (FRCP 12(b)(2) AND 12(b)(6)) AND FOR STAY AND AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO FRCP 41(d)** |

## DECLARATION OF AMY E. DIAS

Amy E. Dias, being first duly sworn on oath, states and deposes as follows:

1. I am over 21 years of age, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify in this matter, my testimony would be as set forth in this Declaration.

2. I am a partner in the Labor and Employment practice with the law firm of Jones Day in Pittsburgh, Pennsylvania. Jones Day was attorney of record for the defendants in the matter of *Prise, et al. v. Alderwoods Group, Inc., et al.*, Case No. 3:07-cv-05140-MJJ, N.D. Cal. ("*Prise*"), which was voluntarily dismissed while defendants' Motion to Dismiss was pending. I was personally responsible for supervising the work of attorneys and legal assistants on the case, and worked on the case myself.

3. I am one of the custodians of records for Jones Day. In that capacity, I personally reviewed all invoices generated by Jones Day in *Prise* in order to quantify the work performed and costs incurred by Jones Day in preparing the Motion to Dismiss in *Prise*.

4. Based on my review of the invoices, I have determined that Jones Day attorneys and legal assistants billed a total of 67.95 hours in preparing the Motion to Dismiss, including analysis of the complaint, research, drafting, comparing the claims and allegations to those in related actions brought by plaintiffs' counsel against the defendants in the *Prise* action, and finalizing for filing. The rates charged for these hours ranged from $205.00 per hour to $525.00 per hour. The total attorneys' fees charged to the client were $29,888.25. In addition, Jones Day charged another $905.54 in disbursements and expenses for long distance, copying, delivery and computerized research services.

DECLARATION AMY E. DIAS IN SUPPORT OF SERVICE CORPORATION INTERNATIONAL'S MOTION TO DISMISS AND FOR STAY AND AWARD OF ATTORNEYS FEES

CHI-1636481v1

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Dated March 5, 2008 in Pittsburgh, Pennsylvania.

*Amy E. Dias*

Amy E. Dias

2
DECLARATION AMY E. DIAS IN SUPPORT OF SERVICE CORPORATION INTERNATIONAL'S MOTION TO DISMISS AND FOR STAY AND AWARD OF ATTORNEYS FEES

CHI-1636481v1