STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone      (916) 797-3100
Facsimile      (916) 797-3131

Attorneys for Defendants
ALDERWOODS GROUP, INC.,
SERVICE CORPORATION INTERNATIONAL,
SCI FUNERAL AND CEMETERY PURCHASING
COOPERATIVE, INC., SCI EASTERN MARKET
SUPPORT CENTER, L.P., SCI WESTERN MARKET
SUPPORT CENTER, L.P., and SCI HOUSTON
MARKET SUPPORT CENTER, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>Defendants. | No.  CV 08-1184 EDL<br><br>**DEFENDANTS' CONSOLIDATED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR RESPECTIVE MOTIONS TO DISMISS PLAINTIFFS' AMENDED COMPLAINT  AND SERVICE CORPORATION INTERNATIONAL'S AND ALDERWOODS GROUP, INC.'S MOTION TO STAY ACTION AND FOR ATTORNEY'S FEES [FRE 201(b)]**<br><br>Date:          April 15, 2008<br>Time:          9:00 a.m.<br>Dept.:            E |

**DEFENDANTS CONSOLIDATED REQUEST FOR JUDICIAL NOTICE**
**Case No.:  08-1184 EDL**

1

For purposes of considering the motions to dismiss filed by the respective defendants in this action, as well as the motion by defendant Service Corporation International and Alderwoods Group, Inc. for a stay of the action and payment of attorney's fees by plaintiffs pursuant to FRCP 41(d), Defendants hereby request that the Court take judicial notice pursuant to FRE 201(b) of the following documents and rulings attached hereto (*See also, International Board of Teamsters v. Zantop Air Transportation Corp.*, 394 F.2d 36, 40 (6th Cir. 1968) ("[A] court may take judicial notice of the rules, regulations and orders of administrative agencies issued pursuant to their delegated authority"); *U.S. v. City of St. Paul*, 258 F.3d 750, 753 (8th Cir. 2001) *cert. denied*, 535 U.S. 904 (writing showing an agency's interpretation of its own regulations is entitled to judicial notice absent showing the interpretation is unreasonable or inconsistent with the statutory authority):

**Exhibit A**:     Transcript of Hearing on Thursday, April 19, 2007 in the matter *Prise, et al. v. Alderwoods Group, Inc., et al*, Case No. 2:06-cv-01470-JFC, Docket No. 33, United States District Court for the Western District of Pennsylvania before the Honorable Joy Flowers Conti, District Judge.

**Exhibit B**:     Transcript of Hearing on September 6, 2007 in the matter *Prise, et al. v. Alderwoods Group, Inc., et al*, Case No. 2:06-cv-01470-JFC, Docket No. 33, United States District Court for the Western District of Pennsylvania before the Honorable Joy Flowers Conti, District Judge.

**Exhibit C**     Transcript of Nov. 15, 2007 Hearing Plaintiffs.' Motion for Leave to File Second Amended Complaint in the matter *Prise, et al. v. Alderwoods Group, Inc., et al*, Case No. 2:06-cv-01470-JFC, Docket No. 33, United States District Court for the Western District of Pennsylvania.

**DEFENDANTS CONSOLIDATED REQUEST FOR JUDICIAL NOTICE**                    2
**Case No.:  08-1184 EDL**

**Exhibit D**      Declaration of Judith M. Marshall attached as Appendix B to the Class Action Complaint entitled J*ames Stickle et al v. SCI Western Market Support Center, L.P. et al*, U.S. District Court, District of Arizona, Phoenix Division, Case No. 08-CV-83.

**Exhibit E**      Plaintiffs.' Motion for Leave to File Second Amended Complaint in the matter *Prise, et. al. v. Alderwoods Group, Inc., et al*, Case No. 2:06-cv-01470-JFC, Docket No. 33, United States District Court for the Western District of Pennsylvania.

**Exhibit F**      Amended Complaint in *William Helm, et. al. v. Alderwoods Group, Inc., and Service Corporation International*, Case No. C 07-CV-5140-MJJ.

**Exhibit G**      Defendants' Notice of Removal in *William Helm, et. al. v. Alderwoods Group, Inc., and Service Corporation International*, Case No. C 07-CV-5140-MJJ.

**Exhibit H**      Defendants' Memorandum of its Motion to Dismiss in *William Helm, et. al. v. Alderwoods Group, Inc., and Service Corporation International*, Case No. C 07-CV-5140-MJJ.

**Exhibit I**      Plaintiff's Notice of Voluntary Dismissal in *William Helm, et. al. v. Alderwoods Group, Inc., and Service Corporation International*, Case No. C 07-CV-5140-MJJ.

**Exhibit J**      Complaint filed in *Bryant, et. al. v. Alderwoods Group, Inc., and Service Corporation International, et al.*, Case No. 3:07-CV-5696-SI.

**Exhibit K** consisting of the Amended Complaint filed in *Bryant, et. al. v. Service Corporation International, et al*. Case No. RG-07359593, which have been removed to this court.

**Exhibit L** consisting of the Amended Complaints filed in *Helm, et. al. v. Alderwoods Group, Inc. et al.*, Case No. RG-07359602, which have been removed to this court.

////

////

////

**DEFENDANTS CONSOLIDATED REQUEST FOR JUDICIAL NOTICE**
**Case No.:  08-1184 EDL**                                                                                      3

Exhibit **M** consisting of the Class Action Complaint file in *Stickle, et al. v. SCI Western Market Support Center, L.P., et al.,* U.S. District Court, District of Arizona, Phoenix Division, Case No. 08-CV-83.

Exhibit **N** consisting of the Class Action Complaint filed in *Prise et al. v. Alderwoods Group, Inc.*, U.S. District Court, Western District of Pennsylvania, Case No. 06-1641.

Date:        March 5, 2008.                    GURNEE & DANIELS LLP

By _____
                    STEVEN H. GURNEE, ESQ.
                    DAVID M. DANIELS, ESQ.
                    Attorneys for Defendants
                    ALDERWOODS GROUP, INC.,
                    SERVICE CORPORATION
                    INTERNATIONAL, SCI FUNERAL AND
                    CEMETERY PURCHASING
                    COOPERATIVE, INC., SCI EASTERN
                    MARKET SUPPORT CENTER, L.P.,
                    SCI WESTERN MARKET SUPPORT
                    CENTER, L.P., and SCI HOUSTON
                    MARKET SUPPORT CENTER, L.P.

**DEFENDANTS CONSOLIDATED REQUEST FOR JUDICIAL NOTICE**                    4
**Case No.:  08-1184 EDL**