1   STEVEN H. GURNEE, ESQ. SB# 66056
     DAVID M. DANIELS, ESQ. SB# 170315
2   NICHOLAS P. FORESTIERE, ESQ. SB# 125118
     GURNEE & DANIELS LLP
3   2240 Douglas Boulevard, Suite 150
     Roseville, CA  95661-3805
4   Telephone    (916) 797-3100
     Facsimile     (916) 797-3131

5

     Attorneys for Defendants
6   ALDERWOODS GROUP, INC.,
     SERVICE CORPORATION INTERNATIONAL,
7   SCI FUNERAL AND CEMETERY PURCHASING
     COOPERATIVE, INC., SCI EASTERN MARKET
8   SUPPORT CENTER, L.P., SCI WESTERN MARKET
     SUPPORT CENTER, L.P., and SCI HOUSTON
9   MARKET SUPPORT CENTER, L.P.

10

11               UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, | No.  CV 08 1184 EDL |
| | **CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| vs. | |
| ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P. | |
| Defendants. | |

I am a citizen of the United States.  My business address is 2240 Douglas Boulevard, Suite

**1**

150, Roseville, California 95661. I am employed in the County of Placer where this mailing occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

**1. MOTION TO DISMISS AMENDED COMPLAINT BY ALDERWOODS, SCI FUNERAL & CEMETERY PURCHASING COOP; SCI WESTERN MARKET; SUPPORTING DECLARATION OF LIANA JENSEN; PROPOSED ORDER RE MOTION TO DISMISS**

**2. MOTION TO DISMISS AMENDED COMPLAINT BY SERVICE CORPORATION INTERNATIONAL; SCI EASTERN MARKET AND SCI HOUSTON MARKET; SUPPORTING DECLARATIONS OF STEVEN GURNEE, LIANA JENSEN, JANET KEY, GWEN PETTEWAY, AND ROBERT PISANO; REQUEST FOR JUDICIAL NOTICE; PROPOSED ORDER RE MOTION TO DISMISS**

**3. MOTION FOR STAY OF ACTION AND ATTORNEYS FEES BY SERVICE CORPORATION INTERNATIONAL AND ALDERWOODS GROUP; SUPPORTING DECLARATIONS OF AMY DIAS AND JOHN MASON; PROPOSED ORDER**

on said date at my place of business, a true copy thereof enclosed in a sealed envelope prepaid for first-class mail for collection and mailing that same day in the ordinary course of business, addressed to the parties as follows:

Justin Cordello / Annette Gifford          Kyle T. McGee / Charles Saul /
Michael J. Lingle / Patrick J. Solomon /   Liberty J. Weyandt
J. Nelson Thomas                           Margolis Edelstein
Dolin Thomas & Solomon LLP                 525 WILLIAM PENN PLACE,
693 EAST AVE.                              SUITE 3300
ROCHESTER, NY 14607                        PITTSBURG, PA 15219

I declare under penalty of perjury under the laws of the United States of America, that the

2

1   above is true and correct.

2   Executed on March 5, 2008, at Roseville, California.

3

4                                          Teresa Barker

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE