**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HELM, DEBORAH PRISE,
HEATHER P. RADY,

        Plaintiffs,

    v.

ALDERWOODS GROUP, INC.,
et al.,

        Defendants.
_____/

No. C-08-01184-EDL

NOTICE REGARDING CONSENT TO
JURISDICTION OF UNITED STATES
MAGISTRATE JUDGE

TO ALL PARTIES AND COUNSEL OF RECORD:

The notice of removal in the above-entitled action was filed on February 27, 2008. Pursuant to General Order 44, this case has been assigned to Magistrate Judge Elizabeth D. Laporte to conduct all further proceedings and to order the entry of final judgment upon the consent of all parties in the case. A signed consent to the jurisdiction of the Magistrate Judge must be filed by all parties before Magistrate Judge Laporte can consider the merits of the case or any substantive motion filed by any party.

Defendants have filed Motions to Dismiss and a Motion for Stay, which have been noticed for hearing on April 15, 2008 at 9:00 a.m. Accordingly, the parties are instructed to sign and return one of the enclosed forms no later than **March 17, 2008**, indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter or request reassignment to a District Court Judge.

Dated: March 6, 2008

                Richard W. Wieking, Clerk

                _____
                By: Lili M. Harrell, Deputy Clerk

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HELM, DEBORAH PRISE,
HEATHER P. RADY

        Plaintiffs,

    v.

ALDERWOODS GROUP, INC., et al.,

        Defendants.
_____/

No. C 08-1184 EDL

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____      _____
                                               Signature

                                               Counsel for _____
                                               (Name or party or indicate "pro se")

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HELM, DEBORAH PRISE,
HEATHER P. RADY

        Plaintiffs,

   v.

ALDERWOODS GROUP, INC., et al.

        Defendants.
_____/

No. C 08-1184 EDL

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO
A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____     _____
                                              Signature

                                              Counsel for _____
                                              (Name or party or indicate "pro se")

3