UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HELM, DEBORAH PRISE,
HEATHER P. RADY

        Plaintiffs,

v.

ALDERWOODS GROUP, INC., et al.

        Defendants.

No. C 08-1184 EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 7, 2008

Signature

Counsel for See Attached List
(Name or party or indicate "pro se")

3

ATTACHMENT TO:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNTIED STATES DISTRICT JUDGE**

COUNSEL FOR:

ALDERWOODS GROUP, INC.;

SERVICE CORPORATION INTERNATIONAL;

SCI FUNERAL AND CEMETERY PURCHASING;

COOPERATIVE, INC., SCI EASTERN MARKET;

SUPPORT CENTER, L.P., SCI WESTERN MARKET;

SUPPORT CENTER, L.P.; and

SCI HOUSTON MARKET SUPPORT CENTER, L.P.