1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
3  Roseville, CA  95661-3805
   Telephone   (916) 797-3100
4  Facsimile    (916) 797-3131

5  Attorneys for Defendants
   ALDERWOODS GROUP, INC.,
6  SERVICE CORPORATION INTERNATIONAL,
   SCI FUNERAL AND CEMETERY PURCHASING
7  COOPERATIVE, INC., SCI EASTERN MARKET
   SUPPORT CENTER, L.P., SCI WESTERN MARKET
8  SUPPORT CENTER, L.P., and SCI HOUSTON
   MARKET SUPPORT CENTER, L.P.
9

10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12

13 | WILLIAM HELM, DEBORAH PRISE,              ) No.  CV 08 1184 EDL
   | HEATHER P. RADY, et al., on behalf of     )
14 | themselves and all other employees and    ) **CERTIFICATE OF SERVICE**
   | former employees similarly situated,      )
15 |                                           )
   |                                           )
16 |            Plaintiffs,                    )
   |     vs.                                   )
17 |                                           )
   |                                           )
18 | ALDERWOODS GROUP, INC., PAUL A.           )
   | HOUSTON, SERVICE CORPORATION              )
19 | INTERNATIONAL, SCI FUNERAL AND            )
   | CEMETERY PURCHASING                       )
20 | COOPERATIVE, INC., SCI EASTERN            )
   | MARKET SUPPORT CENTER, L.P., SCI          )
21 | WESTERN MARKET SUPPORT                    )
   | CENTER, L.P., a/k/a SCI WESTERN           )
22 | MARKET SUPPORT CENTER, INC., and          )
   | SCI HOUSTON MARKET SUPPORT                )
23 | CENTER, L.P.                              )
   |                                           )
24 |                                           )
   |            Defendants.                    )
25 |                                           )

26

27        I am a citizen of the United States.  My business address is 2240 Douglas

28 Boulevard, Suite 150, Roseville, California 95661. I am employed in the County of Placer

                                            1

where this mailing occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

| |
|---|
| 1.   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; |
| 2.   STANDING ORDER RE CASE MANAGEMENT CONFERENCE W/STANDING ORDER FROM MAGISTRATE JUDGE ELIZABETH D. LAPORTE AND STANDING ORDER FRO ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA |
| 3.   NOTICE OF ASSIGNMENT OF CASE TO A UNTIED STATES MAGISTRATE JUDGE FOR TRIAL W/CONSENT TO PROCEED BEFORE A US MAGISTRATE JUDGE AND DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE |
| 4.   EFC REGISTRATION INFORMATION HANDOUT |
| 5.   FILING GUIDELINES AND DROP BOX PROCEDURES |

on said date at my place of business, a true copy thereof enclosed in a sealed envelope prepaid for first-class mail for collection and mailing that same day in the ordinary course of business, addressed to the parties as follows:

Jay Rosen Sanford
Rosen, Bien & Galvan, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
*Attorney for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

2

CERTIFICATE OF SERVICE OF CIVIL CASE COVER SHEET, NOTICE OF REMOVAL OF CIVIL ACTION TO STATE COURT AND NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

1
2  Executed on February 29, 2008, at Roseville, California.
3
                                    *Candace Nelson*
4                                   CANDACE NELSON
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE OF CIVIL CASE COVER SHEET, NOTICE OF REMOVAL OF CIVIL ACTION TO STATE COURT AND NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA