1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile:  (415) 433-7104
5  srosen@rbg-law.com

6  [Additional Counsel Listed on Following Page]

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.,<br><br>Defendants. | Case No. CV 08-1184<br><br>**[PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS (Docket Nos. 4 and 7) and DEFENDANTS' MOTION FOR ATTORNEY FEES AND STAY (Docket No. 14)** |

Additional Attorneys for Plaintiffs, who will submit applications for admission *pro hac vice*:

J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Michael J. Lingle, NY Attorney No. 3925765
Annette Gifford, NY Attorney No. 4105870
Justin Cordello, NY Attorney No. 4131447
DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile:  (585) 272-0574
nthomas@theemploymentattorneys.com

Charles H. Saul, PA State Bar No. 19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380
csaul@margolisedelstein.com

1
2     Good cause appearing, plaintiffs' administrative motion for an extension of time is
3 hereby granted and plaintiffs' time to respond to each of Defendants' First Motion to Dismiss
4 Amended Complaint filed by Alderwoods Group, Inc., SCI Funeral & Cemetery Purchasing
5 Cooperative, Inc., and SCI Western Market Support Center, L.P (Docket No. 4), Defendants' First
6 Motion to Dismiss Amended Complaint filed by Service Corporation International and SCI
7 Eastern Market Support Center, L.P. (Docket No. 7) and Defendants' First Motion for Attorney
8 Fees and First Motion to Stay filed by Alderwoods Group, Inc. and Service Corporation
9 International (Docket No. 14) is hereby extended until fourteen (14) days after the Court's ruling
10 regarding plaintiffs' Motion for Remand (Docket No. 29).
11
12 Dated: _____     _____
13                                          Honorable Susan Illston
14                                          United States District Court
15
16
17
18
19
20
21
22
23
24
25
26
27
28