STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB#125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone    (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendants

SERVICE CORPORATION INTERNATIONAL, SCI
WESTERN MARKET SUPPORT CENTER, L.P. and
SCI EASTERN MARKET SUPPORT CENTER, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>Defendants. | Case No. CV 08-1184 JSW<br><br>**DEFENDANTS SERVICE CORPORATION INTERNATIONAL, SCI EASTERN MARKET SUPPORT CENTER, L.P. AND SCI HOUSTON MARKET SUPPORT CENTER, L.P.'S** *AMENDED* **NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) (LACK OF** *IN PERSONAM* **JURISDICTION) OR, ALTERNATIVELY, FRCP 12(b)(6) (FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED)**<br><br>Date:    May 16, 2008<br>Time:    9:00 a.m.<br>Dept:    2 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This motion was previously noticed before Magistrate Judge Elizabeth D. Laporte, and has

---

**DEFENDANTS'** *AMENDED* **NOTICE OF MOTION TO DISMISS**                                           1
Case No.: 08-1184 JSW

since been reassigned to Judge Jeffrey S. White pursuant to the attached Reassignment Order dated March 12, 2008. Pursuant to the Order, the hearing date to have this motion heard by Magistrate Judge Laporte has been vacated, and is now being renoticed to be heard by JudgeWhite.

Therefore, please on May 16, 2008 at 9:00 a.m. or as soon thereafter as the matter may be heard in Department 2, 17th Floor, of the United States District Court, Northern District of California, San Francisco Division, located at U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, California, Defendants Service Corporation International, SCI Eastern Market Support Center, L.P. and SCI Houston Market Support Center, L.P. (hereafter collectively referred to as the "Moving Defendants") will move the Court for an order to dismiss the Amended Complaint based on Plaintiffs' failure to state a claim upon which relief can be granted (FRCP 12(b)(6).) In addition, Moving Defendants will move the Court for an order dismissing or striking the class action allegations in the Amended Complaint pursuant to FRCP 12(b)(6) or FRCP 12(f).

Dated: March 24, 2008.                       GURNEE & DANIELS LLP

By _____
STEVEN H. GURNEE, ESQ.
NICHOLAS P. FORESTIERE, ESQ.
DAVID M. DANIELS, ESQ.
Attorneys for Defendants