1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
3  Roseville, CA  95661-3805
   Telephone    (916) 797-3100
4  Facsimile    (916) 797-3131

5  Attorneys for Defendants
   ALDERWOODS GROUP, INC.,
6  SERVICE CORPORATION INTERNATIONAL,
   SCI FUNERAL AND CEMETERY PURCHASING
7  COOPERATIVE, INC., SCI EASTERN MARKET
   SUPPORT CENTER, L.P., SCI WESTERN MARKET
8  SUPPORT CENTER, L.P., and SCI HOUSTON
   MARKET SUPPORT CENTER, L.P.
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13

| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, Plaintiffs, vs. ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P. Defendants. | No. CV 08-01184 JSW<br><br>DEFENDANTS SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC. AND SCI WESTERN MARKET SUPPORT CENTER, L.P.'S *AMENDED* NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) (FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED), AND MOTION TO DISMISS OR STRIKE PORTIONS OF AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) OR FRCP 12(f)<br><br>DATE:  May 16, 2008<br>TIME:  9:00 a.m.<br>DEPT.: 2 |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**DEFENDANTS *AMENDED* MOTION TO DISMISS**                                                    1
Case No.:  CV 08-01184 JSW

1  This motion was previously noticed before Magistrate Judge Elizabeth D. Laporte, and has
2  since been reassigned to Judge Jeffrey S. White pursuant to the attached Reassignment Order dated
3  March 12, 2008. Pursuant to the Order, the hearing date to have this motion heard by Magistrate
4  Judge Laporte has been vacated, and is now being renoticed to be heard by JudgeWhite.

5  Therefore, please on May 16, 2008 at 9:00 a.m. or as soon thereafter as the matter may be
6  heard in Department 2, 17th Floor, of the United States District Court, Northern District of
7  California, San Francisco Division, located at U.S. Courthouse, 450 Golden Gate Avenue, San
8  Francisco, California, California, Defendants SCI Funeral And Cemetery Purchasing Cooperative,
9  Inc. ("COOP") and SCI Western Market Support Center, L.P. ("Western Market Support")
10 (hereafter collectively referred to as the "Moving Defendants") will move the Court for an order to
11 dismiss the Amended Complaint based on Plaintiffs' failure to state a claim upon which relief can
12 be granted (FRCP 12(b)(6).) In addition, Moving Defendants will move the Court for an order
13 dismissing or striking the class action allegations in the Amended Complaint pursuant to FRCP
14 12(b)(6) or FRCP 12(f).

Dated:  March 24, 2008.                                   GURNEE & DANIELS LLP

                                                          By _____
                                                          STEVEN H. GURNEE, ESQ.
                                                          DAVID M. DANIELS, ESQ.
                                                          Attorneys for Defendants
                                                          ALDERWOODS GROUP, INC.,,
                                                          SERVICE CORPORATION
                                                          INTERNATIONAL, SCI FUNERAL AND
                                                          CEMETERY PURCHASING
                                                          COOPERATIVE, INC., SIC EASTERN
                                                          MARKET SUPPORT CETNER, L.P.,
                                                          SCI WESTERN MARKET SUPPORT
                                                          CENTER, L.P., and SCI HOUSTON
                                                          MARKET SUPPORT CENTER, L.P.