STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone     (916) 797-3100
Facsimile     (916) 797-3131

Attorneys for Defendants
SERVICE CORPORATION INTERNATIONAL
And ALDERWOODS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>Defendants. | Case No. CV 08-1184 JSW<br><br>**DEFENDANTS SERVICE CORPORATION INTERNATIONAL'S AND ALDERWOODS GROUP, INC.'S *AMENDED* NOTICE OF MOTION FOR STAY OF THIS ACTION AND AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO FRCP 41(d)**<br><br>Date:  May 16, 2008<br>Time:  9:00 a.m.<br>Dept:  2 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This motion was previously noticed before Magistrate Judge Elizabeth D. Laporte, and has since been reassigned to Judge Jeffrey S. White pursuant to the attached Reassignment Order dated

---

SCI'S AND ALDERWOODS' *AMENDED* MOTION FOR STAY AND ATTORNEY FEES     1
Case No. CV 08-1184 JSW

March 12, 2008. Pursuant to the Order, the hearing date to have this motion heard by Magistrate Judge Laporte has been vacated, and is now being renoticed to be heard by JudgeWhite.

Therefore, please on May 16, 2008 at 9:00 a.m. or as soon thereafter as the matter may be heard in Department 2, 17th Floor, of the United States District Court, Northern District of California, San Francisco Division, located at U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, California, California, Defendants Service Corporation International and Alderwoods Group, Inc.'s (hereafter collectively referred to as the "Moving Defendants") will move the Court for an order staying this action and awarding attorneys' fees and costs pursuant to FRCP 41(d).

Dated: March 24, 2008.

GURNEE & DANIELS LLP

By _____
STEVEN H. GURNEE, ESQ.
DAVID M. DANIELS, ESQ.
NICHOLAS P. FORESTIERE, ESQ.
Attorneys for Defendants
SERVICE CORPORATION INTERNATIONAL and ALDERWOODS GROUP, INC.

SCI'S AND ALDERWOODS' *AMENDED* MOTION FOR STAY AND ATTORNEY FEES        2
Case No. CV 08-1184 JSW