1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, ESQ. SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone    (916) 797-3100
   Facsimile    (916) 797-3131
5
   Attorneys for Defendants
6  SERVICE CORPORATION INTERNATIONAL
   And ALDERWOODS GROUP, INC.
7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       (SAN FRANCISCO DIVISION)
11

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>    Defendants. | Case No. CV 08-1184 SI<br><br>**DEFENDANTS SERVICE CORPORATION INTERNATIONAL'S AND ALDERWOODS GROUP, INC.'S *SECOND AMENDED* NOTICE OF MOTION FOR STAY OF THIS ACTION AND AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO FRCP 41(d)**<br><br>Date:  May 9, 2008<br>Time:  9:00 a.m.<br>Dept:  10 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This motion was previously noticed before Magistrate Judge Elizabeth D. Laporte, and was then reassigned to Judge Jeffrey S. White pursuant to the Reassignment Order dated March 12,

---

SCI'S AND ALDERWOODS' *SECOND AMENDED* MOTION FOR STAY                                         1
Case No. CV 08-1184 SI

1  2008.

2  Pursuant to the attached Related Case Order dated March 25, 2008, this matter has now
3  been reassigned to Judge Susan Illston and all previously noticed hearings have been vacated. This
4  motion is now being renoticed to be heard by Judge Illston.

5  Therefore, please take notice that on May 9, 2008 at 9:00 a.m. or as soon thereafter as the
6  matter may be heard in Department 10, 19TH floor, of the United States District Court, Northern
7  District of California, San Francisco Division, located at U.S. Courthouse, 450 Golden Gate
8  Avenue, San Francisco, California, California, Defendants Service Corporation International and
9  Alderwoods Group, Inc.'s (hereafter collectively referred to as the "Moving Defendants") will
10 move the Court for an order staying this action and awarding attorneys' fees and costs pursuant to
11 FRCP 41(d).

12 Dated: March 24, 2008.                    GURNEE & DANIELS LLP

14                                           By _____
15                                              STEVEN H. GURNEE, ESQ.
                                                DAVID M. DANIELS, ESQ.
                                                NICHOLAS P. FORESTIERE, ESQ.
16                                              Attorneys for Defendants
17                                              SERVICE CORPORATION
                                                INTERNATIONAL and ALDERWOODS
18                                              GROUP, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

C 07-05696 SI    Bryant et al v. Alderwoods Group, Inc. Et al

C 08-01184 JSW   Helm et al v. Alderwoods Group, Inc. Et al

I find that the above case is related to the case assigned to me. __SI__

ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:____3/25/08_____         _____
                                Judge Susan Illston