STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB#125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone      (916) 797-3100
Facsimile       (916) 797-3131

Attorneys for Defendants

SERVICE CORPORATION INTERNATIONAL, SCI
WESTERN MARKET SUPPORT CENTER, L.P. and
SCI EASTERN MARKET SUPPORT CENTER, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>        Plaintiffs,<br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>        Defendants. | Case No.  CV 08-1184 SI<br><br>**DEFENDANTS SERVICE CORPORATION INTERNATIONAL, SCI EASTERN MARKET SUPPORT CENTER, L.P. AND SCI HOUSTON MARKET SUPPORT CENTER, L.P.'S SECOND *AMENDED* NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) (LACK OF *IN PERSONAM* JURISDICTION) OR, ALTERNATIVELY, FRCP 12(b)(6) (FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED)**<br><br>Date:     May 9, 2008<br>Time:    9:00 a.m.<br>Dept:    10 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This motion was previously noticed before Magistrate Judge Elizabeth D. Laporte, and was

---

**DEFENDANTS' *SECOND AMENDED* NOTICE OF MOTION TO DISMISS**         1
Case No.: 08-1184 SI

1  then reassigned to Judge Jeffrey S. White pursuant to the Reassignment Order dated March 12,
2  2008.
3       Pursuant to the attached Related Case Order dated March 25, 2008, this matter has now
4  been reassigned to Judge Susan Illston and all previously noticed hearings have been vacated. This
5  motion is now being renoticed to be heard by Judge Illston.
6       Therefore, please take notice that on May 9, 2008 at 9:00 a.m. or as soon thereafter as the
7  matter may be heard in Department 10, 19TH floor, of the United States District Court, Northern
8  District of California, San Francisco Division, located at U.S. Courthouse, 450 Golden Gate
9  Avenue, San Francisco, California, Defendants Service Corporation International, SCI Eastern
10 Market Support Center, L.P. and SCI Houston Market Support Center, L.P. (hereafter collectively
11 referred to as the "Moving Defendants") will move the Court for an order to dismiss the Amended
12 Complaint based on Plaintiffs' failure to state a claim upon which relief can be granted (FRCP
13 12(b)(6).) In addition, Moving Defendants will move the Court for an order dismissing or striking
14 the class action allegations in the Amended Complaint pursuant to FRCP 12(b)(6) or FRCP 12(f).
15 Dated: March 26, 2008.                          GURNEE & DANIELS LLP

By _____
STEVEN H. GURNEE, ESQ.
NICHOLAS P. FORESTIERE, ESQ.
DAVID M. DANIELS, ESQ.
Attorneys for Defendant

**DEFENDANTS POINTS& AUTHORITIES RE MTN TO DISMISS**
Case No.: 08-1184 SI

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

C 07-05696 SI         Bryant et al v. Alderwoods Group, Inc. Et al

C 08-01184 JSW        Helm et al v. Alderwoods Group, Inc. Et al

I find that the above case is related to the case assigned to me. __SI_____

ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: ____3/25/08_____                    Susan Illston
                                            _____
                                            Judge Susan Illston

-1-