STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone  (916) 797-3100
Facsimile   (916) 797-3131

Attorneys for Defendants
ALDERWOODS GROUP, INC.,
SERVICE CORPORATION INTERNATIONAL,
SCI FUNERAL AND CEMETERY PURCHASING
COOPERATIVE, INC., SCI EASTERN MARKET
SUPPORT CENTER, L.P., SCI WESTERN MARKET
SUPPORT CENTER, L.P., and SCI HOUSTON
MARKET SUPPORT CENTER, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>Defendants. | No. CV 08-01184 JSW<br><br>**DEFENDANTS SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC. AND SCI WESTERN MARKET SUPPORT CENTER, L.P.'S *SECOND AMENDED* NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) (FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED), AND MOTION TO DISMISS OR STRIKE PORTIONS OF AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) OR FRCP 12(f)**<br><br>DATE:   May 9, 2008<br>TIME:   9:00 a.m.<br>DEPT.:  10 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

---

**DEFENDANTS *SECOND AMENDED* MOTION TO DISMISS**                                                               1
Case No.:  CV 08-01184 SI

1  This motion was previously noticed before Magistrate Judge Elizabeth D. Laporte, and was
2  then reassigned to Judge Jeffrey S. White pursuant to the Reassignment Order dated March 12,
3  2008.
4  Pursuant to the attached Related Case Order dated March 25, 2008, this matter has now
5  been reassigned to Judge Susan Illston and all previously noticed hearings have been vacated. This
6  motion is now being renoticed to be heard by Judge Illston.
7  Therefore, please take notice that on May 9, 2008 at 9:00 a.m. or as soon thereafter as the
8  matter may be heard in Department 10, 19TH floor, of the United States District Court, Northern
9  District of California, San Francisco Division, located at U.S. Courthouse, 450 Golden Gate
10 Avenue, San Francisco, California, California, Defendants SCI Funeral And Cemetery Purchasing
11 Cooperative, Inc. ("COOP") and SCI Western Market Support Center, L.P. ("Western Market
12 Support") (hereafter collectively referred to as the "Moving Defendants") will move the Court for
13 an order to dismiss the Amended Complaint based on Plaintiffs' failure to state a claim upon which
14 relief can be granted (FRCP 12(b)(6).) In addition, Moving Defendants will move the Court for an
15 order dismissing or striking the class action allegations in the Amended Complaint pursuant to
16 FRCP 12(b)(6) or FRCP 12(f).

Dated:  March 24, 2008.                                  GURNEE & DANIELS LLP

                                                         By _____
                                                         STEVEN H. GURNEE, ESQ.
                                                         DAVID M. DANIELS, ESQ.
                                                         Attorneys for Defendants
                                                         ALDERWOODS GROUP, INC., ,
                                                         SERVICE CORPORATION
                                                         INTERNATIONAL, SCI FUNERAL AND
                                                         CEMETERY PURCHASING
                                                         COOPERATIVE, INC., SIC EASTERN
                                                         MARKET SUPPORT CETNER, L.P.,
                                                         SCI WESTERN MARKET SUPPORT
                                                         CENTER, L.P., and SCI HOUSTON
                                                         MARKET SUPPORT CENTER, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

C 07-05696 SI      Bryant et al v. Alderwoods Group, Inc. Et al

C 08-01184 JSW     Helm et al v. Alderwoods Group, Inc. Et al

I find that the above case is related to the case assigned to me. __SI_____

ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:_____3/25/08_____                        *Susan Illston*
                                                 ─────────────────────────────────
                                                 Judge Susan Illston

-1-