Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile:  (415) 433-7104
srosen@rbg-law.com

[Additional Counsel Listed on Following Page]

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.,<br><br>Defendants. | Case No. CV 08-1184 SI<br><br>**PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' AMENDED MOTIONS TO DISMISS (Docket Nos. 41 and 42) and DEFENDANTS' MOTION FOR ATTORNEY FEES AND STAY (Docket No. 40)** |

Additional Attorneys for Plaintiffs, who will submit applications for admission *pro hac vice*:

J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Michael J. Lingle, NY Attorney No. 3925765
Annette Gifford, NY Attorney No. 4105870
Justin Cordello, NY Attorney No. 4131447
DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile:  (585) 272-0574
nthomas@theemploymentattorneys.com

Charles H. Saul, PA State Bar No.19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380
csaul@margolisedelstein.com

PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION FOR EXTENSION OF TIME Case No. CV 08-1184 SI

## NOTICE OF MOTION

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs hereby administratively move for an Order for an extension of time to respond to Defendants' Amended Motion to Dismiss Amended Complaint and Motion to Dismiss or Strike Portions of Amended Complaint filed by Alderwoods Group, Inc., Service Corporation International, SCI Funeral & Cemetery Purchasing Cooperative, Inc., SCI Eastern Market Support Center, L.P., SCI Western Market Support Center, L.P., and SCI Houston Market Support Center, L.P. (Docket No. 42), Defendants' Amended Motion to Dismiss for Lack of Jurisdiction filed by Service Corporation International, SCI Eastern Market Support Center, L.P., and SCI Western Market Support Center, L.P. (Docket No. 41) and Defendants' Amended Motion to stay this action and award attorney fees and costs pursuant to FRCP 41(d) filed by Alderwoods Group, Inc. and Service Corporation International (Docket No. 40) (hereinafter collectively referred to as "Defendants' Motions") pursuant to FRCP 6 and Local Rules 6-1 and 7-11. This Motion is based on this Amended Administrative Motion, the Declaration of Annette Gifford and Proposed Order filed herewith, all records and files in this case, and the arguments, if any, of counsel.

## PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME

The instant motion should be granted in light of plaintiffs' motion to remand, filed March 24, 2008 (Docket No. 29) and re-noticed March 27, 2008, because the issue of this Court's subject matter jurisdiction over the instant matter must be decided before this

Court may properly consider Defendants' Motions. Until the motion for remand is decided, it would be an inefficient use of judicial resources, as well as the parties' resources, for Defendants' Motions to be briefed and argued.

The instant action is a class action lawsuit brought by current and former employees of defendants who worked at funeral locations managed by defendants for violations of various state wage and hour laws, as well as other state laws. The instant action was commenced in the Superior Court in the State of California for the County of Alameda on December 5, 2007 and was removed to Federal District Court for the Northern District of California on February 27, 2008. Defendants removed this case to Federal Court based solely on alleged original jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d)(2).

On March 24, 2008, plaintiffs filed a Motion for Remand, asserting that the jurisdictional requirements of CAFA have not been met and the instant action should be remanded to state court. Plaintiffs' re-noticed that motion on March 27, 2008 and the motion for remand is set for a hearing on May 9, 2008. (Docket No. 43)

On March 5, 2008, Defendants' Motions were filed and set for a hearing on April 15, 2008. On March 25, 2008, plaintiffs filed their original Administrative Motion for an extension of time on the same grounds asserted in this motion. Subsequently, on March 26, 2008, following this Court's order relating this case to two other pending actions, vacating all pending motions and directing the parties to re-notice their motions (Docket No. 39), Defendants' Motions were re-filed in amended form and set for a hearing on May 9, 2008. Currently, plaintiffs' responses to Defendants' Motions are due April 18, 2008.

Plaintiffs request an extension of their time to respond to Defendants' Motions to 14 days after this Court's resolution of plaintiffs' motion for remand, should this court retain jurisdiction. Plaintiffs believe that the current schedule would be an inefficient use of judicial resources as it would require the Court and the parties to prepare for argument regarding Defendants' Motions prior to the time the Court rules regarding plaintiffs' Motion for Remand.

On March 25, 2008, plaintiffs' counsel met and conferred with defendants' counsel by telephone to determine whether the parties could reach a stipulated agreement regarding plaintiffs' requested extension. At that time, defendants' counsel indicated that defendants will object to plaintiffs' request.

Plaintiffs' request is in the interest of judicial economy, as this Court should first determine whether it may exercise subject matter jurisdiction over this action before the parties fully brief and the Court considers Defendants' Motions.

Respectfully Submitted,

ROSEN, BIEN & GALVAN, LLP

Date: March 27, 2008          By: */s/ Maria V. Morris*

Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

DOLIN, THOMAS & SOLOMON LLP
J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Michael J. Lingle, NY Attorney No. 3925765
Annette Gifford, NY Attorney No. 4105870
Justin Cordello, NY Attorney No. 4131447
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

3

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256

Attorneys for Plaintiffs