1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
3  Roseville, CA  95661-3805
   Telephone   (916) 797-3100
4  Facsimile    (916) 797-3131

5  Attorneys for Defendants
   ALDERWOODS GROUP, INC.,
6  SERVICE CORPORATION INTERNATIONAL,
   SCI FUNERAL AND CEMETERY PURCHASING
7  COOPERATIVE, INC., SCI EASTERN MARKET
   SUPPORT CENTER, L.P., SCI WESTERN MARKET
8  SUPPORT CENTER, L.P., and SCI HOUSTON
   MARKET SUPPORT CENTER, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>        Plaintiffs,<br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>        Defendants. | No. CV 08-01184 SI<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS (DOCKET NOS. 4 AND 7) AND DEFENDANT'S MOTION FOR ATTORNEY FEES AND STAY (DOCKET NO. 14)** |

///

DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN
EXTENSION OF TIME                                                                                       1
Case No.:  CV 08-01184 JSW

Pursuant to Local Rule 6-3(c), Defendants ALDERWOODS GROUP, INC. ("Alderwoods"), SERVICE CORPORATION INTERNATIONAL ("SCI"), SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC. ("SCI Coop"), SCI EASTERN MARKET SUPPPORT CENTER, L.P. ("SCI Eastern"), SCI WESTERN MARKET SUPPORT CENTER, L.P., ("SCI Western"), and SCI HOUSTON MARKET SUPPORT CENTER, L.P. ("SCI Houston") (collectively "Defendants"), submit the following Opposition to Plaintiffs' Administrative Motion for an Extension of Time to Respond to Defendants' Motions to Dismiss (Docket Nos. 4 and 7) and Defendant's Motion for Attorney Fees and Stay (Docket No. 14):

## I.      Introduction

This Court has before it three separate cases filed by Plaintiffs' counsel, all of which the Court has determined are related: *Bryant et al. v. Alderwoods Group et al.*, No. CV 07-05696 SI (hereinafter referred to as "*Bryant I*"); *Bryant et al. v. Service Corporation International et al.*, No. CV 08-1190 SI (hereinafter referred to as "*Bryant II*"); and the instant action, *Helm v. Alderwoods Group et al.*, No. CV 08-1184 SI (hereinafter referred to as "*Helm*.") As discussed below, motions to dismiss have now been filed by the Defendants in all three cases, and Plaintiffs have moved to remand the two matters which Defendants removed from Alameda County Superior Court: *Bryant II* and *Helm*.

In their Administrative Motions[1], plaintiffs ask the Court to hold separate hearings, on different dates, on the Plaintiffs' remand motions and (assuming those motions are denied) on the Defendants' motions to dismiss in *Bryant II* and *Helm*. For the reasons set forth below, the Court should reject plaintiffs' requests on the grounds that the interests of judicial economy would best be served by holding a single hearing on May 9, 2008 which addresses all motions that have been filed in all of the related cases. Alternatively, Defendants respectfully suggest that the Court set the date for this hearing at the April 7, 2008 Case Management Conference in *Bryant I*, after it decides which of these related cases should be transferred to another federal district court.

///

---

[1] The plaintiffs in the *Bryant II* action have filed a nearly identical administrative motion (*Bryant II* Docket No. 36.)

DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME                                                                                                                           2
Case No.:  CV 08-01184 JSW

## II.    Procedural Posture Of The Three Related Cases Before The Court

### A.    *Bryant I*

*Bryant I* was originally filed in this Court. Defendants' motions to dismiss were filed on March 27, 2008 (*Bryant I* Docket Nos. 43 and 47) and have been set for hearing on May 9, 2008. As noted above, the Court has scheduled a Case Management Conference in this matter for April 7, 2008 (*Bryant I* Docket No. 39.) In advance of that conference, the Court is requiring counsel for the parties to submit (by March 28, 2008) a joint statement "informing the Court of the status and background of all pending and closed wage-related cases, in both state and federal court, brought by plaintiffs or similarly situated plaintiffs against these defendants." Also in that joint statement, counsel must "show cause why case numbers 07-5696 [*Bryant I*] and 08-1190 [*Bryant II*] should not be transferred to the Western District of Pennsylvania, where a federal judge has been overseeing a nearly identical case." (*See* "Order to Show Cause," *Bryant I* Docket No. 32.) Counsel will file the required joint statement by the March 28, 2008 deadline.

### B.    *Bryant II*

Defendants' motions to dismiss and SCI's motion for attorneys' fees/stay in *Bryant II* are currently set for hearing before this Court on April 25, 2008, and plaintiff's motion to remand that case to state court is scheduled to be heard on May 9, 2008. (*Bryant II* Docket Nos. 29-31.)

### C.    *Helm*

Defendants' motions to dismiss and Alderwoods'/SCI's motion for attorneys' fees/stay in *Helm* are likewise set for hearing before this Court on May 9, 2008. (*Helm Docket Nos.* 40 - 42.)[2] Plaintiffs' motion to remand this action to state court was initially set for hearing before this Court on May 9, 2008. However, this was done while the case was still pending before Judge White. Upon being advised of this error, Plaintiffs' re-noticed their remand motion before Judge White with a hearing date of May 16, 2008. (*Helm* Docket No. 37.) Now that the case has been deemed related and reassigned to this Court (*Helm* Docket No. 39), plaintiffs' counsel has re-noticed the remand motion for May 9, 2008 in this Court. (*Helm* Docket No. 43.)

---

[2]    The only exception is Defendant Paul Houston, whose motion to dismiss will be filed on March 28, 2008 and also set for hearing on May 9, 2008.

DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME
Case No.: CV 08-01184 JSW

3

### III. Judicial Economy Would Best Be Served By Holding A Single Hearing On All Motions To Remand And All Motions To Dismiss In The Three Related Cases

Although Defendants agree that it is appropriate for the Court to rule on Plaintiffs' motions to remand this before it decides the Defendants' motions to dismiss and motions for attorneys fees/stay, they strongly disagree that the interests of judicial economy or the convenience of the parties and their counsel would best be served by holding the *hearings* on those various motions on different days. Rather, the most efficient thing to do would be to hold a single hearing on all three related cases, which addresses all pending motions. Under this common practice, the Court would take all of the matters under submission and rule first on the remand motions. If it found that remand was inappropriate in any particular case, it would then rule on the related motions to dismiss and (in *Bryant II* and *Helm*) motion for attorneys' fees and stay. There is simply no need for the court to hold multiple hearings on these motions. Likewise, it would be impractical to expect the parties' respective counsel, who are scattered throughout the United States[3], to appear make two separate appearances before the Court when only one is necessary.

Notably, on March 25, 2008, defense counsel met and conferred with Plaintiffs' counsel on this issue and offered to stipulate that (with the Court's approval) the hearings on all motions be moved to May 9, 2008, which is the date that most of them are presently scheduled to be heard. However, Plaintiffs' counsel rejected that proposal and proceeded to file the instant administrative motions.

Defendants remain ready and willing to hold all hearings on May 9, 2008. Alternatively, Defendants respectfully suggest that the court set the date for these hearings at the April 7, 2008 Case Management Conference in *Bryant I,* where it is expect to consider whether to transfer all of these cases to another federal district court.

///

---

[3] According to the pleadings filed in the related cases, Plaintiffs' counsel's offices are located in San Francisco, California, Rochester, New York and Pittsburg, Pennsylvania, whereas Defendants' counsel's office is in Roseville, California

## IV  CONCLUSION

Based on the foregoing, Defendants respectfully request that the Plaintiffs' motion be denied

Dated:  March 27, 2008                          GURNEE & DANIELS LLP

                                By _____
                                   STEVEN H. GURNEE, ESQ.
                                   DAVID M. DANIELS, ESQ.
                                   Attorneys for Defendants
                                   ALDERWOODS GROUP, INC., ,
                                   SERVICE CORPORATION
                                   INTERNATIONAL, SCI FUNERAL AND
                                   CEMETERY PURCHASING
                                   COOPERATIVE, INC., SIC EASTERN
                                   MARKET SUPPORT CETNER, L.P.,
                                   SCI WESTERN MARKET SUPPORT
                                   CENTER, L.P., and SCI HOUSTON
                                   MARKET SUPPORT CENTER, L.P.

DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN
EXTENSION OF TIME                                                                 5
Case No.:  CV 08-01184 JSW