STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone    (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendants
ALDERWOODS GROUP, INC.,
SERVICE CORPORATION INTERNATIONAL,
SCI FUNERAL AND CEMETERY PURCHASING
COOPERATIVE, INC., SCI EASTERN MARKET
SUPPORT CENTER, L.P., SCI WESTERN MARKET
SUPPORT CENTER, L.P., and SCI HOUSTON
MARKET SUPPORT CENTER, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>        Plaintiffs,<br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>        Defendants. | No. CV 08-01184 SI<br><br>**DECLARATION OF NICHOLAS P. FORESTIERE DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS (DOCKET NOS. 4 AND 7) AND DEFENDANT'S MOTION FOR ATTORNEY FEES AND STAY (DOCKET NO. 14)** |

///

///

DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME
Case No.: CV 08-01184 JSW

1

I, Nicholas P. Forestiere, declare as follows:

1.   I am an attorney at law, duly licensed and admitted to practice before all Courts of the State of California and the United States District Court for the Northern District of California, and that I am a member of the law firm of Gurnee & Daniels LLP, attorneys of record for Defendants in this action. I submit this Declaration in opposition to Plaintiffs' Administrative Motion for an Extension of Time to Respond to Defendants' Motions to Dismiss (Docket Nos. 6 and 9) and Defendant SERVICE CORPORATION INTERNATIONAL'S Motion for Attorney Fees and Stay (Docket No. 21.) The facts set forth in this Declaration are herein based on my own personal knowledge, and if called to do so, I could and would competently testify to their truth.

2.   This Court has before it three separate cases filed by Plaintiffs' counsel, all of which the Court has determined are related: *Bryant et al. v. Alderwoods Group et al.*, No. CV 07-05696 SI (hereinafter referred to as "*Bryant I*"); the instant action, *Bryant et al. v. Service Corporation International et al.*, No. CV 08-1190 SI (hereinafter referred to as "*Bryant II*"); and *Helm v. Alderwoods Group et al.*, No. CV 08-1184 SI (hereinafter referred to as "*Helm*.")

3.   *Bryant I* was originally filed in this Court. Defendants' motions to dismiss were filed on March 27, 2008 (*Bryant I* Docket Nos. 43 and 47) and have been set for hearing on May 9, 2008. The Court has scheduled a Case Management Conference in *Bryant I* for April 7, 2008 (*Bryant I* Docket No. 39.) In advance of that conference, the Court has ordered counsel to submit by March 28, 2008, a joint statement "informing the Court of the status and background of all pending and closed wage-related cases, in both state and federal court, brought by plaintiffs or similarly situated plaintiffs against these defendants." Also in that joint statement, counsel must "show cause why case numbers 07-5696 [*Bryant I*] and 08-1190 [*Bryant II*] should not be transferred to the Western District of Pennsylvania, where a federal judge has been overseeing a nearly identical case." (*See* "Order to Show Cause," *Bryant I* Docket No. 32.) Counsel are currently working on the joint statement and will file it by the March 28, 2008 deadline.

4.   Defendants' motions to dismiss and SCI's motion for attorneys' fees/stay in the *Bryant II* matter are currently set for hearing before this Court on April 25, 2008, and plaintiff's motion to remand that case to state court is scheduled to be heard on May 9, 2008. (*Bryant II*

DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN
EXTENSION OF TIME                                                                                                      2
Case No.: CV 08-01184 JSW

Docket Nos. 29-31.)

5. Defendants' motions to dismiss and Alderwoods'/SCI's motion for attorneys' fees/stay in *Helm* are likewise set for hearing before this Court on May 9, 2008. (*Helm Docket Nos.* 40 - 42.) The only exception is Defendant Paul Houston, whose motion to dismiss will be filed on March 28, 2008 and also set for hearing on May 9, 2008. Plaintiffs' motion to remand the *Helm* action to state court was initially set for hearing before this Court on May 9, 2008. However, this was done while the case was still pending before Judge White. Upon being advised of this error, Plaintiffs' re-noticed their remand motion before Judge White with a hearing date of May 16, 2008. (*Helm* Docket No. 37.) Now that the *Helm* case has been deemed related and reassigned to this Court (*Helm* Docket No. 39), plaintiffs have re-noticed their remand motion for May 9, 2008 in this Court. (*Helm* Docket No. 43.)

6. Although Defendants agree that it is appropriate for the Court to rule on Plaintiffs' motions to remand this before it decides the Defendants' motions to dismiss and motions for attorneys fees/stay, they strongly disagree that the interests of judicial economy or the convenience of the parties and their counsel would best be served by holding the *hearings* on those various motions on different days. Rather, the most efficient thing to do would be to hold a single hearing on all three related cases, which addresses all pending motions. The Court would then take all of the matters under submission and rule first on the remand motions. If it found that remand was inappropriate in any particular case, it would then rule on the related motions to dismiss and (in *Bryant II* and *Helm*) motion for attorneys' fees and stay. Based on my experience in this and other District Courts in California, I believe it is common practice for the Court to proceed in that fashion.

7. On March 25, 2008, Defendants' counsel met and conferred telephonically with Plaintiffs' counsel on this issue and offered to stipulate that (with the Court's approval) the hearings on all motions be moved to May 9, 2008, which is the date that most of them are presently scheduled to be heard. However, plaintiffs' counsel rejected this proposal and proceeded to file the instant administrative motions.

///

8. Defendants remain ready and willing to hold all hearings on May 9, 2008. Alternatively, Defendants respectfully suggest that the Court set the date for these hearings at the April 7, 2008 Case Management Conference in *Bryant I*, where it is expect to consider whether to transfer and or all of these cases to another federal district court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on March 27, 2008 at Roseville, California.

_____
Nicholas P. Forestiere

DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME
Case No.: CV 08-01184 JSW

4