STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone    (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendant
PAUL A. HOUSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>　　　　　　Defendants. | Case No. CV 08-1184 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PAUL A. HOUSTON'S NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) (LACK OF *IN PERSONAM* JURISDICTION) OR, ALTERNATIVELY, FRCP 12(b)(6) (FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED), AND TO STRIKE THE FRAUD AND MISREPRESENTATION CLAIMS OR REQUIRE A MORE DEFINITE STATEMENT OF PURSUANT TO FRCP 9, 12(e) and 12(f)**<br><br>Date:　May 9, 2008<br>Time:　9:00 a.m.<br>Dept:　10 |

　　　Defendant Paul A. Houston's Motion to Dismiss, Strike and for a More Definite Statement came on for hearing before this Court. After consideration of the briefs and arguments of counsel,

1  and all other matters presented to this Court:

2      IT IS HEREBY ORDERED that Defendants' Motion to Dismiss, Strike and for a More

3  Definite Statement is granted.

4

   Dated:_____          _____
5                                          United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT PAUL A. HOUSTON'S
NOTICE OF MOTION TO DISMISS, STRIKE & FOR MORE DEFINITE STATEMENT       2
Case No.:  08-1184 SI