1
2  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
3  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
4  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
5  Telephone: (415) 433-6830
   Facsimile:  (415) 433-7104
6  srosen@rbg-law.com

7  [Additional Counsel Listed on Following Page]

8  Attorneys for Plaintiffs

9                          UNITED STATES DISTRICT COURT
10                        NORTHERN DISTRICT OF CALIFORNIA
11                         SAN FRANCISCO/OAKLAND DIVISION
12

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.,<br><br>　　　　　　　Defendants. | Case No. CV 08-1184 SI<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT PAUL A. HOUSTON'S MOTION TO DISMISS AND TO STRIKE THE FRAUD AND MISREPRESENTATION CLAIMS OR REQUIRE A MORE DEFINITE STATEMENT (Docket No. 50)** |

1
2  Additional Attorneys for Plaintiffs, who will submit applications for admission *pro hac vice*:
3  J. Nelson Thomas, NY Attorney No. 2579159
   Patrick J. Solomon, NY Attorney No. 2716660
4  Michael J. Lingle, NY Attorney No. 3925765
   Annette Gifford, NY Attorney No. 4105870
5  Justin Cordello, NY Attorney No. 4131447
   DOLIN, THOMAS & SOLOMON LLP
6  693 East Avenue
   Rochester, NY 14607
7  Telephone: (585) 272-0540
   Facsimile:  (585) 272-0574
8  nthomas@theemploymentattorneys.com
9
   Charles H. Saul, PA State Bar No.19938
10 Liberty J. Weyandt, PA State Bar No. 87654
   Kyle T. McGee, PA State Bar No. 205661
11 MARGOLIS EDELSTEIN
   525 William Penn Place
12 Suite 3300
   Pittsburgh, PA 15219
13 Telephone: (412) 281-4256
   Facsimile: (412) 642-2380
14 csaul@margolisedelstein.com
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF TIME          Case No. CV 08-1184 SI

**NOTICE OF MOTION**

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs hereby administratively move for an Order for an extension of time to respond to Defendant Paul A. Houston's Motion to Dismiss Amended Complaint Pursuant to FRCP 12(b)(2) or, Alternatively, [FRCP] 12(b)(6) and Strike the Fraud and Misrepresentation Claims or Require a More Definite Statement of Them (Docket No. 50) (the "Houston Motion") pursuant to FRCP 6 and Local Rules 6-1 and 7-11. This Motion is based on this Administrative Motion, the Declaration of Annette Gifford and Proposed Order filed herewith, all records and files in this case, and the arguments, if any, of counsel.

**PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME**

The instant motion should be granted in light of plaintiffs' motion to remand, filed March 24, 2008 (Docket No. 29), because the issue of this Court's subject matter jurisdiction over the instant matter must be decided before this Court may properly consider the Houston Motion. Until that motion for remand is decided, it would be an inefficient use of judicial resources, as well as the parties' resources, for the Houston Motion to be briefed and argued.

The instant action is a class action lawsuit brought by current and former employees of defendants who worked at funeral locations managed by defendants for violations of various state wage and hour laws, as well as other state laws. The instant action was commenced in the Superior Court in the State of California for the County of Alameda on December 5, 2007 and was removed to Federal District Court for the Northern District of

1

California on February 27, 2008. Defendants removed this case to Federal Court based solely on alleged original jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d)(2).

On March 24, 2008, plaintiffs filed a Motion for Remand, asserting that the jurisdictional requirements of CAFA have not been met and the instant action should be remanded to state court. The hearing date of the Motion for Remand is May 9, 2008. Subsequently, on March 28, 2008, the Houston Motion was filed and set for the same hearing date of May 9, 2008. Currently, plaintiffs' responses to the Houston Motion are due April 18, 2008. Plaintiffs request an extension of their time to respond to the Houston Motion to 14 days after this Court's resolution of plaintiffs' motion for remand, should this court retain jurisdiction.

On March 31, 2008, plaintiffs' counsel met and conferred with defendants' counsel by telephone to determine whether the parties could reach a stipulated agreement regarding plaintiffs' requested extension. At that time, defendants' counsel indicated that defendants will object to plaintiffs' request. Plaintiffs continue to believe that such a schedule would be an inefficient use of judicial resources as it would require the Court and the parties to prepare for argument regarding the Houston Motion prior to the time the Court rules regarding plaintiffs' Motion for Remand.

//

//

Plaintiffs' request is in the interest of judicial economy, as this Court should first determine whether it may exercise subject matter jurisdiction over this action before the parties fully brief and the Court considers the Houston Motion.

                                              Respectfully Submitted,
                                              ROSEN, BIEN & GALVAN, LLP

Date: March 31, 2008

                                              By: */s/ Maria V. Morris*

Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

DOLIN, THOMAS & SOLOMON LLP
J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Michael J. Lingle, NY Attorney No. 3925765
Annette Gifford, NY Attorney No. 4105870
Justin Cordello, NY Attorney No. 4131447
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256

Attorneys for Plaintiffs