STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone  (916) 797-3100
Facsimile  (916) 797-3131

Attorneys for Defendants
ALDERWOODS GROUP, INC.,
SERVICE CORPORATION INTERNATIONAL,
SCI FUNERAL AND CEMETERY PURCHASING
COOPERATIVE, INC., SCI EASTERN MARKET
SUPPORT CENTER, L.P., SCI WESTERN MARKET
SUPPORT CENTER, L.P., and SCI HOUSTON
MARKET SUPPORT CENTER, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>Defendants. | No. CV 08-01184 SI<br><br>**PAUL HOUSTON'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO RESPOND (DOCKET NO. 53) TO HIS MOTIONS TO DISMISS, STRIKE AND FOR MORE DEFINITE STATEMENT (DOCKET NO. 50.)** |

///

PAUL HOUSTON'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN
EXTENSION OF TIME                                                                                              1
Case No.: CV 08-01184 SI

Pursuant to Local Rule 6-3(c), Defendant Paul A. Houston submits the following Opposition to Plaintiffs' Administrative Motion for an Extension of Time to Respond (Docket No. 53) to his Motion to Dismiss, Strike and For a More Definite Statement (Docket No. 50.)

## I.     Introduction

This Court has before it three separate cases filed by Plaintiffs' counsel, all of which the Court has determined are related: *Bryant et al. v. Alderwoods Group et al.*, No. CV 07-05696 SI (hereinafter referred to as "*Bryant I*"); *Bryant et al. v. Service Corporation International et al.*, No. CV 08-1190 SI (hereinafter referred to as "*Bryant II*"); and the instant action, *Helm v. Alderwoods Group et al.*, No. CV 08-1184 SI (hereinafter referred to as "*Helm*.") Motions to dismiss have been filed by the Defendants in all three related cases, and Plaintiffs have moved to remand the two matters that Defendants removed from Alameda County Superior Court: *Bryant II* and *Helm*.

Plaintiffs filed Administrative Motions in this action to have Co-Defendants' pending motions to dismiss, strike and for imposition of fees heard on different dates after the Plaintiffs' remand motions are heard, and to delay the filing of their oppositions to such motions. (Docket Nos. 31 and 45.) Plaintiffs filed a similar motion in *Bryant II*. (*Bryant II* Docket No. 36.) The Defendants in *Bryant II* and *Helm* filed their opposition to plaintiffs' motions. (*Bryant II* Docket Nos. 39, 40; *Helm* Docket Nos. 48, 49.) Paul Houston now joins the oppositions filed by all of the Defendants to all of plaintiffs Administrative Motions.

## II.     Judicial Economy Would Best Be Served By Requiring Complete Briefing By All Of The Parties On All Of Their Motions, And Holding A Single Hearing On The Motions To Remand And All Motions To Dismiss In The Three Related Cases

The interests of judicial economy and the convenience of the parties and their counsel would best be served by completing all of the parties' briefing on all of the motions, and then holding one hearing on May 9, 2008 on all those motions.[1] There is simply no need for the court

---

[1] Defendants remain ready and willing to hold all hearings on all of their motions on May 9, 2008 (including defendants' motions in *Bryant II* set that are presently set for hearing on April 25, 2008 (*Bryant II* Docket Nos. 29, 30 and 31.)

PAUL HOUSTON'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME                                                                                                                          2
Case No.:  CV 08-01184 SI

to hold multiple hearings on these motions, or to allow piecemeal briefing on them. Under this common practice of hearing all of the motions at one time, the Court would take all of the parties' motions under submission, and rule first on the plaintiffs' remand motions in *Helm* and *Bryant II*. If it is found that remand was inappropriate in those cases, then it would then determine which actions, *Bryant I*, *Bryant II* and *Helm*, would be transferred. Since all of the briefing would have been completed on all of the pending motions in all of the related cases, then all that any transferee court need do is schedule a hearing for oral argument on the pending motions. Otherwise, the motions would be transferred to another court with incomplete briefing. Alternatively, if the court decides to retain any of the related cases, then it could proceed to rule on the submitted motions.

Moreover, it would be impractical to expect the parties' respective counsel, who are scattered throughout the United States[2], to make separate appearances before the Court when only one is necessary. It would also be manifestly unfair and unjust to allow plaintiffs an unwarranted amount of time to prepare their opposition to the pending motions, just because they do not want to prepare them prior to a hearing on their motions to remand. In any event, plaintiffs would have to complete their briefing on defendants' motions filed in the *Bryant I* case, which is not subject to any motion to remand. As the court may recall, plaintiffs filed that action directly with this court.

On March 25, 2008, defense counsel met and conferred with Plaintiffs' counsel on this issue and offered to stipulate that (with the Court's approval) the hearings on all motions be moved to May 9, 2008, which is the date that most of them are presently scheduled to be heard. However, Plaintiffs' counsel rejected that proposal and proceeded to file the instant administrative motions.

///

///

///

///

---

[2] According to the pleadings filed in the related cases, Plaintiffs' counsel's offices are located in San Francisco, California, Rochester, New York and Pittsburg, Pennsylvania, whereas Defendants' counsel's office is in Roseville, California

PAUL HOUSTON'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME
Case No.: CV 08-01184 SI

3

## IV  CONCLUSION

Based on the foregoing, Defendants respectfully request that the Plaintiffs' motion be denied, that it be required to file their opposition to Paul Houston's motion, and all of the parties motions be briefed and heard on May 9, 2008.

Dated: April 1, 2008, 2008

GURNEE & DANIELS LLP

By _____
STEVEN H. GURNEE, ESQ.
DAVID M. DANIELS, ESQ.
Attorneys for Defendants
ALDERWOODS GROUP, INC., ,
SERVICE CORPORATION
INTERNATIONAL, SCI FUNERAL AND
CEMETERY PURCHASING
COOPERATIVE, INC., SIC EASTERN
MARKET SUPPORT CETNER, L.P.,
SCI WESTERN MARKET SUPPORT
CENTER, L.P., and SCI HOUSTON
MARKET SUPPORT CENTER, L.P.

PAUL HOUSTON'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME    4
Case No.: CV 08-01184 SI

| | |
|---|---|
| 1 | I hereby certify that on the 1st day of April, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: |
| 2 | |
| 3 | |
| 4 | |
| 5 | Maria V. Morris<br>mmorris@rbg-law.com |
| 6 | |
| 7 | Lori Rifkin<br>lrifkin@rbg-law.com |
| 8 | |
| 9 | Sanford J. Rosen<br>srosen@rbg-law.com |
| 10 | |
| 11 | and by mail to: |
| 12 | Justin Cordello<br>Annette Gifford<br>Michael J. Lingle<br>Patrick J. Solomon<br>J. Nelson Thomas<br>Dolin Thomas & Solomon LLP<br>693 East Ave.<br>Rochester, NY  14607 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | Kyle T. McGee<br>Charles H. Saul<br>Liberty J. Weyandt<br>Margolis Edelstein<br>525 William Penn Pl, Ste. 3300<br>Pittsburg, PA  15219 |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | *[signature]* |
| 25 | Deseree C. Rosebrock |
| 26 | |
| 27 | |
| 28 | |