1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5  srosen@rbg-law.com

6  Attorneys for Plaintiffs

7  [Additional Counsel Listed on Following Page]

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 CLAUDE BRYANT, et al.,                          ) Case Nos.  C 07-5696-SI, C 08-1190-SI,
   on behalf of themselves and all employees       ) C 08-1184-SI
   similarly situated                              )
12                                                 )
                                                   )
13         Plaintiffs,                             ) **APPLICATION FOR ADMISSION
                       - vs -                       ) OF ATTORNEY PATRICK J.
14                                                 ) SOLOMON *PRO HAC VICE***
   ALDERWOODS GROUP, INC., et al.,                 )
15                                                 )
           Defendants.                             )
16 _____)

   CLAUDE BRYANT, et al.,                          )
17 on behalf of themselves                         )
   and all employees similarly situated,           )
18                                                 )
           Plaintiffs,                             )
19                     - vs -                       )
                                                   )
20 SERVICE CORPORATION INTERNATIONAL,              )
   et al.,                                         )
21                                                 )
           Defendants.                             )
22 _____)

23 WILLIAM HELM, et al.,                           )
   on behalf of themselves and all employees       )
24 similarly situated,                             )
                                                   )
25         Plaintiffs,                             )
                       - vs -                       )
26                                                 )
   ALDERWOODS GROUP, INC., et al.,                 )
27                                                 )
           Defendants.                             )
   _____)
28 _____
   APPLICATION FOR ADMISSION OF ATTORNEY PATRICK J. SOLOMON PRO HAC VICE -
                  Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

   179243-1

1

2  Additional Attorneys for Plaintiffs, who will
   submit applications for admission *pro hac vice*:

3  J. Nelson Thomas, NY Attorney No. 2579159
   Patrick J. Solomon, NY Attorney No. 2716660
4  Annette Gifford, NY Attorney No. 4105870
   DOLIN, THOMAS & SOLOMON LLP
5  693 East Avenue
   Rochester, NY 14607
6  Telephone: (585) 272-0540
   Facsimile:  (585) 272-0574
7  nthomas@theemploymentattorneys.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28     APPLICATION FOR ADMISSION OF ATTORNEY PATRICK J. SOLOMON PRO HAC VICE -
              Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

       179243-1

1   Pursuant to Civil Local Rule 11-3, PATRICK J. SOLOMON, a partner in the law

2   firm of Dolin, Thomas & Solomon LLP, and an active member in good standing of the Bar

3   of the State of New York (Bar No. 2716660), and the United States District Courts for the

4   Northern and Western Districts of New York, hereby applies for admission to practice in

5   the Northern District of California on a *pro hac vice* basis to represent Plaintiffs in the

6   three above-entitled actions, all of which have been determined to be related.

7   In support of this application, I certify that:

8   1.      I am an active member in good standing of a United States Court or of the

9   highest court of another State or the District of Columbia, as indicated above;

10   2.      I agree to abide by the Standards of Professional Conduct set forth in Civil

11   Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

12   become familiar with the Local Rules and the Alternative Dispute Resolution programs of

13   this Court; and,

14   3.      An attorney who is a member of the bar of this Court in good standing and

15   who maintains an office within the State of California has been designated as co-counsel in

16   the three above-entitled actions.  The name, address and telephone number of those

17   attorneys are:

18          Sanford Jay Rosen, State Bar No. 62566
            Maria V. Morris, State Bar No. 223903
19          Lori E. Rifkin, State Bar No. 244081
            315 Montgomery Street, Tenth Floor
20          San Francisco, CA 94104
            Telephone: (415) 433-6830
21
       I declare under penalty of perjury that the foregoing is true and correct, and that this
22
       declaration has been executed this 28th day of March, 2008, at Rochester, NY.
23
       Dated: March 28, 2008
24
                                          By: _____
25
                                               Patrick J. Solomon
26

27

28

APPLICATION FOR ADMISSION OF ATTORNEY PATRICK J. SOLOMON PRO HAC VICE -
Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

RECEIVED

APR  3 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5  srosen@rbg-law.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10
   CLAUDE BRYANT, et al.,                )   Case Nos. C 07-5696-SI, C 08-1190-SI,
11 on behalf of themselves               )   C 08-1184-SI
   and all employees similarly situated, )
12                                        )
          Plaintiffs,                     )   **[PROPOSED] ORDER GRANTING**
13              - vs -                     )   **APPLICATION FOR ADMISSION**
                                          )   **OF PATRICK J. SOLOMON *PRO***
14 ALDERWOODS GROUP, INC., et al.,        )   ***HAC VICE***
                                          )
15        Defendants.                     )

16 CLAUDE BRYANT, et al.,                )
   on behalf of themselves               )
17 and all employees similarly situated, )
                                          )
18        Plaintiffs,                     )
                                          )
19              - vs -                     )
                                          )
20 SERVICE CORPORATION INTERNATIONAL, )
   et al.,                                )
21                                        )
          Defendants.                     )
22
   WILLIAM HELM, et al.,                 )
23 on behalf of themselves               )
   and all employees similarly situated, )
24                                        )
          Plaintiffs,                     )
25              - vs -                     )
                                          )
26 ALDERWOODS GROUP, INC., et al.,        )
                                          )
27        Defendants.                     )

28

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF PATRICK J. SOLOMON PRO HAC
VICE – Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

1    Patrick J. Solomon, an active member in good standing of the Bar of the State of

2  New York and the United States District Courts for the Northern and Western Districts of

3  New York, whose business address and telephone number is:

4      DOLIN, THOMAS & SOLOMON LLP
       693 East Avenue
5      Rochester, New York 14607
       Telephone: (585) 272-0540
6      Facsimile: (585) 272-0574

7

8    having applied in the three above-entitled actions, all of which have been

9  determined to be related, for admission to practice in the Northern District of California on

10  a *pro hac vice* basis, representing Plaintiffs.

11    IT IS HEREBY ORDERED that the application is granted, subject to the terms and

12  conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate

13  appearance *pro hac vice*. Service of papers upon and communication with co-counsel

14  designated in the application will constitute notice to the party. All future filings in this

15  action are subject to the requirements contained in General Order, No.45, *Electronic Case*

16  *Filing*.

17

18
    DATED:
19
                                    Honorable Susan Illston
20                                   United States District Judge

21

22

23

24

25

26

27

28
                                        1
    [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF PATRICK J. SOLOMON PRO HAC
              VICE – Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017857
Cashier ID: almaceh
Transaction Date: 04/07/2008
Payer Name: rosen bien and galvan
-----------------------------------
PRO HAC VICE
 For: P J SOLOMON
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 32269
 Amt Tendered: $210.00
-----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C08-1184 SI


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.