| | |
|---|---|
| 1 | Sanford Jay Rosen, State Bar No. 62566 |
| 2 | Maria V. Morris, State Bar No. 223903 |
|   | Lori E. Rifkin, State Bar No. 244081 |
| 3 | ROSEN, BIEN & GALVAN, LLP |
|   | 315 Montgomery Street, Tenth Floor |
| 4 | San Francisco, CA 94104 |
|   | Telephone: (415) 433-6830 |
| 5 | Facsimile: (415) 433-7104 |
|   | srosen@rbg-law.com |
| 6 | |
|   | Attorneys for Plaintiffs |
| 7 | |
|   | [Additional Counsel Listed on Following Page] |

FILED
APR - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all employees similarly situated | ) ) ) | Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI |
| Plaintiffs, - vs - | ) ) ) ) | **APPLICATION FOR ADMISSION OF ATTORNEY J. NELSON THOMAS *PRO HAC VICE*** |
| ALDERWOODS GROUP, INC., et al., | ) ) | |
| Defendants. | ) | |
| CLAUDE BRYANT, et al., on behalf of themselves and all employees similarly situated, | ) ) ) ) | |
| Plaintiffs, - vs - | ) ) ) | |
| SERVICE CORPORATION INTERNATIONAL, et al., | ) ) ) | |
| Defendants. | ) | |
| WILLIAM HELM, et al., on behalf of themselves and all employees similarly situated, | ) ) ) ) | |
| Plaintiffs, - vs - | ) ) ) | |
| ALDERWOODS GROUP, INC., et al., | ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| 1 | |
| 2 | Additional Attorneys for Plaintiffs, who will submit applications for admission *pro hac vice*: |
| 3 | J. Nelson Thomas, NY Attorney No. 2579159 |
| 4 | Patrick J. Solomon, NY Attorney No. 2716660<br>Annette Gifford, NY Attorney No. 4105870 |
| 5 | DOLIN, THOMAS & SOLOMON LLP<br>693 East Avenue |
| 6 | Rochester, NY 14607<br>Telephone: (585) 272-0540 |
| 7 | Facsimile:  (585) 272-0574<br>nthomas@theemploymentattorneys.com |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

APPLICATION FOR ADMISSION OF ATTORNEY J. NELSON THOMAS PRO HAC VICE -
Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

1   Pursuant to Civil Local Rule 11-3, J. NELSON THOMAS, a partner in the law firm
2   of Dolin, Thomas & Solomon LLP, and an active member in good standing of the Bar of
3   the State of New York (Bar No. 2579159) and the United States District Courts for the
4   Northern and Western Districts of New York, hereby applies for admission to practice in
5   the Northern District of California on a *pro hac vice* basis to represent Plaintiffs in the
6   three above-entitled actions, all of which have been determined to be related.
7   In support of this application, I certify that:
8   1.   I am an active member in good standing of a United States Court or of the
9   highest court of another State or the District of Columbia, as indicated above;
10  2.   I agree to abide by the Standards of Professional Conduct set forth in Civil
11  Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
12  become familiar with the Local Rules and the Alternative Dispute Resolution programs of
13  this Court; and,
14  3.   An attorney who is a member of the bar of this Court in good standing and
15  who maintains an office within the State of California has been designated as co-counsel in
16  the three above-entitled actions. The name, address and telephone number of those
17  attorneys are:

> Sanford Jay Rosen, State Bar No. 62566
> Maria V. Morris, State Bar No. 223903
> Lori E. Rifkin, State Bar No. 244081
> 315 Montgomery Street, Tenth Floor
> San Francisco, CA 94104
> Telephone: (415) 433-6830

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration has been executed this 28th day of March, 2008, at Rochester, NY.

Dated: March 28, 2008

By: /s/ J. Nelson Thomas
J. Nelson Thomas

1
APPLICATION FOR ADMISSION OF ATTORNEY J. NELSON THOMAS PRO HAC VICE -
Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5  srosen@rbg-law.com

6  Attorneys for Plaintiffs

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 CLAUDE BRYANT, et al.,                ) Case Nos. C 07-5696-SI, C 08-1190-SI,
   on behalf of themselves               ) C 08-1184-SI
   and all employees similarly situated, )
12                                        )
       Plaintiffs,                        ) [PROPOSED] ORDER GRANTING
13          - vs -                        ) APPLICATION FOR ADMISSION
                                          ) OF J. NELSON THOMAS *PRO HAC*
14 ALDERWOODS GROUP, INC., et al.,        ) *VICE*
                                          )
15     Defendants.                        )

16 CLAUDE BRYANT, et al.,                 )
   on behalf of themselves                )
17 and all employees similarly situated,  )
                                          )
18     Plaintiffs,                        )
            - vs -                        )
19                                        )
                                          )
20 SERVICE CORPORATION INTERNATIONAL, )
   et al.,                                )
21                                        )
       Defendants.                        )

22 WILLIAM HELM, et al.,                  )
   on behalf of themselves                )
23 and all employees similarly situated,  )
                                          )
24     Plaintiffs,                        )
            - vs -                        )
25                                        )
                                          )
26 ALDERWOODS GROUP, INC., et al.,        )
                                          )
27     Defendants.                        )

28

---

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF J. NELSON THOMAS PRO HAC
VICE – Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

RECEIVED
APR 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  J. Nelson Thomas, an active member in good standing of the Bar of the State of
2  New York and the United States District Courts for the Northern and Western Districts of
3  New York, whose business address and telephone number is:

4  DOLIN, THOMAS & SOLOMON LLP
   693 East Avenue
5  Rochester, New York  14607
   Telephone: (585) 272-0540
6  Facsimile:  (585) 272-0574

7

8  having applied in the three above-entitled actions, all of which have been
9  determined to be related, for admission to practice in the Northern District of California on
10 a *pro hac vice* basis, representing Plaintiffs.
11     IT IS HEREBY ORDERED that the application is granted, subject to the terms and
12 conditions of Civil Local Rule 11-3.  All papers filed by the attorney must indicate
13 appearance *pro hac vice*.  Service of papers upon and communication with co-counsel
14 designated in the application will constitute notice to the party.  All future filings in this
15 action are subject to the requirements contained in General Order, No.45, *Electronic Case*
16 *Filing*.

17
18 DATED:
19
                    _____
20                  Honorable Susan Illston
                    United States District Judge
21

---

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF J. NELSON THOMAS PRO HAC
VICE – Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017859
Cashier ID: almaceh
Transaction Date: 04/07/2008
Payer Name: rosen bien and galvan
----------------------------------
PRO HAC VICE
 For: J N THOMAS
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
----------------------------------
CHECK
 Check/Money Order Num: 32271
 Amt Tendered: $210.00
----------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

C08-1184 SI

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```