1  Sanford Jay Rosen, State Bar No. 62566
2  Maria V. Morris, State Bar No. 223903
   Lori E. Rifkin, State Bar No. 244081
3  ROSEN, BIEN & GALVAN, LLP
   315 Montgomery Street, Tenth Floor
4  San Francisco, CA 94104
   Telephone: (415) 433-6830
5  Facsimile: (415) 433-7104
   srosen@rbg-law.com

6  Attorneys for Plaintiffs

7  [Additional Counsel Listed on Following Page]

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
11 CLAUDE BRYANT, et al.,                ) Case Nos. C 07-5696-SI, C 08-1190-SI,
   on behalf of themselves and all employees ) C 08-1184-SI
12 similarly situated                    )
                                         )
13     Plaintiffs,                       ) **APPLICATION FOR ADMISSION**
           - vs -                        ) **OF ATTORNEY ANNETTE**
14                                       ) **GIFFORD *PRO HAC VICE***
   ALDERWOODS GROUP, INC., et al.,       )
15                                       )
       Defendants.                       )
16
   CLAUDE BRYANT, et al.,                )
17 on behalf of themselves               )
   and all employees similarly situated, )
18                                       )
       Plaintiffs,                       )
19         - vs -                        )
                                         )
20 SERVICE CORPORATION INTERNATIONAL, )
   et al.,                               )
21                                       )
       Defendants.                       )
22
   WILLIAM HELM, et al.,                 )
23 on behalf of themselves and all employees )
   similarly situated,                   )
24                                       )
       Plaintiffs,                       )
25         - vs -                        )
                                         )
26 ALDERWOODS GROUP, INC., et al.,       )
                                         )
27     Defendants.                       )

28  APPLICATION FOR ADMISSION OF ATTORNEY ANNETTE GIFFORD PRO HAC VICE -
              Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

179185-1

1  Additional Attorneys for Plaintiffs, who will submit applications for admission *pro hac vice*:

2  J. Nelson Thomas, NY Attorney No. 2579159
3  Patrick J. Solomon, NY Attorney No. 2716660
   Annette Gifford, NY Attorney No. 4105870
4  DOLIN, THOMAS & SOLOMON LLP
   693 East Avenue
5  Rochester, NY 14607
   Telephone: (585) 272-0540
6  Facsimile:  (585) 272-0574
   nthomas@theemploymentattorneys.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  APPLICATION FOR ADMISSION OF ATTORNEY ANNETTE GIFFORD PRO HAC VICE -
    Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

179185-1

|     |     |
| --- | --- |
| 1   | Pursuant to Civil Local Rule 11-3, ANNETTE GIFFORD, an associate in the law firm of Dolin, Thomas & Solomon LLP, and an active member in good standing of the Bar of the State of New York (Bar No. 4105870) and the United States District Courts for the Northern, Southern, Eastern, and Western Districts of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis to represent Plaintiffs in the three above-entitled actions, all of which have been determined to be related. |

Pursuant to Civil Local Rule 11-3, ANNETTE GIFFORD, an associate in the law firm of Dolin, Thomas & Solomon LLP, and an active member in good standing of the Bar of the State of New York (Bar No. 4105870) and the United States District Courts for the Northern, Southern, Eastern, and Western Districts of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis to represent Plaintiffs in the three above-entitled actions, all of which have been determined to be related.

In support of this application, I certify that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the three above-entitled actions. The name, address and telephone number of those attorneys are:

> Sanford Jay Rosen, State Bar No. 62566
> Maria V. Morris, State Bar No. 223903
> Lori E. Rifkin, State Bar No. 244081
> 315 Montgomery Street, Tenth Floor
> San Francisco, CA 94104
> Telephone: (415) 433-6830

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration has been executed this 27th day of March, 2008, at Rochester, NY.

Dated: March 27, 2008

By: *Annette Gifford* (signature)
Annette Gifford

---

1
APPLICATION FOR ADMISSION OF ATTORNEY ANNETTE GIFFORD PRO HAC VICE -
Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5  srosen@rbg-law.com

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
   CLAUDE BRYANT, et al.,                    )  Case Nos. C 07-5696-SI, C 08-1190-SI,
11 on behalf of themselves                   )  C 08-1184-SI
   and all employees similarly situated,     )
12                                           )
      Plaintiffs,                            )  **[PROPOSED] ORDER GRANTING**
13           - vs -                          )  **APPLICATION FOR ADMISSION**
                                             )  **OF ANNETTE GIFFORD *PRO HAC***
14 ALDERWOODS GROUP, INC., et al.,           )  ***VICE***
                                             )
15    Defendants.                            )

16 CLAUDE BRYANT, et al.,                    )
   on behalf of themselves                   )
17 and all employees similarly situated,     )
                                             )
18    Plaintiffs,                            )
           - vs -                            )
19                                           )
   SERVICE CORPORATION INTERNATIONAL, )
20 et al.,                                   )
                                             )
21    Defendants.                            )

22 WILLIAM HELM, et al.,                     )
   on behalf of themselves                   )
23 and all employees similarly situated,     )
                                             )
24    Plaintiffs,                            )
           - vs -                            )
25                                           )
                                             )
26 ALDERWOODS GROUP, INC., et al.,           )
                                             )
27    Defendants.                            )

28

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ANNETTE GIFFORD PRO HAC
VICE – Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

RECEIVED APR 3 2008

1  Annette Gifford, an active member in good standing of the Bar of the State of New
2  York and the United States District Courts for the Northern, Southern, Eastern, and
3  Western Districts of New York, whose business address and telephone number is:

4  DOLIN, THOMAS & SOLOMON LLP
   693 East Avenue
5  Rochester, New York  14607
   Telephone: (585) 272-0540
6  Facsimile:  (585) 272-0574

7

8  having applied in the three above-entitled actions, all of which have been
9  determined to be related, for admission to practice in the Northern District of California on
10 a *pro hac vice* basis, representing Plaintiffs.
11 IT IS HEREBY ORDERED that the application is granted, subject to the terms and
12 conditions of Civil Local Rule 11-3.  All papers filed by the attorney must indicate
13 appearance *pro hac vice*.  Service of papers upon and communication with co-counsel
14 designated in the application will constitute notice to the party.  All future filings in this
15 action are subject to the requirements contained in General Order, No.45, *Electronic Case*
16 *Filing*.

17

18
   DATED:
19
                                    _____
20                                  Honorable Susan Illston
                                    United States District Judge
21

22

23

24

25

26

27

28
                                        1
   [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ANNETTE GIFFORD PRO HAC
          VICE – Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017861
Cashier ID: almaceh
Transaction Date: 04/07/2008
Payer Name: rosen bien and galvan
------------------------------------
PRO HAC VICE
 For: A GIFFORD
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
------------------------------------
CHECK
 Check/Money Order Num: 32273
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C08-1184 SI


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```