**RECEIVED**
APR 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5  srosen@rbg-law.com

6  Attorneys for Plaintiffs

7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9

10 CLAUDE BRYANT, et al.,                       ) Case Nos. C 07-5696-SI, C 08-1190-SI,
   on behalf of themselves                     ) C 08-1184-SI
11 and all employees similarly situated,       )
                                                )
12         Plaintiffs,                          ) **[PROPOSED] ORDER GRANTING**
                                                ) **APPLICATION FOR ADMISSION**
13         - vs -                               ) **OF PATRICK J. SOLOMON *PRO***
                                                ) ***HAC VICE***
14 ALDERWOODS GROUP, INC., et al.,             )
                                                )
15         Defendants.                          )

16 CLAUDE BRYANT, et al.,                      )
   on behalf of themselves                    )
17 and all employees similarly situated,      )
                                               )
18         Plaintiffs,                         )
                                               )
19         - vs -                              )
                                               )
20 SERVICE CORPORATION INTERNATIONAL, )
   et al.,                                    )
21                                             )
           Defendants.                        )

22 WILLIAM HELM, et al.,                      )
   on behalf of themselves                    )
23 and all employees similarly situated,      )
                                               )
24         Plaintiffs,                         )
                                               )
25         - vs -                              )
                                               )
26 ALDERWOODS GROUP, INC., et al.,            )
                                               )
27         Defendants.                         )

28

---

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF PATRICK J. SOLOMON PRO HAC
VICE – Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

Patrick J. Solomon, an active member in good standing of the Bar of the State of New York and the United States District Courts for the Northern and Western Districts of New York, whose business address and telephone number is:

DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
Facsimile: (585) 272-0574

having applied in the three above-entitled actions, all of which have been determined to be related, for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order, No.45, *Electronic Case Filing*.

DATED:

_____
Honorable Susan Illston
United States District Judge

---

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF PATRICK J. SOLOMON PRO HAC VICE – Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI