Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
srosen@rbg-law.com

Attorneys for Plaintiffs

RECEIVED APR 3 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br>- vs -<br>ALDERWOODS GROUP, INC., et al.,<br>Defendants. | Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF J. NELSON THOMAS *PRO HAC VICE*** |
| CLAUDE BRYANT, et al., on behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br>- vs -<br>SERVICE CORPORATION INTERNATIONAL, et al.,<br>Defendants. | |
| WILLIAM HELM, et al., on behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br>- vs -<br>ALDERWOODS GROUP, INC., et al.,<br>Defendants. | |

J. Nelson Thomas, an active member in good standing of the Bar of the State of New York and the United States District Courts for the Northern and Western Districts of New York, whose business address and telephone number is:

DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
Facsimile: (585) 272-0574

having applied in the three above-entitled actions, all of which have been determined to be related, for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order, No.45, *Electronic Case Filing*.

DATED:

_____
Honorable Susan Illston
United States District Judge

---

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF J. NELSON THOMAS PRO HAC VICE – Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI