| | |
|---|---|
| 1 | STEVEN H. GURNEE, ESQ. SB# 66056 |
| | DAVID M. DANIELS, ESQ. SB# 170315 |
| 2 | NICHOLAS P. FORESTIERE, ESQ. SB# 125118 |
| | GURNEE & DANIELS LLP |
| 3 | 2240 Douglas Boulevard, Suite 150 |
| | Roseville, CA  95661-3805 |
| 4 | Telephone     (916) 797-3100 |
| | Facsimile      (916) 797-3131 |
| 5 | |
| 6 | Attorneys for Defendants |
| | ALDERWOODS GROUP, INC., PAUL A. |
| 7 | HOUSTON, SERVICE CORPORATION |
| | INTERNATIONAL, SCI FUNERAL AND |
| 8 | CEMETERY PURCHASING COOPERATIVE, |
| | INC., SCI EASTERN MARKET SUPPORT |
| 9 | CENTER, L.P., SCI WESTERN MARKET |
| | SUPPORT CENTER, L.P., a/k/a SCI WESTERN |
| 10 | MARKET SUPPORT CENTER, INC., and |
| 11 | SCI HOUSTON MARKET SUPPORT CENTER, L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, | ) No.  CV 08-01184 SI |
| 16 | | ) |
| | | ) **NOTICE OF ERRATA PAGE FOR** |
| 17 | | ) **DEFENDANTS' NOTICE OF MOTION** |
| | | ) **AND MOTION TO TRANSFER** |
| 18 | Plaintiffs, | ) **PURSUANT TO 28 U.S.C. § 1404(a)** |
| | vs. | ) [Docket No. 72.] |
| 19 | | ) |
| 20 | ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P. | ) Date:          June 20, 2008 |
| | | ) Time:         9:00 a.m. |
| 21 | | ) Dept:          10 |
| 22 | | ) Trial Date:  NONE SET |
| 23 | | ) |
| 24 | | ) |
| 25 | | ) |
| 26 | | ) |
| 27 | Defendants. | ) |
| 28 | | ) |

**DEFENDANTS' MOTION TO TRANSFER**
Case No.:  08-01184 SI

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on June 20, 2008 at 9:00 a.m. or as soon thereafter as the matter may be heard in Department 10 of the United States District Court, Northern District of California, San Francisco Division, located at 450 Golden Gate Ave, San Francisco, California, Defendants Alderwoods Group, Inc. ("Alderwoods"), Paul A. Houston ("Houston"), Service Corporation International ("SCI"), SCI Funeral and Cemetery Purchasing Cooperative, Inc. ("SCI Funeral"), SCI Eastern Market Support Center, L.P. ("SCI Eastern Market"), SCI Western Market Support Center, L.P. a/k/a SCI Western Market Support Center, Inc. ("SCI Western Market"), and SCI Houston Market Support Center, L.P. (hereinafter collectively referred to as the "Moving Defendants") will move the Court pursuant to 28 U.S.C. 1404(a) for an order to transfer venue of this action to the United States District Court for the Western District of Pennsylvania where the related action of *Prise v. Alderwoods Group, Inc. et al.*, (WDPA Case No. 6-1641) ("*Prise I*") is pending.

This motion to transfer venue of this action is made upon the grounds that the United States District Court for the Western District of Pennsylvania is a venue where this action might have been brought, and that the convenience of the parties and witnesses and the interest of justice will be served by such a transfer.

This Motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities set forth below, the accompanying Request for Judicial Notice, and the pleadings, records and files in this action, the related actions commonly known as *Bryant I, Helm, Prise I and II, and Stickle* as identified in this Motion and Request for Judicial Notice, and upon such other and further evidence and argument as may be presented at the time of the hearing.

Dated: May 19, 2008                                    GURNEE & DANIELS LLP


By _____
STEVEN H. GURNEE, ESQ.
DAVID M. DANIELS, ESQ.
NICHOLAS P. FORESTIERE, ESQ.
Attorneys for Defendants

**DEFENDANTS' MOTION TO TRANSFER**
Case No.: 08-01184 SI