**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, | No. C 08-01184 SI |
| Plaintiff, | **NOTICE** |
| v. | |
| ALDERWOODS GROUP INC, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion to transfer (#72) has been continued to Friday, July 25, 2008, at 9:00 a.m.

The initial case management conference has also been continued to Friday, July 25, 2008, at 2:00 p.m. A joint case management conference statement must be filed one week prior to the conference.

Dated: May 20, 2008



RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk