1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone     (916) 797-3100
   Facsimile     (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC., PAUL HOUSTON,
   SERVICE CORPORATION INTERNATIONAL,
7  SCI FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN MARKET
8  SUPPORT CENTER, L.P., SCI WESTERN MARKET
   SUPPORT CENTER, L.P., and SCI HOUSTON
9  MARKET SUPPORT CENTER, L.P.

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13

| 14 | WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. CV 08-01184 SI<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE** |
|---|---|---|---|

27

28 DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE
   OF INITIAL STATUS CONFERENCE                                              1
   Case No.: CV 08-01184 SI

# NOTICE OF MOTION

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendants will and hereby do administratively move for an order continuing the Initial Case Management Conference from its present date and time of Friday, July 25, 2008, at 1:30 p.m., to a future date and time to be determined by the Court following the issuance of its ruling on Defendants' Motion to Transfer Pursuant to 28 U.S.C. §1448, assuming the Court declines to transfer the action.

This Motion is based on this Administrative Motion, the Declaration of Nicholas P. Forestiere and Proposed Order filed herewith, the records and files in this case, and the arguments, if any, of counsel.

## DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Good cause exists for the Court to conduct its Initial Case Management Conference on this matter, *if any*, on a date which follows the Court's decision on Defendants' Motion to Transfer this action to the U.S. District Court for the Western District of Pennsylvania (Docket Nos. 72-74), where the related case of *Prise v. Alderwoods Group, Inc. et al.*, (WDPA Case No. 6-1641) ("*Prise I*") is currently pending.

As it now stands, the Initial Case Management Conference will be held on the afternoon of July 25, 2008 (at 2:00 p.m.), the same day that the hearing on Defendants' transfer motion will take place (at 9:00 a.m.). If the Court grants the transfer motion from the bench, Defendants expect that the Initial Case Management Conference will be taken off calendar and the conference will be conducted by the transferee judge in Pennsylvania once the transfer is accomplished. However, if the Court takes the transfer motion under submission, it will presumably hold the Initial Case Management Conference as scheduled, even though the case may ultimately be transferred to Pennsylvania.

In advance of the Initial Case Management Conference, the parties are required by the Court's Standing Order re: Contents of Joint Case Management Statement ("Standing Order") to meet and confer and submit a joint case management statement (which includes a discovery plan pursuant to FRCP 26(f)) that addresses a multitude of issues. Many of these issues are distinct to proceedings held in this Court, such as compliance with particular local rules, expert disclosure dates, discovery cutoffs, class certification and other motion deadlines, and the proposed dates for the pretrial conference and trial. (*See* Standing Order, ¶¶ 5, 9, 12, 17 and 19; *see also* FRCP 26(f)(3).) If the Court orders the case transferred, many of these dates and deadlines would be expected to change due to the delay inherent in transferring the action to the U.S. District Court for the Western District of Pennsylvania, the transferee Court's own local rules and calendaring issues, and the schedules of local counsel for the parties. As such, Defendants submit that it would be in the interests of judicial economy to defer the Initial Case Management Conference in this case, as well as the related meet and confer, disclosure and joint statement deadlines, until the Court determines whether this case will, in fact, remain in California or be transferred to Pennsylvania.

On June 18, 2008, Defendants' counsel met and conferred with Plaintiffs' counsel by telephone to determine whether the parties could reach a stipulated agreement regarding Defendants' requested continuance of the Initial Case Management Conference and related deadlines. At that time, Plaintiffs' counsel indicated that Plaintiffs would object to Defendants' request. Defendants continue to believe that holding the Initial Case Management Conference before the court rules on Defendants' transfer motion would not be in the interest of judicial economy given the uniquely "local" issues that must be addressed at the conference.

/////
/////
/////
/////
/////

DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE
OF INITIAL STATUS CONFERENCE
Case No.: CV 08-01184 SI

3

1  Based on the foregoing, Defendants respectfully request an order continuing the Initial Case Management Conference to a future date and time to be determined by the Court following the issuance of its ruling on Defendants' Motion to Transfer Pursuant to 28 U.S.C. §1448, assuming the Court denies the transfer motion.

Dated: June 19, 2008

GURNEE & DANIELS LLP

By _____
STEVEN H. GURNEE, ESQ.
DAVID M. DANIELS, ESQ.
NICHOLAS P. FORESTIERE, ESQ.
Attorneys for Defendants
ALDERWOODS GROUP, INC., PAUL HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.