STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone     (916) 797-3100
Facsimile     (916) 797-3131

Attorneys for Defendants
ALDERWOODS GROUP, INC., PAUL HOUSTON,
SERVICE CORPORATION INTERNATIONAL,
SCI FUNERAL AND CEMETERY PURCHASING
COOPERATIVE, INC., SCI EASTERN MARKET
SUPPORT CENTER, L.P., SCI WESTERN MARKET
SUPPORT CENTER, L.P., and SCI HOUSTON
MARKET SUPPORT CENTER, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>        Defendants. | No.  CV 08-01184 SI<br><br>**DECLARATION OF NICHOLAS P. FORESTIERE RE  IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE** |

DECLARATION OF NICHOLAS P. FORESTIERE IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS
CONFERENCE
Case No.:  CV 08-01184 SI

I, Nicholas P. Forestiere, declare as follows:

1.      I am an attorney at law, duly licensed to practice before the U.S. District Court for the Northern District of California, and I am an associate with the law firm of Gurnee & Daniels LLP, counsel of record for the defendants in this action.  I submit this Declaration in support of Defendants' Motion to Continue the Initial Status Conference in this matter.  The facts contained herein are based on my own personal knowledge, and if called to do so, I could and would competently testify to their truth.

2.      The Initial Case Management Conference in this matter is presently scheduled to be held on July 25, 2008 at 2:00 p.m..  That same day (at 9:00 a.m.), the Court will hear the Defendants' motion to transfer this action to the U.S. District Court for the Western District of Pennsylvania. (Docket Nos. 72-74.)

3.      In advance of the Initial Case Management Conference, the parties are required by the Court's Standing Order re: Contents of Joint Case Management Statement ("Standing Order") to meet and confer and submit a joint case management statement (which includes a discovery plan pursuant to FRCP 26(f)) that addresses a multitude of issues.  Many of these issues are distinct to proceedings held in this Court, such as compliance with particular local rules, expert disclosure dates, discovery cutoffs, class certification and other motion deadlines, and the proposed dates for the pretrial conference and trial.  (*See* Standing Order, ¶¶ 5, 9, 12, 17 and 19; *see also* FRCP 26(f)(3).)  If the Court transfers the case to the U.S. District Court for the Western District of Pennsylvania, I expect that many of these dates and deadlines will change due to the delay inherent in transferring the action to the U.S. District Court for the Western District of Pennsylvania, the transferee Court's own local rules and calendaring issues, and the schedules of local counsel for the parties.

4.      In light of the foregoing, Defendants believe that it would be in the interests of judicial economy to defer the Initial Case Management Conference in this case, as well as the related meet and confer, disclosure and joint statement deadlines, until the Court determines

DECLARATION OF NICHOLAS P. FORESTIERE IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS
CONFERENCE
Case No.:  CV 08-01184 SI

2

1   whether this case will, in fact, remain in California or be transferred to Pennsylvania.

2        5.       On June 18, 2008, I spoke by telephone with Plaintiffs' counsel Annette Gifford, to

3   see whether the parties could reach a stipulated agreement regarding Defendants' requested

4   continuance of the Initial Case Management Conference and related deadlines.   At that time,

5   Plaintiffs' counsel indicated that Plaintiffs would object to Defendants' request.   Defendants

6   continue to believe that holding the Initial Case Management Conference before the court rules on

7   Defendants' transfer motion would not be in the interest of judicial economy given the uniquely

8   "local" issues that must be addressed at the conference.

9        6.       There was one previous continuance of the Initial Status Conference, on the Court's

10  own motion, from June 20, 2008 to the current date of July 25, 2008.  (Docket No. 75.)

11       I declare under penalty of perjury under the laws of the United States of America that the

12  foregoing is true and correct and that this Declaration was executed on June 19, 2008 at Roseville,

13  California.

14

15                                          _____
                                            Nicholas P. Forestiere

16

17

18

19

20

21

22

23

24

25

26

27

28  DECLARATION OF NICHOLAS P. FORESTIERE IN SUPPORT OF DEFENDANTS'
    ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS
    CONFERENCE                                                                    3
    Case No.:  CV 08-01184 SI