1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA 95661-3805
4  Telephone    (916) 797-3100
   Facsimile    (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC., PAUL HOUSTON
   SERVICE CORPORATION INTERNATIONAL,
7  SCI FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN MARKET
8  SUPPORT CENTER, L.P., SCI WESTERN MARKET
   SUPPORT CENTER, L.P., and SCI HOUSTON
9  MARKET SUPPORT CENTER, L.P.

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14 | WILLIAM HELM, DEBORAH PRISE,              ) No. CV 08-01184 SI
   | HEATHER P. RADY, et al., on behalf of     )
15 | themselves and all other employees and former )
   | employees similarly situated,             ) **[PROPOSED] ORDER CONTINUING**
16 |                                           ) **INITIAL CASE MANAGEMENT**
   |                                           ) **CONFERENCE**
17 |            Plaintiffs,                    )
   |                                           )
18 |       vs.                                 )
   |                                           )
19 | ALDERWOODS GROUP, INC., PAUL A.           )
   | HOUSTON, SERVICE CORPORATION              )
20 | INTERNATIONAL, SCI FUNERAL AND            )
   | CEMETERY PURCHASING                       )
21 | COOPERATIVE, INC., SCI EASTERN            )
   | MARKET SUPPORT CENTER, L.P., SCI          )
22 | WESTERN MARKET SUPPORT CENTER,            )
   | L.P., a/k/a SCI WESTERN MARKET            )
23 | SUPPORT CENTER, INC., and SCI             )
   | HOUSTON MARKET SUPPORT CENTER,            )
24 | L.P.                                      )
   |                                           )
25 |            Defendants.                    )

26

27

28

**[PROPOSED] ORDER CONTINUING INITIAL CMC**                                    1
Case No.: CV 08-01184 SI

Good cause appearing, Defendants' Administrative Motion to Continue the Initial Case Management Conference in this matter is hereby granted and the Initial Case Management Conference current set for July 25, 2008 at 2:00 p.m. is hereby vacated.  In the event the Court denies Defendants' Motion to Transfer this action to the U.S. District Court for the Western District of Pennsylvania, (Docket Nos. 72-74), the Court will set a new date for the Initial Case Management Conference.  In the event the Court grants the aforementioned transfer motion, the date for the Initial Case Management Conference will be determined by the transferee court.

**IT IS SO ORDERED.**

Dated:_____

_____
Honorable Susan Illston
United States District Court

**[PROPOSED] ORDER CONTINUING INITIAL CMC**
Case No.:  CV 08-01184 SI

2