1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
3  Roseville, CA 95661-3805
   Telephone    (916) 797-3100
4  Facsimile    (916) 797-3131

5  Attorneys for Defendants
   ALDERWOODS GROUP, INC., PAUL HOUSTON,
6  SERVICE CORPORATION INTERNATIONAL,
   SCI FUNERAL AND CEMETERY PURCHASING
7  COOPERATIVE, INC., SCI EASTERN MARKET
   SUPPORT CENTER, L.P., SCI WESTERN MARKET
8  SUPPORT CENTER, L.P., and SCI HOUSTON
   MARKET SUPPORT CENTER, L.P.

9

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12

13

14 WILLIAM HELM, DEBORAH PRISE,           )   No. CV 08-01184 SI
   HEATHER P. RADY, et al., on behalf of  )
15 themselves and all other employees and former )
   employees similarly situated,          )
16                                        )
               Plaintiffs,                )   **CERTIFICATE OF SERVICE**
17                                        )
       vs.                                )
18                                        )
   ALDERWOODS GROUP, INC., PAUL A.        )
19 HOUSTON, SERVICE CORPORATION           )
   INTERNATIONAL, SCI FUNERAL AND         )
20 CEMETERY PURCHASING                    )
   COOPERATIVE, INC., SCI EASTERN         )
21 MARKET SUPPORT CENTER, L.P., SCI       )
22 WESTERN MARKET SUPPORT CENTER,         )
   L.P., a/k/a SCI WESTERN MARKET         )
23 SUPPORT CENTER, INC., and SCI          )
24 HOUSTON MARKET SUPPORT CENTER,         )
   L.P.                                   )
25                                        )
                                          )
26 _____Defendants._____)

27     I am a citizen of the United States. My business address is 2240 Douglas Boulevard, Suite
28 150, Roseville, California 95661. I am employed in the County of Placer where this mailing

CERTIFICATE OF SERVICE                                                                      1
Case No. 08-01184 SI

1  occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar
2  with my employer's normal business practice for collection and processing of correspondence for
3  mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the
4  U.S. Postal Service the same day as the day of collection in the ordinary course of business.

5      On the date set forth below, following ordinary business practice, I served the foregoing
6  document(s) described as:

| |
|---|
| **DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE** |
| **DECLARATION OF NICHOLAS P. FORESTIERE IN SUPPORT OF ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE** |
| **[PROPOSED] ORDER CONTINUING INITIAL STATUS CONFERENCE** |

12  on said date at my place of business, a true copy thereof enclosed in a sealed envelope prepaid for
13  first-class mail for collection and mailing that same day in the ordinary course of business,
14  addressed to the parties as follows:

15  Justin Cordello                                   Kyle T. McGee
16  Annette Gifford                                   Liberty J. Weyandt
   Michael Lingle                                   Margolis Edelstein
17  Patrick Solomon                                 525 William Penn Place, Suite 3300
   J. Nelson Thomas                              Pittsburg, PA 15219
18  Dolin Thomas & Solomon LLP
19  693 East Avenue
   Rochester, NY 14607
20

21      I declare under penalty of perjury under the laws of the United States of America, that the
22  above is true and correct.
23  Executed on June 19, 2008, at Roseville, California.

                                                   /s/ Candace Nelson
                                                   CANDACE NELSON