Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile:  (415) 433-7104
srosen@rbg-law.com

[Additional Counsel Listed on Following Page]

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.,<br><br>            Defendants. | Case No. CV 08-1184 SI<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE (Docket Nos. 76-78)** |

1

2

Additional Attorneys for Plaintiffs:

3

J. Nelson Thomas (admitted *pro hac vice*)
Patrick J. Solomon (admitted *pro hac vice*)
Annette Gifford (admitted *pro hac vice*)

4

DOLIN, THOMAS & SOLOMON LLP
693 East Avenue

5

Rochester, NY 14607
Telephone: (585) 272-0540

6

Facsimile:  (585) 272-0574

7

nthomas@theemploymentattorneys.com

8

Additional Attorneys for Plaintiffs, who will
submit applications for admission *pro hac vice*:

9

Charles H. Saul, PA State Bar No.19938

10

Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661

11

MARGOLIS EDELSTEIN
525 William Penn Place

12

Suite 3300
Pittsburgh, PA 15219

13

Telephone: (412) 281-4256
Facsimile: (412) 642-2380

14

csaul@margolisedelstein.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PRELIMINARY STATEMENT**

Plaintiffs, pursuant to Local Rule 7-11(b), submit this response in opposition to Defendants' Administrative Motion for Continuance of Initial Status Conference in this matter to a future date and time to be determined by this Court.

During a telephone conference with the parties on April 8, 2008, this Court set the Initial Case Management Conference ("CMC") in this case for June 20, 2008 at 2:00 p.m. and specifically ordered that any motions for transfer be filed so as to be heard that day as well (Docket Nos. 62, 63). Defendants filed their motion for transfer on May 16, 2008 and noticed the motion to be heard on June 20, 2008 (Docket No. 72). Subsequently, the Court reset the date of both the transfer motion hearing and the CMC for July 25, 2008 at 9:00 a.m. and 2:00 p.m., respectively (Docket No. 75). Defendants not only noticed their motion to be heard on the same date as the CMC, they also did not object to that scheduling either at the time of the initial order or the subsequent rescheduling. Defendants current request to delay the CMC should be denied.

**ARGUMENT**

**Defendants Have Failed to Show Sufficient Good Cause for a Continuance of the Case Management Conference**

Defendants have failed to show that the scheduling of the motion for transfer and the CMC will result in judicial waste, even in the event the case is later transferred. To the contrary, having the parties meet and confer regarding the management of the case will promote judicial economy, as the parties will have discussed discovery and other pre-trial case management issues that will be relevant to this matter regardless of where it is ultimately heard. Rescheduling the CMC to a future date will only serve to further delay the proceedings in this case, thus resulting in judicial waste and inefficiency, should the Court deny transfer. Moreover, even in the event this matter is transferred, the parties will still need to address most, if not all, of the same case management issues, particularly with regard to discovery, motions anticipated by the parties and class action certification issues.

In addition, Defendants had an opportunity to object to the scheduling of the CMC

1

on the same day as the transfer motion hearing when the Court conferred with the parties regarding this scheduling on April 8, 2008.  However, Defendants made no objections to the Court's scheduling in April or to the Court's subsequent rescheduling of the motion transfer hearing and CMC to July 25, 2008 via Notice filed on May 20, 2008 (Docket No. 75).  As such, Defendants should not now be heard to protest the current scheduling, having previously raised no objections to such scheduling when they had the opportunity to do so.  Defendants have not raised any reasons for continuance of the CMC in their motion that they could not have raised with the Court at the time of the scheduling on April 8, 2008.

Finally, had this Court concluded that scheduling the CMC on the same day as the transfer motion hearing would result in judicial waste or inefficiency, it would not have ordered such scheduling in the first place.  Accordingly, the Court's orders scheduling the CMC and motion transfer hearing for the same day should be upheld.

Plaintiffs respectfully submit that Defendants' Administrative Motion for Continuance of Initial Status Conference in this matter be denied and that the Initial Case Management Conference set for July 25, 2008 at 2:00 p.m. should occur as scheduled.

Date: June 24, 2008

Respectfully Submitted,
DOLIN, THOMAS & SOLOMON LLP

By:_____/s/ Annette Gifford_____

J. Nelson Thomas (admitted *pro hac vice*)
Patrick J. Solomon (admitted *pro hac vice*)
Annette Gifford (admitted *pro hac vice*)
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

ROSEN, BIEN & GALVAN, LLP
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256

Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
srosen@rbg-law.com

[Additional Counsel Listed on Following Page]

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.,<br><br>　　　　　　Defendants. | Case No. CV 08-1184 SI<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE (Docket Nos. 76-78)** |

1
2
Additional Attorneys for Plaintiffs:

3
J. Nelson Thomas (admitted *pro hac vice*)
Patrick J. Solomon (admitted *pro hac vice*)
Annette Gifford (admitted *pro hac vice*)
4
DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
5
Rochester, NY 14607
6
Telephone: (585) 272-0540
Facsimile:  (585) 272-0574
7
nthomas@theemploymentattorneys.com

8
Additional Attorneys for Plaintiffs, who will
9
submit applications for admission *pro hac vice*:

10
Charles H. Saul, PA State Bar No. 19938
Liberty J. Weyandt, PA State Bar No. 87654
11
Kyle T. McGee, PA State Bar No. 205661
MARGOLIS EDELSTEIN
12
525 William Penn Place
Suite 3300
13
Pittsburgh, PA 15219
Telephone: (412) 281-4256
14
Facsimile: (412) 642-2380
csaul@margolisedelstein.com
15

16

17

18

19

20

21

22

23

24

25

26

27

28
[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF
INITIAL STATUS CONFERENCE
Case No. CV 08-1184 SI

1    Finding no good cause therefore, Defendants' Administrative Motion for

2  Continuance of Initial Status Conference in this matter is hereby denied, and the Initial

3  Case Management Conference set for July 25, 2008 at 2:00 p.m. will take place as

4  scheduled (Docket No. 75).

5

6  Dated: _____          _____

7                                          Honorable Susan Illston
                                           United States District Court
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28