1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile:  (415) 433-7104
5  srosen@rbg-law.com

6  [Additional Counsel Listed on Following Page]

7  Attorneys for Plaintiffs

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO/OAKLAND DIVISION

11

12 WILLIAM HELM, DEBORAH PRISE,              ) Case No. CV 08-1184 SI
   HEATHER P. RADY, et al., on behalf of     )
13 themselves and all other employees and former ) **[PROPOSED] ORDER DENYING**
   employees similarly situated,             ) **DEFENDANTS' ADMINISTRATIVE**
14                                           ) **MOTION FOR CONTINUANCE OF**
                       Plaintiffs,           ) **INITIAL STATUS CONFERENCE**
15                                           ) **(Docket Nos. 76-78)**
   v.                                        )
16                                           )
   ALDERWOODS GROUP, INC., PAUL A.           )
17 HOUSTON, SERVICE CORPORATION              )
   INTERNATIONAL, SCI FUNERAL AND            )
18 CEMETERY PURCHASING                       )
   COOPERATIVE, INC., SCI EASTERN            )
19 MARKET SUPPORT CENTER, L.P., SCI          )
   WESTERN MARKET SUPPORT CENTER,            )
20 L.P. a/k/a SCI WESTERN MARKET             )
   SUPPORT CENTER, INC., and SCI             )
21 HOUSTON MARKET SUPPORT CENTER,            )
   L.P.,                                     )
22                                           )
                       Defendants.           )
23                                           )
   _____    )
24

25

26

27

28 [PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF
   INITIAL STATUS CONFERENCE
   Case No. CV 08-1184 SI

Additional Attorneys for Plaintiffs:

J. Nelson Thomas (admitted *pro hac vice*)
Patrick J. Solomon (admitted *pro hac vice*)
Annette Gifford (admitted *pro hac vice*)
DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile:  (585) 272-0574
nthomas@theemploymentattorneys.com

Additional Attorneys for Plaintiffs, who will submit applications for admission *pro hac vice*:

Charles H. Saul, PA State Bar No. 19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380
csaul@margolisedelstein.com

[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE
Case No. CV 08-1184 SI

1   Finding no good cause therefore, Defendants' Administrative Motion for
2   Continuance of Initial Status Conference in this matter is hereby denied, and the Initial
3   Case Management Conference set for July 25, 2008 at 2:00 p.m. will take place as
4   scheduled (Docket No. 75).

Dated: _____    *Susan Illston* (signature)
                                Honorable Susan Illston
                                United States District Court

[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE
Case No. CV 08-1184 SI