1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9                  **Northern District of California**

10   Helm,                                         08-01184 SI

11                  Plaintiff(s),          **NOTICE RE: NONCOMPLIANCE
                                              WITH COURT ORDER**
12          v.

13   Alderwoods Group, Inc.,

14                  Defendant(s).

15

16          The parties have failed to file an ADR Certification and either a Stipulation and

17   [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18   Conference as required by the Initial Case Management Scheduling Order.  Counsel

19   shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20   matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21   an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22   **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23   ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24   at www.adr.cand.uscourts.gov.)

25

26          Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27   copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28   (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

United States District Court
Northern District of California

**Notice Re: Noncompliance With Court Order**
08-01184 SI                                    -1-

United States District Court
Northern District of California

1    450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2    to an e-mail directed to adr@cand.uscourts.gov.

3

4        It is the responsibility of counsel to schedule an ADR Phone Conference, if

5    required, to occur before the Case Management Conference.

6

7

8    Dated: July 11, 2008

9                                                RICHARD W. WIEKING
                                                 Clerk
10                                               by:    Lisa Salvetti

11

12                                               _____
                                                 ADR Administrative Assistant
13                                               415-522-2032
                                                 lisa_salvetti@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice Re: Noncompliance With Court Order**
08-01184 SI                                -2-

PROOF OF SERVICE

Case Name:           Helm v. Alderwoods Group, Inc.

Case Number:      08-01184 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On July 11, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Liberty J. Weyandt
> Margolis Edelstein
> 525 William Penn Place, Suite 3300
> Pittsburg, PA 15219
>
> Justin Cordello
> Dolin Thomas & Solomon LLP
> 693 East Avenue
> Rochester, NY 14607
>
> Charles Saul
> Margolis Edelstein
> 525 William Penn Place, Suite 3300
> Pittsburgh, PA 15219
>
> Kyle T. McGee
> Margolis Edelstein
> 525 William Penn Place, Suite 3300
> Pittsburg, PA 15219
>
> Lori Rifkin

Rosen Bien & Galvan, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
lrifkin@rbg-law.com

Sanford Jay Rosen
Rosen Bien & Galvan, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
srosen@rbg-law.com

J. Nelson Thomas
Dolin Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607

Annette Gifford
Dolin Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607

Michael J. Lingle
Dolin Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607

Maria V. Morris
Rosen Bien & Galvan, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
mmorris@rbg-law.com

Patrick J. Solomon
Dolin Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607

Nelson J. Thomas
Dolin Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607

J. Nelson Thomas
693 East Ave

Rochester, NY 14607
nthomas@theemploymentattorneys.com

Annette Gifford
693 East Ave
Rochester, NY 14607
agifford@theemploymentattorneys.com

David Merrill Daniels
Gurnee & Daniels LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
david@gurneelaw.com

Steven Hazard Gurnee
Gurnee & Daniels LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
steve@gurneelaw.com

John A. Mason
Gurnee & Daniels LLP
2240 Douglas Blvd
Suite 150
Roseville, Ca 95661
john@gurneelaw.com

Nicholas Pierre Forestiere
2240 Douglas Blvd., Suite 150
Roseville, CA 95661
nicholas@gurneelaw.com


[ ] by Facsimile, I caused said documents to be transmitted to the following
parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 11, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa Salvetti

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov