1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, ESQ. SB#125118
   JOHN A. MASON, ESQ. SB# 166996
3  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
4  Roseville, CA  95661-3805
   Telephone    (916) 797-3100
5  Facsimile    (916) 797-3131

6  Attorneys for Defendants
   ALDERWOODS GROUP, INC., PAUL HOUSTON,
7  SERVICE CORPORATION INTERNATIONAL,
   SCI FUNERAL AND CEMETERY PURCHASING
8  COOPERATIVE, INC., SCI EASTERN MARKET
   SUPPORT CENTER, L.P., SCI WESTERN MARKET
9  SUPPORT CENTER, L.P., and SCI HOUSTON
   MARKET SUPPORT CENTER, L.P.
10

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14

15 | WILLIAM HELM, DEBORAH PRISE,         ) No.  CV 08-01184 SI
   | HEATHER P. RADY, et al., on behalf of )
16 | themselves and all other employees and former )
   | employees similarly situated,        ) STIPULATION AND [PROPOSED]
17 |                                      ) ORDER EXTENDING DEADLINE TO
   |                                      ) COMPLY WITH ADR PROGRAM
18 |              Plaintiffs,              ) REQUIREMENTS
   |        vs.                            )
19 |                                      )
   | ALDERWOODS GROUP, INC., PAUL A.      )
20 | HOUSTON, SERVICE CORPORATION          )
   | INTERNATIONAL, SCI FUNERAL AND       )
21 | CEMETERY PURCHASING                   )
22 | COOPERATIVE, INC., SCI EASTERN        )
   | MARKET SUPPORT CENTER, L.P., SCI     )
23 | WESTERN MARKET SUPPORT CENTER,       )
24 | L.P., a/k/a SCI WESTERN MARKET       )
   | SUPPORT CENTER, INC., and SCI        )
25 | HOUSTON MARKET SUPPORT CENTER,       )
   | L.P.                                  )
26 |                                      )
27 |              Defendants.             )

28
   STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY
   WITH ADR PROGRAM REQUIREMENTS                                      1

   Case No.:  CV 08-01184 SI

1  Plaintiffs WILLIAM HELM, DEBORAH PRISE, HEATHER RADY et al. (hereafter
2  collectively referred to as "Plaintiffs") and Defendants ALDERWOODS GROUP, INC., PAUL A.
3  HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND
4  CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT
5  CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN
6  MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER,
7  L.P.
8  (hereafter collectively referred to as "Defendants") hereby Stipulate by and through their respective
9  counsel as follows:

10  1.   Whereas on July 11, 2008, the Court issued a Notice Re: Noncompliance with Court Order (Docket No. 84) requiring counsel and each party to file an ADR Certification and either 1) a Stipulation and [Proposed] Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8(b), ADR L.R. 3-5(b), Civil Local Rule 16-8(c), and ADR L.R. 3-5(c), (d);

11  2.   Whereas given the large number of both named plaintiffs and defendants involved in this purported class action and the fact that they reside throughout the United States, providing each party with the required ADR materials, discussing with each of them the available ADR options and arranging for them to execute ADR Certification forms will require a substantial amount of time and expense on the part of counsel;

12  3.   Whereas Defendants have moved to transfer this action from this Court to the U.S. District Court for the Western District of Pennsylvania (Docket Nos. 72-74), where the case of *Prise et al. v. Alderwoods Group, Inc. et al.*, (WDPA Case No. 6-1641) is currently pending;

13  4.   Whereas Defendants' transfer motion will be heard by the Court on July 25, 2008 at

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR PROGRAM REQUIREMENTS**                                                               2

Case No.:  CV 08-01184 SI

9:00 a.m.;

5. Whereas, if Defendants' transfer motion is granted and the case is thereupon transferred to the U.S. District Court for the Western District of Pennsylvania, the matter will no longer be subject to this Court's ADR Program;

6. Whereas, if Defendants' transfer motion is denied, the Court and the parties may promptly address ADR issues at the initial Case Management Conference, which will be held on July 25, 2008 at 2:00 p.m.;

7. Whereas, in light of the foregoing, counsel for plaintiffs and defendants agree that it would be in the interest of judicial economy to extend the deadline for counsel and the parties to comply with the aforementioned ADR requirements until after the Court has ruled on the defendants' motion to transfer the action to the U.S. District Court for the Western District of Pennsylvania;

IT IS HEREBY STIPULATED that, upon approval by the Court, the deadlines relative to filing ADR Certifications and either 1) a Stipulation and [Proposed] Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference be postponed until after the Court has issued its

///

///

///

///

///

///

///

///

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR PROGRAM REQUIREMENTS**     3

Case No.: CV 08-01184 SI

1  ///

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR PROGRAM REQUIREMENTS**   4

Case No.:  CV 08-01184 SI

1  ruling on Defendants' transfer motion, to a date to be determined by the Court at the initial Case
2  Management Conference which will be held on July 25, 2008 at 2:00 p.m.
3  Dated: July 17, 2008
4  
5  Respectfully submitted,
6  
7  By: /s/ Annette Gifford_____        By: /s/ Nicholas P. Forestiere_____
       J. Nelson Thomas (pro hac vice)                  Steven H. Gurnee
       Patrick J. Solomon (pro hac vice)                David M. Daniels
       Annette Gifford (pro hac vice)                   John A. Mason
       Dolin, Thomas & Solomon LLP                      Nicholas P. Forestiere
       693 East Avenue                                  Gurnee & Daniels LLP
       Rochester, NY  14607                             2240 Douglas Blvd, Suite 150
       Telephone:  585-272-0540                         Roseville, CA 95648
       Facsimile:  585-272-0574                         Telephone:  916-797-3100
                                                        Facsimile:  916-797-3131
       Sanford Jay Rosen
       Maria V. Morris
       Lori E. Rifkin                                   Counsel for Defendants
       Rosen Bien & Galvan, LLP
       315 Montgomery Street, 10th Floor
       San Francisco, CA 94104
       Telephone:  415-433-6830
       Facsimile:  415-433-7104

       Additional Attorneys for Plaintiffs, who
       will submit applications for admission pro
       hac vice:

       Charles H. Saul
       Liberty J. Weyandt
       Kyle T. McGee.
       Margolis Edelstein
       525 William Penn Place
       Suite 3300
       Pittsburgh, PA 15219
       Telephone:  412-281-4256
       Facsimile:  412-642-2380

       Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY
WITH ADR PROGRAM REQUIREMENTS                                              5

Case No.:  CV 08-01184 SI