1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone     (916) 797-3100
   Facsimile     (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC., PAUL HOUSTON
   SERVICE CORPORATION INTERNATIONAL,
7  SCI FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN MARKET
8  SUPPORT CENTER, L.P., SCI WESTERN MARKET
   SUPPORT CENTER, L.P., and SCI HOUSTON
9  MARKET SUPPORT CENTER, L.P.

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14 
   WILLIAM HELM, DEBORAH PRISE,        )   No.  CV 08-01184 SI
15 HEATHER P. RADY, et al., on behalf of )
   themselves and all other employees and former )
16 employees similarly situated,        )   [PROPOSED] ORDER EXTENDING
                                        )   DEADLINE TO COMPLY WITH ADR
17             Plaintiffs,              )   REQUIREMENTS
                                        )
18      vs.                             )
                                        )
19 ALDERWOODS GROUP, INC., PAUL A.      )
   HOUSTON, SERVICE CORPORATION         )
20 INTERNATIONAL, SCI FUNERAL AND       )
   CEMETERY PURCHASING                  )
21 COOPERATIVE, INC., SCI EASTERN       )
   MARKET SUPPORT CENTER, L.P., SCI     )
22 WESTERN MARKET SUPPORT CENTER,       )
   L.P., a/k/a SCI WESTERN MARKET       )
23 SUPPORT CENTER, INC., and SCI        )
   HOUSTON MARKET SUPPORT CENTER,       )
24 L.P.                                 )
                                        )
25           Defendants.                )
26
27
28 [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR
   REQUIREMENTS                                                         1

   Case No.:  CV 08-01184 SI

1
2       Pursuant to the Stipulation of counsel and good cause appearing, the deadlines relative to
3   counsel and the parties filing their ADR Certifications and either 1) a Stipulation and [Proposed]
4   Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference pursuant to Civil
5   L.R. 16-8(b), ADR L.R. 3-5(b), Civil Local Rule 16-8(c), and ADR L.R. 3-5(c), (d) are hereby
6   postponed until after the Court has issued its ruling on Defendants' motion to transfer this action to
7   the U.S. District Court for the Western District of Pennsylvania. The court will set a new date for
8   compliance with the aforementioned ADR requirements at the time of the initial Case Management
9   Conference which will be held on July 25, 2008 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:_____

_____
Honorable Susan Illston
United States District Court

[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR REQUIREMENTS                                                                2

Case No.: CV 08-01184 SI