```
 1  STEVEN H. GURNEE, ESQ. SB# 66056
    DAVID M. DANIELS, ESQ. SB# 170315
 2  NICHOLAS P. FORESTIERE, ESQ. SB# 125118
    GURNEE & DANIELS LLP
 3  2240 Douglas Boulevard, Suite 150
    Roseville, CA  95661-3805
 4  Telephone    (916) 797-3100
    Facsimile    (916) 797-3131
 5
    Attorneys for Defendants
 6  SERVICE CORPORATION INTERNATIONAL
    And ALDERWOODS GROUP, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P. <br><br> Defendants. | Case No. CV 08-1184 SI <br><br> **DEFENDANTS SERVICE CORPORATION INTERNATIONAL'S AND ALDERWOODS GROUP, INC.'S NOTICE OF MOTION AND MOTION FOR STAY OF THIS ACTION AND AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO FRCP 41(d)** <br><br> Date:  TBD at the 8/29/2008 CMC <br> Time:  TBD at the 8/29/2008 CMC <br> Dept:  10 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT at a date and time to be determined at the Case Management Conference to be held in this action on August 29, 2008 at 2:00 p.m., or as soon

1

thereafter as the matter may be heard, in Department 10 of the United States District Court, Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, California, Defendants Service Corporation International ("SCI") and Alderwoods Group, Inc. ("Alderwoods") will jointly and severally move the Court for an order pursuant to FRPC 41(d) staying this action and requiring plaintiffs to pay them the $35,532.23 in attorney's fees and costs incurred in a prior nearly identical action against them that the plaintiffs voluntarily dismissed and now have re-filed.

This motion is made on the ground that plaintiffs previously filed and dismissed their meritless action against SCI and Alderwoods in the case of *Prise et al. v. Alderwoods Group, Inc. and Service Corporation International,* Case No. 07-CV-5140-MJJ ("*Prise II*") in the United States District Court, Northern District of California, which sought nearly identical claims and relief against them that plaintiffs are now seeking in this action.

This Motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities set forth below, the Declarations of John A. Mason and Amy E. Dias, the Defendants' Consolidated Request for Judicial Notice in support of this and co-Defendants motions, the pleadings, records and files in this action and the *Prise II* action, and upon such other and further evidence and argument as may be presented at the time of the hearing.

Dated: 8-8, 2008.                              GURNEE & DANIELS LLP

                                               By _____
                                               STEVEN H. GURNEE, ESQ.
                                               DAVID M. DANIELS, ESQ.
                                               NICHOLAS P. FORESTIERE, ESQ.
                                               Attorneys for Defendants
                                               SERVICE CORPORATION
                                               INTERNATIONAL and ALDERWOODS
                                               GROUP, INC.,

///

///

///

2

## MEMORANDUM OF POINTS & AUTHORITIES

### I

### THIS ACTION SHOULD BE STAYED AS TO SCI AND ALDERWOODS UNTIL THE PLAINTIFFS HAVE PAID THEIR ATTORNEY'S FEES AND COSTS INCURRED IN FILING THEIR MOTION TO DISMISS IN THE CASE OF *PRISE ET AL. V. ALDERWOODS GROUP, INC. AND SERVICE CORPORATION INTERNATIONAL*

Rule 41(d) in relevant part states:

> If a plaintiff who has once dismissed an action in any Court commences an action based upon or including the same claim against the same defendant, the Court may make such order for the payment of costs of the action previously dismissed as it may deem proper and may stay the proceedings in the action until the plaintiff has complied with the order.

"Costs may be imposed under Rule 41(d) where the plaintiff has brought a second identical, or nearly identical, claim and has requested identical, or nearly identical, relief." (*Esquivel v. Arau*, 913 F.Supp. 1382, 1387 (C.D.Cal.,1996).) Such an award of costs can include both expenses and attorney fees. (*Id.* at p. 1392). "Rule 41(d) is intended to serve as a deterrent to forum shopping and vexatious litigation." (*Id.* at p. 1386.)

Plaintiffs are required to pay SCI's and Alderwoods' attorney's fees and costs in the amount of $35,532.23 before being allowed to proceed against them in this action. These fees and costs were incurred in preparing and filing their Motion to Dismiss the plaintiffs' prior class action case entitled *Deborah Prise et al. v. Alderwoods Group, Inc., and Service Corporation International*, United States District Court, Northern District of California, Case No. C 07-CV-5140-MJJ ("*Prise II*"). (*See,* Declaration of John A. Mason at ¶¶ 2-4; Declaration of Amy E. Dias at ¶¶ 2-4.) The plaintiffs voluntarily dismissed that action before the motion to dismiss was heard. (Mason Decl. at ¶2; Defendants' Consolidated Request for Judicial Notice ("RJN"), Exhibits H and I.) The claims that were asserted in that prior action, as well as the relief sought, are identical or nearly identical to those being asserted in this action. They both include essentially the same violations of state wage and hour law and state common claims. (Compare RJN, Exhibit F, *Prise II* Amended Complaint ¶¶ 50-142 (originally filed in the Alameda Superior Court and removed to this Court.) with RJN Exhibit L, the Amended Complaint filed in this case ¶¶58-147 (originally

3

filed in the Alameda Superior Court and removed to this Court.).) Both actions include the same state law causes of action for: Violation of California Labor Laws, State Wage and Hour Laws, Unjust Enrichment/Restitution, Conversion, Fraud and Deceit, Misrepresentation, Breach of Contract, Breach of Implied Covenant of Good Faith and Fair Dealing, Quantum Meruit and Unlawful Business Practices. (RJN Exhibits F and L.)

SCI and Alderwoods spent a substantial amount of time, effort and money seeking their dismissal from the same meritless state law claims Plaintiffs alleged against them in the *Prise II* action, only now to have them reasserted by plaintiffs against them in this action. Consequently, they request the Court require plaintiffs to pay their attorney fees and costs incurred in the prior dismissed action before plaintiffs are allowed to proceed against them in this action.

## II

## CONCLUSION

Based on the foregoing, SCI and Alderwoods respectfully request an order staying this action and requiring plaintiffs to pay SCI and Alderwoods the amount of $35,532.23 pursuant to FRCP 41(d).

Dated: 8-9, 2008.

GURNEE & DANIELS LLP

By _____
STEVEN H. GURNEE, ESQ.
DAVID M. DANIELS, ESQ.
NICHOLAS P. FORESTIERE, ESQ.
Attorneys for Defendants
SERVICE CORPORATION
INTERNATIONAL and ALDERWOODS
GROUP, INC.,