1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
3  Roseville, CA  95661-3805
   Telephone      (916) 797-3100
4  Facsimile      (916) 797-3131

5  Attorneys for Defendants
   ALDERWOODS GROUP, INC.,
6  SERVICE CORPORATION INTERNATIONAL,
   SCI FUNERAL AND CEMETERY PURCHASING
7  COOPERATIVE, INC., SCI EASTERN MARKET
   SUPPORT CENTER, L.P., SCI WESTERN MARKET
8  SUPPORT CENTER, L.P., and SCI HOUSTON
   MARKET SUPPORT CENTER, L.P.
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      (SAN FRANCISCO DIVISION)

13

14 | WILLIAM HELM, DEBORAH PRISE,                          ) No.  CV 08-1184 SI
   | HEATHER P. RADY, et al., on behalf of                 )
15 | themselves and all other employees and former         )
   | employees similarly situated,                         ) DECLARATION OF JOHN A. MASON IN
16 |                                                       ) SUPPORT OF SERVICE
   |                Plaintiffs,                            ) CORPORATION INTERNATIONAL'S
17 |      vs.                                              ) AND ALDERWOODS GROUP, INC.'S
18 |                                                       ) MOTION FOR STAY AND AWARD OF
   | ALDERWOODS GROUP, INC., PAUL A.                       ) ATTORNEY FEES AND COSTS
19 | HOUSTON, SERVICE CORPORATION                          ) PURSUANT TO FRCP 41(d)
   | INTERNATIONAL, SCI FUNERAL AND                        )
20 | CEMETERY PURCHASING                                   ) Date:  TBD at the 8/29/2008 CMC
   | COOPERATIVE, INC., SCI EASTERN                        ) Time:  TBD at the 8/29/2008 CMC
21 | MARKET SUPPORT CENTER, L.P., SCI                      ) Dept:  10
22 | WESTERN MARKET SUPPORT CENTER,                        )
   | L.P., a/k/a SCI WESTERN MARKET                        )
23 | SUPPORT CENTER, INC., and SCI                         )
24 | HOUSTON MARKET SUPPORT CENTER,                        )
   | L.P.                                                  )
25 |                                                       )
   |                Defendants.                            )
26

27      I, JOHN A. MASON, hereby declare that:

28

DECLARATION OF JOHN A. MASON RE MOTION
FOR STAY AND AWARD OF ATTORNEYS FEES
Case No.:  08-1184 SI

1. I am an attorney licensed to practice in all courts of the State of California, the Northern, Eastern and Central Districts of the United States District Court, and the United States Court of Appeal for the Ninth Circuit. I am a partner in the law firm of Gurnee & Daniels LLP, attorneys of record for defendants Alderwoods Group, Inc., Service Corporation International, SCI Funeral and Cemetery Purchasing Cooperative, Inc., SCI Eastern Market Support Center, L.P., SCI Western Market Support Center, L.P., and SCI Houston Market Support Center, L.P. in the above-entitled cause. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could and would competently testify regarding them.

2. Gurnee & Daniels LLP was also counsel of record for the defendants in the matter of *Deborah Prise et al. v. Alderwoods Group, Inc. et al.*, United States District Court, Northern District of California, San Francisco Division, Case No. CV 07-05140 MJJ (hereinafter referred to as the "*Prise II* matter"), which was voluntarily dismissed by the plaintiffs while defendants' Motion to Dismiss was pending.

3. I am one of the custodians of records for Gurnee & Daniels LLP. In that capacity, I personally reviewed the October 2007 and November 2007 billing records of Gurnee & Daniels LLP in the *Prise II* matter in order to quantify the work performed and costs incurred by Gurnee & Daniels LLP relative to preparing the Motion to Dismiss in the *Prise* matter.

4. Based on my review of the billing records referenced in Paragraph 3 of this Declaration, I have determined that attorneys in the law firm of Gurnee & Daniels LLP spent a total of 19.0 hours preparing the Motion to Dismiss in the *Prise II* matter, which translates to attorneys fees in the amount of $4,722.50. The hourly billing rates for Gurnee & Daniels LLP attorneys who worked on said Motion range from $225 to $300. In addition, I have determined

DECLARATION OF JOHN A. MASON RE MOTION
FOR STAY AND AWARD OF ATTORNEYS FEES
Case No.: 08-1184 SI

1  Gurnee & Daniels LLP advanced $15.94 for Federal Express charges related to the filing of said
2  Motion.
3      I declare under penalty of perjury under the laws of the laws of the United States that the
4  foregoing is true and correct to the best of my knowledge. Executed this 5th day of March, 2008,
5  in Roseville, California.

_____
JOHN A. MASON

DECLARATION OF JOHN A. MASON RE MOTION
FOR STAY AND AWARD OF ATTORNEYS FEES
Case No.:  08-1184 EDL