STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone      (916) 797-3100
Facsimile      (916) 797-3131

Attorneys for Defendants
SERVICE CORPORATION INTERNATIONAL
And ALDERWOODS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>Defendants. | Case No. CV 08-1184 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SERVICE CORPORATION INTERNATIONAL'S AND ALDERWOODS GROUP, INC.'S MOTION FOR STAY OF THIS ACTION AND AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO FRCP 41(d)** |

The motion of Defendants Service Corporation International ("SCI") and Alderwoods

Group, Inc. ("Alderwoods") for an order, pursuant to FRCP 41(d), staying this action as to SCI and

requiring plaintiffs to pay to SCI and Alderwoods the total sum of $35,532.23 in reimbursement of

**1**

their attorneys fees and costs incurred in preparing its motion to dismiss in the matter of *Prise et al. v. Alderwoods Group, Inc. and Service Corporation International,* Case No. 07-CV-5140 MJJ ("*Prise II*") came on for hearing before this Court. After consideration of the briefs and arguments of counsel, and all other matters presented to this Court:

IT IS HEREBY ORDERED that Defendants' motion is granted. The Court hereby orders that plaintiffs shall pay to SCI and Alderwoods $35,532.23, and this matter is stayed as to them pursuant to FRCP 41(d) until such time as plaintiffs have submitted to this Court satisfactory proof of payment to them in the total amount of $35,532.23.

Dated:_____

_____
United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION FOR STAY OF THIS ACTION AND AWARD OF ATTORNEY
FEES AND COSTS PURSUANT TO FRCP 41(d)