1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, ESQ. SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone    (916) 797-3100
   Facsimile     (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC.,
   SERVICE CORPORATION INTERNATIONAL,
7  SCI FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN MARKET
8  SUPPORT CENTER, L.P., SCI WESTERN MARKET
   SUPPORT CENTER, L.P., and SCI HOUSTON
9  MARKET SUPPORT CENTER, L.P.

10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15

16  WILLIAM HELM, DEBORAH PRISE,          )   No.  CV 08-1184 SI
    HEATHER P. RADY, et al., on behalf of  )
17  themselves and all other employees and )
    former employees similarly situated,   )
18                                          )   **DECLARATION OF LIANA JENSEN IN**
                                            )   **SUPPORT OF MOTION TO DISMISS**
19              Plaintiffs,                 )   **COMPLAINT PURSUANT TO FRCP**
         vs.                                )   **12(b)(2) and 12(b)(6)**
20                                          )
    ALDERWOODS GROUP, INC., PAUL A.         )
21  HOUSTON, SERVICE CORPORATION           )   Date:   TBD at 8/29/2008 CMC
    INTERNATIONAL, SCI FUNERAL AND          )   Time:   TBD at 8/29/2008 CMC
22  CEMETERY PURCHASING                     )   Dept.:  10
    COOPERATIVE, INC., SCI EASTERN          )
23  MARKET SUPPORT CENTER, L.P., SCI        )
24  WESTERN MARKET SUPPORT                  )
    CENTER, L.P., a/k/a SCI WESTERN         )
25  MARKET SUPPORT CENTER, INC., and        )
    SCI HOUSTON MARKET SUPPORT              )
26  CENTER, L.P.                            )
                                            )
27                                          )
               Defendants.                  )
28  _____)

DECLARATION OF LIANA JENSEN RE MOTION TO DISMISS                           1
Case No. 08-1184 SI

COOPERATIVE, INC., SCI EASTERN )
MARKET SUPPORT CENTER, L.P., SCI )
WESTERN MARKET SUPPORT )
CENTER, L.P., a/k/a SCI WESTERN )
MARKET SUPPORT CENTER, INC., and )
SCI HOUSTON MARKET SUPPORT )
CENTER, L.P. )
                                           )
_____Defendants._____)

I, Liana Jensen, hereby specially appear in this matter for the sole purpose of moving to dismiss the Complaint and, in support of that motion, submit the following Declaration under penalty of perjury:

1.     I am currently employed by SCI Funeral & Cemetery Purchasing Cooperative, Inc. in the position of legal assistant. I have held his position since September 2003.

2.     I am the legal assistant assigned to work on the above caption case. As part of my job responsibilities related that case, I obtained copies of the Plaintiffs' W-2's they received for their employment. Attached hereto as collectively as Exhibit 1 are true and correct copies of those documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of February, 2008, at Houston, Texas.

*Liana Jensen*
Liana Jensen

2

**DECLARATION OF LIANA JENSEN IN SUPPORT OF**
**MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(2) and 12(b)(6)**

**EXHIBIT 1**

| a Control number | | | |
|---|---|---|---|
| 0000040241 | | OMB No. 1545-0008 | |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|

| b Employer identification number | d Employee 's social security number |
|---|---|
| 83-0344693 | |

| 3 Social security wages | 4 Social security tax withheld |
|---|---|

| c Employer 's name, address, and ZIP code |
|---|
| SC2          623 |
| SCI FUNERAL & CEMETERY PURCHASING COOP I |
| AGENT FOR SCI ARIZONA FUN |
| P.O. BOX 130548 |
| HOUSTON TX 77219-0548 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|

| 7 Social security tips | 8 Allocated tips |
|---|---|

| 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|

| e Employee 's first name and initial          Last name |
|---|
| JAMES W          STICKLE |
| 4667 WEST 19TH PLACE |
| YUMA, AZ 85364-0000 |

| 11 Nonqualified plans | 12 a-d          D |
|---|---|

| 14 Other | |
|---|---|

| f Employee 's address and ZIP code |
|---|

| 13 Statutory employee | Retirement plan | Third-Party Sick Pay [X] |
|---|---|---|

| 15 State | Employer 's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AZ | 0741907163 | | | | | |

Form **W-2** Wage and Tax Statement **2006**          **REISSUE**

| a Control number | | | |
|---|---|---|---|
| 0000036780 | | OMB No. 1545-0008 | |

| b Employer identification number | d Employee's social security number |
|---|---|
| 83-0344693 | |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 a-d |
| 14 Other | |

**c Employer's name, address, and ZIP code**  SC2  533

SCI FUNERAL & CEMETERY PURCHASING COOP I
AGENT FOR SCI ARIZONA FUN

P.O. BOX 130548
HOUSTON TX 77219-0548

**e Employee's first name and initial    Last name**

ELEANOR R        RIGGIO
8414 N. 80TH PL
SCOTTSDALE, AZ 85258

**f Employee's address and ZIP code**

| 13 Statutory employee | Retirement plan | Third-Party Sick Pay |
|---|---|---|

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AZ | 0741907163 | | | | | |

Form **W-2**  Wage and Tax Statement  **2006**       **REISSUE**

| a Control number | | | |
|---|---|---|---|
| 0000075689 | | OMB No. 1545-0008 | |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| | |

| b Employer identification number | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| 83-0344693 | | |

| d Employee 's social security number | |
|---|---|

| c Employer 's name, address, and ZIP code | SC2 | 3 |
|---|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|

SCI FUNERAL & CEMETERY PURCHASING COOP I
AGENT FOR SCI ARIZONA FUN

P.O. BOX 130548
HOUSTON TX 77219-0548

| 7 Social security tips | 8 Allocated tips |
|---|---|

| 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|

| e Employee 's first name and initial | Last name |
|---|---|

| 11 Nonqualified plans | 12 a-d |
|---|---|

FRANK A        ACUNA
2810 S 1ST AV
#B
YUMA, AZ 85364-0000

| 14 Other | |
|---|---|

f Employee 's address and ZIP code

| 13 Statutory employee | Retirement plan | Third-Party Sick Pay |
|---|---|---|

| 15 State | Employer 's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AZ | 0741907163 | | | | | |

Form **W-2** Wage and Tax Statement **2006**          **REISSUE**

| a Control number | | | | 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|---|---|---|---|
| 0000086464 | | | OMB No. 1545-0008 | | |
| b Employer identification number | d Employee's social security number | | | 3 Social security wages | 4 Social security tax withheld |
| 83-0344693 | | | | | |
| c Employer's name, address, and ZIP code        SD4        233 | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR CALIFORNIA CEME P.O. BOX 130548 HOUSTON TX 77219-0548 | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial        Last name | | | | 11 Nonqualified plans | 12 a-d        D |
| JOSEPH W            BIERNACKI 189 ATHERTON AVE. PITTSBURG, CA 94565-0000 | | | | 14 Other CASDI | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ | |
| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CA | 122-2859-9 | | | | | |

Form **W-2**  Wage and Tax Statement  **2006**        **REISSUE**

| a Control number | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| 0000111529 | | | OMB No. 1545-0008 | | |
| b Employer identification number | | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| 83-0344693 | | | | | |
| c Employer's name, address, and ZIP code | SD4 | 1045 | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR CALIFORNIA CEME P.O. BOX 130548 HOUSTON TX 77219-0548 | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial        Last name | | | | 11 Nonqualified plans | 12 a-d                     D |
| RHEALYN            HOLLAND 1011 YGNACIO VALLEY RO APT. 26 WALNUT CREEK, CA 94598 | | | | 14 Other CASDI | |
| f Employee's address and ZIP code | | | | | 13 Statutory employee ☐  Retirement plan ☐  Third-Party Sick Pay ☒ |
| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CA | 122-2859-9 | | | | | |

Form **W-2**  Wage and Tax Statement    **2006**          **REISSUE**

| a Control number 0000068800 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| b Employer identification number 83-0344693 | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code SK6    77 | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI IOWA FUNERA<br><br>P.O. BOX 130548<br>HOUSTON TX 77219-0548 | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name | | | 11 Nonqualified plans | 12 a-d    C |
| RICHARD    LAMASTERS<br>1711 S. 3RD STREET<br>MARSHALLTOWN, IA 50158-0000 | | | 14 Other | D |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐ Retirement plan ☒ K Third-Party Sick Pay ☐ |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| IA | 42-1186703001 3 | | | | | |

Form **W-2** Wage and Tax Statement **2006**        **REISSUE**

| a Control number<br>0000050447 | | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| b Employer identification number<br>83-0344693 | | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code<br><br>SCI FUNERAL & CEMETERY PURCHASING COOP I<br>AGENT FOR CALIFORNIA CEME<br><br>P.O. BOX 130548<br>HOUSTON TX 77219-0548 | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name    SD4    782 | | | | 11 Nonqualified plans | 12 a-d    D |
| GORDON E        FARMER<br>151 SHADY LANE<br>VALLEJO, CA 94591-0000 | | | | 14 Other<br>CASDI | |
| f Employee's address and ZIP code | | | | | 13 Statutory employee ☐  Retirement plan ☐  Third-Party Sick Pay ☒ |

| 15 State  Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| CA   005-0348-2 | | | | | |

Form **W-2**  Wage and Tax Statement  **2005**    **REISSUE**

| a  Control number                                    |                                      |                    | OMB No. 1545-0008 | 1  Wages, tips, other compensation | 2  Federal income tax withheld |
| 0000076982                                           |                                      |                    |                   |                                    |                                |
| b  Employer identification number                    | d  Employee 's social security number |                  |                   | 3  Social security wages           | 4  Social security tax withheld |
| 83-0344693                                           |                                      |                    |                   |                                    |                                |
| c  Employer 's name, address, and ZIP code           |                                      |                    |                   | 5  Medicare wages and tips         | 6  Medicare tax withheld       |
|                                                      |                                      |                    |                   | 7  Social security tips            | 8  Allocated tips              |
| SCI FUNERAL & CEMETERY PURCHASING COOP I             |                                      |                    |                   |                                    |                                |
| AGENT FOR SCI OREGON FUNE                             |                                      |                    |                   |                                    |                                |
| P.O. BOX 130548                                      |                                      |                    |                   | 9  Advance EIC payment             | 10  Dependent care benefits    |
| HOUSTON TX 77219-0548                                |                                      |                    |                   |                                    |                                |
| e  Employee 's first name and initial     Last name  |                                      | SQ2         49     |                   | 11  Nonqualified plans             | 12  a-d                D       |
|                                                      |                                      |                    |                   |                                    |                                |
| KENNETH R          ALLEN                             |                                      |                    |                   |                                    |                                |
| PO BOX 2742                                          |                                      |                    |                   |                                    |                                |
| EUGENE, OR 97402-0000                                |                                      |                    |                   |                                    |                                |
| f  Employee 's address and ZIP code                  |                                      |                    |                   | 13 Statutory employee □  Retirement plan □  Third-Party Sick Pay ☒ | |

| 15  State | Employer 's state ID number | 16  State wages, tips, etc | | tips, etc. | 19  Local income tax | 20  Locality name |
|-----------|-----------------------------|---------------------------|-|-----------|----------------------|-------------------|
| OR        | 0002937-4                   |                           | |           |                      |                   |

Form **W-2**  Wage and Tax Statement    **2004**

REPLACEMENT COPY