1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
3  Roseville, CA  95661-3805
   Telephone     (916) 797-3100
4  Facsimile     (916) 797-3131

5  Attorneys for Defendants
   SERVICE CORPORATION INTERNATIONAL,
6  SCI WESTERN MARKET SUPPORT CENTER, L.P.
   and SCI EASTERN MARKET SUPPORT CENTER,
7  L.P.

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                    (SAN FRANCISCO DIVISION)

12 | WILLIAM HELM, DEBORAH PRISE,                ) | Case No. CV 08-1184 SI
13 | HEATHER P. RADY, et al., on behalf of       )
   | themselves and all other employees and former ) | [PROPOSED] ORDER GRANTING
14 | employees similarly situated,               ) | DEFENDANTS SERVICE
   |                                             ) | CORPORATION INTERNATIONAL, SCI
15 |             Plaintiffs,                     ) | EASTERN MARKET SUPPORT
   |                                             ) | CENTER, L.P. AND SCI HOUSTON
16 |      vs.                                    ) | MARKET SUPPORT CENTER, L.P.'S
   |                                             ) | MOTION TO DISMISS
17 | ALDERWOODS GROUP, INC., PAUL A.              )
   | HOUSTON, SERVICE CORPORATION                )
18 | INTERNATIONAL, SCI FUNERAL AND               )
   | CEMETERY PURCHASING                         )
19 | COOPERATIVE, INC., SCI EASTERN               )
   | MARKET SUPPORT CENTER, L.P., SCI             )
20 | WESTERN MARKET SUPPORT CENTER,               )
   | L.P., a/k/a SCI WESTERN MARKET              )
21 | SUPPORT CENTER, INC., and SCI                )
   | HOUSTON MARKET SUPPORT CENTER,               )
22 | L.P.                                         )
   |                                             )
23 |             Defendants.                     )

24      Defendants Service Corporation International, SCI Eastern Market Support Center, L.P.

25 and SCI Houston Market Support Center, L.P.'s Motion to Dismiss came on for hearing before this

26

27 Court.  After consideration of the briefs and arguments of counsel, and all other matters presented

28

[PROPOSED] ORDER GRANTING MOTION TO DISMISS                                                    1
Case No. 08-1184 SI

to this Court:

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is granted.

Dated:_____                    _____
                                                                                            United States District Court Judge