STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone   (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendant
PAUL A. HOUSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ALDERWOODS GROUP, INC., et al.<br><br>Defendants. | No.  CV 08-1184 SI<br><br>**PAUL A. HOUSTON'S DECLARATION IN SUPPORT OF HIS MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) and 12(b)(6)**<br><br>Date:   TBD at the 8/29/2008 CMC<br>Time:   TBD at the 8/29/2008 CMC<br>Dept:   10 |

I, Paul A. Houston, hereby specially appear in this matter for the sole purpose of moving to dismiss the Amended Complaint and, in support of that motion, submit the following Declaration under penalty of perjury:

1.   I am a resident of Ajax, Ontario, Canada.

2.   I was previously the president and chief executive officer of Alderwoods Group, Inc. ("Alderwoods"). I have not held those positions since October, 2006.

3.   I do not have, nor have I had, any ownership interest in Service Corporation International, SCI Western Market Support Center, L.P., SCI Eastern Market Support

---

DECLARATION OF PAUL A. HOUSTON RE MOTION TO DISMISS
Case No. CV 08-1184 EDL                                                                                                       1

Center, L.P., SCI Houston Market Support Center, L.P., SCI Funeral And Cemetery Purchasing Cooperative, Inc., SCI California Funeral Services, Inc., or any of the funeral establishments, cemeteries and other local facilities owned by a subsidiary of Service Corporation International or by Alderwoods.  I also do not have any ownership interest in Alderwoods.

    4.    I have never resided in the State of California.

    5.    I have never owned or operated a business in the State of California.

    6.    I have never been licensed to do business in the State of California.

    7.    I have never had an office in the State of California.

    8.    I have never been employed in the State of California, nor have I employed or supervised the employment of any other person in the State of California..

    9.    I have never owned any real property in the State of California.

    10.    I have never maintained a bank account in the State of California.

    11.    I have never paid taxes in the State of California.

    12.    I have never directed or controlled the day-to-day operations of any business enterprise doing business within the State of California.

    13.    At no time have I ever actively managed any funeral establishment, cemetery or other local facility that is owned by a subsidiary of Service Corporation International.

    14.    At no time have I ever hired or terminated or supervised any of the plaintiffs, nor any other employees of any funeral establishment, cemetery or other local facility that is owned by a subsidiary of Service Corporation International or by Alderwoods, including any such funeral establishments, cemeteries or other local facilities located in the State of California.

    15.    I make this declaration based upon my own personal knowledge.  If called upon to testify about the matters set forth herein, I could and would do so.

    I declare under penalty of perjury under the laws of the United States of America

1  that the foregoing is true and correct.  Executed this 11 day of MARCH, 2008, at,
2  SCOTTSDALE  Arizona.

                                            _____
4                                            PAUL A. HOUSTON

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF THOMAS L. RYAN RE MOTION TO DISMISS         3
Case No. CV 08-1184 EDL