1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, ESQ. SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone     (916) 797-3100
   Facsimile      (916) 797-3131
5
   Attorneys for Defendant
6  PAUL A. HOUSTON

7

8                          UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10                              (SAN FRANCISCO DIVISION)
11

12 | WILLIAM HELM, DEBORAH PRISE, | ) | Case No.  CV 08-1184 SI
   | HEATHER P. RADY, et al., on behalf of | ) |
13 | themselves and all other employees and former | ) | [PROPOSED] ORDER GRANTING
   | employees similarly situated, | ) | DEFENDANT PAUL A. HOUSTON'S
14 |  | ) | NOTICE OF MOTION AND MOTION
   |  | ) | TO DISMISS AMENDED COMPLAINT
15 | Plaintiffs, | ) | PURSUANT TO FRCP 12(b)(2) (LACK
   |  | ) | OF *IN PERSONAM* JURISDICTION) OR,
16 | vs. | ) | ALTERNATIVELY, FRCP 12(b)(6)
   |  | ) | (FAILURE TO STATE A CLAIM UPON
17 | ALDERWOODS GROUP, INC., PAUL A. | ) | WHICH RELIEF CAN BE GRANTED),
   | HOUSTON, SERVICE CORPORATION | ) | AND TO STRIKE THE FRAUD AND
18 | INTERNATIONAL, SCI FUNERAL AND | ) | MISREPRESENTATION CLAIMS OR
   | CEMETERY PURCHASING | ) | REQUIRE A MORE DEFINITE
19 | COOPERATIVE, INC., SCI EASTERN | ) | STATEMENT OF PURSUANT TO FRCP
   | MARKET SUPPORT CENTER, L.P., SCI | ) | 9, 12(e) and 12(f)
20 | WESTERN MARKET SUPPORT CENTER, | ) |
   | L.P., a/k/a SCI WESTERN MARKET | ) |
21 | SUPPORT CENTER, INC., and SCI | ) |
   | HOUSTON MARKET SUPPORT CENTER, | ) |
22 | L.P. | ) |
   |  | ) |
23 | Defendants. | ) |

25     Defendant Paul A. Houston's Motion to Dismiss, Strike and for a More Definite Statement
26 came on for hearing before this Court.  After consideration of the briefs and arguments of counsel,
27
28

[PROPOSED] ORDER GRANTING DEFENDANT PAUL A. HOUSTON'S
NOTICE OF MOTION TO DISMISS, STRIKE & FOR MORE DEFINITE STATEMENT      1
Case No.: 08-1184 SI

1  and all other matters presented to this Court:
2      IT IS HEREBY ORDERED that Defendants' Motion to Dismiss, Strike and for a More
3  Definite Statement is granted.
4
5  Dated:_____                    _____
                                            United States District Court Judge
6
7
8
...
28

[PROPOSED] ORDER GRANTING DEFENDANT PAUL A. HOUSTON'S
NOTICE OF MOTION TO DISMISS, STRIKE & FOR MORE DEFINITE STATEMENT    2
Case No.:  08-1184 SI