1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
3  Roseville, CA  95661-3805
   Telephone     (916) 797-3100
4  Facsimile     (916) 797-3131

5  Attorneys for Defendants
   ALDERWOODS GROUP, INC., SCI FUNERAL AND
6  CEMETERY PURCHASING COOPERATIVE, INC.
   and SCI WESTERN MARKET SUPPORT CENTER,
7  L.P.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                        (SAN FRANCISCO DIVISION)
11

12 | WILLIAM HELM, DEBORAH PRISE,              ) Case No. CV 08-1184 SI
13 | HEATHER P. RADY, et al., on behalf of     )
   | themselves and all other employees and former ) [PROPOSED] ORDER GRANTING
14 | employees similarly situated,             ) DEFENDANTS ALDERWOODS GROUP,
   |                                           ) INC., SCI FUNERAL AND CEMETERY
15 |            Plaintiffs,                    ) PURCHASING COOPERATIVE, INC.
   |                                           ) AND SCI WESTERN MARKET
16 |   vs.                                     ) SUPPORT CENTER, L.P.'S MOTION TO
   |                                           ) TO DISMISS THE AMENDED
17 | ALDERWOODS GROUP, INC., PAUL A.           ) COMPLAINT PURSUANT TO FRCP
   | HOUSTON, SERVICE CORPORATION              ) 12(b)(6) (FAILURE TO STATE A CLAIM
18 | INTERNATIONAL, SCI FUNERAL AND            ) UPON WHICH RELIEF CAN BE
19 | CEMETERY PURCHASING                       ) GRANTED), FRCP 12(b)(1) (LACK OF
   | COOPERATIVE, INC., SCI EASTERN            ) SUBJECT MATTER JURISDICTION),
20 | MARKET SUPPORT CENTER, L.P., SCI          ) FRCP 12(c) PARTIAL JUDGMENT ON
   | WESTERN MARKET SUPPORT CENTER,            ) THE PLEADINGS, AND TO DISMISS OR
21 | L.P., a/k/a SCI WESTERN MARKET            ) STRIKE THE AMENDED COMPLAINT
22 | SUPPORT CENTER, INC., and SCI             ) PURSUANT TO FRCP 12(b)(6) OR FRCP
   | HOUSTON MARKET SUPPORT CENTER,            ) 12(f)
23 | L.P.                                      )
   |                                           )
24 |                                           ) Date:    April 15, 2008
   |            Defendants.                    ) Time:    9:00 a.m.
25 |                                           ) Dept:    E
26 | _____

27    Defendants Alderwoods Group, Inc., SCI Funeral And Cemetery Purchasing Cooperative,

28

[Proposed] Order Granting Defendants Motion To Dismiss                              1
Case No. 08-1184 SI

1  Inc. and SCI Western Market Support Center, L.P.'s Motion came on for hearing before this Court.
2  After consideration of the briefs and arguments o counsel, and all other matters presented to this
3  Court:
4
5      IT IS HEREBY ORDERED that Defendants' Motion is granted.
6
7  Dated:_____       _____
                                                                           United States District Court Judge