Sanford Jay Rose, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
srosen@rbg-law.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM HELM, et al., | ) | Case No. C 08-01184 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | **GRANTING APPLICATION FOR** |
| ALDERWOODS GROUP, INC., et al. | ) | **ADMISSION OF CHARLES H.** |
| | ) | **SAUL *PRO HAC VICE*** |
| Defendants. | ) | |
| | ) | |

Charles H. Saul, an active member in good standing of the Bar of the Commonwealth of

Pennsylvania and the U.S. Supreme Court, U.S. Court of Appeals for the Third Circuit and U.S.

District Court of Western Pennsylvania and, whose business address and telephone number is:

MARGOLIS EDELSTEIN
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380
csaul@margolisedelstein.com

having applied in the above-entitled actions, all of which have been determined to be related, for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order, No. 45, *Electronic Case Filing*.

DATED: _____

Honorable Susan Illston
United States District Judge