**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/29/08

Case No.   C-08-1190 and C-08-1184 SI          Judge:   SUSAN ILLSTON

Title: BRYANT  -v- SERVICE CORP.
HELM v. ALDERWOOD

Attorneys: J. Nelson,  J. Thomas, N. Forestiere

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                                    PART

Case continued to **1/16/09   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **1/16/09   @ 9:00 a.m.**   for ALL MOTIONS TO DISMISS
(Motion due , Opposition  Reply )

Case continued to    @ **3:30 p.m.**  for Pretrial Conference

Case continued to    @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Motions to Stay, docket Nos. #91 and #95 shall be taken off calendar and will be re-scheduled if necessary.

Only discovery related to personal jurisdiction shall proceed prior to the motion hearing.

Plaintiff shall have only counsel sign off on the ADR requirements.  Defendant shall have all clients sign off on the ADR requirements.