1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5
6  Attorneys for Plaintiffs

7  (Additional Counsel for Plaintiffs on the following page)

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12                                          Case Nos. C 08-1190-SI, C 08-1184-SI

13  CLAUDE BRYANT, et al.,                  STIPULATION OF SUBSTITUTION
    On behalf of themselves and all employees OF COUNSEL FOR PLAINTIFFS AND
14  similarly situated,                     NOTICE OF APPEARANCE OF NEW
                                            COUNSEL
15              Plaintiffs,

16  v.

17  SERVICE CORPORATION
    INTERNATIONAL, et al.,
18
                Defendants.
19

20  WILLIAM HELM, et al. On behalf of
21  themselves and all employees similarly
    situated,
22              Plaintiffs,
    v.
23
    ALDERWOODS GROUP, INC., et al.,
24
                Defendants.
25

26      PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby

27  subsitute one of their counsel and attorneys of record as in this matter as follows:

28  Former Counsel:      Rosen, Bien and Galvan, LLP

    STIP OF SUBSTITUTION OF COUNSEL FOR        1    Case Nos. C 08-1190-SI, C 08-1184-SI
    PLTF AND NOT OF APP OF NEW COUNSEL

1    Sanford Jay Rosen
     Maria V. Morris
     Lori E. Rifkin
2    315 Montgomery Street, Tenth Floor
     San Francisco, CA  94104
3    (415) 433-6830

4    New Counsel:    Burnham Brown
                     Robert M. Bodzin
5                    P.O. Box 119
                     Oakland, California 94604-0119
6                    (510) 444-6800

7         PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON

8    LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

9

10   DATED: October 23, 2008              ROSEN, BIEN & GALVAN, LLP

11

12                                        By
13                                        Sanford Jay Rosen, State Bar No. 62566
                                          Maria V. Morris, State Bar No. 223903
14                                        Lori E. Rifkin, State Bar No. 244081

15                                        315 Montgomery Street, Tenth Floor
                                          San Francisco, CA  94104
16                                        Telephone: (415) 433-6830

17
     DATED: October 23, 2008              BURNHAM BROWN
18

19                                        By
20                                        Robert M. Bodzin, State Bar No. 201327
                                          P.O. Box 119
21                                        Oakland, CA 94604-0119
                                          Telephone: (510) 444-6800

22

23

24

25

26

27

28

1    Additional Counsel for Plaintiffs

2    J. Nelson Thomas, NY Attorney No. 2579159
     Patrick J. Solomon, NY Attorney No. 2716660
3    Annette Gifford, NY Attorney No. 4105870
     DOLIN, THOMAS & SOLOMON LLP
4    693 East Avenue
     Rochester, NY 14607
5    Telephone: (585) 272-0540
     Facsimile: (585) 272-0574

6
     Charles H. Saul, PA State Bar No. 19938
7    MARGOLIS EDELSTEIN
     525 William Penn Place, Suite 3300
8    Pittsburgh, PA 15219
     Telephone: (412) 281-4256
9    Facsimile: (412) 642-2380

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | PURSUANT TO STIPULATION
IT IS SO ORDERED

2

3 | DATED: October ___, 2008

4 | <u>HONORABLE SUSAN ILLSTON</u>
UNITED STATES DISTRICT COURT

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP OF SUBSTITUTION OF COUNSEL FOR        3    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL