BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile: (510) 835-6666
rbodzin@BurnhamBrown.com

[Additional Counsel Listed on Signature Page]

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HELM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALDERWOODS GROUP, INC., et al., <br><br> Defendants. <br>_____ <br> CLAUDE BRYANT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SERVICE CORPORATION INTERNATIONAL, et al., <br><br> Defendants. <br>_____ | Case Nos. CV 08-1184-SI and CV 08-1190-SI <br><br> **DECLARATION OF ANNETTE GIFFORD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION TO COMPEL** <br><br> Date: March 20, 2009 <br> Time: 9:00 a.m. <br> Dept: 10 |

Additional Attorneys for Plaintiffs, who are admitted *pro hac vice*:

J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Annette Gifford, NY Attorney No. 4105870
DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile:  (585) 272-0574
nthomas@theemploymentattorneys.com

Additional Attorneys for Plaintiffs, who will submit applications for admission *pro hac vice*:

Charles H. Saul, PA State Bar No.19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380
csaul@margolisedelstein.com

DECLARATION OF ANNETTE GIFFORD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION TO COMPEL                                  Case Nos. CV 08-1184-SI and CV 08-1190-SI

I, Annette Gifford, under penalty of perjury, declare:

1. I am associated with the law firm Dolin, Thomas & Solomon LLP, counsel for Plaintiffs in these actions and, as such, I am fully familiar with the facts and circumstances giving rise to this motion. I submit this Declaration in support of Plaintiffs' Consolidated Motion to Compel.

2. At the Case Management Conference held on August 28, 2008, this Court granted Plaintiffs discovery related to personal jurisdiction issues prior to the motion hearing regarding Defendants' Motions to Dismiss scheduled for January 16, 2009 (*Helm* Docket No. 116; *Bryant* Docket No. 103).

3. Pursuant to that Order, Plaintiffs served discovery requests on Defendants relative to the personal jurisdiction issues Defendants raised in their Motions to Dismiss.

4. On or about October 8, 2008, Plaintiffs served notices of deposition for Service Corporation International ("SCI"), SCI Houston Market Support Center, SCI Eastern Market Support Center, Curtis Briggs, David Anderson, Gwen Petteway, Jane Jones, Patrick Beattie, Robert Waltrip, Thomas Ryan and Paul Houston. Copies of the deposition notices are attached hereto as **Exhibit A**.

5. On or about October 8, 2008, Plaintiffs served each of the Defendants, Paul A. Houston, SCI, SCI Eastern Market Support Center, L.P, SCI Houston Market Support Center, L.P., Jane D. Jones, Gwen Petteway, Thomas Ryan and Curtis Briggs (hereinafter collectively referred to as "Moving Defendants"), for each action in which Defendants are named, with Plaintiffs' First Request for Production of Documents Regarding Personal Jurisdiction Issues and Plaintiffs' First Set of Interrogatories Regarding Personal Jurisdiction Issues. The discovery requests Plaintiffs served on each of the Moving Defendants are substantively nearly identical, with the exception of minor differences relative to requests pertaining to specific individual or entities. The discovery requests served on each of the Moving Defendants in *Helm* are attached hereto as **Exhibit B**, and the discovery requests served on each of the Moving Defendants in *Bryant* are attached hereto as **Exhibit C**.

DECLARATION OF ANNETTE GIFFORD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION TO COMPEL        - 1 -        Case Nos. CV 08-1184-SI and CV 08-1190-SI

6. On or about November 6, 2008, each of the Moving Defendants served written responses to Plaintiffs' discovery requests. Defendants' written responses consisted solely of objections, and Defendants failed to provide any information or even a single document in response to any of Plaintiffs' requests.[1]

7. Defendants also raised objections to Plaintiffs' Deposition Notices via telephone conference and letter dated November 17, 2008, a copy of which is attached hereto as **Exhibit D**.

8. Plaintiffs conferred in good faith with Defendants via telephone on November 17, 2008 and November 26, 2008 regarding Defendants' failure to provide any information or documents in response to Plaintiffs' requests. At the November 17, 2008 conferral, the parties also discussed Defendants' objections to Plaintiffs' Deposition Notices.

9. Although defense counsel indicated at the November 26, 2008 conferral Defendants would provide partial supplements to some of Plaintiffs' requests, defense counsel limited the scope of the responses Defendants would agree to provide with regard to some requests and continued to refuse to provide responses to other requests.

10. Based on defense counsel's representations during the parties' conferrals and Defendants' failure to provide any substantive responses to Plaintiffs' discovery requests to date, Plaintiffs filed a letter brief on December 10, 2008 requesting that the Court compel Defendants to provide substantive responses to all of Plaintiffs' discovery requests (*Helm* Docket No. 119; *Bryant* Docket No. 107).

11. Defendants filed a letter brief in response in which they represented to the Court they intended to provide partial supplemental responses to some of Plaintiffs' requests by December 22, 2008 (*Helm* Docket No. 120; *Bryant* Docket No. 108).

12. Via Order filed on December 29, 2008, the Court denied Plaintiffs' request for an order compelling Defendants to respond to all of Plaintiffs' discovery requests and stated

---

[1] In the interest of judicial economy, Plaintiffs are only attaching copies of Defendants' supplemental responses served on January 23, 2009, since these responses incorporate their initial responses served on November 6, 2008 as well (see ¶ 15, Exhibits E & F). Plaintiffs will provide copies of the November 6, 2008 responses at the Court's request.

DECLARATION OF ANNETTE GIFFORD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION TO COMPEL                              - 2 -       Case Nos. CV 08-1184-SI and CV 08-1190-SI

"Plaintiffs may renew their request should defendants' production on December 22 prove unsatisfactory and should the parties find they are unable to resolve the dispute through the meet and confer process." (*Bryant* Docket No. 109).

13. After Defendants failed to produce supplemental responses on December 22, 2008, Plaintiffs conferred with Defendants via telephone on or about January 6, 2009 to inquire as to when Defendants expected to serve their supplemental responses.

14. The parties stipulated and the Court subsequently ordered that Defendants would serve supplemental responses on or before January 23, 2009, and that following the supplemental production, the parties would meet and confer and no later than January 30, 2009 submit a joint report to the Court as to whether Plaintiffs intended to file a Motion to Compel (*Bryant* Docket Nos. 111, 113).

15. Defendants served supplemental responses on January 23, 2009. The supplemental responses served in *Helm* are attached hereto as **Exhibit E**, and the supplemental responses served in *Bryant* are attached hereto as **Exhibit F**.

16. After reviewing Defendants' supplemental responses, which consisted of the production of only 4 separate documents totaling 23 pages, and mostly provided little or no substantive information in response to Plaintiffs' interrogatories, but simply referenced Defendants' Declarations submitted in support of their motions to dismiss, the parties conferred again via telephone on January 29, 2009.

17. Defendants refused to provide any additional supplemental responses to Plaintiffs' requests, with the exception of two Defendants agreeing to further supplement their response to only one of Plaintiffs' Interrogatory requests. The parties filed their status report with the Court on January 29, 2009 indicating the result of their further conferral (*Bryant* Docket No. 114; *Helm* Docket No. 125), and the Court subsequently entered an Order requiring Defendants to serve their additional supplemental response by February 9, 2009, scheduled the argument on the motion to compel for March 20, 2009 and continued the hearing on Defendants'

1 motions to dismiss to a date to be determined by the Court at the March 20, 2009 hearing on
2 Plaintiffs' motion to compel (*Bryant* Docket No. 115; *Helm* Docket No. 126).
3    18.   On February 9, 2009, Defendants served their second supplemental responses to
4 Interrogatory No. 22 for Thomas Ryan and Curtis Briggs, copies of which are attached hereto as
5 **Exhibit G**.

Executed this 13th day of February, 2009 in Rochester, New York.

                                                /s/ Annette Gifford
                                                Annette Gifford

DECLARATION OF ANNETTE GIFFORD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION TO
COMPEL                                      - 4 -     Case Nos. CV 08-1184-SI and CV 08-1190-SI