# EXHIBIT A

1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5  srosen@rbg-law.com

6  [Additional Counsel Listed on Following Page]

7  Attorneys for Plaintiffs

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO/OAKLAND DIVISION

11

12 WILLIAM HELM, DEBORAH PRISE,          ) Case No. CV 08-1184 SI
   HEATHER P. RADY, et al., on behalf of )
13 themselves and all other employees and former ) **NOTICE OF DEPOSITION**
   employees similarly situated,         ) **PURSUANT TO RULE 30(b)(6) FOR**
14                                        ) **SERVICE CORPORATION**
                Plaintiffs,               ) **INTERNATIONAL**
15                                        )
   v.                                     )
16                                        )
   ALDERWOODS GROUP, INC., PAUL A.        )
17 HOUSTON, SERVICE CORPORATION           )
   INTERNATIONAL, SCI FUNERAL AND         )
18 CEMETERY PURCHASING COOPERATIVE,       )
   INC., SCI EASTERN MARKET SUPPORT       )
19 CENTER, L.P., SCI WESTERN MARKET       )
   SUPPORT CENTER, L.P. a/k/a SCI WESTERN )
20 MARKET SUPPORT CENTER, INC., and SCI   )
   HOUSTON MARKET SUPPORT CENTER,         )
21 L.P.,                                  )
                                          )
22              Defendants.               )
                                          )
23                                        )
                                          )
24 _____)

25

26

27

---

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SERVICE CORPORATION INTERNATIONAL
Case No. CV 08-1184 SI

1   Additional Attorneys for Plaintiffs, who have been
    admitted *pro hac vice*:

2

3   Patrick J. Solomon, NY Attorney No. 2716660
    J. Nelson Thomas, NY Attorney No. 2579159
    Annette Gifford, NY Attorney No. 4105870

4   DOLIN, THOMAS & SOLOMON LLP
    693 East Avenue

5   Rochester, NY 14607
    Telephone: (585) 272-0540

6   Facsimile:  (585) 272-0574
    nthomas@theemploymentattorneys.com

7
    Charles H. Saul, PA State Bar No.19938

8   MARGOLIS EDELSTEIN
    525 William Penn Place

9   Suite 3300
    Pittsburgh, PA 15219

10  Telephone: (412) 281-4256
    Facsimile: (412) 642-2380

11  csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SERVICE CORPORATION INTERNATIONAL
Case No. CV 08-1184 SI

TO:   THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Service Corporation International ("Defendant") through one or more its corporate representatives most knowledgeable about the topics listed herein, before a qualified court report at a date, time and location to be agreed upon by the parties and continuing thereafter by adjournment until completed.

Deponent(s) provided by Defendant shall be knowledgeable about and prepared to answer questions relating to:

1.      Corporate-wide business operations and organizational structure of Defendant, Alderwoods Group, Inc. ("Alderwoods"), Service Corporation International ("SCI"), and all Alderwoods and SCI affiliated entities or locations in California;

2.      The business software, financial record maintenance systems and business record maintenance systems as used by or relating to Defendant, Alderwoods, SCI, and all Alderwoods and SCI affiliated entities or locations in California;

3.      Corporate-wide human resource operations and personnel organizational structure of Defendant, Alderwoods, SCI, and all Alderwoods and SCI affiliated entities or locations in California;

4.      The record maintenance system relating to employee human resource, payroll, benefits, personnel files and other employee information or profiles for employees of Defendant, Alderwoods, SCI, and all Alderwoods and SCI affiliated entities or locations in California;

1

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SERVICE CORPORATION INTERNATIONAL
Case No. CV 08-1184 SI

5.     Employment practices as applied to any employees of Defendant, Alderwoods, SCI, and all Alderwoods and SCI affiliated entities or locations in California;

6.     The manner of compensating and providing benefits to their hourly employees in the State of California since January 1, 2000, including, but not limited to knowledge of how employees were paid, by whom they were paid, from what accounts they were paid, and the corporate pay structure of Defendant, Alderwoods, SCI, and all Alderwoods and SCI affiliated entities or locations in California;

7.     Contacts of any kind with any person, entity or organization (SCI-related, governmental or otherwise) within the state of California, including, but not limited to verbal, telephonic, email, contractual, legal, transactional, physical visitation, mail etc. of Defendant, Alderwoods, SCI, and all Alderwoods and SCI affiliated entities or locations in California.

Respectfully Submitted,
DOLIN, THOMAS & SOLOMON LLP

Date: October 8, 2008

By: _Annette Gifford_
Patrick J. Solomon, NY Attorney No. 2716660
J. Nelson Thomas, NY Attorney No. 2579159
Annette Gifford, NY Attorney No. 4105870
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

ROSEN, BIEN & GALVAN, LLP
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256

Attorneys for Plaintiffs

3

1   Sanford Jay Rosen, State Bar No. 62566
    Maria V. Morris, State Bar No. 223903
2   Lori E. Rifkin, State Bar No. 244081
    ROSEN, BIEN & GALVAN, LLP
3   315 Montgomery Street, Tenth Floor
    San Francisco, CA 94104
4   Telephone: (415) 433-6830
    Facsimile: (415) 433-7104
5   srosen@rbg-law.com

6   [Additional Counsel Listed on Following Page]

7   Attorneys for Plaintiffs

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO/OAKLAND DIVISION

11

12   WILLIAM HELM, DEBORAH PRISE,              ) Case No. CV 08-1184 SI
     HEATHER P. RADY, et al., on behalf of     )
13   themselves and all other employees and former ) **NOTICE OF DEPOSITION**
     employees similarly situated,              ) **PURSUANT TO RULE 30(b)(6) FOR**
14                                              ) **SCI HOUSTON MARKET SUPPORT**
                    Plaintiffs,                 ) **CENTER, L.P.**
15                                              )
     v.                                         )
16                                              )
     ALDERWOODS GROUP, INC., PAUL A.            )
17   HOUSTON, SERVICE CORPORATION              )
     INTERNATIONAL, SCI FUNERAL AND            )
18   CEMETERY PURCHASING COOPERATIVE,          )
     INC., SCI EASTERN MARKET SUPPORT          )
19   CENTER, L.P., SCI WESTERN MARKET          )
     SUPPORT CENTER, L.P. a/k/a SCI WESTERN    )
20   MARKET SUPPORT CENTER, INC., and SCI      )
     HOUSTON MARKET SUPPORT CENTER,            )
21   L.P.,                                      )
                                                )
22                  Defendants.                 )
                                                )
23                                              )
                                                )
24   _____

25

26

27

_____
PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SCI HOUSTON MARKET SUPPORT CENTER, L.P.
Case No. CV 08-1184 SI

1  Additional Attorneys for Plaintiffs, who have been
   admitted *pro hac vice*:

2

3  Patrick J. Solomon, NY Attorney No. 2716660
   J. Nelson Thomas, NY Attorney No. 2579159
   Annette Gifford, NY Attorney No. 4105870

4  DOLIN, THOMAS & SOLOMON LLP
   693 East Avenue

5  Rochester, NY 14607
   Telephone: (585) 272-0540

6  Facsimile:  (585) 272-0574
   nthomas@theemploymentattorneys.com

7

8  Charles H. Saul, PA State Bar No.19938
   MARGOLIS EDELSTEIN
   525 William Penn Place

9  Suite 3300
   Pittsburgh, PA 15219

10 Telephone: (412) 281-4256
   Facsimile: (412) 642-2380

11 csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SCI HOUSTON MARKET SUPPORT CENTER, L.P.
Case No. CV 08-1184 SI

1  TO:   THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

2        PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil

3  Procedure, Plaintiffs will take the deposition of SCI Houston Market Support Center, L.P.

4  ("Defendant") through one or more its corporate representatives most knowledgeable about

5  the topics listed herein, before a qualified court report at a date, time and location to be agreed

6  upon by the parties and continuing thereafter by adjournment until completed.

7        Deponent(s) provided by Defendant shall be knowledgeable about and prepared to

8  answer questions relating to:

9        1.    Corporate-wide business operations and organizational structure of Defendant,

10  Alderwoods Group, Inc. ("Alderwoods"), Service Corporation International ("SCI"), and all

11  Alderwoods and SCI affiliated entities or locations in California;

12       2.    The business software, financial record maintenance systems and business record

13  maintenance systems as used by or relating to Defendant, Alderwoods, SCI, and all

14  Alderwoods and SCI affiliated entities or locations in California;

15       3.    Corporate-wide human resource operations and personnel organizational

16  structure of Defendant, Alderwoods, SCI, and all Alderwoods and SCI affiliated entities or

17  locations in California;

18       4.    The record maintenance system relating to employee human resource, payroll,

19  benefits, personnel files and other employee information or profiles for employees of

20  Defendant, Alderwoods, SCI, and all Alderwoods and SCI affiliated entities or locations in

21  California;

22

23

1

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SCI HOUSTON MARKET SUPPORT CENTER, L.P.
Case No. CV 08-1184 SI

5.     Employment practices as applied to any employees of Defendant, Alderwoods, SCI, and all Alderwoods and SCI affiliated entities or locations in California;

6.     The manner of compensating and providing benefits to their hourly employees in the State of California since January 1, 2000, including, but not limited to knowledge of how employees were paid, by whom they were paid, from what accounts they were paid, and the corporate pay structure of Defendant, Alderwoods, SCI, and all Alderwoods and SCI affiliated entities or locations in California;

7.     Contacts of any kind with any person, entity or organization (SCI-related, governmental or otherwise) within the state of California, including, but not limited to verbal, telephonic, email, contractual, legal, transactional, physical visitation, mail etc. of Defendant, Alderwoods, SCI, and all Alderwoods and SCI affiliated entities or locations in California.

Respectfully Submitted,
DOLIN, THOMAS & SOLOMON LLP

Date: October 8, 2008

By: _____
Patrick J. Solomon, NY Attorney No. 2716660
J. Nelson Thomas, NY Attorney No. 2579159
Annette Gifford, NY Attorney No. 4105870
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

ROSEN, BIEN & GALVAN, LLP
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

2

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SCI HOUSTON MARKET SUPPORT CENTER, L.P.
Case No. CV 08-1184 SI

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256

Attorneys for Plaintiffs

3

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SCI HOUSTON MARKET SUPPORT CENTER, L.P.
Case No. CV 08-1184 SI

1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5  srosen@rbg-law.com

6  [Additional Counsel Listed on Following Page]

7  Attorneys for Plaintiffs

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO/OAKLAND DIVISION

11

12  WILLIAM HELM, DEBORAH PRISE,          )  Case No. CV 08-1184 SI
    HEATHER P. RADY, et al., on behalf of )
13  themselves and all other employees and former )  **NOTICE OF DEPOSITION**
    employees similarly situated,         )  **PURSUANT TO RULE 30(b)(6) FOR**
14                                         )  **SCI EASTERN MARKET SUPPORT**
                                           )  **CENTER, L.P.**
                  Plaintiffs,             )
15                                         )
    v.                                     )
16                                         )
    ALDERWOODS GROUP, INC., PAUL A.        )
17  HOUSTON, SERVICE CORPORATION           )
    INTERNATIONAL, SCI FUNERAL AND         )
18  CEMETERY PURCHASING COOPERATIVE,       )
    INC., SCI EASTERN MARKET SUPPORT       )
19  CENTER, L.P., SCI WESTERN MARKET       )
    SUPPORT CENTER, L.P. a/k/a SCI WESTERN )
20  MARKET SUPPORT CENTER, INC., and SCI   )
    HOUSTON MARKET SUPPORT CENTER,         )
21  L.P.,                                  )
                                           )
22                Defendants.             )
                                           )
23                                         )
                                           )
24  ─────────────────────────────────────)

25

26

27

─────────────────────────────────────────────────────────
PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SCI EASTERN MARKET SUPPORT CENTER, L.P.
Case No. CV 08-1184 SI

1   Additional Attorneys for Plaintiffs, who have been
    admitted *pro hac vice*:
2
    Patrick J. Solomon, NY Attorney No. 2716660
3   J. Nelson Thomas, NY Attorney No. 2579159
    Annette Gifford, NY Attorney No. 4105870
4   DOLIN, THOMAS & SOLOMON LLP
    693 East Avenue
5   Rochester, NY 14607
    Telephone: (585) 272-0540
6   Facsimile:  (585) 272-0574
    nthomas@theemploymentattorneys.com
7
    Charles H. Saul, PA State Bar No.19938
8   MARGOLIS EDELSTEIN
    525 William Penn Place
9   Suite 3300
    Pittsburgh, PA 15219
10  Telephone: (412) 281-4256
    Facsimile: (412) 642-2380
11  csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SCI EASTERN MARKET SUPPORT CENTER, L.P.
Case No. CV 08-1184 SI

1  TO:    THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

2         PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil

3  Procedure, Plaintiffs will take the deposition of SCI Eastern Market Support Center, L.P.

4  ("Defendant") through one or more its corporate representatives most knowledgeable about

5  the topics listed herein, before a qualified court report at a date, time and location to be agreed

6  upon by the parties and continuing thereafter by adjournment until completed.

7         Deponent(s) provided by Defendant shall be knowledgeable about and prepared to

8  answer questions relating to:

9         1.     Corporate-wide business operations and organizational structure of Defendant,

10 Alderwoods Group, Inc. ("Alderwoods"), Service Corporation International ("SCI"), and all

11 Alderwoods and SCI affiliated entities or locations in California;

12        2.     The business software, financial record maintenance systems and business record

13 maintenance systems as used by or relating to Defendant, Alderwoods, SCI, and all

14 Alderwoods and SCI affiliated entities or locations in California;

15        3.     Corporate-wide human resource operations and personnel organizational

16 structure of Defendant, Alderwoods, SCI, and all Alderwoods and SCI affiliated entities or

17 locations in California;

18        4.     The record maintenance system relating to employee human resource, payroll,

19 benefits, personnel files and other employee information or profiles for employees of

20 Defendant, Alderwoods, SCI, and all Alderwoods and SCI affiliated entities or locations in

21 California;

22

23

1

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SCI EASTERN MARKET SUPPORT CENTER, L.P.
Case No. CV 08-1184 SI

1      5.    Employment practices as applied to any employees of Defendant, Alderwoods,

2  SCI, and all Alderwoods and SCI affiliated entities or locations in California;

3      6.    The manner of compensating and providing benefits to their hourly employees

4  in the State of California since January 1, 2000, including, but not limited to knowledge of

5  how employees were paid, by whom they were paid, from what accounts they were paid, and

6  the corporate pay structure of Defendant, Alderwoods, SCI, and all Alderwoods and SCI

7  affiliated entities or locations in California;

8      7.    Contacts of any kind with any person, entity or organization (SCI-related,

9  governmental or otherwise) within the state of California, including, but not limited to verbal,

10  telephonic, email, contractual, legal, transactional, physical visitation, mail etc. of Defendant,

11  Alderwoods, SCI, and all Alderwoods and SCI affiliated entities or locations in California.

12

13      Respectfully Submitted,
    DOLIN, THOMAS & SOLOMON LLP

14

15  Date: October 8, 2008    By: _____
    Patrick J. Solomon, NY Attorney No. 2716660

16      J. Nelson Thomas, NY Attorney No. 2579159
    Annette Gifford, NY Attorney No. 4105870

17      693 East Avenue
    Rochester, NY 14607

18      Telephone: (585) 272-0540

19      ROSEN, BIEN & GALVAN, LLP
    Sanford Jay Rosen, State Bar No. 62566

20      Maria V. Morris, State Bar No. 223903
    Lori E. Rifkin, State Bar No. 244081

21      315 Montgomery Street, Tenth Floor
    San Francisco, CA 94104

22      Telephone: (415) 433-6830

23

2

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SCI EASTERN MARKET SUPPORT CENTER, L.P.
Case No. CV 08-1184 SI

1

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938

2

525 William Penn Place, Suite 3300
Pittsburgh, PA 15219

3

Telephone: (412) 281-4256

4

Attorneys for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

3

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SCI EASTERN MARKET SUPPORT CENTER, L.P.
Case No. CV 08-1184 SI

1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile:  (415) 433-7104
5  srosen@rbg-law.com

6  [Additional Counsel Listed on Following Page]

7  Attorneys for Plaintiffs

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                  SAN FRANCISCO/OAKLAND DIVISION
11

12 WILLIAM HELM, DEBORAH PRISE,           )  Case No. CV 08-1184 SI
   HEATHER P. RADY, et al., on behalf of  )
13 themselves and all other employees and former )  **NOTICE OF DEPOSITION**
   employees similarly situated,           )  **OF CURTIS BRIGGS**
14                                         )
                     Plaintiffs,           )
15                                         )
   v.                                      )
16                                         )
   ALDERWOODS GROUP, INC., PAUL A.         )
17 HOUSTON, SERVICE CORPORATION            )
   INTERNATIONAL, SCI FUNERAL AND          )
18 CEMETERY PURCHASING COOPERATIVE,        )
   INC., SCI EASTERN MARKET SUPPORT        )
19 CENTER, L.P., SCI WESTERN MARKET        )
   SUPPORT CENTER, L.P. a/k/a SCI WESTERN  )
20 MARKET SUPPORT CENTER, INC., and SCI    )
   HOUSTON MARKET SUPPORT CENTER,          )
21 L.P.,                                   )
                                           )
22                     Defendants.         )
                                           )
23                                         )
                                           )
24 —————————————————————————

25

26

27

1  Additional Attorneys for Plaintiffs, who have been
   admitted *pro hac vice*:
2
   Patrick J. Solomon, NY Attorney No. 2716660
3  J. Nelson Thomas, NY Attorney No. 2579159
   Annette Gifford, NY Attorney No. 4105870
4  DOLIN, THOMAS & SOLOMON LLP
   693 East Avenue
5  Rochester, NY 14607
   Telephone: (585) 272-0540
6  Facsimile:  (585) 272-0574
   nthomas@theemploymentattorneys.com
7
   Charles H. Saul, PA State Bar No.19938
8  MARGOLIS EDELSTEIN
   525 William Penn Place
9  Suite 3300
   Pittsburgh, PA 15219
10 Telephone: (412) 281-4256
   Facsimile: (412) 642-2380
11 csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1    TO:     THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

2            PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil

3    Procedure, Plaintiffs will take the deposition of CURTIS BRIGGS at a date and location to be

4    mutually agreed upon by the parties and continuing day to day and on any adjourned date

5    thereafter, until completed.  The deposition will be recorded by stenographic means before a

6    Notary Public.

7

8                                              Respectfully Submitted,
                                               DOLIN, THOMAS & SOLOMON LLP
9

10   Date: October 8, 2008                     By: _____
                                               Patrick J. Solomon, NY Attorney No. 2716660
11                                             J. Nelson Thomas, NY Attorney No. 2579159
                                               Annette Gifford, NY Attorney No. 4105870
12                                             693 East Avenue
                                               Rochester, NY 14607
13                                             Telephone: (585) 272-0540

14                                             ROSEN, BIEN & GALVAN, LLP
                                               Sanford Jay Rosen, State Bar No. 62566
15                                             Maria V. Morris, State Bar No. 223903
                                               Lori E. Rifkin, State Bar No. 244081
16                                             315 Montgomery Street, Tenth Floor
                                               San Francisco, CA 94104
17                                             Telephone: (415) 433-6830

18                                             MARGOLIS EDELSTEIN
                                               Charles H. Saul, PA State Bar No.19938
19                                             525 William Penn Place, Suite 3300
                                               Pittsburgh, PA 15219
20                                             Telephone: (412) 281-4256

21                                             Attorneys for Plaintiffs

22

23

                                            1
                        NOTICE OF DEPOSITION OF CURTIS BRIGGS
                                  Case No. CV 08-1184 SI

1   Sanford Jay Rosen, State Bar No. 62566
    Maria V. Morris, State Bar No. 223903
2   Lori E. Rifkin, State Bar No. 244081
    ROSEN, BIEN & GALVAN, LLP
3   315 Montgomery Street, Tenth Floor
    San Francisco, CA 94104
4   Telephone:  (415) 433-6830
    Facsimile:  (415) 433-7104
5   srosen@rbg-law.com

6   [Additional Counsel Listed on Following Page]

7   Attorneys for Plaintiffs

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO/OAKLAND DIVISION

11

12  WILLIAM HELM, DEBORAH PRISE,          )  Case No. CV 08-1184 SI
    HEATHER P. RADY, et al., on behalf of  )
13  themselves and all other employees and former )  **NOTICE OF DEPOSITION**
    employees similarly situated,          )  **OF DAVID ANDERSON**
14                                         )
                     Plaintiffs,           )
15                                         )
    v.                                     )
16                                         )
    ALDERWOODS GROUP, INC., PAUL A.        )
17  HOUSTON, SERVICE CORPORATION           )
    INTERNATIONAL, SCI FUNERAL AND         )
18  CEMETERY PURCHASING COOPERATIVE,       )
    INC., SCI EASTERN MARKET SUPPORT       )
19  CENTER, L.P., SCI WESTERN MARKET       )
    SUPPORT CENTER, L.P. a/k/a SCI WESTERN )
20  MARKET SUPPORT CENTER, INC., and SCI   )
    HOUSTON MARKET SUPPORT CENTER,         )
21  L.P.,                                  )
                                           )
22                   Defendants.           )
                                           )
23                                         )
                                           )
24  _____)

25

26

27

                 NOTICE OF DEPOSITION OF DAVID ANDERSON
                         Case No. CV 08-1184 SI

1  Additional Attorneys for Plaintiffs, who have been
   admitted *pro hac vice*:

2

3  Patrick J. Solomon, NY Attorney No. 2716660
   J. Nelson Thomas, NY Attorney No. 2579159
   Annette Gifford, NY Attorney No. 4105870

4  DOLIN, THOMAS & SOLOMON LLP
   693 East Avenue

5  Rochester, NY 14607
   Telephone: (585) 272-0540

6  Facsimile: (585) 272-0574
   nthomas@theemploymentattorneys.com

7
   Charles H. Saul, PA State Bar No.19938

8  MARGOLIS EDELSTEIN
   525 William Penn Place

9  Suite 3300
   Pittsburgh, PA 15219

10 Telephone: (412) 281-4256
   Facsimile: (412) 642-2380

11 csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF DEPOSITION OF DAVID ANDERSON
Case No. CV 08-1184 SI

TO:   THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of DAVID ANDERSON at a date and location to be mutually agreed upon by the parties and continuing day to day and on any adjourned date thereafter, until completed.   The deposition will be recorded by stenographic means before a Notary Public.

Respectfully Submitted,
DOLIN, THOMAS & SOLOMON LLP

Date: October 8, 2008

By: _____
Patrick J. Solomon, NY Attorney No. 2716660
J. Nelson Thomas, NY Attorney No. 2579159
Annette Gifford, NY Attorney No. 4105870
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

ROSEN, BIEN & GALVAN, LLP
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256

Attorneys for Plaintiffs

1   Sanford Jay Rosen, State Bar No. 62566
    Maria V. Morris, State Bar No. 223903
2   Lori E. Rifkin, State Bar No. 244081
    ROSEN, BIEN & GALVAN, LLP
3   315 Montgomery Street, Tenth Floor
    San Francisco, CA 94104
4   Telephone: (415) 433-6830
    Facsimile:  (415) 433-7104
5   srosen@rbg-law.com

6   [Additional Counsel Listed on Following Page]

7   Attorneys for Plaintiffs

8
                        UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO/OAKLAND DIVISION
11

12  WILLIAM HELM, DEBORAH PRISE,          )  Case No. CV 08-1184 SI
    HEATHER P. RADY, et al., on behalf of )
13  themselves and all other employees and former )  **NOTICE OF DEPOSITION**
    employees similarly situated,         )  **OF GWEN PETTEWAY**
14                                        )
                   Plaintiffs,            )
15                                        )
    v.                                    )
16                                        )
    ALDERWOODS GROUP, INC., PAUL A.       )
17  HOUSTON, SERVICE CORPORATION          )
    INTERNATIONAL, SCI FUNERAL AND        )
18  CEMETERY PURCHASING COOPERATIVE,      )
    INC., SCI EASTERN MARKET SUPPORT      )
19  CENTER, L.P., SCI WESTERN MARKET      )
    SUPPORT CENTER, L.P. a/k/a SCI WESTERN )
20  MARKET SUPPORT CENTER, INC., and SCI  )
    HOUSTON MARKET SUPPORT CENTER,        )
21  L.P.,                                 )
                                          )
22                 Defendants.            )
                                          )
23                                        )
                                          )
24

25

26

27

---

NOTICE OF DEPOSITION OF GWEN PETTEWAY
Case No. CV 08-1184 SI

Additional Attorneys for Plaintiffs, who have been
admitted *pro hac vice*:

Patrick J. Solomon, NY Attorney No. 2716660
J. Nelson Thomas, NY Attorney No. 2579159
Annette Gifford, NY Attorney No. 4105870
DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile:  (585) 272-0574
nthomas@theemploymentattorneys.com

Charles H. Saul, PA State Bar No.19938
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380
csaul@margolisedelstein.com

1   TO:   THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

2          PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil

3   Procedure, Plaintiffs will take the deposition of GWEN PETTEWAY at a date and location to

4   be mutually agreed upon by the parties and continuing day to day and on any adjourned date

5   thereafter, until completed.   The deposition will be recorded by stenographic means before a

6   Notary Public.

7

8                                          Respectfully Submitted,
                                           DOLIN, THOMAS & SOLOMON LLP
9

10  Date: October 8, 2008               By: _____
                                           Patrick J. Solomon, NY Attorney No. 2716660
11                                         J. Nelson Thomas, NY Attorney No. 2579159
                                           Annette Gifford, NY Attorney No. 4105870
12                                         693 East Avenue
                                           Rochester, NY 14607
13                                         Telephone: (585) 272-0540

14                                         ROSEN, BIEN & GALVAN, LLP
                                           Sanford Jay Rosen, State Bar No. 62566
15                                         Maria V. Morris, State Bar No. 223903
                                           Lori E. Rifkin, State Bar No. 244081
16                                         315 Montgomery Street, Tenth Floor
                                           San Francisco, CA 94104
17                                         Telephone: (415) 433-6830

18                                         MARGOLIS EDELSTEIN
                                           Charles H. Saul, PA State Bar No.19938
19                                         525 William Penn Place, Suite 3300
                                           Pittsburgh, PA 15219
20                                         Telephone: (412) 281-4256

21                                         Attorneys for Plaintiffs

22

23

                                           1
                          NOTICE OF DEPOSITION OF GWEN PETTEWAY
                                    Case No. CV 08-1184 SI

1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile:  (415) 433-7104
5  srosen@rbg-law.com

6  [Additional Counsel Listed on Following Page]

7  Attorneys for Plaintiffs

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                  SAN FRANCISCO/OAKLAND DIVISION
11

12  WILLIAM HELM, DEBORAH PRISE,            )  Case No. CV 08-1184 SI
    HEATHER P. RADY, et al., on behalf of   )
13  themselves and all other employees and former )  **NOTICE OF DEPOSITION**
    employees similarly situated,           )  **OF JANE JONES**
14                                          )
                      Plaintiffs,           )
15                                          )
    v.                                      )
16                                          )
    ALDERWOODS GROUP, INC., PAUL A.         )
17  HOUSTON, SERVICE CORPORATION            )
    INTERNATIONAL, SCI FUNERAL AND          )
18  CEMETERY PURCHASING COOPERATIVE,        )
    INC., SCI EASTERN MARKET SUPPORT        )
19  CENTER, L.P., SCI WESTERN MARKET        )
    SUPPORT CENTER, L.P. a/k/a SCI WESTERN  )
20  MARKET SUPPORT CENTER, INC., and SCI    )
    HOUSTON MARKET SUPPORT CENTER,          )
21  L.P.,                                   )
                                            )
22                    Defendants.           )
                                            )
23                                          )
                                            )
24  ─────────────────────────────────────

25

26

27

1   Additional Attorneys for Plaintiffs, who have been
    admitted *pro hac vice*:

2

3   Patrick J. Solomon, NY Attorney No. 2716660
    J. Nelson Thomas, NY Attorney No. 2579159
    Annette Gifford, NY Attorney No. 4105870

4   DOLIN, THOMAS & SOLOMON LLP
    693 East Avenue

5   Rochester, NY 14607
    Telephone: (585) 272-0540

6   Facsimile: (585) 272-0574
    nthomas@theemploymentattorneys.com

7

    Charles H. Saul, PA State Bar No.19938

8   MARGOLIS EDELSTEIN
    525 William Penn Place

9   Suite 3300
    Pittsburgh, PA 15219

10  Telephone: (412) 281-4256
    Facsimile: (412) 642-2380

11  csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF DEPOSITION OF JANE JONES
Case No. CV 08-1184 SI

TO:    THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

        PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure, Plaintiffs will take the deposition of JANE JONES at a date and location to be

mutually agreed upon by the parties and continuing day to day and on any adjourned date

thereafter, until completed.  The deposition will be recorded by stenographic means before a

Notary Public.


                                        Respectfully Submitted,
                                        DOLIN, THOMAS & SOLOMON LLP


Date: October 8, 2008                   By: _____
                                        Patrick J. Solomon, NY Attorney No. 2716660
                                        J. Nelson Thomas, NY Attorney No. 2579159
                                        Annette Gifford, NY Attorney No. 4105870
                                        693 East Avenue
                                        Rochester, NY 14607
                                        Telephone: (585) 272-0540

                                        ROSEN, BIEN & GALVAN, LLP
                                        Sanford Jay Rosen, State Bar No. 62566
                                        Maria V. Morris, State Bar No. 223903
                                        Lori E. Rifkin, State Bar No. 244081
                                        315 Montgomery Street, Tenth Floor
                                        San Francisco, CA 94104
                                        Telephone: (415) 433-6830

                                        MARGOLIS EDELSTEIN
                                        Charles H. Saul, PA State Bar No.19938
                                        525 William Penn Place, Suite 3300
                                        Pittsburgh, PA 15219
                                        Telephone: (412) 281-4256

                                        Attorneys for Plaintiffs


---

1

NOTICE OF DEPOSITION OF JANE JONES
Case No. CV 08-1184 SI

Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
srosen@rbg-law.com

[Additional Counsel Listed on Following Page]

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P., <br><br> Defendants. | Case No. CV 08-1184 SI <br><br> **NOTICE OF DEPOSITION OF PATRICK BEATTIE** |

1

Additional Attorneys for Plaintiffs, who have been
admitted *pro hac vice*:

2

Patrick J. Solomon, NY Attorney No. 2716660
3   J. Nelson Thomas, NY Attorney No. 2579159
Annette Gifford, NY Attorney No. 4105870
4   DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
5   Rochester, NY 14607
Telephone: (585) 272-0540
6   Facsimile:  (585) 272-0574
nthomas@theemploymentattorneys.com
7

Charles H. Saul, PA State Bar No.19938
8   MARGOLIS EDELSTEIN
525 William Penn Place
9   Suite 3300
Pittsburgh, PA 15219
10   Telephone: (412) 281-4256
Facsimile: (412) 642-2380
11   csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF DEPOSITION OF PATRICK BEATTIE
Case No. CV 08-1184 SI

1  TO:    THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

2          PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil

3  Procedure, Plaintiffs will take the deposition of PATRICK BEATTIE at a date and location to

4  be mutually agreed upon by the parties and continuing day to day and on any adjourned date

5  thereafter, until completed.  The deposition will be recorded by stenographic means before a

6  Notary Public.

7

8                                    Respectfully Submitted,
                                     DOLIN, THOMAS & SOLOMON LLP
9

10 Date: October 8, 2008             By: _____
                                     Patrick J. Solomon, NY Attorney No. 2716660
11                                   J. Nelson Thomas, NY Attorney No. 2579159
                                     Annette Gifford, NY Attorney No. 4105870
12                                   693 East Avenue
                                     Rochester, NY 14607
13                                   Telephone: (585) 272-0540

14                                   ROSEN, BIEN & GALVAN, LLP
                                     Sanford Jay Rosen, State Bar No. 62566
15                                   Maria V. Morris, State Bar No. 223903
                                     Lori E. Rifkin, State Bar No. 244081
16                                   315 Montgomery Street, Tenth Floor
                                     San Francisco, CA 94104
17                                   Telephone: (415) 433-6830

18                                   MARGOLIS EDELSTEIN
                                     Charles H. Saul, PA State Bar No.19938
19                                   525 William Penn Place, Suite 3300
                                     Pittsburgh, PA 15219
20                                   Telephone: (412) 281-4256

21                                   Attorneys for Plaintiffs

22

23

                                     1
                        NOTICE OF DEPOSITION OF PATRICK BEATTIE
                                 Case No. CV 08-1184 SI

1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5  srosen@rbg-law.com

6  [Additional Counsel Listed on Following Page]

7  Attorneys for Plaintiffs

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11            SAN FRANCISCO/OAKLAND DIVISION

12  WILLIAM HELM, DEBORAH PRISE,           )  Case No. CV 08-1184 SI
    HEATHER P. RADY, et al., on behalf of  )
13  themselves and all other employees and former )  **NOTICE OF DEPOSITION**
    employees similarly situated,          )  **OF ROBERT WALTRIP**
14                                         )
                 Plaintiffs,               )
15                                         )
    v.                                     )
16                                         )
    ALDERWOODS GROUP, INC., PAUL A.        )
17  HOUSTON, SERVICE CORPORATION           )
    INTERNATIONAL, SCI FUNERAL AND         )
18  CEMETERY PURCHASING COOPERATIVE,       )
    INC., SCI EASTERN MARKET SUPPORT       )
19  CENTER, L.P., SCI WESTERN MARKET       )
    SUPPORT CENTER, L.P. a/k/a SCI WESTERN )
20  MARKET SUPPORT CENTER, INC., and SCI   )
    HOUSTON MARKET SUPPORT CENTER,         )
21  L.P.,                                  )
                                           )
22               Defendants.               )
                                           )
23                                         )
                                           )
24  _____

25

26

27

1  Additional Attorneys for Plaintiffs, who have been
   admitted *pro hac vice*:

2

3  Patrick J. Solomon, NY Attorney No. 2716660
   J. Nelson Thomas, NY Attorney No. 2579159
   Annette Gifford, NY Attorney No. 4105870

4  DOLIN, THOMAS & SOLOMON LLP
   693 East Avenue

5  Rochester, NY 14607
   Telephone: (585) 272-0540

6  Facsimile: (585) 272-0574
   nthomas@theemploymentattorneys.com

7

8  Charles H. Saul, PA State Bar No.19938
   MARGOLIS EDELSTEIN
   525 William Penn Place

9  Suite 3300
   Pittsburgh, PA 15219

10 Telephone: (412) 281-4256
   Facsimile: (412) 642-2380

11 csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF DEPOSITION OF ROBERT WALTRIP
Case No. CV 08-1184 SI

1   TO:    THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

2         PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil

3   Procedure, Plaintiffs will take the deposition of ROBERT WALTRIP at a date and location to

4   be mutually agreed upon by the parties and continuing day to day and on any adjourned date

5   thereafter, until completed.  The deposition will be recorded by stenographic means before a

6   Notary Public.

7

8                                                            Respectfully Submitted,
                                                           DOLIN, THOMAS & SOLOMON LLP

9

10   Date: October 8, 2008                    By:
                                                       Patrick J. Solomon, NY Attorney No. 2716660

11                                           J. Nelson Thomas, NY Attorney No. 2579159
                                        Annette Gifford, NY Attorney No. 4105870

12                                           693 East Avenue
                                        Rochester, NY 14607

13                                           Telephone: (585) 272-0540

14                                           ROSEN, BIEN & GALVAN, LLP
                                        Sanford Jay Rosen, State Bar No. 62566

15                                           Maria V. Morris, State Bar No. 223903
                                        Lori E. Rifkin, State Bar No. 244081

16                                           315 Montgomery Street, Tenth Floor
                                        San Francisco, CA 94104

17                                           Telephone: (415) 433-6830

18                                           MARGOLIS EDELSTEIN
                                        Charles H. Saul, PA State Bar No.19938

19                                           525 William Penn Place, Suite 3300
                                        Pittsburgh, PA 15219

20                                           Telephone: (412) 281-4256

21                                           Attorneys for Plaintiffs

22

23

                                            1

Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
srosen@rbg-law.com

[Additional Counsel Listed on Following Page]

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.,<br><br>Defendants. | Case No. CV 08-1184 SI<br><br>**NOTICE OF DEPOSITION OF THOMAS RYAN** |

1    Additional Attorneys for Plaintiffs, who have been
admitted *pro hac vice*:

2

3    Patrick J. Solomon, NY Attorney No. 2716660
J. Nelson Thomas, NY Attorney No. 2579159
Annette Gifford, NY Attorney No. 4105870

4    DOLIN, THOMAS & SOLOMON LLP
693 East Avenue

5    Rochester, NY 14607
Telephone: (585) 272-0540

6    Facsimile:  (585) 272-0574
nthomas@theemploymentattorneys.com

7

8    Charles H. Saul, PA State Bar No.19938
MARGOLIS EDELSTEIN

9    525 William Penn Place
Suite 3300

10    Pittsburgh, PA 15219
Telephone: (412) 281-4256

11    Facsimile: (412) 642-2380
csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

---

NOTICE OF DEPOSITION OF THOMAS RYAN
Case No. CV 08-1184 SI

1   TO:   THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

2          PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil

3   Procedure, Plaintiffs will take the deposition of THOMAS RYAN at a date and location to be

4   mutually agreed upon by the parties and continuing day to day and on any adjourned date

5   thereafter, until completed.   The deposition will be recorded by stenographic means before a

6   Notary Public.

7

8                                          Respectfully Submitted,
                                           DOLIN, THOMAS & SOLOMON LLP
9

10  Date: October 8, 2008              By: _Annette Gifford_____
                                           Patrick J. Solomon, NY Attorney No. 2716660
11                                         J. Nelson Thomas, NY Attorney No. 2579159
                                           Annette Gifford, NY Attorney No. 4105870
12                                         693 East Avenue
                                           Rochester, NY 14607
13                                         Telephone: (585) 272-0540

14                                         ROSEN, BIEN & GALVAN, LLP
                                           Sanford Jay Rosen, State Bar No. 62566
15                                         Maria V. Morris, State Bar No. 223903
                                           Lori E. Rifkin, State Bar No. 244081
16                                         315 Montgomery Street, Tenth Floor
                                           San Francisco, CA 94104
17                                         Telephone: (415) 433-6830

18                                         MARGOLIS EDELSTEIN
                                           Charles H. Saul, PA State Bar No.19938
19                                         525 William Penn Place, Suite 3300
                                           Pittsburgh, PA 15219
20                                         Telephone: (412) 281-4256

21                                         Attorneys for Plaintiffs

22

23

                                           1

Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
srosen@rbg-law.com

[Additional Counsel Listed on Following Page]

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P., <br><br> Defendants. | Case No. CV 08-1184 SI <br><br> **NOTICE OF DEPOSITION OF PAUL HOUSTON** |

1   Additional Attorneys for Plaintiffs, who have been
    admitted *pro hac vice*:

2

3   Patrick J. Solomon, NY Attorney No. 2716660
    J. Nelson Thomas, NY Attorney No. 2579159
    Annette Gifford, NY Attorney No. 4105870

4   DOLIN, THOMAS & SOLOMON LLP
    693 East Avenue

5   Rochester, NY 14607
    Telephone: (585) 272-0540

6   Facsimile: (585) 272-0574
    nthomas@theemploymentattorneys.com

7

8   Charles H. Saul, PA State Bar No.19938
    MARGOLIS EDELSTEIN
    525 William Penn Place

9   Suite 3300
    Pittsburgh, PA 15219

10  Telephone: (412) 281-4256
    Facsimile: (412) 642-2380

11  csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF DEPOSITION OF PAUL HOUSTON
Case No. CV 08-1184 SI

1    TO:    THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

2            PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil

3    Procedure, Plaintiffs will take the deposition of PAUL HOUSTON at a date and location to be

4    mutually agreed upon by the parties and continuing day to day and on any adjourned date

5    thereafter, until completed.   The deposition will be recorded by stenographic means before a

6    Notary Public.

7

8                                          Respectfully Submitted,
                                           DOLIN, THOMAS & SOLOMON LLP
9

10   Date: October 8, 2008                 By: _____
                                           Patrick J. Solomon, NY Attorney No. 2716660
11                                         J. Nelson Thomas, NY Attorney No. 2579159
                                           Annette Gifford, NY Attorney No. 4105870
12                                         693 East Avenue
                                           Rochester, NY 14607
13                                         Telephone: (585) 272-0540

14                                         ROSEN, BIEN & GALVAN, LLP
                                           Sanford Jay Rosen, State Bar No. 62566
15                                         Maria V. Morris, State Bar No. 223903
                                           Lori E. Rifkin, State Bar No. 244081
16                                         315 Montgomery Street, Tenth Floor
                                           San Francisco, CA 94104
17                                         Telephone: (415) 433-6830

18                                         MARGOLIS EDELSTEIN
                                           Charles H. Saul, PA State Bar No.19938
19                                         525 William Penn Place, Suite 3300
                                           Pittsburgh, PA 15219
20                                         Telephone: (412) 281-4256

21                                         Attorneys for Plaintiffs

22

23

                                           1
                            NOTICE OF DEPOSITION OF PAUL HOUSTON
                                    Case No. CV 08-1184 SI

1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5  srosen@rbg-law.com

6  [Additional Counsel Listed on Following Page]

7  Attorneys for Plaintiffs

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO/OAKLAND DIVISION

11

12  CLAUDE BRYANT, JOSEPH BIERNACKI,      )  Case No. CV 08-1190
    GORDON FARMER, RHEALYN HOLLAND,       )
13  JAMES STICKLE, ELEANOR RIGGIO, FRANK )  **NOTICE OF DEPOSITION**
    ACUNA, RICHARD LAMASTERS, KENNETH )   **PURSUANT TO RULE 30(b)(6) FOR**
14  ALLEN, CRAIG FULCHER, SANFORD         )  **SERVICE CORPORATION**
    LEVINE and THOMAS THOMPSON, on        )  **INTERNATIONAL**
15  behalf of themselves and all other employees and )
    former employees similarly situated,  )
16                                         )
                 Plaintiffs,               )
17                                         )
    v.                                     )
18                                         )
    SERVICE CORPORATION INTERNATIONAL,)
19  SCI    FUNERAL    AND    CEMETERY )
    PURCHASING   COOPERATIVE,   INC.,  SCI )
20  EASTERN MARKET SUPPORT CENTER, L.P.,)
    SCI WESTERN MARKET SUPPORT CENTER,)
21  L.P. a/k/a SCI WESTERN MARKET SUPPORT )
    CENTER, INC., SCI HOUSTON MARKET)
22  SUPPORT CENTER, L.P., JANE D. JONES,)
    GWEN PETTEWAY, THOMAS RYAN, and)
23  CURTIS BRIGGS,                        )
                                          )
24                 Defendants.            )
                                          )
25                                        )
                                          )
26  _____)

27

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SERVICE CORPORATION INTERNATIONAL
Case No. CV 08-1190

1    Additional Attorneys for Plaintiffs, who have been
     admitted *pro hac vice*:
2
     Patrick J. Solomon, NY Attorney No. 2716660
3    J. Nelson Thomas, NY Attorney No. 2579159
     Annette Gifford, NY Attorney No. 4105870
4    DOLIN, THOMAS & SOLOMON LLP
     693 East Avenue
5    Rochester, NY 14607
     Telephone: (585) 272-0540
6    Facsimile:  (585) 272-0574
     nthomas@theemploymentattorneys.com
7
     Charles H. Saul, PA State Bar No.19938
8    MARGOLIS EDELSTEIN
     525 William Penn Place
9    Suite 3300
     Pittsburgh, PA 15219
10   Telephone: (412) 281-4256
     Facsimile: (412) 642-2380
11   csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SERVICE CORPORATION INTERNATIONAL
Case No. CV 08-1190

TO:    THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Service Corporation International ("Defendant") through one or more its corporate representatives most knowledgeable about the topics listed herein, before a qualified court report at a date, time and location to be agreed upon by the parties and continuing thereafter by adjournment until completed.

Deponent(s) provided by Defendant shall be knowledgeable about and prepared to answer questions relating to:

1.    Corporate-wide business operations and organizational structure of Defendant, Service Corporation International ("SCI"), and all SCI affiliated entities or locations in California;

2.    The business software, financial record maintenance systems and business record maintenance systems as used by or relating to Defendant, SCI, and all SCI affiliated entities or locations in California;

3.    Corporate-wide human resource operations and personnel organizational structure of Defendant, SCI, and all SCI affiliated entities or locations in California;

4.    The record maintenance system relating to employee human resource, payroll, benefits, personnel files and other employee information or profiles for employees of Defendant, SCI, and all SCI affiliated entities or locations in California;

5.    Employment practices as applied to any employees of Defendant, SCI, and all SCI affiliated entities or locations in California;

1

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SERVICE CORPORATION INTERNATIONAL
Case No. CV 08-1190

1    6.    The manner of compensating and providing benefits to their hourly employees

2  in the State of California since January 1, 2000, including, but not limited to knowledge of

3  how employees were paid, by whom they were paid, from what accounts they were paid, and

4  the corporate pay structure of Defendant, SCI, and all SCI affiliated entities or locations in

5  California;

6    7.    Contacts of any kind with any person, entity or organization (SCI-related,

7  governmental or otherwise) within the state of California, including, but not limited to verbal,

8  telephonic, email, contractual, legal, transactional, physical visitation, mail etc. of Defendant,

9  SCI, and all SCI affiliated entities or locations in California.

10

11    Respectfully Submitted,
    DOLIN, THOMAS & SOLOMON LLP

12

13  Date: October 8, 2008       By: _____
    Patrick J. Solomon, NY Attorney No. 2716660

14    J. Nelson Thomas, NY Attorney No. 2579159
    Annette Gifford, NY Attorney No. 4105870

15    693 East Avenue
    Rochester, NY 14607

16    Telephone: (585) 272-0540

17    ROSEN, BIEN & GALVAN, LLP
    Sanford Jay Rosen, State Bar No. 62566

18    Maria V. Morris, State Bar No. 223903
    Lori E. Rifkin, State Bar No. 244081

19    315 Montgomery Street, Tenth Floor
    San Francisco, CA 94104

20    Telephone: (415) 433-6830

21    MARGOLIS EDELSTEIN
    Charles H. Saul, PA State Bar No.19938

22    525 William Penn Place, Suite 3300
    Pittsburgh, PA 15219

23

2

1

Telephone: (412) 281-4256

2

Attorneys for Plaintiffs

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

3

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SERVICE CORPORATION INTERNATIONAL
Case No. CV 08-1190

1   Sanford Jay Rosen, State Bar No. 62566
    Maria V. Morris, State Bar No. 223903
2   Lori E. Rifkin, State Bar No. 244081
    ROSEN, BIEN & GALVAN, LLP
3   315 Montgomery Street, Tenth Floor
    San Francisco, CA 94104
4   Telephone: (415) 433-6830
    Facsimile: (415) 433-7104
5   srosen@rbg-law.com

6   [Additional Counsel Listed on Following Page]

7   Attorneys for Plaintiffs

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO/OAKLAND DIVISION

11

12  CLAUDE BRYANT, JOSEPH BIERNACKI,      )  Case No. CV 08-1190
    GORDON FARMER, RHEALYN HOLLAND,       )
13  JAMES STICKLE, ELEANOR RIGGIO, FRANK  )  **NOTICE OF DEPOSITION**
    ACUNA, RICHARD LAMASTERS, KENNETH     )  **PURSUANT TO RULE 30(b)(6) FOR**
14  ALLEN, CRAIG FULCHER, SANFORD         )  **SCI HOUSTON MARKET SUPPORT**
    LEVINE and THOMAS THOMPSON, on        )  **CENTER, L.P.**
15  behalf of themselves and all other employees and )
    former employees similarly situated,  )
16                                        )
                     Plaintiffs,          )
17                                        )
    v.                                    )
18                                        )
    SERVICE CORPORATION INTERNATIONAL,)
19  SCI   FUNERAL   AND   CEMETERY)
    PURCHASING   COOPERATIVE,   INC.,   SCI)
20  EASTERN MARKET SUPPORT CENTER, L.P.,)
    SCI WESTERN MARKET SUPPORT CENTER,)
21  L.P. a/k/a SCI WESTERN MARKET SUPPORT)
    CENTER, INC., SCI HOUSTON MARKET)
22  SUPPORT CENTER, L.P., JANE D. JONES,)
    GWEN   PETTEWAY,   THOMAS   RYAN,   and)
23  CURTIS BRIGGS,                        )
                                          )
24                   Defendants.          )
                                          )
25                                        )
                                          )
26  _____)

27

    PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
    PERSONAL JURISDICTION ISSUES FOR SCI HOUSTON MARKET SUPPORT CENTER, L.P.
                            Case No. CV 08-1190

1   Additional Attorneys for Plaintiffs, who have been
    admitted *pro hac vice*:

2

3   Patrick J. Solomon, NY Attorney No. 2716660
    J. Nelson Thomas, NY Attorney No. 2579159
    Annette Gifford, NY Attorney No. 4105870

4   DOLIN, THOMAS & SOLOMON LLP
    693 East Avenue

5   Rochester, NY 14607
    Telephone: (585) 272-0540

6   Facsimile:  (585) 272-0574
    nthomas@theemploymentattorneys.com

7

    Charles H. Saul, PA State Bar No.19938

8   MARGOLIS EDELSTEIN
    525 William Penn Place

9   Suite 3300
    Pittsburgh, PA 15219

10  Telephone: (412) 281-4256
    Facsimile: (412) 642-2380

11  csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SCI HOUSTON MARKET SUPPORT CENTER, L.P.
Case No. CV 08-1190

TO:    THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of SCI Houston Market Support Center, L.P. ("Defendant") through one or more its corporate representatives most knowledgeable about the topics listed herein, before a qualified court report at a date, time and location to be agreed upon by the parties and continuing thereafter by adjournment until completed.

Deponent(s) provided by Defendant shall be knowledgeable about and prepared to answer questions relating to:

1.     Corporate-wide business operations and organizational structure of Defendant, Service Corporation International ("SCI"), and all SCI affiliated entities or locations in California;

2.     The business software, financial record maintenance systems and business record maintenance systems as used by or relating to Defendant, SCI, and all SCI affiliated entities or locations in California;

3.     Corporate-wide human resource operations and personnel organizational structure of Defendant, SCI, and all SCI affiliated entities or locations in California;

4.     The record maintenance system relating to employee human resource, payroll, benefits, personnel files and other employee information or profiles for employees of Defendant, SCI, and all SCI affiliated entities or locations in California;

5.     Employment practices as applied to any employees of Defendant, SCI, and all SCI affiliated entities or locations in California;

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SCI HOUSTON MARKET SUPPORT CENTER, L.P.
Case No. CV 08-1190

6.      The manner of compensating and providing benefits to their hourly employees in the State of California since January 1, 2000, including, but not limited to knowledge of how employees were paid, by whom they were paid, from what accounts they were paid, and the corporate pay structure of Defendant, SCI, and all SCI affiliated entities or locations in California;

7.      Contacts of any kind with any person, entity or organization (SCI-related, governmental or otherwise) within the state of California, including, but not limited to verbal, telephonic, email, contractual, legal, transactional, physical visitation, mail etc. of Defendant, SCI, and all SCI affiliated entities or locations in California.

Respectfully Submitted,
DOLIN, THOMAS & SOLOMON LLP

Date: October 8, 2008

By: _____
Patrick J. Solomon, NY Attorney No. 2716660
J. Nelson Thomas, NY Attorney No. 2579159
Annette Gifford, NY Attorney No. 4105870
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

ROSEN, BIEN & GALVAN, LLP
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219

2

1

Telephone: (412) 281-4256

2

Attorneys for Plaintiffs

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
PERSONAL JURISDICTION ISSUES FOR SCI HOUSTON MARKET SUPPORT CENTER, L.P.
Case No. CV 08-1190

1   Sanford Jay Rosen, State Bar No. 62566
    Maria V. Morris, State Bar No. 223903
2   Lori E. Rifkin, State Bar No. 244081
    ROSEN, BIEN & GALVAN, LLP
3   315 Montgomery Street, Tenth Floor
    San Francisco, CA 94104
4   Telephone: (415) 433-6830
    Facsimile:  (415) 433-7104
5   srosen@rbg-law.com

6   [Additional Counsel Listed on Following Page]

7   Attorneys for Plaintiffs

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO/OAKLAND DIVISION

11

12  CLAUDE BRYANT, JOSEPH BIERNACKI,    ) Case No. CV 08-1190
    GORDON FARMER, RHEALYN HOLLAND,     )
13  JAMES STICKLE, ELEANOR RIGGIO, FRANK ) **NOTICE OF DEPOSITION**
    ACUNA, RICHARD LAMASTERS, KENNETH ) **PURSUANT TO RULE 30(b)(6)**
14  ALLEN, CRAIG FULCHER, SANFORD       ) **FOR SCI EASTERN MARKET SUPPORT**
    LEVINE and THOMAS THOMPSON, on      ) **CENTER, L.P.**
15  behalf of themselves and all other employees and )
    former employees similarly situated, )
16                                       )
                 Plaintiffs,             )
17                                       )
    v.                                   )
18                                       )
    SERVICE CORPORATION INTERNATIONAL,)
19  SCI   FUNERAL    AND    CEMETERY)
    PURCHASING  COOPERATIVE,  INC.,  SCI)
20  EASTERN MARKET SUPPORT CENTER, L.P.,)
    SCI WESTERN MARKET SUPPORT CENTER,)
21  L.P. a/k/a SCI WESTERN MARKET SUPPORT)
    CENTER, INC., SCI  HOUSTON  MARKET)
22  SUPPORT  CENTER, L.P., JANE D. JONES,)
    GWEN  PETTEWAY,  THOMAS  RYAN,  and)
23  CURTIS BRIGGS,                       )
                                         )
24               Defendants.            )
                                         )
25                                       )
                                         )
26  _____ )

27

    PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING
    PERSONAL JURISDICTION ISSUES FOR SCI EASTERN MARKET SUPPORT CENTER, L.P.
                          Case No. CV 08-1190

1   Additional Attorneys for Plaintiffs, who have been
    admitted *pro hac vice*:

2

3   Patrick J. Solomon, NY Attorney No. 2716660
    J. Nelson Thomas, NY Attorney No. 2579159
    Annette Gifford, NY Attorney No. 4105870

4   DOLIN, THOMAS & SOLOMON LLP
    693 East Avenue

5   Rochester, NY 14607
    Telephone: (585) 272-0540

6   Facsimile:  (585) 272-0574
    nthomas@theemploymentattorneys.com

7

8   Charles H. Saul, PA State Bar No.19938
    MARGOLIS EDELSTEIN

9   525 William Penn Place
    Suite 3300

10  Pittsburgh, PA 15219
    Telephone: (412) 281-4256

11  Facsimile: (412) 642-2380
    csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1   TO:   THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

2   PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil

3   Procedure, Plaintiffs will take the deposition of SCI Eastern Market Support Center, L.P.

4   ("Defendant") through one or more its corporate representatives most knowledgeable about

5   the topics listed herein, before a qualified court report at a date, time and location to be agreed

6   upon by the parties and continuing thereafter by adjournment until completed.

7   Deponent(s) provided by Defendant shall be knowledgeable about and prepared to

8   answer questions relating to:

9   1.   Corporate-wide business operations and organizational structure of Defendant,

10   Service Corporation International ("SCI"), and all SCI affiliated entities or locations in

11   California;

12   2.   The business software, financial record maintenance systems and business record

13   maintenance systems as used by or relating to Defendant, SCI, and all SCI affiliated entities or

14   locations in California;

15   3.   Corporate-wide human resource operations and personnel organizational

16   structure of Defendant, SCI, and all SCI affiliated entities or locations in California;

17   4.   The record maintenance system relating to employee human resource, payroll,

18   benefits, personnel files and other employee information or profiles for employees of

19   Defendant, SCI, and all SCI affiliated entities or locations in California;

20   5.   Employment practices as applied to any employees of Defendant, SCI, and all

21   SCI affiliated entities or locations in California;

22

23

1

6.     The manner of compensating and providing benefits to their hourly employees in the State of California since January 1, 2000, including, but not limited to knowledge of how employees were paid, by whom they were paid, from what accounts they were paid, and the corporate pay structure of Defendant, SCI, and all SCI affiliated entities or locations in California;

7.     Contacts of any kind with any person, entity or organization (SCI-related, governmental or otherwise) within the state of California, including, but not limited to verbal, telephonic, email, contractual, legal, transactional, physical visitation, mail etc. of Defendant, SCI, and all SCI affiliated entities or locations in California.

Respectfully Submitted,
DOLIN, THOMAS & SOLOMON LLP

Date: October 8, 2008

By: _____
Patrick J. Solomon, NY Attorney No. 2716660
J. Nelson Thomas, NY Attorney No. 2579159
Annette Gifford, NY Attorney No. 4105870
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

ROSEN, BIEN & GALVAN, LLP
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219

2

1    Telephone: (412) 281-4256

2    Attorneys for Plaintiffs

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

3

1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile:  (415) 433-7104
5  srosen@rbg-law.com

6  [Additional Counsel Listed on Following Page]

7  Attorneys for Plaintiffs

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO/OAKLAND DIVISION

11

12  CLAUDE BRYANT, JOSEPH BIERNACKI,    )  Case No. CV 08-1190
    GORDON FARMER, RHEALYN HOLLAND,    )
13  JAMES STICKLE, ELEANOR RIGGIO, FRANK )  **NOTICE OF DEPOSITION**
    ACUNA, RICHARD LAMASTERS, KENNETH  )  **OF CURTIS BRIGGS**
14  ALLEN, CRAIG FULCHER, SANFORD       )
    LEVINE and THOMAS THOMPSON, on      )
15  behalf of themselves and all other employees and )
    former employees similarly situated,  )
16                                      )
                   Plaintiffs,          )
17                                      )
    v.                                  )
18                                      )
    SERVICE CORPORATION INTERNATIONAL,)
19  SCI   FUNERAL   AND   CEMETERY      )
    PURCHASING  COOPERATIVE,  INC.,  SCI )
20  EASTERN MARKET SUPPORT CENTER, L.P.,)
    SCI WESTERN MARKET SUPPORT CENTER,)
21  L.P. a/k/a SCI WESTERN MARKET SUPPORT )
    CENTER, INC., SCI HOUSTON MARKET    )
22  SUPPORT CENTER, L.P., JANE D. JONES,)
    GWEN  PETTEWAY,  THOMAS  RYAN,  and)
23  CURTIS BRIGGS,                      )
                                        )
24                 Defendants.          )
                                        )
25                                      )
                                        )
26  _____)

27

1 | Additional Attorneys for Plaintiffs, who have been
admitted *pro hac vice*:

2

3 | Patrick J. Solomon, NY Attorney No. 2716660
J. Nelson Thomas, NY Attorney No. 2579159
Annette Gifford, NY Attorney No. 4105870

4 | DOLIN, THOMAS & SOLOMON LLP
693 East Avenue

5 | Rochester, NY 14607
Telephone: (585) 272-0540

6 | Facsimile:  (585) 272-0574
nthomas@theemploymentattorneys.com

7

8 | Charles H. Saul, PA State Bar No.19938
MARGOLIS EDELSTEIN
525 William Penn Place

9 | Suite 3300
Pittsburgh, PA 15219

10 | Telephone: (412) 281-4256
Facsimile: (412) 642-2380

11 | csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF DEPOSITION OF CURTIS BRIGGS
Case No. CV 08-1190

TO:    THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure, Plaintiffs will take the deposition of CURTIS BRIGGS at a date and location to be

mutually agreed upon by the parties and continuing day to day and on any adjourned date

thereafter, until completed.   The deposition will be recorded by stenographic means before a

Notary Public.

Respectfully Submitted,
DOLIN, THOMAS & SOLOMON LLP

Date: October 8, 2008

By: _____
Patrick J. Solomon, NY Attorney No. 2716660
J. Nelson Thomas, NY Attorney No. 2579159
Annette Gifford, NY Attorney No. 4105870
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

ROSEN, BIEN & GALVAN, LLP
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256

Attorneys for Plaintiffs

1

NOTICE OF DEPOSITION OF CURTIS BRIGGS
Case No. CV 08-1190

1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile:  (415) 433-7104
5  srosen@rbg-law.com

6  [Additional Counsel Listed on Following Page]

7  Attorneys for Plaintiffs

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO/OAKLAND DIVISION

11

12  CLAUDE BRYANT, JOSEPH BIERNACKI,  )  Case No. CV 08-1190
    GORDON FARMER, RHEALYN HOLLAND,   )
13  JAMES STICKLE, ELEANOR RIGGIO, FRANK )  **NOTICE OF DEPOSITION**
    ACUNA, RICHARD LAMASTERS, KENNETH )  **OF DAVID ANDERSON**
14  ALLEN, CRAIG FULCHER, SANFORD      )
    LEVINE and THOMAS THOMPSON, on     )
15  behalf of themselves and all other employees and )
    former employees similarly situated, )
16                                      )
                Plaintiffs,             )
17                                      )
    v.                                  )
18                                      )
    SERVICE CORPORATION INTERNATIONAL,)
19  SCI    FUNERAL    AND    CEMETERY)
    PURCHASING   COOPERATIVE,   INC.,   SCI)
20  EASTERN MARKET SUPPORT CENTER, L.P.,)
    SCI WESTERN MARKET SUPPORT CENTER,)
21  L.P. a/k/a SCI WESTERN MARKET SUPPORT)
    CENTER, INC., SCI HOUSTON MARKET)
22  SUPPORT CENTER, L.P., JANE D. JONES,)
    GWEN  PETTEWAY,  THOMAS  RYAN,  and)
23  CURTIS BRIGGS,                      )
                                        )
24                Defendants.           )
                                        )
25                                      )
                                        )
26  _____)

27

_____
                NOTICE OF DEPOSITION OF DAVID ANDERSON
                        Case No. CV 08-1190

1    Additional Attorneys for Plaintiffs, who have been
     admitted *pro hac vice*:
2
     Patrick J. Solomon, NY Attorney No. 2716660
3    J. Nelson Thomas, NY Attorney No. 2579159
     Annette Gifford, NY Attorney No. 4105870
4    DOLIN, THOMAS & SOLOMON LLP
     693 East Avenue
5    Rochester, NY 14607
     Telephone:  (585) 272-0540
6    Facsimile:  (585) 272-0574
     nthomas@theemploymentattorneys.com
7
     Charles H. Saul, PA State Bar No.19938
8    MARGOLIS EDELSTEIN
     525 William Penn Place
9    Suite 3300
     Pittsburgh, PA 15219
10   Telephone: (412) 281-4256
     Facsimile: (412) 642-2380
11   csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF DEPOSITION OF DAVID ANDERSON
Case No. CV 08-1190

1   TO:    THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

2          PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil

3   Procedure, Plaintiffs will take the deposition of DAVID ANDERSON at a date and location to

4   be mutually agreed upon by the parties and continuing day to day and on any adjourned date

5   thereafter, until completed.   The deposition will be recorded by stenographic means before a

6   Notary Public.

7

8                                          Respectfully Submitted,
                                           DOLIN, THOMAS & SOLOMON LLP
9

10  Date: October 8, 2008                  By: _Annette Gifford_____
                                           Patrick J. Solomon, NY Attorney No. 2716660
11                                         J. Nelson Thomas, NY Attorney No. 2579159
                                           Annette Gifford, NY Attorney No. 4105870
12                                         693 East Avenue
                                           Rochester, NY 14607
13                                         Telephone: (585) 272-0540

14                                         ROSEN, BIEN & GALVAN, LLP
                                           Sanford Jay Rosen, State Bar No. 62566
15                                         Maria V. Morris, State Bar No. 223903
                                           Lori E. Rifkin, State Bar No. 244081
16                                         315 Montgomery Street, Tenth Floor
                                           San Francisco, CA 94104
17                                         Telephone: (415) 433-6830

18                                         MARGOLIS EDELSTEIN
                                           Charles H. Saul, PA State Bar No.19938
19                                         525 William Penn Place, Suite 3300
                                           Pittsburgh, PA 15219
20                                         Telephone: (412) 281-4256

21                                         Attorneys for Plaintiffs

22

23

                                     1

1 | Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
2 | Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
3 | 315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
4 | Telephone: (415) 433-6830
Facsimile: (415) 433-7104
5 | srosen@rbg-law.com

6 | [Additional Counsel Listed on Following Page]

7 | Attorneys for Plaintiffs

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO/OAKLAND DIVISION

12 | CLAUDE BRYANT, JOSEPH BIERNACKI,           ) Case No. CV 08-1190
GORDON FARMER, RHEALYN HOLLAND,         )
13 | JAMES STICKLE, ELEANOR RIGGIO, FRANK )   **NOTICE OF DEPOSITION**
ACUNA, RICHARD LAMASTERS, KENNETH )       **OF GWEN PETTEWAY**
14 | ALLEN, CRAIG FULCHER, SANFORD             )
LEVINE and THOMAS THOMPSON, on          )
15 | behalf of themselves and all other employees and )
former employees similarly situated,              )
16 |                                               )
           Plaintiffs,                           )
17 |                                               )
v.                                             )
18 |                                               )
SERVICE CORPORATION INTERNATIONAL,)
19 | SCI     FUNERAL     AND     CEMETERY)
PURCHASING   COOPERATIVE,   INC.,   SCI)
20 | EASTERN MARKET SUPPORT CENTER, L.P.,)
SCI WESTERN MARKET SUPPORT CENTER,)
21 | L.P. a/k/a SCI WESTERN MARKET SUPPORT)
CENTER, INC., SCI HOUSTON MARKET)
22 | SUPPORT CENTER, L.P., JANE D. JONES,)
GWEN PETTEWAY, THOMAS RYAN, and)
23 | CURTIS BRIGGS,                               )
                                               )
24 |           Defendants.                         )
                                               )
25 |                                               )
                                               )
26 |                                               )

27

NOTICE OF DEPOSITION OF GWEN PETTEWAY
Case No. CV 08-1190

1   Additional Attorneys for Plaintiffs, who have been
    admitted *pro hac vice*:

2

3   Patrick J. Solomon, NY Attorney No. 2716660
    J. Nelson Thomas, NY Attorney No. 2579159
    Annette Gifford, NY Attorney No. 4105870

4   DOLIN, THOMAS & SOLOMON LLP
    693 East Avenue

5   Rochester, NY 14607
    Telephone: (585) 272-0540

6   Facsimile:  (585) 272-0574
    nthomas@theemploymentattorneys.com

7
    Charles H. Saul, PA State Bar No.19938

8   MARGOLIS EDELSTEIN
    525 William Penn Place

9   Suite 3300
    Pittsburgh, PA 15219

10  Telephone: (412) 281-4256
    Facsimile: (412) 642-2380

11  csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1   TO:   THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

2          PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil

3   Procedure, Plaintiffs will take the deposition of GWEN PETTEWAY at a date and location to

4   be mutually agreed upon by the parties and continuing day to day and on any adjourned date

5   thereafter, until completed.   The deposition will be recorded by stenographic means before a

6   Notary Public.

7

8                                          Respectfully Submitted,
                                           DOLIN, THOMAS & SOLOMON LLP
9

10  Date: October 8, 2008                  By: _____
                                           Patrick J. Solomon, NY Attorney No. 2716660
11                                         J. Nelson Thomas, NY Attorney No. 2579159
                                           Annette Gifford, NY Attorney No. 4105870
12                                         693 East Avenue
                                           Rochester, NY 14607
13                                         Telephone: (585) 272-0540

14                                         ROSEN, BIEN & GALVAN, LLP
                                           Sanford Jay Rosen, State Bar No. 62566
15                                         Maria V. Morris, State Bar No. 223903
                                           Lori E. Rifkin, State Bar No. 244081
16                                         315 Montgomery Street, Tenth Floor
                                           San Francisco, CA 94104
17                                         Telephone: (415) 433-6830

18                                         MARGOLIS EDELSTEIN
                                           Charles H. Saul, PA State Bar No.19938
19                                         525 William Penn Place, Suite 3300
                                           Pittsburgh, PA 15219
20                                         Telephone: (412) 281-4256

21                                         Attorneys for Plaintiffs

22

23

                                            1
                        NOTICE OF DEPOSITION OF GWEN PETTEWAY
                                   Case No. CV 08-1190

1   Sanford Jay Rosen, State Bar No. 62566
    Maria V. Morris, State Bar No. 223903
2   Lori E. Rifkin, State Bar No. 244081
    ROSEN, BIEN & GALVAN, LLP
3   315 Montgomery Street, Tenth Floor
    San Francisco, CA 94104
4   Telephone: (415) 433-6830
    Facsimile: (415) 433-7104
5   srosen@rbg-law.com

6   [Additional Counsel Listed on Following Page]

7   Attorneys for Plaintiffs

8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO/OAKLAND DIVISION
11

12   CLAUDE BRYANT, JOSEPH BIERNACKI,      )   Case No. CV 08-1190
     GORDON FARMER, RHEALYN HOLLAND,       )
13   JAMES STICKLE, ELEANOR RIGGIO, FRANK  )   **NOTICE OF DEPOSITION**
     ACUNA, RICHARD LAMASTERS, KENNETH     )   **OF JANE JONES**
14   ALLEN, CRAIG FULCHER, SANFORD         )
     LEVINE and THOMAS THOMPSON, on        )
15   behalf of themselves and all other employees and )
     former employees similarly situated, )
16                                         )
                       Plaintiffs,         )
17                                         )
     v.                                    )
18                                         )
     SERVICE CORPORATION INTERNATIONAL,)
19   SCI   FUNERAL   AND   CEMETERY )
     PURCHASING   COOPERATIVE,   INC.,   SCI )
20   EASTERN MARKET SUPPORT CENTER, L.P.,)
     SCI WESTERN MARKET SUPPORT CENTER,)
21   L.P. a/k/a SCI WESTERN MARKET SUPPORT )
     CENTER, INC., SCI HOUSTON MARKET)
22   SUPPORT CENTER, L.P., JANE D. JONES,)
     GWEN PETTEWAY, THOMAS RYAN, and)
23   CURTIS BRIGGS,                        )
                                           )
24                     Defendants.         )
                                           )
25                                         )
                                           )
26   _____)

27

Additional Attorneys for Plaintiffs, who have been
admitted *pro hac vice*:

Patrick J. Solomon, NY Attorney No. 2716660
J. Nelson Thomas, NY Attorney No. 2579159
Annette Gifford, NY Attorney No. 4105870
DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile:  (585) 272-0574
nthomas@theemploymentattorneys.com

Charles H. Saul, PA State Bar No.19938
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380
csaul@margolisedelstein.com

TO:    THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of JANE JONES at a date and location to be mutually agreed upon by the parties and continuing day to day and on any adjourned date thereafter, until completed.  The deposition will be recorded by stenographic means before a Notary Public.

Respectfully Submitted,
DOLIN, THOMAS & SOLOMON LLP

Date: October 8, 2008                   By:  _____
Patrick J. Solomon, NY Attorney No. 2716660
J. Nelson Thomas, NY Attorney No. 2579159
Annette Gifford, NY Attorney No. 4105870
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

ROSEN, BIEN & GALVAN, LLP
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256

Attorneys for Plaintiffs

1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5  srosen@rbg-law.com

6  [Additional Counsel Listed on Following Page]

7  Attorneys for Plaintiffs

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                 SAN FRANCISCO/OAKLAND DIVISION
11

12  CLAUDE BRYANT, JOSEPH BIERNACKI,     )  Case No. CV 08-1190
    GORDON FARMER, RHEALYN HOLLAND,      )
13  JAMES STICKLE, ELEANOR RIGGIO, FRANK )  **NOTICE OF DEPOSITION**
    ACUNA, RICHARD LAMASTERS, KENNETH    )  **OF PATRICK BEATTIE**
14  ALLEN, CRAIG FULCHER, SANFORD        )
    LEVINE and THOMAS THOMPSON, on       )
15  behalf of themselves and all other employees and )
    former employees similarly situated,  )
16                                        )
                   Plaintiffs,            )
17                                        )
    v.                                    )
18                                        )
    SERVICE CORPORATION INTERNATIONAL,)
19  SCI    FUNERAL    AND    CEMETERY)
    PURCHASING   COOPERATIVE,   INC.,  SCI)
20  EASTERN MARKET SUPPORT CENTER, L.P.,)
    SCI WESTERN MARKET SUPPORT CENTER,)
21  L.P. a/k/a SCI WESTERN MARKET SUPPORT)
    CENTER, INC., SCI HOUSTON MARKET)
22  SUPPORT CENTER, L.P., JANE D. JONES,)
    GWEN PETTEWAY, THOMAS RYAN, and)
23  CURTIS BRIGGS,                        )
                                          )
24                 Defendants.            )
                                          )
25                                        )
                                          )
26  _____)

27

1   Additional Attorneys for Plaintiffs, who have been
    admitted *pro hac vice*:

2

3   Patrick J. Solomon, NY Attorney No. 2716660
    J. Nelson Thomas, NY Attorney No. 2579159
    Annette Gifford, NY Attorney No. 4105870

4   DOLIN, THOMAS & SOLOMON LLP
    693 East Avenue

5   Rochester, NY 14607
    Telephone: (585) 272-0540

6   Facsimile:  (585) 272-0574
    nthomas@theemploymentattorneys.com

7

    Charles H. Saul, PA State Bar No.19938

8   MARGOLIS EDELSTEIN
    525 William Penn Place

9   Suite 3300
    Pittsburgh, PA 15219

10  Telephone: (412) 281-4256
    Facsimile: (412) 642-2380

11  csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

TO:    THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure, Plaintiffs will take the deposition of PATRICK BEATTIE at a date and location to

be mutually agreed upon by the parties and continuing day to day and on any adjourned date

thereafter, until completed.   The deposition will be recorded by stenographic means before a

Notary Public.

Respectfully Submitted,
DOLIN, THOMAS & SOLOMON LLP

Date: October 8, 2008

By: _____
Patrick J. Solomon, NY Attorney No. 2716660
J. Nelson Thomas, NY Attorney No. 2579159
Annette Gifford, NY Attorney No. 4105870
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

ROSEN, BIEN & GALVAN, LLP
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256

Attorneys for Plaintiffs

1

1   Sanford Jay Rosen, State Bar No. 62566
    Maria V. Morris, State Bar No. 223903
2   Lori E. Rifkin, State Bar No. 244081
    ROSEN, BIEN & GALVAN, LLP
3   315 Montgomery Street, Tenth Floor
    San Francisco, CA 94104
4   Telephone: (415) 433-6830
    Facsimile:  (415) 433-7104
5   srosen@rbg-law.com

6   [Additional Counsel Listed on Following Page]

7   Attorneys for Plaintiffs

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO/OAKLAND DIVISION

11

12  CLAUDE BRYANT, JOSEPH BIERNACKI,     )   Case No. CV 08-1190
    GORDON FARMER, RHEALYN HOLLAND,      )
13  JAMES STICKLE, ELEANOR RIGGIO, FRANK )   **NOTICE OF DEPOSITION**
    ACUNA, RICHARD LAMASTERS, KENNETH    )   **OF ROBERT WALTRIP**
14  ALLEN, CRAIG FULCHER, SANFORD        )
    LEVINE and THOMAS THOMPSON, on       )
15  behalf of themselves and all other employees and )
    former employees similarly situated, )
16                                       )
                     Plaintiffs,         )
17                                       )
    v.                                   )
18                                       )
    SERVICE CORPORATION INTERNATIONAL,)
19  SCI   FUNERAL   AND   CEMETERY )
    PURCHASING   COOPERATIVE,   INC.,   SCI )
20  EASTERN MARKET SUPPORT CENTER, L.P.,)
    SCI WESTERN MARKET SUPPORT CENTER,)
21  L.P. a/k/a SCI WESTERN MARKET SUPPORT)
    CENTER,   INC.,   SCI   HOUSTON   MARKET)
22  SUPPORT CENTER, L.P., JANE D. JONES,)
    GWEN   PETTEWAY,   THOMAS   RYAN,   and)
23  CURTIS BRIGGS,                       )
                                         )
24                   Defendants.         )
                                         )
25                                       )
                                         )
26  _____)

27

    _____
         NOTICE OF DEPOSITION OF ROBERT WALTRIP
                  Case No. CV 08-1190

1  Additional Attorneys for Plaintiffs, who have been
   admitted *pro hac vice*:

2

3  Patrick J. Solomon, NY Attorney No. 2716660
   J. Nelson Thomas, NY Attorney No. 2579159
   Annette Gifford, NY Attorney No. 4105870

4  DOLIN, THOMAS & SOLOMON LLP
   693 East Avenue

5  Rochester, NY 14607
   Telephone: (585) 272-0540

6  Facsimile:  (585) 272-0574
   nthomas@theemploymentattorneys.com

7

8  Charles H. Saul, PA State Bar No.19938
   MARGOLIS EDELSTEIN
   525 William Penn Place

9  Suite 3300
   Pittsburgh, PA 15219

10 Telephone: (412) 281-4256
   Facsimile: (412) 642-2380

11 csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF DEPOSITION OF ROBERT WALTRIP
Case No. CV 08-1190

1   TO:   THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

2         PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil

3   Procedure, Plaintiffs will take the deposition of ROBERT WALTRIP at a date and location to

4   be mutually agreed upon by the parties and continuing day to day and on any adjourned date

5   thereafter, until completed.  The deposition will be recorded by stenographic means before a

6   Notary Public.

7

8                                       Respectfully Submitted,
                                        DOLIN, THOMAS & SOLOMON LLP
9

10  Date: October 8, 2008               By: _Annette Gifford_
                                        Patrick J. Solomon, NY Attorney No. 2716660
11                                      J. Nelson Thomas, NY Attorney No. 2579159
                                        Annette Gifford, NY Attorney No. 4105870
12                                      693 East Avenue
                                        Rochester, NY 14607
13                                      Telephone: (585) 272-0540

14                                      ROSEN, BIEN & GALVAN, LLP
                                        Sanford Jay Rosen, State Bar No. 62566
15                                      Maria V. Morris, State Bar No. 223903
                                        Lori E. Rifkin, State Bar No. 244081
16                                      315 Montgomery Street, Tenth Floor
                                        San Francisco, CA 94104
17                                      Telephone: (415) 433-6830

18                                      MARGOLIS EDELSTEIN
                                        Charles H. Saul, PA State Bar No.19938
19                                      525 William Penn Place, Suite 3300
                                        Pittsburgh, PA 15219
20                                      Telephone: (412) 281-4256

21                                      Attorneys for Plaintiffs

22

23

                                        1
                      NOTICE OF DEPOSITION OF ROBERT WALTRIP
                                 Case No. CV 08-1190

1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5  srosen@rbg-law.com

6  [Additional Counsel Listed on Following Page]

7  Attorneys for Plaintiffs

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO/OAKLAND DIVISION

11

12  CLAUDE BRYANT, JOSEPH BIERNACKI,     )  Case No. CV 08-1190
    GORDON FARMER, RHEALYN HOLLAND,      )
13  JAMES STICKLE, ELEANOR RIGGIO, FRANK )  **NOTICE OF DEPOSITION**
    ACUNA, RICHARD LAMASTERS, KENNETH    )  **OF THOMAS RYAN**
14  ALLEN, CRAIG FULCHER, SANFORD        )
    LEVINE and THOMAS THOMPSON, on       )
15  behalf of themselves and all other employees and )
    former employees similarly situated,  )
16                                        )
                   Plaintiffs,            )
17                                        )
    v.                                    )
18                                        )
    SERVICE CORPORATION INTERNATIONAL,)
19  SCI   FUNERAL   AND   CEMETERY )
    PURCHASING  COOPERATIVE,  INC.,  SCI )
20  EASTERN MARKET SUPPORT CENTER, L.P.,)
    SCI WESTERN MARKET SUPPORT CENTER,)
21  L.P. a/k/a SCI WESTERN MARKET SUPPORT )
    CENTER,  INC.,  SCI  HOUSTON  MARKET )
22  SUPPORT CENTER, L.P., JANE D. JONES,)
    GWEN  PETTEWAY,  THOMAS  RYAN,  and )
23  CURTIS BRIGGS,                        )
                                          )
24                 Defendants.            )
                                          )
25                                        )
                                          )
26  _____)

27

1  Additional Attorneys for Plaintiffs, who have been
   admitted *pro hac vice*:

2

3  Patrick J. Solomon, NY Attorney No. 2716660
   J. Nelson Thomas, NY Attorney No. 2579159
   Annette Gifford, NY Attorney No. 4105870

4  DOLIN, THOMAS & SOLOMON LLP
   693 East Avenue

5  Rochester, NY 14607
   Telephone: (585) 272-0540

6  Facsimile:  (585) 272-0574
   nthomas@theemploymentattorneys.com

7

   Charles H. Saul, PA State Bar No.19938

8  MARGOLIS EDELSTEIN
   525 William Penn Place

9  Suite 3300
   Pittsburgh, PA 15219

10 Telephone: (412) 281-4256
   Facsimile: (412) 642-2380

11 csaul@margolisedelstein.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1    TO:   THE ABOVE-NAMED DEFENDANTS AND THEIR COUNSEL OF RECORD.

2          PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil

3    Procedure, Plaintiffs will take the deposition of THOMAS RYAN at a date and location to be

4    mutually agreed upon by the parties and continuing day to day and on any adjourned date

5    thereafter, until completed.   The deposition will be recorded by stenographic means before a

6    Notary Public.

7

8                                          Respectfully Submitted,
                                           DOLIN, THOMAS & SOLOMON LLP
9

10   Date: October 8, 2008                 By: _____
                                           Patrick J. Solomon, NY Attorney No. 2716660
11                                         J. Nelson Thomas, NY Attorney No. 2579159
                                           Annette Gifford, NY Attorney No. 4105870
12                                         693 East Avenue
                                           Rochester, NY 14607
13                                         Telephone: (585) 272-0540

14                                         ROSEN, BIEN & GALVAN, LLP
                                           Sanford Jay Rosen, State Bar No. 62566
15                                         Maria V. Morris, State Bar No. 223903
                                           Lori E. Rifkin, State Bar No. 244081
16                                         315 Montgomery Street, Tenth Floor
                                           San Francisco, CA 94104
17                                         Telephone: (415) 433-6830

18                                         MARGOLIS EDELSTEIN
                                           Charles H. Saul, PA State Bar No.19938
19                                         525 William Penn Place, Suite 3300
                                           Pittsburgh, PA 15219
20                                         Telephone: (412) 281-4256

21                                         Attorneys for Plaintiffs

22

23

                                           1
─────────────────────────────────────────────────────────
               NOTICE OF DEPOSITION OF THOMAS RYAN
                        Case No. CV 08-1190