# EXHIBIT D

# GURNEE & DANIELS LLP

ATTORNEYS AT LAW
2240 DOUGLAS BOULEVARD, SUITE 150
ROSEVILLE, CALIFORNIA 95661

WWW.GURNEELAW.COM

STEVEN H. GURNEE
DAVID M. DANIELS
JOHN A. MASON

NICHOLAS P. FORESTIERE
TOBY M. MAGARIAN
ELLEN C. ARABIAN-LEE

OF COUNSEL
JERRY M. DUNCAN

TELEPHONE (916) 797-3100
FACSIMILE (916) 797-3131

November 17, 2008

**Via Facsimile and U.S. Mail**

Annette Gifford
Dolin, Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607

Re:  *Bryant v. SCI ("Bryant"); Helm v. Alderwoods ("Helm")*

Dear Ms. Gifford:

This follows our "meet and confer" conference call this afternoon concerning plaintiffs' proposed depositions relating to personal jurisdiction issues in the above-captioned matters. At your request, we have agreed to defer discussing specific dates for these depositions until we have met and conferred on the issue of our clients' recent responses to the written "personal jurisdiction" discovery served by your office (specifically, special interrogatories and requests for production of documents.) Nick Forestiere and I would both be available for a conference call concerning the written discovery on any of the following dates:

Wednesday, November 19: 9:00 a.m. - 11:00 a.m. PST
Tuesday, November 25: 9:00 a.m. - 2:00 p.m. PST
Wednesday, November 26: 9:00 a.m. - 2:00 p.m. PST

Given the number of discovery requests at issue, we believe that we should budget at least two hours for this call. Please let us know if any of these dates and times are agreeable.

During today's conference call, we also discussed several other issues pertaining to plaintiffs' proposed "personal jurisdiction" depositions. First, we informed you that David Anderson, the former President of SCI California Funeral Services, Inc. ("SCI-Cal"), is no longer employed with any SCI-affiliated entity and, as such, he is not subject to being deposed absent a subpoena. The same is true for Patrick (Kevin) Beattie. Although Mr. Beattie is the current President of SCI-Cal, you have not named SCI-Cal as a defendant in this case and he is not an officer, director or managing agent of any party to this action.

Annette Gifford
Re: *Bryant II v. SCI*
November 17, 2008
Page 2

---

With respect to Mr. Anderson, Mr. Beattie, and the Chairman of the Board of Directors of Service Corporation International, Robert Waltrip, we also do not believe that there is any reasonable basis for taking their depositions in these matters. Judge Illston was very specific in her order limiting discovery at this juncture *solely* to the issue of whether Service Corporation International, SCI Eastern Market Support Center, SCI Houston Market Support Center, Thomas Ryan, Jane Jones, Gwen Petteway, Curtis Briggs and (in *Helm*) Paul Houston have sufficient contacts with the forum state to warrant the court's exercise of personal jurisdiction over them. As such, unless plaintiffs make a satisfactory showing as to why Messrs. Anderson, Beattie and Mr. Waltrip may be deposed in these cases, we intend to move for protective orders as to these individuals.

We also discussed our clients' preference to hold the depositions near the deponents' respective places of residence. For most of them, this is Houston, Texas. We believe Paul Houston spends the winter months in the Phoenix, Arizona, and Mr. Beattie lives in the Los Angeles area.

Lastly, in order to eliminate the need for multiple depositions of the same deponent and associated costs and inconvenience, we would propose a stipulation that the depositions of these deponents (to the extent permitted by the court) may be used in both the *Bryant* and *Helm* cases. We also believe that there should only one deposition should be taken of Mr. Ryan regarding the discovery of his contacts with Arizona and California that can be used for in the *Stickle* and *Bryant* cases.

We look forward to hearing from you concerning acceptable dates and times for our next meet and confer. In the interim, please do not hesitate to contact the undersigned or Nick Forestiere should you have any questions or concerns.

Very truly yours,

GURNEE & DANIELS LLP

John A. Mason

JAM:cfn