# EXHIBIT A

## Designated as Confidential.

Will be filed under seal upon approval of
Stipulation to File Document Under Seal.

# EXHIBIT B

## Part 1 of 8

1 STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
2 NICHOLAS P. FORESTIERE, ESQ. SB# 125118
JOHN A. MASON, ESQ. SB#166996
3 GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
4 Roseville, CA 95661-3805
Telephone     (916) 797-3100
5 Facsimile     (916) 797-3131

6 Attorneys for Defendants

7 SERVICE CORPORATION INTERNATIONAL,
SCI FUNERAL AND CEMETERY PURCHASING
8 COOPERATIVE, INC., SCI EASTERN MARKET
SUPPORT CENTER, L.P. SCI WESTERN
9 MARKET SUPPORT CENTER, L.P., SCI
HOUSTON MARKET SUPPORT CENTER, L.P.,
10 JANE D. JONES, GWEN PETTEWAY, THOMAS
RYAN and CURTIS BRIGGS
11

12

EXHIBIT
1
Ryan   4-22-09

13                 UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

16 CLAUDE BRYANT, et al., on behalf of              ) CASE NO. 3:08-CV-01190 SI
themselves and all other employees and former )
17 employees similarly situated,                    ) DEFENDANT SERVICE
                                                    ) CORPORATION INTERNATIONAL'S
18               Plaintiffs,                         ) FURTHER SUPPLEMENTAL
                                                    ) RESPONSES TO PLAINTIFFS'
19     vs.                                           ) INTERROGATORIES IN COMPLIANCE
                                                    ) WITH MARCH 27, 2009 ORDER OF THE
20 SERVICE CORPORATION                               ) COURT
INTERNATIONAL et al.                                )
21                                                   )
22               Defendants.                         )
                                                    )
23                                                   )
                                                    )
24 _____)

**PROPOUNDING PARTY:**        PLAINTIFFS
25

26 **RESPONDING PARTY:**        DEFENDANT, SERVICE CORPORATION
                                 INTERNATIONAL
27

28 **SET NUMBER:**              ONE

SERVICE CORPORATION INTERNATIONAL'S FURTHER SUPPLEMENTAL RESPONSES
TO INTERROGATORIES IN COMPLIANCE WITH MARCH 27, 2009 ORDER OF THE
COURT
Case No.: 3:08-CV-01190 SI                                                    1

Defendant, as SERVICE CORPORATION INTERNATIONAL (hereinafter "Defendant" and/or "Responding Party"), pursuant to the Court's August 29, 2008 order permitting Plaintiffs to conduct limited discovery pertaining solely to personal jurisdiction issues prior the hearing on Defendant's motion to dismiss, and in compliance with the Court's March 27, 2009 order granting in part and denying in part Plaintiffs' motion to compel additional responses, provides the following further supplemental responses to the special interrogatories, set one, propounded by plaintiffs:

## GENERAL STATEMENTS AND OBJECTIONS

1.      Responding Party has not completed discovery, the investigation of the facts, witnesses, or documents, the analysis of available information, or the preparation for arbitration or trial in this case. Responding Party reserves the right to supplement or amend these responses in the event that any facts, documents, or other evidence may be subsequently discovered.

2.      These responses are made without prejudice to Responding Party's right to introduce facts, documents, witnesses, or other evidence that may be subsequently discovered.

3.      These responses are made without prejudice to Responding Party's right to supplement or amend these responses in the event that any information previously available to Responding Party may have been omitted by oversight, inadvertence, or good faith error or mistake.

4.      Except for the facts explicitly stated herein, no incidental or implied admissions are intended.

5.      Responding Party expressly reserves:

    5.1     All objections regarding the competency, relevance, materiality, probative value and admissibility of all information provided, documents produced and the contents thereof;

    5.2     All objections as to vagueness, ambiguity, unintelligibility and over breadth.

6.      Nothing herein shall be construed as an admission by Responding Party regarding the admissibility or relevance of any fact or document or of the truth or accuracy of any characterization contained in propounding party's interrogatories.

SERVICE CORPORATION INTERNATIONAL'S FURTHER SUPPLEMENTAL RESPONSES TO INTERROGATORIES IN COMPLIANCE WITH MARCH 27, 2009 ORDER OF THE COURT
Case No.: 3:08-CV-01190 SI

2

7.     These responses are signed by counsel only as to the objections set forth in the responses. Responding Party specifically claims the attorney-client privilege and/or the attorney-work product privilege as to each and every response set forth herein.

8.     Responding Party objects to Plaintiffs' instructions, definitions, and interrogatories to the extend they are unduly burdensome or otherwise purport to impose obligations beyond the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Northern District of Pennsylvania, and/or the orders of assigned judge to this action.

9.     Responding Party objects to Plaintiffs' instructions, definitions, and interrogatories to the extent they purport to require Responding Party to describe the contents of any documents rather than produce them pursuant to FRCP 33(d).

10.    Responding Party objects the Plaintiffs' definition of "Describe in Detail or Set Forth the Factual Basis" is overbroad and unduly burdensome. Responding Party will provide responsive information as required by the Federal Rules of Civil Procedure, the Local Rules of the Northern District of California, and the orders of the judge assigned to this case.

11.    Responding Party objects that Plaintiff's definition of the term "Identify (when referring to a Person)" is overbroad and unduly burdensome. Responding Party will provide certain identifying information in the responses in which a person is identified.

12.    Responding Party objects that Plaintiff's definition of the term "Identify (when referring to a Document)" is overbroad and unduly burdensome. Responding Party will provide certain identifying information in the responses in which a document is identified.

13.    Responding Party objects that Plaintiff's definition of the term "Identify (when referring to an oral statement, interview, conversation or conference) is overbroad and unduly burdensome. Responding Party will provide certain identifying information in the responses in which a statement, interview, conversation or conference is identified.

SERVICE CORPORATION INTERNATIONAL'S FURTHER SUPPLEMENTAL RESPONSES
TO INTERROGATORIES IN COMPLIANCE WITH MARCH 27, 2009 ORDER OF THE
COURT
Case No.: 3:08-CV-01190 SI

3

14.    Responding Party objects that Plaintiff's definition of the term "Identify (when referring to an act)" is overbroad and unduly burdensome. Responding Party will provide certain identifying information in the responses in which an act is identified.

15.    Responding Party objects that Plaintiff's definition of the term "Identify (when referring to a Policy or Practice)" is overbroad and unduly burdensome. Responding Party will provide certain identifying information in the responses in which a policy or practice is identified.

16.    Responding Party objects to each and every interrogatory to the extent it seeks information beyond the liability period in this lawsuit.

17.    The fact that part or all of any discovery request has been answered should not be construed to be a waiver of any objection to any discovery request. Responding Party responds to each and every discovery request subject to the foregoing, and each of the foregoing statements and objections is incorporated by reference into each of the following responses:

**INTERROGATORY NO. 1:**

Identify each Person who has been asked to locate Documents or provide information to respond to any discovery requests in this matter, and Identify which requests the Person was asked to provide information or Documents for and whether the individual provided information or Documents for that response.

**RESPONSE TO INTERROGATORY NO. 1:**

Responding Party objects to this interrogatory on the grounds that it relates or refers to other interrogatories and requests for production of documents propounded by plaintiffs that exceed the limited scope of personal jurisdiction discovery permitted by the Court at this juncture and, as such, this interrogatory exceeds that scope as well. Responding Party further objects to this interrogatory on the grounds that it is vague, ambiguous, overbroad, unintelligible, unduly burdensome and harassing, it calls for speculation, and it invades the attorney-client and attorney work product privileges. Responding party further objects to this interrogatory on the grounds that it contains more than one separate and discrete sub-part, thereby causing these interrogatories to

SERVICE CORPORATION INTERNATIONAL'S FURTHER SUPPLEMENTAL RESPONSES
TO INTERROGATORIES IN COMPLIANCE WITH MARCH 27, 2009 ORDER OF THE
COURT                                                                                                4
Case No.: 3:08-CV-01190 SI

1     exceed the 25-interrogatory limit imposed by FRCP 33(a)(1).

2     **FURTHER RESPONSE TO INTERROGATORY NO. 1 IN COMPLIANCE WITH THE**

3     **COURT'S 3-27-09 ORDER:**

4         The following individuals were asked to attempt to locate documents responsive to

5     Plaintiffs' Request for Production No. 3, as modified by the Court's March 27, 2009 Order: Julie S.

6     Douglas, Manager/Pension Administration, SCI Funeral & Cemetery Purchasing Cooperative. The

7     following individuals provided documents which are being produced in response to Plaintiffs'

8     Request for Production No. 3, as modified by the Court's March 27, 2009 Order: Julie S. Douglas,

9     Manager/Pension Administration, SCI Funeral & Cemetery Purchasing Cooperative. This

10    individual may be contacted through defendants' counsel.

11        The following individuals were asked to attempt to locate documents responsive to

12    Plaintiffs' Request for Production No. 4, as modified by the Court's March 27, 2009 Order: Judith

13    Marshall, Senior Legal Assistant, SCI Funeral & Cemetery Purchasing Cooperative. The following

14    individuals provided documents which are being produced in response to Plaintiffs' Request for

15    Production No. 4, as modified by the Court's March 27, 2009 Order: Judith Marshall, Senior Legal

16    Assistant, SCI Funeral & Cemetery Purchasing Cooperative. This individual may be contacted

17    through defendants' counsel.

18        The following individuals were asked to attempt to locate documents responsive to

19    Plaintiffs' Request for Production No. 5, as modified by the Court's March 27, 2009 Order: Judith

20    Marshall, Senior Legal Assistant, SCI Funeral & Cemetery Purchasing Cooperative; Jeff

21    McClaughlin, Managing Director, SCI Western Market Support Center, L.P.; Robert Pisano,

22    Managing Director, SCI Eastern Market Support Center; Kevin Beattie, President, SCI California

23    Funeral Services, Inc.; Layng Guerriero, Marketing Dept., SCI Funeral & Cemetery Purchasing

24    Cooperative; Robbie Pape, Managing Director, SCI Houston Market Support Center, L.P. The

25    following individuals provided documents which are being produced in response to Plaintiffs'

26    Request for Production No. 5, as modified by the Court's March 27, 2009 Order: Judith Marshall,

27

28    SERVICE CORPORATION INTERNATIONAL'S FURTHER SUPPLEMENTAL RESPONSES
TO INTERROGATORIES IN COMPLIANCE WITH MARCH 27, 2009 ORDER OF THE
COURT
Case No.: 3:08-CV-01190 SI

          5

1    Senior Legal Assistant, SCI Funeral & Cemetery Purchasing Cooperative. These individuals may

2    be contacted through defendants' counsel.

3        The following individuals were asked to attempt to locate documents responsive to

4    Plaintiffs' Request for Production No. 7, as modified by the Court's March 27, 2009 Order: not

5    applicable. The following individuals provided documents which are being produced in response to

6    Plaintiff's Request for Production No. 7, as modified by the Court's March 27, 2009 Order: not

7    applicable.

8        The following individuals were asked to attempt to locate documents responsive to

9    Plaintiffs' Request for Production No. 13, as modified by the Court's March 27, 2009 Order: not

10   applicable. The following individuals provided documents which are being produced in response to

11   Plaintiff's Request for Production No. 13, as modified by the Court's March 27, 2009 Order: not

12   applicable.

13       The following individuals were asked to locate documents responsive to Plaintiffs' Request

14   for Production No. 15, as modified by the Court's March 27, 2009 Order:  Jeff McLaughlin,

15   Managing Director, SCI Western Mark Support Center, L.P. This individual may be contacted

16   through defendants' counsel.  The following individuals provided documents which are being

17   produced in response to Plaintiff's Request for Production No. 15, as modified by the Court's

18   March 27, 2009 Order: none.

19   **INTERROGATORY NO. 3:**

20       For each Document request or interrogatory, Identify what classes of Documents or

21   information is being produced in response to that inquiry; what classes and on what basis

22   Documents or information are being withheld; and what efforts were made to locate responsive

23   information and Documents.

24   **RESPONSE TO INTERROGATORY NO. 3:**

25       Responding Party objects to this interrogatory on the grounds that it relates or refers to

26

27   other interrogatories and requests for production of documents propounded by plaintiffs that

28   SERVICE CORPORATION INTERNATIONAL'S FURTHER SUPPLEMENTAL RESPONSES
     TO INTERROGATORIES IN COMPLIANCE WITH MARCH 27, 2009 ORDER OF THE
     COURT                                                                    6
     Case No.: 3:08-CV-01190 SI

grossly exceed the limited scope of personal jurisdiction discovery permitted by the Court at this juncture and, as such, this interrogatory exceeds that scope as well. Responding Party further objects to this interrogatory on the grounds that it is vague, ambiguous, overbroad, unintelligible, unduly burdensome and harassing, it calls for speculation, and it invades the attorney-client and attorney work product privileges. Responding party further objects to this interrogatory on the grounds that it contains more than one separate and discrete sub-part, thereby causing these interrogatories to exceed the 25-interrogatory limit imposed by FRCP 33(a)(1).

**FURTHER RESPONSE TO INTERROGATORY NO. 3 IN COMPLIANCE WITH THE COURT'S 3-27-09 ORDER:**

In providing the further responses to plaintiffs' Interrogatories and Requests for Production of Documents specified in and as limited by the Court's 3-27-09 Order, Responding Party has not withheld responsive information or documents, although certain documents which are being produced have been deemed and marked as confidential by Defendants and are provided subject to the Stipulated Protective Order to which counsel for all parties have agreed and the Court has approved.

**INTERROGATORY NO. 5:**

Identify and Describe in Detail during the Relevant Time Period the pay, wage deduction, wage reporting and benefits structure and systems of SCI and any SCI affiliated entity or location in California, and Identify and Describe in Detail the pay information, wage deduction information, wage reporting information and benefit information for all employees of such Parties. (A proper response includes, but is not limited to, Identification and Description in Detail of any employee paystubs, compensation package information, pay rate information, tax withholding information, wage reporting information, tax reporting information, employee benefit Documentation, including, but not limited to such benefits as health or dental insurance, flex spending accounts, retirement benefits, etc., and also includes, but is not limited to Identification and Description in Detail of which employees were paid, when they were paid, by whom they were paid, from what

SERVICE CORPORATION INTERNATIONAL'S FURTHER SUPPLEMENTAL RESPONSES TO INTERROGATORIES IN COMPLIANCE WITH MARCH 27, 2009 ORDER OF THE COURT

Case No.:  3:08-CV-01190 SI

7

1  accounts and whose accounts they were paid, who took pay deductions and how, who was

2  responsible for reporting wages and taxes etc.)

3  **RESPONSE TO INTERROGATORY NO. 5:**

4    Responding Party objects to this interrogatory on the grounds that it grossly exceeds the

5  limited scope of personal jurisdiction discovery permitted by the Court at this juncture.

6  Responding Party further objects to this interrogatory on the grounds that it is vague, ambiguous,

7  overbroad, unduly burdensome and harassing, and it calls for speculation.  Responding Party

8  further objects to this interrogatory to the extent it calls for disclosure of employee information that

9  could potentially violate employees' privacy rights which are protected by the California and

10  United States Constitutions and other state and federal laws.  Responding Party further objects to

11  this interrogatory to the extent it calls for the disclosure of trade secret, proprietary or other

12  confidential information, and no protective order is in place which would govern the production,

13  disclosure and dissemination of such confidential information.  Responding party further objects to

14  this interrogatory on the grounds that it contains more than one separate and discrete sub-part,

15  thereby causing these interrogatories to exceed the 25-interrogatory limit imposed by FRCP

16  33(a)(1).

17  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5**

18    Subject to and without waiving the aforesaid objections, and to the extent Responding Party

19  understands the interrogatory, Responding Party responds as follows:  During the relevant time

20  period (as that terms is defined in the interrogatories), Service Corporation International has not

21  had any employees and, as such, has not had any pay, wage deduction, wage reporting or benefits

22  structures or systems for its employees.

23

24  **FURTHER RESPONSE TO INTERROGATORY NO. 5 IN COMPLIANCE WITH THE**

25  **COURT'S 3-27-09 ORDER:**

26    At no time during the Relevant Time Period (as the term is defined in the Interrogatories)

27  has Responding Party had any "written policies" on compensation.  During the Relevant Time

28  SERVICE CORPORATION INTERNATIONAL'S FURTHER SUPPLEMENTAL RESPONSES
TO INTERROGATORIES IN COMPLIANCE WITH MARCH 27, 2009 ORDER OF THE
COURT
Case No.:  3:08-CV-01190 SI                  8

Period, Responding Party has sponsored a 401(k) plan (the "SCI 401(k) Retirement Savings Plan") which is administered by SCI Funeral and Cemetery Purchasing Cooperative, Inc. For purposes of the 401(k) plan, Responding Party and its California subsidiaries are part of a parent-subsidiary "controlled group" pursuant to the applicable provisions of the Internal Revenue Code. Responding Party's California subsidiaries are "affiliated employers" and "participating employers" as those terms are defined in the 401(k) Plan Document and the Adoption Agreement.

Responding Party also previously sponsored a defined benefit plan (the "SCI Cash Balance Plan"), which was also administered by SCI Funeral and Cemetery Purchasing Cooperative, in which qualified employees of Responding Party's California subsidiaries at the time were eligible to participate. This plan was terminated effective October 31, 2006 and all assets therein were distributed in 2007.

**INTERROGATORY NO. 6:**

Identify and Describe in Detail during the Relevant Time Period all employment Practices and Policies that applied to employees of SCI or any SCI affiliated entity or location in California, and Identify and Describe in Detail the manner and means by which these employment Practices and company Policies were developed, put into Practice and enforced, and any involvement that SCI or any SCI affiliated entity or location had in relation to those Policies and Practices. (A proper response includes, but is not limited to, the Identification and Description in Detail of all employee handbooks or Policies applied to such employees during the Relevant Time Period, and Identification and Description in Detail of the forenamed Parties, and any involvement they had with such Policies such as reviewing them, providing advice on them, promulgating them, enforcing them or implementing them.)

**RESPONSE TO INTERROGATORY NO. 6:**

Responding Party objects to this interrogatory on the grounds that it grossly exceeds the limited scope of personal jurisdiction discovery permitted by the Court at this juncture. Responding Party further objects to this interrogatory on the grounds that it is vague, ambiguous,

SERVICE CORPORATION INTERNATIONAL'S FURTHER SUPPLEMENTAL RESPONSES TO INTERROGATORIES IN COMPLIANCE WITH MARCH 27, 2009 ORDER OF THE COURT                                                                                              9
Case No.: 3:08-CV-01190 SI

overbroad, unduly burdensome and harassing, and it calls for speculation. Responding Party further objects to this interrogatory to the extent it calls for the disclosure of trade secret, proprietary or other confidential information, and no protective order is in place which would govern the production, disclosure and dissemination of such confidential information. Responding party further objects to this interrogatory on the grounds that it contains more than one separate and discrete sub-part, thereby causing these interrogatories to exceed the 25-interrogatory limit imposed by FRCP 33(a)(1).

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6**

Subject to and without waiving the aforesaid objections, and to the extent Responding Party understands the interrogatory, Responding Party responds as follows: During the relevant time period (as that terms is defined in the interrogatories), Service Corporation International has not had any employees and, as such, has not had any employment practices or policies for its employees.

**FURTHER RESPONSE TO INTERROGATORY NO. 6 IN COMPLIANCE WITH THE COURT'S 3-27-09 ORDER:**

At no time during the Relevant Time Period (as the term is defined in the Interrogatories) has the Responding Party had any employees or any employee handbooks. The three employee handbooks utilized by California subsidiaries of the Responding Party during the Relevant Time Period were prepared, copyrighted and furnished to those subsidiaries by SCI Management L.P. (August 2002 edition) and by SCI Funeral and Cemetery Purchasing Cooperative, Inc., which does business as "SCI Management" (August 2004 and January 2008 editions.).

**INTERROGATORY NO. 7:**

Identify and Describe in Detail during the Relevant Time Period the corporate structure for SCI and any SCI affiliated entity or location in California and Identify and Describe in Detail each party's manner of, method of, knowledge of, involvement in, or any contact of any kind with hiring, firing, disciplining and otherwise dealing with employee relations of any kind in relation to

SERVICE CORPORATION INTERNATIONAL'S FURTHER SUPPLEMENTAL RESPONSES TO INTERROGATORIES IN COMPLIANCE WITH MARCH 27, 2009 ORDER OF THE COURT
Case No.: 3:08-CV-01190 SI

10

any employee of SCI or any SCI affiliated entity or location in California. (A proper response includes, but is not limited to, Identification and Description in Detail, as to each forenamed party, of organizational or flow charts, Documentation of responsibilities of all employees, Documentation of reporting/management structure, Documentation of banking systems and accounts, Documentation of compensation and benefits systems, Documentation regarding human resource implementation and processes, Documentation regarding systems for recording hours, Documentation regarding accounting systems, employer/employee lists, Documentation of bank accounts controlled by such Parties (used, contributed to, withdrawn from etc., and a list of who has access to them), and their corporate position, responsibilities and reporting structure (who these Parties report to, and who reports to any of these Parties).)

**RESPONSE TO INTERROGATORY NO. 7:**

Responding Party objects to this interrogatory on the grounds that it grossly exceeds the limited scope of personal jurisdiction discovery permitted by the Court at this juncture. Responding Party further objects to this interrogatory on the grounds that it is vague, ambiguous, overbroad, unduly burdensome and harassing, and it calls for speculation. Responding Party further objects to this interrogatory to the extent it calls for the disclosure of trade secret, proprietary or other confidential information, and no protective order is in place which would govern the production, disclosure and dissemination of such confidential information. Responding party further objects to this interrogatory on the grounds that it contains more than one separate and discrete sub-part, thereby causing these interrogatories to exceed the 25-interrogatory limit imposed by FRCP 33(a)(1).

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7**

Subject to and without waiving the aforesaid objections, and to the extent Responding Party understands the interrogatory, Responding Party responds as follows: Service Corporation International, a Texas corporation, is the 100 percent owner of SCI Funeral Services, L.L.C., an Iowa limited liability company, which is the 100 percent owner of SCI California Funeral Services,

SERVICE CORPORATION INTERNATIONAL'S FURTHER SUPPLEMENTAL RESPONSES TO INTERROGATORIES IN COMPLIANCE WITH MARCH 27, 2009 ORDER OF THE COURT
Case No.: 3:08-CV-01190 SI

11

1   Inc., a California corporation.  SCI California Funeral Services, Inc. is the 100 percent owner of

2   ECI Capital Corporation.   Together, SCI California Funeral Services, Inc. and ECI Capital

3   Corporation own 100 percent of California Cemetery and Funeral Services, LLC.

4       Service Corporation International is also the 100 percent owner of SCI Special, Inc. a

5   Delaware corporation.  SCI Special, Inc. is the 100 percent owner of SCI Administrative Services

6   LLC, a Delaware limited liability company, and the 100 percent owner of Remembrance Memorial

7   Traditions, LLC, a Delaware limited liability company.  SCI Administrative Services LLC is the

8   general partner of SCI Management L.P., a Delaware limited partnership.  Remembrance Memorial

9   Traditions, LLC is a limited partner of SCI Management L.P.  SCI Management L.P. is the 100

10  percent owner of SCI Western Market Support Center, Inc., a California corporation which is a 25

11  percent owner of SCI Funeral & Cemetery Purchasing Cooperative, Inc.

12      Service Corporation International is also the 100 percent owner of Alderwoods Group,

13  L.L.C., a Delaware limited liability company, which is the 100 percent owner of Alderwoods

14  Group (California), Inc. and of Rose Hills Holdings Corp., a Delaware corporation, which is the

15  100 percent owner of Rose Hills Company, a Delaware corporation.

16  **FURTHER RESPONSE TO INTERROGATORY NO. 7 IN COMPLIANCE WITH THE**

17  **COURT'S 3-27-09 ORDER:**

18                                        **Flowcharts**

19

20      Pursuant to the Court's 3-27-09 Order, Responding Party is producing in further response to

21  plaintiffs' Request for Production of Documents, Request No. 5, true and correct copies of four

22  organizational flowcharts reflecting the corporate ownership of Responding Party, defendant SCI

23  Funeral & Cemetery Purchasing Cooperative, Inc., defendant SCI Eastern Market Support Center,

24  L.P., defendant SCI Houston Market Support Center, L.P., defendant SCI Western Market Support

25  Center, Inc., and other California subsidiaries of Responding Party during the Relevant Time

26  Period (as that term is defined in the Interrogatories.)

27  ////

28  SERVICE CORPORATION INTERNATIONAL'S FURTHER SUPPLEMENTAL RESPONSES
    TO INTERROGATORIES IN COMPLIANCE WITH MARCH 27, 2009 ORDER OF THE
    COURT                                                                        12
    Case No.:  3:08-CV-01190 SI

**Written Policies Re Hiring/Firing/Discipline**

At no time during the Relevant Time Period (as the term is defined in the Interrogatories) has Responding Party had any written policies concerning the hiring, firing and/or discipline of employees.

**INTERROGATORY NO. 9:**

Identify and Describe in Detail during the Relevant Time Period all contracts, agreements, deals, pacts or obligations of any kind Concerning SCI or any SCI affiliated entity or location in California with any Person relating to, arising from or otherwise Concerning any matter in California.

**RESPONSE TO INTERROGATORY NO. 9:**

Responding Party objects to this interrogatory on the grounds that it grossly exceeds the limited scope of personal jurisdiction discovery permitted by the Court at this juncture. Responding Party further objects to this interrogatory on the grounds that it is vague, ambiguous, overbroad, unduly burdensome and harassing, and it calls for speculation. Responding Party further objects to this interrogatory to the extent it calls for the disclosure of trade secret, proprietary or other confidential information, and no protective order is in place which would govern the production, disclosure and dissemination of such confidential information.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 9**

Subject to and without waiving the aforesaid objections, and to the extent Responding Party understands the interrogatory, Responding Party responds as follows:  During the Relevant Time Period (as that term is defined in the interrogatories), Service Corporation International has not had any employees and has not entered into contracts, agreements, deals, pacts or obligations with any persons or entities in California which relate to the employment policies and practices in dispute in this litigation.  Service Corporation International's lack of contacts with California sufficient for the Court to exercise general personal jurisdiction are set forth in the Declaration of Janet Key in Support of Service Corporation International's Motion to Dismiss Amended Complaint Pursuant to

SERVICE CORPORATION INTERNATIONAL'S FURTHER SUPPLEMENTAL RESPONSES TO INTERROGATORIES IN COMPLIANCE WITH MARCH 27, 2009 ORDER OF THE COURT
Case No.: 3:08-CV-01190 SI

13

1   FRCP 12(b)(2) and 12(b)(6), which is in plaintiffs' possession and is incorporated herein by

2   reference.

3   **FURTHER RESPONSE TO INTERROGATORY NO. 9 IN COMPLIANCE WITH THE**

4   **COURT'S 3-27-09 ORDER:**

5       At no time during the Relevant Time Period (as that term is defined in the Interrogatories)

6   has Responding Party entered into any written agreements related to any business matter in

7   California.

8   **INTERROGATORY NO. 14:**

9       Identify and Describe in Detail during the Relevant Time Period any trips or visits made to

10  California by SCI, or by any employee or agent acting on behalf of SCI or Concerning SCI, or any

11  SCI affiliated entity or location in California; and Identify and Describe in Detail any trips or visits

12  made by any Person to contact SCI or Concerning any matter in California.

13  **RESPONSE TO INTERROGATORY NO. 14:**

14      Responding Party objects to this interrogatory on the grounds that it grossly exceeds the

15  limited scope of personal jurisdiction discovery permitted by the Court at this juncture.

16  Responding Party further objects to this interrogatory on the grounds that it is vague, ambiguous,

17  overbroad, unduly burdensome and harassing, and it calls for speculation.  Responding Party

18  further objects to this interrogatory to the extent it calls for the disclosure of trade secret,

19  proprietary or other confidential information, and no protective order is in place which would

20  govern the production, disclosure and dissemination of such confidential information.  Responding

21  party further objects to this interrogatory on the grounds that it contains more than one separate and

22  discrete sub-part, thereby causing these interrogatories to exceed the 25-interrogatory limit

23  imposed by FRCP 33(a)(1).

24

25  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14**

26      Subject to and without waiving the aforesaid objections, and to the extent Responding Party

27  understands the interrogatory, Responding Party responds as follows:  During the Relevant Time

28  SERVICE CORPORATION INTERNATIONAL'S FURTHER SUPPLEMENTAL RESPONSES
    TO INTERROGATORIES IN COMPLIANCE WITH MARCH 27, 2009 ORDER OF THE
    COURT                                                                                     14
    Case No.:  3:08-CV-01190 SI

Period (as that term is defined in the interrogatories), Service Corporation International has not had any employees and has not made any trips to California related to the employment policies and practices in dispute in this litigation.   Service Corporation International's lack of contacts with California sufficient for the Court to exercise general personal jurisdiction are set forth in the Declaration of Janet Key in Support of Service Corporation International's Motion to Dismiss Amended Complaint Pursuant to FRCP 12(b)(2) and 12(b)(6) which is in plaintiffs' possession and is incorporated herein by reference.

**FURTHER RESPONSE TO INTERROGATORY NO. 14 IN COMPLIANCE WITH THE COURT'S 3-27-09 ORDER:**

A meeting of Responding Party's Board of Directors was held in California on one occasion during the Relevant Time Period (as that term is defined in the Interrogatories), and officers and directors have traveled to California to observe the activities of Service Corporation International's subsidiaries on various other occasions during the Relevant Time Period.  (See also Thomas Ryan's and Jane Jones' Further Responses to Interrogatory No. 14 In Compliance With The Court's 3-27-09 Order, which are incorporated herein by reference.)

**INTERROGATORY NO. 15:**

Identify and Describe in Detail during the Relevant Time Period any Policies or decisions of SCI, or any SCI affiliated entity or location in California that were made or established in an effort to comply with any law of the State of California, or to promote an SCI affiliated entity's or location's compliance with such laws, or any contact of any kind that such Parties have made with any entity of the State of California, or the State of California itself.

**RESPONSE TO INTERROGATORY NO. 15:**

Responding Party objects to this interrogatory on the grounds that it grossly exceeds the limited scope of personal jurisdiction discovery permitted by the Court at this juncture. Responding Party further objects to this interrogatory on the grounds that it is vague, ambiguous, overbroad, unduly burdensome and harassing, and it calls for speculation.  Responding Party

SERVICE CORPORATION INTERNATIONAL'S FURTHER SUPPLEMENTAL RESPONSES TO INTERROGATORIES IN COMPLIANCE WITH MARCH 27, 2009 ORDER OF THE COURT
Case No.: 3:08-CV-01190 SI

15

1   further objects to this interrogatory to the extent it calls for the disclosure of trade secret,

2   proprietary or other confidential information, and no protective order is in place which would

3   govern the production, disclosure and dissemination of such confidential information. Responding

4   party further objects to this interrogatory on the grounds that it contains more than one separate and

5   discrete sub-part, thereby causing these interrogatories to exceed the 25-interrogatory limit

6   imposed by FRCP 33(a)(1).

7   **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 15:**

8          Subject to and without waiving the aforesaid objections, and to the extent Responding Party

9   understands the interrogatory, Responding Party responds as follows:  During the Relevant Time

10  Period (as that term is defined in the interrogatories), Service Corporation International had no

11  employees and did not make any policies or decisions for the specific purpose of complying or

12  promoting compliance with California laws.

13  **FURTHER RESPONSE TO INTERROGATORY NO. 15 IN COMPLIANCE WITH THE**

14  **COURT'S 3-27-09 ORDER:**

15         At no time during the Relevant Time Period (as that term is defined in the Interrogatories)

16  has Responding Party had any written policies that pertain to compliance with California law.

17  **INTERROGATORY NO. 17:**

18         Identify and Describe in Detail during the Relevant Time Period any business operations or

19  efforts conducted, sought, negotiated, promoted or abandoned by SCI with any Person within

20  California or Concerning California, and provide Identification and Description in Detail of any

21  profits, sales, revenues or business of any kind that SCI or any SCI affiliated entity or location in

22  California can attribute, whether directly or indirectly, to operations in California.

23  **RESPONSE TO INTERROGATORY NO. 17:**

24         Responding Party objects to this interrogatory on the grounds that it grossly exceeds the

25  limited scope of personal jurisdiction discovery permitted by the Court at this juncture.

26

27  Responding Party further objects to this interrogatory on the grounds that it is vague, ambiguous,

28

SERVICE CORPORATION INTERNATIONAL'S FURTHER SUPPLEMENTAL RESPONSES
TO INTERROGATORIES IN COMPLIANCE WITH MARCH 27, 2009 ORDER OF THE
COURT                                                                                      16
Case No.:  3:08-CV-01190 SI

overbroad, unduly burdensome and harassing, and it calls for speculation.   Responding Party
further objects to this interrogatory to the extent it calls for the disclosure of trade secret,
proprietary or other confidential information, and no protective order is in place which would
govern the production, disclosure and dissemination of such confidential information.   Responding
party further objects to this interrogatory on the grounds that it contains more than one separate and
discrete sub-part, thereby causing these interrogatories to exceed the 25-interrogatory limit
imposed by FRCP 33(a)(1).   Responding Party further objects to the second sub-part of this
interrogatory as being irrelevant and not reasonably calculated to lead to the discovery of
admissible evidence.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 17**

Subject to and without waiving the aforesaid objections, and to the extent Responding Party
understands the interrogatory, Responding Party responds as follows:  During the Relevant Time
Period (as that term is defined in the interrogatories), Service Corporation International has not had
any employees and has not been involved in business operations in California which are related to
the employment policies and practices in dispute in this litigation.   Service Corporation
International's lack of contacts with California sufficient for the Court to exercise general personal
jurisdiction are set forth in the Declaration of Janet Key in Support of Service Corporation
International's Motion to Dismiss Amended Complaint Pursuant to FRCP 12(b)(2) and 12(b)(6),
which is in plaintiffs' possession and is incorporated herein by reference.

**FURTHER RESPONSE TO INTERROGATORY NO. 17 IN COMPLIANCE WITH THE
COURT'S 3-27-09 ORDER:**

Sales proceeds from businesses operated by Responding Party's subsidiaries in California
are deposited into bank accounts maintained by those businesses in California.  In accordance with
management agreements between Responding Party's subsidiaries and SCI Cemetery & Funeral
Services Cooperative, Inc. (the "Co-op"), a portion of the monies in the subsidiaries' bank accounts
are periodically "swept" into accounts held by the Co-op which, in turn, applies those funds to the

SERVICE CORPORATION INTERNATIONAL'S FURTHER SUPPLEMENTAL RESPONSES
TO INTERROGATORIES IN COMPLIANCE WITH MARCH 27, 2009 ORDER OF THE
COURT
Case No.:  3:08-CV-01190 SI

17

1  payment of the expenditures of the subsidiaries' businesses such as payroll, taxes, rent, capital

2  expenditures, merchandise, etc. Cash swept in excess of the expenditures is recorded as a

3  receivable from the Co-op by the subsidiary and payable to the subsidiary by the Co-op (vice-versa

4  if expenditures exceed the amount of cash swept). Cash swept in excess of expenditures may be

5  invested by the Co-op or applied by the Co-op to expenditures of the Responding Party (such as

6  taxes and dividends to shareholders) and its other subsidiaries. Individual audited financial

7  statements are not prepared by Responding Party's subsidiaries in California. Rather, consolidated

8  financial statements are prepared on behalf of Responding Party and all of its subsidiaries. Those

9  consolidated statements are publicly disclosed in Responding Party's regular quarterly 10-Q and

10  annual 10-K reports submitted to the Securities and Exchange Commission.

Dated: April 17, 2009

GURNEE & DANIELS LLP


By _____
STEVEN H. GURNEE, ESQ.
DAVID M. DANIELS, ESQ.
NICHOLAS P. FORESTIERE, ESQ.
JOHN A. MASON
Attorneys for Defendants
SERVICE CORPORATION
INTERNATIONAL, SCI FUNERAL AND
CEMETERY PURCHASING
COOPERATIVE, INC., SCI EASTERN
MARKET SUPPORT CENTER, L.P., SCI
WESTERN MARKET SUPPORT CENTER,
L.P., SCI HOUSTON MARKET SUPPORT
CENTER, L.P., JANE D. JONES, GWEN
PETTEWAY, THOMAS RYAN and CURTIS
BRIGGS

SERVICE CORPORATION INTERNATIONAL'S FURTHER SUPPLEMENTAL RESPONSES
TO INTERROGATORIES IN COMPLIANCE WITH MARCH 27, 2009 ORDER OF THE
COURT                                    18
Case No.: 3:08-CV-01190 SI

# EXHIBIT B

## Part 2 of 8

## Designated as Confidential

Will be filed under seal upon approval of Stipulation to File
Document Under Seal

# EXHIBIT B

Part 3 of 8

Message from CEO - Service Corporation International



## Service Corporation International

About SCI

Corporate Officers

Board Of Directors

Corporate Governance

History

Corporate Citizenship

General Press Room

### A Message from our CEO

Welcome to the SCI corporate website. It has been designed to acquaint you with SCI in a number of ways. We invite you to explore its informative pages, including links to investor presentations and the website of our national brand of funeral, cremation and cemetery services, www.dignitymemorial.com.

In a respected and necessary industry, SCI is in a unique position of leadership and favorable potential. With a network of funeral homes and cemeteries that can reach families in 43 states, eight Canadian Provinces, the District of Columbia and Puerto Rico, we are creating a strong platform from which to drive differential growth by further leveraging our scale, tailoring our approach to customers' needs, and pioneering innovative products and delivery of services to a growing customer base.

Our longer-term demographic trends are favorable, our financial health is sound, and our size and strength enable us to provide a comprehensive array of product and service options to meet the needs of our customers.

Whether your interest in our Company is that of an investor, customer, or potential employee, we hope that you will find the information you need through the pages within.

Tom Ryan,
President and Chief Executive Officer



**Stock Quote**

SCI

| Exchange | NYSE |
| --- | --- |
| Price | $ 4.30 |
| Change(%) | ▲ 0.19(4.42) |
| Volume | 1,517,080 |

As of 04/17/2009 04:01 p.m. ET

**News**

- Service Corporation International Announces Fourth Quarter 2008 Financial Results and Comments on Outlook for 2009

- Service Corporation International Announces Schedule for Its Fourth Quarter 2008 Earnings Release and Conference Call

Site Map   Privacy Policy   Email Page   Print Page

© 2008 SCI Management.



**EXHIBIT**
69-EE-77
11
Ryan

Investors - FAQ

Page 1 of 4



# Service Corporation International

Investors > FAQ

## FAQ

1. How do I change the address on my SCI stock certificate or transfer my stock? Any other questions regarding your stock certificates?
2. Does SCI have a direct stock purchase plan or a dividend reinvestment plan?
3. How long has SCI been in business?
4. What has been the history of SCI's stock split?
5. When is SCI's fiscal year end?
6. How many employees does SCI have?
7. Does SCI pay a dividend?
8. How can I obtain information about the company's financial and operational performance?

1. How do I change the address on my SCI stock certificate or transfer my stock? Any other questions regarding your stock certificates?

   All questions related to your ownership of SCI stock should be addressed to our transfer agent, BNY Mellon Shareowner Services. You can access your account online or you may reach BNY Mellon by phone, mail or email as follows:

   1-877-296-3664
   1-201-680-6578 (for callers outside the United States)
   Internet address: www.bnymellon.com/shareowner/isd

   BNY Mellon Shareowner Services
   P.O. Box 358015
   Pittsburgh, PA 15252-8015
   or 480 Washington Boulevard, Jersey City, NJ 07310-1900

   E-Mail Address: shrrelations@bnymellon.com

2. Does SCI have a direct stock purchase plan or a dividend reinvestment plan?

   No, SCI does not currently have a direct purchase plan or a dividend reinvestment plan.

3. How long has SCI been in business?

   SCI was founded in 1962 in Houston, Texas. The stock began trading on the American Stock Exchange in 1970 and then in 1974 moved to the New York Stock Exchange.

4. What has been the history of SCI's stock splits?

   There have been seven stock splits of SCI common stock since the Initial Public Offering as follows:

### Stock Quote

SCI Common Stock
Exchange    NYSE (US Dollar)
Price       $4.30
Change (%)  ▲ 0.19 (4.62%)
Volume      1,517,080
As of 04/17/09 4:01 p.m. ET

### Online Services

We are pleased to provide electronic proxy voting and electronic delivery of materials for our shareholders.
More

### Featured Documents

📄  Annual Report 2008

📄  9/30/08 Form 10-Q

### Investor Tool Kit

🖨  Print Page

✉  E-mail Alerts

EXHIBIT
12
Ryan
4-22-09

4/20/2009

Investors - FAQ

Page 2 of 4

09/03/96 2 for 1
07/01/93 3 for 2
02/02/87 3 for 2
11/01/83 3 for 2
10/31/84 3 for 2
01/21/83 3 for 2
06/12/81 4 for 3

5.  When is SCI's fiscal year end?

    SCI's fiscal year end is December 31.

6.  How many employees does SCI have?

    At December 31, 2007, SCI employed 13,498 individuals on a full time basis and 7,092 individuals on a part time basis. Of the full time employees, 12,845 were in funeral and cemetery operations and 654 were in corporate or other overhead activities and services.

7.  Does SCI pay a dividend?

    Yes, SCI pays a quarterly cash dividend of four cents per share of common stock.

8.  How can I obtain information about the company's financial and operational performance?

    To view the most recent earnings releases as well as other news releases distributed by the company, click here now. To view the most recent quarterly SEC filings click here now. You can also sign up to receive our news releases by e-mail. To register for this free service, click here now.

4/20/2009

4/20/2009

Investors - FAQ

4/20/2009

Investors - FAQ

Corporate Officers - Service Corporation International



**Service Corporation International**

About SCI > Corporate Officers

About SCI

Corporate Officers
Board Of Directors
Corporate Governance
History
Corporate Citizenship
General Press Room

**Robert L. Waltrip**
Chairman of the Board

**Eric D. Tanzberger**
Senior Vice President, Chief Financial Officer and Treasurer

**Stephen M. Mack**
Senior Vice President Middle Market Operations

**Jeffrey L. Beason**
Vice President Corporate Controller

**Albert R. Lohse**
Vice President Litigation and Risk Management

**Thomas L. Ryan**
President and Chief Executive Officer

**Gregory T. Sangalis**
Senior Vice President General Counsel and Secretary

**Sumner J. Waring, III**
Senior Vice President Major Market Operations

**Joseph A. Hayes**
Vice President Ethics and Business Conduct Assistant General Counsel

**Elisabeth G. Nash**
Vice President Process and Technology

**Michael R. Webb**
Executive Vice President and Chief Operating Officer

**J. Daniel Garrison**
Senior Vice President Operations Support

**Philip C. Jacobs**
Senior Vice President and Chief Marketing Officer

**Vann D. Jones**
Vice President Human Resources

Site Map   Privacy Policy   Email Page   Print Page

© 2008 SCI Management

EXHIBIT 13 R Ryan 47-33-08

Board Of Directors - Service Corporation International



Service Corporation International

About SCI

Corporate Officers

Board Of Directors

Corporate Governance

History

Corporate Citizenship

General Press Room

About SCI > Board Of Directors

**Alan R. Buckwalter, III**
Consultant

**S. Malcolm Gillis**
University Professor and Former President of Rice University

**Clifton H. Morris, Jr.**
Chairman of the Board of AmeriCredit Corp.

**W. Blair Waltrip**
Independent Consultant, Family & Trust Investments

**Anthony L. Coelho**
Consultant

**Victor L. Lund**
Consultant

**Thomas L. Ryan**
President and Chief Executive Officer

**Edward E. Williams**
Henry Gardiner Symonds Professor and Director of the Entrepreneurship Program at Rice University

**A. J. Foyt, Jr.**
President, A.J. Foyt Enterprises, Inc.

**John W. Mecom, Jr.**
Chairman of the Board of The John W. Mecom Company

**Robert L. Waltrip**
Chairman of the Board

Site Map   Privacy Policy   Email Page   Print Page

© 2008 SCI Management.



**Service Corporation International**

Investors > Corporate Governance > Committee Composition

## Corporate Governance - Committee Composition

Highlights | Board of Directors | Corporate Officers | Committee Composition

Below is a summary of our committee structure and membership information. To read more about any of the committees, click on committee names in the chart below.

☑ Chairperson  ● Member  🖥 Financial Expert

| | Audit Committee | Compensation Committee | Executive Committee | Investment Committee | Nominating and Corporate Governance Committee |
|---|---|---|---|---|---|
| Alan R. Buckwalter, III | ● | | ● | | ● |
| Anthony L. Coelho | ● | 🖥 | | ● | ☑ |
| S. Malcolm Gillis | ● | ● | | ● | ● |
| Victor L. Lund 🖥 | ● 🖥 | ● | ● | | ● |
| John W. Mecom, Jr. | | ● | | ● | ● |
| Clifton H. Morris, Jr. | ● | ● | ● | | 🖥 |
| Thomas L. Ryan | | | ● | | |
| Robert L. Waltrip | | | ☑ | ● | |
| W. Blair Waltrip | | | | 🖥 | |
| Edward E. Williams | ● | | | | ● |

### Stock Quote

**SCI Common Stock**

Exchange  NYSE (US Dollar)

Price  $4.30

Change (%)  ▲ 0.19 (4.62%)

Volume  1,517,080

As of 04/17/09 4:01 p.m. ET

### Online Services

We are pleased to provide electronic, proxy voting and electronic delivery of materials for our shareholders.
More

### Featured Documents

🖥 Annual Report 2008

🖥 10/30/08 Form 10-Q

### Investor Tool Kit

🖨 Print Page

✉ E-mail Alerts



EXHIBIT
14
Ryan
4-33-09

Investors - Corporate Governance - Committee Composition

Copyright © 2009 Service Corporation International. All rights reserved.

http://pbx.corporate-ir.net/phoenix.zhtml?c=108068&p=irol-govCommComp

4/19/2009

Investors - Corporate Governance - Committee Composition

4/19/2009

## SERVICE CORPORATION INTERNATIONAL

## AUDIT COMMITTEE CHARTER

### A.   Purpose

The Audit Committee is a committee of the Board of Directors of Service Corporation International (the "Company"). Its primary function is to assist the Board in fulfilling its oversight responsibilities to ensure the integrity of the Company's financial statements, the Company's compliance with legal and regulatory requirements, the independent auditor's qualifications, independence and performance and the performance of the Company's internal audit functions. The Audit Committee provides an open avenue of communication between the internal auditors, the independent auditor, and the Board of Directors.

### B.   Membership and Policies

1.   The Board of Directors, based upon a recommendation by the Nominating and Corporate Governance Committee, shall appoint the Chairperson and members of the Committee annually. The Committee shall be comprised of not less than three members of the Board, and the Committee's composition will meet the requirements of Federal securities laws and the listing standards of the New York Stock Exchange ("NYSE"). Accordingly, all of the members will be directors:

   a.   Who are "independent" as such term is defined pursuant to Section 10A of the Securities Exchange Act of 1934, and the NYSE listing standards.

   b.   Who are financially literate or who become financially literate within a reasonable period of time after appointment to the Committee, as such qualification is interpreted by the Company's Board in its business judgment.

2.   At least one member of the Audit Committee shall be an "audit committee financial expert" as defined under the rules and regulations adopted by the Securities and Exchange Commission ("SEC") and interpreted by the Company's board in its business judgment; *provided, however,* that if at least one member of the Audit Committee is not determined by the Board to be an "audit committee financial expert," then the Company shall disclose such determination as required by applicable SEC rules and regulations.

3.   If an Audit Committee member serves on the audit committee of more than three public companies, the Board shall be required to determine that the simultaneous service does not impair the Audit Committee member's ability to effectively serve on this Company's Audit Committee and disclose such determination in the Company's annual proxy statement.



EXHIBIT

15

Ryan    4-27-09

4.  The Audit Committee shall have the authority to engage independent counsel and other advisers, as it determines necessary to carry out its duties. Such engagement shall not require approval of the Board.

5.  The Audit Committee shall meet at least quarterly or more frequently as circumstances require.

6.  The Committee may designate a subcommittee consisting of at least one member to address specific issues on behalf of the Committee.

7.  The Audit Committee shall report periodically to the Board on its activities.

8.  The Company shall provide appropriate funding, as determined by the Audit Committee, for payment of (i) compensation to any registered public accounting firm engaged by the Audit Committee, (ii) compensation to any advisers employed by the Audit Committee, and (iii) ordinary administrative expenses incurred by the Audit Committee.

**C.   Key Responsibilities – Independent Auditor**

1.  The Audit Committee shall be directly responsible for the appointment, termination, compensation and oversight of the work of the independent auditing firm employed by the Company (including resolution of disputes between management and the auditor regarding financial reporting) for the purpose of preparing or issuing an audit report or related work, and the independent auditor shall report directly to the Audit Committee. All auditing services and permitted non-audit services provided to the Company by the independent auditor shall be pre-approved by the Audit Committee in accordance with applicable law; provided, however, that the Committee may delegate such pre-approval authority to the Chairperson or another member, who will then report all such approvals to the Committee at its next scheduled meeting. These responsibilities do not preclude the Audit Committee from obtaining the input of management, but these responsibilities may not be delegated to management.

2.  The Audit Committee shall evaluate, at least annually, the independent auditor's qualifications, performance and independence.

3.  The Audit Committee shall consider whether it is appropriate to adopt a policy of rotating independent auditors on a regular basis. If so determined, the Audit Committee shall have the responsibility for securing the engagement of the replacement of the independent auditor.

4.  The Audit Committee shall set clear hiring policies for the Company's hiring of employees or former employees of the independent auditor who were engaged on the Company's account. At a minimum, the Audit Committee will adopt hiring policies in compliance with Section 10A(l) of the Securities Exchange Act of 1934.

5.  The Audit Committee shall meet with the independent auditor prior to the audit to review the planning and staffing of the audits.

6.    At least annually, the Audit Committee shall obtain and review a report by the independent auditor describing the firm's internal quality control procedures, any material issues raised by the most recent internal quality control review, or peer review, of the firm, or by any inquiry or investigation by governmental or professional authorities, within the preceding five years, respecting one or more independent audits carried out by the firm, and any steps taken to deal with any such issues, and (to assess the auditor's independence) all relationships between the independent auditor and the Company.

**D.    Key Responsibilities – Financial Statements and Internal Controls**

The Audit Committee shall perform the following functions on a recurring basis in carrying out its oversight responsibilities. These functions are set forth as a guide with the understanding that the Committee may diverge from this guide as appropriate, given the circumstances.

1.    The Committee shall review with management and the independent auditor the audited financial statements to be included in the Company's Annual Report on Form 10-K (or the Annual Report to Shareholders if distributed prior to the filing of Form 10-K) and review and consider with the independent auditor the matters required to be discussed by Statement of Auditing Standards ("SAS") No. 61, as amended by No. 89 and No. 90.

2.    The Committee shall review with management and the independent auditor the Company's interim financial results to be included in the Company's quarterly reports to be filed with the Securities and Exchange Commission, the results of the independent auditor's quarterly review in accordance with SAS No. 100, the matters required to be discussed by SAS No. 61, and the Company's earnings releases; this review will occur prior to the release of quarterly earnings and prior to the Company's filing of the Form 10-Q.

3.    The Committee shall review with management other financial information and earnings guidance provided to analysts and ratings agencies.

4.    The Committee shall review an analysis prepared by management and the independent auditor of significant financial reporting issues and judgments made in connection with the preparation of the Company's financial statements, including all critical accounting policies, an analysis of the effect of alternative GAAP methods on the Company's financial statements, a description of any transactions as to which management obtained SAS No. 50 letters, and other material written communications between the independent auditor and management.

5.    The Committee shall review with management and the independent auditor the effect of regulatory and accounting initiatives on the Company's financial statements.

6.    The Committee shall meet periodically with management to discuss policies with respect to risk assessment and risk management and to review the Company's major financial risk exposures and the steps management has taken to monitor and control such exposures.

7. The Committee shall review major changes to the Company's auditing and accounting principles and practices as suggested by the independent auditor, internal auditors or management.

8. The Committee shall review with management and the independent auditor any correspondence with regulators or governmental agencies and any employee complaints or published reports which raise material issues regarding the Company's financial statements or accounting policies.

9. The Audit Committee shall review, with the Company's legal counsel, any legal matters that could have a significant impact on the Company's financial statements.

10. The Audit Committee shall review with the independent auditor any problems or difficulties the independent auditor may have encountered and any management letter provided by the independent auditor and the Company's response to that letter. Such review should include: (a) any difficulties encountered in the course of the audit work, including any restrictions on the scope of activities or access to required information and (b) the internal audit department responsibilities and staffing.

11. The Audit Committee shall review with the Company's independent auditor team the significant issues on which the independent auditor team consulted with their national office.

12. The Audit Committee shall review the activities, organizational structure and effectiveness of the internal audit function and concur in the appointment, replacement, reassignment, or dismissal of the director of internal audit. The Audit Committee shall review the significant issues in reports to management prepared by the internal audit department and management's responses.

13. The Audit Committee shall discuss with management and the independent auditor the quality and adequacy of the Company's internal controls, including management's certifications and any material issues raised by the independent auditor's report on internal controls and any steps taken to deal with such issues.

14. The Audit Committee shall ensure that significant findings and recommendations made by the internal and external auditors are received and discussed on a timely basis.

**E.   Key Responsibilities – Oversight and Compliance**

1. The Audit Committee shall establish procedures for (a) the receipt, retention and treatment of complaints received by the Company (in connection with its Whistleblower procedures or otherwise) regarding accounting, internal control and auditing matters and (b) the confidential, anonymous submission by employees of the Company of concerns regarding questionable accounting or auditing matters.

2. The Audit Committee shall review the program for monitoring compliance with the code of conduct and periodically obtain updates from management and general counsel regarding compliance.

-4-

3.   The Audit Committee shall review the policies and procedures in effect for considering officers' expenses and perquisites.

4.   The Audit Committee shall have the authority to investigate any matter brought to its attention with full access to all books, records, facilities and personnel of the Company and the power to retain independent counsel, auditors or other experts for this purpose.

5.   The Audit Committee shall prepare the report required by the rules of the SEC to be included in the Company's annual proxy statement.

**F.   Other Duties**

1.   On an annual basis, the Audit Committee shall review the adequacy of this Charter and conduct a performance evaluation of the Committee, which may be done in conjunction with the annual evaluation of the Board and committees thereof conducted by the Nominating and Corporate Governance Committee.

2.   The Committee shall meet at least quarterly with the Chief Financial Officer and Corporate Controller, the director of internal audit and the independent auditor in separate executive sessions, to discuss any matter the Audit Committee believes should be discussed privately.

3.   The Audit Committee will perform such other functions as assigned by law, the Company's restated certificate of incorporation or By-laws, or the Board of Directors.

4.   The Audit committee's function is one of oversight. While the Audit Committee has the responsibilities and powers set forth in this Charter, it is not the duty of the Audit Committee to plan or conduct audits or to determine that the Company's financial statements are complete and accurate and are in accordance with generally accepted accounting principles. Rather, it is the responsibility of management to ensure the financial statements are complete and accurate, and it is the responsibility of the independent auditor to plan and conduct audits of those financial statements. In addition, it is not the duty of the Audit Committee to assure compliance with the laws and regulations and the Company's compliance policies. Lastly, the Audit Committee recognizes that financial management, including the internal audit staff, as well as the independent auditor, have more knowledge and more detailed information about the Company than do members of the Audit Committee; consequently, in carrying out its oversight responsibilities, the Audit Committee is not providing any expert assurance as to the Company's financial statements or any professional certification as to the independent auditor's work.

May 8, 2007

August 12, 2008

## Service Corporation International

## Nominating and Corporate Governance Committee Charter

### I.    Committee Mandate

The mandate of the Nominating and Corporate Governance Committee (the "NCGC") is to oversee the composition of the Board of Directors of SCI and its Committees and to provide leadership to the Board in the development of its corporate governance principles and practices. Specific responsibilities of the NCGC in fulfilling its mandate are those outlined below.

### II.    Committee Responsibilities

A.    Corporate Governance Guidelines

To develop Corporate Governance Guidelines and present these to the Board for discussion and approval. To regularly review, monitor and, as appropriate, update the Corporate Governance Guidelines and to ensure that the company's current Corporate Governance Guidelines are publicly disclosed either on the company's website, in the company's proxy or by other reasonable means.

B.    Director Qualification Standards

To develop qualification standards for Board membership, which shall be outlined in the Corporate Governance Guidelines. These shall include SCI's principles with respect to Board independence, core competencies, terms and retirement. To regularly review, monitor and, as appropriate, update the director qualification standards. To make recommendations to the Board concerning findings of independence of individual Board members. To review the independence of SCI's directors on an ongoing basis to ensure that Board and committee composition is consistent with these principles.

C.    Director Nominations

To identify and recruit new candidates for the Board, develop a re-nomination review process for current Board members, and develop a process to review director nominees received from shareholders. Using these processes, the NCGC will recommend director nominees to the Board for approval, who, if approved, will stand for election by the shareholders at the Annual Meeting. The NCGC



EXHIBIT
16
Ryan    4-22-09

will also make recommendations to the Board to fill Board vacancies arising between Annual Meetings.

D.    <u>Committee Appointments</u>

To make recommendations to the Board with respect to committee assignments for Board members, including the chairs for such committees. In making these recommendations, the NCGC shall take into account any legal or regulatory requirements for committee service to ensure that such requirements are met. The NCGC shall also consult with the Chairman of the Board and, as applicable, the Chairs of the Board Committees with respect to such assignments.

Committee assignments will be reviewed annually by the NCGC. If it becomes necessary to remove a Board member from a committee assignment, the Chair of the NCGC and the Chairman of the Board will approach the Board member to request his or her resignation from the committee and explain the reasons for this request. If the Board member does not offer his or her resignation following this discussion, the matter will be put to a vote of the independent directors of the full Board.

E.    <u>Board and Committee Assessment</u>

To develop and lead an annual process for self-assessment of the Board as a whole and the Board committees. To review committee structures and Board operations, generally, as part of this annual assessment process.

F.    <u>CEO and Succession Planning</u>

To oversee CEO and succession planning at SCI, including the development of both short-term (eg. emergency) succession plans and long-term succession plans, including leadership development planning. To monitor progress against long-term leadership development and succession plans, reporting to the full Board of Directors on this issue at least annually and more regularly, if appropriate. Although the NCGC oversees the CEO succession planning process, the full Board of Directors participates in the ultimate selection of the CEO.

G.    <u>CEO Evaluation</u>

To develop and lead the annual Board evaluation of the performance of SCI's CEO. The NCGC will discuss the results of the evaluation with the full Board in executive session. Once the evaluation process has been completed, the Compensation Committee will use the results to determine appropriate compensation for the CEO and will review, along with the CEO, recommendations on compensation for other SCI executives.

H.    Code of Business Conduct and Ethics

To develop SCI's Code of Business Conduct and Ethics for the Board of Directors, including a process for the prompt disclosure of any waiver thereof, and present these to the Board for approval. To ensure that Codes of Conduct and Ethics are in place for officers and employees of SCI and that appropriate processes exist for the prompt disclosure of waivers of such Codes. To regularly review, monitor and, as appropriate, update, the Code of Business Conduct and Ethics for the Board of Directors and to ensure that the current Code is publicly disclosed either on the company's website or by other reasonable means.

I.    Orientation and Continuing Director Education

In conjunction with the Chairman of the Board of SCI, to develop and regularly review a program for the orientation of new Board members so that they can quickly become sufficiently knowledgeable about SCI and its issues to contribute meaningfully to Board discussions and decision-making. To develop continuing education sessions for SCI directors that are practical and useful, including, as appropriate, development of a program for Board members to visit SCI sites and facilities.

J.    Director Compensation

To make recommendations to the full Board with respect to SCI's directors' compensation and to regularly review and, as appropriate, recommend revisions to directors' compensation. In the event that the committee finds it helpful to engage a consultant to evaluate director compensation, the consultant shall be retained by the committee and shall report directly to the committee, which shall have authority to approve the terms of the consultant's engagement, including fees and termination.

K.    Executive Sessions of the Board

At the end of every Board meeting, the Board will meet in an executive session attended only by the non-management directors without management present. The Chair of the NCGC will chair the executive sessions. The Chair of the NCGC will also be responsible to receive and review concerns from interested parties regarding the governance of SCI.

L.    General

To provide oversight of SCI's corporate governance policies and practices, including disclosure of SCI's governance practices in the annual Proxy Statement. To keep abreast of best practices, regulatory changes and other developments in the area of corporate governance so as to effectively fulfill its mandate and responsibilities.

3

**Nominating and Corporate Governance**    Service Corporation International
**Committee Charter**

## III. Committee Membership

The NCGC shall consist of three or more directors, each of whom is "independent" in accordance with the rules of the New York Stock Exchange.

## IV. Committee Meetings

The NCGC shall meet at the call of the Chair and such meetings may be in person or by conference call. At least a majority of the members of the NCGC must be in attendance for a quorum. The NCGC may also act by unanimous written consent.

## V. Retention of Independent Advisors

### A. Executive Recruiters

If and when needed, the NCGC shall have the sole authority to retain and terminate any search firm to be used to identify or recruit candidates for the Board of Directors or for the positions of Chairman and /or Chief Executive Officer. The NCGC has sole authority to approve the search firm's fees and other terms of the firm's retention.

### B. Other Professional Advisors

If and when needed, the NCGC shall retain any other external advisors it deems appropriate to provide assistance to the NCGC in fulfilling its responsibilities. If management is retaining advisors to assist the NCGC, such decisions must be known, and approved by the NCGC in advance of such retention, including the fees and terms of the retention.

## VI. Modifications/Updating of this Charter and Related Documents

The NCGC may recommend to the Board from time to time any proposed changes to this charter, to SCI's Corporate Governance Guidelines and to SCI's Code of Business Conduct and Ethics.

08/12/08

## Service Corporation International

### Compensation Committee Charter

### Objectives

The Compensation Committee is a committee of Service Corporation International's (the "Company") Board of Directors (the "Board"). The Board has delegated to the Compensation Committee its responsibilities relating to compensation of the Company's executive officers and other senior level management. The purpose of the Compensation Committee is to discharge the Board's responsibilities relating to compensation of the Company's executives in accordance with applicable rules and regulations. The primary function of the Compensation Committee is to review the executive compensation program of the Company to ensure that it is adequate to attract, motivate and retain competent executive personnel and that it is directly and materially related to the short-term and long-term objectives of the Company and its stockholders as well as the operating performance of the Company.

### Membership and Policies

- The Board, based upon a recommendation by the Nominating and Governance Committee of the Board, shall appoint the Chairperson and members of the Committee annually. The Committee shall consist of a minimum of four independent members of the Board. Subject to any applicable phase-in periods, each member of the Compensation Committee shall be "independent" as determined in accordance with the rules of the New York Stock Exchange and applicable law (including, without limitation, the rules of the Securities and Exchange Commission ("SEC"), the non-employee director definition of Rule 16b-3 promulgated under Section 16 of the Securities Exchange Act of 1934, as amended, and the outside director definition of Section 162(m) of the Internal Revenue Code of 1986, as amended). Members of the Committee may be removed from the Committee by action of the full Board.

- The Compensation Committee shall meet a minimum of four times per calendar year or more frequently as circumstances require. The Compensation Committee may also meet by telephone conference call or any other means permitted by law or the Company's By-laws.

- The Compensation Committee shall have the authority to obtain advice or assistance from or retain internal or external legal, accounting or other advisors.

- A Secretary, who need not be a member of the Committee, shall be appointed by the Committee to keep minutes of all meetings of the Committee and such other records as the Chairperson deems necessary or appropriate.

- The Committee may designate a subcommittee consisting of at least one member to address specific issues on behalf of the Committee.

- The Committee shall report regularly to the Board on its activities.


EXHIBIT
17
Ryan

Compensation Committee Charter     Service Corporation International

## Functions

- The Compensation Committee shall periodically review director compensation and make recommendations to the Nominating and Corporate Governance Committee for changes if warranted.

- The Compensation Committee shall periodically review and approve the Company's compensation strategy to ensure that management is rewarded appropriately for its contributions to Company growth and profitability and that the executive compensation strategy supports organization objectives and stockholder interests.

- The Compensation Committee shall attempt to ensure the executive compensation program of the Company is related to the Company's financial performance and return on Company common stock, and the performance of the individual executive officer.

- The Compensation Committee shall review appropriate criteria for establishing performance targets and determining annual corporate and executive performance ratings.

- The Compensation Committee shall, as appropriate, determine appropriate levels of executive compensation by periodically conducting a thorough competitive evaluation, reviewing proprietary and proxy information, and consulting with and receiving advice from an independent executive compensation consulting firm.

- The Compensation Committee shall ensure that the Company's executive stock option plan, long-term incentive compensation plan, annual incentive compensation plan and other executive compensation plans are administered in accordance with compensation objectives, and shall make recommendations to the Board with respect to such plans.

- The Compensation Committee shall approve (or recommend to the full Board for approval), subject, where appropriate, to submission to stockholders, all new equity-based compensation programs.

- The Compensation Committee shall consider the Company's officer benefit and compensation programs and approve such programs subject, where appropriate, to stockholder or Board approval.

- The Compensation Committee shall consider proposals with respect to the creation of and changes to the Company's executive compensation program.

- The Company's Board of Directors shall conduct an annual performance evaluation of the Compensation Committee, which may be done in conjunction with the annual evaluations of the Board and committees thereof conducted by the Nominating and Corporate Governance Committee.

- The Compensation Committee will perform such other functions as assigned by applicable law, the rules of the New York Stock Exchange, the Company's articles of incorporation or By-laws, or the Board.

**Compensation Committee Charter**     Service Corporation International

- The Compensation Committee shall review annually and approve the individual elements of total compensation for the Chief Executive Officer and other executive officers of the Company. As part of this process, the Compensation Committee shall review and approve corporate goals and objectives relevant to the compensation of the Chief Executive Officer, evaluate the Chief Executive Officer's performance in light of those goals and objectives and determine and approve the Chief Executive Officer's compensation level based on this evaluation. In determining the incentive components of the Chief Executive Officer compensation, the Compensation Committee may consider a number of factors, including, but not limited to, the Company's performance and relative shareholder return, the value of similar incentive awards to Chief Executive Officers at comparable companies and the awards given to the Chief Executive Officer in past years. The review and approval of goals and objectives and evaluation of the performance of the Chief Executive Officer, as described above, may be done in conjunction with the Company's Nominating and Corporate Governance Committee, as appropriate.

- The Compensation Committee shall review and discuss the Compensation Discussion and Analysis (the "CD&A") required to be included in the Company's proxy statement or annual report on Form 10-K by the rules and regulations of the SEC with management and, based on such review and discussion, determine whether or not to recommend to the Board that the CD&A be so included.

- The Compensation Committee shall produce the annual Compensation Committee Report for inclusion in the Company's proxy statement in compliance with the rules and regulations promulgated by the SEC.

- The Compensation Committee has the sole authority and responsibility to select, retain, evaluate and, where appropriate, terminate a compensation consulting firm to assist it in the evaluation of executive compensation, including the sole authority to approve such firm's fees and other retention terms.

- The Compensation Committee shall review and assess the adequacy of the Committee charter periodically.

Effective: August 2008

August 12, 2008

# Corporate Governance Guidelines

## Service Corporation International



**1. Corporate Governance Philosophy**

Service Corporation International ("SCI") is committed to developing effective, transparent, and accountable corporate governance practices. Our corporate governance philosophy is to adopt practices that are not only fully compliant with New York Stock Exchange ("NYSE") and other legislative requirements but that are genuinely effective - yielding a Board that is constructively and actively engaged in corporate oversight.

**2. Director Responsibilities**

2.1. Responsibilities of the Board as a Whole

The Board's primary responsibility is to oversee the affairs of the corporation, to foster the creation of long-term shareholder value, and to protect the corporation's best interests. The Board's specific responsibilities include:

- Review and approval of the annual corporate budget, capital and operating plans, and monitoring corporate performance against plans.

- Review and approval of major corporate actions or initiatives, such as significant acquisitions or divestitures, stock splits, or material capital expenditures.

- Providing counsel to SCI management in the development, review and approval of the corporate strategy and monitoring progress in the implementation of the strategy.

- Delegation of authority to the CEO to operate SCI in accordance with provisions of law and the corporate bylaws.

- Selecting, evaluating, compensating, and if appropriate, replacing the Chief Executive Officer as well as developing plans to ensure effective and orderly development and succession of executive officers.

- Declaring dividends, where appropriate.

- Providing counsel to the CEO and, where appropriate, senior management.

## 2.2. Responsibilities of Individual Directors

Directors are expected to attend all Board meetings and all meetings of Board committees on which they serve, having read and considered the pre-reading materials in advance of the meetings so as to arrive prepared to discuss, question, express a point of view, and act on the agenda items.

Directors are expected to participate constructively in Board and committee meetings, drawing upon their individual experience, knowledge and background, as appropriate, to provide perspective, and insights.

Directors are expected to keep current on relevant developments in business, governance and specific issues pertaining to SCI and its industry.

## 3. Director Qualification Standards

### 3.1. Board Independence

The majority of the Board of Directors of SCI will be comprised of independent directors, meaning directors who have no material relationship with SCI (either directly or as a partner, shareholder, or officer of an organization that has a material relationship with SCI). In addition, the Audit, Compensation, and Nominating and Corporate Governance Committees of SCI will be comprised entirely of independent directors.

The Nominating and Corporate Governance Committee of SCI will review the independence of SCI's directors on an ongoing basis to ensure that Board and Board committee composition is consistent with these principles and with the rules of the New York Stock Exchange and/or other applicable rules.

### 3.2. Personal Characteristics and Core Competencies of Directors

In determining the qualifications for members of the Board of Directors, the Committee will consider the following characteristics:

– Integrity and Accountability

  □ Character is the primary consideration in nominating and evaluating an SCI Board member. Directors should demonstrate high ethical standards and integrity in their business and personal dealings, and be willing to act on, and remain accountable for their boardroom decisions.

3

-- Informed Judgment

    □ The ability to provide wise and thoughtful counsel on a broad range of issues. They should possess a high degree of intelligence, demonstrate prudent judgment, and an awareness of the impact of their decisions on shareholders and other stakeholders.

-- Financial Literacy

    □ The ability to read and understand a balance sheet, income statement, and cash-flow statement, and understand the use of financial ratios and other indices of financial performance.

-- Mature Confidence

    □ The ability to work effectively as part of a team, valuing Board and team performance over individual performance. Openness to other opinions and willingness to listen are as important as the ability to communicate persuasively. Board members should work with each other responsibly, assertively, supportively, and raise tough questions in a manner that encourages open discussion. The working relationship between members of the SCI Board and between the Board and management should be characterized by mutual respect.

-- Innovation

    □ The ability to provide counsel to management in developing creative solutions to problems facing the company and in identifying innovative opportunities that can benefit the company and its shareholders.

-- Commitment

    □ Commitment as demonstrated not only by attendance at Board meetings but by evident preparation and thoughtful participation in Board discussions, willingness to participate in urgent Board discussions on short notice, when applicable, and to be accessible to SCI's senior management and other Board members, as necessary, outside of Board meetings.

4

### 3.3. Core Competencies of the Board as a Whole

The core competencies of the Board as a whole should be aligned with the corporate strategy of SCI, such that expertise is resident in the Board to address significant issues that the Board will be called upon to consider as SCI implements its corporate strategy. With this in mind, the core competencies of the Board as a whole may change over time and will be reviewed regularly by the Nominating and Corporate Governance Committee. The following are the core competencies that the SCI Board as a whole should possess at this time. Each Board member should contribute knowledge, experience, and skills in one or more domain:

– Accounting and Finance

  □ Among the Board's most important responsibilities is overseeing both SCI's long-term corporate performance and the protection of long-term value through adequate internal financial controls.

  □ In accordance with the requirements of the NYSE, the Board shall be comprised so that, at a minimum, all members of the Audit Committee of SCI shall be financially literate and one member shall be a "financial expert" as defined in section 407 of the Sarbanes-Oxley Act.

– Industry Knowledge

  □ As Board members are being asked to make key decisions about SCI's corporate strategy and corporate performance, it is vital that the Board have one or more members with a working knowledge and understanding of SCI's industry and the competitive environment in which the company operates.

– Strategic Insight

  □ One of the Board's critical responsibilities is to approve corporate strategy, provide counsel to management on the development and execution of that strategy, and monitor the implementation of the company's strategic plan. As such, the Board should have one or more members with the ability to provide strategic insight and direction by encouraging innovation, conceptualizing key trends, reviewing the assumptions of the senior management team in strategy development, sharpening the vision, and providing broad, strategic perspective.

5

– Understanding and Fostering Leadership

        □ SCI's performance will ultimately be determined by the ability of the Board of Directors and the CEO to attract, motivate, energize, and retain a high-performance executive team. In addition, the Board must oversee SCI's plans for leadership development and executive succession. As such, the Board should have one or more members with an understanding of issues associated with executive development, short- and long-term compensation, and succession.

– Business Judgment and Management Expertise

        □ Shareholders rely on the Board of Directors to make sensible choices on their behalf. As such, the Board should have many members with a record of making good business decisions.

3.4. Director Retirement

□ Once a Board member has reached the age of 75, he or she will not stand for re-election to the SCI Board.

□ Notwithstanding this provision, in the case of SCI's founder, Robert L. Waltrip, the Board will have the ability to re-nominate Mr. Waltrip to the Board for so long as they deem it appropriate even after Mr. Waltrip has reached the age of 75. The Board believes that Mr. Waltrip, who founded the company from a family business and has led it throughout its history to date, has a unique understanding of SCI's business, its industry, and its history. They believe that shareholders are better served if the Board has the ability to continue Mr. Waltrip's service as a Board member of SCI if he is still willing to make such a contribution once he is over the age of 75. Mr. Waltrip's contribution will be reviewed by the Nominating and Corporate Governance Committee as part of the nomination process, as is the Committee's practice with respect to all SCI directors.

3.5. Director Resignation

□ Should a Board member have a material change in his/her primary employment, they shall promptly tender their resignation to the Board.

3.6. Director Nomination Policy

□ A shareholder who wishes to recommend a prospective nominee for the Board should notify the Company's Corporate Secretary in writing with

whatever supporting material the shareholder considers appropriate. To be considered, the written recommendation from a shareholder must be received by the Company's Corporate Secretary at least 120 calendar days prior to the date of the Company's Proxy Statement for the prior year's Annual Meeting of Shareholders.

## 4. Board Operations

### 4.1. Conduct of Meetings

Board meetings will be conducted in a manner that ensures open communication, meaningful participation, and timely resolution of issues. The Chairman of the Board will ensure that adequate time is provided for full discussion of important items and that management presentations are scheduled in a manner that allows time to be available for Board discussion of any presentations made and of other relevant issues.

### 4.2. Materials in Advance of Meetings

The Board must be given sufficient information to fully discharge its responsibilities and oversight duties. This information comes from a variety of sources - management reports, a comparison of performance to plan, financial statements, articles in various business publications, investment analysts reports, etc. Wherever feasible, Board members will receive materials concerning matters to be acted upon well in advance of the applicable meeting. They may also request additional information of management either at the meeting or prior thereto through either the Chairman or the corporate secretary.

### 4.3. Executive Sessions

At the end of every Board meeting, the Board will meet in an executive session attended only by the non-management directors without management present. The Chair of the Nominating and Corporate Governance Committee will serve as "lead director" and will chair the executive sessions.

If any interested parties have concerns that they wish to make known to the non-management directors, they should communicate these directly to Chair of the Nominating and Corporate Governance Committee.

### 4.4. Director Access to Senior Management

Board members have complete access to SCI's senior management. Except in unique circumstances, the CEO should be advised of significant interaction with management.

4.5. Director Access to Independent Advisors

Board committees comprised of independent directors retain external advisors, as appropriate, in accordance with specific business needs. If management is retaining advisors to assist the Board or any Board committee, such decisions must be known and approved by the Board or the Board committee to which the advisor will provide assistance, in advance of such retention.

Should individual directors retain their own advisors, they shall notify the Nominating and Corporate Governance Committee. Fees of professional advisors retained by individual directors shall only be reimbursed with the approval of a majority of the independent directors on the Board or, in the event that an individual director retains legal counsel and prevails in an action against SCI, the legal fees relating to such action will be reimbursed to the individual director.

**5. Director Recruitment, Orientation, and Continuing Education**

5.1. Director Recruitment

It is the responsibility of the Nominating and Corporate Governance Committee to identify and recruit candidates to serve on SCI's Board of Directors. The recruitment of candidates shall be based on the Individual Core Competencies and Core Competencies of the Board as a Whole outlined in these Corporate Governance Guidelines.

5.2. Director Orientation and Continuing Education

The Chairman of the Board is responsible for the implementation of director orientation and continuing education at SCI. The Chairman works in conjunction with the Nominating and Corporate Governance Committee on these matters.

SCI will develop and regularly review a formal orientation program for new Board members that will include formal and informal sessions with other directors and senior SCI executives and attendance at meetings of committees of which the newly elected director is not a member, so as to gain familiarity with the work of these Board committees and the issues they are addressing. The goal of SCI's orientation program will be to integrate new directors to the Board so that they can quickly become sufficiently knowledgeable about SCI to contribute meaningfully to Board discussions and decision-making.

The focus of continuing education for SCI directors will be on practicality - developing educational sessions that directors find meaningful and useful. These may range from educational sessions specific to issues confronting SCI and its industry to sessions covering corporate governance trends and issues.

Consideration will be given to the development of a program of Board member site visits, whereby SCI directors would be requested to visit one or more SCI facilities annually either independently or in teams.

In addition, the Nominating and Corporate Governance Committee will keep current on courses and educational programs for directors that are offered by various universities, institutes etc. and will make recommendations on continuing education programs to be provided to the Board and Board committees.

## 6. Director Compensation and Stockholdings

### 6.1. Director Compensation

The Nominating and Corporate Governance Committee of the Board is responsible for reviewing directors' compensation levels and practices and making recommendations to the full Board with respect to directors' pay. The goal of SCI's directors' compensation program is to fairly and adequately compensate Board members for their service to SCI and its shareholders. At the same time, the Committee seeks to ensure that the level of director pay is not so significant or excessive as to compromise director independence.

In determining an appropriate level of director pay, the Committee considers:

- The time commitment required of SCI directors to effectively fulfill their responsibilities and duties to shareholders.

- Director compensation levels and practices at comparable companies.

- The proportion of directors' compensation to be provided in SCI stock, deferred common stock equivalents or other equity-based vehicles that would serve to align the interests of SCI directors with SCI shareholders.

### 6.2. Director Stockholdings

Directors are encouraged to own an equity interest in SCI worth at least the value of three years' annual Board retainer within five years of their initial election to the Board. The willingness of an individual to acquire and maintain an equity interest in SCI shall be discussed with any new nominees for the SCI Board of Directors by the Nominating and Corporate Governance Committee prior to his or her nomination.

9

A portion of the directors' fees and committee fees may be paid in SCI stock, or at the directors' option, in deferred common stock equivalents, to facilitate the accumulation of an equity interest in the company.

## 7. Executive Leadership and Succession Planning

### 7.1. CEO Selection and Performance

The selection of the Chief Executive Officer, oversight of the CEO's performance in leading the company, motivation and appropriate compensation of the CEO to reflect performance and planning for succession are among the Board's most important functions.

The Nominating and Corporate Governance Committee has primary responsibility to ensure that CEO succession planning and CEO evaluation processes are conducted by the Board. The full Board of Directors determines the selection of the CEO and all members of the Board participate in the review of CEO performance.

### 7.2. Leadership Development and CEO Succession

The Nominating and Corporate Governance Committee works with the CEO to ensure that a comprehensive plan is in place at SCI to develop executives capable of assuming effective corporate leadership. The plan includes specific developmental initiatives that may include educational programs, playing a significant role in the review and development of strategy for a business unit or the corporation as a whole, and the achievement of specified operational goals or milestones. At least once a year, the Nominating and Corporate Governance Committee and the CEO shall update the full Board on progress against the executive development and succession plans. The Board may recommend changes to the leadership development and succession plans, as appropriate.

The Nominating and Corporate Governance Committee also works with the CEO to ensure that an effective plan is in place for executive succession in the event of an emergency situation. The full Board is updated on this plan at least once a year.

### 7.3. Executive Evaluation

The Nominating and Corporate Governance Committee will work with the CEO to design and implement a comprehensive annual evaluation process for those executives being developed for corporate leadership. A summary of these evaluations will also be presented to the full Board in conjunction with the annual review of the succession plans.

10

## 8. Annual Performance Evaluation of the Board

### 8.1. Annual Performance Evaluation of the Board and Board Committees

The Nominating and Corporate Governance Committee will oversee and facilitate a comprehensive self-evaluation of the Board of SCI and each of the Board committees on an annual basis to determine whether the Board and its committees are functioning effectively and to identify any areas to further enhance Board and committee operations.

### 8.2. Peer Review

The Nominating and Corporate Governance Committee will oversee a director peer review process as part of the annual re-nomination review process and for the ongoing professional development of Board members.

11

*August 12, 2008*

# CODE OF CONDUCT AND ETHICS FOR OFFICERS AND EMPLOYEES

This Code of Conduct and Ethics applies to all officers and employees of Service Corporation International and its affiliated companies (collectively referred to herein as "the Company"). No provision of this Code of Conduct and Ethics may be waived for executive officers of the Company unless such waiver is granted by the Company's board of directors or a committee of that board and is promptly disclosed to the Company's shareholders as required. All references to "employees" herein shall be deemed to include officers.

All employees are expected to fully comply with all provisions of this Code of Conduct and Ethics. Failure to do so is grounds for disciplinary action, up to and including termination of employment.

## CONFLICTS OF INTEREST

It is not accepted as good business practice for employees to engage in any outside activities or interests which may potentially conflict or appear to conflict with the Company's best interest. It is the policy of the Company to require disclosure of these activities.

While it is not possible to describe or anticipate all the circumstances and situations that might involve or appear to involve conflicts of interest, the following are some examples which are not intended to be all-inclusive.

- Employees shall not be connected directly or indirectly with any business (as owner, partner, officer, director, participant, licensee, consultant, or shareholder; or as the recipient of wages, salary, bonuses, fees, commissions, or other compensation of value of any kind) which:

  - Sells and/or provides materials, supplies, equipment, facilities, or services to the Company or any of its affiliates.

  - Is in direct or indirect competition with the Company or any of its affiliates.

  - Is a customer of the Company or any of its affiliates.

Ownership of shares of stock in listed, publicly traded companies acquired as a part of a normal investment program is permitted.



*1*

- Employees shall not seek or accept any gifts, payments, fees, services, privileges, vacations, or pleasure trips without a business purpose, loans (other than conventional loans from lending institutions), or other favors from any person(s) or business organization(s) that does or seeks to do business with, or is a competitor of the Company or any of its affiliates. No employee shall accept anything of value in exchange for referral of third parties to any such person or business organization. Employees are not prohibited from accepting a gift of *nominal* value made in the course of a normal business relationship.

- Employees shall not disclose (directly or indirectly) any proprietary or other confidential information about the Company or its affiliates. Under no circumstances should such information be placed, posted or discussed on the Internet or discussed at social gatherings, at home or otherwise disclosed. Employees shall not use such information to further personal interest to the disadvantage of the Company or any of its affiliates. The success of the Company is largely dependent upon the strict adherence by all employees to the Company's policy of nondisclosure of proprietary or confidential information. The sharing of such information with others may (a) result in penalties under state and federal securities laws, (b) constitute the theft of trade secrets, which is a crime, (c) generate criticism and embarrassment to the employee and the Company, and (d) compromise the Company's ability to achieve its strategic objectives.

- Employees shall not acquire (directly or indirectly) through ownership or lease any property, real estate, or facilities in which the Company or any of its affiliates have an active or potential interest.

- Employees shall not speculate or commercially deal in the products (first quality, used, obsolete, or scrap) sold by the Company or any of its affiliates or in any used property (machinery, equipment, facilities, furniture, fixtures, flowers, etc.) of the Company or any of its affiliates.

- Employees shall not take for their personal benefit any business opportunities that are discovered through the use of Company property, information or position, unless (1) such opportunity is first disclosed to and declined by the Company; and (2) pursuing such opportunity does not violate any other provision of this Code of Conduct and Ethics.

- Each employee of the Company has a responsibility to protect Company assets entrusted to them from loss, theft, misuse and waste. Company assets and funds may be used only for business purposes and may never be used for illegal purposes. If an employee becomes aware of theft, waste or misuse of our assets or funds or has any questions about the proper use of such assets, the employee should immediately notify their supervisor or contact the CareLine.

Any employee engaging in these or similar activities may be subject to disciplinary action, including termination.

Business Gifts.   A business gift may be defined as "*anything of value*" given to a business associate or business entity by an employee. The term "*anything of value*"

applies to cash and material items including but not limited to bonuses, gifts, trips or appliances. The term business entity includes any person or company with whom an employee could reasonably expect to engage or deal in the active conduct of the Company's business. The term includes suppliers, agents, civic or charitable organizations, clients, advisors, and clergy.

Business gifts may be given to non-government representatives at Company expense only if the gift:

- Is consistent with accepted business practices.
- Is limited to nominal value.
- Is consistent with applicable laws and regulations.
- Will not embarrass the Company if it is disclosed publicly.

# SECURITIES TRADING AND INVESTMENT POLICY

Because Service Corporation International ("SCI") is a publicly traded corporation, there are certain legal limitations on the trading of SCI stock by employees of SCI and its affiliates. Violation of these laws can lead to fines, other monetary penalties and criminal prosecution. If you have any questions about the following policy, contact the Company's legal counsel.

Employees may not buy, sell or recommend the purchase or sale of SCI's stock, or *that of any other company* based on information known to the employee because of his/her employment which is not known to the general public. Examples of this type of information include, but are not limited to:

- Advance earnings reports.
- Proposed major acquisitions or investments.
- Substantial fraud by a company employee or officer.
- Widespread management reorganizations.
- Increase or decrease in dividend payments.
- Pending litigation or governmental proceedings.
- Major new customers or products.

Not only does the law prohibit employees from using the above type of information for their own account, but employees are also generally prohibited from disclosing such nonpublic information to anyone else who uses the information to buy or sell, even if the employee does not profit himself/herself.

3

# ANTITRUST POLICY

In the arena of antitrust issues, Company concern centers on those laws that prohibit unfair competition methods and agreements that unduly restrain competition. This section provides only a brief summary of key antitrust issues. Any employee questioning whether a particular action might expose the Company or its personnel to antitrust risk should contact his or her supervisor.

Violations of federal antitrust laws can result in severe fines, treble damage awards, injunctions, even imprisonment.

### Interaction with Competitors

Employees may not enter into agreements or understandings with present or potential competitors concerning the following subjects:

- Prices, discounts, credit terms, or other sale terms or conditions.
- Costs, profits, market share, customers served or similar Company information.
- Credit information concerning customers.

It is unlawful for any agreement between competitors to fix, stabilize, bolster, depress or tamper with a price. Mere discussion of these subjects with competitors may create the appearance of collusion or conspiracy, even where none actually exists. In turn, this may expose the employee and Company to liability. For example, price fixing may be alleged if competitors post an identical price increase after a trade association meeting where "business conditions" and pricing were discussed. Although competitors can easily determine prices of the Company's funeral goods and services by requesting the General Price List, it is still important to avoid sharing prices with them.

"Price fixing" includes more than sales price agreements with competitors. It may also include agreements to follow a certain formula for determining prices, to standardize discounts, merchandise or services offered, to control merchandise or service prices, and any other agreement that will affect the price structure of a given product or service.

To avoid the appearance of collusion, do not model sales contracts after those of competitors. It is also unlawful for competitors to agree on the prices at which they will buy from suppliers.

It is unlawful for competitors to agree to divide or allocate sales territories or customers. Strictly avoid any information exchange with competitors relating to customers or territories. It can create the appearance of collusion or agreement.

### Business with Customers

There are certain customer dealings that can create antitrust violations. These dealings include the following.

Tie-Ins.  Do not sell a product or service contingent upon the customer's purchase of an additional product or service.

Pricing.  The Company may price its goods and services competitively. However, as a general rule, do not set prices at levels below cost without consulting your supervisor.

Sales Pricing.   Sales efforts should emphasize service and competitive prices. Never attempt to make a sale by saying our affiliates are the only businesses serving the area. Also, never say, or imply, that the competition does not serve a particular area. Avoid any reference to "our area" or "their area."

## Refusals to Deal

It is illegal to make any agreement with others that results in a refusal to deal with suppliers or competitors. This may be considered a blacklist or a boycott. For this reason, avoid exchanging information concerning particular customers or suppliers that might lead others to make similar no-deal decisions.

## Internal Company Communications

Internal Company communications often deal with competition and are to keep abreast of competitive business developments. However, these memoranda could easily be misunderstood by outside observers and may therefore lead to antitrust charges. Every communication regarding competition may someday be produced for inspection by parties seeking evidence against the Company. Every Company communication should be written from this perspective.

Avoid any inference that the Company intends to restrict competition in any of its business. In particular, avoid vivid or dramatic language describing the Company's competitive tactics: do not speak of "driving" others "out of the market." Also, do not refer to the Company's position as "dominant," or of a particular part of a city or area as being a separate "market."

## Government Investigations and Information Requests

It is the Company's policy to cooperate with federal, state, and local investigators who seek information about Company operations. At the same time, the Company is entitled to all legal safeguards for the benefit of persons under investigation.

The Company will cooperate with representatives of the Department of Justice, the Federal Trade Commission, the FBI, or any other state or federal government agency that requests an interview with any employee or seeks data, document copies, or file access. The representative should be told that the Company will cooperate, but the matter must

be initially referred to a supervisor. All such requests, written or oral, must be immediately reported to your supervisor.

**Cemetery Issues**

In addition to the above guidelines, cemeteries and their employees should comply with the following policies.

Cemeteries must not prohibit third parties from providing vaults, caskets, markers or monuments for use in the cemetery; nor from allowing others to install vaults, memorials or markers in the cemetery.

# REPORTS AND FILINGS WITH GOVERNMENTAL AGENCIES

Reports and documents filed with any governmental agency (including but not limited to the Securities and Exchange Commission) must be full, fair, accurate, timely and understandable. This requirement applies to all public communications made on behalf of the Company.

# RULES OF CONDUCT

**General Rules**

It is important that all employees conduct themselves courteously and professionally. There are some forms of behavior that will not be tolerated, including, but not limited to:

- Unwelcome conduct whether physical, verbal or visual, that is based upon a person's race, sex, religion, color, ancestry, national origin, veteran status, age, disability or other legally protected group status. The conduct prohibited by this policy includes:

  - Epithets, slurs, negative stereotyping or intimidating acts that are based on a person's protected status.

  - Written or graphic material circulated within or posted within the workplace that shows hostility toward a person or persons because of their protected status.

- Insubordination, or refusal to comply with reasonable instructions.

- Disorderly, indecent, immoral, unethical, unprofessional, or abusive conduct.

- Use of tape recorders or other recording devices to record conversations by or with other employees without their knowledge and express permission, except in connection with business-related investigations conducted at management's direction.

*6*

- Damage, destruction, theft, or misuse of Company property. Note: Company property includes documents and files, both paper and electronic format, including but not limited to customer documents and files. Such information may not be removed from the Company's premises without proper authorization.

- Possessing, using, selling, or being under the influence of alcohol or illegal drugs while on Company premises, on Company business, or driving a Company vehicle.

- Carrying unauthorized weapons (firearms, knives, explosives, etc.) on Company-owned facilities such as buildings, grounds, parking facilities, or in Company vehicles.

- Excessive absenteeism or tardiness.

- Unauthorized use of the Company's confidential information, or revealing such information to unauthorized persons.

- Employment with, or otherwise promoting or supporting, a direct competitor while still working for the Company.

- Violating federal, state, or local laws, rules or regulations.

- Failure to cooperate in any Company investigation.

- Embezzlement of Company assets.

- Falsifying Company records.

- Providing false information to supervisors, being deceitful, or withholding information.

- Engaging in any form of fraudulent activity.

- Violating safety rules and regulations or failure to report on-the-job accidents.

- Using Company-paid time for an unauthorized purpose.

All employees should refer questions or problems concerning these *Rules of Conduct* to their supervisor. Many of the behaviors discussed in these *Rules of Conduct* are discussed in more detail in the Company's Employee Handbook. When referring to the *Rules of Conduct*, determine if that topic is also addressed in the Employee Handbook.

**Respect for the Deceased**

We must care for the departed with respect and dignity while protecting the family's privacy with compassion and integrity. The Company's policy is to handle human remains respectfully, ethically and professionally; adhering to all laws and regulations.

**Policy Against Harassment**

A work environment that is comfortable and professional requires adherence to high standards of personal conduct. Harassment of any kind (sexual, racial, ethnic, etc.) must not be tolerated.

Harassment is defined as the persistent annoying of one person by another in any form (verbal, physical, or visual) for any reason, including sexual, racial, and/or ethnic, especially when it impairs the employee's ability to perform his or her job.

Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when:

- Submitting to such conduct is made a condition of a person's employment.
- A person's reaction to such conduct is used as a basis for decisions that affect his or her employment.
- The conduct interferes with a person's work performance or creates an intimidating, hostile, or offensive work environment.

If you have reason to believe that you, a fellow employee, or an employee who reports directly to you is a victim of harassment, you are required to report it immediately. Report all cases of alleged harassment to your supervisor, who will then assist in the investigation and problem resolution phases.

In the event that your complaint involves your supervisor, you should follow the procedures outlined in *Problem Solving Procedures*. Harassment can also be reported to the *CareLine* when anonymity is desired.

If the supervisor is part of the problem, report it to the next level of management. Complaints will be investigated promptly and will be resolved through the Company's *Problem Solving Procedure*, and if a determination is made that harassment occurred, disciplinary action will be taken, up to and including termination. Employees must never be exposed to retaliation for having made a complaint or for participating in any investigation.

### Equal Opportunity

The Company is an Equal Opportunity Employer. Discrimination against any employee, applicant, customer or any other person on the basis of race, religion, ethnicity, age, gender, veteran status or disability is prohibited. It is the Company's goal to provide fair employment for all employees and to follow the laws and regulations governing each location.

In some locations, state or local laws and regulations may be more restrictive than federal laws. Locations operating within those areas must abide by the more restrictive laws.

### The Americans with Disabilities Act

The Company is committed to complying fully with the Americans with Disabilities Act (ADA). The Company will not discriminate against any employee or job applicant because of a physical or mental disability.

*8*

Procedures. The Company will make reasonable accommodations, as necessary, for employees with known disabilities who are otherwise qualified to safely perform the duties and assignments of their jobs. The accommodation must be one that can be made without undue hardship to the Company.

Employees or applicants who need a reasonable accommodation in order to perform the essential functions of a job must request such accommodation.

Safety and Health. The Company reserves the right to require an employee to submit to a medical examination by a physician of the Company's choice and at the Company's expense when there is reason to fear that an employee's condition might be hazardous to the safety and health of co-workers.

## Retaliation

Retaliation of any type against any employee will not be tolerated. Employees will not be subjected to retribution or reprisal for filing complaints, participating in any investigation, or reporting any violations of law or Company policy. Report retaliation to your supervisor, the next level of management, or the CareLine.

## Illegal or Fraudulent Acts

All employees are responsible for promptly reporting any fraud, misappropriation and/or any other irregularity occurring in the workplace, including any and all violations of this Code of Conduct and Ethics.

One of the Company's goals is to maintain open lines of communication. For that reason, the Company's Problem-Solving procedure and the CareLine are important resources. In addition, employees may communicate concerns about company financial matters directly to the Manager of Client Satisfaction at 713-525-5479. Concerns will be relayed to the Audit Committee.

The Company will cooperate with law enforcement agencies in the detection, investigation, and reporting of criminal acts. The Company is not responsible for an employee's personal effects due to loss or theft on company premises.

## Employee Assistance Program (EAP)

The Employee Assistance Program (800/531-0200) is a confidential counseling and referral program designed to help employees, their spouses, and dependent children cope with personal problems before they reach crisis proportions.

The EAP does not represent Company management and should not be considered a substitute for reporting to management when such disclosures are warranted.

**CareLine**

The CareLine (800/455-1140) is a toll-free number that can be used by employees to report workplace situations which cannot be resolved through the Problem Solving Procedure. Auditing or accounting matters may also be reported through the CareLine. To help management address your concerns quickly, please provide all relevant circumstances. Your call will be taken seriously and investigated thoroughly. Anonymous calls are accepted; however, some situations may be difficult to resolve without adequate information.

**Problem-Solving Procedures**

Employees are encouraged to bring to management's attention any violations of law or Company policy, as well as any other work-related problem. Each employee has the right to:

- Discuss work-related complaints or problems with management and receive a carefully considered response.

- Appeal a supervisor's decision to a higher authority *without fear of retribution or prejudice.*

Definitions. A complaint or problem is defined as a condition of employment that the employee believes or feels is unjust or inequitable.

An appeal is defined as an employee's right to take a decision to a higher authority.

Procedures. All personnel are actively encouraged to solve problems by discussing them with management. Occasionally, an employee's complaint involves his or her supervisor. In such a case, employees are encouraged to discuss these complaints with the next level of management. *An employee must never be exposed to retaliation for making a complaint or participating in any investigation.*

Response
Supervisors have been encouraged to respond to an employee within ten (10) business days of the initial complaint.

Witnesses
An employee has the right to request that a fellow employee witness the lodging of a complaint with a supervisor. Conversely, a supervisor may also request that an employee witness the proceedings.

Appeals
Unresolved complaints may be appealed to the next level of management.

Complaints which are not resolved to an employee's satisfaction may be appealed through successive levels of management.

Appeals through the chain-of-command must be made within ten (10) calendar days of the previous supervisor's decision. Each level of management will attempt to respond in writing within ten (10) calendar days. If a response is not received within the designated time, the employee may continue the appeal process.

# Service Corporation International

# Whistleblower

# Policies and Procedures

**A.  Objective**

To describe the policies and procedures of the Company pertaining to the receipt, retention and treatment of communications received by the Company from a Covered Person, as defined below, regarding accounting, internal accounting controls, or auditing matters.

**B.  Discretion to Delegate**

The Audit Committee, in its discretion, may delegate its responsibilities, as described herein, to any member of the Audit Committee or otherwise, as it deems appropriate.  The General Counsel or the Disclosure Committee may, in their discretion delegate their respective responsibilities, as described herein, to any member of management or otherwise, as they deem appropriate.

**C.  Certain Terms**

1.  Reported Matter – Any complaint or concern, either written or verbally communicated to management or the Board of Directors of the Company, regarding the following:

   a.    Questionable accounting, internal accounting controls and auditing matters, including those regarding the circumvention or attempted circumvention of internal accounting controls or those which would otherwise constitute a violation of the Company's accounting policies ("Accounting Allegation"); and

   b.    Retaliation against Covered Persons who make Accounting Allegations ("Retaliatory Act").

2.  Covered Person -- Any officer or employee of the Company submitting a Reported Matter to the Company.

3.  Recipient -- Company management, the Board of Directors, the Audit Committee, or any individual member of one of those parties.

**D.  Whistleblower's Protection**

Consistent with the policies of the Company, the Company shall not discharge, demote, suspend, threaten, harass, or in any other manner discriminate against a Covered Person in the terms and conditions of their employment because such Covered Person submits a Reported Matter or provides assistance to the Audit Committee, management or any other person or group, including any governmental, regulatory or law enforcement body, in the investigation of a Reported Matter.  The Audit Committee shall not, unless compelled by judicial or other legal process, reveal the identity of any person who submits a Reported Matter and requests that his or her identity, as the person reporting the Reported Matter, remain confidential.  Furthermore, the Audit Committee shall not make any effort, or tolerate any effort made by management or any employee, to ascertain the identity of any person who submits a Reported Matter anonymously.



E. Procedures for Submitting Reported Matters

Any Covered Person may submit a Reported Matter to a Recipient openly, confidentially or anonymously. In addition to any other means available to a Covered Person, a Reported Matter may be submitted verbally or in writing as follows:

1. Directly to management, using the Careline at its toll-free number: 800.455.1140. Refer to the Careline policies and procedures, contained in the Company's employee handbook, for additional information.

2. Directly to management, in writing, using the following mailing address:

Careline

Service Corporation International

Post Office Box 130548

Houston, Texas 77219-0548

F. Procedures for Receiving Reported Matters

1. Any Recipient shall forward a Reported Matter to the General Counsel, who is responsible for investigating all Reported Matters, and to the Disclosure Committee. The General Counsel shall consider the nature, severity and credibility of any Reported Matter submitted to it to determine whether the Reported Matter should be immediately communicated to the Audit Committee prior to the investigation. With respect to an Accounting Allegation, the General Counsel shall consult with the Company's Chief Financial Officer or Corporate Controller to determine whether the Reported Matter should be immediately communicated to the Audit Committee, unless the CFO or Controller are the subject of such matter, in which case the General Counsel shall discuss the matter directly with the Chair of the Audit Committee.

2. Reported Matters that involve the General Counsel require immediate notification to the Chair of the Audit Committee to determine the appropriate party to conduct an investigation.

3. All Reported Matters investigated by the General Counsel shall be presented to the Disclosure Committee in its scheduled quarterly meetings for review of the relevant facts and circumstances of the Reported Matters and the results of any investigations.

4. The Disclosure Committee will present a summary of all Reported Matters and the results of the investigations to the Audit Committee in its quarterly meetings. For this purpose, the General Counsel shall maintain a log of all Reported Matters, tracking their receipt, investigation, and resolution (the "Whistleblower Log").

G. Procedures for Investigating Reported Matters

1. The General Counsel, or any other person charged with conducting the investigation, shall have the right to consult with any member of management that is not the subject of the allegation and who may have appropriate expertise or knowledge to assist with the investigation.

2. The General Counsel, or any other person charged with conducting the investigation, shall also have the right to engage outside auditors, counsel or other experts, as necessary, to assist in the investigation of the facts and in the analysis of results.

H. Policy for Retaining Records of Reported Matters

The Company shall retain, for a period of ten years, the Whistleblower Log and all records relating to any Reported Matter and to the investigation of any Reported Matter.

August 2004

 Service Corporation International

Print Page | Close Window

## Service Corporation International Announces Fourth Quarter 2008 Financial Results and Comments on Outlook for 2009

- Conference call on Thursday, February 26, 2009, at 9:00 a.m. Central Standard Time.

HOUSTON, Feb. 25 /PRNewswire-FirstCall/ -- Service Corporation International (NYSE: SCI), a leading provider of deathcare products and services, today reported results for the fourth quarter and fiscal year 2008 and provided its comments on its outlook for fiscal year 2009. Our consolidated financial statements can be found at the end of this press release. The table below summarizes our key financial results:

(In millions, except for per share amounts)

|  | Three Months Ended December 31, | | Twelve Months Ended December 31, | |
|---|---|---|---|---|
|  | 2008 | 2007 | 2008 | 2007 |
| Revenues | $517.0 | $572.9 | $2,155.6 | $2,285.3 |
| Operating income | $60.9 | $89.9 | $292.7 | $346.2 |
| Net income | $9.5 | $166.8 | $97.1 | $247.7 |
| Diluted earnings per share | $.04 | $.60 | $.37 | $.85 |
| Earnings from continuing operations excluding special items (1) | $22.1 | $38.8 | $134.2 | $151.5 |
| Diluted earnings per share from continuing operations excluding special items (1) | $.09 | $.14 | $.52 | $.52 |
| Diluted weighted average shares outstanding | 254.3 | 276.8 | 260.4 | 290.4 |
| Net cash provided by operating activities | $116.9 | $27.6 | $350.2 | $356.2 |
| Net cash provided by operating activities excluding special items (1) | $28.7 | $65.7 | $355.3 | $430.4 |

(1)  Earnings from continuing operations excluding special items, diluted earnings per share from continuing operations excluding special items, and net cash provided by operating activities excluding special items are non-GAAP financial measures. A reconciliation to net income, diluted earnings per share, and net cash provided by operating activities computed in accordance with GAAP can be found later in this press release under the heading "Non-GAAP Financial Measures" or "Cash Flow and Capital Spending".

Highlights:


EXHIBIT
21
Ryan

-- Diluted earnings per share from continuing operations excluding
   special items of $0.09 in the fourth quarter 2008 was at the high end
   of the Company's recent guidance range of $0.07-$0.09, and declined
   $.05 from the prior year fourth quarter.
-- Funeral operations performed well during the quarter, with comparable
   gross profit increasing $3.1 million or 4.3% despite lower funeral
   volumes and lower trust fund income recognized on matured preneed
   funeral trust contracts.
-- Cemetery operations were more susceptible to economic and financial
   market conditions, with comparable gross profit decreasing $28.4
   million or 59%, driven by lower preneed sales, lower trust fund income
   recognized and less cemetery property construction revenue.
-- Net cash provided by operating activities excluding special items of
   $28.7 million during the quarter was at the high end of the Company's
   recent guidance range of $20 to $30 million, however decreased $37.0
   million from the prior year quarter due primarily to the decline in
   operating income as well as a slowdown in preneed cash receipts.

Tom Ryan, the Company's President and Chief Executive Officer, commented on the fourth quarter of 2008:

"The negative consumer sentiment which impacted preneed cemetery sales coupled with the extraordinary
decline in the financial markets had a significant negative effect on our cemetery operating results. On the
bright side, our funeral operations delivered solid operating results as we would have expected as they are less
sensitive to economic conditions and the financial markets."

2009 OUTLOOK

Commenting on the Company's 2009 outlook is Tom Ryan, the Company's President and Chief Executive
Officer:

"It is clear 2009 will be a challenging year for both SCI and the entire global economy. Comparable funeral
services performed in January and February of 2009 were significantly lower as compared to the prior year.
Additionally, we continue to see a difficult economic environment for the consumer and uncertain financial
markets which will reduce anticipated earnings in 2009 compared to 2008. However, due to the stability of our
core funeral business and our intention to diligently manage our costs and capital spending in 2009 we believe
we can still generate a healthy amount of free cash flow. With approximately $150 million in cash, no
significant near term debt maturities, and the predictable nature of our funeral operations, we are confident we
have the financial strength, resources and people to address the task of successfully operating in a contracting
market and position our Company to benefit from the market's eventual recovery."

Our outlook for potential earnings and cash flow in 2009 is as follows:

(In millions, except for per share amounts)
Diluted earnings per share excluding special items(1) (2)   $.26 to $.36
Net cash provided by operating activities                   $220 to $300
Capital improvements at existing facilities and
 cemetery development expenditures                          $80 to $90


(1)  Diluted earnings per share excluding special items is a non-GAAP

financial measure.  We normally reconcile this non-GAAP financial measure to diluted earnings per share; however, diluted earnings per share calculated in accordance with GAAP is not currently accessible on a forward-looking basis.  Our outlook for 2009 excludes the following because this information is not currently available:  Gains or losses associated with asset dispositions; gains or losses associated with the early extinguishment of debt; potential tax adjustments to reserves, payments, credits or refunds; and potential costs associated with settlements of litigation or the recognition of receivables for insurance recoveries associated with litigation.  The foregoing items, especially gains or losses associated with asset dispositions, could materially impact our forward-looking diluted EPS calculated in accordance with GAAP, consistent with the historical disclosures found later in this press release under the heading "Non-GAAP financial measures".

(2)  The guidance range for diluted earnings per share from continuing operations excluding special items in 2009 assumes an effective tax rate of 34%. This estimate assumes the Company achieves certain benefits from tax planning strategies expected to be completed in 2009.  The estimate also assumes certain income levels earned within specific taxable jurisdictions.  If these expected benefits are not achieved, the expected effective tax rate may be negatively impacted.

This outlook reflects management's current views and estimates regarding future economic and financial market conditions, company performance and financial results, business prospects, the competitive environment and other events. This outlook is subject to a number of risks and uncertainties, many of which are beyond the control of SCI, that could cause actual results to differ materially from the potential results highlighted above. A further list and description of these risks, uncertainties and other matters can be found later in this press release under "Cautionary Statement on Forward-Looking Statements".

REVIEW OF RESULTS FOR FOURTH QUARTER AND FISCAL YEAR ENDED 2008

Consolidated Segment Results

(In millions, except funeral services performed and average revenue per funeral service)

|  | Three Months Ended December 31, | | Twelve Months Ended December 31, | |
|---|---|---|---|---|
|  | 2008 | 2007 | 2008 | 2007 |
| Funeral |  |  |  |  |
| Funeral atneed revenue | $235.0 | $244.0 | $967.5 | $1,012.8 |
| Funeral recognized preneed revenue | 108.2 | 115.1 | 446.7 | 455.3 |
| Other revenues(1) | 13.2 | 11.8 | 61.5 | 57.2 |
| Total funeral revenues | $356.4 | $370.9 | $1,475.7 | $1,525.3 |

| | | | | |
|---|---|---|---|---|
| Gross profit | $72.6 | $71.2 | $312.8 | $307.6 |
| Gross margin percentage | 20.4% | 19.2% | 21.2% | 20.2% |
| Funeral services performed | 67,683 | 70,773 | 278,165 | 299,801 |
| Average revenue per funeral Service | $5,071 | $5,074 | $5,084 | $4,897 |
| Cemetery | | | | |
| Cemetery atneed revenue | $62.6 | $62.7 | $259.1 | $274.6 |
| Cemetery recognized preneed revenue | 84.6 | 113.7 | 339.7 | 380.9 |
| Other revenue (2) | 13.3 | 25.6 | 81.1 | 104.5 |
| Total cemetery revenues | $160.5 | $202.0 | $679.9 | $760.0 |
| Gross profit | $19.1 | $48.9 | $105.9 | $159.3 |
| Gross margin percentage | 11.9% | 24.2% | 15.6% | 21.0% |

(1)   Included in Other revenues for funeral operations are General
       Agency (GA) revenues.  These are commissions we receive from
       third-party insurance companies for life insurance policies or
       annuities sold to preneed customers for the purpose of funding
       preneed funeral arrangements.

(2)   Other cemetery revenue is primarily related to cemetery merchandise
       and service trust fund income, endowment care trust fund income,
       and interest and finance charges earned from customer receivables on
       preneed installments contracts.


Comparable Funeral Results


The table below details comparable funeral results of operations ("same store") for the three months ended
December 31, 2008 and 2007. We consider comparable operations as those owned for the entire period
beginning January 1, 2007 and ending December 31, 2008.

| (In millions, except funeral services performed, average revenue per funeral service and preneed funeral contracts sold) | Three months ended December 31, | | | |
|---|---|---|---|---|
| | 2008 | 2007 | Change | Change % |
| Comparable funeral revenue: | | | | |
| Atneed revenue | $229.6 | $237.4 | $ (7.8) | (3.3%) |
| Recognized preneed revenue | 107.0 | 112.3 | (5.3) | (4.7%) |
| Other revenue (1) | 13.0 | 11.7 | 1.3 | 11.1% |
| Total comparable funeral revenues | $349.6 | $361.4 | $(11.8) | (3.3%) |

| | | | |
|---|---|---|---|
| Comparable gross profit | $75.5 | $72.4 | $ 3.1 | 4.3% |
| Comparable gross margin percentage | 21.6% | 20.0% | | |
| Comparable funeral services performed: | | | | |
| Preneed | 22,920 | 22,606 | 314 | 1.4% |
| Atneed | 43,180 | 46,117 | (2,937) | (6.4%) |
| Total | 66,100 | 68,723 | (2,623) | (3.8%) |
| Comparable average revenue per funeral service | $5,092 | $5,088 | $ 4 | 0.1% |
| Comparable preneed funeral production: | | | | |
| Sales | $93.8 | $98.5 | $ (4.7) | (4.8%) |
| Total preneed funeral contracts sold | 16,292 | 18,297 | (2,005) | (11.0%) |
| Average revenue per contract sold | $5,757 | $5,383 | $374 | 6.9% |

(1)   Other revenue consists primarily of General Agency (GA) revenues,
      which are commissions we receive from third-party insurance
      companies for life insurance policies or annuities sold to preneed
      customers for the purpose of funding preneed funeral arrangements.


--   Comparable funeral services performed decreased 3.8% from the fourth
     quarter of 2007.  We believe this is primarily due to a lower number
     of deaths in our relevant markets as we experienced a less pronounced
     impact from influenza.
--   The average revenue per funeral service grew 0.1% over the prior year
     quarter, which was below the Company's expectations.  An unfavorable
     currency impact from businesses in Canada reduced average revenue per
     funeral service by 250 basis points.  This was substantially offset by
     reductions in Canadian expenses due to currency and had a negligible
     effect on gross margins.   Additionally, declines in trust fund income
     recognized on matured preneed contracts decreased $4.8 million
     resulting in a 130 basis point decline in average revenue per funeral
     service.  Excluding these items, our average revenue per funeral
     service increased 4.0% for the quarter.
--   Despite the decline in revenues, funeral gross profit increased $3.1
     million, or 4.3%, due to declines in variable costs, employee-related
     costs, and general liability insurance expenses.   The gross margin
     percentage increased to 21.6% compared to 20.0% in 2007.
--   Preneed funeral sales production decreased $4.7 million, or 4.8%.
     Total funeral contracts sold were reduced by 11% as discretionary
     purchases were impacted by the uncertain economic conditions; however,
     the average revenue per contract sold increased 6.9%.  Preneed funeral
     sales are deferred and recognized in the future when the funeral
     service is performed.
--   The cremation rate increased 70 basis points to 42.1% in the fourth
     quarter of 2008 compared to 41.4% for the same period of 2007.


Comparable Cemetery Results

The table below details comparable cemetery results of operations ("same store") for the three months ended December 31, 2008 and 2007. We consider comparable operations as those owned for the entire period beginning January 1, 2007 and ending December 31, 2008.

| (In millions) | Three months ended December 31, | | | |
| --- | --- | --- | --- | --- |
| | 2008 | 2007 | Change | Change % |
| Comparable cemetery revenue: | | | | |
| Atneed revenue | $62.1 | $59.4 | $2.7 | 4.5% |
| Recognized preneed revenue | 83.4 | 111.0 | (27.6) | (24.9%) |
| Other revenue (1) | 13.2 | 24.6 | (11.4) | (46.3%) |
| Total comparable cemetery revenues | $158.7 | $195.0 | $(36.3) | (18.6%) |
| Comparable gross profit | $19.7 | $48.1 | (28.4) | (59.0%) |
| Comparable gross margin percentage | 12.4% | 24.7% | | |
| Comparable preneed and atneed cemetery production: | | | | |
| Preneed and Atneed Sales | $130.1 | $159.0 | $(28.9) | (18.2%) |
| Recognition rate (2) | 111.8% | 107.2% | | |

(1)   Other cemetery revenue is primarily related to cemetery merchandise and service trust fund income, endowment care trust fund income and interest and finance charges earned from customer receivables on preneed installment contracts.

(2)   Represents the ratio of current period revenue recognition stated as a percentage of current period sales production.

-- Comparable atneed cemetery revenues grew $2.7 million or 4.5% during the fourth quarter of 2008 primarily driven by higher merchandise and service revenues, even as we experienced a 230 basis point decline in interments.
-- Comparable preneed cemetery revenues decreased $27.6 million, or 24.9%, primarily due to a $24 million, or 32.3%, decline in preneed property sales.  Approximately $10 million of the decline was related to two large sales in the fourth quarter of 2007.  Excluding these large sales, total property sales production decreased 21.7% for the quarter.  Additionally, we experienced a $5.2 million decline in new cemetery property construction revenue.
-- Other revenue decreased by $11.4 million as trust income was dramatically reduced from the prior year due to negative market returns in the fourth quarter of 2008.
-- Cemetery gross profit decreased $28.4 million, or 59.0%, and the gross margin percentage decreased to 12.4% compared to 24.7% due to the revenue declines described above which were partially offset by lower variable costs.
-- Cemetery preneed and atneed sales production decreased $28.9 million, or 18.2% due to the challenging consumer environment created by the current economic uncertainty.  A portion of total cemetery sales production is recognized in current period revenues and is therefore

reflected in the revenue decrease described above, while the remaining
portion is deferred and reduces revenues to be recognized in the
future.


Other Financial Results

-- General and administrative expenses decreased $13.7 million compared
   to the fourth quarter of 2007.  This decrease was primarily due to
   $9.5 million of one-time transition and other expenses incurred in
   2007 in relation to our Alderwoods acquisition as well as $6.1 million
   of costs incurred in 2007 to terminate our pension plan.


Cash Flow and Capital Spending

Set forth below is a reconciliation of net cash provided by operating activities excluding special items to our
reported net cash provided by operating activities prepared in accordance with GAAP. We do not intend for this
information to be considered in isolation or as a substitute for other measures of performance prepared in
accordance with GAAP.

| (In millions) | Three Months Ended December 31, | | Twelve Months Ended December 31, | |
|---|---|---|---|---|
| | 2008 | 2007 | 2008 | 2007 |
| Net cash provided by operating activities, as reported | $116.9 | $27.6 | $350.2 | $356.2 |
| Redemption of French securities | – | (17.0) | – | (17.0) |
| Premiums paid on early extinguishment of debt | – | 0.3 | – | 11.7 |
| Net tax refund | (91.2) | – | (1.2) | – |
| Pension termination contribution | 3.0 | 40.9 | 3.0 | 40.9 |
| One-time Alderwoods transition and other costs | – | 13.9 | 3.3 | 38.6 |
| Net cash provided by operating activities, excluding special items | $28.7 | $65.7 | $355.3 | $430.4 |

Net cash provided by operating activities, excluding special items, was $28.7 million for the fourth quarter of
2008. The decrease of $37.0 million from the prior year quarter was due primarily to the decline in operating
income as well as a slowdown in preneed cash receipts.


Net cash provided by operating activities, excluding special items, decreased approximately $75 million in
2008 compared to 2007. This decrease reflects the sale of Mayflower Insurance Co., which contributed $17.3
million of operating cash flows from discontinued operations in 2007 and $8.6 million in insurance proceeds
related to Hurricane Katrina in 2007 that did not recur in 2008. The remaining decrease was driven by a
decline in our operating income primarily related to lower preneed cemetery sales and lower trust fund income.

A summary of our capital expenditures is set forth below:

| (In millions) | Three Months Ended December 31, | | Twelve Months Ended December 31, | |
|---|---|---|---|---|
| | 2008 | 2007 | 2008 | 2007 |
| Capital improvements at existing locations | 19.5 | 20.4 | 78.5 | 79.7 |
| Development of cemetery property | 18.0 | 13.5 | 55.2 | 55.0 |
| Construction of new funeral home facilities and other growth capital | 8.3 | 9.5 | 20.4 | 22.3 |
| Total capital expenditures | $45.8 | $43.4 | $154.1 | $157.0 |

TRUST FUND PERFORMANCE

A summary of our U.S. trust fund performance for the three and twelve months ended December 31, 2008 is set forth below:

| | Three Months | Twelve Months |
|---|---|---|
| Preneed Funeral | (13.2)% | (23.5)% |
| Preneed Cemetery | (15.7)% | (26.9)% |
| Cemetery Perpetual Care | (8.0)% | (15.4)% |
| Combined Trust Funds | (12.6)% | (22.4)% |

NON-GAAP FINANCIAL MEASURES

Earnings from continuing operations excluding special items, diluted earnings per share from continuing operations excluding special items, and net cash from operating activities excluding special items shown above are all non-GAAP financial measures. We believe these non-GAAP financial measures provide a consistent basis for comparison between quarters and better reflect the performance of our core operations, as they are not influenced by certain income, expense, and cash items not affecting continuing operations. We also believe this measure helps facilitate comparisons to our competitors' operating results.

Set forth below is a reconciliation of earnings from continuing operations excluding special items to our reported net income. We do not intend for this information to be considered in isolation or as a substitute for other measures of performance prepared in accordance with GAAP.

| (In millions, except diluted EPS) | Three Months Ended | | | |
|---|---|---|---|---|
| | December 31, 2008 | | December 31, 2007 | |
| | Net | Diluted | Net | Diluted |

News                                                                 Page 9 of 16

|                                                      | Income | EPS    | Income   | EPS    |
| ---------------------------------------------------- | ------ | ------ | -------- | ------ |
| Net income reported                                  | $9.5   | $.04   | $166.8   | $.60   |
| After-tax reconciling items:                         |        |        |          |        |
| Losses (gains) on dispositions and impairment charges, net | 12.6 | .05 | (19.4) | (.07) |
| Loss on early extinguishment of debt                 | –      | –      | 0.3      | –      |
| Alderwoods transition and other costs                | –      | –      | 4.9      | .02    |
| Pension termination costs                            | –      | –      | 3.5      | .01    |
| Income from French equity investment                 | –      | –      | (117.3)  | (.42)  |
| Discontinued operations                              | –      | –      | –        | –      |
| Earnings from continuing operations excluding special items | $22.1 | $.09 | $38.8 | $.14 |
| Diluted weighted average shares outstanding (in thousands) |        | 254,266 |        | 276,798 |

| (In millions, except diluted EPS)                    | Twelve Months Ended | | | |
|                                                      | December 31, 2008 | | December 31, 2007 | |
|                                                      | Net Income | Diluted EPS | Net Income | Diluted EPS |
| ---------------------------------------------------- | ---------- | ----------- | ---------- | ----------- |
| Net income reported                                  | $97.1      | $.37        | $247.7     | $.85        |
| After-tax reconciling items:                         |            |             |            |             |
| Losses (gains) on dispositions and impairment charges, net | 36.0 | .15      | (6.0)      | (.02)       |
| Loss on early extinguishment of debt                 | –          | –           | 8.7        | .03         |
| Alderwoods transition and other costs                | 0.7        | –           | 16.4       | .06         |
| Pension termination costs                            | –          | –           | 6.5        | .02         |
| Income from French equity investment                 | –          | –           | (117.4)    | (.40)       |
| Discontinued operations                              | 0.4        | –           | (4.4)      | (.02)       |
| Earnings from continuing operations excluding special items | $134.2 | $.52    | $151.5     | $.52        |
| Diluted weighted average shares outstanding (in thousands) |        | 260,446 |            | 290,444     |

Conference Call and Webcast

We will host a conference call on Thursday, February 26, 2009, at 9:00 a.m. Central Standard Time. A question and answer session will follow a brief presentation made by management. The conference call dial-in number is (617) 597-4027 with the passcode of 51975612. The conference call will also be broadcast live via the Internet and can be accessed through our website at www.sci-corp.com. A replay of the conference call will be available through March 5, 2009 and can be accessed at (617) 801-6888 with the confirmation code of 35651582. Additionally, a replay of the conference call will be available on our website for approximately ninety days.

Cautionary Statement on Forward-Looking Statements

The statements in this press release that are not historical facts are forward-looking statements made in reliance on the "safe harbor" protections provided under the Private Securities Litigation Reform Act of 1995. These statements may be accompanied by words such as "believe," "estimate," "project," "expect," "anticipate" or "predict," that convey the uncertainty of future events or outcomes. These statements are based on assumptions that we believe are reasonable; however, many important factors could cause our actual results in the future to differ materially from the forward-looking statements made herein and in any other documents or oral presentations made by us, or on our behalf. Important factors, which could cause actual results to differ materially from those in forward-looking statements include, among others, the following:

-- Changes in general economic conditions, both domestically and internationally, impacting financial markets (e.g., marketable security values, access to capital markets, as well as currency and interest rate fluctuations) that could negatively affect us, particularly, but not limited to, levels of trust fund income, interest expense, and negative currency translation effects.
-- Changes in operating conditions such as supply disruptions and labor disputes.
-- Our inability to achieve the level of cost savings, productivity improvements or earnings growth anticipated by management, whether due to significant increases in energy costs (e.g., electricity, natural gas and fuel oil), costs of other materials, employee-related costs or other factors.
-- Inability to complete acquisitions, divestitures or strategic alliances as planned or to realize expected synergies and strategic benefits.
-- The outcomes of pending lawsuits, proceedings, and claims against us and the possibility that insurance coverage is deemed not to apply to these matters or that an insurance carrier is unable to pay any covered amounts to us.
-- Allegations regarding compliance with laws, regulations, industry standards, and customs regarding burial procedures and practices.
-- The amounts payable by us with respect to our outstanding legal matters exceed our established reserves.
-- Amounts that we may be required to replenish into our affiliated funeral and cemetery trust funds in order to meet minimal funding requirements.
-- The outcome of pending Internal Revenue Service audits. We maintain accruals for tax liabilities which relate to uncertain tax matters. If these tax matters are unfavorably resolved, we will make any required payments to tax authorities. If these tax matters are favorably resolved, the accruals maintained by us will no longer be required, and these amounts will be reversed through the tax provision at the time of resolution.

- -- Our ability to manage changes in consumer demand and/or pricing for our products and services due to several factors, such as changes in numbers of deaths, cremation rates, competitive pressures, and local economic conditions.
- -- Changes in domestic and international political and/or regulatory environments in which we operate, including potential changes in tax, accounting, and trusting policies.
- -- Changes in credit relationships impacting the availability of credit and the general availability of credit in the marketplace.
- -- Our ability to successfully access surety and insurance markets at a reasonable cost.
- -- Our ability to successfully leverage our substantial purchasing power with certain of our vendors.
- -- The effectiveness of our internal control over financial reporting, and our ability to certify the effectiveness of the internal controls and to obtain an unqualified attestation report of our auditors regarding the effectiveness of our internal control over financial reporting.
- -- The possibility that our credit agreement and privately placed debt securities may prevent us from engaging in certain transactions.
- -- Our ability to buy our common stock under our share repurchase programs which could be impacted by, among others, restrictive covenants in our bank agreements, unfavorable market conditions, the market price of our common stock, the nature of other investment opportunities presented to us from time to time, and the availability of funds necessary to continue purchasing common stock.
- -- The financial conditions of third-party insurance companies that fund our preneed funeral contracts may impact our future revenues.
- -- Continued economic crisis and financial and stock market declines could reduce future potential earnings and cash flows and could result in future goodwill impairments.

For further information on these and other risks and uncertainties, see our Securities and Exchange Commission filings, including our 2008 Annual Report on Form 10-K, which we anticipate filing by February 27, 2008. Copies of this document as well as other SEC filings can be obtained from our website at www.sci-corp.com. We assume no obligation to publicly update or revise any forward-looking statements made herein or any other forward-looking statements made by us, whether as a result of new information, future events or otherwise.

About Service Corporation International

Service Corporation International (NYSE: SCI), headquartered in Houston, Texas, is North America's leading provider of deathcare products and services. At December 31, 2008, we owned and operated more than 1,300 funeral homes and 350 cemeteries (of which over 200 are combination locations) in 43 states, eight Canadian provinces, the District of Columbia and Puerto Rico. Through our businesses, we market the Dignity Memorial (R) brand which offers assurance of quality, value, caring service, and exceptional customer satisfaction. For more information about Service Corporation International, please visit our website at www.sci-corp.com. For more information about Dignity Memorial(R), please visit www.dignitymemorial.com .

For additional information contact:

Investors:    Debbie Young - Director / Investor Relations
              (713) 525-9088

Media:        Lisa Marshall - Managing Director /
              Corporate Communications
              (713) 525-3066

## SERVICE CORPORATION INTERNATIONAL
### CONSOLIDATED STATEMENT OF OPERATIONS
(In thousands, except per share amounts)

| | Three Months Ended December 31, | | Twelve Months Ended December 31, | |
|---|---|---|---|---|
| | 2008 | 2007 | 2008 | 2007 |
| Revenues | $516,950 | $572,922 | $2,155,622 | $2,285,303 |
| Costs and expenses | (425,205) | (452,812) | (1,736,851) | (1,818,456) |
| Gross profit | 91,745 | 120,110 | 418,771 | 466,847 |
| General and administrative expenses | (24,607) | (38,297) | (87,447) | (135,753) |
| Losses (gains) on dispositions and impairment charges, net | (7,401) | 9,971 | (36,124) | 16,920 |
| Other operating income (expense) | 1,200 | (1,848) | (2,528) | (1,848) |
| Operating income | 60,937 | 89,936 | 292,672 | 346,166 |
| Interest expense | (33,672) | (35,002) | (134,274) | (146,854) |
| Interest income | 1,024 | 3,401 | 5,393 | 11,725 |
| Loss on early extinguishment of debt | – | (507) | – | (14,986) |
| Equity in earnings of unconsolidated subsidiaries | – | 27,877 | – | 36,607 |
| Income from French equity investment | – | 158,133 | – | 158,133 |
| Other income (expense), net | 432 | 178 | (629) | (3,804) |
| | (32,216) | 154,080 | (129,510) | 40,821 |
| Income from continuing operations before income taxes | 28,721 | 244,016 | 163,162 | 386,987 |
| Provision for income taxes | (19,193) | (77,170) | (65,717) | (143,670) |
| Income from continuing operations | 9,528 | 166,846 | 97,445 | 243,317 |
| (Loss) income from discontinued operations (net of income Tax benefit (provision) of $0, $635, $195, and $(4,818), respectively) | – | (47) | (362) | 4,412 |
| Net income | $9,528 | $166,799 | $97,083 | $247,729 |

| | | | | |
|---|---|---|---|---|
| Basic earnings per share: | | | | |
| Income from continuing operations | $.04 | $.61 | $.38 | $.85 |
| Income from discontinued operations, net of tax | -- | - | - | .02 |
| | ---- | ---- | ---- | ---- |
| Net income | $.04 | $.61 | $.38 | $.87 |
| | ==== | ==== | ==== | ==== |
| Diluted earnings per share: | | | | |
| Income from continuing operations | $.04 | $.60 | $.37 | $.83 |
| Income from discontinued operations, net of tax | -- | - | - | .02 |
| | ---- | ---- | ---- | ---- |
| Net income | $.04 | $.60 | $.37 | $.85 |
| | ==== | ==== | ==== | ==== |
| Basic weighted average number of shares | 253,332 | 271,698 | 257,477 | 284,966 |
| | ======= | ======= | ======= | ======= |
| Diluted weighted average number of shares | 254,266 | 276,798 | 260,446 | 290,444 |
| | ======= | ======= | ======= | ======= |
| Dividends declared per share | $.04 | $.04 | $.16 | $.13 |
| | ======= | ======= | ======= | ======= |

SERVICE CORPORATION INTERNATIONAL
CONSOLIDATED BALANCE SHEET
(In thousands, except share amounts)

| | December 31, 2008 | December 31, 2007 |
|---|---|---|
| | -------- | -------- |
| Assets | | |
| Current assets: | | |
| Cash and cash equivalents | $128,397 | $168,594 |
| Receivables, net | 96,145 | 113,793 |
| Deferred tax asset | 79,571 | 73,182 |
| Inventories | 31,603 | 36,203 |
| Current assets held for sale | 1,279 | 2,294 |
| Other | 18,515 | 27,261 |
| | ------- | ------- |
| Total current assets | 355,510 | 421,327 |
| | -------- | -------- |
| Preneed funeral receivables and trust investments | 1,191,692 | 1,434,403 |
| Preneed cemetery receivables and trust investments | 1,062,952 | 1,428,057 |
| Cemetery property, at cost | 1,458,981 | 1,451,666 |
| Property and equipment, at cost, net | 1,567,875 | 1,569,534 |
| Non-current assets held for sale | 97,512 | 122,626 |
| Goodwill | 1,178,969 | 1,198,153 |
| Deferred charges and other assets | 452,634 | 400,734 |
| Cemetery perpetual care trust investments | 744,758 | 905,744 |
| | -------- | -------- |
| | $8,110,883 | $8,932,244 |

```
                                          ==========   ==========
Liabilities & Stockholders' Equity
Current liabilities:
    Accounts payable and accrued liabilities    $294,859    $343,392
    Current maturities of long-term debt          27,104      36,594
    Current liabilities held for sale                465         149
    Income taxes                                   4,354      46,305
                                                 -------     -------
       Total current liabilities                 326,782     426,440
                                                 --------     -------
Long-term debt                                 1,821,404   1,820,106
Deferred preneed funeral revenues                588,198     526,668
Deferred preneed cemetery revenues               771,117     753,876
Deferred income taxes                            288,677     140,623
Non-current liabilities held for sale             75,537      91,928
Other liabilities                                356,090     383,642
Deferred preneed funeral and cemetery
  receipts held in trusts                      1,817,665   2,390,288
Care trusts' corpus                              772,234     906,590

Stockholders' equity:
    Common stock, $1 per share par
     value, 500,000,000 shares authorized,
     249,472,075 and 262,858,169, issued
     and outstanding (net of 481,000 and
     1,961,300 treasury shares, at par,
     respectively)                               249,472     262,858
    Capital in excess of par value            1,733,814   1,874,600
    Accumulated deficit                         (726,756)   (797,965)
    Accumulated other comprehensive income       36,649     152,590
                                                 -------    --------
       Total stockholders' equity             1,293,179   1,492,083
                                              ---------   ---------
                                             $8,110,883  $8,932,244
                                             =========== ===========
```

### SERVICE CORPORATION INTERNATIONAL
### CONSOLIDATED STATEMENT OF CASH FLOWS
### (In thousands)

|  | Year Ended December 31, | |
| --- | --- | --- |
|  | 2008 | 2007 |
| Cash flows from operating activities: |  |  |
| Net income | $97,083 | $247,729 |
| Adjustments to reconcile net income to net cash provided by operating activities: |  |  |
| Loss (income) from discontinued operations, net of tax | 362 | (4,412) |
| Equity in earnings of unconsolidated subsidiaries, net of cash received | – | (19,566) |
| Loss on early extinguishment of debt | – | 14,986 |
| Premiums paid on early extinguishment of debt | – | (11,650) |
| Depreciation and amortization | 114,157 | 115,682 |

| | | |
|---|---:|---:|
| Amortization of intangible assets | 23,636 | 27,550 |
| Amortization of cemetery property | 32,690 | 35,824 |
| Amortization of loan costs | 3,573 | 6,261 |
| Provision for doubtful accounts | 9,243 | 10,754 |
| Provision for deferred income taxes | 109,118 | 34,652 |
| Losses (gains) on divestitures and impairment charges, net | 36,124 | (16,920) |
| Gains on redemption of securities | – | (158,133) |
| Share-based compensation | 9,970 | 8,787 |
| Excess tax benefits from share based awards | – | (10,469) |
| Change in assets and liabilities, net of effects from acquisitions and dispositions: | | |
| Increase in receivables | (409) | (24,650) |
| Decrease (increase) in other assets | 26,100 | (4,374) |
| (Decrease) increase in payables and other liabilities | (143,956) | 51,407 |
| Net effect of preneed funeral production and maturities: | | |
| Decrease in preneed funeral receivables and trust investments | 7,271 | 102,080 |
| Increase in deferred preneed funeral revenue | 23,785 | 17,746 |
| Decrease in deferred preneed funeral receipts held in trust | (23,334) | (95,581) |
| Net effect of cemetery production and deliveries: | | |
| Decrease in preneed cemetery receivables and trust investments | 36,333 | 83,689 |
| Increase in deferred preneed cemetery revenue | 11,408 | 5,142 |
| Decrease in deferred preneed cemetery receipts held in trust | (22,388) | (77,640) |
| Other | (585) | 9 |
| | ------- | ------- |
| Net cash provided by operating activities from continuing operations | 350,181 | 338,903 |
| Net cash provided by operating activities from discontinued operations | – | 17,279 |
| | ------- | ------- |
| Net cash provided by operating activities | 350,181 | 356,182 |
| Cash flows from investing activities: | | |
| Capital expenditures | (154,101) | (157,011) |
| Acquisitions, net of cash acquired | (8,828) | (8,355) |
| Proceeds from divestitures and sales of property and equipment | 27,226 | 410,689 |
| Proceeds from redemption of securities | 5,317 | 158,691 |
| Net deposits of restricted funds and other | (21,741) | (17,347) |
| | ------- | ------- |
| Net cash (used in) provided by investing activities from continuing operations | (152,127) | 386,667 |
| Net cash provided by (used in) | | |

| | | |
|---|---:|---:|
| investing activities from discontinued operations | 858 | (8,546) |
| Net cash (used in) provided by investing activities | (151,269) | 378,121 |
| Cash flows from financing activities: | | |
|   Payments of debt | (112,302) | (29,234) |
|   Principal payments on capital leases | (25,851) | (27,057) |
|   Proceeds from issuance of long-term debt | 82,133 | 398,996 |
|   Debt issuance costs | – | (6,443) |
|   Early extinguishment of debt | – | (472,545) |
|   Proceeds from exercise of stock options | 14,812 | 52,938 |
|   Excess tax benefits from share-based awards | – | 10,469 |
|   Purchase of Company common stock | (142,155) | (505,121) |
|   Payments of dividends | (41,501) | (34,629) |
|   Bank overdrafts and other | (5,646) | 7,209 |
| Net cash used in financing activities from continuing operations | (230,510) | (605,417) |
| Net cash used in financing activities from discontinued operations | – | (2,113) |
| Net cash used in financing activities from continuing operations | (230,510) | (607,530) |
| Effect of foreign currency | (8,599) | 1,941 |
| Net (decrease) increase in cash and cash equivalents | (40,197) | 128,714 |
| Cash and cash equivalents at beginning of period | 168,594 | 39,880 |
| Cash and cash equivalents at end of period | $128,397 | $168,594 |

SOURCE Service Corporation International CONTACT: Investors, Debbie Young, Director / Investor Relations, +1-713-525-9088, or Media, Lisa Marshall, Managing Director / Corporate Communications, +1-713-525-3066, both of Service Corporation International/ /Web Site: http://www.sci-corp.com / (SCI)

Español | Français



The Largest Network of Funeral, Cremation and Cemetery Service Providers



- Home
- **About Dignity Memorial**
  - Beliefs and Vision
  - DM Difference
  - Our People
  - FAQs
  - Partnerships
- Advance Planning
- Funerals
- Cremations
- Cemeteries
- Find a Provider
- Request a Meeting
- Grief Resources
- Obituaries
- Community Programs
- Schedule of Services
- Contact Us

Find a Provider
Enter ZIP Code or City Name
○ U.S.A. ○ Canada

Find a member of the Dignity family of funeral and cemetery services.





T  T  T
ADJUST TEXT SIZE

### About Dignity Memorial®

The Dignity Memorial network has started a quiet revolution in funeral, cremation and cemetery services. With more than 1,000 North American locations, Dignity Memorial providers are committed to delivering standards, options and values not found elsewhere.

Each provider offers a 100 percent service guarantee, underscored by the signed pledge of every employee to demonstrate service beyond expectation.



*Our Beliefs and Visions*
The Dignity Memorial network of providers is staffed by more than 17,000 people who are dedicated to the core values of integrity, respect, service excellence and enduring relationships.

Learn More



*The Dignity Memorial Difference*
The Dignity Memorial brand name is a symbol of trust, superior quality and attentive care in the funeral, cremation and cemetery profession.

Learn More



*Our People*
Employees of Dignity Memorial providers are continually working to be the best trained, most respected and most compassionate professionals in the industry.

Learn More



*Frequently Asked Questions*
Answers to some of the most frequently asked questions about funeral, cremation and cemetery services have been provided for your convenience.

Learn More



*Dignity Memorial Partnerships*
Dignity Memorial partnerships represent numerous organizations and companies whose members receive exclusive funeral and cemetery benefits at more than 1,000 Dignity Memorial funeral, cremation and cemetery providers across the U.S. and Canada.

Learn More



EXHIBIT
22
Ryan    4-23-09

Contact Us | Privacy Policy | Site Map | Request a Meeting | Advance Planning | Our Family of... | Newsletters | Franchise

Our People - Dignity Memorial                                    Page 1 of 1

Español | Français



The Largest Network of Funeral, Cremation and Cemetery Service Providers

SEARCH OUR SITE

Home

About Dignity Memorial

   Beliefs and Vision

   DM Difference

   **Our People**

   FAQs

   Partnerships

Advance Planning

Funerals

Cremations

Cemeteries

Find a Provider

Request a Meeting

Grief Resources

Obituaries

Community Programs

Schedule of Services

Contact Us

**Find a Provider**
Enter ZIP Code or City Name
   ◉ U.S.A.  ○ Canada

Find a member of the Dignity family of funeral and
cemetery services.

T   T   T
ADJUST TEXT SIZE


## Our People



Employees of Dignity
Memorial® providers strive to be the
best trained, most respected and
most compassionate professionals in
the industry. Through Internet and
classroom sessions, staff members
are trained in leadership skills,
professional development, safety,
regulatory compliance, and a host of
other subjects that enhance their
ability to serve families in the best
possible way. At every turn, the
contributions of our funeral
directors, cemeterians, preparation
staff, drivers, groundskeepers, family service counselors and office personnel
are a source of continuing pride.

Contact Us | Privacy Policy | Site Map | Become a Member | Administration | Site Feedback | Legal Page | Print Page

Funeral Services

Dignity Memorial® funeral services are available through more than 1,000 funeral homes in the United States and Canada. All Dignity Memorial firms are committed to providing a level of service that is 100 percent guaranteed, and all offer a selection of products, services and benefits that includes items not available elsewhere. Whether your need is immediate or you wish to plan for the future, whether your preference is traditional casketed burial or cremation, Dignity Memorial professionals are ready to give you the best possible guidance and support.

Paying Tribute Funeral and memorial services have evolved in recent years to include a much greater variety of options for honoring and celebrating lives that have been lived.

Learn More

Our Special Services Dignity Memorial providers believe that each funeral should be as unique and memorable as the life being honored.

Learn More

Things to Know Dignity Memorial funeral services are carefully orchestrated events involving dozens of details and numerous hours of behind-the-scenes work.

Learn More

Choices to Make Dignity Memorial providers offer a broad selection of products to help you create a memorable and thoughtful ceremony and farewell.

Learn More

Advance Planning Dignity Memorial providers lead the industry in the end-of-life options and benefits they bring to families.

Learn More

Request a Meeting Request a meeting with your Dignity Memorial provider. Our staff is ready to meet with you to answer questions or to help you arrange for services.

Learn More
Contact Us | Privacy Policy | Site Map | Request a Meeting | 1-800-344-6489 | Site Feedback | Email Page | Print Page

Case3:08-cv-01184-SI   Document153-1   Filed05/09/09   Page88 of 142

Español | Français



The Longest Network of Funeral, Cremation and Cemetery Service Providers



**Home**
About Dignity Memorial
Advance Planning
Funerals
Cremations
Cemeteries
Find a Provider
Request a Meeting
Grief Resources
Obituaries
Community Programs
Schedule of Services
Contact Us

Find a Provider
Enter ZIP Code or City Name
U.S.A.  ○ Canada

Find a member of the Dignity family of funeral and cemetery services.

T   T   T
ADJUST TEXT SIZE

## Welcome to Dignity Memorial®

Offered through a network of more than 1,000 funeral, cremation and cemetery providers in the United States and Canada, the Dignity Memorial brand is your assurance of quality, value, caring service and exceptional customer satisfaction.

Dignity Memorial providers are committed to helping families create memorial services that will be long remembered for the manner in which they pay respect to the unique lives that have meant so much to family and friends.

## Your Rights as a Consumer

Providers of end-of-life services are not all the same. Dignity Memorial funeral homes and cemeteries pride themselves on the breadth and depth of options they make available to families at their time of need or on a prearrangement basis.

Learn More

## Make My Wishes Known

Decisions related to end-of-life issues are often difficult and personal. Advance planning for such events allows you to rest assured that your wishes will be fulfilled and your loved ones will feel less burdened. Dignity Memorial providers can help.

Learn More



| | | |
|---|---|---|
| **Dignity** ESCAPE SCHOOL | **Dignity** PLANNING | **M♥M**® |
| Learn More | Learn More | Learn More |
| Community Programs | Advance Planning | Online Obituaries |
| Find an outreach program suited to your needs. | Plan your final arrangements online with Dignity Planning. | Create, view and share a complete memorial for your loved one online. |

Contact Us | Privacy Policy | Site Map | Request a Meeting | Subscribe/Unsub. | Site Feedback | Condolence | Print Page

Español | Français



The Largest Network of Funeral, Cremation and Cemetery Service Providers

Home

About Dignity Memorial

**Beliefs and Vision**

DM Difference

Our People

FAQs

Partnerships

Advance Planning

Funerals

Cremations

Cemeteries

Find a Provider

Request a Meeting

Grief Resources

Obituaries

Community Programs

Schedule of Services

Contact Us

Find a Provider

Enter ZIP Code or City Name

○ U.S.A. ○ Canada

[_____]

Find a member of the Dignity family of funeral and



## Our Beliefs and Visions

The Dignity Memorial® network of providers is staffed by more than 17,000 people who are dedicated to the core values of integrity, respect, service excellence and enduring relationships. They apply these values to their interactions with families, suppliers and coworkers as they provide the finest funeral, cremation and cemetery services through hundreds of thousands of client relationships every year.

Operating in 44 states and seven Canadian provinces, Dignity Memorial providers assist families with compassion and guidance at difficult times, helping them celebrate the significance of lives that have been lived and preserving memories that transcend generations, with dignity and honor.

While demonstrating service beyond expectation, Dignity Memorial network providers celebrate lives through dedication, excellence and innovation.

# Our Beliefs and Vision - Dignity Memorial

cemetery services.

T   T   T
ADJUST TEXT SIZE

Contact Us | Privacy Policy | Site Map | Request A Meeting | >Cemetery services< | Site Feedback | Email Page | Print Page

Contact Us | Privacy Policy | Site Map | Request A Meeting | >Cemetery services< | Site Feedback | Email Page | Print Page

Cemetery Services

The Dignity Memorial® network includes more than 300 cemeteries throughout the United States and Canada. Each is characterized by an exceptional commitment to customer satisfaction, benefits and services not available under any other brand and a 100 percent service guarantee.

Whether you have an immediate need or are planning for the future, our professional staff is ready to provide the guidance and support you require. We are committed to maintaining a beautiful and peaceful environment for your loved one's final resting place that will last for many generations to come.

Paying Tribute Your Dignity Memorial cemetery provider offers a number of choices for final tributes. We can guide you through the process to ensure your complete satisfaction and peace of mind.

Learn More

Our Special Services As loved ones are committed to eternal rest, Dignity Memorial providers' planning, practices and facilities exist to help families honor lives and memories in the most respectful and memorable way.

Learn More

Things to Know The burial space, mausoleum crypt, or final resting place for cremated remains must be chosen before any graveside or committal service can take place. Each cemetery service is carefully planned in accordance with your wishes.

Learn More

Choices to Make Whether your need is immediate or you wish to plan in advance, a number of decisions are necessary to arrange a burial and memorial tribute.

Learn More

Advanced Planning Would you prefer a private estate, mausoleum, or garden burial? A niche, scattering garden or other option? If you have never inquired about cemetery services, you may be surprised at the variety of selections available.

Learn More

Request a Meeting Request a meeting with your Dignity Memorial provider. Our staff is ready to meet with you to answer questions or to help you arrange for services.

Learn More
Contact Us | Privacy Policy | Site Map | Request a Meeting | 1-800-344-6489 | Site Feedback | Email Page | Print Page

SCIBrands - Service Corporation International

Page 1 of 3

 **Service Corporation International**

Our Business > Our Brands

# Our Family of Brands

 At SCI, we believe we have a competitive advantage due to our size, unparalleled network and diversified brand portfolio. Our brands provide families with a full range of choices, from the simplest funeral arrangements to elegant ceremonies requiring intricate planning and unique features or events.

## Dignity Memorial®

To take full advantage of its presence throughout the United States and Canada, SCI introduced the Dignity Memorial® brand in 1999 as the first national brand of funeral, cremation, and cemetery services in North America. Dignity Memorial providers are committed to helping families create memorial services that will be long remembered for the manner in which they pay respect to the unique lives that have meant so much to family and friends.

Learn More



## National Cremation Society®

To provide for those who prefer cremation, National Cremation Society® was started in 1973. NCS is the nation's oldest and largest cremation service. While NCS continues to provide affordable and uncomplicated cremation arrangements, they also seek to offer exceptional value and unmatched service.

Learn More



## Advantage®

For families seeking traditional funeral services in their simplest form, SCI operates Advantage® Funeral Homes. Advantage locations offer an economical alternative to traditional funeral homes with a limited selection of basic funeral services and merchandise.

## Funeraria del angel™

In a growing number of markets with large Hispanic populations, SCI assists families through specialized cemetery services and through funeral homes identified with the name Funeraria del angel™. These locations pride themselves in caring for families with dignity, respect and a keen understanding of cultural needs.

## Making Everlasting Memories®

Stock Quote
SCI
Exchange
Price $
Change(%)
Volume
As of 04/17/2009 04:

News
Service Corporati Announces Fourth Financial Results on Outlook for 200

Service Corporatio Announces Selec Quarter 2008 Earr Conference Call

About Funerals
We are committed to of service and offer a products, services an not available elsewhe need is immediate or for the future, funera is traditional casketec cremation, we are rea best possible guidanc

Everlasting Memo: Although a funeral se end of a life, it can als beginning of a legacy legacy forever throug Everlasting Memories

Career Options
We'll make you nothin ever thought about a and cemetery service possibilities and conti

EXHIBIT
23
Ryan
4-22-09

4/20/2009

Making everlasting Memories, helps to celebrate life and life events by preserving life stories to share with friends and family around the world for current and future generations. Whether building a child's life story from birth, or memorializing a loved one after their passing, MeM publishes written biographies, images, memories and well wishes shared by loved ones around the world, that capture the essence of one's life. This site shows how simple and meaningful creating a life story can be.

Learn More



**Memorial Plan**

Memorial Plan is considered one of the most prestigious funeral and cemetery provider in Southern Florida and presently manages six funeral homes and five cemeteries throughout the Miami area.

4/20/2009

SCIBrands - Service Corporation International

Site Map   Privacy Policy   Email Page   Print Page
© 2008 SCI Management.

Career Opportunities - Service Corporation International

Service Corporation
International

TEAMWORK  ACCOUNTABILITY  EXECUTION

Careers

Careers > Career Opportunities

Careers

Career Opportunities
  Search Careers
  Careers at SCI
  Benefits

Continuous Learning

Our People

Find Out More

Contact Us

**Consider the Possibilities**

Do you want to make a difference? Are you driven to help others in their time of need? Are you looking for a compassionate and dignified career? If so, Service Corporation International might be just the place for you.

Operating more than 2,000 funeral homes and cemeteries in 46 states, eight Canadian provinces, the District of Columbia and Puerto Rico, SCI serves North America in providing funeral, cremation and cemetery services to more than 270,000 families a year.

As an employee of SCI you'll be joining a network of funeral service providers who are dedicated to our core values of integrity, respect, service excellence and enduring relationships. Don't just make a move. Let us help you take your career to the next level. Consider the possibilities with SCI.

**Featured Documents**
Annual Report 2007

More

**About Funerals**
We are committed to providing a level of service and offer a selection of products, services and benefits that are not available elsewhere. Whether your need is immediate or you wish to plan for the future, whether your preference is traditional casketed burial or cremation, we are ready to give you the best possible guidance and support.

Learn More

Site Map    Privacy Policy    Email Page    Print Page

© 2008 SCI Management

EXHIBIT
24
Ryan

Case3:08-cv-01184-SI   Document153-1   Filed05/09/09   Page97 of 142

## SCI Service Corporation International ®

Service Corporation International (SCI) is headquartered in Houston, Texas. We have more than 1,400 locations in 41 states and 7 Canadian provinces generating approximately $1.7 billion in revenue. The company's stock is traded on the New York Stock Exchange under the ticker symbol SCI.

For more information, please visit our corporate web site at www.scicorp.com. Additional information on SCI's products and services is available at www.dignitymemorial.com and www.mem.com.

### Quick Job Search

Keywords

With ALL of the following:

With at LEAST ONE of the following:

With this EXACT PHRASE:

WITHOUT the following:

Location:
(The number of jobs in an area will display at the end of each location in brackets.)

US - AL - Montgomery [1]
US - AL - Prattville [1]
US - AR - Western [1]
US - AZ - Phoenix [1]
US - AZ - Scottsdale [1]
US - AZ - Tucson [2]

Job Category:

Accounting/Finance/Insurance
Administrative/Clerical
Advertising/Marketing/Public Relations
Architectural Services
Arts, Entertainment, and Media

### Job Search

Job Category
Search Keyword/Phrase

More

Featured Documents
Annual Report 2007                    More

**About Funerals**
We are committed to providing a level of service and offer a selection of products, services and benefits that are not available elsewhere. Whether your need is immediate or you wish to plan for the future, whether your preference is traditional casketed burial or cremation, we are ready to give you the best possible guidance and support.
Learn More

Career Opportunities - Service Corporation International

**MORE SEARCH OPTIONS:**

- Advanced Job Search
- View All Jobs

***To create a Job Search Agent***, search our careers and save your search criteria as a **Job Search Agent**. It will then do the searching for you and email those jobs to you! View your current Job Agents.

**Multiple Selection Tips:**
  A: To select multiple preferences using a PC, hold down the 'Control' key while clicking the option with the mouse. To select a range, hold the shift key and click on the first and last options. **B:** Use the 'Command' key if you are using a Macintosh.

Career Opportunities - Service Corporation International

Site Map   Privacy Policy   Email Page   Print Page

Copyright 2006 Service Corporation International. All rights reserved.



# Service Corporation International

Service Corporation International (SCI) is headquartered in Houston, Texas. We have more than 1,400 locations in 41 states and 7 Canadian provinces generating approximately $1.7 billion in revenue. The company's stock is traded on the New York Stock Exchange under the ticker symbol SCI.

For more information, please visit our corporate web site at www.sci-corp.com. Additional information on SCI's products and services is available at www.dignitymemorial.com and www.mem.com.

## Advanced Job Search

**Keywords**

With ALL of the following:

With at LEAST ONE of the following:

With this EXACT PHRASE:

WITHOUT the following:

**Division:**
| Service Corporation International |

**Location:**
(The number of jobs in an area will display at the end of each location in brackets.)

US - AL - Montgomery [1]
US - AL - Prattville [1]
US - AR - Western [1]
US - AZ - Phoenix [1]
US - AZ - Scottsdale [1]
US - AZ - Tucson [2]

**Country:**

**Zip/Postal Code Range:**

Search within 100 miles / 161 km of

### Job Search

Job Category

Search Keyword/Phrase

Featured Documents
Annual Report 2007    More

About Funerals
We are committed to providing a level of service and offer a selection of products, services and benefits that are not available elsewhere. Whether your need is immediate or you wish to plan for the future, whether your preference is traditional casketed burial or cremation, we are ready to give you the best possible guidance and support.
Learn More

Career Opportunities - Service Corporation International

Req. Code:

zip/postal: [        ] (U.S. or CA)

[        ]

Category:
Accounting/Finance/Insurance
Administrative/Clerical
Advertising/Marketing/Public Relations
Architectural Services
Arts, Entertainment, and Media

Career Level:
Student (Undergraduate/Graduate)
Entry Level
Student (High School)
Experienced (Non-Manager)

Job Type:
Full Time
Part Time
Contract
Seasonal

% of Travel Required:
None
0-10%
10-20%
20-30%

**MORE SEARCH OPTIONS:**

- Quick Job Search
- View All Jobs

*To create a Job Search Agent,* search our careers and save your search criteria as a *Job Search Agent.* It will then do the searching for you and email those jobs to you! View your current Job Agents.

**Multiple Selection Tips:**
A: To select multiple preferences using a PC, hold down the 'Control' key while clicking the option with the mouse. To select a range, hold the shift key and click on the first and last options. B: Use the 'Command' key if you are using a Macintosh.

4/20/2009

https://scicorp.tms.hrdepartment.com/cgi-bin/a/searchjobs.cgi

4/20/2009

Career Opportunities - Service Corporation International

Site Map   Privacy Policy   Email Page   Print Page
Copyright 2006 Service Corporation International. All rights reserved.

Career Opportunities - Service Corporation International

Service Corporation International (SCI) is headquartered in Houston, Texas. We have more than 1,400 locations in 41 states and 7 Canadian provinces generating approximately $1.7 billion in revenue. The company's stock is traded on the New York Stock Exchange under the ticker symbol SCI.

For more information, please visit our corporate web site at www.sci-corp.com. Additional information on SCI's products and services is available at www.dignitymemorial.com and www.nsm.com.

## All Jobs

Showing 25 jobs (1 to 25) of 198.

Next >>

| Division △ | Req. Code △ | Job Title △ | Location | Date Posted △ |
|---|---|---|---|---|
| Service Corporation International | 2647 | Sales Professional (Outside Sales) | Rockledge FL US 32955 | 04/17/09 |
| Service Corporation International | 2646 | Sales Professional | Rockledge FL US 32955 | 04/17/09 |
| Service Corporation International | Sherry_Biurnastock | Sales Manager | Camp Hill PA US 17011 | 04/16/09 |
| Service Corporation International | 2644 | Outside Sales - Community Service Counselor | Cape Coral FL US 33991 | 04/16/09 |
| Service Corporation International | 2642 | Sales Professional | Burbank CA US 91506 | 04/15/09 |
| Service Corporation International | 2634 | Bilingual General Manager | Mcallen TX US 78501 | 04/15/09 |
| Service Corporation International | Beth_Wagner | Sales Manager | Columbus OH US 43213 | 04/15/09 |
| Service Corporation International | 2641 | Funeral Director | Phoenix AZ US 85018 | 04/15/09 |
| Service Corporation International | 2652 | Bilingual General Manager | Mcallen TX US 78501 | 04/15/09 |
| Service Corporation International | 2636 | Bilingual Sales Manager | Los Angeles CA US 90001 | 04/15/09 |
| Service Corporation International | 2643 | Sales Professional | Culver City CA US 90230 | 04/15/09 |
| Service Corporation International | 2639 | Office Clerk | Mission TX US 78572 | 04/15/09 |
| Service Corporation International | 2630 | Sales Manager | Wilmington NC US | 04/14/09 |

### Job Search

Job Category

Search Keyword/Phrase

### Featured Documents
Annual Report 2007

More

### About Funerals
We are committed to providing a level of service and offer a selection of products, services and benefits that are not available elsewhere. Whether your need is immediate or you wish to plan for the future, whether your preference is traditional casketed burial or cremation, we are ready to give you the best possible guidance and support.
Learn More

Career Opportunities - Service Corporation International

Page 2 of 3

International

| | | | | |
|---|---|---|---|---|
| Service Corporation International | 2629 | Funeral Home Manager | 28401 Wilmington NC US 28403 | 04/14/09 |
| Service Corporation International | 2631 | HOSTESS | Portland OR US 97055 | 04/14/09 |
| Service Corporation International | Charles_Ward | Sales Professional | Ann Arbor MI US 48104 | 04/14/09 |
| Service Corporation International | 2628 | Funeral Home Manager | Wilmington NC US 28403 | 04/14/09 |
| Service Corporation International | Arizona | Outside Sales | Tucson AZ US 85777 | 04/13/09 |
| Service Corporation International | 2623 | Sales Professional | Clearwater FL US 33755 | 04/13/09 |
| Service Corporation International | 2626 | Sales Professional | Metairie LA US 70001 | 04/13/09 |
| Service Corporation International | WINTER GARDEN | Sales Professional | Winter Garden FL US 34787 | 04/13/09 |
| Service Corporation International | 2620 | Sales Professional | Jacksonville FL US 32205 | 04/10/09 |
| Service Corporation International | Beth_Wagner | Office Administration | Reading OH US 45215 | 04/10/09 |
| Service Corporation International | 04100986-CPP | Merchandise Buyer & Planner | Houston TX US 77019 | 04/10/09 |
| Service Corporation International | 2617 | Clerk | Houston TX US 77079 | 04/08/09 |

✧ Jump to page: 1 2 3 4 5 6 7 8

Next >>

Career Opportunities - Service Corporation International

Site Map   Privacy Policy   Email Page   Print Page

Copyright 2009 Service Corporation International. All rights reserved.

Career Opportunities - Service Corporation International

Page 1 of 3



# Service Corporation International

Service Corporation International (SCI) is headquartered in Houston, Texas. We have more than 1,400 locations in 41 states and 7 Canadian provinces generating approximately $1.7 billion in revenue. The company's stock is traded on the New York Stock Exchange under the ticker symbol SCI.

For more information, please visit our corporate web site at www.sci-corp.com. Additional information on SCI's products and services is available at www.dignitymemorial.com and www.nmn.com.

## All Jobs

Showing 25 jobs (26 to 50) of 198.

<< Previous Next >>

| Division △ | Req. Code △ | Job Title △ | Location | Date Posted △ |
|---|---|---|---|---|
| Service Corporation International | 2616 | Sales Professional (Outside Sales) | Dunedin FL US 34697 | 04/08/09 |
| Service Corporation International | 2615 | Sales Manager | Columbus OH US 43213 | 04/08/09 |
| Service Corporation International | Robert_Moore | Sales Professional | Camp Hill PA US 17011 | 04/07/09 |
| Service Corporation International | 2613 | Inside Sales - Family Service | Houston TX US 77019 | 04/07/09 |
| Service Corporation International | Robert_Moore | Sales Professional | Camp Hill PA US 17011 | 04/07/09 |
| Service Corporation International | 2609 | Outside Sales | El Paso TX US 79901 | 04/04/09 |
| Service Corporation International | 2612 | Sales Manager | Olympia WA US 98501 | 04/03/09 |
| Service Corporation International | 2611 | Sales Professional | New Port Richey FL US 34652 | 04/03/09 |
| Service Corporation International | 2607 | Sales Professional (Outside Sales) | Lancaster CA US 93535 Newhall CA US 91321 Westlake Village CA US 91362 | 04/02/09 |
| Service Corporation International | 2603 | Sales Manager | Chula Vista CA US 91910 | 04/02/09 |
| Service Corporation International | 2606 | Sales Professional (Outside Sales) | Lancaster CA US 93535 Newhall CA US 91321 Westlake Village CA US 91362 | 04/02/09 |

## Job Search

Job Category

Search Keyword/Phrase

Featured Documents
Annual Report 2007

More

### About Funerals
We are committed to providing a level of service and offer a selection of products, services and benefits that are not available elsewhere. Whether your need is immediate or you wish to plan for the future, whether your preference is traditional casketed burial or cremation, we are ready to give you the best possible guidance and support.

Learn More

# Career Opportunities - Service Corporation International

| | | | | |
|---|---|---|---|---|
| Service Corporation International | 2608 | Sales Professional (Outside Sales) | Newhall CA US 91321 Westlake Village CA US 91362 | 04/02/09 |
| Service Corporation International | 0001 | Sales Professional (Outside Sales) | Westlake Village CA US 91362 | 04/02/09 |
| Service Corporation International | NC-2 | Sales Manager | Charlotte NC US 28207 | 04/01/09 |
| Service Corporation International | 2599 | Sales Professional | Fort Pierce FL US 34946 | 03/31/09 |
| Service Corporation International | 2598 | Sales Professional | Gotha FL US 34734 | 03/31/09 |
| Service Corporation International | 2600 | Sales Professional (Outside Sales) | Ellenton FL US 34222 | 03/31/09 |
| Service Corporation International | 2596 | Location Manager | San Diego CA US 92113 | 03/30/09 |
| Service Corporation International | GMT-2 | General Manager Trainee | San Antonio TX US 78246 | 03/30/09 |
| Service Corporation International | Cindy_Gapen | Sales Professional | Canton OH US 44718 | 03/30/09 |
| Service Corporation International | 2597 | Sales Professional | Sacramento CA US 95822 | 03/30/09 |
| Service Corporation International | 2594 | General Manager Trainee | Mission TX US 78572 Mc Allen TX US 78501 Harlingen TX US 78550 Brownsville TX US 78520 | 03/27/09 |
| Service Corporation International | Doug_Nellis | Funeral Director | Machesney Park IL US 61115 | 03/27/09 |
| Service Corporation International | Jon_Barker | Sales Professional | Falls Church VA US 22042 | 03/27/09 |
| Service Corporation International | V.032509 | Sales Professional (Outside Sales) | Colton CA US 92324 | 03/25/09 |

⇧ Jump to page: 1 2 3 4 5 6 7 8

<< Previous Next >>

Career Opportunities - Service Corporation International

Page 3 of 3

Site Map   Privacy Policy   Email Page   Print Page
Copyright 2009 Service Corporation International. All rights reserved.

4/20/2009

# Service Corporation International

Service Corporation International (SCI) is headquartered in Houston, Texas. We have more than 1,400 locations in 41 states and 7 Canadian provinces generating approximately $1.7 billion in revenue. The company's stock is traded on the New York Stock Exchange under the ticker symbol SCI.

For more information, please visit our corporate web site at www.sci-corp.com. Additional information on SCI's products and services is available at www.dignitymemorial.com and www.mem.com.

## All Jobs

Showing 25 jobs (51 to 75) of 198.

<< Previous Next >>

| Division △ | Req. Code △ | Job Title △ | Location | Date Posted |
|---|---|---|---|---|
| Service Corporation International | 2590 | Funeral Director | Wichita Falls TX US 76302 | 03/25/09 |
| Service Corporation International | 2588 | Sales Professional | Colorado Springs CO US 80910 | 02/24/09 |
| Service Corporation International | Kelly_Hawkins | Sales Professional | Kalamazoo MI US 49008 | 03/24/09 |
| Service Corporation International | 2587 | Sales Professional | Fountain CO US 80817 | 03/24/09 |
| Service Corporation International | 2589 | Sales Professional | Colorado Springs CO US 80910 | 03/24/09 |
| Service Corporation International | 2585 | General Manager | Winston Salem NC US 27106 | 03/23/09 |
| Service Corporation International | Scott_Sayman | Sales Professional | Manassas VA US 20109 | 03/23/09 |
| Service Corporation International | 2586 | Administrative Assistant | Prattville AL US 36067 | 03/23/09 |
| Service Corporation International | 2583 | Sales Professional | Nashville TN US 37204 | 02/19/09 |
| Service Corporation International | 2582 | Sales Manager | Toledo OH US 43606 | 03/18/09 |
| Service Corporation International | 2579 | Sales Professional | Huntington WV US 25705 | 03/18/09 |
| Service Corporation International | 2576 | Sales Manager | Lansing MI US 48917 | 03/18/09 |
| Service Corporation International | 2581 | Sales Manager | New Carlisle OH US | 03/18/09 |

Job Search

Job Category

Search Keyword/Phrase

Featured Documents
Annual Report 2007

More

About Funerals
We are committed to providing a level of service and offer a selection of products, services and benefits that are not available elsewhere. Whether your need is immediate or you wish to plan for the future, whether your preference is traditional casketed burial or cremation, we are ready to give you the best possible guidance and support.
Learn More

# Career Opportunities - Service Corporation International

| | | | | |
|---|---|---|---|---|
| International | | | 45344 | |
| Service Corporation International | 2575 | Sales Manager | Forest Park IL US 60130 | 03/18/09 |
| Service Corporation International | Eric_Lutz | Sales Professional | Galloway OH US 43119 | 03/18/09 |
| Service Corporation International | Scott_Dematel | Sales Professional | Columbus OH US 43213 | 03/18/09 |
| Service Corporation International | Laura_Foos | Sales Professional | Adelphi MD US 20783 | 03/18/09 |
| Service Corporation International | 2573 | Sales Manager | Fresno CA US 93888 | 03/17/09 |
| Service Corporation International | Joy Drainer_Funeral Director/E | Funeral Director/Embalmer | Springfield IL US 62703 | 03/13/09 |
| Service Corporation International | 2569 | General Manager – Funeral Homes/Cemetery | Hope Mills NC US 28348 | 03/13/09 |
| Service Corporation International | 2571 | Sales Manager | Scottsdale AZ US 85257 | 03/13/09 |
| Service Corporation International | Alex_Putnam | Funeral Director | Grand Rapids MI US 49505 | 03/12/09 |
| Service Corporation International | 2567 | Sales Professional | Jacksonville FL US 32207 | 03/09/09 |
| Service Corporation International | Cathy_Lehman-Caho | Sales Professional | Duluth MN US 55807 | 03/06/09 |
| Service Corporation International | 2565 | Inside Sales - Family Service Counselor | Auburn CA US 95603 | 03/06/09 |

⇧ Jump to page: 1 2 3 4 5 6 7 8

<< Previous Next >>

Career Opportunities - Service Corporation International

Site Map   Privacy Policy   Email Page   Print Page

Copyright 2009 Service Corporation International; All rights reserved.

## Service Corporation International

Service Corporation International (SCI) is headquartered in Houston, Texas. We have more than 1,400 locations in 41 states and 7 Canadian provinces generating approximately $1.7 billion in revenue. The company's stock is traded on the New York Stock Exchange under the ticker symbol SCI.

For more information, please visit our corporate web site at www.sci-corp.com. Additional information on SCI's products and services is available at www.dignitymemorial.com and www.mem.com.

### All Jobs

Showing 25 jobs (76 to 100) of 198.

<< Previous  Next >>

| Division △ | Req. Code △ | Job Title △ | Location | Date Posted △ |
|---|---|---|---|---|
| Service Corporation International | Cathy_Lehman-Caho | Embalmer | Saint Paul MN US 55106 Maplewood MN US 55106 | 03/04/09 |
| Service Corporation International | 2560 | Sales Manager | Houston TX US 77019 | 03/04/09 |
| Service Corporation International | 2558 | Inside Sales – Family Service Counselor | Sarasota FL US 34232 | 03/04/09 |
| Service Corporation International | Cathy_Lehman-Caho | Sales Professional | Saint Paul MN US 55106 Maplewood MN US 55106 New Hope MN US 55428 Coon Rapids MN US 55448 | 03/04/09 |
| Service Corporation International | Beth_Wagner | Sales Manager | Toledo OH US 43606 | 03/03/09 |
| Service Corporation International | 2553 | Sales Manager | Wheat Ridge CO US 80033 | 03/02/09 |
| Service Corporation International | 2552 | Sales Professional (Outside Sales) – Community Service | Las Vegas NV US 89119 | 02/27/09 |
| Service Corporation International | Laurie_Sobel | Sales Professional | King Of Prussia PA US 19406 | 02/27/09 |
| Service Corporation International | Bob_Hubble | Sales Professional | Mount Morris MI US 48458 | 02/27/09 |

Job Search

Job Category

Search Keyword/Phrase

Featured Documents
Annual Report 2007

More

About Funerals
We are committed to providing a level of service and offer a selection of products, services and benefits that are not available elsewhere. Whether your need is immediate or you wish to plan for the future, whether your preference is traditional casketed burial or cremation, we are ready to give you the best possible guidance and support.

Learn More

Career Opportunities - Service Corporation International

| | | | |
|---|---|---|---|
| Service Corporation International | William_Breed | Inside/Outside Sales - Sales Professional | Centerville OH US 45458 | 02/27/09 |
| Service Corporation International | 2547 | Maintenance Crew Leader | Kingsport TN US 37664 | 02/25/09 |
| Service Corporation International | Timothy_Hartley | Funeral Director | Jackson MI US 49202 | 02/25/09 |
| Service Corporation International | Peter_Johnson | Sales Supervisor | Pittsburgh PA US 15237 | 02/25/09 |
| Service Corporation International | 2542 | Outside Sales | El Paso Tx US 88517 | 02/24/09 |
| Service Corporation International | Lori_Swadling | Sales Professional | Muskegon MI US 49442 | 02/23/09 |
| Service Corporation International | 2540 | General Manager | Largo FL US 33770 | 02/23/09 |
| Service Corporation International | 2539 | Funeral Director/Embalmer | Winston-Salem NC US 27105 | 02/23/09 |
| Service Corporation International | 2539 | Bilingual Unit Sales Manager | Tucson AZ US 85706 | 02/23/09 |
| Service Corporation International | 2533 | Sales Manager Trainee | Miami FL US 33183 | 02/20/09 |
| Service Corporation International | 2532 | Sales Manager Trainee | Houston TX US 77019 | 02/20/09 |
| Service Corporation International | Steve_Rapotec | Sales Professional | Rochester Hills MI US 48307 | 02/20/09 |
| Service Corporation International | 2530 | Sales Manager Trainee | Los Angeles CA US 90001 | 02/20/09 |
| Service Corporation International | Lisa_Price | Sales Professional | Chester VA US 23831 | 02/20/09 |
| Service Corporation International | 2527 | Bilingual Event Coordinator | Miami FL US 33183 | 02/19/09 |
| Service Corporation International | Suzy_Skinner | Sales Professional | Akron OH US 44333 | 02/19/09 |

⇨ Jump to page: 1 2 3 4 5 6 7 8

<< Previous Next >>

Career Opportunities - Service Corporation International

Site Map    Privacy Policy    Email Page    Print Page
Copyright 2009 Service Corporation International. All rights reserved.

Career Opportunities - Service Corporation International

# Service Corporation International

Service Corporation International (SCI) is headquartered in Houston, Texas. We have more than 1,400 locations in 41 states and 7 Canadian provinces generating approximately $1.7 billion in revenue. The company's stock is traded on the New York Stock Exchange under the ticker symbol SCI.

For more information, please visit our corporate web site at www.sci-corp.com. Additional information on SCI's products and services is available at www.dignitymemorial.com and www.mem.com.

## All Jobs

Showing 25 jobs (101 to 125) of 198.

<< Previous  Next >>

| Division △ | Req. Code △ | Job Title △ | Location | Date Posted △ |
|---|---|---|---|---|
| Service Corporation International | 2525 | Staff Associate | Winter Park FL US 32789 | 02/18/09 |
| Service Corporation International | Harvey_Bollinger | Administrative Assistant | Falls Church VA US 22042 | 02/18/09 |
| Service Corporation International | Donald_Gowins | Sales Professional | Rockford IL US 61108 | 02/18/09 |
| Service Corporation International | Scott_Donattel | Sales Professional | Columbus OH US 43213 | 02/18/09 |
| Service Corporation International | 2519 | Sales Professional | Sacramento CA US 95822 | 02/17/09 |
| Service Corporation International | Beth_Wagner | Sales Supervisor | New Carlisle OH US 45344 | 02/17/09 |
| Service Corporation International | 2518 | Funeral Director | Las Vegas NV US 89112 | 02/17/09 |
| Service Corporation International | 2517 | Bilingual Sales Manager | Rio Grand Valley TX US 78382 Mission TX US 78572 Mc Allen TX US 78501 Harlingen TX US 78550 Brownsville TX US 78520 | 02/17/09 |
| Service Corporation International | Tom_Dorr | Sales Professional | Canton OH US 44709 | 02/13/09 |
| Service Corporation International | 2515 | Sales Professional | Bloomington CA US 92316 | 02/13/09 |
| Service Corporation International | Jimmy_Borowski | Sales Professional | Amber PA US 19002 | 02/13/09 |

Job Search

Job Category

Search Keyword/Phrase

More

Featured Documents
Annual Report 2007

About Funerals
We are committed to providing a level of service and offer a selection of products, services and benefits that are not available elsewhere. Whether your need is immediate or you wish to plan for the future, whatever your preference is traditional casketed burial or cremation, we are ready to give you the best possible guidance and support.
Learn More

| Company | Requisition | Job Title | Location | Date |
|---|---|---|---|---|
| Service Corporation International | Joy Drainer_Inside Sales | Inside Sales – Family Service Counselor | Bloomington IL US 61704 | 02/12/09 |
| Service Corporation International | Joy Drainer_Inside Sales | Inside Sales – Family Service Counselor | Peoria IL US 61604 | 02/12/09 |
| Service Corporation International | James_Goodman | Sales Professional | Columbus IN US 47203 | 02/12/09 |
| Service Corporation International | Joy Drainer_Inside Sales | Inside Sales – Family Service Counselor | Evansville IN US 47714 | 02/12/09 |
| Service Corporation International | 2501 | Sales Manager | Longview TX US 75601 | 02/11/09 |
| Service Corporation International | Joy Drainer_Admin Asst. | Administrative Assistant | Peoria IL US 61604 | 02/11/09 |
| Service Corporation International | 2506 | Sales Manager | Westminster CA US 92683 | 02/11/09 |
| Service Corporation International | 2499 | Funeral Director/Embalmer | Houston TX US 77019 | 02/09/09 |
| Service Corporation International | 69963729 | Inside Sales – Family Service Counselor | Montgomery AL US | 02/09/09 |
| Service Corporation International | 68973387 | Inside Sales – Family Service Counselor | Pasadena TX US 77505 | 02/09/09 |
| Service Corporation International | 68977960 | General Manager | St. Petersburg FL US | 02/09/09 |
| Service Corporation International | 68791988 | Bilingual Family Service Counselor | Houston TX US 77019 | 02/03/09 |
| Service Corporation International | 68790030 | Inside Sales – Family Service Counselor | Waco TX US | 02/03/09 |
| Service Corporation International | 68789913 | Inside Sales – Family Service Counselor | Rockford IL US 61115 | 02/03/09 |

◇ Jump to page: 1 2 3 4 5 6 7 8

<< Previous Next >>

Career Opportunities - Service Corporation International

Site Map   Privacy Policy   Email Page   Print Page

Copyright 2009 Service Corporation International. All rights reserved.

Career Opportunities - Service Corporation International

Page 1 of 3



**Service Corporation International**

Service Corporation International (SCI) is headquartered in Houston, Texas. We have more than 1,400 locations in 41 states and 7 Canadian provinces generating approximately $1.7 billion in revenue. The company's stock is traded on the New York Stock Exchange under the ticker symbol SCI.

For more information, please visit our corporate web site at www.sci-corp.com. Additional information on SCI's products and services is available at www.dignitymemorial.com and www.mem.com.

## All Jobs

Showing 25 jobs (126 to 150) of 198.

<< Previous Next >>

| Division ⌂ | Req. Code ⌂ | Job Title ⌂ | Location | Date Posted ⌂ |
|---|---|---|---|---|
| Service Corporation International | 68707254 | Inside Sales – Family Service Counselor | Gainesville/Jacksonville FL US | 01/30/09 |
| Service Corporation International | 68700582 | Sales Supervisor | State College PA US 16830 | 01/30/09 |
| Service Corporation International | 68679311 | Inside Sales – Family Service Counselor | Las Vegas NV US 89119 | 01/29/09 |
| Service Corporation International | 68642872 | Outside Sales Community Service | Sacramento CA US 95628 | 01/28/09 |
| Service Corporation International | 68642105 | Inside Sales Family Service Counselor | Sacramento CA US 95628 | 01/28/09 |
| Service Corporation International | 68634369 | Outside Sales – Community Service Counselor | Orlando FL US 33823 | 01/28/09 |
| Service Corporation International | 68634188 | Inside Sales – Family Service Counselor | Orlando FL US | 01/28/09 |
| Service Corporation International | 58614957 | Inside Sales – Family Service Professional | Dayton OH US 45344 | 01/27/09 |
| Service Corporation International | 68600487 | Inside Sales – Family Service Counselor | Philadelphia PA US 19406 | 01/27/09 |
| Service Corporation International | 68571012 | OFFICE MANAGER | Cincinnati OH US 45215 | 01/26/09 |
| Service Corporation International | 68513512 | Inside Sales – Family Service Counselor | Bloomington/Peoria IL US 61604 | 01/23/09 |
| Service Corporation International | Kathryn_Doyle | Inside Sales – Family Service Counselor | Fort Wayne IN US 46808 | 01/23/09 |

**Job Search**

Job Category

Search Keyword/Phrase

Featured Documents
Annual Report 2007

More

**About Funerals**
We are committed to providing a level of service and offer a selection of products, services and benefits that are not available elsewhere. Whether your need is immediate or you wish to plan for the future, whether your preference is a traditional casketed burial or cremation, we are ready to give you the best possible guidance and support.

Learn More

Career Opportunities - Service Corporation International

| | | | | |
|---|---|---|---|---|
| Service Corporation International | 68466034 | Inside Sales – Family Service Counselor | Ft. Lauderdale FL US 33319 | 01/22/09 |
| Service Corporation International | 68465650 | Licensed Funeral Director | Ft. Myers/Naples FL US 33991 | 01/22/09 |
| Service Corporation International | 68434201 | Sales Professional | Northern WV US 26301 | 01/21/09 |
| Service Corporation International | 68394157 | Outside Sales – Community Service Counselor/Insurance Sales | Houston TX US 77079 | 01/20/09 |
| Service Corporation International | 68365461 | Funeral Director/Embalmer | Austin TX US | 01/19/09 |
| Service Corporation International | 68364835 | Funeral Director/Embalmer | Austin TX US 78602 | 01/19/09 |
| Service Corporation International | 68364690 | Location Manager/Funeral Director/Embalmer | Abilene/Odessa TX US | 01/19/09 |
| Service Corporation International | 68364420 | Inside Sales – Family Service Counselor | Charlotte NC US | 01/19/09 |
| Service Corporation International | 68364171 | Sales Manager | Winston-Salem NC US 27106 | 01/19/09 |
| Service Corporation International | 68284595 | Sales Supervisor | Winston Salem NC US 27101 | 01/16/09 |
| Service Corporation International | 68185397 | Inside Sales – Family Service Counselor | Yuma AZ US 86442 | 01/13/09 |
| Service Corporation International | 68093118 | Funeral Director - Houston | Houston TX US 77039 | 01/09/09 |
| Service Corporation International | 68050544 | Outside Sales – Community Service Counselor | Central/Des Moines IA US 50010 | 01/08/09 |

⇨ Jump to page: 1 2 3 4 5 6 7 8

<< Previous Next >>

Career Opportunities - Service Corporation International

Site Map   Privacy Policy   Email Page   Print Page
Copyright 2009 Service Corporation International. All rights reserved.

Case3:08-cv-01184-SI   Document153-1   Filed05/09/09   Page121 of 142

# Service Corporation International

Service Corporation International (SCI) is headquartered in Houston, Texas. We have more than 1,400 locations in 41 states and 7 Canadian provinces generating approximately $1.7 billion in revenue. The company's stock is traded on the New York Stock Exchange under the ticker symbol SCI.

For more information, please visit our corporate web site at www.sci-corp.com. Additional information on SCI's products and services is available at www.dignitymemorial.com and www.nfm.com.

## All Jobs

Showing 25 jobs (151 to 175) of 198.

<< Previous  Next >>

| Division ⌂ | Req. Code ⌂ | Job Title ⌂ | Location | Date Posted ⌂ |
|---|---|---|---|---|
| Service Corporation International | 68032293 | Community Relations Coordinator | Central/Des Moines IA US 50010 | 01/08/09 |
| Service Corporation International | 68006404 | Inside Sales - Family Service Counselor | Lansing MI US 48906 | 01/07/09 |
| Service Corporation International | 67973341 | Inside Sales - Family Service Counselor | Flint/Saginaw MI US 48439 | 01/06/09 |
| Service Corporation International | 67973078 | Inside Sales - Family Service Counselor | Bloomington/Peoria IL US 61604 | 01/06/09 |
| Service Corporation International | 67905872 | Inside Sales - Family Service Counselor | Eastern/Twin Falls ID US 61704 | 01/06/09 |
| Service Corporation International | 67900169 | Inside Sales - Family Service Counselor | Evansville IN US 47714 Southern IL US 47714 | 01/06/09 |
| Service Corporation International | 67644206 | Funeral Director | State College PA US 15801 | 01/06/09 |
| Service Corporation International | 67944932 | Sales Manager | Chico/Eureka CA US 96001 | 01/05/09 |
| Service Corporation International | 67946420 | Location Manager | Tampa FL US 33774 | 01/05/09 |
| Service Corporation International | 67859329 | Inside Sales - Family Service Counselor | Orlando FL US 33823 | 12/30/08 |
| Service Corporation International | 67855506 | Inside Sales - Family Service Counselor | Minneapolis MN US 55413 | 12/30/08 |
| Service Corporation International | 67855134 | Inside Sales - Family Service Counselor | Detroit MI US 48071 | 12/30/08 |

Job Search

Job Category

Search Keyword/Phrase

More

Featured Documents
Annual Report 2007

About Funerals
We are committed to providing a level of service and offer a selection of products, services and benefits that are not available elsewhere. Whether your need is immediate or you wish to plan for the future, whether your preference is traditional casketed burial or cremation, we are ready to give you the best possible guidance and support.
Learn More

Career Opportunities - Service Corporation International

| | | | | |
|---|---|---|---|---|
| Service Corporation International | 67837093 | Funeral Director | Western AR US 72755 | 12/29/08 |
| Service Corporation International | 67836655 | Inside Sales – Family Service Counselor | Tallahassee FL US 32312 | 12/29/08 |
| Service Corporation International | 67836219 | Outside Sales – Community Service Counselor | Tallahassee FL US 32312 | 12/29/08 |
| Service Corporation International | 67835967 | Outside Sales – Community Service Counselor | Kansas City/Independence MO US 6415 | 12/29/08 |
| Service Corporation International | 67781280 | Funeral Director | Central Coast CA US 93955 | 12/23/08 |
| Service Corporation International | 67781159 | Inside Sales - Family Service Counselor | Central Coast CA US 93955 | 12/23/08 |
| Service Corporation International | 67770106 | New Jersey Licensed Preneed Funeral Director | Central NJ US 08755 | 12/23/08 |
| Service Corporation International | 67769270 | Family Service Counselor | Northern NJ US 07094 | 12/23/08 |
| Service Corporation International | 67766921 | Inside Sales - Family Service Counselor | Northern/Duluth MN US 55807 | 12/23/08 |
| Service Corporation International | 67755513 | Inside Sales - Family Service Counselor | Grand Rapids MI US 49505 | 12/22/08 |
| Service Corporation International | 67755474 | Outside Sales – Community Service Counselor | Northern MI US 49684 | 12/22/08 |
| Service Corporation International | 67722797 | Funeral Director | Houston TX US 77079 | 12/19/08 |
| Service Corporation International | 67722321 | | Ft. Myers/Naples FL US 33903 | 12/19/08 |

⇦ Jump to page: 1 2 3 4 5 6 7 8

<< Previous   Next >>

Career Opportunities - Service Corporation International

Site Map   Privacy Policy   Email Page   Print Page

Copyright 2009 Service Corporation International. All rights reserved.

# Service Corporation International ®

**Job Search**

Job Category

Search Keyword/Phrase

More

**Featured Documents**
Annual Report 2007

**About Funerals**
We are committed to providing a level of service and offer a selection of products, services and benefits that are not available elsewhere. Whether your need is immediate or you wish to plan for the future, whether your conference is traditional casketed burial or cremation, we are ready to give you the most possible guidance and support.
Learn More

Service Corporation International (SCI) is headquartered in Houston, Texas. We have more than 1,400 locations in 41 states and 7 Canadian provinces generating approximately $1.7 billion in revenue. The company's stock is traded on the New York Stock Exchange under the ticker symbol SCI.

For more information, please visit our corporate web site at www.sci-corp.com. Additional information on SCI's products and services is available at www.dignitymemorial.com and www.neen.com.

## All Jobs

Showing 23 jobs (176 to 198) of 198.

<< Previous

| Division △ | Req. Code △ | Job Title △ | Location | Date Posted △ |
|---|---|---|---|---|
| Service Corporation International | 67715256 | Embalmer/Funeral Director - Indiana License Required | Lafayette IN US 46902 | 12/19/08 |
| Service Corporation International | 67606312 | Embalmer/Funeral Director - Ohio LICENSE REQUIRED | Cincinnati OH US 45215 | 12/16/08 |
| Service Corporation International | 67605728 | Sales Manager | Rochester MI US 48306 | 12/16/08 |
| Service Corporation International | 67006709 | Sales Manager | East Tyler/Beaumont TX US 75701 | 12/02/08 |
| Service Corporation International | 66808754 | Inside Sales - Family Service Counselor | Minneapolis MN US 55448 | 11/20/08 |
| Service Corporation International | 66781133 | Sales Manager | McLean/Arlington VA US 22041 | 11/19/08 |
| Service Corporation International | 66585411 | Sales Manager | Milwaukee WI US 53201 | 11/12/08 |
| Service Corporation International | 65915246 | Inside Sales - Family Service Professional | Akron OH US 44333 | 10/21/08 |
| Service Corporation International | 65451593 | Business Intelligence Data Analyst | Houston TX US 77019 | 10/06/08 |
| Service Corporation International | 63288919 | Inside Sales - Family Service Professional | Toledo OH US 43606 | 10/01/08 |
| Service Corporation International | 63288510 | Administrative Assistant | New York City NY US 10028 | 10/01/08 |
| Service Corporation International | 64000934 | Sales Professional | Central Oklahoma City OK US 73131 | 06/22/08 |

Career Opportunities - Service Corporation International

| | | | | |
|---|---|---|---|---|
| Service Corporation International | 63223877 | Family Service Counselor | Harrisburg PA US 17011 | 07/30/08 |
| Service Corporation International | Keith_Rasmussen | Inside Sales - Family Service Counselor | Central/Des Moines IA US 5025 | 07/10/08 |
| Service Corporation International | 61797628 | Inside Sales - Family Service Counselor | Lafayette IN US 46902 | 06/17/08 |
| Service Corporation International | 99765192 | Inside Sales - Family Counselor | Kalamazoo MI US 49008 | 04/21/08 |
| Service Corporation International | 59378394 | Inside Sales - Family Service Counselor | Grand Rapids MI US 49506 | 04/10/08 |
| Service Corporation International | 56568559 | Inside Sales - Family Counselor | Harrisburg PA US 17011 | 02/04/08 |
| Service Corporation International | 56123336 | Inside Sales - Family Service Counselor | York/Lancaster PA US 17331 | 01/25/08 |
| Service Corporation International | John_White | Inside Sales - Family Service Counselor | Davenport IA US 52807 | 01/14/08 |
| Service Corporation International | 48437942 | Inside Sales - Family Service Counselor | Richmond VA US 23831 | 09/05/07 |
| Service Corporation International | 42044108 | Family Service Counselor | Minneapolis MN US 55418 | 04/06/07 |
| Service Corporation International | 28707433 | Sales Manager | Flint/Saginaw MI US 48501 | 01/12/06 |

⇧ Jump to page: 1 2 3 4 5 6 7 8

<< Previous

Career Opportunities - Service Corporation International

Site Map   Privacy Policy   Email Page   Print Page

Copyright 2009 Service Corporation International. All rights reserved.



# Service Corporation International ®

Service Corporation International (SCI) is headquartered in Houston, Texas. We have more than 1,400 locations in 41 states and 7 Canadian provinces generating approximately $1.7 billion in revenue. The company's stock is traded on the New York Stock Exchange under the ticker symbol SCI.

For more information, please visit our corporate web site at www.sci-corp.com. Additional information on SCI's products and services is available at www.dignitymemorial.com and www.mem.com.

## Career Center

Thank you for coming back to our website. Please continue your job search by selecting from the options below:

- View/Edit my Resume Profile
- Manage my Skills Profile
- Resume Submission History

- My Resume Attachments
- My Job Search Agents

- Change my Password
- Retrieve my Password

Job Search

Job Category

Search Keyword/Phrase

Featured Documents
Annual Report 2007

More

**About Funerals**
We are committed to providing a level of service and offer a selection of products, services and benefits that are not available elsewhere. Whether your need is 'immediate' or you wish to plan for the future, whether your preference is traditional casketed burial or cremation, we are ready to give you the best possible guidance and support.

Learn More

4/20/2009

Career Opportunities - Service Corporation International

Career Opportunities - Service Corporation International

Site Map   Privacy Policy   Email Page   Print Page

Copyright 2008 Service Corporation International. All rights reserved.

CareerAtSCI - Service Corporation International

Page 1 of 2



**Service Corpo<br>International**

Careers

Career Opportunities
  Search Careers
  Careers at SCI
  Benefits

Continuous Learning

Our People

Find Out More

Contact Us

Careers > Career Opportunities > Careers at SCI



TEAMWORK  ACCOUNTABILITY  EXECUTION

### Careers at SCI

Our employees strive to be the be best trained and most respected funeral and cemetery service professionals in the industry. We do this by teamwork, accountability and execution in every facet of our Company. Look into the opportunities we offer and consider the possibilities o an industry leader.

### Careers in Funeral and Cemetery Operations

Do you feel driven to help others in their time of need? Are you searching for a profession that provides personal satisfaction? Do you want a job that offers compassion and care? If so, a career in funeral and cemetery operations may be right for you.

Learn More

### Careers in Sales

Are you looking for an opportunity to work in a professional sales environment? Are you team-oriented? Do you want a position that encourages you to work with the community and allows for financial growth? If so, a position within our sales team may be right for you.

Learn More

4/20/2009

CareerAtSCI - Service Corporation International




Learn More

## Careers in Corporate Support

When you are faced with a challenge, do you hear opportunity knocking? Are you considering the possibility of a career change? Do you work well in a team environment? Are you searching for a corporate workforce that is dedicated to helping others? If so, a position on our Corporate Support team may be the answer to advancing your career while serving others.

Site Map    Privacy Policy    Email Page    Print Page

© 2008 SCI Management.

## Service Corporation International ®

Careers > Career Opportunities > Careers at SCI

### Careers in Funeral and Cemetery Operations



Do you feel driven to help others in their time of need? Are you searching for a profession that provides personal satisfaction? Do you want a job that offers compassion and care? If so, a career in funeral and cemetery operations may be right for you.

We employ funeral and cemetery professionals who excel at exceeding expectations...one family at a time. Positions in our North American operations include funeral and cemetery service professionals as well as grounds and office administrators. If you have the ability to positively impact others within a team environment, then we want you.

You may also search for open positions by clicking here. We encourage you to register in our career center by uploading your resume and cover letter. Don't have a resume available? Please click here to access our resume builder.

Don't just make a move, make your career. See if a career in funeral and cemetery operations is right for you.

Careers

Career Opportunities
Search Careers
Careers at SCI
Benefits

Continuous Learning

Our People

Find Out More

Contact Us

**Featured Documen**
**Annual Report 2007**

Mor

**About Funerals**
We are committed to
of service and offer a
products, services an
not available elsewhe
need is immediate or
for the future, whethe
is traditional casketec
cremation, we are rea
best possible guidanc

Site Map    Privacy Policy    Email Page    Print Page

© 2009 SCI Management.

Service Corporation International

Careers

Career Opportunities
   Search Careers
   Careers at SCI
   Benefits
Continuous Learning
Our People
Find Out More
Contact Us

Careers > Career Opportunities > Careers at SCI

## Careers in Sales

Are you looking for an opportunity to work in a professional sales environment? Are you team-oriented? Do you want a position that encourages you to work with the community and allows for financial growth? If so, a position within our sales team may be right for you.

We employ some of the most innovative and ambitious sales personnel in the industry. Dedicated to helping families in their time of need, our sales employees are held to the highest standard. By providing structured classroom and field training, we ensure that our sales team is performance driven, self-motivated, service-minded and developing professionals through continuous learning.

At Service Corporation International, our sales staff is a key ingredient in the overall structure of our business. To that end, we offer significant income potential and advancement opportunities. As a sales professional within our Company, you are not only helping families, you are educating them as well as ensuring their peace of mind.

Sound like you? Then please click here to search for open sales positions.

Take a closer look into Service Corporation International, and consider the possibilities a career in sales may hold for you.

**Featured Documents**
Annual Report 2007

More

### About Funerals
We are committed to providing a level of service and offer a selection of products, services and benefits that are not available elsewhere. Whether your need is immediate or you wish to plan for the future, whether your preference is traditional casketed burial or cremation, we are ready to give you the best possible guidance and support.

Learn More

Site Map   Privacy Policy   Email Page   Print Page

© 2009 SCI Management.

# Service Corporation International

Careers > Career Opportunities > Careers at SCI

**Careers**

Career Opportunities
Search Careers
Careers at SCI
Benefits
Continuous Learning
Our People
Find Out More
Contact Us

## Careers in Corporate and Market Support Centers

When you are faced with a challenge, do you hear opportunity knocking? Are you considering the possibility of a career change? Do you work well in a team environment? Are you searching for a corporate workforce that is dedicated to helping others? If so, a position on our Corporate team may be the answer to advancing your career while serving others.

It's simple...the main objective of our business is caring for others. In order to do that, it is essential that our corporate professionals go the extra mile to team with our Funeral and Cemetery Operations and Sales Professionals. Collectively, we work to serve the final customer... the mothers, fathers, husbands, wives, siblings and friends that we assist every day. For that reason, becoming a member of our corporate support team means being part of a challenging, yet exciting business. We're looking for team players who are accountable for their actions and can execute their objectives. Positions in our corporate offices, located in Houston, Texas, often include professional opportunities in accounting, information technology, office support, legal, human resources, compliance, sales, organizational development, customer service and communications.

In addition to our corporate office, our market support teams are another key to success across a wide geographical area. Located in New York City, Miami, Los Angeles and Houston, these four market support centers serve as extensions of our corporate functions. The Market Support Centers (MSCs) are geographically aligned with market leaders in support of field operations. Positions in our market support centers often include careers in finance, accounting, office support, human resources and compliance.

We encourage you to register in our Career Center by uploading your resume and cover letter. Don't have your resume available? Please click here to access our resume builder.

Take the road to success today. See if a career in SCI Corporate or Market Support Centers is right for you.

Site Map     Privacy Policy     Email Page     Print Page

© 2008 SCI Management.

**Featured Documents**
Annual Report 2007

More

**About Funerals**
We are committed to providing a level of service and offer a selection of products, services and benefits that are not available elsewhere. Whether your need is immediate or you wish to plan for the future, whether your preference is traditional casketed burial or cremation, we are ready to give you the best possible guidance and support.

Learn More

Careers > Career Opportunities > Careers at SCI

Careers in Corporate and Market Support Centers

When you are faced with a challenge, do you hear opportunity knocking? Are you considering the possibility of a career change? Do you work well in a team environment? Are you searching for a corporate workforce that is dedicated to helping others? If so, a position on our Corporate team may be the answer to advancing your career while serving others.

It's simple…the main objective of our business is caring for others. In order to do that, it is essential that our corporate professionals go the extra mile to team with our Funeral and Cemetery Operations and Sales Professionals. Collectively we work to serve the final customer… the mothers, fathers, husbands, wives, siblings and friends that we assist every day. For that reason, becoming a member of our corporate support team means being part of a challenging, yet exciting business. We're looking for team players who are accountable for their actions and can execute their objectives. Positions in our corporate office, located in Houston, Texas, often include professional opportunities in accounting, information technology, office support, legal, human resources, compliance, sales, organizational development, customer service and communications.

In addition to our corporate office, our market support teams are another key to success across a wide geographical area. Located in New York City, Miami, Los Angeles and Houston, these four market support centers serve as extensions of our corporate functions. The Market Support Centers (MSCs) are geographically aligned with market leaders in support of field operations. Positions in our market support centers often include careers in finance, accounting, office support, human resources and compliance.

We encourage you to register in our Career Center by uploading your resume and cover letter. Don't have your resume available? Please click here to access our resume builder.

Take the road to success today. See if a career in SCI Corporate or Market Support Centers is right for you.

Featured Documents

Annual Report 2007
More

About Funerals

We are committed to providing a level of service and offer a selection of products, services and benefits that are not available elsewhere. Whether your need is immediate or you wish to plan for the future, whether your preference is traditional casketed burial or cremation, we are ready to give you the best possible guidance and support.
Learn More

Site Map   Privacy Policy   Email Page   Print Page

Page 1 of 2



## Service Corporation International ®

Careers > Continuous Learning



## Building a Best-In-Class Workforce

People are our business. We will have the best trained consumer-oriented staff in the industry. We will set the standard for high performance through teamwork, accountability and execution. Our people will feel a sense of pride about what they do and the company they work for. (From the "Vivid Description" of SCI's Vision)

To achieve a Best-In-Class Workforce SCI embraces a continuous learning culture where ALL team members have every opportunity to become the best at what they do.

### Dignity University

SCI makes training and professional development convenient and rewarding through Dignity University. This easy to use, online resource puts every employee in control of their own learning. More than 1,500 courses are available through Dignity U.

Learn More



### Leadership Development

A key element in the successful development and engagement of employees is the quality of their leaders and managers. To build a high quality bench of leaders, SCI provides a variety of leadership development opportunities, including assessment, development planning, targeted learning experiences, peer mentoring and coaching and developmental assignments.

Learn More



### High Performance Culture

To support the achievement of the vision, a strong performance culture has been developed. Accountability for personal actions and results is expected at all levels. An online performance management and appraisal system includes the evolution of not only business objectives reflecting key priorities but also seven core competencies drawn from the vision, mission and values. This practice reinforces the importance of achieving both business results and building personal and relationship skills.

---

**Featured Documents**
Annual Report 2007

More

### About Funerals

We are committed to providing a level of service and offer a selection of products, services and benefits that are not available elsewhere. Whether your need is immediate or you wish to plan for the future, whether your preference is traditional casketed burial or cremation, we are ready to give you the best possible guidance and support.

Learn More

4/20/2009

EXHIBIT
25
Ryan
4-23-09

Continous Learning - Service Corporation International

Careers

Career Opportunities

Continuous Learning

Our People

Find Out More

Contact Us

Site Map   Privacy Policy   Email Page   Print Page

© 2008 SCI Management.

Dignity University - Service Corporation International

Page 1 of 1



# Service Corporation International ®

Careers

Career Opportunities

Continuous Learning

Our People

Find Out More

Contact Us

Careers > Continuous Learning



## Dignity University

SCI makes training and professional development convenient and rewarding through Dignity University. This easy to use, online resource puts every employee in control of their own learning. More than 1,500 courses are available through Dignity U.

Dignity U courses are conducted in various ways, including traditional and virtual classrooms, web-based instruction, self study and actual on-the-job training. Coursework is offered at no charge to employees.

Dignity University also offers job specific certification paths. Certification acknowledges employees for completing performance-based courses that requires them to demonstrate proficiency in their knowledge and skills for a specific position. This internal certification is awarded by Dignity University.

**Featured Documents**
Annual Report 2007

More

**About Funerals**
We are committed to providing a level of service and offer a selection of products, services and benefits that are not available elsewhere. Whether your need is immediate or you wish to plan for the future, whether your preference is traditional casketed burial or cremation, we are ready to give you the best possible guidance and support.

Learn More

Site Map    Privacy Policy    Email Page    Print Page
© 2008 SCI Management.

http://www.sci-corp.com/SCICORP/DignityU.aspx?alias=0402

4/20/2009





**SCI Service Corporation International** ®

Careers > Continuous Learning

# Leadership Development

A key element in the successful development and engagement of employees is the quality of their leaders and managers. To build a high quality bench of leaders, SCI provides a variety of leadership development opportunities, including assessment, development planning, targeted learning experiences, peer mentoring and coaching and developmental assignments. Examples of our leadership courses are:

**Managing For Excellence-** by Wilson Learning: A 4-day leadership course that teaches managers to rethink the role of "leader" in today's business environment. During this course managers will hone critical skills to empower and energize employees and build effective teams. Participants will:

1. Use feedback on current management practices to move from an heroic style to Manager as Developer
2. Understand the impact of decision making practices
3. Understand and implement effective team development practices
4. Understand the importance of vision and ways to gain commitment to the corporate/department vision
5. Gain a greater ability to manage difficult direct reports through supportive confrontation skills

**Foundation for Growth Management Series:** These 4-day experiential learning courses are designed to build job specific leadership skills that will drive performance and build high-performing teams. Each class provides the opportunity to learn and practice the skills that successful managers in these positions use every day. In addition participants are given the necessary tools to use upon returning home to ensure integration of the new skills into their daily activities. Currently Foundation classes are available for General Managers, Sales Managers and Cemetery Office Managers. Additional classes are planned for other management positions. You can receive college credits through the University of Phoenix for all of these courses.

**New Sales Manager Development Program:** This 16-week program is focused on preparing newly hired Sales Managers to function as a high-performing sales manager at their location. There is a blend of classroom instruction as well as hands-on training in the roles of a company sales manager and sales counselor. There are 3 Phases to this program:

1. Preliminary coursework including onsite experiences in the market where the individual will work.
2. Onsite training experience at an actual SCI location.
3. Return to hiring location to continue development in role as Sales Manager by applying lessons learned in Phase 2.

**Supervisory Development Series:** A seven part series of half-day classroom courses focused on the necessary skills and knowledge that a supervisor or manager needs to manage their direct reports. Topics include, communication styles and skills, interviewing, managing performance, progressive discipline and managing the gray areas.

**Featured Documents**
Annual Report 2007

More

**About Funerals**
We are committed to providing a level of service and offer a selection of products, services and benefits that are not available elsewhere. Whether your need is immediate or you wish to plan for the future, whether your preference is traditional casketed burial or cremation, we are ready to give you the best possible guidance and support.

Learn More

4/20/2009

Leadership Development - Service Corporation International

Leadership Development - Service Corporation International

Site Map    Privacy/Policy    Email Page    Print Page

© 2006 SCI Management.