# EXHIBIT B

Part 8 of 8



November 2006

David Rietberg
PO Box 332
SUFFIELD, CT 06078
US

Dear David,

I would like to personally welcome you to Service Corporation International (SCI). We are excited about combining the talents of our two organizations to make one great company. You will play a critical role in the success of our new organization by continuing to offer unparalleled service to the families who put their trust in you. With our combined experience and knowledge of what families need during the most difficult times of their lives, we will lead our industry into a new era.

Since the acquisition is scheduled to close soon, I want to share with you what you can expect in those first few days. On "Day One," you will receive a Welcome Guide at your location. This guide contains important information to help you through the initial transition period. You will also be invited to participate in a meeting with the leader of your market. During this meeting, you will learn how your market is organized and what resources will be available to assist you during the transition. Your market leader will also schedule an event within the first few weeks so that you will get a chance to meet your new colleagues.

Whenever two successful companies come together, the result is a combined organization that creates new and exciting opportunities. It will take many months to realize the full potential of what we can create together, with some changes happening quickly and others being phased in gradually. We are committed to keeping you updated on the progress of this transition as we move forward.

Again, welcome to SCI.

Sincerely,

Thomas L. Ryan
President and Chief Executive Officer
tom.ryan@sci-us.com

EXHIBIT
29
Ryan
4-22-09

SERVICE CORPORATION INTERNATIONAL
1929 ALLEN PARKWAY • P.O. BOX 130548 • HOUSTON, TX 77219-0548 • (713) 525-9029 • FAX (713) 525-7777

P08044

*Handwritten annotations:*
- BRUCE
- If Needed: (Location #)
  Byron Employee # is 7217 was 2626
  Hafey Employee # is 7218 was 2738
- If done from Home: www.sccorp.com
  You need your User Name + I.D.
- From work go to Global Village

# MEMORANDUM

**TO:** Funeral Home Managers
Cemetery General Managers

**FROM:** Lindsey O'Neal

**DATE:** November 22, 2006

**SUBJECT:** JD Power and Associates Customer Satisfaction/Loyalty Survey

In our continued efforts to advance our company's commitment to service excellence, we are pleased to introduce the J.D. Power and Associates customer survey. The J.D. Power customer survey program began in 2005 when SCI teamed with J.D. Power and Associates, a global marketing information services firm, to gain further insight into our funeral and cemetery client families. The survey has been a great asset to our company in providing valuable knowledge about how we can better serve our families. The survey represents our dedication to our institutional excellence goals and gives our company the competitive edge necessary to meet and exceed our customers' expectations.

Enclosed in this packet you will find the following:
1. A Frequently Asked Questions (FAQ) document
2. Five laminated copies of the survey your location is designated to send
3. A training announcement detailing the two training courses available on Dignity University

The laminated copies are designed to familiarize a family with the survey during the arrangement conference. Additionally, please inform the family that the survey will be mailed to them roughly one month after services. Complete instructions for the family interaction, including suggested dialogue, can be found in the FAQ document. If you wish to order more laminated copies, you may place your order by accessing the MSP Indiana link in the Company Store on Global Village. Go to Global Village/Company Store/Printed Material/MSP Indiana.

There are two training courses on the Customer Satisfaction Survey available through Dignity University. The first course offers a general introduction to the survey. Since your location will be discussing the survey with families starting in January, all directors or counselors who meet with families on an at-need basis will need to complete the first course by January 1st. The second course addresses accessing the PowerView reporting tool and understanding the Customer Satisfaction Index (CSI) reports. The second course will be assigned at a later date as data is processed from the returned surveys.

All locations will have surveys sent out to every family who arranges an at-need funeral or cemetery service. Contracts entered in January will have surveys mailed out during


EXHIBIT 30 Ryan

P08202

the month of February. Returns are expected to begin arriving in March and any alerts and white mail will be e-mailed to the appropriate Market Director or Market Manager. Alerts are used for any comments or white mail, attached documents sent by the customers, which may require resolution and are similar to the Red Flag system used by your previous survey program. Locations will be required to complete follow-up on all negative alerts and white mail and resolutions can be recorded on the PowerView tool, accessible through Global Village under Marketing & Advertising/Customer Survey.

We wish you tremendous success in this exciting and rewarding endeavor. Should you have any questions regarding the survey, please contact your mentor or Lindsey O'Neal at 713-525-5417 or by email at Lindsey.O'Neal@sci-us.com.

CC: Tom Ryan
Steve Mack
Jay Waring
Managing Directors
Market Directors
Market Managers

1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, ESQ SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA 95661-3805
4  Telephone   (916) 797-3100
   Facsimile   (916) 797-3131

5  Attorneys for Defendants

6  SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY
   PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER,
7  L.P. SCI WESTERN MARKET SUPPORT CENTER, L.P., SCI HOUSTON MARKET
   SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN and
8  CURTIS BRIGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated, | ) No. C08-01190 SI |
|---|---|
| Plaintiffs, | ) DECLARATION OF LIANA JENSEN IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(2) and 12(b)(6) |
| vs. | ) |
| SERVICE CORPORATION INTERNATIONAL et al. | ) Date: TBD at 8/29/2008 CMC<br>) Time: TBD at 8/29/2008 CMC<br>) Dept.: 10 |
| Defendants. | ) |

EXHIBIT
31
Ryan

DECLARATION OF LIANA JENSEN RE MOTION TO DISMISS          1
Case No. 08-01190 SI

I, Liana Jensen, hereby specially appear in this matter for the sole purpose of moving to dismiss the Complaint and, in support of that motion, submit the following Declaration under penalty of perjury:

1. I am currently employed by SCI Funeral & Cemetery Purchasing Cooperative, Inc. in the position of legal assistant. I have held his position since September 2003.

2. I am the legal assistant assigned to work on the above caption case. As part of my job responsibilities related that case, I obtained copies of the Plaintiffs' W-2's they received for their employment. Attached hereto as collectively as Exhibit 1 are true and correct copies of those documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of February, 2008, at Houston, Texas.

*Liana Jensen* (signature)
Liana Jensen

2

DECLARATION OF LIANA JENSEN IN SUPPORT OF
MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(2) and 12(b)(6)

**EXHIBIT 1**

| a Control number 0000040241 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| b Employer identification number 85-0344693 | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code   SC2   623 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI ARIZONA FUN P.O. BOX 130548 HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name JAMES W   STICKLE 4667 WEST 19TH PLACE YUMA, AZ 85364-0000 | | | 11 Nonqualified plans | 12 a-d   D |
| | | | 14 Other | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ |
| 15 State   Employer's state ID number AZ   0741907163 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax   20 Locality name |

Form W-2 Wage and Tax Statement   **2006**   REISSUE

| a Control number 0000036780 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| b Employer identification number 83-0344693 | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code    SC2    533 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI ARIZONA FUN P.O. BOX 130548 HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name ELEANOR R    RIGGIO 8414 N. 80TH PL SCOTTSDALE, AZ 85258 | | | 11 Nonqualified plans | 12 a-d |
| | | | 14 Other | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☐  Third-Party Sick Pay ☐ |
| 15 State   Employer's state ID number AZ   0741907163 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax    20 Locality name |

Form **W-2** Wage and Tax Statement   **2006**   REISSUE

| a Control number 0000075689 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| b Employer identification number 83-0344693 | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code    SC2    3 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI ARIZONA FUN P.O. BOX 130548 HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name FRANK A    ACUNA 2810 S 1ST AV #B YUMA, AZ 85364-0000 | | | 11 Nonqualified plans | 12 a-d |
| | | | 14 Other | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ |
| 15 State  Employer's state ID number AZ  0741907163 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax    20 Locality name |

Form **W-2** Wage and Tax Statement **2006**    REISSUE

| a Control number 0000086464 | | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| b Employer identification number 83-0344693 | | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code   SD4   233 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR CALIFORNIA CEME P.O. BOX 130548 HOUSTON TX 77219-0548 | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name JOSEPH W   BIERNACKI 189 ATHERTON AVE. PITTSBURG, CA 94565-0000 | | | | 11 Nonqualified plans | 12 a d   D |
| | | | | 14 Other CASDI | |
| f Employee's address and ZIP code | | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ |
| 15 State   Employer's state ID number CA   122-2859-9 | | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax   20 Locality name |

Form **W-2** Wage and Tax Statement   **2006**   REISSUE

| a Control number 0000111529 | | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| b Employer identification number 83-0344693 | | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code  SD4   1045 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR CALIFORNIA CEME P.O. BOX 130548 HOUSTON TX 77219-0548 | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name RHEALYN       HOLLAND 1011 YGNACIO VALLEY RO APT. 26 WALNUT CREEK, CA 94598 | | | | 11 Nonqualified plans | 12 a-d    D |
| | | | | 14 Other CASDI | |
| f Employee's address and ZIP code | | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ |
| 15 State  Employer's state ID number CA   122-2859-9 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement **2006**     REISSUE

| a Control number 0000068800 | | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| b Employer identification number 83-0344693 | | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code    SK6   77 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI IOWA FUNERA P.O. BOX 130548 HOUSTON TX 77219-0548 | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name RICHARD          LAMASTERS 1711 S. 3RD STREET MARSHALLTOWN, IA 50158-0000 f Employee's address and ZIP code | | | | 11 Nonqualified plans | 12 a-d   C |
| | | | | 14 Other | D |
| | | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ |
| 15 State   Employer's state ID number IA  42-1186703001 3 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement   **2006**   REISSUE

| a Control number 0000050447 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| b Employer identification number 83-0344693 | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code<br>SCI FUNERAL & CEMETERY PURCHASING COOP I<br>AGENT FOR CALIFORNIA CEME<br>P.O. BOX 130548<br>HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name<br>                                SD4        782<br>GORDON E           FARMER<br>151 SHADY LANE<br>VALLEJO, CA 94591-0000 | | | 11 Nonqualified plans | 12 a-d       D |
| | | | 14 Other<br>CASDI | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ |
| 15 State  Employer's state ID number<br>CA   005-0348-2 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc | 19 Local income tax   20 Locality name |

Form **W-2**  Wage and Tax Statement  **2005**     REISSUE

| a Control number 0000076982 | | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| b Employer identification number 83-0344693 | | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code SCI FUNERAL & CEMETERY PURCHASING COOP 1 AGENT FOR SCI OREGON FUNE P.O. BOX 130548 HOUSTON TX 77219-0548 | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name      SQ2   49 | | | | 11 Nonqualified plans | 12 a-d   D |
| KENNETH R   ALLEN PO BOX 2742 EUGENE, OR 97402-0000 | | | | | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☒  Third Party Sick Pay ☐ | |
| 15 State   Employer's state ID number OR   0002937-4 | | 16 State wages, tips, etc. | | tips, etc.   19 Local income tax | 20 Locality name |

Form W-2  Wage and Tax Statement  2004   REPLACEMENT COPY