STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone    (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendant
ALDERWOODS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>Defendants. | Case No. CV 08-1184 SI<br><br>**DEFENDANT ALDERWOODS GROUP, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS REPLY TO ITS MOTION FOR STAY OF THIS ACTION AND AWARD OF ATTORNEYS FEES AND COSTS PURSUANT TO FRCP 41(d)**<br><br>Date:  May 22, 2009<br>Time:  9:00 a.m.<br>Dept:  10 |

For purposes of considering the motions for stay of this action and for award of attorneys fees, Defendants hereby request that the Court take judicial notice pursuant to FRE 201(b) of the following documents and rulings attached hereto (*see also, International Board of Teamsters v.*

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OR ITS             1
REPLY TO MOTION FOR STAY AND AWARD OF ATTORNEYS' FEES**
Case No. C08-01184 SI

*Zantop Air Transportation Corp.*, 394 F.2d 36, 40 (6th Cir. 1968) ("[A] court may take judicial notice of the rules, regulations and orders of administrative agencies issued pursuant to their delegated authority"); *U.S. v. City of St. Paul*, 258 F.3d 750, 753 (8th Cir. 2001) *cert. denied*, 535 U.S. 904 (writing showing an agency's interpretation of its own regulations is entitled to judicial notice absent showing the interpretation is unreasonable or inconsistent with the statutory authority):

**Exhibit A:** Plaintiffs' Motion for Leave to File Second Amended Complaint filed on June 8, 2007 in the matter *Prise, et al. v. Alderwoods Group, Inc., et al*, Case No. 2:06-cv-01470-JFC, Docket No. 33, United States District Court for the Western District of Pennsylvania [original complaint filed on November 6, 2006].

**Exhibit B:** Amended Complaint filed in the Alameda County Superior Court action no. RG 07334642 on September 4, 2007 in *William Helm, et al. v. Alderwoods Group, Inc., and Service Corporation International*, [ removed as Case No. C 07-CV-5140-MJJ].

**Exhibit C:** Defendants' Notice of Removal of Alameda County Superior Court action no. RG 07334642 entitled *William Helm, et al. v. Alderwoods Group, Inc., and Service Corporation International*, to Federal Court, N.D. Cal. Case No. C 07-CV-5140-MJJ, filed October 5, 2007.

**Exhibit D:** Defendants' Memorandum of its Motion to Dismiss filed on October 12, 2007 in *William Helm, et al. v. Alderwoods Group, Inc., and Service Corporation International*, Case No. C 07-CV-5140-MJJ.

**Exhibit E:** Plaintiff's Notice of Voluntary Dismissal filed November 28, 2007 in *William Helm, et al. v. Alderwoods Group, Inc., and Service Corporation International*, Case No. C 07-CV-5140-MJJ.

**Exhibit F:** Complaint filed on or about November 8, 2007 in *Bryant, et al. v. Alderwoods Group, Inc., and Service Corporation International, et al.*, N.D. Cal. Case No. 3:07-CV-5696-SI.

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OR ITS REPLY TO MOTION FOR STAY AND AWARD OF ATTORNEYS' FEES
Case No. C08-01184 SI

2

**Exhibit G:** Amended Complaint filed on January 25, 2008 in *Bryant, et al. v. Service Corporation International, et al.* Alameda County Superior Court Case No. RG-07359593, which has been removed to this court.

**Exhibit H:** Amended Complaint filed on January 25, 2008 in *Helm, et al. v. Alderwoods Group, Inc. et al.*, Alameda County Superior Court Case No. RG-07359602, which has been removed to this court.

**Exhibit I:** Class Action Complaint filed on January 15, 2008 in *Stickle, et al. v. SCI Western Market Support Center, L.P., et al.*, U.S. District Court, District of Arizona, Phoenix Division, Case No. 08-CV-83.

**Exhibit J:** Class Action Complaint filed on or about December 8, 2006 in *Prise et al. v. Alderwoods Group, Inc.*, U.S. District Court, Western District of Pennsylvania, Case No. 06-1641.

**Exhibit K:** Plaintiffs' Notice of Pendency of Other Actions filed on November 8, 2007 in *Bryant, et al. v. Alderwoods Group, Inc., and Service Corporation International, et al.*, N.D. Cal.Case No. 3:07-CV-5696-SI, Docket No. 3.

**Exhibit L:** Plaintiffs' statement in support of relating cases filed in *Helm et al. v. Alderwoods group Inc. et al. v.*, N.D. Cal. Case No. 3:08-CV-1184-SI, Docket No. 28.

**Exhibit M:** Plaintiffs' Memorandum of Law filed in support of plaintiff's motion to amend the complaint filed in *Prise, et al. v. Alderwoods Group, Inc., et al*, U.S. District Court, W. Pa. Case No. 2:06-CV-01470-JFC, Docket No. 797.

**Exhibit N:** Plaintiffs' Amended Complaint filed on March 5, 2008 in *Bryant, et al. v. Alderwoods Group, Inc., and Service Corporation International, et al.*, N.D. Cal. Case No. 3:07-CV-5696-SI, Docket No. 16.

Dated: May 14, 2009                     GURNEE & DANIELS LLP

                                        By   /s/ Nicholas P. Forestiere
                                             STEVEN H. GURNEE, ESQ.
                                             DAVID M. DANIELS, ESQ.
                                             NICHOLAS P. FORESTIERE, ESQ.
                                             Attorneys for Defendants
                                             ALDERWOODS GROUP, INC.

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OR ITS               3
REPLY TO MOTION FOR STAY AND AWARD OF ATTORNEYS' FEES
Case No. C08-01184 SI