BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile: (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | Case No. CV 08-1184-SI<br><br>**AFFIRMATION OF SARAH CRESSMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23**<br><br>Date:   December 16, 2009<br>Time:   10:00 a.m.<br>Dept:   10<br>Judge: The Honorable Susan Illston |

Additional Attorneys for Plaintiffs, who are admitted *pro hac vice*:

J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Annette Gifford, NY Attorney No. 4105870
Sarah Cressman, NY Attorney No. 4014379
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile:  (585) 272-0574
nthomas@theemploymentattorneys.com

Charles H. Saul, PA State Bar No. 19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380
csaul@margolisedelstein.com

I, Sarah Cressman, under penalty of perjury, declare:

1. I am associated with the law firm Thomas & Solomon LLP, counsel for plaintiffs in this action. This Affirmation is submitted in support of Plaintiffs' Motion for Rule 23 Class Certification.

2. Attached hereto as **Exhibit 1** is an excerpt from Alderwoods' 2005 Form 10-K Annual Report stating that "[a]s of February 25, 2006, [Alderwoods] employed approximately 8,300 people."

## DOCUMENTS

3. The documents attached hereto are documents that have been produced by plaintiffs and/or defendant Alderwoods during certification-related discovery in the action *Prise, et al. v. Alderwoods Group, Inc.,* Case No. 06-CV-1641, currently pending in the U.S. District Court, Western District of Pennsylvania, for claims under the Fair Labor Standards Act ("FLSA") (hereinafter "*Prise* Action").

*Community Work Policy*

4. An email dated 2/8/2004 from Pat McDermott titled "Community Leadership Program (Meeting Invite)" with attachments (ALD004970-4979) is attached hereto as **Exhibit 2.**

5. Two pages titled "Community Leadership Program" (P01402-1403) and documents from Alderwoods' Community Leadership Program binder (P13067-13203) are attached hereto as **Exhibit 3.**

6. Alderwoods' "Community Leadership Overview" training materials for Location Managers/General Managers (ALD008741-8770) are attached hereto as **Exhibit 4.**

7. Alderwoods' "Community Leadership Influencers" training materials for Location/General Managers (ALD008771-9015) are attached hereto as **Exhibit 5.**

8. Alderwoods' "Community Leadership Events" training materials for Location Manager/General Managers (ALD009016-9234) are attached hereto as **Exhibit 6.**

9. An email dated 3/25/2004 from Pat McDermott titled "Community Leadership Program" (ALD005307) is attached hereto as **Exhibit 7.**

10. A document titled "Alderwoods Group Community Relations Road Map" (P11066-11067) is attached hereto as **Exhibit 8.**

11. Leadership Network Information Sheets (ALD008684-8692), Leadership Network Contact Report Summary 2004 – Canada & North East (ALD008704), Community Seminar Summary Reports (ALD008705-8717), Leadership Network Contact Report (ALD008718) and an email dated 6/22/2005 from Randy Amos titled "LNIS" (ALD007798-7799) are attached hereto as **Exhibit 9.**

12. An email dated 8/1/2004 from Pat McDermott titled "Community Leadership Program" (ALD004987) and an email dated 11/23/2004 from Pat McDermott titled "Activity Planning Calendar" with 2005 Activity Planning Calendar and "A Guide to Activity Planning" attached (ALD005036-5046) are attached hereto as **Exhibit 10.**

13. An email dated 3/13/2006 from Vicki Clark titled "Community Events & Influencer Tracking" with attachments (ALD006093-6145) is attached hereto as **Exhibit 11.**

14. An email dated 6/8/2006 from Vicki Clark titled "New Features Now Available on Your Website!!!!!" (ALD006504-6507) is attached hereto as **Exhibit 12.**

15. An email dated 5/25/2006 from Bob Burger titled "Period End Reports" with attachments (ALD007466-7483) is attached hereto as **Exhibit 13.**

16. A Location Visit Checklist (ALD007240-7249) is attached hereto as **Exhibit 14.**

17. Alderwoods' job descriptions for the following job titles: Apprentice Funeral Director/Embalmer, Arranger, Community Relations Director, Funeral Director and Location Manager, are attached hereto as **Exhibit 15.**

18. An excerpt from Alderwoods Group Policy Manual – United States 2006 (ALD008416) is attached hereto as **Exhibit 16.**

19. Excerpts from Alderwoods' newsletter, "Connections," are attached hereto as **Exhibit 17.**

20. Documents pertaining to a "Community Events Contest" (ALD004969, 4980-86, NPAL0551) are attached hereto as **Exhibit 18.**

21. An email dated 9/20/2006 from Corporate Communications titled "Success Spotlight: Kraeer-Fairchild Walks for Life" (ALD005587-5588) and an email dated 11/9/2005 from Ron Collins titled "Staff and Community Events" (ALD005590) is attached hereto as **Exhibit 19.**

22. A document titled "Relationship With Our Community" (ALD009942) is attached hereto as **Exhibit 20.**

23. Documents pertaining to the "I Believe in Service" award program (ALD008702-8703) are attached hereto as **Exhibit 21.**

24. Various Alderwoods funeral home location meeting minutes are attached hereto as **Exhibit 22.**

### *On-Call Policy*

25. A First Call Form dated 2/9/03 (ALD008240) and Interoffice Memorandum dated 5/19/2004 regarding "Clarification of Piecework" (ALD010586) are attached hereto as **Exhibit 23.**

26. A PowerPoint presentation titled "Wage and Hour" dated August 2005 (ALD8-00001-00019) is attached hereto as **Exhibit 24.**

27. An email dated 3/17/2006 from Angie Sanders titled "Mandatory Conference Call" (ALD4-00039) is attached hereto as **Exhibit 25.**

28. An email dated 3/16/2006 from Kara Whitehead titled "Conference Call re: Hour of Work and Overtime Policy – US" with attachments (ALD005180-5195) is attached hereto as **Exhibit 26.**

29. An email dated 3/27/2006 from Corporate Communications titled "Hours of Work and Overtime Policy and Timekeeping Procedure" with attachments (ALD006153-6161) is attached hereto as **Exhibit 27.**

### *Meal/Rest Break Policy*

30. Meeting minutes dated May 24, 2006 from Doane, Beal & Ames Funeral Home (ALD002338), minutes of a "Staff and Safety Meeting" dated August 31, 2006 (ALD009292) and a "Staff Meeting Report" dated 1/24/06 from Powers Funeral Home (ALD010515) are attached hereto as **Exhibit 28.**

### *Pre-Approval for Overtime Policy*

31. Excerpts from Alderwoods' February 2004 version of its "Policy and Procedures Binder" (NPAL0381, ALD013648-13649) are attached hereto as **Exhibit 29.**

32. Excerpts from Alderwoods' 2006 policy binder (P08887) are attached hereto as **Exhibit 30.**

33. Meeting minutes and memos from various Alderwoods funeral home locations (NPAL0561, P12519, P12444, ALD003836, ALD010391) are attached hereto as **Exhibit 31.**

### *Unrecorded Work Policy*

34. A memo dated May 10, 2004 regarding "Time Card Procedures" (ALD000215) and an email dated 1/4/2006 from Sue Posipanko (ALD005833-5834) are attached hereto as **Exhibit 32.**

35. True and correct copies of meeting minutes and memos from various Alderwoods funeral home locations (ALD002070, ALD002082, ALD004743, ALD010392, NPAL0567-0568) are attached hereto as **Exhibit 33.**

### *Regular Rate Policy*

36. An email from Freda Clark dated March 20, 2008 titled "list of employees in upload file" (ALD012847-12848) and an email from Lynnette Kneipp dated March 25, 2008

titled "Action Required – Heat ticket 950849" (ALD012849-12850) are attached hereto as **Exhibit 34.**

### *Corporate Organization*

37. Alderwoods' Organizational Charts (P08655-8696) are attached hereto as **Exhibit 35.**

## **AFFIRMATIONS AND DECLARATIONS**

38. Attached hereto as **Exhibit 36** is the Declaration of Chuck Gibson dated September 11, 2009 submitted in the *Prise* Action ("Gibson Decl.").

39. Attached hereto as **Exhibit 37** is the Declaration of Katie Leahy dated January 21, 2009 submitted in the action *Prise v. Alderwoods Group, Inc., et al.,* Case No. 06-CV-1470, currently pending in the U.S. District Court, Western District of Pennsylvania ("Leahy Decl.").

40. Attached hereto as **Exhibit 38** is the Affirmation of Benson Ackerman dated September 22, 2009 ("Ackerman Aff.").

41. Attached hereto as **Exhibit 91** is the Affirmation of Dennis Baker dated September 23, 2009 ("Baker Aff.").

42. Attached hereto as **Exhibit 39** is the Affirmation of Herbert Bath dated September 21, 2009 ("Bath Aff.").

43. Attached hereto as **Exhibit 40** is the Affirmation of Shane Carswell dated April 2008 previously submitted in the *Prise* Action ("Carswell Aff."). Another affirmation dated June 12, 2008 is also attached hereto.

44. Attached hereto as **Exhibit 41** is the Affirmation of Millard Daigle dated April 2008 previously submitted in the *Prise* Action ("Daigle Aff.").

45. Attached hereto as **Exhibit 42** is the Affirmation of Steven Detschner dated April 29, 2008 previously submitted in the *Prise* Action ("Detschner Aff.").

46. Attached hereto as **Exhibit 43** is the Affirmation of Heidi Fontaine dated April 29, 2008 previously submitted in the *Prise* Action ("Fontaine Aff."). Another affirmation dated June 12, 2008 is also attached hereto.

47. Attached hereto as **Exhibit 44** is the Affirmation of Joe Garza dated April 2008 previously submitted in the *Prise* Action ("Garza Aff.").

48. Attached hereto as **Exhibit 45** is the Affirmation of Rick Hensley dated September 2009 ("Hensley Aff.").

49. Attached hereto as **Exhibit 46** is the Affirmation of Philip Hollis dated September 2009 ("Hollis Aff.").

50. Attached hereto as **Exhibit 47** is the Affirmation of Johnny Johnson dated September 16, 2009 ("Johnson Aff.").

51. Attached hereto as **Exhibit 48** is the Affirmation of Robert Jones dated April 9, 2007 previously submitted in the *Prise* Action ("Jones Aff.").

52. Attached hereto as **Exhibit 49** is the Affirmation of Richard Kamienski dated September 14, 2009 ("Kamienski Aff.").

53. Attached hereto as **Exhibit 50** is the Affirmation of Angela Keath dated April 29, 2008 previously submitted in the *Prise* Action ("Keath Aff.").

54. Attached hereto as **Exhibit 51** is the Affirmation of Richard Kuhta dated April 2008 previously submitted in the *Prise* Action ("Kuhta Aff."). Another affirmation dated June 12, 2008 is also attached hereto.

55. Attached hereto as **Exhibit 52** is the Affirmation of Michael Lanza dated January 29, 2007 previously submitted in the *Prise* Action ("Lanza 1 Aff.").

56. Attached hereto as **Exhibit 53** is the Affirmation of Michael Lanza dated April 2008 previously submitted in the *Prise* Action ("Lanza 2 Aff.").

57. Attached hereto as **Exhibit 54** is the Affirmation of Kasi Long dated April 29, 2008 previously submitted in the *Prise* Action ("Long Aff."). Another affirmation dated June 12, 2008 is also attached hereto.

58. Attached hereto as **Exhibit 55** is the Affirmation of Beverly McDonald dated April 2008 previously submitted in the *Prise* Action ("McDonald Aff."). Another affirmation dated June 12, 2008 is also attached hereto.

59. Attached hereto as **Exhibit 56** is the Affirmation of Robert Pramik dated February 7, 2007 previously submitted in the *Prise* Action ("Pramik 1 Aff.").

60. Attached hereto as **Exhibit 57** is the Affirmation of Robert Pramik dated April 29, 2008 previously submitted in the *Prise* Action ("Pramik 2 Aff."). Another affirmation dated June 2008 is also attached hereto.

61. Attached hereto as **Exhibit 58** is the Affirmation of Deborah Prise dated December 7, 2006 previously submitted in the *Prise* Action ("Prise 1 Aff.").

62. Attached hereto as **Exhibit 59** is the Affirmation of Deborah Prise dated June 12, 2008 previously submitted in the *Prise* Action ("Prise 2 Aff.").

63. Attached hereto as **Exhibit 60** is the Affirmation of Heather Rady dated December 7, 2006 previously submitted in the *Prise* Action ("Rady Aff.").

64. Attached hereto as **Exhibit 61** is the Affirmation of Jack Reddick dated January 26, 2007 previously submitted in the *Prise* Action ("Reddick Aff.).

65. Attached hereto as **Exhibit 62** is the Affirmation of Stephen Takesian dated April 28, 2008 previously submitted in the *Prise* Action ("Takesian Aff.). Another affirmation dated June 11, 2008 is also attached hereto.

66. Attached hereto as **Exhibit 63** is the Affirmation of Marilyn Thomas dated September 22, 2009 ("M. Thomas Aff.").

67. Attached hereto as **Exhibit 64** is the Affirmation of Sandy Thomas dated September 21, 2009 ("S. Thomas Aff.").

68. Attached hereto as **Exhibit 65** is the Affirmation of Stacey Weinstein dated September 18, 2009 ("Weinstein Aff.").

69.

## DEPOSITION TRANSCRIPTS

70. The deposition transcript excerpts attached hereto are from depositions Alderwoods conducted of plaintiffs during certification-related discovery in the *Prise* Action.

71. On August 11, 2009, defendant deposed plaintiff Jason Burgess. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 66**.

72. On March 9, 2009, defendant deposed plaintiff Michael Butler. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 67**.

73. On December 10, 2008, defendant deposed plaintiff Shane Carswell. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 68**.

74. On April 20, 2009, defendant deposed plaintiff Millard Daigle. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 69**.

75. On May 8, 2009, defendant deposed plaintiff Steven Detschner. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 70**.

76. On April 22, 2009, defendant deposed plaintiff Jeffrey Diggs. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 71**.

77. On March 11, 2009, defendant deposed plaintiff Stephen Escobar. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 72**.

78. On November 21, 2008, defendant deposed plaintiff Joe Garza. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 73**.

79. On March 13, 2009, defendant deposed plaintiff Donna Gonzales. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 74**.

80. On July 17, 2009, defendant deposed plaintiff Louise Johnson. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 75**.

81. On April 21, 2009, defendant deposed plaintiff Robert Jones. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 76**.

82. On March 5, 2009, defendant deposed plaintiff Angela Keath. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 77**.

83. On December 11, 2008, defendant deposed plaintiff Richard Kuhta. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 78**.

84. On April 24, 2009, defendant deposed plaintiff Michael Lanza. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 79**.

85. On December 18, 2008, defendant deposed plaintiff Kasi Long. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 80**.

86. On November 24, 2008, defendant deposed plaintiff Beverly McDonald. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 81**.

87. On April 18, 2009, defendant deposed plaintiff Barry Miles. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 82**.

88. On March 19, 2009, defendant deposed plaintiff William Ore. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 83**.

89. On October 16, 2008, defendant deposed plaintiff Robert Pramik. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 84**.

90. On November 6, 2008 ("Prise Dep. 1"), and November 25, 2008 ("Prise Dep. 2"), defendant deposed plaintiff Deborah Prise. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 85**.

91. On November 7, 2008, defendant deposed plaintiff Heather Rady. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 86**.

92. On May 15, 2009, defendant deposed plaintiff John Schabloski. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 87**.

93. On April 30, 2009, defendant deposed plaintiff Stephen Takesian. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 88**.

94. On April 29, 2009, defendant deposed plaintiff Matthew Twiss. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 89**.

95. On July 21, 2009, defendant deposed plaintiff Raymond White. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 90**.

96. **Exhibit 91** is the Affirmation of Dennis Baker dated September 23, 2009, as referenced in ¶ 41, above.

I affirm under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2009.

       /s/Sarah Cressman
       **Sarah Cressman**