EXHIBIT 4



# Community Leadership Overview

## For:

Location Managers / General Managers

## Facilitated by:

Market Growth Managers

ALD008741

## COMMUNITY LEADERSHIP - OVERVIEW

## OVERVIEW

Goal

- Using the Community Leadership Program, provide target positions with the skills, information and tools to grow call volume; by building relationships and elevating the role and visibility of the location in the Community.

Target Positions

- Location Managers

Pre-Work

- Completed BrandMuscle Training
- Gather local newspapers, local Community messages from Internet, and gather local Community business news from Chamber of Commerce, and bring materials to training.
- Bring to Training a copy of the Funeral Home or Cemetery's:
  - Advertising and Promotion Budget
  - Activity Planning Calendar
  - Leadership Network Information Sheet
  - Location Manager's Annual Goal Setting and Action Planning form.

Please note: Target positions for training are described in each section of the Agenda

Learning Objectives:

Learners will be able to:

Section One: Influencers:

- Identify Influencers in the Community.
- Identify Niche Market targets to build Community relations.
- Document common goals that an Influencer and the Funeral Home or Cemetery has in the Community.
- Prepare for a discussion with an Influencer to set up on a first meeting.
- Identify tools available for meeting with the Influencer.
- Explain how to acquire/order supplies/tools for Community involvement.
- Prepare for a first meeting with a new Influencer.
- Prepare for a meeting with an Influencer where a relationship already exists.
- Identify a list of activities and Events that can encourage the Influencer to become involved with our Funeral Home or Cemetery.
- List activities that help to maintain the relationship with the Influencer.
- Complete a Leadership Network Contact Sheet and explain how to use for future tracking.
- Record brief notes of an Influencer meeting.
- Prepare a plan for Coaching with MGM on progress with Influencers.

ALDERWOODS
GROUP

2

ALD008742

<u>Section Two:</u>        <u>Events:</u>

- Identify types of Supportive Funeral Home Events.
- Identify types of Commemorative and Celebratory Events for the Cemetery.
- Describe how to partner with Influencers to create, execute and participate in an Event.
- Prepare a budget for an Event using the Event budget template.
- Use the Activity Planning Calendar to select a date, time and place for an Event.
- Prepare a plan including tools needed to host or support an Event.
- Write a communication plan for staff outlining responsibilities during an Event.
- Confirm that everything needed for the Event is in place.
- Describe the importance of the Community Event Evaluation form and how to distribute the form to guests.
- List the steps to evaluate and follow up on an Event.
- Describe how to report Event progress to the MGM / RGM / VPO

<u>Tools for Events:</u>    <u>Media Relations:</u>

- Describe the importance of Media Relations.
- Describe the differences between Public Relations, Media Relations and Advertising.
- Complete the Media List.
- Demonstrate how to download and complete the Location Fact Sheet using BrandMuscle.
- Describe how to determine if an Event is newsworthy for Media Relations.
- Determine when to use prepared key messages found on BrandMuscle
- Describe how to choose a Location spokesperson for an Event.
- Demonstrate how to select the media alert appropriate for the Event from BrandMuscle.
- Describe options to distribute the Media Alert to local Reporters.
- Prepare a Media Kit.
- Describe how to communicate with the media when they attend a Media Invitation.
- Write a "Thank You" note to members of the media who attended or inquired about an Event.
- Describe how to evaluate the progress made through Media Relations.

ALDERWOODS
GROUP

3

ALD008743

Section Three:  Sponsorships:

- Define sponsorship in the context of Community Events and relationships.
- Describe how to work with Community Influencers to determine sponsorships.
- Demonstrate how to plan sponsorship funding needs on Activity Planning calendar
- Describe how to evaluate the impact of sponsorships on the Location.
- Describe how to obtain Sponsorship Summary Sheet from BrandMuscle.

Section Four:  Memberships:

a) Memberships:

- Define Memberships in the context of Community Events and relationships.
- Describe how to determine which Memberships are advantageous to the Location's Community Leadership Plan.
- Demonstrate how to budget Memberships fees / dues on Activity Planning Calendar.
- Describe how to evaluate the impact of Memberships on the Location.

b) Discretionary Spending:

- Define discretionary spending.
- Describe when to use discretionary spending.

Section Five:  Seminars:

Community Seminars:

- List the six Seminar topics designed to help the Community.
- Describe how to select a time and place for a Community Seminar.
- Determine appropriate topic for the Seminar audience.
- Demonstrate how to contact a Speaker from the Influencer list to partner with and deliver the Seminar.
- Describe how to follow a pre-Seminar checklist to ensure all necessary preparations are made for a Seminar.
- List ways to let the public know about a Seminar.
- Prepare a plan to order necessary materials for a Seminar.
- Prepare a plan to finalize a guest list.
- Introduce yourself to the group and successfully set the stage at the beginning of a Seminar.
- Write an introduction of a Speaker and demonstrate how to introduce the Speaker.
- Demonstrate how to thank the Speaker at the Seminar.
- Prepare a plan to host a Seminar.
- Describe how to evaluate and follow up on a Seminar.

ALDERWOODS GROUP

4

ALD008744

## Agenda

| Section One: Influencers | |
|---|---|
| Target Position: Location Managers | |
| Section | Learning Points |
| Introduction | <ul><li>From our Mission Statement: "We will create value for families, employees and shareholders by being the superior provider of seamless funeral service. We will attract outstanding people and nurture their development. We will be the leader in the communities where we operate".</li><li>There are four critical activities that can help a Funeral Home or Cemetery grow calls.<br>1. Exceeding guests' expectations in every service you conduct.<br>2. Community Leadership.<br>3. Advance Planning.<br>4. Advertising.</li></ul>A Community is built from a large web of inter-connecting relationships.<ul><li>A Community is not limited to Church or service groups.</li><li>A Community encompasses worksites, businesses, schools, and healthcare sites. Communities are made up of people who live, work in or attend the area with common rights, interests, and who depend on each other in some way.</li><li><u>Warm – Up Exercise</u> What do I value about my Community?</li><li>Managers are asked to reflect on their Community. Identify and describe what they value about their Community.</li><li>Who in the Community can you turn to with questions or for advice?</li><li>To become a valued member of your Community you must reach out to your community. The people you can reach out to are identified in the exercise. The people turned to for advice are the Influencers you want to connect with.</li><li>Community Leadership helps the Funeral Home or Cemetery grow calls by creating awareness in the customer's mind. When a family has a need they will turn to you if they know who you are.</li><li>The Community Leadership program will help you to use five different activities that make up the Community Leadership Program:</li></ul> |

ALDERWOODS GROUP

5

| Section | Learning Points |
|---|---|
| Introduction Continued | 1. Activity with <u>Influencers</u> in your Community.<br>2. <u>Events</u> that you create to bring added value to the Community where you operate.<br>3. <u>Membership</u> in organizations that operate in your Community.<br>4. <u>Sponsorship</u> or <u>Contributions</u> to initiatives conducted by 3rd parties in your communities.<br>5. <u>Seminars</u> that you conduct to educate members of your Community.<br>➢ This training program will help you to:<br>   1. Identify Influencers in your Community.<br>   2. Build a Community Leadership plan specific to your Funeral Home or Cemetery within your budget.<br>   3. Plan for each of the five different types of activities.<br>   4. Know what tools support your activity and where to find them.<br>   5. Meet the expectations and use the tools for reporting on your Community Leadership Activities. |
| Identify Influencers in Community | ➢ Influencers are Leaders who members of a Community turn to for advice and guidance. Influencers have significant credibility in their communities.<br>➢ Influencers are people such as:<br>   1. Clergy<br>   2. Rabbis<br>   3. Doctors<br>   4. Medical Examiners<br>   5. Nurses<br>   6. Hospice Personnel<br>   7. Retirement Home Personnel<br>   8. Lawyers<br>   9. Accountants<br>   10. Bankers<br>   11. Insurance Agents<br>   12. Service Club Members<br>   13. Veterans<br>   14. Police Officers<br>   15. Fire Fighters<br>   16. Alderwoods Managers and Staff<br>➢ It is important to remember the "Gate Keeper" of the organizations that you are trying to connect with. Bear in mind that the secretary at a church may have more influence than the clergy. Most organizations have a person that is in on everything and these should be people that you are working to connect with on some level.<br>➢ Location Managers are Influencers to others in the Community.<br>➢ Influencers depend on a mutually beneficial relationship.<br>➢ Community Influencers like to have relationships with Funeral Homes and Cemeteries because Location Managers can help with various Community Events and activities. This helps the Influencers to serve members of their Club/Community/Team. |

ALDERWOODS GROUP

ALD008746

| Section | Learning Points |
|---------|-----------------|
| Identify Influencers in Community Continued | ➤ Location Managers want a relationship with a Community Influencer to help with Funeral Home Events, and help staff get involved in the Community.  This often motivates staff, especially if they are members of that Community.  In turn this allows you to provide better service to families when they need you, because you know more about them. |
| | ➤ The <u>Leadership Network Information Sheet</u> is used to record all influencer information, and track networking activity. |
| | ➤ The <u>Leadership Network Information Sheet</u> is an easy to use, quick reference to help the Location Manager track the Influencers and the progress that is being made with each. |
| Niche Market Definition | ➤ A Niche market is narrowly defined as a group of potential customers. Members of a Niche market have similar occupational, cultural or lifestyle characteristics.  The characteristics indicate if a group might be interested in developing a relationship with your Funeral Home or Cemetery. |
| | ➤ Some example of Niche Markets are: |
| |     1.     Senior Groups/Clubs |
| |     2.     Ethnic Communities |
| |     3.     Religious Communities |
| | <u>Exercise:</u>  How many families could you put in your sphere of influence by working with a Niche Market? |
| | Learners are provided with two miniature buildings. Each building has a number representing families that are associated with it.  Additional buildings are provided to represent a Niche Market.  The Community visually shows the potential sphere of Community influence that a Location Manager may have when tapping into Niche Markets. |
| Advantages of Building New Relationships | ➤ Niche markets help you to increase your sphere of influence by building relationships in that Community.  This can help to grow calls by reaching families that may not be aware of your Funeral Home and the services you offer. |
| | ➤ We at the Funeral Home or Cemetery will: |
| |     1.     Serve the Community and help them with their priorities. |
| |     2.     Profile the Funeral Home and our services. |
| |     3.     Build loyalty with families within the group. |
| |     4.     Get to know the families so you can serve them better. |
| |     5.     Educate Community about pre-planning. |

ALDERWOODS GROUP

7

ALD008747

| Section | Learning Points |
|---|---|
| How to Connect to a Niche Market | ➤ Finding a Niche Market that has families who are accessible.<br>➤ The first step is to look at your Community from an outside perspective. Determine which groups are on the list such as religious or ethnic communities. Take a tour of your Community to see the shops and restaurants that are in business and who they are serving.<br>➤ Write down the different groups that you have identified.<br>➤ Next, look at magazines, Community papers and newsletters that are targeted specifically to a defined market as these can supply you with mailing lists.<br>➤ Look at magazines, Community papers and newsletters targeted specifically to the Niche Market to get an idea of who potential Influencers may be.<br><br>Exercise: From Sample Community papers and newsletters identify three Niche Markets in the Community where the Funeral Home or Cemetery operates.<br><br>➤ Describe how to complete the <u>Leadership Network Information Sheet.</u><br><br>Exercise: Practice completing the <u>Leadership Network Information Sheet</u> and identify two new Influencers in each category of the Learner's Community. |
| Setting up a First Meeting | ➤ Reaching out begins by establishing relationships with a Community's Influencers.<br>➤ A meeting to find "common ground" or mutual needs, resources and benefits.<br>➤ During the first meeting or visit be prepared to ask questions about the Influencer's Organizations, and more about the Influencer's business. Do some research ahead of time of print materials from Community information sites and/or The Chamber of Commerce.<br>➤ The first visit is about getting to know the Influencer, not about gaining their business.<br><br>Exercise: From the list of new Influencers identified in the last exercise, select one for a first meeting. Write a list of common or mutual needs, and a list of questions to ask the Influencer.<br><br>➤ The goal is to show the Influencer how the Funeral Home or Cemetery and he/she have similar interests/goals.<br>➤ Before contacting the Influencer, make notes for discussion.<br>➤ Have schedule available. Be prepared with available dates and times that would be best suited for a meeting.<br>➤ Prepare for Voicemail or an Assistant by writing down a message in advance. |

ALDERWOODS GROUP

8

ALD008748

| Section | Learning Points |
|---|---|
| Setting up a First Meeting Continued | ➢ When making contact finalize a date, time and location to meet with the Influencer.<br>➢ Preparing for the meeting with the Influencer is crucial.  It provides the Influencer with a good, long-lasting impression that the Funeral Home or Cemetery is a professional establishment.<br><br>Exercise:  Make contact with the selected Influencer by a phone call and attempt to confirm a meeting date. |
| Meeting An Influencer a First Meeting | ➢ When meeting an Influencer for the first time, it should be a comfortable atmosphere and about getting to know one another, not only about gaining their business.<br>➢ From your notes prepare for a meeting.  Have a list of questions that you would like to discuss with the Influencer to learn more about their business and Community interests.<br>➢ When meeting with Influencers, try to have an idea about what charities the Influencer may be involved with or supports. It is an easy start to a discussion if you know what they believe is important. Also you would be able to work with the Influencer and help out a charity of their choice.<br>➢ Thank the Influencer for their time and the meeting.<br>➢ Be prepared to discuss your interests, clubs you belong to and a little about the staff at your Funeral Home or Cemetery.<br>➢ Leave the meeting with an agreement of when you can contact one another again, or potential common goals that you and the Influencer have discovered.<br>➢ Ask the Influencer if it is alright to contact him/her in the future to discuss these common goals.<br>➢ Leave your Business Card with the Influencer for future reference.<br><br>Exercise:  Write questions to discuss with the Influencer during the first meeting. |

ALDERWOODS
GROUP

9

ALD008749

| Section | Learning Points |
|---|---|
| Setting Up Meetings with Influencer that is established | ➤ Meeting an Influencer that has already been established may be more comfortable.  In some instances, you may have worked with the Influencer in the past.<br>➤ Prior to meeting with the Influencer, make notes of what common goals you and the Influencer have to discuss.<br>➤ Identify brochures and tools that Alderwoods offers that can be used:<br>   1.   Pre-Planning.<br>   2.   How To Arrange An Affordable Funeral.<br>   3.   How to Personalize A Funeral Service.<br>   4.   Advance Planning Seminar information.<br>   5.   Business cards are important tools because they represent the image of the Funeral Home and cemetery, and have all the important contact information.<br>➤ These brochures can be ordered from BrandMuscle through Collateral Materials.<br>➤ Plan to review the tools with the Influencer.<br>➤ Prepare a list of upcoming Seminars, Events and other activities that will be of interest to the Influencer.<br>Exercise:  Demonstrate making notes and gathering the package materials for meeting with the Influencer. |
| Meeting with an Established Influencer | ➤ Thank the Influencer for their time and the meeting.<br>➤ Communicate to the Influencer that the Funeral Home or Cemetery is ready to work together.<br>➤ From the preparations for the meeting, inform the Influencer about upcoming Seminars, Events and other activities.<br>➤ Leave the meeting with:<br>1. A common goal.<br>2. How you can help the Influencer and the Influencer can help you<br>3. A plan with how to help one another.<br>4. Next steps that you have committed to each other and when.<br>➤ Leave your Business Card with the Influencer for future reference. |

ALDERWOODS
GROUP

ALD008750

| Section | Learning Points |
|---------|-----------------|
| Evaluating and Following Up with the Influencer | ➢ Evaluating the meeting and the Influencer helps determine future Community activities and plans that this Influencer may be interested in.<br>➢ Funeral Home or Cemetery is being represented by the Location Manager; complete a behavior checklist to rate yourself as an Influencer.<br>➢ Use the Leadership Network Contact sheet:<br>   1.   After every meeting with an Influencer.<br>   2.   After receiving a referral from an Influencer.<br>➢ To fill in the Contact sheet:<br>   1.   Fill in the Funeral Home or Cemetery number, name and the name of the Influencer.<br>   2.   Record the meeting date, some brief notes on the meeting.<br>   3.   When and how the next contact with the Influencer will take place.<br>   4.   Record families that were referred to the location by an Influencer onto the back of the Contact Sheet.<br>➢ The contact will help you analyze Influencer activity and how you want to work with this Influencer.<br>➢ Follow-up with a Thank You note.<br><br>Exercise:  Demonstrate completing the Leadership Network Contact Sheet, and writing a Thank You note to the Influencer. |
| Reporting to Market Growth Manager | ➢ Report on number of calls on a period basis using the LNIS tracking sheet as above. This would be a report sent to the MGM as required by timeline, then the MGM will review and discuss with LM during the next visit to the location. There should be discussions about each influencer and what impact they are having on the business versus the investment in that Influencer.<br>➢ Market Growth Manager based on the report can help identify opportunities and offer assistance and coaching.<br>➢ Use the Leadership Network Information Sheet to report progress.<br>➢ At the end of each period complete the sheet.<br>➢ At the end of each quarter complete additional areas on the sheet, and evaluate how the relationship with the Influencer is developing.<br>➢ Submit period and quarterly results to MGM. |
| Maintaining Relationships with Influencers | ➢ Ensure the effort and progress made does not diminish over time due to a lack of contact or involvement.<br>➢ Identify how the Funeral Home or Cemetery will maintain the relationship with the Influencer.<br>➢ Identify opportunities to get employees involved in the Community.<br>➢ Determine if the Influencer could be delegated to another team member to get others involved and increase your sphere of influence.<br>➢ At period end monitor for follow-up with Influencers.<br>➢ Administer Knowledge Test. |

ALDERWOODS GROUP

ALD008751

| Section | Learning Points |
|---------|-----------------|
| Summary | <ul><li>Location Managers have the skills, information and tools to use the Community Leadership Program to build relationships with Influencers and increase their role and visibility in the Community.</li><li>Made preparations and contacted an Influencer to begin establishing relationships</li><li>Have initial work done on remaining identified Influencers to begin making contact.</li><li>Increasing calls through Community Relations is a specific responsibility of the Location Manager. From the Location Manager's job description the specific responsibilities are to:<br>1. Retain heritage and grow market share through active involvement with Community, religious and other organizations, leading to development of 'meaningful' relationships. Utilize the Community Leadership Binder.<br>2. Develop Niche Markets and be willing to try new things to develop market share.</li><li>You now have been provided with a step by step process to:<br>1. Identify new Influencers.<br>2. Identify Niche Markets.<br>3. Meet with Influencers.<br>4. Work with Influencers in the Community.<br>5. Maintain relationships with Influencers.</li></ul> Exercise: Location Managers add to their Goal and Action Plan form how they will set-up meetings with the specific Influencers they have identified. |

ALDERWOODS GROUP

ALD008752

| Section Two:  Events | |
|---|---|
| **Target Position:  Location Managers** | |
| **Section:** | **Learning Points** |
| Supportive Events | ➢ Funeral Home Events are Supportive Events.  These types of Events are not considered the "Hallmark" Events. <br> ➢ A Supportive Event is when the Funeral Home reaches out to the Community to lend a hand. <br> ➢ Do not have a specified day and time at the Funeral Home that may conflict with a service that is taking place. <br> ➢ Examples of Supportive Events: <br>     1.    Food Drive <br>     2.    Toys for Tots <br>     3.    Flu Shots <br>     4.    Blood Drives <br>     5.    Bicycle Safety <br>     6.    Sweaters for Veterans <br> ➢ A great number of Supportive Events are run in conjunction with your Community Influencers, working together to benefit the Community. <br> ➢ What are the benefits of running Supportive Events in a Funeral Home? <br>     1.    Allows the Community to come to the location for a reason other than a Funeral. <br>     2.    Provides the Funeral Home with positive Community exposure. <br>     3.    Provides Funeral Home staff interaction with Community members. <br>     4.    Allows Funeral Home and Influencer to further develop their relationship. |
| Commemorative and Celebratory Events | ➢ Cemetery Events are Commemorative and Celebratory Events <br> ➢ Commemorative Events allow the Community to gather and commemorate lives lived. <br> ➢ These Events give families an opportunity to celebrate their loved ones. <br> ➢ Examples of Commemorative Events are: <br>     1.    Memorial Day <br>     2.    September 11 <br>     3.    Veterans Day (USA) / Remembrance Day (Canada) <br><br> ➢ Celebratory Events are based on specific days on the calendar. <br> ➢ Having an Event in the cemetery on these days provides the Community with a positive and welcoming atmosphere to remember loved ones. |

ALDERWOODS
GROUP

13

ALD008753

| Section: | Learning Points |
|---|---|
| Commemorative and Celebratory Events Continued | ➢ Examples of Celebratory Events are:<br>  ➢ Mother's Day<br>  ➢ Father's Day<br>  ➢ July 4th (USA) / July 1st (Canada)<br>  ➢ Black History Month (or other multicultural celebrations)<br>  ➢ Christmas<br>  ➢ Hanukkah<br><br>➢ Benefit to the cemetery of these types of Events?<br>  1. Gathers families back at the Cemetery.<br>  2. Shows the Cemetery is interested in the long-term needs of the family.<br>  3. Provides families and friends with mutual support.<br>  4. Does not interfere with any other services that may be taking place at the Cemetery. |
| Partnering with Influencers and 3rd Parties. | ➢ Working with Influencers for your Event will benefit the Funeral Home both in building a stronger relationship, and financially.<br>➢ When partnering with an Influencer, the Event will be mutually rewarding, and can provide cost sharing opportunities.<br>➢ The Influencer and the Funeral Home or Cemetery can pool together resources and staff to make the Event more successful.<br>➢ It can provide staff with the opportunity to start developing their own relationships with Influencers.<br>➢ When meeting with the Influencer as described in the Influencer portion, determine an Event that will be mutually rewarding for both parties.<br>➢ Work with the Influencer and ensure location, date and time are agreed on.<br><br>Exercise: Determine Influencer(s) that may be able to partner with the Funeral Home or Cemetery to hold a Food Drive. |

ALDERWOODS
GROUP

ALD008754

| Section: | Learning Points |
|---|---|
| Preparing a budget for an Event | ➤ The budget for your Events should be captured in your Advertising and Promotions budget.<br>➤ Put in the Activity Planning Calendar the amount of money allotted to Events for the Year.<br>➤ Use the Event Budget template to build your budget for the Event. This is where you record the planned amount to spend and the actual amount spent from the budget after the Event has been conducted.<br>➤ On the Event Budget list the items that the Funeral Home or Cemetery will be responsible for purchasing for the Event.<br>➤ Any advertising or collateral materials should be ordered through BrandMuscle. Be sure to also include these costs in the Event budget.<br><br>Exercise: Determine from the Advertising and Promotions budget and Activity Planning Calendar the amount of money allotted for a Food Drive Event.<br><br>Write a budget for the Food Drive Event on the Budget Event template. |
| Selecting a date, time and place | ➤ Plot the best dates for your Events on the Activity Planning Calendar.<br>➤ Mark these as tentative until you have confirmed with any Influencers that may be helping you with the Event.<br>➤ As often as possible try to hold an Event at the Funeral Home or Cemetery.<br>➤ This will help to create an awareness of the Funeral Home or Cemetery. This is one of the key benefits of Community Leadership. |
| Preparing for the Event | ➤ Decide what is needed to run the Event. For example, brochures, petty cash, refreshments, flowers, etc.<br>➤ Get in touch with your network and media. Send them an invitation to the Event.<br>➤ Spread the word using flyers and the media relations tools that have been established.<br>➤ Agree in writing which aspects of the Event the Funeral Home or Cemetery will be responsible for and which portions of the Event the Influencer will be responsible for.<br>➤ Contact the Influencer 3-5 business days prior to the Event to confirm that all agreed items are in place.<br>➤ Determine the roles of the Funeral Home or Cemetery, the Influencer and staff during the Event.<br>➤ Create a checklist of all items needed to run the Event, and communicate a plan to the staff of their individual duties.<br><br>Exercise: Prepare for the next scheduled Event using the checklist and communication plan. |

| Section: | Learning Points |
|---|---|
| Hosting the Event | ➤ Speak to as many people attending as possible. |

ALDERWOODS
GROUP

15

ALD008755

| | |
|---|---|
| | ➢ Discuss how they heard of the Event, and make a mental note; this will help you when communicating future Events.<br>➢ Have fun. This is a great opportunity for members of the Community to see you and your staff in a different light.<br>➢ Distribute the Community Event Evaluation Form. Communicate to guests where to drop them off.<br>Exercise: Hosting an Event. Think of times that you have hosted a party or get together at home. Reflect on what the atmosphere was like. What did you do or say? |
| Evaluating and following up | ➢ After the Event, take the time to read the Community Event Evaluation forms that your guests filled out.<br>➢ Using the Events action plan, make notes of what you should start, stop and continue doing for future Events.<br>➢ Follow-up with a Thank You letter or note to those that helped you make the Event a success. Be sure to include any Influencers that you worked with, as well as their and your staff members. They are a key contributor to a successful Event.<br>➢ Provide details on sample follow up Thank You note.<br><br>Exercise 1: Using pre-completed Community Event Evaluation forms make notes of what to start, stop and continue doing for future Events.<br><br>Exercise 2: Practice writing a follow up Thank You note to those that helped. |
| Reporting to the MGM /RGM / VPO | ➢ Complete the Community Event Information sheet on a period basis and submit it electronically to your MGM to report Event activity. |
| Summary | ➢ Administer Knowledge Test.<br>➢ A Supportive Event is when the Funeral Home reaches out to the Community to lend a hand.<br>➢ Commemorative Events allow the Community to gather and commemorate lives lived.<br>➢ Celebratory Events are based on specific days on the calendar.<br>➢ Having an Event in the cemetery on these days provides the Community with a positive and welcoming atmosphere to remember loved ones.<br>➢ Working with Influencers for your Event will benefit the Funeral Home both in building a stronger relationship, and financially.<br>➢ You have a step by step process for:<br>   o Setting the time and place for an Event<br>   o Preparing for an Event<br>   o Hosting an Event<br>   o Evaluating and Following up on an Event<br>   o Reporting to your MGM / RGM / VPO on Event progress.<br>➢ During the year you should have a minimum of 12 Events at your Funeral Home or Cemetery.<br>➢ Using your Goal Setting and Action Planning form, revise/write an action plan on how you plan to meet your Event expectations. |

ALDERWOODS GROUP

ALD008756

| Tools for Events:  Media Relations | |
|---|---|
| **Target Position:  Location Managers** | |
| Section | Learning Points |
| Importance Of Media Relations | ➢ Effective Media relations techniques can help your Community relationships. <br> ➢ Media relations are meant to be a cost-effective way of getting your message to the Community.  It is typically less expensive than traditional advertising.  It can be very effective when you use both media relations and advertising. <br> ➢ Media Relations communications are often viewed by the Community as a non-biased opinion of an Organization, whereas with advertising, the perception is the Organization is only giving you what you want to hear as a potential consumer. <br> ➢ There are three basic steps to conducting Media Relations for an Event: <br> 1.  Plan <br> 2.  Execute <br> 3.  Evaluate |
| Planning Pre-work – Difference between Public Relations, Media Relations and Advertising | **Public Relations:** <br> ➢ Ability to develop a relationship with the public to represent the Funeral Home or Cemetery through accurate, consistent and timely information, communicated through the right method, delivered to a specific audience. <br> ➢ Alderwoods Corporate Communications department manages public relations on behalf of the Company – overall. <br> ➢ Alderwoods Corporate Communications issues press releases and posts on the newswire on behalf of the company and should be consulted when three or more locations are working together on a Community leadership Event. <br> ➢ Alderwoods Corporate Communications also manages any perceived negative stories sought by the media.  For example; lawsuits, industry regulations and compliance.   If you are approached by the media with regards to company or industry-wide issues (negative or otherwise), or of a local issue that can be potentially negative, please contact the Manager of Media and Communications in the Corporate Communications department.  The number is 1-800-347-7010. <br><br> **Media Relations:** <br> ➢ The ability to develop a relationship with the media to publicize an Event through various media outlets: newspaper, radio, television or internet. <br> ➢ Main goal of Media Relations is to gain positive media coverage through external sources without direct payment.  External endorsements, such as a testimonial or editorial are often considered more credible than a paid advertisement because they may appear more honest coming from someone uninvolved in the Funeral Home or Cemetery. |

ALDERWOODS
GROUP

17

ALD008757

| Section | Learning Points |
|---|---|
| Planning Pre-work – Difference between Pubic Relations, Media Relations and Advertising Continued | **Advertising:**<br>➢ The ability to purchase space in a media or other outlet to publicize an Event.<br>➢ The message, timing and placement are directed and controlled by the consumer.<br>➢ Examples include print ads in newspapers, radio and television commercials. |
| Determining Which Approach to Use to Publicize an Event | **Public Relations:**<br>➢ Use when three or more locations are coordinating their efforts to execute a common Community Event.<br><br>**Media Relations:**<br>➢ Use when the goal is to publicize a Community Event through the local media.<br><br>**Advertising:**<br>➢ Use when the Funeral Home or Cemetery has the budget to pay for space in one of the local media outlets to publicize the Community Event.<br><br>You do not have to choose one approach over another.  Multiple approaches can be used to target the media and public in different ways. |
| Completing the Media List | ➢ A Media List is a contact list of the Media contacts in the Community where the Funeral Home or Cemetery operates.<br>➢ To create a Media List the first thing to do is identify media sources in the Community.<br>➢ Examples of media sources are:<br>   o Newspapers<br>   o Television<br>   o Radio<br>   o Community Calendars<br>➢ Once you have identified the media sources you would like to use to get your message out, browse through local newspapers and print materials to identify editors, writers and their contact information.<br>➢ For Television and Radio, contact your local Chamber of Commerce or internet for the contact information of other outlets available to you.<br>➢ Contact each media outlet for specific information:<br>   o Reporter name and contact info.<br>   o Types of stories they cover.<br>   o Editorial deadlines.<br>➢ Write this information on the Media List.<br>➢ Indicate the Medium, Medium Title, Contact Name, Position Title, Email, Phone, Fax, Address, Website (if applicable), and other details that you may have been given. |

ALDERWOODS
GROUP

18

ALD008758

| Section | Learning Points |
|---|---|
| Completing the Media List, Continued | ➤ Media List should be updated regularly and kept in an accessible place for reference and use for upcoming Community Leadership Events.<br>➤ Once you have identified your Media Contacts, you can begin to work with them to get your message out to the Community.<br><br>Exercise: Identify 2 Newspaper Media Contacts in your Community and write them down on the Media Contact List. |
| Completing the Location Fact Sheet | ➤ The Location Fact Sheet will provide the Media with general information about the Funeral Home or Cemetery, contact information, years serving the Community and number of employees.<br>➤ Location Fact Sheet can be downloaded from BrandMuscle, and is a template that can easily be adjusted with the Funeral Home or Cemetery's specific information.<br>➤ This Sheet can be given out to reporters in a Media kit or used as a tool for open houses and public inquiries.<br><br>Exercise: Download and complete the Location Fact Sheet. |
| Is the Event Newsworthy? | ➤ If an Event is not on BrandMuscle, it will have to be determined if the Event is actually newsworthy. The Media Relations Planning Worksheet can assist you.<br>➤ Is the Event local to the Community? Would it be of interest to Community members? Why would it be of interest to Community members? Does the Event tie to a holiday or a current trend?<br>➤ Is the Event timely? Communicating too far into the future or past could impact the timeliness of the Event.<br>➤ Is the Event valuable to the Community? Make sure the Community will view the Event as serving a good purpose.<br>➤ If unsure if an Event is Newsworthy use the Media Planning Worksheet to determine if the Event is indeed Newsworthy. |
| Completing The Key Message Templates | ➤ BrandMuscle contains Message Worksheets and Media Alerts organized by type of Event.<br>➤ Download the message and alert to add details about the time and location of the Event to the template.<br>➤ These messages can be used as communication tools when executing this stage of the Media Relations program.<br>➤ If a prepared key message for the specific Event is not available on BrandMuscle then answer the questions from the newsworthy section and contact Alderwoods Corporate Communications at 1-800-347-7010 for further assistance. |

ALDERWOODS GROUP

ALD008759

| Section | Learning Points |
|---|---|
| Executing Media Relations – Identifying a Location Spokesperson | ➢ Executing your Message to the Media is done in five steps.<br>➢ Have a location spokesperson identified before any Events arise, that way they are not rushed into making a decision. This person may not be the Location Manager, but should be someone that will represent the location and the company in the best light.<br>➢ How to Identify the Best Person to be Spokesperson.<br>➢ This person is the individual that should be quoted in the Media.<br>➢ This role can be performed by one or two separate individuals.<br>➢ The individual(s) should be aware, in agreement, knowledgeable of the Event and prepared to speak to the Media. This individual(s) should be presentable, following the dress code policy, well-spoken and easy to approach. |
| Distribute the Media Alert to Contacts from Media List | ➢ The Media Alert is used to communicate with the Media that an Event at the Funeral Home or Cemetery is taking place.<br>➢ The information on the message worksheet should be transferred to the Media Alert Template found in BrandMuscle.<br>➢ There are different ways of distributing the Media Alert:<br>   ➢ Fax<br>   ➢ E-mail<br>➢ Distribute the Media Alert in a timely manner.<br>   ➢ Monthly publications should receive information about 8 weeks in advance of the Event.<br>   ➢ Weekly publications / television programs should receive information about two-three weeks in advance of the Event.<br>   ➢ Daily publications / television and radio programs should receive information about the Event three – five days prior.<br>➢ Community calendars on Community television stations, publications, radio programs and Community websites require approximately eight weeks notice. |

ALDERWOODS
GROUP

20

ALD008760

| Section | Learning Points |
|---|---|
| Prepare A Media Kit | ➢ Assemble a Media Kit.<br>➢ Kit should include:<br>  ➢ Media Alert previously distributed<br>  ➢ Location Fact Sheet<br>  ➢ Event Fact Sheet<br>  ➢ Optional: Previous media clippings that feature the Funeral Home or Cemetery in a positive manner.<br>  ➢ Optional: Funeral Home or Cemetery promotional brochure (if available) and professional photo of location (only if reproduction rights are permitted by the photographer)<br>➢ All of the above items should be placed together in a folder to be provided to the Media when attending the Event.<br>➢ Items that should not be in the Media Kit are:<br>➢ Previous media clippings that feature the Funeral Home or Cemetery is a negative manner<br>➢ Blank business contracts or other unrelated material to the Event<br><br>Exercise: Assemble a Media Kit for the next scheduled Event. |
| Interviewing with Local Media Reporters | ➢ If a Media Alert is distributed, the Funeral Home or Cemetery may be contacted for an interview.<br>➢ Inform staff who answers phones.<br>➢ Be prepared to participate.<br>➢ Gather the media's contact information – confirm which media outlet they are representing, and request their contact information. If in person, be sure to ask for a business card.<br>➢ When answering questions, stick to the key message, prepared in advance from the Media Alert.<br>➢ If there is a question you do not know the answer to, admit to the reporter that you do not have that information readily available and that you will follow up with them.<br>➢ Cooperate with the media – do not come across as defensive or uncertain of what you want to say. Be confident and comfortable with your tone of voice and key information points.<br>➢ As the interview comes to an end, confirm the date for which this information will be published and confirm their contact information. |
| Interviewing with Local Media Reporters, Continued | ➢ If the interview should happen to get off track or places you in a compromising position, excuse yourself from the call or person and offer to follow up at a later time.<br>➢ Review guidelines for speaking with the Media.<br>  ➢ Do not Feel Obligated to Give an Answer<br>  ➢ Do not Discuss Confidential Information<br>  ➢ Do not Comment on Rumors<br>  ➢ Watch Your Casual Conversations<br>  ➢ Keep Your Files Safe |

ALDERWOODS GROUP

21

ALD008761

| Section | Learning Points |
|---|---|
| Thanking The Media | ➢ Send a "Thank You" note to members of the media who attended or inquired about the Event.<br>➢ This serves as an opportunity to position you as a spokesperson for future industry related issues, as well as helps build rapport and relationship with members of your local media outlets.<br>➢ Complete "Thank You" note template available on BrandMuscle. |
| Evaluating the Media Relationship | ➢ Monitor and track the number of mentions about the Event in various media outlets:<br>  ➢ Count and cut out the articles about the Event published in Community publications.<br>  ➢ Track the number of mentions about the Event on your local television and radio stations.  If possible record segments. |
| Summary | ➢ Media Relations can help the Funeral Home or Cemetery to receive positive publicity to help the profile in the Community.<br>➢ Media Relations are often viewed by the Community as a credible and unbiased source of information.<br>➢ All of the tools needed are on BrandMuscle.<br><br>Exercise:  Manager to update their Goal Setting and Action Plan form to list steps of how they will build your Media Contact list, and identify upcoming Events or Seminars that you can use one or more of the Media Contacts to communicate the message. |

ALDERWOODS
GROUP

ALD008762

| Section Three: Sponsorship | |
|---|---|
| **Target Position: Location Managers** | |
| **Section:** | **Learning Points** |
| Sponsorship | ➢ Sponsorship is providing financial support to organizations in the Community. |
| | ➢ Determine how the Funeral Home or Cemetery is benefiting from the sponsorships being provided. |
| | ➢ Sponsorship and Membership are passive ways of working on Community Leadership.  Hosting Events and working with Influencers in the Community are active ways of working with Community Leadership. |
| | ➢ Advantages/Disadvantages of Passive Methods. |
| | ➢ Advantages / Disadvantages of Active Methods – For example, if the Church is asking for a donation for a raffle, be sure to find out how the Funeral Home will be recognized.  Perhaps a month of free advertising in the Church Bulletin.  Training to provide other examples. |
| | ➢ Sponsorship can get costly quickly, follow the guidelines below to help decide if it makes sense to sponsor that particular organization: |
| | 1. Does the demographic that you are trying to target, be affected by the sponsorship? |
| | 2. Is this a cost effective sponsorship?  Is the expense invested going to result in a positive market share? |
| | 3. What is the target audience of the sponsorship?  Will only a limited number in the Community be aware of the sponsorship or will the Community at large be aware of the sponsorship? |
| | 4. How will the sponsorship create an awareness of the location? |

ALDERWOODS GROUP

ALD008763

| Section: | Learning Points |
|---|---|
| Sponsorship | 5. Is the sponsorship annual or a one time donation?  Will you have to sponsor at the same level year after year, or is there an exit strategy in place to limit costs over time. Make a three year limit to any sponsorship that takes place.<br><br>➢ Examples of Sponsorship are:<br>   ➢ Gift Certificates for a Church/Club raffle or bazaar<br>   ➢ Children's sport organizations (such as baseball or hockey)<br>   ➢ Provide refreshments for a local fair or celebration<br><br>➢ Budget ahead of time and put in the Activity Planning Calendar. |

| Section Four:  Memberships | |
|---|---|
| Target Position:  Location Managers | |
| Section: | Learning Points |
| Memberships | ➢ Membership is participating in an Organization in the Community such as Service Clubs.<br>➢ Memberships provide an opportunity to network with others in the Community; create name awareness and personal contact.<br>➢ Memberships generally charge an annual membership fee or dues.<br>➢ These fees or dues should be budgeted the same as Sponsorships.<br>➢ The amount of the fee/due and the month they should be paid should be indicated on the Activity Planning Calendar under the heading of Memberships.<br>➢ Memberships should consist of a minimal amount of the Advertising & Promotions budget.<br>➢ Membership can get costly quickly, follow the guidelines below to help decide if it makes sense to sponsor that particular organization:<br>➢ Build a Membership budget ahead of time and put in the Activity Planning Calendar. |

ALDERWOODS
GROUP

24

| Section: | Learning Points |
|---|---|
| Discretionary Spending | <ul><li>This area of the Advertising & Promotions budget should represent roughly 5% of the total.</li><li>These are funds to set aside on the Activity Planning Calendar to cover unexpected, unplanned opportunities to increase awareness of the location in the Community.</li><li>This area is used when asked for donations by groups or organizations that the Funeral Home or Cemetery has no affiliation with.</li><li>This spending is for the, "ahhhh isn't that nice" type of things that arise while you are out and about.</li><li>Examples of this type of Discretionary Spending would be:<ul><li>Boy or Girl Scouts (Guides)</li><li>Buying coffee for the police on a cold night</li><li>Supporting a local car wash</li></ul></li></ul> |

ALDERWOODS
GROUP

25

ALD008765

| Seminars | |
|---|---|
| **Target Position:** Advance Planning Professionals, Location Managers | |
| **Section** | **Learning Points** |
| Introduction to Community Seminars Program | Importance Of Community Seminars<br>➢ An opportunity to present the Funeral Home/Cemetery's services and benefits of advance planning.<br>➢ Advance planning is a topic of increasing interest to consumers.<br>➢ Presentation is done in an informal, educational manner.<br>➢ Benefits of Making Group Presentations are:<br>a. Education<br>b. Community service<br>c. Generating leads<br>d. Increasing name recognition<br>e. Good public relations<br><br>➢ Self-evaluation — What I think a good presenter should do, where I am in relation to my list, what I need to do better.<br>Two Stages of Community Seminars.<br>a. Preparation<br>b. Follow-up |
| Preparing For the Community Seminar | Scheduling Seminars<br>➢ Location Manger and Sales Manager work closely together to create Influencer networks within the Community and to schedule opportunities for the team to conduct Seminars.<br>➢ Six seminar topics available in Community Leadership Program -<br>1) Advance Planning<br>2) Financial Planning<br>3) Health & Well-Being<br>4) Social Security/Veterans Benefits<br>5) Housing and Relocation<br>6) Legal Aspects. For example Wills, Letters of Instruction, and a Living Will.<br>➢ Seminars can be organized by the Funeral Home or Cemetery and presented by one of your Influencers who are related to the industry. For example, if you wish to hold a Health & Well Being Seminar, a Medical Doctor, or Registered Nurse would be an ideal presenter. |

ALD008766

| Section | Learning Points |
|---|---|
| Preparing For the Community Seminar Continued | ➢ Page 2-3 in the Community Leadership Binder has suggested Speakers for each Seminar topic.<br>➢ Wide range of groups to whom you can present.<br>➢ <u>Purpose</u> of delivering a seminar is to accomplish three things:<br>    1.    Favorable Impression<br>    2.    Education<br>    3.    Generating Leads<br>➢ Initial Contact with the Group, networking and scheduling is done by the Location Manager and the Sales Manager.<br>➢ Acquaint yourself to the group's chairperson.<br>➢ Suggested telephone script. |

ALDERWOODS
GROUP

ALD008767

| Section | Learning Points |
|---|---|
| Preparing For the Community Seminar Continued | Analyzing the Audience and Venue<br>&#10149; Why? – Determine how to address what is important to them and ensure the presenter is prepared with the right materials, and the necessary equipment.<br><br>What you would need to know to analyze the audience and venue:<br>&#10149; Number of people attending<br>&#10149; Age group<br>&#10149; Interests and background<br>&#10149; What they hope to learn/gain<br><br>What you would want to know about the venue:<br>&#10149; Size of room<br>&#10149; Are there accessible electrical outlets<br>&#10149; Seating arrangement<br>&#10149; Kind of Audio Visual equipment<br>&#10149; Source of lighting<br><br>Write an Introduction of Yourself:<br>&#10149; Your name<br>&#10149; Location<br>&#10149; Number of years Location has served the Community<br>&#10149; Location's civic or Community involvement<br>&#10149; How long you have been affiliated with the location<br>&#10149; Your connections to professional associations<br>&#10149; A brief personal anecdote or story that relates to the group<br><br>Write an Introduction of the Speaker:<br>&#10149; Their name<br>&#10149; Their profession and title<br>&#10149; Their education<br>&#10149; Where they are located in the Community<br>&#10149; Number of years they have served the Community<br>&#10149; Speaker's civic or Community involvement<br>&#10149; Their connections to professional associations<br><br>&#10149; Practice - exchange introductions & introduce the speaker |

ALDERWOODS GROUP

28

ALD008768

| Section | Learning Points |
|---------|-----------------|
| Preparing For the Community Seminar Continued | <u>Preparing Materials For the Presentation</u><br>➢ Use visuals to focus the audience's attention, enhance understanding, improve retention and add polish and professionalism.<br>➢ When presenting, demonstrate the advantage of "Planning Ahead For All The Right Reasons" – present Advance Planning benefits clearly and concisely.<br>➢ Use the Family Estate Planning Kit as a free gift offer to audience members who complete a response card – to be personally delivered.<br>➢ Other brochures or materials relevant to the topic of the seminar.<br><u>Lead Generation Techniques.</u><br>➢ Use Community Seminar Evaluation Form.<br>➢ Contact guest by phone after the Seminar and arrange to deliver the service of the Family Estate Planning Kit.<br>Seminar leads make excellent prospects for Advance Planning.<br>➢ Other offers:  Free Cost Estimate, Veterans/Social Security Benefits, Advance Directive (Living Will).<br>➢ Utilizing A Pre-Seminar Checklist.<br>➢ Discuss items on list. |
| Follow-Up After the Community Seminar | <u>Importance Of Timely Follow-Up</u><br>➢ A lead is useless unless it is followed up on.<br>➢ May also be a service issue as the lead may have an expectation of follow-up?<br><br><u>Steps to take after the delivery of a Seminar:</u><br>➢ Work with the Location Manager and Sales Manager to send a Thank You letter to the group.<br>➢ Transfer information from Community Seminars Evaluation Form to Lead Tracking System.<br>➢ Call each person who filled out an Evaluation Form to thank them for attending and schedule an appointment to deliver the Family Estate Planning Kit.<br>➢ Visit their home or meet in the Funeral Home – present the Family Estate Planning Kit and the Advance Planning presentation.<br>➢ Ask everyone for referrals of others they know who will benefit from the Family Estate Planning Kit.<br>➢ Check Do Not Call List of referrals' phone numbers.<br>➢ Send a letter of introduction to all referrals on Do Not Call list with reply card.<br>➢ Call all other referrals for an appointment.<br>➢ When managing your leads, ensure to write the organization's name and date of the Seminar so you can make reference to it when you call. |

ALDERWOODS GROUP

29

| Section | Learning Points |
|---------|-----------------|
| Follow-Up After the Community Seminar Continued | ➢ Purpose of your call is to set an appointment.<br>➢ Ensure you address the following:<br>    1.    Will both the husband and wife be at the appointment?<br>    2.    Do you have directions to their home?<br>Use sample phone scripts to practice setting appointments |
| Summary | Review Workshop<br>➢ Segment by segment review of topics |

ALDERWOODS
GROUP

30

ALD008770