# EXHIBIT 5
# (Part 1 of 3)



# Community Leadership Influencers

## For:
### Location/General Managers

## Facilitated by:
### Market Growth Manager

ALD008771

## COMMUNITY LEADERSHIP - INFLUENCERS

Handouts
- Identifying Influencers Step By Step
- Sample Leadership Network Information Sheet
- Blank Leadership Network Information Sheet
- Page 1-6 of the Community Leadership Binder
- Slide 1 - Possibilities of Niche Markets Exercise
- Networking Event Tips
- Community Leadership Action Plan – Meeting An Influencer for the first time
- Page 1-8 of the Community Leadership Binder
- Questions for Influencers
- Meeting an Influencer for the first time script
- Community Leadership Action Plan – Meeting A Existing Influencer
- Preparing for A Meeting
- Blank Activity Planning Calendar
- Goal When Meeting with an Influencer
- Myself as an Influencer
- Leadership Network Contact Sheet
- Influencer Ranking Handout
- Page 1-11 of the Community Leadership Binder
- Knowledge Test
- Answer Key

Things you will need
- Leadership Network Information Sheet
- Local Community Papers
- Activity Planning Calendar for the Funeral Home or Cemetery
- Community Leadership Binder
- Lego kit.

ALD008772

## COMMUNITY LEADERSHIP - INFLUENCERS

### Introduction



Ask:

- What are you doing now to connect with key leaders in your Community?



Look for:
- Service Clubs
- Church Organizations



Ask:

- What would help you to connect more with influential Community leaders?



Look for:
- Be in touch with more people in the Community
- Spending more time in the Community



Say:

- Community Leadership is one of the four critical activities that can help a Funeral Home or Cemetery to grow calls.

The other three are:
1. Exceeding guests' expectations in every service we conduct.
2. Advance planning.
3. Advertising.

ALDERWOODS GROUP

3

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:
- What is our Mission Statement?



Look for:
- "We will create value for families, employees and shareholders by being the superior provider of seamless funeral service. We will attract outstanding people and nurture their development. We will be the leader in the communities where we operate".



Say:
- Community Leadership is an important part of our Company Mission. "We will be the leader in the communities where we operate".
- To get a better understanding of how to become more influential Leaders in the communities, you need to understand what a Community is.



Ask:
- What is a Community?



Look for:
- Built from a wide web of inter-connecting relationships.
- Consists of worksites, business, schools, healthcare sites etc.
- Made up of people who live, work or attend an area with common rights, interests and depend on each other in some way.

ALDERWOODS GROUP

4

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- Your Community is not limited to the Church you attend or the service group you are a member of.
- It is much bigger than your immediate circle.
- To maintain your current business you should continue to nurture your current relationships and activities.
- To grow your business you need to maintain those relationships and activities AND start and nurture new ones.

ALDERWOODS GROUP

5

ALD008775

## COMMUNITY LEADERSHIP - INFLUENCERS



### Warm Up Exercise – What do I value about my Community?

### Purpose of this exercise:

- To identify and describe what the Learners value about their Community.

### Instructions

- Ask Learners to think about the Community they live in.
- Ask the Learner to write on a piece of paper what they value about their Community and describe why they value that aspect.
- Allow time to complete.

### Debrief Questions



Ask:

- What do you value in/about your Community?



Look for:
- People
- Quiet area
- Relationships with neighbors and business
- Shopping
- Schools near by
- Supportive Events for children/elderly
- Churches
- Environmentally friendly programs offered
- Charity offered to others in need
- Safe
- Medical Offices / Hospitals close by

ALDERWOODS GROUP

6

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:

- Why are these important values to you?



Look for:
- Provides an environment that is consistent with my personal values.
- Enables me to live in a safe environment.
- Enables me to raise my family in a Community that we can contribute to.
- Members of the Community that I can trust and depend on.



Ask:

- Who in your Community do you feel you can turn to if you have a question or need advice?



Look for:

- The expert in whatever area I need help with.
- Depends on Subject.

ALDERWOODS GROUP

7

ALD008777

## COMMUNITY LEADERSHIP - INFLUENCERS

### Conclusions

 Say:

- You want to become a valued member of your Community because:
    - We are experts in our field.
    - Can help more people.
    - Can show the Community that we are about life not death.
    - Share our point of view about the value of celebrating life.
    - Help more people to transition to life without their loved one.
- The people you can reach out to are the ones you have identified. The neighbors, clergy etc. These people are turned to for advice. These are Influencers.
- Community Leadership helps the Funeral Home or Cemetery grow calls by creating name awareness.
- When a family has a need, you want them to think of your Funeral Home or Cemetery.
- Five different types of activities make up the Community Leadership Program:
    1. Activity with <u>Influencers</u> in your Community.
    2. <u>Events</u> that you create to bring added value to the Community where you operate.
    3. <u>Membership</u> in organizations that operate in your Community.
    4. <u>Sponsorship</u> or <u>Contributions</u> to initiatives conducted by 3rd parties in your communities.
    5. <u>Seminars</u> that you conduct or facilitate to educate members of your Community.



8

ALD008778

## COMMUNITY LEADERSHIP - INFLUENCERS

- At the end of this training session you will:
  - Describe who makes up your Community.
  - Build a Community Leadership plan, specific to your Funeral Home or Cemetery and your budget.
  - Plan for each of the five types of activities.
  - Know the tools that support your activity and where to find them.
  - Explain the expectations and tools for reporting on your Community Leadership Activities.

- Use the Community Leadership Program to build relationships with Influencers and increase the Funeral Home or Cemetery's role and visibility in the Community.
- Set up meetings, meet with people and gauge the impact they have on helping you become a better known partner in your Community.
- Use various tools to help maintain relationships and report your progress to your MGM (me).



9

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:
• Why do we ask you to track and report your Community Leadership Activities?



Look for:

• The reporting will allow the MGM (me) to see what progress is being made in your Community.
• The MGM (I) will be better prepared to help you play an active role in your Community, and grow calls by evaluating the information you provide.
• The MGM can shadow you to give feedback and training/coaching when needed.



Say:

• What you measure is what you get.

ALDERWOODS GROUP

10

## COMMUNITY LEADERSHIP - INFLUENCERS

### Identifying Influencers in a Community

Learners will be able to:
- Identify potential Influencers in their Community
- Identify the <u>Leadership Network Information Sheet</u> (LNIS)



Say:
- Think about your day so far, both at work and personally. Write down how many people have come to you to ask for advice or help with something.



Ask:
- Why do you think people come to you for advice or help?



Look for:
- Because they trust or respect me
- I'm their boss, spouse, co-worker, friend
- I have experience/knowledge
- Nobody else to turn to
- Helped others in the past



Ask:
- What do you think you offer to others when giving advice?



Look for:
- Experience
- Empathy
- Compassion
- Logic
- Different point of view
- Knowledge
- Truth
- Straight-forward answers
- Connections to others in the Community
- Support Network



11

ALD008781

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- The first step of developing your Leadership Network is to help you identify and build relationships with others in the Community who are like you.  They are trusted and turned to for advice and help.
- Influencers are Community Leaders to whom members of a Community turn to for advice and guidance.  Influencers have significant credibility in their communities.



Do:

- Handout the Identifying Influencers Step by Step.
- See Next page for handout.



ALDERWOODS GROUP

12

ALD008782

COMMUNITY LEADERSHIP - INFLUENCERS

## Identifying Influencers Step By Step

ALD008783

13

ALDERWOODS GROUP

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- The Identifying Influencers Step by Step will help guide you through the Leadership Network section of the Alderwoods Group Community Leadership Program.
- The first place to start is the budget.
- The Community Leadership Activities budget is pre-determined from the Advertising and Promotions Budget.
- For example, if you were allotted a budget of $10,000.00 for an event from the Advertising and Promotions budget, you would work with your MGM to determine how that money should be spent.
- The next step is to further develop your Community Leadership Program.
- To do this you must define your Influencers.
- The Steps in defining your Influencers are:
  1. Make a list of all your Influencers.
  2. Set up meetings with the Influencers you have identified.
  3. Select the materials you will use when you meet with the Influencer such as pamphlets, flyers, etc.
  4. Hold the meeting with the Influencer

ALDERWOODS GROUP

14

ALD008784

## COMMUNITY LEADERSHIP - INFLUENCERS

- In Step #5, you are to determine whether or not the Influencer is valuable.
- If you determine that the Influencer is valuable then you should follow up with them. For example, you can do this by sending them a thank you card or a phone call. It is important to maintain contact with them.
- You also want to report this to your MGM using the Leadership Network Information Sheet.
- If you determine that the Influencer is a Non-Valuable Influencer then you can end communications with him/her.

• From the answers you provided earlier, you described some reasons that people turn to you for advice. You also answered that you feel your advice can help influence decisions.

• The same holds true for others in the Community. People who are turned to for advice and guidance in our Community are called Influencers.

• People turn to Influencers because they need advice and guidance and there is usually some urgency involved so people do what the Influencer advises.



Ask:
  • As an Influencer, whose business you can affect/grow?



Look for:

  • Florists
  • Monuments
  • Caterers

ALDERWOODS GROUP

15

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- Why not let others help you grow your business
- Let us look at your <u>Leadership Network Information Sheet</u> (LNIS).



Do:
- Ask Manager to take out their <u>Leadership Network Information Sheet</u>.
- Give Manager a blank <u>Leadership Network Information Sheet.</u>
- See next page for sample.

ALDERWOODS GROUP

16

ALD008786

# COMMUNITY LEADERSHIP - INFLUENCERS

**Location Details**

| Location Number: | SAMPLE |
|---|---|
| Location Name: | SAMPLE |

SAMPLE

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | Contact Goal Per Year | $ Per Contact | Total Budget | Ranking 1 to 5 | Contact (Yes/No) | Number of Calls | Contact |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Period 1 | | |
| Fill in the Category from the binder the Influencer belongs to | Fill in the Influencer's Full Name | Fill in the Organization the Influencer is associated or employed by | Fill in the Influencer's position in the association or organization | Fill in the Influencer's primary contact phone number | Fill in the number of years the Influencer has been associated with the Org | Fill in the number of times you plan on contacting this Influencer over the local year | Fill in the budgeted amount of money that will be spent during each contact | Multiply the number of contacts by the $ spent per contact to calculate the total budget for the influencer | | | | |
| Example: Family Estate Planning | John Beaton | Beaton, Smith and Waters Attorney's at Law | Lawyer/Partner | (555)555-5555 | 13 | 6 | $10 | $60 | | | | |

ALDERWOODS GROUP

ALD008787

17

# COMMUNITY LEADERSHIP - INFLUENCERS

**Location Details**

Location Number:

Location Name:

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | Contact Goal Per Year | $ Per Contact | Total Budget | Ranking 1 to 5 | Period 1 Contact (Yes/No) | Number of Calls | Period 1 Contact (Yes/No) | Pe Contact (Yes/No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Totals | | | | | | | | | | | | | |

ALDERWOODS GROUP

18

ALD008788

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- Why not let others help you grow your business.
- You want to make sure the Influencers on your list are valuable. Think of the qualities that you bring as an Influencer and see if those people bring similar qualities to the Community.
- Influencers you identify in your Community are people that you are familiar with and are a representation of your Community as a whole.
- <u>Leadership Network Information Sheet</u> is used as a summary tool to record all Influencers that you have identified, and track the progress with each Influencer. This is also the form that will be used for reporting to MGM (me).
- Later, we'll go through a step by step processing for completing the <u>Leadership Network Information Sheet.</u>

ALDERWOODS GROUP

19

ALD008789

## COMMUNITY LEADERSHIP - INFLUENCERS



**Do:**
- List areas to point out on the Sample <u>Leadership Network Information Sheet</u>.
- Point out that there are two sections on the sheet. One for existing Influencers and one for new Influencers.



**Say:**
- The section that you will complete depends on the relationship with the Influencer. If you already have a relationship, you know one another personally then complete section one.
- For new Influencers that have not yet been contacted even by phone complete section 2.
- The details of the columns are the same for both sections.
- On the top left hand corner of the sheet fill in your Location Number and Location Name
- Column 1 is for the Influencer Category.
- There are four categories: Religious, Healthcare, Family Estate Planning and Service Clubs.



**Ask:**
- Who are Influencers in the Religious category?



**Look for:**
- Clergy
- Priests
- Pastors
- Ministers
- Rabbis
- Monks
- Deacons
- Cantors
- Learner
- Speaker

ALDERWOODS GROUP

ALD008790

# COMMUNITY LEADERSHIP - INFLUENCERS



Ask:
- Who are Influencers in the Healthcare category?



Look for:
- Doctors
- Medical Examiners
- Nurses
- Hospice Home Personnel
- Retirement Home Personnel
- Pharmacists
- EMT



Ask:
- Who are Influencers in the Family Estate Planning category?



Look for:
- Lawyers
- Accountants
- Bankers
- Insurance Agents
- Financial Planners



Ask:
- What Service Clubs would have Influencers?



Look for:
- Rotary
- Kiwanis
- Veteran's Clubs
- VOFW



ALDERWOODS
GROUP

21

ALD008791

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- Other Influencers that you should keep in mind are food banks, fire departments, police departments.

 

Ask:

- Who or what organizations can 'You' be an Influencer for?



Look for:

- Service Clubs
- Food Banks
- Financial Planners etc.
- MADD
- SADD



Say:

- By identifying Influencers in the different categories you have an opportunity to meet others who are not in your normal circle, and this will help you network and develop new relationships.
- The list of categories on page 1-6 of the binder may not cover all of the categories you need.



Do:

- Point out each page 1-6 of the Community Leadership program binder.
- See next page for sample.

ALDERWOODS
GROUP

ALD008792

# COMMUNITY LEADERSHIP - INFLUENCERS

## *Who belongs in the Leadership Network?*

**Your Leadership Network should be made up of Influencers from your Community. It is important to note the difference between a TRUE Influencer and a PERCEIVED Influencer. While they are all valuable to our business it is necessary to understand that they will be targeted by our competitors and you will need to be selective in who you spend your energies on.**

**Further on in this section you will be provided with the necessary tools to monitor your Leadership Network, but let us first take a look at some examples.**

## *Who are the Influencers?*

Here are some examples of Influencers that make up all of our communities. These are the leaders in our lives that families seek out for guidance regarding some of life's biggest decisions. This is just a guide, so please take the initiative to add to this list.

<u>**Religious**</u>
- Clergy
- Rabbi

<u>**Healthcare**</u>
- Doctors
- Medical Examiners
- Nurses
- Hospice Personnel
- Retirement Home Personnel

<u>**Family Estate Planning**</u>
- Lawyers
- Accountants
- Bankers
- Insurance Agents

<u>**Service Clubs**</u>
- Rotary
- Kiwanis
- Fraternal Clubs
- Veterans

SECTION 1 | STEP 1 | STEP 2 | STEP 3 | STEP 4 | STEP 5 | STEP 6

ALDERWOODS GROUP

23

ALD008793

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

• If you need to add a category, let the MGM (me) know what categories, and provide the MGM (me) with the professions or people in the category.

• Add the category to your Leadership Network Information Sheet so it will be accurate.

• You are an Influencer to others in the Community.

• Influencer relationships are mutually beneficial.

• Community Influencers like to have relationships with Funeral Homes and Cemeteries because the Location Manager can help them with various Community Events and activities. This will help the Influencer serve members of his/her Club, Community or Team.

• Location Managers wants a relationship with a Community Influencer to help with Funeral Home Events, and help staff get involved in the Community. This often motivates staff, especially if they are members of that Community.

ALDERWOODS GROUP

24

ALD008794

## COMMUNITY LEADERSHIP - INFLUENCERS

### Niche Markets

Learners will be able to:
- Define a Niche Market.
- Explain the advantages of building new relationships.



Say:

- Before going to niche markets, you should examine them.



Do:

- Have learner review <u>Leadership Network Information Sheet</u> and determine IF they have Influencers in all categories.



Say:

- It is important to have Influencers identified in each Category because:
- It gives a true representation of your Community.
- Allows you to have an impact on a larger sphere of families.
- A niche market is a narrowly defined group of potential customers.
- Members of a niche market have similar occupational, cultural or lifestyle characteristics.
- The characteristics indicate if a group might be interested in developing a relationship with our Funeral Home or Cemetery.
For Example:
- Ethnic groups.
- People of Religious Communities.
- Senior Citizens.



ALD008795

## COMMUNITY LEADERSHIP - INFLUENCERS



### Possibilities of Niche Markets Demonstration

### Purpose of this exercise:

- To demonstrate the potential sphere of influence that a Funeral Home or Cemetery could have, when they identify Influencers within Niche Markets.

### Instructions



Do:

- Using the Lego provided, build 12 mini buildings (or have them build prior to training)
- Set-up two of the buildings call them the "Catholic Church", and "Rotary Club".
- Each of these buildings has a number associated with it, representing the number of families associated.
- On the blank slide or flipchart write down the number that is found on the bottom of each building.
- See next page for slide

ALDERWOODS GROUP

ALD008796

# COMMUNITY LEADERSHIP - INFLUENCERS

### Slide 1 - Possibilities of Niche Markets Exercise

1.     9.

2.     10.

3.     11.

4.     12.

5.     13.

6.     14.

7.     15.

8.     16.

_____  **Equals = TOTAL**
         **POTENTIAL**
         **SPHERE OF INFLUENCE**



ALD008797

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- For example, I have on my Influencer list, the Priest from the Catholic Church, and the President of the Rotary Club.
- The Church has 300 Families that are members, and the Rotary Club has 100 Families that are members.
- If I do not connect with any other members of the Community. My sphere of Influence based on the two Influencer relationships I have is 400 Families.
- Let's say, I start to look at the rest of my Community.



Do:

- Place the remaining labeled mini buildings in a semi-circle to visually represent a Community.



Say:

- Let's look at the Community a little closer. There is a Baptist Church, a Filipino Church, Lawyers Office, Chamber of Commerce, Doctor's Office, Nursing Home, Insurance Agent, Police Station, Elementary School, Middle and High school.
- Each one of these areas of the Community also has families who are associated with it.



Do:

- Turn over each of the remaining buildings to find the label with the number representing the families associated with it.
- Write this information down on the slide or flipchart being used. Be sure to also write the name of the building.

ALDERWOODS GROUP

ALD008798

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- The Baptist Church has 500 Families
- Filipino Church has 100 Families
- Lawyers Office has 100 Families
- Chamber of Commerce has 2000 Families
- Doctor's Office has 300 Families
- Nursing Home has 400 Families
- Insurance Agent has 1500 Families
- Police Station has 5,000 Families
- Elementary School has 300 Families
- Middle School has 400 Families
- High school has 1000 Families.
- When we add that up, there are over 11,000 families in the Community.
- You could also take your Community's population and divide it by four which is the average number of people in a family. This will give you the number of potential families.

ALDERWOODS GROUP

29

ALD008799

## COMMUNITY LEADERSHIP - INFLUENCERS

### Debrief Questions



Ask:

- How many potential families could you have served last year in your location using this formula?



Look for:

- A number of people in their Community.
- Number will vary by location.



Ask:

- How many families did you serve last year?



Look for:

- Number of families served by location.
- Number will vary by location.



Say:

- How many potential families could you serve from your location if you connected with some of those (or insert number for Community) 11,000 families.



ALD008800

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:
- How can Influencers help you reach families?



Look for:
- Can help out Community with their priorities/Events.
- If you identify and work with an Influencer in each one of those areas of the Community, you can create an awareness of the Funeral Home or Cemetery. This in turn helps to grow calls.
- The Funeral Home or Cemetery can become a more valued member of the Community.
- Assist staff in developing relationships with the Community, regardless of religious background.
- Creating name awareness.
- If your Funeral Home or Cemetery works with all areas of the Community, you will be fulfilling your Mission of "being a leader in the Community you serve (sic)".

ALDERWOODS GROUP

31

## COMMUNITY LEADERSHIP - INFLUENCERS

### Conclusions

 Say:

- Niche Markets help you to increase your sphere of influence, by building relationships in the Community. This can help grow calls by getting to families that might not be aware of your Funeral Home and the services you offer.
- Identifying Influencers in Niche Markets and working with the whole Community, the Funeral Home or Cemetery will be able to:
  - Serve Community and help with its priorities/activities.
  - Profile the services of the Funeral Home or Cemetery.
  - Build loyalty with Families within the group.
  - Get to know the Families so you can serve them better.
  - Educate the Community about the advantages of pre-planning.

ALDERWOODS GROUP

ALD008802

## COMMUNITY LEADERSHIP - INFLUENCERS

### Connecting to a Niche Market

Learners will be able to:
- Demonstrate how to identify Niche Markets
- Demonstrate how to identify potential Influencers in a Niche Market

 Say:

- Finding a niche market that has accessible families is fairly simple.
- Begin by looking at your Community from an outside perspective. Determine which groups are on the list such as religious or ethnic communities. Take a tour of your Community to see shops, restaurants and other businesses. Talk to them to see who they are serving.
- Make notes of the different groups in the Community that you have identified.
- Next, look at magazines, Community papers and newsletters that are targeted specifically to a defined group. This can supply you with contact names or mailing lists.
- Read the magazines and Community newspapers to get an idea of potential Influencers.
- For example, if you wish to contact an Influencer in the Baptist church, read its newsletter to find out the Pastor's name, and names of respected others in that area of the Community.

 Do:

- Learner to refer to the Community papers they brought with them to identify one niche market within the Influencer categories.
- Assist the learner to identify potential Influencers within that niche market.



ALD008803

## COMMUNITY LEADERSHIP - INFLUENCERS



## Connecting with Niche Markets Exercise

## Purpose of this exercise:



- To identify two additional Niche Markets to work with in the Community who would be beneficial to the Funeral Home or Cemetery.

## Instructions

Do:



- Look though Community papers and identify two additional niche markets within the Influencer categories.
- Identify potential Influencers within each niche market.
- Write down the Niche Markets, and potential Influencers identified.

## Debrief Questions

Ask:



- What else will you see on your tour that can help identify Niche Markets?

Look for:



- Billboards – especially the language used.
- Signs on the street – especially on Community bulletin boards.
- Signs in shop windows.
- Look at the people.
- What languages do other businesses offer service in?

Ask:

- How did you identify the Influencer?

ALDERWOODS GROUP

34

ALD008804

## COMMUNITY LEADERSHIP - INFLUENCERS



Look for:

- From the newspaper.
- Calling the clubs.
- Other common relationships (Network).

## Conclusions



Say:

- Finding a Niche Market can be fairly simple.
- Looking at your Community from an outside perspective is a good way to start.
- Local Community newspapers and magazines can often point you in the direction of potential Influencers.
- Once you have identified potential Influencers, you should record them on the <u>Leadership Network Information Sheet</u>.

ALDERWOODS GROUP

ALD008805

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- Another option that you have to help you connect with new Influencers is networking.
- Networking is when you utilize existing Influencers with who you have established relationships and have them introduce you to others in their sphere of Influence.
- For example, you have an established relationship with the Activities Director at a local long-term health care facility.  The Director has invited you to an open house at the facility.  While attending the open house the Director has particular people he/she wants you to meet, because he/she believes you can help them.  For example, the hospices care director.
- By taking the time to speak with potential Influencers when you are introduced you begin to establish rapport.
- This makes it easier to contact them in the future to develop a relationship.
- Networking can be a more comfortable way of meeting new people in your Community.
- Once you have identified new Influencers by either avenue, they should be recorded on the <u>Leadership Network Information Sheet</u>.



Do:

- Give Learner a copy of the Networking Event Tips.
- Read Tips to Learners.
- See next page for handout.

ALDERWOODS GROUP

ALD008806

## COMMUNITY LEADERSHIP - INFLUENCERS

### Networking Tips

1. Have the right attitude – Be focused on others
   - Takes the focus off you trying to impress others into you gathering information from people you met.

2. Set your Goals
   - Set goals to seek out and meet specific people that you know are attending and that you believe may be an Influencer.

3. Bring Business Cards
   - Plenty of them, hand them out

4. Arrive Early/Stay Late
   - Allows you to meet and help out the organizers.
   - They brought all of these people together; they should have a fairly large network that would be to your advantage to tap into.

5. Play the Host
   - Introduce others that you know or just met and they will appreciate it.
   - St at a table where you don't know anyone and then play host by discovering who everyone is and introducing them to everyone else at the table.

6. Carry a Funeral Home/Cemetery Pen
   - So you can make brief notes on the back of business cards of things you promised to do and of things you talked about.

7. Look people in the eye
   - The eyes are the window to the soul.

8. Learn how to engage and breakaway from conversations
   - Start a Conversation
     - Find common ground
     - Get the other person to talk about why they attended this event?
     - Ask questions such as…
     - How do you know the host?
     - Is this your first time at one of these Events?
     - Are you a member of this organization/group?

   - Leave a Conversation
     - "It was nice talking with you and I would like to continue this conversation later… (then set up a meeting/lunch/breakfast/coffee)"
     - "Do you know…?" Then make the introduction and slip away as they begin to talk.
     - "It was nice meeting you.  I see someone I'd like to see hello to.  Will you excuse me?"

9. Go for quality not quantity
   - Starting a couple of key relationships is better than gathering a large number of business cards.



ALD008807

## COMMUNITY LEADERSHIP - INFLUENCERS

### Networking Tips

10. Put your new contacts and new information in your <u>Location Network Information Sheet</u> or database.

11. Follow-up
   - Don't promise to do something if you don't intend or can't do it.
   - The purpose of Networking is to meet people and determine if there is a need to have a further conversation. A follow-up conversation is where you can explore whether you can work together.
   - Ask whether a Call or E-mail would be preferred.
   - Use the preferred follow-up method that they have stated.



ALD008808

# COMMUNITY LEADERSHIP - INFLUENCERS



Ask:

- What is the <u>Leadership Network Information Sheet</u> used for?



Look for:

- Keep track of your network activity
- Reporting tool
- Summary of Influencers
- Record all of your Influencer's important information



Say:

- When completing the sheet, you have two options, you can either complete it in Microsoft Excel and keep it on file on the computer, or you can fill it out by hand and keep it on paper.
- The electronic files are on BrandMuscle.
- The <u>Leadership Network Information Sheet</u> is broken down into two sections. The first section is Existing Influencers and the second section is New Influencers.  Each section is broken down into 8 Columns.
- The information completed in the columns for each section is the same
- We will only be looking at Columns 1 through 6 for now.  We'll cover the rest a bit later on.



Do:

- Demonstrate completing the sample <u>Leadership Network Information Sheet.</u>



ALDERWOODS GROUP

39

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- To add an Influencer to the <u>Leadership Network Information Sheet</u> complete:
  - Column 2, Influencer Name.
  - Column 3, their Organization/Club or Institution.
  - Fill in the name of the organization (church, hospital, service club) that the person is associated with.
  - Column 4, asks for the position.
  - Position is the person's title, job or role in the Organization. For example: Location Manager, Priest, Club President, Organizer
  - Column 5 is the Tel #.
  - Write the Influencers telephone number
  - Column 6, asks for years in the organization.
  - When first completing this sheet you may not know the number of years the Influencer has been with his/her organization. If you do not make a note to get this information when meeting.



Ask:

- Why is it important to know how many years this person has been with their organization?



Look for:

- The longer they have been with the organization the greater sphere of influence.
- The longer they have been with the organization the less likely they are to leave it.



Do:   Together, complete the <u>Leadership Network Information Sheet</u> for the first Niche Market Influencer you identified in the last exercise.

ALDERWOODS GROUP

40

## COMMUNITY LEADERSHIP - INFLUENCERS



### Using the Leadership Network Information Sheet Exercise

### Purpose of this exercise:

- To identify two Influencers in each of the four categories and write their information on the <u>Leadership Network Information Sheet</u>.



### Instructions



Do:

- Using the Community Leadership Binder page 1-6, identify two new Influencers for each category. There should be eight new Influencers in total identified at the end of the exercise.
- If the Manager does not know the name of the Influencer, make a note of the Organization that the Influencer is associated with. Be sure to document a goal of when the names of the Influencers will be completed.
- Complete the information for each of the eight identified Influencers on the <u>Leadership Network Information Sheet</u>.

### Debrief Questions



Ask:

- How can an Influencer in the four categories benefit your Funeral Home or Cemetery?

Look for:

- Create awareness.
- Increase sphere of influence.
- Find out the Community needs.
- More people to build relationships with.

ALDERWOODS GROUP

41

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:

- What will you do with the Influencer information you have collected?



Look for:

- Find out who the actual Influencer will be.
- Contact the Influencer.
- Introduce yourself to the Influencer.
- Meet with the Influencer.

## Conclusions



Say:

- You added eight new Influencers, or areas of the Community that you believe would be valuable to work with.
- Their contact information is on the <u>Leadership Network Information Sheet,</u> which you will continue to use as a tracking form and reporting tool.
- Next we will discuss Setting up a First meeting with an Influencer.

ALDERWOODS GROUP

42

## COMMUNITY LEADERSHIP - INFLUENCERS

### Setting Up a First Meeting with an Influencer



Learners will be able to:
- Gather information about the Organization/Club or Church that the Influencer is associated with.
- Prepare possible meeting places, available dates and times that would be best suited for a first meeting.
- Prepare a simple script to use when phoning the Influencer.
- Write down a message in advance of you get Voicemail or an Assistant.
- Contact the New Influencer by phone.
- Prepare for a personal visit.

Say:
- Once you have Identified Influencers they will fall into one of two categories:
1. An Influencer you have already met or have developed a relationship is an Existing Influencer.
2. An Influencer that you have not made any contact with is a New Influencer.
   - We will first discuss the meeting with a New Influencer.
   - This is your first opportunity to reach out and begin establishing relationships with your Community's Influencers.
   - This first meeting should be to find "common ground" or mutual needs, resources and benefits.
   - During the first meeting or visit, be prepared to ask questions about the Influencer's organization and business.
   - Before phoning the Influencer to set a time and place to meet, you should have some idea of what the discussion will sound like.



43

ALD008813

## COMMUNITY LEADERSHIP - INFLUENCERS

- It is a good idea to prepare so that you have some knowledge about their organization/club or Church.



**Do:**

- Give Learner a copy of the "Community Leadership Action Plan:  Setting up Meetings With A New Influencer"
- Describe the action plan, as in next say.
- See next page for handout.

ALDERWOODS GROUP

44

## COMMUNITY LEADERSHIP - INFLUENCERS

### Community Leadership Action Plans

| Setting up Meetings with a New Influencer | |
|---|---|
| **Influencer Name:** | |
| Common Goals that the Influencer and Location have in common | • <br> • <br> • <br> • |
| Notes to Discuss with Influencer | • <br> • <br> • <br> • <br> • |
| Best Suited dates and times and Locations to meet with the Influencer | • <br> • <br> • |
| Message for Assistant or Voicemail | • <br> • <br> • |
| Date, Time and Location To Meet | • <br> • <br> • |



45

ALD008815

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- The first step is to find information about the Influencer's Organization, Club, Church etc.
- For example if meeting with a Pharmacist, find out where the drugstore is located, how long the drugstore has been in the Community, charities the drugstore is involved with, or projects that the drugstore may have going on.



Ask:

- What are some ways you can find out information about an Organization/Club or Church?



Look for:

- Going to the Organization/Club/Church
- Internet
- Contacting other People that may be involved
- Local Newspapers, Community Center Bulletin Boards
- Organizations publications. For example Church Bulletins and Hospital Newsletters
- Chamber of Commerce



Say:

- Let's take a look at one of the New Influencers you identified on the <u>Leadership Network Information Sheet</u> to find out more information about that Organization/Club/Church.
- Based on this research you should be able to get some idea of common interest, or mutual needs to discuss with the Influencer.
- For example, if I were researching the Pharmacist, I may find by researching his drugstore on the internet, or reading advertisements that have been placed in Community publications, that he is committed to helping seniors improve health and eating habits.

ALDERWOODS
GROUP

46

ALD008816

## COMMUNITY LEADERSHIP - INFLUENCERS



**Do:**

- Together, look at the first new Influencer that was identified.
- Use local newspapers, Community Calendars, Internet, etc., to research the organization that the Influencer is associated with.
- Make notes on the "Getting to know the Influencer" section of the action plan.



**Say:**

- Now that you know a bit more about the Influencer's Organization/Club or Church, it is a good idea to have a couple of suggestions of where to meet, and times and dates to meet that will work with your schedule.
- Use your local Yellow or White Pages to determine cafes, coffee shops, delis or restaurants that are close to the Influencer's location.



**Do:**

- Make note of these locations under the "Suggested Meeting Locations" section of the action plan.



**Say:**

- Check your calendar for times and days that would work best with your schedule.



**Do:**

- Make note of these locations under the "Suggested Meeting Locations" section of the action plan.
- List those days and times on "Suggested Times and Days" section of the action plan.

ALDERWOODS GROUP

ALD008817

## COMMUNITY LEADERSHIP - INFLUENCERS



**Say:**

- Jot down on the Action Plan under "Notes", some key questions you wish to ask the Influencer when you reach him/her on the phone.
- For example, "Mr. Smith, I noticed in the local paper article, you have devoted a lot of time to help improve the health of seniors. What made this a point of interest for you?"



**Do:**

- Write two to three questions for the Influencer under the "Notes" section of the action plan.



**Say:**

- Using the example of (point to one of the new Influencers the Learner has identified), and the information we have already gathered, let us come up with a script to help guide the conversation you will be having with the new Influencer.



**Do:**

- Write in the "Notes" section of the action plan.

ALDERWOODS GROUP

ALD008818

# COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- The final thing you should do before calling the Influencer for the first time is prepare a short message in case you get Voicemail or an Assistant.
- An example would be: "Hello this is (your name and position) calling from the (Alderwoods Group location.) I am calling to set up a meeting with you (Influencers name) to find out more about (Organizations goals from the information you gathered). I can be reached at (your phone number). Looking forward to your call. Repeat Name and Phone Number."
- Using the example and the information already gathered, let's come up with a message to leave with Voicemail or an Assistant



Do:

- Write in the "Message for Assistant or Voicemail" section of the Action Plan

ALD008819

## COMMUNITY LEADERSHIP - INFLUENCERS



### Preparing to Contact a New Influencer Exercise

### Purpose of this exercise:

- Prepare to contact a newly identified Influencer using the Community Leadership Action Plan.

### Instructions



Do:

- Select a new Influencer who was identified in the exercise.
- Research the Influencer's organization as described earlier.
- Complete each section of the "Community Leadership Action Plan".

### Debrief Questions



Ask:

- How will this exercise help you contact new Influencers?



Look for:

- I will be prepared to speak on the phone with the Influencer.
- Make it easier to have a discussion on the phone.



Ask:

- How could this form help you in the future?

ALDERWOODS
GROUP

50

## COMMUNITY LEADERSHIP - INFLUENCERS



Look for:

- It will help me prepare.
- For the remaining Influencers identified today, I will complete it prior to contacting them.
- For any new Influencers I will use the form, prior to contacting them.

## Conclusions



Say:

- By preparing to contact the Influencer, and researching the organization/church/club that the Influencer is associated with, it will help you to contact the Influencer with:
  - Ease.
  - Some notes, so you are prepared
  - Knowledge about their organization/club or Church.
- The Community Leadership Action Plan is a good tool to use to record all of the information, and keep with the Influencer contact sheet.

ALDERWOODS GROUP

ALD008821

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- Now that all of the basics are covered, on page 1-8 of the Community Leadership binder is a sample script that can be used to help guide the telephone conversation





Do:

- Turn to page 1-8 of the Community Leadership binder.
- See sample on next page.

ALDERWOODS GROUP

52

## COMMUNITY LEADERSHIP - INFLUENCERS

# Step 2:

## Set up those Meetings

This is your first opportunity to reach out and relationships with your Community's Wherever possible you should be using your these meetings, either by phone or in person. the Influencer understand that you are both same thing; a stronger and close Community, both in a position to help each other provide



begin establishing Influencers. voice to set up Your goal is to make interested in the and that you are better services.

With pen and paper handy and with your are ready to begin phoning the prospective Leadership Network. If this is the first time you this Influencer or are a little uncomfortable it

schedule open you members of your will be speaking to might be a good

idea to write yourself some notes to work from or even a simple script to help you get started. You don't want to remember what you wanted to say after you hang up.

A script like the one below will go a long way to make you more comfortable on the phone. You can work from it or create your own.

> Be prepared to leave a short coherent message in case you encounter your Influencer's Voicemail or assistant.



> "Hello (Influencer), my name is (your name, your position) from the (Alderwoods Group location). I'm calling today because I would like to meet with you sometime to discuss ways in which we can help (community) by working together. "
>
> **Consider who you are speaking to. Make a list of topics to cover in your phone conversation that are of interest to them or their business. Topics such as:**
>
> • The Community Seminars Program   • Helping the Community
> • Understanding life insurance       • Family Estate Planning
> • Health matters                     • Etc.



> Don't leave your conversations open-ended. By the end, both parties should know when your next contact will be.



Section 1 Step 1 Step 2 Step 3 Step 4 Step 5 Step 6

ALD008823

## COMMUNITY LEADERSHIP - INFLUENCERS

 

Say:

- "Hello (Influencer), my name is (your name, your position) from the (Alderwoods Group location.) I'm calling today because I would like to meet with you to get to know a more about (Organization's goals from the information you gathered) and the role you play.  What days and times work for you?  (Confirm the same days and times work for your schedule).  How does (Name of café, coffee shop etc) sound?  Great, I'm looking forward to meeting you on (date time) at (location).  Please call me at (Locations phone number) if you want to touch base before our meeting".

- Another sample script tells the Influencer what you can do for them.

- "Hello (Influencer), my name is (your name, your position) from the (Alderwoods Group location.) I'm calling today because I am interested in finding out more about the Organization and what we can do to help.  Most people think the only people the Funeral Home or Cemetery looks after are the departed (deceased)."

- "Our goal at (Alderwoods Group location) is to take care of the Community, educate its members and assist them.  To integrate those left behind and support them in dealing with their grief."

- "I would like to know how we can help you".  Wait for response from Influencer.  Based on that response, have an idea of what resources you have that may be able to help.

ALDERWOODS GROUP

ALD008824

## COMMUNITY LEADERSHIP - INFLUENCERS

- For example if the Influencer responds, "we have a great number of seniors that have lost a spouse in our Community."
- You could respond by saying "Let me mention a couple of things that the Funeral Home /Cemetery has to offer. Every Wednesday Night, we have a widowed support group.....etc."
- "If you don't have time right now to discuss this further, can we meet for lunch?"
- "It will only take about 15-20 minutes of your time".
- More often than not, people do not say no to a free lunch. This will give you an opportunity to meet face to face with a new Influencer and begin developing a relationship.



Do:
- Location Managers practice the script that will be used to contact the new Influencer.

Say:



- Now that all the prep work has been done, let's call the New Influencer

Do:



- Location Manager calls the first New Influencer to set a up meeting using the script prepared, as a guide for the conversation
- After the conversation Location Manager should write down in their calendar the name of the Influencer, and the confirmed date, time and location of the meeting.

ALDERWOODS GROUP

55

## COMMUNITY LEADERSHIP - INFLUENCERS

- If the Location Manager is not successful say:



Say:

- Not everyone you contact is going to want to connect with your Funeral Home or Cemetery.
- The important thing to remember is not to take it personally.
- Maybe it is just not the right time for the Organization.
- This is why it is so important to have many Influencers identified.

ALDERWOODS GROUP

56

ALD008826

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- Before meeting face to face with the new Influencer you want have a plan of what the conversation will sound like.
- This is the first time you are meeting so it should be a "getting to know you" meeting.
- For example, find out what organizations they belong to, charities they are interested in, what they believe is needed for the Community and his/her social interests.
- This information will help you determine future common goals that you and the Influencer can work together on.
- It is important that you do not come across as having an agenda, being pushy and only wanting to gain their business.
- Preparing for the meeting with the Influencer is crucial; it provides the Influencer with a good, long lasting impression that the Funeral Home or Cemetery is a professional establishment.



Do:
- Give Manager a copy of the "Questions for Influencer" sheet.
- Jot down a list of questions or topics that you would like to discuss with the New Influencer.
- See next page for handout.

ALDERWOODS GROUP

57

ALD008827

# COMMUNITY LEADERSHIP - INFLUENCERS

## Questions for Influencer

| Question 1<br><br>Organizations/<br><br>Clubs –<br>Associated<br>With | |
|---|---|

| Question 2<br><br>Interests in<br>the<br>Community | |
|---|---|

| Question 3<br><br>What the<br>Influencer<br>would like to<br>see develop<br>for the<br>Community | |
|---|---|

| Question 4<br><br>Other Topics<br>for discussion | |
|---|---|

ALDERWOODS GROUP

ALD008828

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- When preparing to speak to the Influencer for the first time, you should be prepared with a list of questions or topics that you would like to discuss with the new Influencer.
- You initiated the meeting so you should be prepared for the discussion.
- An example of a question for the Pharmacist Influencer may be:
- "I noticed that your drugstore sponsors the Jr. Boys hockey team. How did you get involved?"
- Asking these questions will help you to keep the conversation moving.
- Review the list prior to meeting.
- Prepare for how you would like to leave the meeting by letting the Influencer dictate the tone and direction of the next meeting.
- Example – "(Name of Influencer,) I realize that in your position as (Influencers position) of the (Name of Organization or charity involved), you help many people. ABC Funeral Home has various resources that might be useful to your charity. Would you like me to drop some off to you?"
- Having prepared for a meeting with an Influencer will leave him/her with a positive impression of you, the Funeral Home or Cemetery, and the staff.
- The Influencer will want to work with you in the future to assist the Community.
- Doing this will help you to create an awareness of the Funeral Home or Cemetery, in turn growing calls.

ALDERWOODS GROUP

ALD008829

## COMMUNITY LEADERSHIP - INFLUENCERS

Meeting An Influencer For A First Time.

Learners will be able to:
- Describe what the atmosphere should be like.
- Use notes prepared in the exercise to discuss questions and interests about the Influencer.
- Thank the Influencer for their time and meeting.
- Leave the meeting with an agreement of when you can contact one another again.



Say:
- When meeting with an Influencer for the first time you want the atmosphere to be friendly and warm. You want to show a genuine interest in what the Influencer is doing for the Community.
- Here is a sample of what a conversation may look like when first meeting with an Influencer.
- I will be the Location Manager, and if you could read the Influencer portions.



Do:
- Give Learner handout of script.
- See next page for handout.
- Read the script on next say.

ALDERWOODS GROUP

60

## COMMUNITY LEADERSHIP - INFLUENCERS

## Meeting An Influencer For A First Time Script

- **LM** – Shake hands with Influencer, Let Influencer sit down, and then be seated yourself.
- **LM** – "Hi, you must be Mr. Smith". "I am Greg". "Thank you for meeting me here today".
- **Influencer** - "It is nice to meet you".
- **LM** – "Mr. Smith, have you been with ABC drugstore for a while?"
- **Influencer** - "About two years".
- **LM** – "Did you move into the Community?"
- **Influencer** - "I was commuting for a while, but my wife and I just bought a home in the neighborhood about six months ago".
- **LM** – How do you and your wife like the area?"
- **Influencer** - "We are very happy, our children really enjoy the schools as well".
- **LM** – "My family has been living here for the past 10 years. We really like it as well. I noticed in the local paper, your pharmacy sponsors the local boy's baseball team. How are you involved in that?"
- **Influencer** - "Well my son's friend's team did not have the funds to pay for uniforms. It was going to cost the parents an extra $100.00 a year which a number of them could not afford. So I approached the organizers and offered to pay for 75% of the uniforms if my Drugstore's name could be printed on them. It helped the kids, their parents and my drugstore."
- **LM** – "That sounds great. That is exactly why I wanted to meet with you today. Just as you want to help others in the Community, ABC Funeral Home is also interested in the well-being of the Community. We would like to help the Drugstore's customers any way we can. You mentioned on the phone that a number of your seniors are seeking information on Health and Wellness."
- **Influencer** - "Yes, it seems to be a topic that is at the top of their mind. Especially those that are young enough to be on their own, but old enough to be retired. They are finding they are getting a number of mixed messages from articles they read and publications."
- **LM** – "Well, my neighbor is a Registered Dietician who specializes in helping those that are living with long-term illnesses. Perhaps I could contact her, to see if she could assist us in preparing a Health and Wellness Seminar"?
- **Influencer** - "I think my customers would definitely be interested in attending that Seminar"
- **LM** – "I will contact Kathy today, and get back to you on some of the details by the end of the week. You had also mentioned on the phone that a number of your customers have lost a spouse. On Wednesday evenings in the Funeral Home's Community Room we hold a Widow Support group. Some other things that our Funeral Home has that may be of interest to your customers are:"



61

ALD008831

## COMMUNITY LEADERSHIP - INFLUENCERS

- Go through the 12 Insights into grieving after the death of your loved one brochure.
- <u>Influencer</u> - "That is a good brochure. Can I get some copies of them?"
- <u>LM –</u> "I can drop some off on Friday for you. It will take me a couple of days to order them. When I drop them off, would you like to further discuss the seminar and the details have Kathy has provided me?"
- <u>Influencer</u> - "Yes, could you stop by after 6pm? That is when I close the store."
- <u>LM –</u> "Sure, I will confirm on Thursday as a service may be taking place."
- <u>Influencer</u> - "Do you have any information on the Widow Support group you had mentioned?"
- <u>LM –</u> "Yes, I will also bring that along. I can bring a poster as well."
- <u>Influencer</u> - "Okay, thank you. I am glad we met today, it looks like you have a lot of information that can assist my customers."
- <u>LM –</u> "It was my pleasure; let me give you my business card. Please contact me with anything else you think of that we may be able to assist you with." Hand Influencer your business card.
- <u>Influencer</u> - Hand LM your business card. "Here is my card."
- <u>LM –</u> "I'll see you on Friday at 6:00pm at your store; I will be in touch on Thursday to confirm. Thank you again for taking the time to meet with me today."
- <u>Influencer</u> – "Thank you for lunch, I'm looking forward to Friday."
- Shake each other's hand.

ALDERWOODS GROUP

ALD008832

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- <u>LM</u> – Shake hands with Influencer, Let Influencer sit down, and then be seated yourself.
- <u>LM</u> – "Hi, you must be Mr. Smith". "I am Greg". "Thank you for meeting me here today".
- <u>Influencer</u> - "It is nice to meet you".
- <u>LM</u> – "Mr. Smith, have you been with ABC drugstore for a while?"
- <u>Influencer</u> - "About two years".
- <u>LM</u> – "Did you move into the Community?"
- <u>Influencer</u> - "I was commuting for a while, but my wife and I just bought a home in the neighborhood about six months ago".
- <u>LM</u> – "How do you and your wife like the area?"
- <u>Influencer</u> - "We are very happy, our children really enjoy the schools as well".

ALDERWOODS GROUP

63

ALD008833

# COMMUNITY LEADERSHIP - INFLUENCERS

- LM – "My family has been living here for the past 10 years. We really like it as well. I noticed in the local paper, your pharmacy sponsors the local boy's baseball team. How are you involved in that?"
- Influencer - "Well my son's schoolmate's team did not have the funds to pay for uniforms. It was going to cost the parents an extra $100.00 a year which a number of them could not afford. So I approached the organizers and offered to pay for 75% of the uniforms if my Drugstore's name could be printed on them. It helped the kids, their parents and my drugstore."
- LM – "That sounds great. That is exactly why I wanted to meet with you today. Just as you want to help others in the Community ABC Funeral Home is also interested in the well being of the Community. We would like to help the Drugstore's customers any way we can. You mentioned on the phone that a number of your seniors are seeking information on Health and Wellness."
- Influencer - "Yes, it seems to be a topic that is at the top of their mind. Especially those that are young enough to be on their own, but old enough to be retired. They are finding they are getting a number of mixed messages from articles they read and publications."
- LM – "Well, my neighbor is a Registered Dietitian who specializes in helping those that are living with long-term illnesses. Perhaps I could contact her to see if she could assist us in preparing a Health and Wellness Seminar"?
- Influencer - "I think my customers would be definitely interested in attending that Seminar"
- LM – "I will contact Kathy today, and get back to you on some of the details by the end of the week. You had also mentioned on the phone that a number of your customers have lost a spouse. On Wednesday evenings in the Funeral Home's Community room we hold a Widow

ALDERWOODS GROUP

64

## COMMUNITY LEADERSHIP - INFLUENCERS

Support group. Some other things that our Funeral Home has that may be of interest to your customers are:"

- Go through the 12 Insights into grieving after the death of your loved one brochure.
- Influencer - "That is a good brochure. Can I get some copies of them?"
- LM – "I can drop some off on Friday for you. It will take me a couple of days to order them. When I drop them off, would you like to further discuss the seminar and the details have Kathy has provided me?"
- Influencer - "Yes, could you stop by after 6pm? That is when I close the store."
- LM – "Sure, I will confirm on Thursday as a service may be taking place."
- Influencer - "Do you have any information on the Widow Support group you had mentioned?"
- LM – "Yes, I will also bring that along. I can bring a poster as well."
- Influencer - "Okay, thank you. I am glad we met today, it looks like you have a lot of information that can assist my customers."
- LM – "It was my pleasure; let me give you my business card. Please contact me with anything else you think of that we may be able to assist you with." Hand Influencer your business card.
- Influencer - Hand LM your business card. "Here is my card."
- LM – "I'll see you on Friday at 6:00pm at your store; I will be in touch on Thursday to confirm. Thank you again for taking the time to meet with me today."
- Influencer – "Thank you for lunch, I'm looking forward to Friday."
- Shake each other's hand.

ALDERWOODS GROUP

ALD008835

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- The atmosphere should be friendly and courteous.
- Use the notes you made about the Influencer to help guide the conversation.
- The conversation should be about getting to know the Influencer, not only about gaining their business.
- Thank the Influencer for their time and the meeting.
- Leave the meeting with an agreement of when you can contact one another again.

ALDERWOODS
GROUP

ALD008836

## COMMUNITY LEADERSHIP - INFLUENCERS

### Setting Up a Meeting With An Established Influencer.

Learners will be able to:
- Find common goals that the Influencer and Funeral Home/Cemetery have for the Community.
- Make notes for discussion.
- Phone the existing Influencer for an appointment.
- Prepare possible meeting places, dates and times that would be suitable.
- A script to use when phoning the Influencer.
- Write down a message to use if Voicemail or Assistant answers.
- Identify brochures and tools that can be used when meeting with the Influencer.
- Have a plan to review the tools with the Influencer.



Say:
- Once you have established a friendly relationship with the Influencer, your goal is to find ways that you and the Influencer can work together in the Community.
- The goal of your meetings with an established Influencer is to make him/her understand that you are both interested in the same thing. You are in a position to help each other and you want to gain a commitment on how you will work together in the Community.
- You both want to help the Community grow stronger and closer.



67

ALD008837

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:

- What information would you have from the first meeting that can help you achieve your goal in future meetings with the Influencer?



Look for:

- Information about the Influencer
- Organizations the Influencer belongs to
- Charities the Influencer contributes to
- What the Influencer believes is needed for the Community



Say:

- To work with the Influencer successfully, it should be a win-win-win situation. Through your joint efforts in the Community the Influencer wins, the Funeral Home or Cemetery wins, and the Community wins.
- For example, you have met the local Food Bank Director, they mentioned that the Community is desperately in need of food donations during the summer months, but they are having difficulties getting them because everyone seems to be away or wrapped up in their summer activities.
- Before contacting the Influencer, think of what the Influencer wants or has interest in for the Community and what the Funeral Home or Cemetery can offer to achieve that goal together.

ALDERWOODS GROUP

ALD008838

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:
- How can your Funeral Home or Cemetery work with this Influencer to achieve the goal of getting more donations for the Food Bank?



Look for:
- Host a Food Drive.
- Work with other Influencers in the Community to join efforts.
- Spread the word through tools you have available to use.
- Staff to help organize the Event.



Say:
- By offering to host a Food Drive, you have just come up with a common goal for the Community.
- The goal is to host a Food Drive and bring in donations for the Local Food Bank.



Ask:
- Why is this a win-win-win situation?



Look for:
- The Food Bank wins because they get the donations they need.
- The Community wins because they have the opportunity to come together and help those that need it.
- The Funeral Home or Cemetery wins by generating traffic, visibility in the Community and possible calls.



Do:
- Hand out the "Community Leadership Action Plans – Meeting With An Existing Influencer"
- See next page for handout.



ALD008839

# COMMUNITY LEADERSHIP - INFLUENCERS

## Community Leadership Action Plans

| Meeting with an Existing Influencer | |
|---|---|
| Influencer Name: | |
| Common Goals that the Influencer and Location have in common | • <br> • <br> • <br> • <br> • |
| Notes to Discuss with Influencer | • <br> • <br> • <br> • <br> • |
| Best Suited dates, locations and times to meet with the Influencer | • <br> • <br> • |
| Message for Assistant or Voicemail | • <br> • <br> • |
| Date, Time and Location To Meet | • <br> • <br> • |



ALD008840

## COMMUNITY LEADERSHIP - INFLUENCERS

 

Say:
- Let's look at an existing Influencer on your <u>Leadership Network Information Sheet</u> and jot down the common goal that you and the Influencer have.
- An example of a telephone script is found on page 1-8 of the Community Leadership binder. This can be used to guide your conversation with the existing Influencer.

Do:
- Turn to page 1-8 in the Community Leadership binder.
- Read the suggested script together.
- See sample on next page.



ALDERWOODS GROUP

ALD008841

COMMUNITY LEADERSHIP - INFLUENCERS

# Step 2:

## Set up those Meetings

This is your first opportunity to reach out and
relationships with your Community's
Wherever possible you should be using your
these meetings, either by phone or in person.
make the Influencer understand that you are
the same thing; a stronger and close
that you are both in a position to help each
better services.



begin establishing
influencers.
voice to set up
Your goal is to
both interested in
Community, and
other provide

With pen and paper handy and with your
you are ready to begin phoning the
members of your Leadership Network. If this
you will be speaking to this Influencer or are a little uncomfortable it might be a good idea to write yourself some
notes to work from or even a simple script to help you get started. You don't want to remember what you wanted to
say after you hang up.

schedule open
prospective
is the first time

A script like the one below will go a long way to make you more comfortable on the phone. You can work from it or
create your own.



| Be prepared to leave a short coherent message in case you encounter your Influencer's Voicemail or assistant. |


"Hello (Influencer), my name is (your name, your position) from
the (Alderwoods Group location). I'm calling today because I
would like to meet with you sometime to discuss ways in which
we can help (community) by working together. "

Consider who you are speaking to. Make a list of topics to cover
in your phone conversation that are of interest to them or their
business. Topics such as:

• The Community Seminars Program      • Helping the Community
• Understanding life insurance        • Family Estate Planning
• Health matters                      • Etc.



Don't leave your conversations open-ended. By the end, both
parties should know when your next contact will be.






SECTION 1  STEP 1  STEP 2  STEP 3  STEP 4  STEP 5  STEP 6

72

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- "Hello (Influencer), my name is (your name, your position) from the (Alderwoods Group location). I'm calling today because I would like to meet with you sometime to discuss ways in which we can help (community) by working together."

- Another way of approaching the conversation is:
- "Hello (Influencer), this is (your name, your position) calling from the (Alderwoods Group location). How has the (church /organization /club) been doing?" Discuss things you have worked together on in the past.

- "I'm calling today because I remember you mentioning your donations were down during the summer months. I was thinking of a way that (name of Funeral Home/Cemetery) may be able to help. Do you have time to get together for lunch to discuss?"

- Again, you need to be prepared with possible locations to meet, dates and times that are best suited to your schedule.

ALDERWOODS
GROUP

73

ALD008843

## COMMUNITY LEADERSHIP - INFLUENCERS



**Ask:**
- How do you prepare information for the meeting?



**Look for:**
- Use your local Yellow or White Pages to determine cafes, coffee shops, delis or restaurants that are close to the Influencer's location or meet at the your location or the Influencer's location.
- Make note of these locations under the "Suggested Meeting Locations" section of the Action Plan
- Check your Calendar for times and days that work best with your schedule.
- List those days and times on "Suggested Times and Days" section of the Action Plan



**Do:**
- Together fill in the Suggested Meeting Locations, and Best suited days and times sections of the Action Plan for the existing Influencer from the <u>Leadership Network Information Sheet</u>



**Say:**
- Just as you did when meeting for the first time, you again need to be prepared with a message for Voicemail or Assistant.



**Do:**
- Based on the message created for the first meeting, together write a message for Voicemail or Assistant in that section of the Action Plan.

**Say:**

- Now that all the prep work has been done, let's call the Existing Influencer.

ALDERWOODS GROUP

ALD008844

## COMMUNITY LEADERSHIP - INFLUENCERS



Do:
- Based on the message created for the first meeting, together Location Manager calls the Influencer to set a up meeting using the notes prepared as a guide for the conversation
- After the conversation the Location Manager should write down in their calendar the name of the Influencer, confirmed date, time and location of the meeting.



Say:
- Congratulations, you are well on your way to working with this Influencer.
- This may be the first time the Funeral Home or Cemetery will be working with this particular Influencer on a Community goal, so being well prepared for the meeting is important.
- Prior to the meeting with the Influencer, make notes of what common goals you and the Influencer have to discuss.



Ask:
- Why is it important to be well prepared for a meeting with the Influencer?



Look for:
- Will make a good impression on the Influencer.
- Influencer will be able to identify Funeral Home or Cemetery as a professional establishment.
- Influencer will be comfortable having his/her business clients developing relationships with our staff.



Say:
- You have already identified the common goal that you want to discuss with the Influencer.
- You also have some idea of what you can offer the Influencer to help achieve this goal.



75

ALD008845

## COMMUNITY LEADERSHIP - INFLUENCERS

- The next step is to identify brochures and tools that can be used when meeting with the Influencer.
- BrandMuscle contains many different flyers and posters.
- Printing for an actual Seminar or Event is done by the MGM (me) through BrandMuscle.



Do:
- MGM and LM to log on to BrandMuscle and print brochures or Flyers to be used when meeting with this Influencer.



Ask:
- If you go back to your Food Bank Influencer example what are some brochures or tools that you could take to that meeting?



Look for:
- Flyers and Posters
- List of staff available to help with Event
- Your knowledge of local Community communication forums
- Business Cards



Do:
- Hand out "Preparing for A Meeting".
- Complete, while explaining.
- See next page for handout.

ALDERWOODS GROUP

ALD008846

## COMMUNITY LEADERSHIP - INFLUENCERS

### Preparing For A Meeting

Brochures and
Tools

Where to Get
The Brochures
and Tools

Order to Go
Through
Identified
Brochures and
Tools

Upcoming
Events or
Seminars

ALDERWOODS GROUP

ALD008847

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- Choose an Influencer from your existing list.
- Under the section of brochures and tools, list the ones that you would like to use in your meeting with that Influencer.
- In the Column beside that list is where you can gather those identified brochures to bring to the meeting.
- Brochures can be ordered through BrandMuscle through the Collateral Materials tab.
- Remember business cards are an important tool.

- You have identified tools and brochures and you know where to get these materials.   The next step is to prepare a plan to use these materials during the meeting with the Influencer.

ALDERWOODS GROUP

78

ALD008848

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:
- What should the plan for the materials include?



Look for:
- How you will begin to talk about the materials.
- The order that the materials should be presented.
- How each may be used to help the Community.



Say:
- From the tools and brochures that you have identified, write a plan to go through them with the Influencer.
- The plan should include how to begin talking about the materials.
- The order that the materials should be presented in show how they may be used to achieve the goal.



Do:
- Write a plan to go through brochures and tools with the Influencer.



Say:
- The last step is listing the upcoming Seminars or Events that may be of interest to the Influencer, and putting together a package of the tools and brochures.
- Another way to inform Influencers of upcoming Events is to send all the Influencers on your Leadership Network Information Sheet a copy of your Event Calendar on a monthly basis.

ALDERWOODS GROUP

ALD008849

## COMMUNITY LEADERSHIP - INFLUENCERS



Do:
- Handout sample Activity Planning Calendar.
- Referring to the Funeral Home or Cemetery activity planning calendar make a list of upcoming Seminars and Events that may be of interest to the Influencer.

ALDERWOODS GROUP

80

ALD008850

# COMMUNITY LEADERSHIP - INFLUENCERS

**2005 Activity Planning Calendar**
Location Name
Location Number
Location Budget (2005)                    $     -
Allocated Budget (per this plan)          $     -
Balance Available (Shortfall)

| | 2004 Actual | 2005 Budget | Period 1 Jan02-Jan29 | Period 2 Jan30-Feb26 | Period 3 Feb27-Mar26 | Period 4 Mar27-Apr23 | Period 5 Apr24-May21 | Period 6 May22-Jun18 | Period 7 Jun19-Jul16 | Period 8 Jul17-Aug13 | Period 9 Aug14-Sep10 | Period 10 Sep11-Oct... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Community Leadership/Promotion** | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| **Influencers** | | | | | | | | | | | | |
| **Community Events** | | | | | | | | | | | | |
| - Easter Sunrise Service | | | | | | | | | | | | |
| - Easter Egg Hunt | | | | | | | | | | | | |
| - Mother's Day | | | | | | | | | | | | |
| - Memorial Day | | | | | | | | | | | | |
| - Father's Day | | | | | | | | | | | | |
| - July 4th (US) / July 1st (Canada) | | | | | | | | | | | | |
| - September 11 | | | | | | | | | | | | |
| - Veterans Day (US )/ Remembrance Day (Can) | | | | | | | | | | | | |
| - Christmas | | | | | | | | | | | | |
| - Food Drive | | | | | | | | | | | | |
| - Clothes Drive | | | | | | | | | | | | |
| - Sweaters for Veterans | | | | | | | | | | | | |
| - Blankets for Homeless | | | | | | | | | | | | |
| - Child-seat / Bike Safety Checks | | | | | | | | | | | | |
| - Smoke Alarm Awareness | | | | | | | | | | | | |
| - Flu Vaccination | | | | | | | | | | | | |
| - Other event 1: | | | | | | | | | | | | |
| - Other event 2: | | | | | | | | | | | | |
| - Other event 3: | | | | | | | | | | | | |
| **Membership** | | $ | | | | | | | | | | |
| Membership 1 | | | | | | | | | | | | |
| Membership 2 | | | | | | | | | | | | |
| Membership 3 | | | | | | | | | | | | |

ALDERWOODS GROUP

ALD008851

ALD008852

82

| | # / VALUE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sponsorship | $ | | | | | | | | |
| Sponsorship 1 | | | | | | | | | |
| Sponsorship 2 | | | | | | | | | |
| Sponsorship 3 | | | | | | | | | |
| Discretionary: | | | | | | | | | |
| Lead Generation Program | $ | | $ | $ | $ | $ | $ | $ | $ |
| Direct Mail | $ | | | | | | | | |
| Marriage Mail/Inserts | $ | | | | | | | | |
| Community Seminars | $ | | | | | | | | |
| - Advance Planning | | | | | | | | | |
| - Financial Planning | | | | | | | | | |
| - Health & Well-Being | | | | | | | | | |
| - Social Security/Veterans Benefits | | | | | | | | | |
| - Housing & Relocation | | | | | | | | | |
| - Legal Aspects | | | | | | | | | |
| Advertising | $ | | $ | $ | $ | $ | $ | $ | $ |
| Newspaper | | | | | | | | | |
| Yellow Pages | | | | | | | | | |
| Church Bulletins | | | | | | | | | |
| Radio | | | | | | | | | |
| Television | | | | | | | | | |
| On-line Advertising | | | | | | | | | |
| Outdoor | | | | | | | | | |
| Other: Calendars | | | | | | | | | |
| Other: | | | | | | | | | |
| Other: | | | | | | | | | |
| Collateral/Material | $ | | $ | $ | $ | $ | $ | $ | $ |
| Sales Aids | | | | | | | | | |
| Other | | | | | | | | | |
| Other | | | | | | | | | |
| Other | | | | | | | | | |
| Totals | # / VALUE | $ | $ | $ | $ | $ | $ | $ | $ |

ALDERWOODS GROUP