# EXHIBIT 5
# (Part 2 of 3)



Say:

- If you want to give the list to the Influencer you should type it on letterhead.
- Put together a package for the Influencer of all the brochures and materials you will be discussing.



Do:

- Gather all of the brochures and tools needed for the meeting.
- Together prepare a package in the order you plan to discuss them. Be sure to include the Location Manager's Business Card.



Say:

- Preparing for a meeting with an existing Influencer is a crucial as a first meeting.
- It will allow the Influencer to observe that you as representing the Funeral Home or Cemetery are consistently professional and prepared.
- This will further develop the Influencer's confidence in you and the Funeral Home or Cemetery.
- With all the preparations completed, the next step is to meet with the existing Influencer.

ALDERWOODS
GROUP

83

ALD008853

## COMMUNITY LEADERSHIP - INFLUENCERS

### Meeting With Established Influencers

Learners will be able to:

- Communicate to the Influencer that the Funeral Home or Cemetery is ready to work together.
- Inform the Influencer about upcoming Seminars, Events and other activities.
- Leave the meeting with a plan to help one another and what you have committed to each other.
- Leave your Business card with the Influencer for future reference.



Say:

- Now that all of the plans are in place for the meeting the next step is meeting with the Influencer face to face.
- We will run through a Mock meeting where I will be the Location Manager during the meeting and you will be the Influencer.
- We will be meeting with Mrs. Smith at the local Food Bank.

- Shake hands with Influencer when greeting them.
- MGM says – "Thank you for taking the time to meet with me today".
- Influencer says "I am always interested when I get your call, how are things with you?"
- MGM Says – "I have been thinking about our previous conversations. You had mentioned to me that donations were down at the Food Bank. I was hoping that we could help"
- Influencer Says – "People just don't think of the Food Bank in the summer months. They are wrapped up in enjoying the summer months. Plus the schools are out, so a number of children are not receiving their nutrition from school breakfast and lunch programs."
- MGM Says – "How would you feel about a Summer Food Drive?"

ALDERWOODS GROUP

ALD008854

## COMMUNITY LEADERSHIP - INFLUENCERS

- Influencer Says – "Well usually we organize a Food Drive at Christmas and Easter; so I think this is a valuable idea. How can your Funeral Home help?"
- MGM Says – "Let us act as a donation center. We have the space in our Community Room. You have seen it; I think you have been there for a seminar."
- Influencer Says – "Wow that sounds great, besides the room, how else would we be able to partner together?"
- MGM Says – "I took the liberty of pulling some tools together for you to look at."
- MGM Action - Open package and start to describe contents to the Influencer.
- MGM Says – "For example – we have a template for posters and flyers that can be used. I have already spoken to Fred at the Quick print, and he is willing to reduce the cost of printing for us."
- Influencer Says – "Flyers are great, but how are we going to get the message to the Community?"
- MGM Says – "How do you feel about approaching the Manager at the Food Lion? We can get to the Community right when they are doing their shopping."
- Influencer Says – "Have you met the Manager, John? If not, I can introduce you. I am sure he will be interested. He has helped out in the past."
- MGM Says – "That would be great. I also was thinking of getting the local Churches to announce it during their sermons."
- Influencer Says – "That's an interesting approach that I have not used in the past. I am sure it will have a positive impact."

ALDERWOODS
GROUP

ALD008855

## COMMUNITY LEADERSHIP - INFLUENCERS

- <u>MGM Says</u> – "This is the Community Events and Seminars calendar for my location, we can fit your Food Drive in (provide some estimated dates) and get the food to the Families by August."
- <u>Influencer Says</u> – "Can I keep this? I am not sure exactly when I can commit".
- <u>MGM Says</u> – "Yes, it's yours. Let's say I give you a call on Friday to firm up the date for the Food Drive and to discuss the details further?"
- <u>Influencer Says</u> – "Friday works for me; can you make it between 4-5pm?"
- <u>MGM Says</u> – "Done"
- MGM Action - Write down information in schedule.
- <u>MGM Says</u> – "So I will give you a call on Friday between 4-5pm so we can firm up plans."
- <u>Influencer Says</u> – "Looking forward to it!"
- <u>MGM Says</u> – "Let me give you my business card in case you need to reach me in the future"
- Action by MGM - provide your business card to the Influencer.
- <u>Influencer Says</u> – "Let me give you mine as well".
- Action by Influencer Provide your business card to the MGM.



Ask:
- What goals did the Funeral Home or Cemetery achieve from this meeting with the Influencer?



Look for:
- Influencer understood the Funeral Home or Cemetery is ready to work with him/her.
- Left with a common goal and a plan to work together.
- Influencer has the business card of the Funeral Home or Cemetery.

ALDERWOODS GROUP

ALD008856

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- When meeting with your Influencer it is important to:
- Thank the Influencer for his/her time.
- Make sure your Influencer has your business card.
- Communicate clearly how you can work together.
- Inform the Influencer of other upcoming Seminars, Events and activities.
- Leave the meeting with a plan of how you can help each other, what you are committed to and when the commitments will happen.
- Once you have had the meeting with the Influencer, evaluate and follow up with the Influencer to maintain the relationship you have started.



Do:
- Give Manager a Copy of Goals When Meeting With An Influencer handout.
- See next page for handout.

ALDERWOODS GROUP

ALD008857

## COMMUNITY LEADERSHIP - INFLUENCERS

### Goals When Meeting With An Influencer

When meeting with your Influencer it is important to:
- Thank the Influencer for his/her time.
- Make sure your Influencer has your business card.
- Communicate clearly how you can work together.
- Inform the Influencer of other upcoming Seminars, Events and activities.
- Leave the meeting with a plan of how you can help each other, what you are committed to and when the commitments will happen.
- Once you have had the meeting with the Influencer, evaluate and follow up with the Influencer to maintain the relationship you have started.



88

ALD008858

## COMMUNITY LEADERSHIP - INFLUENCERS

### Evaluating and Following Up with the Influencer

Learners will be able to:
- Complete a self-evaluation checklist to rate themselves as Influencers.
- Fill in <u>Leadership Network Contact Sheet.</u>
- Know when to complete the <u>Leadership Network Contact Sheet.</u>
- Evaluate the Influencer based on the meeting.
- Determine if the Influencer will be able to work with the Funeral Home or Cemetery.
- Follow-up with a Thank-You note.



Say:
- You have practiced meeting with an Influencer and begun to develop a relationship.
- Evaluating the meeting and the Influencer helps determine future activities and plans that this Influencer may be interested in.
- We will also cover ways to thank the Influencer for the meeting
- Evaluating yourself as an Influencer makes others in the Community want to connect with you, because you have something to offer that they view as valuable.



Ask:
- What is the benefit of rating yourself as an Influencer?



ALD008859

## COMMUNITY LEADERSHIP - INFLUENCERS



Look for:
- Things I had missed or would like to bring up in following meetings.
- Shows successes and progress I am making in the Community.



Say:
- The best time to evaluate is while the information is still fresh in your mind.



Do:
- Hand out the "Myself as an Influencer".
- Read each point on the checklist.
- See next page for handout.

ALDERWOODS GROUP

ALD008860

# COMMUNITY LEADERSHIP - INFLUENCERS

## Myself As An Influencer

## YOUR INFORMATION

Your Name:

Date:

Influencer Met with:

## GUIDELINES

Complete this Self-Evaluation, using the following scale:

NA = Not Applicable
1 = Needs Work
2 = Gets by
3 = Meets Requirements
4 = Exceeds Requirements

## COMMUNICATION

|  | (4) = Exceeds Requirements | (3) = Meets Requirements | (2) = Gets By | (1) = Needs Work |
|---|---|---|---|---|
| Prepared Notes for meeting with Influencer | ☐ | ☐ | ☐ | ☐ |
| Prepared Tools and Brochures for meeting | ☐ | ☐ | ☐ | ☐ |
| Telephone etiquette | ☐ | ☐ | ☐ | ☐ |
| During Meeting had the Influencer involved with Conversation | ☐ | ☐ | ☐ | ☐ |
| Left meeting with a plan to meet or contact one another | ☐ | ☐ | ☐ | ☐ |
| Listened to needs of Influencer | ☐ | ☐ | ☐ | ☐ |
| Gained an understanding of the Organizations that Influencer is involved in | ☐ | ☐ | ☐ | ☐ |

## LEADERSHIP

|  | (4) = Exceeds Requirements | (3) = Meets Requirements | (2) = Gets By | (1) = Needs Work |
|---|---|---|---|---|
| Leads by example (DO what you say you are going to do for the Influencer) | ☐ | ☐ | ☐ | ☐ |
| Finds realistic solutions to Community needs | ☐ | ☐ | ☐ | ☐ |
| Provides necessary resources | ☐ | ☐ | ☐ | ☐ |
| Delegates clearly to Other team members the needs of the Influencer | ☐ | ☐ | ☐ | ☐ |

## RELATIONSHIPS

|  | (4) = Exceeds Requirements | (3) = Meets Requirements | (2) = Gets By | (1) = Needs Work |
|---|---|---|---|---|
| Strong Community advocate | ☐ | ☐ | ☐ | ☐ |
| Sets aside personal biases and wants | ☐ | ☐ | ☐ | ☐ |
| Gives good, practical advice to Influencer | ☐ | ☐ | ☐ | ☐ |
| Followed up with Influencer on commitments and plans | ☐ | ☐ | ☐ | ☐ |

## PRODUCTIVITY

|  | (4) = Exceeds Requirements | (3) = Meets Requirements | (2) = Gets By | (1) = Needs Work |
|---|---|---|---|---|
| Makes realistic goals with Influencer | ☐ | ☐ | ☐ | ☐ |
| Meets deadlines committed to Influencer | ☐ | ☐ | ☐ | ☐ |
| Came in under budget | ☐ | ☐ | ☐ | ☐ |

ALDERWOODS GROUP

91

ALD008861

## COMMUNITY LEADERSHIP - INFLUENCERS

 

Say:
- Honestly rate each question.
- If more than 75% of the questions are answered meets requirements or exceeds requirements, the Location Manager should consider him/herself a good Influencer for this meeting. If less then 74% are answered meets or exceeds requirements, then the Location Manager may look at specific areas to improve.
- Once you have rated yourself as an Influencer; evaluating the meeting and the Influencer is next.
- The tool to assist you in completing this step is the <u>Leadership Network Contact Sheet</u>.



Do:
- Give Manager a copy of the <u>Leadership Network Contact Sheet</u>.



Say:
- Complete a <u>Leadership Network Contact Sheet</u> for each Influencer.
- Complete the as soon after the meeting as possible so the information from the meeting is fresh in your mind.

- You should also use the <u>Leadership Network Contact Sheet</u> when a family tells the Funeral Home or Cemetery that they were referred by an Influencer.



Ask:
- Why is it important to evaluate the meeting with the Influencer?



Look for:
- Helps me decide if the Influencer is truly an Influencer or just someone with a title.



92

ALD008862

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- Let's now start to use the <u>Leadership Network Contact Sheet</u> to make notes about the Influencer, rank and determine if the Influencer can work with your Funeral Home or Cemetery in the future.



Do:
- Give Manager a copy of the blank <u>Leadership Network Contact Sheet</u>.
- Complete the:
- Location Number.
- Name.
- See next page for handout.

ALDERWOODS GROUP

ALD008863

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- The Influencer should be ranked on a quarterly basis. You will notice there are 5 boxes to be completed.
- The first box is the Influencer's rank at the beginning of the relationship.
- The remaining boxes are to be completed at the end of each quarter.
- Ranking of relationships allows you to be consistent with all Influencers, and not remain in close contact with only some.
- There is a 1-5 scale used to rank the Influencer relationship.



Do:
- Give Manager a copy of the Influencer Ranking handout.
- See next page for handout.

ALDERWOODS GROUP

ALD008864

## COMMUNITY LEADERSHIP - INFLUENCERS

### Influencer Ranking

| | |
|---|---|
| Rank 1 | There is no relationship, you have identified this person as an Influencer, and however you have not contacted the person |
| Rank 2 | Formal contact only.  Meaning you have identified the Influencer, and made contact by phone but have not had an opportunity to meet face to face. |
| Rank 3 | Getting Acquainted, you have met face to face however are not working together. |
| Rank 4 | Professionally connected.  Members of the same organizations you seek each other out for help. |
| Rank 5 | Socially connected, you have developed a strong relationship (Friendship) with this Influencer; you consistently work together for Community Events, Seminars, and organizations. |

ALDERWOODS GROUP

ALD008865

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- 1 – There is no relationship, you have identified this person as an Influencer, and however you have not contacted the person.
- 2 – Formal contact only. Meaning you have identified the Influencer, and made contact by phone but have not had an opportunity to meet face to face.
- 3 – Getting Acquainted, you have met face to face however are not working together.
- 4 – Professionally connected. Members of the same organizations you seek each other out for help.
- 5 – Socially connected, you have developed a strong relationship (Friendship) with this Influencer; you consistently work together for Community Events, Seminars, and organizations.
- The rank of the Influencer should progress as the year, and your relationship develops.

ALDERWOODS GROUP

ALD008866

## COMMUNITY LEADERSHIP - INFLUENCERS



Do:
- Discuss your relationship with (existing Influencers Name).
- Rank the Influencer based on the discussion in the "start" box.





Say:
- The remaining columns are to be completed once the meeting has taken place.
- Date of meeting, notes from meeting, next meeting date.
- The bottom row is to list involvements, and general notes, such as associations, birthday, partner's name, favorite charity.
- On the back of the sheet you will notice a tracking sheet.
- This side of the sheet is used to track referrals generated by the Influencer for your Funeral Home.



Ask:
- Why do you think referrals should be tracked?



Look for:

- I will be able to see the best spend my time, and see payback in program.
- So you can thank people.
- Allows me to target the Influencers who are exposed to a large circle of contacts.
- Helps identify the "movers and shakers" in the Community.
- Helps to identify niche markets.
- Allows us to refocus on areas that are weak.



ALD008867

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- In the arrangement conference with the Family, get into the habit of politely asking "Who referred you to the Funeral Home or Cemetery?"
- The referrals need to be communicated to you or the team member that is working with the Influencer to use the tracking sheet successfully.



Do:
- Show each field on the Call Tracking sheet to the Location Manager while explaining each field.



Say:
- When you or a team member is told of a referral by an Influencer, simply turn to the Influencers Leadership Network Contact Sheet on the Call Tracking side.
- Remember the family will be telling you the Influencer who referred them.
- Below that information, you will find a Calendar for each period.
- At the beginning of period of each period, simply put a bracket beside the day in which the period starts.
- At the end of each period, again put a bracket beside the day in which the period ends.
- This will make it easier to count the number of referrals received from an Influencer.
- Circle the day that you received a referral from the Influencer in the correct period.

- For example today is the (calendar day) of Period (say correct period). If I received a referral from (Influencers name) today I would circle that on the calendar.



98

## COMMUNITY LEADERSHIP - INFLUENCERS

- Below that is a section to explain the ranking of the Influencer at the beginning of the year.
- With (Influencer name) we ranked him/her a (say rank number) the reason for this is (explain why you decided to rank). Jot down that note in the Reasons section, that way in the future if you need to remember why an Influencer was given a certain rank you can refer to the <u>Leadership Network Contact Sheet</u>.
- The last section has room for an Action Plan for developing and maintaining the relationship with the Influencer. Really how are we going to take this relationship to the next level? This is where you would write your goals for this Influencer, and how you plan to achieve them.
- You should be able to determine how much you will be able to work in the future with this particular Influencer based on the conversation that has taken place.
- The tone of the meeting should indicate how you will be able to work together.
- For example if during the meeting the Influencer is open to ideas and suggestions and is contributing to the conversation with positive remarks, it is likely that you will be able to develop a relationship with this Influencer and work together in the future.
- If you sense the tone of the conversation has the opposite feel, the Influencer seems slightly interested and may be too busy or not focused on working together. This may not be the right time to put a great deal of energy into developing the relationship. However, it is important to maintain some sort of contact. The Influencer may want to work together at some time, just not now. Maybe make a phone call every other month to touch base, or have a short coffee meeting to stay connected.



ALD008869

## COMMUNITY LEADERSHIP - INFLUENCERS

- It may be also necessary to drop someone as an Influencer if they truly do not have a sphere of Influence in the Community.
- Based on what you determined it is always a good business practice to send a quick thank you note to the Influencer.
- There are two examples that are provided in the Community Relations binder as a guideline:
- 1)  For an Influencer that you can work with.
- 2)  For an Influencer that may not be available for you to work with currently.
- Page 1-11 of the Community Leadership binder has those examples.

Do:
- Turn to page 1-11 in the binder.
- Location Manager to take a moment to read through the examples.
- See next page for sample.



ALDERWOODS GROUP

ALD008870

COMMUNITY LEADERSHIP - INFLUENCERS

# Step 5:

### *Evaluate and Follow Up*

When you get back, take a few minutes to evaluate the meeting and the Influencer using the Leadership Network Contact Sheet. Using this tool you should be able to determine whether this Influencer will be able to work with your Alderwoods Group location in the future to help the Community.

If the contact is a valuable Influencer then add them to your Leadership Network and begin your follow up. A good follow-up should involve at least one of these next steps:

• A phone call to the Influencer to thank them for their time and consideration
• Send them any additional information that they may have requested during the meeting
• A short thank-you note



Dear (Influencer)
I would just like to thank you for taking time out of your day to meet with me. Based on our discussion, I foresee us being able to offer our Community some great services and hope that
you will consider being involved in some of our upcoming Community programs.

I look forward to speaking with you soon. If you have any questions regarding the Alderwoods Group or would like to see any additional literature on our services, please don't hesitate to call.

Sincerely,
(Your name, position and location)

If you have determined that the Influencer is not likely to become a valuable member of your Leadership Network then further contact with them should not take up too many of your resources. Send them a quick thank-you note for their time, but move on and concentrate on those Influencers who have shown greater interest in working with you and your location.

Dear (Influencer)
I would just like to thank you for taking time out of your day to meet with me. I learned a
great deal about the services that you provide and I hope that I've given you a glimpse into
how we're trying to better the Community.
If you have any questions at all, please don't hesitate to call.

Sincerely,
(Your name, position and location)

Make sure to fill in your Leadership Network Contact Sheets, found at the end of this section, and keep them in a secure place for review at a later date. This will make monitoring the success of your network easy and keep your most important details in one place. Should you require additional copies of the Leadership Network Contact Sheets, they can be found on Disk 1.

SECTION 1 | STEP 1 | STEP 2 | STEP 3 | STEP 4 | **STEP 5** | STEP 6



ALD008871

## COMMUNITY LEADERSHIP - INFLUENCERS



### After Meeting the Influencer Exercise

### Purpose of this exercise:

- To complete the <u>Leadership Network Contact Sheet</u>, and write a Thank you note to the Influencer.

### Instructions



Do:
- Select an existing Influencer from the <u>Leadership Network Information Sheet</u> that the Manager brought with him/her to training.
- Complete a <u>Leadership Network Contact Sheet</u> for the selected Influencer.
- Complete as much information as the Manager has.
- Manager is to decide based on the last meeting if they will be working with selected Influencer.
- Using the script in the Community Relations binder as a reference, the Manager should write a Thank You note to the selected Influencer based on your decision.

### Debrief Questions



Ask:

- When will you use the <u>Leadership Network Contact Sheet</u>?



Look for:
- After meeting with an Influencer
- After a referral is received from the Influencer.

ALD008872

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:

- How did this exercise assist you in using the <u>Leadership Network Contact Sheet</u>?



Look for:
- Know how to complete the form.
- It is fairly quick and simple to complete.
- Know it will not be time consuming.



Ask:

- How will you use the Thank You note samples in the Community Leadership binder?



Look for:
- Template for thanking Influencers.
- Guideline to use when deciding not to work with an Influencer immediately.

ALD008873

## COMMUNITY LEADERSHIP - INFLUENCERS



### Conclusions

Say:

- Following up with and evaluating Influencers can assist you in determining:
- Where to spend your time to best grow your calls.
- Which Influencers are exposed to a large circle of contacts and should be contacted.
- The "movers and shakers" in the Community.
- Areas in the community those are weak.
- The <u>Leadership Network Contact Sheet</u> is a simple and easy to complete form, which is used to get detailed notes of meetings and referrals from each Influencer.
- Thanking the Influencer after each meeting shows that you follow courteous business practices and that you are a professional establishment.

ALDERWOODS GROUP

104

ALD008874

## COMMUNITY LEADERSHIP - INFLUENCERS

### Reporting to your MGM

Learners will be able to:
- Use the <u>Leadership Network Information Sheet</u> to report progress to the Market Growth Manager.
- Know when to complete the sheet.
- Submit results to MGM.



Say:
- Reporting your progress to MGM (me) will benefit your Funeral Home or Cemetery because this allows MGM (me) to evaluate the information to better coach and assist Location Manager (you) with the Relationships being developed.
- It will also give MGM (me) an opportunity to identify when I can shadow as a guest or representative to give feedback and training when needed.
- As long as you are keeping on top of the Community Leadership Contact sheets reporting to your MGM (me) should not be very time consuming
- The reporting is to be done on the <u>Leadership Network Information Sheet.</u>
- You must complete the remaining columns 7 and 8 based on the information on the <u>Leadership Network Contact Sheets</u>.
- Column 7 is actually completed at the end of the period and each quarter.
- Column 8 is completed at the end of the fiscal year.
- Complete this step for both new and existing Influencers.

ALDERWOODS GROUP

ALD008875

## COMMUNITY LEADERSHIP - INFLUENCERS



Do:
- Refer to the <u>Leadership Network Information Sheet</u>.
- Describe and identify column 7 that needs information reported.
- Using the Mrs. Smith example provided, explain the first section of Column 7.  Ranking 1-5.
- To complete this section enter the Influencers rank at the beginning of the year.



Ask:
- Where can you get this information?



Look for:
- From the Influencers <u>Leadership Network Contact Sheet</u>.



Say:
- All of the information you need is on the <u>Leadership Network Contact Sheet.</u>



Do:
- Describe and identify the remaining sections of column 7 and column 8.
- Using the Mrs. Smith example provided, explain the first section of Column 7.  Period 1.



Say:
- Complete on the last day of the Period 1
- Under contact enter a "Y" if you have made contact or an "N" if you have not made contact with the Influencer during period 1.
- Using the <u>Leadership Network Contact Sheet</u> cross-reference the example of Mrs. Smith used in training to indicate a "Y" or an "N".

ALDERWOODS GROUP

ALD008876

## COMMUNITY LEADERSHIP - INFLUENCERS

- The next section under period 1 asks for "Number of Calls". To complete this section refer to the back of the <u>Leadership Network Contact Sheet</u> to the "Call Tracking" area.
- Refer to the Calendar for Period 1 and add up the number of calls referred by this Influencer during the period.
- Use the example provided for Mrs. Smith to calculate number of calls.
- Enter that total in the "Number of Calls" section under period 1.
- Continue to Use Mrs. Smith example for periods 2 and 3.

- The same steps are completed for Period 2 and 3.
- Once you reach the end of the quarter, notice there is another column ranking 1-5. Again using the <u>Leadership Network Contact Sheet</u>, enter the rank that you have reassessed the Influencer to be at the end of Quarter 1.



Do:
- Demonstrate completing using the Mrs. Smith example.
- Complete the same steps for each quarter.



Say:
- Column 8. For each Influencer total the number of calls from each period together to get a grand total for the year.
- Add all of the period "Number of Calls" columns together for Mrs. Smith example and write total in Column 8.
- At the end of each period, quarter and year either fax or e-mail MGM (me) Leadership <u>Network Information Sheet</u> with the corresponding fields completed.



107

ALD008877

## COMMUNITY LEADERSHIP - INFLUENCERS

### Maintaining Relationship with Valued Influencers

Learners will be able to:

- Identify ways the Funeral Home or Cemetery will maintain the relationship with the Influencer.
- Identify opportunities to get employees involved in the Community.
- Determine if the Influencer can be delegated to another team member.
- Monitor for follow-up with Influencers.

Say:



- Maintaining the relationship is important.
- The relationship can quickly diminish due to a lack of contact or involvement.
- The Funeral Home or Cemetery will be in your Community for a long time, and so may the Influencer.
- It is important to maintain these relationships because they will grow your business, expand your Influencer skills, and help you and your team members to do things you may not have done before.
- The more relationships you build; the more to be maintained and you may not have the time to stay on top of all of them personally.
- That being said, you also do not want to jeopardize the work you have done so far.

ALDERWOODS GROUP

108

ALD008878

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- After you start to develop a relationship with an Influencer, determine if this Influencer can work with another team member.
- Ask yourself:
- What is the Influencer's sphere of Influence?
- Is there anyone on the team that is involved in the same organizations as the Influencer?
- Is the Influencer's profession tied into Pre-need sales?

- If the Influencer has a large sphere of Influence you may want to maintain the relationship yourself or get additional team members to work with him/her.
- If the Influencer has a mid-small size sphere of Influence you may feel comfortable having him/her work with another team-member.
- When team members are involved in the same organization or Community the relationship may be a natural progression.

ALDERWOODS GROUP

ALD008879

## COMMUNITY LEADERSHIP - INFLUENCERS

- If the Influencer's profession falls under Family Estate Planning or Healthcare it may be more beneficial to delegate these Influencers to a Family Sales Professional as they have a greater experience in running Community Seminars, which may lead to Pre-need Sales Seminars
- Whatever the case may be it is important that every time you see the Influencer you make sure you stop and connect personally by saying hello. Taking the time to talk one on one will show the Influencer that the relationship is still valued by you.
- You want to get the rest of the staff involved in the Community and the Community Leadership Program.



Ask:
- Why should you get all of the team members involved in the Community Leadership Program?



Look for:
- Nobody feels left out.
- Everyone is working together for a good cause.
- Builds the team morale.
- Exposes all team members to new opportunities and new things.
- Shows the Community that there is a strong commitment by everyone on the team.



Say:
- Some suggestions for getting team members involved with the Community Leadership Program are:
- Helping to organize Events.



ALDERWOODS
GROUP

110

ALD008880

## COMMUNITY LEADERSHIP - INFLUENCERS



Do:
- Administer Knowledge test.
- See next page for handout.

ALDERWOODS GROUP

111

ALD008881

## COMMUNITY LEADERSHIP - INFLUENCERS

### Community Leadership Test

| Manager's Name: | Name: |
|---|---|
| Location Name: | Date: |
| Location Number: | |

Multiple Choice. Read each question carefully, and then print the letter of the correct answer on the line next to the question.

1. _____ Identifying Influencers in the Community is important to the Location because:
   a. It will increase the role the location plays in the Community
   b. It will help grow the business of the Location
   c. It will increase the Location Manager's knowledge of the Community
   d. All of the above

2. _____ An Influencer is defined as:
   a. Member of the Community who knows a great deal of people
   b. Member of the Community who is turned to for advice and guidance
   c. Member of the Community who has conducted business with your location in the past
   d. All of the above

3. _____ An Example of a Family Estate Planning Influencer is:
   a. Veteran
   b. Retirement Home Personnel
   c. Insurance Agent

4. _____ The first step in developing your Leadership Network is to record all of the Influencers:
   a. Important Information
   b. Likes and Dislikes
   c. Spheres of Influence

5. _____ The Leadership Network Information Sheet is used to:
   a. Rate the Influencer on their potential value
   b. Categorize your Influencer
   c. Keep track of your network activity
   d. All of the above
   e. None of the above

ALD008882

6. _____ When setting up a meeting with a new Influencer you should:
    a.  Make notes prior to the call to work from
    b.  If an assistant answers the call, respond by saying "I'll call back"
    c.  Leave the conversation open ended

7. _____ Getting yourself ready with a plan prior to meeting with an Influencer is important because:
    a.  The Influencer is there to hear what the Location Manager has to say
    b.  Location Manager initiated the meeting
    c.  The conversation must be relevant to the Influencer
    d.  Both A and B
    e.  All of the above

8. _____ When holding the meeting with the Influencer you should:
    a.  Make sure it is at a location that is convenient for you
    b.  Order coffee ahead of time
    c.  Leave your business card with the Influencer

9. _____ The form used to evaluate the meeting and the Influencer is the:
    a.  Leadership Network Information Sheet
    b.  Leadership Network Contact Sheet
    c.  Leadership Network Evaluation Sheet

10. _____ Reporting progress on your Leadership Network to your MGM should be done at the:
    a.  End of each week
    b.  Beginning of each quarter
    c.  End of each period

ALDERWOODS GROUP

113

ALD008883

Short Answer.  Read the question carefully and then write 2 examples for each of the 4 Influencer Categories.

11.     In Section One of the program, there were 4 Influencer Categories presented.  Please
        provide 2 examples for each of the Categories.


        Example:  Category: Religious – Example Clergy and Rabbi

        b.

        c.

        d.

        e.

ALDERWOODS
GROUP

ALD008884

# COMMUNITY LEADERSHIP - INFLUENCERS

## Community Leadership Answer Key

| | |
|---|---|
| Manager's Name: | Name: |
| Location Name: | Date: |
| Location Number: | |

Multiple Choice. Read each question carefully, and then print the letter of the correct answer on the line next to the question.

12. _____ Identifying Influencers in the Community is important to the Location because:
 e. It will increase the role the location plays in the Community
 f. It will increase help grow the business of the Location
 g. It will increase the Location Managers knowledge of the Community
 h. All of the above

13. _____ An Influencer is defined as:
 a. Members of the Community who know a great deal of people
 a. Members of the Community that are tuned to for advice and guidance
 b. Members of the Community who have conducted business with your location in the past
 c. All of the above

14. _____ An Example of a Family Estate Planning Influencer is:
 a. Veteran
 b. Retirement Home Personnel
 c. Insurance Agent

15. _____ The first step in developing your Leadership Network is to record all of the Influencers:
 a. Important Information
 b. Likes and Dislikes
 c. Spheres of Influence

16. _____ The Leadership Network Information Sheet is used to:
 a. Rate the Influencer on their potential value
 b. Categorize your Influencer
 c. Keep track of your network activity
 d. All of the above
 e. None of the above

ALD008885

17. _____ When setting up a meeting with a new Influencer you should:
      a. Make notes prior to the call to work from
      b. If an assistant answers the call, respond by saying "I'll call back"
      c. Leave the conversation open ended

18. _____ Getting yourself ready with a plan prior to meeting with an Influencer is important because:
      a. The Influencer is there is hear what the Location has to say
      b. Location initiated the meeting
      c. Conversation must be relevant to the Influencer
      d. Both A and B
      e. All of the above

19. _____ When holding the meeting with the Influencer you should:
      a. Make sure it is at a location that is convenient for you
      b. Order coffee ahead of time
      c. Leave your business card with the Influencer

20. _____ The form used to evaluate the meeting and the Influencer is the
      a. Leadership Network Information Sheet
      b. Leadership Network Contact Sheet
      c. Leadership Network Evaluation Sheet

21. _____ Reporting progress on your Leadership Network to your MGM should be done at the:
      a. End of each week
      b. Beginning of each quarter
      c. End of each period

ALDERWOODS GROUP

116

ALD008886

Short Answer. Read the question carefully and then write 2 examples for each of the 4 Influencer Categories.

22.    In Section one of the program, there were 4 Influencer Categories presented.  Please provide 2 examples for each of the remaining Categories

a.  Example:  Category: Religious – Example Clergy and Rabbi

b.   Healthcare:  Can provide any of the following as examples:
- Doctors
- Medical Examiners
- Coroners
- Nurses
- Hospice Personnel
- Retirement Home Personnel

c.  Family Estate Planning:  Can provide any of the following as examples:
- Lawyers
- Accountants
- Bankers
- Insurance Agents

d.   Service Clubs:  Can provide any of the following as examples:
- Rotary
- Kiwanis
- Fraternal Clubs
- Veterans

ALDERWOODS GROUP

117

ALD008887

## COMMUNITY LEADERSHIP - INFLUENCERS





### Summary

Say:

- You now have the skills, information and tools to use the Community Leadership Program to build relationships with Influencers and increase the role and visibility your Funeral Home or Cemetery plays in the Community
- You are leaving today with the ability to:
- Identify Influencers.
- Identify and connect with Niche Markets.
- Use the Leadership Network Information Sheet.
- Prepare for a discussion with an Influencer to set up initial meetings.
- Document common goals.
- Identify and acquire supplies /tools needed for a meeting with an Influencer.
- Prepare for meetings with a new and established Influencer.
- List activities to use, to maintain the relationship with the Influencer.
- Use the Leadership Network Contact Sheet.
- Track referrals and report progress.
- Delegate the Influencer to other team members.
- Maintain the relationships build with Influencers.
- You have preparations made and have contacted an Influencer to begin establishing relationships.
- The initial work has been done on remaining Identified Influencers to begin making contact.
- Identified ways to get all of the Funeral Homes or Cemeteries team members involved in the Community, and developed an action plan for communication.

ALDERWOODS GROUP

118

ALD008888

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- Each Location Manager has a BPO to increase calls through Community Leadership or to grow calls at their Funeral Home or Cemetery.
- It is also a specific responsibility of the Location Manager.  Part of the Location Manager's responsibilities are to:
- Retain heritage and grow market share through active involvement with Community, religious and other organizations, leading to development of "meaningful" relationships.  Utilize the Community Leadership Binder.
- Develop niche markets and be willing to try new things to develop market share.

ALDERWOODS
GROUP

119

ALD008889

## COMMUNITY LEADERSHIP - INFLUENCERS

### Community Leadership BPO Action Plan Exercise

### Purpose of this exercise:

- To revise/add an action step to the Community Leadership BPO or Grow Calls BPO.

### Instructions



Do:
- From pre-work, Manager was to bring their BPO for the current year with them to training.
- Manager to write an action plan of the steps they will take to work with each Influencer they identified in training.
- Action plan should include specific steps and dates to be accomplished by.



Say:
- You have solid measurable plans in place to ensure that your Location or Cemetery builds strong Community Relations.

ALDERWOODS GROUP

120

# PARTICIPANT
# MATERIALS

ALD008891

# FORMS

ALD008892

ALD008893

# LEADERSHIP NETWORK INFORMATION SHEET- EXISTING INFLUENCERS

**Location Details**

Location Number: _____

Location Name: _____

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | Contact Goal Per Year | $ Per Contact | Total Budget | Ranking 1 to 5 |
|---|---|---|---|---|---|---|---|---|---|
| Fill in the Category from the list or the Influencer belongs to | Fill in the Influencer's Full Name | Fill in the Organization the influencer is associated or employed by | Fill in the Influencer's position in the association organization. | Fill in the Influencer's primary contact phone number. | Fill in the number of years associated with particular org. | Fill in the number of times you plan on contacting this influencer over the contact period | Fill in the suggested cost of money that will be spent during each contact | Fill in the number of contacts applied to the dollar amount to obtain the budget per influencer | |
| Example: Family Estate Planning | John Beeton | Beaton, Smith and Walters Attorneys at Law | Lawyer/Partner | (650)555-5555 | 13 | 6 | $10 | $60 | |

**(7) Contact Record**

| | Period 1 | | Period 2 | | Period 3 | | | Period 4 | | Period 5 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ranking 1 to 5 | Number Contact (Yes/No) | Number of Calls | Number Contact (Yes/No) | Number of Calls | Number Contact (Yes/No) | Number of Calls | Ranking 1 to 5 | Number Contact (Yes/No) | Number of Calls | Number Contact (Yes/No) | Number of Calls | Contact (Yes/No) |

ALD008894

ALD008895

LEADERSHIP NETWORK INFORMATION SHEET- EXISTING INFLUENCERS

**Location Details**

Location Number:

Location Name:

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (8) Yrs In Org | Number of Calls | Ranking 1 to 5 |
|---|---|---|---|---|---|---|---|
| Fill in the category from the list under the influencer belongs to | Fill in the influencer's Full Name | Fill in the Organization the influencer is associated or employed by | Fill in the influencer's position in the association or organization | Fill in the influencer's primary contact phone number | | | |
| Example: Family Estate Planning | John Beeton | Benton, Smith and Vizard Attorney at Law | Lawyer/Partner | (666)555-5555 | 13 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ALD008896



**LEADERSHIP NETWORK INFORMATION SHEET- EXISTING INFLUENCERS**

Location Details

Location Number: _____

Location Name: _____

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | (7) Contact Record (Period 7–Period 13: Contact (Yes/No), Number of Calls, Ranking 1 to 5) | (8) Total calls attributed |
|---|---|---|---|---|---|---|---|
| Fill in the Category from the list the influencer belongs to | Fill in the influencer's Full Name | Fill in the Organization the influencer is associated or employed by. | Fill in the influencer's position in the association or organization. | Fill in the influencer's primary contact phone number. | Enter the number of years the individual has been associated. See (6) tip. | | 0 |
| Example: Family Estate Planning | John Beaton | Breton, Smith and Watson Attorneys at Law | Lawyer/Partner | (555)555-5555 | 13 | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |

ALD008897

ALD008898

# LEADERSHIP NETWORK INFORMATION SHEET - NEW INFLUENCERS

**Location Details**

Location Number: 2927

Location Name: Imperial Funeral Home

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | Contact Goal Per Year | $ Per Contact | Total Budget | Ranking 1 to 5 | (7) Contact Record Period 1–6 |
|---|---|---|---|---|---|---|---|---|---|---|
| Fill in the Category from the binder the Influencer belongs to | Fill in the Influencer's Full Name | Fill in the Organization the influencer is associated or employed by | Fill in the influencer's position in the association or organization | Fill in the Influencer's primary contact phone number | Fill in the number of years the influencer has been with the Org | Fill in the number of times you plan on contacting this influence over the fiscal year | Fill in the budget amount that will be spent during each contact | Fill in the total budget for this fiscal year | | |
| Example: Healthcare | Jody Jeffery | Memorial Hospital | Registered Nurse I.C.U | (403)123-4567 | 27 | 10 | $5 | $50 | | |

ALD008899

ALD008900

ALD008901

# LEADERSHIP NETWORK INFORMATION SHEET - NEW INFLUENCERS

**Location Details**

Location Number: 2927

Location Name: Imperial Funeral Home

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org |
|---|---|---|---|---|---|
| Fill in the Category from the binder the Influencer belongs to | Fill in the Influencer's Full Name | Fill in the Organization the Influencer is associated or employed by | Fill in the Influencer's position in the association or organization | Fill in the Influencer's primary contact phone number | Fill in the number of years the Influencer has been a member of the Org |
| Example: Healthcare | Jody Jeffery | Memorial Hospital | Registered Nurse I.C.U | (403) 123-4567 | 27 |

(7) Contact Record — columns: Period 7, Period 8, Period 9, Period 10, Ranking 1 to 5, Period 11, Period 12, Period 13, Ranking 1 to 5, each period with Contact (Yes/No), Number of Calls; (8) Total calls attributed

ALD008902

LEADERSHIP NETWORK INFORMATION SHEET- EXISTING INFLUENCERS

**Location Details**

Location Number: _____

Location Name: _____

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs In Org | Contact Goal Per Year | S Per Contact | Total Budget | Ranking 1 to 5 | Period 1 | | | Period 2 | | | Period 3 | | | Ranking 1 to 5 | Period 4 | | | Period 5 | | Per |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Contact (Yes/No) | Number of Calls | | Contact (Yes/No) | Number of Calls | | Contact (Yes/No) | Number of Calls | | (7) Contact Record | Contact (Yes/No) | Number of Calls | | Contact (Yes/No) | Number of Calls | Contact (Yes/No) |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| Totals | | | | | | | | | | | | | | | | | | | | | | | | | |

ALD008903

ALD008904

ALD008905

**LEADERSHIP NETWORK INFORMATION SHEET - EXISTING INFLUENCERS**

**Location Details**

Location Number:

Location Name:

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | Number of Calls | Ranking 1 to 5 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | TOTALS | | | |

ALD008906



ALD008907

**LEADERSHIP NETWORK INFORMATION SHEET- EXISTING INFLUENCERS**

Location Details

Location Number: 

Location Name: 

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | (7) Contact Record | | | | | | | | | | | | | | | | | | | | | | | | (8) Total calls attributed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Period 7 | | Period 8 | | Period 9 | | Period 10 | | | Period 11 | | Period 12 | | Period 13 | | | | | | | | | | | |
| | | | | | | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | Ranking 1 to 5 | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | Ranking 1 to 5 | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Totals | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALD008908

# LEADERSHIP NETWORK INFORMATION SHEET- NEW INFLUENCERS

**Location Details**

Location Number: _____

Location Name: _____

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tot # | (6) Yrs in Org | Contact Goal Per Year | $ Per Contact | Total Budget | (7) Contact Record | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **Period 1** | | | **Period 2** | | | **Period 3** | | | | **Period 4** | | | **Period 5** | | | **Period 6** | | | |
| | | | | | | | | | Contact (Yes/No) | Number of Calls | Ranking 1 to 5 | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | Ranking 1 to 5 | | Contact (Yes/No) | Number of Calls | | Contact (Yes/No) | Number of Calls | | Contact (Yes/No) | Number of Calls | | Ranking 1 to 5 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Totals**

ALD008909

ALD008910

**LEADERSHIP NETWORK INFORMATION SHEET- NEW INFLUENCERS**

**Location Details**

Location Number:

Location Name:

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | (7) Contact Record | | | | | | | | | | | | | | | | | | | | | (8) Total calls attributed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Period 7 | | Period 8 | | | Period 9 | | | Period 10 | | | | Period 11 | | | Period 12 | | | Period 13 | | Ranking 1 to 5 | |
| | | | | | | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | | Contact (Yes/No) | Number of Calls | | Contact (Yes/No) | Number of Calls | Ranking 1 to 5 | | Contact (Yes/No) | Number of Calls | | Contact (Yes/No) | Number of Calls | | Contact (Yes/No) | Number of Calls | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| **Totals** | | | | | | 0 | | 0 | | | 0 | | | 0 | | | | 0 | | | 0 | | | 0 | | | 0 |

# Community Leadership Action Plans

| Setting up Meetings with the Influencer | |
|---|---|
| Influencer Name: | |
| Common Goals that the Influencer and Location have in common | • <br> • <br> • <br> • |
| Notes to Discuss with Influencer | • <br> • <br> • <br> • |
| Best Suited dates and times to meet with the Influencer | • <br> • <br> • |
| Message for Assistant or Voicemail | • <br> • |
| Date, Time and Location To Meet | • <br> • <br> • |

ALDERWOODS GROUP

ALD008911

# Community Leadership Action Plans

| Getting Ready for the Meeting with the Influencer | | | | |
|---|---|---|---|---|
| Influencer Name:<br>Date of Meeting:<br>Time of Meeting:<br>Location of Meeting: | | | | |
| List of Tools that would be relevant to meeting with Influencer | TOOL NAME<br><br>• Letterheads<br><br>• Business Cards<br><br>•<br><br>•<br><br>•<br><br>•<br><br>•<br><br>•<br><br>•<br><br>•<br><br>• | Gathered YES | Gathered NO | How to Order |
| Notes to Discuss tools with Influencer | •<br><br>•<br><br>• | | | |
| Notes on how to respond to questions surrounding death and grief | •<br><br>•<br><br>• | | | |
| Upcoming Events or Seminars | •<br><br>• | | | |

ALDERWOODS
GROUP

ALD008912

**LEADERSHIP NETWORK CONTACT SHEET - INFLUENCER NOTES**

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

### Influencer Rank

| Start | After Q1 | After Q2 | After Q3 | After Q4 |
|-------|----------|----------|----------|----------|
|       |          |          |          |          |

| Date of meeting | Notes from meeting | Next Meeting Date |
|-----------------|--------------------|--------------------|
|                 |                    |                    |
|                 |                    |                    |
|                 |                    |                    |
|                 |                    |                    |
|                 |                    |                    |
|                 |                    |                    |
|                 |                    |                    |
|                 |                    |                    |
|                 |                    |                    |
|                 |                    |                    |
|                 |                    |                    |
|                 |                    |                    |

**List of Involvements and General Notes (for example: associations, birthday, wife's name, anniversary etc)**

ALD008913

## LEADERSHIP NETWORK CONTACT SHEET - CALL TRACKING

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Period 1 | | | | | Period 2 | | | | | Period 3 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 |

| Period 4 | | | | | Period 5 | | | | | Period 6 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 |

| Period 7 | | | | | Period 8 | | | | | Period 9 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 |

| Period 10 | | | | | Period 11 | | | | | Period 12 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 |
| 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

| Period 13 | | | | |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |

**Give reasons for the ranking you have given this influencer at the start of the year**

_____

_____

_____

_____

**Action plan for developing/maintaining your relationship with this influencer**

_____

_____

_____

_____

_____

_____

ALD008914

# HANDOUTS

ALD008915

ALD008916

## Identifying Influencers Step By Step



# Who belongs in the Leadership Network?

Your Leadership Network should be made up of influencers from your community. It is important to note the difference between a TRUE influencer and a PERCEIVED influencer. While they are all valuable to our business it is necessary to understand that they will be targeted by our competitors and you will need to be selective in who you spend your energies on.

Further on in this section you will be provided with the necessary tools to monitor your Leadership Network, but let us first take a look at some examples.

# Who are the influencers?

Here are some examples of influencers that make up all of our communities. These are the leaders in our lives that families seek out for guidance regarding some of life's biggest decisions. This is just a guide, so please take the initiative to add to this list.

| | |
|---|---|
| **Religious** | **Healthcare** |
| • Clergy | • Doctors |
| • Rabbi | • Medical Examiners |
| | • Nurses |
| | • Hospice Personnel |
| | • Retirement Home Personnel |
| **Family Estate Planning** | **Service Clubs** |
| • Lawyers | • Rotary |
| • Accountants | • Kiwanis |
| • Bankers | • Fraternal Clubs |
| • Insurance Agents | • Veterans |

Section 1 | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6

# Slide 1 - Possibilities of Niche Markets Exercise

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

Equals = TOTAL
POTENTIAL
SPHERE OF INFLUENCE

ALD008918

## Networking Tips

1. Have the right attitude – Be focused on others
   - Takes the focus off you trying to impress others into you gathering information from people you met.

2. Set your Goals
   - Set goals to seek out and meet specific people that you know are attending and that you believe may be an Influencer.

3. Bring Business Cards
   - Plenty of them, hand them out

4. Arrive Early/Stay Late
   - Allows you to meet and help out the organizers.
   - They brought all of these people together, they should have a fairly large network that would be to your advantage to tap into.

5. Play the Host
   - Introduce others that you know or just met and they will appreciate it.
   - Sit at a table where you don't know anyone and then play host by discovering who everyone is and introducing them to everyone else at the table.

6. Carry a Funeral Home/Cemetery Pen
   - So you can make brief notes on the back of business cards of things you promised to do and of things you talked about.

7. Look people in the eye
   - The eyes are the window to the soul.

8. Learn how to engage and breakaway from conversations
   - Start a Conversation
     o Find common ground
     o Get the other person to talk about why they attended this event?
     o Ask questions such as…
     o How do you know the host?
     o Is this your first time at one of these events?
     o Are you a member of this organization/group?

   - Leave a Conversation
     o "It was nice talking with you and I would like to continue this conversation later… (then set up a meeting/lunch/breakfast/coffee)"
     o "Do you know…" Then make the introduction and slip away as they begin to talk.
     o "It was nice meeting you.  I see someone I'd like to see hello to.  Will you excuse me?"

9. Go for quality not quantity
   - Starting a couple of key relationships is better than gathering a large number of business cards.

1

ALD008919

## Networking Tips

10. Put your new contacts and new information in your <u>Location Network Information Sheet</u> or database.

11. Follow-up
   - Don't promise to do something if you don't intend or can't do it.
   - The purpose of Networking is to meet people and determine if there is a need to have a further conversation. A follow-up conversation is where you can explore whether you can work together.
   - Ask whether a Call or E-mail would be preferred.
   - Use the preferred follow-up method that they have stated.

2

ALD008920

# Community Leadership Action Plans

| Setting up Meetings with a New Influencer | |
|---|---|
| Influencer Name: | |
| Common Goals that the Influencer and Location have in common | • <br> • <br> • <br> • <br> • |
| Notes to Discuss with Influencer | • <br> • <br> • <br> • <br> • |
| Best Suited dates and times and Locations to meet with the Influencer | • <br> • <br> • |
| Message for Assistant or Voicemail | • <br> • <br> • |
| Date, Time and Location To Meet | • <br> • <br> • |

ALDERWOODS
GROUP

ALD008921

# Step 2:

## Set up those Meetings



This is your first opportunity to reach out and begin establishing relationships with your community's influencers. Wherever possible you should be using your voice to set up these meetings, either by phone or in person. Your goal is to make the influencer understand that you are both interested in the same thing; a stronger and close community, and that you are both in a position to help each other provide better services.

With pen and paper handy and with your schedule open you are ready to begin phoning the prospective members of your Leadership Network. If this is the first time you will be speaking to this influencer or are a little uncomfortable it might be a good idea to write yourself some notes to work from or even a simple script to help you get started. You don't want to remember what you wanted to say after you hang up.

A script like the one below will go a long way to make you more comfortable on the phone. You can work from it or create your own.

> Be prepared to leave a short coherent message in case you encounter your influencer's voice mail or assistant.



> "Hello (influencer), my name is (your name, your position) from the (Alderwoods Group location). I'm calling today because I would like to meet with you sometime to discuss ways in which we can help (community) by working together. "
>
> Consider who you are speaking to. Make a list of topics to cover in your phone conversation that are of interest to them or their business. Topics such as:
>
> • The Community Seminars Program      • Helping the Community
> • Understanding life insurance            • Family Estate Planning
> • Health matters                                    • Etc.





> Don't leave your conversations open-ended. By the end, both parties should know when your next contact will be.








Section 1 · Step 1 · Step 2 · Step 3 · Step 4 · Step 5 · Step 6

ALD008922

# Questions for Influencer

| | |
|---|---|
| Question 1 Organizations/ Clubs Associated With | |
| Question 2 Interests in the Community | |
| Question 3 What the Influencer would like to see develop for the Community | |
| Question 4 Other Topics for discussion | |

ALD008923

# Meeting An Influencer For A First Time Script

- LM – Shake hands with Influencer, Let Influencer sit down, and then be seated yourself.
- LM – "Hi, you must be Mr. Smith, I am Greg thank you for meeting me here today".
- Influencer - "It is nice to meet you".
- LM – "Mr. Smith, have you been with ABC drugstore for a while?"
- Influencer - "About two years".
- LM – "Did you move into the community?"
- Influencer - "I was commuting for a while, but my wife and I just bought a home in the neighborhood about six months ago".
- LM – "How do you and your wife like the area?"
- Influencer - "We are very happy, our children really enjoy the schools as well".
- LM – "My family has been living here for the past 10 years. We really like it as well. I noticed in the local paper, your pharmacy sponsors the local boy's baseball team. How are you involved in that?"
- Influencer - "Well my son's schoolmates team did not have the funds to pay for uniforms. It was going to cost the parents an extra $100.00 a year. Which a number of them could not afford. So I approached the organizers and offered to pay for 75% of the uniforms if my Drugstore name could be printed on them. It helped the kids, parents and my drugstore."
- LM – "That sounds great. That is exactly why I wanted to meet with you today. Just as you want to help others in the community ABC Funeral Home is also interested in the well being of the Community. We would like to help the Drugstore's customers any way we can. You mentioned on the phone that a number of your seniors are seeking information on Health and Wellness."
- Influencer - "Yes, it seems to be a topic that is top of mind for them. Especially those that are young enough to be on their own, but old enough to be retired. They are finding they are getting a number of mixed messages from articles they read and publications."
- LM – "Well, my neighbor is a Registered Dietitian who specializes in helping those that are living with long-term illnesses. Perhaps I

1

ALD008924

could contact her, to see if she could assist us in preparing a Health and Wellness Seminar"?

- Influencer - "I think my customer's would be definitely interested in attending that Seminar"
- LM – "I will contact Kathy today, and get back to you on some of the details by the end of the week. You had also mentioned on the phone, that a number of your customers have lost a spouse. On Wednesday evenings in the Funeral Home's Community room we hold a Widow
- Support group. Some other things that our Funeral Home has that may be of interest to your customers are:"
- Go through the 12 Insights into grieving after the death of your loved one brochure.
- Influencer - "That is a good brochure. Can I get some copies of that?"
- LM – "I can drop some off on Friday for you. It will take me a couple of days to order them. When I drop them off, would you like to further discuss, the seminar and the details have Kathy has provided me?"
- Influencer - "Yes, could you stop by after 6pm? That is when I close the store."
- LM – "Sure, as I will confirm on Thursday as a service may be taking place."
- Influencer - "Do you have any information on the Widow Support group you had mentioned?"
- LM – "Yes, I will also bring that along. I can bring a poster as well."
- Influencer - "Okay, thank you. I am glad we met today, it looks like you have a lot of information that can assist my customers."
- LM – "It was my pleasure; let me give you my business card. Please contact me with anything else you think of that we may be able to assist you with." Hand Influencer your business card.
- Influencer - Hand LM your business card. "Here is my card."
- LM – "I'll see you on Friday at 6:00pm at your store; I will be in touch on Thursday to confirm. Thank you again for taking the time to meet with me today."
- Influencer - "Thank you for lunch, I'm looking forward to Friday."
- Shake each other's hand.

2

ALD008925

# Community Leadership Action Plans

| Meeting with an Existing Influencer | |
|---|---|
| Influencer Name: | |
| Common Goals that the Influencer and Location have in common | • <br> • <br> • <br> • <br> • |
| Notes to Discuss with Influencer | • <br> • <br> • <br> • <br> • |
| Best Suited dates and times to meet with the Influencer | • <br> • <br> • |
| Message for Assistant or Voicemail | • <br> • <br> • |
| Date, Time and Location To Meet | • <br> • <br> • |

ALDERWOODS
GROUP

ALD008926

# Preparing For A Meeting

Brochures and
Tools

Where to Get
The Brochures
and Tools

Order to Go
Through
Identified
Brochures and
Tools

Upcoming
Events or
Seminars

ALD008927

# Goals When Meeting With An Influencer

When meeting with your Influencer it is important to:

- Thank the Influencer for his/her time.
- Make sure your Influencer has your business card.
- Communicate clearly how you can work together.
- Inform the Influencer of other upcoming Seminars, Events and activities.
- Leave the meeting with a plan of how you can help each other, what you are committed to and when the commitments will happen.
- Once you have had the meeting with the Influencer, evaluate and follow up with the Influencer to maintain the relationship you have started.

ALD008928



# Myself As An Influencer

| Your Information |
| --- |

**Your Name:**

**Date:**

**Influencer Met with:**

| Guidelines |
| --- |

Complete this Self-Evaluation, using the following scale:

NA = Not Applicable
1 = Needs Work
2 = Gets by
3 = Meets Requirements
4 = Exceeds Requirements

| Communication | (4) = Exceeds Requirements | (3) = Meets Requirements | (2) = Gets By | (1) = Needs Work |
| --- | :---: | :---: | :---: | :---: |
| Prepared Notes for meeting with Influencer | ☐ | ☐ | ☐ | ☐ |
| Prepared Tools and Brochures for meeting | ☐ | ☐ | ☐ | ☐ |
| Telephone etiquette | ☐ | ☐ | ☐ | ☐ |
| During Meeting had the Influencer involved with Conversation | ☐ | ☐ | ☐ | ☐ |
| Left meeting with a plan to meet or contact one another | ☐ | ☐ | ☐ | ☐ |
| Listened to needs of Influencer | ☐ | ☐ | ☐ | ☐ |
| Gained an understanding of the Organizations that Influencer is involved in | ☐ | ☐ | ☐ | ☐ |

| Leadership | (4) = Exceeds Requirements | (3) = Meets Requirements | (2) = Gets By | (1) = Needs Work |
| --- | :---: | :---: | :---: | :---: |
| Leads by example (DO what you say you are going to do for the Influencer) | ☐ | ☐ | ☐ | ☐ |
| Finds realistic solutions to Community needs | ☐ | ☐ | ☐ | ☐ |
| Provides necessary resources | ☐ | ☐ | ☐ | ☐ |
| Delegates clearly to Other team members the needs of the Influencer | ☐ | ☐ | ☐ | ☐ |

| Relationships | (4) = Exceeds Requirements | (3) = Meets Requirements | (2) = Gets By | (1) = Needs Work |
| --- | :---: | :---: | :---: | :---: |
| Strong Community advocate | ☐ | ☐ | ☐ | ☐ |
| Sets aside personal biases and wants | ☐ | ☐ | ☐ | ☐ |
| Gives good, practical advice to Influencer | ☐ | ☐ | ☐ | ☐ |
| Followed up with Influencer on commitments and plans | ☐ | ☐ | ☐ | ☐ |

| Productivity | (4) = Exceeds Requirements | (3) = Meets Requirements | (2) = Gets By | (1) = Needs Work |
| --- | :---: | :---: | :---: | :---: |
| Makes realistic goals with Influencer | ☐ | ☐ | ☐ | ☐ |
| Meets deadlines committed to Influencer | ☐ | ☐ | ☐ | ☐ |
| Came in under budget | ☐ | ☐ | ☐ | ☐ |

ALD008929

## Influencer Ranking

| | |
|---|---|
| Rank 1 | There is no relationship, you have identified this person as an Influencer, and however you have not contacted the person |
| Rank 2 | Formal contact only. Meaning you have identified the Influencer, and made contact by phone but have not had an opportunity to meet face to face. |
| Rank 3 | Getting Acquainted, you have met face to face however are not working together. |
| Rank 4 | Professionally connected. Members of the same organizations you seek each other out for help. |
| Rank 5 | Socially connected, you have developed a strong relationship (Friendship) with this Influencer; you consistently work together for community events, seminars, and organizations |

ALD008930

# Step 5:

## Evaluate and Follow Up

When you get back, take a few minutes to evaluate the meeting and the influencer using the Leadership Network Contact Sheet. Using this tool you should be able to determine whether this influencer will be able to work with your Alderwoods Group location in the future to help the community.

If the contact is a valuable influencer then add them to your Leadership Network and begin your follow up. A good follow-up should involve at least one of these next steps:

• A phone call to the influencer to thank them for their time and consideration
• Send them any additional information that they may have requested during the meeting
• A short thank-you note

> Dear (influencer)
> I would just like to thank you for taking time out of your day to meet with me. Based on our discussion, I foresee us being able to offer our community some great services and hope that
> you will consider being involved in some of our upcoming community programs.
>
> I look forward to speaking with you soon. If you have any questions regarding the Alderwoods Group or would like to see any additional literature on our services, please don't hesitate to call.
>
> Sincerely,
> (Your name, position and location)



If you have determined that the influencer is not likely to become a valuable member of your Leadership Network then further contact with them should not take up too many of your resources.
Send them a quick thank-you note for their time, but move on and concentrate on those influencers
who have shown greater interest in working with you and your location.

> Dear (influencer)
> I would just like to thank you for taking time out of your day to meet with me. I learned a
> great deal about the services that you provide and I hope that I've given you a glimpse into
> how we're trying to better the community.
> If you have any questions at all, please don't hesitate to call.
>
> Sincerely,
> (Your name, position and location)

Make sure to fill in your Leadership Network Contact Sheets, found at the end of this section, and keep them in a secure place for review at a later date. This will make monitoring the success of your network easy and keep your most important details in one place. Should you require additional copies of the Leadership Network Contact Sheets, they can be found on Disk 1.



Section 1 · Step 1 · Step 2 · Step 3 · Step 4 · Step 5 · Step 6

ALD008931

ALDERWOODS
GROUP

# Community Leadership Test

Manager's Name:

Name:

Location Name:

Date:

Location Number:

Multiple Choice. Read each question carefully, then print the letter of the correct answer on the line next to the question.

1. _____ Identifying Influencers in the Community is important to the Location because:
   a. It will increase the role the location plays in the community
   b. It will help grow the business of the Location
   c. It will increase the Location Manager's knowledge of the community
   d. All of the above

2. _____ An Influencer is defined as:
   a. Member of the community who knows a great deal of people
   b. Member of the community who is turned to for advice and guidance
   c. Member of the community who has conducted business with your location in the past
   d. All of the above

3. _____ An Example of a Family Estate Planning Influencer is:
   a. Veteran
   b. Retirement Home Personnel
   c. Insurance Agent

4. _____ The first step in developing your Leadership Network is to record all of the Influencers:
   a. Important Information
   b. Likes and Dislikes
   c. Spheres of Influence

5. _____ The Leadership Network Information Sheet is used to:
   a. Rate the Influencer on their potential value
   b. Categorize your Influencer
   c. Keep track of your network activity
   d. All of the above
   e. None of the above

ALDERWOODS
GROUP

# Community Leadership Test

6. _____ When setting up a meeting with a new Influencer you should:
   a. Make notes prior to the call to work from
   b. If an assistant answers the call, respond by saying "I'll call back"
   c. Leave the conversation open ended

7. _____ Getting yourself ready with a plan prior to meeting with an Influencer is important because:
   a. The Influencer is there to hear what the Location Manager has to say
   b. Location Manager initiated the meeting
   c. The conversation must be relevant to the Influencer
   d. Both A and B
   e. All of the above

8. _____ When holding the meeting with the Influencer you should:
   a. Make sure it is at a location that is convenient for you
   b. Order coffee ahead of time
   c. Leave your business card with the Influencer

9. _____ The form used to evaluate the meeting and the Influencer is the:
   a. Leadership Network Information Sheet
   b. Leadership Network Contact Sheet
   c. Leadership Network Evaluation Sheet

10. _____ Reporting progress on your Leadership Network to your MGM should be done at the:
   a. End of each week
   b. Beginning of each quarter
   c. End of each period

ALD008933

ALDERWOODS
GROUP

## Community Leadership Test

Page 3 of 3

Short Answer.  Read the question carefully and then write 2 examples for each of the 4 Influencer Categories.

In Section One of the program, there were 4 Influencer Categories presented.  Please provide 2 examples for each of the Categories.

Example:  Category: Religious — Example Clergy and Rabbi

b.

c.

d.

e.

ALD008934

ALDERWOODS
GROUP

# Community Leadership Answer Key

Page 1 of 3

| Manager's Name: | Name: |
|---|---|
| Location Name: | Date: |
| Location Number: | |

Multiple Choice. Read each question carefully, then print the letter of the correct answer on the line next to the question.

1. _____ Identifying Influencers in the Community is important to the Location because:
   a. It will increase the role the location plays in the community
   b. It will increase help grow the business of the Location
   c. It will increase the Location Managers knowledge of the community
   **d. All of the above**

2. _____ An Influencer is defined as:
   a. Members of the community who know a great deal of people
   **a. Members of the community that are tuned to for advice and guidance**
   b. Members of the community who have conducted business with your location in the past
   **c. All of the above**

3. _____ An Example of a Family Estate Planning Influencer is:
   a. Veteran
   b. Retirement Home Personnel
   **c. Insurance Agent**

4. _____ The first step in developing your Leadership Network is to record all of the Influencers:
   **a. Important Information**
   b. Likes and Dislikes
   c. Spheres of Influence

5. _____ The Leadership Network Information Sheet is used to:
   a. Rate the Influencer on their potential value
   b. Categorize your Influencer
   c. Keep track of your network activity
   **d. All of the above**
   e. None of the above

ALD008935

ALDERWOODS
GROUP

# Community Leadership Answer Key



6. _____  When setting up a meeting with a new Influencer you should:
     a.  Make notes prior to the call to work from
     b.  If an assistant answers the call, respond by saying "I'll call back"
     c.  Leave the conversation open ended

7. _____  Getting yourself ready with a plan prior to meeting with an Influencer is important because:
     a.  The Influencer is there is hear what the Location has to say
     b.  Location initiated the meeting
     c.  Conversation must be relevant to the Influencer
     d.  Both A and B
     e.  All of the above

8. _____  When holding the meeting with the Influencer you should:
     a.  Make sure it is at a location that is convenient for you
     b.  Order coffee ahead of time
     c.  Leave your business card with the Influencer

9. _____  The form used to evaluate the meeting and the Influencer is the
     a.  Leadership Network Information Sheet
     b.  Leadership Network Contact Sheet
     c.  Leadership Network Evaluation Sheet

10. _____  Reporting progress on your Leadership Network to your MGM should be done at the:
     a.  End of each week
     b.  Beginning of each quarter
     c.  End of each period

ALD008936

ALDERW♢♢DS
GROUP

## Community Leadership Answer Key

Page 3 of 3

Short Answer. Read the question carefully and then write 2 examples for each of the 4 Influencer Categories.

11.    In Section one of the program, there were 4 Influencer Categories presented. Please provide 2 examples for each of the remaining Categories

a. Example: Category: Religious – Example Clergy and Rabbi

b.   Healthcare: Can provide any of the following as examples:
- Doctors
- Medical Examiners
- Coroners
- Nurses
- Hospice Personnel
- Retirement Home Personnel

c.   Family Estate Planning: Can provide any of the following as examples:
- Lawyers
- Accountants
- Bankers
- Insurance Agents

d.   Service Clubs: Can provide any of the following as examples:
- Rotary
- Kiwanis
- Fraternal Clubs
- Veterans

ALD008937



# Community Leadership
# Tools For Events

## For:
## Location Managers/ General Managers

Facilitated by:

Market Growth Managers

ALD008938

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

Handouts
- Determining Which Approach
- Sample of Local Contact Information From Local Paper
- Sample Local Television Station Website
- Blank Media List
- Sample Media List
- Sample Location Fact Sheet
- Timelines For Distributing Media Alerts
- Assembling A Media Kit
- Guidelines For Speaking To The Media

Things you will need
- Access to BrandMuscle
- Media Kit Folder

ALDERWOODS GROUP

2

ALD008939

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



### Importance Of Media Relations

Learners will be able to:

- List tools available for Events.
- Identify where to access tools for Events.
- Explain Media Relations.
- List the three steps to conducting Media Relations.

Say:

- There are a number of tools that can be used to create awareness and attract people to your Event.
  - Flyers
  - Banners
  - Posters
  - Advertising
  - Media Relations
- The BrandMuscle training module has all the information needed to select and order Flyers, Banners, Posters or Advertising to create awareness of an Event.
- Most of the items that can be used to create awareness of an Event can be ordered through BrandMuscle, including the Templates to use in communicating your Event to the Media.
- This portion of the Community Leadership training will focus on using Media Relations to spread the word of your Event.
- The goal of Media Relations techniques is to help your Community relations.
- Media Relations are meant to be a cost-effective way of getting your message to the Community. This is typically less expense than traditional advertising.

ALDERWOODS GROUP

3

ALD008940

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

 Say:

- One of the key benefits of Media Relations communications is that they are often viewed by the Community as a non-biased opinion of an Organization.
- With advertising the perception is often that the Organization is only telling you what you want to hear as a potential consumer.
- There are three basic steps to conducting Media Relations for an Event.
    1. Plan the message.
    2. Execute the message to the media.
    3. Evaluate the impact of your efforts.
- This section will focus on conducting effective Media Relations using these basic steps.

ALDERWOODS GROUP

4

ALD008941

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Planning Pre-Work

Learners will be able to:
* Describe the differences between Public Relations, Media Relations and Advertising.

* One of the key benefits of media relations communications is that they build community awareness and trust in your organization.

 Say:

* The first step to effective Media Relations is differentiating it from Public Relations and Advertising.
* The three are very distinct.
* Public Relations are the ability to develop a relationship with the public representing the Funeral Home or Cemetery through accurate, consistent and timely information.
* This information is communicated through the right method, delivered to a specific audience.
* Alderwoods Corporate Communications department manages Public Relations on behalf of the company.
* Alderwoods Corporate Communications issues press releases and posts on the newswire on behalf of the company.
* A newswire is an agency that journalist frequently access to find press releases on corporations or significant Events.
* If more than three locations are working together on an Event, contact Corporate Communications to develop a press release, and have it posted on your city's newswire.
* Alderwoods Corporate Communications also manages any perceived negative stories sought after by the media.
* For example, lawsuits, industry regulations and compliance.



ALDERWOODS GROUP

5

ALD008942

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

 Say:

• If you are approached by the Media regarding company or industry wide issues negative or otherwise, or of a local issue that can be potentially negative, please contact the Manager of Media and Communications in the Corporate Communications Department at 1-800-347-7010.

• This number can be found on your "Alderwoods Yellow Pages" directory.

• Media Relations is the ability to develop a relationship with local Media to publicize an Event through various Media outlets: newspaper, radio, television or internet.

• The main goal of Media Relations is to gain positive local Media coverage through external sources without direct payment.

• External endorsements, such as a testimonial or editorial are often considered more credible than a paid advertisement because they appear to be a more honest opinion from someone uninvolved in the Funeral Home or Cemetery.

• Advertising is the ability to purchase space in the Media or another outlet to publicize an Event.

• The message, timing and placement of the ad are directed and controlled by the Funeral Home or Cemetery.

• Examples include print ads in newspapers, radio and television commercials.

ALDERWOODS GROUP

6

ALD008943

# COMMUNITY LEADERSHIP — TOOLS FOR EVENTS

 Say:

- The main differences between the three are:
- Public Relations is controlled by Corporate Communications and provides a consistent message to the public about the company.
- Media Relations is controlled by the Funeral Home or Cemetery and provides an unbiased message about an Event at no cost. Media controls the timing, and the content of the message.
- Advertising - the message, timing and placement are controlled by the Funeral Home or Cemetery. Can be costly. Perceived by the Community as biased.

ALDERWOODS GROUP

7

ALD008944

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Determining The Approach To Use

Learners will be able to:
- Identify when to use Media Relations, Public Relations or Advertising.



Do:

- Give Learner <u>Determining Which Approach</u> handout.
- See next page for handout.

ALDERWOODS
GROUP

8

ALD008945

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Determining Which Approach

| | |
|---|---|
| *Public Relations* | Use when:<br>• Three or more locations are coordinating their efforts to execute a common Community Event<br><br>• The media is seeking out any perceived negative stories.<br><br>In both cases contact Corporate Communications at 1-800-347-7010 |
| *Media Relations* | Use when the goal is to publicize a Community Event through the local media and the event is newsworthy. |
| *Advertising* | Use when the Funeral Home or Cemetery has the budget to pay for space in one of the local media outlets to publicize the Community Event. |



9

ALD008946