# EXHIBIT 5
# (Part 3 of 3)

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

 Say:

- Public Relations are used when three or more locations are coordinating their efforts to execute a common Community Event.
- When the Media is seeking information on something that can be perceived as negative.
- In both these instances contact Corporate Communications for support at 1-800-347-7010.
- Use Media Relations when the goal is to publicize a Community Event that is newsworthy through the local media.
- Use Advertising when the Funeral Home or Cemetery has the budget to pay for space in one of the local Media outlets to publicize the Community Event.
- You do not have to choose one approach over another. Multiple approaches can be used to target the Media and public in different ways.

ALDERWOODS GROUP

10

ALD008947

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Completing The Media List

Learners will be able to:

- Provide examples of Media sources.
- Complete a <u>Media List</u> for their local Community.



Say:

- It is recommended that each Funeral Home and Cemetery create a <u>Media List</u>.  This way, you will have a summary listing of all the potential Media contacts that can be used to spread the word of your Events and Seminars.
- By creating a <u>Media List</u>, you will save time when contacting members of the Media.
- You will have the preparations completed, and be able to focus on the key message that you are sending.
- A <u>Media List</u> is a contact list of members of the Media in the Community, and their contact information.



Do:

- Hand out blank <u>Media List</u>
- Hand out sample <u>Media List</u>

ALDERWOODS GROUP

11

## Media List Worksheet

ALDERWOODS GROUP

| Medium Print/TV radio/web etc. | Publication Name | Contact Name | Position Title | Email | Phone | Fax | Address | Website | Details | Deadline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

ALDERWOODS GROUP

ALD008949

12

# Media List Worksheet

ALDERWOODS GROUP

| Medium Print/TV radio/web etc. | Publication Name | Contact Name | Position Title | Email | Phone | Fax | Address | Website | Details | Deadline |
|---|---|---|---|---|---|---|---|---|---|---|
| Print | The Sault Star | Joanne Thompson | City Editor | jthompson@saultstar.com semstar@saultstar.com | 705-759-3030 | 705-759-0102 | 145 Old Garden River Rd Sault Ste. Marie, ON P9A 5M5 CANADA | saultstar.com | 6 days / week | 48 hours prior to publish |
| Print / Web | The Herald News | Jan Larsen | Features Editor | jlarsen@mn1.com | 815-729-6047 | 815-729-8059 | 300 Caterpillar Drive Joliet, IL 60436 USA | Sunonchicagonews. com/heraldnews/ | 7 days / week + online | 10 days prior to Event |
| Radio | WISW AM NewsTalk 1320 | Brent Johnson | Program Director | | 803-796-7600 | 803-796-9291 | WISW AM NewsTalk 1320 P.O. Box 5106 Columbia, SC 29250 USA | wisw-am.firstmediaworks. com/ | Free online Community calendar – submit directly Public Service Announcements accepted for not-for-profit Events | |
| Web | West Tennessee Community website | David Hollandsworth | | dickii@tick1.net | | | West Tennessee | home.westtennessee. com/submit/news.ph p | Features Community news and Events. Post info directly online with free membership | 24 hours prior |
| TV | Seattle Community Channel 21 | Beth Heeter | Content Manager | beth.heeter@seattle.gov | 206-684-3463 | 206-684-8102 | City of Seattle, Seattle Channel 600 4th Ave. Fl L1 P.O.Box 4727 Seattle, WA 98124-4727 USA | seattlechannel.org | Target programs incl: City @Work, etc. | |
| TV | Access7 Community TV | Corey Morrissette | | Community.calendar@ accesscomm.ca | 306-842-1822 | 306-842-3465 | Access Communications 1207 Tenth Ave. Weyburn, SK S9H 1G9 USA | accesscomm.ca/acces s/?& PAGEID=50 | 15 sec. text announcements on screen Closed Sat & Sun | 2 weeks prior to Event |

ALD008950

ALDERWOODS GROUP

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Say:

- The <u>Media List Template</u> can be downloaded from BrandMuscle.
- To create a <u>Media List</u> you need to first identify Media sources.
- Common Media sources are:
  - o Community Newspapers
  - o Local Television Stations or Community Television
  - o Radio
  - o Community Calendars
  - o Internet
- Once you have identified the Media sources you want to use to get your message out, browse through local newspapers and print materials to identify editors, writers and their contact information.



Do:

- Hand out sample contact list from local paper.
- See next page for handout.

ALDERWOODS GROUP

14

ALD008951

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Sample of Contact Sheet In Local Newspaper

A2 ★ TORONTO STAR ★ FRIDAY, MAY 13, 2005 ★

**Toronto Star** How to reach us

**Circulation**
Home Delivery 416-367-4500
Circ. Billing 416-367-4500
Single Copy Sales 416-367-2214

Outside Toronto Contact us
toll-free at 1-800-268-9213

**Editorial**
Newsroom 416-869-4300
Sports 416-869-4361
Business 416-869-4911
Entertainment 416-869-4471
Life 416-869-4465

**Advertising**
Display 416-869-4242
Starweek 416-869-4244
Classified 416-772-7777

Advertising Accounts
Receivable 416-869-4726

**Advertising fax numbers**
Classified 416-814-3270
Death Notices 416-814-3273
Careers/Help Wanted
416-869-3978
Real Estate/Rentals
416-865-3977
New Homes 416-869-4093
Retail 416-865-3607
Travel 416-869-4111
National 416-865-3808
Automotive 416-869-4925

**Editorial fax numbers**
City Assignment 416-865-4328
Entertainment
What's On 416-869-4416
Life/Fashion/Food
416-869-4410
Wheels 416-865-3986
Business 416-865-3630
Foreign/National
416-869-4324
Letters to the Editor
416-869-4322
Photos/Graphics
416-869-4432
Sports 416-865-3998
Weekend/Features
416-865-3693
Travel 416-865-3635

Bureau of accuracy
416-869-4949

**The Star online**
www.thestar.com

**Sports**
www.waymoresports.com

**Online city guide**
www.toronto.com

**The Toronto Star,**
One Yonge Street,
Toronto, Ontario M5E 1E6.
**(416) 367-2000.**

The Toronto Star is a member of the
Ontario Press Council,
2 Carlton Street, Suite 1706,
Toronto, Ontario M5B 1J3.

More than 2.3 million readers each
week (Monday-Sunday)



ALD008952

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

 Say:

- Most papers have a contact listing in their advertising or classified section.
- For television and radio, contact your local Chamber of Commerce for contact information.
- You can use "Google" or other search engines on the internet to find local television or radio station websites. These websites usually contain reporter and editorial information on how to reach them.

 Do:

- Hand out sample local television website.
- See next page for handout.



16

ALD008953

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Sample Local Television Website





17

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Do:

- Point out each section on the <u>Media List</u> sample while explaining.  (As in "Say" section below)



Say:

- Once the Media sources have been identified you can begin completing the <u>Media List</u>.
- The first column asks the Medium.  This is where you enter Print (for newspapers, calendars, newsletters etc.), Radio, TV or Web (for internet).
- The second column is for the Publication Name.  In the first example, it is "The Sault Star".
- The third column asks for Contact Name.  If the contact information is in the details you have researched, then enter them in this space.  If not, contact the Media outlet for specific information:
    - Reporter name and contact numbers
    - Types of stories they cover
    - Editorial deadlines
- Fourth column asks for Position Title.  In the sample it says "City Editor".  Media contacts can have any number of titles, such as Features Editor, Program Director, or Content Manager.
- If the contact has an Email Address, enter it in the fifth column.
- Next is the contact Phone Number and Fax Number, to be filled in columns six and seven respectively.
- Column eight is for the Address of the Media contact.
- Column nine is for the Website Address.  In the example it is www.saultstar.com.

ALDERWOODS GROUP

ALD008955

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

while explaining   (As in   Gay

- Column 10 is used to write the Details of the Media outlet...For example, printed 6 days a week.
- The last column is for the Deadline of the Media outlet.  How far in advance before publication or air do stories have to be submitted?  In the example, it is 48 hours prior to the print date.
- The Media List should be updated regularly and kept in an accessible place for reference and use for upcoming Community Leadership Events.
- Once you have identified your Media Contacts, you can begin to create relationships with those Influencers to get your message out to the Community.

ALDERWOODS GROUP

ALD008956

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



### Identifying Newspaper Contacts Exercise

Purpose of this exercise:

(As ... 'C.. The last column is for the Deadline of the Media
outlet. How far in advance does the
content of the item to be submitted... ...
is ... you space to fill in the ...

- To identify two newspaper contacts in the Community.
- Record Media Contacts on the <u>Media List.</u>

### Instructions

- Using the sample Community newspapers, newsletters, Community calendars the Manager brought to training.
  - o Identify two Media Contacts that will be responsible for publishing Community Events.
  - o If the contact information is in the paper, fill in the Media List as discussed.
  - o If contact information is not in the paper, contact the identified Media outlet and gather the information to complete the Media List.
- On Goal Setting and Action Plan Form, record an action step to gather at least 1 additional Media Contact for each Media Outlet described.

### Debrief Questions



Ask:

- How will this <u>Media List</u> benefit you to spread the word of a Community Event?



Look for:

- Have all the research done.
- It will be easy to decide which Media outlets to use, because all of the information is contained on one sheet.

ALDERWOODS GROUP

ALD008957

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

### Conclusions

Say:

- A <u>Media List</u> is a contact list of the Media contacts in the Community.
- Media Sources are newspapers, television, radio, internet and Community calendars.
- Using the <u>Media List</u> will assist you to identify which Media Outlet when spreading the word of a Community Event.
- Keeping your <u>Media List</u> regularly updated will help you ensure your information is accurate.

ALDERWOODS GROUP

21

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## The Location Fact Sheet

Learners will be able to:

- Describe the purpose of the Location Fact Sheet.
- Identify where to access the Location Fact Sheet Template.
- Complete the Location Fact Sheet.



Say:

- The Location Fact Sheet will provide the Media with general information about the Funeral Home or Cemetery.  It will also provide contact information, years serving the Community and the number of employees.
- It is used as a general communication form about the Funeral Home or Cemetery when contacting a member of the media
- The sheet can be given out to reporters in a Media kit, which we will talk about in greater detail a little later, or used as an easy reference tool for open houses and public inquires.
- The Location Fact Sheet Template can be downloaded from BrandMuscle, and is a Template that can be easily completed with the Funeral Home's or Cemetery's general information.



Do:

- With Manager, download the Location Fact Sheet from BrandMuscle, Media Relations section.
- Handout Sample Location Fact Sheet.



22

ALD008959

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Oshawa Funeral Service Fact Sheet ALDERWOODS' GROUP

| | |
|---|---|
| Address | 847 King Street West<br>Oshawa, Ontario<br>L1J 2L4 |
| Phone | 905-721-1234 |
| Website | www.oshawafuneralservice.com |
| Number of Employees | 21 |

### Oshawa Funeral Service Contacts

Location Manager
Guy May & Bob Amos
905-721-1234
Oshawa Funeral Service@alderwoods.com

Administrator
Stephanie May
905-721-1234

### Oshawa Funeral Service Background

Oshawa Funeral Service, a family landmark for over eight years, has come to epitomize excellence in service and respect for family values. We offer a wide variety of services and amenities to choose from. Our knowledgeable and dedicated staff is here to assist families with the many service and product options we have available so that the life of a loved one is celebrated in a way that is meaningful to the family and within budget. Family Service Counselors are also available to assist with Aftercare and pre arrangement consultations.

Oshawa Funeral Service is a member of Alderwoods Group, the second largest operator of funeral homes and cemeteries in North America. Alderwoods' people take great care to exemplify the Company's values of integrity, teamwork, communication, compassion and creativity. Through the shared values and actions of its people, Alderwoods is committed to delivering the highest standards of family care and to being a leader in the communities where it operates. For more information, visit www.alderwoods.com.



ALD008960

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

 Say:

- To complete the <u>Location Fact Sheet</u>, type in the areas with an elbow bracket around them < >.
- Such as:
  - o Location Name at the top of the Template.
  - o The address, phone number, and website information.
  - o Number of employees at the location.
  - o Location Manager and Administrator contact information.
  - o Background information, such as the number of years the Funeral Home or Cemetery has been in the Community.

 Do:

- With Manager, complete the <u>Location Fact Sheet</u>, and save the file.

ALDERWOODS GROUP

24

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Is The Event Newsworthy?

Learners will be able to:

- Describe what makes an Event newsworthy.



**Say:**

- Before sending a Media alert to spread the word about your Community Event you want to ensure it is newsworthy.
- Ask yourself these questions to determine if the Event is newsworthy:
  - o Is the Event local to the Community?
  - o Would it be of interest to Community members?
  - o Why would it be of interest to Community members?
  - o Does the Event tie to a holiday or current trend?

- The answer should be yes to at least three of these questions.
- Ensure the Event is timely before alerting the media.
- Communicating too far in advance or too close to the deadline could impact your efforts.
- For any Event to be newsworthy it must always be valuable to the Community.  Make sure the Community will view the Event as serving a good purpose.

ALDERWOODS GROUP

ALD008962

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Ask:

- What are some examples of Events that are valuable to a Community?



Look for:

- Events around major holidays
- Bike safety awareness
- Food Drives
- Clothing Drives
- Sweaters for Veterans
- Tools for Schools
- Toys for Tots

 Say:

- If your planned Community Event is not listed here, and you have answered all of the questions and determined that it is newsworthy contact the Manager of Media and Communications at 1-800-347-7010.
- This number can also be found on the Alderwoods Yellow Pages.



ALD008963

COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

---

# Completing The Key Messages Template

Learners will be able to:
- Complete the <u>Key Message Template</u>.
- Complete A Media Alert.

Hand out a sample worksheet.



Say:

- The last phase in planning your message to the Media is selecting and completing the correct predetermined Templates, to spread the word of your Event.
- BrandMuscle contains a number of Templates of key messages of pre-determined to be newsworthy Events.
- These are organized by Event and called Message Worksheets and Media Alerts.
- You will need to add some details around timing and location of the Event to the Template.
- The Message Worksheet is used when a Spokesperson speaks to reporters in the execution of Media relations.
- A Media Alert is faxed or e-mailed to the Media Contact to inform them of the Event your Location is hosting.



Do:

- With Location Manager, download the Food Drive Message Worksheet, and Food Drive Media Alert.
- See Sample on next page of Food Drive Message Worksheet and Food Drive Media Alert.

ALDERWOODS GROUP

ALD008964

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Message Worksheet



Use the messages in this worksheet in your conversations with media.

WHAT  <LOCATION NAME> is holding a Community food drive to raise donations for <NAME OF FOOD BANK>. <LOCATION NAME> is partnering with the food bank and the Community to help the many families that depend on the food bank each day.

Across North America, the number of people who are food insecure, or hungry or at risk of hunger, is rising. According to the Unites States Department of Agriculture, 35 million people, including 13.1 million children, live in food insecure households that experience hunger or the risk of hunger. This represents approximately 12.5 percent of the US population.

During the summer months, donations to food banks decline dramatically. With children away from school and school breakfast programs, food drives in the summertime are necessary to increase raise donations. <LOCATION NAME> will be a drop-off point for donations of desired food items such as canned fish, baby food and formula, canned fruit and vegetables, canned soup, stew, chili and beans, peanut butter, pasta, rice and cereal.

WHO  Who is the spokesperson(s) for the Event?

Interview opportunities include:

<LOCATION MANAGER NAME>, <TITLE>

<FOOD BANK SPOKESPERSON NAME>, <TITLE>

WHEN  When is the Event taking place?

<DATE>, <TIME>

WHERE  Where is the Event taking place?

<ADDRESS>

If your location is holding a newsworthy Community Event and materials (Message Worksheet, Media Alert and Event Fact Sheet) are not available on BrandMuscle, please contact Manager of Media and Communications, Alderwoods Public Relations, at 800-347-7010 or meline.beach@alderwoods.com.



28

ALD008965

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Media Alert

ALDERWOODS'
GROUP

[CITY, STATE] – [DATE] – Attention <REPORTER NAME>, PUBLICATION NAME>

**WHAT**    <LOCATION NAME> is holding a Community food drive to raise donations for <NAME OF FOOD BANK>. <LOCATION NAME> is partnering with the food bank and the Community to help the many families that depend on the food bank each day.

Across North America, the number of people who are food insecure, or hungry or at risk of hunger, is rising. According to the Unites States Department of Agriculture, 35 million people, including 13.1 million children, live in food insecure households that experience hunger or the risk of hunger. This represents approximately 12.5 percent of the US population.

During the summer months, donations to food banks decline dramatically. With children away from school and school breakfast programs, food drives in the summertime are necessary to increase raise donations. <LOCATION NAME> will be a drop-off point for donations of desired food items such as canned fish, baby food and formula, canned fruit and vegetables, canned soup, stew, chili and beans, peanut butter, pasta, rice and cereal.

**WHO**    Interview opportunities include:

<LOCATION MANAGER NAME>, <TITLE>
<FOOD BANK SPOKESPERSON NAME>, <TITLE>

**WHEN**    <DATE>, <TIME>

**WHERE**    <ADDRESS>

---

<LOCATION NAME>, a family landmark for over <NUMBER> years, has come to epitomize excellence in service and respect for family values. We offer a wide variety of services and amenities to choose from. Our knowledgeable and dedicated staff is here to assist families with the many service and product options we have available so that the life of a loved one is celebrated in a way that is meaningful to the family and within budget. Family Service Counselors are also available to assist with Aftercare and pre arrangement consultations.

FOR FURTHER INFORMATION PLEASE CONTACT:
<LOCATION NAME>
<LOCATION CONTACT NAME>
<TITLE>
<PHONE NUMBER>
<EMAIL>



ALD008966

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

 Say:

- The two Templates work in the same way as the <u>Location Fact Sheet Template</u>.
- To complete either Template, just fill in the areas that have elbow brackets < > with the required information, and delete the Template instructions.

 Do:

- Manager to complete the Message Worksheet, with the dates that were committed to running a Food Drive in the Events section of the training.
- Manager to complete the Media Alert with the dates that were committed to running a Food Drive in the Events section of the training.
- Manager to save files and print a copy of each.

 Say:

- If a prepared message and Media Alert Template for your specific Event is not available on BrandMuscle, then you should answer the following questions before contacting Alderwoods Corporate Communications to assist you.

 Do:

- Give Manager a copy of Questions for Preparing A Key Message handout.
- See next page for handout.

ALDERWOODS GROUP

ALD008967

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Questions for Preparing A Key Message

When planning your key message, you should have an objective.  Do you want to?

- Inform people about an upcoming Event?
- Educate people about your services?
- Persuade people to attend an upcoming Event?
- Raise the Community's awareness, pique their interest, get their attention and support about something?
- Or, do you want to influence their behavior and actually have them participate and purchase a pre-need service?

ALDERWOODS GROUP

ALD008968

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

 Say:

- Do you want to:
  - o Inform people about an upcoming Event?
  - o Educate people to attend an upcoming Event?
  - o Persuade people about your services?
  - o Raise the Community awareness, pique their interest, get their attention and support about something?
  - o Or, do you want to influence their behavior and actually have them participate and purchase a pre-need service?

- Being prepared with the answers to these questions will help Corporate Communications to understand what you want to achieve and how they can help you.

ALDERWOODS GROUP

32

ALD008969

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Identifying A Location Spokesperson

• Do you want to

Learners will be able to:

• Describe the role of the Location Spokesperson.
• Identify traits that the Location Spokesperson should possess.



Say:

- When the decision has been made that Media Relations will be used as a tool to spread the word to the Community, a Location Spokesperson should be identified immediately, before any Events are scheduled.
- This will help ensure that the correct person is being selected to speak to the media, and the Location Manager is not rushed into making any decisions.
- The Location Spokesperson does not have to be the Location Manager, but should be someone that will best represent the Funeral Home or Cemetery and the company.
- In addition two individuals may be selected as Spokespersons if needed to accommodate families or schedules.
- The Location Spokesperson is the individual that should be quoted in the Media.
- The individual(s) selected should be aware of the Events, in agreement, knowledgeable and prepared to speak to the Media.
- When speaking to the Media, the Location Spokesperson(s) should study the Message Worksheet to ensure they are presenting a consistent message to the media.

ALDERWOODS GROUP

33

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Ask:

- What image should the Location Spokesperson portray?



Look for:



- Professional
- Well Groomed
- Follow Dress Code Policy
- Well spoken
- Personable

Say:

- The Location Spokesperson should follow all of the behaviors on the Staff Appearance Behavior checklist, as discussed in the Services portion of this program.
- The phone etiquette behaviors as discussed in the Services section should also be used when speaking to others in person.
- When selecting a Location Spokesperson, he/she must be in agreement with the Event, the Funeral Home or Cemetery and the Company Mission Statement.  This person should support the Funeral Home or Cemetery at every level.

ALDERWOODS GROUP

ALD008971

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Distributing Media Alerts

Learners will be able to:

- Describe how and when to distribute Media Alerts.



Say:

- The completed Media Alert is used to communicate with the Media that an Event at the Funeral Home or Cemetery is taking place.
- The first thing to decide is to which Reporters you should distribute the Media Alert.
- Look at your <u>Media List</u> and select an appropriate Media Representative.



Ask:

- Based on the information on the <u>Media List</u>, what are the two ways of distributing a Media Alert?



Look for:

- Fax
- Email

ALDERWOODS GROUP

35

ALD008972

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Ask:

- How will you know which way to distribute a Media Alert to each specific Reporter?



Look for:

- Look at their contact information on the <u>Media List</u>.
- Based on conversation with the Media Outlet.



Say:

- Distribute the Media Alert in the preferred manner for each Reporter.
- Some Reporters may prefer to receive information by fax while others by email.



Do:

- Give Manager Timelines For Distributing Media Alerts.
- See next page for handout.

ALDERWOODS GROUP

ALD008973

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Timelines For Distributing Media Alerts.

Distribute the Media Alert in a timely manner.

Monthly Publications:
- Eight weeks in advance of the Event.

Weekly Publications:
- Two to three weeks in advance of the Event.

Daily Publications:
- Three to five days in advance of the Event.

Weekly Television/ Radio Programs:
- Two to three weeks in advance of the Event.

Daily Television/ Radio Programs:
- Three to five days in advance of the Event.

Community Calendars For Any Media Outlet:
- Eight weeks in advance of the Event.



ALD008974

# COMMUNITY LEADERSHIP — TOOLS FOR EVENTS

 Say:

- Distribute your Media Alert in a timely manner, depending on which Media Outlet you are approaching.
- Monthly publications should receive information about your Event approximately eight weeks in advance of the Event date.
- Weekly publications and weekly radio or television programs should receive information about your Event approximately two to three weeks in advance.
- Daily publication and daily radio or television programs should receive information about your Event three to five days prior to the Event.
- Many Communities offer free notice boards in Community Calendars on Community television stations, publications, radio programs and Community websites. These require approximately eight weeks advance notice of your Event.

- Sending your Media Alert too early could result in it not being published or sent to the Community, and sending it too late, may result in the Media Alert not having an impact on the Event.
- By following the above guidelines, you will have ensured that your Media Alert has been sent to Media Outlets in a timely manner.

ALDERWOODS GROUP

ALD008975

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Preparing A Media Kit

Learners will be able to:



● Assemble a Media Kit.
● Describe the use of a Media Kit.

Say:



- A Media Kit is used as an Information Kit, handed to members of the Media when they attend your Event.
- Each Event you are hosting will require its own Media Kit.
- The Media Kit should be prepared before the Event takes place. This way when a member of the Media attends your Event, all you have to do is give them one.
- This will help convey to the Media that the Funeral Home is organized, prepared and ready for the Event.

Ask:



- What should a Media Kit Include?

Look for:

- Media Alert, which was sent out.
- Location Fact Sheet.

ALDERWOODS GROUP

39

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Say:

- .• The Media Kit should also include any previous clipping that positively featured the Funeral Home or Cemetery.
- The last item in the Media Kit is an <u>Event Fact Sheet</u>. This is a template that can be downloaded from BrandMuscle.
- The <u>Event Fact Sheet</u> includes specific details about your Event, Event name, location contact person's information, Event overview which includes how the Event benefits the Community.
- The four items:
  o Media Alert
  o <u>Location Fact Sheet</u>
  o <u>Event Fact Sheet</u>
  o Previous Media clippings that feature the Funeral Home or Cemetery
- Should be placed together in a folder. The folder can be ordered through BrandMuscle Collateral materials.
- This folder is the Media Kit and should be provided to the Media when they are attending your Event.



Do:

- Manager to access BrandMuscle and download the <u>Event Fact Sheet</u>.
- Manager to complete the <u>Event Fact Sheet</u>, for the Food Drive planned in the Events section of the training.
- Save and print the <u>Event Fact Sheet</u>.
- Manager to access Collateral Materials on BrandMuscle and order Media Kit folders for upcoming Events.
- Sample of <u>Event Fact Sheet</u> on next page.

ALDERWOODS GROUP

40

ALD008977

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

---

## Food Drive Fact Sheet

ALDERWOODS
GROUP

| | |
|---|---|
| | **LOCATION NAME** |
| Address | <STREET> |
| | <CITY>, <STATE> |
| | <ZIP/POSTAL CODE> |
| Phone | <PHONE NUMBER> |
| Website | <WEBSITE ADDRESS> |
| Number of Employees | <NUMBER> |

### Event Contacts

| Location Manager | Administrator |
|---|---|
| <NAME> | <NAME> |
| <PHONE NUMBER> | <PHONE NUMBER> |
| <EMAIL> | <EMAIL> |

### Event Background

<LOCATION NAME> is partnering with <NAME OF FOOD BANK> to collect food donations for the many families that depend on the food bank each day.

Across North America, the number of people who are food insecure, or hungry or at risk of hunger, is rising. According to the Unites States Department of Agriculture, 35 million people, including 13.1 million children, live in food insecure households that experience hunger or the risk of hunger. This represents approximately 12.5 percent of the US population.[1]

During the summer months, donations to food banks decline dramatically. With children away from school and school breakfast programs, food drives in the summertime are necessary to increase raise donations. <LOCATION NAME> will be a drop-off point for donations of desired food items such as canned fish, baby food and formula, canned fruit and vegetables, canned soup, stew, chili and beans, peanut butter, pasta, rice and cereal.

Our Community work is driven by a simple mission and core values: We aim to be a leader in our Community through our integrity, teamwork, communication, compassion and creativity. Among our Hallmark Events we celebrate Memorial Day, Mothers' Day, Fathers' Day, and Veterans Day.

---

1. Household Food Security in the United States, 2002 ERS Food Assistance and Nutrition Research Report No. (FANRR) 35, United States Department of Agriculture, October 2003.



ALD008978

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Say:

- When assembling the Media Kit, keep in mind that it needs to be specific about the Event you are currently hosting. Adding information that is not related can easily make the Media Kit confusing.
- The Media Kit should not include:

  o Previous Media clippings that negatively feature the Funeral Home or Cemetery.
  o Blank business contracts or other unrelated material to the Event.

- This handout can be used as a guideline when assembling Media Kits.



Do:

- Give Manager Assembling A Media Kit handout.
- See next page for handout.

ALDERWOODS GROUP

42

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Assembling A Media Kit

When assembling a Media Kit:

Include:
- Media Alert, previously distributed
- Location Fact Sheet
- Event Fact Sheet
- Good quality copies of previous Media clippings that feature the Funeral Home or Cemetery in a positive manner.

Do NOT Include:
- Media clippings that feature the Funeral Home or Cemetery in a negative manner.
- Blank business contracts or other unrelated material to the Event.

ALD008980

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



### Assemble A Media Kit Exercise

### Purpose of this exercise:

- Assemble A Media Kit for the Food Drive Event.

### Instructions

- Using the completed Media Alert, <u>Location Fact Sheet,</u> and <u>Event Fact Sheet</u>.
- Assemble the sheets in the provided Media Kit Folder.
- Manager to write down a list of Media clippings that can be copied and inserted into the Media Kit.
- Also include this list in the sample Media Kit.
- This will act as a sample Media Kit to help when assembling one for an Event.

ALDERWOODS GROUP

44

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

### Conclusions



Say:



- A Media Kit is given to members of the Media when they attend your Event.
- The Media Kit should include a copy of your original Media Alert, the <u>Location Fact Sheet</u> which was prepared in advance, an <u>Event Fact Sheet</u> and any positive Media clippings that feature your Funeral Home or Cemetery.



45

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

---

## Interviewing With Local Media Reporters



**Learners will be able to:**

- Describe actions when interviewing with Media Reporters.

**Say:**

- If you distribute a Media Alert, you may be contacted by a member of your local Media for an interview.
- The interview may take place over the phone or in person.
- Your Location Spokesperson should be willing and prepared to participate.
- The first step when interviewing with the Media is to gather the Media member's contact information and confirm which Media Outlet they are representing.
- If you are meeting them in person, ask for their business card.
- Corporate Communications has put together some guidelines to use when speaking with the media.



**Do:**

- Give Manager a copy of Guidelines For Speaking with the Media.
- See next page for handout.
- Read handout together.

**Ask:**

- Why it is important that we get the information of the person we are speaking to?

ALDERWOODS GROUP

46

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Look for:

- Make sure the information is going to the correct Media Outlet.
- The person is not misrepresenting themselves as a Reporter.

Ask:



- What could happen if we are talking to the wrong person?



Look for:

- Someone may misrepresent the message we are saying.

Say:

- The Media will ask questions during the interview.  When answering questions, stick to the key message, prepared from the Message Worksheet.
- If there is a question you do not know the answer to, admit to the Reporter that you do not have the information readily available and that you will have to follow up with them.

Ask:



- How should you respond if asked questions that are unrelated to your local Event?



Look for:

- Please contact Alderwoods Corporate Communications to address that question.

ALDERWOODS GROUP

ALD008984

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

Say:

- Be sure to speak only about your specific focus when speaking with members of the Media.  Do not speak on behalf of Alderwoods Group or locations other than your own.
- As the interview comes to an end, confirm the date when this information will be published or air.

ALDERWOODS GROUP

48

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Guidelines for Speaking with Media   ALDERWOODS GROUP

Below are some guidelines for conversations you have with and around reporters that attend your Event.

### 1) Don't Feel Obligated to Give an Answer

If you don't know the answer to a question, simply say you don't know, but you will find out.

Likewise, if at any time you have a concern regarding the direction of a conversation with a member of the press, you may suggest they redirect their questions to the Alderwoods Public Relations department.

### 2) Don't Discuss Confidential Information

If you have some doubt about whether you can discuss a statistic or a piece of information in response to a question, please inform the reporter that you are not sure if that information can be discussed publicly and suggest that they speak with the Public Relations department.

Some examples of information that should not be discussed are:
- Information including location, market or company financial targets or financial results.
- Speculation on future company performance, future share price performance, potential acquisitions or divestitures.
- Competitors in detail or within a disparaging context.

### 3) Don't Comment on Rumors

You may be asked to comment on rumors about the company. The answer is to say, good-naturedly but firmly, "It is our policy not to comment on rumors." That should be the end of the discussion.

### 4) Watch Your Casual Conversations

Confidential matters should not be discussed in places where the discussion may be overheard, such as elevators, hallways, or taxis.

### 5) Keep Your Files Safe

If you will have any documents and files containing confidential information at this Event, please do not leave them lying around where they could be read.

---

Please feel free to refer reporters to Alderwoods Public Relations:
Meline Beach
Manager, Media & Communications
Phone: 866-238-7906
Cell: 416-904-0772
Email: meline.beach@alderwoods.com

---



ALD008986

# COMMUNITY LEADERSHIP — TOOLS FOR EVENTS

## Thanking The Media

Learners will be able to:
- Explain the purpose of thanking the Media.
- Complete the Thank You Note Template.



Say:

- Send a <u>Thank You Note</u> to members of the Media who attended or inquired about your Event.
- This serves as an opportunity to position you as a Spokesperson for future stories. For example, if a Media member needed a quote on how Funeral Homes or Cemeteries partner with Community Leaders, they may come to you for that quote, as they have an awareness of the role you played in the past.
- A <u>Thank You Note</u> will also help build rapport and relationships with members of your local Media Outlets.
- A <u>Thank You Note Template</u> to be used with members of the Media can be downloaded from BrandMuscle — Media Relations section.
- The Template is set-up in the same format as the others we have used.
- To complete it, fill in your Event/Location information as indicated in the elbow brackets < > . Be sure to delete the instructional text before printing or sending to the media.



ALD008987

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Do:

- Manager to access BrandMuscle and download the Thank You Note Template.
- Manager to complete the Thank You Note Template using one of the Media Contacts identified on their Media List.
- Manager to print the sample Thank You Note to use as a handout.
- See next page for blank Thank You Note Template.

ALDERWOODS GROUP

ALD008988

# COMMUNITY LEADERSHIP — TOOLS FOR EVENTS

<Date>

<Location name>

<Address>

Dear <name>

I am writing to thank you for attending our recent <Community Event>. We appreciate your interest in sharing our Event with the Community. Your support of <location name> helped make the Event a successful one.

In the future, please feel free to contact me should you have any need for a comment or background information on issues related to funeral and cemetery services.

I look forward to working with you in the future and hope to see you again soon.

Sincerely,

<Name, position, location>



52

ALD008989

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Evaluating The Media Relationship

Learners will be able to:
- Describe how to evaluate the Media relationships.



Say:

- After your effort has been put into hosting the Event, and spreading the word using the tools available it is a good idea to see what tools are having the biggest impact on your Event.
- The Community Event Evaluation cards can give you a good indication of how your guests heard of the Event you were hosting.
- To specifically evaluate the impact your work with the Media is having there are a few simple steps.
- 1) Based on the dates the Media Contacts provided you in the interview check their publications for articles about your Event.
- 2) Count and clip out the articles. Be sure to write the publication name and date the article was featured, as well as the page number and author. Keep this information in the Event folder.
- 3) Track the number of mentions about your Event on your local television or radio stations. If you can record the segments label the tape or your recordings in the same manner you would a published article. Keep these records in the Events folder.



Do:

- Give Manager a sample of an online article.
- Read Text to Manager.
- See next page for handout.

ALDERWOODS GROUP

53

## COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

### <u>Sample Online Article</u>





ALD008991

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Summary



Do:

- Administer Knowledge Test.
- See next page for handout.

ALDERWOODS GROUP

55

ALD008992

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Tools For Events Knowledge Test

Name: _____

Date: _____

Read each question carefully, then write T (true) or F (false) on the line next to the question.

1. _____The Message worksheet is used to prepare what the Location Spokesperson will say to the Media when they attend an Event.
2. _____Media Relations is viewed as a biased opinion by the Community.
3. _____All of the templates that are used for Media Relations are found on BrandMuscle.
4. _____The Location Fact Sheet will provide the Media with general information and contact information about the Funeral Home or Cemetery.
5. _____In order for Media Relations to be successful, your Event should be newsworthy.
6. _____An example of a newsworthy event is a Funeral Home had its roof replaced.
7. _____A Media Alert is used to communicate a newsworthy Event to local media outlets.
8. _____A Media Kit should be mailed to each member of the media on your Media List.



56

ALD008993

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Tools For Events Knowledge Test

Name: _____

Date: _____

Read each question carefully, then write T (true) or F (false) on the line next to the question.

1. ____  The Message worksheet is used to prepare what the Location Spokesperson will say to the Media when they attend an Event.
2. ____  Media Relations is viewed as a biased opinion by the Community.
3. ____  All of the templates that are used for Media Relations are found on BrandMuscle.
4. ____  The Location Fact Sheet will provide the Media with general information and contact information about the Funeral Home or Cemetery.
5. ____  In order for Media Relations to be successful, your Event should be newsworthy.
6. ____  An example of a newsworthy event is a Funeral Home had its roof replaced.
7. ____  A Media Alert is used to communicate a newsworthy Event to local media outlets.
8. ____  A Media Kit should be mailed to each member of the media on your Media List.



ALD008994

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Say:

- Using the correct tools to spread the word of an Event can greatly impact its success.
- Media Relations is one of the tools that can assist the Funeral Home or Cemetery in receiving good publicity.
- Media Relations are often viewed by the Community as a credible unbiased source of information.
- BrandMuscle has all of the tools needed to help you when working with the Media.
- On your Goal Setting and Action Plan form, you probably have a goal to grow calls.
- On that Goal, revise or add an Action Step to include:
  - o How you will build your Media Contact List.
  - o How you can use one or more of the Media Contacts to communicate the message of your Events.



Do:

- Allow Manager a few moments to adjust Action Steps to include any revisions.

ALDERWOODS GROUP

58

ALD008995

# PARTICIPANT MATERIALS

ALD008996

# FORMS

ALD008997

# Media List Worksheet

ALDERW OODS
GROUP

ALD008998

| Medium Print/TV/ radio/web. etc. | Publication Name | Contact Name | Position Title | Email | Phone | Fax | Address | Website | Details | Deadline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

# Media List Worksheet

ALDERWOODS GROUP

| Medium Print/TV, radio/web, etc. | Publication Name | Contact Name | Position Title | Email | Phone | Fax | Address | Website | Details | Deadline |
|---|---|---|---|---|---|---|---|---|---|---|
| Print | The Sault Star | Joanne Thompson | City Editor | jthompson@saultstar.com ssmstar@saultstar.com | 705-759-3030 | 705-759-0102 | 145 Old Garden River Rd Sault Ste. Marie, ON P6A 5M6 CANADA | saultstar.com | 6 days / week | 48 hours prior to publish |
| Print / Web | The Herald News | Jan Larsen | Features Editor | jlarsen@cm1.com | 815-729-6047 | 815-729-6059 | 300 Caterpillar Drive Joliet, IL 60436 USA | Suburbanchicagonews.com/heraldnews/ | 7 days / week + online | 10 days prior to event |
| Radio | WISW AM NewsTalk 1320 | Brent Johnson | Program Director | | 803-796-7600 | 803-796-9291 | WISW AM NewsTalk 1320 P.O. Box 5106 Columbia, SC 29250 USA | wisw-am.firstmediaworks.com/ | Free online community calendar – submit directly Public Service Announcements accepted for not-for-profit events | |
| Web | West Tennessee community website | David Hollandsworth | | dickit@blick1.net | | | West Tennessee | home.westtennessee.com/submitnewsph p | Features community news and events Post info directly online with free membership | 24 hours prior |
| TV | Seattle Community Channel 21 | Beth Hester | Content Manager | beth.hester@seattle.gov | 206-684-3493 | 206-684-8102 | City of Seattle, Seattle Channel 600 4th Ave. Fl L1 P.O.Box 4727 Seattle, WA 98124-4727 USA | seattlechannel.org | Target programs incl: City@Work, etc. | |
| TV | Access7 Community TV | Corey Morrissette | | community.calendar@ accesscomm.ca | 306-842-1822 | 306-842-3465 | Access Communications 120 Tenth Ave. Weyburn, SK S4H 1G9 USA | accesscomm.ca/access s/9&PAGEID=30 | 15 sec. text announcements on screen. Closed Sat & Sun | 2 weeks prior to event |

ALD0008999

# Oshawa Funeral Service Fact Sheet



| | |
|---|---|
| Address | 847 King Street West<br>Oshawa, Ontario<br>L1J2L4 |
| Phone | 905-721-1234 |
| Website | www.oshawafuneralservice.com |
| Number of Employees | 21 |

### Oshawa Funeral Service Contacts

Location Manager
Guy May & Bob Amos
905-721-1234
Oshawa Funeral Service@alderwoods.com

Administrator
Stephanie May
905-721-1234

### Oshawa Funeral Service Background

Oshawa Funeral Service, a family landmark for over eight years, has come to epitomize excellence in service and respect for family values. We offer a wide variety of services and amenities to choose from. Our knowledgeable and dedicated staff is here to assist families with the many service and product options we have available so that the life of a loved one is celebrated in a way that is meaningful to the family and within budget. Family Service Counselors are also available to assist with Aftercare and pre arrangement consultations.

Oshawa Funeral Service is a member of Alderwoods Group, the second largest operator of funeral homes and cemeteries in North America. Alderwoods' people take great care to exemplify the Company's values of integrity, teamwork, communication, compassion and creativity. Through the shared values and actions of its people, Alderwoods is committed to delivering the highest standards of family care and to being a leader in the communities where it operates. For more information, visit www.alderwoods.com.

ALD009000

# Message Worksheet



Use the messages in this worksheet in your conversations with media.

**WHAT**
<LOCATION NAME> is holding a community food drive to raise donations for <NAME OF FOOD BANK>. <LOCATION NAME> is partnering with the food bank and the community to help the many families that depend on the food bank each day.

Across North America, the number of people who are food insecure, or hungry or at risk of hunger, is rising. According to the Unites States Department of Agriculture, 35 million people, including 13.1 million children, live in food insecure households that experience hunger or the risk of hunger. This represents approximately 12.5 percent of the US population.

During the summer months, donations to food banks decline dramatically. With children away from school and school breakfast programs, food drives in the summertime are necessary to increase raise donations. <LOCATION NAME> will be a drop-off point for donations of desired food items such as canned fish, baby food and formula, canned fruit and vegetables, canned soup, stew, chili and beans, peanut butter, pasta, rice and cereal.

**WHO**
Who is the spokesperson(s) for the event?

Interview opportunities include:

<LOCATION MANAGER NAME>, <TITLE>

<FOOD BANK SPOKESPERSON NAME>, <TITLE>

**WHEN**
When is the event taking place?

<DATE>, <TIME>

**WHERE**
Where is the event taking place?

<ADDRESS>

---

If your location is holding a newsworthy community event and materials (Message Worksheet, Media Alert and Event Fact Sheet) are not available on Brandmuscle, please contact Meline Beach, Alderwoods Public Relations, at 866-238-7906 or meline.beach@alderwoods.com.

# Media Alert



[CITY, STATE] – [DATE] – Attention <REPORTER NAME>, PUBLICATION NAME>

**WHAT**   <LOCATION NAME> is holding a community food drive to raise donations for <NAME OF FOOD BANK>. <LOCATION NAME> is partnering with the food bank and the community to help the many families that depend on the food bank each day.

Across North America, the number of people who are food insecure, or hungry or at risk of hunger, is rising. According to the Unites States Department of Agriculture, 35 million people, including 13.1 million children, live in food insecure households that experience hunger or the risk of hunger. This represents approximately 12.5 percent of the US population.

During the summer months, donations to food banks decline dramatically. With children away from school and school breakfast programs, food drives in the summertime are necessary to increase raise donations. <LOCATION NAME> will be a drop-off point for donations of desired food items such as canned fish, baby food and formula, canned fruit and vegetables, canned soup, stew, chili and beans, peanut butter, pasta, rice and cereal.

**WHO**   Interview opportunities include:

<LOCATION MANAGER NAME>, <TITLE>
<FOOD BANK SPOKESPERSON NAME>, <TITLE>

**WHEN**   <DATE>, <TIME>

**WHERE**   <ADDRESS>

---

<LOCATION NAME>, a family landmark for over <NUMBER> years, has come to epitomize excellence in service and respect for family values. We offer a wide variety of services and amenities to choose from. Our knowledgeable and dedicated staff is here to assist families with the many service and product options we have available so that the life of a loved one is celebrated in a way that is meaningful to the family and within budget. Family Service Counselors are also available to assist with Aftercare and pre arrangement consultations.

---

FOR FURTHER INFORMATION PLEASE CONTACT:
<LOCATION NAME>
<LOCATION CONTACT NAME>
<TITLE>
<PHONE NUMBER>
<EMAIL>

# Food Drive Fact Sheet



| | LOCATION NAME |
|---|---|
| Address | <STREET> |
| | <CITY>, <STATE> |
| | <ZIP/POSTAL CODE> |
| Phone | <PHONE NUMBER> |
| Website | <WEBSITE ADDRESS> |
| Number of Employees | <NUMBER> |

## Event Contacts

**Location Manager**
<NAME>
<PHONE NUMBER>
<EMAIL>

**Administrator**
<NAME>
<PHONE NUMBER>
<EMAIL>

## Event Background

<LOCATION NAME> is partnering with <NAME OF FOOD BANK> to collect food donations for the many families that depend on the food bank each day.

Across North America, the number of people who are food insecure, or hungry or at risk of hunger, is rising. According to the Unites States Department of Agriculture, 35 million people, including 13.1 million children, live in food insecure households that experience hunger or the risk of hunger. This represents approximately 12.5 percent of the US population.[1]

During the summer months, donations to food banks decline dramatically. With children away from school and school breakfast programs, food drives in the summertime are necessary to increase raise donations. <LOCATION NAME> will be a drop-off point for donations of desired food items such as canned fish, baby food and formula, canned fruit and vegetables, canned soup, stew, chili and beans, peanut butter, pasta, rice and cereal.

Our community work is driven by a simple mission and core values: We aim to be a leader in our community through our integrity, teamwork, communication, compassion and creativity. Among our hallmark events we celebrate Memorial Day, Mothers' Day, Fathers' Day, and Veterans Day.

---

1. Household Food Security in the United States, 2002 ERS Food Assistance and Nutrition Research Report No. (FANRR) 35, United States Department of Agriculture, October 2003.

ALD009003

<Date>

<Location name>
<Address>


Dear <name>

I am writing to thank you for attending our recent <community event>. We appreciate your interest in sharing our event with the community. Your support of <location name> helped make the event a successful one.

In the future, please feel free to contact me should you have any need for a comment or background information on issues related to funeral and cemetery services.

I look forward to working with you in the future and hope to see you again soon.

Sincerely,

<name, position, location>

ALD009004

# HANDOUTS

ALD009005

# Determining Which Approach

| | |
|---|---|
| **Public Relations** | Use when:<br>• Three or more locations are coordinating their efforts to execute a common Community Event<br><br>• The media is seeking out any perceived negative stories.<br><br>In both cases contact Corporate Communications at 1-800-347-7010 |
| **Media Relations** | Use when the goal is to publicize a Community Event through the local media and the event is newsworthy. |
| **Advertising** | Use when the Funeral Home or Cemetery has the budget to pay for space in one of the local media outlets to publicize the Community Event. |

ALD009006

Sample of Contact Sheet In Local Newspaper

# Sample Local Television Website



ALD009008

## Questions for Preparing A Key Message

When planning your key message, you should have an objective. Do you want to?

- Inform people about an upcoming Event?
- Educate people about your services?
- Persuade people to attend an upcoming Event?
- Raise the Community's awareness, pique their interest, get their attention and support about something?
- Or, do you want to influence their behavior and actually have them participate and purchase a pre-need service?

ALD009009

# Timelines For Distributing Media Alerts.

Distribute the Media Alert in a timely manner.

Monthly Publications:
- Eight weeks in advance of the Event.

Weekly Publications:
- Two to three weeks in advance of the Event.

Daily Publications:
- Three to five days in advance of the Event.

Weekly Television/ Radio Programs:
- Two to three weeks in advance of the Event.

Daily Television/ Radio Programs:
- Three to five days in advance of the Event.

Community Calendars For Any Media Outlet:
- Eight weeks in advance of the Event.

ALD009010

# Assembling A Media Kit

When assembling a Media Kit"

Include:

- Media Alert, previously distributed
- Location Fact Sheet
- Event Fact Sheet
- Previous media clippings that feature the Funeral Home or Cemetery in a positive manner.

Do NOT Include:

- Media clippings that feature the Funeral Home or Cemetery in a negative manner
- Blank business contracts or other unrelated material to the event

ALD009011

# Guidelines for Speaking with Media   ALDERWOODS GROUP

Below are some guidelines for conversations you have with and around reporters that attend your event.

## 1) Don't Feel Obligated to Give an Answer

If you don't know the answer to a question, simply say you don't know, but you will find out.

Likewise, if at any time you have a concern regarding the direction of a conversation with a member of the press, you may suggest they redirect their questions to the Alderwoods Public Relations department.

## 2) Don't Discuss Confidential Information

If you have some doubt about whether you can discuss a statistic or a piece of information in response to a question, please inform the reporter that you are not sure if that information can be discussed publicly and suggest that they speak with the Public Relations department.

Some examples of information that should not be discussed are:
- Information including location, market or company financial targets or financial results.
- Speculation on future company performance, future share price performance, potential acquisitions or divestitures.
- Competitors in detail or within a disparaging context

## 3) Don't Comment on Rumors

You may be asked to comment on rumors about the company. The answer is to say, good-naturedly but firmly, "It is our policy not to comment on rumors." That should be the end of the discussion.

## 4) Watch Your Casual Conversations

Confidential matters should not be discussed in places where the discussion may be overheard, such as elevators, hallways, or taxis.

## 5) Keep Your Files Safe

If you will have any documents and files containing confidential information at this event, please do not leave them lying around where they could be read.

---

Please feel free to refer reporters to Alderwoods Public Relations:
Meline Beach
Manager, Media & Communications
Phone: 866-238-7906
Cell: 416-904-0772
Email: meline.beach@alderwoods.com

---

ALD009012

# Sample Online Article



ALD009013

# Tools For Events Knowledge Test

Name: _____

Date: _____

*Read each question carefully, then write T (true) or F (false) on the line next to the question.*

1. _____ The Message worksheet is used to prepare what the Location Spokesperson will say to the Media when they attend an Event.

2. _____ Media Relations is viewed as a biased opinion by the Community.

3. _____ All of the templates that are used for Media Relations are found on BrandMuscle.

4. _____ The Location Fact Sheet will provide the Media with general information and contact information about the Funeral Home or Cemetery.

5. _____ In order for Media Relations to be successful, your Event should be Newsworthy.

6. _____ An example of a newsworthy event is, a Funeral Home had its roof replaced.

7. _____ A Media Alert is used to communicate a newsworthy Event to local media outlets.

8. _____ A Media Kit should be mailed to each member of the media on your Media List.

ALD009014

# Tools For Events Knowledge Test

Name: _____

Date: _____

*Read each question carefully, then write T (true) or F (false) on the line next to the question.*

1. _____ The Message worksheet is used to prepare what the Location Spokesperson will say to the Media when they attend an Event.

2. _____ Media Relations is viewed as a biased opinion by the Community.

3. _____ All of the templates that are used for Media Relations are found on BrandMuscle.

4. _____ The Location Fact Sheet will provide the Media with general information and contact information about the Funeral Home or Cemetery

5. _____ In order for Media Relations to be successful, your Event should be Newsworthy.

6. _____ An example of a newsworthy event is, a Funeral Home had its roof replaced.

7. _____ A Media Alert is used to communicate a newsworthy Event to local media outlets.

8. _____ A Media Kit should be mailed to each member of the media on your Media List.

ALD009015