# EXHIBIT 6
# (Part 1 of 2)



# COMMUNITY LEADERSHIP
Events

## For:
Location Managers/General Managers

## Facilitated by:

Market Growth Manager

ALD009016

# COMMUNITY LEADERSHIP - EVENTS

Handouts
- Planning For An Event Decision Guide
- Advertising and Promotions Budget Breakdown
- Sample Event Budget Template
- Blank Event Budget Template
- Things To Consider When Budgeting an Event
- Slide 2 – Items Needed For Food Drive
- Sample Agreement Letter for Event Partners
- Invitation Template
- Sample Communication Plan
- Blank Communication Plan
- Sample Event Checklist
- Blank Event Checklist
- Thank You Note Template
- Contents for Event File handout
- Sample Community Event Information Sheet
- Event Knowledge Test
- Event Answer Key (For Facilitator Only)


Things you will need
- Pencil
- Activity Planning Calendar for the Funeral Home or Cemetery

2

ALDERWOODS GROUP

# COMMUNITY LEADERSHIP - EVENTS

## Identify Types of Events

Learners will be able to:
- Define a Community Event
- Identify Funeral Home Events
- Describe the benefits of Funeral Home Events
- Identify Cemetery Events
- Describe the benefits of Cemetery Events

 Say:

- The second activity in the Community Leadership program is Events, which has the potential to be the most fun for you, your staff and your Community.
- By hosting Events for the general public you are building long-term relationships and future prospects, as well as raising your profile among your Community neighbors.
- A "Community Event" is defined as one sponsored by an organization not wishing to profit; is free and open to the public and contributes to the viability of the Community.
- Funeral Home and Cemetery Events are different due to the nature of the two businesses. When planning Funeral Home Events, we must be careful not to jeopardize the quality of service being provided to the families we serve.
- However, if there is a service planned for a Cemetery, having an Event at the same time is possible without interfering with the quality of service being provided to the family.
- Funeral Home Events are "Supportive Events". These types of Events are not considered the "Hallmark" Events.
- A "Supportive Event" is when the Funeral Home reaches out to the Community to lend a hand.
- These types of Events do not have a specified day and time at the Funeral Home that may conflict with a Service that is taking place.

ALDERWOODS GROUP

3

ALD009018

# COMMUNITY LEADERSHIP - EVENTS



Ask:

- What are some examples of Supportive Events?



Look for:

- Food Drives
- Toys for Tots
- Flu Shots
- Blood Drives
- Bicycle Safety
- School Supply Drives (Tools for Schools)
- Sweaters for Veterans (Swets for Vets)



Say:

- Thinking of your Funeral Home as a "Depot" or "Drop off Center" for valuable goods is an effective and meaningful way to bring people to your Funeral Home to drop off goods for distribution to needy families or causes.
- This way you can be ready to serve families should a need arise, while still fulfilling your commitment to the Community.
- Funeral Home Events tend to reach out to the Community with the goal of creating and nurturing new relationships.
- A great number of Supportive Events can be run in conjunction with your Community Influencers.
- You can work together with your Influencers to benefit the Community.
- Working with your Influencers will assist the Funeral Home in:
  - o Organizing the Event
  - o Helping to pay for supplies
  - o Staffing the Event
  - o Getting the word out to the Community
- Supportive Events when working with an Influencer can be mutually beneficial for both the Funeral Home and the Influencer.

ALDERWOODS GROUP

4

ALD009019

# COMMUNITY LEADERSHIP - EVENTS



Ask:

- What are the benefits of running Supportive Events in a Funeral Home?



Look for:

- Allow the Community neighbors to come to the location for a reason other than a funeral.
- Provides the Funeral Home with positive Community exposure.
- Gives Funeral Home staff an opportunity to interact with the Community.
- Allows the Funeral Home and Influencer to further develop their relationships.



Do:

- Manager to identify 3 Supportive Events that may be of interest to the Community where they operate.
- Write these Events in pencil on the Activity Planning Calendar.

ALDERWOODS GROUP

ALD009020

# COMMUNITY LEADERSHIP - EVENTS



Say:

- Unlike Funeral Home Events, Cemetery Events are more conducive to specific dates and times because the Cemetery business is not as reactive in nature.
- Cemetery Events are Commemorative and Celebratory Events.
- Commemorative Events allow the Community to gather and commemorate lives lived.
- These Events give families an opportunity to celebrate their loved ones.



Ask:

- What are some examples of Commemorative Events?



Look for:

- Memorial Day
- Patriots Day (September 11th).
- Veterans Day (USA)
- Remembrance Day (Canada)

ALDERWOODS GROUP

ALD009021

# COMMUNITY LEADERSHIP – EVENTS



Say:

- Commemorative Events are planned for a specific day during the year. They can be held at a Cemetery without conflicting with any scheduled services.
- For example, if there was a committal service taking place in the Cemetery, the Location Manager could delegate certain staff to the service, and other staff to the Event. The Event could take place without disrupting the Committal Service taking place elsewhere in the Cemetery.

- Celebratory Events are also based on specific days on the calendar.
- These Events can take place in one area of the Cemetery without impacting the services that may be taking place elsewhere.



Ask:

- What are some examples of Celebratory Events?



Look for:

- Mother's Day
- Father's Day
- July 4th (U.S.A.)
- July 1st (Canada)
- Black History Month (or other multicultural celebrations)
- Christmas
- Hanukah (Chanukkah)



7

ALD009022

# COMMUNITY LEADERSHIP - EVENTS



Say:

- Opening the Cemetery on these days provides the Community with a positive and welcoming atmosphere to remember loved ones.



Ask:

- What is the benefit to the Cemetery to hold these types of Events?



Look for:

- Gather families back at the Cemetery.
- Shows the Cemetery is interested in the long-term needs of the family.
- Provides families and friends with mutual support, knowing they are not alone.
- Will not interfere with any other services that may be taking place at the Cemetery.



Say:

- Cemetery Events may assist in strengthening existing relationships.
- Working with Influencers to run an Event is always important regardless of the type of Event.
- The next section will help you to partner with your Influencers to work together to run an Event.

ALDERWOODS GROUP

ALD009023

# COMMUNITY LEADERSHIP - EVENTS

## Partnering with Influencers

Learners will be able to:

- Describe opportunities to partner with an Influencer to run an Event.
- Describe steps that should take place to plan the Event.
- Identify Influencer(s) to partner with to hold a Food Drive.



Say:

- Working with an Influencer for an Event will benefit the Funeral Home or Cemetery both in building a stronger relationship, and financially.



Ask:

- How will partnering with an Influencer to run an Event be financially beneficial?



Look for:

- Do not have to pay for all the expenses to run the Event.
- If the Influencer has staff, you can both provide staff members, thereby saving salary dollars.
- Can save advertising money if the cost is shared.
- Gain new business.

ALDERWOODS GROUP

ALD009024

# COMMUNITY LEADERSHIP - EVENTS



Ask:

- How will partnering with an Influencer to run an Event build stronger relationships with the Influencer?



Look for:

- Provides the Funeral Home/Cemetery and the Influencer an opportunity to work together.
- Will confirm the common interests.
- Can build trust.



- Staff members can get to know one another.
- Provides a positive image to the Community.

Do:

- Hand Out "Planning For An Event Decision Guide".
- See next page for handout.

ALDERWOODS GROUP

ALD009025

# COMMUNITY LEADERSHIP - EVENTS

### Planning For An Event Decision Guide

Target
Audience.

Funeral Home
or Cemetery
Event?

How will the
Event add
value to the
Community?

Influencers
that may have
a common
interest in the
Event.

Is the Event
time sensitive?

Event Budget



11

ALD009026

# COMMUNITY LEADERSHIP - EVENTS



Say:

• Planning for your Event is the first step. Decide on your target audience. Who are you trying to attract to the Event?

• This could range from being very general, for example, the Community at large, or very specific, for example, previous families served.

• Consider:
  o Are you a Funeral Home or a Cemetery?
  o Ask yourself, how can the Event add value to the Community?
  o Look at your Leadership Network Information Sheet, to identify Influencers that may have a common interest in the Event you are planning.
  o Is the Event time sensitive? For example, a Mother's Day Event should not be held in January.
  o What is the budget for the Event?

ALDERWOODS GROUP

ALD009027

# COMMUNITY LEADERSHIP - EVENTS

 Say:

- Using the decision guide indicate if you are a Funeral Home or Cemetery.
- Answer if a Food Drive would add value to the Community in which you operate.
- Using the completed Leadership Network Information Sheet from the last section, identify three Influencers that may have a common interest in planning a Food Drive Event with your Funeral Home/Cemetery.
- Write these Influencer's Names/Organizations on the Decision Guide.
- Answer the question; is the Food Drive time sensitive?

- When asking yourself the question about whether an Event is time sensitive, be careful when you respond.
- We usually think of Food Drives taking place at Thanksgiving/Easter or Christmas. Yet people need to eat throughout the year, not just at those selected times.
- According to the Association of Food Banks.
- "The summer months are traditionally a time when demand for food is at a critical high, yet supply is at its lowest. Many people are on vacation and food donations diminish."
- Food banks also report that there is an "overall lack of awareness that food is needed at times other than the major Christmas and Thanksgiving Food Drives".
- If you are planning to conduct a Supportive Event, do some research to find out when needs are the highest for that type of activity. You may be surprised by what you find!

ALDERWOODS GROUP

13

ALD009028

# COMMUNITY LEADERSHIP - EVENTS



Ask:

- How should you contact an Influencer to discuss working together on an Event?



Look for:

- Call them to set up a meeting.
- Meet with the Influencer to discuss the details.
- Email.



Ask:

- Where can you find information to help you prepare for the discussion with the Influencer?



Look for:

- Influencer portion of this training program.



Say:

- When meeting with the Influencer determine:
  o Budget
  o Dates, times and location of the Event
  o Staff availability
  o How to spread the news to the target audience
  o Do you plan on having a "give–away"
  o Is food or refreshment required?

- Before leaving the meeting, have an agreed date and time for the Event, and a next contact date confirmed.
- Leave your business card with the Influencer for future contact.
- The first step you need to execute the Event with or without partnering with an Influencer is a budget. The next section provides information on preparing a budget for an Event.



ALD009029

## COMMUNITY LEADERSHIP – EVENTS

### Preparing A Budget For An Event

Learners will be able to:

- Identify where the budget for an Event is captured from.
- List items to consider when writing a budget for an Event.
- Write a budget for an Event, using the Event Budget Template.
- Identify where to write actual dollars spent on an Event on the Event Budget Template.

 Do:

- Hand out "Advertising and Promotions Budget Breakdown".
- Point to each section while explaining.
- See next page for handout.

ALDERWOODS GROUP

15

ALD009030



COMMUNITY LEADERSHIP - EVENTS

Advertising and Promotion Budget Breakdown

ALD009031

16



# COMMUNITY LEADERSHIP - EVENTS



Say:

- The budget for any Event comes for the Advertising and Promotions budget.
- This budget is put together once a year, and then the money allotted is entered into the Activity Planning Calendar.
- The budget starts off with one total for all Advertising and Promotions to take place at the Funeral Home/Cemetery for the year.
- In this example, the Funeral Home has been allotted $20,000.00 dollars to spend on all Advertising and Promotions activity for the year.
- The MGM and the Location Manager then determine how that $20,000.00 should be broken up into the following sections:
  - o Community Leadership
    - ➢ Influencers
    - ➢ Community Events
    - ➢ Memberships
    - ➢ Sponsorships
    - ➢ Discretionary

ALDERWOODS GROUP

ALD009032

# COMMUNITY LEADERSHIP - EVENTS

- o Advance Planning which includes:
  - ➤ Lead Generation Program
  - ➤ Direct Mail
  - ➤ Marriage Mail/Inserts
  - ➤ Community Seminars, which include:
    - Advance Planning
    - Financial Planning
    - Health & Well Being
    - Social Security/Veterans Benefits
    - Housing and Relocation
    - Legal Aspects
- o Advertising
- o Collateral Materials.

- In this example, they have allotted $5400.00 for Community Leadership/Promotions.
- That $5400.00 will have to be broken into 13 Periods. That gives each month $415.00
- The $415.00 dollars then needs to be broken down into an amount for each type of activity the Funeral Home or Cemetery wishes to participate in for the Community Leadership program.
- In the example, Period 8 has been allotted $350.00 to run a Food Drive.
- The remaining funds have been divided between Influencers, Membership and Sponsorship.
- Since there are no other Events planned for this period, you know that your Event Budget is $350.00.



Do:
- Manager to identify on their own Activity Planning Calendar, what their budget is to organize a Food Drive, and what period the budget is allotted for.



ALDERWOODS
GROUP

18

ALD009033

# COMMUNITY LEADERSHIP - EVENTS



Say:

- You know where to find the allotted budget amount of money you can spend on an Event on the Activity Planning Calendar.
- You have identified how much you have to spend.
- The next step is taking the allotted amount of budgeted money, and creating a specific Event budget.
- That is done on the "Event Budget Template".



Do:

- Hand out the Sample Event Budget Template.
- See next page for handout.

ALDERWOODS GROUP

19

ALD009034

# COMMUNITY LEADERSHIP - EVENTS

## Community Event Budget Template

| Location Name | | Location Number | |
| --- | --- | --- | --- |
| Name Of Event | | Event Budget: | |
| Date | | | |
| Place | | | |
| Time | | | |

| Please describe the type of event you are having | |
| --- | --- |

| Is this event a location event or a shared event with other parties? | |
| --- | --- |

| Target audience (who are you trying to influence/attract?) | |
| --- | --- |

| How many people are you expecting to influence? | |
| --- | --- |

| Your location's role (place an X in the beside your location's role) | ☐ Owner (you're the organizer - i.e. food drive) |
| --- | --- |
| | ☐ Participant (someone else organizes, you pay to participate - i.e. fair) |
| | ☐ Sponsor (someone else organizes, you pay – ie. church meal) |

| Are you working with a third party to help run the event? | ☐ Yes |
| --- | --- |
| | ☐ No |
| If yes, who is it, and who is their role? | |

## Support Required from Marketing (Please indicate what help you need from Marketing)

| Elements | Qty | $/Element | Budgeted Dollars | Actual $ Spent |
| --- | --- | --- | --- | --- |
| ds | | | $ - | |
| osters | | | $ - | |
| yers | | | $ - | |

ALDERWOODS GROUP

20

ALD009035

| anners | | | $ - | |
|---|---|---|---|---|
| vitations | | | $ - | |
| ood Refreshment | | | $ - | |
| iveaways | | | $ - | |
| onorarium | | | $ - | |
| rograms | | | $ - | |
| ther (Please Specify) | | | $ - | |
| ther (Please Specify) | | | $ - | |
| otal | | | $ - | $ - |

COMMENTS:

ow many attended?

**ALDERWOODS** GROUP

21

ALD009036

# COMMUNITY LEADERSHIP - EVENTS



Say:

- At the top of the Template, write in the correct information.
- The Location Name and Number.
- Name of the Event.
- Date(s) the Event will be running.
- Place the Event will be held.
- Time the Event will be taking place.
- Type of Event you will be having.
- In the example, we have filled in Fall Food Drive for the Community with a focus on Back to School non-perishable items.
- The next field asks "Is this Event a location or shared Event with other parties"? This question is asking, is the Funeral Home/Cemetery holding the Event without Influencers, or will they be partnering with Influencers in the Community to run the Event?
- In this example you will be partnering with Influencers.
- The next section asks who the target audience will be.
- This should already be decided based on your discussions with the Influencers. In this case the Community at large will be targeted.
- "How many people are you expecting to Influence" can be a tricky question to answer. Think of who and how you are planning to spread the word about the Event to get an approximate number. In this case we are planning to distribute 5,000 flyers. So it is estimated that you will influence about 25% of those or approximately 1250 people in the Community.

ALD009037

# COMMUNITY LEADERSHIP - EVENTS

- "Your Location's role" is the next section. There are three to select from.
  - o Owner
  - o Participant
  - o Sponsor
- Owner is exactly as described: you have organized the Event, and you are paying for the majority of the Event.
- Participant means that you are acting as the Influencer. Another organization in the Community is running the Event, and has asked you as an Influencer to participate (hands on helping out), and financially contribute to the Event.
- For example, maybe the Community is holding a 4th of July or Canada Day barbeque. The Community has asked the Funeral Home/Cemetery to sponsor the Event by purchasing hotdogs and having your staff volunteer to barbeque the hotdogs. In this instance, the Funeral Home or Cemetery would be acting as a Participant in the Event.
- The last option is a Sponsor; select this when the Funeral Home or Cemetery is contributing solely financially to the Event.
- An example would be if the local Children's Community group is having a circus for the kids in the Community and the Funeral Home or Cemetery has been asked to make a financial contribution, but is not asked to participate in the Event.



Ask:
- In the Food Drive example, what would the Funeral Home's role be?



Look for:

- Owner

ALDERWOODS GROUP

ALD009038

# COMMUNITY LEADERSHIP - EVENTS

  Say:

- The next question is "Are you working with a third party to organize the Event"?

- In this case, yes you are.

- If yes, "Who is it and what is their role"?

- You will be working with local printers to reduce the cost of printing the flyers.

- Two local Churches and the supermarket have agreed to distribute the flyers.

- The local supermarket will donate cardboard boxes to store the food.

- Next is actually completing each section for the elements that are required.

- If you are completing this form electronically, once you have entered the numbers, they will multiply to provide you with a dollar amount.

- Before entering the numbers, you will need to get estimated costs.  Working with local business may help reduce some of these costs.

- Call suppliers, and refer to previous budget templates to estimate the cost of items needed.

- When looking at previous budget templates, look for similar items you may have used in the past, and see what it had actually cost.  This can provide you with an estimated budget amount for specific items.

- For example, you need 5000 flyers.  The printer will be charging you .01$ a flyer.  After entering those two numbers it calculates to a total of $50.00

- Post 25 posters at different locations in the Community.  Again, the printer will be helping you out with the cost of printing.

ALDERWOODS GROUP

ALD009039

# COMMUNITY LEADERSHIP - EVENTS

 Say:

- There will be bags distributed to collect the food. This will cost $65.00.

- You will need to send out about 100 invitations. When you include the cost of mailing them, it adds up to about $1.00 a piece.

- Also included is Gas (1 tank) at approximately $50.00. This will cover the cost of picking up the food at the drop off locations, including the Funeral Home or Cemetery, and driving it to the Food Bank.

- The last item on the budget is the evaluation forms; again the printer will be reducing the cost of printing them.

- Don't forget to consider people expense for Events when budgeting wages. Use smart scheduling, so Events do not cause an overtime issue.

- When all items are taken into consideration you have a budget for the Event of $ 303.00. This leaves a little room to plan and pay for unexpected items if they arise.

 Do:

- Hand out "Things to Consider When Budgeting an Event"
- Read the handout together.
- See next page for handout.

ALDERWOODS GROUP

ALD009040

# COMMUNITY LEADERSHIP - EVENTS

## Things to Consider When Preparing An Event Budget

1.  Staff Availability – Do they have the time to distribute flyers and posters and to participate in the event?

2.  Target Audience – For events that target the community at large choose:
    - Flyers and posters from BrandMuscle and place in community churches, clubs and on telephone posts.
    - Media Release from BrandMuscle and send to local media for placement.
    - An ad from BrandMuscle and send to the local newspaper.

    Target Audience – For events that target specific groups of the community, choose:
    - An invitation or letter from BrandMuscle and mail or deliver to your target audience.

3.  Give-Away – Do you plan to have a "give-away" for people who attend your event? If so they need to reflect two purposes that are meaningful:
    - A token of your thanks for participating in the event.
    - A more permanent reminder of the name of your Funeral Home or Cemetery. The Funeral Home/Cemetery name should always be on a give-away.

    If you are planning to use a "give-away" contact the Marketing department at 1-866-394-7148, for a list of give-aways to choose from.

4.  Food – Is food required for the event? Food, refreshment or snacks may be appropriate for some events. Typically these events are the ones where a group of people may tend to get together at one time.
    - Consider approaching food providers (grocery stores, convenience stores, restaurants etc.) in your community to support your events by contributing food and/or refreshments. This may help offset some of your costs while at the same time creating a new relationship with these providers, their owners and their employees.



ALD009041

# COMMUNITY LEADERSHIP - EVENTS



Say:

- After holding the Event, the actual amount spent on each item should be indicated in the far right hand column.

- This will provide you with a comparison of how close the budget was to actual expenses incurred for the Event.

ALDERWOODS GROUP

27

ALD009042

# COMMUNITY LEADERSHIP - EVENTS



## Preparing An Event Budget For A Food Drive

### Purpose of this exercise:

- To prepare a budget for a Food Drive to be held in the quarter following completion of training.

### Instructions

- Identify on the Manager's Activity Planning Calendar the budgeted amount of money for a Food Drive.
- Using the budgeted amount of money write a budget for a Food Drive.
- Start by writing a list of items needed to run a Food Drive Event.
- Contact Influencers by phone to set-up meetings to discuss partnering for the Food Drive.
- Record items needed and estimated costs on the budget template.
- Save the Template to record actual amounts of money spent, or revise after meeting with the Influencers.
- This budget will be used for reporting to your MGM.

### Debrief Questions



Ask:

- How has this exercise helped you plan for a Food Drive Event?



ALD009043

# COMMUNITY LEADERSHIP - EVENTS



Look for:

- Have most of the preparations done.
- Have already identified and contacted Influencers that may be interested in participating in the Event.
- Has assisted you in identifying additional areas where you could use an Influencer partner to run the Food Drive.



Ask:

- How will you continue to use the Event Budget Template?



Look for:

For each Event being planned the Event Budget:
- o Can keep track of every item being planned for and what it has cost.
- o Use after an Event to record actual costs.
- o Can reference completed Templates when planning future Events to get a better idea if estimates are over or below what Events are actually costing.
- o Will make budgets more accurate in the future.

## Conclusions



Say:

- Budgeting for an Event is the first step in running a successful Event.
- Preparing a budget will assist you in keeping track of items that are needed, in addition to the expenses incurred to run the Event.
- Using a budget to record actual expenses after the Event has taken place will help you analyze budgets being created for future Events.



ALD009044

# COMMUNITY LEADERSHIP - EVENTS

## Selecting A Date Time and Place for An Event

Learners will be able to:
- Describe how to determine the best date, time and place to hold an Event.

 Say:

- Depending on the type of Event you are holding, the date may be already driven from the calendar.

- For example, Mother's Day celebrations will always be held on the date Mother's Day falls that year on the calendar.

- Selecting a date is crucial when you are having a Supportive Community Event.  Timing can mean everything.

- For Example:  As in the Food Drive, research showed that food donations are low during the summer months.  Doing research through Community groups or on the internet can help you determine alternative dates for some Events. Contacting the local Food Bank may provide you with further insight.

- For other types of Supportive Events, it may be necessary to have them on a traditional time frame. For example: bike safety.  It would probably be best to hold this Event in Spring in order to create an awareness of Bike Safety at the beginning of the riding season.

- As early as possible contact Influencers you wish to work with on potential Events to agree upon dates that would work best.

- Talk to staff and ask for input on Event dates to accommodate your staff's needs as best you can.

- Ensure Advance Planning Professionals are available to support the Event, as they may generate pre-need interest in those attending.



ALD009045

# COMMUNITY LEADERSHIP - EVENTS

 Say:

- Plot these dates for your Events on your calendar.

- Mark these dates as tentative until you have confirmed with any Influencers that may be helping you with the Event.

- Selecting a time depends on the agreement that you have made with the Influencer and any outside circumstances you may need to accommodate. For example, if the Cemetery were holding a Mother's Day Tea, it may be a good idea to have it later in the afternoon, as a number of people go out for brunch on Mother's Day.

- Hosting Events at your location allows you and your staff to get to know your neighbors. If your location is a Cemetery, summertime Events in particular will let you utilize all of your location's grounds.

- As often as possible, you should try to hold Events at the Funeral Home or Cemetery, or allow the Funeral Home to act as a "Depot" or "Drop Off" center.

- Community Rooms, Chapels, and lounges can offer a great atmosphere for a great number of Events.

- This will help to create an awareness of the Funeral Home or Cemetery. This is one of the key benefits of Community Leadership.

 Do:

- Learner to write down where in the Funeral Home they can set up a "drop off" area for food donations.

ALDERWOODS GROUP

31

## COMMUNITY LEADERSHIP - EVENTS

### Preparing For The Event

Learners will be able to:

- List items needed to run an Event.
- Describe how to write a confirmation letter to sponsor of agreements.
- Describe how to spread the word of the Event.
- Describe when to invite/inform target audience.
- Create a Communication Plan to inform staff of their individual duties.
- Create a checklist of all items needed to run the Event.



Say:

- Once a budget has been completed, and meetings with the Influencer(s) are taking place, preparing for the Event is a simple process.

- From the budget you can list the items needed to run the Event.  The only items that will not be on the budget are items that will not cost the Funeral Home/Cemetery anything.

For example:

- Items that an Influencer is supplying or items that the Funeral Home/Cemetery may already have, such as china or paper cups for coffee.



Do:

- Write down on a flipchart or slide 2 – "Items needed for Food Drive" a list of all items needed to run the Event.
- See next page for handout.



ALD009047

# COMMUNITY LEADERSHIP - EVENTS

Items Needed For Food Drive:

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

ALD009048

# COMMUNITY LEADERSHIP - EVENTS



Ask:

- What is needed to run the Food Drive?



Look for:

- Flyers
- Posters
- Invitations including stamps
- Food bags
- Gas
- Cardboard boxes
- People to drop the food off at the Food Bank
- People to pick-up the food from Influencers
- Evaluation forms



Ask:

- Which of these items are not on the budget?



Look for:

- Cardboard boxes
- People to drop the food off at the Food Bank
- People to pick-up the food from Influencers

ALDERWOODS GROUP

34

ALD009049

# COMMUNITY LEADERSHIP - EVENTS



Say:

- You will have to agree with the Influencers in writing what the specific responsibilities are.
- It may also be a good idea if discounted pricing has been offered by an Influencer to get these agreements in writing. This can be as simple as a written quote.
- An example of an agreement in writing for a Food Drive Influencer is the Sample Agreement Letter.



Do:

- Read the agreement
- See next page for handout.

ALD009050

# COMMUNITY LEADERSHIP - EVENTS

## Hanes Lineberry
## Funeral Homes

515 North Elm Street
Greensboro, NC 27401
Phone:  336-272-5157
Fax:  336-272-7076

<June 30, 2005>

<Food Lion Inc.  Store 259>
<2316 E. Market Street>
<Greensboro, NC>
<27401>

<Dear Mr. Lovett>:

Thank you for offering to partner with <Hanes Lineberry Funeral Homes> in our <first annual Back to School Food Drive.> As you know, there are many children in our community that are in need of basic nutrition on a daily basis.

With the support of members of our community such as your grocery store, I am confident that this Food Drive will be a success.  As we discussed, your store has offered to provide <100 recycled cardboard boxes> and distribute <1000> flyers to inform the community of the Food Drive.  In addition, your staff's support in endorsing the Food Drive would be greatly appreciated.  We ask that the boxes be supplied and the flyers be distributed by <August 1st, 2005>.  This will allow us sufficient time to distribute the food to the food banks and families in need prior to the start of the school year.

Please sign the lower portion of this letter and fax it back to me as a confirmation of your store's support for this event.

It is with the support and sense of partnership from organizations such as <Food Lion Inc.> that makes our community a great place to live and work.

Thank you for your support.

Sincerely,



<Steve Gold>
<Community Relations Coordinator>
<Cell# 555-555-5555>

Fax: <336-273-6461>

Received By: _____

Signature:_____



36

ALD009051

# COMMUNITY LEADERSHIP - EVENTS



Ask:

- What did the letter specifically confirm with the Influencer?



Look for:

- What the Influencer is going to provide.
- What role their staff would play in the Event.
- When they should have their items and staff in place.
- Confirmed that their support for the Event will benefit the Community.



Say:

- The next step after listing and confirming all items are in place is spreading the word of the Event to your target audience.
- This is where the invitations, posters and flyers come into play.
- You have already started to spread the word by working with an Influencer in the Community. The grocery store will be distributing flyers informing the Community of the Food Drive.
- Look at the remaining Influencers you have on your <u>Leadership Network Information Sheet</u>. Send an invitation informing them of the Event and include a few flyers for distribution.



ALD009052

# COMMUNITY LEADERSHIP - EVENTS

 Say:

- It is a good idea to contact in person the Influencers you know will be in touch with your target audience, and ask permission to hang a poster on their Community board, or in a visible area. For example, you may contact the Director at the local Community center and ask them to hang two or three posters in their facility.
- BrandMuscle and the Community Leadership binder have Sample Invitation Templates that can be used to invite your local Influencers.

 Do:

- Turn to page 3-8 in the binder
- See next page for Invite Template.
- Read Invite Template together.

ALDERWOODS GROUP

ALD009053

# COMMUNITY LEADERSHIP - EVENTS

You're invited!

The <location> is pleased to invite you to the <event>.

This FREE event is open to everyone and we encourage you to come and visit with the neighbors you do know and meet the ones you don't.

<Include some specific details about the nature of the event. Express the tone of the occasion and the welcoming atmosphere.>

The <location> <event>
<date & time>
<address, city>

Call <phone #> with any questions.

<location manager>
<location>
<location address>
<e-mail address>



39

## COMMUNITY LEADERSHIP - EVENTS

 Say:

- When using invitations, posters or flyers, begin putting them up in the Community two to four weeks in advance of your Event.
- If using Media Relations you will need to follow the guidelines provided in the next section to determine the best timing based on the type of media you are working with.
- If using advertising you need to place your ads once a week for three consecutive weeks immediately before your Event.
- When placing ads be sure to place them on the days and pages with the highest readership. For example, the Friday weekend edition of the local Community paper.
- Three to five days prior to the Event, contact each Influencer participating to confirm all agreed items are in place.

ALDERWOODS GROUP

40

ALD009055

# COMMUNITY LEADERSHIP - EVENTS

 Say:

- During the same timeframe, determine the roles of the Funeral Home/Cemetery staff for the Event.
- Use a Communication Plan to communicate the roles to the staff.
- Whenever possible, use two separate communication methods.
- For example, you could have a meeting with all the staff that will be involved and also give each of them a copy of the Communication Plan.
- The Communication Plans are the same as in the Family Services portion of the Growing Calls training.

 Do:

- Give the sample Communication Plan and blank Communication Plan to the Manager.
- Read the details of each column to the Manager.
- See next two pages for the two handouts.

ALDERWOODS GROUP

41

ALD009056

# COMMUNITY LEADERSHIP - EVENTS

Blank Communication Plan

| Responsibility | Delegated To | Completed | Communicated |
|---|---|---|---|
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |

ALDERWOODS GROUP

42

ALD009057

# COMMUNITY LEADERSHIP - EVENTS

Sample Communication Plan

| Responsibility | Delegated To | Completed | | Communicated | |
|---|---|---|---|---|---|
| Greet Guests who are dropping off Food – Monday Daytime | Joe | yes | no | yes | no |
| Greet Guests who are dropping off Food – Monday Evening | Mary | yes | no | yes | no |
| Organize food donations in boxes Monday night | Mary | yes | no | yes | no |
| Greet Guests who are dropping off Food – Tuesday Daytime | Joe | yes | no | yes | no |
| Greet Guests who are dropping off Food – Tuesday Evening | Mary | yes | no | yes | no |
| Organize food donations in boxes Tuesday night | Mary | yes | no | yes | no |
| Greet Guests who are dropping off Food – Wednesday Daytime | Steve | yes | no | yes | no |
| Greet Guests who are dropping off Food – Wednesday Evening | Lucy | yes | no | yes | no |
| Organize food donations in boxes Wednesday night | Lucy | yes | no | yes | no |
| Greet Guests who are dropping off Food – Thursday Daytime | Steve | yes | no | yes | no |
| Greet Guests who are dropping off Food – Thursday Evening | Lucy | yes | no | yes | no |
| Organize food donations in boxes Thursday night | Lucy | yes | no | yes | no |
| Greet Guests who are dropping off Food – Friday Daytime | Joe | yes | no | yes | no |
| Greet Guests who are dropping off Food – Friday Evening | Mary | yes | no | yes | no |
| Organize food donations in boxes Friday night | Lucy | yes | no | yes | no |
| Greet Guests who are dropping off Food – Saturday Daytime | Steve | yes | no | yes | no |
| Organize food donations in boxes Saturday night | Steve | yes | no | yes | no |
| Pick up food donations from church on Sunday afternoon at 1:30pm | Lucy | yes | no | yes | no |
| Take in food donations from Grocery store on Sunday afternoon | Mark | yes | no | yes | no |
| Drop off all food donations at the local food bank at 4:00pm on Sunday | Mark & Lucy | yes | no | yes | no |

ALDERWOODS GROUP

43

ALD009058

# COMMUNITY LEADERSHIP - EVENTS



Say:

- The last step before hosting the Event is to check all the details.
- It is as simple as creating a checklist.



Do:

- Give sample checklist and blank checklist to the Manager.
- Read the details of each column to the Manager.
- See next two pages for the two handouts.

ALD009059

# COMMUNITY LEADERSHIP – EVENTS

## EVENT CHECK LIST

Event Name:_____

Event Date:_____

| Received ☑ | Item Needed | Organization Responsible For Item | Confirmed Yes or No | Action Steps |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Comments:

_____

_____

_____

ALDERWOODS GROUP

45

ALD009060

# COMMUNITY LEADERSHIP - EVENTS

## EVENT CHECK LIST

Event Name: Back to School Food Drive

Event Date: August 1st through August 21st

| Received ☑ | Item Needed | Organization Responsible For Item | Confirmed Yes or No | Action Steps |
|---|---|---|---|---|
| | Flyers | Funeral Home / Quick Print | YES | Pick –up from Printer July 15th |
| | Posters | Funeral Home / Quick Print | YES | Pick –up from Printer July 15th |
| | Invitations | Funeral Home / Quick Print | YES | Pick –up from Printer July 15th |
| | Stamps | Funeral Home | YES | Purchase in July |
| | Food Bags | Funeral Home / Support Center | YES | Need to contact Marketing |
| | Gas | Funeral Home | NO | |
| | Evaluation Forms | Funeral Home / Quick Print | YES | Pick up |
| | Cardboard Boxes | Grocery Store | YES | Deliver July 14 |
| | People to drop off food at | Funeral Home | NO | |
| | People to pick–up food from Influencer drop off locations | Grocery Store | NO | |

Comments:

_____

_____

_____



46

ALD009061

# COMMUNITY LEADERSHIP - EVENTS



Say:

- Use the "Received" box to place a checkmark when the item has been received to run the Event.
- In the "Item Needed" column write the specific item that is needed for the Event
- The "Organization Responsible For Item" column is where you write the name(s) of the owners of the item.
- In the "Confirmed Yes or No" column indicate yes if you have verbally confirmed that the item will be ready for pick-up or delivery. If there is no confirmation write no.
- In the "Action Steps" column write down the next steps needed to receive the item. For example, "Item will be delivered on July 15th".
- Once you have checked all the details are in place you are ready to host the Event.

ALD009062

# COMMUNITY LEADERSHIP - EVENTS



## Preparing For An Event

### Purpose of this exercise:

- Create an Event Checklist and Event Communication Plan to prepare for a Food Drive Event in the Location's Community.

### Instructions

- Using the Event Budget created in the last section, create an Event Checklist to host a Food Drive at the Funeral Home or Cemetery.
- In pencil, fill in each column with the items needed, and the Influencer(s) that you anticipate will be able to support the Event.
- Create an Event Communication Plan for staffing the Event.
- Check the staff rotation for the planned Event date(s) to fill in the actual names of staff that will have responsibilities delegated to them.
- Write down all responsibilities to be completed to host the Food Drive, and delegate them to the staff.
- Write down on the Event Communication Plan two methods that the Manager will use to communicate the plan to staff.

## Debrief Questions

Ask:

- Now that you have completed this exercise, could these steps have assisted you in preparing for Events in the past?

ALDERWOODS GROUP

ALD009063

# COMMUNITY LEADERSHIP - EVENTS



Look for:

- Yes



Ask:
- How would these steps assist you in preparing for an Event?



Look for:

- Better organized.
- Would have saved time.
- Easier to delegate.
- Keep track of all items needed.



Ask:
- How will you use this exercise when preparing for the Food Drive and future Events that you host?



Look for:

- Use the Event checklist to keep track of all items that need to be in place for an Event.
- Use the Event Communication Plan to keep track of staff responsibilities.

## Conclusions



Say:
- Preparing for an Event can be a simple process that will assist you to keep track of items needed.

ALDERWOODS GROUP

49

ALD009064

# COMMUNITY LEADERSHIP - EVENTS

## Hosting The Event

Learners will be able to:
- Describe what to do when hosting the Event.
- Describe the importance of distributing the Community Event Evaluation Form.



Say:

- At one time or another, most of us have hosted a dinner party or get together in our home.
- When hosting those Events, you plan for items needed and make sure preparations are in place prior to the guests arriving, as discussed in previous sections.



Ask:

- What do you say when guests arrive at your home for an Event?



Look for:

- Hi, how are you?
- Did you have any trouble finding the place?
- Can I take your coat for you?
- Can I get you a drink?
- Make yourself at home.



ALD009065

# COMMUNITY LEADERSHIP - EVENTS



**Ask:**

- What actions do you take when guests arrive at your home for an Event?



**Look for:**

- Introduce guests to others at the Event.
- Make sure they are comfortable.
- Ask "How are you doing?"
- If they request anything, get it for them immediately.
- Hang their coats.



**Say:**

- By completing these actions, and saying things like, "Can I take your coat?" "Make yourself at home", you are creating a comfortable and welcoming atmosphere for your guests.
- When hosting an Event at the Funeral Home or Cemetery you want to create a similar atmosphere where your guests will feel welcomed and comfortable.
- You can help do this by speaking to as many people attending as possible.
- Discuss with the guests how they heard of the Event. If you have held the Event before, ask if they have attended, and what they enjoyed about it.
- Let guests know where to drop off items if needed, where refreshments are served or where activities are taking place.
- If you know other guests or Influencers attending the Event, introduce them to both one another and the Influencers.



ALD009066

# COMMUNITY LEADERSHIP - EVENTS

 Say:

- Most importantly, have fun. This is a great opportunity for members of the Community to see you and your staff in a different light.
- Be sure to distribute the Community Event Evaluation Form. Ask guests to complete the form to help you host better Events in the future.
- Let guests know specifically where to drop off the Evaluation Form and thank them for taking the time to complete it.

ALDERWOODS GROUP

52

ALD009067

# COMMUNITY LEADERSHIP - EVENTS

## Evaluating And Following Up On The Event

Learners will be able to:

- Write a Thank-You note to those who attended the Event.
- Describe items to help evaluate the success of the Event.
- Record all expenses incurred from the Event on the Event Budget Template.
- Evaluate the Event using the Community Event Evaluation Forms.
- Describe how to record the evaluation notes on the Event Budget Template.



Say:

- When hosting an Event, the Event is not over when it is over. There are a number of people to thank, and a number of follow-up activities that need to take place.
- By thanking those that helped make the Event a success you will be showing appreciation, and nurturing your relationships with Influencers and third parties.
- Be sure when writing Thank You notes to include all Influencers and third parties that helped, as well as both their and your staff members. They are all key contributors to an Event being successful.
- On BrandMuscle under Events, there is a Thank You Note Template. This Template can also be found on page 3-11 in the Community Leadership binder.



ALD009068

# COMMUNITY LEADERSHIP – EVENTS



Do:

- Give Manager a copy of the "Thank You Note" Template.
- See next page for "Thank You Note" Template.

ALDERWOODS GROUP

54

ALD009069

# COMMUNITY LEADERSHIP - EVENTS

Thank You Note Template.

Dear <name>

I am writing to thank you for your contributions to our recent <community event>. Without the help of people like you <location name> could not possibly have hosted such a successful event.

I look forward to working with you in the future and hope to see you soon.

Sincerely,

<name, position, location>



ALD009070

# COMMUNITY LEADERSHIP - EVENTS



Say:

- The "Thank You Note" Template works as a fill in the blanks. It is short and to the point.
- In some cases, you may want to call the Influencer you partnered with, especially if he/she played a significant role in the success of the Event.

- A file should be created as a reference point to be used when planning future Events.
- In the file should be:
  - Flyers
  - Posters
  - Ads
  - Media articles in print
  - Any feedback or recognition letters from the Community.
  - Event Budget Template
  - Completed Evaluation form summary notes.



Do:

- Give Manager Event File Contents handout.
- See next page for handout.

ALDERWOODS GROUP

56

ALD009071

## COMMUNITY LEADERSHIP - EVENTS

# Event File Contents

At the completion of an Event, the materials used to spread the word of the Event, the budget and evaluation form notes should be filed for future reference, and discussion with your MGM.

The Contents of the folder should include:
- Flyers
- Posters
- Ads
- Media articles in print
- Any feedback or recognition letters from the community
- Event Budget Template
- Completed Evaluation form summary notes

ALDERWOODS
GROUP

57

ALD009072

# COMMUNITY LEADERSHIP - EVENTS

 Say:

- By collecting the support materials used for this Event, you will be able to look back when planning future Events to help determine what worked well, and what did not work.
- You will also have a sample on file for future printing needs.
- If you received feedback or recognition from people who attended the Event, be sure to share this information with your staff, and keep a copy in the Event file. This is a way of communicating your success in the Community to your MGM, and sharing best practices with other Location Managers.
- If the media printed anything about the Event, clip a copy and put it into the file. This shows the Event is successfully creating awareness of the Funeral Home or Cemetery in the Community.
- Also, send a copy to Corporate Communications to the attention of the Manager of Media and Communications.
- As mentioned earlier, the Event Budget Template is not only used to record your estimated expenses, but also your actual expenses. Be sure to write down the actual expense for each item on the Event Budget Template.
- This will assist you in preparing future budgets by more accurately estimating the cost of items you have used in prior Events. A copy of the budget should be placed in the file.
- After the Event, take the time to read the Community Event Evaluation Forms your guests filled out.

ALDERWOODS GROUP

ALD009073

# COMMUNITY LEADERSHIP - EVENTS

 Say:

- Pass these evaluations on to your Advance Planning Professionals, as the guests that attended your Event may show interest in Advance planning information.
- When doing this we want to keep in mind the "Do Not Call List" (US), or Privacy Laws (Canada).
- It is important that we respect the guest's wishes, and the federal regulations.
- The waiver at the bottom of this form is for Canada, not the U.S.
- You may not call anyone who puts their telephone number on this form unless you:
- Check the telephone numbers from this form, and verify the names and numbers provided are not on the Federal and your State's Do Not Call list.
- Contact the Director of Sales or Aaron Shipper to find out how to verify numbers on those Do Not Call lists (it's easy and quick).
- Prior to contacting, mailing or approaching any prospective customer who completes an Alderwoods Community Event Evaluation Form or Community Seminar Evaluation Form in the United States, you must first verify the "DO NOT CALL LIST" to determine if their telephone number is located on this list
- Make notes of what your guests liked and said could improve on the Event Budget Template. This should give you an indication of what you should start and stop doing for future Events to continue their success in the Community.

ALDERWOODS GROUP

ALD009074

# COMMUNITY LEADERSHIP - EVENTS

### Summary



Say:

- The benefit of evaluating your guest's feedback is that you will be able to better serve your Community.
- Guests will notice improvements made to Events and spread the word in the Community.
- This will help create an awareness of your Funeral Home or Cemetery in the Community.

ALDERWOODS GROUP

60

# COMMUNITY LEADERSHIP - EVENTS

## Reporting To The MGM

Learners will be able to
- Explain how to report Event activity to the MGM.



Say:
- Progress being made on Community Events should be readily accessible for discussion with your MGM or any member of the VPO team.
- The Event files with all the contents described in the last section should be maintained and filed in a place where you can easily get to it.
- The Community Event Information sheet can be downloaded from BrandMuscle to use as a reporting form.



Do:
- Give Manager Sample Community Event Information Sheet.
- See next page for handout.

ALDERWOODS GROUP

ALD009076

# COMMUNITY LEADERSHIP - EVENTS

## COMMUNITY EVENT INFORMATION SHEET

Location Number:
Location Name:

| (1) Name of event | (2) Date of Event | (3) Number of attendees | (4) Total Cost of Event | (5) Comments |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ALDERWOODS GROUP

62

ALD009077

# COMMUNITY LEADERSHIP - EVENTS

 Say:

- At the top of the form is the location name and location number.
- In the first column (1) fill in the name of the Event.
- Column (2) is for the date(s) of the Event. The period the Event took place should also be recorded in this column.
- Column (3) is for the number of attendees. How many guests did you have at the Event?
- Column (4) is used to record the total cost of the Event. This can be taken from your Event Budget.
- Column (5) is used to record any comments. For example, if an Event was well received by the Community or not.
- The Community Event Information Sheet should be kept in an accessible area with the Event files.
- This sheet and the Event files should be discussed with your MGM during every visit to the Funeral Home/Cemetery.
- Your MGM may be able to assist you in providing ideas of what other Funeral Home or Cemeteries are doing, and share best practices with you.
- The MGM's goal in reviewing these materials is to assist you in creating an awareness of your Funeral Home or Cemetery in the Community where you operate.

ALD009078

# COMMUNITY LEADERSHIP - EVENTS

## Summary



Do:
- Administer Knowledge Test.
- See next page for handout.

ALDERWOODS GROUP

ALD009079

# COMMUNITY LEADERSHIP - EVENTS

## Events Knowledge Test

Name: _____

Date: _____

Read each question carefully, then write T (true) or F (false) on the line next to the question.

1. _____ A "Community Event" is defined as one sponsored by an organization not wishing to profit; is free and open to the public and contributes to the viability of the Community.
2. _____ Cemeteries should host Supportive Events due to the nature of their business.
3. _____ An example of a Supportive Event is 'Tools For Schools'.
4. _____ Partnering with Influencers will assist the Funeral Home or Cemetery in organizing the Event.
5. _____ One of the Benefits of hosting an Event, is it allows staff to interact with the Community
6. _____ Memorial Day is an example of a Celebratory Event.
7. _____ An Event adds value to the Community.
8. _____ Events should be planned by period on the Activity Planning Calendar.
9. _____ Budgets for Events are recorded on the Event Planning Worksheet.
10. _____ If you wish to plan a give-away you should contact the Marketing Department.
11. _____ An Event's success depends greatly on "Creating Awareness" of the event to your target audience.
12. _____ After your Event is complete, you only need to keep your budget on file.

ALDERWOODS GROUP

ALD009080

# COMMUNITY LEADERSHIP - EVENTS

## Events Answer Key

Name: _____

Date: _____

Read each question carefully, then write T (true) or F (false) on the line next to the question.

13. _____ **(T)** A "Community Event" is defined as one sponsored by an organization not wishing to profit; is free and open to the public and contributes to the viability of the Community.

14. _____ **(F)** Cemeteries should host Supportive Events due to the nature of their business.

15. _____ **(T)** An example of a Supportive Event is 'Tools For Schools'.

16. _____ **(T)** Partnering with Influencers will assist the Funeral Home or Cemetery in organizing the Event.

17. _____ **(T)** One of the Benefits of hosting an Event, is it allows staff to interact with the Community.

18. _____ **(F)** Memorial Day is an example of a Celebratory Event.

19. _____ **(T)** An Event adds value to the Community.

20. _____ **(T)** Events should be planned by period on the Activity Planning Calendar.

21. _____ **(F)** Budgets for Events are recorded on the Event Planning Worksheet.

22. _____ **(T)** If you plan a give-away you should contact the Marketing Department.

23. _____ **(T)** An Event's success depends greatly on "Creating Awareness" of the event to your target audience.

24. _____ **(F)** After your Event is complete, you only need to keep your budget on file.



ALD009081

# COMMUNITY LEADERSHIP - EVENTS

 Say:

- You can now:
  - Identify Supportive Events for the Funeral Home.
  - Commemorative and Celebratory Events for Cemeteries.
  - Prepare an Event Budget using the Event Budget Template.
  - Plan to host an Event.
  - Describe how to host an Event.
  - Use a Communication Plan to outline staff responsibilities for an Event.
  - Track all items needed for an Event on an Event Checklist.
  - List the contents that should be maintained in an Event file.
  - Evaluate comments from guests recorded on the Community Events Evaluation Form.
  - Describe how to complete the Community Event Information Sheet, and prepare for discussions with your MGM on Event progress.

ALDERWOODS GROUP

ALD009082

# PARTICIPANT
# MATERIALS

ALD009083

ALD009084

# FORMS

ALD009085

## Community Event Budget Template

| | | | |
|---|---|---|---|
| Location Name | | Location Number | |
| Name Of Event | | Event Budget: | |
| Date | | | |
| Place | | | |
| Time | | | |

| | |
|---|---|
| Please describe the type of event you are having | |
| Is this event a location event or a shared event with other parties? | |
| Target audience (who are you trying to influence/attract?) | |
| How many people are you expecting to influence? | |

| | |
|---|---|
| Your location's role (place an X in the beside your location's role) | ☐ Owner (you're the organizer - i.e. food drive) <br> ☐ Participant (someone else organizes, you pay to participate - i.e. fair) <br> ☐ Sponsor (someone else organizes, you pay - ie. church meal) |
| Are you working with a third party to help run the event? | ☐ Yes <br> ☐ No |
| If yes, who is it, and who is their role? | |

### Support Required from Marketing (Please indicate what help you need from Marketing)

| Elements | Qty | $/Element | Budgeted Dollars | Actual $ Spent |
|---|---|---|---|---|
| Ads | | | $ - | |
| Posters | | | $ - | |
| Flyers | | | $ - | |
| Banners | | | $ - | |
| Invitations | | | $ - | |
| Food Refreshment | | | $ - | |
| Giveaways | | | $ - | |
| Honorarium | | | $ - | |
| Programs | | | $ - | |
| Other (Please Specify) | | | $ - | |
| Other (Please Specify) | | | $ - | |
| Total | | | $ - | $ - |

**COMMENTS:**

| |
|---|
| How many attended? |
| What worked well? |
| What would you do differently to improve the event next year? |

ALD009086

## Community Event Budget Template

| Location Name | Peach City Funeral Home | Location Number | 1234 |
|---|---|---|---|
| Name Of Event | Back To School Food Drive | Event Budget: | 350 |
| Date | August 1st -20th | | |
| Place | Peach City Funeral Home | | |
| Time | Drop Off Centre | | |

| | |
|---|---|
| Please describe the type of event you are having | Fall Food Drive for the Communtiy with a focus on Back to School non-perishable items. |
| Is this event a location event or a shared event with other parties? | Location Event |
| Target audience (who are you trying to influence/attract?) | Community at large |
| How many people are you expecting to influence? | 1250 |

| | |
|---|---|
| Your location's role (place an X in the beside your location's role) | [X] Owner (you're the organizer - i.e. food drive) <br> [ ] Participant (someone else organizes, you pay to participate - i.e. fair) <br> [ ] Sponsor (someone else organizes, you pay - ie. church meal) |
| Are you working with a third party to help run the event? | [X] Yes <br> [ ] No |
| If yes, who is it, and who is their role? | Working with local suppliers, QuickPrint, Food Lion and Churches |

### Support Required from Marketing (Please indicate what help you need from Marketing)

| Elements | Qty | S/Element | Budgeted Dollars | Actual $ Spent |
|---|---|---|---|---|
| Ads | | | $ - | |
| Posters | 25 | 1 | $ 25.00 | |
| Flyers | 5000 | 0.01 | $ 50.00 | |
| Banners | | | $ - | |
| Invitations | 100 | 1 | $ 100.00 | |
| Food Refreshment | | | $ - | |
| Giveaways | | | $ - | |
| Honorarium | | | $ - | |
| Programs | | | $ - | |
| Evaluation Forms | 1300 | 0.01 | $ 13.00 | |
| Other (Please Specify) | 1300 | 0.05 | $ 65.00 | |
| Food Collection Bags | | | | |
| Gas | 1 | 50 | $ 50.00 | |
| Total | | | $ 303.00 | $ - |

| COMMENTS: |
|---|
| How many attended? |
| What worked well? |
| What would you do differently to improve the event next year? |

You're invited!

The <location> is pleased to invite you to the <event>.

This FREE event is open to everyone and we encourage you to come and visit with the neighbors you do know and meet the ones you don't.

<Include some specific details about the nature of the event. Express the tone of the occasion and the welcoming atmosphere.>

The <location> <event>
<date & time>
<address, city>

Call <phone #> with any questions.

<location manager>
<location>
<location address>
<e-mail address>

ALD009088

## Hanes Lineberry
## Funeral Homes

515 North Elm Street
Greensboro, NC 27401
Phone:  336-272-5157
Fax:  336-272-7076

<June 30, 2005>

<Food Lion Inc.  Store 259>
<2316 E. Market Street>
<Greensboro, NC>
<27401>

<Dear Mr. Lovett>:

Thank you for offering to partner with <Hanes Lineberry Funeral Homes> in our <first annual Back to
School Food Drive.> As you know, there are many children in our community that are in need of basic
nutrition on a daily basis.

With the support of members of our community such as your grocery store, I am confident that this
Food Drive will be a success.  As we discussed, your store has offered to provide  <100 recycled
cardboard boxes> and distribute <1000> flyers to inform the community of the Food Drive.  In addition,
your staff's support in endorsing the Food Drive would be greatly appreciated.  We ask that the boxes
be supplied and the flyers be distributed by <August f$^{t}$, 2005>.  This will allow us sufficient time to
distribute the food to the food banks and families in need prior to the start of the school year.

Please sign the lower portion of this letter and fax it back to me as a confirmation of your store's support
for this event.

It is with the support and sense of partnership from organizations such as <Food Lion Inc.> that makes
our community a great place to live and work.

Thank you for your support.

Sincerely,


<Steve Gold>
<Community Relations Coordinator>
<Cell# 555-555-5555>

Fax: <336-273-6461>


Received By: _____


Signature:_____


ALDERWOODS
GROUP

ALD009089

# Event Communication Plan

| Responsibility | Delegated To | Completed | Communicated |
|---|---|---|---|
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |
| | | yes   no | yes   no |

ALDERWOODS
GROUP

# Event Communication Plan

| Responsibility | Delegated To | Completed | Communicated |
|---|---|---|---|
| Greet Guests who are dropping off Food – Monday Daytime | Joe | yes   no | yes   no |
| Greet Guests who are dropping off Food – Monday Evening | Mary | yes   no | yes   no |
| Organize food donations in boxes Monday night | Mary | yes   no | yes   no |
| Greet Guests who are dropping off Food – Tuesday Daytime | Joe | yes   no | yes   no |
| Greet Guests who are dropping off Food – Tuesday Evening | Mary | yes   no | yes   no |
| Organize food donations in boxes Tuesday night | Mary | yes   no | yes   no |
| Greet Guests who are dropping off Food – Wednesday Daytime | Steve | yes   no | yes   no |
| Greet Guests who are dropping off Food – Wednesday Evening | Lucy | yes   no | yes   no |
| Organize food donations in boxes Wednesday night | Lucy | yes   no | yes   no |
| Greet Guests who are dropping off Food – Thursday Daytime | Steve | yes   no | yes   no |
| Greet Guests who are dropping off Food – Thursday Evening | Lucy | yes   no | yes   no |
| Organize food donations in boxes Thursday night | Lucy | yes   no | yes   no |
| Greet Guests who are dropping off Food – Friday Daytime | Joe | yes   no | yes   no |
| Greet Guests who are dropping off Food – Friday Evening | Mary | yes   no | yes   no |
| Organize food donations in boxes Friday night | Lucy | yes   no | yes   no |
| Greet Guests who are dropping off Food – Saturday Daytime | Steve | yes   no | yes   no |
| Organize food donations in boxes Saturday night | Steve | yes   no | yes   no |
| Pick up food donations from church on Sunday afternoon at 1:30pm | Lucy | yes   no | yes   no |
| Take in food donations from Grocery store on Sunday afternoon | Mark | yes   no | yes   no |
| Drop off all food donations at the local food bank at 4:00pm on Sunday | Mark & Lucy | yes   no | yes   no |

ALDERWOODS
GROUP

ALD009091

ALDERW∞DS GROUP

# EVENT CHECK LIST

Event Name: _____

Event Date: _____

| Received ☑ | Item Needed | Organization Responsible For Item | Confirmed Yes or No | Action Steps |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Comments: _____

_____

_____

- 1 -

ALD009092

ALD009093

ALDERW∞DS
GROUP

EVENT CHECK LIST

- 2 -

Event Name: _____

Event Date: _____

ALDERWOODS GROUP

EVENT CHECK LIST

Event Name: Back to School Food Drive

Event Date: August 1st through August 21st

| Received ☑ | Item Needed | Organization Responsible For Item | Confirmed Yes or No | Action Steps |
|---|---|---|---|---|
| | Flyers | Funeral Home / Quick Print | YES | Pick –up from Printer July 15th |
| | Posters | Funeral Home / Quick Print | YES | Pick –up from Printer July 15th |
| | Invitations | Funeral Home / Quick Print | YES | Pick –up from Printer July 15th |
| | Stamps | Funeral Home | YES | Purchase in July |
| | Food Bags | Funeral Home / Support Center | YES | Need to contact Marketing |
| | Gas | Funeral Home | NO | |
| | Evaluation Forms | Funeral Home / Quick Print | YES | Pick up |
| | Cardboard Boxes | Grocery Store | YES | Deliver July 14 |
| | People to drop off food at the Food Bank | Funeral Home | NO | |
| | People to pick –up food from Influencer drop off locations | Grocery Store | NO | |

Comments:

ALD009094

ALD009095

ALDERWOODS GROUP

# EVENT CHECK LIST

Event Name: Back to School Food Drive

Event Date: August 1st through August 21st

- 2 -

Dear <name>

I am writing to thank you for your contributions to our recent <community event>.
Without the help of people like you <location name> couldn't possibly have hosted such
a successful event.

I look forward to working with you in the future and hope to see you soon.

Sincerely,

<name, position, location>

ALD009096

COMMUNITY EVENT INFORMATION SHEET

Location Number: _____
Location Name: _____

| (1) Name of event | (2) Date of Event | (3) Number of attendees | (4) Total Cost of Event | (5) Comments |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ALD009097

# <u>HANDOUTS</u>

ALD009098

## Planning For An Event Decision Guide

**Target
Audience.**

_____

**Funeral Home
or Cemetery
Event?**

_____

**How will the
Event add
value to the
Community?**

_____

**Influencers that
may have a
common
interest in the
Event.**

_____

**Is the Event
time sensitive?**

_____

**Event Budget**

_____

ALD009100

# Advertising and Promotion Budget Breakdown



## Things to Consider When Preparing An Event Budget

1. Staff Availability – Do they have the time to distribute flyers and posters and to participate in the event?

2. Target Audience – For events that target the community at large choose:
   - Flyers and posters from BrandMuscle and place in community churches, clubs and on telephone posts.
   - Media Release from BrandMuscle and send to local media for placement.
   - An ad from BrandMuscle and send to the local newspaper.

   Target Audience – For events that target specific groups of the community, choose:
   - An invitation or letter from BrandMuscle and mail or deliver to your target audience.

3. Give-Away – Do you plan to have a "give-away" for people who attend your event? If so they need to reflect two purposes that are meaningful:
   - A token of your thanks for participating in the event.
   - A more permanent reminder of the name of your Funeral Home or Cemetery. The Funeral Home/Cemetery name should always be on a give-away.

   If you are planning to use a "give-away" contact the Marketing department at 1-866-394-7148, for a list of give-aways to choose from.

4. Food – Is food required for the event? Food, refreshment or snacks may be appropriate for some events. Typically these events are the ones where a group of people may tend to get together at one time.
   - Consider approaching food providers (grocery stores, convenience stores, restaurants etc.) in your community to support your events by contributing food and/or refreshments. This may help offset some of your costs while at the same time creating a new relationship with these providers, their owners and their employees.

ALDERWOODS GROUP

ALD009102

# Slide 2
# Items Needed For Food Drive

# Event File Contents

At the completion of an Event, the materials used to spread the word of the Event, the budget and evaluation form notes should be filed for future reference, and discussion with your MGM.

The Contents of the folder should include:

- Flyers
- Posters
- Ads
- Media articles in print
- Any feedback or recognition letters from the community
- Event Budget Template
- Completed Evaluation form summary notes

# Events Knowledge Test

Name: _____

Date: _____

*Read each question carefully, then write T (true) or F (false) on the line next to the question.*

_____

1. _____ A "Community Event" is defined as one sponsored by an organization not wishing to profit; is free and open to the public and contributes to the viability of the Community
2. _____ Cemeteries should host Supportive Events due to the nature of their business.
3. _____ An example of a Supportive Event is Tools For Schools
4. _____ Partnering with Influencers will assist the Funeral Home or Cemetery in organizing the Event.
5. _____ One of the Benefits of hosting an Event, is it allows staff to interact with the Community
6. _____ Memorial Day is an example of a Celebratory Event.
7. _____ An Event adds value to the Community.
8. _____ Events should be planned by period on the Activity Planning Calendar
9. _____ Budgets for Events are recorded on the Event Planning Worksheet
10. _____ If you wish to plan a give-away you should contact the Marketing Department.
11. _____ A Event's success depends greatly on "Creating Awareness" of the event to your target audience.
12. _____ After your Event is complete, you only need to keep your budget on file.

ALD009104

# Events Answer Key

Name: _____

Date: _____

*Read each question carefully, then write T (true) or F (false) on the line next to the question.*

1. _____  A "Community Event" is defined as one sponsored by an organization not wishing to profit; is free and open to the public and contributes to the viability of the Community

2. _____  Cemeteries should host Supportive Events due to the nature of their business.

3. _____  An example of a Supportive Event is Tools For Schools

4. _____  Partnering with Influencers will assist the Funeral Home or Cemetery in organizing the Event.

5. _____  One of the Benefits of hosting an Event, is it allows staff to interact with the Community

6. _____  Memorial Day is an example of a Celebratory Event.

7. _____  An Event adds value to the Community.

8. _____  Events should be planned by period on the Activity Planning Calendar

9. _____  Budgets for Events are recorded on the Event Planning Worksheet

10. _____  If you plan a give-away you should contact the Marketing Department.

11. _____  An Event's success depends greatly on "Creating Awareness" of the event to your target audience.

12. _____  After your Event is complete, you only need to keep your budget on file.

ALD009105



# Community Leadership
# Community Seminars

## For:

Location Managers/General Managers, Sales Managers, Advance Planning
Professionals

---

## Facilitated By:

Market Growth Managers

Regional Sales Managers

ALD009106

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



### WARM-UP EXERCISE

Say:

- To break the ice and get an idea of your presentation skills, each of you will give a brief two-minute presentation to the group on the topic: "Why I am excited about Community Leadership."

- When you stand up to do your presentation, you can follow these guidelines:

- Step 1 – Tell them: What you are going to tell them.

- Step 2 – Tell them: Give them the details of what you are telling them.

- Step 3 – Tell them: What you told them, which is the summary.

- I will go first to illustrate.



Do:

- Give a 2 minute speech following the three steps above.

Say:

- Now you will have a chance to prepare for your presentations.

ALDERWOODS GROUP

ALD009107

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



### Why I am Excited About Community Leadership

Purpose of Exercise:

- Determine skill level (starting point)
- Get everyone in front of the group

Instructions



Say:

- You will have 10 minutes to prepare.
- Please remember to plan your presentation utilizing these three steps:

  Step 1 – Tell them what you are going to tell them (Introduce your topic).

  Step 2 – Give them the details (Tell them).

  Step 3 – Tell them what you told them (Summarize).



Do:

- Allow 10 Minutes.
- Circulate around room to answer questions and offer assistance.



Say:

- Since it is difficult to "go first" each of you will roll dice to determine who will be going first, second, third and so on. Whoever rolls the highest number will start.



ALDERWOODS GROUP

ALD009108

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

Do:



- After allowing time for preparation and rolling the dice, have participants take turns standing and making their presentation to the group.

- After then end of each presentation make a brief positive comment.

- Do not focus on the "needs improvement" skills at this point.

Say:



- I would like you to think about your presentations and write down what you did well on a piece of paper.

- Allow 3 Minutes.

- Now I would like you to write down what you would do differently if you could do your presentation over again.

- Allow 3 Minutes.



Debrief Questions

Ask:

- What could we have done to make this easier for you?

Look For:

- Given us more time to prepare.

- Given us some information about our audience (if new team).

- Felt "fake" not a real presentation.

ALDERWOODS GROUP

ALD009109

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Say:

- It probably would have helped you if:
1. We had allowed more time for you to prepare and practice.
2. If you knew more about your audience.
3. If it would have been a real presentation instead of a simulation.



Ask:

- Do you think that being prepared would have made it less difficult?



Look For:

- Yes – speaking notes and slides will help keep us on track, etc.

Conclusions:

Say:



- Overall, you all have demonstrated some natural speaking skills which have given us a place to start.

- By the end of this training with some pointers and more practice, you should be well prepared to partner with Influencers to deliver excellent Community Seminars.

ALDERWOODS GROUP

ALD009110

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



# INTRODUCTION TO COMMUNITY SEMINARS PROGRAM

## Importance of Community Seminars

Say:

- Within your Community, there are many opportunities for you to partner with Community Influencers to highlight the location's services and the benefits of Community Seminars and Advance Planning.

- Advance Planning is a topic of increasing interest to consumers of all ages and lifestyles.

- The subject of death and final arrangements can be difficult for some, but many more people will be interested in your topic if it is presented in an informal, educational and interesting manner.

- This section of your training offers guidelines on how to prepare and follow up on Community Seminars.

  - Plan what to say when at the Community Seminar.

  - How to follow-up from members of the audience.

ALDERWOODS GROUP

ALD009111

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS







- The steps to take when following-up.

### Benefits of Community Seminars

Ask:

- What are the benefits of making group presentations?

Look For:

- Educate members of the Community on the benefits of Advance Planning.

- Offer a Community Service in the form of your Family Estate Planning Kit.

- Generate Leads for future sales presentations to potential customers.

- Increase Name Awareness of your Funeral Home or Cemetery

- Good Community Leadership for your Funeral Home or Cemetery.

Say:

- Community Seminars are a mutually beneficial way for Influencers to get involved in the Community.

- It provides both the Influencer's organization and the Funeral Home or Cemetery an opportunity to educate, generate leads, increase name



ALD009112

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

awareness, and is a form of good Community Leadership.

- With these benefits, you can see how having an active Community Seminars Program can increase your at-need business and pre-need business.

- We are going to focus on two stages of Community Seminars:

1. Preparation

2. Follow-up

- The third stage of Community Seminars is Delivering the "Planning Ahead for All the Right Reasons" Seminar.  This stage will be covered in a separate training module.

- Let us begin by identifying things that make Community Seminars successful.

ALDERWOODS GROUP

ALD009113

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS





Ask:

- Think of group presentations you have observed in the past. What made the presenter successful?

Look For:

- Professional appearance.
- Knowledgeable on the subject.
- Confident.
- Did not talk down to the audience.
- Good use of eye contact.
- Involved the audience.

ALDERWOODS GROUP

ALD009114

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

### Create Your Own Learning Objectives



Say:

- I would like you to take some time and consider the skills you believe are necessary to prepare and follow-up on Community Seminars.

- Once you have determined these skills, consider whether you believe you already do them well, or if you think you have room for improvement.

- Choose your top three areas that could use improvement and these will be your personal learning objectives for this training.



Do:

- Allow time for participants to write their own learning objectives.



Say:

- When we have finished this training, you will have gained knowledge and skills that will help you partner with Influencers, prepare for Community Seminars, and follow-up on those Seminars.

- Now let us take a look at workshop Learning Objectives.



ALDERWOODS GROUP

ALD009115

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Say:

- When we have finished this training, you will have gained the knowledge and skills that will help you partner with Influencers, prepare for Community Seminars, and follow-up on those Seminars

## Introduction to Two Stages of Community Seminars



Say:

- At the end of the training you will be able to follow the two stages of Community Seminars:

Stage One - Preparing For the Community Seminar:

- Examine how you can contribute to your Location's Community Seminars Program. Explain how to acquaint yourself with the organization's chairperson.

- Identify techniques for analyzing the audience.

- Write an effective introduction of yourself and the Influencer.

- Utilize a checklist to prepare for the presentation.

ALDERWOODS GROUP

ALD009116

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

Stage Two: Follow-Up after The
Community Seminar

- Describe the follow-up steps to take
  after a group presentation.

- Practice:

  - Thanking the Influencer.

  - Appointment-setting phone calls
    utilizing a sample telephone script.

ALDERWOODS GROUP

ALD009117

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



## STAGE ONE - PREPARING FOR THE COMMUNITY SEMINAR

Say:

- The first stage we will address is how to prepare for the Community Seminar.

How Seminars Are Scheduled:

- Introduces the kinds of Seminar topics and the various groups and Influencers that we will be working with.

Initial Contact With The Group:

- Provides an example letter and phone script to use to acquaint yourself with the group's chairperson.

Analyzing the Audience & Location:

- Addresses how to identify who the audience is, what they hope to gain from your presentation, and what you will want to know about presenting in the surroundings.

Preparing Materials:

- You will prepare a written introduction of yourself and the Influencer, determine what handouts to have available, and how to order them.

ALDERWOODS GROUP

ALD009118

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

Lead Generation Techniques:

- You will gain ideas and techniques to turn presentations into leads and leads into appointments.

Utilizing A Pre-Seminar Checklist:

- Use a checklist to ensure all of the details are attended to before a presentation.

- Let us get started with how Seminars are scheduled.

## How Seminars Are Scheduled

Say:



- The Community Seminars Program is a great opportunity for your Funeral Home or Cemetery to really offer your Community a valuable and insightful product free of charge.

- Location Managers and Sales Managers work closely together to create Leadership Networks within your Community and to schedule opportunities to conduct Seminars.

- There are six broad Seminar topics that can be run as a series or as one-off events.

ALDERWOODS GROUP

ALD009119

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

- All of the topics (with the exception of Advance Planning), will need you to work with Community Influencers, and have them present the Seminar topic that they are an expert of.  The six topics include:
  - Advance Planning.
  - Financial Planning.
  - Health and Well-Being.
  - Social Security/Veterans' Benefits.
  - Housing and Relocation.
  - Legal Aspects, such as Wills and Estate Planning.

- There are wide ranges of groups or organizations who you may be asked to partner with.  For example,
  - Religious groups/organizations.
  - Senior centers.
  - Community organizations.
  - Companies.
  - Police or fire departments.
  - Aftercare groups.
  - Retirement centers.
  - American Legion Post/VFW.
  - Chamber of commerce.
  - Service clubs.

ALDERWOODS GROUP

ALD009120

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Say:

- The purpose of preparing for the Seminar is to accomplish three things:

1. Make a favorable impression upon the group and Influencer about your Funeral Home or Cemetery.

2. Educate the Community.

3. Generate Leads for future sales presentations.

- You want to educate people about what you offer and how it benefits them.

- Your goal when running a Community Seminar is to create Awareness and increase at need and pre-need calls.

- You want to stimulate the audience's interest so that they will request more information about the services you offer.

ALDERWOODS GROUP

ALD009121

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



- Let us discuss how you will make your initial contact with the group.

### Initial Contact With The Group

Say:

- Often, the networking and scheduling of the Community Seminars will be done by the Location Manager and Sales Manager.

- The first step in a successful Community Seminar is having a knowledgeable speaker.  In a number of cases, this will not be you.  An excellent option is an Influencer with whom you have developed a strong, trusting relationship.

- Keeping consistent interaction with Influencers you have identified on your <u>Leadership Network Information Sheet</u> will assist you in developing these relationships.

- Depending on your target audience, setting up the Seminar may involve contacting appropriate groups in your Community to make them aware of a new Community service and then following up directly with these groups to schedule Seminar dates and times.

ALDERWOODS
GROUP

ALD009122

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

- This can be accomplished by following these steps:

  1. Obtain a list of Community groups from your local Chamber of Commerce.

  2. Utilize a developed letter summarizing your Seminar and mail to all appropriate groups.

  - See sample Seminar Approach



Do:

- Handout Sample Seminar Approach.

- Read sample.

- See next page for handout.



ALDERWOODS GROUP

ALD009123

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

INITIAL CONTACT WITH THE GROUP
SEMINAR APPROACH LETTER
<u>Contact Name</u>
C/O Organization
Address
City, State, Zip Code

Dear _____,

I am writing on behalf of (<u>Location Name</u>) to make you aware of a new community resource that may be of interest to you organization.

As the individual responsible for planning programs and activities for your organization, your first concern is designing interesting and beneficial program content for your members.

With this in mind, (<u>Location Name</u>) has partnered with leaders in the community to develop an informative presentations, designed specifically with community organizations in mind.

These fast moving programs consists of a brief slide presentation and discussion.   These programs are offered at no charge to all area community groups and organizations.

To receive more information about a seminar, or to schedule a date and time for your group, simply contact our Advance Planning Department at XXX-XXXX.

I will contact you in a few days to verify receipt of this letter and to answer any questions you may have.  Thank you for the opportunity to be of service to you and your organization.

Respectfully,
Advance Planning Professional
(Firm Name)

ALDERWOODS
GROUP

ALD009124

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

3.  Follow up each letter with a telephone call to confirm receipt of the mailing, determine the level of interest and obtain the name of the party responsible for arranging a Seminar.

- See Seminar Approach Letter Follow-up Script

4.  Contact Seminar arranger and explore the possibility of scheduling a Seminar for their group.

- Schedule Seminar and send confirmation letter.

- See Seminar Confirmation Letter.

Do:



- Hand out Samples.

- Allow time for Participants to read the letters and scripts.

- See next two pages for handouts.

ALDERWOODS GROUP

ALD009125

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

SEMINAR APPROACH LETTER FOLLOW-UP SCRIPT

"Hello, may I speak to (Contact Name) please?

Hi, (Contact Name).  This is (Your Name), Advance Planning Professional with (Location Name).  I wanted to speak briefly with you about a letter I sent you.  Do you have a moment to talk?"
(If no, set a more convenient time to call back.)

I recently sent you a letter introducing our new Community Seminars Program for groups and organizations.  Do you recall receiving that?
(If yes or no, continue.)

"We've developed several 20 to 30 minute programs for groups like yours.  I'm just touching base with everyone I sent the letter to let them know about the programs and answer any questions they might have.  Are you the program chairperson for your group?"
(If no, get the name of that person.)

<u>How often do you have guest speakers or special programs at your meetings?</u>

"Our programs are set up in a flexible 20 to 30 minute format, including a brief slide presentation that outlines a lot of valuable information.  I have been involved in the programs myself, and I have been getting great feedback so far."

I would love to have an opportunity to meet you and your group.  How can that be arranged?

(Set Seminar Appointment or arrange to contact program chair.)

ALDERWOODS GROUP

ALD009126

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

SEMINAR CONFIRMATION LETTER

CONTACT NAME
C/O ORGANIZATION
ADDRESS
CITY, STATE, ZIP CODE

DEAR _____,

Thank you for your interest in the _____ seminar presented as a
community service of (Location Name).

This letter will confirm our seminar presentation to (Group Name) at
(Seminar Location, Name and Address) on (Date and Time of Seminar).

I am looking forward to working with your group.  I am confident they will
find our program to be both interesting and beneficial.  I will contact you a
few days prior to the meeting to discuss the availability of audiovisual
equipment and to go over any final details.

Should you have any additional questions or need to contact me for any
reason prior to the meeting, I can be reached at XXX-XXXX.


SINCERELY.
(NAME)
ADVANCE PLANNING PROFESSIONAL
(LOCATION NAME)

ALDERWOODS
GROUP

ALD009127

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Say:

- In the case where your target audience is a specific group in the Community, you will need to acquaint yourself with the group's chairperson to introduce yourself and to be prepared.

- Generally speaking the chairperson is the person you are in contact with to organize and run the Seminar.

- If your first contact with the chairperson for the group is by telephone you will want to use a prepared outline to ensure you share and gather all of the information you will need to be prepared to deliver your presentation.

- I will demonstrate a call first, and then you will each have a go at it.

Do:



- Handout suggested outline telephone script.

- Read the following telephone script out loud.

- See next page for handout.

ALDERWOODS GROUP

ALD009128

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

SEMINAR CONFIRMATION CALL SCRIPT
THE FOLLOWING IS A SUGGESTED PHONE CONFIRMATION TO THE
ORGANIZATION'S CHAIRPERSON:

Hello, may I speak to (Contact Name) please?

Hi, (Contact Name) this is (Your Name) from (Location Name). I am just
calling to confirm everything for our presentation to (Group Name) on (Date
and Time of Seminar).

I just need to ask a couple of details. Do you have a moment? (If not, arrange
a convenient time to call back.)

How many members do you expect?

Thank you very much for this information. It will enable me to make sure that our
presentation will go smoothly and address the needs of your group. I will prepare a brief
introduction for you about our program and me. If you have questions please call me at
(Name of Location). I appreciate your time and look forward to meeting you in person
on (Date of Seminar).

ALDERWOODS
GROUP

ALD009129

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Say:

Good morning may I speak to Mr. Taylor?
Hi, Mr. Taylor, My name is Betty Jones and
I work at Garden of Peace Funeral Chapel
with Mr. Tom Brown. I believe he has
mentioned I would be calling you in regards
to the Community Seminar that we will be
providing to the Elm Street Church Seniors
on Tuesday April 5.

I wanted to call to introduce myself to you
as I will be the organizing the presentation.
Also, I was hoping you could share with me
a little bit about your group so that I can be
better prepared for my time with them. Is
now a good time?

How many members are expected to attend?

If applicable, where exactly will the
meeting take place? (Get Directions).

If applicable, what will be the seating
arrangement?

If applicable, what type of audiovisual
equipment is available? I will need an LCD
projector, screen, and an extension cord to
reach the nearest electrical outlet. Is that
something that is available, or will I need to
provide my own?

I usually set up about an hour ahead to
check the equipment and greet the
members.

ALDERWOODS GROUP

ALD009130

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Thank you very much for this information. It will enable me to make sure that our presentation will go smoothly and address the needs of your group.  If you have questions please call me at Garden of Peace.  I appreciate your time and look forward to meeting you in person on April 5th.



Say:

- Now it is your turn.
- I would like each of you to read the script out loud to yourself.
- It is going to get loud, but that is okay.

Do:

- Allow 3 minutes, then bring group back together for a quick debrief.

ALDERWOODS GROUP

ALD009131