# EXHIBIT 6
# (Part 2 of 2)

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



### Analyzing the Audience and Room

Say:

- As you can see from the outline, the objective of your conversation is to acquaint yourself with the chairperson and ask some questions so that you can be prepared for the Seminar.

- This is what analyzing the audience really is all about.

Ask:

- Why is it important to analyze your audience and room?

Look For

- So you know how to satisfy what is important to them.

- Helps you to be prepared with enough materials (handouts).

- So that you bring the necessary equipment (etc.) with you for the presentation.

Ask:

- What would you like to know about your audience?

Look For:

- What the members have in common and why they are with this group.

- The size of the group.

- What ages will be represented.



ALDERWOODS
GROUP

ALD009132

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



- Their interests and backgrounds.
- What they know about your topic.
- What they hope to learn/gain.
- What they know about your Funeral Home or Cemetery.

Say:

- You will want to consider why people are a part of this group.

- The answer might give you insight into what you should tell people.

- As often as possible, you should try to host the Seminar at your Funeral Home or Cemetery.

- This will assist in creating name awareness.

- In some cases, this may not be a possibility. For example, hosting an Estate Planning Seminar with a local Influencer and a target audience of an Assisted Living Community. If there are a number of guests in wheelchairs, it may be more suitable to host the Seminar at the Facility, rather than arranging transportation.

ALDERWOODS
GROUP

ALD009133

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS





Ask:

- What would you like to know about the room for your presentation? (Probe Why?)

Look For:

- The kind of room you will be presenting in.

    Why? Will you need a microphone?

- If there are accessible electrical outlets.

    Why? So you can plan for extension cords for your equipment.

- The seating arrangement.

    Why? Will they be at tables or chairs facing the podium?

- If you will need to arrange for and bring your own AV equipment.

    Why? So you can be prepared and arrange for equipment.

- The source of lighting.

    Why? Will there be a glare? Will it be dark enough for the audience to see the projected images?

ALDERWOODS GROUP

ALD009134

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Do:

- Handout Analyzing the Audience and Room.
- See next page for handout.

ALDERWOODS GROUP

ALD009135

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

### Analyzing Your Audience & Venue

- It's important to analyze each audience so that your presentation will satisfy the audience members' needs and concerns.

- In order to satisfy each audience, find out as much as you can about:

  - The size of the group.

  - What ages will be represented.

  - Their interests and backgrounds.

  - What they know about your topic.

  - What they hope to learn/gain.

  - What they know about your Location and Alderwoods Group.

- There are things you should find out about the venue where you will be presenting.  These include:

  - The kind of room you'll be presenting in.

  - If there are accessible electrical outlets.

  - The seating arrangement.

  - If you will need arrange for and bring your own AV equipment.

  - The source of lighting.

Other:

ALDERWOODS
GROUP

ALD009136

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Say:

- This handout summarizes everything we just discussed.

- Once you know who the audience is you can use the information to do the following:

1. You can plan your introduction.

2. Prepare stories or anecdotes to use that will fit with the interests of the group.

3. Prepare the right handouts and ensure you bring an adequate supply.

4. Determine how you will build rapport.

5. Prepare an Introduction for the Influencer that is speaking at the Seminar.



- This will set the stage so that you begin the Seminar in a positive way.

Do:

- Handout Preparing an Introduction.

- Read handout out loud to Learners.

- See next page for handout.

ALDERWOODS GROUP

ALD009137

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

### Preparing Your Introduction

- You will want to prepare a written introduction for whoever will be introducing you to the group as the guest speaker.
- Although it should be brief, there are certain points to be sure to include in your written introduction.  These include:
  - Your name.
  - The name of the location you represent.
  - Number of years location has served the community.
  - Civic or community involvement.
  - How long you have been affiliated with the location.
  - Your professional associations/involvement.
  - Personal story or achievement (brief).

### My Introduction:

ALD009138

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Say:

- This handout has all of the topics and items to include whether writing an introduction of yourself or the Influencer.

- Now have an opportunity to create your introduction.



### Write A Prepared Introduction

Purpose for this exercise:

- Participants prepare their introduction to set the stage for a successful presentation.

Say:



- We are going to take time now to allow you to prepare a brief introduction following these guidelines.

- These include:
  - Your Name.
  - Name of the location you represent.
  - Number of years the location has served the Community.
  - How long you have been affiliated with the location.
  - Your professional associations and civic involvement.
  - A brief personal story, achievement or anecdote.

ALDERWOODS GROUP

ALD009139

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Instructions:
Say:

1. Write your own introduction following the guidelines we have just discussed.

2. Then you will exchange your introduction with a partner.

3. You will be given time to practice each other's introductions.

4. Finally, you will introduce your partner to the group.

Do:



- Allow 10 Minutes.

- At the end of the 10 minutes, have participants exchange their introduction with a partner.

- Have the participants practice the introduction of their partner.

- Next, have the participants introduce each other to the group utilizing the prepared introduction.

Debrief Questions

Ask one at the end of each brief introduction.

ALDERWOODS GROUP

ALD009140

## COMMUNITY LEADERSHIP — COMMUNITY SEMINARS



Ask:

- From that introduction, what makes you want to learn more from this person?



Look For:

- Seems knowledgeable.

- Has a great deal of experience.

Ask:



- What makes you feel comfortable listening to this person?



Look For:

- Person seems genuine.

- Likeable.

- Trustworthy, has operated in the Community for a number of years.



Conclusions

Say:

- You now have an introduction that can be used that will help to set the stage for a successful presentation.

ALDERWOODS GROUP

ALD009141

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



### Preparing Materials For The Seminar

Say:

- In addition to preparing your introduction, the fact-finding questions you have asked when introducing yourself to the chairperson can help you be prepared with the right handout materials for the Seminar.

- Also be sure to contact the Influencer to find out if they have any handouts they will be providing, and if they plan on using slides during the Seminar.

Ask:



- Why do you think slides are used in most presentations?

Look For:



- Focuses the audience's attention.

- Enhances understanding.

- Improves retention.

- Adds polish and professionalism.

ALDERWOODS GROUP

Page 37

ALD009142

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Say:

- When talking to the Influencer if they have mentioned they will be using slides, ask:

- If they will be using paper slides. If so, will they be making copies for each guest?

- If they will be using an electronic presentation will they be supplying their own In Focus machine (Projector)?

- This will help prevent misunderstandings on the day of the Seminar.



Ask:

- What are some of the materials we might want to have available for guests at the Seminar?



Look For:

- "Many Good Reasons" Alderwoods Pre-planning brochure.

- "How To Plan Ahead For Peace of Mind."

- Brochures with a response/business reply mail card.

ALDERWOODS GROUP

ALD009143

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

Say:

- Once you have determined with the chairperson approximately how many attendees will be at the Seminar you need to ensure you have an adequate supply of your handouts.

- Alderwoods Advance Planning brochures can be ordered from BrandMuscle.

- Brochures from Mayflower National Life Insurance Company are available at no charge and can be ordered via e-mail, phoning or faxing your order to Melinda Gotreaux, Agent Support at Mayflower. (800-509-4959).

ALDERWOODS
GROUP

ALD009144

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS







Ask:

- What is the potential problem with giving handouts at the beginning or during a presentation?

Look For:

- May lose your audience's attention.
- Attendee may come in, pick up the handout and leave without your getting their name, etc.

Say:

- When hosting a Community Seminar, the main focus is not Advance Planning. You want to be sure not to offend your guests. Having a representative from the Sales Team at your Seminar will assist the Location Manager in getting information to your guests in a non-intrusive manner.

- A good idea is to set up a table with brochures, and information. Have a member of the Sales Team look after distributing materials, and greeting guests, as well as answering any questions that may arise.

ALDERWOODS
GROUP

ALD009145

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



### Generating Leads

Say:

- Let us talk about Lead Generation ideas at the Seminar.

- (Ask Rhetorically) How will we get the names of those interested in our services?

- You will use a Community Seminar Evaluation Form to obtain participant's comments about the presentation and to provide follow up to guests that are interested in your services.



Do:

- Handout and example of the evaluation form.
- See next page for handout.

ALDERWOODS GROUP

ALD009146

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

## Community Seminar Evaluation Form

Kindly take a minute to complete this form. Your feedback will help us create better seminars to serve you.

Did you learn anything new?     ☐Y ☐N

Would you like to learn more about:
Arranging a dignified cremation? ☐Y ☐N
Personalizing a funeral service?    ☐Y ☐ N
Arranging an affordable funeral?   ☐ Y☐ N
Planning a funeral in advance?    ☐Y ☐N

Would you like to receive the Family Estate Planning Kit? ☐Y ☐N

Will you attend again in the future?     ☐ Y ☐ N

Other Comments:


Name:

Address:

City, State, Zip
Phone

Signature:

### THANK YOU FOR ATTENDING

Personal information collected from you will be used to market or provide you with products and services from our Company. Such personal information shall be kept confidential and shall not be disclosed to any unauthorized third party. By completing this form, you acknowledge and consent to our Company's use of such information for such purposes and you may withdraw your consent at any time by contacting 1-877-707-7100.

ALDERWOODS
GROUP

ALD009147

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Say:

- Remember that one the main purposes of providing the Seminar is to grow At Need and Pre Need calls.
- One way to do this is through a complimentary Family Estate Planning Kit offer.

ALDERWOODS
GROUP

ALD009148

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

- Leads are acquired when we ask those who express interest in the free service to provide their names, addresses and telephone numbers on the evaluation form.

- Advance Planning Professionals will contact them by phone to set an appointment to deliver the service of our Family Estate Planning Kit and LifePlan Protection Presentation.

- The purpose of using the Family Estate Planning Kit is to stimulate interest in advance planning and to generate leads.

- Seminar leads are excellent leads for the Advance Planning Program.

- Of course, you want to personally deliver the Family Estate Planning Kits to members of the audience when you meet with them in their home.

- Location Managers should partner with their Advance Planning Professionals to take one sample of a completed Family Estate Planning Kit along to give our guests a clear look at your offer.

ALDERWOODS
GROUP

ALD009149

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



- You arrange to deliver Family Estate Planning Kits to those who are interested after the Seminar.

Ask:

- What other offers might you want to use to generate leads at a Community Seminar?



Look For:
- Pricing information.
- Veterans' Benefit Information.
- Social Security Benefit Information.
- Advance Directive or Living Will Document information.

### Utilizing A Pre-Seminar Checklist



Do:

- Handout Pre-Seminar Checklist.
- See next page for handout.


ALDERWOODS GROUP

ALD009150

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

## Pre-Seminar Checklist

**Week or two ahead:**

- ☐ Confirm date and time of presentation with SM or LM.
- ☐ Conduct introductory call to group's chairperson.
- ☐ Determine size of group and conduct an analysis of the audience and venue.
- ☐ If applicable, ensure you have directions to the site of your presentation.
- ☐ If applicable, arrange for audio visual equipment.
- ☐ Ensure you have adequate handouts for the anticipated audience – Inform SM of any you need.
- ☐ Ensure you have adequate business cards to take to the presentation.
- ☐ Print out Community Seminar Evaluation Forms.

**Day prior:**

- ☐ Call Chairperson and re-confirm the time and location..
- ☐ Arrange to pick-up any rented AV equipment and practice how to use it.
- ☐ Gather your handouts, business cards, and speaking notes.

**Day Of:**

- ☐ Ensure you look your best today.
- ☐ If applicable, arrive at the site of the presentation about an hour early to set-up.
- ☐ Double check all equipment.
- ☐ Take some time to look over your notes and opening statements.
- ☐ Greet audience members as they arrive.

ALDERWOODS GROUP

ALD009151

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Say:

- This checklist includes some of the details you should attend to prior to hosting the Seminar.

- Go ahead and read through the checklist now.



## Checklist Activity

Purpose of Exercise: To acquaint the Participants with the steps to take to ensure they are prepared for a Community Seminar.

Instructions

Say:



- Select a partner.

- Take turns articulating the steps that should be taken to prepare for delivering a Community Seminar.

- Try to state the steps from memory, but you may refer to the checklist.

- You will have about 5 minutes each.

- Determine if there are other steps that should be taken in preparation.

ALDERWOODS
GROUP

ALD009152

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



**Do:**
- Allow time for the exercise.

**Debrief Questions:**



**Ask:**
- How will you use this exercise when preparing for a Seminar?



**Look For:**
- Will have steps to follow to prepare for hosting a Seminar.
- You can use the checklist when partnering with the Influencer, to help them prepare as well.



**Say:**
- Now you have an idea of what it will take to prepare for the Seminar. Once the Seminar has been hosted, you should follow-up with guests and thank those that helped make the Seminar a success.

ALDERWOODS
GROUP

ALD009153

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



### STAGE TWO – FOLLOWING UP AFTER THE COMMUNITY SEMINAR

Say:

- A lead is useless if you do not follow-up.

Do:

- Handout Steps to Following Up.
- See next page for handout.



Page 49

ALD009154

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

Follow the steps below after the Seminar:

1. Work with your Location Manger or Sales Manager to send a letter of thanks to the organization with a reminder that Alderwoods is a source of educational literature and presentations. This should come from whoever scheduled the Community Seminar and should also include your signature as the presenter.

2. Transfer the information from the Community Seminars Evaluation Form into the Lead Tracking System.

3. Check to ensure, those guest you intend on calling are not on the "Do Not Call List."

4. Call each guest to thank them for attending and to schedule an appointment to deliver the Family Estate Planning Kit.

5. Visit the guest's home. Present the Family Estate Planning Kit and make the LifePlan Protection presentation.

6. Ask every guest for referrals, not just those who enroll in the program. Ask for referrals based on the value of the Family Estate Planning Kit.

7. Send a letter of introduction to all referrals with the Family Estate Planning Kit offer.

ALDERWOODS GROUP

ALD009155

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Say:

- A lead is useless if you do not follow-up.

The steps are:

8. Work with your Location Manger or Sales Manager to send a Thank-You letter to the organization with a reminder that your Funeral Home or Cemetery is a source of educational literature and presentations.

   - This should come from whoever scheduled the Community Seminar and should also include your signature as the Influencer.

9. Forward information from guests that indicated an interest in finding out more about your services to an Advance Planning Professional.

10. Advance Planning Professional should transfer the information from the Community Seminars Evaluation Form into the Lead Tracking System.

11. Call each guest who requested information to thank them for attending and to schedule an appointment to deliver the Family Estate Planning Kit

12. Visit the guest's home. Present the Family Estate Planning Kit and make the LifePlan Protection presentation.

ALDERWOODS
GROUP

ALD009156

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

13.   Ask every guest for referrals, not just those who enroll in the program. Ask for referrals based on the value of the Family Estate Planning Kit. If they say "no" do not take it personally.

14.   Make sure referrals are not on the "DO NOT CALL LIST" prior to sending a letter of introduction.

15.   Send a letter of introduction to all referrals with the Family Estate Planning Kit offer or simply call referrals for an appointment.

Say:



- When managing your guests, be sure to indicate the Organization's name and the date of your presentation so that you can make reference to it when you call to set the appointment.

- Remember the purpose of your call is to set the appointment, not to sell the Advance Planning program over the phone.

- When setting appointments following the Community Seminar it is important to consider the following:

- Are both the husband and wife available?

- Do you have accurate directions to the home?

ALDERWOODS GROUP

ALD009157

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Do:

- Have you offered an alternate choice of appointment in case one is not convenient for the family?

- Handout Follow-Up Telephone Script.
- See next page for handout.

ALDERWOODS
GROUP

ALD009158

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

## Seminar Follow-Up

## Telephone Script – Interest Indicated

Mrs. Logan, I'm Larry Adams from the Park Funeral Home. We met at the meeting of your Retired Persons Association last Wednesday.

I was looking over the evaluation forms the members turned in following the Seminar and I am pleased to say that everyone liked the Seminar. Like you, almost everyone asked for more information.

I'd like to bring by the information you requested along with the Family Estate Planning Kit and explain how it can help you in your personal planning.

I'll be in your neighborhood a couple of times this week. Would Wednesday evening at 7:50 be convenient, or would Thursday morning be better for you and Mr. Logan?

ALDERWOODS GROUP

ALD009159

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Say:

- Thanking Influencers is equally as important as following up on leads.

- Remember, the Seminar could not be a success without a knowledgeable speaker.

- BrandMuscle contains a sample Thank You note that can be used as guide when thanking Influencers. In addition to a thank you note, you may want to personally call the Influencer to thank them, and receive their feedback on the Seminar.



Do:

- Go to BrandMuscle and download the Seminar Thank You Note template.

- See next page for sample.

ALD009160

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

Dear (speaker),

I would like to thank you for your participation in the <name of seminar> seminar. Based on the response from attendees your topic was very well received and I hope that you will consider being involved in our community programs again in the future.

I look forward to speaking with you soon. If you have any thoughts or ideas on additional seminar topics I would love to hear them.

Sincerely,


<location manager>
<location>
<location phone>
<location address>
<e-mail address>

ALDERWOODS GROUP

ALD009161

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



### Exercise for Sales Team

### Phoning For Appointments

Purpose of exercise: To practice the follow-up step of setting appointments from leads generated at the Community Seminar.

Instructions:



Say:

- Read the sample script for a follow-up call when interest was indicated on the Evaluation Form.

- In partners, alternate playing the role of the Advance Planning Professional who will read the script (over the telephone) and the customer who will offer realistic examples of resistance based on the scenario.

- You will have 10 minutes total time.



Do:



- Allow 10 Minutes.

Say:



- Read the second follow-up script for when interest was not indicated on the Evaluation Form

- This is also found on page 25 of your Participant Guide

- Switch roles and repeat the process.

ALDERWOODS GROUP

ALD009162

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



- Again, you will have 10 minutes of total time.

Do:

- Allow 10 Minutes.



Debrief Questions:

Ask:

- How did the calls go to those who indicated interest on the Evaluation Form?



Look For:

- I was confident.

- Expected to get an appointment.

- Had less resistance.

Ask:



- How many set an appointment from the call to the person who indicated interest on the Evaluation Form?

Look For:



- Show of hands.

Ask:



- How did you feel making calls to people who did not indicate an interest?

ALDERWOODS GROUP

ALD009163

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



**Look For:**

- Glad I had a script.

- Experienced more resistance.

- Was not confident if I would get an appointment.



**Ask:**

- How many set an appointment from the call to the person who did not indicate interest on the Evaluation form?



**Look For:**

- Show of hands.

**Summarize:**



**Say:**

- You have done an excellent job of practicing these calls.

- Remember, the sample script should be put into your own words with your own style and personality.

- These scripts provide you with a framework of what you should cover in the call.

- The two most important keys to follow-up are:

1. That no lead is worth anything unless it is followed up.



ALD009164

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS

2. To be sure to ask for referrals from every guest to create an endless chain of new leads.

ALDERWOODS
GROUP

ALD009165

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Exercise for Operational Team
Thanking Influencers.

Purpose of exercise: To practice
thanking Influencers who presented in
the Community Seminar.

Instructions:

- Using the Thank You note
  template as a guide.

- Learner to write a Thank You note
  to an Influencer with whom they
  plan on partnering to host a
  Seminar in the next quarter.

- The note can be handwritten or
  typed.

Conclusions

- It is important to thank those that
  helped make your Seminar a
  success.

- Without an expert guest speaker,
  you may not have the opportunity
  to host a Community Seminar.

- Writing a simple thank you note,
  and or calling will show the
  Influencer that the partnership is
  important to you.

**ALDERWOODS** GROUP

ALD009166

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



## Summary

Say:

- You have been able to go through and follow the two stages of Community Seminars.

## In Stage One:  Preparing For The Community Seminar:

- We discussed the various groups that are good target audiences for Community Seminars.



Ask:

- What were some of those groups?



Look For:

- Religious groups/organizations.
- Senior centers.
- Community organizations.
- Companies.
- Police or Fire departments.
- Aftercare groups.
- Retirement centers.
- American Legion Post/VFW.
- Chamber of commerce.
- Service clubs.

ALDERWOODS GROUP

ALD009167

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Say:

- We discussed appropriate letters and telephone scripts to contact these types of groups to generate interest in our Community Seminars Program. You learned the kinds of questions to ask to help analyze your audience and venue.



Ask:

- To prepare, what things should you know ahead of time about the group and the venue?



Look For:

- The size of the group.
- What ages will be represented.
- Their interests and backgrounds.
- What they know about your topic.
- What they hope to learn/gain.
- What they know about the Funeral Home or Cemetery.
- The type and size of room you are presenting in.
- The seating arrangement.
- The source of lighting
- Are there electrical outlets?
- Will you need to provide AV equipment?

ALDERWOODS GROUP

ALD009168

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Say:

- You learned how to take the information you have gathered and prepare for your presentation utilizing a Pre-Seminar Checklist.

- You created a prepared introduction of yourself and the Influencer to use at the Community Seminar.

- We discussed and provided examples of handouts and offers to use at presentations.

- We discussed lead generation ideas to use at group presentations.



Ask:

- In addition to the Family Estate Planning Kit, what are some other lead generation tools?



Look For:

- Pricing Information
- Advance Directive or Living Will documents.
- Social Security (Social Insurance). Benefit Information.
- Veterans' Benefits Information.


ALDERWOODS GROUP

ALD009169

## COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Ask:
- How do you get the names and phone numbers of people who are interested in learning more about your services?

Look For:
- Community Seminar Evaluation Form



### And, in Stage Two: Follow-Up After The Community Seminar:

- You have learned the steps to take after a group presentation, practiced with follow-up phone calls and thanked Influencers.

Ask:
- What are those steps?

ALDERWOODS GROUP

ALD009170

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



Look For:

- Send a Thank You letter.
- Enter leads into Lead Tracking System.
- Call all guests.
- Personally deliver Estate Planning Kits.
- Ask for referrals!

## Knowledge Test



Say:

- Your last task is to write the Knowledge Test for this workshop.

- I am sure you will have no problem successfully completing it; its purpose is a knowledge check to ensure all the material has been covered.

- You will have 10 minutes to complete it.



Do:

- Distribute Knowledge Tests.
- Monitor the test.
- Collect tests after 10 minutes.

ALDERWOODS GROUP

ALD009171

# COMMUNITY LEADERSHIP – COMMUNITY SEMINARS



## Final Thoughts

Say:

- Community Seminars are an opportunity to for you to partner with Influencers to educate the Community.
- They allow people to learn more about advance planning.
- Your belief and conviction in the value of Community Seminars will go a long way to impress your guests and Influencers.

- Millions of North Americans have indicated that they believe pre-planning is a good idea.
- Your following-up in a relaxed setting to inform, educate and assist them in understanding their choices and options before the need arises is a service you should feel good about.

ALDERWOODS GROUP

ALD009172

# PARTICIPANT
# MATERIALS

ALD009173

INITIAL CONTACT WITH THE
GROUP
SEMINAR APPROACH LETTER

**Contact Name**
C/O Organization
Address
City, State, Zip Code

Dear _____,

I am writing on behalf of (<u>Location Name</u>) to make you aware of a new community resource that may be of interest to you organization.

As the individual responsible for planning programs and activities for your organization, your first concern is designing interesting and beneficial program content for your members.

With this in mind, (<u>Location Name)</u> has partnered with leaders in the community to develop an informative presentations, designed specifically with community organizations in mind.

These fast moving programs consists of a brief slide presentation and discussion.   These programs are offered at no charge to all area community groups and organizations.

To receive more information about a seminar, or to schedule a date and time for your group, simply contact our Advance Planning Department at XXX-XXXX.

I will contact you in a few days to verify receipt of this letter and to answer any questions you may have.  Thank you for the opportunity to be of service to you and your organization.

Respectfully,
Advance Planning Professional
(Firm Name)

ALD009174

SEMINAR APPROACH LETTER FOLLOW-UP SCRIPT

"Hello, may I speak to (Contact Name) please?

Hi, (Contact Name). This is (Your Name), Advance Planning
Professional with (Location Name). I wanted to speak briefly with you
about a letter I sent you. Do you have a moment to talk?"
(If no, set a more convenient time to call back.)

I recently sent you a letter introducing our new Community Seminars Program for
groups and organizations. Do you recall receiving that?
(If yes or no, continue.)

"We've developed several 20 to 30 minute programs for groups like yours.
I'm just touching base with everyone I sent the letter to let them know
about the programs and answer any questions they might have. Are you
the program chairperson for your group?"
(If no, get the name of that person.)

**How often do you have guest speakers or special programs at your
meetings?**

"Our programs are set up in a flexible 20 to 30 minute format, including a
brief slide presentation that outlines a lot of valuable information. I have
been involved in the programs myself, and I have been getting great
feedback so far."

I would love to have an opportunity to meet you and your group. How
can that be arranged?

(Set Seminar Appointment or arrange to contact program chair.)

ALD009175

Seminar Confirmation Letter

Contact Name
C/O Organization
Address
City, State, Zip Code

Dear _____,

Thank you for your interest in the "Planning Ahead For All The Right Reasons" seminar presented as a community service of (Location Name).

This letter will confirm our seminar presentation to (Group Name) at (Seminar Location, Name and Address) on (Date and Time of Seminar).

I am looking forward to visiting with your group.  I am confident they will find our program to be both interesting and beneficial.  I will contact you a few days prior to the meeting to discuss the availability of audiovisual equipment and to go over any final details.

Should you have any additional questions or need to contact me for any reason prior to the meeting, I can be reached at XXX-XXXX.


Sincerely.


(Name)
Advance Planning Professional
(Location Name)

ALD009176

SEMINAR CONFIRMATION CALL SCRIPT
THE FOLLOWING IS A SUGGESTED PHONE CONFIRMATION TO
THE ORGANIZATION'S CHAIRPERSON:

Hello, may I speak to (Contact Name) please?

Hi, (Contact Name) this is (Your Name) from (Location Name). I am just
calling to confirm everything for our presentation to (Group Name) on
(Date and Time of Seminar).

I just need to ask a couple of details. Do you have a moment? (If not,
arrange a convenient time to call back.)

How many members do you expect?

Thank you very much for this information. It will enable me to make sure that our
presentation will go smoothly and address the needs of your group. I will prepare a
brief introduction for you about our program and me. If you have questions please
call me at (Name of Location). I appreciate your time and look forward to meeting
you in person on (Date of Seminar).

ALD009177

## Analyzing Your Audience & Venue

- It's important to analyze each audience so that your presentation will satisfy the audience members' needs and concerns.

- In order to satisfy each audience, find out as much as you can about:

  - The size of the group.

  - What ages will be represented.

  - Their interests and backgrounds.

  - What they know about your topic.

  - What they hope to learn/gain.

  - What they know about your Location and Alderwoods Group.

- There are things you should find out about the venue where you will be presenting.  These include:

  - The kind of room you'll be presenting in.

  - If there are accessible electrical outlets.

  - The seating arrangement.

  - If you will need arrange for and bring your own AV equipment.

  - The source of lighting.

Other:

ALD009178

## Preparing Your Introduction

- You will want to prepare a written introduction for whoever will be introducing you to the group as the guest speaker.

- Although it should be brief, there are certain points to be sure to include in your written introduction.  These include:
  - Your name.
  - The name of the location you represent.
  - Number of years location has served the community.
  - Civic or community involvement.
  - How long you have been affiliated with the location.
  - Your professional associations/involvement.
  - Personal story or achievement (brief).

## My Introduction:

ALD009180

## Sample Community Seminar Evaluation Form

### Community Seminar Evaluation Form

Kindly take a minute to complete this form. Your feedback will help us create better seminars to serve you.

Did you learn anything new?                    ☐Y ☐N

Would you like to learn more about:
Arranging a dignified cremation? ☐Y ☐N
Personalizing a funeral service?        ☐Y ☐ N
Arranging an affordable funeral?      ☐ Y☐ N
Planning a funeral in advance?         ☐Y ☐N

Would you like to receive the Family Estate Planning Kit? ☐Y ☐N

Will you attend again in the future?        ☐ Y ☐ N

Other Comments:

Name:

Address:

City, State, Zip
Phone

Signature:

THANK YOU FOR ATTENDING

Personal information collected from you will be used to market or provide you with products and services from
our Company. Such personal information shall be kept confidential and shall not be disclosed to any unauthorized
third party. By completing this form, you acknowledge and consent to our Company's use of such information for
such purposes and you may withdraw your consent at any time by contacting 1-877-707-7100.

ALD009181

## Pre-Seminar Checklist
Week or two ahead:

- ☐ Confirm date and time of presentation with SM or LM.
- ☐ Conduct introductory call to group's chairperson.
- ☐ Determine size of group and conduct an analysis of the audience and venue.
- ☐ If applicable, ensure you have directions to the site of your presentation.
- ☐ If applicable, arrange for audio visual equipment.
- ☐ Ensure you have adequate handouts for the anticipated audience – Inform SM of any you need.
- ☐ Ensure you have adequate business cards to take to the presentation.
- ☐ Print out Community Seminar Evaluation Forms.

Day prior:

- ☐ Call Chairperson and re-confirm the time and location..
- ☐ Arrange to pick-up any rented AV equipment and practice how to use it.
- ☐ Gather your handouts, business cards, and speaking notes.

Day Of:

- ☐ Ensure you look your best today.
- ☐ If applicable, arrive at the site of the presentation about an hour early to set-up.
- ☐ Double check all equipment.
- ☐ Take some time to look over your notes and opening statements.

Greet audience members as they arrive.

Follow the steps below after the Seminar:

1. Work with your Location Manger or Sales Manager to send a letter of thanks to the organization with a reminder that Alderwoods is a source of educational literature and presentations. This should come from whoever scheduled the Community Seminar and should also include your signature as the presenter.

2. Transfer the information from the Community Seminars Evaluation Form into the Lead Tracking System.

3. Check to ensure, those guest you intend on calling are not on the "Do Not Call List."

4. Call each guest to thank them for attending and to schedule an appointment to deliver the Family Estate Planning Kit.

5. Visit the guest's home. Present the Family Estate Planning Kit and make the LifePlan Protection presentation.

6. Ask every guest for referrals, not just those who enroll in the program. Ask for referrals based on the value of the Family Estate Planning Kit.

7. Send a letter of introduction to all referrals with the Family Estate Planning Kit offer.

ALD009183

## Seminar Follow-Up

## Telephone Script -- Interest Indicated

Mrs. Logan, I'm Larry Adams from the Park Funeral Home. We met at the meeting of your Retired Persons Association last Wednesday.

I was looking over the evaluation forms the members turned in following the Seminar and I am pleased to say that everyone liked the Seminar. Like you, almost everyone asked for more information.

I'd like to bring by the information you requested along with the Family Estate Planning Kit and explain how it can help you in your personal planning.

I'll be in your neighborhood a couple of times this week. Would Wednesday evening at 7:50 be convenient, or would Thursday morning be better for you and Mr. Logan?

ALD009184

Dear (speaker),

I would like to thank you for your participation in the <name of seminar> seminar. Based on the response from attendees your topic was very well received and I hope that you will consider being involved in our community programs again in the future.

I look forward to speaking with you soon. If you have any thoughts or ideas on additional seminar topics I would love to hear them.

Sincerely,


<location manager>
<location>
<location phone>
<location address>
<e-mail address>

ALD009185

# Knowledge Test

Community Seminars Program –

1. An active Community Seminars Program can increase the Location's at-need business as well as the pre-need business.
   a. True
   b. False

2. The purpose of offering the Family Estate Planning Kit is to:
   a. Stimulate interest from the audience
   b. Generate quality leads
   c. Make the sale for you
   d. a and c
   e. a and b

3. You should take enough Family Estate Planning Kits to the Seminar in order to hand them out to everyone in attendance.
   a. True
   b. False

4. Generally it is a good idea for the Influencer to prepare your introduction.
   a. True
   b. False

5. It is usually a good idea to include the following items in one's introduction:
   a. Your name and name of the Location you represent
   b. Length of time with the Location
   c. Organizational memberships, community service or involvement
   d. An accomplishment or achievement
   e. a and c
   f. All of the above

6. After the Seminar an important step is to _____ _____ with those who attended the presentation to _____ the Family Estate Planning Kit.
   a. Have lunch; critique
   b. Follow-Up; mail
   c. Schedule appointments; deliver

ALD009186

## Knowledge Test          Community Seminars Program –

1. An active Community Seminars Program can increase the Location's at-need business as well as the pre-need business.
   a. True
   b. False

2. The purpose of offering the Family Estate Planning Kit is to:
   a.   Stimulate interest from the audience
   b.   Generate quality leads
   c.   Make the sale for you
   d.   a and c
   e.   a and b

3. You should take enough Family Estate Planning Kits to the Seminar in order to hand them out to everyone in attendance.
   a. True
   b. False

4. Generally it is a good idea for the Influencer to prepare your introduction.
   a. True
   b. False

5. It is usually a good idea to include the following items in one's introduction:
   a.   Your name and name of the Location you represent
   b.   Length of time with the Location
   c.   Organizational memberships, community service or involvement
   d.   An accomplishment or achievement
   e.   a and c
   f.   All of the above

6. After the Seminar an important step is to _____ _____ with those who attended the presentation to _____ the Family Estate Planning Kit.
   a.   Have lunch; critique
   b.   Follow-Up; mail
   c.   Schedule appointments; deliver

ALDERWOODS
GROUP

ALD009187



# COMMUNITY LEADERSHIP SPONSORSHIP

## For:
Location Managers and General Managers

## Facilitated by:
Market Growth Manager

ALD009188

# COMMUNITY LEADERSHIP – SPONSORSHIP

Handouts
- Differences Between Events and Sponsorships
- Sponsorship Questions to Ask
- Blank Sponsorship Summary Sheet

Things you will need
- Location's Activity Planning Calendar

ALDERWOODS GROUP

2

ALD009189

# COMMUNITY LEADERSHIP - SPONSORSHIP

---

## Sponsorships

### Define Sponsorship
Learners will be able to:
- Define Sponsorship in the context of Community Events and relationships.



Say:

- Sponsorship is another way to create awareness of your Funeral Home or Cemetery.
- Sponsorship is providing organizations in the community with a financial contribution, donation or time.
- Sponsorship can get costly so you want to ensure the organizations that you are sponsoring are recognizing your efforts to the Community.
- Sponsorship can be an effective way for the Funeral Home or Cemetery to be involved in a number of Community Events without fully participating or organizing the Event.
- For example, the Community Church is organizing a Volunteer Appreciation Golf Tournament.
- The Funeral Home is asked for a financial contribution; however you may wish to participate by donating water bottles with your Funeral Home information on it.
- This would be a type of give-away that the Funeral Home or Cemetery would partner with the Marketing Department.
- All Sponsorship activities should be budgeted on the <u>Activity Planning Calendar</u>.

ALDERWOODS GROUP

3

# COMMUNITY LEADERSHIP - SPONSORSHIP

---



Do:

- Handout the Differences between Events and Sponsorships.
- Read handout.
- See next page for handout.

ALDERWOODS GROUP

4

ALD009191

# COMMUNITY LEADERSHIP - SPONSORSHIP

## Differences Between Events and Sponsorships

|  | Events | Sponsorships |
|---|---|---|
| Organization | Funeral Home / Cemetery Exclusively | Shared Recognition |
| Owner | Funeral Home / Cemetery Exclusively | Shared Recognition |
| Recognition | Funeral Home / Cemetery and maybe a partner | Shared Recognition |
| Time Investment | Heavy | Light |
| Target Audience | We Define<br>Examples:<br>Memorial Day Service<br>Luminary Service<br>Sweats For Vets<br>Clothing Drive<br>Bike Awareness | Others Define<br>Examples:<br>Community Fair<br>Memorial Golf Tournament<br>Senior Expo<br>Church Donation |

ALDERWOODS GROUP

5

# COMMUNITY LEADERSHIP - SPONSORSHIP

 Say:

- When deciding to sponsor an Organization's Event, remember that a partner controls most of the details, including the guest list and how Sponsors will be recognized.
- Be sure not to sponsor an Event by simply cutting a check.
- Find out what the Organizers really need, and see if you can donate those items instead.
- Be sure when donating that you are aware of how the target audience will be told of your participation.

ALDERWOODS GROUP

6

ALD009193

# COMMUNITY LEADERSHIP - SPONSORSHIP

## Sponsorships
## Work With Community Influencers.
Learners will be able to:

- Describe how to work with Community Influencers to determine Sponsorship.

 Say:

- If you are a Sponsor, that means you are the Influencer.
- Organizations in your Community will approach you for donations or Sponsorships.
- If you hear of an Event taking place in your Community you can also approach the organizers to get involved as a Sponsor.
- When meeting or speaking to Influencers during your get-togethers, you should discuss when they have Events planned over the course of the year.
- This will help you to plan a budgeted amount on your Activities Planning Calendar.
- You want to ensure that the Funeral Home or Cemetery is benefiting from the sponsorship you provide to an organization.
- For example, if the Church is asking for a donation for a raffle, find out how the Funeral Home or Cemetery will be recognized. Perhaps a month of free advertising in the Church Bulletin.

Ask:



- What are some other examples of Sponsorships that you can help with?

ALD009194

# COMMUNITY LEADERSHIP - SPONSORSHIP



Look for:

- Provide and set up tents for shelters as a Community Event.
- Provide refreshments for local fairs, fundraisers or celebrations.
- Support Sporting activities by providing snacks or give-aways.
- Provide gift certificates for a Church/Club raffle or bazaar.



Do:

- Handout the Sponsorships Questions To Ask.
- See next page for handout.

ALDERWOODS GROUP

8

ALD009195

# COMMUNITY LEADERSHIP - SPONSORSHIP

---

Sponsorship
Questions to Ask Yourself

Ask the following questions to determine if the sponsorship really makes sense for your Funeral Home or Cemetery:

1. Who are you trying to reach?  What is the demographic that would be affected by this sponsorship?
2. Is this a cost effective sponsorship? Will you get a return from the sponsorship?
3. Is this a charity event?   How big is your sphere of influence with this Sponsorship?
4. How does this Event tie into the Funeral Home or Cemetery? Can you host on the property? How large is your exposure, or is the sponsorship strictly financial support?
5. Is this an annual Event or a one time Event?  Will you have to sponsor at the same level every year, or is there an exit strategy in place to limit the costs over time?

ALDERWOODS GROUP

9

ALD009196

# COMMUNITY LEADERSHIP - SPONSORSHIP

 Say:

- When asked to Sponsor Community Events, ask the following questions to determine if the sponsorship really makes sense:

- Who are you trying to reach?  What is the demographic that would be affected by this sponsorship?

- Is this a cost effective sponsorship? Will you get a return from the sponsorship?

- Is this a charity event?  How big is your sphere of influence with this Sponsorship?

- How does this Event tie into the Funeral Home or Cemetery? Can you host on the property? How large is your exposure, or is the sponsorship strictly financial support?

- Is this an annual Event or a one time Event?  Will you have to sponsor at the same level every year, or is there an exit strategy in place to limit the costs over time?

- In this case, be sure to have an agreement in place with the partner.

ALDERWOODS GROUP

ALD009197

# COMMUNITY LEADERSHIP - SPONSORSHIP

- For example, you are approached to help out the local Holiday Parade. Commit to the Sponsor 25% of the costs this year, 10% of the costs next year, and 5% of the costs the third year. This will give the Partner an opportunity to build other relationships in the Community and get other Sponsors for the Event.
- You are the Leader of the Funeral Home or Cemetery. The decision you make must be in the best interest of the business.

## Sponsorships

### Planning for Sponsorship

Learners will be able to:

- Demonstrate how to plan sponsorship funding needs on Activity Planning Calendar.

 Say:

- Your Activity Planning Calendar is used to budget Sponsorship activities.
- Working with your Influencers will help you to determine where to put your resources.
- For each Event you wish to Sponsor enter the amount of money you wish to spend under the Sponsorship line for the required period.
- Discretionary Spending should not be used for Sponsorship activities.

ALDERWOODS GROUP

11

ALD009198

# COMMUNITY LEADERSHIP - SPONSORSHIP



Do:

- Point out to Manager the line for Sponsorship on the Activity Planning Calendar.
- See if there is anything allotted to Sponsorship for the year.
- If there is, Learner to make a note for each allotment of money and which Events the Funeral Home is planning to Sponsor.
- If there is not anything allotted in the budget, discuss with Manager if they are planning to Sponsor, and where they have money allotted in their Activities Planning Calendar.
- If the money is allotted in the wrong line, instruct Manager to move the money to the Sponsorship line for the Period they will be sponsoring.

ALDERWOODS GROUP

ALD009199

# COMMUNITY LEADERSHIP - SPONSORSHIP

## Sponsorships

### Recording Sponsorship
Learners will be able to:

- Describe the purpose of the Sponsorship Summary Sheet.



Say:

- Once you have decided to Sponsor an Event, it should be recorded on the <u>Sponsorship Summary Sheet</u>.

- This is used to assist in determining the value of the Sponsorship, and provide best practice sharing opportunities for other Locations in the Market.

- The MGM uses this sheet to help determine the volume of sponsorships and shares relevant best practices from other Funeral Homes and Cemeteries in the Market.

- To complete the sheet, enter the Location Number and Name, as well as the total annual Sponsorship Budget in the top areas of the form.

- Under the "Sponsored Group" column record the name of the Organization you are Sponsoring.

- Under the Notes section, record exactly what you are doing to sponsor the Event, when it is taking place, the target audience, and how the Funeral Home or Cemetery is being recognized for the Sponsorship.

- Under Budget, record the estimated amount of money that will be spent on this Sponsorship.



Do:

- Handout Blank <u>Sponsorship Summary Sheet</u>.

- Using discussion from last section, Manager to complete the <u>Sponsorship Summary Sheet</u> with planned Sponsorships for the remainder of the year.

- See Next Page for Handout.

ALDERWOODS GROUP

13

ALD009200

# COMMUNITY LEADERSHIP - SPONSORSHIP

### SPONSORSHIP SUMMARY SHEET

Location Number:_____

Location Name:_____

Budget:_____

| Sponsored Group | Notes | Budget |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

ALDERWOODS
GROUP

14

# COMMUNITY LEADERSHIP - SPONSORSHIP

### Summary



Say:

- Sponsorship is another way of creating name awareness for the Funeral Home or Cemetery.
- Talking with your Influencers on a regular basis will help you plan for your Funeral Home or Cemetery's future Sponsorships.
- Be sure to ask before committing yourself to Sponsoring an Event what the value will be to your Funeral Home or Cemetery.
- Budget for Sponsorship on the Activity Planning Calendar.
- Use the <u>Sponsorship Summary Sheet</u> to keep track of your Sponsorship activities.

ALDERWOODS GROUP

ALD009202

# PARTICIPANT
# MATERIALS

ALD009203

## Differences Between Events and Sponsorships

|  | Events | Sponsorships |
|---|---|---|
| Organization | Funeral Home / Cemetery Exclusively | Shared Recognition |
| Owner | Funeral Home / Cemetery Exclusively | Shared Recognition |
| Recognition | Funeral Home / Cemetery and maybe a partner | Shared Recognition |
| Time Investment | Heavy | Light |
| Target Audience | We Define | Others Define |
|  | Examples: | Examples: |
|  | Memorial Day Service | Community Fair |
|  | Luminary Service | Memorial Golf |
|  | Sweats For Vets | Tournament |
|  | Clothing Drive | Senior Expo |
|  | Bike Awareness | Church Donation |

ALD009204

## Sponsorship Questions to Ask

Ask the following questions, and see if the sponsorship really makes sense:

1. What is the demographic that would be affected by this sponsorship...? (does it meet the demographic that we are trying to reach?)
2. Is this a cost effective sponsorship (do we really think that we will get out moneys worth out of the sponsorship?)
3. Is this a Charity or worthwhile event? .How big a sphere will this sponsorship see, large scale or small?
4. How can we make this event tie into the location? Can we host on the property, will we get exposure, or is it just money out the door?
5. Is the event annual or a one time? Will we have to sponsor at the same level year over year, or is there an exit strategy in place to limit the costs over time.

ALD009205

## SPONSORSHIP SUMMARY SHEET

Location Number:_____

Location Name:_____

Budget:_____

| Sponsored Group | Notes | Budget |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

ALDERWOODS GROUP



# COMMUNITY LEADERSHIP MEMBERSHIP

## For:

Location Managers and General Managers

## Facilitated by:

Market Growth Manager

ALD009207

# COMMUNITY LEADERSHIP - MEMBERSHIP

Handouts
- Blank Membership Contact Sheet
- Sample Membership Contact Sheet

Things you will need
- Location's Activity Planning Calendar

ALDERWOODS
GROUP

2

# COMMUNITY LEADERSHIP - MEMBERSHIP

## Membership

Learners will be able to:

- Define Membership in the context of Community Events and relationships.
- Describe where to budget for Memberships.
- Describe the purpose of the Membership Contact Sheet.



Say:

- Membership is another way to create awareness of the Funeral Home or Cemetery.
- Is an opportunity to network and make personal contact with Members of that Community.
- Membership is participating in an Organization or Club in the Community like, Kiwanis, Rotary, Lions, Legion, and Veterans Clubs.
- Membership can get costly quickly so you want to ensure that you are joining the right Organizations that will help create awareness of the Funeral Home or Cemetery.
- Memberships generally charge an annual membership fee.
- The amount of fees/dues and the month they require payment is recorded on the Activity Planning Calendar, under the Memberships line.

Do:



- Point out Membership line on the Activity Planning Calendar to Manager.

ALDERWOODS GROUP

3

ALD009209

# COMMUNITY LEADERSHIP - MEMBERSHIP



Say:

- Memberships should consist of a minimal amount of the Community Leadership budget.
- Discretionary Spending should not be used for Membership activities.

- Once you have decided to become a member of an Organization, you should use the <u>Membership Contact Sheet</u> to keep notes of meetings attended, details of what took place, date and the next meeting date.



Do:

- Handout Sample <u>Membership Contact Sheet</u>.
- See Next Page for Handout.

ALDERWOODS GROUP

4

ALD009210

# COMMUNITY LEADERSHIP - MEMBERSHIP

## MEMBERSHIP CONTACT SHEET

Location Number:_____

Location Name:_____

Budget:_____

Membership:_____

| Date of Meeting | Notes From Meeting | Potential Influencer Names | Next Meeting Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



5

# COMMUNITY LEADERSHIP - MEMBERSHIP

Say:

- This sheet can be used as a tool for you to keep track of happenings within the Community and Organization, as well as help you identify potential Influencers.
- Complete the sheet starting at the top of the form. Enter the Location Number and Location Name, your annual Membership Budget for this Organization, and the Name of the Membership Name.
- Under the "Date of Meeting" column record the date you attended a meeting for this Organization.
- Under the "Notes from Meeting", record what took place at the meeting, happenings that may be of interest, the target audience.
- Under "Potential Influencer Names", record the names of people you have met through networking.
- Under "Next Meeting Date", record the date of the next meeting.
- As a member there are many opportunities for you to partner with this Organization for Community Events.
- Be careful to include many Organizations in your plans, not just this one.

Summary



Say:

- Membership is another way of creating name awareness for the Funeral Home or Cemetery.
- Budget for Memberships on the Activity Planning Calendar.
- Use the Membership Contact Sheet to keep track of your Membership activities.

ALDERWOODS GROUP

6

ALD009212

# PARTICIPANT MATERIALS

ALD009213

# MEMBERSHIP CONTACT SHEET

Location Number:_____

Location Name:_____

Budget:_____

Membership:_____

| Date of Meeting | Notes From Meeting | Potential Influencer Names | Next Meeting Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ALD009214

ALD009215



# COMMUNITY LEADERSHIP
# DISCRETIONARY SPENDING

## For:

Location Managers and General Managers

## Facilitated by:

Market Growth Manager

ALD009216

# COMMUNITY LEADERSHIP – DISCRETIONARY SPENDING

Things you will need
- Location's Activity Planning Calendar



2

# COMMUNITY LEADERSHIP - DISCRETIONARY SPENDING

## Discretionary Spending

Learners will be able to:

- Define Discretionary Spending in the context of Community Events and relationships.
- Describe where to budget for Discretionary Spending.
- Describe when to use <u>Discretionary Spending Sheet</u>.

 Say:

- Discretionary Spending covers unplanned or unexpected opportunities to create awareness of the Funeral Home or Cemetery.
- It is suggested that you set some funds aside for these opportunities.
- 5% of your total Community Leadership budget should be more than enough to cover these expenses.
- Examples of unplanned or unexpected opportunities are:
  - Boy or Girl Scouts cookies.
  - School fundraisers.
  - Buying coffee for Police working on a cold night.
  - Buying bottled water for Firefighters fighting a blaze.
- Discretionary spending should be used for those "wouldn't that be a nice thing to do" moments.
- The Discretionary Spending line should not be used for any other Community Leadership Activities.
- The budgeted amount for Discretionary Spending is recorded on the Activity Planning Calendar, under the Discretionary Line.

ALDERWOODS GROUP

3

ALD009218

# COMMUNITY LEADERSHIP - DISCRETIONARY SPENDING



Do:

- Point out Discretionary Line on the Activity Planning Calendar.

Say:



- Every period, there should be a small amount (no greater than 5%) of your Community Leadership budget used for unexpected opportunities to create name awareness of the Funeral Home or Cemetery in the Community.

ALD009219



# To the Alderwoods Group team members:

As you know, Alderwoods Group is set to launch a comprehensive and results-driven initiative developed to increase your business and your profile within the community. By now you've received your Community Relations Road Map and in the coming weeks you will be receiving detailed information and all of the tools necessary for you to implement the Community Leadership Program.

The Program consists of three separate sections; each designed to target different elements of your community. The first section you will receive deals with creating meaningful dialogue with the most influential people in your community.

These influencers are those members of the community who, like you, are relied upon to provide guidance and are trusted to help with some of life's most important decisions. They include, among others, our doctors, lawyers, accountants and clergy. This section is referred to as the Leadership Network Program.

This program gives you all the steps you need to be in direct contact with the members of your Leadership Network and turn them into partners in the success of your business.

To get you started we're attaching the Leadership Network Information Sheet, as well as information and instructions on how to use the LNIS. This is just one of the tools that you will use throughout the Community Leadership Program to manage these vital relationships. It allows you to track all of the details necessary to monitor, evaluate and report on the status of your network. Begin collecting information using your LNIS and you will be in great shape to begin the program once your binder arrives.

The subsequent sections will detail our plan for reaching out to advance planning prospects and the general public through valuable seminars and community events. Look for those sections in the coming months.

We are all very excited about the Community Leadership Program and look forward to our shared success.

ALD009220

# Getting Started

## Set up your Leadership Network Contact Report

We have created the Leadership Network Contact Report (LNCR) to assist you in reporting location activity.

This report summarizes the activity of each location with respect to their influencer program and must be sent to your management team on a period by period basis.

To get started you will need to complete the following 4 basic steps:

Step 1 – Fill in your market number (e.g. NC01 – Cleveland)

Step 2 – Fill in your name

Step 3 – Enter all your location numbers in the first column (one location number per cell)

Step 4 – Enter the total number of influencers that each location has identified. In order to do this you will need to receive the Location Information Network Sheet from your locations.

Instructions for filling in the balance of the report will follow in the physical binder – on its way to you shortly.

Note: If you have more than one market, you will need to fill in a separate sheet for each market.

If you require any assistance with this program, please call Alan Meinstein at 416.498-2768 or email him at the Community Leadership Program email address: clp@alderwoods.com

## Tool Box



### The Leadership Network Contact Report

**MARKET DETAILS**
Market Number: WE25 – Oklahoma City
Market Manager Name: Dow Wilson

**LEADERSHIP NETWORK CONTACT RE**

| Location Number | Number of Influencers | Period 1 | | Period 2 | | Period 3 | | Period 4 | | Period 5 | | Period 6 | | Period 7 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | No influencers contacted | Calls | No influencers contacted | Calls | No influencers contacted | Calls | No influencers contacted | Calls | No influencers contacted | Calls | No influencers contacted | Calls | No influencers contacted | Calls |
| 2627 | 10 | | | | | | | | | | | | | | |
| 2629 | 20 | | | | | | | | | | | | | | |
| 2630 | 15 | | | | | | | | | | | | | | |
| 2632 | 12 | | | | | | | | | | | | | | |

ALD009221

# Legend

Throughout the Community Leadership Program you will see certain icons. These are the road signs to help guide you through the Community Leadership Program.


The Tool Box Sign appears wherever sample documents or templates are presented


The Notice Sign appears wherever important reminders are necessary


The Dollar Sign appears wherever budgeting matters are discussed


The Check Box Sign appears wherever it is a good idea to go back and double-check some of the most important steps

ALD009222

# Section 1:

## The Leadership Network Program

### Who belongs in the Leadership Network?

Your Leadership Network should be made up of influencers from your community. It is important to note the difference between a TRUE influencer and a PERCEIVED influencer. While they are all valuable to our business it is necessary to understand that they will be targeted by our competitors and you will need to be selective in who you spend your energies on.

Further on in this section you will be provided with the necessary tools to monitor your Leadership Network, but let us first take a look at some examples.

### Who are the influencers?

Here are some examples of influencers that are present in all of our communities. These are the leaders in our lives that families seek out for guidance regarding some of life's biggest decisions.

| Religious | Healthcare |
|---|---|
| • Clergy | • Doctors |
| • Rabbi | • Medical Examiners |
| | • Nurses |
| | • Hospice Personnel |
| | • Retirement Home Personnel |
| **Family Estate Planning** | **Service Clubs** |
| • Lawyers | • Rotary |
| • Accountants | • Kiwanis |
| • Bankers | • Fraternal Clubs |
| • Insurance Agents | • Veterans |

Section 1

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

ALD009223

# Step 1:

## Make a list of influencers for your Leadership Network

To assist you in developing your Leadership Network and to help you report your progress we have created the Leadership Network Information Sheet. You should find it attached with these documents.

This sheet will allow you to record all of your influencer's important information and keep track of your network activity. Keep in mind that the Leadership Network Information Sheet is a key element in the Leadership Network Program as it will show you the fruits of your labor at a glance.

To build your list of influencers, fill in columns 1-7 on your Information Sheet.

| | |
|---|---|
| Column 1 | – Which category does your influencer fall under? (e.g. Healthcare) |
| Column 2-6 | – Provide your influencer's details. |
| Column 7 | – For this column you must rank the influencer on their potential value. To help you evaluate their value we have included some questions for you to consider: |

- How large is their sphere of influence? Consider the size and number of organizations and institutions this person belongs to.
- Do members of the community turn to this person for advice and guidance?
- By adding this person to your network is your location likely to see increased business?

Using the above questions as a guide, apply a rating to the influencer and enter it into the column.

    1 = Good influencer
    2 = Fair influencer
    3 = Poor influencer

## Tool Box

### The Leadership Network Information Sheet

| | | | | | | | | Period |
|---|---|---|---|---|---|---|---|---|
| **LOCATION DETAILS** | | | | | | | | |
| Location Number: | | | | **LEADERSHIP NETWORK INFORMATIO** | | | | |
| Location Name: | | | | | | | | |
| 1. Influencer Category | 2. Influencer Name | 3. Organization | 4. Position | 5. Telephone | 6. Years in Org. | 7. Ranking | Contact (Y/N) | Number |
| Religious | Ken Smith | Christ Community Church | Reverend | 555-555-1234 | 8 | 2 | | |
| Religious | Fred Jackson | First Assembly Of God | Chaplain | 555-555-1235 | 3 | 1 | | |
| Health Care | Rick Trent | Private Practice | Doctor | 555-555-1238 | | | | |
| Family Estate Planning | Mark Sweeney | Sweeney, Jones & Barnes | Lawyer | | | | | |
| Family Estate Planning | Jill Johnson | | | | | | | |

You are now ready to begin the rest of the leadership network program. Once your binder arrives you will have all of the tools necessary to begin contacting your influencers.

Section 1
Step 1
Step 2
Step 3
Step 4
Step 5
Step 6

ALD009224



# A GUIDE TO ACTIVITY PLANNING

The objective of this document is to guide you through the planning process in a simple and logical manner. By the end of this you should be able to create a plan that will help you grow your business.

## A. WHY PLAN?
- A well planned calendar will ensure that your location gains the continued awareness it requires to become, and remain, top-of-mind with our current and future customers
- A plan maps out the activities for a location over a one year period
- It allows you to prepare for each activity in advance and avoid last minute rushes that are often costly
- The events and seminars that form part of your plan will differentiate your location from others in the community

## B. KNOW YOUR BUDGET
Before you can begin to plan you will need to know the exact dollar amount that you have to spend on advertising and promotion.

## C. ALLOCATE YOUR BUDGET
The budget that you have available will be divided between the following activities:
- The Community Leadership Program
- Lead Generation
- Advertising

### STEP 1: START WITH: COMMUNITY LEADERSHIP & YELLOW PAGES
Determine the dollars that you will spend on:
- *Developing and maintaining your leadership network*
  - o The amount required here will vary depending on the number of identified influencers
  - o You must budget for the cost of taking influencers out for a meal or coffee.

- *Events*
  - o Make an effort to plan and execute a minimum of four events in the year (one in each season: Spring, Summer, Fall and Winter)
  - o An example of this could be:
    - ▪ Spring: Mother's Day
    - ▪ Summer: Food Drive
    - ▪ Fall: Clothes Drive
    - ▪ Winter: Christmas Program

  - o Cost guidelines for promoting events are to be found in Appendix 1. The quantity of materials you chose to produce will depend on your available budget and resources (people) you have available to use those materials.

- *Sponsorships*
  - o When entering into a sponsorship agreement, make sure there is a benefit to your location in terms of name recognition and visibility.

- *Yellow Pages*
  - o Allocate the determined spend on Yellow Pages on a period by period basis.

1

ALD009225

**STEP 2 NEXT MOVE TO LEAD GENERATION**

Determine the dollars that you will spend on:

- **Seminars**
    - o   Aim to hold at least one seminar every second period
    - o   If you are able to have your seminar's sponsored (by and influencer for example), the cost per seminar will be reduced and you will be able to hold many more seminars over the year.
    - o   Try and vary the type of seminar that you hold. Most of your seminars will be on Advance Planning, but holding other seminars on topics such as Health & Well Being, will show that you are interested in the community as a whole.

Cost guidelines for promoting seminars are to be found in Appendix 1. The quantity of materials you chose to produce will depend on your available budget and resources (people) you have available to use those materials.

**STEP 3 LASTLY ADVERTISE**

Once you have allocated the dollars for the first two steps you may have remaining budget available. These dollars should be invested to advertise for your location in the various types of media that are available.

- **Advertise your events and seminars**
    - o   It is important to support your community events and seminars with media
    - o   When planning your events and community seminars, it is preferable to support these with advertising in the media.
    - o    This will help gain awareness for the event/seminar and improve attendance.

- **What to do with the remaining budget**
    If you still have budget remaining you should support your business with well placed ads in relevant media. It is preferable to be in the media consistently.

    However, if your budget does not allow for a continued presence in the media, you should concentrate your efforts during specific time periods. For example: if your budget allows for 24 insertions for the year in your local newspaper, you could run one insertion a week for four weeks, then take a four week break and then go back in for another 4 weeks and so on.

    Appendix 2 contains guidelines to consider when planning and buying media.

## D.  FILL IN YOUR ACTIVITY PLAN

The Activity Planning Calendar (APC) includes all possible activities that a location can utilize to increase awareness and grow calls.

Fill in the dollars that you have allocated for each of the activities during the period in which the costs will occur.

Once completed, the plan will give you an overall picture of your activity for the year. This will help you allocate the necessary staff resources to the activities and ensure successful promotion of your location.

Validate and approve your Activity Planning Calendar with your Market Growth Manager (MGM)

2

ALD009226

**E.** **EXECUTE YOUR PLAN**

All resources required to execute your plan can be found on BrandMuscle. This website has been developed to help you create and execute the events, seminars and advertising that are required for the effective promotion of your location.

The BrandMuscle website can be found at: http://alderwoods.brandmuscle.net

**NOTE:** This plan is dynamic in that you can change the plan to meet your changing needs over time. Before making any changes to the plan, you should consult with your manager to obtain approval for the changes.

**PROCESS FLOW SUMMARY**



ALD009227

**APPENDIX 1: EVENT/SEMINAR COST GUIDELINES**

Preparation prior to planning:
- In order to complete the advertising section of your plan you will need to have the advertising rates for your various media
- It will also be useful to have printing costs for flyers, posters and invitations from your local printer handy – these items are used to promote your seminars and events.

Below is a table of estimated costs for printing from both local (Kinko's) and corporate printers. This should serve as a guideline for estimating some of the costs associated with events and seminars.

| Element | Size | Quantity | Local Printing | Corporate Printing |
|---------|------|----------|---------------|-------------------|
| Banners | 3' x 6' - Color digital process, 13 oz vinyl, sewn edges, grommets, rope | 1 | n/a | $730 |
| | | 2 | n/a | $895 |
| | | 5 | n/a | $1,750 |
| | | 10 | n/a | $1,985 |
| | 4' x 8' - Color digital process, 13 oz vinyl, sewn edges, grommets, rope | 1 | n/a | $835 |
| | | 2 | n/a | $1,125 |
| | | 5 | n/a | $1,950 |
| | | 10 | n/a | $3,345 |
| Flyers | 8 ½" x 11" – full color front, one color back | 250 | $175 | n/a |
| | | 500 | $275 | n/a |
| | | 1000 | $440 | n/a |
| Posters | 18" x 24" – full color mounted on board with easel on back | 1 | $65 | n/a |
| | | 2 | $130 | n/a |
| | | 5 | $300 | n/a |
| | | 10 | $550 | n/a |
| Invitations | 7" x 8 ½" flat, 3 ½" x 8 ½" folded - – full color | 100 | $200 | n/a |
| | | 250 | $400 | n/a |

Possible uses for promotional materials:
- Posters are good for placement in your location and at senior and other community centers.
- Flyers are a good for handing out to the community in high traffic areas such as at malls and community centers
- Invitations should be used to invite selected guests to your events
- Banners are great way to show passing traffic that there is activity going on at your location

Other costs to consider for events and seminars are:
- Gift/Premium (if required – for example: flags on Memorial Day or Flowers on Mother's Day)
- Refreshments (if required)
- Venue rental (for seminars - if required)

4

ALD009228

**APPENDIX 2: MEDIA CONSIDERATIONS**

UNDERSTANDING MEDIA

Various media are available for you to use in generating awareness for your location. Each media type has its advantages and disadvantages. Below are some guidelines to consider when making your media selection.

- Questions to ask when buying media
  Q1. Who are we talking to?
    o The Target Group
    o Demographics (age, income, education, job type etc)
    o Lifestyle
    o Leisure Habits
  The media that you select should address your target requirements.

  Q2. Where are your customers?
    o Define your market boundaries
    o What media is available and the cost effectiveness to give you maximum reach and cost efficiencies

  Q3. When do we need to talk to our customers?
    o As often as possible (constrained mostly by budget)
    o To support Events
    o To support Seminars

  Q4. How much/often do we need to talk to our customers?
    o You have to use a combination of reach (the number of different people exposed to your advertising one or more times) and frequency (the number of times the customer sees the ad).
    o One exposure to a target consumer, within a purchase cycle, has little or no effect in the majority
    o of circumstances, therefore frequency is very important
    o Effective Frequency, generally requires three exposure opportunities :
      1. Build Awareness
      2. Generate Trial
      3. Develop Loyalty

- Media Strengths and Weaknesses

  Newspaper
  Newspaper Strengths
    o High daily local market reach and high local household penetration
    o Targeting capabilities available through the use of sections, markets, days of the week
    o Short production and closing deadlines allowing for flexibility
    o Special interest targeting through sections (i.e. women's, sports and entertainment)
    o Most often ads will be placed in the Obituary section of the newspaper. However for events and seminars, you may want to consider other areas for placement such as the lifestyle or local news/event section

  Newspaper Weaknesses
    o Can be expensive
    o Multiple insertions are imperative to generate awareness and create an impression
    o Due to the mass nature of newspapers, it is difficult to skew narrowly defined target groups
    o Short life span and limited repeated exposure opportunity

5

ALD009229

Television
Television Strengths
o   Sight, sound and motion
o   The ability to generate an emotional response and long lasting brand image
o   High reach, yet narrow target audiences can also be addressed through selective placement in specific programs and specialty networks
o   The ability to reach target audiences quickly
o   Cost efficient prices with the specialty networks

Television Weaknesses
o   Costly - for maximum reach and frequency against a broad group to maintain share of voice
o   High cost of commercial production
o   Seems rather cluttered - 12 advertising minutes per hour
o   Getting more difficult to buy individual markets - major market stations now extending broadcasts into entire regions and pricing commercial time accordingly

Radio
Radio Strengths
o   Immediacy (fast-breaking news) which creates a sense of urgency that can be exploited in commercial messages
o   Target group specific opportunities through the use of varying formats
o   Short lead time during low demand periods
o   Expertise in building and airing product specific promotions
o   Low production costs
o   It is a frequency building medium
o   It reaches consumers while they are in the marketplace
o   Local involvement as the stations are considered part of the community
o   Can be a good complement to TV because it reaches lighter TV viewers and maintains awareness during summer months

Radio Weaknesses
o   It is primarily a background media
o   It can be nearly as costly as television for broad target group or national advertiser
o   Difficult to build reach
o   Campaign requires high frequency to register message
o   Commercial clutter - stations air as many as they perceive listeners will bear

Outdoor
Outdoor Strengths
o   Outdoor provides broad reach & frequency
o   Low cost per thousand (CPM)
o   Can be skewed to specific locations
o   Strong local market presence with market to market flexibility
o   Excellent reminder medium supporting other vehicles
o   24 hour exposure
o   Posters size provide strong impact

Outdoor Weaknesses
o   High production costs
o   Mass reach within the market
o   Attentiveness and actual audience is difficult to quantify
o   For Posters, driver attention primarily focused on the road, therefore can have a limited exposure
o   time (6 - 8 seconds)
o   Many other elements compete for attention (pedestrians, signs, traffic)
o   Great variations in availability and quality of panel locations can vary from market to market. Key locations often contracted for indefinite periods

6

ALD009230

**QUESTIONS TO ASK YOUR LOCAL MEDIA REPRESENTATIVE**

When talking to your local media representative, you should ask them some questions that will help you evaluate the benefit of advertising in their publication. Below is a list of a few of these questions:

1. What demographic does the publication target? If the bulk of the readers of the publication do not fit our target then you should not advertise in it. Most publications have this information readily available. Be sure to compare the different publications before committing to one.

2. What is the circulation of the publication? You should get circulation figures for each day of the week. The highest circulation days are obviously the best ones to be in, but these are generally more expensive

3. Which section of the newspaper do they recommend for placement? Most of your advertising will be in the obituary section of the newspaper, but for event and seminar advertising you may want to consider alternative placement such as in the lifestyles or local news section.

4. Does the newspaper have any special publications during the year? Many newspapers have special publications focused on seniors and other lifestyle topics. These can be useful for targeting specific advertisements such as seminars and advance planning.

5. What rate will the newspaper be able to offer you if you purchase space in bulk? This means instead of purchasing advertising space on an as-needed basis, you buy space for a period of time. This should enable you to obtain discounted rates since you are committing to a contract. Before you commit to a contract make sure that you will use the space that is being purchased. Many contracts will have penalties for early cancellation. Make sure you read the contract prior to signing it.

**Note: You do not have to be present in all of these media types. Use the ones that will best suit your needs and fit within your budget.**

7

ALD009231

# Seminar Reporting

## Using the Community Seminar Summary Report

We have created the Community Seminar Summary Report (CSSR) to assist you in reporting location activity.

This report summarizes the activity of each location with respect to the seminars that they hold and must be sent to your management team on a period by period basis.

## Getting Started

To get started you will need to complete the following 3 steps:

Step 1 – Fill in your market number (e.g. NC01 – Cleveland)

Step 2 – Fill in your name

Step 3 – enter all your location numbers in the first column (one location per cell)

Note:    If you have more than one market you will need to complete a separate sheet for each market.

## Tool Box





## Completing the report

On a period by period basis you will be required to complete the report and email it to your management team for review ( a copy of this report must be sent to clp@alderwoods.com)

All of the information to be filled in comes from the Community Seminar Information Sheets that should have been filled in and sent to you by your locations.

Follow these 5 Steps to complete this report:

Step 1 – Enter the number of seminars held by each location during the period

Step 2 – Enter the number of attendees at these seminars

Step 3 – Enter the number of advance planning leads generated at the seminars

Step 4 – Enter the number of pre-need contract sold

Step 5 – Enter the value of those contracts

An example of the report is shown below. The yellow section shows the cells in which you need to enter your information

## Tool Box



**Market Details**

| Market Number | NC01 - Cleveland |
| Market Manager Name | John Carge |

| Location Number | Total number of seminars held | Total number of attendees | Average attendees per seminar | No. of advance planning leads | % of leads to attendees | Number of contract sold | % of contracts to leads | Value of contracts | Average value of contract | Number of seminars held | Number of attendees | No. of advance planning leads | Number of contract sold | Value of contracts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Year to dateTotal | | | | Period 1 | | |
| 3126 | 2 | 50 | 25 | 7 | 14% | 3 | 43% | $ 12,750.00 | $ 4,250.00 | 2 | 50 | 7 | 3 | 12,750.00 |
| 2707 | 1 | 15 | 15 | 2 | 13% | 1 | 50% | $ 2,650.00 | $ 2,650.00 | 1 | 15 | 2 | 1 | 2,650.00 |
| 3712 | 2 | 38 | 19 | 12 | 32% | 4 | 33% | $ 8,800.00 | $ 2,200.00 | 2 | 38 | 12 | 4 | 8,800.00 |
| 3665 | 3 | 60 | 20 | 15 | 25% | 5 | 33% | $ 22,000.00 | $ 4,400.00 | 3 | 60 | 15 | 5 | 22,000.00 |
| 3127 | 2 | 40 | 20 | 10 | 25% | 3 | 30% | $ 10,500.00 | $ 3,500.00 | 2 | 40 | 10 | 3 | 10,500.00 |
| 3308 | 1 | 20 | 20 | 4 | 20% | 2 | 50% | $ 10,000.00 | $ 5,000.00 | 1 | 20 | 4 | 2 | 10,000.00 |
| 2069 | 1 | 18 | 18 | 5 | 28% | 2 | 40% | $ 7,880.00 | $ 3,940.00 | 1 | 18 | 5 | 2 | 7,880.00 |
| **Totals** | 12 | 241 | 20.083 | 55 | 23% | 20 | 36% | $ 74,580.00 | $ 3,729.00 | 12 | 241 | 55 | 20 | 74,580.00 |

ALD009233

## Interpreting the summary report

This report contains information that will be useful for you in managing your markets with respect to their lead generation and follow up.

The "Year to Date Total" section of the report contains formulas that self calculate as you enter information. An example of these calculations is shown in the orange section of the sample on the previous page.

Below is an explanation of each of these pieces of information.

1. Total number of seminars held – this is the total number of seminars that a location holds over the 13 periods in the year

2. Total number of attendees  - this is the total attendees at the seminars that a location holds over the 13 periods in the year

3. Average attendees per seminar  - this is calculated by dividing the total number of attendees by the total number of seminars held

4. Number of advance planning leads – this is the total number of advance planning leads that have been generated by the location through the seminars over the 13 periods in the year

5. % of leads to attendees – this is calculated by dividing the total number of advance planning leads generated by the number of attendees. The higher this percentage is the better your location is doing in generating leads through their seminars.

6. Number of contract sold - this is the total number of advance planning contracts sold to the leads that have been generated at the seminars.

7. % of contracts to leads – this is calculated by dividing the total number of contracts sold by the total number of advance planning leads. This number will show you and your management team the success that your sales teams are having. The higher this number the more successful your sales teams are at converting leads to sales. A low number indicates a potential sales issue and should be investigated by you.

   The sales issue may be in one of two areas – (1) the leads are not being converted into appointments or (2) the appointments are not being converted into sales. Either way this presents an opportunity for training to help your sales professionals improve their success ratios.

8. Total value of contracts – this is the total value of the advance planning contracts that have been sold to the leads generated by the seminars over the 13 periods in the year.

9. Average value of contracts – this is calculated by dividing the total value of the contracts by the number of contracts sold. This average should be compared against the average contract amount outside of the seminar sales. If there is a significant difference between the two averages, you may want to investigate to find the cause of the difference.

ALD009234