# EXHIBIT 12



**Vicki Clark**
06/08/2006 11:00 AM

To: 1071 Ross FH/FuneralHome/Alderwoods@Alderwoods, 1075 Metcalf FH/FuneralHome/Alderwoods@Alderwoods, 1130 Wilson and Zehner FC/FuneralHome/Alderwoods@Alderwoods, 2803 Biggs-Prevatte-Lumberton/FuneralHome/Alderwoods@Alderwoods, 2868 McEwen FH of Monroe/FuneralHome/Alderwoods@Alderwoods, 2894 Biggs FH Williamston/FuneralHome/Alderwoods@Alderwoods, 3129 Reeve's FH/FuneralHome/Alderwoods@Alderwoods, 2863 Caughman Harman-Lexington/FuneralHome/Alderwoods@Alderwoods, 3733 Caughman Harman-Southlands/FuneralHome/Alderwoods@Alderwoods, 3544 Shuford Hatcher FH/FuneralHome/Alderwoods@Alderwoods, 2028 Bush River Memorial Gardens/Cemetery/Alderwoods@Alderwoods, 2007 Gaston Memorial Park/Cemetery/Alderwoods@Alderwoods, 2018 Westminster Gardens/Cemetery/Alderwoods@Alderwoods, 2020 Guilford Memorial Park/Cemetery/Alderwoods@Alderwoods, 2021 Carolina Biblical Gardens/Cemetery/Alderwoods@Alderwoods, 2029 Forest Lawn West Cemetery/Cemetery/Alderwoods@Alderwoods, 2044 Hillcrest Gardens/Cemetery/Alderwoods@Alderwoods, 2045 Westview Gardens/Cemetery/Alderwoods@Alderwoods, 2059 York Memorial Park/Cemetery/Alderwoods@Alderwoods, 2073 Southland Memorial Gardens/Cemetery/Alderwoods@Alderwoods, 2074 Florence County Memorial Gardens/Cemetery/Alderwoods@Alderwoods, 2209 Graceland East Cemetery/Cemetery/Alderwoods@Alderwoods, 2218 Cumberland Memorial Gardens/Cemetery/Alderwoods@Alderwoods, 2626 Byron's Funeral Home/FuneralHome/Alderwoods@Alderwoods, 2654 Carothers FH-Gastonia/FuneralHome/Alderwoods@Alderwoods, 2690 Davis FH/FuneralHome/Alderwoods@Alderwoods, 2724 Neill-Harrisburg FH/FuneralHome/Alderwoods@Alderwoods, 2736 Mackie High FH/FuneralHome/Alderwoods@Alderwoods, 2738 Hafey Springfield Chapel/FuneralHome/Alderwoods@Alderwoods, 2741 Mitchell FH-St. Mary/FuneralHome/Alderwoods@Alderwoods, raleigh@alderwoods.com, 2743 Hanes Lineberry FH/FuneralHome/Alderwoods@Alderwoods, 2750 McHugh Funeral Home/FuneralHome/Alderwoods@Alderwoods, 2785 Howell Funeral Home/FuneralHome/Alderwoods@Alderwoods, 2803 Biggs-Prevatte-Lumberton/FuneralHome/Alderwoods@Alderwoods, 2804 Loflin Funeral Home/FuneralHome/Alderwoods@Alderwoods, 2809 Garret's FH-Aulander/FuneralHome/Alderwoods@Alderwoods, 2814 Doane-South Dennis/FuneralHome/Alderwoods@Alderwoods, 2824 Lynch Funeral Home/FuneralHome/Alderwoods@Alderwoods, 2826 Joseph G Duffy Inc/FuneralHome/Alderwoods@Alderwoods, 2838 Lomax Funeral Home/FuneralHome/Alderwoods@Alderwoods, 2844 Wagner-Hicksville/FuneralHome/Alderwoods@Alderwoods, 2849 Marks FH/FuneralHome/Alderwoods@Alderwoods, 2853 Hankins & Whittington-Wilson Chapel/FuneralHome/Alderwoods@Alderwoods, 2863 Caughman Harman-Lexington/FuneralHome/Alderwoods@Alderwoods, 2867 Hankins & Whittington/FuneralHome/Alderwoods@Alderwoods, 2868 McEwen FH of Monroe/FuneralHome/Alderwoods@Alderwoods, 2871 Mahaffey FH/FuneralHome/Alderwoods@Alderwoods, 2878 Gaffey-Medford/FuneralHome/Alderwoods@Alderwoods, 2880 Collins Funeral Serv/FuneralHome/Alderwoods@Alderwoods, 2881 McKee Funeral Serv/FuneralHome/Alderwoods@Alderwoods, 2894 Biggs FH Williamston/FuneralHome/Alderwoods@Alderwoods, 2931 James Funeral Home/FuneralHome/Alderwoods@Alderwoods, 2932 Richardson/FuneralHome/Alderwoods@Alderwoods, 2934 Stutzmann and Son/FuneralHome/Alderwoods@Alderwoods, 2863 Caughman Harman-Lexington/FuneralHome/Alderwoods@Alderwoods, 2972 Lindsey Funeral Home/FuneralHome/Alderwoods@Alderwoods, 3016 Carpenter FH/FuneralHome/Alderwoods@Alderwoods, 3017 TJ McGowan Sons FH/FuneralHome/Alderwoods@Alderwoods, 3038 Mullins Funeral Home/FuneralHome/Alderwoods@Alderwoods, 3042

ALD006504



Stutzmann-New Hyde/FuneralHome/Alderwoods@Alderwoods, 3043 Camp Hill-Neill FH/FuneralHome/Alderwoods@Alderwoods, 3054 Bunch Johnson FH/FuneralHome/Alderwoods@Alderwoods, 3069 Davis-Grafton/FuneralHome/Alderwoods@Alderwoods, 3082 Wanamaker Carlough/FuneralHome/Alderwoods@Alderwoods, 3085 MJ Smith/FuneralHome/Alderwoods@Alderwoods, 3096 Weeks FH/FuneralHome/Alderwoods@Alderwoods, 3103 Alleva FH/FuneralHome/Alderwoods@Alderwoods, 3117 Kennedy Roth FH/FuneralHome/Alderwoods@Alderwoods, 3123 Harrel FH/FuneralHome/Alderwoods@Alderwoods, 3129 Reeve's FH/FuneralHome/Alderwoods@Alderwoods, 3131 Bucktrout of Williamsburg/FuneralHome/Alderwoods@Alderwoods, 3134 Williams Funeral Home/FuneralHome/Alderwoods@Alderwoods, 3137 Pontarelli-Marino/FuneralHome/Alderwoods@Alderwoods, 3203 Cuffe McGinn FH/FuneralHome/Alderwoods@Alderwoods, 3204 Zis Sweeney FH/FuneralHome/Alderwoods@Alderwoods, 3212 Edward F Carter FH/FuneralHome/Alderwoods@Alderwoods, 3214 Coloni Funeral Home/FuneralHome/Alderwoods@Alderwoods, 3270 Lang Tobia DiPalma/FuneralHome/Alderwoods@Alderwoods, 3272 Leahy Funeral Home/FuneralHome/Alderwoods@Alderwoods, 3332 Miller Funeral Home/FuneralHome/Alderwoods@Alderwoods, 3343 Lee Funeral Home/FuneralHome/Alderwoods@Alderwoods, 3344 Robert Evans FH/FuneralHome/Alderwoods@Alderwoods, 3397 Burton L Hirsch FH/FuneralHome/Alderwoods@Alderwoods, 3399 Arlington F Home/FuneralHome/Alderwoods@Alderwoods, 2738 Hafey Springfield Chapel/FuneralHome/Alderwoods@Alderwoods, 3463 John J. Healy FH/FuneralHome/Alderwoods@Alderwoods, ratell@alderwoods.com, wilburromano@alderwoods.com, 3465 HP Brandt FH/FuneralHome/Alderwoods@Alderwoods, 3512 Yablokoff Kingsway Memorial Chapel/FuneralHome/Alderwoods@Alderwoods, 3519 O'Neill-Rddn-Drown/FuneralHome/Alderwoods@Alderwoods, 3526 DeVaney-Bennett FH/FuneralHome/Alderwoods@Alderwoods, 3538 Cauthen's FH/FuneralHome/Alderwoods@Alderwoods, 3544 Shuford Hatcher FH/FuneralHome/Alderwoods@Alderwoods, 3550 James J Stout FH/FuneralHome/Alderwoods@Alderwoods, 3204 Zis Sweeney FH/FuneralHome/Alderwoods@Alderwoods, 5790 Rock Hill Memorial Gardens/Cemetery/Alderwoods@Alderwoods, 3564 John Dormi & Sons FH/FuneralHome/Alderwoods@Alderwoods, 3590 Huntt FH/FuneralHome/Alderwoods@Alderwoods, 3593 Diuguid Funeral Home/FuneralHome/Alderwoods@Alderwoods, 3596 Cusimano & Russo FH/Alderwoods@Alderwoods, 3599 David T Ferguson/FuneralHome/Alderwoods@Alderwoods, romano@alderwoods.com, 3016 Carpenter FH/FuneralHome/Alderwoods@Alderwoods, 3668 Spadaccino Community FH/FuneralHome/Alderwoods@Alderwoods, 3733 Caughman Harman-Southlands/FuneralHome/Alderwoods@Alderwoods, 5684 Elmwood Cemetery and Gardens/Cemetery/Alderwoods@Alderwoods, 5788 Frederick Memorial Gardens/Cemetery/Alderwoods@Alderwoods, 5790 Rock Hill Memorial Gardens/Cemetery/Alderwoods@Alderwoods, 2957 Sedgefield Chapel/FuneralHome/Alderwoods@Alderwoods, 2654 Carothers FH-Gastonia/FuneralHome/Alderwoods@Alderwoods, 2746 Lineberry FH/FuneralHome/Alderwoods@Alderwoods, 2028 Bush River Memorial Gardens/Cemetery/Alderwoods@Alderwoods, 3038 Mullins Funeral Home/FuneralHome/Alderwoods@Alderwoods, 3593 Diuguid Funeral Home/FuneralHome/Alderwoods@Alderwoods, 1001 Green FH/FuneralHome/Alderwoods@Alderwoods, 1003 Glenhaven Memorial/FuneralHome/Alderwoods@Alderwoods, 1005 Chapel of Memories/FuneralHome/Alderwoods@Alderwoods, 1007 Lee FH/FuneralHome/Alderwoods@Alderwoods, 1008 Hamilton Harron/FuneralHome/Alderwoods@Alderwoods, 1010 Brown FH/FuneralHome/Alderwoods@Alderwoods, 1013 Jayne's

ALD006505



FH/FuneralHome/Alderwoods@Alderwoods, 1016 Snows FH/FuneralHome/Alderwoods@Alderwoods, 1017 Marlatt Hamilton/FuneralHome/Alderwoods@Alderwoods, 1019 Ettinger FH/FuneralHome/Alderwoods@Alderwoods, 1020 Steinbach FH/FuneralHome/Alderwoods@Alderwoods, 1023 Anderson FH/FuneralHome/Alderwoods@Alderwoods, 1024 McKagues FH/FuneralHome/Alderwoods@Alderwoods, 1025 Giffen-Mack Chapel/FuneralHome/Alderwoods@Alderwoods, 1027 Vernon FH/FuneralHome/Alderwoods@Alderwoods, 1028 Pleasant Valley FH/FuneralHome/Alderwoods@Alderwoods, 1031 Thomson Funeral Home/FuneralHome/Alderwoods@Alderwoods, 1033 Trull Danforth/FuneralHome/Alderwoods@Alderwoods, 1034 Trull Yonge/FuneralHome/Alderwoods@Alderwoods, 1035 Shellbrook FH/FuneralHome/Alderwoods@Alderwoods, 1036 Sallows and McDonald/FuneralHome/Alderwoods@Alderwoods, 1039 Suttons FH/FuneralHome/Alderwoods@Alderwoods, 1040 Piercys/FuneralHome/Alderwoods@Alderwoods, 1041 Martino FH/FuneralHome/Alderwoods@Alderwoods, 1043 Coutts/FuneralHome/Alderwoods@Alderwoods, 1046 Comstock/FuneralHome/Alderwoods@Alderwoods, 1048 Henderson Chilliwack/FuneralHome/Alderwoods@Alderwoods, 1047 Schreiter Sandrock/FuneralHome/Alderwoods@Alderwoods, 1049 Henderson-Lgly FH/FuneralHome/Alderwoods@Alderwoods, 1051 Acadia Drive FH/FuneralHome/Alderwoods@Alderwoods, 1052 Henderson FV/FuneralHome/Alderwoods@Alderwoods, 1057 Ratz Bechtel/FuneralHome/Alderwoods@Alderwoods, 1058 Clements Rosetown FH/FuneralHome/Alderwoods@Alderwoods, 1059 Parkview FH/FuneralHome/Alderwoods@Alderwoods, 1060 Assmans FH/FuneralHome/Alderwoods@Alderwoods, 1063 Lakewood FH/FuneralHome/Alderwoods@Alderwoods, 1064 Mountain Metcalf/FuneralHome/Alderwoods@Alderwoods, 1065 A L Mattatall/FuneralHome/Alderwoods@Alderwoods, 1066 IFS Cruikshank/FuneralHome/Alderwoods@Alderwoods, 1068 Mountain View FH/FuneralHome/Alderwoods@Alderwoods, 1070 Graham FH/FuneralHome/Alderwoods@Alderwoods, 1071 Ross FH/FuneralHome/Alderwoods@Alderwoods, 1075 Metcalf FH/FuneralHome/Alderwoods@Alderwoods, 1079 Courtney FH/FuneralHome/Alderwoods@Alderwoods, 1080 Klassen Funeral Home/FuneralHome/Alderwoods@Alderwoods, 1105 Harbourside Regional Crematorium/FuneralHome/Alderwoods@Alderwoods, 1111 Hollyburn FH/FuneralHome/Alderwoods@Alderwoods, 1118 Green Acres Memorial Funeral Home & Cemetery/FuneralHome/Alderwoods@Alderwoods, 1120 Thomson In the Park FH & Cemetery/FuneralHome/Alderwoods@Alderwoods, 1123 Memento FH/FuneralHome/Alderwoods@Alderwoods, 1125 Lakeland FH/FuneralHome/Alderwoods@Alderwoods, 1126 MacKenzie FH/FuneralHome/Alderwoods@Alderwoods, 1129 E Andrychuk FH/FuneralHome/Alderwoods@Alderwoods, 1130 Wilson and Zehner FC/FuneralHome/Alderwoods@Alderwoods, 1131 Victoria Avenue FH/FuneralHome/Alderwoods@Alderwoods, 1132 Memories F Directors/FuneralHome/Alderwoods@Alderwoods, 1134 Oshawa F Service/FuneralHome/Alderwoods@Alderwoods, 1136 Walter D Kelly FH/FuneralHome/Alderwoods@Alderwoods, 1137 Funeraires Guay/FuneralHome/Alderwoods@Alderwoods, 1139 Orsted Funeral Home/FuneralHome/Alderwoods@Alderwoods, 1701 Vancouver Memorial/FuneralHome/Alderwoods@Alderwoods, 1702 Victory Memorial Park/Cemetery/Alderwoods@Alderwoods, 1707 Waverley Memorial Gardens/Cemetery/Alderwoods@Alderwoods, 1904 Delmoro F Home/FuneralHome/Alderwoods@Alderwoods, 1018 Marlatt Dundas/FuneralHome/Alderwoods@Alderwoods, 1044 T Little/FuneralHome/Alderwoods@Alderwoods, 1062 SS Marie FH Arthur/FuneralHome/Alderwoods@Alderwoods, 1062 SS Marie FH Arthur/FuneralHome/Alderwoods@Alderwoods

ALD006506



cc: Ralph Delgatto/Alderwoods@Alderwoods, Bruce
Cumming/Alderwoods@Alderwoods, Peter
Wiesner/Alderwoods@Alderwoods, Greg
MacDonald/Alderwoods@Alderwoods, Jackie
Keranovic/Alderwoods@Alderwoods, Sylvia
Smith/Alderwoods@Alderwoods, Margaret
McDonald/Alderwoods@Alderwoods, Sue
Posipanko/Alderwoods@Alderwoods, Margaret
Terzo/Alderwoods@Alderwoods, Gary Toye/Alderwoods@Alderwoods,
John Blute/Alderwoods@Alderwoods, Diane
Zierau/Alderwoods@Alderwoods, Katie
Leahy/Alderwoods@Alderwoods

Subject: NEW FEATURES NOW AVAILABLE ON YOUR WEBSITE!!!!!



## Attention Website Administrator:

**If you are not the one who makes the updates to the website for your location , please pass this email along to that individual!!!! (Thank you!)**

In a continual effort to increase service to our families and make improvements to our present services, new features have been added to our websites.

1) The Current Family Service tab has been revised to show only the fields where data is entered. In other words, if you do not have information for a particular heading, that portion of the listing will not show, making the listing appear complete and professional.

2) There is now a section for Obituaries. Previously, locations were utilizing the Current Family Service tab to capture this information. Now it has its own section.

3) A Community Events tab has been added that will allow your location to keep the public informed of future events and allow you to showcase past events by posting pictures, etc.

The "Understanding Your Website" manual has been revised to include instructions for adding data to the new tabs. You can find the manual on the Intranet - #3 Funeral Homes & Cemeteries => # 3 Understanding Your Location Website page .

FYI... The company is still looking into the Guest Book feature. The initial quotes received came in over budget, so they are looking at alternatives. I will keep you advised as I learn more.

Please make sure you review the manual and start utilizing all the features.

Thanks!

_____

Vicki Clark
Alderwoods Group
Canada & Northeast USA
Tel: (513) 768-7446 Efax: (604) 456-6144
vicki.clark@alderwoods.com

ALD006507

# EXHIBIT 13



**Bob Burger**
05/25/2006 11:05 AM

To: Dustin.Osborne@Alderwoods.com, jeff.wright@alderwoods.com, Jane Jacobs/Alderwoods@Alderwoods, Jerry Beckner/Alderwoods@Alderwoods, kelly.ratcliff@alderwoods.com, Kelly Cecil/Alderwoods@Alderwoods, Mark Huffines/Alderwoods@Alderwoods, Rose.Howell@Alderwoods.com, Scott Biller/Alderwoods@Alderwoods, jean.fisher@alderwoods.com, 2785@alderwoods.com, 2824@alderwoods.com, 2838@alderwoods.com, 2880@alderwoods.com, 2972@alderwoods.com, 3134@alderwoods.com, 3332@alderwoods.com, 3593@alderwoods.com
cc: Bruce Cumming/Alderwoods@Alderwoods, Kent Davis/Alderwoods@Alderwoods, Katie Leahy/Alderwoods@Alderwoods
Subject: Period End reports



I have enclosed a summary of Period End reports through P5 with the following notes:



NE10 Period End Reports 2006.xls

**1) Veteran's Alert** - most NE10 locations at or near 100% level of usage by veteran families served

Lynch shows a phenomenal 240% usage which includes 13 of past families served have taken advantage of the program(Jerry will need to explain          to all how he is successful in contacting past families)

**2) Influencers** - only 10% contacts of your listed influencers have been made
have asked all mgrs to re-do their lists from scratch for 06 - please provide, if not done, please re-do list and provide to me

**3) Community Events** - only 10 YTD or less than 1 per NE10 location
(5 of these at 2 locations)

**4) Community Seminars** - 0 YTD
some have seminars scheduled to have been done through P5, were they reported? if not, please update for me what seminar(s) have been          held or will be held during balance of 06

**5) Market Share** - continues to hover around 20%
Not surprising that 2 locations sharing/completing 5 community events have increased mkt share each of past 3 periods, P5 51.9% up from          36.7% in P4 (visibility obviously has helped here)
Also 2 other locations that have held events have increased mkt share in P5 to 11.1% from 2.7% in P1

I would welcome your comments and challenge each location to get on board with making your location more visible in your respective communities. Please share this information with your staffs and solicit their help/suggestions.

- Reminder: each of you have a notebook with hundreds of Best Practice ideas - our goal is to have each location implement one (1) new Best Practice per period for balance of 06 and report on the results (mgr does not have to do this, get your people involved). If your staff come up with a new Best Practice, let's don't sit on it, but share it with all!

I close with a great example of the above:

ALD007466

**REDACTED**

ALD007467

ALD007468

**Market Share Report 2008**

NE10

ALD007469

ALD0007470

ALD007471

| | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | YTD |
|---|---|---|---|---|---|---|---|---|---|
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| VS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Cells | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Market Share % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |

### AW Location 9

| | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | YTD |
|---|---|---|---|---|---|---|---|---|---|
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #1 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| VS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #2 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #3 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #4 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #5 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #6 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Cells | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Market Share % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

### AW Location 10

| | P401 | P402 | P403 | P404 | P405 | P406 | P407 | P408 | P409 | P410 | P411 | P412 | P413 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #1 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| VS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #2 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #3 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #4 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #5 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Cells | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Market Share % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

### AW Location 11

| | P401 | P402 | P403 | P404 | P405 | P406 | P407 | P408 | P409 | P410 | P411 | P412 | P413 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #1 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| VS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #2 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #3 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #4 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #5 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #6 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| MS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

ALD007472

| | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | YTD | P601 | P602 | P603 | P604 | P605 | P606 | P607 | P608 | P609 | P610 | P611 | P612 | P613 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Market Share % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| IAW Location 12 | | | | | | | | | | | | | | | | | | | | | | |
| IMS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #1 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| IMS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #2 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| IMS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #3 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| IMS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #4 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| IMS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Competitor #5 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| IMS % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Market Share % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

ALD007473

# Third Party Product Tracking Region NEM3

Region:
Year:

| | | | Third Party Product Information | | | | | Comparable Batesville Product | | | | Condition | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Location # | Location Name | Nationwide Contract? | Third Party Product Provider | Product Description | Price Paid (Purchase) | Batesville Product # | Product Designation | Location Retail Price | Was Sale Required Yes/No | What product Was Used Product Description | Final Sales Price | Location Product Cost |
| PERIOD 1 | NEM3 | Central VA /Western NC | | | | | | | | | | | |
| PERIOD 2 | NEM3 | Central VA /Western NC | | | | | | | | | | | |
| PERIOD 3 | NEM3 | Central VA /Western NC | | | | | | | | | | | |
| PERIOD 4 | NEM3 | Central VA /Western NC | | | | | | | | | | | |
| PERIOD 5 | NEM3 | Central VA /Western NC | | | | | | | | | | | |
| PERIOD 6 | NEM3 | Central VA /Western NC | | | | | | | | | | | |
| PERIOD 7 | NEM3 | Central VA /Western NC | | | | | | | | | | | |
| PERIOD 8 | NEM3 | Central VA /Western NC | | | | | | | | | | | |
| PERIOD 9 | NEM3 | Central VA /Western NC | | | | | | | | | | | |
| PERIOD 10 | NEM3 | Central VA /Western NC | | | | | | | | | | | |
| PERIOD 11 | NEM3 | Central VA /Western NC | | | | | | | | | | | |
| PERIOD 12 | NEM3 | Central VA /Western NC | | | | | | | | | | | |
| PERIOD 13 | NEM3 | Central VA /Western NC | | | | | | | | | | | |

ALD007474

| | Aftercare — Period 01 - 2006 | | | Aftercare — Period 02 - 2006 | | | Aftercare — Period 03 - 2006 | | | P. |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Veteran Services Performed | Number of Families Utilizing Veterans' Program | Number of Past Families Offered Veteran's Program this Month | Number of Veteran Services Performed | Number of Families Utilizing Veterans' Program | Number of Past Families Offered Veteran's Program this Month | Number of Veteran Services Performed | Number of Families Utilizing Veterans' Program | Number of Past Families Offered Veteran's Program this Month | Number of Veteran Services Performed |
| 2880 - COLLINS FUNERAL SERVICES | 1 | 0 | 0 | 2 | 3 | 1 | 0 | 0 | 0 | 1 |
| 2881 - McKEE-STONE FUNERAL SERVICES | 3 | 3 | 0 | 3 | 1 | 0 | 0 | 0 | 0 | 4 |
| 3232 - COMMUNITY FUNERAL SERVICES | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 |
| 3593 - DIUGUID FUNERAL HOME | 0 | 0 | 0 | 3 | 2 | 2 | 2 | 2 | 0 | 0 |
| 3689 - DIUGUID FH-TIMBERLAKE RD | 0 | 0 | 0 | 1 | 1 | 1 | 2 | 2 | 0 | 0 |
| 2972 - LINDSEY FUNERAL HOMES, INC. | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 3 |
| 3556 - KYGER FUNERAL HOME | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 3657 - LINDSEY FH AND CREM-MEYERS C | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 3 |
| 3134 - WILLIAMS FUNERAL SERVICE INC. | 2 | 1 | 0 | 2 | 2 | 0 | 2 | 2 | 0 | 0 |
| 3332 - BOB MILLER FUNERAL HOME | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2785 - HOWELL FUNERAL HOME | 1 | 1 | 0 | 2 | 2 | 0 | 2 | 2 | 0 | 0 |
| 2824 - LYNCH FUNERAL HOME | 4 | 4 | 3 | 1 | 1 | 5 | 0 | 0 | 0 | 2 |
| 2638 - LOMAX FUNERAL HOME INC. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 |
| NE10 CENTRAL VA | 12 | 10 | 3 | 17 | 15 | 9 | 12 | 12 | 1 | 15 |

# 2006

| | Period 04 - 2006 | | Period 05 - 2006 | | | Period 06 - 2006 | | Period 07 - 2006 | | Period 08 - 2006 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Aftercare** | | **Aftercare** | | | **Aftercare** | | **Aftercare** | | **Aftercare** | |
| | Number of Families Utilizing Veterans' Program | Number of Past Families Offered Veteran's Program this Month | Number of Veteran Services Performed | Number of Families Utilizing Veterans' Program | Number of Past Families Offered Veteran's Program this Month | Number of Veteran Services Performed | Number of Families Utilizing Veterans' Program | Number of Past Families Offered Veteran's Program this Month | Number of Veteran Services Performed | Number of Families Utilizing Veterans' Program | Number of Past Families Offered Veteran's Program this Month | Number of Veteran Services Performed |
| | 1 | 0 | 4 | 4 | 0 | | | | | | | |
| | 1 | 0 | 2 | 1 | 0 | | | | | | | |
| | 1 | 0 | 0 | 0 | 0 | | | | | | | |
| | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| | 0 | 0 | 2 | 1 | 0 | | | | | | | |
| | 3 | 0 | 0 | 0 | 0 | | | | | | | |
| | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| | 0 | 0 | 1 | 1 | 0 | | | | | | | |
| | 3 | 0 | 2 | 2 | 0 | | | | | | | |
| | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| | 2 | 1 | 0 | 0 | 0 | | | | | | | |
| | 1 | 1 | 1 | 1 | 1 | | | | | | | |
| | 12 | 1 | 12 | 10 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

ALD007475

ALD007476

| | Aftercare Period 09 - 2006 | | Aftercare Period 10 - 2006 | | | Aftercare Period 11 - 2006 | | | Aftercare Period 12 - 2006 | | | Aftercare Period 13 - 2006 | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Families Utilizing Veterans' Program | Number of Past Families Offered Veteran's Program this Month | Number of Veteran Services Performed | Number of Families Utilizing Veterans' Program | Number of Past Families Offered Veteran's Program this Month | Number of Veteran Services Performed | Number of Families Utilizing Veterans' Program | Number of Past Families Offered Veteran's Program this Month | Number of Veteran Services Performed | Number of Families Utilizing Veterans' Program | Number of Past Families Offered Veteran's Program this Month | Number of Veteran Services Performed | Number of Families Utilizing Veterans' Program | Number of Past Families Offered Veteran's Program this Month | Number of Veteran Services Performed | Number of Veteran Services Performed in 2006 |
| | | | | | | | | | | | | | | | 8 |
| | | | | | | | | | | | | | | | 12 |
| | | | | | | | | | | | | | | | 2 |
| | | | | | | | | | | | | | | | 5 |
| | | | | | | | | | | | | | | | 3 |
| | | | | | | | | | | | | | | | 8 |
| | | | | | | | | | | | | | | | 1 |
| | | | | | | | | | | | | | | | 10 |
| | | | | | | | | | | | | | | | 4 |
| | | | | | | | | | | | | | | | 3 |
| | | | | | | | | | | | | | | | 9 |
| | | | | | | | | | | | | | | | 2 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 68 |

NE10 CENTRAL VA



| | Number Influencers | Contacts Made | | | | | | | | | | | | | Total |
| | | P1 28-Jan | P2 25-Feb | P3 25-Mar | P4 22-Apr | P5 20-May | P6 17-Jun | P7 15-Jul | P8 12-Aug | P9 9-Sep | P10 7-Oct | P11 4-Nov | P12 2-Dec | P13 30-Dec | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2786 - HOWELL FUNERAL HOME | 14 | 0 | 3 | 1 | 4 | 0 | | | | | | | | | |
| 2824 - LYNCH FUNERAL HOME | 27 | 0 | 1 | 2 | 0 | 1 | | | | | | | | | |
| 2889 - LOMAX FUNERAL HOME INC. | 15 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | |
| 3134 - WILLIAMS FUNERAL HOME | 24 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | |
| 3332 - BOB MILLER FUNERAL HOME | 22 | 0 | 1 | 1 | 1 | 0 | | | | | | | | | |
| 2880 - COLLINS FUNERAL SERVICES | 25 | 0 | 1 | 1 | 1 | 0 | | | | | | | | | |
| 2881 - McKEE-STONE FUNERAL SERVICES | 31 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | |
| 3232 - COMMUNITY FUNERAL SERVICES | 7 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | |
| 3693 - DUGUID FUNERAL HOME | 18 | 0 | 2 | 1 | 0 | 0 | | | | | | | | | |
| 3699 - DUGUID FH-TIMBERLAKE RD | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | |
| 2972 - LINDSEY FUNERAL HOMES, INC. | 42 | 1 | 1 | 1 | 2 | 1 | | | | | | | | | |
| 3566 - KYGER FUNERAL HOME | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | |
| 3667 - LINDSEY FH AND CREM-MEYERS C | | 0 | 0 | 0 | 0 | 0 | | | | | | | | | |

ALD007477

ALD007478

NEW CENTRAL VA

| | Number of Community Events/Programs/Activities | | | | | | | | | | | | | Remainder of 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P1 28-Jun | P2 23-Feb | P3 25-Mar | P4 22-Apr | P5 20-May | P6 17-Jun | P7 15-Jul | P8 12-Aug | P9 9-Sep | P10 7-Oct | P11 4-Nov | P12 2-Dec | P13 30-Dec | P03-P#15 |
| 2769 - HOWELL FUNERAL HOME | 0 | 0 | 0 | 0 | 2 | | | | | | | | | |
| 2824 - LYNCH FUNERAL HOME | 0 | 0 | 0 | 0 | 1 | | | | | | | | | |
| 2838 - LOMAX FUNERAL HOME INC. | 0 | 0 | 0 | 0 | 0 | | | | | | | | | |
| 3154 - WILLIAMS FUNERAL HOME | 0 | 0 | 0 | 0 | 0 | | | | | | | | | |
| 3332 - BOB MILLER FUNERAL HOME | 0 | 0 | 2 | 0 | 0 | | | | | | | | | |
| 2880 - COLLINS FUNERAL SERVICES | 0 | 0 | 0 | 4 | 1 | | | | | | | | | |
| 2881 - McKEE-STONE FUNERAL SERVICES | 0 | 0 | 0 | 0 | 0 | | | | | | | | | |
| 3332 - COMMUNITY FUNERAL SERVICES | 0 | 0 | 0 | 0 | 0 | | | | | | | | | |
| 3593 - DUGUID FUNERAL HOME | 0 | 0 | 0 | 0 | 0 | | | | | | | | | |
| 3569 - DUGUID FH-TIMBERLAKE RD | 0 | 0 | 0 | 0 | 0 | | | | | | | | | |
| 2972 - LINDSEY FUNERAL HOMES, INC. | 0 | 0 | 0 | 0 | 0 | | | | | | | | | |
| 3556 - KYGER FUNERAL HOME | 0 | 0 | 0 | 0 | 0 | | | | | | | | | |
| 3457 - LINDSEY FH AND CREM-WEYERS C | 0 | 0 | 0 | 0 | 0 | | | | | | | | | |

ALD007479

# COMMUNITY SEMINAR SUMMARY REPORT

## Market Details

Market Number: NE10
Market Manager Name: Bob Burger

| Location Number | Year to date (total) | | | | | | | | | Period 1 | | | | | Period 2 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total number of seminars held | Total number of attendees | Average attendees per seminar | No. of advance planning leads | % of leads to attendees | Number of contract sold | % of contracts to leads | Total value of contracts | Average value of contracts | Number of seminars held | Number of attendees | No. of advance planning leads | Number of contract sold | Value of contracts | Number of seminars held | Number of attendees | No. of advance planning leads | Number of contract sold |
| 2785 | 0 | 0 | #DIV/0! | 0 | #DIV/0! | 0 | #DIV/0! | $  - | #DIV/0! | 0 | 0 | 0 | 0 | $  - | 0 | 0 | 0 | 0 |
| 2824 | 0 | 0 | #DIV/0! | 0 | #DIV/0! | 0 | #DIV/0! | $  - | #DIV/0! | 0 | 0 | 0 | 0 | $  - | 0 | 0 | 0 | 0 |
| 2838 | 0 | 0 | #DIV/0! | 0 | #DIV/0! | 0 | #DIV/0! | $  - | #DIV/0! | 0 | 0 | 0 | 0 | $  - | 0 | 0 | 0 | 0 |
| 2880 | 0 | 0 | #DIV/0! | 0 | #DIV/0! | 0 | #DIV/0! | $  - | #DIV/0! | 0 | 0 | 0 | 0 | $  - | 0 | 0 | 0 | 0 |
| 2881 | 0 | 0 | #DIV/0! | 0 | #DIV/0! | 0 | #DIV/0! | $  - | #DIV/0! | 0 | 0 | 0 | 0 | $  - | 0 | 0 | 0 | 0 |
| 2972 | 0 | 0 | #DIV/0! | 0 | #DIV/0! | 0 | #DIV/0! | $  - | #DIV/0! | 0 | 0 | 0 | 0 | $  - | 0 | 0 | 0 | 0 |
| 3232 | 0 | 0 | #DIV/0! | 0 | #DIV/0! | 0 | #DIV/0! | $  - | #DIV/0! | 0 | 0 | 0 | 0 | $  - | 0 | 0 | 0 | 0 |
| 3593 | 0 | 0 | #DIV/0! | 0 | #DIV/0! | 0 | #DIV/0! | $  - | #DIV/0! | 0 | 0 | 0 | 0 | $  - | 0 | 0 | 0 | 0 |
| 3134 | 0 | 0 | #DIV/0! | 24 | #DIV/0! | 9 | 38% | $ 19,685.46 | $ 2,187.27 | 0 | 0 | 0 | 0 | $  - | 0 | 0 | 20 | 7 |
| 3332 | 0 | 0 | #DIV/0! | 2 | #DIV/0! | 3 | 150% | $ 8,143.43 | $ 2,714.48 | 0 | 0 | 0 | 0 | $  - | 0 | 0 | 0 | 2 |
| Totals | 0 | 0 | #DIV/0! | 26 | #DIV/0! | 12 | 46% | $ 27,828.89 | $ 2,319.07 | 0 | 0 | 0 | 0 | $  - | 0 | 0 | 20 | 9 |

ALD007480

| | Period 3 | | | | | Period 4 | | | | | Period 5 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Value of contracts | Number of contract sold | No. of advance planning leads | Number of attendees | Number of seminars held | Value of contracts | Number of contract sold | No. of advance planning leads | Number of attendees | Number of seminars held | Value of contracts | Number of contract sold | No. of advance planning leads | Number of attendees | Number of seminars held |
| | $ - | 0 | 0 | 0 | 0 | $ - | 0 | 0 | 0 | 0 | $ - | 0 | 0 | 0 | 0 |
| | $ - | 0 | 0 | 0 | 0 | $ - | 0 | 0 | 0 | 0 | $ - | 0 | 0 | 0 | 0 |
| | $ - | 0 | 0 | 0 | 0 | $ - | 0 | 0 | 0 | 0 | $ - | 0 | 0 | 0 | 0 |
| | $ - | 0 | 0 | 0 | 0 | $ - | 0 | 0 | 0 | 0 | $ - | 0 | 0 | 0 | 0 |
| | $ - | 0 | 0 | 0 | 0 | $ - | 0 | 0 | 0 | 0 | $ - | 0 | 0 | 0 | 0 |
| | $ - | 0 | 0 | 0 | 0 | $ - | 0 | 0 | 0 | 0 | $ - | 0 | 0 | 0 | 0 |
| | $ - | 0 | 0 | 0 | 0 | $ - | 0 | 0 | 0 | 0 | $ - | 0 | 0 | 0 | 0 |
| | $ - | 0 | 0 | 0 | 0 | $ - | 0 | 0 | 0 | 0 | $ 19,685.46 | 2 | 4 | 0 | 0 |
| | $ - | 0 | 0 | 0 | 0 | $ - | 0 | 0 | 0 | 0 | $ 8,143.43 | 1 | 2 | 0 | 0 |
| | $ - | 0 | 0 | 0 | 0 | $ - | 0 | 0 | 0 | 0 | $ 27,828.89 | 3 | 6 | 0 | 0 |

ALD007481

| | Period 6 | | | Period 7 | | | | | Period 8 | | | | | Period 9 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No. of advance planning leads | Number of contract sold | Value of contracts | Number of seminars held | Number of attendees | No. of advance planning leads | Number of contract sold | Value of contracts | Number of seminars held | Number of attendees | No. of advance planning leads | Number of contract sold | Value of contracts | Number of seminars held | Number of attendees | No. of advance planning leads | Number of contract sold | Value of contracts |
| | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · |
| | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · |
| | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · |
| | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · |
| | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · |
| | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · |
| | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · |
| | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · |
| | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · |
| | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · | 0 | 0 | 0 | 0 | $ · |

ALD007482

| | Period 10 | | | | | Period 11 | | | | | Period 12 | | | | | Period 13 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of seminars held | Number of attendees | No. of advance planning leads | Number of contract sold | Value of contracts | Number of seminars held | Number of attendees | No. of advance planning leads | Number of contract sold | Value of contracts | Number of seminars held | Number of attendees | No. of advance planning leads | Number of contract sold | Value of contracts | Number of seminars held | Number of attendees | No. of advance planning leads | Number of contract sold |
| | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o |
| | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o |
| | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o |
| | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o |
| | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o |
| | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o |
| | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o |
| | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o |
| | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o |
| | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o | $ . | o | o | o | o |

| Value of contracts |
|---|
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |

EXHIBIT 14

## Location Visit Checklist

Location Name _____ Manager:_____
Date of Visit _____ By:

| | | | | | |
|---|---|---|---|---|---|
| Period | | | | | |
| YTD | | | | | |
| Last year | | | | | |

### Facilities Management

| | | | |
|---|---|---|---|
| | Is there any debris (i.e. Cigarette Butts, Flowers petals left from Loading Vehicles) | | |
| | Clean, Sanitized, organized | | |
| | Clean, uncluttered, Comfortable environment for the family | | |
| | Lights all functioning | | |
| | Clean neat and tidy | | |
| | Items stored as required to meet safety requirements | | |
| | Neat and tidy, staff bulletin board has required postings clearly visible. | | |
| | Exterior and interior clean, stocked as required | | |
| | Clean, sanitary, properly stocked | | |
| | Is the facility ready for Guests | | |
| | i.e. Clean uncluttered, lights on, soft music playing, etc | | |

### Daily Maintenance Checklist

| OK | Inspect | What to look for | Action Steps | Action Date |
|---|---|---|---|---|
| | Parking Lot & roads | No trash, leaves, branches, twigs, cardboard, fast food containers, papers or spider webs | | |
| | Grounds | Free of cracked cement, debris, lifted carpet, ice and snow | | |
| | Perimeter of grounds | Other trip hazards | | |
| | Exterior of Building | Swept, no leaves, gravel, dirt, broken pavement, cigarette butts visible. | | |
| | Fences | Drains are free of leaves, snow and ice, trash, debris | | |
| | Walkways | Porches washed down, free of debris, leaves, gravel, dirt | | |
| | Stairway | Glass is clean free of streaks, smudges. | | |
| | Doorways | Handles are polished, door is clean. | | |
| | Main Entrance Doors | | | |
| | Drains | | | |
| | Porches | | | |
| | Garbage cans | No trash in garbage cans | | |
| | | Bins are lined with clean garbage bag | | |
| | Cigarette receptacle | Cigarette receptacles contain no cigarettes | | |
| | Windows | Free of fingerprints, smudges, bird waste | | |
| | | Behind blinds is clean, free of dust and dirt | | |
| | Window Sill | Free of dust, dirt, smudges, bird waste | | |
| | Sign is on and functioning | Light bulbs working, no damage or debris | | |
| | | Correct time, and date | | |

Comments:

### Outside

| OK | Inspect | What to look for | Action Steps | Action Date |
|---|---|---|---|---|
| | Flags | Clean | | |
| | | Well Lit | | |

ALD007240

| | | Free of damages | | |
|---|---|---|---|---|
| | | Lowered when appropriate | | |
| | Lighting | All light bulbs working. Fixtures free of damage | | |
| | Awnings | No water build up | | |
| | | Free of damages | | |
| | | Free of dirt | | |
| | Entrances Locked during closed hours | Pull/Push on door to confirm locked when entering the building for the first time in the morning, and exiting the building at night | | |
| | | Entrances unlocked during business hours | | |
| | Security System | Turned on during closed hours | | |
| | (As applicable) | Turned off during open hours | | |

Comments:

## Entrance/ Foyer of the Building

| OK | Inspect | What to look for | Action Steps | Action Date |
|---|---|---|---|---|
| | Lights | On, No burnt out light bulbs | | |
| | | Light Fixtures are free of damage and dust | | |
| | Music Playing | Instrumental / Meditative background music, speakers not cracking | | |
| | | Volume is low | | |
| | Flooring | Carpet vacuumed, tile flooring mopped no spots & stains | | |
| | | No debris, gravel or wrappers | | |
| | Furniture in correct placement, free of dust | Seating available at front entrance | | |
| | | Furniture is in orderly fashion, inviting | | |
| | | Free of dust etc. | | |
| | Windows/Doors/Glass Panel | Free of dirt, dust, smudges and fingerprints | | |
| | Room Temperature | Thermostat set to a comfortable temperature for staff and guests | | |
| | Candies (Optional) | Containers full with fresh individually wrapped candies | | |
| | | Sugar free candies available (as applicable) | | |
| | Literature display | All staff members business cards stocked in business card holders | | |
| | | Fully stocked, front facing upright in racks | | |
| | Business Cards displayed | | | |

Comments:

## Entrance/ Foyer of the Building

| OK | Inspect | What to look for | Action Steps | Action Date |
|---|---|---|---|---|
| | Coat Rack and Hangers | Hangers are grouped and facing in the same direction | | |
| | (if applicable) | Hat racks are empty | | |
| | | Lost and found is located somewhere that is easily accessible | | |
| | Umbrella Stand | Near front door, contains functioning umbrellas | | |
| | (If applicable) | | | |
| | | | | |
| | Tissue | Supply of tissue. Based on the size of the room | | |
| | Emergency Exit Signs | Functioning | | |
| | | Lit | | |
| | | Free of damages | | |
| | Entrance mats are in good condition | No salt, sand, gravel | | |
| | | No rips, tears or corners lifted up | | |
| | Garbage cans | Empty, clean, lined with clean garbage bag | | |
| | Door Chimes (If Applicable) | Operating | | |

Comments:

ALD007241

**Business Offices**

| OK | Inspect | What to look for | Action Steps | Action Date |
|----|---------|------------------|--------------|-------------|
| | Lights | On, No burnt out light bulbs | | |
| | | Light Fixtures are free of damage and dust | | |
| | Flooring | Carpet vacuumed, tile flooring mopped no spots & stains | | |
| | Windows/Doors/Glass Panel/Sills | Free of dirt, dust, smudges and fingerprints | | |
| | | Behind Blinds are free of dirt and smudges | | |
| | Room Temperature | Thermostat set to a comfortable level for employees | | |
| | Policy and Procedures Manuals | All 5 Binders are in designated area | | |
| | Alderwoods Documents | Complete set | | |
| | | Filed in designated area | | |
| | Receipt Books | Filed in designated area | | |
| | Business Cards displayed | Fully stocked, front facing upright in racks | | |
| | | Location Manager, Sales Managers and Funeral Directors, business cards stocked in business card holders | | |
| | Garbage cans | Empty, clean, lined with clean garbage bag | | |
| | Workspaces | Tidy, free of clutter | | |
| | | Free of potentially unprofessional articles (i.e. bobble head dolls) | | |

Comments:

**Alderwoods/Selection and Arrangement Room**

| OK | Inspect | What to look for | Action Steps | Action Date |
|----|---------|------------------|--------------|-------------|
| | Lights | On, No burnt out light bulbs | | |
| | | Light Fixtures are free of damage and dust | | |
| | Flooring | Carpet vacuumed, tile flooring mopped no spots & stains | | |
| | | No debris, gravel or wrappers | | |
| | Windows/Doors/Glass Panel/Sills/Behind Blinds | Free of dirt, dust, smudges and fingerprints | | |
| | Room Temperature | Thermostat set to a comfortable temperature for guests | | |
| | Wall hanging and Signage | Free of dust and damages, straight and level | | |
| | Furniture in correct placement, free of dust | Seating available | | |
| | | Furniture is in orderly fashion, inviting | | |
| | | Free of dust | | |
| | Alderwoods Display merchandise in designated plan-o-gram space | All display merchandise is placed in correct plan-o-gram space | | |
| | Payment Plan | Clearly displayed | | |

Comments:

**Alderwoods/Selection and Arrangement Room**

| OK | Inspect | What to look for | Action Steps | Action Date |
|----|---------|------------------|--------------|-------------|
| | Room free of clutter | Arrangement items and documentation are stocked and organized neatly in the credenza | | |
| | | No materials on top of the credenza, room is free of debris, and dirty china | | |
| | Tissue | Supply of tissue suitable for the size of the room | | |
| | Garbage cans | Empty, clean, lined with clean garbage bag | | |
| | Candies (Optional) | Containers full with fresh individually wrapped candies | | |
| | | Sugar free candies available (If applicable) | | |
| | Calculators | Not visible in room | | |
| | Phones | Set up for outgoing calls only | | |
| | | Located in a discreet area of the room | | |
| | Credenza (Desk) | Neat | | |
| | | Clean | | |

ALD007242

Comments:

## Chapel/Visitation Rooms

| OK | Inspect | What to look for | Action Steps | Action Date |
|---|---|---|---|---|
| | Loved one | Appearance: | | |
| | | Free of dehydration marks | | |
| | | Eyes and lips are closed | | |
| | | Hands placed correctly across loved one | | |
| | | Fabric lying smoothly | | |
| | | Cosmetics does not look streaked or caked on | | |
| | Lights and Lectern Lights | On, No burnt out light bulbs | | |
| | | Light Fixtures are free of damage and dust | | |
| | Flooring | Carpet vacuumed, tile flooring mopped no spots & stains | | |
| | Windows/Doors/Glass Panel | Free of dirt, dust, smudges and fingerprints | | |
| | Room Temperature | Thermostat set to a comfortable temperature for guests | | |
| | Wall hangings and Signage | Free of dust and damages, straight and level | | |
| | Furniture in correct placement, free of dust | Seating available | | |
| | | Furniture is in orderly fashion, inviting | | |
| | | Free of dust | | |
| | Pews or chairs as applicable | Aligned in a straight row | | |
| | | Free of dust and damages | | |

Comments:

## Chapel/Visitation Rooms

| OK | Inspect | What to look for | Action Steps | Action Date |
|---|---|---|---|---|
| | Flowers | Family pieces are closet to the casket | | |
| | | Forward Facing | | |
| | | Flower cards clearly visible | | |
| | Religious symbols | Correct symbol (Cross, Crucifix, Star of David) displayed in area | | |
| | Personal Mementos | Visible and neat | | |
| | Picture Boards | Nothing has fallen on floor | | |
| | Register Book | Is visible to guests | | |
| | | Business quality pen available | | |
| | | Good supply of "Friends & Relatives" pages | | |
| | Tissue | Box of tissue in first six pews | | |
| | | After first six a box every other pew | | |
| | Clergy Lectern Clean | Free of Debris, Paperwork, bibles and china | | |
| | Refreshments | Full inventory of beverages, cups, cream, sugar, milk | | |
| | (if applicable) | Accessible to guests | | |
| | Garbage cans | Empty, clean, lined with clean garbage bag | | |
| | Room Odor | Free of unpleasant odors | | |
| | | Smells clean and fresh | | |

Comments:

## Restrooms

| OK | Inspect | What to look for | Action Steps | Action Date |
|---|---|---|---|---|
| | Lights | On, No burnt out light bulbs | | |
| | | Light Fixtures are free of damage and dust | | |
| | Flooring | Carpet vacuumed, tile flooring mopped no spots & stains | | |
| | | No debris, wrappers or papers | | |
| | Sinks | Sinks are free of dirt, and water spots | | |
| | Toilets | Free of residue or debris | | |
| | Windows/Doors/Mirrors | Free of dirt, dust, smudges, water spots and fingerprints | | |
| | Paper Dispensers | Filled with paper towel | | |

ALD007243

| | | | | |
|---|---|---|---|---|
| | | Full supply and additional stock of toilet paper | | |
| | Tissue | Supply on countertops | | |
| | Soap Dispensers | Dispenser full | | |
| | | Free of drippings and building up at spouts | | |
| | Hand Lotion | Dispenser full | | |
| | | Free of drippings and building up at spouts | | |
| | Odor Control | Air freshener functioning in vents or sprayed | | |

Comments:

**Restrooms**

| OK | Inspect | What to look for | Action Steps | Action Date |
|---|---|---|---|---|
| | Cleaning Supplies | Out of public view | | |
| | | In Cabinet | | |
| | | Clearly Labeled | | |
| | Garbage cans | Empty, clean, lined with clean garbage bag | | |

Comments:

**Reception Kitchens**

| OK | Inspect | What to look for | Action Steps | Action Date |
|---|---|---|---|---|
| | Lights | On, No burnt out light bulbs | | |
| | | Light Fixtures are free of damage and dust | | |
| | Flooring | Carpet vacuumed, tile flooring mopped no spots & stains | | |
| | | No debris, wrappers or papers | | |
| | Sinks | Sinks are free of dirt, dirty dishes and water spots | | |
| | Surface Areas | Wiped and free of debris | | |
| | Paper Dispensers | Filled with paper towel | | |
| | Tissue | Supply on countertops | | |
| | Water Coolers | Full of water | | |
| | | Tank and dispenser free of dust and debris | | |
| | | Overflow basin empty, clean, and dry | | |
| | | Cups fully stocked | | |
| | Refrigerator(s) | Free of expired items, spills, dirt and debris | | |
| | | Odor control items in place | | |
| | Periodicals | Stacked neatly | | |
| | | Newspapers current | | |
| | | Outdated periodicals removed | | |
| | | No industry periodicals in public areas | | |

Comments:

**Staff Kitchens**

| OK | Inspect | What to look for | Action Steps | Action Date |
|---|---|---|---|---|
| | Lights | On, No burnt out light bulbs | | |
| | | Light Fixtures are free of damage and dust | | |
| | Flooring | Carpet vacuumed, tile flooring mopped no spots & stains | | |
| | | No debris, wrappers or papers | | |
| | Sinks | Sinks are free of dirt, dirty dishes and water spots | | |
| | Surface Areas | Wiped and free of debris | | |
| | Paper Dispensers | Filled with paper towel | | |
| | | Full supply and additional stock of toilet paper.  Kleenex on countertops | | |
| | Tissue | Supply on countertops | | |
| | Water Coolers | full of water | | |
| | | Tank and dispenser free of dust and debris | | |

Comments:

| | | Overflow basin empty, clean, and dry | | |
|---|---|---|---|---|
| | | Cups fully stocked | | |
| | Refrigerator(s) | Free of expired items, spills, dirt and debris | | |
| | | Odor control items in place | | |
| | Periodicals | Stacked neatly | | |
| | | Newspapers current | | |
| | | No outdated periodicals | | |
| | | Industry periodicals available | | |

Comments:

### Inventory and Supply Storage

| OK | Inspect | What to look for | Action Steps | Action Date |
|---|---|---|---|---|
| | Hamper | Hamper is present. | | |
| | | Soiled items are placed in hamper | | |
| | Supplies | Clearly Marked | | |
| | | Placed in correct storage area | | |
| | | Neat and tidy | | |
| | | Inventory pulled forward | | |
| | Vacuum Cleaner | Inspect bag on vacuum cleaner. Not to be full. | | |
| | Garbage cans | Empty, clean, lined with clean garbage bag | | |

Comments:

### Prep Room

| OK | Inspect | What to look for | Action Steps | Action Date |
|---|---|---|---|---|
| | Instruments | Sterilized | | |
| | | Free of foreign objects | | |
| | Surface Areas | Sanitized | | |
| | Sink | | | |
| | Floors | | | |
| | Walls | | | |
| | Cupboards | | | |
| | Shelves | | | |
| | Tables | | | |
| | Equipment | | | |
| | White Board (As applicable) | Updated with Deceased Names, Embalming, Dressing and | | |
| | Paths | Free of Obstacles | | |
| | Bio-Hazard Bin | Clearly labeled | | |
| | | Closable container, closed | | |
| | | Accessible | | |

Comments:

### Prep Room

| OK | Inspect | What to look for | Action Steps | Action Date |
|---|---|---|---|---|
| | Sharp item container | Available | | |
| | Doors | Lock | | |
| | Ventilation systems | System is on | | |
| | | Airflow in accordance to State or Provincial regulations | | |
| | Cosmetics | Clean, lids replaced | | |
| | | Brushes are free of excess cosmetics | | |
| | Cleaning Supplies | Labeled "FOR PREP ROOM ONLY" | | |
| | | Placed in designated area | | |
| | Cleaning Log | Visible to staff | | |
| | | Completed | | |
| | Personal effects | Personal effects are labeled with name | | |
| | | Clothing hung, additional items are attached to the hanger | | |
| | Identification bands and Pens | Supply of Alderwoods approved items | | |
| | Prep Room Log | Up to date with information on each deceased | | |

Comments:

ALD007245

**Prep Room**

| OK | Inspect | What to look for | Action Steps | Action Date |
|---|---|---|---|---|
| | Forms | Supply of: | | |
| | | · Embalming Report | | |
| | | · Temporary Contract Worker Release form | | |
| | | · Personal Effects/Inventory form | | |
| | | · Forms organized | | |
| | Body Lift with Weight Limit | Lift is present, placed in safe/secure area | | |
| | | Straps clean and attached to lift | | |
| | | Weight limit clearly marked | | |
| | Prep Room Signage: | Properly posted and visible | | |
| | No Food | | | |
| | No Lip Balm | | | |
| | No Beverages Signs | | | |
| | No Smoking | | | |
| | Biohazard | | | |
| | Anatomical Diagram | | | |
| | Drinking Water (Potable Water) | | | |
| | Sacred room plaque | | | |
| | | | | |
| | Garbage cans | Empty, clean, lined with clean garbage bag | | |

Comments:

**Vehicles**

| OK | Inspect | What to look for | Action Steps | Action Date |
|---|---|---|---|---|
| | License | In glove box, organized | | |
| | Registration Papers | | | |
| | Insurance Provider | | | |
| | Body of Vehicles | Free of dirt, grime, and smudges | | |
| | Rims | Polished and shiny | | |
| | Tires | | | |
| | Windows | Windows are free of dirt, smudges, and streaks | | |
| | Seats | Free of debris, Vacuumed, garbage removed | | |
| | | Panels have polish applied | | |
| | Flooring | | | |
| | Trunk | | | |
| | Gas gauge | Reads full | | |
| | Committal Sand | In Lead Cars, in suitable container | | |
| | | Located in arm rest or glove box | | |
| | Stereo | Is off | | |
| | Odor | Free of odors, Air Freshener available if needed | | |
| | Church truck | Is in Coach, placed in designated side door position | | |

Comments:

**Vehicles**

| OK | Inspect | What to look for | Action Steps | Action Date |
|---|---|---|---|---|
| | Holy Water | In Lead Cars, in suitable container | | |
| | | Located in arm rest or glove box | | |
| | Casket Key | In All Cars | | |
| | | Located in arm rest or glove box | | |
| | Alderwoods blue-purple Flashing Lights (As applicable) | Test Lights, bright and flashing | | |
| | Procession Funeral Flags | Supply of flags for procession in trunk of lead car | | |
| | Vehicle Keys | Vehicle keys are in locked key box when not in use | | |
| | Funeral Home Literature | Funeral Home Price Guide & Merchandise Price List are in each car | | |
| | Tissue | Box of tissue in each car | | |
| | Garbage cans | Empty, clean, lined with clean garbage bag | | |
| | Temporary Register Book | Full Stock in Lead Car | | |
| | (Reserved) Pew Markers | | | |

Comments:

ALD007246

**Garage**

| OK | Inspect | What to look for | Action Steps | Action Date |
|---|---|---|---|---|
| | Gasoline | Gas can cap is securely fastened in locking OSHA approved cabinet | | |
| | Vehicle Maintenance Log | Posted, displayed and completed up to date | | |
| | Cleaning Fluids | Grouped and stored in designated area | | |
| | Equipment | Mop, bucket, squeegee, towels labeled "FOR GARAGE USE ONLY" | | |
| | Garage | Clean. Free of debris and clutter. Floor Swept | | |
| | Emergency Exit Signs | Free of burnt out light bulbs | | |
| | Spill Kit | In garage and easily accessible | | |
| | Garage Door | Closed, locked when not in use | | |

Comments:

**Serivce Management**

| Inspect | What to look for | Action Steps | Action Date |
|---|---|---|---|
| Dress Code | Are the staff dressed appropriately? | | |
| | How are staff identified on the funeral, i.e. same suit, tie, Aldenwoods pins, name tags | | |
| Answering The Phone | Are the staff answering the phone correctly? | | |
| | Are callers being placed on hold for long periods of time? | | |
| | Have you called the location to identify opportunity both during and after hours | | |
| Taking a First Call | Does every file have a first call form? | | |
| Making Arrangements | Does every file have a personal effects inventory form? | | |
| | Removal vehicle prepared for a call? | | |
| Greeting Guests | Do all of the staff know what their responsibility is during the visitation? | | |
| | How can you improve service to a family? | | |
| | Water in room, mints, music playing, personalization for family | | |
| Visitation | Are all staff members aware of their roles and responsibilities during the service? | | |
| | Has MGM attended a service at the location to observe and coach | | |
| | Has the MGM attended a service at a Church to observe and Coach? | | |
| Committal Service | Has the grave site been set up properly for the committal service? | | |
| | Do all of the staff know their roles and responsibilities during the service at the cemetery? | | |
| Clergy Registry | Does the location have an up to date clergy registry with completed clergy information sheets | | |

Dress Code Checklist

Answering The Phone

Taking a First Call

Greeting Guests For A Visitation

Setting Up For A Visitation

ALD007247

Running A Chapel Service

Committal Service

## Management Development

| Item | Questions to address | Actions / Notes | To Be Completed |
|---|---|---|---|
| Membership Partnership | Review MP documents | | |
| Recruitment Selection and Orientation | Review Orientation checklist of any staff new to location since previous visit | | |
| Communication agreements | Are there communication agreements in place? | | |
| Coaching | Thru discussions with manager, what are the opportunities for coaching?<br>Is location manager maintaining coaching notes | | |
| | What is the manager currently coaching the employees on? | | |
| | What does the location manager need in order to better coach | | |




## Community Relations

| Item | What to Look for | Actions / Notes | To Be Completed |
|---|---|---|---|
| Influencers | New Influencers | | |
| | Existing influencers | | |
| | Quarterly ranking of influencers | | |
| | Review leadership network Influencer Sheets for updates | | |
| Community Events Community Involvement | Review event planning calendar for event schedule | | |
| | Review event budget templates | | |
| What makes a leader in the community and how do we become it | Open discussion with the Location manager about what can be done to make the location the leader in the community | | |
| Local media | How can the location utilize the local media more effectively? | | |

LEADERSHIP NETWORK INFORMATION SHEET- EXISTING INFLUENCERS

Community Event Budget Template

COMMUNITY EVENT INFORMATION SHEET

## Financial Goals / Administrative management

| Item | Questions | Actions | To Be Completed |
|---|---|---|---|
| Compliance | Is the contract complete as per the SOX training and requirements, i.e. signatures, payment details etc.? | | |
| | Are the location manager checklists complete? | | |
| Quarterly and Sales Reports | Review the report and look for opportunity for improvement | | |
| Operations Detail and Trend | Sales and Growth Margin | | |
| | Are their any areas of opportunity from the ancillary sales, is there an arranger that consistently does not have a vault, or floral sale) | | |
| Discounts | Review with Manager to determine why discounts were provided to customer and if there were price over rides, please explain | | |
| Price Over rides and Trends | What expenses are out of line | | |
| Expenses | Action to get expenses to budget or better? | | |
| | Are there revenue opportunities | | |
| | Is the location Positive in Operating margin to budget | | |

ALD007248

| | | | |
|---|---|---|---|
| | Is this a profitable business unit? | | |
| | Review wages and scheduling Are we maximizing our people power? | | |
| | How is the location performing in Accounts receivable? | | |
| | Opportunities for improvement | | |
| | Review Aging sales report | | |
| | Please have a conversation with the arranging directors, discuss their recent arrangements and what they did to personalize the service for the family, how they discussed the payment options with the family. | | |
| | If you feel that there is opportunity with the director, refer to the coaching that they are receiving from their manager to ensure that they are receiving ongoing coaching. | | |
| | What are the location manager and sales manager doing to work togeterh to enhance pre need production | | |

Regional Management  SOX Checklist Checklist

**Over All Comments**

| |
|---|
| |

EXHIBIT 15

# Apprentice Funeral Director/Embalmer

**ALDERWOODS** GROUP

**Job Code Description:** Apprentice FD/Embalmer

**Job Code:** APP FDE

## GENERAL ACCOUNTABILITIES

The Apprentice Funeral Director/Embalmer will be under the supervision of a senior funeral director and/or Embalmer as applicable. The Apprentice Funeral Director/Embalmer must fulfill the requirements as dictated by the licensing Board in the practicing state. The Apprentice Funeral Director/Embalmer reports to the Location Manager and provides customer service in all areas of helping our families achieve peace following the loss of a loved one. The Apprentice Funeral Director/Embalmer learns to implement choices made by the families regarding the funeral final disposition of the body and memorialization of the individual. They interact with our families to help fulfill their death care for the deceased in a respectful manner while performing a variety of task.

The Apprentice FD/Embalmer's duties must be performed consistent with company mission and values and adherence to company policies and procedures.

## SPECIFIC RESPONSIBILITIES

- Arranging and conducting funeral and memorial ceremonies in a professional, organized and caring manner and in keeping with company policies and procedures
- Retain heritage and grow market share through active involvement with community, religious and other organizations
- Respectfully prepare remains of deceased in keeping with Company and Regulatory requirements
- Care for the deceased in a respectful manner while performing a variety of tasks which include: transfers, embalming, lifting of deceased human remains, cosmetology, hairstyling, dressing and casketing; coordinating and assisting with funeral service, and visitation, delivery of flowers, caskets, urn, photos and other personal keepsakes or mementos of client families and setting of chairs and the removal, proper care and storage of these items
- Assist on funeral services by supervising the parking of cars, ushering, driving funeral vehicles, assisting at chapel and church services, assisting at the cemetery, floral delivery, picking up supplies, participating in special functions and other duties, as required
- Responsible for pre-need sales and aftercare
- Promote and maintain a safe and healthy work environment by complying with the provisions of the Alderwoods General Injury And Illness Prevention Program.

- Ensure adherence to all professional, municipal, provincial/state and federal licensing authority, regulations and rules applicable to the provision of funeral services
- Provide aftercare in absence of Family Service Counselor. Aftercare includes delivery of documents, stationery, documentation, information on insurance, health benefits and pension, pre-arrangements for next of kin
- Completion and accurate preparation of all documents related to services, cremations, maintenance, and any other type of data entry
- Office duties such as operating fax machine, computer, multiline phone system, debit card machine, typewriter, postage meter and scale and stereo/video system may be required to be operated from time to time
- On-call responsibilities (taking first call, talking to families, answering questions, providing initial details, conducting transfers etc.)
- Washing and cleaning of all funeral home vehicles and other client vehicles as required from time to time as a promotional gesture
- Assist with the maintenance of vehicles, the facility and property; receive caskets and other funeral home supplies as well as place into inventory and carrying out any other responsibilities that may be reasonably delegated by management
- General maintenance of building, grounds and vehicles as per Cleaning Schedule and Maintenance log
- Operation and maintenance of the crematory including repositioning and processing of cremated remains as per the Procedures Manual
- Answering phones, preparing reports as necessary and participating in staff meetings
- General housekeeping duties
- Ensuring refreshments are available (where allowed by law)
- This job is Non Exempt from Overtime. This statement is only applicable to US employees.

## EXPERIENCE AND EDUCATIONAL REQUIREMENTS

- Equivalent to high school education and completion of a diploma training program at a college or technical school specializing in funeral service or mortuary science
- Previous customer service and/or sales experience would be a definite asset
- Knowledge of computers and some software would be an asset, or willingness to learn
- Good communication skills
- High level of compassion and integrity

ALD000102

# Arranger



| | |
|---|---|
| **Job Code Description:** | Arranger |
| **Job Code:** | ARRANGER |

## GENERAL ACCOUNTABILITIES

The Arranger performs the same function as a Funeral Director and reports to the Location Manager. Arrangers are unlicensed Funeral Directors who are allowed to arrange funerals without a funeral director's license in certain states where permitted by law. He/She provides customer service in most areas of helping our families achieve peace following the loss of a loved one. Arrangers implement choices made by the families regarding the memorialization of the individual. As with Funeral Directors, they are responsible to ensure customers' full range of needs is addressed, whether by themselves or by appropriately licensed individuals.

Successful candidates are people who establish strong personal and business relationships with customers. Arrangers are listeners, advisors, supporters and facilitators. They are accountable for servicing families in a professional and timely manner. Respectful service and attention to customer needs are integral to a continued relationship with the family. Contributing as a team member, where individuals work together and share equally in the exchange of ideas, concepts and process outcomes is important.

The Arranger duties must be performed consistent with company mission and values and adherence to company policies and procedures.

## SPECIFIC RESPONSIBILITIES

- Arranging and conducting funeral and memorial ceremonies in a professional, organized and caring manner and in keeping with Company Policies and Procedures
- Retain heritage and grow market share through active involvement with community, religious and other organizations
- Assist on funeral services by supervising the parking of cars, ushering, driving funeral vehicles, assisting at chapel and church services, assisting at the cemetery, delivery of flowers, caskets, urn, photos and other personal keepsakes or mementos of client families and setting of chairs and the removal, proper care and storage of these items, picking up supplies, participating at special functions and other duties, as required
- Responsible for pre-need sales and aftercare, where applicable. Aftercare includes delivery of documents, stationery, documentation, information on insurance, health benefits and pension, pre-arrangements for next of kin
- Ensure potential pre-need referrals are shared with Family Service Counselors

- Promote and maintain a safe and healthy work environment by complying with the provisions of the Alderwoods General Injury And Illness Prevention Program.
- Ensure adherence to all professional, municipal, state and federal licensing authority, regulations and rules applicable to the provision of funeral services
- Complete and accurate preparation of all documents related to services, cremations, maintenance, and any other type of data entry
- Office duties such as operating fax machine, computer, multiline phone system, debit card machine, typewriter, postage meter and scale and stereo/video system from time to time
- Washing and cleaning of all funeral home vehicles and other client vehicles as required from time to time as a promotional gesture
- Assist with the maintenance of vehicles, the facility and property; receive caskets and other funeral home supplies as well as place into inventory and carrying out any other responsibilities that may be reasonably delegated by management
- General maintenance of building, grounds and vehicles as per Cleaning Schedule and Maintenance log
- Answering phones, preparing reports as necessary and participating in staff meetings
- Any other duties as directed by management.
- This job is Non Exempt from Overtime. This statement is only applicable to US employees.

## EXPERIENCE AND EDUCATIONAL REQUIREMENTS

- Equivalent to high school education and completion of a diploma training program at a college or technical school specializing in funeral service or experience equivalent
- Previous customer service and/or sales experience would be a definite asset
- Knowledge of computers and some software would be an asset, or willingness to learn
- Above average communication skills
- High level of compassion and integrity
- Problem solving skills
- Ability to multi task and set priorities
- Detail oriented
- Professional and team player
- Must be an authorized driver as per the Alderwoods Driver Safety Policy

ALD000104

# COMMUNITY RELATIONS DIRECTOR

## General Accountabilities

The Community Relations Director reports to the Location Manager (LM) or General Manager (GM) and is responsible for promoting programs and community relationships for the funeral home and/or cemetery. The Community Relations Director is a highly visible role in the community and is required to develop and maintain relationships with local religious groups/ministers, geriatric service providers, educational institutions and other key Business Leaders within their community.

The Community Relations Director duties must be performed consistent with Company mission and values and in adherence to Company policies and procedures.

## Specific Responsibilities

- Oversee development of Bereavement After Care Program and monitor participant's satisfaction by client families surveys
- Develop working relationships with local ministers, clergy, law enforcement, public service offices, hospital nurses and administrators, hospice care providers and administrators, local community and governmental groups and clubs, and volunteer organizations both private and public as well as other key business leaders within the community such as physicians groups and local law firms.
- Work with location team to build the annual Community Leadership Plan. Execute the plan with assistance from Support Center teams (Marketing and Corporate Communications). Report activity vs. plan to Operations management.
- In cooperation with a licensed funeral director, schedule educational seminars, public information speaking engagements, tours of funeral home and/or cemetery facilities.
- Develop, plan, and implement with direction from GM or Location Manager (LM), Annual Community Outreach Programs (Veterans Day Services, Mother Day Service, Easter Service, Holiday Memorial Service, etc.)
- Arrange and promote community sponsorship and involvement in various senior citizen programs, school programs, church programs, local activities
- Network within the community to assist management in locating and recruiting potential candidates for employment.
- Communicate with management to ensure all company initiatives are followed and conveyed through the involvement of both public and private sponsored programs
- Control expenditures in line with budget and have all expenditures approved by management before disbursement
- Respond to requests for information on funeral and cremation information and other related topics at the location or via telephone
- Assist with funeral, memorial and other services or ceremonies as requested by funeral home clients and management
- Attendance at all staff meetings is expected
- Any other duties directed by management
- This role is often performed in conjunction with other Funeral Home responsibilities or on a part time basis and in the US, is therefore considered to be a Non-Exempt and hourly based position.

ALD000108



## JOB TITLE:                    FUNERAL DIRECTOR

Job Code Description:      Funeral Director
Job Code:                          FD

### General Accountabilities

A Funeral Director reports to the Location Manager in his/her market.  He/She provides customer service in all areas of helping our families achieve peace following the loss of a loved one. We strive to help families overcome this difficult time by providing exemplary personalized service. Funeral Directors implement choices made by the families regarding the final disposition of the body and memorialization of the individual. They are the primary contact with our families and interact with them to fulfill their death care needs.  Funeral Directors are responsible to ensure customers' full range of needs is addressed.

Successful candidates are people who establish strong person and business relationships with customers. He/She is accountable for servicing families in a professional and timely manner.  Respectful service and attention to customer needs are integral to a continued relationship with the family.  The ability to contribute as a team member, where individuals work together and share equally in the exchange of ideas, concepts and process outcomes is important.

The Funeral Director duties must be performed consistent with company mission and values and adherence to company policies and procedures.

Certain variations may exist across locations or markets particularly as they relate to location differences, whether the funeral directors are represented by a union, whether a license is required for certain duties, and the size and staffing at a location or in a market.

### Specific Responsibilities

- Arranging and conducting funeral and memorial ceremonies in a professional, organized and caring manner and in keeping with Company Policies and Procedures
- Retain heritage and grow market share through active involvement with community, religious and other organizations
- Respectfully prepare remains of deceased in keeping with Company and Regulatory requirements
- Care for the deceased in a respectful manner while performing a variety of tasks which may include: transfers, lifting of deceased human remains, dressing and casketing; coordinating and assisting with funeral service, and visitation, delivery of flowers, caskets, urn, photos and other personal keepsakes or mementos of client families and setting of chairs and the removal, proper care and storage of these items
- Assist on funeral services by supervising the parking of cars, ushering, driving funeral vehicles, assisting at chapel and church services, assisting at the cemetery, floral delivery, picking up supplies, participating at special functions and other duties, as required
- In markets where regulatory requirements limit Pre-need sales to Funeral Directors, the Funeral Director's job requirement will be consistent with the Family Service Counselor.
- Responsible for pre-need sales and aftercare
- Ensure potential PN referrals are shared with Family Service Counselors

ALD000111

# Funeral Director



**ALDERWOODS™ GROUP**

| | |
|---|---|
| **Job Code Description:** | Funeral Director |
| **Job Code:** | FD |

## GENERAL ACCOUNTABILITIES

A Funeral Director reports to the Location Manager in his/her market. He/She provides customer service in all areas of helping our families achieve peace following the loss of a loved one. We strive to help families overcome this difficult time by providing exemplary personalized service. Funeral Directors implement choices made by the families regarding the final disposition of the body and memorialization of the individual. They are the primary contact with our families and interact with them to fulfill their death care needs.Funeral Directors are responsible to ensure customers' full range of needs is addressed.

Successful candidates are people who establish strong person and business relationships with customers. He/She is accountable for servicing families in a professional and timely manner. Respectful service and attention to customer needs are integral to a continued relationship with the family.The ability to contribute as a team member, where individuals work together and share equally in the exchange of ideas, concepts and process outcomes is important.

The Funeral Director duties must be performed consistent with company mission and values and adherence to company policies and procedures.

Certain variations may exist across locations or markets particularly as they relate to location differences, whether the funeral directors are represented by a union, whether a license is required for certain duties, and the size and staffing at a location or in a market.

## SPECIFIC RESPONSIBILITIES

- Arranging and conducting funeral and memorial ceremonies in a professional, organized and caring manner and in keeping with Company Policies and Procedures

- Retain heritage and grow market share through active involvement with community, religious and other organizations

- Respectfully provide remains of deceased in keeping with Company and Regulatory requirements

- Care for the deceased in a respectful manner while performing a variety of tasks which may include: transfers, lifting of deceased human remains, dressing and casketing; coordinating and assisting with funeral service, and visitation, delivery of flowers, caskets, urn, photos and other personal keepsakes or mementos of client families and setting of chairs and the removal, proper care and storage of these items

- Assist on funeral services by supervising the parking of cars, ushering, driving funeral vehicles, assisting at chapel and church services, assisting at the cemetery, floral delivery, picking up supplies, participating at special functions and other duties, as required

- In markets where regulatory requirements limit Pre-need sales to Funeral Directors, the Funeral Director's job requirement will be consistent with the Family Service Counselor.

- Responsible for pre-need sales and aftercare

- Ensure potential PN referrals are shared with Family Service Counselors

- Promote and maintain a safe and healthy work environment by complying with the provisions of the Alderwoods General Injury And Illness Prevention Program.

- Ensure adherence to all professional, municipal, provincial/state and federal licensing authority, regulations and rules applicable to the provision of funeral services

- Aftercare includes delivery of documents, stationery, documentation, information on insurance, health benefits and pension, pre-arrangements for next of kin

- Complete and accurate preparation of all documents related to services, cremations, maintenance, and any other type of data entry

- Office duties such as operating fax machine, computer, multiline phone system, debit card machine, typewriter, postage meter and scale and stereo/video system may be required to be operated from time to time

- Washing and cleaning of all funeral home vehicles and other client vehicles as required from time to time as a promotional gesture

- Assist with the maintenance of vehicles, the facility and property; receive caskets and other funeral home supplies as well as place into inventory and carrying out any other responsibilities that may be reasonably delegated by management

- General maintenance of building, grounds and vehicles as per Cleaning Schedule and Maintenance log

- Operation and maintenance of the crematory including repositioning and processing of cremated remains as per the Procedures Manual

- Answering phones, preparing reports as necessary and participating in staff meetings

- General housekeeping duties

- Ensuring refreshments are available (where allowed by law)

- Any other duties as directed by management

- This job is Non Exempt from Overtime. This statement is only applicable to US employees.

ALD000115

# Funeral Director/Embalmer

**ALDERWOODS™**
GROUP

**Job Code Description:** Funeral Director/Embalmer
**Job Code:** FD EMBLM

## GENERAL ACCOUNTABILITIES

A Funeral Director/Embalmer reports to the Location Manager in his/her market. He/She provides customer service in all areas of helping client families achieve peace following the loss of a loved one. He/she strives to help families through this difficult time by providing exemplary personalized service. The Funeral Director/Embalmer implements choices made by the families regarding the funeral, final disposition of the body and memorialization of the individual. He/she is the primary contact with a client family and interacts with the family to fulfill its death care needs. The Funeral Director/Embalmer is ultimately responsible for ensuring customers' full range of needs is met or exceeded.

Successful candidates are people who establish strong person and business relationships with customers. He/She is accountable for servicing families in a professional and timely manner. Respectful service and attention to customer needs are integral to a continued relationship with the family. The ability to contribute as a team member, where individuals work together and share equally in the exchange of ideas, concepts and process outcomes is important.

The Funeral Director/Embalmer duties must be performed consistent with company mission and values and adherence to company policies and procedures.

Certain variations may exist across locations or markets particularly as they relate to location differences, whether the funeral directors or embalmers are represented by a union, whether a license is required for certain duties, and the size and staffing at a location or in a market.

## SPECIFIC RESPONSIBILITIES

- Arrange and conduct funeral and memorial ceremonies in a professional, organized and caring manner and in keeping with company policies and procedures

- Retain heritage and grow market share through active involvement with community, religious and other organizations

- Supervise and care for the deceased in a respectful manner while performing a variety of tasks which include: removals and transfers, embalming, cosmetology, hairstyling, dressing and casketing; coordinating and assisting with funeral service, and visitation, delivery of flowers, caskets, urn, photos and other personal keepsakes or mementos of client families, setting of chairs and the removal, proper care and storage of these items

- Respectfully prepare remains of deceased in keeping with Company and Regulatory requirements

- Operate and maintain the crematory, including repositioning and processing of cremated remains as per the Procedures Manual. Where location differences cause Funeral Director/Embalmer to serve as a Crematory Operator, specific responsibilities also include those of Crematory Operator

- Promote and maintain a safe and healthy work environment by complying with the provisions of the Alderwoods General Injury And Illness Prevention Program.

- Ensure adherence to all professional, municipal, state and federal licensing authority, regulations and rules applicable to the provision of funeral services

- Where regulatory requirements limit pre-need sales to Funeral Directors, the Funeral Director's specific responsibilities also include those of the Family Service Counselor

- Provide aftercare in absence of Family Service Counselor. Aftercare includes delivery of documents, stationery, documentation, and information on insurance, pre-arrangements for next of kin

- Ensure potential pre-need referrals are shared with Family Service Counselors

- Supervise the parking of cars, ushering, driving funeral vehicles, assisting at chapel and church services, assisting at the cemetery, floral delivery, picking up supplies, participating in special functions and other duties, as required

- Accurately prepare all documents related to funeral services, cremations, and maintenance

- Office duties such as operating fax machine, computer, multiline phone system, debit card machine, typewriter, postage meter and scale and stereo/video system as required from time to time

- Wash and clean of all funeral home vehicles and other client vehicles as required from time to time

- Assist with the maintenance of vehicles, the facility and property; receive caskets and other funeral home supplies as well as place into inventory and carrying out any other responsibilities that may be reasonably delegated by management

- General maintenance of building, grounds and vehicles and general housekeeping duties as per Cleaning Schedule and Maintenance log

- Answer phones, preparing reports as necessary and participating in staff meetings

- Ensure refreshments are available (where allowed by law)

- This job is Non Exempt from Overtime. This statement is only applicable to US employees.

ALD000121



**POSITION:** **FUNERAL DIRECTOR/EMBALMER**

Job Code Description: Funeral Director/Embalmer
Job Code: FD EMBLM

### General Accountabilities

A Funeral Director/Embalmer reports to the Location Manager in his/her market. He/She provides customer service in all areas of helping client families achieve peace following the loss of a loved one. He/she strives to help families through this difficult time by providing exemplary personalized service. The Funeral Director/Embalmer implements choices made by the families regarding the funeral, final disposition of the body and memorialization of the individual. He/she is the primary contact with a client family and interacts with the family to fulfill its death care needs. The Funeral Director/Embalmer is ultimately responsible for ensuring customers' full range of needs is met or exceeded.

Successful candidates are people who establish strong person and business relationships with customers. He/She is accountable for servicing families in a professional and timely manner. Respectful service and attention to customer needs are integral to a continued relationship with the family. The ability to contribute as a team member, where individuals work together and share equally in the exchange of ideas, concepts and process outcomes is important.

The Funeral Director/Embalmer duties must be performed consistent with company mission and values and adherence to company policies and procedures.

Certain variations may exist across locations or markets particularly as they relate to location differences, whether the funeral directors or embalmers are represented by a union, whether a license is required for certain duties, and the size and staffing at a location or in a market.

### Specific Responsibilities

- Arrange and conduct funeral and memorial ceremonies in a professional, organized and caring manner and in keeping with company policies and procedures
- Retain heritage and grow market share through active involvement with community, religious and other organizations
- Supervise and care for the deceased in a respectful manner while performing a variety of tasks which include: removals and transfers, embalming, cosmetology, hairstyling, dressing and casketing; coordinating and assisting with funeral service, and visitation, delivery of flowers, caskets, urn, photos and other personal keepsakes or mementos of client families, setting of chairs and the removal, proper care and storage of these items
- Respectfully prepare remains of deceased in keeping with Company and Regulatory requirements
- Operate and maintain the crematory, including repositioning and processing of cremated remains as per the Procedures Manual. Where location differences cause Funeral Director/Embalmer to serve as a Crematory Operator, specific responsibilities also include those of Crematory Operator
- Promote and maintain a safe and healthy work environment by complying with the provisions of the Alderwoods General Injury And Illness Prevention Program.
- Ensure adherence to all professional, municipal, provincial/state and federal licensing authority, regulations and rules applicable to the provision of funeral services

ALD000124



---

**POSITION:** **LOCATION MANAGER**

Job Code Description: Manager, Location
Job Code: MGR LOC

---

### General Accountabilities

The Location Manager reports to the General Manager, if there is one, or else to the Market General Manager in his/her market. He/She is responsible for the overall operations and sales of the location. The successful Location Manager should be highly motivated, with strong leadership skills and time management skills. He/She should possess a superior understanding of the operational side of the industry.

The Location Manager duties must be performed consistent with company mission and values and adherence to company policies and procedures.

### Specific Responsibilities

- This position has a key role in building pre-need and at-need revenue at the locations and within the market, balanced with attention to costs and synergy opportunities. The Location Manager's sales role is critical to Seamless Service and meeting or exceeding customer expectations and needs
- At smaller locations, the Location Manager will share responsibilities similar to those of a Funeral Director and also share sales responsibilities (At-need or Pre-need) similar to those of a Family Service Counselor or Family Service Manager (please refer to these specific job descriptions)
- Work with MGM or MSM to grow market share. Implement new service and revenue enhancements and ensure they are adhered to
- Communicate with MSM and counselors when pricing changes and new products are introduced
- Ensure potential pre-need referrals are shared with Family Service Counselors
- Accountable for all business pre-need/at-need contracts written at the location. Approve all pre-need contracts written for the Funeral Home
- Track the ratio of pre-need sales to immediate need sales and ensure targets as identified by the RGM are met
- Guide Funeral Directors and Family Service Counselors to meet or exceed the at-need or pre-need expectations of customers. Ensure all customer needs are met or exceeded, including the opportunity to purchase the full suite of products through the Family Service Counselor (funeral and cemetery)
- Retain heritage and grow market share through active involvement with community, religious and other organizations
- Promote and maintain a safe and healthy work environment by successfully implementing the Alderwoods General Injury And Illness Prevention Program.
- Control expenditures in line with budget
- Share staff, vehicles, and equipment with other locations, as required
- Ensure accounts receivable and collections functions are maintained effectively for the location
- Handle situations with the customers and potential client families with tact and diplomacy
- Train and coach location staff through one-on-one interactions and monthly meetings. Provide frequent feedback on performance to individual staff members.
- Responsible for scheduling staff and ensuring there is adequate coverage at all times

ALD000135



## POSITION: **LOCATION MANAGER**

Job Code Description:   Manager, Location
Job Code:   MGR LOC

## General Accountabilities

The Location Manager (LM) reports to the Market Growth Manager (MGM) and provides leadership to all staff in his/her respective location. The Location Manager is responsible for all activities associated with operations, customers, staff, facilities and financials in their location.

The Location Manager duties must be performed consistent with Company mission and values and adherence to Company policies and procedures.

The Location Manager spends 80% of their time (4 days out of 5) in locations leading, coaching and training their staff on how to drive/grow the business. The other 20% is spent in their communities, planning and administration, which typically occurs in meetings, conference calls and email. The Location Manager responsibilities are outlined in detail below.

## Specific Responsibilities

**Grow/Maintain Market Share:** *Building (or maintaining where applicable) pre-need and at-need revenue at the locations by driving calls and averages, developing/maintaining customer and community relationships and gaining/maintaining market share.*

- Actively build pre-need and at-need revenue/volume at the location, balanced with attention to costs and opportunities to share resources
- Achieve or exceed the budgeted operating margin through revenue growth and overall expense management of the location(s).
- Retain heritage and grow market share through active involvement (outreach programs) with community, religious and other organizations, leading to development of 'meaningful' relationships. Utilize the Community Relations Binder
- Have a thorough understanding of competitors and strive to gain market share from them
- Develop niche markets (based on areas of town/ethnic/religious groups etc.) and is willing to try new things to develop market share
- Continuously track the ratio of pre-need sales to at-need sales and ensure targets are met
- Plan and participate in community events designed to heighten awareness of the location
- Implement new service and revenue enhancement programs to help grow market share
- Monitor advertising to ensure it is generating the desired results

**Expense Management/Administration:** Effectively manages all expenses in accordance with location budget. Ensures all administrative functions are completed in an accurate manner as outlined in Company policies/procedures.

- Keep expenses in line with revenue (including wages/staffing levels, overtime, etc.)
- Ensure that the accounts receivable process is implemented and the location collects payment before delivery of services to families as per policy
- Sign off on all contracts – pre-need and at-need
- Follow accounting procedures
- Protect company assets appropriately (insurance, preventative maintenance, etc.)

ALD000139

## Location Manager



**Job Code Description:** Manager, Location
**Job Code:** MGR LOC

### GENERAL ACCOUNTABILITIES

The Location Manager reports to the General Manager, if there is one, or else to the Market General Manager in his/her market. He/She is responsible for the overall operations and sales of the location. The successful Location Manager should be highly motivated, with strong leadership skills and time management skills. He/She should possess a superior understanding of the operational side of the industry.

The Location Manager duties must be performed consistent with company mission and values and adherence to company policies and procedures.

### SPECIFIC RESPONSIBILITIES

- This position has a key role in building pre-need and at-need revenue at the locations and within the market, balanced with attention to costs and synergy opportunities. The Location Manager's sales role is critical to Seamless Service and meeting or exceeding customer expectations and needs

- At smaller locations, the Location Manager will share responsibilities similar to those of a Funeral Director and also share sales responsibilities (At-need or Pre-need) similar to those of a Family Service Counselor or Family Service Manager (please refer to these specific job descriptions)

- Work with MGM or MSM to grow market share. Implement new service and revenue enhancements and ensure they are adhered to

- Communicate with MSM and counselors when pricing changes and new products are introduced

- Ensure potential pre-need referrals are shared with Family Service Counselors

- Accountable for all business pre-need/at-need contracts written at the location. Approve all pre-need contracts written for the Funeral Home

- Track the ratio of pre-need sales to immediate need sales and ensure targets as identified by the RGM are met

- Guide Funeral Directors and Family Service Counselors to meet or exceed the at-need or pre-need expectations of customers. Ensure all customer needs are met or exceeded, including the opportunity to purchase the full suite of products through the Family Service Counselor (funeral and cemetery)

- Retain heritage and grow market share through active involvement with community, religious and other organizations

- Promote and maintain a safe and healthy work environment by successfully implementing the Alderwoods General Injury And Illness Prevention Program.

- Control expenditures in line with budget

- Share staff, vehicles, and equipment with other locations, as required

- Ensure accounts receivable and collections functions are maintained effectively for the location

- Handle situations with the customers and potential client families with tact and diplomacy

- Train and coach location staff through one-on-one interactions and monthly meetings. Provide frequent feedback on performance to individual staff members.

- Responsible for scheduling staff and ensuring there is adequate coverage at all times

- Must be able to accomplish job responsibilities of when a staff member is absent

- Developing and communicating information to superiors, peers and subordinates (including employee representatives, if applicable) in a well thought out, logical and effective manner is essential

- Responsible for ensuring that the work environment is safe, and that staff supervised are trained in appropriate work site safety

- Ensure staff meetings are being held on a monthly basis

- This job is Exempt from Overtime. This statement is only applicable to US employees.

### COMPETENCIES

- Business Conduct - Demonstrating an acceptable standard of personal behavior and dress in the work place.

- Revenue/Expense Management - Managing revenues and/or expenses in accordance with budgets; estimating future possibilities, managing revenue/expense controls, and providing informed analyses.

- Goal Setting - Setting objectives which are realistic but aggressive.

- Delegation - Effectively utilizing the skills of subordinates to accomplish work objectives; providing a degree of supervision, support and accessibility that is tailored to the subordinate's level of maturity and ability.

- Employee Development - Managing and coaching employees in order to motivate them and to maximize their performance; determining training and development needs, setting performance standards for work and measuring achievement; providing advice and guidance for the employee's career and personal development to increase their potential.

ALD000147

EXHIBIT 16



All employees must conduct themselves using high ethical standards in a manner that allows the Company to prepare financial accounts, other reports and records that are fair, accurate and appropriately authorized.

1. No management employee, officer or director may override, or direct others to override, the Company's established system of internal controls over financial reporting and disclosure.

2. No undisclosed or unrecorded fund or asset of the Company may be established for any purpose.

3. Transactions of the Company are to be executed only in accordance with the management's general or specific authorizations.

4. No false or artificial entries may be made in the books and records of the Company for any reason and no employee may engage in any arrangement that results in such prohibited act.

5. No payment on behalf of the Company may be approved or made with the intention or understanding that any part of the payment is to be used for any purpose other than that described by the documents supporting the payment.

Any uncertainty by an employee about judgments concerning accounting or tax matters should be discussed with a superior or directed to the Legal and Compliance department; when in doubt, ask for guidance.

No one shall take any action to fraudulently influence, coerce, manipulate or mislead any internal or external auditor engaged in the performance of an audit of the Company's financial statements.

## VI. RELATIONSHIP WITH OUR COMMUNITY

As a corporate citizen in many communities, the Company encourages support of civic organizations and employee involvement in worthwhile causes.

Bribes, kickbacks, unauthorized rebates or any other form of improper payment, gift, favor or consideration to any Government or Regulatory Official is strictly prohibited.

The Company abides by all applicable health, safety and environmental laws, rules and regulations in those communities in which we operate.

## VII. OUR CORPORATE COMPLIANCE PROGRAM

A Corporate Compliance Program has been established to coordinate, implement and oversee compliance with the Code and with the Company corporate policies, procedures and standards.

Compliance is, first and foremost, the individual responsibility of every employee. The Company fosters an environment in which ethical issues and concerns may be raised and discussed with supervisors or with others without the fear of retaliation.

### A. The Corporate Compliance Committee

The Corporate Compliance Committee shall report to the Company's Corporate Governance Committee. Responsibilities of the Corporate Compliance Committee include:

1. Developing and seeking approval for policies, procedures, standards, and practices; reviewing and



ALD008416

# EXHIBIT 17

# How to...

## Build Relationships with Community Influencers



Part of our Company's mission is to be the leader in the communities where we operate. Community leadership is about more resources – raising the profile of our funeral homes and cemeteries in their communities. To grow our business, we need to maintain current relationships and foster new ones. As a result, Alderwoods recently launched Community Leadership training, to help employees become influential leaders in their communities by nurturing the knowledge and providing the tools to build relationships.

Connections recently spoke with representatives from three locations who successfully build relationships with key influencers. They are Steve Brown, Banco-Tinsberry Funeral Home in North Carolina, Raymond May, Location Manager at Eisenhour Funeral Home in Oklahoma and Kay Curry, Location Manager at JW Curry & Son Funeral Home in Tennessee.

### Step 1
**Identify community influencers.**

We meet with many people on a regular basis both in our personal and professional lives. These people can include but are not limited to priests, clergy, doctors, nurses, pharmacists, lawyers, accountants, bankers and representatives from various community and social groups, such as veterans' organizations, history clubs and local books. Individuals in these roles in the community are approached for their experience and expertise, empathy, compassion, guidance, advice and support.

Raymond categorizes these influencers into different segments, such as Religious, Healthcare, Family Issues, Financing and Service Clubs – to name a few. To help put names to these roles, Raymond suggests reading the local newspaper, Chamber of Commerce newsletters, church bulletins as well as by attending local functions and talking to people on a regular basis. "There are literally unlimited ways to get you and your staff in front of influencers in the community," said Raymond.

### Step 2
**Create an opportunity to meet with a community influencer.**

A simple greeting can be the start of beneficial relationships. "I found that being oneself will get you into many more doors and open many possibilities," said Steve. "No one likes pressure."

Kay uses her listening skills to build relationships with influencers. "When the time is right, I initiate conversations about a common experience and it generally goes around to talking about business and our community. Once the ice is broken the relationship is being built," said Kay.

Our funeral homes and cemeteries compete for name recognition with all other businesses in the community. Therefore, according to Steve, "It's important to 'think outside the box' with ideas and events that appeal to the masses."

Kay, Steve and Raymond all host and participate in a variety of common and unique events to gain exposure and help raise their location's profile. Steve remains active in providing free popcorn at various events; offering free coffee periodically at a local Starbucks for a couple of hours; sponsoring various seminars and lunches and offering prize donations for community fundraisers – all of which showcase signage and literature about the funeral home. Everyone agrees that face-to-face interaction is of the utmost importance when making contact with an influencer.

### Step 3
**Select and use the appropriate tools to help foster a relationship.**

Budgeting is a key factor in community leadership. It's important to know what funds are available to you and what the costs are for specific resources and tools you may wish to use to help foster your relationships and promote your activities. Promotional tools can include pamphlets, posters and advertising.

Steve created a scrapbook tool that he uses when he meets with an influencer – a scrapbook with photos and descriptions that illustrate his past efforts and activities with other influencers in the community. "The scrapbook is a hit and makes awareness of what we've done in the past and gives ideas of what we can do going forward," said Steve.

Raymond developed a note pad with information that is useful in both hospice names and the Funeral Home. The notes use this as a checklist to help them at time of death. "To do this, we created a need to visit the hospice, meet with nurses and administrators and exchange information face-to-face. Requests for additional note pads allow us to maintain ongoing contact," said Raymond.

### Step 4
**Meet with the community influencer.**

Meetings with influencers can range from going out for coffee to sponsoring a community event. "Many of our points of contact are of minimal expense but offer great name exposure," said Steve.

Raymond takes a social approach to his meetings with influencers. "Meetings can be off-the-cuff or more formal. You should always be looking for the opportunity to visit, socialize and make friends."

According to Kay, the entire staff at Curry Funeral Home are involved in at least one community activity. "Whether it is funerals, Rotary or Exchange clubs or helping coordinate fundraisers – our staff is always busy outside of the funeral home walls."

### Step 5
**Evaluate your meeting with the community influencer and decide on an appropriate follow up.**

After an initial meeting with an influencer, Raymond considers a number of questions to help evaluate the relationship thus far. Would a follow-up meeting be a positive experience? Would you like to see that person again? Did you interact well together? Did the meeting seem friendly? "Don't evaluate a meeting by thinking you're going to get a death call anytime soon," said Raymond.

Kay considers time, availability, interest and personality compatibility when following up with a community influencer. "Influencers call when they interact with and have compatible personalities," said Kay.

Raymond, Kay and Steve offer the following advice on building relationships with influencers:

- Participate in community groups and activities as well as attend civic and sport joint ventures.
- Be proud of what you are and what you represent.
- Make eye-with whomever you know what you meet and follow through on commitments.
- Be a positive influence, listen and smile.
- Show a genuine interest and be someone who can provide help – a go-to person that people naturally call when they are in a community need.
- Be professional, assertive and follow through on commitments.
- Involve the entire staff as much as possible in community activities.
- Hire and train people of quality character who are dedicated to serving people.

---

# Roundtable
## Repositioning Advance Planning

Advance Planning is not new. Thanks to Advance Planning efforts made in the past, one of every four funerals that Alderwoods now performs was pre-arranged. Over 750 sales professionals within Alderwoods are working together at growing future market share by generating profitable pre-need sales. The strategy to make this happen continues to evolve.

To learn more about repositioning Advance Planning according to its strategic plan, Connections spoke with Aaron Shipper, Senior Vice-President, Advance Planning and his three directors of sales and other members of the senior sales management team. They are Heather Patterson (Canada/NE USA), Governor Joy (West USA), Jim Colson (South USA), Jeanne Keene, Director of Advance Planning, Advance Planning, and Bevan Bubler Controller, Advance Planning.

**Connections: What is the strategy for Advance Planning?**

**Aaron:** We want to help generate future calls for funeral homes and cemeteries in a profitable way. If we hit our double-digit growth targets, we will generate a billion dollars in pre-need sales over the next three years.

**Connections: How will this strategy be achieved?**

**Governor:** In order to achieve this strategy, we need to establish mutual understanding and respect between operations and sales – working side by side. Sales and operations are equally motivated in achieving shared success. It's important to include sales and operations personnel in all activities at a location – whether that be community events, training and meetings. This helps all employees share a sense of pride.

**Aaron:** Our sales team is guided by principles that support Alderwoods' mission, vision and values. One important step in achieving this strategy is to strengthen the relationship with our operational partners. To help do this, we introduced a new initiative that involves operations personnel in the hiring process of new sales staff for a location, as well as to assist with appropriate training, as their time permits.

**Jim:** In addition to relationship building, we have several programs in place to help support our strategy. Our priorities are to recruit and hire the right sales professionals, focus on aftercare opportunities and offer extensive training in areas such as Community Leadership.

**Jeanne:** We launched new tools this year that also support our strategy. They include the new ADVANCE newsletter that shares motivational success stories of our sales professionals, as well as created a point-of-purchase display for the Alderwoods Room featuring our new Aftercare program.

We also revamped the sales presentation to make it more consumer-friendly and useful as a consultative tool versus a traditional sales pitch.

**Connections: What are the challenges/opportunities that lie ahead?**

**Bevan:** One of the challenges is being able to afford our sales growth. When it comes to pre-need funeral sales, our commissions revenue from Mayflower and Forethought is essential to offsetting our selling expenses. As we become more proficient at selling customers between 30 and 70 years of age, our commission revenue from insurance will go up and we will be able to completely offset our selling expense. Until that happens, we've got to manage the expense side closely.

**Heather:** The opportunities are exciting and boundless. We want to own the right of referrals by service excellence. We need to tap into markets we've never serviced before, focus on diversification across ethnic, religious and social economic groups, and grow our backlog across the entire organization at every single location, using all the tools available to us, such as customized direct marketing literature and response mail.

**Aaron:** Our greatest challenge is trying to create the excitement that a sales force thrives upon without sacrificing the dignity that our business requires. The key is having people who will enhance our funeral home or cemetery's reputation in the community. Sales professionals today need to focus on the customer, not on commissions. If we do that, everybody wins.



Shown above is the title slide of the new Advance Planning presentation for funeral homes.

Printed on Recycled Paper

ALD006511



## ALDERWOODS GROUP

**Connections**

Winter 2006

Teamwork

# Employee Survey Participation Rate Reaches Over 80%

Up from 51% last time. Here is an early peek at what you said about our Company.

- **86.6% of employees believe the job they do is important**

- **83.3% of employees understand how their job impacts Alderwoods' overall success**

- **83.3% of employees believe that customer service is our highest priority**

- **80% of employees would still like to be employed by Alderwoods two years from now**

In September, you had an opportunity to complete an Employee Survey that polled what you think about our business and your role in our Company.

At more than 80%, our participation rate set a record for Alderwoods.

You shared what you think is working well at Alderwoods and what opportunities there are for improvement.

Overall, the majority of you are proud to work for Alderwoods and want to continue to grow your careers here.

Here are some of the topics that you indicated are important at Alderwoods.

**Career Opportunities**

One of the most important issues for people at Alderwoods is the opportunity for career growth. You want to build a career here. And you want us to hire and retain the right people for the right jobs.

You told us that performance assessment should continue to be a priority at Alderwoods, so that we can ensure promotions are well deserved.

**Compensation and Benefits**

It is also very important to employees that benefits continue to be a priority at Alderwoods and that compensation remain competitive in the markets in which we operate. Alderwoods will continue to focus on providing employees with a total package that helps us hire and retain strong people.

**Communications**

Communication is a core value for Alderwoods' people. Whether it is between teams and departments, or between employees and managers, many of you would like to see communication increase.

You want to be asked for your ideas and concerns, and you want these to be acknowledged and acted on. You also want best practices and general information shared more easily and frequently.

Career opportunities... benefits and compensation... communication...From the early results of the survey, these are some of the issues that are clearly important to you.

Thank you to everyone that participated and for taking the time to share your opinions. Your feedback will help shape the future of Alderwoods.

Within the first quarter, your manager will provide you with more detailed survey results and discuss action plans that address your feedback.

---

## Alderwoods Spreads Holiday Cheer Around the World

The funeral industry has entered a new era of competitiveness. Being creative in our approach to serving families, building relationships with direct influencers and participating in the communities we serve is very important. Increasingly, our funeral homes and cemeteries are taking advantage of Alderwoods programs and services to enhance their profile.

Alderwoods supports a number of events such as Sweaters for Veterans, food drives, clothing drives, Mother's day events and holiday programs – to name a few. In 2005, Alderwoods introduced a new community event called Holiday Cheer Box Drive, with great success. Approximately 100 funeral homes and cemeteries across the United States hosted the Holiday Cheer Box Drive with outstanding results.

From October – December 2005, Alderwoods collected Holiday Cheer Boxes that were completed by community members. These 7"x 7" x 6" boxes were filled with various goodies ranging from personal hygiene products to items of leisure, such as comic books, magazines, and decks of cards. Over 24,000 Holiday Cheer Boxes were then sent to soldiers who were serving abroad on "hardship tours" (away from friends and family for more than three months in conflict regions such as Iraq, Afghanistan, Korea, Kosovo and Africa) during the holiday season – accounting for nearly 10% of U.S. soldiers who were serving overseas. Soldiers who received their package appreciated the time, energy and personal support they received from folks back home.

The Holiday Cheer Box Drive was a hit. An overwhelming response was received from the communities we serve, the recipient troops overseas and the media with positive coverage. Efforts with events such as this help raise our profile within the communities we serve. Congratulations to all those who participated.

CSM Larry D. Mergenschroer from Company B 150th Combat En Bn 155 BCT, deployed in FOB Dogwood, Iraq wrote in via email late November 2005 to thank Alderwoods for the Holiday Cheer Boxes received by his unit:

*"I would like to thank you for your support of our unit while deployed in Iraq. We have received over 150 packages from Greensboro and Liberty... Loflin Funeral Home and many more in the Greensboro, North Carolina area... We are a Mississippi National Guard Unit from Lucedale, Mississippi. I signed up on anysoldier.com back in February and this is the most packages we have received from an area... Again thank you for all of your support!"*



Shown here are employees from Hanes Lineberry Funeral Home in Greensboro, North Carolina, loading Holiday Cheer Boxes on the U.S. Postal truck (left to right): Dale Osborne, Benny Webster, Dee Strickland, and Jesse Webster. Denise Schotten and Mike Chitovsky from the U.S. Post Office joined the assembly line.

---

## In This Issue

| Page | | Page | | Page | | Page | |
|---|---|---|---|---|---|---|---|
| **1** | Alderwoods presents an early peek at the Employee Survey results | **2** | Check out the 36 winners for "Driving Our Business" and "Living Our Values" for the 3rd quarter | **3** | Find out what the "buzz" is all about at Henderson's Funeral Home & Crematorium | **4** | Employees share their personalization techniques in using the Alderwoods Floral Program |

**Trivia Contest** — How many books does the Alderwoods Floral Program come with?
Submit the correct answer to Connections by email: corporate.communications@alderwoods.com or fax: 604.488.6109 for your chance to win an Alderwoods stainless steel picture frame. Please include your name and Location number / Support Center on your entry. Only one entry per person allowed. Entry deadline: February 10, 2006.

## Fall Trivia Contest Winners:

**Northeast USA / Canada Geography** - Margaret Silberman, Funeral Support Service at Mullins & Thompson Funeral Service, Fredericksburg, Virginia.

**West USA Geography** - Michael Sisneros, Funeral Director at McGee Memorial Chapel and Crematory, Santa Fe, New Mexico.

**South USA Geography** - N/A

**Support Centers** - Rhonda Suurd, Human Resources Project Specialist at the Toronto Support Center, Toronto, Canada



1

P08068

## Here We Grow Again...

### Woodlawn Funeral Home & Memorial Park



Shown here are participants at Woodlawn Funeral Home & Memorial Park's ground breaking ceremony held in November 2005 (left to right): Sally Cody, Administrative Assistant to the Mayor, Ted Dirkmaat, Manager of Construction/Maintenance for Alderwoods, Rev. Mark Matthews, Pastor of Concordia Lutheran Church in Berwyn, Illinois, John Isaacson, General Manager of Woodlawn Funeral Home & Memorial Park, Frank Zefran, Market Growth Manager, Commissioner Mark Hosty, Village of Forest Park, Bob Pechous, Supervisor of Berwyn Township Board of Health, Mayor Anthony Calderone, Village of Forest Park, Jeff Miniottisi, Representative for Tuscany Contractors and Michael Sturino, Village of Forest Park Administrator.

Forest Park, Illinois
Projected Opening Date: November 2006

### Conejo Mountain Memorial Park & Funeral Home



Shown here are participants at Conejo Mountain Memorial Park & Funeral Home's ground breaking ceremony held in November 2005 (left to right): Ken Dimond, Regional General Manager, George Lauterbach of Lauterbach Associates, Joyce Taylor, representative for Ventura County, Supervisor Cathy Long, Michael Morgan, City of Camarillo Vice Mayor, Jane Rozznski, representing Assemblywoman Audra Strickland, Don Smith, GRD Construction, Jason Spadaro, District Representative for Senator Tom McClintock.

Camarillo, California
Projected Opening Date: July 2006

---

# ALDERWOODS®
## AWARDS FOR *Excellence*

### Driving Our Business

Today's competitive world demands the best in serving families better. This portion of the *Alderwoods Awards for Excellence* recognizes your superior performance in exceeding families' expectations, which has a direct impact on our Company's business results. Together, through enhanced performance, we drive our business and position ourselves with enormous opportunities to become leaders in the communities we serve.

#### WINNERS
from the 3rd Quarter, ended September 30, 2005

**WEST**
- Sunset Funeral Home & Cemetery
  Minneapolis, MN
- Irving Park Cemetery
  Chicago, IL
- Jerns & Jerns McKinney Funeral Chapel
  Bellingham & Blain, WA
- Hunsaker-Wooten Funeral Home
  Fairfax, OK
- Forest Lawn Cemetery
  Gresham, OR
- Alternative Burial & Cremations Services
  Stockton, CA
- Davis Funeral Home & Memorial Park
  Las Vegas, NV

**SOUTH**
- Memorial Park Southwoods
  Memphis, TN
- Scott's Funeral Home
  Gatesville, TX
- Phil Kiser Funeral Home
  Fort Myers, FL
- Murchinson Funeral Home
  Vidalia, GA
- Earthman Baytown Funeral Home
  Baytown, TX

**NE/CANADA**
- Mountain View Funeral Chapel & Metcalf Funeral Chapel
  Didsbury & Innisfail, AB
- Brown Funeral Home & Cremation Centre
  Kenora, ON
- Doane Beal & Ames
  Hyannis, MA
- Wanamaker & Carlough Funeral Home
  Suffern, NY
- Lomax Funeral Home
  Buena Vista, VA
- Bush River Memorial Gardens
  Columbia, SC

"Our community involvement this quarter was a key factor in growing the business. We hosted a Small Business Breakfast for a local college at our funeral home with approximately 80 community influencers in attendance. The purpose of the event was to let people know that we are here for them and that we care. It is this kind of exposure that made a big difference to our end results."
Gary Anderson, Location Manager,
Earthman Baytown Funeral Home

"Our funeral home is a well established firm within the community we serve. We're known for our on-call availability, quick responsiveness to families' needs and strong team atmosphere. The recent completion of our Alderwoods Room is another great feature our funeral home has to offer, which has been well received by the families we served. It is a combination of our people and our investment in a new level of service using the Alderwoods Room that helped us drive our business."
Mick Jerns, Location Manager,
Jerns & Jerns - McKinney Funeral Chapel



Shown here is Funeral Director Chris Luciano

"Our continuous focus on aftercare is a key factor to our success. We ensure that every family feels satisfied once they walk out our doors. We understand that our relationships do not end once the funerals are over. Any interaction with the family after the funeral service, such as a follow up call or a visit to the family's home to drop off paperwork, has built stronger relationships and presence for our funeral home."
Bill Crowley, Location Manager,
Doane Beal & Ames

### Living Our Values

Our five values of Integrity, Teamwork, Communication, Compassion and Creativity describe the behaviors expected from all of us. This portion of the *Alderwoods Awards for Excellence* recognizes your actions in living our values. You're encouraged to nominate a fellow employee or team of employees for their specific action that support one or all of our Company's values for the current quarter. Nomination forms are available from your Location Administrator and on our Intranet.

#### WINNERS
from the 3rd Quarter, ended September 30, 2005

**WEST**
- Kathy Young - Bethalter Hutchins Funeral Home
  Kendallville, IN
- Rebecca Jackson - Northshore Garden of Memories
  North Chicago, IL
- Carol Banfield - Brown Mortuary Service
  Chehalis & Menton, WA
- Bill Lewis - Bill Eisenhour Funeral Home
  Del City, OK
- David Bone - Pegg, Paxson & Springer Funeral Chapel
  Beaverton, OR
- All Employees - Guerrero Mortuary Chapel
  San Leandro, CA
- Robin Snow & Joe Gallagher - Whites Funeral Home
  Bellflower, CA

**SOUTH**
- Casey Phelps - Mt. Franklin Funeral Home
  El Paso, TX
- Richard Bobo - Roswell Funeral Home
  Roswell, GA
- Jenny Goins - Kiser Funeral Home
  Greeneville, TN
- Edmond LJ Norris - Evangeline Funeral Home
  Delcambre, LA

**NE/CANADA**
- Lyle Beckett, Tom Emery, Shawn Molner & Burt Schober - Henderson's Funeral Homes & Crematorium
  Chilliwack, BC
- Cruikshank Halifax Funeral Home
  Halifax, NS
- David Bruce Rietberg - Byron's Funeral Home
  Springfield, MA
- Daniel Buildey - Carpenter's Funeral Homes
  Corning, NY
- Robert Kimes - Mitchell Funeral Home
  Raleigh, NC
- Karen Rene Hampton - Shuford-Hatcher Funeral Home
  Gaffney, SC

# Looking Forward to Rewarding Excellence

Although 2005 was a challenging year for Alderwoods in many respects, we can be proud of accomplishing a lot together.

We achieved a record year for profitability, helped by our lower debt payments. At the same time, we invested in our business. We developed new training and recruiting programs, upgraded software tools, and spent more on community events, advertising and promotion.

We can be confident that Alderwoods is a strong business. In 2005, the average revenue per funeral service grew as we made more options available to families during arrangement conferences, our cemetery revenues increased, and our pre-need backlog now exceeds $1.3 billion.

It is clear to us all that we faced challenges. A defining event this past year was Hurricane Katrina and the impact it had on our people and locations in the Gulf Coast.

Buddy Mayes, Vice President, Operations, South Geography, and his team were hard at work long after the television crews had left the scene, aiding in recovery efforts and helping families in the community. We can be proud of how our people acted during such a difficult time.

However, Katrina increased the costs of running the company in 2005 and affected the number of funeral services performed in the affected region. We also faced a soft overall death rate. This meant that in 2005 Alderwoods conducted fewer funeral services than the previous year. We all need to focus on executing the programs we have developed to help increase our share of call volume in our markets.

As a best-in-class company, we have the right people and the programs to continually outperform the market in all areas and this should be our goal.

Last year we launched Alderwoods *Awards for Excellence* to recognize those locations that exceeded expectations despite any challenges. We also recognize those employees that do an outstanding job of living our values.

This March, we will hold a President's Club event to reward the top performers across Alderwoods. I am looking forward to a very exciting weekend in Las Vegas with our annual winners. While this is a special event for our top performers, I would like to commend each of you for your contributions to Alderwoods in 2005.

In 2006, we will focus on leveraging the new programs and tools that will help you do outstanding work for the families we serve.

Whether you work in a funeral home, cemetery, combination location, Rose Hills, Mayflower, or at one of our Support Centers, we will invest in helping you serve families in the best way possible. If it is right for families, it is right for us as a business.

In the next issue of *Connections*, look for an article about the strategy that will direct our business during the next three years. Your feedback from the Employee Survey is helping us formulate that strategy now and I appreciate that you were open and honest with your responses. Our strategy for Alderwoods' future will reflect your views.

Sincerely,

*Paul*

Paul Houston
President and Chief Executive Officer

If you have any questions or comments for Paul Houston, please email paul@alderwoods.com or call 1.800.347.7010

> "As a best-in-class company, we have the right people and the programs to continually out perform the market in all areas and this should be our goal."



**Did You Know…?** Every year, more than 30,000 of Alderwoods funerals comes from people who had pre-arranged

---

# Success Stories

## All the "Buzz" At Henderson's Funeral Home & Crematorium

"What's going on with all these guys walking around with their hair shaved off?"

That question immediately ran through the mind of Sara Lawson, Funeral Director/Embalmer when she walked into Henderson's Funeral Home & Crematorium in Chilliwack, British Columbia back in September.



Shown here are Funeral Directors/Embalmers who shaved their heads in support of their colleague (from left to right) front row: Tom Emery, Barry Johnson and Burt Schaber. Back Row: Lyle Beckett and Shawn Molnar.

Sara quickly found out that four of the location's Funeral Directors/Embalmers - Lyle Beckett, Tom Emery, Shawn Molnar and Burt Schaber - had all "buzzed" their hair off in support of their teammate, Barry Johnson, Funeral Director/Embalmer. So, Sara nominated the group for "Living our Values" as part of the Alderwoods *Awards for Excellence*.

What does buzzing your head have to do with supporting your teammate?

Barry, who was diagnosed with Epilepsy in his childhood, suffered with major seizures all his life, which prevented him from enjoying daily activities such as driving. However, positive news traveled his way early September when he was approved as a candidate for a brain surgery procedure that would ultimately improve his health and quality of life. But it meant he had to shave his hair off.

"We knew Barry was feeling self-conscious with his new haircut, so each one of us in our own minds wanted to show our support in some way," said Burt. Within days after Barry came to work with his newly shaved head, Shawn, Burt, Lyle and Tom had their hair shaved off too.

"It was touching to see the people I work with going the distance just to support my family and I during one of my most vulnerable times. The camaraderie between all of us is stronger and closer," said Barry.

Today, a photo hangs on a wall in the funeral home of the time the gang had new "buzz cuts". The well-deserved caption reads "For A Friend".

## Accuracy and Efficiency at Kiser Funeral Home



Shown here is Jenny Golas, Location Administrator at Kiser Funeral Home.

An important part of the role of a Location Administrator involves being approachable, considerate and having an eye for detail and accuracy.

Jenny Golas, Location Administrator at Kiser Funeral Home in Greeneville, Tennessee is described as all these things.

Through Jenny's dedication to the business and her thoroughness with processing contracts, the location has been reported 100% accurate in every period for the last 12 months with pre-need and at-need contracts.

Jenny worked with the location's Funeral Directors and Sales Professionals to ensure that all their contracts were completed correctly and that the data was recorded in a timely manner. Sticking to the SOX checklist, now implemented across the organization, the staff had opportunities to fix mistakes and worked with Jenny to avoid repeat errors.

"I take my job very seriously and always make sure things are done right. I do this by encouraging everyone to come together and work towards a common goal," said Jenny.

Her accuracy and efficiency with processing contracts results in cost-savings for the business as they avoid duplicate work and having to go back to families for missing information.

Sammy Fox, the Co-Location Manager who nominated Jenny for "Living our Values" as part of the Alderwoods *Awards for Excellence*, feels confident with someone like Jenny on board who keeps the bookkeeping and accounts receivables on track.

"When I want things to get done correctly and on-time, I know I can count on Jenny to help keep our team working together," said Sammy.

## Brown Mortuaries Showcases the Beauty of East Lewis County

To help raise awareness for Brown Mortuaries in Morton, Washington, Carol Banfield, Assistant Administrator turned a unique idea into reality. With the help of Walter Klug, Funeral Director/Embalmer and fellow colleagues, they launched a community calendar, which they affectionately called "The Beauty of East Lewis County".

Through various ads in community newspapers and flyers handed throughout the county, local artists and photographers were invited to visit Brown Mortuaries Morton Chapel to submit pictures for a chance to win a cash prize and have their work displayed in a calendar for all to see.



Shown here is Assistant Administrator Carol Banfield with a copy of the community calendar with General Manager Bob Ross at Brown Mortuaries.

The contest ran for two months and received over 77 entries.

"This program was truly a great hit. It gave people something to look forward to and participate together as a community," said Carol.

The 2006 Calendar displayed 13 works of art on easels during a winning ceremony at the Morton Senior Center. The top three winners all received cash prizes. It was a night of celebration with great food and great art. The remaining entries will be featured in what will now be an annual community calendar provided by Brown Mortuaries.

Bob Ross, General Manager, who nominated Carol for "Living our Values" as part of the Alderwoods *Awards for Excellence*, said that "Carol clearly took a lead role with the project and succeeded in reminding everyone that Brown Mortuaries is still a proud member of the Morton community."

**Did You Know…?** The average age of an Alderwoods pre-need funeral purchaser is under 69.

# How to...

## Personalize Services Using the Alderwoods Floral Program

Alderwoods people assist families with the many options available to help celebrate the life of a loved one in a way that is meaningful. Based on your feedback and with the help of a consultant with 25 years experience in the floral industry, Alderwoods created a floral program to assist you with your floral needs in personalizing a service.

Connexions recently spoke with representatives from three locations who successfully use the Alderwoods floral program. They are Steve Alfera, Location Manager at Alfera Funeral Home in Pennsylvania, Dennis Baker, Location Manager at Phoenix Memorial Park and Mortuary in Arizona and Richard Bobo, Assistant Location Manager at Roswell Funeral Home in Georgia.

### Step 1

**Identify a couple of local florists and build a relationship with them.**

A florist is like any other influencer in your community – it's important to build a rapport and keep in touch with them on a regular basis.

According to Steve, the key to personalizing services using florals is to first build a relationship with a local florist. "We have a florist who will do just about anything someone wants with flowers."

The Alderwoods floral program comes with two books (available in English, French and Spanish) that helps you approach a local florist with the Alderwoods design suggestions. One book is for you to keep and show to families as they make their arrangements. The other book is for the florist and features various recipes for floral designs. The recipe approach ensures that what you show to the family is what they will actually get

from the florist.

It's important to ensure that the families' needs are being met while finalizing the floral sale.

### Step 2

**Be knowledgeable of the floral program, know your flowers and promote it as one of your own services.**

Offering florals as part of your services should be seamless from anything else you provide. Dennis points out that the most important thing to ensure success with the floral program is to let families know you offer support with flower arrangements. Posters, displays and books on florals helps raise awareness and promotes your value-added services. Funeral homes offering floral services may not be common knowledge to all families who enter your doors. Steve adds, "Your floral advertising needs to be out in front and talked about. If it's a small item tucked away in the corner, it won't sell."

Although you don't need to be a florist to sell flowers, Steve recommends that it's beneficial to have a general knowledge of flowers. "It's important to know the types of flowers, design, color and what's in season. If you don't know what you're talking about, how can you sell it?" Steve speaks from experience. When one of his family members wanted to go with a local florist rather than purchase florals from the funeral home, Steve accepted that decision and continued working through the other funeral arrangements. As he was talking about the casket, Steve suggested certain flowers and colors of flowers that would match nicely. Steve offered great suggestions to show his knowledge and

genuine interest, so much so, that the family member decided to purchase the flowers through the funeral home after all.

The Alderwoods florals program book offers detailed information on various flowers. Know your product and be confident talking about it.

### Step 3

**Offer suggestions, but don't oversell. Quality is more important than quantity when it comes to personalization.**

Although personalization is gaining importance, Steve advises other funeral directors to not oversell flowers. The Alderwoods floral program offers the convenience of one-stop shopping, consolidated billing, and quality arrangements. Before the floral program, Richard remembers having to describe the family's wishes to the florist. There was no control over what was actually delivered as the florist was left with his or her own interpretation. Now, with the floral book, Richard has an easier time delivering on the family's wishes, using pictures, numbers and actual dollar amounts as chosen during the arrangement process. Dennis agrees and adds that the Alderwoods floral book looks professional and offers colorful photos that match well with other products like caskets and urns as part of the arrangement process.

In terms of personalization, everyone agreed that you learn a lot of information about the family and the deceased when you talk about flowers. Dennis adds that flowers create an opportunity to help personalize a service by using the deceased's favorite colors or matching the flowers to their association membership color theme, if applicable.

Steve's experience has been that families have requested interesting floral designs, for example, in the shape of a truck for a deceased truck driver or a saxophone for a musician. Personalization is about creativity and meeting the needs of the family that help best represent the loved one in a way that is meaningful.

Dennis sums up the floral experience, "As directors, it is up to us to help give direction, without adding pressure."



Shown here is a copy of the Alderwoods floral book on display in an Alderwoods room.



The Alderwoods Floral Program offers two floral arrangement books with detailed photos and descriptions, as well as a variety of floral arrangements from which to choose.

**Did You Know...?** | Mayflower National, which issued its first policy in 1998, has over 102,000 policies now in force.

# Roundtable

## HMIS Web: Bringing it all together

Alderwoods has invested in HMIS Web to replace our current systems used by funeral homes, cemeteries and Support Centers – offering all users many new benefits.

HMIS Web was recently piloted to 12 cemeteries throughout the company. Connexions spoke with the project managers of HMIS Web as well as users from the pilot locations. We spoke with Elsie Chia, Program Director, HMIS Web and David Semkler, HMIS Web Program Operations Representative, as well as Carrie Gobert, Market Administrator for Winnipeg, Manitoba, Darla Laub, Location Administrator at Imperial Memorial Gardens and Crematory/Cemetery, in Pueblo Colorado and Tracy Hamm, Regional Administrator in Tennessee.

**Connexions: What is HMIS Web?**

**Elsie:** HMIS Web is one comprehensive system that meets the needs of all of our operating locations as well as our accounting and trust departments. As a fully integrated system running over the Internet, HMIS Web replaces HMIS DOS and FDMS, holding all funeral home and cemetery at-need and pre-need contracts in one central database. It also stores our entire cemetery property inventory, which allows for easy identification of plot inventory available for sale.

**Connexions: What are some key benefits of using HMIS Web?**

**David:** The new system allows many people throughout the company to access the same data at the same time.

People can access HMIS Web from their own computer as opposed to having to be physically present at the location to enter data. For example, a Location Administrator can access

HMIS Web and enter data on behalf of the locations they serve. A Market Administrator can access data entered on behalf of all locations within their market and a Regional Administrator can access their entire region's data.

**Elsie:** Another benefit is that once data is entered into HMIS Web, it's immediately available to all employees who have access to the system. As a result, you don't have to wait until month-end for accurate and up-to-date reports.

**Connexions: As a pilot location, what are your experiences in using HMIS Web?**

**Darla:** I use HMIS Web to enter at-need and pre-need contracts, down payments and cash receipts as well as interment information and lot inventory. I like the new system as it shows a lot more information on one screen and offers a better flow of information. Once you get comfortable with it, it's very easy to use.

The fact that you don't have to be physically present at the location to enter data is particularly important when a Location Administrator needs help inputting contracts during peak times, or is on vacation or out sick. HMIS DOS didn't allow that, nor did it allow two users to enter the same data site at the same time. One user would have to log out before the other user could log in.

**Carrie:** It's very similar to any Internet-based program where you have to click and select where you want to go. It's also very easy on the eyes, unlike HMIS DOS, which presented green text on a black background. Overall, it's user-friendly and visually appealing.

The new system also saves me a lot of time and effort, as I no longer have to go to a specific location to review its

data. Because it's web based, HMIS Web allows me to view the data for any location within my market from my own computer.

**Tracy:** As a Regional Administrator, I tend to travel a lot and don't know where I'll be when I need to access certain information. HMIS Web allows me to access updated data from wherever I am and offer support if needed. It's also nice to be able to pull up a report at any time because the data is now stored centrally and not on a specific computer at the funeral home or cemetery.

**Connexions: What are the next steps in rolling out HMIS Web?**

**Elsie:** Implementation of HMIS Web will take place in a phased approach across the company. Phase One was completed in November 2004 and provided functionality for handling funeral home pre-need contracts. During January to May 2006, Phase Two will roll out HMIS Web to cemeteries for at-need and pre-need contracts. During 2006 to 2007, Phase Three will roll out HMIS Web to funeral homes for their at-need contracts.

We wish to thank employees at the pilot locations.

**David:** The plan is to have HMIS Web help standardize and streamline certain procedures, making our operations more efficient and effective. The current goal is to have HMIS Web replace HMIS DOS and FDMS. In the long term, we would like to use additional modules to reduce manual systems and enhance our business.

More information on HMIS Web will be available to you as it continues to roll out.



Shown here is Market Administrator Carrie Gobert (standing) with Cemetery Administrator Tanis Selver, inputting data on HMIS Web.







ALDERWOODS GROUP

October 5, 2006

Connections Express — A News Update for Alderwoods People

Teamwork

## Blending Two Sets of Values

...en assisting others is the primary business of two ...panies, it stands to reason that they would share a lot of ...mon ground. This is certainly the case with Alderwoods ...SCI. Their organizational values help form each company's ...ndation and act as the true drivers of growth.

The first indication that our values are similar is the ... position that "integrity" holds in the corporate values ...oth SCI and Alderwoods (see table, below). Emphasizing ...grity in this manner shows a mutual adherence to high ...essional standards and principles, with both companies ...sing on consistency and excellence in operational and ...omer service standards, as well as the sharing of best ...tices.

Though the corporate values of "teamwork" (Alderwoods) ..."respect" (SCI) are not identical, they do enjoy common ...ing — respect for the time, effort and contributions ...thers is an essential component of teamwork. At ...erwoods, teamwork means that we welcome people from ...rse backgrounds and value individual contribution. This ...roach is of key importance to SCI as well. SCI stresses ...merit of teamwork in its Best-in-Class Workforce vision ...ment: "We will set the standard for high performance ...ugh teamwork, accountability and execution."

Service excellence is also vital to both companies. ...erwoods emphasizes the importance of exceptional service ...ur mission statement: "We will create value for families, ...loyees and shareholders by being the superior provider ...eamless funeral service." At SCI, apart from "service ...llence" being one of its corporate values, the company ...lenges its employees to provide service that goes above ...beyond in its Leader in Value vision statement: "We will ...er value by listening to our customer's wants and needs ...providing an experience that exceeds expectations."

Similarly, each company holds community service and support in high regard. Building relationships with families, community leaders and local institutions is a priority for Alderwoods, as is the tailoring of services to "compassionately meet the unique needs of each community." At SCI, "enduring relationships" is one of its values, and it supports a variety of outreach programs that "keep families safe, honor those who serve and comfort those who grieve" as part of that effort.

The values of "compassion" and "creativity" are the final two Alderwoods' corporate values. For Alderwoods, compassion is about serving families with empathy and understanding. Creativity involves encouraging and embracing change in the pursuit of our Mission. Likewise, at SCI, compassion means "being dedicated to compassionately supporting families at difficult times ..."Additionally, SCI stresses the importance of innovation in its vision statement: "We will lead the industry in product and service innovations that will help diverse cultures and multiple generations create ways to remember a life lived."

Though the corporate values of SCI and Alderwoods may not be mirror images of each other, they do reflect many similarities. Chief among these is an identical desire to serve and support families to the very best of our abilities, which promises an excellent beginning to our shared future.



ALD009306

# EXHIBIT 18

# Community Event Contest









There are many factors that help a funeral home or cemetery grow. One of the most important is how the funeral home or cemetery interacts within its community and encourages the members of the community to see the location as part of them.

Alderwoods Group has already committed to having a Mother's Day event in May, a Food Drive in September, and a Holiday Memorial service at the end of November or early December. We are looking for additional events that can occur at any time during the year.

The purpose of this contest is to help share the various community events that occur every year and gather ideas for events that have not occurred yet. The submission with the most original and practical idea will be judged by Ron Collins and "our mystery judges". The winner will receive 100 "I Believe In Service" points per employee at each location.

You will be asked to complete a Community Service Promotion form, (this will be faxed out to everyone in the new year) with as much detail as possible and submit to: Vicki Clark by e-mail at Vicki.clark@alderwoods.com or fax at 513-768-7404 by January 24, 2004.

### Winners will be announced on February 9, 2004 !!!

ALD004969

Pat McDermott
02/26/2004 08:13 PM

To: Michael Hilgefort/Alderwoods@Alderwoods
cc:
Subject: Community Event Contest - Winner!!!

Pat McDermott
Alderwoods Group
MGM, NE14, Pittsburgh, PA
412-364-4444
e-fax 604-456-6164
------ Forwarded by Pat McDermott/Alderwoods on 02/26/2004 05:13 PM ------



Vicki Clark
02/26/2004 11:19 AM

To: 1031 Thomsons F Chapel/FuneralHome/Alderwoods@Alderwoods,
2007 Gaston Memorial Park/Cemetery/Alderwoods@Alderwoods, 2045
Westview Gardens/Cemetery/Alderwoods@Alderwoods, 2044 Hillcrest
Gardens/Cemetery/Alderwoods@Alderwoods, 3085 MJ
Smith/FuneralHome/Alderwoods@Alderwoods, 2654 Carothers
FH-Gastonia/FuneralHome/Alderwoods@Alderwoods, 1120 Garry
Memorial Funeral Home-Cemetery & Cremation
Centre/FuneralHome/Alderwoods@Alderwoods, 1043
Coutts/FuneralHome/Alderwoods@Alderwoods, 1044 T
Little/FuneralHome/Alderwoods@Alderwoods, 2809 Garret's
FH-Aulander/FuneralHome/Alderwoods@Alderwoods, 1110 P Coutu
FH/FuneralHome/Alderwoods@Alderwoods, dprise@prodigy.net, 1066
IFS Cruikshank/FuneralHome/Alderwoods@Alderwoods, 1080 Klassen
FH/FuneralHome/Alderwoods@Alderwoods, 1016 Snows
FH/FuneralHome/Alderwoods@Alderwoods, 1904 Delmoro F
Home/FuneralHome/Alderwoods@Alderwoods, 1019 Ettinger
FH/FuneralHome/Alderwoods@Alderwoods, 2934 Stutzmann and
Son/FuneralHome/Alderwoods@Alderwoods, 1057 Ratz
Bechtel/FuneralHome/Alderwoods@Alderwoods, 2803
Biggs-Prevatte-Lumberton/FuneralHome/Alderwoods@Alderwoods,
1025 Giffen-Mack Chapel/FuneralHome/Alderwoods@Alderwoods,
1033 Trull Danforth/FuneralHome/Alderwoods@Alderwoods, 1043
Coutts/FuneralHome/Alderwoods@Alderwoods, 1034 Trull
Yonge/FuneralHome/Alderwoods@Alderwoods, 2844
Wagner-Hicksville/FuneralHome/Alderwoods@Alderwoods, 1709
Green Acres Memorial Gardens/Cemetery/Alderwoods@Alderwoods,
1046 Comstock/FuneralHome/Alderwoods@Alderwoods, 2849 Marks
FH/FuneralHome/Alderwoods@Alderwoods, 1062 SS Marie FH
Arthur/FuneralHome/Alderwoods@Alderwoods, 5684 Elmwood
Cemetery and Gardens/Cemetery/Alderwoods@Alderwoods, 2931
James Funeral Home/FuneralHome/Alderwoods@Alderwoods, 2007
Gaston Memorial Park/Cemetery/Alderwoods@Alderwoods, 2018
Westminster Gardens/Cemetery/Alderwoods@Alderwoods, 2020
Guilford Memorial Park/Cemetery/Alderwoods@Alderwoods, 2021
Carolina Biblical Gardens/Cemetery/Alderwoods@Alderwoods, 2028
Bush River Memorial Gardens/Cemetery/Alderwoods@Alderwoods,
2029 Forest Lawn West
Cemetery/Cemetery/Alderwoods@Alderwoods, 2044 Hillcrest
Gardens/Cemetery/Alderwoods@Alderwoods, 2045 Westview
Gardens/Cemetery/Alderwoods@Alderwoods, 2048 Graceland
Cemetery/Cemetery/Alderwoods@Alderwoods, 2054 Gardens of
Memory/Cemetery/Alderwoods@Alderwoods, 2059 York Memorial
Park/Cemetery/Alderwoods@Alderwoods, 2072 Woodlawn Memorial
Park/Cemetery/Alderwoods@Alderwoods, 2073 Southland Memorial
Gardens/Cemetery/Alderwoods@Alderwoods, 2074 Florence County
Memorial Gardens/Cemetery/Alderwoods@Alderwoods, 2209
Graceland East Cemetery/Cemetery/Alderwoods@Alderwoods, 2218
Cumberland Memorial Gardens/Cemetery/Alderwoods@Alderwoods,
2221 Raleigh Memorial Park/Cemetery/Alderwoods@Alderwoods,
2246 Westlawn Gardens of
Memory/Cemetery/Alderwoods@Alderwoods, 2626 Byron's Funeral



Home/FuneralHome/Alderwoods@Alderwoods, 2654 Carothers
FH-Gastonia/FuneralHome/Alderwoods@Alderwoods, 2690 Davis
FH/FuneralHome/Alderwoods@Alderwoods, 2704 Bowman Funeral
Home/FuneralHome/Alderwoods@Alderwoods, 2724 Neill-Harrisburg
FH/FuneralHome/Alderwoods@Alderwoods, 2736 Mackie High
FH/FuneralHome/Alderwoods@Alderwoods, 2738 Hafey Springfield
Chapel/FuneralHome/Alderwoods@Alderwoods, 2741 Mitchell FH-St.
Mary/FuneralHome/Alderwoods@Alderwoods, 2745
Lineberry-Pierce/FuneralHome/Alderwoods@Alderwoods, 2746
Lineberry/FuneralHome/Alderwoods@Alderwoods, 2750 McHugh
Funeral Home/FuneralHome/Alderwoods@Alderwoods, 2755 Moore
Funeral Home/FuneralHome/Alderwoods@Alderwoods, 2785 Howell
Funeral Home/FuneralHome/Alderwoods@Alderwoods, 2802
Biggs-Prevatte-Fairmount/FuneralHome/Alderwoods@Alderwoods,
2803
Biggs-Prevatte-Lumberton/FuneralHome/Alderwoods@Alderwoods,
2804 Loflin Funeral Home/FuneralHome/Alderwoods@Alderwoods,
2809 Garret's FH-Aulander/FuneralHome/Alderwoods@Alderwoods,
2814 Doane-South Dennis/FuneralHome/Alderwoods@Alderwoods,
2824 Lynch Funeral Home/FuneralHome/Alderwoods@Alderwoods,
2826 Joseph G Duffy Inc/FuneralHome/Alderwoods@Alderwoods,
2838 Lomax Funeral Home/FuneralHome/Alderwoods@Alderwoods,
2844 Wagner-Hicksville/FuneralHome/Alderwoods@Alderwoods, 2849
Marks FH/FuneralHome/Alderwoods@Alderwoods, 2853 Wilson
Funeral Service/FuneralHome/Alderwoods@Alderwoods, 2863
Caughman
Harman-Lexington/FuneralHome/Alderwoods@Alderwoods, 2867
Hankins & Whittington/FuneralHome/Alderwoods@Alderwoods, 2868
McEwen FH of Monroe/FuneralHome/Alderwoods@Alderwoods, 2871
Mahaffey FH/FuneralHome/Alderwoods@Alderwoods, 2874 Bass
FH/FuneralHome/Alderwoods@Alderwoods, 2878
Gaffey-Medford/FuneralHome/Alderwoods@Alderwoods, 2880 Collins
Funeral Serv/FuneralHome/Alderwoods@Alderwoods, 2881 McKee
Funeral Serv/FuneralHome/Alderwoods@Alderwoods, 2894 Biggs FH
Williamston/FuneralHome/Alderwoods@Alderwoods, 2915 McNeill
FH/FuneralHome/Alderwoods@Alderwoods, 2924
Reese/FuneralHome/Alderwoods@Alderwoods, 2931 James Funeral
Home/FuneralHome/Alderwoods@Alderwoods, 2932
Richardson/FuneralHome/Alderwoods@Alderwoods, 2934 Stutzmann
and Son/FuneralHome/Alderwoods@Alderwoods, 2946 T.J. McGowan
Sons FH/FuneralHome/Alderwoods@Alderwoods, 2957 Sedgefield
Chapel/FuneralHome/Alderwoods@Alderwoods, 2972 Lindsey Funeral
Home/FuneralHome/Alderwoods@Alderwoods, 2995 Mitchell
FH-Glenwood/FuneralHome/Alderwoods@Alderwoods, 3016
Carpenter FH/FuneralHome/Alderwoods@Alderwoods, 3017 TJ
McGowan Sons FH/FuneralHome/Alderwoods@Alderwoods, 3038
Mullins Funeral Home/FuneralHome/Alderwoods@Alderwoods, 3041
Diuguid Funeral Home/FuneralHome/Alderwoods@Alderwoods, 3042
Stutzmann-New Hyde/FuneralHome/Alderwoods@Alderwoods, 3043
Camp Hill-Neill FH/FuneralHome/Alderwoods@Alderwoods, 3054
Bunch Johnson FH/FuneralHome, /Alderwoods@Alderwoods, 3069
Davis-Grafton/FuneralHome/Alderwoods@Alderwoods, 3078 Lewis
Funeral Home/FuneralHome/Alderwoods@Alderwoods, 3082
Wanamaker Carlough/FuneralHome/Alderwoods@Alderwoods, 3085
MJ Smith/FuneralHome/Alderwoods@Alderwoods, 3096 Weeks
FH/FuneralHome/Alderwoods@Alderwoods, 3097
Gilman/FuneralHome/Alderwoods@Alderwoods, 3103 Alleva
FH/FuneralHome/Alderwoods@Alderwoods, 3117 Kennedy Roth
FH/FuneralHome/Alderwoods@Alderwoods, 3123 Harrel
FH/FuneralHome/Alderwoods@Alderwoods, 3129 Reeve's
FH/FuneralHome/Alderwoods@Alderwoods, 3134 Williams Funeral
Service/FuneralHome/Alderwoods@Alderwoods, 3137
Pontarelli-Marino/FuneralHome/Alderwoods@Alderwoods, 3143 Prata

ALD004981



FH/FuneralHome/Alderwoods@Alderwoods, 3148 Jones Ash FH/FuneralHome/Alderwoods@Alderwoods, 3151 Vay Schleich FH/FuneralHome/Alderwoods@Alderwoods, 3193 Spadaccino and Sons/FuneralHome/Alderwoods@Alderwoods, 3203 Cuffe McGinn FH/FuneralHome/Alderwoods@Alderwoods, 3204 Zis Sweeney FH/FuneralHome/Alderwoods@Alderwoods, 3212 Edward F Carter FH/FuneralHome/Alderwoods@Alderwoods, 3214 Coloni Funeral Home/FuneralHome/Alderwoods@Alderwoods, 3270 Lang Tobia DiPalma/FuneralHome/Alderwoods@Alderwoods, 3272 Leahy Funeral Home/FuneralHome/Alderwoods@Alderwoods, 3343 Lee Funeral Home/FuneralHome/Alderwoods@Alderwoods, 3344 Robert Evans FH/FuneralHome/Alderwoods@Alderwoods, 3397 Burton L Hirsch FH/FuneralHome/Alderwoods@Alderwoods, 3399 Arlington F Home/FuneralHome/Alderwoods@Alderwoods, 3465 HP Brandt FH/FuneralHome/Alderwoods@Alderwoods, 3504 Louis Hirsch & Sons/FuneralHome/Alderwoods@Alderwoods, 3519 O'Neill-Rddn-Drown/FuneralHome/Alderwoods@Alderwoods, 3526 DeVaney-Bennett FH/FuneralHome/Alderwoods@Alderwoods, 3538 Cauthen's FH/FuneralHome/Alderwoods@Alderwoods, 3544 Shuford Hatcher FH/FuneralHome/Alderwoods@Alderwoods, 3550 James J Stout FH/FuneralHome/Alderwoods@Alderwoods, 3590 Huntt FH/FuneralHome/Alderwoods@Alderwoods, 3599 David T Ferguson/FuneralHome/Alderwoods@Alderwoods, 3668 Spadaccino Community FH/FuneralHome/Alderwoods@Alderwoods, 5572 Crestview Memorial Park/Cemetery/Alderwoods@Alderwoods, 5648 Scotland County Cemetery/Cemetery/Alderwoods@Alderwoods, 5684 Elmwood Cemetery and Gardens/Cemetery/Alderwoods@Alderwoods, 5788 Frederick Memorial Gardens/Cemetery/Alderwoods@Alderwoods, 5790 Rock Hill Memorial Gardens/Cemetery/Alderwoods@Alderwoods, 1064 Mountain Metcalf/Funeral Home/Loewen Group/CA, 1075 Metcalf FH/Funeral Home/Loewen Group/CA, 1079 Courtney FH/Funeral Home/Loewen Group/CA, 1123 Memento FH/Funeral Home/Loewen Group/CA, 1125 Lakeland FH/Funeral Home/Loewen Group/CA, 1132 Memories F Directors/Funeral Home/Loewen Group/CA, Gerry Wilson/Loewen Group/CA, 1003 Glenhaven Memorial/FuneralHome/Alderwoods@Alderwoods, 1004 Chapel Hill FH/FuneralHome/Alderwoods@Alderwoods, 1005 Chapel of Memories/FuneralHome/Alderwoods@Alderwoods, 1008 Hamilton Harron/FuneralHome/Alderwoods@Alderwoods, 1027 Vernon FH/FuneralHome/Alderwoods@Alderwoods, 1028 Pleasant Valley FH/FuneralHome/Alderwoods@Alderwoods, 1039 Suttons FH/FuneralHome/Alderwoods@Alderwoods, 1040 Piercys/FuneralHome/Alderwoods@Alderwoods, 1045 Parksville FH/FuneralHome/Alderwoods@Alderwoods, 1048 Henderson Chilliwack/FuneralHome/Alderwoods@Alderwoods, 1049 Henderson-Lgly FH/FuneralHome/Alderwoods@Alderwoods, 1052 Henderson FV/FuneralHome/Alderwoods@Alderwoods, 1060 Assmans FH/FuneralHome/Alderwoods@Alderwoods, 1063 Lakewood FH/FuneralHome/Alderwoods@Alderwoods, 1068 Armstrong FH/FuneralHome/Alderwoods@Alderwoods, 1070 Graham FH/FuneralHome/Alderwoods@Alderwoods, 1072 Kamloops FH/FuneralHome/Alderwoods@Alderwoods, 1077 Mt. Washington/FuneralHome/Alderwoods@Alderwoods, 1111 Hollyburn FH/FuneralHome/Alderwoods@Alderwoods, 1124 RA Schrader FH/FuneralHome/Alderwoods, 1701 Vancouver Memorial/FuneralHome/Alderwoods@Alderwoods, 1801 Adv Plan Canada/AdvancePlanning/Alderwoods@Alderwoods, 1906 Pine Grove Crem/FuneralHome/Alderwoods@Alderwoods, 9505 QA Test1/FuneralHome/Alderwoods@Alderwoods, 9525 Helpdesk Test/FuneralHome/Alderwoods@Alderwoods, 9530 Helpdesk Test/FuneralHome/Alderwoods@Alderwoods, 9910 Helpdesk Test/FuneralHome/Alderwoods@Alderwoods, 1020 Loewen

ALD004982



FC/FuneralHome/Alderwoods@Alderwoods, 1031 Thomsons F Chapel/FuneralHome/Alderwoods@Alderwoods, 1054 Kerrs FH/FuneralHome/Alderwoods@Alderwoods, 1080 Klassen FH/FuneralHome/Alderwoods@Alderwoods, 1110 P Coutu FH/FuneralHome/Alderwoods@Alderwoods, 1118 Green Acres Memorial/FuneralHome/Alderwoods@Alderwoods, 1120 Garry Memorial Funeral Home-Cemetery & Cremation Centre/FuneralHome/Alderwoods@Alderwoods, 1115 Leatherdale Gardiner Funeral Chapels/Alderwoods@Alderwoods, 1012 Robert Hall FH/Funeral Home/Loewen Group/CA, 1013 Jayne's FH/Funeral Home/Loewen Group/CA, 1016 Snows FH/Funeral Home/Loewen Group/CA, 1019 Ettinger FH/Funeral Home/Loewen Group/CA, 1030 Mattatall FH/Funeral Home/Loewen Group/CA, 1053 Ettinger Kennedy/Funeral Home/Loewen Group/CA@Loewen Group, 1065 A L Mattatall/Funeral Home/Loewen Group/CA, 1066 IFS Cruikshank/Funeral Home/Loewen Group/CA, 1902 Digby Hall/Funeral Home/Loewen Group/CA@Loewen Group, 1001 Green FH/Funeral Home/Loewen Group/CA, 1010 Brown FH/Funeral Home/Loewen Group/CA, 1017 Marlatt Hamilton/Funeral Home/Loewen Group/CA, 1023 Anderson FH/Funeral Home/Loewen Group/CA, 1025 Giffen-Mack Chapel/Funeral Home/Loewen Group/CA, 1034 Trull Yonge/Funeral Home/Loewen Group/CA, 1041 Martino FH/Funeral Home/Loewen Group/CA, 1043 Coutts/FuneralHome/Alderwoods@Alderwoods, 1046 Comstock/FuneralHome/Alderwoods@Alderwoods, 1047 Schreiter Sandrock/Funeral Home/Loewen Group/CA, 1074 Delmoro FH/Funeral Home/Loewen Group/CA@Loewen Group, 1904 Delmoro F Home/Funeral Home/Loewen Group/CA, 1134 Oshawa F Service/Funeral Home/Loewen Group/CA, 1136 Walter D Kelly FH/Funeral Home/Loewen Group/CA, FuneralHomes-PE, Caroline Guay/Alderwoods@Alderwoods, 1007 Lee FH/FuneralHome/Alderwoods@Alderwoods, 1009 Helmsing FH/FuneralHome/Alderwoods@Alderwoods, 1024 McKagues FH/FuneralHome/Alderwoods@Alderwoods, 1035 Shellbrook FH/FuneralHome/Alderwoods@Alderwoods, 1036 Sallows and McDonald/FuneralHome/Alderwoods@Alderwoods, 1042 Fletcher FH/FuneralHome/Alderwoods@Alderwoods, 1051 Acadia Drive FH/FuneralHome/Alderwoods@Alderwoods, 1056 Unity Funeral Chapel/FuneralHome/Alderwoods@Alderwoods, 1058 Clements Rosetown FH/FuneralHome/Alderwoods@Alderwoods, 1059 Parkview FH/FuneralHome/Alderwoods@Alderwoods, 1071 Ross FH/FuneralHome/Alderwoods@Alderwoods, 1073 Coventry FH/FuneralHome/Alderwoods@Alderwoods, 1126 MacKenzie FH/FuneralHome/Alderwoods@Alderwoods, 1129 E Andrychuk FH/FuneralHome/Alderwoods@Alderwoods, 1130 Wilson and Zehner FC/FuneralHome/Alderwoods@Alderwoods, 1131 Unser-Rist F Service/FuneralHome/Alderwoods@Alderwoods, 1139 Orsted Funeral Home/FuneralHome/Alderwoods@Alderwoods, 9907 Orsted FH/FuneralHome/Alderwoods@Alderwoods, Margaret McDermott/Alderwoods@Alderwoods, 1182 Orsted-Carlyle FH/FuneralHome/Alderwoods@Alderwoods, 1142 Helmsing Funeral Chapels/FuneralHome/Alderwoods@Alderwoods, Cemeteries-All-Canada

cc: John Blute/Alderwoods@Alderwoods, Margaret Fogg/Alderwoods@Alderwoods, Corrine Hopp/Alderwoods@Alderwoods, Carolyn Mongeau/Alderwoods@Alderwoods, Randy Amos/Alderwoods@Alderwoods, Donna Glass/Alderwoods@Alderwoods, Pat McDermott/Alderwoods@Alderwoods, Kim Stebler/Alderwoods@Alderwoods, George Amato/Alderwoods@Alderwoods, Bob Pramik/Alderwoods@Alderwoods, Andrew

ALD004983



VanDusen/Alderwoods@Alderwoods, Eric
Tunstall/Alderwoods@Alderwoods, Sue
Posipanko/Alderwoods@Alderwoods, Bruce
Cumming/Alderwoods@Alderwoods, Jackie Keranovic/Alderwoods,
Bob Burger/Alderwoods@Alderwoods, Jane
Jacobs/Alderwoods@Alderwoods, Wayne
Tago/Alderwoods@Alderwoods, Dorothy
Isenberg/Alderwoods@Alderwoods, Tina
Holmes/Alderwoods@Alderwoods, Melissa
Blackwell/Alderwoods@Alderwoods, Dean
French/Alderwoods@Alderwoods, Bruce
Cumming/Alderwoods@Alderwoods, Jackie Keranovic/Alderwoods,
Bob Burger/Alderwoods@Alderwoods, Jane
Jacobs/Alderwoods@Alderwoods, Wayne
Tago/Alderwoods@Alderwoods, Dorothy
Isenberg/Alderwoods@Alderwoods, Tina
Holmes/Alderwoods@Alderwoods, Melissa
Blackwell/Alderwoods@Alderwoods, Dean
French/Alderwoods@Alderwoods, Katie
Leahy/Alderwoods@Alderwoods, Sylvia
Smith/Alderwoods@Alderwoods, Barbara
Mattheu/Alderwoods@Alderwoods, Michele
Martin/Alderwoods@Alderwoods, Pat
Moravec/Alderwoods@Alderwoods, Angela
Magee/Alderwoods@Alderwoods, Sue
Hunter/Alderwoods@Alderwoods, Ken
Pearce/Alderwoods@Alderwoods, Dori
Bruccoli/Alderwoods@Alderwoods, Gary
Toye/Alderwoods@Alderwoods, Peter
Wiesner/Alderwoods@Alderwoods, Don
Campbell/Alderwoods@Alderwoods, James
Coverdale/Alderwoods@Alderwoods, Trish
Scott/Alderwoods@Alderwoods, Margaret
McDonald/Alderwoods@Alderwoods, David
Grambo/Alderwoods@Alderwoods, Greg
MacDonald/Alderwoods@Alderwoods, Trish
Scott/Alderwoods@Alderwoods, Darin
Hoffman/Alderwoods@Alderwoods, Andrew
Swan/Alderwoods@Alderwoods, Richard
Clayton/Alderwoods@Alderwoods, Oliver
Guay/Alderwoods@Alderwoods, Caroline
Guay/Alderwoods@Alderwoods, Graham
Murphy/Alderwoods@Alderwoods, Bruce
Cooke/Alderwoods@Alderwoods, Brad
Carlson/Alderwoods@Alderwoods, Judy
Barg/Alderwoods@Alderwoods, Linda
Muchmaker/Alderwoods@Alderwoods, Nancy
Lowe/Alderwoods@Alderwoods, Carrie
Gobert/Alderwoods@Alderwoods, Joanne
Johnston/Alderwoods@Alderwoods, Ron
Collins/Alderwoods@Alderwoods, John
DiPalma/Alderwoods@Alderwoods, Heather
Patterson/Alderwoods@Alderwoods, Leanne
Sersun/Alderwoods@Alderwoods, Chris
Aslin/Alderwoods@Alderwoods, Trish Scott/Alderwoods@Alderwoods,
Bonnie Kulba/Alderwoods@Alderwoods, Vicki Clark/alderwoods, Larry
Newsom/Alderwoods@Alderwoods
Subject: Community Event Contest - Winner!!!



Community Events Winner announcemen

ALD004984

Please be sure you "print and post" so all can see!!!

Regards,

Vicki Clark
Geographic Assistant/Analyst
Northeast USA/Canada
Alderwoods Group
Phone: (513) 768-7446  Fax: (513) 768-7404
vicki.clark@alderwoods.com

ALD004985

# We have a winner of the Community Event Contest!!!!

After much deliberation, a winner has been chosen.  Dial in to the Collins Call-In Show this coming Wednesday to see if your location's entry was chosen!!!



Date: Wed., March 3rd, 2004

Time: 4:00pm Eastern

Collins Call-In Show
(888) 345-2160 ID: 4982764#

## ALDERWOODS
### GROUP

Any questions, call Vicki Clark
@513-768-7446

ALD004986

The Community Event Contest was a true success within the Canada & Northeast USA geography and everyone who participated is to be congratulated for their hard work and unique ideas. In total, we received approximately sixty submissions and the process to shorten this list to our eight semi-finalists was not an easy task. We would like to showcase, in no particular order, the eight semi-finalists and provide you with a brief description of their promotion.

1. Carothers Funeral Home, Gaston County in the Carolinas Region:
   ID cards for children to promote safety of children.

2. Coutts & Littles Funeral Homes, Southwestern Ontario in Eastern Cda. Region:
   Corporate challenge (garage sale in funeral home parking lot, pancake breakfast, care trunk sale...sell whatever they can fit in their trunk).

3. Doane Beale & Ames Funeral Home, Cape Cod in the New England Region:
   Flag Recovery Day Ceremony; Invite people with old American flags to bring and attend a flag day ceremony to retire old, torn and faded flags properly.

4. Oshawa Funeral Service, Greater Toronto Area in the Eastern Cda. Region:
   Seniors Appreciation Car Wash; Seniors to meet staff in an informal setting, build relationships and distribute information about our services and promote other events (Lunch and Learns).

5. Stutzmann & Son Funeral Home, Long Island/Queens in New York State Region:
   Breast Cancer Charity Car Wash; In honor of survivors and in memory of all who lost the battle.

6. Marks Funeral Home, Southern North Carolina in the Carolina Region:
   Remembrance of Love; Offer the opportunity to our families to participate in a service of remembrance of LOVE.

...Continued on Page 11

NOR-CAN CHRONICLE

NPAL0551

# EXHIBIT 19

Corporate
Communications
Sent by: Chaya
Cooperberg

To: Corporate Communications/Alderwoods@Alderwoods
cc: (bcc: Ron Collins/Alderwoods)
Subject: Success Spotlight: Kraeer-Fairchild Walks for Life

09/20/2006 08:12 AM

**Location Administrators / Location Managers - Please Post on Staff Bulletin Board**



## Kraeer-Fairchild Walks for Life

**Marge Muth, Director of Community Relations**, takes pride in building strong relationships in the community for **Kraeer-Fairchild Funeral Home and Cremation Center** in Fort Lauderdale, Florida.

As part of Marge's role, she works with various organizations in Broward County where the Funeral Home is located. The American Cancer Society (ACS) is one organization that recently approached Marge to participate in their annual Relay for Life event. Relay For Life is the American Cancer Society's signature activity to raise money to fight cancer and provide services to cancer patients. Every year, teams of people gather at schools or parks and take turns walking or running laps. The event brings together local families, businesses, hospitals, schools and churches.

ALD005587

Marge immediately agreed to participate and took the initiative to organize a team that would represent Kraeer-Fairchild Funeral Home and Cremation Center. The team of 16 set up a tent at the event and there was a team member on the track during the entire 15-hour Relay. Employees who could not walk in the event came to cheer on the team.

As a result of their efforts, Marge and her team raised over $2,800 for the American Cancer Society and were recognized by the event organizers onstage.

"What a great team effort and community involvement," said Marge. "I am proud to be a part of this group and get such cooperation."

To learn more about Kraeer-Fairchild Funeral Home and Cremation Center in Fort Lauderdale, FL,
visit their website at:
http://www.kraeerfuneralhome.com

### How Can We Shine A Spotlight On Your Success?

Success Spotlight was created to recognize those people at Alderwoods who seize opportunities to exhibit our values of integrity, teamwork, communication, compassion and creativity.

If you know of an individual or a team that merits recognition, be sure to submit a "Living our Values" nomination form to your RGM through the *Alderwoods Awards for Excellence* so others can learn of the success. Nomination Forms are available on our Company Intranet (#5 Corporate Information / Alderwoods Awards For Excellence).

ALD005588

Ron Collins
11/09/2005 05:48 PM

To: Brad Carlson/Alderwoods@Alderwoods, Bruce Cooke/Alderwoods@Alderwoods, Oliver Guay/Alderwoods@Alderwoods, John Jackson/Alderwoods@Alderwoods, Graham Murphy/Alderwoods@Alderwoods, Andrew Swan/Alderwoods@Alderwoods, Barry Tuck/Alderwoods@Alderwoods, Greg MacDonald/Alderwoods@Alderwoods, Margaret Terzo/Alderwoods@Alderwoods, Bob Burger/Alderwoods@Alderwoods, Dean French/Alderwoods@Alderwoods, Edd Riley/Alderwoods@Alderwoods, Bruce Cumming/Alderwoods@Alderwoods, Jackie Keranovic/Alderwoods@Alderwoods, Randy Amos/Alderwoods@Alderwoods, Jerry Tilton/Alderwoods@Alderwoods, Eric Tunstall/Alderwoods@Alderwoods, John Blute/Alderwoods@Alderwoods, Sue Posipanko/Alderwoods@Alderwoods, Craig Duke/Alderwoods@Alderwoods, John Fitzpatrick/Alderwoods@Alderwoods, Steve LaPointe/Alderwoods@Alderwoods, Ralph Delgatto/Alderwoods@Alderwoods, Donna Larschan/Alderwoods@Alderwoods, Barbara Mattheu/Alderwoods@Alderwoods, Ken Pearce/Alderwoods@Alderwoods, Daniel Sefcik/Alderwoods@Alderwoods, Gary Toye/Alderwoods@Alderwoods, Sylvia Smith/Alderwoods@Alderwoods, Don Campbell/Alderwoods@Alderwoods, James Coverdale/Alderwoods@Alderwoods, David Grambo/Alderwoods@Alderwoods, Peter Wiesner/Alderwoods@Alderwoods, Margaret McDonald/Alderwoods@Alderwoods
cc: Meline Beach/Alderwoods@Alderwoods, Katie Leahy/Alderwoods@Alderwoods, Elena Mott/Alderwoods@Alderwoods
Subject: Staff & Community Events



Gang -

Over any period of time we receive many e-mails telling us of the great work you are doing in holding both staff and community events. Keep those e-mails coming!

As you send your e-mails, please copy Meline Beach in Corporate Communications (meline.beach@alderwoods.com). Corporate Communications is always looking for pictures depicting our activities in the field. These are used in such things as our press releases, annual reports, brochures and recruiting material.

Thanks for your help!

Ron

Ron Collins
Vice President, Operations
Canada & Northeast USA

416.498.2764 Direct Line
604.456.6124 Fax

ALD005590

EXHIBIT 20

# Relationship With Our Community

## As a Good Corporate Citizen...

- The Company encourages **support of civic organizations** and employee involvement in worthwhile causes

- We **strictly prohibit** bribes, kickbacks, unauthorized rebates or any form of improper payment, gift, favor or consideration to any government/regulatory official

- **Alderwoods abides** by all applicable **laws, rules** and **regulations** in the communities in which we operate

ALDERWOODS
GROUP

19

ALD009942

# EXHIBIT 21

# I BELIEVE IN SERVICE
# AWARD

| | |
|---|---|
| 5 Points | Employee is seen by management going above and beyond line of duty in aiding a visitor or family |
| 10 Points | Volunteering and helping out at a company event |
| 10 Points | Directly referring family that prefunds funeral arrangements (does not include familiy members we have serviced in prior twelve months) |
| 15 Points | Management received verbal or written thank you regarding employee |
| 15 Points | Joining and participating in a local service club or fraternal organization or community committee |
| 25 Points | Good feedback from Jenkins Tour or Secret Shopper |
| 50 Points | Employee participates in three hour minimum facility enhancement (painting, etc.) |

---

## Rewards

| | |
|---|---|
| 20 Points | $25.00 Gift Certificate |
| 40 Points | $50.00 Gift Certificate |
| 60 Points | $75.00 Gift Certificate |
| 125 points | Admission for two to Carowinds or $100 gift certificate |
| 250 points | Weekend Getaway |

ALD008702

# *I Believe In Service*

## Services Performed

1. You are seen by management or a fellow employee going above and beyond what our expected services and aiding a visitor or client family.

2. Volunteering and helping out on a company event.

3. Management receives verbal / written thank you from client family mentioning you specifically.

4. Organizing and executing a Pre-Need presentation event for your location.

5. Charity fundraiser. Chair and execute Fund Raiser for a local charity.

6. Aftercare visits –Follow up with families and provide guidance and support.

7. Working a visitation above your normal duties.

8. Joining and being active in a community organization.

9. Volunteering to do R&M or location beautification at your funeral home

10. Customer Survey from family returned.

11. Sign up of funded pre-need from Customer Survey.

## Service Points                                Awards

    1.  = 5 points                        As per the poster
    2.  = 5 points
    3.  = 5 points
    4.  = 1 point
    5.  = 5 points
    6.  = 5 points
    7.  = 15 points

ALD008703

EXHIBIT 22

# July Staff Meeting

-This month's meeting consisted of four safety trainings from Pat McDermott.

-Pete Johnson started the meeting talking about the status of work at Hirsch and Brandt. He stated that Brandt bathroom repair was ok'ed and would begin work when crew could fit us in. He said that Randy Stebler would be over to Hirsch as soon as he could to look at air conditioning work. Pete also mentioned that Jeff Harlick (sp?) would be in to Hirsch on Thursday to give bid for water damage repair. Pete asked Michael Hilgefort to follow thru with Jeff and see that Gallagher Bassett receives the bid.

-Next item of discussion is our current status. Pete mentioned that we are way down in calls and that we seem to be doing nothing about it. He mentioned that if you look at the services we offer versus those of our competitors, we are being out serviced. Pete said that if we truly look at ourselves and the services we offer that we were being lazy, he included. He asked for the staff to challenge themselves and come up with new services to offer. Pete mentioned that he just started offering the families to drive them to the cemetery to sign paperwork or at least offer to lead them over. He said that he met with two families recently and one took him up on the offer and one said no thanks. Pete asked the staff to implement this service starting now. Michael Hilgefort suggested we offer to pick-up Brandt families with our limo, both for services and arrangements.

-The next item for discussion was Pete Johnson asking the staff to get involved with the community. He suggested that they find a group or project to start working with. Pete said that for example he volunteers with hospice, which is a thought for some. He also asked for people to report all involvement to him so he could report it on the period spreadsheet.

-One of the final topics discussed was that of contracts. Pete stated that during the last MA review we scored out lowest score ever on contracts. He said that we would be holding with Kim a review class on contracts. He said that there was no excuse for the many mistakes that were happening. Pete also said that should there be continued mistakes, perhaps the arranger would have to be pulled from arrangements and do other work while working on improving their contract skills.

ALD004909

*Staff Meeting   September 29, 2005*
*(Safety Meeting)*

Patty opened the meeting-
We discussed the new rules for Brunswick News obituaries;
Dead lines, Decided to see if they would make  an exception on Fridays.

Patty talked about the new time cards and the need to be sure and clock in and
out for lunch and the times it is permissible not to and how to handle that.

Funeral directors need to make a copy of their contracts and use them for work-
sheets before putting the info on the actual contract and if possible proof each
others work.

The new check list; things to be done in Funeral home, are working well she has
been following up and things look good. She thanked every one for their efforts
and cooperation.

Warren is checking on finding someone to fix the gutter work, also on
downspout cover, curvings from the curbing.
He also informed every one that he acquired the osha required oily rag can——
Auditor informed him that we must have.
The audit went very well, exceptionally high scores in the crematory and
administration. Overall should be very good and Warren is confident any thing
not right can easily be corrected.

Patty and Billy mentioned the need for an emergency lighting system in the
embalming room, although not a requirement it would be nice.
A battery operated one was discussed.

Also Patty and Billy are thinking about painting the embalming room when
they can find the time..

Warren getting estimate for new garage door panel.

ALD002079

Arlie mentioned getting a video on the history of Glynco and the shipyard to use as backup on the lobby tv.

Bobby mentioned that the dvd's are really doing good. Families really like them.

Don't forget that the Christmas memorial service is coming up.

We also need to show up and about at the Brunswick Stewbilee which we are sponsoring a part of.  This will be good community relations, wear your coats , go downtown while this is going on.

Talked about staff members making pre-arrangements and the discounts being offered sure would help pre-need figures in the slow time for pre-need.

Arlie has 60 or more seminars set-up this is not only good for pre-need it is a chance for our people to meet the Ministers and promote a good relationship with the community.

Warren said Arlie was doing a very good job.

Arlie's next move will be into Camden Co. to set-up more pre-need seminars.

There was some discussion about the need to embalm the bodies which are picked up  night,  especially since we are doing the pick-ups a bit differently.

Earl Parrish talked about his work in Savannah at Baker's Funeral Home, He says there is no comparison between their service and our service. They have only one person on visitation, their directors do not stay and meet the families and they turn over their phones to the answering service at six o'clock even when they are having a visitation.

Our best tool to retain the families we serve is service.

Patty asked if there was anything else to be discussed ,

Then she adjourned the meeting.

ALD002080

# WEEKLY STAFF MEETING NOTES/ ADDITIONS

### Monday, October 18, 2004

- **Debate Staffing:** I need to confirm today who will be assisting at the senatorial debate tomorrow at Rose State College. We need a total of 7 people to be there at 5:30 p.m. to help at the doors. Please let me know today if you can help. Thanks.

- **Funeral Director Training:** This past week all directors were able to get together to discuss the funeral director training and to go over some points of information. Our main focus is on the three "P's": Using the *Poster*; presenting casket *Personalization*; and discussion of *Payment* terms. We also discussed the placement of the payment terms under the table glass in the Alderwoods rooms, and we decided to thin out our charts.

- **Collections/ Payment Policies:** We are in week two of our collection contest. Cheryl will have the A/R reports to the directors by Wednesday. Remember, a day off with pay (excluding the night on-call; I will work the day shift if necessary) will be given to the director with the highest collection percentage for the period, and a day off with pay will be given to the director who lowers his/her over 30 day collection total by the greatest percentage. Updated weekly results will be presented at each Monday morning meeting.

- **Southeast Remodel:** Representatives from our corporate offices should be here this week to go over some of the details of our remodel plans, and hopefully we will be able to go forward at an accelerated pace. There is a definite chance that we will be under construction during our most busy time of the year, so please be prepared. I'll update you as we go forward.

- **Kyle Bratcher:** This week food and toys are being gathered for Kyle (Brian Bratcher's son). Please get with Mike Shetlar or Laura Deaton to see how you can help. Kyle starts his radiation treatment this week, so please keep him in your thoughts.

- **Vacation Days:** Please get your days to Cliff. Remember that no two directors can be on vacation at any one time, and that vacation days cannot be carried over to the next year.

- **Numbers:** As of last period (October 12) our two firms have served 650 families. This number is slightly down from last year, although not by much. Northeast is up 18 calls to budget and Southeast is down 33 to budget, so the net is down only 15 calls. Every call counts and every staff member can help. As far as competitors go, I have projected annualized numbers: Barnes, 240

## WEEKLY STAFF MEETING NOTES/ ADDITIONS

### Monday, October 25, 2004



- **Senatorial Debate:** THANK YOU to Fred, Dan, Milton, Laura, Charles, Brad Payne, and Dow for your help this past week. The folks at the chamber were so appreciative, and our presence was a great reflection on the funeral home.

- **Over-Sized Caskets:** Funeral directors and administrators were given retail prices of the oversized caskets stocked by Batesville. I will add these caskets to the next merchandise price list.

- **Collections/ Payment Policies:** Accounts Receivable Aging reports were handed out to the directors today. Please double check your accounts, and provide an explanation as to any delinquencies. These completed reports are due to me Thursday at 5:00 p.m.; expect to stay late Thursday and Friday if not done and returned in time. Also, we are in week three of our collection contest. Any feedback from families about the payment policies that are posted in the Alderwoods Rooms?

- **Nametags:** Nametags are required for all employees on funeral services; there are no exceptions to this policy. Please don't put me in the position of sending you back to the funeral home to get a tag, or actually writing you up; wear your tag when appropriate. We are no longer ordering tags from Midwest Trophy; the new tags/replacement tags are white and blue, and will be ordered by me. If you lose yours or need a spare, let me know.

- **Lead Sheets:** Directors, the lead sheets are critical, and the administrators cannot complete the file processing without one. Please remember to list any hospice or nursing home affiliations. If the sheet is not in the file, the administrator will have to call you.

- **Kyle Bratcher:** Thanks to everyone who has helped in the food and toy efforts; I know Brain and his family are grateful for your kindnesses and prayers.

- **Cremation Ashes:** Ashes to be mailed must be boxed up and appropriately labeled by a funeral director (not support services or administrators.) After they've been boxed up, get them to me or to an administrator for mailing; all ashes must be sent by REGISTERED MAIL.

## WEEKLY STAFF MEETING NOTES/ ADDITIONS

### Monday, November 15, 2004

- **Minister Planners:** Our minister planners have arrived, and Jerry is in charge of distributing them. If you need any, please contact him. We also have received our wall calendars which will be placed at the front of both locations to be given to anyone who wants one.

- **Christmas Luminary Service:** All employees are asked to reserve 5:00 p.m. Thursday, December 16, 2004 to attend/ help with our annual Christmas service. I will supply more details in the next few weeks.

- **Southeast Improvements:** The final plans and bids are due from the contractors next Friday; as soon as we have approval, we will begin construction. There was discussion about waiting until a slower period, however I have decided that we will go forward the moment we have final approval.

- **Contract Issues:** Directors, there have been several errors on contracts recently, most notably how we write up certain services. I have made sample contracts and will distribute them this week. Also, make sure that if you have an ME permit expense, that it is listed on the original contract. If it's a county or baby case, let the administrators know that there won't be a permit charge.

- **Financial:** Our funeral homes continue to do well in spite of our competitors. As a whole, we are 140% of budget for preneed sales and 100% of budget for the number of families served. Through period 11, you have served 672 families, only 5 less than last year. This is a phenomenal achievement that we should all be proud of.

- **Staff Issues:** Jennifer Klein has joined the staff as an apprentice funeral director who will be assisting the directors as she completes her schooling in anticipation of obtaining her licenses; Nate Miller has resigned and is getting out of the funeral business (Heather is coordinating a farewell party); Milton's brother-in-law passed away today; services are pending at Southeast. Please keep him and his family in your thoughts.

- **Sign Your Time Card Every Week:** 2 weeks ago, Tom, Dennis, Sandra, Lacey, Nicole, Ken, Bryan, Carson, and Danny didn't sign their cards. Please do this each week.

- **Complaints:** Call-backs to the families continue to go well, however there is always room for improvement. Please see the notes that were passed along to me on the back.

## WEEKLY STAFF MEETING NOTES/ ADDITIONS
### Monday, November 29, 2004

- **NEW ITEM:** All full-time employees (directors and administrators) need to be at a meeting with the RGM team this Thursday, 4:00 p.m. at Northeast. The purpose of the meeting is to discuss budget issues, and it shouldn't take more than an hour.

- **Christmas Memorial Service:** Invitations will go out this week for the service Thursday, December 16 at 7:00 p.m. Please remember that all employees need to be at Northeast by 5:30 p.m. for photographs. Chris Moore has confirmed that he and his ladies singing group (including LaQuita) as the evening's entertainment.

- **Southeast Remodel:** We have received final bids, and are awaiting approval from our folks in corporate for the go-ahead. As soon as I know specifics, I'll let everyone know.

- **Minister Planers and Calendars:** Distribution of these items has begun. Let Jerry know if you need planners.

- **Advertising:** Ads are currently running in the MWC area papers. We have been allocated significant resources for advertising for next year.

- **Family Service (Laura):** Jeff Savage has resigned; also thanks for all the cooperation and communication lately. There is still a shortage of counselors (we have two new ones) so please continue to be patient as we hire and train.

- **Administration (Cheryl and Lacey):** No major issues.

- **Support Service (Kenny):** Thanks for all the help the past few days...have had 36 calls since Friday (1/2 for Eisenhour). New back-boards have been ordered for removals. An apprentice made an appointment for a family to come in to make arrangements...this is a "no-no", and the apprentice was so advised.

- **Holiday Coverage:** We were short administrative/reception help over the holiday. I will get with Cliff to make sure we are adequately covered over the Christmas and New Years holidays. Also, we are still short one receptionist; I will put an ad in the paper today.

- **Staff Issues:** Harold Bratcher was in the hospital recently and will be out for awhile. If anyone has a chance to stop by and visit him, it would probably be most appreciated

P09190

## WEEKLY STAFF MEETING NOTES/ ADDITIONS

### Monday, November 22, 2004

- **Christmas Memorial Service:** All employees (full-time, part-time, apprentices, funeral service workers, etc.) are asked to be at Northeast by 5:30 p.m. Thursday, December 16. We will take staff photos for our web site and for advertising at 5:30, then the service will start at 7:00 p.m.; Lydia will cater light refreshments afterwards. If any employee on our payroll is unable to attend, I need to be notified in advance.

- **Minister Planners:** Jerry is responsible for the distribution of the planers; please see him if you need any or if you know of a new minister/ church in our trade area.

- **Part-Time Opening:** Cliff is looking for a part-time secretary/ receptionist. Please let him know if you have anyone suitable in mind that you could recommend.

- **Big Screen TV:** Directors, please begin placing the $65.00 Rent-A-Center charge on the contracts as a cash advance (don't forget to list that item in the cash advance disclosure since we make a few dollars on it.)

- **Portraits For Memorial Services:** Directors, you can have photos blown up to portrait size (18' X 24") at Kinko's. The cost to the family is $50.00, and should be listed on contracts as an additional merchandise item. The turnaround time is less than 24 hours, and the portraits look great from a distance in the chapel or at a church. It's best to take them an original photo instead of e-mailing one.

- **Administration (Cheryl and Lacey):** No issues. Staff was reminded that all contracts are reviewed, and any corrections will be forwarded to directors for future reference.

- **Support Services (Kenny):** Kenny is short-staffed; if you know of any apprentices who are looking for work, send them to Kenny. Also, please try to fill out the surveys.

- **Family Service (Laura):** Discussed new staff members and mentioned that the newspaper inserts will be going out for the next three weeks. Also discussed holiday schedule, and reminded staff of baby service charges ($20.00 for grave + $95.00 for opening and closing fee.)

- **Deaf Interpreters:** In response to a recent question, we will supply (at our expense) an interpreter for funeral services when we are told that a deaf

P09192

## WEEKLY STAFF MEETING NOTES/ ADDITIONS

### Monday, April 11, 2005

- **Speaking Roses:** The "Speaking Roses" program was introduced. These live roses are "personalized" with names, dates, photos, etc. and can be kept by the family as a keepsake. Lydia will offer these in conjunction with the Alderwoods rollout of the product. I'll relay more information when it becomes available.

- **Contract Training:** There will be at-need contract training for funeral directors and location administrators at 3:30 p.m. this Wednesday at Northeast. We will discuss pre-need discounts, voided contract procedures, payment options, contract rejection forms, reporting, etc.

- **Location Message/Mail Boxes:** Directors now have a "mail box" in the administrator's office at both locations. Please check your mailbox daily, and call the other location before you leave for the day to see if there are any issues that need to be addressed. Administrators and other employees should put messages only in boxes, not on desks, lamps, doors, etc.

- **Crash Car Event:** All employees are strongly encouraged to attend the anti-drinking and driving program we are participating in. It will be held Friday, April 22, 2005 at Monroney Junior High (across from the hospital.) I will give exact details of the help needed next Monday; directors will need to discourage services from being held on that date.

- **Competitors:** I had the chance to go by the "Choctaw Funeral Home" this weekend and take a look around. They are no where near opening by the looks of things. If I had to guess, I'd say that it's going to be two or three more months. If anyone has any info about that project, please let me know.

- **Preneed Insert:** A prearrangement newspaper insert will be going out in the Daily Oklahoman over the next few weeks with both funeral and cremation packages. If you receive any calls or inquiries, please direct them to a Family Service Counselor.

- **Family Call-Backs:** Most of the call backs have been very, very positive. The few complaints/concerns we have received have been relatively minor, and are not service related.

- **Market Share:** Our market share is up; it is now approximately 60%, which is very good. Market share numbers are posted at Northeast by the time clock.

—

- Administration (Cheryl and Amber): No issues. Staff was reminded that all contracts are reviewed, and any corrections will be forwarded to directors for future reference via a contract adjustment form.

- Support Services (Kenny): Kenny reminded directors to take care of the personal effects/ clothing bags. Please ask the family (it's on the chart!) if they want the clothing back. Also, Kenny was asked to order a few more instruments and brushes.

- Family Service (Laura): Cemetery staffing is getting back to normal. Also discussed Memorial Day, and preneed numbers and initiatives.

- Dates To Remember: Choctaw Chamber is tomorrow at noon at Old Germany; the State Funeral Board meeting is this Thursday at 10:00 a.m.; the Midwest City Kiwanis Pancake Day is this Saturday at Monroney Junior High from 7:00 to 11:00 a.m. Any employees who wish to attend/participate in any community event, please let me know; we will support any worthy area organization.

| Attending | Off | Vacation | Late | Sick |
|-----------|-----|----------|------|------|
| Vance | Bill | Jerry | | Stacy |
| Cliff | | | | |
| Mike | | | | |
| Betty | | | | |
| Ray | | | | |
| Cheryl | | | | |
| Amber | | | | |
| Laura | | | | |
| Kenny | | | | |

Thank you all for your dedication to the families we serve. The families who call upon us need your guidance, compassion, and professionalism, and what you do is important and meaningful. Your help and positive attitudes are greatly appreciated, and as always, please feel free to come to me with any questions, complaints, or suggestions.

PLEASE COPY & ATTACH TO ALL TIME CARDS.

COPY & POST ON ALL TIME CARDS

### WEEKLY STAFF MEETING NOTES/ ADDITIONS

#### Monday, April 25, 2005

- **Living Will Forms:** Complimentary "living will" forms are to be made available at both Northeast and Southeast. We are advertising the availability of these forms on our radio spots.

- **Crash Car:** The drunk-driving simulation that we were a part of Friday at Monroney Junior High went very well. Thanks to everyone who participated and helped out, and especially thanks to those of you who stayed at the locations to take care of our families. This program will be expanded, improved upon, and repeated next school year.

- **Staffing Issues:** We are currently short one embalmer (Kenny's former position) and one funeral director (Stacy has joined Support Services as the night embalmer). Although I am searching for appropriate replacements, it may be some time before acceptable candidates are hired. In the meantime, it is critical that everyone be especially flexible, accommodating, and positive, and be aware of negative attitudes.

- **Charts/Checklists:** Funeral directors MUST fill out their charts completely, and they also must fill out their checklists completely. If an item or service on the checklist is not needed, mark it out or write "no". This has become a huge issue, and now will become a disciplinary one. The vast majority of our mistakes are occurring because the charts/checklists are not adequately completed.

- **Remodel Of Southeast:** I now have "official confirmation and approval" of our remodel. Expect construction to begin within the next 30 days. I will release a memo detailing the anticipated construction schedule after I meet with the architects and contractor. PLEASE do not ask me what will be done with any furniture, fixtures, etc. Anything that is not going to be sold or used by another Alderwoods firm will be stored for later disposition. Again, PLEASE do not ask for any company owned items; doing so puts me in a very awkward position and creates potential conflicts.

- **Location Message/Mail Boxes:** Directors, please be sure to check your boxes at both locations often throughout the week. If you are not going to the other location, call towards the end of the day and have someone check your box.

- **Part-Time Funeral Associates:** Thanks to all of you for continuing to help out while we're busing and short-handed. One issue I need to re-visit involves the staterooms. Please be sure to clean out the staterooms (put up equipment, empty trash, and use hand sweeper or vacuum) when you take a body out for

03/20/2006   08:59   4057591228            CHERYL THOMPSON            PAGE   01

## WEEKLY STAFF MEETING NOTES/ ADDITIONS

### ***please copy and attach to all employee time cards***

### Monday, March 20, 2006

- **Volunteers Needed:** The Choctaw Settler's Days are April 20, 21, and 22. Mike Shetlar (who is on the Choctaw Parks Board) needs some volunteers to help with all of the kids and the activities. He swears you'll have a great time, so if you're interested, let him know.

- **Contracts:** Generally the funeral contracts look good. The last audit brought up the issue about filling in all blanks, even on the payment side of the contract. Also, if there is no contract co-signer, indicate that fact with "N/A" where the co-signer would normally sign.

- **Customer Finance:** The issue of Alderwoods Customer Finance sending out letters that are perceived by families to be "hateful" or "threatening" has been brought up. I'm trying to find out what triggers a letter, but in the meantime the best defense for accounts not paid-in-full is to keep the administrator informed of any special circumstances, and to make CLEAR notes for the file. We have apparently lost a family that was paying as initially agreed at the arrangement conference when they received a letter and phone call.

- **Edmond Manager:** Ty Gee, formerly General Manager of Sunny Lane Cemetery, starts today as the new General Manager of Baggerley and Baggerley Memorial Chapel.

- **Funeral Director Continuing Education:** A discussion was held regarding continuing ed. I have copied information from the Funeral Board web site and have distributed it to the directors.

- **First Call Sheets:** Just a reminder that all available information needs to be filled out on a first call sheet.

- **Family Service (Laura):** One new counselor starts at Northeast today. Steve and Brad Payne are the full-time counselors at Southeast.

- **Administration (Amber):** No major issues. I am interviewing this week to fill the Location Administrator vacancy at Northeast.

- **Support Service (Kristie off):** No issues. Keep faxing in surveys.

In Attendance: Cliff, Corey, Mike, Bill, Laura, Ray.
Off: Jenny
Vacation: Amber, Vance
Sick: Betty
Other: Jerry not at mtg.

P09318

04/24/2006 09:28 4057691228 CHERYL THOMPSON PAGE 01

## WEEKLY STAFF MEETING NOTES/ ADDITIONS

### ***please copy and attach to all employee time cards***

### Monday, April 24, 2006

- **Customer Feedback:** All customer calls were positive. Thanks to Treda for her hard work in contacting our families.

- **Choctaw Event:** The use of the popcorn popper for three days at the Choctaw Land Run celebration was a big hit. Special thanks go to Mike who worked at the event for three days cooking hot dogs and helping out.

- **Crash Car:** This Friday we are helping with the anti-drinking and driving program at Monroney. We will need help from staff (just like last year), so Jerry will be calling later this week to see who's available.

- **Family Service (Laura):** Preneed funeral numbers are down; discussion of helping the Family Service Counselor with aftercare efforts.

- **Administration (Amber):** No issues.

- **Support Service (Kristie):** No major issues; discussion of use of unionalls. Keep faxing in surveys.

In Attendance: Jerry, Vance, Corey, Mike, Bill, Jenny, Laura, Ray, Cliff (on house call).
Off: Betty
Vacation:
Sick:

Upcoming April / May Birthdays:
4/25, Lisa Clark
5/1, Evelyn Herbert
5/7, Betty Knight
5/8, Treda White

P09320

## WEEKLY STAFF MEETING NOTES/ ADDITIONS

### ***please copy and attach to all employee time cards***

### Monday, May 1, 2006

- **Training Issues:** At our manager meeting last week, the need to continue company training was emphasized. In particular, we need to continually train on the 9 "Growing Calls" modules. Some modules apply to all employees; some apply only to directors or support staff. I will be starting training every Thursday at 4:00 p.m. beginning May 11. I will indicate in the Monday notes which employees need to attend what modules, and the modules will repeat so you can make up ones that you miss.

- **Gossip and Rumor:** I continue to hear outside gossip about the SCI merger. Most of this gossip is relayed to me from ministers or other community leaders, and seems to come from our competitors. Needless to say, our competitors have no idea what they're talking about, and they are risking their future credibility when the things they say turn out to be false. In the meantime, please be sure to tell me what you're hearing (if anything) and as always I will do my best to tell you what I know to be true and accurate.

- **Market Share and Volume:** We continue to hold our market share at approximately 60%. Ford is up; Barnes, Paylor, and Sunny Lane are down. We are down 16 calls at South and up 8 at North. City-wide the overall number of calls has been down.

- **Grief Recovery:** Betty has just finished facilitating her first 12 week Grief Recovery class. The next sessions will begin in August. Thanks Betty for doing such a wonderful job!

- **Del City Chamber Event:** The Del City Chamber 40th Anniversary event is this Thursday at 6:00 p.m. at the Del City Community Center. I strongly encourage all full-time staff to stop by for awhile, and would further encourage all staff members to stop by. Our popcorn popper will be going, and we are providing table favors. Cory is our Del City Chamber representative, so please see her if you have any questions.

- **New Carpeting:** We have received approval to replace the carpet and flooring in the employee areas at Northeast. Be aware that the installers will be at Northeast May 10, 11, and 12.

- **Choctaw Event Thank-You:** The use of the popcorn popper for three days at the Choctaw Land Run celebration was appreciated, and we received a very nice thank you from the Choctaw Kiwanis. Again, special thanks go to Mike who worked at the event for three days cooking hot dogs and helping out.

- **Crash Car:** Our program for last Friday was postponed due to rain, and is scheduled to take place this Friday. We will need help from staff (just like last year), so Jerry and Cliff will be calling later this week to see who's available.

P09321

# OCTOBER 2004 STAFF MEETING
OCTOBER 27, 2004 @ 8:30 AM

ATTENDING: M. HILGEFORT, K. RIPPIN, J. FODOR, B. HARRELL, D. PRISE, K. HUNKELE, T. MILLS, P. JOHNSON, P. McDERMOTT, AND K. STEBLER. H. RADY ON VACATION & L. BARDINA EXCUSED TO COVER BLH.

M. HILGEFORT OPENED THE MEETING WITH THE REVIEW & APPROVAL OF LAST MONTH'S MINUTES.

I.B.I.S. POINTS WERE AWARDED.

P. McDERMOTT REVIEWED BENEFITS, WHICH SHOULD HAVE BEEN MAILED TO EACH EMPLOYEE. HE HAD EMPHASIZED THE IMPORTANCE OF MEETING THE SPECIFIED DEADLINE FOR ANY CHANGES WHICH ONE MAY WANT TO MAKE.

P. McDERMOTT REMINDED EVERYONE OF THE CLOTHING DRIVE THAT BLH WOULD BE HOSTING THIS YEAR TO BENEFIT THE NATIONAL COUNCIL OF JEWISH WOMEN, WHICH WAS ORCHESTRATED BY D. PRISE & TO BE ADVERTISED IN THE JEWISH CHRONICLE. HPB WOULD BE HOSTING A FOOD DRIVE TO ASSIST THE NORTH HILLS AREA FOOD BANKS & TO BE ADVERTISED IN THE TRIBUNE REVIEW. HE HAD ASKED FOR SUGGESTIONS AS TO PROPERLY SET UP FOR THE RECEIVING OF SAID DONATIONS. NEW RUBBER GARBAGE CANS, LAUNDRY BASKETS, DECORATED COVERED CARDBOARD BOXES, ALL WITH SIGNAGE HAS BEEN SUGGESTED TO BE PLACED STATEGICALLY BY CERTAIN ENTRANCES TO THE FUNERAL HOME.

P. McDERMOTT SHARED THE "HYMAN'S SEAFOOD MOTTO" WITH THE STAFF & PRAISED THE STAFF FOR THEIR GREAT "ATTITUDE". HE HAD COMMENTED HOW ONE'S ATTITUDE PLAYS A SIGNIFICANT ROLE IN THE MARKET'S CONSTANT GOAL OF PROVIDING SEAMLESS SERVICE TO EACH FAMILY. P. JOHNSON AGREED & STATED THAT EMPLOYEES' ATTITUDES CAN DRIVE ONE'S BUSINESS TO THRIVE. HE HAD SHARED HIS THOUGHTS REGARDING A MOTIVATIONAL VIDEO BASED ON A FISH MARKET IN SEATTLE, WA. P. JOHNSON WILL TRY TO ACQUIRE THIS VIDEO FOR FUTURE PRESENTATION. ON A SIMILAR TOPIC, P. McDERMOTT MENTIONED THAT A BOOK IS AVAILABLE REGARDING THE DISNEY EMPLOYEES. HE TOO WILL TRY TO ACQUIRE THIS FOR DISTRIBUTION FOR A FUTURE MEETING.

P. JOHNSON REMINDED THE STAFF OF THE 401 K PROVIDER IS CHANGING FROM PUTNAM TO FIDELITY INVESTORS BEGINNING JANUARY 2005.

M. HILGEFORT SHARED THAT RENOVATIONS ARE WELL ON THEIR WAY AT BLH & THAT BUSINESS HAS BEEN A LITTLE SLOW. HE STILL HAS SOME CONCERNS ABOUT THE NATURE OF BUSINESS AT HOMEWOOD CEMETERY & HOW THIS AFFECTS BLH. M. HILGEFORT HAS REQUESTED THAT S. SCHNEIDER PREPARE A PRE-NEED LETTER WHICH WILL BE MAILED TO WIDOWS, WIDOWERS OR SURVIVORS OF CLIENTS WHOM WE HAD PROVIDED SERVICE IN THE PAST TWO YEARS. HE ALSO STATED THAT L. BARDINA HAS LEARNED ADDITIONAL CAPABILITIES OF BLH'S SOFTWARE.

P. McDERMOTT SHARED THAT THE RENOVATIONS OF HPB ARE NEAR COMPLETION & THAT BUSINESS HAS ALSO BEEN SLOW. HE WAS PLEASED WITH THE PERFORMANCE OF VICKY COX IN CLEANING THE FUNERAL HOME AFTER THE RENOVATIONS BUT HAD EXPRESSED HIS CONCERN OF HER UNTIMELY ARRIVALS. THE STAFF OF BLH AGREED THAT VICKY WAS GREAT BUT THEY TOO HAD EXPERIENCED HER LACK OF COMMITMENT TO COME IN WHEN SHE SAID THAT SHE WOULD.

ALD008729

# Edo Miller and Sons Funeral Home
## March Staff Meeting
### March 23, 2007

All staff enjoyed BBQ dinners to support Glynndale Baptist Church and the American Cancer Society Relay for Life. BBQ Plates were a special treat to reward all for pulling together to serve the Barrios family. Much discussion took place about how we handled service and ways to improve.

Floyd named Judy Cline as new employee of the month.

Flo Toler was recognized for her 10 years of service. Today is Flo's last day of employment.

Dennis Folsom was recognized for his 40 years of service! Dennis plans to retire in May.

Reminder to all removal personnel to leave rose.

Reminder to all to check e-mail and begin taking Dignity U courses!!!

ALD009245

Safety Meeting November 22, 2005

Safety Meeting  was held regarding Confined Spaces
Billy ore and Patty went over the list of confined spaces
Which include the attic- crematory and cooler
The rules and regulations for these spaces was thoroughly
Discussed.
All paperwork with regard to this was passed out and
signed off on by all attending employees.
attached.

Staff meeting––
Christmas memorial service was scheduled for
December 8,
And will begin at 7 PM
Patty will handle refreshments – Designate help
Bobby will supply the tables- table clothes
We are to wear our uniforms for this event.

The Christmas party for the employees was discussed and
all decided to have it at the club house of the apt. complex
which bobby;'s sister manages on December 15th. And will
start at 7 PM all will bring two gifts generic, and a covered
dish.
Gifts are not to exceed $ 10.00

Patty asked if their were any questions or concerns, no
response.
Meeting dismissed.

ALD009332

# EDO MILLER AND SONS
Funeral Home

STAFF MEETING: MARCH 8, 2004

WARREN DISCUSSED CHANGES;

CONTRACTS BEING DONE CORRECTLY, APPROVED BY WARREN BEFORE THEY GO TO THE ADMINISTRATOR, TIMELY COMPLETION (GETTING DONE WHILE FAMILY STILL HERE.)
AUDITS- NECESSITY TO KEEP THINGS FLOWING SMOOTHLY AND ACCURATELY

NEW PROGRAMS- COMMUNITY LEADERSHIP PROGRAM;
        EACH FULL TIME PERSON TAKING A COMMUNITY LEADER TO LUNCH ETC.
        ONE PER WEEKLY.
A SURVEY TO ASK THEIR OPINION.
WE WILL ISSUE A CERTIFICATE TO EACH MINISTER FOR $ 1,000.00 TO BE USED BY
A FAMILY IN NEED. (FOR FUNERAL SERVICES)
THE MINISTER WILL SIGN OFF ON IT THEN WE CAN ACCEPT IT.
WE WILL CONTINUE TO SUPPLY DOOR PRIZES FOR SEMINARS.

WHEN HANDLING A CREMATION FAMILY WE HAVE GOT TO LEARN TO OFFER WHAT WE HAVE
MERCHANDISE, SERVICES, ETC.
CREMATIONS ARE ON THE RISE AND THIS WILL HELP US TO KEEP UP.

DUE TO THE LIABILITY OF LEAVING THE BUILDING WHEN YOU ARE ON THE CLOCK FOR
PERSONAL REASONS, DOCTOR APPOINTMENTS, ETC. WE MUST ASK THAT YOU CLOCK IN AND OUT.

MAKE SURE IF YOU TAKE EQUIPMENT TO A FAMILY RESIDENCE YOU LOG IT ON THE
EQUIPMENT BOARD IN THE GARAGE.
WHEN IT IS PICKED UP YOU NEED TO BE SURE TO TAKE IT OFF THE BOARD.

ALL EMPLOYEES, PLEASE MAKE SURE THAT ALL VEHICLE ARE IN THEIR PROPER PLACES
AT NIGHT AND LOCKED WITH THE KEYS PUT ON THE BOARD.

CHECK ALL OUTSIDE DOORS BEFORE LEAVING THE BUILDING AT NIGHT, IF YOU ARE THE
LAST PERSON TO LEAVE, TO MAKE SURE THEY ARE ALL LOCKED.

MAKE SURE THE COOLER DOOR IS CLOSED SECURLY, ALL BODIES LOGGED IN AND OUT.

MAKE SURE THE PEOPLE WHO ARE GOING ON A SERVICE PAY MORE ATTENTION TO DETAIL,
THE BOOK, THE BAG, TEMP. MARKERS, STANDSEETC.

WARREN WILL TRY TO MAKE UP A CHECK SHEET FOR THE NIGHT VISITATION PEOPLE
TO GO OVER AND SIGN OFF ON AT THE END OF THE NIGHT BEFORE THEY LEAVE.

ANNETTE WAS DESIGNATED TO DRAW UP THE CHECK LIST.

SECURE A SIGN FOR A DESIGNATED SMOKING AREA IN THE FRONT OF THE BUILDING FOR
FAMILIES.

Member of
ALDERWOODS
GROUP

ALD009389