EXHIBIT 23

# First Call Form

Week endi          2/9/03

Employee ɪ Michael Butler                                          592122

Pay Type (499)

| Date | Decedent's Name | Rate $ 45.00 | Cost Center |
|------|-----------------|--------------|-------------|
| 02/05/2003 | Roberta Williams | 45 | 1251000 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Total    45.⁰⁰

Employee Signature

Approved by: MANAGER SIGNATURE

| AFFILATE LOCATION COST CENTERS | |
|---|---|
| 1251000 Anaheim | 2451000 Costa Mesa |
| 1401000 West Covina | 2501000 Brea |
| 1901000 Garden Grove | 2801000 Bellflower |
| 2201000 West Hollywood | 3151000 Home of Peace |

Note:  Please fax to Payroll Dept (562) 463-6152 and send original by inter office Mail.

ALD008240

## ✄ INTEROFFICE MEMORANDUM

TO:        ALL STAFF
FROM:      BOB FINLEY
SUBJECT:   CLARIFICATION OF PIECEWORK
DATE:      05/19/2004
CC:

### PIECEWORK

The removal team technicians are paid $50 per first-call on a piecework rate. This rate was determined presuming an average of about two hours required to complete each call. This is not, however, an hourly rate that may be applied to removals. An average is exactly that. It means that it is assumed that some call will be shorter and some longer, but the same piece rate applies per call. This pay rate is PER CALL and is the same for all removals made within our local service area.

If a removal is to be made outside the local service area, the removal personnel should clock in on the time clock and will receive regular hourly wages for the time spent on the removal.

Under no circumstances or at any time may an Alderwoods employee be paid piecework and hourly wages concurrently.

Please call me if you have additional questions concerning these matters.

Bob

ALD010586

# EXHIBIT 24

## Wage & Hour

North East

---

## Agenda

1. What is "Wage & Hour"?
2. Why are we focused on "Wage & Hour" issues?
3. What are the specific issues and resolutions?
4. Next Steps

---

## What is "Wage & Hour?"

- Fair Labor Standards Act (FLSA) – federal law that ensures employees are paid properly
- Outlines:
  - Overtime pay (time and a half) for hourly, non-exempt employees
  - Exempt vs. non-exempt rules
  - Minimum wage ($5.15 per hour)
  - Permitted salary deductions
  - Pay for all hours worked
- Enforced by Department of Labor
  - Complaint process
  - Random audits of location(s)

---

## Why are we focused on Wage & Hour?

- Class action law suits regarding FLSA violations are the most commonly litigated employment claims in United States
- SCI (NY, Texas), Stewart, and Prime Succession have class action suits
- Increased Compliance Audit issues
- Preventative approach – did audit with Legal in 2004 and identified systemic issues to address
- Reviewed options with VPO's and standards were established

---

## What are the specific issues and resolutions?

Five Systemic Issues were identified in the audit

1. Hours of Work
2. Exempt vs. Non-Exempt
3. Consultants/Former Owners
4. Independent Contractors/Employees
5. Piecework

---

## Hours of Work

- "Working off the clock" is a violation of Wage and Hour laws and will not be permitted
- We will record and pay for all hours worked by employees
- Preferred method of recording time worked is by time clock
- 115 locations in NE/Canada lacking time clocks. Commitment to install half in 2005 and remaining in 2006.
- Priority for 2005 – multi-site locations
- Action
  - Need to determine all 2005 locations and which time clock to purchase
  - Communicate time clock procedures

1

ALD8–00001

## Hours of Work

Time Clock Procedures

- Employees must record their daily work hours including time in and out each day as well as for their daily, unpaid lunch / meal break.
- Employees that work out of multiple locations must bring their time card/sheet with them.
- Employee will sign all time cards/sheets and the LM or GM will approve all time cards/sheets moving forward.
- Employees that clock in and out for other employees is not permitted and considered fraud or time theft. This is a serious policy violation that could result in termination.

*August 2005*

## Exempt vs. Non-Exempt from overtime

- Decision was made that all "non- exempt" job classifications and/or employees will be moved to hourly.
- All FD's and LA's will be paid on an hourly basis.
- Location Managers, Grounds Superintendents and Assistant Managers will be determined on a case by case basis.
- MA's do qualify for the exemption unless they have a dual role as an LA. If dual role, paid on an hourly basis.
- Minimum 30 day notice is required if moving from salaried to hourly.

*August 2005*

## Exempt vs. Non-Exempt from overtime (con't)

Actions:
- One last review of FDs, LAs, Assistant Managers, and Grounds Superintendents.
- MAs – have all hourly MAs (no material LA duties) been notified and moved to salaried?
- LM review – 2 levels of review:
  1. Going up – are there multiple layers of management?
     - i.e., LM reporting to GM reporting to MGM
     - All of these situations need to be identified and looked at closely
  2. Going down – how many direct reports does the LM have and how much time is spent "managing?"
     - Need to identify LMs who have less than 2 FTE's reporting directly to them.

*August 2005*

## Consultants / Former Owners

- Former owners/consultants who may not qualify as exempt
- Identified all of them and assessed each to determine exempt status and job code.
- Most will be moved to one of the newly created Community Relations positions.
- Community Relations Manager
  - Fully doing community work, rarely perform funeral directing work
  - Earn at least $23,660 per year
  - Salaried and exempt
- Community Relations Director
  - May do FD work combined with community work
  - Most earn less than $23,660 per year
  - Must track hours of work

*August 2005*

## Consultants / Former Owners (con't)

Actions:

- Steve Lambert already reviewed Consultant listing with RGMs
- Legal has now reviewed
- Need to meet with each RGM to discuss next steps
- Jaana to finalize setup of CRM and CRD job codes

*August 2005*

## Independent Contractors/Employees

- Active employees cannot also be independent contractors with Alderwoods.
- Vendor setups will be checked and quarterly reports will be run.
- All independent contractors must qualify with the company and have RGM approval.
Actions
- 2004 1099/employee lists reviewed by RGMs
- Need to review 2005 YTD report
- Need to tell employees impacted
- Send 2004 & 2005 lists to AP to remove from approved vendor lists.
- Set-up special arrangement for NY pallbearers with payroll

*August 2005*

2

ALD8–00002

### Piecework/After Hours Work

- Piecework is considered "off the clock" work and is not approved by Department of Labor
- Alderwoods decision to:
  - Replace piecework, where necessary with "minimum call back pay" (e.g. Removals)
  - Where possible eliminate piecework with recording hours and paying appropriate rate (e.g. Hairdressing)
  - Stop practice of employees earning their regular rate of pay plus piecework (e.g. Salaried management)
  - Eliminate piecework line from Payroll
- After hours work issues:
  1. On Call – do we need to pay?
  2. A phone call is received – how do we handle that?
  3. The employee is called back to work – how do we handle that?

*August 2005*

### On Call Pay

- After hours of operation, we need for employees to respond to removal and at need calls and a person is designated as "on call."
- Issues arise when you limit the activity of an employee and this requires all time to be paid.
- DOL stipulates that if you limit the life functions of an employee, time is compensable.
- An employee can be required not to drink alcoholic beverages or be under the influence of any intoxicant.
- No other restrictions can be placed on the employee other then requiring them to stay within a reasonable geographical area.
- Action:  Need to determine what travel restriction (based on hour(s) to location) are placed on employee?  Do we need different market/regional standards?

*August 2005*

### How do we compensate for phone calls?

- When an employee is on a call, they are to be paid for all the time they spend on work related phone calls even if they do not leave to perform work.
- Actions:
  - Need to determine if actual time will be paid and/or a minimum number of minutes per phone call.
  - Call times must be recorded by utilizing an on call log sheet that the employee takes home.

*August 2005*

### Call Back Pay

- Piecework will no longer be paid to employees who return to work to do removals, at need work, etc.
- We will pay call back pay – a set minimum number of hours or actual hours whichever is greater.
- Time will start when the employee arrives at the location/place of work.
- Actions:
  - Determine by market, what the minimum call back pay will be.
  - Do we need a "menu" of minimum call back pay standards?
  - How will we handle payment for all the types of piecework that were being paid (e.g. hair, driving, washing cars, cleaning, etc.)?

*August 2005*

### Next Steps

- Communication to Employees
- FAQ Distribution to locations
- Hours of Work Policy
- Training Compliance and Internal Auditors

*August 2005*

3

ALD8–00003



ALD8-00003

## Agenda

1. What is "Wage & Hour"?

2. Why are we focused on "Wage & Hour" issues?

3. What are the specific issues and resolutions?

4. Next Steps

ALDERWOODS GROUP

August 2005

ALD8-00004

# What is "Wage & Hour?"

- Fair Labor Standards Act (FLSA) — federal law that ensures employees are paid properly

- Outlines:

  - Overtime pay (time and a half) for hourly, non-exempt employees

  - Exempt vs. non-exempt rules

  - Minimum wage ($5.15 per hour)

  - Permitted salary deductions

  - Pay for all hours worked

- Enforced by Department of Labor

  - Complaint process

  - Random audits of location(s)

ALDERW**OO**DS
GROUP

August 2005

ALD8-00005

# Why are we focused on Wage & Hour?

- Class action law suits regarding FLSA violations are the most commonly litigated employment claims in United States

- SCI (NY, Texas), Stewart, and Prime Succession have class action suits

- Increased Compliance Audit issues

- FLSA was undergoing major changes in Fall 2004

- Preventative approach – did audit with Legal in 2004 and identified systemic issues to address

- Reviewed options with VPO's and standards were established

ALDERWOODS GROUP

August 2005

ALD8−00006

# What are the specific issues and resolutions?

Five Systemic Issues were identified in the audit

1. Hours of Work

2. Exempt vs. Non-Exempt

3. Consultants/Former Owners

4. Independent Contractors/Employees

5. Piecework

ALDERW∞DS GROUP

August 2005

ALD8-00007

# Hours of Work

- "Working off the clock" is a violation of Wage and Hour laws and will not be permitted
- We will record and pay for all hours worked by employees
- Preferred method of recording time worked is by time clock
- 115 locations in NE/Canada lacking time clocks. Commitment to install half in 2005 and remaining in 2006.
- Priority for 2005 – multi-site locations
- Action
  - Need to determine all 2005 locations and which time clock to purchase
  - Communicate time clock procedures

ALDERWOODS GROUP

August 2005

ALD8-00008

# Hours of Work

## Time Clock Procedures

- Employees must record their daily work hours including time in and out each day as well as for their daily, unpaid lunch / meal break.

- Employees that work out of multiple locations must bring their time card/sheet with them.

- Employee will sign all time cards/sheets and the LM or GM will approve all time cards/sheets moving forward.

- Employees that clock in and out for other employees is not permitted and considered fraud or time theft. This is a serious policy violation that could result in termination.

ALDERWOODS GROUP

August 2005

ALD8-00009

# Exempt vs. Non-Exempt from overtime

- Decision was made that all "non-exempt" job classifications and/or employees will be moved to hourly.
- All FD's and LA's will be paid on an hourly basis.
- Location Managers, Grounds Superintendents and Assistant Managers will be determined on a case by case basis.
- MA's do qualify for the exemption unless they have a dual role as an LA. If dual role, paid on an hourly basis.
- Minimum 30 day notice is required if moving from salaried to hourly.

ALDERW⬭⬭DS
GROUP

August 2005

ALD8-00010

# Exempt vs. Non-Exempt from overtime (con't)

**Actions:**

- One last review of FDs, LAs, Assistant Managers, and Grounds Superintendents.
- MAs – have all hourly MAs (no material LA duties) been notified and moved to salaried?
- LM review – 2 levels of review:
  1. Going up – are there multiple layers of management?
     - i.e., LM reporting to GM reporting to MGM
     - All of these situations need to be identified and looked at closely
  2. Going down – how many direct reports does the LM have and how much time is spent "managing?"
     - Need to identify LMs who have less than 2 FTE's reporting directly to them.

ALDERW**OO**DS
GROUP

August 2005

ALD8–00011

# Consultants / Former Owners

- Former owners/consultants who may not qualify as exempt
- Identified all of them and assessed each to determine exempt status and job code.
- Most will be moved to one of the newly created Community Relations positions.
- Community Relations Manager
  - Fully doing community work, rarely perform funeral directing work
  - Earn at least $23,660 per year
  - Salaried and exempt
- Community Relations Director
  - May do FD work combined with community work
  - Most earn less than $23,660 per year
  - Must track hours of work

ALDERWOODS GROUP

August 2005

ALD8-00012

# Consultants / Former Owners (con't)

Actions:

- Steve Lambert already reviewed Consultant listing with RGMs

- Legal has now reviewed

- Need to meet with each RGM to discuss next steps

- Jaana to finalize setup of CRM and CRD job codes

ALDERW**OO**DS
GROUP

August 2005

ALD8-00013

# Independent Contractors/Employees

- Active employees cannot also be independent contractors with Alderwoods.
- Vendor setups will be checked and quarterly reports will be run.
- All independent contractors must qualify with the company and have RGM approval.

Actions

- 2004 1099/employee lists reviewed by RGMs
- Need to review 2005 YTD report
- Need to tell employees impacted
- Send 2004 & 2005 lists to AP to remove from approved vendor lists.
- Set-up special arrangement for NY pallbearers with payroll

ALDERWOODS
GROUP

August 2005

ALD8-00014

# Piecework/After Hours Work

- Piecework is considered "off the clock" work and is not approved by Department of Labor
- Alderwoods decision to:
  - Replace piecework, where necessary with "minimum call back pay" (e.g. Removals)
  - Where possible eliminate piecework with recording hours and paying appropriate rate (e.g. Hairdressing)
  - Stop practice of employees earning their regular rate of pay plus piecework (e.g. Salaried management)
  - Eliminate piecework line from Payroll
- After hours work issues:
  1. On Call – do we need to pay?
  2. A phone call is received – how do we handle that?
  3. The employee is called back to work – how do we handle that?

ALDERW◯◯DS
GROUP

August 2005

ALD8-00015

# On Call Pay

- After hours of operation, we need for employees to respond to removal and at need calls and a person is designated as "on call."

- Issues arise when you limit the activity of an employee and this requires all time to be paid.

- DOL stipulates that if you limit the life functions of an employee, time is compensable.

- An employee can be required not to drink alcoholic beverages or be under the influence of any intoxicant.

- No other restrictions can be placed on the employee other then requiring them to stay within a reasonable geographical area.

- Action: Need to determine what travel restriction (based on hour(s) to location) are placed on employee? Do we need different market/regional standards?

ALDERWOODS GROUP

August 2005

ALD8-00016

# How do we compensate for phone calls?

- When an employee is on a call, they are to be paid for all the time they spend on work related phone calls even if they do not leave to perform work.

- Actions:

  – Need to determine if actual time will be paid and/or a minimum number of minutes per phone call.

  – Call times must be recorded by utilizing an on call log sheet that the employee takes home.

ALDERWOODS GROUP

August 2005

ALD8–00017

# Call Back Pay

- Piecework will no longer be paid to employees who return to work to do removals, at need work, etc.
- We will pay call back pay – a set minimum number of hours or actual hours whichever is greater.
- Time will start when the employee arrives at the location/place of work.
- Actions:
    - Determine by market, what the minimum call back pay will be.
    - Do we need a "menu" of minimum call back pay standards?
    - How will we handle payment for all the types of piecework that were being paid (e.g. hair, driving, washing cars, cleaning, etc.)?

ALDERWOODS GROUP

August 2005

ALD8-00018



ALD8-00019

# EXHIBIT 25



| | |
|---|---|
| **Angie Sanders**<br><br>03/17/2006 09:31<br>AM | To:Louie Male/Alderwoods, Jeffrey May/Alderwoods, Paul Carvelli/Alderwoods, Christie<br>Rogers/Alderwoods, Kim Stebler/Alderwoods, Peter Johnson/Alderwoods, 3103 Alleva<br>FH/FuneralHome/Alderwoods, Steve Alleva/Alderwoods, Steven Wilsbach/Alderwoods,<br>Rebecca Donahue/Alderwoods, 2724 Neill-Harrisburg FH/FuneralHome/Alderwoods<br>cc:Randy Amos/Alderwoods<br>bcc:<br>Subject:MANDATORY Conference Call |

A Mandatory Conference Call is scheduled for all LA's and LM's on Tuesday March 21st at 915am.
This will be to discuss the new timeclock/payroll procedure that will go into effect 032606.

Please review the attached documents before the call as we will be going over them in detail.



Final - Hours of Work - US.pdf   Final Timekeeping Procedure.pdf   FAQ Hrs of Wk & OT.doc

I will later send examples of how to calculate and total timecards before the call.

1-866-542-9023
ID 3858540

Thanks
Angie

ALD4−00039

# EXHIBIT 26

 **Kara Whitehead**
03/16/2006 05:33 PM

To: Gordon Mair/Alderwoods@Alderwoods, Mike Skolaut/Alderwoods@Alderwoods, Dow Wilson/Alderwoods@Alderwoods, Roxan Schwab/Alderwoods@Alderwoods, Bob Yount/Alderwoods@Alderwoods, Todd Noecker/Alderwoods@Alderwoods, Bill.Kuljam@alderwoods.com, Kyle.West@alderwoods.com, Frank Zefran/Alderwoods@Alderwoods, Darin Keener/Alderwoods@Alderwoods, Mark.Chester@alderwoods.com, Ron Redpath/Alderwoods@Alderwoods, Monica.Berryhill@alderwoods.com, John Carge/Alderwoods@Alderwoods, Gary Greiner/Alderwoods@Alderwoods, Dena.Notaras@alderwoods.com, Cindy.Ross@alderwoods.com, JC Aubry/Alderwoods@Alderwoods, Brett.Edgerly@alderwoods.com, Ana Velazquez/Alderwoods@Alderwoods, Andrea Larsen@Alderwoods@Alderwoods, Antoinette McGowan/Alderwoods@Alderwoods, Balinda Pustulka/Alderwoods@Alderwoods, Bobbie Aanderud/Alderwoods@Alderwoods, Brandy Girdner/Alderwoods@Alderwoods, Cathy Stieler/Alderwoods@Alderwoods, Cheryl Schenk/Alderwoods@Alderwoods, Debby Payton/Alderwoods@Alderwoods, Fred Coggburn/Alderwoods@Alderwoods, Karen Franklin/Alderwoods@Alderwoods, Kirstin Boyd/Alderwoods@Alderwoods, Delaine Ramirez/Alderwoods@Alderwoods, Mary Petty/Alderwoods@Alderwoods, Petra Dennis/Alderwoods@Alderwoods, Sandra Marimuttu/Alderwoods@Alderwoods, Tami Foster/Alderwoods@Alderwoods, Arne Swanson/Alderwoods@Alderwoods
cc: Paul.Bruemmer@alderwoods.com, Ty E. Cochrane/Alderwoods@Alderwoods, Chris.Timothy@alderwoods.com, Stephanie.Tuerck@alderwoods.com, Ted.Dirkman@alderwoods.com, Giana.Sikora@alderwoods.com, John.Head@alderwoods.com, Bob.Finley@alderwoods.com, Dean.White@alderwoods.com, James Straub/Alderwoods@Alderwoods, Ken.Dimond@alderwoods.com, Bill.Mitchell@alderwoods.com, Brent.Matherly@alderwoods.com, Ann.Rogers@alderwoods.com, Kim.Tankersley@alderwoods.com, Betty.Wiley@alderwoods.com, Eunice.Nowak@alderwoods.com, Jim.Szakovits@alderwoods.com, Christine.Martin@alderwoods.com, Chris.Cook@alderwoods.com, Beth.Wagner@alderwoods.com, Shawn.Phillips@alderwoods.com, jaana.harkonen@alderwoods.com, Rhonda.Suurd@alderwoods.com
Subject: Conference Call re: Hours of Work and Overtime Policy - US

Good Afternoon,

You may be aware that we are trying to standardize our practices around hours of work and overtime. We have now received approval for our Hours of Work and Overtime policy and are preparing to launch it. We wanted to give you some advance notice of what will be distributed shortly, and our proposed implementation plan for this critical policy.

At the same time, we have created some procedures for Timekeeping to help implement the policy in a consistent way. These include a standardized call log (for recording telephone calls taken while an employee is on-call), and a standardized time sheet for employees who don't use a timeclock. As you review the policy and the procedure, you will notice that we have simply tried to document good operating practices and make them the standard for the Company.

ALD005180

The policy will take effect Sunday, March 26, to coincide with our pay period schedule.  We will have a conference call  to address any specific questions or concerns you may have on **Thursday, March 23rd at 8:00am PST**.  Please use the call in numbers below for this conference call.

Call in number: 866 542 9023
Access code: 9722757

We will also send hardcopies of the Hours of Work policy, the Timekeeping procedure, and associated forms directly to the locations to be inserted into Binder 5 – Policy Manual.  The Cincinnati Support Center will receive electronic versions to print and insert into their policy binders.

Copies of the policy, procedure, and related forms have been attached to this email so you can review them in detail, and bring forward any issues about the implementation or questions for the Q&A document.  Please do not distribute this any further at this time.

Please do not distribute the below until after we have had our conference call – thank you.  If I have missed any MGMs or MAs can you please forward this to them – thank you!

**Policy**

Hours of Work - US.pdf

**Procedure**

Timekeeping Procedure.pdf

**Standardized Timesheet**

Weekly Time Sheet final.xls

**Call Log**

After Hours Call Log.xls

ALD005181

ALD005182

# ALDERWOODS® GROUP

## After Hours Call Log

Employee Name: _____

Employee Number: _____

Location Number: _____

Week Ending: _____

Employee Signature: _____

Approved by: _____

| Date | Start Time | End Time | Caller & Purpose of Call | Time Spent (in minutes) |
|------|-----------|----------|--------------------------|--------------------------|
|      |           |          |                          |                          |
|      |           |          |                          |                          |
|      |           |          |                          |                          |
|      |           |          |                          |                          |
|      |           |          |                          |                          |
|      |           |          |                          |                          |
|      |           |          |                          |                          |
|      |           |          |                          |                          |
|      |           |          |                          |                          |
|      |           |          |                          |                          |

Total _____

# HOURS OF WORK AND OVERTIME - US

## PURPOSE

To define hours of work, for purposes of compensation, and provide standard guidelines with regard to meal periods, on-call, call back, and overtime pay in accordance with applicable law.

## POLICY

All non-exempt employees will be compensated for all hours worked. The Company will comply with all applicable federal, state and local laws. If any of the provisions of this policy conflict with any federal, state or local laws or regulations, then the laws or regulations will supersede the Company's policy in those specific locations. Please consult your Human Resources representative for information on particular federal and/or state laws. All work hours, including meal periods, remain subject to change as business conditions may require.

## I.     APPLICATION OF POLICY

This policy applies to all non-bargaining unit, non-exempt employees of the Company who work in the United States. Collective bargaining unit members must refer to their collective agreement for information about hours of work.

## II.    DEFINITIONS

### A.     Employee Categories

#### 1.     Full-time Employee

A regular full-time employee works forty (40) hours per work week or more, in an established job.

#### 2.     Part-time Employee

A regular part-time employee works less than forty (40) hours per work week, in an established job.

#### 3.     Casual Employee

Employees who are scheduled to work only during peak periods (or specific seasons). Casual employees may be scheduled for consecutive work weeks, or may not be scheduled for several weeks. The number

1

ALD005183

of hours scheduled during peak periods may be more or less than forty (40) hours per work week. Total annual hours may not exceed 1000 hours.

4. **Temporary Employee**

Employees who are hired for a short interim period of time without expectation of longer employment. The number of hours scheduled may be more or less than forty (40) hours per work week.

B. **Wage Classifications**

**Non-Exempt Employees**

All employees not exempt from overtime payment as defined in the Federal Fair Labor Standards Act (FLSA) and corresponding state wage and hour laws and whose compensation is computed on an hourly basis and are required to account for time worked on an hourly and fractional hourly basis. Non-exempt employees cannot be guaranteed hours of work and paid a set weekly amount regardless of the actual hours of work; they must be paid according to hours recorded. Non-exempt employees are to be compensated for all overtime hours worked. Non-exemption status is determined by the Human Resources and Legal departments, and is identified in the job description.

III. **GUIDELINES**

A. **Work Day**

A typical work day is eight and one-half (8 ½) hours, less a thirty (30) minute meal period and any applicable rest periods, but depends on location and business needs. Arrangements to regularly work more than eight (8) hours a day must be approved by your manager, Human Resources Manager, and functional Vice President or Department Head.

B. **Work Week**

A regular full-time work week for hourly employees typically consists of forty (40) hours per week. The regular work week, for payroll purposes, begins on

ALD005184

Sunday and ends on the following Saturday, and is defined as seven (7) consecutive days beginning at 12:01 a.m. on Sunday morning and ending at 12:00 p.m. (midnight) on the following Saturday night.

### C.    Meal Periods

Hourly employees who work more than five consecutive hours in a day are allowed an unpaid meal period of no less than 30 minutes and no more than one hour. For employees working split shifts, the unpaid meal period will occur between the shifts and may be more than a one hour period. The scheduling of meal periods is approved by management to satisfy operational/business needs. On an emergency basis, meal periods may be waived or delayed at the direction of management in order to meet business needs.

Employees must clock out at the beginning of their meal period, and clock in at its conclusion. Employees may not waive their meal period in order to start work later or leave work earlier under any circumstances. During the meal period, an employee is not to perform work for the Company.

Many states have established their own rules about meal periods. Please consult your Human Resources representative to determine if there is a modification that applies to you.

### D.    Work Schedule

Work schedules are established by the manager of the location/department. The Company reserves the right to adjust daily and weekly work schedules to meet varying needs of the business. Managers are responsible for announcing changes in work schedules as far in advance as practicable.

### E.    Recording of Hours

All non-exempt employees are required to record all hours worked each day. The method of record keeping will be either time clock or time sheet as specified by the Company. The time record should show time in and time out for every day worked (including meal breaks, lunch, and time performing work while on call (e.g. answering phone calls, removals, etc.)). If an employee forgets or incorrectly times in or out, he or she must obtain his or her manager's approval on the correction. Employees must review their time

ALD005185

card/time sheet, correct any errors, and sign it before submitting it to their manager for approval. Falsification of a time record, timing in or out for another employee, or having another employee time in or out for you, is against Company policy and shall result in corrective action, up to and including termination.

## F.   Overtime

At times, it may be necessary for an employee to work overtime hours. All overtime, however, must be approved in advance by management. Hourly employees are not permitted or authorized to work any period of time other than their normally scheduled hours unless directed to do so by their manager.

Non-exempt employees will receive overtime pay of one and one-half (1.5) times their regular rate of pay for all hours worked over forty (40) in any work week (excluding holidays and paid leaves such as vacation and sick days), or for any other hours required by state law. In states that have enacted state overtime laws, where an employee is subject to both the state and Federal overtime laws, the employee will be paid overtime according to the higher standard. Employees may contact their manager or Human Resources Manager for clarification of how overtime is calculated and paid in their state.

Overtime pay eligibility is based on the hours worked each work week (or day, where applicable). Payment for overtime worked should be made no later than the end of the pay period immediately following the pay period during which the overtime was worked (provided approved time cards/time sheets are submitted before the payroll deadline). Employees must receive payment for overtime hours worked; time off in lieu of overtime payment is not permitted.

## G.   On-Call

A non-exempt employee is considered to be "on-call" only when so assigned by his or her manager. On-call time is normally compensable only while the employee is actually working. Employees scheduled for on-call duty are not required to remain on Company premises, or to be confined to their homes or to any particular place, provided they remain within a reasonable travel distance of the location (as determined by management). On-call employees are required to not consume alcohol or other intoxicants. If there are greater

ALD005186

restrictions on the employee's on-call duty, on-call time may be compensable; the employee and manager should consult with Human Resources. When the employee is called to work during the on-call time, the employee will be paid at the employee's appropriate pay rate (see Call Back section below). In all instances, it is the employee's responsibility to clock in when called into work and to clock out when the work assignment is complete.

When a non-exempt employee is required to take phone calls after completing the regular work schedule and leaving the premises, but is not required to physically return to work, the employee shall log the start and end times of each phone call. The employee will be paid for the time spent in phone conversations. The recorded time will be included in determining if an employee qualifies for overtime pay in a work week.

**H.     Call Back**

When a non-exempt employee is called back to work after completing the regular work schedule and leaving the premises, the employee shall be paid for time actually worked upon leaving home or a minimum number of hours, whichever is greater. The minimum number of hours may vary by job task and market. Please contact your manager to determine the correct minimum number of hours for your location. In all instances, it is the employee's responsibility to clock in when called into work and to clock out when the work assignment is complete. Call back time will be included in determining if an employee qualifies for overtime pay in a work week.

**I.     Travel Time**

Travel time between home and the work place is not counted as time worked. Assigned business travel during an employee's regular working hours on work days is counted as time worked.

For non-exempt employees, travel that takes place outside of regular working hours is considered time worked and will be included in determining if an employee qualifies for overtime pay in a work week, and paid accordingly.

5

ALD005187

### IV.   MANAGER RESPONSIBILITIES

**A.**   Managers are responsible for ensuring that this policy has been communicated to their employees. Please also refer to the Attendance policy for additional guidelines.

**B.**   Managers are also responsible for:

1.   establishing work schedules in accordance with the needs of the business

2.   announcing any changes to an employee's work schedule as far in advance as practicable

3.   reviewing, verifying and authorizing weekly time cards/time sheets and reporting to payroll in accordance with weekly payroll schedules

4.   reconciling hours reported to hours paid according to the payroll register (obtained through Crystal Reports)

5.   tracking and approving overtime hours as the need arises

6.   ensuring that no "off the clock" work is allowed; that is, that all work performed by employees is properly documented on time cards/time sheets

7.   tracking attendance and absence of all employees and use of paid time

8.   taking action on recommendations from Internal and/or Compliance Audits as it relates to this policy.

**C.**   Managers must ensure that employees are assigned the appropriate job code and employment status (full time, part time, casual, temporary, exempt, non-exempt) for their position. If an employee is not working the hours of their assigned employment status, the manager must transfer the employee to another employment status or require the employee to conform to the assigned employment status.

6

ALD005188

## V.    EMPLOYEE RESPONSIBILITIES

A.    Employees' responsibilities regarding hours of work include the following:

1.    Adhere to their work schedules by reporting to work at the specified starting time, departing at the specified ending time, and taking meal breaks and rest periods as authorized

2.    Work overtime hours as required

3.    Report any use of paid time off.

B.    Hourly/Non-exempt employees must accurately record (using time clock/time sheet) all hours of work including:

1.    time beginning work

2.    time out for lunch/meal break(s)

3.    time returning from lunch/meal break(s)

4.    time ending work for the day

5.    time performing work while on call (e.g. answering phone calls, removals, etc.).

C.    Employees are responsible for ensuring that their time cards/time sheets are always accurate, and to bring any errors to their manager's attention.

## VI.   DISCIPLINARY ACTION

An employee who leaves work without clocking out and then returns later to clock out is committing time fraud and will be subject to disciplinary action.

Employees are prohibited from clocking in/out for anyone else, or asking another employee to clock in/out for them. An employee found in violation of the above rule will be subject to disciplinary action, including termination of employment.

Working overtime that has not been pre-approved by the employee's manager may

7

ALD005189

HOURS OF WORK AND OVERTIME - US

lead to disciplinary action.

Any violations of this policy must be reported to the employee's supervisor immediately.

Failure to report violations of this policy may lead to disciplinary action, up to and including termination of employment.

ALD005190

# Procedures for Timekeeping
# (Recording Hours Worked)

## Purpose

It is the policy of the Company that non-exempt employees shall be paid on an hourly basis and are required to account for time worked on an hourly and fractional hourly basis.  Non-exempt employees cannot be guaranteed hours of work and paid a set weekly amount regardless of the actual hours of work; they must be paid according to actual time recorded on time cards/timesheets.  Non-exempt employees are to be compensated for all overtime hours worked.  Non-exemption status is determined by the Human Resources and Legal departments, and is identified in the job description.

Locations with 3 or fewer employees will use timesheets to record hours worked.  If a time clock has been provided for the location, employees must use time cards and time clocks to record hours worked.

Locations with 4 or more employees must use time cards and time clocks to record hours worked.

All sales professionals will use timesheets to record hours worked.

### Procedure – Time Cards/Timesheets

1.    All nonexempt employees will be issued a time card, or timesheet which is used to record the number of hours worked for each week.  Employees must use the most current version of the timesheet found on the Company intranet.

2.    Employees must clock in/out utilizing their own time card, or timesheet so that actual hours worked are properly recorded.

      Employees are prohibited from clocking in/out for anyone else, or asking another employee to clock in/out for them.

3.    Employees should not clock in prior to their scheduled starting time, nor clock out after their scheduled quitting time unless approved by their Location Manager/General Manager.

4.    Employees must clock out/sign out at the beginning of their unpaid meal break, and must clock in/sign in when their unpaid meal break ends.  This also applies to employees who are traveling to a different location.

ALD005191

Employees who do not take a meal break must have their manager's pre-approval, and must handwrite "no meal break taken" and have the Location Manager/General Manager approve and initial the notation.

5.   Time cards/timesheets should be left at the employee's location unless the employee works at multiple locations.  Employees that work at multiple locations should carry their time card/timesheet with them to each location if they may be required to use the time clock there.

6.   Employees that work at multiple locations must clock in/sign in at the location they first report to work at, and clock out/sign out at the last location that they work at each day.

7.   Time spent traveling between locations is considered paid time, and employees should not sign out when they leave one location to travel to another location.

8.   The employee must notify his/her Location Manager/General Manager when he/she fails to clock in/out, leaves work early, begins work early, clocks out late, or for any reason that will affect the employee's paid work-time.

9.   Managers must handwrite on an employee's time card when the call back hours that the employee worked are less than the minimum call back hours paid for the work performed.  In those situations, the employee must still clock in upon arrival at the location and clock out when leaving the location.  Employees should handwrite the time that they left to return to the location for the call back.  If the time worked (including travel) is still less than the minimum call back hours paid for the work performed, the manager should handwrite the minimum call back hours the employee is entitled to and initial it.

For example, if an employee drives 30 minutes to return to the location, and spends an hour at the location, the time card will show the hour spent at the location, and a handwritten notation of the time they left their activity to return to the location, showing 1 ½ hours spent on the call back. However, if the minimum call back hours for the work type are 2 hours (for example), then the manager would also handwrite 2 hours minimum call back on the time card and initial it.  The employee would be paid for 2 hours call back, even though the actual time worked was 1 ½ hours.

10.  Employees must check and sign their time card or timesheet at the end of each week to assure that their time cards are correct. Any discrepancies must be reported to the Location Manager/General Manager as soon as practical.

*C:\DOCUME~1\dbone\LOCALS~1\Temp\notesE8DBF2\RS050067.doc*

ALD005192

11.   Underpayments resulting from an employee's failure to report errors or omissions will be added to the next regular paycheck/pay deposit. A special check will not be provided.

12.   Location Managers/General Managers must verify and sign their respective employees' time cards/timesheet. Unworked time for which an employee is to be paid (i.e., personal paid time, recognized holidays, etc.) must be identified on the time card/timesheet and initialed by the Location Manager. Location Managers/General Managers must pay particular attention to handwritten times for call backs, to confirm that the correct minimum call back hours are paid according to the type of work performed. Location Managers/General Managers must initial all handwritten times on an employee's time card. Location Managers/General Managers may not sign a time card/timesheet in advance – it may only be signed after all hours have been worked and recorded.

13.   Authorized overtime must be identified and initialed by the Location Manager/General Manager.

14.   The original time card/timesheet is to be kept on file at the location for a minimum of seven (7) years.


**Procedure – Call Logs**

1.   Non-exempt employees who are on-call, as directed by their manager, are required to carry and maintain a call log.

2.   All phone calls that are taken after completing the regular work schedule and leaving the premises shall be logged. Logging will include the start and end times of each phone call, the caller, and the topic discussed.

3.   Employees must check and initial their call log at the end of each week to assure that their call logs are correct. Any discrepancies must be reported to the Location Manager/General Manager as soon as practical.

4.   Completed Call Logs should be attached to the time card/timesheet at the end of each week, so that the time logged may be paid and included in the calculation of eligible overtime each week.

5.   Location Managers/General Managers must verify and sign their respective employees call logs each week. Location Managers/General Managers must initial all handwritten times on an employee's call log.

*C:\DOCUME~1\dbone\LOCALS~1\Temp\notesE8DBF2\RS050067.doc*

ALD005193

6.      Underpayments resulting from an employee's failure to submit his/her call log on time will be added to the next regular paycheck/pay deposit.  A special check will not be provided.

7.      The original Call Logs must be kept on file at the location, with the time card/timesheet for that week, for a minimum of seven (7) years.

**Additional Information**

For additional information, please contact Human Resources or the Payroll Department.

*C:\DOCUME~1\dbone\LOCALS~1\Temp\notesE8DBF2\RS050067.doc*

ALD005194

# ALDERWOODS GROUP

## Weekly Timesheet - CDN & US Employees

Employee Name: _____
(Please Print)

Employee #: _____

Week ending _____

Location #: _____

Location Name: _____

Pay Week _____

| Day | In | Out Meal Break | In Meal Break | Out | In Call Back | Out Call Back | Other Hours* | Description of Other Hours | Total Daily Hours | Regular Hours | Call Back Hours | Overtime Hours (1.5) | Double/time Hrs (if applicable) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sunday | | | | | | | | | | | | | |
| Monday | | | | | | | | | | | | | |
| Tuesday | | | | | | | | | | | | | |
| Wednesday | | | | | | | | | | | | | |
| Thursday | | | | | | | | | | | | | |
| Friday | | | | | | | | | | | | | |
| Saturday | | | | | | | | | | | | | |
| Totals | | | | | | | | | | | | | |

Source Use Only

*Other Hours Vacation
Sick
Bereavement
Jury Duty
Stat Holiday        (CDN only)
Paid Holiday        (US Only)
Floating Holiday    (US Only)

Employee's Signature: _____        Date _____

Manager's Name: _____
(Please Print)

Manager's Signature: _____        Date _____

ALD005195

EXHIBIT 27

Corporate
Communications
Sent by: Bernadette
Celis

03/27/2006 01:16 PM

To: VPO-Canada-Team, VPO-US-Team, RGM-ALL, REG-ADMIN-ALL,
MGM-ALL, MKT-ADMIN-ALL, Bevan Buhler/Alderwoods@Alderwoods,
Governor Joy/Alderwoods@Alderwoods, Heather
Patterson/Alderwoods@Alderwoods, Jim
Colson/Alderwoods@Alderwoods, RSM-CANADA-ALL, RSM-US-ALL,
Cheryl Barnhill/Alderwoods@Alderwoods, Giana
Sikora/Alderwoods@Alderwoods, Larry
Newsom/Alderwoods@Alderwoods, Luis
Perez/Alderwoods@Alderwoods, Chuck
Gibson/Alderwoods@Alderwoods, Michael
Tuttle/Alderwoods@Alderwoods, Kara
Whitehead/Alderwoods@Alderwoods, Elena
Mott/Alderwoods@Alderwoods, Graham
Stewart/Alderwoods@Alderwoods, Kimberly
Anthony/Alderwoods@Alderwoods, Paul
Wood/Alderwoods@Alderwoods, Joe Koch/Alderwoods@Alderwoods,
Terri Flores-Brown/Alderwoods@Alderwoods, Fred
Turner/Alderwoods@Alderwoods, Lloyd
Young/Alderwoods@Alderwoods, Alan
Copithorne/Alderwoods@Alderwoods, Jim Lovett/Alderwoods, Aaron
Shipper/Alderwoods@Alderwoods, Jin.Chon@rosehills.com
cc: Mark Wilson/Alderwoods@Alderwoods, Doug
Routley/Alderwoods@Alderwoods, Jaana
Harkonen/Alderwoods@Alderwoods, Saida
Vuk/Alderwoods@Alderwoods, Rhonda
Suurd/Alderwoods@Alderwoods
Subject: Hours of Work and Overtime Policy and Timekeeping Procedure



## Inter-Office Communication

To:            **VPO Teams, RGMs, RAs, MGMs, MAs, DOSs, RSMs,
Remote Audit Team, Remote Corporate HR Team,
Aaron Shipper, Jin Chon**

From:          **Human Resources**

Date:          **March 27, 2006**

Subject:       **Hours of Work Policy and Timekeeping Procedure**

Effective March 26, 2006, Alderwoods Group Inc. has implemented the following
**new** policies and procedures:

- Hours of Work and Overtime - Canada
- Hours of Work and Overtime - U.S.
- Timekeeping (Recording Hours of Work) - and associated forms

ALD006153

Effective immediately, Alderwoods Group Inc. has implemented the following **revised** policies:

- Paid Holidays - Canada (replaces Holiday Schedule - Canada)

Please note that the revised and new policies and procedures are available on the intranet. Choose #5 Corporate Information, Policies & Procedures & Related Forms, Policy and Procedure Manuals (Including Sales Guidelines).

We have included some Frequently Asked Questions for Canada and the U.S. Please be sure to reference the correct attachment for your country of work.

 

FAQ Hrs of Wk & OT-CDN.pdf  FAQ Hrs of Wk & OT-US.pdf

## _Replacement Instructions:_

Location Binders:

All locations will receive a package of inserts to replace the obsolete documents in their binders, and containing the new policies and procedure for addition.

Individual / Department Binders:

If you have a personal set of binders, **please print the PDF files attached below and put them in your binders**. Please note which versions are for the Canadian or US policy binders. Insert packages with paper copies will only be sent to locations - not to each individual or department with a set of binders.

**Please be sure to read all of the new and revised policies and procedures. If you are a manager, please ensure that the revised and new policies and procedures are read, communicated to, and understood by all employees.**

## _High Level Summary - Hours of Work and Overtime (US & Canada)_

**Purpose**
To establish standards and guidelines on Hours of Work and Overtime in Canada and the US. The Policy contains:

1. Employee categories (i.e. full-time, part-time, casual, temporary)
2. Wage classifications
3. Guidelines for work day, work week, meal periods, and work schedule
4. Guidelines for the recording of hours
5. Guidelines for overtime, on-call, and call back pay
6. Guidelines for travel time

ALD006154

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

## *High Level Summary - Timekeeping Procedures*

**Purpose**
To ensure consistency and accuracy in methods of timekeeping, and to define expectations around record keeping of hours worked. The procedure addresses the use of timeclocks and timesheets depending on job code and/or location of work. The procedure also outlines some examples of actions that will be considered fraud and subject to the appropriate disciplinary action.

The new standardized timesheet and call log are included. The call log is for recording all after-hours telephone calls that an employee takes while on-call. Note that these forms are also available on the intranet - choose 5 Corporate Information/Corporate Policies & Procedures - Related Forms/Related Forms.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

## *High Level Summary - Paid Holidays - Canada Policy*

**Purpose**
To clarify the Company's recognized holidays in each province where we do business, and to clearly identify our policy regarding payment for holidays worked.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**For Binder 3:** **Replaces section E.10.6 and G.12.6**

*Canadian Version:*

    
Timekeeping Procedure.pdf  Weekly Time Sheet.xls  Call Log.xls

*US Version:*

    
Timekeeping Procedure.pdf  Weekly Time Sheet.xls  Call Log.xls

**For Binder 5:** **Insert Hours of Work and Overtime policy after the Attendance Policy (behind the Attendance and Leaves tab). Replace the Table of Contents with revised version below.**

*Canadian Version:* **Replace Holiday Schedule policy with Paid Holidays**

ALD006155

policy.

  

Hours of Work - Cdn.pdf   Paid Holidays - CDN.pdf   Table of Contents-CDN revised 03-06.pdf

*US Version:*

 

Hours of Work - US.pdf   Table of Contents – Binder 5 - US -revised 03-06.pdf

~ End ~

ALDERWOODS® GROUP

**After Hours Call Log**

Employee Name: _____
Employee Number: _____
Location Number: _____

Week Ending: _____
Employee Signature: _____
Approved by: _____

| Date | Start Time | End Time | Caller & Purpose of Call | Time Spent (in minutes) |
|------|-----------|----------|--------------------------|-------------------------|
|      |           |          |                          |                         |
|      |           |          |                          |                         |
|      |           |          |                          |                         |
|      |           |          |                          |                         |
|      |           |          |                          |                         |
|      |           |          |                          |                         |
|      |           |          |                          |                         |
|      |           |          |                          |                         |
|      |           |          |                          |                         |

Total _____

ALD 200 - Univ. v. 03-06

ALD006157

DATE:       March 27, 2006

TO:         U.S. & Puerto Rico Location Managers and General Managers

CC:         VPO Team, RGM's, MGM's, RA's, MA's, LA's

FROM:       Chuck Gibson, Michael Tuttle, and Kara Whitehead (HRM's)

RE:         **FREQUENTLY ASKED QUESTIONS – HOURS OF WORK &
            OVERTIME POLICY**

Recently we have had several questions about Company standards on hours of work, overtime, after hours work and employees as contractors. These Company standards were set as good operating practices and also meet the requirements of federal and state law. We are in the process of distributing our Company's policy titled Hours of Work and Overtime, and our procedure for timekeeping.

We are sharing the most common questions and their answers relating to this policy and procedure so that everyone is clear on the requirements. If you have any additional questions, please do not hesitate to raise them with your manager or your Human Resources Manager.

**Q. What determines if a job classification is paid on an hourly basis or a yearly salaried basis?**
A. Most jobs pay an hourly rate with overtime, if the overtime is approved, worked and reported. Certain jobs are salaried if they are approved to be salaried by the Legal and Human Resources Departments, who will apply federal and state wage and hour exemption definitions to make that classification determination.

**Q. Which employees must record hours of work?**
A. All hourly employees and inside sales counselors (FSP's) must record their hours of work. In the states of Colorado, Wisconsin and Washington, all outside sales counselors (ADVPP's) must also record their hours of work.

**Q. What hours of work are employees required to record?**
A. Employees are required to record all hours worked including:
-   time beginning work
-   time out for lunch/meal break
-   time returning from lunch/meal break
-   time ending work for the day
-   time performing work while on call (e.g. answering calls, removals, etc)

ALD006158

**Q. What if I don't take a meal break?**

A. There may be rare occasions when an employee is unable to take a meal break due to the demands of the business. Those situations would need special management approval, and the manager would need to initial the time card or timesheet. In most cases, employees will be able to take a meal break; however, it may occur earlier or later than noon to accommodate business needs that day. In some cases, employees at a location may be required to "rotate" their meal period so that someone remains available to answer the phone or greet customers while the others take their meal period, and then the employee is able to take a meal break once the others have returned and are able to cover the phones, etc.

**Q. Can an hourly employee be "guaranteed" hours of work and paid a set weekly amount regardless of hours of work (i.e. some weeks working greater hours of work and others less)?**

A. No that practice is not allowed because it does not accurately reflect and pay employees for the actual hours worked.

**Q. Can a non-sales employee such as a Funeral Director also sell pre-need outside of normal work hours and be compensated for commission for those sales?**

A. Yes and no – in some states, this is allowed, but not in all. First check with your manager to see if this is permitted in your state of work. For states that will allow non-sales employees to sell pre-need, these employees must record the hours worked at selling activities after normal working hours. Time must be recorded on the time card, and where necessary, overtime must be paid.

**Q. What method do we use to record hours of work?**

A. A time clock is the preferred method to record time worked at those locations with four or more employees. At those locations with three or less employees time sheets may be used.

If your location has a time clock installed, you must use a time clock, not a time sheet. The only exception is sales employees. Sales employees always use a time sheet, since so much of their work activity takes place outside of the location.

**Q. Who approves an employee's hours of work?**

A. Timecards (from time clocks) and time sheets completed by the employee must be approved and signed by the employee and his/her manager.

**Q. When is overtime paid?**

A. Employees receive overtime pay at one and one-half times regular rate of pay for all time worked in excess of 40 hours in one workweek, or as required by the law of the state where the work is performed.

**Q. What hours are considered in determining 40 hours of work?**

A. Overtime applies only after 40 hours of actual work, including time worked while on call and call back pay. The following periods are not included in determining when an employee has worked 40 hours for the week and is eligible for overtime payment:

  - sick days

- holidays
- vacation

ALD006160

**Q. How is on call pay handled?**
A. In the funeral industry, employees may be required to be "on call" and therefore accessible by telephone on off hours. While this on-call time is not compensated, an employee is paid their regular hourly rate of pay if they are called to deal with a work issue, answer a question, etc. over the phone. If an employee is called in to do work at their location or do a removal, then minimum call back pay applies. Please see the next question and answer for further information on minimum call back pay.

**Q. Is a flat rate paid for work performed on off hours?**
A. No, a flat rate is not paid for work performed on off hours. Employees are paid their hourly rate of pay for a guaranteed minimum number of hours or the actual hours worked whichever is greater. Please contact your manager to find out what your Market's minimum call back pay is.

**Q. Can an employee also work on their off hours as an independent contractor for the Company?**
A. No, an employee cannot also work for Alderwoods as an independent contractor.

ALD006161

# EXHIBIT 28

Meeting Minutes May 24, 2006
Jerry S. Tilton & Sue M. Posipanko
Doane, Beal & Ames Funeral Home
160 West Main St., Hyannis MA

Attendance Sheet Attached
Sherrie Donalson
Bill Crowley
Bill Carr
Dennis Cunningham
Peg Scott
Alan Edwards
John T. Blute
Bridget Murphy

Meeting Handouts
1. Lunch Memo
2. New Contract
3. Old Contract
4. Public Assistance Eligible Funeral Service
5. Statement of Goods and Services (Contract)
6. Binder

Lunch
- Time needs to be recorded correctly
- Everyone must punch out for lunch, especially when you leave the building
- Lunch period is 30 minutes, additional time may be taken if needed
- There should be no overtime accrued for lunch periods.
- You are not allowed to skip or change your lunch period to leave early
- If you do not get a lunch break and you are expecting to be paid, approval is required by a Manager
- If you are on the road when you take your lunch break, you must write in your lunch time on your time card
- No paid lunches or breaks

Call back/Overtime
- All overtime needs to be pre-approved by a manager
- If you plan to work on your day off, overtime must be pre-approved by Jerrry Tilton prior to starting work
- Call back hours begin only after you have clocked out and have gone home for the day

ALD002338

August 31, 2006

Staff and Safety Meeting

Our Manager, Patty Godbee, opened the meeting talking to us about Corporal Michael Young Funeral Service. She expressed what good PR this is for our funeral home. He is a state trooper and served this community well. The restaurants in Glynn County are donating food for the State Troopers. The food will be brought to the funeral home and we will set the Alderwoods Room up for them to eat in. Patty said we need all the help we can get. Every must work together as team mates. She thanked everyone for all that they do.

Patty spoke to us about vacation time. She said do not wait till the end of the year to take you vacation or floating days because their will not be time and you will be out of luck. No vacations or floating days during the week of Christmas and the week after Christmas.

Patty told everyone that they must clock in and out when doing errands and they must clock in and out for a 30 minute lunch.

Arlie mentioned the Limos and Patty told us that they are in the shop for the A/C to be checked.

Patty and staff thanked Elizabeth Sisson for picking up the refreshments for the meeting.

Thelma Parrish announced that they were having a concert at Lakeside Methodist Church tonight at 7:00 PM. Every one is invited.

Bobby said be sure and check the cars to make sure they are clean and full of gas at all times.

Bobby Strayer held the safety meeting and spoke to us in detail on BLOODBORNE PATHOGENS AND VEHICLE SAFETY AWARENESS.

John Cowman presented EMPLOYEED OF THE MONTH TO BOBBY STRAYER.

Patty brought the meeting to a close and dismissed.

ALD009292

ALDERWOODS™
GROUP

## STAFF MEETING REPORT

POWERS FUNERAL HOME - LOCATION #2623

DATE OF MEEING: _1-24-06_

PERSON CONDUCTING MEETING: _Dennis Christie + Paul Friden_

AGENDA:

1) Warm Welcome to our new Funeral Director - Kevin Sansom.

2) Demonstration on the Proper way to use our new over Size Cot.

3) Woodlawn Abbey Hours are Mon - Fri 8am - 4pm Sat-Sun 9-5

4) Visitations and Funerals - Refresher Course on what is expected - of everyone - Set up 1 hour Prior, 3 people minimum, every body be in Place.

5) Reviewed Time Cards again - initial + Sign your Time Card.
→ If you do not take lunch - say why, you cannot go without lunch everyday - not acceptable

6) Reviewed Cremation Authorizations - Be sure to put how many sibling there are.

7) Watched "My Back is Killing me "

PERSONS ATTENDING MEETING:

See Attached Registration Form
Safety - Back Video

ALD010515