UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HELM, et al.
On behalf of themselves and all employees
similarly situated,

        Plaintiffs,

    vs.

ALDERWOODS GROUP, INC., et al.

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.    3:08-CV-01184 SI**

**DECLARATION OF BRENT KNIGHT IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION
PURSUANT TO FED. R. CIV. P. 23**

## DECLARATION OF BRENT KNIGHT

I, BRENT KNIGHT, under penalty of perjury, declare as follows:

1.    I am an associate with the law firm of Jones Day, counsel of record in this action for Defendant Alderwoods Group, Inc.  My *pro hac vice* application in this case is pending.  This affirmation contains evidence cited in support of Defendant's Opposition to Plaintiffs' Motion for Class Certification Pursuant to Federal Rule of Civil Procedure 23.

**Summaries of Evidence on Plaintiffs' Alleged "Policies"**

2.    Attached hereto as ***Exhibit A*** is a summary chart of evidence related to Plaintiffs' "Community Service" allegations.

3.    Attached hereto as ***Exhibit B*** is a summary chart of evidence related to Plaintiffs' "On-Call Work" allegations.

4.    Attached hereto as ***Exhibit C*** is a summary chart of evidence related to Plaintiffs' "Training Time" allegations.

5.    Attached hereto as ***Exhibit D*** is a summary chart of evidence related to Plaintiffs' "Pre-Needs Appointments" allegations.

6.    Attached hereto as ***Exhibit E*** is a summary chart of evidence related to Plaintiffs' "Meal Breaks" allegations.

7.    Attached hereto as ***Exhibit F*** is a summary chart of evidence related to Plaintiffs' "Pre-Approval of Overtime" allegations.

8.    Attached hereto as ***Exhibit G*** is a summary chart of evidence related to Plaintiffs' "Unrecorded Work" allegations.

9.    Attached hereto as ***Exhibit H*** is a summary chart of evidence related to Plaintiffs' "Regular Rate Calculation" allegations.

**Summary of Contradictions by Plaintiffs and Plaintiffs' Witnesses**

10.    Attached hereto as ***Exhibit I*** is a "Contradictions" chart summarizing instances where Plaintiffs and Plaintiffs' witnesses have contradicted prior statements relating to their claims.

11.    Attached hereto as **Exhibit J** is a compilation of "Information Sheets" cited in the Contradictions chart (Exhibit I).  Each individual who opted into *Prise v. Alderwoods Group, Inc.*, Case No. 06-1641 (W.D. Pa.)("*Prise I*") was required to serve on Alderwoods an Information Sheet indicating which of Plaintiffs' various claims applied to him or her.  The Information Sheets are separately tabbed and preceded by a table of contents.

12.    Attached hereto as **Exhibit K** is a compilation of "Interrogatory Responses" cited in the Contradictions chart (Exhibit I).  These Interrogatory Responses were submitted by Plaintiffs and Plaintiffs' witnesses in *Prise I*.  The Interrogatory Responses are separately tabbed and preceded by a table of contents.

13.    Attached hereto as **Exhibit L** is a compilation of "Affirmations" from Plaintiffs and Plaintiffs' witnesses cited in the Contradictions chart (Exhibit I).  The Affirmations are separately tabbed and preceded by a table of contents identifying each affiant.

14.    Attached hereto as **Exhibit M** is a compilation of "Employee Time Records" that are cited in the Contradictions chart (Exhibit I).  The Employee Time Records are separately tabbed and preceded by a table of contents identifying each employee.

**Compilation of Referenced Deposition Testimony**

15.    Attached hereto as **Exhibit N** is a compilation of Deposition Excerpts from 36 witnesses.  These Deposition Excerpts are separately tabbed and preceded by a table of contents identifying each deponent.

**Compilation of Referenced Field Employee Declaration Testimony**

16.    Attached hereto as **Exhibit O** is a compilation of Declarations submitted by field-level employees, including field managers.  These Declarations are separately tabbed and preceded by a table of contents identifying each declarant.

**Corporate and Management Employee Declaration Testimony**

17.    Attached hereto as **Exhibit P** is the Declaration of Alderwoods' former Vice President of Operations Ronald Collins, along with Collins Exhibit 1.

18.    Attached hereto as **Exhibit Q** is the Declaration of Alderwoods' former Vice President of Operations Buddy Mayes.

19.     Attached hereto as ***Exhibit R*** is the Declaration of Alderwoods' former Vice President of Operations Shawn Phillips, along with Phillips Exhibits 1-3.

20.     Attached hereto as ***Exhibit S*** is the Declaration of Alderwoods' former Human Resources Manager Rhonda Suurd, along with Suurd Exhibits 1-11.

21.     Attached hereto as ***Exhibit T*** is the Declaration of Alderwoods' former Western Geography Trainer Monica Berryhill.

22.     Attached hereto as ***Exhibit U*** is the Declaration of Alderwoods' former Senior Payroll Manager Clarissa Hollinger, along with Hollinger Exhibit 1.

23.     Attached hereto as ***Exhibit V*** is the Declaration of Alderwoods' former Market Manager Wayne Tago.

24.     Attached hereto as ***Exhibit W*** is the Declaration of the former Human Resources Director for SCI Houston Market Support Center, L.P., Gwen Petteway.

25.     Attached hereto as ***Exhibit X*** is the Declaration of the HRIS Senior Analyst for SCI Funeral and Cemetery Purchasing Cooperative, Inc., Joseph Schmuck, along with Schmuck Exhibits 1-2.

26.     Attached hereto as ***Exhibit Y*** is the Declaration of the Corporate Secretary of SCI Funeral and Cemetery Purchasing Cooperative, Inc., Janet Key.

**Alderwoods' Quarterly Report**

27.     Attached hereto as ***Exhibit Z*** is a true and correct copy of Alderwoods' November 14, 2006 Quarterly Report (Form 10-Q).

I hereby declare under penalty of perjury, that the foregoing is true and correct.

Executed on:  November 13, 2009

_____
Brent D. Knight