**TABLE OF CONTENTS**
**INFORMATION SHEETS SUBMITTED BY**
**PLAINTIFFS IN *PRISE I***

| Tab | Name |
|-----|------|
| 1 | Breidel, Michele |
| 2 | Burgess, Jason Alex |
| 3 | Burkle, Clark F. |
| 4 | Daigle, Millard Jude |
| 5 | Diggs, Jeffrey |
| 6 | Durden, James |
| 7 | Garza, Joe |
| 8 | Keath, Angela |
| 9 | Kuhta, Richard |
| 10 | McDonald, Beverly |
| 11 | Ore, William |
| 12 | Peters, John |
| 13 | Pramik, Robert |
| 14 | Riggs, Stephanie |
| 15 | Takesian, Stephen |
| 16 | Taylor, Tori |
| 17 | Thomas, Sandy |
| 18 | White, Ray |

BRENT KNIGHT EXHIBIT J

**TAB 1**

## INFORMATION SHEET

Name: _Michele Breindel_

Address: _

**REDACTED**

Social Security Number: _____

Dates of your employment with Alderwoods Group, Inc.: _March 2006 to December 2006_

Positions you held with Alderwoods and date(s) each position(s) was held: _Family Service Counselor-_
_March 2006 to December 2006_

Funeral Home locations where you worked while employed with Alderwoods: _Levitt-Weinstein Memorial Chapel_
_West Palm Beach, Florida_
_Tamarac, Florida_
_Boca Raton, Florida_

I opt into this case because (check all that apply):

[X] A.  I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

[X] B.  I believe Alderwoods permitted me to perform on-call work after regular work hours and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

[ ] C.  I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, and that I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

[X] D.  I believe that, as part of my job duties for Alderwoods, I spent time in other types of training, and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

[X] E.  I believe that, as part of my job duties for Alderwoods, I had meetings with clients to discuss pre-needs purchases outside my work schedule, and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

[X] F.  I believe that Alderwoods permitted me to work during meal breaks and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

[X] G.  I believe I was not compensated for all the time I spent working for Alderwoods from December 8, 2003 to the present because that time was not pre-approved.

[X] H.  I believe I was not compensated for all the time I spent working for Alderwoods from December 8, 2003 to the present because I was directed not to record such time.

[X] I.  I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: _4/10/08_

_Michele Breindel_
Signature

_Michele Breindel_
Type or Print Name

**TAB 2**

[EXHIBIT D]

## INFORMATION SHEET

Name: _Jason Burgess_

Address:

REDACTED

Social Security Number: ___

Dates of your employment with Alderwoods Group, Inc.: _August 1999 to December 17 2004_

Positions you held with Alderwoods and date(s) each position(s) was held: _Funeral Director/Embalmer (August 1999 to December 17, 2004)_

Funeral Home locations where you worked while employed with Alderwoods: _Harkins - Whittington Funeral Home - Charlotte, North Carolina_

_McEwen Funeral Home - Monroe, North Carolina_

I opt into this case because (check all that apply):

[X] A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

[X] B. I believe Alderwoods permitted me to perform on-call work after regular work hours and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

[X] C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, that I was not compensated for while employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

[X] D. I believe I was not compensated for all the hours I spent working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present because those hours were not pre-approved.

[ ] E. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me while working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: _Sept 28 2007_        _____
                            Signature

                            _Jason A. Burgess_
                            Type or Print Name

**TAB 3**

[EXHIBIT D]

## INFORMATION SHEET

Name: Clark Buckle

Address:

REDACTED

Social Security Number:

Dates of your employment with Alderwoods Group, Inc.: 1988 to present

Positions you held with Alderwoods and date(s) each position(s) was held: Funeral Director Assistant: 1988 to 2000; Funeral Director/Embalmer: 2000 to September 1, 2007; Location Manager:

Funeral Home locations where you worked while employed with Alderwoods Gatsline Runciman Funeral Home Lansing, Michigan September 1, 2007 to present

I opt into this case because (check all that apply):

☑ A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☐ B. I believe Alderwoods permitted me to perform on-call work after regular work hours and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☐ C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, that I was not compensated for while employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☑ D. I believe I was not compensated for all the hours I spent working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present because those hours were not pre-approved.

☑ E. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me while working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: 10-9-07

Signature: _Clark T Buckle_

Type or Print Name: Clark T. Buckle

**TAB 4**

**INFORMATION SHEET**

Name: _Millard Jude Daigle_

Address:

REDACTED

Social Security Number:

Dates of your employment with Alderwoods Group, Inc.: _June 2000 to December 2005_

Positions you held with Alderwoods and date(s) each position(s) was held: _Funeral Director,_
_Assistant Manager - June 2000 to December 2005_

Funeral Home locations where you worked while employed with Alderwoods: Hollabough-Spidle Funeral Home
Baton Rouge, Louisiana
Tharp-Sontheimer-Tharp Funeral Home
Metairie, Louisiana

Lamana-Panno-Fallo
Funeral Home
Metairie, Louisiana

I opt into this case because (check all that apply):

☒ A.   I believe that, as part of my job duties for Alderwoods, the company permitted me to perform
        community service and I was not compensated for at least some of such time during the period
        from December 8, 2003 to the present.

☒ B.   I believe Alderwoods permitted me to perform on-call work after regular work hours and I was
        not compensated for at least some of such time during the period from December 8, 2003 to the
        present.

☒ C.   I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test
        to become a licensed insurance agent, and time maintaining that license, and that I was not
        compensated for at least some of such time during the period from December 8, 2003 to the
        present.

☒ D.   I believe that, as part of my job duties for Alderwoods, I spent time in other types of training,
        and I was not compensated for at least some of such time during the period from December 8,
        2003 to the present.

☒ E.   I believe that, as part of my job duties for Alderwoods, I had meetings with clients to discuss
        pre-needs purchases outside my work schedule, and I was not compensated for at least some of
        such time during the period from December 8, 2003 to the present.

☒ F.   I believe that Alderwoods permitted me to work during meal breaks and I was not compensated
        for at least some of such time during the period from December 8, 2003 to the present.

☒ G.   I believe I was not compensated for all the time I spent working for Alderwoods from December
        8, 2003 to the present because that time was not pre-approved.

☒ H.   I believe I was not compensated for all the time I spent working for Alderwoods from December
        8, 2003 to the present because I was directed not to record such time.

☒ I.    I believe I received compensation in addition to my hourly rate, such as bonuses, commissions,
        and other forms of additional pay that Alderwoods did not include when calculating overtime
        due to me during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: _3/31/08_

Signature: _Millard Jude Daigle_

Type or Print Name: _MILLARD Jude Daigle_

**TAB 5**

[EXHIBIT D]

## INFORMATION SHEET

Name: Jeffrey Diaas.

Address: REDACTED

Social Security Number: _____
Dates of your employment with Alderwoods Group. Inc.: October 1990 to December 2001; 2003 to 200'
Positions you held with Alderwoods and date(s) each position(s) was held: Manager (1994 to 2001); Funeral Director and Embalmer (2003 to 2004)
Funeral Home locations where you worked while employed with Alderwoods: Evergreen Memorial Chapel Kehls Palmer Mortuary Witzleben Funeral Home

I opt into this case because (check all that apply):

☐ A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☒ B. I believe Alderwoods permitted me to perform on-call work after regular work hours and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☐ C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, that I was not compensated for while employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☒ D. I believe I was not compensated for all the hours I spent working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present because those hours were not pre-approved.

☐ E. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me while working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: 8-21-07

Signature: _____

Jeffrey Allen Diggs
Type or Print Name