**TAB 6**

[EXHIBIT D]

## INFORMATION SHEET

Name: James Dusden
Address: REDACTED

Social Security Number: _____
Dates of your employment with Alderwoods Group, Inc.: 2000 to present
Positions you held with Alderwoods and date(s) each position(s) was held: Funeral Director/ Embalmer (2000 to Present)
Funeral Home locations where you worked while employed with Alderwoods: Edo Miller and Sons - Brunswick, Georgia

I opt into this case because (check all that apply):

☒ A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☐ B. I believe Alderwoods permitted me to perform on-call work after regular work hours and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☐ C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, that I was not compensated for while employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☒ D. I believe I was not compensated for all the hours I spent working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present because those hours were not pre-approved.

☒ E. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me while working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: 10-22-07

Signature
JAMES C. Dusden
Type or Print Name

[EXHIBIT D]

## INFORMATION SHEET

Name: JAMES Durden
Address:

REDACTED

Social Security Number: _____
Dates of your employment with Alderwoods Group, Inc.: 12/8/03 TO PRESENT (SCI)
Positions you held with Alderwoods and date(s) each position(s) was held: FUNERAL DIRECTOR

Funeral Home locations where you worked while employed with Alderwoods: Edo Miller & Sons Brunswick, GA.

I opt into this case because (check all that apply):

- ☒ A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

- ☐ B. I believe Alderwoods permitted me to perform on-call work after regular work hours and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

- ☐ C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, that I was not compensated for while employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

- ☐ D. I believe I was not compensated for all the hours I spent working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present because those hours were not pre-approved.

- ☐ E. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me while working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: 10/8/07

Signature: [signed]
Type or Print Name: JAMES C. Durden

**TAB 7**

# INFORMATION SHEET

Name: Joe Garza

Address: REDACTED

Social Security Number: _____

Dates of your employment with Alderwoods Group, Inc.: September 2006 to May 3, 2007

Positions you held with Alderwoods and date(s) each position(s) was held: Evening Dispatcher – September 2006 to May 3, 2007

Funeral Home locations where you worked while employed with Alderwoods: Fannin Funeral Home, Houston, Texas

I opt into this case because (check all that apply):

☐ A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☐ B. I believe Alderwoods permitted me to perform on-call work after regular work hours and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☐ C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, and that I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ D. I believe that, as part of my job duties for Alderwoods, I spent time in other types of training, and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☐ E. I believe that, as part of my job duties for Alderwoods, I had meetings with clients to discuss pre-needs purchases outside my work schedule, and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☐ F. I believe that Alderwoods permitted me to work during meal breaks and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ G. I believe I was not compensated for all the time I spent working for Alderwoods from December 8, 2003 to the present because that time was not pre-approved.

☒ H. I believe I was not compensated for all the time I spent working for Alderwoods from December 8, 2003 to the present because I was directed not to record such time.

☒ I. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: 3-31-08

Signature: [signed] JR Garza

Type or Print Name: J. R. GARZA

**TAB 8**

# INFORMATION SHEET

Name: Angela Keath

Address: REDACTED

Social Security Number: _____
Dates of your employment with Alderwoods Group, Inc.: August 2005 to June 2006
Positions you held with Alderwoods and date(s) each position(s) was held: Location Administrator August 2005 to June 2006
Funeral Home locations where you worked while employed with Alderwoods: Potts Chapel Independence, Kansas

I opt into this case because (check all that apply):

☒ A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ B. I believe Alderwoods permitted me to perform on-call work after regular work hours and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☐ C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, and that I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ D. I believe that, as part of my job duties for Alderwoods, I spent time in other types of training, and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☐ E. I believe that, as part of my job duties for Alderwoods, I had meetings with clients to discuss pre-needs purchases outside my work schedule, and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ F. I believe that Alderwoods permitted me to work during meal breaks and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ G. I believe I was not compensated for all the time I spent working for Alderwoods from December 8, 2003 to the present because that time was not pre-approved.

☒ H. I believe I was not compensated for all the time I spent working for Alderwoods from December 8, 2003 to the present because I was directed not to record such time.

☒ I. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: 4/28/08

Signature: Angela Keath

Type or Print Name: Angela Keath

**TAB 9**

[EXHIBIT D]

## INFORMATION SHEET

Name: Richard T. Kuhta
Address: REDACTED

Social Security Number: _____
Dates of your employment with Alderwoods Group, Inc.: 8/96 - 5/07
Positions you held with Alderwoods and date(s) each position(s) was held: Funeral Director 8/96 - 5/07
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Embalmer 8/96 - 5/07
Funeral Home locations where you worked while employed with Alderwoods: Eternal Light Funeral Chapel
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　17250 W. Dixie Hwy.
I opt into this case because (check all that apply):　　　　　　　　　　　North Miami Beach, Fl 33160

- [X] A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

- [X] B. I believe Alderwoods permitted me to perform on-call work after regular work hours and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

- [X] C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, that I was not compensated for while employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

- [X] D. I believe I was not compensated for all the hours I spent working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present because those hours were not pre-approved.

- [X] E. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me while working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: August 21, 2007　　　　　　　　　　Signature: _____
　　　　　　　　　　　　　　　　　　　　　Richard T. Kuhta
　　　　　　　　　　　　　　　　　　　　　Type or Print Name

**TAB 10**

Case3:08-cv-01184-SI   Document219-11   Filed11/13/09   Page10 of 11

[EXHIBIT D]

## INFORMATION SHEET

Name: Beverly McDonald
Address: REDACTED

Social Security Number: REDACTED
Dates of your employment with Alderwoods Group, Inc.: October 1998 to October 2006
Positions you held with Alderwoods and date(s) each position(s) was held: Funeral Director/Embalmer - October 1998 to October 2006
Funeral Home locations where you worked while employed with Alderwoods: Kiker-Seale Funeral Home Colorado City, Texas

I opt into this case because (check all that apply):

- [x] A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

- [x] B. I believe Alderwoods permitted me to perform on-call work after regular work hours and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

- [x] C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, that I was not compensated for while employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

- [x] D. I believe I was not compensated for all the hours I spent working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present because those hours were not pre-approved.

- [x] E. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me while working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis during the period December 8, 2003 to the present.

My answers are based on my current understanding.
Date: 9-17-07

Signature: Beverly McDonald
Type or Print Name: Beverly McDonald