**TAB 11**

[EXHIBIT D]

## INFORMATION SHEET

Name: William Ore
Address: REDACTED

Social Security Number:
Dates of your employment with Alderwoods Group, Inc.: November 2004 to February 2007
Positions you held with Alderwoods and date(s) each position(s) was held: Apprentice Funeral Director/Embalmer - November 2004 to February 2007
Funeral Home locations where you worked while employed with Alderwoods: Edomiller and Sons Funeral Ho Brunswick, Georgia

I opt into this case because (check all that apply):

☒ A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☒ B. I believe Alderwoods permitted me to perform on-call work after regular work hours and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☐ C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, that I was not compensated for while employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☒ D. I believe I was not compensated for all the hours I spent working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present because those hours were not pre-approved.

☒ E. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me while working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis during the period December 8, 2003 to the present.

My answers are based on my current understanding.
Date: 9/17/07

Signature: [signed] William Ore
Type or Print Name: WILLIAM ORE

**TAB 12**

[EXHIBIT D]

## INFORMATION SHEET

Name: John Peters
Address: REDACTED

Social Security Number: _____
Dates of your employment with Alderwoods Group, Inc.: Oct. 2001 to May 2005
Positions you held with Alderwoods and date(s) each position(s) was held: Funeral Director & Embalmer  Oct. 2001 to May 2005
Funeral Home locations where you worked while employed with Alderwoods: Neil Funeral Home Camp Hill, P.A. Harrisburg, P.A.

I opt into this case because (check all that apply):

☒ A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☒ B. I believe Alderwoods permitted me to perform on-call work after regular work hours and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☒ C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, that I was not compensated for while employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☒ D. I believe I was not compensated for all the hours I spent working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present because those hours were not pre-approved.

☒ E. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me while working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: July 27, 2007    Signature: John Peters
                        Type or Print Name: JOHN PETERS

**TAB 13**

## INFORMATION SHEET

Name: Robert Pramik
Address: REDACTED

Social Security Number: _____
Dates of your employment with Alderwoods Group, Inc.: 1992 to March 2005
Positions you held with Alderwoods and date(s) each position(s) was held: Part-time - 1992 to August 1997, Apprentice Funeral Director - August 1997 to June 2000, Funeral Director - June 2000 to August 2000, Location Manager August 2000-September 2003, Market General Manager - September 2003 to March 2005
Funeral Home locations where you worked while employed with Alderwoods: Neill Funeral Homes, Harrisburg, Pennsylvania, Camp Hill, Pennsylvania

I opt into this case because (check all that apply):

☒ A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ B. I believe Alderwoods permitted me to perform on-call work after regular work hours and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, and that I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ D. I believe that, as part of my job duties for Alderwoods, I spent time in other types of training, and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ E. I believe that, as part of my job duties for Alderwoods, I had meetings with clients to discuss pre-needs purchases outside my work schedule, and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ F. I believe that Alderwoods permitted me to work during meal breaks and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ G. I believe I was not compensated for all the time I spent working for Alderwoods from December 8, 2003 to the present because that time was not pre-approved.

☒ H. I believe I was not compensated for all the time I spent working for Alderwoods from December 8, 2003 to the present because I was directed not to record such time.

☐ I. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: 4-11-05

Signature

Robert J. Pramik
Type or Print Name

**TAB 14**

[EXHIBIT D]

## INFORMATION SHEET

Name: Stephanie Riggs
Address: REDACTED

Social Security Number: ___
Dates of your employment with Alderwoods Group, Inc.: 1997 to Present
Positions you held with Alderwoods and date(s) each position(s) was held: Apprentice Funeral Director (1997 to 1999); Funeral Director (1999 to Present)
Funeral Home locations where you worked while employed with Alderwoods: O'Hara and Riggs Funeral Chapel - Klamath Falls, Oregon

I opt into this case because (check all that apply):

☒ A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☒ B. I believe Alderwoods permitted me to perform on-call work after regular work hours and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☐ C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, that I was not compensated for while employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☒ D. I believe I was not compensated for all the hours I spent working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present because those hours were not pre-approved.

☒ E. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me while working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: October 6, 2007
Signature: /s/ Stephanie D. Riggs
Stephanie D. Riggs
Type or Print Name

**TAB 15**

## INFORMATION SHEET

Name: __Stephen Takesian__

Address: [REDACTED]

Social Security Number: __

Dates of your employment with Alderwoods Group, Inc.: __September 2005 to December 2006__

Positions you held with Alderwoods and date(s) each position(s) was held: __Family Service Counselor/ Assistant Funeral Director - September 2005 to December 2006__

Funeral Home locations where you worked while employed with Alderwoods: __Phoenix Memorial Park and Mortuary, Phoenix, Arizona__

I opt into this case because (check all that apply):

☒ A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ B. I believe Alderwoods permitted me to perform on-call work after regular work hours and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, and that I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☐ D. I believe that, as part of my job duties for Alderwoods, I spent time in other types of training, and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ E. I believe that, as part of my job duties for Alderwoods, I had meetings with clients to discuss pre-needs purchases outside my work schedule, and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ F. I believe that Alderwoods permitted me to work during meal breaks and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ G. I believe I was not compensated for all the time I spent working for Alderwoods from December 8, 2003 to the present because that time was not pre-approved.

☒ H. I believe I was not compensated for all the time I spent working for Alderwoods from December 8, 2003 to the present because I was directed not to record such time.

☒ I. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: __9/8/08__

Signature: _[signed]_

Type or Print Name: __Stephen Takesian__