**TAB 16**

# INFORMATION SHEET

Name: Tori Taylor

Address: REDACTED

Social Security Number: REDACTED

Dates of your employment with Alderwoods Group, Inc.: June 2006 – April 2007

Positions you held with Alderwoods and date(s) each position(s) was held: Family Service Counselor

Funeral Home locations where you worked while employed with Alderwoods: Florence, S.C.

I opt into this case because (check all that apply):

☐ A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☐ B. I believe Alderwoods permitted me to perform on-call work after regular work hours and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☐ C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, and that I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☐ D. I believe that, as part of my job duties for Alderwoods, I spent time in other types of training, and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ E. I believe that, as part of my job duties for Alderwoods, I had meetings with clients to discuss pre-needs purchases outside my work schedule, and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ F. I believe that Alderwoods permitted me to work during meal breaks and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☐ G. I believe I was not compensated for all the time I spent working for Alderwoods from December 8, 2003 to the present because that time was not pre-approved.

☐ H. I believe I was not compensated for all the time I spent working for Alderwoods from December 8, 2003 to the present because I was directed not to record such time.

☒ I. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: 5-5-08

Signature: Tori Taylor

Type or Print Name: Tori Taylor

# INFORMATION SHEET

Name: Tori Taylor
Address:

REDACTED

Social Security Number: _____
Dates of your employment with Alderwoods Group, Inc.: June 2006 - April 2007
Positions you held with Alderwoods and date(s) each position(s) was held: Family Service Counselor - June 2006 to April 2007
Funeral Home locations where you worked while employed with Alderwoods: Florence Memorial Gardens, Florence, South Carolina

I opt into this case because (check all that apply):

☒ A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ B. I believe Alderwoods permitted me to perform on-call work after regular work hours and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☐ C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, and that I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ D. I believe that, as part of my job duties for Alderwoods, I spent time in other types of training, and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ E. I believe that, as part of my job duties for Alderwoods, I had meetings with clients to discuss pre-needs purchases outside my work schedule, and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ F. I believe that Alderwoods permitted me to work during meal breaks and I was not compensated for at least some of such time during the period from December 8, 2003 to the present.

☒ G. I believe I was not compensated for all the time I spent working for Alderwoods from December 8, 2003 to the present because that time was not pre-approved.

☒ H. I believe I was not compensated for all the time I spent working for Alderwoods from December 8, 2003 to the present because I was directed not to record such time.

☒ I. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: 5-24-08

Signature: /s/ Tori Taylor
Type or Print Name: Tori Taylor

**TAB 17**

[EXHIBIT D]

## INFORMATION SHEET

Name: MR. SANdy C. Thomas
Address:

REDACTED

Social Security Number:
Dates of your employment with Alderwoods Group, Inc.:
Positions you held with Alderwoods and date(s) each position(s) was held:

Funeral Home locations where you worked while employed with Alderwoods:

I opt into this case because (check all that apply):

- ☐ A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

- ☒ B. I believe Alderwoods permitted me to perform on-call work after regular work hours and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

- ☐ C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, that I was not compensated for while employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

- ☒ D. I believe I was not compensated for all the hours I spent working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present because those hours were not pre-approved.

- ☒ E. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me while working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: August 21, 2007

Signature: Sandy C. Thom—

Type or Print Name: SANdy C. Thomas

[EXHIBIT D]

## INFORMATION SHEET

Name: Sandy Thomas
Address: REDACTED

Social Security Number: _____
Dates of your employment with Alderwoods Group, Inc.: 2002 to December 2006
Positions you held with Alderwoods and date(s) each position(s) was held: Location Manager (2002 to December 2006); Funeral Director (2002 to December 2006)
Funeral Home locations where you worked while employed with Alderwoods: Thomas and Jones Funeral Home - Las Vegas, Nevada

I opt into this case because (check all that apply):

☒ A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☒ B. I believe Alderwoods permitted me to perform on-call work after regular work hours and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☐ C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, that I was not compensated for while employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☒ D. I believe I was not compensated for all the hours I spent working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present because those hours were not pre-approved.

☒ E. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me while working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: 10-10-2007

Signature: _Sandy Thomas_
Type or Print Name: SANDY THOMAS

**TAB 18**

[EXHIBIT D]

# INFORMATION SHEET

Name: Raymond E. White
Address: REDACTED

Social Security Number: ___
Dates of your employment with Alderwoods Group, Inc.: 1999 to March 2004
Positions you held with Alderwoods and date(s) each position(s) was held: Funeral Director/ Manager (1999 to March 2004)
Funeral Home locations where you worked while employed with Alderwoods: Chapel Lawn Memorial Gardens - Schereville, Indiana

I opt into this case because (check all that apply):

☒ A. I believe that, as part of my job duties for Alderwoods, the company permitted me to perform community service and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☒ B. I believe Alderwoods permitted me to perform on-call work after regular work hours and at least some of the time was not paid for by Alderwoods while I was employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☐ C. I believe that, as part of my job duties for Alderwoods, I spent time training for and taking a test to become a licensed insurance agent, and time maintaining that license, that I was not compensated for while employed as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present.

☒ D. I believe I was not compensated for all the hours I spent working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis from December 8, 2003 to the present because those hours were not pre-approved.

☐ E. I believe I received compensation in addition to my hourly rate, such as bonuses, commissions, and other forms of additional pay that Alderwoods did not include when calculating overtime due to me while working as an Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, and/or Location Manager paid on an hourly basis during the period December 8, 2003 to the present.

My answers are based on my current understanding.

Date: SEPT 18, 2007

Signature: [signed] Raymond E White
Type or Print Name: RAYMOND E WHITE JR