**Exhibit M**

**TABLE OF CONTENTS**
**NON-EXEMPT EMPLOYEE TIME RECORDS**

| Tab | Name |
|-----|------|
| 1 | Patti Kuluga Time Card |
| 2 | Regina Bell Time Card |
| 3 | Sandy Thomas Time Card |
| 4 | Steven Detschner Time Sheet |
| 5 | Stephanie Riggs Weekly Payroll Telephone Log Reports |

BRENT KNIGHT EXHIBIT M

**TAB 1**

**NO.** Patti Kulaga

PAY PERIOD ENDING

## 01/02 - 01/08

NAME _____

| EXTRA TIME | | | REGULAR TIME |
|---|---|---|---|
| | **SUNDAY** MONDAY | A.M. IN / OUT / NOON IN / P.M. OUT | |
| *Worked Paid Holiday | **MONDAY** TUESDAY | A.M. IN / OUT / NOON IN / P.M. OUT | JAN 3 8:05AM / JAN 3 1:50PM / JAN 3 2:45PM / JAN 3 5:04PM |
| T H I S | **TUESDAY** WEDNESDAY | A.M. IN / OUT / NOON IN / P.M. OUT | JAN 4 8:05AM / JAN 4 2:25PM / JAN 4 3:20PM / JAN 4 5:06PM |
| S I D E | **WEDNESDAY** THURSDAY | A.M. IN / OUT / NOON IN / P.M. OUT | JAN 5 8:05AM / JAN 5 2:10PM / JAN 5 3:05PM / JAN 5 5:07PM |
| O U T | **THURSDAY** FRIDAY | A.M. IN / OUT / NOON IN / P.M. OUT | JAN 6 8:02AM / JAN 6 1:30PM / JAN 6 2:29PM / JAN 6 7:05PM |
| Extremely Busy | **FRIDAY** SATURDAY | A.M. IN / OUT / NOON IN / P.M. OUT | JAN 7 8:05AM / JAN 7 4:00PM / JAN 7 5:00PM / JAN 7 6:59PM |
| | **SATURDAY** SUNDAY | A.M. IN / OUT / NOON IN / P.M. OUT | JAN 8 8:54AM / JAN 8 3:08PM |

**TOTAL** 10.49   **TOTAL** 40.00

Tops FORM 1259 (M-33)  *Patti Kulaga*

*Sorry Thom*

**TAB 2**

02/14/2005 08:18 01                    THOMAS AND JONES FH                    PAGE 01

NO. **Regina Bell**          PAY PERIOD ENDING

NAME          **02/06 - 02/12**

| EXTRA TIME | | | | REGULAR TIME |
|---|---|---|---|---|
| | SUNDAY | A.M. | IN | |
| | | NOON | OUT | |
| | | | IN | |
| | | P.M. | OUT | |
| | TUESDAY | A.M. | IN | FEB 7 8:01AM |
| | | NOON | OUT | FEB 7 2:40PM |
| | | | IN | FEB 7 3:11PM |
| 8.30 | | P.M. | OUT | FEB 7 5:00PM |
| | WEDNESDAY | A.M. | IN | FEB 8 7:54AM |
| | | NOON | OUT | 1 HR |
| | | | IN | LUNCH |
| 8.30 | | P.M. | OUT | FEB 8 5:24PM |
| | WEDNESDAY | A.M. | IN | FEB 9 8:00AM |
| | | NOON | OUT | No Lunch Meeting |
| | | | IN | |
| 8.55 | | P.M. | OUT | FEB 9 4:55PM |
| | THURSDAY | A.M. | IN | FEB10 8:03AM |
| | | NOON | OUT | No Lunch |
| | | | IN | |
| 9.48 | | P.M. | OUT | FEB10 5:45PM |
| | FRIDAY | A.M. | IN | FEB11 8:22AM |
| Visitation | | NOON | OUT | 1 HR. |
| | | | IN | LUNCH |
| 10.43 | | P.M. | OUT | FEB11 7:05PM |
| | SATURDAY | A.M. | IN | FEB 12 8 01 |
| | | NOON | OUT | No Lunch |
| | | | IN | |
| 8.59 | | P.M. | OUT | FEB12 4:00PM |
| **TOTAL** 53.65 | | **TOTAL** | | |

TOPS FORM 1259 (M-33)                    MADE IN U.S.A.

**TAB 3**

**NO.** Sonny Thomas

PAY PERIOD ENDING

**01/02 - 01/08**

NAME

| EXTRA TIME | | | REGULAR TIME |
|---|---|---|---|
| | SUNDAY | A.M. IN / OUT<br>NOON IN / OUT P.M. | |
| | MONDAY | A.M. IN<br>OUT<br>NOON IN<br>OUT P.M. | JAN 3 7:56AM<br>JAN 3 1:27PM<br>JAN 3 2:25PM<br>JAN 3 6:07PM |
| THIS | TUESDAY | A.M. IN<br>OUT<br>NOON IN<br>OUT P.M. | JAN 4 7:55AM<br>JAN 4 2:04PM<br>JAN 4 3:04PM<br>JAN 4 8:16PM |
| SIDE | WEDNESDAY | A.M. IN<br>OUT<br>NOON IN<br>OUT P.M. | JAN 5 7:51AM<br>JAN 5 12:59PM<br>JAN 5 1:44PM<br>JAN 5 8:07PM |
| OUT | THURSDAY | A.M. IN<br>OUT<br>NOON IN<br>OUT P.M. | JAN 6 7:53AM<br>JAN 6 1:03PM<br>JAN 6 2:02PM<br>JAN 6 7:31PM |
| | FRIDAY | A.M. IN<br>OUT<br>NOON IN<br>OUT P.M. | JAN 7 7:51AM<br>JAN 7 7:10PM |
| | SATURDAY | A.M. IN<br>OUT<br>NOON IN<br>OUT P.M. | JAN. 8 7:54Am<br>JAN. 8 4:53Pm |
| **TOTAL** | | **TOTAL** | 61 |

TOPS FORM 1259 (M-33)   MADE IN U.S.A.

*Sonny Thomas*

**TAB 4**

## TIME SHEET

**NAME**  Steve Detschner

**DATE**  9/23

**DECEASED**  ———

**FACILITY LOCATION**  ———

**TYPE OF WORK**

**VISITING HOURS**  _____

**FUNERAL**  _____        3 hrs

**REMOVAL**  _____

**EMBALMING**  _____

**OTHER**  CPR  Training

**FROM (TIME)**  5:00   AM/PM

**TO (TIME)**  8:00   AM/PM

**SIGNATURE**  Steve Detschner

**AUTHORIZATION**  _____

ALD002647

# TIME SHEET

Steve Detschner

9/29/04

DECEASED —

FACILITY LOCATION 385

TYPE OF WORK

VISITING HOURS _____

FUNERAL _____   4 hrs

REMOVAL _____

EMBALMING _____

OTHER CEUS on Day off

_____

FROM (TIME) 12:00 AM/PM

TO (TIME) 4:00 AM/PM

SIGNATURE Steve Detschn

AUTHORIZATION

ALD002650

**TAB 5**

# WEEKLY PAYROLL TELEPHONE LOG REPORT

**PAYROLL ENDING** Saturday, September 04, 2004    **PAYROLL WEEK NUMBER**    36

**EMPLOYEE NAME** RIGGS, Stephanie  #6529

**TIME CALL IN** 9:10PM

**DATE OF CALL**    Friday, September 03, 2004

**# of MIN.**    1 -  5 Minutes

**PERSON CALLING** Carmen Babcock

**PHONE NUMBER** 891-2053

**REASON FOR CALL** FIRST CALL REMOVAL  Babcock

**NUMBER OF MINUTES POSTED TO PAYROLL** 00.25 Hour    **$ AMOUNT DUE:**    $5.45

---

**PAYROLL ENDING** Saturday, September 04, 2004    **PAYROLL WEEK NUMBER**    36

**EMPLOYEE NAME** RIGGS, Stephanie  #6529

**TIME CALL IN** 9:47PM

**DATE OF CALL**    Friday, September 03, 2004

**# of MIN.**    1 -  5 Minutes

**PERSON CALLING** Jeff Johnson

**PHONE NUMBER** 891-4063

**REASON FOR CALL** FIRST CALL REMOVAL  Directions

**NUMBER OF MINUTES POSTED TO PAYROLL** 00.25 Hour    **$ AMOUNT DUE:**    $5.45

---

**PAYROLL ENDING** Saturday, September 04, 2004    **PAYROLL WEEK NUMBER**    36

**EMPLOYEE NAME** RIGGS, Stephanie  #6529

**TIME CALL IN** 9:10AM

**DATE OF CALL**    Saturday, September 04, 2004

**# of MIN.**    1 -  5 Minutes

**PERSON CALLING** Colleen - Foster Care

**PHONE NUMBER** 850-1935

**REASON FOR CALL** FIRST CALL REMOVAL  Harold Harrison

**NUMBER OF MINUTES POSTED TO PAYROLL** 00.25 Hour    **$ AMOUNT DUE:**    $5.45

---

**PAYROLL ENDING** Saturday, September 04, 2004    **PAYROLL WEEK NUMBER**    36

**EMPLOYEE NAME** RIGGS, Stephanie  #6529

**TIME CALL IN** 9:30AM

**DATE OF CALL**    Saturday, September 04, 2004

**# of MIN.**    1 -  5 Minutes

**PERSON CALLING** Jeff Johnson

**PHONE NUMBER** 891-4063

**REASON FOR CALL** FIRST CALL REMOVAL  Harrison

**NUMBER OF MINUTES POSTED TO PAYROLL** 00.25 Hour    **$ AMOUNT DUE:**    $5.45

---

**PAYROLL ENDING** Saturday, September 04, 2004    **PAYROLL WEEK NUMBER**    36

**EMPLOYEE NAME** RIGGS, Stephanie  #6529

**TIME CALL IN** 4:38PM

**DATE OF CALL**    Saturday, September 04, 2004

**# of MIN.**    1 -  5 Minutes

**PERSON CALLING** Doug Higgs - Herald & News

**PHONE NUMBER** 883-4540

**REASON FOR CALL** SERVICE INFORMATION

**NUMBER OF MINUTES POSTED TO PAYROLL** 00.25 Hour    **$ AMOUNT DUE:**    $5.45

---

TOTAL HOURS POSTED TO PAYROLL_____1 1/4_____

TOTAL DOLLAR AMOUNT POSTED TO PIECE WORK REPORT_____$27.25_____

EMPLOYEE SIGNATURE_____    MANAGERS APPROVAL _____

# WEEKLY PAYROLL TELEPHONE LOG REPORT

**PAYROLL ENDING** Saturday, September 11, 2004      **PAYROLL WEEK NUMBER**      37

**EMPLOYEE NAME** RIGGS, Stephanie  #6529      **TIME CALL IN**  9.:50AM

**DATE OF CALL**      Monday, September 06, 2004      **#** of MIN.      1 -   5 Minutes

**PERSON CALLING**  Mike Purvis - Harold Harrison      **PHONE NUMBER** 883-2572

**REASON FOR CALL** SERVICE INFORMATION

   **NUMBER OF MINUTES POSTED TO PAYROLL**  00.25  Hour      **$ AMOUNT DUE:**      $5.45

---

**PAYROLL ENDING** Saturday, September 11, 2004      **PAYROLL WEEK NUMBER**      37

**EMPLOYEE NAME** RIGGS, Stephanie  #6529      **TIME CALL IN**  10:52AM

**DATE OF CALL**      Monday, September 06, 2004      **#** of MIN.      1 -   5 Minutes

**PERSON CALLING**  Shawnee Miller      **PHONE NUMBER** 273-1535

**REASON FOR CALL** SERVICE INFORMATION

   **NUMBER OF MINUTES POSTED TO PAYROLL**  00.25  Hour      **$ AMOUNT DUE:**      $5.45

---

**PAYROLL ENDING** Saturday, September 11, 2004      **PAYROLL WEEK NUMBER**      37

**EMPLOYEE NAME** RIGGS, Stephanie  #6529      **TIME CALL IN**  1:32AM

**DATE OF CALL**      Tuesday, September 07, 2004      **#** of MIN.      1 -   5 Minutes

**PERSON CALLING**  Merle West Medical Center      **PHONE NUMBER** 882-6311

**REASON FOR CALL** FIRST CALL REMOVAL Tye Idonas

   **NUMBER OF MINUTES POSTED TO PAYROLL**  00.25  Hour      **$ AMOUNT DUE:**      $5.45

---

**PAYROLL ENDING** Saturday, September 11, 2004      **PAYROLL WEEK NUMBER**      37

**EMPLOYEE NAME** RIGGS, Stephanie  #6529      **TIME CALL IN**  3:06AM

**DATE OF CALL**      Tuesday, September 07, 2004      **#** of MIN.      1 -   5 Minutes

**PERSON CALLING**  Legacy Health System      **PHONE NUMBER** 5.0341E+09

**REASON FOR CALL** Eye Bank - Idonas

   **NUMBER OF MINUTES POSTED TO PAYROLL**  00.25  Hour      **$ AMOUNT DUE:**      $5.45

---

**PAYROLL ENDING** Saturday, September 11, 2004      **PAYROLL WEEK NUMBER**      37

**EMPLOYEE NAME** RIGGS, Stephanie  #6529      **TIME CALL IN**  3:09PM

**DATE OF CALL**      Saturday, September 11, 2004      **#** of MIN.      5 - 10 Minutes

**PERSON CALLING**  Darline Chipman      **PHONE NUMBER** 850-2509

**REASON FOR CALL** SERVICE INFORMATION  Hatcher

   **NUMBER OF MINUTES POSTED TO PAYROLL**  00.25  Hour      **$ AMOUNT DUE:**      $5.45

---

TOTAL HOURS POSTED TO PAYROLL _____

TOTAL DOLLAR AMOUNT POSTED TO PIECE WORK REPORT _____ _By Page 2_

EMPLOYEE SIGNATURE _S. Riggs_      MANAGERS APPROVAL _____

P02371

# WEEKLY PAYROLL TELEPHONE LOG REPORT

**PAYROLL ENDING** Saturday, September 11, 2004   **PAYROLL WEEK NUMBER**   37
**EMPLOYEE NAME** RIGGS, Stephanie  #6529   **TIME CALL IN** 3:45PP
**DATE OF CALL**   Friday, September 11, 2020   **#** of MIN.   1 - 5 Minutes
**PERSON CALLING** Vance Tagleri   **PHONE NUMBER** 273-1535
**REASON FOR CALL** SERVICE PRICE SHOPPER
  **NUMBER OF MINUTES POSTED TO PAYROLL** 00.25 Hour   $ AMOUNT DUE:   $5.45

**PAYROLL ENDING** Saturday, September 11, 2004   **PAYROLL WEEK NUMBER**   37
**EMPLOYEE NAME** RIGGS, Stephanie  #6529   **TIME CALL IN** 4:00PM
**DATE OF CALL**   Friday, September 11, 2020   **#** of MIN.   1 - 5 Minutes
**PERSON CALLING** Merle West Medical Center   **PHONE NUMBER** 882-6311
**REASON FOR CALL** FIRST CALL REMOVAL  Tagleri
  **NUMBER OF MINUTES POSTED TO PAYROLL** 00.25 Hour   $ AMOUNT DUE:   $5.45

TOTAL HOURS POSTED TO PAYROLL   1 3/4
TOTAL DOLLAR AMOUNT POSTED TO PIECE WORK REPORT   $ 38.15
EMPLOYEE SIGNATURE _____   MANAGERS APPROVAL _____

P02372