**TAB 2**

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et
al., on behalf of themselves and all other employees
and former employees similarly situated,

    Plaintiffs,

vs                 No. CV-08-1184-SI

ALDERWOODS GROUP, INC.,

    Defendants.

DEPOSITION OF HERBERT C. BATH
Taken on Behalf of the  Defendants
On October 23, 2009, beginning at 8:58 A.M.
In Coffeyville, Kansas

APPEARANCES

Appearing on behalf of the PLAINTIFFS:

Annette Gifford
DOLIN, THOMAS & SOLOMON
693 East Avenue
Rochester, New York 14607
(585) 272-0540
agifford@theemploymentattorneys.com

REPORTED BY:  LESLIE A. SHELLEY, CSR

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 51

1   (sic), Mr. Carlson, and Mrs. Carlson all funeral

2   directors?

3        A    Yes.

4        Q    Were the funeral directors that worked at

5   the locations that you managed as area manager for

6   Alderwoods, were they required to have an insurance

7   agent license?

8        A    No.

9        Q    Do you know whether funeral directors at

10  locations other than the ones you managed were

11  required by Alderwoods to have an insurance agent

12  license?

13       A    Not to my knowledge, they weren't.

14       Q    So did you -- to your knowledge, funeral

15  directors at Alderwoods were not required to have

16  insurance agent license?

17       A    That's correct.

18            MS. GIFFORD:  Objection.

19            THE WITNESS:  I'm sorry.

20       Q    (MS. MORGAN)  Mr. Bath, I just want to ask

21  you a few more questions about -- about your

22  insurance agent license.  Were there any

23  requirements for maintaining your insurance agent

24  license?

25       A    Yes.  We had to have continuing education.

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 60

1    Q    (MS. MORGAN)  And to your knowledge, there
2  was no requirement that they hold an insurance agent
3  license; correct?
4         MS. GIFFORD:  Objection.
5    A    Correct.
6    Q    (MS. MORGAN)  And who were the funeral
7  directors you knew of who did not have an insurance
8  agent license?
9    A    Dorothy Bath, Bill Althouse, Larry -- I'm
10  sorry, I just lost his name.  Oswego.  Wilson.
11   Q    Larry Wilson?
12   A    Yes.
13   Q    Okay.
14   A    We've run around with him for years.
15   Q    Any other funeral directors that you can
16  recall who did not hold an insurance license?
17   A    Not right offhand.  I'm sure there were.
18  Oh, Jolene Gier, G-i-e-r, I think it is.  At
19  Miami, Oklahoma.
20   Q    Any others that you can recall?
21   A    Not right offhand.
22   Q    And did all of these individuals work at
23  locations that you managed as a area manager?
24   A    Yes.
25   Q    So Mr. Bath, I just want to make sure I'm

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

1    clear on this.  You don't have any personal

2    knowledge as to whether other Alderwoods' employees

3    were compensated for time they spent obtaining or

4    maintaining their insurance licenses?

5        A    That's correct.

6            MS. GIFFORD:  Objection.

7        A    That's correct.

8        Q    (MS. MORGAN)  Mr. Bath, are you aware of

9    any policy of Alderwoods that -- of requiring

10   employees to become licensed insurance agents and

11   then not compensating them for time or expenses for

12   obtaining or maintaining their license?

13           MS. GIFFORD:  Objection.

14       A    No.

15       Q    (MS. MORGAN)  Mr. Bath, I wanted to go

16   back to -- to talking about your positions with --

17   with Alderwoods.  You had explained about your

18   location manager responsibilities for Altamont and

19   Chetopa, Kansas, we talked about that; right?

20       A    Right.

21       Q    Was there any period of time between 2002

22   and your retirement from Alderwoods, which I think

23   you said was in June of 2000 -- I'm forgetting the

24   year.

25       A    Five.

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 89

1    Q    Okay.  Okay.  With respect to the monthly
2  conference calls, as location manager, who
3  participated?
4    A    It was always Dennis Phillips or -- or
5  Brent.  And once in awhile it'd be somebody else,
6  but most of the time it was just them.
7    Q    Okay.
8    A    And we'd talk about best practices and
9  that kind of thing.
10    Q    Who else would participate in the monthly
11  conference calls when you were a location manager?
12    A    I think that's basically the ones that
13  were -- would.  I mean, I'm sure there was others
14  that come in for once or, you know.
15    Q    And would it also be the location managers
16  in the Kansas and Oklahoma area who were available?
17    A    Yes, yes.
18    Q    Any other training that you had during the
19  time you were a location manager for Alderwoods that
20  we haven't talked about?
21        MS. GIFFORD:  Objection.
22    Q    (MS. MORGAN)  The weekly phone calls, the
23  meetings at the quarterly meetings, and the monthly
24  conference calls?
25    A    I'm -- I'm sure there was, of course, you

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 90

1    know, they've got training manuals and we had to
2    read the training manuals and -- and all of that
3    kind of thing.  But that's the -- you know, the
4    basic ones that I remember.
5         Q    Okay.  We're going to talk about the
6    training manuals a little bit later.
7         A    Okay.
8         Q    But just want to make sure that I've
9    covered all the different --
10        A    Sure.
11        Q    -- training that you had as location
12   manager.  Now, with respect to when you were the
13   area manager, did you also have weekly phone calls?
14        A    Yes.
15        Q    And who participated in those?
16        A    It was either Dennis and -- and -- or
17   Brent and the other area managers.  There was like,
18   I think, four of us or five of us.
19        Q    And who were those individuals?
20        A    Gill Morris, Bob Owens was at -- at one
21   period, Gary Tanner at one period of time, and, oh,
22   Gordon Mayor.  Some of these had replaced the other
23   guys, so I was just giving you --
24        Q    Okay.
25        A    -- all of them I could remember.

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 91

1     Q     Okay.  Anybody else you can recall?

2     A     Not that I can recall.

3     Q     Okay.  So Dennis and Brent, the other area

4  managers.  Anybody else?

5     A     Not normally.

6     Q     Okay.  With respect to monthly conference

7  calls, was that when you were area manager?

8     A     Yes, but I think the -- the monthly was

9  basically the -- the location managers.

10    Q     Okay.  So it wasn't when you were area

11 manager?

12    A     Well, it was when I was a area manager,

13 but it -- but it was basically for the location

14 managers.

15    Q     Okay.  And so you would participate on the

16 call as area manager?

17    A     Yes.

18    Q     And who else would participate besides the

19 other location managers in Kansas and Oklahoma who

20 were available?

21    A     Basically, either Brent or -- or Dennis.

22 And occasionally, somebody else would be.

23    Q     Then you said that twice you went to

24 Florida for a four-day training?

25    A     Yes.

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 92

1     Q     And when did you go to Florida for this
2   training?
3     A     It was either 2002 and 2003 or 2003, 2004.
4   But I think it was 2002 and 2003.
5     Q     And who attended this training?
6     A     All of the area managers for the
7   United States.
8     Q     Anybody else?
9     A     Well, the corporate officers, CEO,
10  Mr. Houston and president, Mr. Lacey, and, of
11  course, the regional directors and the regional vice
12  presidents and...
13    Q     Anybody else?
14    A     Not that I can recall.
15    Q     Okay.
16    A     Well, I'm sure there was a -- somebody
17  from accounting and all that was there, I'm sure.
18  It was a pretty -- pretty big group.
19    Q     Any other training that you underwent as
20  an area manager at Alderwoods?
21          MS. GIFFORD:  Objection.
22    A     Not that I can remember.
23    Q     (MS. MORGAN)  What was the top -- what
24  were the topics at the training in Florida?
25    A     Budgeting, community involvement, sales.

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 109

1    had to answer the phone and answer the door.

2         Q    Okay.  So you're -- it's your testimony

3    that employees at the locations that you managed

4    were instructed to clock in and clock out -- I'm

5    sorry, clock out and clock in for meal breaks,

6    regardless of whether they took their meal breaks or

7    not?

8         A    That's correct.

9         Q    And who instructed them to do so?

10        A    Dennis Phillips.

11        Q    When employees at your locations worked

12   through a meal break, did you authorize that their

13   time for that meal break -- I'm sorry, that that

14   time that they spent working be paid?

15             MS. GIFFORD:  Objection.

16        A    If it wasn't on their time card, no.  If

17   it was on their time card, yes.

18        Q    (MS. MORGAN)  Did you ever authorize

19   employees to be paid for the time when they worked

20   through a meal break?

21             MS. GIFFORD:  Objection.

22        A    Sure, if it was on their time card.

23        Q    (MS. MORGAN)  And if it wasn't on their

24   time card?

25        A    No.

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 110

1      Q    And if an employee worked through a meal
2  break and it was -- and that was reflected on their
3  time card, were they in fact paid for that time?
4      A    To my --
5           MS. GIFFORD:  Objection.
6      A    To my knowledge, they were.
7      Q    (MS. MORGAN)  I believe it's your
8  testimony, Mr. Bath, that if employees at the
9  locations that you -- if the hourly employees at the
10  locations that you managed worked through a meal
11  break and that time was not reflected on their time
12  cards, that you would not authorize payment for that
13  time; is that correct?
14      A    That's correct.
15      Q    And as the location manager for Altamont
16  and Chetopa, you were reviewing and signing the time
17  cards as their supervisor, indicating that they had
18  taken meal breaks when, in fact, they had not; is
19  that correct?
20           MS. GIFFORD:  Objection.
21      A    If it was on their time card, I wasn't --
22  yes, I wasn't there all the time.  If it was on
23  their time card and I was gone all week and come
24  home the day they turned the time cards in and I
25  signed it, if it wasn't on their time card, I didn't

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 120

1    that you can recall?

2         MS. GIFFORD:  Objection.

3    A    Not that I recall.

4    Q    (MS. MORGAN)  Did you ever encourage any

5    hourly employee that you supervised to arrive before

6    his or her scheduled shift?

7    A    No.

8    Q    Are you aware of any other hourly

9    Alderwoods employees being encouraged to arrive

10   before his or her scheduled shift?

11   A    No.

12   Q    You never told any hourly Alderwoods

13   employee who reported to you not to clock in until

14   his or her scheduled time, regardless of when they

15   arrived?

16   A    That's correct.

17        MS. GIFFORD:  Objection.  Go ahead.

18   A    That's correct.

19   Q    (MS. MORGAN)  Are you aware of any other

20   Alderwoods employee being told not to clock in until

21   his or her scheduled start time, regardless of

22   whether they arrived before that?

23   A    No, I'm not aware of any.

24   Q    Did you ever tell any Alderwoods employee

25   that reported to you that he or she was abusing

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 122

1        Q     Any other instances in which you told an
2    Alderwoods employee that reported to you that he or
3    she was working excessive overtime?
4        A     Yes, the location administrator at
5    Columbus, Mrs. Murdock.
6        Q     What were the circumstances involved?
7        A     She was just clocking in early in the
8    morning and clocking out late at night and wasn't
9    there all the time.
10       Q     What do you mean by that?
11       A     She'd leave the actual business and go
12   over to the house.  They lived right behind the
13   funeral home, but she was still on the time clock.
14       Q     So she wasn't clocking out when she
15   actually --
16       A     Left.
17       Q     -- was done working?
18       A     Well, or went home for lunch or walked the
19   dogs or whatever.
20       Q     So she was staying on the time clock even
21   if she wasn't -- even for periods of time she wasn't
22   working?
23       A     That's correct.
24       Q     And during what period of time was this?
25       A     It was probably 2002 -- 2001, 2002.

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 125

1    that you described earlier?

2         A    Yes.

3         Q    And who admonished you?

4         A    Dennis.

5         Q    And what did Mr. Phillips say to you?

6         A    Well, it was just in conversation, that

7    he's -- he's got to cut down on his overtime hours

8    and you need to see that it's done.

9         Q    And did you follow Mr. Phillips'

10   instruction?

11        A    Best of my knowledge, I did, yes.

12        Q    And did you do that by telling Mr. Wilson

13   that he needed to reduce the amount of overtime

14   hours he was working?

15        A    Yes.

16        Q    Any other instruction you gave to

17   Mr. Wilson in that regard?

18        A    Not that I remember.

19        Q    Was there a budget for overtime in any of

20   the locations that you supervised?

21        A    I don't think it was specific overtime

22   budgeted.  I think there was, you know, salaries was

23   budgeted, but not a specific, you know, vacation

24   pay, overtime pay, that kind of thing I don't think

25   was.

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 126

1    Q    So you don't think there was a specific
2  budget allocation for overtime hours at the location
3  that you supervised?
4    A    Well, I'm sure there was -- there was a
5  little bit figured into the -- to the total salary,
6  but there was not a specific part of the budget that
7  said, you know, five hours overtime a week or
8  anything like that.
9    Q    Okay.  And were you ever given a budget of
10 hours to administer?
11   A    No.
12   Q    Are you aware of any other Alderwoods
13 locations other than the ones you managed -- I'm
14 talking about other Alderwoods locations where there
15 was a budget of overtime hours in place?
16   A    No.
17   Q    Did you ever tell any Alderwoods employees
18 at any of the locations that you managed that he or
19 she would not be paid for time worked before or
20 after a scheduled work time?
21        MS. GIFFORD:  Objection.
22   A    No.
23   Q    (MS. MORGAN)  Did you ever not authorize
24 payment for an employee for a certain period of time
25 before or after his or her scheduled work time?

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 127

1        MS. GIFFORD:  Objection.

2     A    Not to my knowledge.

3     Q    (MS. MORGAN)  Are you aware of any

4  Alderwoods employee that you didn't supervise or

5  that didn't work at one of the locations that you

6  managed being told that he or she would not be paid

7  for time before or after his or her scheduled shift?

8     A    No.

9     Q    And do you know whether any Alderwoods

10 employee who worked at a location that you did not

11 manage who wasn't paid for a certain period of time

12 before or after his or her scheduled shift?

13    A    No, I don't know of any.

14    Q    Did you ever receive a performance

15 evaluation during your employment with Alderwoods?

16    A    I don't think so.

17    Q    Did you ever do a performance evaluation

18 of any employee during your employment with

19 Alderwoods?

20    A    Um-hmm.

21       MS. GIFFORD:  Is that a yes?

22       THE WITNESS:  Yes.  I'm sorry.  I'm sorry.

23    Q    (MS. MORGAN)  And who did you do a

24 performance evaluation for?

25    A    I think for each one of the managers.

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 170

1    people in the -- in the town or the area.

2         Q    But in these communications, what did he

3    say about compensation for involvement in community

4    work?

5         A    He said there wouldn't be any.

6         Q    Now, Mr. Wilson, was he salaried or

7    hourly?

8         A    Hourly.

9         Q    And you're saying on one occasion he

10   turned his time in that he spent doing community

11   work?

12        A    Yes.

13        Q    Okay.  And did he -- did you review his

14   time cards on that occasion?

15        A    I don't think I did on that occasion.

16        Q    How did it come to your attention that

17   there was an issue about whether he'd be compensated

18   for that time or not?

19        A    He called me and told me that he wasn't

20   going to be and then Dennis Phillips also told me

21   that he was not going to be compensated for it.

22        Q    And do you know whether, in fact, he was

23   compensated or not?

24        A    No, I do not.

25        Q    Do you know what community work he was

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 171

1    performing on that occasion?

2        A    I think he was involved in a golf

3    tournament at Oswego.

4        Q    Do you know what amount of hours or time

5    Mr. Wilson reported for his participation in the

6    golf tournament?

7        A    No, I don't.

8        Q    Any other instance where an employee who

9    worked at a location that you managed, either as

10   area manager or location manager, reported time

11   spent in community work?

12       A    I'm sure there were, but I don't know of

13   any, you know, offhand.

14       Q    All right.  If it did happen, do you know

15   whether the employee was compensated or not?

16            MS. GIFFORD:  Objection.

17       A    Yes, they were.

18       Q    (MS. MORGAN)  They were compensated for

19   their community time if they reported it?

20       A    Um-hmm.  It was during regular -- regular

21   business hours.

22       Q    Okay.  So Mr. Bath, I'm trying to

23   understand what your understanding of this community

24   work policy was.  Are you saying that it was only

25   hours that were spent doing community work that were

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 181

1    performance evaluation the community activities they

2    were involved in; correct?

3         A    That was one of --

4         Q    Okay.

5         A    -- the criteria.

6         Q    Okay.  Did you ever reward anybody -- any

7    of these location managers in any way or penalize a

8    location manager in any way with respect to how much

9    community activity they had done?

10        A    No.

11        Q    Okay.  I want to ask you about the

12   community work activities of employees at the

13   locations that you managed who were not location

14   managers.  You said at some point in time, you

15   started asking the location managers about those

16   activities?

17        A    Yes.

18        Q    And what did you inquire of the location

19   managers about that?

20        A    Just if the employees were -- were taking

21   part in the community activities and -- and what

22   they were.

23        Q    Did you get details?

24        A    On some I did, some I didn't.

25        Q    Did you ask how much time they spent in

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 182

1    those community activities?

2         A    No.

3         Q    Did the involvement of employees, other

4    than location managers, at the locations for which

5    you had responsibility factor in in any way into

6    their -- into your view of their performance?

7              MS. GIFFORD:  Objection.  Go ahead.

8         A    No.

9         Q    (MS. MORGAN)  Never evaluated any of them

10   based on it?

11        A    Correct.

12             MS. GIFFORD:  Objection.

13        A    I'm sorry.  That's correct.

14        Q    (MS. MORGAN)  You could take a look at

15   Paragraph 17 of your affirmation.  What requirement

16   did Mr. Matherly or Mr. Phillips impose on location

17   managers with respect to meetings to discuss best

18   practices of where employees could become involved

19   in the community?

20        A    It was required for -- once a week for the

21   location managers to have a staff meeting.  At that

22   time, they talked about several different things,

23   but they also were to talk best practices that was

24   working someplace that might not be working

25   someplace else or -- or that kind of thing.

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 193

1      Q     (MS. MORGAN)  What community events did
2   you host?
3      A     Hosted the Christmas tree memorial
4   program.  Also, we had a seminar on senior citizens
5   for durable power of attorney, social security
6   information, that kind of thing.
7      Q     Anything else?
8      A     Not that I remember.
9      Q     And when did you host the Christmas tree
10  memorial program?
11     A     We did it two years.  I think it was in
12  2001 and 2002, I believe.
13     Q     Who assisted you in hosting that, if
14  anyone?
15     A     Dorothy did and Dora and Jack.
16     Q     Anybody else?
17     A     Not to my mem -- memory.
18     Q     Did the -- did the Christmas tree memorial
19  program take place during regular work hours?
20     A     No.
21     Q     When did it --
22     A     One -- one did.  One did.  The other one
23  didn't.  The other one was in the evening.
24     Q     Okay.  So the -- the one that did take
25  place during normal business hours, did Dorothy,

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 194

1    Dora, and Jack re -- report the time they spent?

2         A    Yes.

3         Q    And were they compensated for it?

4         A    Yes.  To my knowledge, they were, yes.

5         Q    With respect to the Christmas tree

6    memorial program that took place outside of regular

7    business hours, did Dorothy, Dora, or Jack record

8    the time that they spent assisting?

9         A    I don't think so.

10        Q    Were they compensated for it?

11        A    Not to my knowledge.

12        Q    And how much time did they spend?

13        A    Oh, it was probably an hour and a half to

14   two hours.

15        Q    Total?

16        A    Each, yes.

17        Q    They each spent about --

18        A    About an hour and a half --

19        Q    -- an hour and a half?

20        A    -- to two hours, yes.

21        Q    The seminar on senior citizens --

22        A    Um-hmm.

23        Q    -- anybody assist with that?

24        A    Dorothy and Dora did.  I don't think Jack

25   did on that one.

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

1       Q       And did that seminar take place during

2   regular business hours?

3       A       One did, two did not.

4       Q       So it took place three times?

5       A       Yes.  We had it afternoon and evening one

6   day and then in Chetopa, evening, the next day.

7       Q       With respect to the seminar and senior

8   citizens that took place during the regular work

9   day, did Mrs. Bath and Mrs. Boore --

10      A       Um-hmm.

11      Q       -- report the time they spent?

12      A       Yes.

13      Q       And were they compensated for it?

14      A       Yes.

15      Q       With respect to the seminar that -- on

16  senior citizens that took place outside of regular

17  work hours, did they report their time?

18      A       I don't think so.

19      Q       Were they compensated for it?

20      A       Not to my knowledge.

21      Q       How much time was spent?

22      A       Probably the one in Altamont, an hour and

23  a half to two hours.  The one in Chetopa, probably

24  three to three and a half hours.

25      Q       And that was how much time they each

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 221

1    Mr. Wilson and with respect to the community work,
2    you don't have any reason to believe that hourly --
3    the hourly pay or overtime pay that Alderwoods
4    employees received wasn't calculated properly?
5         MS. GIFFORD:  Objection.
6    A    That's correct.
7    Q    (MS. MORGAN)  Mr. Bath, did any of the --
8    the people who reported to you in your capacity as
9    location manager or area manager ever attend any
10   preneeds meetings or appointments with families?
11        MS. GIFFORD:  Objection.  Go ahead.
12   A    I'm sure they did.  As far as saying
13   actually who, I could say some, but I can't --
14   couldn't tell you who all.
15   Q    (MS. MORGAN)  Okay.  So yes, there were
16   some, but you don't know specifically who did or
17   when they did?
18   A    Well, I don't know --
19   Q    Okay.
20   A    -- all or -- or when they did.
21   Q    Okay.  Well, what do you recall in terms
22   of the people that reported to you about their
23   attendance at preneeds appointments or meetings?
24   A    Well, Jim Thibus and John Surber and
25   Jennifer over at Independence, Bill Althouse,

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 222

1    Jolene Gier, Larry Murdock, all were.
2           Q     And Mrs. Murdock?
3           A     I don't think she was a --
4           Q     Okay.
5           A     -- a funeral director, but all of them
6    were funeral director and the insurance salesman
7    that I know they made prearrangements quite
8    frequently.
9           Q     And what about Mike and Becky Carlson?
10          A     Yes, they did too.
11          Q     And other than those folks -- okay.  So
12   those are the folks that you -- that you know of who
13   had preneeds appointments or meetings with families?
14          A     Yes.
15          Q     Okay.
16          A     And -- and some of the others did too, but
17   they didn't actually make the prearrangements
18   because they weren't licensed, but they visited with
19   them, you know, gave them a price sheet, that kind
20   of thing, until one of the other counselors or
21   funeral directors could get back with them.
22          Q     And do you know who these -- those folks
23   were?
24          A     Jack Wilkinson did, the other boy that was
25   up at Emporia did, not Mike or Becky, but the other

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 223

1    boy that was up there, the funeral director and
2    embalmer.  I never did come up with a name for him.
3    And Chad Wickham did over at Independence.
4          Q    Anybody else?
5          A    Not to my knowledge.
6          Q    Do you know whether the preneeds meetings
7    or appointments that these folks had with families
8    were during or outside of regular business hours?
9          A    I'm sure they were both.
10         Q    But you -- do you know specifics?
11         A    Well, I don't know -- can't tell you when.
12   But I can remember several times that Jim Thibus
13   told me he had a meeting that evening with a family
14   for prearrangements.  And Bill Althouse, you know,
15   on Saturday afternoon or Sunday or whatever would
16   tell me that he had had prearrangements.
17         Q    Anything else that you can recall in terms
18   of the timing of the preneeds meetings, whether they
19   were during or after regular scheduled business
20   hours for those employees?
21         A    No.
22         Q    No?
23         A    No.  I'm sorry.
24         Q    Okay.  Did you ever give any instruction
25   to any of -- of -- of these individuals as to how to

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 224

1    record time when they had meetings or appointments
2    with families?
3            MS. GIFFORD:  Objection.  Go ahead.
4       A    No.  Most of them are -- are salaried
5    people and I just -- I didn't give them any
6    instructions at all.
7       Q    (MS. MORGAN)  Okay.  For those who were
8    not salaried, for those who were hourly, did you
9    give them any instructions?
10      A    No.
11      Q    Do you know if they were given any
12   instructions?
13      A    No, I do not.
14      Q    And if they were, you don't know what
15   those instructions would have been?
16            (Witness shakes head.)
17      Q    (MS. MORGAN) With respect to employees
18   that did not work at locations that you managed,
19   either as an area manager or location manager, do
20   you have any idea what their preneeds appointments
21   or meetings schedule was like?
22      A    No.
23      Q    Okay.  Do you have any idea what they were
24   told by their managers about how to record their
25   time?

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 235

1          A      Correct.
2          Q      And of the employees at the locations that
3     you managed, either as area manager or location
4     manager, how many funeral director embalmers were
5     paid on an hourly basis?
6          A      Probably four or five.
7          Q      When you say that this on call pay policy
8     was company wide, what do you mean?
9          A      I assumed it was company wide.  You know,
10    everybody in the company was under the same orders.
11         Q      And what did you base that assumption on?
12         A      Just that I was -- that was the orders I
13    was given and everybody was supposed to be the same.
14         Q      But only -- only Dennis Phillips
15    communicated this to you; correct?
16         A      That's correct.
17         Q      And he communicated it to you verbally?
18         A      That's correct.
19         Q      So you don't know what other area managers
20    or location managers were told by their managers;
21    correct?
22         A      Correct.
23                MS. GIFFORD:   Objection.
24         A      Correct.
25         Q      (MS. MORGAN)   And you understood this

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 236

1   policy to only apply to funeral directors embalmers;
2   correct?
3           MS. GIFFORD:   Objection.
4       Q    (MS. MORGAN)   I'm sorry, and location
5   manager?
6       A    Yes, correct.
7       Q    Do you know whether any funeral directors
8   or embalmers or location managers in areas other
9   than the ones for which you had supervisor
10  responsibility, either as an area manager or
11  location manager, do you know whether this on call
12  pay policy, as you've described it, applied to them?
13      A    No, I do not know.
14      Q    So you don't know whether they reported
15  their on call time?
16      A    No, I do not.
17      Q    And you don't know whether they were
18  compensated for it?
19      A    No.
20      Q    If you could take a look at Paragraph 20.
21  Okay.  When you say funeral directors were typically
22  on call every evening because of the small size of
23  the funeral homes, what funeral homes are you
24  referring to?
25      A    The -- my -- my locations,

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

1   Cooper-Althouse, Potts in Independence, Murdocks in

2   Columbus and Oswego, Carlson's in Emporia.

3       Q    And so you're -- you were referring only

4   to the -- to the small funeral homes for which you

5   had management responsibility --

6       A    Correct.

7       Q    -- correct?

8       A    Correct.

9       Q    You're not referring to any others?

10      A    Right.

11      Q    Okay.  And what on call work did the

12  funeral directors -- what on call work did the

13  hourly funeral directors and embalmers at the

14  locations that you managed perform?

15      A    They answered the phone calls off business

16  hours, responded on death calls.  They were actually

17  paid for the death calls and the embalmings and

18  that.

19      Q    Okay.  If you could take a look at

20  Paragraph 21, where you said that employees are also

21  responsible for performing embalmings and removals

22  while on call and were not always compensated for

23  their work, what are you referring to there?

24      A    Well, one -- one evening, Larry Murdock --

25  or not Larry Murdock.  Larry Wilson was -- was at

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 238

1    home, he wasn't on call, the funeral home in
2    Columbus, there was nobody there, he got a call and
3    so he was required -- or he went and picked up the
4    body, did the embalming, and didn't get paid for it.
5         Q    Is that the only instance you're referring
6    to?
7         A    As far as I know, yes.
8         Q    Okay.  Just that one instance --
9         A    Yes.
10        Q    -- involving that --
11        A    As far as I know.
12        Q    -- one employee?
13        A    As far as I know.
14        Q    Okay.  And as far as you know, all other
15   employees who performed embalming or removals while
16   they were on call were compensated for their work?
17             MS. GIFFORD:  Objection.
18        A    As far as I know, yes, they were.
19        Q    (MS. MORGAN)  Okay.  Let's talk about the
20   phone calls.  Okay.  At Paragraph 20, you talk about
21   as part of the funeral director position, employees
22   handled these calls but were not paid by Alderwoods
23   for any time spent on these calls since they were
24   outside of the regular workday and off site from the
25   funeral home.  Do you see that?

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 240

1       Q    And who did he say told them this?

2       A    Dennis Phillips.

3       Q    When was that?

4       A    I'm estimating it was in 2002.

5       Q    Any other instructions that you were aware
6 of or heard -- heard about regarding whether or not
7 funeral director embalmers at the locations for
8 which you had management responsibility were --
9 regarding whether they were to record their time or
10 not spent on after-hour calls?

11       MS. GIFFORD:  Objection.

12       A    No, I was not aware of any.

13       Q    (MS. MORGAN)  Do you know whether funeral
14 directors embalmers at the locations for which you
15 were responsible, either as area manager or location
16 manager, do you know whether they reported the time
17 they spent on after-hour calls?

18       A    Not for sure.  No, I'm not.

19       Q    And do you know whether they were
20 compensated for that time?

21       A    No, I'm not for sure.

22       Q    If you could take a look at Paragraph 22.

23       A    Um-hmm.

24       Q    The last sentence there.  How were you
25 aware of work -- the work involved while funeral

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 241

1   directors were on call and handling phone calls?

2        A    Most of the time they -- when I talked to

3   them the next day, they told me.  Like I said, I

4   didn't talk to all of them every -- every day, but

5   usually three or four times a week I talked to them.

6        Q    But you don't know whether they reported

7   that time?

8             MS. GIFFORD:  Objection.

9        A    No, I don't.

10       Q    (MS. MORGAN)  And you don't know whether

11  they were compensated for it?

12       A    No, I don't.

13       Q    If you could take a look at Paragraph 23.

14       A    Okay.

15       Q    It talks about your being made aware of

16  the on call pay policy from regional managers,

17  Brent Matherly and Dennis Phillips.

18       A    Um-hmm.

19       Q    Okay.  You -- you testified about what

20  Dennis Phillips told you --

21       A    Um-hmm.

22       Q    -- regarding the on call pay policy.

23            What about Brent Matherly, what did he

24  tell you?

25            MS. GIFFORD:  Objection.  Go ahead.

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 242

1      A     He made the same -- same comment, that
2   they weren't -- there was no on call policy -- I
3   mean, no pay policy for on call.
4      Q     (MS. MORGAN)  And did you have the same
5   understanding with respect to what -- did -- did you
6   have the same understanding as to whom that policy
7   applied to?
8      A     I assumed it was to all employees.
9      Q     Not just funeral directors, embalmers?
10     A     Correct.
11     Q     And what did you base that on?
12     A     That I was told.  Just what I -- I was
13  told from the -- Dennis and --
14     Q     Okay.
15     A     -- Brent.
16     Q     All right.  Just talking specifically
17  about what Brent Matherly told you, when did he tell
18  you this?
19     A     I think it was in a meeting in his office.
20     Q     And when was that?
21     A     I can't tell you exactly, but it was
22  probably in 2003.
23     Q     Other than the locations for which you had
24  management responsibility, Mr. Bath, you don't know
25  whether or not employees recorded time spent on

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 243

1    call; correct?
2         A    No, I do not.
3         Q    Okay.  And you don't know whether or not
4    they were compensated for it?
5         A    No, I do not.
6         Q    Did either Brent Matherly or
7    Dennis Phillips specifically indicate to you that
8    the policy was company wide?
9         A    They said it --
10             MS. GIFFORD:  Objection.  Sorry, go ahead.
11        A    They said it came from up above.
12        Q    (MS. MORGAN) And --
13        A    And I assumed that was from -- from
14   Shawn Phillips or on up.
15        Q    You assumed that but you don't know?
16        A    I -- no, I do not.  I do not.
17        Q    You don't know who they were referring to
18   when they said directly from up above?
19        A    No, I do not.
20        Q    Okay.  Paragraph 23, you state that you
21   expressed your frustration at the policy of not
22   compensating employees for their on call work.
23        A    Yes, ma'am.
24        Q    Okay.  To whom did you express this
25   frustration?

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 249

1      Q      Okay.  So --

2      A      Some did, some were both.

3      Q      Some -- some did or were both, but they

4   were not required to?

5      A      If they embalmed or did funeral directing,

6   they were required to.

7      Q      Okay.  What license were funeral directors

8   required to have?

9      A      Funeral director's license.

10      Q      Okay.  And that's what you're referring to

11   in Paragraph 25?

12      A      Well, there's a funeral director's and

13   embalmer's both.

14      Q      Okay.  But Paragraph 25 only says funeral

15   director's; correct?

16      A      That's correct.

17      Q      Okay.  It says funeral directors were

18   required to obtain and maintain their license in

19   compliance with state law.  Do you see that?

20      A      That's correct.

21      Q      Okay.  And what I'm trying to understand

22   is what license it is that you're talking about for

23   funeral directors.

24      A      Funeral director's license.

25      Q      Okay.  Of the funeral directors who worked

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

1    at the locations that you had management

2    responsibility for, whether as area manager or

3    location manager, did all of them have their funeral

4    director's license before they began working at

5    Alderwoods?

6              MS. GIFFORD:   Objection.   Go ahead.

7         A    All but one.

8         Q    (MS. MORGAN)   Okay.   And who -- who was

9    the one?

10        A    Jolene.

11        Q    So did -- did Jolene obtain her funeral

12   director's license while she was an Alderwoods

13   employee?

14        A    Yes.

15        Q    Do you know whether she was compensated by

16   Alderwoods for any fees associated with maintaining

17   the license?

18        A    I have no idea.

19        Q    Do you know whether she spent time

20   training or taking tests or doing other things to

21   get her funeral director's license?

22        A    Yes, she -- state law requires testing and

23   apprenticeship and.

24        Q    Do you know whether she reported to

25   Alderwoods the time she spent doing those things?

3390cbc8-3d19-4743-88f5-f4e08c3a784c

1          MS. GIFFORD:  Objection.

2      A    I'm sure she did when she worked for

3  Alderwoods, yes.

4      Q    (MS. MORGAN)  Okay.  Do you know whether

5  she was compensated for that time by Alderwoods?

6      A    I assume she was, but I don't know that

7  for a fact.

8      Q    Okay.  With respect to the funeral

9  directors -- all the other funeral directors under

10  your supervision who had their funeral -- who all

11  had their funeral licenses before they began working

12  at Alderwoods.

13     A    Um-hmm.

14     Q    Okay.  This is leaving aside Jolene.  Do

15  you know whether they reported to Alderwoods any of

16  the time they spent maintaining their license?

17         MS. GIFFORD:  Objection.

18     A    I'm not sure, no.

19     Q    (MS. MORGAN)  Do you know whether they

20  were compensated for any of that time?

21     A    No, I'm not.

22     Q    With respect to funeral directors that

23  were not under your supervision.

24     A    Um-hmm.

25     Q    Do you know whether they were compensated

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 256

1        A    Well, Larry and Jolene.  They're both
2   funeral directors and they're both embalmers.
3        Q    Okay.  Other than them and the
4   circumstances that you've just testified about, are
5   you referring to anybody else in Paragraph 26?
6        A    No, no.
7        Q    And how do you know that Jolene wasn't
8   compensated for that time?
9        A    She told me she wasn't.
10       Q    Did you ever refuse to pay an employee who
11  trained away from a funeral home or outside of
12  scheduled work hours?
13            MS. GIFFORD:  Objection.
14       A    No.
15       Q    (MS. MORGAN)  And you don't know whether
16  employees and locations other than the ones for
17  which you had management responsibility were
18  actually paid for any training time; correct?
19       A    That's correct.
20            MS. MORGAN:  We're on Exhibit 4; right?
21            THE COURT REPORTER:  Yes.
22                    (Exhibit 4 has been marked for
23                    identification)
24       Q    (MS. MORGAN)  I've handed you what's been
25  marked Exhibit 4, Mr. Bath.  This is a list of those

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 263

1    A    Only to their location managers.

2    Q    (MS. MORGAN)   When --

3    A    Other than that that -- that was budgeted,

4    you know, their workweek, because some of it was

5    like forty-four hours, so part of that was -- was

6    overtime, but it was -- it was understood it was

7    regular overtime.

8    Q    Okay.  So it was already approved?

9    A    Yes, yes.

10   Q    Okay.  As location manager, did you ever

11   require any of the employees that reported to you to

12   get your approval before they worked overtime?

13        MS. GIFFORD:   Objection.

14   A    No.

15   Q    (MS. MORGAN)   And as area manager, did you

16   require any of the employees at the locations that

17   you managed to get approval -- preapproval from

18   their location managers before they worked overtime?

19        MS. GIFFORD:   Objection.

20   A    I don't remember that I did.

21   Q    (MS. MORGAN)   So you might have, but you

22   don't recall?

23   A    I -- I could have, but I do not recall.

24   Q    Okay.  Do you know whether any employees

25   at any of the locations for which you were

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 264

1   responsible as area manager, whether -- if those

2   employees worked overtime without getting

3   preapproval, whether they were compensated for that

4   time?

5          MS. GIFFORD:  Objection.

6      A   I don't know.  I really don't.

7      Q   (MS. MORGAN)  Do you know whether they

8   were to report that time?

9      A   I would assume so, yes.

10     Q   And as area manager, did you instruct the

11  location managers who reported to you that all

12  employees who worked overtime were required to

13  report that overtime?

14         MS. GIFFORD:  Objection.

15     A   I can't honestly say whether I did or not.

16  I think I did.

17     Q   (MS. MORGAN)  Okay.

18     A   But I'm not absolutely sure.

19     Q   And was it your understanding, Mr. Bath,

20  as an area manager at Alderwoods, that if an

21  employee performed overtime work and reported it,

22  that he should be compensated for it, whether or not

23  it was preapproved?

24         MS. GIFFORD:  Objection.

25     A   Yes.

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

1   locations, they prepared them, the manager --
2   location managers did.
3        Q    And you only -- this was only done for a
4   two to three-month period of time?
5        A    That's correct.
6        Q    Did you review the reports prepared by
7   other location managers in your area?
8        A    I glanced over them, I didn't, you know,
9   read word for word.
10       Q    And after you faxed these reports to the
11  regional manager, do you have any idea what was done
12  with the reports?
13       A    No.
14       Q    Do you know whether the regional managers
15  reviewed them?
16       A    I -- no, I don't.  I assume they did, but
17  I don't know that.
18       Q    Do you know whether the regional managers
19  used those reports for any purpose?
20       A    No.  I know we discussed them at -- at
21  different times, you know, if there's a question or
22  a comment that they had on them, but I don't --
23  that's all I -- you know, I don't have any idea what
24  they used them for.
25       Q    Are you aware of any consequences,

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 304

1   negative or positive, with respect to any of the
2   employees at any of the locations for which you were
3   responsible as a area manager or location manager,
4   with regard to community activity performed by those
5   employees?
6           MS. GIFFORD:  Objection.
7       A   No.
8       Q   (MS. MORGAN)  Don't know whether their
9   community activity had any impact whatsoever on
10  their employment at Alderwoods?
11          MS. GIFFORD:  Objection.
12      A   Not to my knowledge, it didn't.
13      Q   (MS. MORGAN)  To your knowledge, it had no
14  impact?
15      A   Right.
16      Q   Can you take a look at Paragraph 26 of
17  your affirmation?
18      A   Okay.
19      Q   With respect to Paragraph 26, when you
20  say -- when you use the word employee, what
21  employees are you referring to?
22          MS. GIFFORD:  Objection.
23      A   Funeral directors, embalmers, insurance
24  personnel, license people.
25      Q   (MS. MORGAN)  Anyone else?

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

3390cbc8-3d19-4743-88f5-f4e08c3a784c

NETWORK DEPOSITION SERVICES
Transcript of Herbert Bath

Page 306

1     whether they were compensated for it?

2         A    No, I do not.

3         Q    And for employees at locations other than

4     the ones for which you had management

5     responsibility, either as an area manager or

6     location manager, you don't know whether they worked

7     training hours away from the funeral home or outside

8     the regular workday; correct?

9         A    Correct.

10        Q    Okay.  Nor do you know whether they

11    reported that time?

12        A    Correct.

13        Q    And nor do you know whether they were

14    compensated for it?

15        A    Correct.

16             MS. MORGAN:  I pass the witness.

17                  RECROSS EXAMINATION

18        Q    (MS. GIFFORD)  Mr. Bath, with respect to

19    employees doing community work, for employees who

20    worked at locations outside of your area, do you

21    know whether there were any consequences to those

22    employees for not doing community work?

23        A    No, I do not.

24        Q    Did Brent Matherly ever give you an

25    instruction that you thought would require you to

3390cbc8-3d19-4743-88f5-f4e08c3a784c

CERTIFICATE

I, Leslie A. Shelley, Certified Shorthand Reporter, do hereby certify that the above-named HERBERT C. BATH was by me first duly sworn to testify the truth, the whole truth, and nothing but the truth, in the case aforesaid; that the above and foregoing deposition was by me taken in shorthand and thereafter transcribed; that the same was taken, pursuant to stipulations hereinbefore set out; and that I am not an attorney for nor relative of any of said parties or otherwise interested in the event of said action.


IN WITNESS WHEREOF, I have hereunto set my hand and official seal this 29th day of OCTOBER, 2009.



Leslie A. Shelley, CSR
CSR No. 01917