**TAB 4**

# NETWORK DEPOSITION SERVICES
## Transcript of Clark Burkle

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA


DEBORAH PRISE AND HEATHER RADY )
on behalf of themselves and    )
all employees similarly        )
situated,                      )
                               )
                Plaintiffs,    )   Civil Action
                               )   No. 06-1641
      vs                       )
                               )
ALDERWOODS GROUP, INC.         )
                               )
                Defendant.     )


        The discovery deposition of CLARK F. BURKLE,

called by the Defendant, for examination, pursuant to

notice, taken before Cheryl McDowell, CSR-2662, RPR, a

notary public within and for the County of Livingston and

State of Michigan, at the Quality Inn, 3121 East Grand

River Avenue, in the City of Lansing, Michigan, on the

25th day of September, A.D., 2009, commencing at 9:30 a.m.

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 35

1          director's license I believe it was in 1977, is that

2          correct?

3    A.    Yes.

4    Q.    Okay.  Have you at any point held an insurance

5          license?

6    A.    No.

7    Q.    At any point in your employment with Alderwoods,

8          actually, let me ask it this way.  At any point from

9          2003, December 2003 to present, have you been

10         encouraged to obtain an insurance license?

11   A.    No.

12   Q.    Are you aware of other employees that you may have

13         worked with during the December 2003 to present time

14         period, are you aware of other employees that hold

15         insurance licenses, employees that -- let me ask it

16         this way.  Certainly some of the people that you've

17         worked with in this time period are no longer

18         employed.  So what I'm trying to ask is whether or

19         not they're still employed, are you aware of

20         individuals that held an insurance license at any

21         point during your employment from 2003 to present at

22         Gorsline?

23   A.    No.

24   Q.    So you don't know if any of the other individuals

25         you've worked with held an insurance license or not?

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 36

1   A.    For a fact, I don't know.

2   Q.    Do you suspect that certain ones do?

3               MS. DOUGLASS:  Objection.

4               THE WITNESS:  I know in the State of

5         Michigan, to sell pre-need you're required to have

6         an insurance license, and I know we have people that

7         sell them, but I don't know if they have licenses.

8   BY MS. BRAUN:

9   Q.    Okay.  And because you do not have an insurance

10        license, do you have any understanding of what it

11        takes to obtain that license?

12  A.    No, I don't.

13  Q.    You said that Michigan has a requirement.  Is that a

14        state law requirement to have an insurance license

15        in order to sell pre-need?

16  A.    I'm not certain it's a state law.

17  Q.    Is it in the State of Michigan it's a requirement?

18  A.    That's my understanding, but I don't have actual

19        knowledge of the law.

20  Q.    And you said that there are individuals who sell

21        pre-need at the Gorsline Funeral Home?

22  A.    Yes.

23  Q.    Who does that?

24  A.    We have a group with two employees that offer

25        pre-need services.

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 37

1   Q.   And does the group of two employees provide that
2        service for all five of the Gorsline Funeral
3        locations?
4   A.   Yes.
5   Q.   And when you say it's a group of two employees, is
6        it -- when you use the word group, do they have a
7        special title designation or --
8   A.   Advanced Planning Center.
9   Q.   And where are these two individuals located
10       geographically?
11  A.   At the East Lansing Gorsline-Runciman Funeral Home.
12  Q.   At the East Lansing location?
13  A.   That's where their office is.
14  Q.   But as you stated, they would serve all five of
15       the --
16  A.   Yes.
17  Q.   -- Gorsline locations.
18            You said it's called the Advanced Planning
19       Center, but do the two individuals also, do they
20       have a title?
21  A.   I don't know their title.
22  Q.   Would you refer to them since you work in the same
23       location, do you refer to them even internally by
24       any title?
25  A.   No.

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 38

1    Q.    Are you aware of any other individuals selling

2          pre-need -- let me rephrase that.  Other than the

3          two individuals we've just discussed, are you aware

4          of any other individuals at Gorsline Funeral Home

5          selling pre-need?

6    A.    No.

7    Q.    And has that been the case from December 2003 to the

8          present?

9    A.    Yes.

10   Q.    Do the individuals, two individuals who work in the

11         Advanced Planning Center, do they do anything other

12         than sell pre-need?

13   A.    Not to my knowledge.

14   Q.    And you testified that you do not have an insurance

15         license and that you were not encouraged at any

16         point in your employment to obtain such a license?

17   A.    Yes, that's correct.

18   Q.    So you were therefore -- scratch that.

19               Do you have knowledge of any other

20         employee that may have been encouraged to obtain an

21         insurance license?

22   A.    No.

23   Q.    Or any other employee that was told that they were

24         required to obtain an insurance license?

25   A.    No.

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 39

1    Q.    And you were not told that you were required to
2          obtain an insurance license?
3    A.    That's correct.
4    Q.    Other than your work at the Gorsline Funeral Home in
5          the five locations we've discussed, did you have any
6          reason as a part-time employee to work at another
7          Alderwoods location?
8    A.    No.
9                    MS. DOUGLASS:  Can we take a break here?
10                   MS. BRAUN:  That's fine, yeah.
11                   (Off the record at 10:28 a.m.)
12                   (Back on the record at 10:41 a.m.)
13   BY MS. BRAUN:
14   Q.    Mr. Burkle, we're back on the record after a short
15         break.
16                   I'd like to ask you some questions,
17         additional questions, about your scheduling.  You
18         testified that you would be called as needed by a
19         funeral director or administrator --
20   A.    Yes.
21   Q.    -- during the period you were a part-time employee,
22         correct?
23   A.    Yes.
24   Q.    Now, would that be for a particular assignment?
25   A.    Yes.

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 42

1    need you to work a specific number of days this

2    week, were you told how many hours you would work

3    each day?

4    A.   No.

5    Q.   Would you work until you completed the task?

6    A.   Yes.

7    Q.   And you stated that you recorded your time in

8    handwriting on a time sheet as a part-time employee?

9    A.   Yes.

10   Q.   Did you record all of the hours that you worked on

11   that time sheet?

12   A.   Yes.

13   Q.   Were there some hours that you did not record on

14   that time sheet?

15   A.   No.

16   Q.   Okay.  Were you paid for the hours that you recorded

17   on your time sheets?

18   A.   Yes.

19   Q.   Do you have any knowledge as a location manager to

20   how other individuals working at Gorsline Funeral

21   Home recorded the time that they worked?

22   A.   No.

23   Q.   Did you keep any type of individual record, your own

24   personal record, of the hours that you worked as an

25   employee of Alderwoods at Gorsline?

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 43

1    A.    No.

2    Q.    Did you understand as an hourly employee that you

3          should record all the hours that you worked?

4    A.    Yes.

5    Q.    And how did you have that understanding, how did you

6          come about that understanding?

7    A.    I know if I want to be paid, I have to record my

8          hours.

9    Q.    And so you did that?

10   A.    Yes.

11   Q.    Okay.  Would you ever have had any reason to see

12         anyone else's time sheets?

13   A.    No.

14   Q.    Okay.  You testified that you don't have any

15         knowledge as to how other employees, Alderwoods

16         employees at Gorsline, recorded their time, correct?

17   A.    Yes.

18   Q.    You stated that you never worked in Alderwoods, in

19         an Alderwoods-owned funeral home other than

20         Gorsline, correct?

21   A.    Correct.

22   Q.    So you have no idea how employees at other

23         Alderwoods locations would have recorded their time?

24   A.    That's correct.

25   Q.    Or whether they were paid for the time that they

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 44

1          recorded?

2    A.    That's correct, I don't know.

3    Q.    Do you know whether any other Gorsline Funeral Home

4          employees, and I'm talking about hourly employees,

5          received any type of compensation other than their

6          hourly wage?

7    A.    No.

8    Q.    And would you know whether employees at other

9          Alderwoods locations received compensation in

10          addition to their hourly wage?

11    A.    I don't know.

12    Q.    Okay.  Do you have any knowledge as to how overtime

13          was calculated for Alderwoods' employees?

14               MS. DOUGLASS:  Objection.

15               THE WITNESS:  Other than for myself, no.

16    BY MS. BRAUN:

17    Q.    Okay.  And would you have any knowledge then as to

18          whether additional types of compensation, if any,

19          were included in the calculation of overtime?

20    A.    Not that I know of.

21    Q.    Okay.  You don't know?

22    A.    I don't know.

23    Q.    Okay.  Did you ever see any type of policy

24          discussing what types of compensation would be

25          included in the overtime calculation for Alderwoods'

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 45

1        employees?

2   A.    No.

3              MS. DOUGLASS:  Objection.

4   BY MS. BRAUN:

5   Q.    You never saw a policy like that?

6   A.    No, I never did.

7   Q.    You said that you understood how your overtime was

8         calculated.

9   A.    Yes.

10  Q.    Okay.  Was that time and a half?

11  A.    Yes.

12  Q.    Okay.  I'm going to hand you what we'll have marked

13        as Defendant's Exhibit 2.  Here's a copy for

14        counsel.

15  A.    Thank you.

16              (Exhibit 2 marked and attached.)

17  BY MS. BRAUN:

18  Q.    And, Mr. Burkle, I've handed you a Check Detail

19        Listing.  This is a company document listing

20        earnings, hours worked and amounts, some tax

21        deduction information.  It's as I represented a

22        Check Detail Listing related to you, and it's an

23        eleven-page document.  For the record, it's

24        Alderwoods 11283 through 93.

25              And do you see your name there at the top

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 56

1           Alderwoods location schedules on-call work?

2     A.    No, I don't.

3     Q.    And the other location managers you spoke of at

4           Gorsline who are scheduled to work on call, they

5           were also salaried location managers?

6     A.    As far as I know.

7     Q.    But prior to you becoming a salaried location

8           manager, your testimony is that you don't -- you

9           have no understanding or knowledge as to who was

10          scheduled to be on call --

11    A.    That's correct.

12    Q.    -- or how it was scheduled?

13    A.    Yes.

14    Q.    Okay.  So at that time while you were a part-time

15          employee, you wouldn't have any idea as to how

16          individuals scheduled to work on call would have

17          recorded their time?

18    A.    I have no idea.

19    Q.    Okay.  Or how they were compensated for that work?

20    A.    That's correct, I don't know.

21    Q.    In your time working for Gorsline Funeral Home, have

22          you ever seen a written policy addressing how

23          employees would be compensated for on-call work?

24    A.    No, I haven't.

25    Q.    Did you ever hear a manager instruct anyone as to

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 59

1           time if anyone ever said to you that you were
2           abusing overtime?
3    A.     No.
4    Q.     Do you have any reason to doubt that you were paid
5           for the overtime that you worked and what was
6           recorded here on this document?
7    A.     No, I don't.
8    Q.     Did you ever have the occasion to hear a manager,
9           Alderwoods manager, tell another employee that he or
10          she was abusing overtime?
11   A.     No.
12   Q.     And that's consistent from your entire employment at
13          Alderwoods?
14   A.     Yes.
15   Q.     You've never heard a manager say to another
16          individual you're abusing overtime?
17   A.     No.
18   Q.     Do you have any knowledge as to whether Debbie
19          Sydlowski or any other manager at Alderwoods
20          monitored your overtime?
21   A.     I don't know.
22   Q.     Do you have any knowledge as to whether Debbie
23          Sydlowski or any other manager at Alderwoods
24          monitored the overtime of other employees?
25   A.     I don't know.

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 60

1    Q.    As a part-time employee or as a full-time salaried
2          location manager, have you ever seen any type of
3          report accumulating overtime for the location or
4          analyzing overtime?
5    A.    No, I haven't.
6    Q.    Have you heard any discussion about a budget of
7          overtime that would have applied to any of the
8          Gorsline locations?
9    A.    I have not.
10   Q.    And that's consistent from your entire working
11         experience at Gorsline?
12   A.    Yes, that is correct.
13   Q.    As a part-time hourly employee, were you ever
14         encouraged· to work before you or were you ever
15         encouraged to do work and not record it?
16   A.    No.
17   Q.    Are you aware of any other employee being encouraged
18         or told to do work and not to record it?
19   A.    No, I'm not.
20   Q.    Were you ever told that there would be a certain
21         period of time for which you could not record your
22         time or would not be paid?
23   A.    No.
24   Q.    And are you aware of Alderwoods management ever
25         telling any other employee that they could not

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 61

1           record time or that they would not be paid for a
2           certain period of time?
3    A.     No.
4    Q.     Did any member of Alderwoods management ever tell
5           you that only approved overtime would be paid?
6    A.     No.
7    Q.     Do you recall at what point you decided to join this
8           lawsuit?
9    A.     No, I don't.
10   Q.     Do you recall what it was that prompted you to join
11          this lawsuit?
12   A.     Not exactly.  I in discussion with friends arrived
13          at the decision to join a class action suit.
14   Q.     And when you say that, discussion with friends, was
15          that with other Alderwoods employees?
16   A.     No.
17   Q.     Was that with individuals that had not worked for
18          Alderwoods?
19   A.     Yes.
20   Q.     Okay.  So these are individuals that had never
21          worked for Alderwoods?
22   A.     Correct.
23   Q.     Okay.  Have you had conversations with current or
24          former Alderwoods employees about this litigation?
25   A.     Yes.

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 63

1        received in the mail or something else that prompted
2        that discussion with friends?  Do you recall what
3        set off that discussion?
4    A.  I don't recall exactly.  I know I received
5        communication in the mail.  I don't recall if I
6        received a phone call.
7    Q.  Okay.  And so what did you do at that point when you
8        decided to join, do you recall what your next step
9        was or --
10   A.  I don't.
11   Q.  Okay.  As a part-time employee, were you involved in
12       community organizations?
13   A.  No.
14   Q.  Okay.  Not a member of a particular community
15       organization?
16   A.  That's correct.
17   Q.  Not a member?
18   A.  I am not, was not.
19   Q.  Was not.  Okay.  And once you became a salaried
20       location manager, did that change, did you join any
21       community organizations?
22   A.  I did not.
23   Q.  As a part-time employee, although you were not a
24       member of any community organization, did you
25       otherwise participate in any community activities?

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 64

1    A.    Not that I recall.

2              MS. DOUGLASS:  Objection.

3    BY MS. BRAUN:

4    Q.    And after becoming or taking the position as a

5          salaried location manager, did you begin otherwise

6          participating in community activities?

7    A.    I have participated in a community activity since

8          I've taken the position, yes.

9    Q.    And you said was that a community activity?

10   A.    Yes.

11   Q.    So a singular activity?

12   A.    At this point, yes.

13   Q.    And what was that one activity?

14   A.    It was a City of Lansing hundred and fiftieth

15         birthday parade.

16   Q.    Okay.  And when was that approximately?

17   A.    May of this year.

18   Q.    May 2009?

19   A.    Yes.

20   Q.    And is that the extent of the community activity

21         you've had as a salaried location manager?

22   A.    That's all I remember at this time, yes.

23   Q.    Okay.  Focusing on the time you were a part-time

24         employee, okay, December 2003 until September 1,

25         2007 when you took the salaried position as a

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

1       location manager, did anyone ever tell you that you

2       needed to join a community organization?

3   A.  No.

4   Q.  Did you ever hear in that same time period, did you

5       ever hear a member of management direct any other

6       Alderwoods employees that they needed to become a

7       member of a community service organization?

8   A.  No, I didn't.

9   Q.  Do you know other individuals, even if you can't

10      recall their names, that you may have worked with as

11      a part-time employee that did not participate in

12      community activities?

13              MS. DOUGLASS:  Objection.

14  BY MS. BRAUN:

15  Q.  Do you want me to restate that?

16  A.  Please.

17  Q.  As a part-time employee, you worked as needed at the

18      Gorsline locations.

19  A.  Yes.

20  Q.  Okay.  So you interacted with employees at those

21      locations --

22  A.  Yes.

23  Q.  -- to some degree?

24  A.  Yes.

25  Q.  Were you aware of whether or not employees at the

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 66

1          Gorsline locations participated in community

2          activities?

3     A.   Not that I'm aware of.

4     Q.   You don't know whether they did or they didn't?

5     A.   Correct.

6     Q.   In working at the Gorsline Funeral Home, have you

7          ever seen an employee report on time spent involved

8          in community activities, report to management?

9     A.   No, not that I recall.

10    Q.   Okay.  So you've never seen any kind of written

11         report that an employee would fill out about their

12         community service activities?

13    A.   I have not.

14    Q.   And you were never instructed to keep such a report?

15    A.   That's correct.

16    Q.   And you never heard an Alderwoods management

17         employee instruct another employee to keep track of

18         and report on their community service activities?

19    A.   That's correct.

20    Q.   Throughout your time as an employee working at

21         Gorsline Funeral Home, have you ever heard of an

22         employee being evaluated, their job performance

23         being evaluated on whether or not they participated

24         in community service activities?

25    A.   No, I have not.

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 67

1    Q.    And has your job performance been evaluated on
2          whether or not you participated in community service
3          activities?
4    A.    No, it has not.
5    Q.    Have you ever heard of another employee, another
6          employee being disciplined or threatened with
7          discipline for lack of involvement in community
8          service activities?
9    A.    I have not.
10   Q.    Would you have any knowledge as to what employees at
11         other Alderwoods locations may be told in regard to
12         participation in community service activities?
13   A.    No.
14               MS. DOUGLASS:   Objection.
15   BY MS. BRAUN:
16   Q.    You wouldn't know?
17   A.    I wouldn't know.
18   Q.    You mentioned the City of Lansing parade in May of
19         2009 that you participated in, correct?
20   A.    Yes.
21   Q.    Did other employees participate, Gorsline Funeral
22         Home employees participate in that parade?
23   A.    Yes.
24   Q.    Yes?
25   A.    Yes.

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 72

1    A.    Administrator.

2    Q.    Administrator.

3    A.    Part-time administrator and funeral director

4          assistant.

5    Q.    Okay.

6    A.    Two part-time, two funeral director assistants.

7                MS. LAUGHLIN:  Cristina?

8                MS. DOUGLASS:  Yes.

9                MR. EHRMAN:  Can you get back to me in a

10         half an hour?

11               MS. DOUGLASS:  Yes.

12               MR. EHRMAN:  Thanks so much.

13               MS. DOUGLASS:  Yes.

14               (Off the record at 11:36 a.m.)

15               (Back on the record at 11:36 a.m.)

16   BY MS. BRAUN:

17   Q.    Have you ever understood a member of Alderwoods

18         management to say that employees are expected to

19         participate in community events to generate business

20         for the funeral home?

21   A.    No.

22   Q.    No one's ever said that to you?

23   A.    They have not.

24   Q.    And you've never heard a member of Alderwoods

25         management say that to any other employee?

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 73

1   A.   That's correct.

2   Q.   During your time working for Gorsline Funeral Home,

3        have you been aware of any type of incentive program

4        that would have encouraged employees to participate

5        in community service activities?

6   A.   No.

7   Q.   Have you ever heard of an incentive program or some

8        other type of program called I Believe in Service?

9   A.   No.

10  Q.   Would you have any knowledge as to whether employees

11       at other, at Alderwoods locations other than

12       Gorsline were encouraged to participate in community

13       service activities or incentivized to do so?

14  A.   I don't know.

15  Q.   Have you ever seen any type of written document

16       addressing community service participation that

17       applied to Alderwoods employees?

18  A.   Not that I remember.

19  Q.   You don't recall seeing any type of written policy

20       requiring employees to participate in community

21       service activities or organizations?

22  A.   That's correct.

23  Q.   With regard to overtime work, we discussed, we

24       touched on this topic that there's some overtime

25       reflected in Defendant's Exhibit 2, correct?

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 75

1  Q.  Did you seek some type of approval after the fact?

2  A.  No.

3  Q.  Did you think that you were required to seek any

4      type of approval whatsoever regarding overtime?

5  A.  No.

6  Q.  You understood that if you worked the overtime, you

7      would record it and that you would be paid for it?

8  A.  Yes.

9  Q.  Did you ever see any type of directive in writing

10     requiring preapproval for overtime?

11 A.  Not that I remember.

12 Q.  Okay.  Did you ever see any type of policy that

13     required preapproval for overtime?

14 A.  Not that I remember.

15 Q.  Did you ever hear a member of management say that

16     employees would not be paid unless they sought and

17     received preapproval for all of their overtime?

18 A.  No.

19 Q.  Are you aware of any individual working overtime and

20     not being paid because they had not sought

21     preapproval?

22 A.  No, I am not.

23 Q.  Do you have any knowledge as to what other employees

24     that you've worked with throughout your employment

25     at Gorsline Funeral Home as to what they were

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 82

1   Q.   Okay.

2   A.   That I recall.  I don't know exactly.

3   Q.   Okay.  This discusses the positions that you've held
4        and the dates.

5   A.   Yes.

6   Q.   And it talks about funeral director assistant and
7        then there's funeral director, slash, embalmer,
8        okay, and both of those titles were the time period
9        leading up to that December 1, 2007 date, at which
10       time you became a salaried location manager.

11  A.   Yes.

12  Q.   Okay.  So you previously testified today that you
13       began in your part-time employment as a funeral
14       director assistant, but you believe perhaps
15       internally your title may have changed --

16  A.   Yes.

17  Q.   -- to funeral director/embalmer?

18  A.   Yes.

19  Q.   Okay.  So this accurately reflects your
20       understanding of the titles you've held and the time
21       periods within which you held them?

22  A.   The time periods are approximate, but, yes.

23  Q.   Okay.  All right.  The boxes here and the letters
24       discuss different claims in this litigation, and the
25       first one that's marked here notes, and I'll just

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 83

1        read some pertinent parts of it for the record.  The
2        box A says that I believe that as part of my job
3        duties for Alderwoods, the company permitted me to
4        perform community service and at least some of the
5        time was not paid for that time while I was employed
6        as an apprentice funeral director, slash, embalmer,
7        funeral director/embalmer, funeral director and/or
8        location manager paid on an hourly basis from
9        December 8, 2003 to the present.
10               Now, that's a box that's checked for you,
11       correct?
12   A.   Yes.
13   Q.   Okay.  Is this a claim that you have in this
14       litigation?
15               MS. DOUGLASS:  Objection.
16   BY MS. BRAUN:
17   Q.   Is this a claim that you are making in this
18       litigation?
19               MS. DOUGLASS:  Objection.
20               THE WITNESS:  I believe I misunderstood
21       the question and the time frame going to present,
22       that I was thinking of perhaps current SCI
23       employment.  So I don't have a specific example.
24   BY MS. BRAUN:
25   Q.   Because you testified here today that you, in fact,

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 84

1      were not involved in a community service

2      organization prior or, excuse me, as an hourly

3      employee, you were not involved in a community

4      service organization, correct?

5   A.   Correct.

6   Q.   Okay.  And the example of your involvement in a

7        community service organization that you described

8        here today was as a salaried location manager?

9   A.   Yes, that's correct.

10  Q.   So is it your testimony at this point that you are

11       making this claim --

12              MS. DOUGLASS:  Objection.

13  BY MS. BRAUN:

14  Q.   -- that you're owed, that you're seeking

15       compensation for community service or not?  I'm

16       trying to understand that.

17  A.   Not.

18  Q.   You're not?

19  A.   Correct.

20  Q.   Okay.  And then the second letter B here discusses

21       on-call work and states that:  I believe Alderwoods

22       permitted me to perform on-call work after regular

23       work hours and at least some of the time was not

24       paid, and it goes on.

25              Is payment for on-call work a claim that

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 86

1            insurance license?

2    A.     That's correct.

3    Q.     Now, box D states:  I believe I was not compensated

4            for all the hours I spent working as an apprentice

5            funeral director, slash, embalmer, funeral director,

6            slash, embalmer, funeral director and/or location

7            manager paid on an hourly basis from December 8,

8            2003 to present because those hours were not

9            preapproved.

10                    Is that a claim that you're making in this

11           litigation?

12                   MS. DOUGLASS:  Objection.

13                   THE WITNESS:  I believe I misunderstood

14           the question at the time, and it's no longer a

15           claim.

16   BY MS. BRAUN:

17   Q.     And you previously testified that you were not

18           required to seek preapproval for any overtime hours

19           that you worked?

20   A.     That's correct.

21   Q.     Okay.  And box E states:  I believe I received

22           compensation in addition to my hourly rate such as

23           bonuses, commissions, and other forms of additional

24           pay that Alderwoods did not include when calculating

25           overtime due to me while working as an apprentice

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 87

1           funeral director, slash, embalmer, funeral director

2           and/or location manager paid on an hourly basis

3           during the period December 8, 2003 to present.

4                   You previously testified that as an hourly

5           employee, you did not receive additional

6           compensation such as bonuses or commissions, is that

7           correct?

8    A.     Yes, that's correct.

9    Q.     So is this a claim that you're making in this

10          litigation?

11                  MS. DOUGLASS:  Objection.

12                  THE WITNESS:  I believe I didn't clearly

13          understand the question at the time, and, no, it's

14          not.

15   BY MS. BRAUN:

16   Q.     So looking at Defendant's 5, the Information Sheet,

17          today, sitting here today, none of the claims listed

18          here, A through E, are claims for which you're

19          seeking compensation in the litigation at present?

20                  MS. DOUGLASS:  Objection.

21                  THE WITNESS:  That's correct.

22   BY MS. BRAUN:

23   Q.     Have any current or former Alderwoods employees

24          indicated, made any indication to you that they

25          support this lawsuit?

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 95

1    Q.   You read that notice?

2    A.   Yes.

3    Q.   Okay.  You previously testified about that

4         memorandum that came from Debbie Sydlowski?

5    A.   Yes.

6    Q.   Your understanding was that participation was

7         voluntary, correct?

8    A.   Yes.

9    Q.   The top of that paragraph states:  Through company

10        policies and practices which were communicated

11        verbally and in writing, Alderwoods encouraged

12        employees to perform work in the community.  Do you

13        see that?

14   A.   Yes.

15   Q.   Okay.  But you have never seen a policy in writing

16        encouraging Alderwoods employees to perform work in

17        the community?

18   A.   I have not.

19             MS. DOUGLASS:  Objection.

20   BY MS. BRAUN:

21   Q.   And have you verbally -- has it been communicated to

22        you verbally that Alderwoods employees are to --

23        that they are encouraged to participate or to

24        perform work in the community?

25   A.   No.

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

9f109b84-da23-428f-b67b-0511a7502073

NETWORK DEPOSITION SERVICES
Transcript of Clark Burkle

Page 100

1           perform on-call work.

2      Q.   Anything else?

3      A.   No.

4      Q.   And the next paragraph, it states that:  Therefore,

5           plaintiff believes that other employees at the

6           facilities would have discoverable information about

7           pay policies and practices.  And it says further

8           because of the company-wide nature of these

9           policies, plaintiff identifies employees at other

10          facilities as being ones who could testify to

11          policies.

12               Do you have knowledge as to the scope of

13          any policy that you're aware of as an employee at

14          Gorsline Funeral Home?  Do you know the scope of

15          that policy?

16               MS. DOUGLASS:  Objection.

17     BY MS. BRAUN:

18     Q.   Of any policy?

19     A.   No.

20     Q.   You wouldn't know if a particular policy applied

21          only to Gorsline or would apply beyond Gorsline?

22     A.   I wouldn't know.

23     Q.   Okay.  I'll hand you what we'll have marked as

24          Defendant's 7.

25               (Exhibit 7 marked and attached.)

9f109b84-da23-428f-b67b-0511a7502073

Page 118

```
1     STATE OF MICHIGAN     )
                            ) SS.
2     COUNTY OF LIVINGSTON )

3                CERTIFICATE OF NOTARY PUBLIC

4                         I certify that this transcript

5     is a complete, true, and correct record of the

6     testimony of the deponent to the best of my ability

7     taken on Friday, September 25, 2009.

8                         I also certify that prior to

9     taking this deposition, the witness was duly sworn

10    by me to tell the truth.

11                        I also certify that I am not a

12    relative or employee of a party, or a relative or

13    employee of attorney for a party, have a contract

14    with a party, or am financially interested in the

15    action.

16

17

18

19

20    _____

21
      Cheryl McDowell, CSR-2662, RPR
22    Notary Public, Livingston County
      State of Michigan
23    Commission Expires September 13, 2013

24

25
```