**TAB 6**

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF PENNSYLVANIA

Civil Action No. 06-1641
Judge Joy Flowers Conti

DEBORAH PRISE and HEATHER RADY
on behalf of themselves and all
employees similarly situated,

      Plaintiffs,

vs.

ALDERWOODS GROUP, INC.,

      Defendant.

-----------------------------

2525 Glades Road
Boca Raton, Florida
December 10, 2008
9:55 a.m. - 7:20 p.m.

DEPOSITION OF SHANE M. CARSWELL

Taken before Mark Rabinowitz, Registered Professional
Reporter and Notary Public for the State of Florida at
Large, pursuant to Notice of Taking Deposition filed in
the above cause.

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 37

1    manager, you did not personally train any employees on

2    time-keeping procedures?

3        A    Actually, I did train one that was the

4    part-time lady that we had.  I told her what we had to

5    do for her time.  That was the only thing.

6        Q    Who was that?  I'm sorry.  What was her name?

7        A    I can't recall her name to save my life.  I

8    can't recall her name.

9        Q    What did you instruct the part-time employee

10   regarding time-keeping procedures?

11       A    Basically, for her because there were just two

12   days a week.  It was punch in, punch out, take your lunch

13   break and punch out for that, total your hours, and then

14   I will verify it.

15       Q    Mr. Carswell, you were telling me about how

16   the operations manager would train other employees on

17   timekeeping; is that correct?

18       A    It would be during a staff meeting or something

19   along those lines.  We would have new hires.  They would

20   do service meetings, is kind of what they called them.

21   It kind of told people as far as, okay, this is how we

22   do a service, and this is what has to be done and things

23   like that.  Then also just verifying and letting people

24   that know this is how you have to punch in, and this is

25   what you do with your timecards.

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 50

1    identification).

2         Q     Mr. Carswell, I have handed you what was

3    marked as Exhibit 7.  This is an excerpt from Alderwoods

4    Funeral Home policies and procedures manual regarding

5    the recording of time?

6         A     Yes.

7         Q     Do you recognize this document?

8         A     I believe so.

9         Q     Are you familiar with this policy when you

10   were a location manager?

11        A     As far as I can recall.

12        Q     It states on page 1:  "All employees must

13   record all hours actually worked, unless exempt from

14   time-keeping requirements as permitted within all

15   federal and state regulations," correct?

16        A     Yes.

17        Q     And there are no exceptions listed, correct?

18        MR. LINGLE:  Objection to form.

19        A     None that I can see.

20        Q     At the fifth bullet it states:  "Completed

21   timecard sheets are to be signed by the employee to

22   verify that the card accurately documents the actual

23   hours worked.  The employee's supervisor or manager must

24   also sign the timecard sheet to verify that the hours

25   are accurate and that any overtime recorded is

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 51

1    approved"; is that correct?

2            MR. LINGLE:  Objection to form.

3        A    Yes.

4        Q    As we discussed earlier, when you were a

5    location manager, you did verify hours; is that correct?

6        A    Yes.

7        Q    And you ensured that they were accurate first?

8        A    Correct.

9        Q    You wouldn't sign anything that was not

10   accurate, right?

11       A    No.

12           MR. LINGLE:  Objection to form.

13       Q    Are you aware of any other managers that

14   signed time sheets that were not accurate?

15           MR. LINGLE:  Objection to form.

16       A    Not that I'm aware of.

17       Q    The second bullet on page 1 of Exhibit 7

18   states:  "Consult with your HR specialist for assistance

19   in determining if an employee is exempt from time-

20   keeping requirements"; is that correct?

21       A    Yes.

22       Q    Did you ever call an HR specialist to inquire

23   about compensation or overtime?

24           MR. LINGLE:  Objection to form.

25       A    In what regards?  I mean, in general or if I

Johnstown              Toll-Free              Pittsburgh
814-266-2042          866-565-1929          412-281-7908

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 71

1    Q    What about when you took the position of

2  funeral director/embalmer and location manager at the

3  ABC Jennings location, what was your rate of pay then?

4    A    It was $15 an hour.

5    Q    There was no pay rate increase --

6    A    Unfortunately, no.

7    Q    -- with that change?

8    A    Unfortunately not.

9    Q    At the time that you separated from employment

10  with Alderwoods in May of 2006, what was your rate of

11  pay?

12   A    $15.

13   Q    So it was $15 an hour?

14   A    Yes.

15   Q    What was the pay period that you had while you

16  were at Alderwoods -- every two weeks?

17   A    Every two weeks.

18   Q    In what form were you paid?

19   A    Check and direct deposit.

20   Q    Were ever there any pay periods in which you

21  believe you received less than your full pay?

22        MR. LINGLE:  Objection to form.

23   A    Yes, I think so.

24   Q    When?

25        MR. LINGLE:  Objection to form.

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 72

1      A      Only one time when they didn't pay me.  There
2   was once or twice that they did not.  I didn't get a
3   check, but there were other times when -- there were
4   probably a couple of other times when there was a
5   question, and I had to go back and tell them, you know,
6   you didn't pay me for these hours and things like that.
7      Q      What did you do about that situation?  Did you
8   complain to someone?
9      A      I complained to my immediate supervisor.  That
10  was Wayne Jarvis.
11     Q      What happened in response to your complaint?
12     A      They paid the money.
13     Q      Did you receive any other types of
14  compensation while you were in Alderwoods?
15     A      As in what?
16     Q      Other than your hourly rate of pay.  For
17  example, bonuses or commissions.
18     A      No commissions, a bonus twice.
19     Q      When did you receive your bonuses?
20     A      The last one that I received was just before
21  I moved to the downtown location from ABC Jennings, the
22  time before that, probably a couple of years before that.
23     Q      The last bonus that you received was probably
24  sometime in early 2006?
25     A      Yes.

Johnstown                Toll-Free              Pittsburgh
814-266-2042           866-565-1929          412-281-7908

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 81

1          MR. LINGLE:  I assume that you are not really

2     asking for his legal opinion as to what should be

3     included, right?

4          MS. MORGAN:  Right.

5          MR. LINGLE:  Okay.

6     Q     You didn't receive any commissions, correct?

7     A     None with Alderwoods, no.

8     Q     Do you know whether the bonuses you received

9     during your employment with Alderwoods were included in

10    calculating your overtime rate of pay?

11         MR. LINGLE:  Objection to form.

12    A     I don't know.  I don't believe so, but I don't

13    know for sure.

14    Q     If you believe that your bonuses were not

15    included in calculating your overtime rate of pay, what

16    are you basing that on?

17         MR. LINGLE:  Objection to form.

18    A     What am I basing that on?

19    Q     Yes.  What do you think your bonus pay may not

20    have been included in calculating your overtime pay

21    rate?

22    A     Because it didn't change my entire rate of pay.

23    Q     How do you know that?

24    A     I have seen my checks.

25    Q     So you are basing it on your review of your

Johnstown                 Toll-Free              Pittsburgh
814-266-2042           866-565-1929           412-281-7908

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

1      it for?

2           A      No, I don't.

3           Q      Is it possible that overtime adjustment

4      accounted for the bonus that you received?

5                MR. LINGLE:  Objection to form.

6           A      That I don't know.

7           Q      Can you turn to page 21, which is marked as

8      ALD000175.

9           A      Okay.

10          Q      There is an entry at the bottom of the page

11     for a check dated May 5th of 2006.

12          A      Yes.

13          Q      Underneath the "earnings" column there is an

14     entry for overtime adjustment.  Do you see that?

15          A      Yes.

16          Q      Then there is an amount of $12.07 for that

17     entry?

18          A      Yes.

19          Q      Do you know what this overtime adjustment is

20     for?

21          A      No.

22          Q      Isn't it possible that this overtime

23     adjustment accounts for the bonus that you received?

24                MR. LINGLE:  Objection to form.

25          A      I don't know.

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 110

1    schedule -- would be if you were going to work hours in

2    addition to 52?

3         A    Yes.

4         Q    In those circumstances, what was the process

5    that you go through to get pre-approval?

6         A    Depending on what you were doing, you would get

7    pre-approval through your manager.  There was really

8    nothing written that I understand, that I remember.  It

9    was mainly just verbal.

10        Q    When you were a funeral director/embalmer

11   starting back in December of 2003, when you were going

12   to work overtime anything to the 52 hours a week, what

13   process would you use in order to get pre-approval?

14        A    Typically, we would just ask.

15        Q    Who would you ask?

16        A    My boss, Wayne.

17        Q    So you would ask your immediate supervisor?

18        A    Correct.

19        Q    So for what kind of work would you seek

20   pre-approval to work overtime?

21        A    If I was working in the funeral home.

22        Q    Were you ever denied approval?

23        A    I don't recall ever being denied, that I can

24   think of.

25        Q    You don't recall any times that you requested

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 111

1    pre-approval, and it was denied at any time from

2    December of 2003 on?

3        A    Not that I can think of, off the top of my head

4    now, no.

5        Q    For all of the overtime for which you received

6    pre-approval, were you compensated?

7        A    For the hours pre-approval, as far as I can

8    tell, I believe so.

9        Q    And did you ever work overtime without

10   pre-approval?

11       A    Yes.

12       Q    What were those circumstances?

13       A    Let's see.  Community service, anything

14   involved with community service.  That was never

15   pre-approved.  That just expected of the employees to do

16   that, some work at home, things like that, take some work

17   at home to do it at home, rather than spend the time at

18   the funeral home.

19       Q    Any other circumstances under which you worked

20   overtime without pre-approval?

21       A    There were things -- I guess, for instance,

22   like car shows and things like that that I did, and I

23   went out representing the funeral home, things like that;

24   community service, those things.

25       Q    Anything other than community service or

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 112

1    instances where you would take your work home?

2         A      Meeting with clergy, people from hospitals,

3    Hospice, entertaining them.  That was done on a regular

4    basis.

5         Q      So you were entertaining clergy and clients?

6         A      Clergy, Hospice nurses, Hospice providers,

7    those things, hospital workers.  Again, keeping the name

8    there so that way they knew who we were.

9         Q      Any other circumstances that you would work

10   overtime without pre-approval?

11        A      Nothing that I can think of right at this

12   moment.

13        Q      Would you seek pre-approval for these

14   activities?

15        A      It was expected.  We were told to be in the

16   community as much as possible.

17        Q      But what I'm asking you is:  Did you seek

18   pre-approval --

19        A      No.

20        Q      -- to perform that work?

21        A      No, we didn't need pre-approval.  It was

22   expected of us to do that.

23        Q      I understand that you didn't need it, but what

24   I'm saying is:  Did you ask?  Did you seek pre-approval?

25        A      No, we were told to do it.  We were told to

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 115

1      A      No, no one did.

2      Q      But I'm asking you if you did?

3      A      No.

4      Q      Why not?

5      A      Because it would probably end up more hours

6    than I ended up working during the week.

7      Q      What do you mean?

8      A      I worked 40, 50 hours during the week, and then

9    I'm doing this weekends and nights.  I mean, we are

10   talking about if I reported all of that, you might as

11   well write two paychecks for me.  You spend a lot of time

12   with these people.

13     Q      So is the answer:  No, you didn't report the

14   time that you spent engaged in this type of overtime

15   activity?

16     A      No.

17     Q      And the reason you didn't report it is what?

18     A      Because it was just something that you were

19   supposed to do.  It's not something that you are supposed

20   to be quote, unquote, compensated for.  You are supposed

21   to do it for the good of the company.

22     Q      Other than your understanding that you weren't

23   supposed to report the time that you spent performing

24   this type of overtime work, is there any other reason

25   that you didn't report that time?

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 118

1    advertising/noncommunity service work, you said that
2    you would do it every couple of weeks?
3        A    Roughly.
4        Q    Did you report any of the time you spent
5    engaged in this activity?
6        A    Reporting it written down?
7        Q    Did you report it on your timecards?
8        A    No.
9        Q    Why not?
10       A    Because, you know, honestly because they just
11   told you to do it.  Again, these are the things that you
12   were supposed to do.  It's community services.  You are
13   meeting with these people.
14       Q    But I thought you said it wasn't community
15   service?
16       A    Again, it's not community service when you are
17   taking out one member, one person from a church.  That's
18   not community service; to me it's not; they might say
19   it is.
20       Q    This activity of taking out clergy that you
21   characterized as advertising-type of work --
22       A    Uh-hum.
23       Q    -- you testified that you did not report the
24   time you spent engaged in that activity, correct?
25       A    Correct.

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 119

1     Q     What I'm asking you is:  Why did you not
2  report it?
3     A     That's a good question.  Honestly, I can't tell
4  you why I didn't report it.
5     Q     Were you not compensated for that time because
6  it was not reported?
7     A     I wasn't compensated for it because of that --
8  because I didn't report it, as far as written down.
9     Q     Let's talk about the other activity that you
10  mentioned, the Gay Pride Parade.  What type of activity
11  was involved in that, what type of activity did you do
12  for the Gay Pride Parade?
13     A     The same thing, preparation, being there,
14  handing out information, advertising, promotions.
15     Q     During what period of time between December of
16  2003 and May of 2006 were you involved in the Gay Pride
17  Parade activity?
18     A     That would have been 2006 and 2005, both years,
19  I believe, in June.  I'm just trying to remember what the
20  parade is.  It was really fun because -- it was before my
21  back surgery.  So it was May.
22     Q     So May of 2005?
23     A     Yes.
24     Q     Again, in May of 2006?
25     A     Yes.

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 121

1      Q      Was the Gay Pride Parade an organization in

2  and of itself?

3      A      It's the Stone Wall Festival.

4      Q      Was there any formal process of joining the

5  Stone Wall Festival?

6      A      You had to submit an application.  It's been

7  quite a few years since I have done this, so I don't

8  remember exactly how the procedure was.  I set up a booth

9  out there and everything on the first one.  I don't

10  recall exactly what all was involved.  It's been a few

11  years now since I have done it.

12      Q      Why did you become involved in the Gay Pride

13  Parade?

14      A      I'm gay.

15      Q      So you had personal reasons for joining the

16  parade?

17      A      Also, at that time I was the gay funeral

18  director/embalmer in Wilton Manors and people were

19  beginning to know that.  That's part of the advertising.

20  It's part of what people wanted.  Wilton Manors is a very

21  gay town.  They were tired of going to a funeral director

22  that didn't appreciate them and didn't know what their

23  needs were.

24          So me being that person, that was perfect

25  advertisement.  That was perfect for me to get involved

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 122

1    in and to promote that funeral home.

2        Q    Did you consider any aspect of your

3    involvement in the Gay Pride Parade personal or social?

4        A    I'm sure some.  But, I mean, my main reason was

5    because I wanted to make that funeral home a success.  I

6    mean, to be quite honest, watching the parade is pretty

7    boring.

8        Q    There were personal social aspects of your

9    involvement, but you are also saying it was maybe for

10   advertisement?

11       A    Yes, for me to be able to promote that funeral

12   home.  I was given something that, you know, I thought I

13   could do something really good with.

14       Q    Did you consider any aspect of the activities

15   that you performed related to the Gay Pride Parade

16   involved doing work for Alderwoods?

17       A    Oh, yeah.

18       Q    What aspects of it?

19       A    The preparation, doing those things, getting

20   things set up, the research, again, being there.  In late

21   May/early June in Florida is pretty hot and pretty

22   miserable.  Being out there handing out literature,

23   talking to people, introducing myself -- as we call it,

24   as we say in South Florida, shaking hands and kissing

25   babies.  That's what I was doing.  I was there working.

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 123

1    I wasn't really there to have a great time.  I was make
2    sure the people knew who I was.
3        Q     So of the 12 to 15 hours a week for those few
4    months related to the Gay Pride Parade, how much of that
5    time do you believe was for doing work for Alderwoods?
6        A     All of that time was.  That was preparation for
7    that.
8        Q     Did any Alderwoods manager instruct you to get
9    involved in the Gay Pride Parade?
10       A     No.
11       Q     Here you ever evaluated at Alderwoods based
12   on your participation in the Gay Pride Parade activity?
13       A     No.
14       Q     Did every employee at your Alderwoods location
15   participate in the Gay Pride Parade activities?
16       A     Let's see.  I would say probably half a dozen
17   people.
18       Q     And this is from the ABC Jennings location or
19   from --
20       A     From all, all of the Kraeer locations, but they
21   were there, again, on my behalf of ABC Jennings to
22   promote that.
23       Q     Did you ask these individuals to participate?
24       A     Actually, they were just there.  So I
25   volunteered them.  I gave them beads and told them to

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 124

1    hand them out.

2         Q    They were just there on their own accord?

3         A    For the most part, yeah.  There were a couple

4    there that were there because of me, though.  Bill

5    Santmyer was there, was one.

6         Q    When you say it was because of you, was it

7    because you told him to be there?

8         A    I asked him if he wanted to go, and he said

9    yes.

10        Q    Did your request that he participate with that

11   -- did you consider that part of the work that he

12   performed for Alderwoods?

13        A    No, I don't really think so.  I don't think it

14   would have been considered that, even though I'm not sure

15   if it was really on the clock when he was there or not.

16   So I'm not certain.

17        Q    Did you report any of the time that you spent

18   involved in the Gay Pride Parade -- the preparation or

19   the parade itself -- on your Alderwoods timecards or

20   time sheets?

21        A    No.

22        Q    Why not?

23        A    I honestly have no idea why I didn't.  I don't

24   know.

25        Q    Were you compensated for any of the time that

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 125

1    you spent in the Gay Pride Parade activities by

2    Alderwoods?

3         A    No.

4         Q    Were you not compensated for that time because

5    you didn't report it?

6         A    That I'm not certain of.  I'm really not

7    certain on that.

8         Q    If you had reported the time that you spent

9    involved in the Gay Pride Parade on your timecards for

10   Alderwoods, you don't know why you would have been

11   compensated for not?

12        A    I'm not certain if I would have.  I'm not sure.

13        Q    Were there any costs associated with your

14   involvement in the Gay Pride Parade?

15        A    There were costs for the beads and things like

16   that that I purchased.

17        Q    Who paid for them?

18        A    I initially paid for them, and then I was

19   reimbursed.

20        Q    By who?

21        A    By my manager, Jeff.

22        Q    So Alderwoods, through Jeff, reimbursed you

23   for the costs associated with the Gay Pride Parade

24   activities?

25        A    Yes.

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 126

1    Q     Did you keep any records, any personal

2    records, of the time you spent involved in the Gay Pride

3    Parade activities?

4    A     The only records that I had were at the funeral

5    home.  So I don't have access to those.

6    Q     But you said you didn't report it on your

7    timecards or time sheets, right?

8    A     As far as the hours, no.

9    Q     Did you ever complain to any Alderwoods

10   management employees for not being compensated for the

11   Gay Pride Parade activities that you were engaged in?

12         MR. LINGLE:  Objection to form.

13   A     I can't recall.  I can't recall if I did or

14   not.

15   Q     Did you ever call the hotline, the Alderwoods

16   hotline, or help line to complain?

17         MR. LINGLE:  Objection to form.

18   A     No, I can't recall.  I'm not sure.

19   Q     During the time you were the location manager,

20   did you require any of the employees that reported to

21   you to participate in any community service activities?

22   A     I encouraged them to do that and tried to get

23   them to do it when they were on the clock.

24   Q     You encouraged them to do it, but did you

25   require them to do it?

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 127

1     A     They were all required to do it.  So my

2   encouragement was:  Here, go out and let's go do

3   something.  Take some money and go do something.

4     Q     You are saying you encouraged them to do it,

5   I believe you said on the clock?

6     A     Uh-hum.

7     Q     What do you mean by that?

8     A     If we were not busy with funerals or something,

9   you know, I will encourage them to do it while they were

10  working.

11     Q     So during your regularly-scheduled hours --

12     A     Right.

13     Q     -- you would encourage them to do it?

14     A     Yes.

15     Q     Did you encourage them to do it after their

16  regularly-scheduled hours?

17     A     Actually, no.

18     Q     Why not?

19     A     Because I didn't like doing it much on my time

20  off.

21     Q     Did the employees that were under your

22  supervision during the time that you were a location

23  manager actually participate in community service

24  activities?

25     A     Bill did some.  I can't remember the

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 128

1    organizations that he did it with, and Edy was very

2    active in her church.

3         Q     I'm sorry.  Who was?

4         A     Edy.  She was my secretary.

5         Q     What is her last name?

6         A     Sands, S-A-N-D-S.

7         Q     You don't remember what activities Bill

8    Santmyer was involved in?

9         A     I really can't recall.  There were a couple of

10   small little things that I know he was doing, but I can't

11   recall what they were.

12        Q     What was the name of the other employee that

13   reported to you?

14        A     That was the weekend secretary.  I can't think

15   of her name.

16        Q     I'm sorry.  I think I asked you that before.

17   I apologize.

18            Did you instruct Mr. Santmyer or Ms. Sands

19   to record the time they spent performing community

20   service work?

21        A     If it was off the clock, they were somewhere

22   else, then I would tell them, you know, make sure and

23   write it down.

24        Q     And did they?

25        A     Typically, they never did anything off the

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 129

1    clock.  So they always did it when they were working.
2        Q    As far as you know, any community service
3    activities that Mr. Santmyer or Ms. Sands engaged in
4    on behalf of Alderwoods, they performed during their
5    regularly-scheduled workday?
6        A    Yes.
7        Q    So would they have been compensated for that
8    time?
9        A    It would have been their regular hours, so yes.
10       Q    Were there any employees that you supervised
11   that did not participate in community service
12   activities?
13       A    Those were the only employees that I
14   supervised.  I haven't had any other employees that I
15   supervised.
16       Q    All of the employees you supervised did
17   participate in community service activities?
18       A    Yes.
19       Q    What would have been the consequence had they
20   not participated in community service activities?
21       A    That would have been up to the general mangers
22   and the operations managers, as far as what would have
23   been said or done.  All I could have done was report that
24   they weren't.
25       Q    Did you evaluate the employees you supervised

Johnstown                Toll-Free               Pittsburgh
814-266-2042           866-565-1929            412-281-7908

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 130

1  based on their participation in any community service

2  activities?

3      A    No.

4      Q    When you were identifying the community

5  service activities that you engaged in, you mentioned

6  volunteer time with different hospitals; is that right?

7      A    Again, with staff, doing things with them, like

8  Holy Cross Hospital is one.  I would volunteer to take

9  out the sisters there, the nuns, spend time with them a

10 little.

11     Q    During what time period between December of

12 2003 and May of 2006 did you engage in that activity?

13     A    It was during the time that I was at ABC

14 Jennings.

15     Q    Was that the only time you participated in

16 that activity?

17     A    Yes.

18     Q    About how much time did you spend engaged in

19 that activity?

20     A    Maybe once a month.

21     Q    About how many hours?

22     A    Just a couple.

23     Q    Just a couple on each occasion?

24     A    Yes.

25     Q    Did you report the time you spent engaged in

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 149

1   would take work home with you?

2        A    I would say a few nights a week when I was at

3   ABC Jennings.

4        Q    Was it only the time period that you were the

5   funeral director/embalmer and a location manager at ABC

6   Jennings that you would take work home with you?

7        A    From 2003 until that time, yeah.

8        Q    You would take work home a few nights a week?

9        A    Two or three nights, yeah.

10       Q    How much time would you spend performing work

11  on those occasions?

12       A    It would vary, an hour, two hours, sometimes

13  three depending on what was going on.

14       Q    What kind of work were you actually doing?

15       A    Doing things for funerals, after meeting with

16  the family, writing up bids, submitting photographs to

17  the papers, contacting other funeral homes, sometimes if

18  they were going to be going out of the state, finalizing

19  paperwork.

20       Q    Any other type of work?

21       A    I can't think what else it would be.  It was

22  just mainly paperwork and things like that.

23       Q    Would you report on your timecards or time

24  sheets hat the time that you spent doing work at home?

25       A    Probably not, no, not that I can think of.

Johnstown            Toll-Free            Pittsburgh
814-266-2042        866-565-1929        412-281-7908

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

1      Q     Why did you not report the time you spent
2   performing this work at home?
3      A     Probably I knew I wasn't going to get paid for
4   it.  I mean, it was just -- I guess in some ways it was
5   better for me to go home.  I lived a tenth of a mile
6   away, and I could do the work there rather than stay
7   until 6:00 or 7 o'clock at the funeral home.
8      Q     It was more convenient for you to do the work
9   at home.  My question was:  Why did you not report the
10  time, not why you did it at home?  But why didn't you
11  report it?
12     A     That I don't know, other than -- I don't know
13  whether they would have paid me for doing the work at
14  home.  They could have said, yeah, you could have done
15  the work tomorrow.  It's hard to do it when you are the
16  only funeral director.
17     Q     So is your answer that you wouldn't report it
18  because you didn't think you would get paid for it?
19     A     That would be partially -- I would think so.
20  Because, I mean, they would say, well, why didn't you
21  stay at the funeral home and do it.  I want to go home.
22  I want to eat.  You know, I want to be home.  I don't
23  want to spend all day here tomorrow and not being able to
24  get it down because the funeral is going on that day.
25            It has to be done.  So it's kind of a choice

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 151

1  if I stay at the funeral home or go home.

2      Q    You are saying you probably didn't report the

3  time you spent doing work at home because you didn't

4  think you would be paid for doing it because you were

5  doing it at home --

6      A    Yeah.

7      Q    -- where you performed it?

8      A    Probably so.  Because, I mean, I probably could

9  have put it down.  I don't know if I would have gotten

10  paid for it, though.  Because, there again, that means

11  that I have to run back and forth to the funeral home,

12  punch in and punch out instead of writing it down on the

13  timecard and being questioned about it.

14          So in some ways it was easier.  You know, I

15  probably should have put it down.

16      Q    So you are saying you probably should have

17  reported the time, but you didn't?

18      A    Yes.

19      Q    Were you compensated for any of the time that

20  you spent doing work from at home?

21      A    No.

22      Q    Why were you not compensated for the time you

23  spent doing work at home?

24      A    That I don't know.  I honestly couldn't tell

25  you that one.

Johnstown                Toll-Free              Pittsburgh
814-266-2042           866-565-1929           412-281-7908

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 152

1    Q    Were you not compensated for the time you

2  spent doing work from home because you didn't report it?

3    A    Some of it, probably, yeah.

4    Q    Is there any other overtime work that you

5  performed that you are claiming you were not compensated

6  for --

7         MR. LINGLE:  Objection to form.

8    Q    -- other than taking work home and the

9  community service work?

10   A    Nothing that I could think of right at the

11 moment.

12   Q    Between December of 2003 and May of 2006, were

13 you ever on-call at Alderwoods?

14   A    Yes.

15   Q    When were you on-call?

16   A    When I worked at CPF, at least twice a month.

17   Q    Any other time periods during which you were

18 on-call?

19   A    When I was the manager of Jennings, all the

20 time.

21   Q    I'm sorry.  You said when you were that

22 manager of Jennings?

23   A    All the time.

24   Q    What do you mean?

25   A    When you are a funeral director, you are

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 153

1  responsible.  So if I have a day off and my phone is

2  ringing, I could be called at any time to answer

3  questions, asking me things, asking me where things are,

4  what to do; anything.

5       Q     You were the manager at ABC Jennings for about

6  a year?

7       A     Just over a year, I believe, yeah.

8       Q     Other than the time that you were at CPF, and

9  when you were the location manager in ABC Jennings, were

10 there any other time periods during which you were

11 on-call?

12      A     Not that I recall, no, not for that time

13 period.

14      Q     Not between December of 2003 and May of 2006?

15      A     Yes.  Yeah.

16      Q     During the time you were at CPF, you said you

17 were on-call at least twice a month?

18      A     At least, yeah.

19      Q     What did it mean for the CPF location to be

20 on-call?

21      A     If someone died, you went and pick them up and

22 brought them back, if they needed to be embalmed, you

23 embalmed them; then if they didn't, then you put them in

24 the cooler.

25      Q     So removals and embalmings?

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 154

1      A      Removals and embalmings, yes.

2      Q      Any other type of work that you would perform

3   while on-call?

4      A      Not at night, no.

5      Q      Where would you typically be when you were

6   on-call?

7      A      Home.

8      Q      Was the on-call schedule set up by that -- who

9   set up the on-call schedule?

10      A      It was in CPF.  It was a little different,

11   because it was mainly -- the person that actually did the

12   night calls during the week, the weekends that he was

13   off, people would be put on-call for that.  It was the

14   same schedule as everybody else, but there was a section

15   on it for night coverage.  So it was the shift that he

16   was on.

17      Q      Who set that up?

18      A      I think -- if I remember correctly -- Wayne

19   Jarvis did.

20      Q      During the time that you were at CPF, you

21   might be on-call on a weeknight or on the weekends?

22      A      Typically, it was the weekends, but other times

23   it would be weeknights, too.

24      Q      Were there any restrictions on what you could

25   do while you were on-call?

809ad07d-c731-4311-a7be-9c994e8b8373

NETWORK DEPOSITION SERVICES
Transcript of Shane Carswell

Page 156

1   the funeral home, get the hearse, go pick up the body,

2   get back and do all of that within an hour.  You're

3   staying home.  It's feasible.  It's just not possible to

4   do it if you are not at home.

5           You really have to stay at home.  So people

6   would stay at the funeral home.

7       Q    During the time you were on-call, did you stay

8   at your house?

9       A    Yes.

10      Q    How would you be contacted?

11      A    They would call my phone, my house phone.

12      Q    Your house phone?

13      A    Yeah.

14      Q    Were there times that you were on-call that

15  you did not perform any work for Alderwoods?

16      A    Maybe once or twice.

17      Q    Almost all the time that you were on-call, you

18  performed some type of work for Alderwoods --

19      A    Yes.

20      Q    -- either a removal or embalming?

21      A    Yes.

22      Q    Did you report the time that you spent

23  performing work for Alderwoods while you were on-call?

24      A    Yes.

25      Q    Did you report it on your timecard?

Johnstown              Toll-Free              Pittsburgh
814-266-2042          866-565-1929          412-281-7908

809ad07d-c731-4311-a7be-9c994e8b8373