**TAB 7**

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

Page 1

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA


DEBORAH PRISE AND HEATHER   *CIVIL ACTION
RADY ON BEHALF OF           *
THEMSELVES AND ALL          *
EMPLOYEES SIMILARY SITUATED*NO. 06-1641
                            *
VERSUS                      *
                            *
ALDERWOODS GROUP, INC.      *
 *   *   *   *   *   *   *   *   * **


                Deposition of MILLARD JUDE
DAIGLE, 2456 Highway 20, Vacherie,

Louisiana 70090, taken in the offices of

Gaudet Kaiser, Certified Court Reporters,

601 Poydras Street, Suite 2003, New

Orleans, Louisiana 70130, on Monday, the

20th day of April, 2009.


Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

da5aa629-e9d2-4503-831f-d3c7f84a1f4e

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

1    claim?
2         A.    Uh-huh (Affirmative Response).
3    Yes.
4         Q.    Were you required to get
5    approval before you worked over 40 hours a
6    week?
7         A.    Yes.
8         Q.    And who required you to do that?
9         A.    Either Billy or Huey.
10        Q.    And how did -- how -- how was it
11   communicated to you that you needed to get
12   pre-approval before you worked over 40
13   hours that week?
14        A.    We were told this in the course
15   of company meetings.
16        Q.    What company meetings?
17        A.    Alderwoods management meetings.
18        Q.    That you attended?
19        A.    Well, the funeral home managers
20   attended.
21        Q.    Did you attend?
22        A.    Not with Alderwoods.
23        Q.    So you did not attend any
24   Alderwoods management meetings?
25        A.    Let me think about that for a

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

```
 1    second.
 2          Q.     Okay.
 3          A.     Yes, I did.
 4          Q.     What Alderwoods management
 5    meetings did you attend?
 6          A.     Whenever they came up.
 7          Q.     And what capacity did you attend
 8    them?
 9          A.     As a funeral director.
10    MS. DOUGLASS:
11                 Objection.
12    EXAMINATION BY MS. MORGAN:
13          Q.     How often would you attend
14    Alderwoods management meetings?
15          A.     Whenever they were called.
16          Q.     How often would that be, like
17    once a month?
18          A.     Once every two or three months.
19          Q.     Where were they held?
20          A.     Different locations, different
21    funeral homes within our group.
22          Q.     And what group is that?  What
23    locations or funeral homes would these
24    meetings be held at?
25          A.     Tharp's, Lamana's, Leitz-Eagan.
```

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

Page 78

1      Q.     Who would attend?

2      A.     Who would attend?

3      Q.     Yes.

4      A.     All of the funeral directors and

5  the funeral home managers.

6      Q.     Anybody else?

7      A.     No, not to my knowledge.

8      Q.     Who would lead the meetings?

9      A.     Usually Billy or Huey Campbell.

10     Q.     Anybody else?

11     A.     That's all I can recall.

12     Q.     And I believe you said that

13  approval for overtime was discussed at the

14  meetings?

15     A.     My understanding and everyone

16  else's understanding was there would be no

17  pre-approval for overtime.

18     Q.     But that's not my question.

19  What I'm asking is -- and I would move to

20  strike that answer as nonresponsive.  My

21  question is whether there were discussions

22  at these meetings about approval for

23  overtime.

24     A.     I can't ever remember them

25  discussing pre-approval.

da5aa629-e9d2-4503-831f-d3c7f84a1f4e

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

1    Q.    You testified that you were
2  required to get approval before you worked
3  over 40 hours a week, correct?
4    A.    That's correct.
5    Q.    Okay.  And you said that it was
6  either Billy or Huey that communicated that
7  to you, correct?
8    A.    That's correct.
9    Q.    Okay.  When did Billy
10  communicate this to you?
11    A.    I would think that it was
12  sometime in 2003.
13    Q.    How did he communicate this to
14  you?
15    A.    Verbally.
16    Q.    What specifically did he say?
17    A.    With regard to pre-approval?
18    Q.    Yes, with regard to pre-approval
19  for overtime -- I'm sorry -- with regard
20  for pre-approval for working more than 40
21  hours a week.
22    A.    Actually there was never a
23  discussion about pre-approval.  What the
24  discussion was, was we were to work 40
25  hours a week, no overtime.  That's what the

da5aa629-e9d2-4503-831f-d3c7f84a1f4e

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

Page 80

1    discussion was, not about pre-approval.

2         Q.    That was the discussion you had

3    with Billy?

4         A.    And Huey.

5         Q.    Okay.  So sometime in 2003,

6    Billy told you that you do could not work

7    more than 40 hours a week?

8         A.    Right.

9         Q.    And you were never told anything

10   by any Alderwoods manager about pre-

11   approval for overtime?

12        A.    We knew about pre-approval.

13   They wouldn't approve it.

14        Q.    Okay.  But what I'm asking is

15   whether you were told anything by any

16   Alderwoods manager about pre-approval for

17   overtime.

18        A.    Specifically, no, because --

19        Q.    So with regard to working more

20   40 hours a week, it's your testimony that

21   Billy Henry verbally told you in 2003 that

22   you could not work more than 40 hours a

23   week, correct?

24        A.    No, that's not what I'm saying.

25        Q.    Okay.

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

Page 81

1     A.    What I'm saying is --

2     Q.    What did Billy tell you?

3     A.    No overtime.

4     Q.    Billy told you you could not

5  work overtime?

6     A.    That's right.

7     Q.    Did you ever seek approval from

8  Billy to work more than 40 hours a week?

9     A.    No.

10     Q.    Did you ever seek approval from

11  anybody at Alderwoods to work more than 40

12  hours a week?

13     A.    No.  I knew there was no need.

14     Q.    But no, you never did seek

15  approval?

16     A.    No.

17     Q.    Did Huey Campbell ever, ever

18  tell you anything about approval for

19  overtime?

20     A.    Not specifically.

21     Q.    Did he ever generally tell you

22  anything about approval for overtime?

23     A.    What he told us was we were not

24  allowed to have any overtime.

25     Q.    When did Huey Campbell tell you

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

da5aa629-e9d2-4503-831f-d3c7f84a1f4e

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

Page 82

1    this?

2         A.    To the best of my recollection,

3    sometime in 2003.

4         Q.    What was the context?

5         A.    I don't specifically recall.  It

6    was not in meeting form or anything.

7         Q.    You said he told -- I think you

8    used the word like we or us.  Who were you

9    referring to?

10        A.    The people at the funeral home,

11   at Lamana's, at that specific location.

12        Q.    And was that all the employees

13   at Lamana-Panno-Fallo?

14        A.    The only employees that weren't

15   there were the part-timers that worked in

16   the evening.  The rest of them, you know,

17   were employees that worked during the day

18   pretty much full-time.

19        Q.    And so all the full-time

20   employees that worked during the day were

21   present when Mr. -- when you heard

22   Mr. Campbell tell you that you were not

23   allowed to have any overtime?

24        A.    Right.

25        Q.    And who were these employees

da5aa629-e9d2-4503-831f-d3c7f84a1f4e

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

1   that were there when Mr. Campbell

2   communicated this?

3       A.    Marilyn Lopiccollo, myself,

4   Kevin Rickmon, Laura Patrick.

5       Q.    What was her job?

6       A.    She was a maid.

7       Q.    I'm sorry I interrupted you.  Go

8   ahead.

9       A.    That's okay.  Those are all I

10  can remember.  Those are full-time people.

11      Q.    Can you take a look at paragraph

12  6 of your affirmation?  And in your -- in

13  paragraph 6 of your affirmation, you claim

14  that while you were employed by Alderwoods,

15  you were aware that Alderwoods had a

16  pre-approval for overtime policy under

17  which employees were not compensated for

18  overtime unless they were pre-approved for

19  paid overtime.  Do you see that?

20      A.    That's correct.

21      Q.    Okay.  What specifically were

22  you told about employees not being

23  compensated for overtime unless they were

24  pre-approved?

25      A.    We knew that you had to get

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

Page 84

1    pre-approval for overtime and we were told
2    time and time again by Billy and Huey no
3    overtime allowed; if you tried to get
4    pre-approval, they wouldn't give it to you,
5    no overtime.
6         Q.    But you testified that neither
7    Billy nor Huey ever specifically
8    communicated anything to you about having
9    to get pre-approval for overtime, correct?
10        A.    There was no need.
11        Q.    Your testimony is what they did
12   tell you was that there would be no
13   overtime allowed?
14        A.    That's correct.
15        Q.    You just testified that if you
16   tried to get pre-approval, they wouldn't
17   give it to you, correct?
18        A.    Well --
19        Q.    Did you ever try to get, did you
20   ever seek approval for working more than 40
21   hours a week?
22        A.    No, I didn't.  There was no
23   need.
24        Q.    Do you know whether any other
25   Alderwoods employees sought pre-approval

da5aa629-e9d2-4503-831f-d3c7f84a1f4e

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

Page 85

1  for overtime?

2      A.    Not to my knowledge.

3      Q.    By that, do you mean you're not

4  aware of any other employees that sought

5  pre-approval for overtime?

6      A.    It -- no.  That's correct.

7      Q.    Mr. Daigle, did you ever work

8  more than 40 hours a week and not report

9  that on your timecards?

10     A.    Yes.

11     Q.    And on those occasions when you

12 worked more than 40 hours a week and did

13 not report that time on your timecards, did

14 you seek approval to work that overtime?

15     A.    No.

16     Q.    Did you ever have overtime, did

17 you ever work more than 40 hours a week and

18 not report that time but get paid for it

19 anyway?

20     A.    No.

21     Q.    Were you ever told that your

22 overtime had to be approved or confirmed in

23 order for payment to be made?

24     A.    No, I was not told that.

25     Q.    Are you aware of any other

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

da5aa629-e9d2-4503-831f-d3c7f84a1f4e

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

1  employees being told that?

2       A.     No.

3       Q.     With respect, Mr. Daigle, to

4  time that you worked over 40 hours a week

5  that you did not report and that you were

6  not paid for, that you're claiming you were

7  not paid for, what work did you perform on

8  those occasions?

9       A.     The work that I performed was

10  on-call duties in the evening.  And I

11  worked, we worked a schedule where we were

12  off every other weekend, okay, but we

13  weren't given any time off during the week,

14  you know, so the time, we actually lost.

15  That would be four days in a month, every

16  other week.

17       Q.     I'm not understanding that.

18       A.     We had a schedule.  You worked

19  one weekend, off another weekend.  But both

20  weeks, we had to work five days, okay?  One

21  weekend we were off.  The next weekend, we

22  were on the weekend.

23       Q.     And when you say we, who are you

24  referring to?

25       A.     Every funeral director.

da5aa629-e9d2-4503-831f-d3c7f84a1f4e

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

Page 132

1      A.     No.
2      Q.     Were you ever told not to clock
3   in until your scheduled start time?
4      A.     Not specifically, no.
5      Q.     Are you aware of any other
6   Alderwoods employee being told not to clock
7   in until their scheduled start time?
8      A.     No, I'm not aware of any.
9      Q.     Were you ever told by anyone at
10  Alderwoods that you were abusing overtime
11  or that your overtime was excessive?
12     A.     No.
13     Q.     Did you ever hear that any other
14  Alderwoods employee was told they were
15  abusing overtime or their overtime was
16  excessive?
17     A.     No.
18     Q.     Do you know whether your manager
19  monitored your overtime?
20     A.     I'm not aware of it.
21     Q.     Do you know whether the overtime
22  of any other Alderwoods employee was
23  monitored?
24     A.     Not that I'm aware of.
25     Q.     Did you ever see or are you

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

Page 139

1          MS. DOUGLASS:

2                Objection.

3          THE WITNESS:

4                Nothing really.

5     EXAMINATION BY MS. MORGAN:

6          Q.     Were you ever told that you

7     would not be paid for time before or after

8     your scheduled work time?

9          A.     Not specifically.

10         Q.     Were you ever paid or not paid

11    for a certain period of time before or

12    after your scheduled work time?

13         A.     Can you rephrase?

14         Q.     Were you ever -- sorry.  Were

15    you ever not paid for a certain period of

16    time before your scheduled work time

17    started or after your scheduled work time

18    ended?

19         A.     The answer to that is simple.  I

20    mean, I was paid for 40 hours a week

21    regardless of what took place.

22         Q.     Are you aware of any Alderwoods

23    employee being told that they would not be

24    paid for time before their scheduled work

25    time or after their scheduled work time?

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

Page 140

1      A.    No.  No.
2      Q.    And do you know whether any
3   other Alderwoods employee was not paid for
4   certain period of time before their
5   scheduled shift or after their scheduled
6   shift?
7      A.    I'm not aware of any.
8      Q.    Did you ever receive a
9   performance evaluation during your
10  employment with Alderwoods?
11     A.    Well, I must have.  Yeah.  I
12  can't recall specifics.
13     Q.    When you say you must have, what
14  do you mean?
15     A.    They were supposed to evaluate
16  employees every year.
17     Q.    So it's your understanding that
18  you were supposed to have an annual
19  evaluation?
20     A.    Right.
21     Q.    Okay.  But you don't recall
22  whether you ever did or not?
23     A.    You know what?  I can remember
24  being told on one occasion that I had an
25  evaluation and this was what the results

da5aa629-e9d2-4503-831f-d3c7f84a1f4e

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

Page 142

1    A.    No.

2    Q.    Were you evaluated based on the

3  community work that you did?

4    A.    Not on community work, no.

5    Q.    Are you aware of whether any

6  other Alderwoods employees received

7  performance evaluations?

8    A.    I'm -- specifically, no.

9    Q.    When Mr. Windham gave you your

10  performance evaluation, what were you

11  evaluated based on?

12    A.    Job performance.

13    Q.    And what did that include?

14    A.    The way I did funerals, the way

15  I did arrangements, how I handled

16  clientele, the amount of complaints or

17  whatever, you know.

18    Q.    And the only performance

19  evaluation you can recall is just the one?

20    A.    That I can remember, yes.

21    Q.    Did Mr. Windham meet with you to

22  go over the results?

23    A.    Yes.

24    Q.    So the two of you talked about

25  the results, but you just don't recall if

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

Page 154

1    A.    That's -- that's -- to the best
2  of my knowledge, that's where I saw it.
3    Q.    Okay.  So you actually saw the
4  binder and saw this, saw this written
5  somewhere?
6    A.    Let me think just a second.  I
7  don't want to testify to anything that I
8  didn't specifically see.  I became -- can I
9  back up?
10    Q.    Yes.
11    A.    I became aware of this because
12  it was told to me verbally by Billy Henry,
13  Huey Campbell; that you had to get
14  pre-approval for overtime, but yet, no
15  overtime was allowed.  We were to only have
16  40 hours a week on our timecard.
17    Q.    And this is the information that
18  you had testified about earlier?
19    A.    Right.
20    Q.    When you got the information
21  from Mr. Henry, when you got the
22  information from Mr. Campbell?
23    A.    Yes.  Yeah.
24    Q.    Okay.  Did Mr. Henry or Mr.
25  Campbell ever communicate anything to you

da5aa629-e9d2-4503-831f-d3c7f84a1f4e

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

Page 155

1    about payment of overtime?

2        MS. DOUGLASS:

3            Objection.

4        THE WITNESS:

5            Did they ever -- say again now.

6    EXAMINATION BY MS. MORGAN:

7        Q.    Did they ever indicate to you

8    anything about payment for overtime?

9        A.    They just said that it was not

10   allowed and that they wouldn't pay it.

11       Q.    So Mr. Henry told you that --

12   did Mr. Henry ever tell you that if that

13   you worked overtime, you wouldn't get paid

14   for it?

15       A.    He never specifically told me

16   that.  He told me that we were expected to

17   do our job and not show any overtime.  Show

18   40 hours a week on your paycheck is what he

19   told us.  Same thing for Huey Campbell.

20       Q.    So did Mr. Henry or Mr. Campbell

21   ever communicate to you that if you did in

22   fact work overtime, you wouldn't get paid

23   for it?

24       A.    They never told me that.

25       Q.    Did any other Alderwoods manager

da5aa629-e9d2-4503-831f-d3c7f84a1f4e

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

Page 156

1    other than Mr. Henry or Mr. Campbell ever

2    inform you about pre-approval for overtime

3    or overtime?

4         A.    The only thing that was

5    mentioned was from Ronnie Windham.  He said

6    the same thing:  We were expected to show

7    40 hours per week on our paycheck, no

8    overtime.  He's the only other person.

9         Q.    Did Mr. Windham ever communicate

10   anything to you about payment for overtime?

11        A.    No.  Didn't have to.

12        Q.    But Mr. Windham never

13   communicated anything about if overtime was

14   worked, whether it would be compensated or

15   not?

16        A.    No.

17        Q.    If you could take a look at

18   paragraph 8 of your affirmation.

19        A.    Okay.

20        Q.    And in your affirmation at

21   paragraph 8, Mr. Daigle, you state that

22   you're also aware that when other employees

23   submitted timecards that reflected overtime

24   hours, which had not been pre-approved,

25   your location manager, Ronnie Windham,

da5aa629-e9d2-4503-831f-d3c7f84a1f4e

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

Page 165

1    Q.    Are you aware of any other

2    Alderwoods employees who -- let me back up.

3          Are you aware of any policy of

4    not including certain types of compensation

5    in employees' overtime pay rate

6    calculations?

7    A.    No, I'm not.

8    Q.    And are you aware of any other

9    Alderwoods employees who -- who's other

10   forms of compensation, like commissions or

11   bonuses, were not included in calculating

12   their overtime pay rate?

13   A.    Specifically, no.

14   Q.    And during the time that you

15   worked for Alderwoods between December 2003

16   and when you separated from Alderwoods the

17   end of November 2005, did you personally do

18   any community-service work?

19   A.    Personally, yeah.

20   Q.    You've identified some community

21   activities that you participated in.  All

22   Saints Day?

23   A.    Correct.

24   Q.    Was that one day a year or --

25   A.    One day.

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

Page 166

1   Q.   Or what did that entail?

2   A.   One day a year, 10 hours

3   probably.

4   Q.   And Carnival or Mardi Gras?

5   A.   Yeah.  Probably the same thing:

6   One day, 10- to 12-hour day.

7   Q.   The Greek festival?

8   A.   Approximately, 10 hours.

9   Q.   Was that once a year?

10   A.   Once a year.

11   Q.   And the Elks Club?

12   A.   Two hours per month.

13   Q.   And you had testified previously

14   that no one at Alderwoods would be aware of

15   your Elks Club participation, is that

16   correct?

17   A.   That's correct.

18   Q.   For the All Saints Day, was

19   there an organization that you had to join

20   or anything to participate in that?

21   A.   No.  It was all of the people

22   that worked for our funeral homes and for

23   our cemeteries that participated.

24   Q.   And was that all the Alderwoods

25   employees who worked at funeral homes just

da5aa629-e9d2-4503-831f-d3c7f84a1f4e

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

1    All Saints Day event fell on a day, on a

2    regular workday, would you have reported

3    that time?

4        A.    Yes.  We would report the

5    regular time, no overtime.

6        Q.    And if All Saints Day fell on a

7    regular workday and you reported the

8    regular time for that day, would you have

9    been compensated for it?

10       A.    We would have been compensated

11   for regular time, but not overtime.

12       Q.    You would have been compensated

13   for the time you actually reported?

14       A.    Eight hours.

15       Q.    And if All Saints Day fell on a

16   day that you were not regularly scheduled

17   to work, would you have reported the time?

18       A.    If it happened on a day where we

19   were not scheduled to work, no, I wouldn't

20   have reported it.

21       Q.    And why not?

22       A.    Because we were just expected to

23   show up.

24       Q.    But no one ever told you not to

25   report it?

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

Page 174

1     A.     That's right.
2     Q.     Did you report the time that you
3   spent in the Mardi Gras event?
4     A.     No, usually didn't.
5     Q.     Why not?
6     A.     During that day, part of the
7   day, that was -- may have been a holiday,
8   but, you know, we worked.  We were there a
9   lot longer than that during the day.
10     Q.     I'm sorry.  So you didn't report
11   it because it was a holiday?
12     A.     Yeah.
13     Q.     Did anyone at Alderwoods ever
14   tell you not to report the time that you
15   spent participating in the Mardi Gras
16   event?
17     A.     No.
18     Q.     Were you compensated for any of
19   the time that you spent in the Mardi Gras
20   event?
21     A.     No.  I take that back.  If it
22   was a holiday, yes.  You know, we were --
23   we were given straight time, but anything
24   after eight hours, no.
25     Q.     So if Mardi Gras day fell on a

da5aa629-e9d2-4503-831f-d3c7f84a1f4e

NETWORK DEPOSITION SERVICES
Transcript of Millard Jude Daigle

Page 175

1  holiday, you were compensated for eight
2  hours of the day?
3       A.    Right.  Right.
4       Q.    And did you spend time above the
5  eight hours?
6       A.    Oh, yes, quite a bit of
7  preparation.  It normally went 12 hours.
8       Q.    Did you report any of the
9  additional time that you spent at the Mardi
10  Gras event?
11       A.    No.  No.
12       Q.    And were you compensated for the
13  time over eight hours?
14       A.    No.
15       Q.    And why did you not report time
16  spent above eight hours?
17       A.    It would not have done any good.
18  We wouldn't have been compensated for it.
19       Q.    But you did not report it?
20       A.    That's correct.
21       Q.    Do you know whether any other
22  employees reported the time they spent at
23  the Mardi Gras event?
24       A.    No.
25       Q.    Do you know whether any other