**TAB 8**

## NETWORK DEPOSITION SERVICES
### Transcript of Steven Detschner

Page 1

VOLUME: I
PAGES: 1 to 251
EXHIBITS: 1 to 14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

Civil Action No. 06-1641

DEBORAH PRISE and HEATHER          )
RADY, on behalf of                 )
themselves and all                 )
employees similarly                )
situated,                          )
       Plaintiffs,             )
                                   )
vs.                                )
                                   )
ALDERWOODS GROUP, INC.,            )
       Defendant.              )


      DEPOSITION OF STEVEN A. DETSCHNER,

called as a witness on behalf of the

Defendant, pursuant to the applicable

provisions of the Federal Rules of Civil

Procedure, before Jeanette N. Maracas,

Registered Professional Reporter and Notary

Public in and for the Commonwealth of

Massachusetts, at the Holiday Inn Hotel,

929 Hingham Street, Rockland, Massachusetts,

on Friday, May 8, 2009, commencing at 9:23

a.m.

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 34

|          |    |    |                                           |
|----------|----|----|-------------------------------------------|
|          | 1  |    | gladly agreed to because I told Jon Blute |
|          | 2  |    | in that interview that I wanted to be a   |
| 10:05:21 | 3  |    | more valuable employee to the funeral home. |
| 10:05:26 | 4  | Q. | So Jon Blute asked you to take the pre-need |
| 10:05:30 | 5  |    | insurance test?                           |
| 10:05:30 | 6  | A. | Yes.                                      |
| 10:05:32 | 7  | Q. | Do you recall exactly what he said?       |
| 10:05:35 | 8  | A. | I don't recall exactly what Jonathan Blute |
| 10:05:38 | 9  |    | said, but I do recall a conversation I had |
| 10:05:40 | 10 |    | with my location manager, David Hunt.     |
| 10:05:46 | 11 | Q. | Sticking with Jon Blute for just a moment, |
| 10:05:48 | 12 |    | did he say that you were required to take |
| 10:05:51 | 13 |    | the pre-need insurance test?              |
| 10:05:53 | 14 | A. | I don't recall the specifics of the       |
| 10:05:56 | 15 |    | conversation other than the fact that the |
| 10:06:00 | 16 |    | pre-need license test was raised up as an |
| 10:06:03 | 17 |    | issue in that interview.                  |
| 10:06:04 | 18 | Q. | Did he say that you were required to get a |
|          | 19 |    | pre-need license as a condition of your   |
| 10:06:11 | 20 |    | employment as a funeral director?         |
| 10:06:12 | 21 |    | MS. GIFFORD:  Objection.                  |
| 10:06:16 | 22 | A. | I do not recall.  However, I do not believe |
| 10:06:21 | 23 |    | it was a condition of my employment, but  |
| 10:06:24 | 24 |    | the outweighing end result was, I believe, |
| 10:06:32 | 25 |    | and I felt that it was a condition of my  |

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 39

| | | |
|---|---|---|
| | 1 | get a pre-need license? |
| | 2 | A. I don't recall the exact conversation, but |
| 10:11:20 | 3 | I know that because I was becoming a |
| 10:11:30 | 4 | licensed funeral director and the rate that |
| 10:11:34 | 5 | they were paying me that I asked for, |
| 10:11:36 | 6 | because the rate was different than what |
| 10:11:39 | 7 | they offered me, that was an issue, but I |
| 10:11:42 | 8 | don't know if there's any further response |
| 10:11:50 | 9 | regarding if I didn't take the test. |
| 10:11:53 | 10 | Q. What does having a pre-need license enable |
| 10:11:56 | 11 | you to do in the funeral industry? |
| 10:11:57 | 12 | A. Sell the pre-need insurance policies for |
| 10:12:10 | 13 | services. |
| | 14 | Q. If you sold pre-need insurance policies, |
| 10:12:12 | 15 | did you have an opportunity to earn |
| 10:12:15 | 16 | commissions on those sales? |
| 10:12:17 | 17 | A. I was under the impression that I would. |
| 10:12:22 | 18 | Q. Did you get your pre-need insurance license? |
| 10:12:25 | 19 | A. No, I didn't. |
| 10:12:28 | 20 | Q. Why not? |
| 10:12:29 | 21 | A. I left the industry prior to taking any sort |
| 10:12:35 | 22 | of examinations. |
| 10:12:36 | 23 | Q. So you had these conversations with Mr. Hunt |
| 10:12:39 | 24 | and Mr. Blute around June 2004, is that |
| 10:12:42 | 25 | right? |

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 59

| | | |
|---|---|---|
| | 1 | we were on call and that was -- it had to |
| | 2 | be approved because we would get called |
| 10:49:24 | 3 | in the middle of the night to go do a |
| 10:49:26 | 4 | removal.  That was part of our job. |
| 10:49:27 | 5 | So to give an example, if I were |
| 10:49:32 | 6 | called at one o'clock in the morning to pick |
| 10:49:34 | 7 | up a dead body, I wouldn't call up my manager |
| | 8 | and ask if it was okay to pick up the dead |
| 10:49:39 | 9 | human body.  You wouldn't, you don't need to |
| 10:49:41 | 10 | ask permission for something like that.  So |
| 10:49:44 | 11 | in those instances I didn't seek pre-approval |
| 10:49:47 | 12 | because it was the understanding that that |
| 10:49:50 | 13 | was required overtime and it was |
| | 14 | pre-approved. |
| 10:49:55 | 15 | An example of unpre-approved |
| 10:49:58 | 16 | overtime is if I was running late at the |
| 10:50:00 | 17 | funeral home and the body had to be ready by |
| | 18 | six o'clock and it was 5:05 and I was five |
| 10:50:08 | 19 | minutes staying passed and it took me half |
| 10:50:10 | 20 | an hour to get the lady's hair ready, I |
| 10:50:14 | 21 | wouldn't put in the 35 minutes of overtime |
| 10:50:18 | 22 | that I worked getting the lady's hair ready |
| 10:50:19 | 23 | for the wake. |
| 10:50:24 | 24 | Q.  Is it your testimony that you would not |
| 10:50:26 | 25 | put in for overtime if you had to stay to |

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 60

|  |  |  |
|---|---|---|
|  | 1 | finish something after five o'clock? |
|  | 2 | A. I don't recall ever putting in for overtime |
| 10:50:33 | 3 | if I was working alone.  I may have, but I |
| 10:50:40 | 4 | don't recall specific instances in my mind, |
| 10:50:46 | 5 | to my recollection, where I actually went |
| 10:50:48 | 6 | up to my time slip and added hours because |
| 10:50:51 | 7 | they couldn't be corroborated with my |
| 10:50:55 | 8 | manager.  If they could be corroborated |
| 10:50:57 | 9 | with my manager and he was there, obviously |
| 10:51:00 | 10 | if he was there with me, he was approving |
| 10:51:02 | 11 | it. |
| 10:51:04 | 12 | So there were instances where I |
| 10:51:07 | 13 | worked overtime with David and I was paid |
| 10:51:09 | 14 | for that overtime and then there's instances |
| 10:51:12 | 15 | where I was the only one at the funeral home |
| 10:51:14 | 16 | and I was there after hours and it couldn't |
|  | 17 | be corroborated.  I'm not sure if it's the |
| 10:51:20 | 18 | exact word, but I couldn't be confirmed and I |
| 10:51:23 | 19 | didn't put in for that time. |
| 10:51:26 | 20 | Q. So in the instances when you did not put |
| 10:51:28 | 21 | in for overtime, is it true that in all of |
| 10:51:32 | 22 | those instances, you were working alone? |
| 10:51:37 | 23 | A. Yes, generally, or I was working with another |
| 10:51:41 | 24 | non-managerial staff. |
| 10:51:43 | 25 | Q. So for all of the unapproved overtime that |

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 61

|  | 1 | you may have not put in for, there was never |
|---|---|---|
|  | 2 | a manager present observing you doing the |
| 10:51:54 | 3 | work? |
| 10:51:57 | 4 | A.   Could you repeat that, please? |
| 10:51:57 | 5 | Q.   So in the instances when you had unapproved |
| 10:52:00 | 6 | overtime that you're saying you didn't |
| 10:52:03 | 7 | report, there was never a manager there |
| 10:52:05 | 8 | observing you doing the work? |
| 10:52:08 | 9 | A.   Sometimes David would be there, but if it |
| 10:52:12 | 10 | wasn't a substantial amount like an hour |
| 10:52:14 | 11 | or more, we wouldn't put in for it.  If it |
| 10:52:17 | 12 | was an hour, 40 minutes, 20 minutes, |
| 10:52:20 | 13 | 15 minutes, we wouldn't put in for it because |
| 10:52:22 | 14 | it was considered petty to be putting in for |
| 10:52:25 | 15 | overtime for 20 minutes block of time or |
|  | 16 | half an hour block of time. |
| 10:52:31 | 17 | And, to my recollection, the other |
| 10:52:34 | 18 | end of the spectrum was in the morning we |
| 10:52:37 | 19 | would come -- say I'd have to do a removal, |
| 10:52:40 | 20 | I get called at six o'clock in the morning |
| 10:52:43 | 21 | and I would do a removal or I'd get called |
| 10:52:45 | 22 | at 7:30 in the morning so I had to be at |
| 10:52:48 | 23 | work half an hour before.  I don't recall |
| 10:52:51 | 24 | if I had put in for time before my eight |
| 10:52:57 | 25 | hours, before my eight hours of work started, |

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 62

| | | |
|---|---|---|
| | 1 | so there were instances where I showed up |
| | 2 | for work early.  I can't give you exact |
| 10:53:06 | 3 | instances because I can't recall the exact |
| 10:53:08 | 4 | times, but there were times when it was |
| 10:53:09 | 5 | required that I report to work a little bit |
| 10:53:13 | 6 | early and I didn't put in for it because it |
| 10:53:16 | 7 | would be 20 minutes until starting time, |
| 10:53:18 | 8 | and to be putting in for 20 minutes of |
| 10:53:21 | 9 | overtime was considered petty and it wasn't |
| 10:53:23 | 10 | considered in good taste. |
| 10:53:27 | 11 | Q. Did anyone tell you not to put in for |
| 10:53:31 | 12 | 20 minutes of overtime if you had to come |
| 10:53:34 | 13 | in to work early? |
| 10:53:34 | 14 | A. I don't recall if there's any specific |
| | 15 | conversation.  There very well may have |
| 10:53:38 | 16 | been.  There was certainly no admonishment |
| 10:53:43 | 17 | if I had done it before.  If there's any, |
| 10:53:46 | 18 | I was never admonished for putting it in. |
| 10:53:50 | 19 | I don't recall if I ever did.  It was a |
| 10:53:52 | 20 | general attitude around the workplace that |
| 10:53:54 | 21 | there were concessions that we had to make |
| 10:53:55 | 22 | as employees to come in early or stay late. |
| 10:53:59 | 23 | It was part of the job. |
| 10:53:59 | 24 | Q. Did anyone from Alderwoods say anything to |
| 10:54:02 | 25 | you that made you feel that that was the |

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 63

| | | |
|---|---|---|
| | 1 | general understanding in the workplace? |
| | 2 | A. I don't recall if there's any conversation, |
| 10:54:13 | 3 | but I'm certainly not going to be the sole |
| 10:54:16 | 4 | employee putting in for 20 minutes overtime |
| 10:54:18 | 5 | when all of my fellow colleagues are not. |
| 10:54:21 | 6 | I'm not going to stand out in any way in a |
| 10:54:24 | 7 | negative light.  I was there to try to make |
| 10:54:26 | 8 | a good name for myself, and when the time |
| 10:54:28 | 9 | came, I wanted to be promoted and rise up |
| 10:54:31 | 10 | and be -- and in addition to promotions, I |
| 10:54:36 | 11 | wanted a higher salary so I could have a |
| 10:54:40 | 12 | better quality of life.  I was doing things |
| 10:54:45 | 13 | so that I would have a better career there |
| | 14 | and I wasn't going to be nickel and diming |
| 10:54:49 | 15 | the company for 20 minutes.  I wasn't going |
| 10:54:53 | 16 | to be ruffling any feathers by being the |
| 10:54:55 | 17 | only guy putting in for overtime. |
| 10:54:57 | 18 | Q. Because you were interested in advancing in |
| 10:55:00 | 19 | the company? |
| 10:55:00 | 20 | A. Right.  As I said before, it wasn't in good |
| 10:55:02 | 21 | taste, and I wasn't going to be the only |
| 10:55:06 | 22 | employee viewed in a distasteful manner. |
| 10:55:12 | 23 | MS. DUGAN:  Can you please mark |
| 10:55:14 | 24 | this. |
| | 25 | (Exhibit 2 marked for |

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 68

|  |  |  |
|---|---|---|
|  | 1 | and Nickerson Funeral Homes, embalmings |
|  | 2 | were counted as two hours and removal was |
| 11:01:22 | 3 | counted as additional hours and there were |
| 11:01:23 | 4 | times when it took longer. |
| 11:01:33 | 5 | Q.  So as a general practice, then, for you, |
| 11:01:36 | 6 | you would report overtime if it was a |
| 11:01:39 | 7 | substantial amount of time, you said? |
| 11:01:42 | 8 | MS. GIFFORD:  Objection. |
|  | 9 | Q.  What I'm trying to understand is how you |
| 11:01:44 | 10 | personally decided when you would or would |
| 11:01:46 | 11 | not report the overtime hours? |
| 11:01:48 | 12 | MS. GIFFORD:  Objection.  I think |
| 11:01:50 | 13 | that misconstrues what he said. |
| 11:01:52 | 14 | Q.  That's what I'm trying to understand.  How |
| 11:01:54 | 15 | did you decide when you would report or not |
| 11:01:56 | 16 | report overtime? |
| 11:01:58 | 17 | A.  If it could be corroborated with my manager, |
| 11:02:04 | 18 | if I could justify it.  If I couldn't justify |
| 11:02:08 | 19 | it, then I can't track it if I couldn't |
| 11:02:12 | 20 | justify it. |
| 11:02:14 | 21 | Q.  What do you mean by "justify it"? |
| 11:02:16 | 22 | A.  I mean, there had to be a reason why I |
| 11:02:20 | 23 | was there, and if it wasn't a substantial |
| 11:02:27 | 24 | project, then it was expected to be done |
| 11:02:30 | 25 | before I left, and there are times when |

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 69

|  | 1 | | the project wasn't completed and it was |
|  | 2 | | necessary to stay a little later. |
| 11:02:37 | 3 | Q. | Okay.  So is it your understanding that |
| 11:02:40 | 4 | | the actual practice where you worked was a |
| 11:02:44 | 5 | | little different from what appears in |
| 11:02:47 | 6 | | Exhibit 2 where it says to record all hours |
| 11:02:50 | 7 | | actually worked? |
|  | 8 | A. | I know that we didn't record every single |
| 11:03:05 | 9 | | minute of time worked.  That's all I can |
| 11:03:07 | 10 | | really say.  I don't really know if it was |
| 11:03:12 | 11 | | in the policy, if we were following policy |
| 11:03:15 | 12 | | at the time.  I've never seen this policy |
| 11:03:18 | 13 | | here before so I can't really comment on |
| 11:03:20 | 14 | | whether we were following policy. |
| 11:03:23 | 15 | Q. | Okay.  The second bullet point -- or not |
| 11:03:29 | 16 | | the second.  The second-to-the-last bullet |
| 11:03:33 | 17 | | point states that "completed time cards, |
| 11:03:37 | 18 | | sheet are to be signed by the employee to |
| 11:03:40 | 19 | | verify that the card accurately documents |
| 11:03:42 | 20 | | the actual hours worked."  Did you sign your |
| 11:03:46 | 21 | | time cards? |
| 11:03:47 | 22 | A. | Yes. |
| 11:03:49 | 23 | Q. | And what did that signature -- what did you |
| 11:03:51 | 24 | | think that signature meant? |
| 11:03:53 | 25 | A. | That I was being honest with the time that |

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 77

|          |    |    |                                                        |
|----------|----|----|--------------------------------------------------------|
|          | 1  | A. | No.                                                    |
|          | 2  | Q. | So you only used these forms if you were               |
| 11:19:55 | 3  |    | working in excess of eight hours on a given            |
| 11:19:57 | 4  |    | day, is that right?                                    |
| 11:19:58 | 5  | A. | Yes.                                                   |
| 11:19:59 | 6  | Q. | Or if you were working on a day that you were          |
| 11:20:02 | 7  |    | scheduled to be off, is that accurate?                 |
| 11:20:03 | 8  | A. | That's accurate.                                       |
| 11:20:04 | 9  | Q. | Okay.  On the second page, 2494, does your             |
| 11:20:14 | 10 |    | signature appear on this page?                         |
| 11:20:15 | 11 | A. | Yes.                                                   |
| 11:20:17 | 12 | Q. | What was the purpose of your signature on              |
| 11:20:19 | 13 |    | this form?                                             |
| 11:20:25 | 14 | A. | I was signing that I worked two hours of               |
| 11:20:28 | 15 |    | overtime completing a removal that commenced           |
| 11:20:33 | 16 |    | at 5:00 p.m. when I was off duty.  Apparently          |
| 11:20:36 | 17 |    | when I was off of my regular eight-hour                |
| 11:20:40 | 18 |    | shift, I was on call and it started at 5:00            |
| 11:20:45 | 19 |    | a.m. and it ended at 7:00 p.m. on the 26th,            |
| 11:20:51 | 20 |    | 5:00 p.m., it started at 5:00 p.m. and ended           |
| 11:20:55 | 21 |    | at 7:00 p.m.  It was a two-hour removal.               |
| 11:21:01 | 22 | Q. | So does your signature verify the accuracy             |
| 11:21:05 | 23 |    | of this information that you filled out?               |
|          | 24 |    | Is that what you're saying?                            |
| 11:21:09 | 25 |    | MS. GIFFORD:  Objection.                               |

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 78

|  |  |  |
|--|--|--|
|  | 1 | A. My signature verifies that it took at least |
|  | 2 | two hours to do this removal. |
| 11:21:18 | 3 | Q. So the actual times that you wrote the 5:00 |
| 11:21:22 | 4 | p.m. to 7:00 p.m., may not be the actual time |
| 11:21:26 | 5 | that you performed the work? |
| 11:21:29 | 6 | A. I may have taken a little longer. |
| 11:21:32 | 7 | Q. It may have taken less than two hours? |
| 11:21:34 | 8 | A. It's possible. |
| 11:21:37 | 9 | Q. So you may have recorded two hours and |
| 11:21:41 | 10 | actually worked more than two hours? |
| 11:21:42 | 11 | A. That's correct. |
| 11:21:43 | 12 | Q. Or you may have recorded two hours and |
| 11:21:45 | 13 | actually worked less than two hours? |
| 11:21:49 | 14 | A. It's possible.  Funerals, embalmings -- I'm |
| 11:21:55 | 15 | sorry.  Removals in this case of 12604 were |
| 11:22:03 | 16 | credited in two-hour blocks.  It was a |
| 11:22:06 | 17 | minimum.  It was a two-hour block is what |
| 11:22:09 | 18 | you were compensated for. |
| 11:22:10 | 19 | Q. Okay.  And there's a signature on the line |
| 11:22:16 | 20 | beside Authorization.  Whose signature is |
| 11:22:20 | 21 | that, do you know? |
| 11:22:21 | 22 | A. It's not legible.  I don't know.  I can't |
|  | 23 | say with absolute certainty whose signature |
| 11:22:34 | 24 | it is. |
| 11:22:34 | 25 | Q. Do you know what was the purpose of that |

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 82

| | | |
|---|---|---|
| | 1 | Q. You said in this instance, for example, doing |
| | 2 | a removal from 7:00 to 9:00 p.m., you would |
| 11:26:42 | 3 | not have had verbal pre-approval for that |
| 11:26:46 | 4 | overtime? |
| 11:26:46 | 5 | A. Right. |
| 11:26:47 | 6 | Q. So this signature can't mean that you had |
| 11:26:52 | 7 | pre-approval, is that right? |
| 11:26:53 | 8 | MS. GIFFORD: Objection. |
| 11:26:56 | 9 | A. The definition of pre-approval was never, |
| 11:27:00 | 10 | it isn't clear. Verbal pre-approval on a |
| 11:27:05 | 11 | memo, there's no clear way to determine |
| 11:27:08 | 12 | what exactly is pre-approved overtime. The |
| 11:27:12 | 13 | only way that I interpret pre-approved |
| 11:27:16 | 14 | overtime is if my manager was there with me |
| 11:27:19 | 15 | and said go ahead and stay until six o'clock |
| 11:27:22 | 16 | tonight and we're going to pay for it. Other |
| 11:27:24 | 17 | than that, there's certain things in the |
| 11:27:29 | 18 | course of our duties that are required, |
| | 19 | and being on call and doing removals is |
| 11:27:35 | 20 | required. To say that removals are approved |
| 11:27:39 | 21 | overtime, it's accurate. To say that I'm |
| 11:27:42 | 22 | going to be compensated for every minute |
| 11:27:46 | 23 | worked is not accurate. To say that I'm |
| 11:27:49 | 24 | compensated for two hours for removal was |
| 11:27:56 | 25 | accurate. |

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 111

| | | |
|---|---|---|
| | 1 | vault and Fougiere, so I may have called |
| | 2 | various agencies regarding the funeral. |
| 12:13:08 | 3 | I'm not exactly certain on what this one |
| 12:13:12 | 4 | hour of overtime is in reference to |
| 12:13:21 | 5 | specifically. |
| 12:13:21 | 6 | Q. So it may actually reflect more than one |
| 12:13:21 | 7 | phone call or something in that time? |
| 12:13:21 | 8 | A. It's possible. |
| | 9 | (Exhibit 9 marked for |
| 12:13:45 | 10 | identification.) |
| 12:13:45 | 11 | Q. Handing you Exhibit 9, I'd like to ask you |
| 12:13:48 | 12 | about the time sheet for September 23rd. |
| 12:13:55 | 13 | It's Page ALD 002647. |
| | 14 | A. Okay. |
| 12:14:04 | 15 | Q. You reported three hours of overtime for |
| 12:14:06 | 16 | CPR training.  What did that entail? |
| 12:14:11 | 17 | A. I'm not certain exactly what the nature of |
| 12:14:15 | 18 | this was.  We were told that there's CPR |
| 12:14:23 | 19 | training.  Actually, all I can say is that |
| 12:14:25 | 20 | I wrote CPR training down and I wrote three |
| 12:14:28 | 21 | hours from 5:00 p.m. to 8:00 p.m. I don't |
| 12:14:36 | 22 | know anything other than that I wrote it |
| 12:14:38 | 23 | down here.  This is my handwriting. |
| 12:14:40 | 24 | Q. If you look at the first page of Exhibit 9, |
| 12:14:43 | 25 | for Thursday, September 23rd, it has listed |

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 112

|  |  |  |  |
|---|---|---|---|
| | 1 | | regular, eight hours, overtime, three hours. |
| | 2 | | So does that suggest to you that this 5:00 |
| 12:14:55 | 3 | | to 8:00 p.m. was after you worked the regular |
| 12:15:02 | 4 | | shift? |
| 12:15:05 | 5 | A. | Does this suggest that that was after my |
| 12:15:07 | 6 | | work hours?  Is that what you're asking me? |
| 12:15:10 | 7 | Q. | Yes.  It appears that you were scheduled |
| 12:15:11 | 8 | | for eight hours to work on 9/23.  You |
| 12:15:14 | 9 | | did, and then you stayed three extra hours |
| 12:15:17 | 10 | | for CPR training.  Is that what's reflected |
| 12:15:20 | 11 | | here? |
| 12:15:21 | 12 | A. | The fact that I attended CPR training, I |
| | 13 | | don't recall where I attended, whether it |
| 12:15:26 | 14 | | was there or another location. |
| 12:15:29 | 15 | Q. | But it was immediately after your shift |
| 12:15:32 | 16 | | ended, it appears? |
| 12:15:33 | 17 | A. | It appears. |
| 12:15:34 | 18 | Q. | Okay.  And if you would turn to the |
| 12:15:41 | 19 | | second-to-the-last page in this pack marked |
| 12:15:46 | 20 | | ALD 002650 for September 29, 2004, you |
| 12:15:58 | 21 | | reported four hours of overtime for CEUS |
| 12:16:02 | 22 | | on day off. |
| 12:16:03 | 23 | A. | Okay.  CEUS, continuing education.  I don't |
| 12:16:15 | 24 | | know what the U stands for.  I don't know |
| 12:16:19 | 25 | | what the U stands for. |

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 113

|  |  |  |  |
|---|---|---|---|
|  | 1 | Q. | Units? |
|  | 2 | A. | It's possible, and then the S is just because |
| 12:16:24 | 3 |  | it's plural and on a day off. |
| 12:16:28 | 4 | Q. | So what does -- strike that.  "Continuing |
| 12:16:34 | 5 |  | education on day off," what does that mean? |
| 12:16:36 | 6 | A. | It appears that I was mandated to come in |
| 12:16:38 | 7 |  | on my day off and I put in for compensation |
| 12:16:44 | 8 |  | for that. |
| 12:16:44 | 9 | Q. | For attending a class, or something like |
| 12:16:48 | 10 |  | that?  What would the continuing education |
| 12:16:50 | 11 |  | have been? |
|  | 12 | A. | Traditionally it was in a class-type format. |
| 12:16:55 | 13 | Q. | And that was your day off in this case? |
| 12:16:59 | 14 | A. | Yes. |
| 12:17:00 | 15 |  | MS. DUGAN:  Do you want to take a |
| 12:17:01 | 16 |  | break? |
| 12:17:01 | 17 |  | MS. GIFFORD:  Sure. |
|  | 18 |  | (Lunch break) |
|  | 19 |  |  |
|  | 20 |  |  |
| 12:39:54 | 21 |  | AFTERNOON SESSION |
| 12:49:01 | 22 |  | BY MS. DUGAN: |
| 12:49:14 | 23 | Q. | Mr. Detschner, did you receive any type of |
| 12:49:20 | 24 |  | compensation at Alderwoods besides your |
| 12:49:23 | 25 |  | hourly wage? |

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 114

|  |  |  |  |
|---|---|---|---|
|  | 1 | A. | I believe, to my recollection, there was |
|  | 2 |  | the yearly bonus. |
| 12:49:34 | 3 | Q. | Do you personally recall that you received |
| 12:49:35 | 4 |  | a yearly bonus? |
| 12:49:38 | 5 | A. | It's my recollection that I did. |
| 12:49:40 | 6 | Q. | How many bonuses do you recall receiving? |
| 12:49:44 | 7 | A. | I believe it was at least one for one year. |
| 12:49:50 | 8 |  | It was a yearly bonus. |
| 12:49:52 | 9 | Q. | Besides that yearly bonus, were there any |
| 12:49:55 | 10 |  | other types of bonuses that you received? |
|  | 11 | A. | No. |
| 12:50:00 | 12 | Q. | Do you know how the amount of the yearly |
| 12:50:06 | 13 |  | bonus was determined? |
| 12:50:09 | 14 | A. | I'm not entirely certain.  I believe that |
| 12:50:11 | 15 |  | it was a percentage of my income.  It was a |
| 12:50:18 | 16 |  | cost-of-living raise is, I think, what it |
| 12:50:21 | 17 |  | was also known as, a cost-of-living bonus. |
| 12:50:25 | 18 | Q. | You're not sure how that was calculated? |
| 12:50:28 | 19 | A. | I'm not sure the inner workings of that. |
| 12:50:34 | 20 | Q. | Did you receive any commissions during |
| 12:50:36 | 21 |  | your employment with Alderwoods? |
| 12:50:37 | 22 | A. | No. |
| 12:50:43 | 23 | Q. | Or any other forms of pay besides your |
| 12:50:45 | 24 |  | hourly wage, a bonus, any other forms of |
| 12:50:48 | 25 |  | pay you can recall? |

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 125

|  |  |  |  |
|--|--|--|--|
| | 1 | | I raised the issue, as did another employee. |
| | 2 | | I do not recall exactly who it was, but I |
| 01:04:56 | 3 | | remember that it was a topic of conversation |
| 01:05:00 | 4 | | for a certain period of time. |
| 01:05:01 | 5 | Q. | Specifically the issue of on-call work? |
| 01:05:03 | 6 | A. | On-call work. |
| 01:05:04 | 7 | Q. | You raised that issue with David Hunt, is |
| 01:05:07 | 8 | | that right? |
| 01:05:07 | 9 | A. | I brought it up with David Hunt. |
| 01:05:08 | 10 | Q. | Did you raise any other informal complaints |
| 01:05:12 | 11 | | to Alderwoods besides that? |
| 01:05:13 | 12 | A. | I may have, and I'm not exactly certain.  I |
| 01:05:18 | 13 | | may have mentioned it to Jerry Tilton as |
| 01:05:21 | 14 | | well.  I know Jerry Tilton was aware of it, |
| 01:05:23 | 15 | | though. |
| 01:05:23 | 16 | Q. | You may have raised the on-call complaint to |
| 01:05:25 | 17 | | Jerry Tilton? |
| 01:05:26 | 18 | A. | I may have mentioned it.  I do not believe |
| 01:05:29 | 19 | | that I was the original member that pointed |
| 01:05:32 | 20 | | it out. |
| 01:05:42 | 21 | Q. | And what exactly did you complain about to |
| 01:05:46 | 22 | | David Hunt with respect to on-call work? |
| 01:05:48 | 23 | A. | I mentioned that when we were on call, we |
| | 24 | | would spend time on the telephone talking |
| 01:05:57 | 25 | | to different family members, newspapers |

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 126

|  |  |  |
|---|---|---|
|  | 1 | regarding obituaries, or even people would |
|  | 2 | call up and ask for information on funerals. |
| 01:06:10 | 3 | And it was the general feeling among all |
| 01:06:15 | 4 | the employees, it was common practice that |
| 01:06:19 | 5 | you only put in when you're on call for when |
| 01:06:21 | 6 | you physically left the building.  That was |
| 01:06:23 | 7 | brought up, that if we used the phone on our |
| 01:06:33 | 8 | on-call time, it was on our own, we weren't |
| 01:06:37 | 9 | to put in for time on the telephone when |
| 01:06:42 | 10 | we're on call. |
| 01:06:43 | 11 | Q.  We had seen some examples of time that you |
| 01:06:47 | 12 | reported for phone calls made earlier, |
| 01:06:49 | 13 | didn't we?  Do you recall? |
| 01:06:51 | 14 | A.  I recall looking at one in particular thing. |
| 01:06:54 | 15 | Q.  So there may have been some instances where |
| 01:06:56 | 16 | you reported overtime for time spent making |
| 01:06:59 | 17 | phone calls? |
| 01:06:59 | 18 | A.  If I was in the building, yes.  If I was at |
| 01:07:01 | 19 | home -- |
| 01:07:02 | 20 | MS. GIFFORD:  When you say in the |
| 01:07:03 | 21 | building, you mean in the funeral home? |
| 01:07:04 | 22 | A.  At the funeral home. |
|  | 23 | Q.  So you reported phone time if you were in |
| 01:07:09 | 24 | the building? |
| 01:07:10 | 25 | A.  Right. |

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65

Case3:08-cv-01184-SI   Document219-27   Filed11/13/09   Page21 of 38

Page 139

|  |  |  |  |
|--|--|--|--|
| | 1 | | for any on-call work besides handling phone |
| | 2 | | calls away from the funeral home? |
| 01:21:43 | 3 | A. | Are you referring to before I was a funeral |
| 01:21:45 | 4 | | director? |
| 01:21:45 | 5 | Q. | At any point in time, do you claim that you |
| 01:21:48 | 6 | | performed on-call work and were unpaid for |
| 01:21:52 | 7 | | on-call work? |
| 01:21:52 | 8 | A. | Yes. |
| 01:21:53 | 9 | Q. | For doing anything other than answering |
| | 10 | | phone calls away from the funeral home or |
| 01:21:57 | 11 | | is the phone call the thing that you claim |
| 01:22:00 | 12 | | you weren't compensated for? |
| 01:22:01 | 13 | A. | Phone calls are what stand out in my mind. |
| 01:22:04 | 14 | Q. | Okay. |
| 01:22:06 | 15 | A. | I don't want to -- there may have been other |
| 01:22:09 | 16 | | instances, dropping off paperwork, something |
| 01:22:12 | 17 | | after hours, but I can't recall any |
| 01:22:14 | 18 | | specifics. |
| 01:22:15 | 19 | Q. | With respect to this lawsuit, is it the |
| 01:22:16 | 20 | | phone call time that you're complaining |
| 01:22:18 | 21 | | about in this case? |
| 01:22:21 | 22 | A. | I would say the phone call time would be |
| 01:22:23 | 23 | | the primary, would be one of the primary |
| 01:22:27 | 24 | | factors in this. |
| 01:22:27 | 25 | Q. | And you did not handle phone calls when |

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 140

|  |  |  |
|---|---|---|
| | 1 | on call until the time that you were a |
| | 2 | funeral director, is that right? |
| 01:22:34 | 3 | A. That's pretty accurate to state, yeah. |
| 01:22:36 | 4 | Q. So your complaint with respect to unpaid |
| 01:22:39 | 5 | on-call work has to do with the time period |
| 01:22:41 | 6 | after you became a funeral director, is |
| 01:22:43 | 7 | that right, and were handling the phone |
| 01:22:45 | 8 | calls at home? |
| | 9 | A. Regarding phone call work, yes. |
| 01:22:51 | 10 | Q. And you raised the issue with David Hunt, |
| 01:22:55 | 11 | you said, sometime after June 2004? |
| 01:22:58 | 12 | A. Right. |
| 01:22:58 | 13 | Q. What did you say to Mr. Hunt? |
| 01:23:00 | 14 | A. I remember pointing out to David that the |
| 01:23:04 | 15 | Massachusetts fair labor laws stated that |
| 01:23:07 | 16 | any individual that was working on an on-call |
| 01:23:11 | 17 | basis should be compensated for, I believe, |
| 01:23:15 | 18 | if my recollection serves me correctly, four |
| 01:23:17 | 19 | hours of overtime rate pay to be on call. |
| 01:23:22 | 20 | Q. Just to be available on call? |
| 01:23:24 | 21 | A. That's correct. |
| 01:23:26 | 22 | Q. So your complaint was that you weren't |
| 01:23:27 | 23 | being compensated just for being on call, |
| 01:23:31 | 24 | regardless of what you actually did while |
| 01:23:32 | 25 | on call? |

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

|           |    |    |                                                      |
|-----------|----|----|------------------------------------------------------|
|           | 1  |    | that you feel need to be revised to more             |
|           | 2  |    | accurately reflect the truth?                        |
| 01:31:53  | 3  | A. | No.                                                  |
| 01:32:01  | 4  | Q. | If you look at Paragraph 8 of the                    |
| 01:32:07  | 5  |    | affirmation, it states, "throughout my               |
| 01:32:08  | 6  |    | employment with Alderwoods, I often worked           |
| 01:32:11  | 7  |    | overtime that was not pre-approved." You             |
| 01:32:14  | 8  |    | had mentioned before that the term                   |
| 01:32:19  | 9  |    | "pre-approval" could possibly have various           |
| 01:32:21  | 10 |    | meanings. So can you explain to me what you          |
| 01:32:24  | 11 |    | meant in Paragraph 8 when you stated that            |
| 01:32:25  | 12 |    | you often worked overtime that was not               |
| 01:32:29  | 13 |    | pre-approved?                                         |
| 01:32:30  | 14 | A. | Coming in early in small blocks of time or           |
| 01:32:33  | 15 |    | staying late in small blocks of time or              |
| 01:32:36  | 16 |    | being on the telephone for small blocks of           |
| 01:32:40  | 17 |    | time. When I say small blocks of time, I             |
| 01:32:42  | 18 |    | mean less than an hour.                              |
| 01:32:44  | 19 | Q. | Okay. In those instances when you, the               |
| 01:32:57  | 20 |    | blocks of less than an hour that you just            |
| 01:32:59  | 21 |    | referred to, did you ever seek pre-approval          |
| 01:33:03  | 22 |    | for working those small blocks of time?              |
| 01:33:08  | 23 | A. | I don't recall if I verbally did. I don't            |
| 01:33:11  | 24 |    | remember ever attempting to document time            |
| 01:33:16  | 25 |    | and being denied for it, but there may have          |

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 148

| | | | |
|---|---|---|---|
| | 1 | | been instances where that was the case. |
| | 2 | Q. | But none that you recall, is that right? |
| 01:33:21 | 3 | A. | I don't recall any issues that stand out |
| 01:33:23 | 4 | | in my mind at this time. |
| 01:33:24 | 5 | Q. | So you have no recollection of ever seeking |
| 01:33:27 | 6 | | pre-approval and being denied? |
| 01:33:36 | 7 | A. | I don't recall.  It may have happened.  I |
| 01:33:42 | 8 | | may have -- |
| 01:33:42 | 9 | Q. | I don't want you to speculate about what |
| 01:33:42 | 10 | | may have happened.  If you have no |
| 01:33:42 | 11 | | recollection of it happening -- |
| 01:33:44 | 12 | A. | I have no recollection. |
| 01:33:45 | 13 | Q. | Okay.  The rest of that sentence in Paragraph |
| 01:34:02 | 14 | | 8 reads, "I often worked overtime that was |
| 01:34:06 | 15 | | not pre-approved and I was not compensated |
| 01:34:08 | 16 | | for such time."  Were you ever compensated |
| 01:34:17 | 17 | | for overtime that you did not have |
| 01:34:21 | 18 | | pre-approved? |
| 01:34:21 | 19 | | MS. GIFFORD:  Objection.  You can |
| 01:34:26 | 20 | | go ahead. |
| 01:34:27 | 21 | A. | Let me think about that.  Could you repeat |
| 01:34:29 | 22 | | that, please? |
| 01:34:30 | 23 | | MS. DUGAN:  Could you read that |
| 01:34:31 | 24 | | back, please? |
| | 25 | | (Question read) |

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 149

| | | | |
|---|---|---|---|
| | 1 | A. | No.  All the overtime that we documented |
| | 2 | | was following the guidelines of being |
| 01:35:03 | 3 | | pre-approved. |
| 01:35:03 | 4 | Q. | When you say following the guidelines of |
| 01:35:07 | 5 | | pre-approved, you didn't always have verbal |
| 01:35:10 | 6 | | approval in advance of performing the work, |
| 01:35:14 | 7 | | did you? |
| 01:35:15 | 8 | A. | Not verbal approval.  There was a standard. |
| 01:35:17 | 9 | Q. | An understood, there was an understanding |
| 01:35:20 | 10 | | that certain tasks were already pre-approved? |
| 01:35:23 | 11 | A. | Pre-approved and designated for certain |
| 01:35:26 | 12 | | periods of time blocks. |
| 01:35:32 | 13 | Q. | In those instances, you didn't need any |
| 01:35:34 | 14 | | kind of verbal okay from a manager before |
| 01:35:38 | 15 | | performing those types of work, is that |
| 01:35:39 | 16 | | right? |
| 01:35:41 | 17 | A. | For certain instances, that's correct. |
| 01:35:43 | 18 | Q. | And you would be paid for that time? |
| 01:35:46 | 19 | A. | Yes. |
| 01:35:48 | 20 | Q. | So the only time for which you claim you |
| 01:35:52 | 21 | | weren't paid are blocks of less than an |
| 01:35:57 | 22 | | hour that you may have worked before or |
| 01:35:59 | 23 | | after a shift or after the shift in the |
| | 24 | | evening, is that right? |
| 01:36:05 | 25 | A. | Right, before or after my eight o'clock to |

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 150

| | | |
|---|---|---|
| | 1 | 5:00 p.m. shift and over the -- let's say |
| | 2 | if an embalming took a little longer than |
| 01:36:20 | 3 | a two-hour block, that was the standard time |
| 01:36:23 | 4 | issuance for removal and embalming, would be |
| 01:36:27 | 5 | a three-hour block.  If it took me three |
| 01:36:30 | 6 | and a half hours, we would document the three |
| 01:36:32 | 7 | hours we worked because that was a standard. |
| 01:36:34 | 8 | Q.  Did you ever document more than three hours |
| 01:36:36 | 9 | for an embalming if it was a difficult |
| 01:36:39 | 10 | embalming that for some reason took longer? |
| 01:36:41 | 11 | A.  If it was understood that it could be |
| 01:36:43 | 12 | justified. |
| 01:36:43 | 13 | Q.  If you felt it could be justified? |
| 01:36:45 | 14 | MS. GIFFORD:  Objection. |
| 01:36:48 | 15 | Q.  I don't know what you mean, "if it could be |
| 01:36:50 | 16 | justified." |
| 01:36:54 | 17 | A.  There are certain extenuating circumstances |
| 01:36:55 | 18 | that would make an embalming take longer |
| 01:36:59 | 19 | than others.  If it was a pretty normal |
| 01:37:01 | 20 | case, your two hours removal and one hour |
| 01:37:05 | 21 | for embalming would suffice.  If it took |
| 01:37:09 | 22 | longer and you can explain why it took longer |
| | 23 | and the manager agreed that that was all |
| 01:37:13 | 24 | right, then it was fine, they would |
| 01:37:17 | 25 | compensate you for it. |

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 182

|         |    |                                                      |
|---------|----|------------------------------------------------------|
|         | 1  | Ames Funeral Homes.                                  |
|         | 2  | Q.  So you never did anything in the community       |
| 02:23:26 | 3  | or did any volunteer work that you just             |
| 02:23:28 | 4  | personally decided to do that was unrelated         |
| 02:23:30 | 5  | to Alderwoods?                                       |
| 02:23:31 | 6  | MS. GIFFORD:  Are we talking at the             |
| 02:23:32 | 7  | time he was employed there?                         |
| 02:23:34 | 8  | Q.  Yes, during your employment.  Did you ever      |
| 02:23:38 | 9  | personally on your own get involved in the          |
| 02:23:41 | 10 | community in a way that was unrelated to            |
| 02:23:50 | 11 | Alderwoods?                                          |
| 02:23:51 | 12 | A.  I mean, there are certain times that the        |
| 02:23:53 | 13 | Elks Club, that I didn't every minute say           |
| 02:23:56 | 14 | I was a member of the community, but, I mean,       |
|         | 15 | on the outlying pretense of why I joined            |
| 02:24:02 | 16 | was to be a representative.  What I did was         |
| 02:24:11 | 17 | I volunteered there as Steve Detschner who          |
| 02:24:14 | 18 | worked at Doane, Beal & Ames Funeral Homes,         |
| 02:24:18 | 19 | he's a funeral director.                            |
| 02:24:20 | 20 | Q.  So you're saying Alderwoods was the impetus,    |
| 02:24:23 | 21 | the reason you got involved in the first            |
| 02:24:24 | 22 | place?                                               |
| 02:24:24 | 23 | A.  I joined these groups because I was told        |
| 02:24:29 | 24 | that community service was highly expected          |
| 02:24:33 | 25 | from their employees and it was strongly            |

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 183

| | | |
|---|---|---|
| | 1 | encouraged. |
| | 2 | Q. Are you seeking compensation in this lawsuit |
| 02:24:38 | 3 | for all of the time that you spent in any |
| 02:24:42 | 4 | Moose Club or Elks Club activity? |
| 02:24:45 | 5 | A. I'm seeking compensation for -- I don't know |
| 02:24:53 | 6 | how to answer for all time. |
| 02:24:55 | 7 | Q. For example, if you were at an Elks Club |
| 02:24:58 | 8 | fish fry that you attended for two and a |
| 02:25:01 | 9 | half hours, do you claim that you're entitled |
| 02:25:05 | 10 | to compensation for the full two and a half |
| 02:25:07 | 11 | hours that you spent at the Elks Club fish |
| 02:25:18 | 12 | fry? |
| 02:25:18 | 13 | A. I don't know how to break down -- I wouldn't |
| | 14 | know how to break down the time that I |
| 02:25:23 | 15 | spent there. |
| 02:25:24 | 16 | Q. I don't either. |
| 02:25:25 | 17 | A. I'm sorry, but I don't really know how to |
| 02:25:28 | 18 | answer that question because it's difficult. |
| 02:25:31 | 19 | MS. GIFFORD: She's not asking |
| 02:25:32 | 20 | about how much time you spent. What she's |
| 02:25:34 | 21 | saying was all that time that you're seeking |
| 02:25:38 | 22 | to recover in the lawsuit, whatever the |
| 02:25:40 | 23 | amount is. |
| 02:25:40 | 24 | A. I wouldn't be a member of those organizations |
| 02:25:42 | 25 | if it hadn't been for me wanting to be a |

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 184

|  |  |  |  |
|---|---|---|---|
| | 1 | | positive member, a team player in the funeral |
| | 2 | | home.  I wouldn't have done any of those |
| 02:25:50 | 3 | | things if I hadn't received feedback from |
| 02:25:52 | 4 | | my managers regarding my community service |
| 02:25:56 | 5 | | and I wouldn't have done any of that if the |
| 02:25:59 | 6 | | issue was never raised. |
| 02:26:00 | 7 | Q. | I understand.  That was your motivation |
| 02:26:02 | 8 | | for getting involved in the first place, |
| 02:26:04 | 9 | | correct? |
| 02:26:04 | 10 | A. | Right. |
| 02:26:04 | 11 | Q. | What I'm asking is was any of the time |
| 02:26:09 | 12 | | that you spent at Moose Club or Elks Club |
| | 13 | | activities purely personal social time |
| 02:26:15 | 14 | | for which you are not seeking to be |
| 02:26:18 | 15 | | compensated? |
| 02:26:18 | 16 | | MS. GIFFORD:  Objection.  Go ahead. |
| 02:26:27 | 17 | A. | I'm not demanding to be compensated for |
| 02:26:29 | 18 | | every second that I was at the different |
| 02:26:32 | 19 | | functions, but I did join those clubs and |
| 02:26:37 | 20 | | participate in those functions because I was |
| 02:26:40 | 21 | | an employee of Doane, Beal & Ames and I |
| 02:26:42 | 22 | | wanted to be a representative of them while |
| 02:26:48 | 23 | | in those organizations. |
| 02:26:56 | 24 | Q. | Okay.  Did anyone at Alderwoods specifically |
| 02:27:03 | 25 | | instruct you to join the Moose Club and the |

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 196

| | | | |
|---|---|---|---|
| | 1 | | I said why didn't you report it.  You said |
| | 2 | | it would be ludicrous.  You personally think |
| 02:40:13 | 3 | | it would be ludicrous to report that time? |
| 02:40:14 | 4 | | MS. GIFFORD:  Objection. |
| 02:40:17 | 5 | A. | I see no reason why time spent in the |
| 02:40:21 | 6 | | interest of bettering a company could not |
| 02:40:23 | 7 | | be compensatedable. |
| 02:40:30 | 8 | Q. | So why would it be ludicrous to report that |
| 02:40:35 | 9 | | time on your time sheet? |
| 02:40:37 | 10 | A. | It was not something that we did at the |
| 02:40:41 | 11 | | company across the board. |
| 02:40:41 | 12 | Q. | If you thought that was something that |
| 02:40:50 | 13 | | you should be compensated for, did you say |
| 02:40:50 | 14 | | anything to anybody to that effect? |
| 02:40:50 | 15 | A. | No.  I didn't want to make any trouble. |
| 02:40:54 | 16 | Q. | Did anyone instruct you one way or the |
| 02:40:56 | 17 | | other whether you should report that time |
| 02:40:57 | 18 | | on your time sheets? |
| 02:40:58 | 19 | A. | I was never instructed to document any sort |
| 02:41:01 | 20 | | of time on a time sheet. |
| 02:41:03 | 21 | Q. | Were you ever instructed not to report |
| 02:41:06 | 22 | | community service time on your time sheets? |
| 02:41:12 | 23 | A. | Not in so many words. |
| 02:41:13 | 24 | Q. | Did you ever try to report time that you |
| | 25 | | spent in community activities? |

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

|  |  |  |  |
|--|--|--|--|
| | 1 | A. | Can you repeat that?  Did I ever try to? |
| | 2 | | MS. DUGAN:  Can you read that back, |
| 02:41:25 | 3 | | please? |
| 02:41:33 | 4 | | (Question read) |
| 02:41:33 | 5 | A. | I reported it to Jerry so that I could get |
| 02:41:36 | 6 | | the points or so he would give me points. |
| 02:41:39 | 7 | Q. | Did you ever seek compensation for that time? |
| 02:41:44 | 8 | A. | Not on, not via the overtime rate. |
| 02:41:51 | 9 | Q. | You never reported that time on your time |
| 02:41:53 | 10 | | sheets? |
| 02:41:53 | 11 | A. | That's correct. |
| 02:41:54 | 12 | Q. | Is that what you're saying? |
| 02:41:56 | 13 | A. | That's correct. |
| 02:41:59 | 14 | Q. | And you never said to anyone, hey, I'm |
| 02:42:01 | 15 | | doing this stuff on behalf of the company, |
| 02:42:04 | 16 | | I think I should be paid for it? |
| 02:42:06 | 17 | | MS. GIFFORD:  Objection. |
| 02:42:08 | 18 | A. | I never raised an issue about it. |
| 02:42:14 | 19 | Q. | And no manager ever specifically prohibited |
| 02:42:19 | 20 | | you from reporting time spent in community |
| 02:42:23 | 21 | | activities? |
| 02:42:23 | 22 | | MS. GIFFORD:  Objection. |
| 02:42:29 | 23 | A. | I was never hindered from doing community |
| | 24 | | service. |
| 02:42:33 | 25 | | MS. DUGAN:  Can you read back my |

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

|  |  |  |  |
|---|---|---|---|
|  | 1 |  | question, please? |
|  | 2 |  | (Question read) |
| 02:42:47 | 3 | A. | I don't recall ever being prohibited. |
| 02:42:50 | 4 | Q. | Do you know whether any other employees |
| 02:42:53 | 5 |  | reported on their time sheets time that |
| 02:42:54 | 6 |  | they spent in community work? |
| 02:42:57 | 7 | A. | Not to my knowledge. |
| 02:42:59 | 8 | Q. | You don't know one way or the other whether |
| 02:43:03 | 9 |  | they did? |
| 02:43:05 | 10 | A. | I don't believe anybody did, but I have no |
| 02:43:11 | 11 |  | documentation support other than the fact |
| 02:43:12 | 12 |  | that we knew we were doing it on our own |
| 02:43:15 | 13 |  | time. |
| 02:43:16 | 14 | Q. | So you have no first-hand knowledge as to |
| 02:43:17 | 15 |  | whether anyone else was reporting that |
| 02:43:19 | 16 |  | time on their time sheets? |
| 02:43:21 | 17 |  | MS. GIFFORD:  Objection. |
| 02:43:22 | 18 | A. | I have no way of tracking their time sheets. |
| 02:43:29 | 19 | Q. | Whenever you reported activities to Jerry |
| 02:43:37 | 20 |  | Tilton in connection with the rewards |
| 02:43:40 | 21 |  | program, did you keep any personal record |
| 02:43:42 | 22 |  | of the activities that you reported to him? |
|  | 23 | A. | It may have been on a pocket calendar that |
| 02:43:51 | 24 |  | I had, but other than that, I didn't keep |
| 02:43:54 | 25 |  | any sort of documentation.  It was my |

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 212

| | | | |
|---|---|---|---|
| | 1 | A. | That's correct. |
| | 2 | Q. | I'm assuming everything that you already |
| 03:08:26 | 3 | | testified to with respect to pre-approval |
| 03:08:27 | 4 | | for overtime is why you checked that box |
| 03:08:30 | 5 | | off? |
| 03:08:31 | 6 | A. | Yes. |
| 03:08:31 | 7 | Q. | Why you feel that applies to you?  Paragraph |
| 03:08:35 | 8 | | E, if you would take a moment to read it, |
| | 9 | | and tell me why Paragraph E is not checked |
| 03:08:42 | 10 | | off? |
| 03:08:51 | 11 | A. | (Witness examines document)  I didn't have |
| 03:08:58 | 12 | | any reason to believe that my yearly bonus |
| 03:09:06 | 13 | | was not reflective of anything that it |
| 03:09:10 | 14 | | shouldn't be. |
| 03:09:11 | 15 | Q. | Do you have any complaint about the way -- |
| 03:09:15 | 16 | | strike that. |
| 03:09:16 | 17 | | You had a regular hourly rate that |
| 03:09:18 | 18 | | you were paid, is that right? |
| 03:09:19 | 19 | A. | Yes. |
| 03:09:19 | 20 | Q. | And then you had a higher overtime rate of |
| 03:09:23 | 21 | | pay, is that correct? |
| 03:09:24 | 22 | A. | That's correct. |
| 03:09:25 | 23 | Q. | The time-and-a-half pay.  Do you have any |
| 03:09:31 | 24 | | complaint with respect to how Alderwoods |
| 03:09:34 | 25 | | calculated your overtime rate of pay? |

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 213

| | | | |
|---|---|---|---|
| | 1 | | MS. GIFFORD:  Objection. |
| | 2 | A. | I don't recall how they, how exactly |
| 03:09:44 | 3 | | everything was compensated for, whether it |
| 03:09:50 | 4 | | was piecework or not, so I don't know of |
| 03:09:52 | 5 | | any issues that come to mind or came to |
| 03:09:55 | 6 | | mind in the past. |
| 03:09:56 | 7 | Q. | When you received earnings statements, did |
| | 8 | | you ever notice that Alderwoods paid you, |
| 03:10:04 | 9 | | made overtime adjustment payments to you? |
| 03:10:10 | 10 | A. | I don't recall anything in particular. |
| 03:10:15 | 11 | Q. | If you'd look at Exhibit 4, to the extent |
| 03:10:18 | 12 | | that this might refresh your recollection, |
| 03:10:20 | 13 | | that's the check detail listing, on Page 3 |
| 03:10:30 | 14 | | of ten, check date 3/25, 2004 is listed a |
| 03:10:40 | 15 | | year-end bonus, and I know you've testified |
| 03:10:43 | 16 | | that you don't know this document.  Is that |
| 03:10:48 | 17 | | entry of a year-end bonus consistent with |
| 03:10:50 | 18 | | your recollection of receiving a bonus or |
| 03:10:52 | 19 | | do you have no idea? |
| 03:10:54 | 20 | | MS. GIFFORD:  Objection. |
| 03:10:56 | 21 | A. | I don't recall when I received my bonus. |
| 03:10:58 | 22 | Q. | Okay.  Flipping to the next page, Page 4 |
| 03:11:03 | 23 | | of ten, the bottom entry for check date 5/7, |
| 03:11:09 | 24 | | 2004 has holiday overtime hours and then |
| 03:11:13 | 25 | | overtime adjustment where it lists zero |

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 214

| | | | |
|---|---|---|---|
| | 1 | | hours but $11.97 paid.  Do you ever recall |
| | 2 | | seeing an overtime adjustment in your |
| 03:11:25 | 3 | | earnings statement like this? |
| 03:11:27 | 4 | A. | Nothing comes to mind. |
| 03:11:29 | 5 | Q. | Do you have any idea why you might be paid |
| 03:11:36 | 6 | | an overtime adjustment? |
| | 7 | A. | If I was to speculate, I would say that |
| 03:11:40 | 8 | | they shorted me on one payroll and tried to |
| 03:11:43 | 9 | | make up for it on the following one, but I |
| 03:11:45 | 10 | | can't really confirm or deny, confirm why |
| 03:11:50 | 11 | | that is. |
| 03:11:51 | 12 | Q. | Had you ever talked to other Alderwoods |
| 03:11:54 | 13 | | employees about overtime adjustment payments? |
| 03:11:58 | 14 | A. | I don't recall discussing my salary with |
| 03:12:00 | 15 | | other employees. |
| 03:12:01 | 16 | Q. | So you don't know whether any other |
| 03:12:03 | 17 | | employees ever received an overtime |
| 03:12:05 | 18 | | adjustment payment? |
| 03:12:08 | 19 | A. | If I had a conversation with any employee, |
| 03:12:09 | 20 | | it would be whether in the case, if I was |
| 03:12:13 | 21 | | shorted one week and I did something with |
| 03:12:15 | 22 | | another guy, I may have asked him, but I |
| 03:12:18 | 23 | | don't know. |
| 03:12:19 | 24 | Q. | You never talked about, quote, "overtime |
| 03:12:21 | 25 | | adjustments" with anyone ever? |

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 215

|          |    |      |                                              |
|----------|----|------|----------------------------------------------|
|          | 1  | A.   | No.                                          |
|          | 2  |      | (Exhibit 14 marked for                       |
| 03:12:23 | 3  |      | identification.)                             |
| 03:12:53 | 4  | Q.   | Handing you Exhibit 14, and I will represent |
| 03:12:58 | 5  |      | to you that this is the first amended        |
|          | 6  |      | collective action complaint that was filed   |
| 03:13:06 | 7  |      | in this lawsuit.  Take a minute to flip      |
| 03:13:12 | 8  |      | through the pages and tell me whether you've |
| 03:13:14 | 9  |      | ever seen this document before.              |
| 03:13:29 | 10 | A.   | (Witness examines document)  This looks      |
| 03:14:39 | 11 |      | familiar.                                    |
| 03:14:39 | 12 | Q.   | Have you reviewed this document before?      |
| 03:14:50 | 13 | A.   | Whether it's this one or something very      |
| 03:14:52 | 14 |      | similar to this, but this information looks  |
| 03:14:55 | 15 |      | familiar.                                    |
| 03:14:56 | 16 | Q.   | Now, this complaint makes various factual    |
| 03:15:00 | 17 |      | statements and it also contains a lot of     |
| 03:15:03 | 18 |      | legal jargon which I don't expect you to     |
| 03:15:04 | 19 |      | be familiar with, but all of the questions   |
| 03:15:07 | 20 |      | I'm going to ask you pertain to your own     |
| 03:15:11 | 21 |      | personal knowledge or understanding of the   |
| 03:15:14 | 22 |      | claims raised in this complaint.             |
| 03:15:18 | 23 |      | If you would turn to Page 3 and              |
| 03:15:23 | 24 |      | look at Paragraph 19, Subclass A, it states, |
| 03:15:31 | 25 |      | "defendant implemented a 'community work     |

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

|          |     |    |                                                      |
|----------|-----|----|------------------------------------------------------|
|          | 1   |    | policy.'"  Do you have any information or             |
|          | 2   |    | knowledge that Alderwoods had a, quote,               |
| 03:15:43 | 3   |    | "community work policy"?                              |
| 03:15:45 | 4   |    |      MS. GIFFORD:  Objection.                          |
|          | 5   | A. | The name "community work policy," I don't             |
| 03:15:54 | 6   |    | recall that.                                          |
| 03:15:55 | 7   | Q. | That specific title --                                |
| 03:15:57 | 8   | A. | No.                                                   |
| 03:15:57 | 9   | Q. | -- being attached to anything?  What about            |
| 03:16:05 | 10  |    | Subparagraph B on the next page which states,         |
| 03:16:07 | 11  |    | "defendants implemented an 'on-call pay               |
| 03:16:10 | 12  |    | policy.'"  Did you ever see something called          |
| 03:16:13 | 13  |    | an on-call pay policy?                                 |
| 03:16:14 | 14  |    |      MS. GIFFORD:  Objection.                          |
| 03:16:17 | 15  | A. | I don't know of any policies regarding pay.           |
| 03:16:22 | 16  | Q. | So no, you don't know of a, quote, "on-call           |
| 03:16:26 | 17  |    | pay policy" that Alderwoods had?                       |
| 03:16:28 | 18  | A. | I'm not familiar with anything named on-call          |
| 03:16:31 | 19  |    | pay policy.                                            |
| 03:16:33 | 20  | Q. | Moving down to Subparagraph G, it states              |
| 03:16:36 | 21  |    | that "defendant implemented a 'pre-approval           |
| 03:16:40 | 22  |    | for overtime pay policy.'"  Have you ever             |
| 03:16:45 | 23  |    | heard or seen something called the                    |
| 03:16:48 | 24  |    | pre-approval for overtime pay policy?                 |
| 03:16:50 | 25  |    |      MS. GIFFORD:  Objection.                          |

b5497ddd-92c3-4142-b30a-6f8be4751c65

NETWORK DEPOSITION SERVICES
Transcript of Steven Detschner

Page 251

1       COMMONWEALTH OF MASSACHUSETTS)

2       SUFFOLK, SS. )

3
                I, Jeanette Maracas, Registered
4       Professional Reporter and Notary Public in
        and for the Commonwealth of Massachusetts, do
5       hereby certify that there came before me on
        the 8th day of May, 2009, at 9:23 a.m., the
6       person hereinbefore named, who was by me duly
        sworn to testify to the truth and nothing but
7       the truth of his knowledge touching and
        concerning the matters in controversy in this
8       cause; that he was thereupon examined upon
        his oath, and his examination reduced to
9       typewriting under my direction; and that the
        deposition is a true record of the testimony
10      given by the witness.

11              I further certify that I am neither
        attorney or counsel for, nor related to or
12      employed by, any attorney or counsel employed
        by the parties hereto or financially
13      interested in the action.

14              In witness whereof, I have hereunto
        set my hand this 18th day of May, 2009.

15

16

17

18

19                      Notary Public

20                      My commission expires 9/6/13

21

22

23

24

25

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

b5497ddd-92c3-4142-b30a-6f8be4751c65