**TAB 17**

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

* * * * *

DEBORAH PRISE AND HEATHER RADY
ON BEHALF OF THEMSELVES AND ALL
EMPLOYEES SIMILARLY SITUATED,

    Plaintiffs,

vs.                  Civil Action No. 06-1641

ALDERWOODS GROUP, INC.,

    Defendants.

DEPOSITION OF ANGELA KEATH

ON MARCH 5, 2009, BEGINNING AT 11:20 A.M.
IN COFFEYVILLE, KANSAS

APPEARANCES:

On behalf of the Plaintiffs:

Annette Gifford, Attorney at Law
DOLIN, THOMAS & SOLOMON, LLP
693 East Avenue
Rochester, New York 14607
(585) 272-0540
agifford@theemploymentattorneys.com

On behalf of the Defendant:

Michelle Amy Morgan, Attorney at Law
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
(214) 220-3939
mamorgan@jonesday.com

REPORTED BY: DAVID G. HARJO, CSR RPR

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 93

1  rate increased?

2      A     That would -- it would seem about right

3  with the August 1st start date, because that would

4  be 90 plus days afterwards.

5      Q     So it seems about right that your hourly

6  rate would have increased to $10 an hour effective

7  November 1st, 2005?

8      A     Yes.

9      Q     Did your hourly rate increase at any

10 other time during your employment with Alderwoods?

11     A     No.

12     Q     So you were making $10 an hour at the

13 time you separated from Alderwoods?

14     A     Yes.

15     Q     What was your pay period while you were

16 at Alderwoods?

17          MS. GIFFORD:  Objection.

18     Q     (By Ms. Morgan) Every other week, two

19 weeks?

20     A     We got paid every two weeks.

21     Q     Did you receive any other type of

22 compensation while you were at Alderwoods, other

23 than your hourly rate and overtime pay?

24          MS. GIFFORD:  Objection.

25          THE WITNESS:  We had one -- I don't know

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 94

1   what you call it, incentive bonus.  If you met so
2   many benchmarks your location got a bonus, and
3   because I worked at the location I got a percentage
4   of that bonus, and from my recollection, I think it
5   was -- it was under $50, was my bonus.
6          Q     (By Ms. Morgan) Is this bonus that you
7   just described the only other type of compensation
8   you got while you worked at Alderwoods, other than
9   your overtime pay and your hourly rate?
10         A     Yes.
11         Q     Do you remember when you received the
12  bonus?
13         A     I really have no idea.
14         Q     And your recollection is you just
15  received the one bonus; is that right?
16         A     Yes.
17               (Defendant's Exhibit 11 marked for
18  identification.)
19         Q     (By Ms. Morgan) I have handed you what's
20  been marked as Defendant's Exhibit 11.  This is a
21  printout of the details of the checks that you --
22  that were issued to you during your employment at
23  Alderwoods, from August 2005 to July 2006, and it
24  shows, among other things, the check date and the
25  check number, gross wages, deductions, withholdings,

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 151

1    you guys wouldn't be paid for any overtime hours

2    that you worked that had not been preapproved, or

3    did he mean something different?

4              MS. GIFFORD:  Objection.

5              THE WITNESS:  No, we knew what the

6    company policy was, that all overtime hours were

7    supposed to be preapproved.  But, I don't know, Mike

8    just made it a bigger deal than David did.  We knew

9    the policy.  Mike just used it to be able to

10   threaten you that he wasn't going to pay you.

11        Q    (By Ms. Morgan) But with respect to you,

12   Mrs. Keath, did Mike Skolaut ever carry through on

13   that threat?

14             MS. GIFFORD:  Objection.

15             THE WITNESS:  No, not on me, not on my

16   time cards did he carry through on that threat.

17        Q    (By Ms. Morgan) Are you aware of other

18   employees -- of other Alderwoods employees who were

19   not paid for overtime hours because they were not

20   preapproved?

21        A    Well, neither of the funeral directors

22   were paid for all of their hours that they worked,

23   John or Chad, neither one were paid.

24        Q    Because they weren't preapproved?

25        A    I think I would be making an assumption

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

1    at that point.  I just know that there were hours
2    that they spent working or on call and taking calls
3    from their homes that they were not compensated for.
4         Q     But you don't know whether they weren't
5    compensated for that time because it wasn't
6    preapproved or for some other reason?
7         A     Right, I don't know.
8         Q     Are there any other employees besides the
9    funeral directors that you believe were not
10   compensated for overtime hours that they worked?
11        A     I don't know.  I don't -- I don't know.
12   I just -- the only reason I can speak to the funeral
13   directors is because we all were in the same office
14   and worked there all day every day.  I know what I
15   had overheard.  I know what they were upset about.
16   I don't know about the other employees, they weren't
17   in the same office with us all day every day.
18        Q     So only the employees that you -- only
19   Alderwoods employees that you believe, based on your
20   personal knowledge, were not compensated for the
21   overtime hours that they worked were the funeral
22   directors?
23                  MS. GIFFORD:  Objection.
24                  THE WITNESS:  Yes.
25        Q     (By Ms. Morgan) And who were those funeral

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 156

1    Q    Okay.  Are you claiming that -- that that
2 bonus was improperly excluded from calculating your
3 overtime pay rate?
4         MS. GIFFORD:  Objection.
5         THE WITNESS:  No.
6    Q    (By Ms. Morgan) You are not?
7    A    No.
8    Q    Okay.  What is it that you believe you --
9 what compensation is it that you believe you
10 received that wasn't included by Alderwoods when
11 they were calculating the overtime that you were
12 due?
13   A    I'm not saying that there should have
14 been any other pay that should have been used to
15 calculate my overtime rate.
16   Q    So that's not a claim that you have in
17 the lawsuit?
18   A    No.
19   Q    Okay.  Do you have any claim in the
20 lawsuit related to your bonus?
21   A    No.
22   Q    Do you recall ever receiving payment for
23 any overtime adjustment in any of your Alderwoods
24 paychecks?
25        MS. GIFFORD:  Objection.

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 160

1    the bonus that you received from Alderwoods?

2            MS. GIFFORD:  Objection.

3            THE WITNESS:  I have no idea.

4       Q     (By Ms. Morgan) Are you currently claiming

5    in the lawsuit that you were not paid for any

6    community service work that you performed?

7       A     Yes.

8       Q     During the time that you work for

9    Alderwoods did you do any community service work?

10      A     Yes.

11      Q     What work did you do?  What community

12   service work or community work did you do?

13      A     I had gone to several meetings to try and

14   discover which community organization I wanted to be

15   involved in.  Went to a couple of Habitat for

16   Humanity meetings.  And one was with the Humane

17   Society about volunteers.  And went to, I would say

18   in my best guestimate, four Chamber of Commerce

19   meetings.  All in Independence.

20      Q     And your Humane Society meeting, Habitat

21   for Humanity meeting and the Chamber of Commerce

22   meetings, those were all to learn about the

23   community service work, opportunities there?

24      A     Yeah, to kind of check out the groups, to

25   see what I wanted to be involved with.  It was

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 161

1  strongly suggested that you be involved in some form

2  of activity in the community.  So I went to several

3  different ones to see which one I would be the most

4  interested in.

5       Q     Who suggested that you be involved in

6  community work?

7       A     It came from Mike and David and Kim and

8  Brandi, they had all asked what are you involved in.

9       Q     Did you say Brandi?

10      A     Uh-huh.

11      Q     So Mike, Kim and Brandi?

12      A     And David.

13      Q     David.  Anybody else suggest that you be

14  involved in community work?

15      A     No.

16      Q     Was there any -- did you ever see any

17  written policy strongly suggesting that you be

18  involved in community work?

19           MS. GIFFORD:  Objection.

20           THE WITNESS:  I'm sure that we did but

21  what I am positive to is that it was in location

22  administrator phone calls, our conference calls,

23  they would ask what groups are you involved in, it

24  came up in our monthly meetings when Mike Skolaut

25  would be there and they would ask what activities

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

1    A    Well, David wouldn't have to just be on

2  the phone with me to ask, he knew what meetings I

3  was going to or whatever.  It was just a topic of

4  conversation with us, not a specific point, are you

5  going to a community service thing; it would just be

6  a topic of conversation with us.

7    Q    What -- you talked about the different

8  meetings that you went to to learn about various

9  community service organizations.  Did you decide to

10  start or join any community service organizations?

11    A    No.

12    Q    So were the meetings that you went to to

13  learn about community service, is that the community

14  service work --

15    A    Yes.

16    Q    -- that you performed?

17    A    Yeah.  I mean, I gave -- I gave them a

18  shot.  You know, I would go to two or three

19  meetings, if it wasn't holding my attention I didn't

20  want to be there anyway, it wasn't in the town that

21  I lived in, I lived in Coffeyville; if I were going

22  to volunteer my time it would be in my hometown, not

23  in a town 20 miles away.  So, you know, I gave them

24  a shot and if it didn't hold my attention I would

25  move on to something else.

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 167

1    Q    You never ended up joining any
2    particular, any community organization at all during
3    the time that you worked at Alderwoods?
4    A    No.
5    Q    How much time did you spend going to the
6    Humane Society meeting?
7    A    These meetings were usually a couple of
8    hours, so my guess, best guess would be like five
9    because I know that there's one three-hour really
10   long meeting on, you know, volunteer type
11   orientation, if you wanted to be a volunteer this is
12   everything you had to go through, so if I wanted to
13   go back to volunteer I was already oriented to go.
14   Q    So a total of about five hours for the
15   Humane Society meetings?
16   A    Uh-huh.
17   Q    What about Habitat of Humanity (sic)?
18   A    I went to three meetings of theirs so I
19   claimed three hours, just guessing.
20   Q    Sorry, is it Habitat for Humanity?
21   A    Yeah.
22   Q    Okay.  Then you went to four Chamber of
23   Commerce meetings?
24   A    Yeah, they were a couple of hours each,
25   those were the only ones that were fun.

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 172

1      Q      Were you ever evaluated on your
2  participation, or lack of participation in community
3  work?
4      A      I don't think so.
5      Q      Did the fact that you -- did the fact
6  that you never joined a community organization
7  impact anything related to your employment at
8  Alderwoods?
9           MS. GIFFORD:  Objection.
10          THE WITNESS:  I wouldn't know that.  I
11  mean -- I don't know.  I don't know if that was part
12  of the reason that Mike and I didn't get along or
13  not.  I don't know.
14     Q     (By Ms. Morgan) Well, you don't believe
15  you were ever evaluated based on your participation;
16  correct?
17     A      Correct.
18     Q      Okay.  Did you ever get counseled or
19  reprimanded, disciplined in any way for being
20  involved, not being involved in the community?
21          MS. GIFFORD:  Objection.
22          THE WITNESS:  No.
23     Q     (By Ms. Morgan) Did you ever receive
24  any -- any recognition at Alderwoods for the
25  community meetings that you attended?

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 173

1      A      No.

2      Q      I believe you said you never tracked your

3   time that you spent attending those community

4   organization meetings; correct?

5      A      No.  Not formally.  I mean, I had it on

6   my calendars as far as what meetings were when, but,

7   no, I didn't formally track how many hours I spent

8   at each one.

9      Q      Did the other employees at Alderwoods

10   participate in community organizations?

11      A      Yes.

12      Q      Which employees do you know participated

13   in community organizations?

14      A      Chad was a city commissioner, I think.

15   Wasn't Chamber of Commerce.  City commissioner I

16   think is what he was in Cherryville, in his

17   hometown.  And that was okay that he was involved in

18   his own hometown because we had a funeral home

19   there, that's where the Cherryville locations was.

20   Otherwise it would was not okay if I would have

21   gotten involved here and John would have gotten

22   involved in Caney where he lived.  That wasn't okay,

23   it had to be in Independence or Cherryville because

24   that's where the locations were.

25      Q      So Chad was perhaps a city commissioner

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 178

1    Q    Was there any tape incentive program for
2  participating in community work?
3              MS. GIFFORD:  Objection.
4              THE WITNESS:  Not that I was aware of.
5    Q    (By Ms. Morgan) Are you aware of any
6  Alderwoods' policy of requiring community work?
7              MS. GIFFORD:  Objection.
8              THE WITNESS:  I don't know that it's a
9  policy -- that it is written in a policy, but it was
10  definitely an implied policy that you were to be
11  involved.
12    Q    (By Ms. Morgan) But you don't know whether
13  it was actually a written community service -- I'm
14  sorry -- community work policy or not?
15              MS. GIFFORD:  Objection.
16              THE WITNESS:  No, I don't know.
17    Q    (By Ms. Morgan) And when you say it was an
18  implied policy that you were supposed to be involved
19  in community work, were you made aware of that
20  policy in any other way, other than by your managers
21  talking to you about it?
22              MS. GIFFORD:  Objection to the form.
23              THE WITNESS:  No.
24    Q    (By Ms. Morgan) Did you ever undergo any
25  training related to community service work?

Johnstown              Toll-Free              Pittsburgh
814-266-2042          866-565-1929          412-281-7908

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 184

1       A     No.

2             MS. GIFFORD:  Objection.

3       Q     (By Ms. Morgan) Did you ever see any

4    written policy addressing whether time spent in

5    community work should be recorded or reported?

6             MS. GIFFORD:  Objection.

7             THE WITNESS:  No.

8       Q     (By Ms. Morgan) Okay, let's take a break.

9             (Recess.)

10      Q     (By Ms. Morgan) Mrs. Keath, did you ever

11   perform on-call work --

12      A     No.

13      Q     -- when you were at Alderwoods?  No?

14            So do you have any claims in this lawsuit

15   related to any on-call work that you performed?

16      A     No.

17      Q     Did you ever handle phone calls after

18   hours?

19      A     No.

20      Q     Did you ever perform any work for

21   Alderwoods that was not at -- that you did not

22   physically perform at an Alderwoods location?

23            MS. GIFFORD:  Objection.

24            THE WITNESS:  You mean like work from

25   home?

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

1      Q     (By Ms. Morgan) Yeah.  Did you ever --

2      A     Not -- we're removing that whole

3   community service aspect?

4      Q     Yes.

5      A     So it was not at the location?  No.

6      Q     So you never, for example, took paperwork

7   home from Alderwoods and did the paperwork at home

8   and then came back to the location?

9      A     No.

10     Q     Were there any Alderwoods employees that

11  you were aware performed on-call work?

12     A     Yeah, the funeral directors were on call.

13     Q     Any other Alderwoods employees that you

14  are aware of that were on call?

15     A     No.

16     Q     Are you aware of any location

17  administrators that were on call?

18     A     Not that I know of.

19     Q     Do you hold any professional licenses?

20     A     No.

21     Q     Just so I'm clear, you don't have any

22  funeral director license?

23     A     No.

24     Q     And you do not have any insurance agent

25  license?

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 186

1      A      No.

2      Q      Mrs. Keath, do you have any claims in

3    this lawsuit related to any time you spent training

4    for or taking a test, to get any kind of

5    professional license during the time that you were

6    at Alderwoods?

7      A      No.

8      Q      And you don't have any claims in the

9    lawsuit related to any time you spent maintaining

10   any professional license; correct?

11     A      No.

12     Q      During the time that you worked at

13   Alderwoods, did you ever have meetings with clients

14   to discuss preneeds purchases?

15     A      No.

16     Q      Do you have any claims in this lawsuit

17   that you were not paid for any time you spent

18   meeting with clients about preneed insurance?

19     A      No.

20     Q      We talked earlier about some of the

21   training that you had when you were at Alderwoods.

22   We talked about the training that Brandi gave you

23   when you first started working at Alderwoods.  Is

24   there any other training that you received during

25   the time you were at Alderwoods?

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 189

1    from the meeting?

2         A      Uh-huh.

3         Q      And the time spent at the dinner meeting?

4         A      Yes.  We got paid for eight hours those

5    three days, eight hours a day for three days.  So it

6    did not include the travel time and that dinner

7    meeting that night.

8         Q      So for this location administrator

9    meeting sometime in the summer of '06, you -- it's

10   your claim that you were not compensated for the

11   travel time to and from the meeting and the time

12   spent in a dinner meeting on one of the nights?

13        A      Yes.

14        Q      Any other time from that meeting that you

15   believe you were not compensated for?

16        A      No.

17        Q      How much time -- how much was the travel

18   time to and from the meeting, how many hours?

19        A      From what I remember, I think it was

20   about four hours.  It was way past Tulsa, way south

21   Oklahoma.  I think it was somewhere around Oklahoma

22   City, and it's about three-and-a-half to four hours

23   from here.

24        Q      So each way?

25        A      Yes.

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 190

1    Q    Three-and-a-half hours to four hours each
2  way?
3    A    Uh-huh.
4    Q    Did you drive yourself or ride with
5  someone?
6    A    That was kind of planned.  We went -- I
7  left our location, drove to another location in
8  Columbus, picked up that location administrator,
9  drove to Miami, Oklahoma, picked up that location
10 administrator and then we drove down together.
11   Q    And what about on the way back?
12   A    Just backwards, dropped Miami off, then
13 Columbus and then I came home.
14   Q    And the dinner meeting on one of the
15 nights, how long did that last?
16   A    It was like three hours by the time we
17 ate, discussed and then were actually leaving.
18   Q    Did you report on your time cards any of
19 the travel time or dinner meeting time?
20   A    No, it was told to us in the beginning
21 what -- what we were writing down, we could have
22 eight hours for those days and when asked about were
23 we being paid to travel, they said, no, because we
24 were taking a company vehicle.  I don't know what
25 one had to do with the other, but that's what they

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 192

1    sorry.

2         Q    (By Ms. Morgan) That's all right.  Okay.

3    So it's now your recollection that the location

4    administrator meeting that you had just testified

5    about occurred in either October or November of

6    2005?

7         A    Yes.

8         Q    And who attended this location

9    administrator meeting?

10        A    All of the location administrators

11   from -- they did two of them.  They did one in this

12   section of our district, which was WE 23 -- I don't

13   know what the WE stands for, maybe it was west 23, I

14   don't know.  And then another one because it

15   encompassed part of Colorado.  So they did one up

16   there and one for us down here, and everybody who

17   lived there was like people from Wichita, Tulsa, our

18   little neck of the woods.  There was probably 35 or

19   40 administrators there.  From locations all over.

20   Oklahoma City.  I mean, it was -- they were all

21   over.

22        Q    Were any of the attendees in positions

23   other than location administrator?

24        A    Well, Kim and Brandi were there and Mike

25   Skolaut was there, you know, as the people leading

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 193

1    the meeting, but as far as just the attendees, we

2    were all LAs.

3         Q    So Kim, Brandi and Mike Skolaut led the

4    meeting?

5         A    Uh-huh.

6         Q    What other training did you have during

7    the time you were at Alderwoods?

8         A    We were constantly being trained, you

9    know, we had to have so many hours of OSHA, but they

10   were, I don't know, probably eight times out of ten

11   they were within the normal business hours.  But I

12   know that we had an OSHA meeting that was in the

13   evening, and I know that we had a, again, the sexual

14   harassment seminar, whatever, antisexual harassment

15   seminar, I know that was in the evening.  But those

16   two had to be in the evening because it had to

17   encompass all of the part-time people and it had to

18   be everybody, and that was the only time to be able

19   to get everybody all together to do that.

20        Q    So to the extent that you attended

21   training at Alderwoods that was during your normal

22   work hours, those being 8:00 to 5:00, Monday through

23   Friday, were you compensated for the time that you

24   spent in training?

25        A    Yeah, if it was during our normal

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 194

1   eight-hour shift.  I mean, we were already on the

2   clock so, yeah, it was just --

3        Q    So are you claiming that you were not

4   compensated for training that you received at

5   Alderwoods that occurred outside your normal

6   eight-hour shift?

7        A    No.  I'm just saying that we weren't

8   compensated fully for the trip that occurred, and

9   that was outside our eight-hour shift.  Those other

10  trainings, no, we were on the clock for those.

11       Q    The OSHA meeting and the antisexual

12  harassment training?

13       A    Yes.

14       Q    And by "on the clock," what do you mean?

15       A    It means they might have started at 5:00

16  and if we were already there on our eight-hour shift

17  we stayed on the clock until we were done with the

18  meeting.  And if we weren't there for an eight-hour

19  shift, we clocked in when the meeting started.

20       Q    Okay.  So you were -- you were

21  compensated for the time that you spent in the OSHA

22  training meeting and the antisexual harassment

23  training meeting; is that correct?

24       A    Yes.

25       Q    Okay.  So the time that you -- the travel

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 216

1        THE WITNESS:  Nobody has ever asked me
2   for an exact number to figure it up, I don't know.
3        Q    (By Ms. Morgan) You don't know?
4        A    (Shook head.)
5        Q    You testified that you were never on call
6   at Alderwoods; correct?
7        A    Correct.
8        Q    And you also testified that you don't
9   have any claims in this lawsuit related to
10   performing on-call work that you believe you were
11   not compensated for; correct?
12        A    Correct.
13        Q    Were other employees at the Potts Chapel
14   location on call?
15        A    Yes.
16        MS. GIFFORD:  Objection.
17        Q    (By Ms. Morgan) What other employees at
18   the Potts Chapel location during the time that you
19   worked there were on call?
20        A    The funeral directors, John and Chad, and
21   David, but David, that was just part of being a
22   manager.
23        Q    And David was salaried; is that correct?
24        A    Yeah.  He would take call if one of the
25   guys was busy and it was their night to be on call;

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

1    he was the backup, but, yes, he was salaried.

2        Q     Was there an on-call schedule?

3        A     They kind of worked it out amongst

4    themselves, but the basis of it was every other

5    night and every other weekend.

6        Q     Was David Hill a funeral director, as

7    well?

8        A     Yes.

9        Q     Was he an embalmer, too?

10       A     Yes.

11       Q     So when you said that they worked it out

12   among themselves, do you mean John, Chad and David?

13       A     Well, John and Chad, they were the ones

14   that had the schedule and if, you know, if they were

15   both busy or, you know, they wanted the weekend off,

16   David would cover for them if something came up that

17   they couldn't be on call.

18       Q     And what were -- do you know what the

19   funeral directors did when they were on call?

20       A     I know that they were required to be

21   within a certain perimeter mile wise, so they had to

22   be within so many minutes responding, is actually I

23   think how it went, to the funeral home, and they

24   answered the phones if people died.  It wasn't just

25   if people died, if there was a service going on

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

1   call the funeral director and give them the

2   information, pick up place, their names, all the

3   information that they need, and then the funeral

4   director would put on his suit, drive to the

5   location, pick up the removal vehicle and then go

6   pick up the body.

7       Q    Do you know whether the funeral directors

8   at your location kept track of the time they worked

9   while they were on call?

10      A    Yeah, they kept track of that time.  They

11   -- most of the time -- the policy was, if you were

12   to get called out in the middle of the night, you

13   got three hours of guaranteed hours.  Three pay

14   hours.  If it took you five to complete that removal

15   and embalming then you got paid the extra five too.

16   If it took you an hour-and-a-half, the other

17   hour-and-a-half was compensation for having to get

18   up during the middle of the night and go make the

19   removal, but you got three hours for having to get

20   up and leave.

21        I know that for a long time there was a

22   lot of discussion as to, did that three hours start

23   when you left your house from the minute that you

24   got the call it, or did it not start until you got

25   to the funeral home.

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 224

1    they were using their own personal cell phones to

2    take these calls and they thought that they should

3    have had been compensated for that, and it lasted

4    for a very short time, and then they quit doing

5    that.

6         Q     During the time that the phone log --

7    after hour phone logs were in place, were -- were

8    the funeral directors at your location who were

9    using the after hour phone logs being compensated

10   for the time that they reported on the logs?

11                MS. GIFFORD:  Objection.

12                THE WITNESS:  Yes, I added it to their

13   payroll.  They would have to give me their time logs

14   and then for every call that was within a longer

15   span of time than three minutes they got 15 minutes.

16        Q     (By Ms. Morgan) So the after hour phone

17   logs after they -- after they were filled out they

18   were given to you?

19        A     Yes.  They got attached to their time

20   card.

21        Q     And you would add those hours to the

22   hours that were on the time cards; is that correct?

23        A     Yes.

24        Q     And after the after hour phone logs were

25   no longer being used at the location, are you aware

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 225

1    of any way in which time spent on after hour calls
2    were reported?
3            A    No, I don't know of any way they were.
4            Q    And you don't believe that the funeral
5    directors at the Potts Chapel location were being
6    compensated for time they spent on after hour calls
7    after the phone logs were no longer become used?
8            A    I don't know of any way that they were.
9            Q    Aside from answering the calls, when the
10   funeral directors were on call at Potts Chapel
11   during the time that you worked there, you talked
12   about other -- you talked about other work that they
13   would perform which included removals; is that
14   right?
15           A    Uh-huh.
16           Q    And how would time spent doing removals
17   be reported?
18               MS. GIFFORD:  Objection.
19               THE WITNESS:  A removal is in with that
20   three hours to do an embalming.  You get a death
21   call, they got paid for three hours, which all that
22   encompassed getting the call, getting out of bed,
23   getting showered, driving to the location, picking
24   up the vehicle to go make that removal, bring the
25   body back and then embalming, and all of that was

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 226

1    encompassed in that three hours.  If it took five,

2    they got paid for five; if it only took an

3    hour-and-a-half, the other hour-and-a-half was

4    compensation for just the aggravation of having to

5    get up in the middle of night.

6         Q     (By Ms. Morgan) As the location

7    administrator at the funeral home, at the Potts

8    Chapel Funeral Home, how -- how would that -- that

9    time or those three hours be reported?

10              MS. GIFFORD:  Objection.

11        Q     (By Ms. Morgan) Was it on the time card --

12        A     It was on their time card.

13        Q     Okay.

14        A     They would just list, like when you clock

15   in and out and then there's always an extra little

16   period -- extra spot somewhere, and they would just

17   write, you know, Smith removal, Wilson removal, you

18   know, whoever, whatever body they picked up, and

19   then for every one I gave them three hours.

20        Q     And there were instances where more than

21   three hours would be reported for a removal or

22   embalming; is that right?

23        A     Yes.

24        Q     And on those occasions, how would -- how

25   would that be reflected on the time card?

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 227

1      A      It might say, you know, Wilson removal
2   four hours, instead of there's the three that I just
3   needed the last name for, they would just give me
4   more details, you know, I was here from 1:00 to 7:00
5   instead of 1:00 to 3:00.  There wasn't a specific
6   system that I needed to know the time that you were
7   here, I just needed to know how many hours above
8   three did you get, did you need.
9      Q      Okay.  And so the funeral director would
10  write that on -- write --
11     A      They would write it on their time card.
12     Q      They would write either the three hours
13  or if it was more than three hours they would write
14  however many hours they spent on the time card; is
15  that right?
16     A      Yes.
17     Q      Okay.  And then you would add those hours
18  in with the other hours when you were tallying up
19  the hours on people's time card; is that right?
20     A      Yes.
21     Q      Do you know, Mrs. Keath, whether the
22  funeral directors at the Potts Chapel location were
23  ever not compensated for the after hours on call
24  work that they reported on their time cards?
25             MS. GIFFORD:  Objection.

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 228

1        THE WITNESS:  If it was on their time
2   card I added it into their time.  So, no, I don't
3   know -- I don't know.  I know if I got -- I got the
4   time card and it was on there, I reported it.  So I
5   don't know.
6        Q    (By Ms. Morgan) Do you know of any
7   instances where -- okay, I guess what you're saying
8   then is that you don't know -- you don't know
9   whether they were actually compensated for it, all
10  that you know is that it was entered into payroll;
11  is that right?
12       A    Yes.
13       Q    Okay.
14       A    Once I submitted it to corporate I don't
15  know what happened after that, I never saw their
16  check stubs or thinking, they all came Fed Ex'ed in
17  a sealed envelope and they were all in sealed
18  envelopes, so I just distributed the checks.  I
19  don't know.
20       Q    So you don't have any knowledge about
21  what any other -- about any other Alderwoods
22  employee's compensation?
23       A    No, I don't know.
24       Q    During the time that Mike Skolaut was
25  performing the location manager responsibilities at

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 244

1    control.  Well, "out of control" is a pretty vague

2    term, so he just -- I don't exactly know, you know,

3    maybe what, how many hours he thought was too many

4    hours, or he just never really said.  Neither one of

5    them ever really said what they wanted done to

6    constitute preapproval.

7         Q    Did you ever hear Mike give any

8    instructions about after that 3:00 a.m. pick up call

9    what he wanted those employees to do the next

10   morning?

11        A    Nothing except "get off my clock."

12        Q    And I would like to have you look again

13   at Defendant's Exhibit 14, and that's the

14   information sheet with the checks.

15        A    Okay.

16        Q    Okay, and I'm looking at box B now which

17   says, "I believe Alderwoods permitted me to perform

18   on-call work after regular work hours" and it goes

19   on from there.  And I know you testified that you

20   didn't work on call.  Can you tell us why you

21   checked that box?

22        A    Actually, when I was reading it I read it

23   as, "I believe Alderwoods permitted me to perform

24   on-call work after regular hours" -- or I was

25   reading or after regular hours, I was reading that

0345f93d-747a-49ae-9248-69455e3d64ff

NETWORK DEPOSITION SERVICES
Transcript of Angela Keath

Page 245

1  as if they meant the community service work, not

2  just it had to be on call.  I was reading it as I

3  worked after hours and was not compensated for it, I

4  didn't really, I guess understand if it just meant

5  on-call work.

6       Q      Okay.  So you didn't work on call?

7       A      I did not work on call.

8       Q      The on-call pay policies didn't apply to

9  you then?

10      A      No.

11             MS. GIFFORD:  Okay.  All right.  That's

12  all that I have.

13                  REDIRECT EXAMINATION

14  BY MS. MORGAN:

15      Q      Mrs. Keath, did any Alderwoods manager

16  ever direct you not to record time that you spent

17  working?

18             MS. GIFFORD:  Objection.

19             THE WITNESS:  Not record time that I

20  spent working?  I mean, nothing outside the scope of

21  writing out your meals because you should have taken

22  them and you don't get paid for community service.

23  I mean, nothing outside that scope.  If I were there

24  43 hours at the location working for 43 hours, I got

25  paid 43 hours.  What came into question was, should

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

0345f93d-747a-49ae-9248-69455e3d64ff

# CERTIFICATE

I, David Harjo, Certified Shorthand Reporter within and for the State of Oklahoma, do hereby certify that the above-named ANGELA KEATH was by me first duly sworn to testify the truth, the whole truth, and nothing but the truth, in the case aforesaid; that the above and foregoing deposition was by me taken in shorthand and thereafter transcribed; and that I am not an attorney for nor relative of any of said parties or otherwise interested in the event of said action.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal this 11th day of March 2009.

David Harjo, CSR RPR