**TAB 21**

## NETWORK DEPOSITION SERVICES
### Transcript of Kasi Long

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBORAH PRISE and HEATHER RADY
on behalf of themselves and all other
employees similarly situated,
                            Plaintiffs,

v.

ALDERWOODS GROUP, INC. and SERVICE
CORPORATION INTERNATIONAL,
                            Defendant.

          Examination Before Trial, held at the Law

Offices of DOLIN THOMAS & SOLOMON, LLP, The

Strong-Todd House, 693 East Avenue, Rochester, New

York 14607, on December 18th, 2008, commencing at

11:30 a.m.

          DEPOSITION OF:   Kasi Long

REPORTED BY:  Karrie M. Utberg

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

Page 38

1              KASI LONG by MS. DUGAN              38
2   Q.  Besides your hourly wage, bonuses and commissions
3       on flower sales, did you earn any other types of
4       pay during your employment with Alderwoods?
5   A.  From the Alderwoods group?
6   Q.  Yes.
7   A.  No, not that I recall.
8              MR. LINGLE:  Can we take a quick break.
9              (There was a brief break in the
10             proceeding:  12:36 p.m. to 12:47 p.m.)
11  Q.  Mrs. Long, do you think you will have any problem
12      with eating and continuing?
13  A.  No, I will be fine.
14  Q.  Mrs. Long, did you hold any licenses while you
15      worked for Alderwoods group?
16  A.  Funeral director's license, yes.
17  Q.  Any other licenses?
18  A.  Driver's license.
19  Q.  Did you ever hold a license to sell insurance?
20  A.  No.
21  Q.  Did any of the five other employees who worked with
22      you at your locations have an insurance license?
23  A.  Not that I'm aware of.
24  Q.  Focusing from the time period from 2003 on, who set
25      your work schedule?

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

1              KASI LONG by MS. DUGAN                    43

2          those regular office hours.

3               Short of answering the phone on the way out

4          the door, that's what comes to mind at the moment.

5     Q.   The first example that you mentioned was evening

6          prearrangements?

7     A.   Yes.

8     Q.   What do you mean by "evening prearrangement"?

9     A.   Well, we try to schedule prearrangement during our

10         regular 8:00 to 4:30 business hours, Monday through

11         Friday.

12              However, obviously, there are people that

13         can't do that.  So, they would ask for an evening

14         appointment or weekend appointment, and often I

15         would cover those.

16    Q.   So, we're talking about appointments with families

17         or clients?

18    A.   Yes.

19    Q.   Who was responsible for scheduling these

20         appointments?

21    A.   Generally, I scheduled, because I happened to

22         usually be the one to answer the phone, but it

23         could be any of us scheduling any appointments at

24         any time, any of the employees.

25    Q.   If you were the one answering the phone and you

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

Page 75

1                    KASI LONG by MS. DUGAN                    75
2    A.  I don't recollect any specifically, no.
3    Q.  Going back to the written policy manual, did the
4        Alderwoods policy binders change at all over time?
5    A.  I'm sure there were changes at different times.
6    Q.  Do you recall any specific changes to the policies
7        that were written?
8    A.  Not right off the top of my head, I don't recall
9        any specifically.
10   Q.  Did any verbal policies that came from Craig Duke
11       change over time?
12   A.  Not any that I can specifically think of at this
13       time.
14   Q.  I know you said you don't recall when Craig Duke
15       told you that overtime that was not pre-approved
16       would not be paid.
17            Before that time, though, was there a policy
18       at your locations regarding pre-approval for
19       overtime?
20   A.  Prior to that, I don't think there was.  I don't
21       recall anything being in place verbally.
22   Q.  From the time that Craig Duke made that statement,
23       until the end of your employment in 2007 did Craig
24       Duke ever change that verbal policy requiring --
25   A.  Not that I recollect.

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

Page 110

1                    KASI LONG by MS. DUGAN              110
2      we remain friends, and we just -- you know, I got a
3      Christmas card from him.  We are still friends.
4   Q.  And what have you discussed with Roger Hugo about
5      this case?
6   A.  We just talked about the logistics of it and what
7      we believe has been misrepresented to us.
8   Q.  Did you in any way record any conversations you had
9      with Roger Hugo about the lawsuit?
10  A.  No.
11  Q.  Did you exchange any documents with Roger Hugo
12      pertaining to the lawsuit?
13  A.  No.
14                    THE WITNESS:  Do you care if we take a
15          break?
16                    MS. DUGAN:  That would be fine.
17                    (There was a brief break in the
18          proceeding:  2:35 p.m. - 2:50 p.m.)
19  BY MS. DUGAN:
20  Q.  Mrs. Long, when you were a location administrator
21      and funeral director from 2003 to 2007, were you
22      required to get approval before you worked any
23      overtime?
24                    MR. LINGLE:  Object to the form.
25                    THE WITNESS:  Specifically, every day of

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

1                 KASI LONG by MS. DUGAN                 111

2          all of those times, I can't recall

3          specifically which dates.  I mentioned that

4          Craig Duke had talked about the pre-approval

5          for overtime and that no overtime -- I don't

6          know specifically when that directive came

7          down.

8               So, I can't say which -- you know, if it

9          was the whole period or if it was part of

10         that period or -- you know, I can't say if it

11         was all of if for certain, because I don't

12         recall the date when it was given.

13    BY MS. DUGAN:

14    Q.   Is it possible that that directive didn't apply for

15         any of the time period from 2003 to 2007?

16    A.   No.  I believe it was definitely within that time

17         frame.

18    Q.   At some point --

19    A.   At least some or all of that period.

20    Q.   After Craig Duke verbally told you that overtime

21         had to be pre-approved were you required to get

22         approval before working any overtime at all?

23    A.   It was my understanding that if we worked overtime

24         and we were not approved prior, it would not be

25         paid regardless.  That was my understanding.

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

1          KASI LONG by MS. DUGAN                    113
2     there is an occasion where Dwayne may have worked
3     instead of paying overtime.  I can't remember all
4     of the specific times it happened or what exactly
5     was said.
6  Q.  You said there may have been times when Dwayne
7     would have worked instead of paying overtime.
8          You mean when Dwayne himself would come in
9     and perform whatever work needed to be done?
10 A.  There could have been, yes.
11 Q.  Did you personally ever seek pre-approval to work
12     overtime?
13 A.  I'm sure that there was a time I must have.  There
14     are some times that I was paid overtime.  So, if
15     that was during that period, I would have had to
16     discuss it with him prior to me being able to be
17     paid for that, yes.
18 Q.  Do you recall what Dwayne Hills said to you on any
19     occasion when you asked him for pre-approval to
20     work overtime?
21 A.  I do not recall any one specific incident directly.
22 Q.  Were there occasions when he gave you approval to
23     work overtime?
24 A.  I'm sure there probably had to have been a time.  I
25     can't specifically name one incident or another.

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

1              KASI LONG by MS. DUGAN              114

2    Q.   Do you actually recall Dwayne Hills approving you

3         to work overtime?

4    A.   In my direct recollection, I can't specifically

5         recall an incident.

6    Q.   Do you recall ever asking Dwayne for pre-approval

7         and Dwayne refusing to give you pre-approval?

8    A.   I think more times than not I didn't ask, because I

9         had mentioned, like my lunch breaks it was just

10        easier to -- I can't stop what I'm doing to answer

11        a telephone and put them on hold to see if I can

12        get approval to cut my lunch break short.

13              So, rather than argue about it every week,

14        then, it was easier to just go with the directive

15        of no overtime on those minor things.  If there was

16        a larger issue where I needed to come in the

17        evening, which meant I was away from home outside

18        of those scheduled hours, I would have went to him

19        for that approval, more often than not, if that

20        were the case, but those incidental times, no.

21   Q.   So just to clarify, if you needed to work overtime

22        you would sometimes ask Dwayne Hills for

23        pre-approval, but sometimes you would not ask

24        Dwayne Hills for pre-approval; is that accurate?

25              MR. LINGLE:  Object to the form.

Johnstown            Toll-Free            Pittsburgh
814-266-2042         866-565-1929         412-281-7908

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

Page 115

1                   KASI LONG by MS. DUGAN                115

2              THE WITNESS:  If I needed to.  It's

3          vague.  I don't think I can answer it.

4     BY MS. DUGAN:

5     Q.  Do you ever recall seeking pre-approval from Dwayne

6          Hills and Dwayne Hills refusing to approve the

7          overtime?

8              MR. LINGLE:  Object to the form.

9              THE WITNESS:  I don't specifically

10          recall an incident where it did or did not

11          occur.

12     BY MS. DUGAN:

13     Q.  Could anyone other than Dwayne Hills pre-approve

14          overtime?

15     A.  I would assume Craig Duke.  If Dwayne was on

16          vacation, I believe that was who we may have had to

17          contact.  I don't recall at this time anyone else

18          that would have had that pre-approval authority.

19     Q.  Did you ever seek pre-approval to work overtime

20          from Craig Duke?

21     A.  Not that I recall.

22     Q.  Was it up to Dwayne Hills to decide whether or not

23          he would pre-approve overtime when someone

24          requested pre-approval?

25     A.  Obviously, given the immediate need to either

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

1              KASI LONG by MS. DUGAN                145

2   A.  We all performed work all of the time that was not

3       compensated for; training, community service that

4       was required, holiday dinners.  They had time

5       coming back and forth to the funeral home, things

6       like that.  We all had it.  It all happened.

7   Q.  Can you point to any specific examples where Roger

8       Hugo was not paid for work?

9   A.  I can't specifically give you an example, but I bet

10      he could.

11  Q.  Okay.  Did the pre-approval for overtime policy

12      apply to hourly employees in all job positions?

13  A.  Yes.  As far as I knew I was both location

14      administrator and funeral director.  The other four

15      employees were funeral directors, so obviously I

16      applied --

17  Q.  Outside of the location administrator position and

18      the funeral director position, do you know any

19      other employees in other positions who were not

20      compensated for overtime that was not pre-approved?

21  A.  Specifically at this time I don't recall anyone.

22  Q.  From December 2003 until April 2007, were you

23      included in the on-call rotation for your

24      locations?

25  A.  Not as a regular -- Not on schedule like everyone

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

Page 146

1              KASI LONG by MS. DUGAN              146

2      else.  I did have a pager and would occasionally

3      fill in, if someone was on vacation or if we were

4      extremely busy.  There come times, but I wasn't on

5      the special schedule that I recall.

6   Q.  During this time period from 2003 to 2007 were

7      there certain days, nights or weekends when you

8      were scheduled to be on-call?

9   A.  Not scheduled without being asked ahead of time.

10     Not on a regular rotation like the other funeral

11     directors.

12  Q.  Were there any restrictions on what you could do

13     after you left the funeral home for the day?

14              MR. LINGLE:  Object to the form.

15              THE WITNESS:  What exactly do you mean,

16          "restrictions"?

17  BY MS. DUGAN:

18  Q.  Did Alderwoods replace any restrictions on your

19     after-work activities?

20              MR. LINGLE:  Object to the form.

21              THE WITNESS:  Me personally?

22  BY MS. DUGAN:

23  Q.  Yes.

24  A.  Are you asking my behavior or my availability for

25     work?

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

Page 159

1              KASI LONG by MS. DUGAN                159

2    Q.  Do you know whether employees working at other
3        locations were paid for time that they were
4        on-call?

5    A.  I would not know that for sure.

6    Q.  You mentioned community work that you performed
7        during your employment with Alderwoods, and
8        specifically you mentioned the girl scouts, holiday
9        dinners and the lions club; is that right?

10   A.  Those are the three that were most closely in that
11       time period that we discussed.

12   Q.  Did you perform any other community work, other
13       than those three examples, other than your
14       employment with Alderwoods?

15   A.  I mean we were always trying to come up with ways.
16       I'm sure there were things that we did that I'm not
17       specifically recalling at this particular moment.
18       Which ones fell into that time period, I would have
19       to think more about it.  Those are the three that,
20       you know, I can for sure through those dates know
21       that I was involved in.  Lions club was part of
22       that time.  I think I was done in 2004.

23   Q.  What activities did you do with the girl scouts
24       organization?

25   A.  I held -- I believe at that time we were having

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

Page 160

| | KASI LONG by MS. DUGAN | 160 |

1          KASI LONG by MS. DUGAN                160

2     either weekly or biweekly meetings for a couple of

3     hours each meeting and then I would sometimes take

4     them on trips.

5  Q.  When did the meetings occur for the girl scouts?

6  A.  Those would have been outside of my regular work

7     hours in the evenings during the week.

8  Q.  Weekday evenings?

9  A.  Most of the time, but I'm sure we had meeting on

10     the weekend occasionally, trips or whatever.

11  Q.  When did you became involved in the girl scouts

12     organization?

13  A.  I want to say 2002.  That's my best estimate at

14     this time.

15  Q.  Why did you get involved with the girl scouts at

16     that time, in 2002?

17  A.  My daughter is obviously in girl scouts with me,

18     but we're requested and looked upon to do some

19     community stuff.  That was something that

20     interested me.  So, I would chose something

21     obviously, if I'm going to be in a community event

22     for my job, it's going to be something that

23     interests me.  Otherwise, what's the point?  I

24     mean, it has to be something that I enjoy, as well,

25     so, I did that.

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

Page 161

1                    KASI LONG by MS. DUGAN                161

2    Q.  Other than the girl scouts meetings and girl scouts

3        trips, are there any other activities that you did

4        with the girl scouts?

5    A.  Specifically general girl scout things.  I can't

6        think of -- I mean, those would be the major times

7        that I spent with them during the meetings on a

8        trip or overnight camp.

9    Q.  Are you still involved with the girl scouts

10       organization today?

11   A.  I am.

12   Q.  What activities did you do with the lions club?

13   A.  There was a weekly -- I don't think it was weekly.

14       Maybe biweekly meetings.  There were sometimes

15       events that I would attend.  And a couple of things

16       I attended, I'm not positive the dates, whether it

17       fell within the '03 period or before.  I would

18       assist in like an Easter egg hunt they would have

19       in the community, different things.  Mainly, I went

20       to the meetings.  I didn't do a lot of the

21       fundraiser things with them.

22   Q.  When were the meetings held for the lions club that

23       you attended?

24   A.  When I first began in lions club, I believe they

25       were approximately 12 to 1 during the day.  They

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

Page 173

173

1           KASI LONG by MS. DUGAN

2      duties for Alderwoods?

3   A.  I would say that was even more so a club that would

4      have been for my direct involvement, because they

5      -- like I said, Dwayne hooked me up with the lady

6      that was involved.  He requested that I join that

7      particular club.  It was more for the benefit of

8      getting to know people that were older in our

9      community that would be a direct link to people

10      that may need our services, whether it be through

11      themselves personally or a parent, an elderly

12      parent or something.

13   Q.  Did you personally keep track of the time that you

14      spent attending Lions Club meetings?

15   A.  Not on any specific paper record, no, other than if

16      it got reported on that monthly sheet.

17   Q.  Did you report time that you spent attending Lions

18      Club meetings as time work for Alderwoods on your

19      timecards?

20   A.  I would have to think about that.  The meetings for

21      Lions Club generally fell between 12 and 1, so it

22      was an hour-long meeting.  I would have had to, in

23      most cases had to have had a lunch in that time.

24      So, I may have been on the clock for part of the

25      time I was at the meeting and part of the time not

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

Page 174

1              KASI LONG by MS. DUGAN              174

2       because of lunch break, but I was there during

3       regular work hours.  As I said, the meetings were

4       from 12 to 1, I believe.

5  Q.   If you were on the clock for some of the time that

6       you attended Lions Club meetings, were you paid for

7       that time that you were on the clock?

8  A.   If I was on the clock, but at some point I would

9       have had to have my half an hour lunch break in

10      while I was there to, but it was an hour long

11      meeting.

12 Q.   So, you may have been compensated for some of this

13      --

14 A.   May have been for some and may have been not, and

15      anything above and beyond those regular lunch

16      meetings, if I had donated time outside of work

17      hours that would not have been on the clock.

18 Q.   And, lastly, getting to the holiday dinners that

19      you said the staff at Carpenter's would host, when

20      did those dinners occur, during the day?

21 A.   No, they were during the evening.  Those were

22      outside of my regularly scheduled hours.

23 Q.   And who organized these dinners?

24 A.   Sometimes I would have a lot to do with that during

25      the work day.  It would just depend on what year it

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

1          KASI LONG by MS. DUGAN          177

2               THE WITNESS:  If I had been on the

3          clock, meaning if it was during my regularly

4          scheduled hours?

5    BY MS. DUGAN:

6    Q.  If you have reported any of the time that you were

7        at a holiday dinner to Alderwoods on your timecard,

8        would you have been paid for that time that you

9        reported?

10              MR. LINGLE:  Object to the form of the

11         question.

12              THE WITNESS:  I can't answer that.  How

13         do I know if I hadn't turned it in?

14   BY MS. DUGAN:

15   Q.  Did you ever report time on your timesheet for

16       which you were not paid?

17              MR. LINGLE:  Object to the form.

18              THE WITNESS:  Did I ever report time on

19         my timesheet for which I was not paid?

20   BY MS. DUGAN:

21   Q.  Yes.

22   A.  Reported on my timesheet?  No.

23   Q.  So, it's your recollection that you were

24       compensated for the hours that you did report on

25       your timesheet?

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

1             KASI LONG by MS. DUGAN                 197

2          Do you see where these pages are numbered in

3      the top right-hand corner?

4   A.  Okay.

5   Q.  I'm looking at page 10 of 26?

6   A.  Okay.

7   Q.  The first entry on that page was for a check dated

8      of 12-3-2004.  Do you see under "earnings" there is

9      an entry for overtime, two hours, amount $51.24.

10     Then do you see below that where there was an

11     overtime adjustment?

12  A.  I see that.

13  Q.  Of 21 cents paid in tax?

14  A.  Okay.

15  Q.  Do you know what that overtime adjustment reflects?

16  A.  I have no idea what that's for.

17  Q.  Do you know whether that overtime adjustment is

18     paid -- excuse me; was paid to account for bonuses

19     or commissions or other forms of additional pay

20     that you received?

21              MR. LINGLE:  Object to the form.

22              THE WITNESS:  I'm not positive what it

23          is.  I don't know what it represents.  So I

24          can't answer that.

25  BY MS. DUGAN:

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

1              KASI LONG by MS. DUGAN                198

2    Q.   Okay.  We talked a little already about the

3         licenses that you had while you worked for

4         Alderwoods.

5              Do you currently claim that as a part of your

6         job duties for Alderwoods you spent time training

7         for and taking a test to become a licensed

8         insurance agent?

9    A.   Never.

10   Q.   Just to clarify, if you would, please look back at

11        Exhibit 7, which is your first affirmation.

12   A.   Okay.

13   Q.   On the last page, paragraph 14 where you state, I

14        was required to attend training that did not occur

15        during my regularly scheduled shift, and I was not

16        compensated for that time.  Just to be clear, in

17        photograph 14, you're not referring to training to

18        become a licensed insurance agent?

19   A.   No, it would be directly to be as licensed funeral

20        director.  There was continuing education credits

21        that we were required to take biannually to keep

22        our license up.

23   Q.   Did the training for your funeral directors --

24        excuse me; continuing education for your funeral

25        director's license ever occur during your regularly

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

Page 199

1                    KASI LONG by MS. DUGAN                    199
2       scheduled shift?
3    A.   Sometimes.
4    Q.   On those occasions were you compensated for the
5         time you spent in continuing education?
6    A.   It fell within my regularly scheduled hours, so,
7         yes, those were documented as my regular hours for
8         the day.
9    Q.   Are you aware of any company policy requiring
10        employees to become licenses insurance agents for
11        Alderwoods?
12                  MR. LINGLE:  Object to the form.
13                  THE WITNESS:  No, insurance agents.  It
14            didn't apply to New York State.  I wouldn't
15            know.
16   BY MS. DUGAN:
17   Q.   Do you know if it applied in any other states?
18                  MR. LINGLE:  Object to the form.
19                  THE WITNESS:  I cannot be sure of that.
20   BY MS. DUGAN:
21   Q.   We talked a little before about meal breaks.  I
22        believe you testified that you at times were not
23        able to take a full meal break during your shift;
24        is that right?
25   A.   That's correct.

0964fc9e-2fd4-47c3-acbb-8a629ecab991

NETWORK DEPOSITION SERVICES
Transcript of Kasi Long

Page 200

1              KASI LONG by MS. DUGAN                200

2    Q.  Were there any occasions when you were required to

3        perform work through a meal break when you were

4        compensated for all of the time that you spent

5        working, even if it during what was supposed to be

6        a meal break?

7                  MR. LINGLE:  Object to the form.

8                  THE WITNESS:  There could have been

9             times possibly if at that time there was not

10            a pre-approval for overtime in place, then I

11            may have put in for that time.  There may

12            have been other times that I would have not.

13   BY MS. DUGAN:

14   Q.  And you testified earlier that at some point you

15       were told that your timecard must reflect a meal

16       break, regardless of whether you actually took a

17       meal break; is that correct?

18   A.  Yes, that is correct.

19   Q.  Do you recall when in time you were told that?

20   A.  I believe, as I said, once those time clocks went

21       in, if I'm recalling correctly.  So, I don't recall

22       the specific date the time clocks went in, but

23       there would be some record somewhere that said when

24       the --

25   Q.  Was there any occasion after the time when you got

0964fc9e-2fd4-47c3-acbb-8a629ecab991

221

## REPORTER'S CERTIFICATION

STATE OF NEW YORK )
COUNTY OF MONROE  )

          I, KARRIE UTBERG, being a Shorthand

Reporter in the County of Monroe, State of New York,

do certify that I reported in Stenotype Shorthand the

proceedings in the above-titled matter, that the

foregoing pages were scoped under my direction and

control, and constitute a true, accurate, and correct

record of those Stenotype Shorthand notes.

          I further certify that I am neither

attorney or counsel for any of the parties, nor a

relative or employee of any attorney or counsel

connected with the action, nor financially interested

in the outcome of the action.




                              _Karrie R. Utberg_____

                              **KARRIE UTBERG**

Dated at Rochester, New York

this 9th day of January, 2009.