**TAB 22**

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBORAH PRISE and HEATHER   )
RADY on behalf of themselves)
and all employees similarly )
situated                    )
                            )
                            )
versus                      ) CIVIL ACTION NO. 06-1641
                            )
                            )
ALDERWOODS GROUP, INC.      )

*****************************************

ORAL DEPOSITION

BEVERLY MCDONALD

NOVEMBER 24, 2008

*****************************************

ANSWERS AND ORAL DEPOSITION OF BEVERLY MCDONALD,

a witness produced at the instance of the Defendant,

was taken in the above-styled and numbered cause on

the 24TH day of NOVEMBER 2008, from 10:54 a.m. to

5:10 p.m., before VANESSA S. ROBERTSON, CSR in and for

the State of Texas, reported by machine shorthand, at

the offices of Jones Day, 2727 North Harwood, Dallas,

Texas, pursuant to the Pennsylvania Rules of Civil

Procedure.

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 36

|       |    |                                                         |
|-------|----|---------------------------------------------------------|
|       | 1  | including lunch breaks, correct?                        |
|       | 2  | A    That's what it says.                               |
|       | 3  | (Exhibit No. 6 was marked.)                             |
| 11:39 | 4  | Q    (By Ms. Morgan)  I think now I've handed you        |
|       | 5  | what's been marked as Exhibit 6.  If you could take a   |
|       | 6  | moment to review this, Mrs. McDonald.                   |
|       | 7  | And this document is titled Policy                      |
|       | 8  | Manual Agreement and Acknowledgement of Management      |
|       | 9  | Responsibilities; is that correct?                      |
|       | 10 | A    Yes.                                               |
| 11:39 | 11 | Q    Is it your signature that appears on this          |
|       | 12 | document?                                               |
|       | 13 | A    Yes.                                               |
| 11:39 | 14 | Q    Did you review Alderwoods' code of conduct?        |
|       | 15 | A    Not that I can recall at this time.                |
| 11:40 | 16 | Q    Did you review Alderwoods' policy manual?          |
|       | 17 | A    Policy manual?                                      |
| 11:40 | 18 | Q    Yes, the Alderwoods policies and procedures        |
|       | 19 | manual.                                                 |
|       | 20 | A    The five binders?  Was it in there or -- I         |
|       | 21 | don't recall at this time which specific you're asking  |
|       | 22 | me about.                                               |
| 11:40 | 23 | Q    Okay.  Did Alderwoods maintain at your             |
|       | 24 | location policy and procedure manuals?                  |
|       | 25 | A    Yes.                                               |

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 37

| | | |
|---|---|---|
| 11:40 | 1 | Q    And I think you were describing five |
| | 2 | binders? |
| | 3 | A    Yes. |
| 11:40 | 4 | Q    What's your understanding of the contents of |
| | 5 | those binders? |
| | 6 | A    The policies and regulations of the |
| | 7 | company. |
| 11:40 | 8 | Q    Okay.  So there were copies of policies and |
| | 9 | regulations of the company at your location, |
| | 10 | correct? |
| | 11 | A    Yes. |
| 11:41 | 12 | Q    Did you ever review those policies and |
| | 13 | procedures? |
| | 14 | A    I don't recall specifically. |
| 11:41 | 15 | Q    You don't recall specifically whether you |
| | 16 | reviewed them? |
| | 17 | A    Right. |
| 11:41 | 18 | Q    Might you have reviewed them? |
| | 19 | A    I might have. |
| | 20 | (Exhibit No. 7 was marked.) |
| 11:42 | 21 | Q    (By Ms. Morgan)  I've handed you Exhibit 7, |
| | 22 | which are excerpts from Alderwoods' funeral home |
| | 23 | procedures. |
| | 24 | Do you recall whether you ever |
| | 25 | reviewed Alderwoods' funeral home procedures? |

Johnstown                    Toll-Free                   Pittsburgh
814-266-2042              866-565-1929              412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 45

| | | |
|---|---|---|
| | 1 | A    No.  One of us had to be there.  There was |
| | 2 | just two of us. |
| 12:05 | 3 | Q    And did Mr. Barlow ever do funeral |
| | 4 | director/embalmer work? |
| | 5 | A    Yes. |
| 12:05 | 6 | Q    On average, how many hours did you work per |
| | 7 | week? |
| | 8 | A    It varied. |
| 12:05 | 9 | Q    I believe we talked earlier in your |
| | 10 | deposition about a range of hours that you worked per |
| | 11 | week.  And you said 40 to 90 -- |
| | 12 | A    Yes. |
| 12:05 | 13 | Q    -- is that accurate? |
| | 14 | A    That's a good estimate. |
| 12:06 | 15 | Q    Was there a lot of variation? |
| | 16 | A    Yes. |
| 12:06 | 17 | Q    And what would the variance depend upon? |
| | 18 | A    If somebody died. |
| 12:06 | 19 | Q    Any other factors contribute to the variance, |
| | 20 | like time of year? |
| | 21 | A    Not that I can recall at this time. |
| 12:06 | 22 | Q    So the main variable in your number of hours |
| | 23 | worked was deaths? |
| | 24 | A    Our workload, yes. |
| 12:06 | 25 | Q    Okay.  What time-reporting procedure did you |

Johnstown                    Toll-Free                    Pittsburgh
814-266-2042              866-565-1929              412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 46

        1    use at Alderwoods?

        2        A    At which time?

12:06   3        Q    Let's start with the beginning of your

        4    employment.

        5        A    Okay.  We had a paper timesheet.

12:07   6        Q    And how would you report your time using the

        7    paper timesheet?

        8        A    It was set up a week, and he would photocopy

        9    it from month to month.  It was set up in a four-week

        10   grid.

12:07   11       Q    And would you fill out your hours on the

        12   timesheet?

        13       A    It was photocopied.  I think I filled out the

        14   first one, and it was photocopied and -- from month

        15   after month.

12:07   16       Q    So let's take a typical week back in 1998

        17   when you first started.

        18       A    Uh-huh.

12:07   19       Q    You would get the paper timesheet?

        20       A    Uh-huh.

12:07   21       Q    And then would you write your hours in onto

        22   the grid that was on the paper?

        23       A    There were not actual hours worked.  I had to

        24   have 50 hours in each week.

12:07   25       Q    Okay.  So what information would you put on

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 47

1    the paper timesheet?

2         A    My name, and my signature was on the bottom

3    for the month, and then 50 hours.  It doesn't matter

4    what was in the grid, it just had to total 50 hours.

12:08    5         Q    Did you ever write any hours in onto the

6    document?

7         A    Yes.

12:08    8         Q    Okay.  And so what would you -- in a typical

9    week, what would you record on that document?

10        A    50 hours.

12:08    11        Q    You would just write the number 50 and then

12   hours?

13        A    No.  No.  It was set up by day.

12:08    14        Q    Okay.

15        A    Okay.  The grid was set up by day, and it was

16   to total 50 hours.

12:08    17        Q    So your -- the total number of hours worked

18   reflected on the timesheet would be 50?

19        A    Yes.

12:08    20        Q    But you would fill in some hours each day?

21        A    Whatever it took to make 50.

12:08    22        Q    Okay.  At what time would you write those

23   hours in?  Contemporaneously with working them?  At

24   the end of the week when you turned your timesheet

25   in?

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 48

1    A    Usually two or three months in advance.  They

2    would all -- it would be a photocopy from the month

3    before.

12:09  4    Q    During what period of time did you follow

5    this time-reporting procedure?

6              MR. LINGLE:  Object to the form.

7    A    When I first started until -- I don't recall

8    the exact date.

12:09  9    Q    (By Ms. Morgan)  Several years?

10    A    I don't recall if it was a year or more or

11    three years.  I don't recall exactly.

12:09  12    Q    Was your signature preprinted, precopied onto

13    the timesheet --

14    A    No.

12:09  15    Q    -- during that time frame?

16    A    No.

12:09  17    Q    So you would sign it at the end of each

18    week?

19    A    Yes.

12:10  20    Q    Then what would you do with the timesheet?

21    A    Leave it in the binder.

12:10  22    Q    What binder?

23    A    Just a regular binder, three-ring notebook

24    that sat on the desk.

12:10  25    Q    Would Mr. Barlow review your timesheet?

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 49

|  |  |  |  |
|---|---|---|---|
| | 1 | A | What do you mean review it? |
| 12:10 | 2 | Q | Did he read it, look at it? |
| | 3 | A | I don't know. |
| 12:10 | 4 | Q | Do you know what happened to your timesheet |
| | 5 | | once you filled it out and signed it and put it in the |
| | 6 | | binder? |
| | 7 | A | It stayed there. |
| 12:10 | 8 | Q | The timesheets stayed in the binder? |
| | 9 | A | Yes. |
| 12:11 | 10 | Q | Were they ever submitted to payroll? |
| | 11 | A | I don't know. |
| 12:11 | 12 | Q | Do you know what happened to the timesheets |
| | 13 | | after you filled them out, if anything? |
| | 14 | A | I don't know. |
| 12:11 | 15 | Q | Did you ever keep a personal record of your |
| | 16 | | time while you were at Alderwoods? |
| | 17 | A | No. |
| 12:11 | 18 | Q | Did anyone ever instruct you to keep track of |
| | 19 | | your time? |
| | 20 | A | What do you mean "anyone"? |
| 12:11 | 21 | Q | Any manager, any other employee tell you to |
| | 22 | | keep track of your time? |
| | 23 | A | Other than the grid system we had at the |
| | 24 | | time? |
| 12:11 | 25 | Q | Yes. |

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 64

1       A    When the new one was in the slot for the
2    week, when we clocked in for the very first time of
3    that week, we signed them then.

12:32   4       Q    You would sign for the past week --

5       A    No.

12:32   6       Q    -- at the beginning of the new week?

7       A    No, for the week coming.

12:32   8       Q    You would sign your time cards in advance?

9       A    Yes.

12:32  10       Q    And was that your practice throughout the
11   time that the time card system was in place?

12       A    Yes.

13            MR. LINGLE:  Object to form.

12:32  14       Q    (By Ms. Morgan)  This entry here -- well,
15   these entries, no lunch, what did you mean when you
16   would write no lunch?

17       A    It means I worked through lunch.

12:32  18       Q    Otherwise, when you would take a lunch break,
19   would you clock in and out -- I'm sorry, out and in?

20       A    It would depend.

12:32  21       Q    Okay.  What would it depend on?

22       A    For a while, I could put in no lunch, then at
23   a -- I don't remember an exact date -- I was told not
24   to do that anymore.

12:33  25       Q    Who told you that?

Johnstown                Toll-Free              Pittsburgh
814-266-2042           866-565-1929          412-281-7908

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 66

1        with respect to how to handle meal breaks?

2              A    To clock out and in.

12:34    3        Q    And when did he tell you that?

4              A    I don't recall the exact date.

12:34    5        Q    Was it before or after he told you not to

6        write, no lunch?

7              A    It was after.

12:35    8        Q    So was he saying, don't -- don't handwrite

9        it, but clock out and in instead?

10             A    Yes.

12:35    11       Q    Okay.  How many hours of overtime did you

12       typically work?

13             A    It varied.

12:35    14       Q    What was the range that it would vary?

15             A    From one to 50.

12:36    16       Q    One to 50 hours of overtime per week it would

17       vary?

18             A    Approximately, yes.

12:36    19       Q    And is that, again, depending on the death --

20       the deaths that you had in that particular week?

21             A    Yes, the deaths, uh-huh.

12:36    22       Q    Any other factor that would impact your

23       overtime --

24             A    Not that I can recall --

12:36    25       Q    -- hours?

Johnstown              Toll-Free              Pittsburgh
814-266-2042         866-565-1929          412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 85

| | | |
|---|---|---|
| 13:10 | 1 | Q    What are some examples of when you handled |
| | 2 | some after-hour calls? |
| | 3 | A    An example? |
| 13:10 | 4 | Q    An example of a time that you handled a call |
| | 5 | after hours. |
| | 6 | A    1:00 o'clock in the morning. |
| 13:10 | 7 | Q    And what kind of calls would you be handling |
| | 8 | at that time? |
| | 9 | A    Telephone calls. |
| 13:10 | 10 | Q    And what would be the circumstances under |
| | 11 | which you would handle a call after hours? |
| | 12 | A    Somebody would either be deceased, somebody |
| | 13 | would have questions about the cemetery, somebody |
| | 14 | would have questions about a funeral, somebody would |
| | 15 | have questions about prices. |
| 13:10 | 16 | Q    And how would you -- would you record these |
| | 17 | out, the time that you spent handling after-hour |
| | 18 | calls? |
| | 19 | A    Yes, I would. |
| 13:10 | 20 | Q    And how would you record that time? |
| | 21 | A    For a long time, we didn't record them at |
| | 22 | all, and then we -- he brought me a sheet to put them |
| | 23 | on. |
| 13:11 | 24 | Q    What time frame did you not record them at |
| | 25 | all? |

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 86

|  |  |  |  |
|--|--|--|--|
| | 1 | A | From when I started till -- I don't remember |
| | 2 | | the exact date. |
| 13:11 | 3 | Q | And then at some point, it changed? |
| | 4 | A | Yes. |
| 13:11 | 5 | Q | Okay.  And what was the change? |
| | 6 | A | To record them. |
| 13:11 | 7 | Q | And who told you about that change? |
| | 8 | A | Bill Barlow. |
| 13:11 | 9 | Q | When did he tell you? |
| | 10 | A | I don't recall the exact date. |
| 13:11 | 11 | Q | And how did you handle recording after-hours |
| | 12 | | phone calls after Bill Barlow gave you that |
| | 13 | | instruction? |
| | 14 | A | I wrote them down on a sheet. |
| 13:12 | 15 | Q | Did you use an after-hour call log? |
| | 16 | A | That could be the name of it.  I -- it was a |
| | 17 | | piece of paper. |
| 13:12 | 18 | Q | There was a form that you used? |
| | 19 | A | Yes. |
| 13:12 | 20 | Q | Prior to the time that Bill Barlow told you |
| | 21 | | to record after-hour phone calls, had any manager told |
| | 22 | | you not to record your time for those after-hours |
| | 23 | | phone calls? |
| | 24 | A | I don't recall if they did or not. |
| 13:12 | 25 | Q | And prior to the change that we just talked |

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 89

|  | 1 | A | Yes. |
| 13:16 | 2 | Q | -- what does that reflect? |
|  | 3 | A | The 15-minute total of each call. |
| 13:16 | 4 | Q | Were you compensated for the time you spent |
|  | 5 | on the after-hour calls? |
|  | 6 | A | I don't recall. |
|  | 7 |  | (Exhibit No. 22 was marked.) |
| 13:17 | 8 | Q | (By Ms. Morgan)  Is Exhibit 22 a copy of your |
|  | 9 | after-hours call log for week ending July 1st, 2006? |
|  | 10 | A | Yes, it is. |
| 13:18 | 11 | Q | Is it your signature that appears on the |
|  | 12 | document? |
|  | 13 | A | Yes, it is. |
| 13:18 | 14 | Q | And on this after-hours call log, you would |
|  | 15 | record the date of the call; is that correct? |
|  | 16 | A | Yes. |
| 13:18 | 17 | Q | The start time of the call? |
|  | 18 | A | Yes. |
| 13:18 | 19 | Q | The end time of the call? |
|  | 20 | A | Yes. |
| 13:18 | 21 | Q | The caller and the purpose of the call? |
|  | 22 | A | Yes. |
| 13:18 | 23 | Q | And the time spent on the call? |
|  | 24 | A | Yes. |
| 13:18 | 25 | Q | Now, the time spent on the call, as |

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

1    documented here, ranges from 15-minute calls to a

2    39-minute call; is that correct?

3         A    Yes, uh-huh.

13:18    4         Q    Did you record the time spent on calls

5    differently in this log than you did on the -- on

6    Exhibit 21?

7         A    Yes, I did.

13:18    8         Q    Why?

9         A    Because these were actual time of calls.

10    This was a -- on 22.  On 21, it was 15 minutes a call

11    is what I was told.

13:19    12         Q    So you recorded your time differently because

13    you were instructed to record your time differently?

14         A    I was instructed I received 15 minutes a

15    call.  Then at one point, I was told to write down my

16    actual time of the call.  Apparently it changed

17    between these two.

13:19    18         Q    So Exhibit 22, in the time spent column,

19    reflects actual -- the actual time spent on each

20    call?

21         A    Not actual time, a really close estimation,

22    because I didn't write it in seconds and things like

23    that.  It's -- you know.

13:20    24         Q    But it reflects your best estimate of the

25    actual time spent on the call?

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 91

|         |    |   |                                                  |
|---------|----|---|--------------------------------------------------|
|         | 1  | A | Yes, uh-huh. |
| 13:20   | 2  | Q | Whereas Exhibit 21 reflected 15 minutes |
|         | 3  | for -- per call? |
|         | 4  | A | Per call, yes. |
| 13:20   | 5  | Q | And then the total on Exhibit 22, what does |
|         | 6  | that reflect? |
|         | 7  | A | 204 minutes. |
| 13:20   | 8  | Q | And did you arrive at that number by just |
|         | 9  | adding up the time spent in the minutes column? |
|         | 10 | A | I don't recall if that's how I came to that |
|         | 11 | total or not. |
| 13:20   | 12 | Q | Were you compensated for the time you spent |
|         | 13 | on after-hours calls for week ending July 1st, 2006? |
|         | 14 | A | I don't recall if I was or not. |
|         | 15 | MR. SAUL:  Is this a good time for a |
|         | 16 | break? |
|         | 17 | MS. MORGAN:  Yes. |
|         | 18 | (A recess was taken from 1:20 to 1:56.) |
| 13:57   | 19 | Q | (By Ms. Morgan)  Mrs. McDonald, I wanted to |
|         | 20 | get a sense of your kind of daily routine schedule |
|         | 21 | during the time that you worked at Alderwoods. |
|         | 22 | Can you tell me about a typical |
|         | 23 | morning for you in December of 2003. |
|         | 24 | A | In December of 2003, I don't recall a typical |
|         | 25 | morning.  That's been five years ago. |

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 94

14:00  1       Q    Can you give me an example of a typical day,
       2   average day?
       3       A    We really didn't have typical, average days.
       4   It really depended on what was going on.
14:00  5       Q    Well, what types of things might you do in a
       6   workday?
       7       A    I could embalm, direct a funeral, make
       8   removals.  I don't recall at this time what all
       9   exactly I did.
14:01 10       Q    Any other types of tasks that you would
      11   perform, other than embalming and removals and
      12   directing funerals?
      13       A    I'm sure there was, but I don't recall at
      14   this time.
14:01 15       Q    And so when you're talking about this
      16   variance in your workday, is it the tasks that you
      17   performed that varied or the order that you did them
      18   in?
      19       A    Everything varied, the order we did them in,
      20   the tasks, the times they happened.
14:01 21       Q    So there just was no typical day?
      22       A    No.
14:01 23       Q    Other than meal breaks, did you ever take
      24   other kinds of breaks during the time you worked at
      25   Alderwoods?

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 101

| | | | |
|---|---|---|---|
| | 1 | A | I don't remember the exact time. |
| 14:11 | 2 | Q | What were the circumstances? |
| | 3 | A | If I had worked all night, I probably fell |
| | 4 | | asleep on the desk that morning, yeah, I mean, you |
| | 5 | | know, after I had come back in to work. |
| 14:12 | 6 | Q | Did you ever receive any warnings or |
| | 7 | | counseling from your manager related to sleeping at |
| | 8 | | work? |
| | 9 | A | Not that I can recall. |
| 14:12 | 10 | Q | Did you ever receive any written disciplinary |
| | 11 | | notice for timekeeping issues? |
| | 12 | A | Not that I can recall at this time. |
| | 13 | | (Exhibit No. 23 was marked.) |
| 14:13 | 14 | Q | (By Ms. Morgan)  Is Exhibit 23 a notice of |
| | 15 | | disciplinary action -- |
| | 16 | A | Yes, it is. |
| 14:13 | 17 | Q | -- Mrs. McDonald? |
| | 18 | | Is this your signature on the |
| | 19 | | document? |
| | 20 | A | Yes, it is. |
| 14:13 | 21 | Q | And is it also signed by Mr. Barlow? |
| | 22 | A | Yes, it is. |
| 14:13 | 23 | Q | And on the -- |
| | 24 | A | On different dates. |
| 14:13 | 25 | Q | Yes.  You're referring to -- you signed it on |

Johnstown                Toll-Free              Pittsburgh
814-266-2042          866-565-1929          412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 102

1    August 2nd, 2005; is that right?

2         A    Yes.

14:13   3         Q    And it appears that Mr. Barlow signed it on

4    August 5th, 2005; is that correct?

5         A    Yes.

14:14   6         Q    You were disciplined for failing to sign your

7    weekly time card; is that correct?

8         A    Yes.

14:14   9         Q    And you were also disciplined for failing to

10   properly account for time on the clock; is that

11   correct?

12        A    Yes.

14:14   13        Q    And the disciplinary notice indicates in the

14   explanation portion that the conduct was longstanding;

15   is that correct?

16        A    It just says longstanding.

14:14   17        Q    Do you know what that means?

18        A    No.  I don't know what that specifies.

14:14   19        Q    And failing to sign your weekly time card was

20   a violation of Alderwoods' written policies; is that

21   correct?

22              MR. LINGLE:  Object to the form.

23        A    I don't know if it was or not.

14:14   24        Q    (By Ms. Morgan)  Was failing to properly

25   account for your time on the clock a violation of

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 103

1      Alderwoods' written policies?

2          A     I don't know if it was or not.

3                        MR. LINGLE:   Object to form.

14:15   4          Q     (By Ms. Morgan)   I'm sorry, what did you

5      say?

6          A     I don't know if it was or not.

14:15   7          Q     Were there occasions, other than the one

8      noted on this notice of disciplinary action, when you

9      failed to sign a weekly time card?

10          A     Yes.

14:15   11          Q     And were there occasions, other than that

12      documented on the notice of disciplinary action, when

13      you failed to properly account for your time on the

14      clock?

15          A     Yes.

14:15   16          Q     And on -- did Mr. Barlow give you any warning

17      on those occasions?

18          A     On each specific occasion or --

14:16   19          Q     On any other occasions other than the one

20      documented here.

21          A     I don't recall at this time.

14:16   22          Q     When did you stop working for Alderwoods?

23          A     October of 2006.

14:16   24          Q     And Mr. Barlow asked for your resignation; is

25      that correct?

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 104

|   |   |   |
|---|---|---|
| | 1 | A     He did ask for it, yes. |
| 14:16 | 2 | Q     He asked for it because of your failure to |
| | 3 | comply with Alderwoods' timekeeping policies; is that |
| | 4 | correct? |
| | 5 | A     No. |
| 14:16 | 6 | Q     Why did Mr. Barlow ask for your |
| | 7 | resignation? |
| | 8 | A     Because we didn't get along in the office |
| | 9 | anymore. |
| 14:17 | 10 | Q     When Mr. Barlow asked for your resignation, |
| | 11 | did he give you a reason for requesting it? |
| | 12 | A     No.  He just asked me to write a resignation |
| | 13 | after I told him I would like to quit. |
| 14:17 | 14 | Q     Why did you tell him you would like to |
| | 15 | quit? |
| | 16 | A     His attitude. |
| 14:17 | 17 | Q     And what was the problem with his attitude? |
| | 18 | A     He liked to scream at me a lot. |
| 14:17 | 19 | Q     And when did this behavior that you described |
| | 20 | occur?  When would he -- you said he liked to scream |
| | 21 | at you a lot.  When would that happen? |
| | 22 | A     Are you asking a specific day or time or -- I |
| | 23 | don't understand what you're asking. |
| 14:18 | 24 | Q     The time period. |
| | 25 | A     The time period, starting probably three to |

Johnstown                  Toll-Free                Pittsburgh
814-266-2042             866-565-1929            412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 110

|  |  |  |  |
|---|---|---|---|
| | 1 | A | Yes. |
| 14:26 | 2 | Q | So in your case, would that be Bill Barlow? |
| | 3 | A | Yes. |
| 14:26 | 4 | Q | What was the process of requesting |
| | 5 | | preapproval for overtime at other funeral homes? |
| | 6 | A | The same as mine. |
| 14:26 | 7 | Q | And how do you know that? |
| | 8 | A | Alderwoods had the binders, the Alderwoods |
| | 9 | | room.  Everything was uniform. |
| 14:26 | 10 | Q | Did you ever review the Alderwoods policy |
| | 11 | | binders? |
| | 12 | A | No, I did not. |
| 14:26 | 13 | Q | So how do you know everything was uniform? |
| | 14 | A | Because Alderwoods wanted us all to be |
| | 15 | | uniform.  We all wore the same lapel pins.  We all |
| | 16 | | wore -- had the same signs in the front office.  We |
| | 17 | | all had the Alderwoods room, and uniformity was, you |
| | 18 | | know, what we were supposed to be. |
| 14:27 | 19 | Q | Did any manager ever tell you that? |
| | 20 | A | That Alderwoods was uniform? |
| 14:27 | 21 | Q | Yes. |
| | 22 | A | Yes. |
| 14:27 | 23 | Q | Which manager? |
| | 24 | A | Bill Barlow. |
| 14:27 | 25 | Q | Did Bill Barlow manage any other Alderwoods |

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 114

|  |  |  |  |
|---|---|---|---|
|  | 1 | A | Bill Barlow. |
| 14:31 | 2 | Q | And why would you seek approval? |
|  | 3 | A | If -- why would I seek approval? |
| 14:31 | 4 | Q | Uh-huh. |
|  | 5 | A | For overtime. |
| 14:31 | 6 | Q | For what kind of work? |
|  | 7 | A | For removals, embalmings. |
| 14:31 | 8 | Q | Did Mr. Barlow ever approve your overtime? |
|  | 9 | A | Not that I know of, not that I was aware of, |
|  | 10 |  | no. |
| 14:31 | 11 | Q | Did he ever deny approval? |
|  | 12 | A | Yes. |
| 14:31 | 13 | Q | On what occasions? |
|  | 14 | A | I don't recall exact dates. |
| 14:32 | 15 | Q | Would his response to your preapproval |
|  | 16 |  | request ever vary? |
|  | 17 | A | No. |
| 14:32 | 18 | Q | If you weren't given permission -- if you |
|  | 19 |  | were not given permission by Mr. Barlow to work |
|  | 20 |  | overtime, did you still work the overtime hours? |
|  | 21 | A | Yes. |
| 14:32 | 22 | Q | Why? |
|  | 23 | A | Why? |
| 14:32 | 24 | Q | Why? |
|  | 25 | A | Because somebody was dead, and I had to go |

Johnstown                    Toll-Free                    Pittsburgh
814-266-2042              866-565-1929              412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 115

|  |  |
|---|---|
| | 1 |

1       embalm them or -- you know, my job was to do that.

14:32   2       Q    Were there ever occasions that you would not

3       seek approval to work overtime?

4                   MR. LINGLE:  Object to the form.

5       A    I don't understand.

14:32   6       Q    (By Ms. Morgan)  Okay.  Were there ever times

7       that you wanted to work overtime, felt that you needed

8       to work overtime, but you didn't ask for approval in

9       advance?

10      A    Yes.

14:33   11      Q    And what were those occasions?

12      A    When I didn't know -- when somebody would

13      pass away and -- I mean, I can't tell in the future

14      when somebody is going to pass away.

14:33   15      Q    So the times that it wasn't foreseeable that

16      you would --

17      A    Yes, when it wasn't foreseeable, uh-huh.

14:33   18      Q    Are there any other circumstances when you

19      would not seek preapproval for overtime?

20                  MR. LINGLE:  Object to the form.

21      A    Except for the things that were

22      unforeseeable?

14:33   23      Q    (By Ms. Morgan)  Yes.

24      A    Not that I can recall at this time.

14:33   25      Q    So if you could foresee that you needed to

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 116

|  |  |  |  |
|---|---|---|---|
|  | 1 |  | work overtime hours, on those occasions, you would ask |
|  | 2 |  | Mr. Barlow to approve that time? |
|  | 3 | A | Yes. |
| 14:34 | 4 | Q | Did you report all of the overtime hours that |
|  | 5 |  | you actually worked? |
|  | 6 | A | Did I report them how? |
| 14:34 | 7 | Q | On your timesheets or time cards. |
|  | 8 | A | Not -- no. |
| 14:34 | 9 | Q | Why not? |
|  | 10 | A | They weren't approved. |
| 14:34 | 11 | Q | So if you worked overtime hours that were not |
|  | 12 |  | preapproved, you would not record those on your |
|  | 13 |  | timesheets or on your time cards? |
|  | 14 | A | Typically, no. |
| 14:34 | 15 | Q | Did anyone ever tell you not to? |
|  | 16 | A | Not to record the time? |
| 14:35 | 17 | Q | Not to record your time, your overtime. |
|  | 18 | A | I don't recall either being told to or not |
|  | 19 |  | to. |
| 14:35 | 20 | Q | Were you paid for all the hours that you |
|  | 21 |  | reported working? |
|  | 22 | A | No. |
| 14:35 | 23 | Q | What hours were you not paid for that you |
|  | 24 |  | reported working? |
|  | 25 | A | I don't recall specific hours.  I mean, |

| Johnstown | Toll-Free | Pittsburgh |
|---|---|---|
| 814-266-2042 | 866-565-1929 | 412-281-7908 |

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 133

| | | | |
|---|---|---|---|
| 15:00 | 1 | Q | If you I'll look at ALD000279. |
| | 2 | A | Okay. |
| 15:00 | 3 | Q | And at the bottom of the page, there's a |

4  check date August 13th, 2004.  And under the earnings

5  column, overtime adjust, and then there's an amount

6  $24.95.  Do you see that?

7      A    Yes.

15:00  8      Q    Do you know what that overtime adjust

9  means?

10      A    No, I don't.

15:00  11      Q    Do you know whether these overtime

12  adjustments account for other forms of compensation?

13      A    No.

14                  MR. LINGLE:  Object to the form.

15:00  15      Q    (By Ms. Morgan)  So you don't know what

16  overtime adjust means --

17                  MR. LINGLE:  Object to the form.

15:01  18      Q    (By Ms. Morgan)  -- on this document?

19      A    No.

15:01  20      Q    Or what the amount means?

21                  MR. LINGLE:  Object to form.

22      A    No, I don't.

15:01  23      Q    (By Ms. Morgan)  Is it possible that you did

24  receive overtime adjustments during your employment

25  with Alderwoods?

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 134

1           MR. LINGLE:  Object to the form.

2       A    Is it possible I received overtime

3   adjustments?  Yes.

15:01    4       Q    (By Ms. Morgan)  Do you know whether you

5   did?

6       A    I can't recall at this time if I did or

7   not.

15:01    8       Q    Is it possible that you received overtime

9   adjustments during your employment at Alderwoods?

10           MR. LINGLE:  Object to the form.

11      A    Yes, it's possible.

15:01   12       Q    (By Ms. Morgan)  And is it possible that if

13   you received overtime adjustments, that they accounted

14   for other forms of compensation that you received,

15   such as commissions?

16           MR. LINGLE:  Object to the form.

17      A    It's possible.

15:02   18       Q    (By Ms. Morgan)  Are you aware of a

19   company-wide policy of not including certain types of

20   compensation in overtime calculations?

21      A    A company-wide policy of not including them?

15:02   22       Q    Yes.

23      A    Yes.

15:02   24       Q    When did you first become aware of this

25   policy?

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 138

1    permitted you to perform community service?

2        A    Uh-huh.

15:07   3        Q    And at least some of the time was not paid

4    for it by Alderwoods; is that correct?

5        A    That's correct.

15:07   6        Q    Okay.

7        A    None of the time was paid for.

15:07   8        Q    Okay.  What I'm trying to understand is what

9    community service work you did that you believe you

10   were not compensated for.

11       A    The Mitchell County Community Mission,

12   Christmas in Action, and Business and Professional

13   Women.

15:08  14        Q    The Mitchell County Community Mission?

15       A    Yes.

15:08  16        Q    When did you start work for that

17   organization?

18       A    I don't recall the exact date.

15:08  19        Q    Was it before your employment with

20   Alderwoods?

21       A    No.

15:08  22        Q    During your employment with Alderwoods?

23       A    Yes.

15:08  24        Q    Okay.  Why did you decide to join?

25       A    I was told to.

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 139

| | | | |
|---|---|---|---|
| 15:08 | 1 | Q | By whom? |
| | 2 | A | Bill Barlow. |
| 15:08 | 3 | Q | And what did Mr. Barlow tell you? |
| | 4 | A | That I had to join three community service |
| | 5 | | organizations. |
| 15:08 | 6 | Q | What else did he tell you about community |
| | 7 | | services? |
| | 8 | A | It was Alderwoods' policy that everybody had |
| | 9 | | to be active in the community and join service |
| | 10 | | organizations. |
| 15:08 | 11 | Q | Why did you pick this particular |
| | 12 | | organization? |
| | 13 | A | They were given to me on a list of these |
| | 14 | | three. |
| 15:09 | 15 | Q | Who gave you this list? |
| | 16 | A | Bill Barlow. |
| 15:09 | 17 | Q | Were there other organizations on the list |
| | 18 | | other than these three? |
| | 19 | A | No.  That's the three he would like me to |
| | 20 | | join. |
| 15:09 | 21 | Q | And what did you do in response to that |
| | 22 | | information? |
| | 23 | A | I joined the three organizations. |
| 15:09 | 24 | Q | All at the same time? |
| | 25 | A | No, it was different times. |

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 140

| | | |
|---|---|---|
| 15:09 | 1 | Q   And what purpose does the Mitchell County |
| | 2 | Community Mission serve? |
| | 3 | MR. LINGLE:  Object to the form. |
| | 4 | A   What purpose? |
| 15:09 | 5 | Q   (By Ms. Morgan)  Like what is the work of |
| | 6 | this group? |
| | 7 | A   They take donated clothes and funds and help |
| | 8 | homeless and needy families. |
| 15:09 | 9 | Q   And how long were you involved with this |
| | 10 | organization? |
| | 11 | A   I don't recall specific dates. |
| 15:10 | 12 | Q   Are you still involved? |
| | 13 | A   No. |
| 15:10 | 14 | Q   When did you stop being involved? |
| | 15 | A   October of 2006. |
| 15:10 | 16 | Q   And why did you stop being involved? |
| | 17 | A   Because I no longer had to be. |
| 15:10 | 18 | Q   What did membership in this organization |
| | 19 | entail? |
| | 20 | A   Meetings, helping -- if people on the |
| | 21 | interstate was broke down, I had to take them gas or |
| | 22 | food or things like that.  Just helping people. |
| 15:10 | 23 | Q   Did it involve time during the workday? |
| | 24 | A   It did, but I never did any of it during the |
| | 25 | workday because there was somebody else who could |

Johnstown                  Toll-Free                 Pittsburgh
814-266-2042            866-565-1929             412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 143

|       |     |   |                                                    |
|-------|-----|---|----------------------------------------------------|
|       | 1   | A | Yes.                                               |
| 15:13 | 2   | Q | Did Mr. Barlow ever evaluate you based on          |
|       | 3   |   | your participation in the organization?            |
|       | 4   |   | MR. LINGLE:  Object to form.                        |
|       | 5   | A | Not that I'm aware of.                             |
| 15:14 | 6   | Q | (By Ms. Morgan)  Did all of the employees at       |
|       | 7   |   | the Kiker-Seale Funeral Home where you worked       |
|       | 8   |   | participate in this organization?                  |
|       | 9   | A | No.                                                |
| 15:14 | 10  | Q | Did anybody else, any other Alderwoods             |
|       | 11  |   | employee?                                           |
|       | 12  | A | Not that I can recall at this time.                |
| 15:14 | 13  | Q | Do you know whether there was any requirement       |
|       | 14  |   | that anybody -- any other Alderwoods employee at your |
|       | 15  |   | location participate in this organization other than |
|       | 16  |   | you?                                               |
|       | 17  | A | There wasn't any requirement on them.  They         |
|       | 18  |   | were part-time.                                     |
| 15:14 | 19  | Q | Was Mr. Barlow involved in this                    |
|       | 20  |   | organization?                                       |
|       | 21  | A | No.                                                |
| 15:14 | 22  | Q | Were there any costs associated with               |
|       | 23  |   | membership in it?                                   |
|       | 24  | A | No.                                                |
| 15:15 | 25  | Q | Did Mr. Barlow ever observe you doing work         |

Johnstown            Toll-Free            Pittsburgh
814-266-2042       866-565-1929       412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 146

| | | |
|---|---|---|
| 15:17 | 1 | Q    The other organization that you mentioned, |
| | 2 | Mrs. McDonald, was that Christmas in Action? |
| | 3 | A    Yes. |
| 15:17 | 4 | Q    Okay.  And when did you join that group? |
| | 5 | A    I don't remember the exact date.  I don't |
| | 6 | remember the year on that one either. |
| 15:18 | 7 | Q    Was it during your employment with |
| | 8 | Alderwoods? |
| | 9 | A    Yes. |
| 15:18 | 10 | Q    And why did you join? |
| | 11 | A    I was told to. |
| 15:18 | 12 | Q    Was Christmas in Action one of the community |
| | 13 | service organizations that Mr. Barlow suggested? |
| | 14 | A    Yes. |
| 15:18 | 15 | Q    And what type of activity does Christmas in |
| | 16 | Action engage in? |
| | 17 | A    They help winterize houses and rebuild them, |
| | 18 | put roofs and clean them up for elderly people. |
| 15:18 | 19 | Q    And how long were you involved in that |
| | 20 | organization? |
| | 21 | A    I don't recall exact dates or how long |
| | 22 | exactly it was. |
| 15:18 | 23 | Q    Are you still involved? |
| | 24 | A    No. |
| 15:19 | 25 | Q    Did your involvement stop at the time that |

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48