# NETWORK DEPOSITION SERVICES
## Transcript of Beverly McDonald

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
DEBORAH PRISE and HEATHER   )
RADY on behalf of themselves)
and all employees similarly )
situated                    )
                            )
                            )
versus                      )  CIVIL ACTION NO. 06-1641
                            )
                            )
ALDERWOODS GROUP, INC.      )
```

*****************************************

ORAL DEPOSITION

BEVERLY MCDONALD

NOVEMBER 24, 2008

*****************************************

ANSWERS AND ORAL DEPOSITION OF BEVERLY MCDONALD,
a witness produced at the instance of the Defendant,
was taken in the above-styled and numbered cause on
the 24TH day of NOVEMBER 2008, from 10:54 a.m. to
5:10 p.m., before VANESSA S. ROBERTSON, CSR in and for
the State of Texas, reported by machine shorthand, at
the offices of Jones Day, 2727 North Harwood, Dallas,
Texas, pursuant to the Pennsylvania Rules of Civil
Procedure.

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 147

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | your employment with Alderwoods ended?                   |
|       | 2  | A    Yes.                                                 |
| 15:19 | 3  | Q    And what type of activities did you do with         |
|       | 4  | respect to Christmas in Action?                          |
|       | 5  | A    Whatever everyone else was doing, you know,         |
|       | 6  | helping build or pick up trash or whatever was needed    |
|       | 7  | to do at specific homes.                                 |
| 15:19 | 8  | Q    Did you spend time doing activities                 |
|       | 9  | associated with that group during the workday?           |
|       | 10 | A    No.                                                  |
| 15:19 | 11 | Q    What -- when did you spend time doing work          |
|       | 12 | for the organization?                                     |
|       | 13 | A    In the evenings and maybe a day -- days off         |
|       | 14 | every now and then.                                       |
| 15:19 | 15 | Q    How much time did you contribute to this            |
|       | 16 | organization on a weekly basis?                          |
|       | 17 | A    On a weekly basis?  I don't know.  It was           |
|       | 18 | pretty much just in the month of April.                  |
| 15:20 | 19 | Q    And about how much time would you spend in          |
|       | 20 | the Aprils that you were involved?                       |
|       | 21 | A    Probably 10 to 20 hours a week, just in             |
|       | 22 | April.                                                    |
| 15:20 | 23 | Q    And did you consider any aspect of your             |
|       | 24 | membership in the organization to involve doing work     |
|       | 25 | for Alderwoods?                                           |

Johnstown             Toll-Free            Pittsburgh
814-266-2042        866-565-1929        412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 148

|        |    |   |                                                      |
|--------|----|---|------------------------------------------------------|
|        | 1  | A | What?                                                |
| 15:20  | 2  | Q | Did -- was there any aspect of your work in          |
|        | 3  |   | the membership -- did you regard that as being work  |
|        | 4  |   | for Alderwoods?                                       |
|        | 5  | A | All of it.                                           |
| 15:20  | 6  | Q | And did anyone at Alderwoods instruct you to         |
|        | 7  |   | join the group?                                      |
|        | 8  | A | Bill Barlow.                                         |
| 15:21  | 9  | Q | Anybody else at Alderwoods involved in the           |
|        | 10 |   | organization?                                        |
|        | 11 | A | Not that I can recall.                               |
| 15:21  | 12 | Q | Were there any costs associated with your            |
|        | 13 |   | membership?                                          |
|        | 14 | A | No.                                                  |
| 15:21  | 15 | Q | Did you keep any records of the time you             |
|        | 16 |   | spent doing work for that organization?              |
|        | 17 | A | No.                                                  |
| 15:21  | 18 | Q | Any other Alderwoods employees observe you           |
|        | 19 |   | doing work for the organization?                     |
|        | 20 | A | Not that I can recall they did.                      |
| 15:21  | 21 | Q | Were you ever compensated for any time you           |
|        | 22 |   | spent performing work for the organization?          |
|        | 23 | A | No.                                                  |
| 15:21  | 24 | Q | Did you complain about performing work for           |
|        | 25 |   | the organization and not getting compensated for it? |

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 152

| | | |
|---|---|---|
| 15:41 | 1 | Q   Did you keep any records of the time you |

15:41   1   Q   Did you keep any records of the time you

2   spent involved in activities for the organization?

3   A   No.

15:41   4   Q   Any Alderwoods employees observe you doing

5   work for this organization?

6   A   No.

15:41   7   Q   Did you report any of the time you spent

8   doing work for the organization to Alderwoods?

9   A   No.

15:41   10   Q   Why not?

11   A   I wasn't paid for it.  I wouldn't get paid

12   for it.

15:41   13   Q   And why did you think that?

14   A   That was policy.

15:41   15   Q   And who told you that was the policy, if

16   anybody?

17   A   Bill Barlow.

15:41   18   Q   Did he tell you not to keep track of the time

19   you spent performing activities for the

20   organization?

21   A   He didn't tell me not to keep track of it.

22   Just -- it didn't matter if I turned it in or not.  I

23   mean, it wouldn't be paid.  But, no, he didn't

24   specifically tell me, do not keep track of it.

15:42   25   Q   Did he tell you not to turn it in to

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 153

1     Alderwoods?

2          A     Uh-huh.

3                    MR. SAUL:  Was that a "yes"?

4          A     Yes.

15:42  5          Q     (By Ms. Morgan)  Did he give you a reason for

6     that?

7          A     It isn't paid for.  It isn't paid.

15:42  8          Q     Did you ever receive any compensation for the

9     time you spent doing activities for this

10    organization?

11         A     No.

15:42  12         Q     Did you complain about doing these activities

13    but not getting paid?

14                   MR. LINGLE:  Object to the form.

15         A     Yes.

15:42  16         Q     (By Ms. Morgan)  To whom did you complain?

17         A     Bill Barlow.

15:42  18         Q     And how did he respond?

19         A     He didn't get paid for his community service

20    either.

15:42  21         Q     Did you complain to any other Alderwoods

22    management employees about doing community service

23    activities but not getting paid for it?

24         A     About doing community service, in general, or

25    that specific --

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 158

|  | 1 | on call? |
|---|---|---|
|  | 2 | A    That means if anything happened after hours, |
|  | 3 | you took care of it. |
| 15:48 | 4 | Q    Were you expected to be on call? |
|  | 5 | A    Yes. |
| 15:48 | 6 | Q    When? |
|  | 7 | A    Every other week. |
| 15:49 | 8 | Q    And where would you be while you were on |
|  | 9 | call? |
|  | 10 | A    At home, out and about, you know, just |
|  | 11 | wherever I was, I was on call.  If I went to the |
|  | 12 | grocery store, I was still on call. |
| 15:49 | 13 | Q    Did you have to be at any particular location |
|  | 14 | when you were on call? |
|  | 15 | A    No. |
| 15:49 | 16 | Q    And who set up the on-call schedule? |
|  | 17 | A    Bill Barlow. |
| 15:49 | 18 | Q    How would you learn that you were scheduled |
|  | 19 | to be on call? |
|  | 20 | A    It was every other week. |
| 15:49 | 21 | Q    What did you do while you were on call?  What |
|  | 22 | type of work? |
|  | 23 | A    Whatever was needed. |
| 15:49 | 24 | Q    Can you give some examples of something that |
|  | 25 | you might do when you were on call? |

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 159

|  |  |  |  |
|--|--|--|--|
|  | 1 | A | Removals, embalmings, met with families. |
| 15:50 | 2 | Q | Anything else? |
|  | 3 | A | Not that I can recall at this time, I'm sure |

there was a lot more that I did, but that was the main

things that we did on call.

15:50    6    Q    Were there any restrictions on what you could

do during the time you were on call?

8    A    Yes.

15:50    9    Q    What were those?

10    A    We couldn't travel outside of Mitchell

11    County.

15:50    12    Q    I'm sorry, what?

13    A    Do not travel outside of Mitchell County.

15:50    14    Q    Any other restrictions?

15    A    Of course, you know, don't drink.  Be

available, have a cell phone with you all the time or

be at home, you know, where you can hear the phone.

15:50    18    Q    Anything else?

19    A    Not that I can recall at this time.

15:51    20    Q    And how would you be contacted during the

time you were on call if you needed to perform work?

22    A    Through a cell phone or a house phone.

15:51    23    Q    Did you keep track of the time you worked

24    while you were on call?

25    A    Keep track of it by my own personal records

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 160

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | or --                                                    |
| 15:51 | 2  | Q    Sure.                                                |
|       | 3  | A    No, I didn't have personal records of on-call       |
|       | 4  | time.                                                    |
| 15:51 | 5  | Q    Okay.  What about company records; did you          |
|       | 6  | write it down on your timesheets?                        |
|       | 7  | A    Yes.                                                 |
| 15:51 | 8  | Q    And then when you used the time clock, would        |
|       | 9  | you clock in and out?                                    |
|       | 10 | A    No.  I would write it in on the back of the         |
|       | 11 | time cards.  That's if I actually had a call.  Just my   |
|       | 12 | regular on-call time, we didn't record any of that.      |
| 15:51 | 13 | Q    So there were times that you were scheduled         |
|       | 14 | to be on call where you didn't actually perform work     |
|       | 15 | for Alderwoods?                                          |
|       | 16 | A    Yes.                                                 |
| 15:52 | 17 | Q    And you -- you did not record that time --          |
|       | 18 | A    No.                                                  |
| 15:52 | 19 | Q    -- is that correct?                                  |
|       | 20 | What type of on-call work did you                        |
|       | 21 | record?                                                  |
|       | 22 | A    Embalmings.                                          |
| 15:52 | 23 | Q    Anything else?                                       |
|       | 24 | A    Phone calls.                                         |
| 15:52 | 25 | Q    Anything else?                                       |

Johnstown            Toll-Free            Pittsburgh
814-266-2042      866-565-1929      412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 161

|  |  |  |  |
|---|---|---|---|
| | 1 | A | No. |
| 15:52 | 2 | Q | Was there any Alderwoods work that you were |

performing when you were on call that you did not

record?

5    A    Time to and from -- like from my house to the

hospitals, from the hospitals, waiting on transfer

companies to show up to take the body from one place

to the next, waiting for justice of the peaces,

removals at -- really, removals at wreck scenes,

things like that.

15:53    11    Q    And why did you not record that time?

12    A    They weren't paid.

15:53    13    Q    What do you mean by that?

14    A    They weren't -- they weren't paid; just

embalming was paid.

15:53    16    Q    Your understanding was that the only time on

call spent performing embalming was paid for?

18    A    Yes.

15:53    19    Q    So that was the only time that you would

record?

21    A    Yes.

15:53    22    Q    What about phone calls, though?

23    A    The phone calls on the call log, when the

call log started, yes.

15:53    25    Q    Yes.

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 162

1      A    I did get paid for them -- you know, I turned

2      them in.  I don't know if I got paid for them or not,

3      but I turned them in as work.

15:54   4      Q    Did anyone ever tell you not to record time

5      that you spent on call doing these other -- this other

6      type of work?

7      A    Did they ever tell me not to?  Bill Barlow,

8      if I asked him, he -- you know, I just got paid for

9      embalming.  That was the understanding.  That was what

10     I was told by Bill.

15:54   11     Q    So Mr. Barlow told you you were only going to

12     get paid for time spent embalming?

13     A    Yes.

15:54   14     Q    But did he ever tell you, don't record time

15     spent performing other tasks when you're on call?

16     A    Yes.

15:54   17     Q    He did give you that instruction?

18     A    Yes.  When I asked him about it, that was as

19     he instructed.

15:55   20     Q    How many hours did you actually spend working

21     during your on-call time?

22                    MR. LINGLE:  Object to the form.

23     A    I don't remember.  It varied.

15:55   24     Q    (By Ms. Morgan)  Was there a range of hours

25     that it varied?

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 169

|       |    |   |                                                    |
|-------|----|---|----------------------------------------------------|
|       | 1  | A | Uh-huh.                                            |
| 16:05 | 2  | Q | And were those logs examples of when you          |

16:05   1    A    Uh-huh.

16:05   2    Q    And were those logs examples of when you
3    would record and report your time spent on after-hours
4    calls?

5    A    Yes.

16:05   6    Q    And you were compensated for time spent on
7    the after-hour calls that you reported, correct?

8                        MR. LINGLE:  Object to the form.

9    A    I don't know if I was or not, on specific
10   paychecks.  I don't know.

16:05   11   Q    (By Ms. Morgan)  If you could turn back to
12   Exhibit 27?

13   A    Okay.

16:05   14   Q    If you could read over Paragraph C, and then
15   just let me know when you've had a chance to review
16   it.

17   A    Okay.

16:06   18   Q    Are you claiming that you were not paid for
19   any work related to any license that you obtained?

20                        MR. LINGLE:  Object to the form.

21   A    For any of it?  Because some of it was done
22   during office hours.

16:06   23   Q    (By Ms. Morgan)  Okay.  Are you claiming that
24   you were not paid for any kind of work that was
25   related to any insurance license that you obtained

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 170

|       |    |                                              |
|-------|----|----------------------------------------------|
|       | 1  | during your employment with Alderwoods?      |
|       | 2  | A    Yes, I am.                               |
| 16:06 | 3  | Q    Did you hold any licenses while you worked |
|       | 4  | for Alderwoods?                              |
|       | 5  | A    Yes, I did.                             |
| 16:06 | 6  | Q    What license did you hold?             |
|       | 7  | A    Insurance license.                      |
| 16:06 | 8  | Q    Did you hold that license before you worked |
|       | 9  | at Alderwoods?                               |
|       | 10 | A    Yes.                                    |
| 16:06 | 11 | Q    And when did you get your license?      |
|       | 12 | A    I think it was in '97 or '98.           |
| 16:07 | 13 | Q    So it was before you were hired by      |
|       | 14 | Alderwoods?                                  |
|       | 15 | A    Yes.                                    |
| 16:07 | 16 | Q    Why did you get your license?           |
|       | 17 | A    To sell preneeds.                       |
| 16:07 | 18 | Q    What were you required to do to get your |
|       | 19 | license?                                     |
|       | 20 | A    Take a test.  I think that was about it.|
| 16:07 | 21 | Q    Were there any fees associated with getting |
|       | 22 | your license?                                |
|       | 23 | A    Yes.                                    |
| 16:07 | 24 | Q    What were the fees?                     |
|       | 25 | A    I don't remember exactly what they were.|

Johnstown            Toll-Free            Pittsburgh
814-266-2042        866-565-1929        412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 171

16:07   1        Q    What about training, did you have to get any

        2    training to get your license?

        3        A    Not that I'm aware of, at this time, as far

        4    as training went.  It was all pretty much just read

        5    this, take the test.

16:08   6        Q    Was it a written exam?

        7        A    Yes.

16:08   8        Q    And how long did the exam take?

        9        A    I don't remember.

16:08  10        Q    Was it just one written exam that you took to

       11    get your license?

       12        A    I don't remember if I had to take another one

       13    to renew it or not.  I don't remember.

16:08  14        Q    Okay.  Did you have any continuing education

       15    requirements --

       16        A    No.

16:08  17        Q    -- to keep your license?

       18        A    No.

16:08  19        Q    Who issued the license?

       20        A    The state of Texas.

16:08  21        Q    Did you receive any compensation from your

       22    previous employer for obtaining the license?

       23        A    Yes.

16:08  24        Q    What compensation did you receive?

       25        A    I was paid to take the test.

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 172

16:09   1       Q    Any other compensation that you received from

2       your previous employer related to your license?

3       A    No.

16:09   4       Q    Did you receive any compensation from

5       Alderwoods for having a license?

6       A    No.

16:09   7       Q    Did Alderwoods require you to do anything to

8       maintain your license?

9                   MR. LINGLE:  Object to the form.

10      A    Just -- we had to follow the state

11      requirements to keep the license, but Alderwoods

12      didn't have a specific -- to keep our license.  We had

13      to keep them, but they was regulated by the state.

16:09   14      Q    (By Ms. Morgan)  Okay.  What were you

15      required by the state to do to maintain your

16      license?

17      A    To pay the fee, the licensing fee.  And

18      again, I can't remember if there was a test involved

19      with it, each renewal or not.

16:10   20      Q    And how often did you have to pay the

21      licensing fee?

22      A    I think every two years.

16:10   23      Q    Did Alderwoods cover that cost?

24      A    Yes.

16:10   25      Q    Were you required by the state of Texas to

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 173

1    have any ongoing training to maintain your license?

2        A    Not that I'm aware of.

16:10  3        Q    Does Texas require an individual to have an

4    insurance license to sell preneed, if you know?

5        A    I don't know.

16:10  6        Q    Was anyone in your job position, at your

7    location, not licensed?

8        A    I was the only one in my job position.

16:10  9        Q    How did having the license affect your job?

10               MR. LINGLE:  Object to the form.

11        A    So I could sell preneeds.

16:11  12        Q    (By Ms. Morgan)  Is there any cost associated

13    with maintaining your license that you're claiming

14    that Alderwoods did not cover?

15        A    No, they paid the fees for it.

16:11  16        Q    So is there any cost associated with your

17    license that you're seeking from Alderwoods in this

18    lawsuit?

19               MR. LINGLE:  Object to the form.

20        A    Not that I'm aware of, as far as keeping my

21    insurance license.  They paid for them.  In the form

22    of training, we had to do preneed training, but we

23    didn't have to do -- keeping our license training.

16:12  24        Q    (By Ms. Morgan)  Okay.  What is this preneeds

25    training that you mentioned?

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 174

1        A    Where a preneed manager would come and talk

2    to us about how to write the preneeds, how to explain

3    to people the differences in the types of preneeds

4    offered.

16:12    5        Q    That was training provided by Alderwoods?

6        A    It was through Alderwoods, we -- either a

7    gentleman would come to the funeral home and tell us

8    about it, or we may have to go to a different location

9    to hear him explain different aspects of preneeds.

10   And he was an employee of Alderwoods.

16:12   11        Q    Was this preneeds training a requirement of

12   maintaining your license?

13        A    I don't know.

16:12   14        Q    Was it a requirement of Alderwoods?

15        A    Yes, that we attend the training.

16:13   16        Q    Was the training during your regular work

17   hours?

18        A    Not all the time.

16:13   19        Q    Was it some of the time?

20        A    Yes.

16:13   21        Q    Were you compensated for time spent in

22   preneeds training when it was during your regular work

23   hours?

24        A    I feel I was, yes.

16:13   25        Q    Was there any time that you spent in preneeds

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 175

1    training that you think was not compensated?

2         A    Yes.

16:13    3         Q    And what time was that?

4         A    If it was a weekend off and I had to go out

5    of town to another funeral home location for training,

6    I was not paid for that.

16:13    7         Q    Any other instances of preneeds training that

8    you received at Alderwoods that you believe you were

9    not compensated for?

10        A    Not that I can recall at this time.  There

11   was more than one meeting, but I don't know how many

12   or when.

16:14    13        Q    Was the preneeds training on an annual

14   basis?

15        A    I don't know what basis it was on.

16:14    16        Q    You don't know how often it was?

17        A    No.

16:14    18        Q    Do you know how much time you spent in

19   preneeds training outside of your regular work

20   hours?

21        A    No, I didn't keep any record of it.  I don't

22   know.

16:14    23        Q    Is there a range of hours that you would

24   estimate that you spent in preneeds training, outside

25   of your regular work hours?

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 176

| | | |
|---|---|---|
| | 1 | A    Probably five, six times a year we did |
| | 2 | training.  Any time a new product was offered or |
| | 3 | anything was changed. |
| 16:14 | 4 | Q    And how long would the training sessions |
| | 5 | typically last? |
| | 6 | A    They would vary. |
| 16:15 | 7 | Q    What was the range? |
| | 8 | A    From a couple of hours to six hours, maybe. |
| 16:15 | 9 | Q    And of that time, how much of it was during |
| | 10 | regular work hours versus after-work hours? |
| | 11 | A    I would say about half and half. |
| 16:15 | 12 | Q    Did you ever complain to any Alderwoods |
| | 13 | management employee about not being compensated for |
| | 14 | preneeds training that was outside your regular work |
| | 15 | hours? |
| | 16 | A    Yes. |
| 16:15 | 17 | Q    To whom did you complain? |
| | 18 | A    Bill Barlow. |
| 16:15 | 19 | Q    And when did you complain to him? |
| | 20 | A    I don't remember the specific date.  Every |
| | 21 | time it happened. |
| 16:16 | 22 | Q    Every time it happened? |
| | 23 | A    Yeah. |
| 16:16 | 24 | Q    And what was his response to your |
| | 25 | complaint? |

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 179

16:19  1      Q    What were their job positions?

       2      A    Preneed sales.  I am sure they had a title, I

       3  just don't know it.

16:19  4      Q    Were any of these individuals working at

       5  locations outside of Texas?

       6      A    I don't know.

16:19  7      Q    Did you ever meet with clients about preneeds

       8  insurance?

       9      A    Yes.

16:19  10     Q    Were these called preneeds appointments or

       11  meetings, was there any name given to that activity?

       12     A    Preneed is all.

16:20  13     Q    Okay.  But as a funeral director, you did

       14  conduct these preneeds meetings, appointments?

       15     A    Yes.

16:20  16     Q    And who scheduled them?

       17     A    I did.  Whenever somebody had called and said

       18  they needed to speak to someone -- just whoever

       19  answered the phone scheduled it.

16:20  20     Q    And where would they take place?

       21     A    In -- at the funeral home or in the client's

       22  home, at a restaurant, wherever they were more

       23  comfortable.

16:20  24     Q    And were any of these meetings or

       25  appointments outside of your regular work hours?

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 180

|  |  |  |  |
|---|---|---|---|
| | 1 | A | Yes. |
| 16:20 | 2 | Q | Were any of them ever within your regular |
| | 3 | work hours? |
| | 4 | A | Yes. |
| 16:20 | 5 | Q | For the times that you had preneeds |
| | 6 | appointments outside of your regular work hours, how |
| | 7 | frequently would that happen? |
| | 8 | A | Probably at least once a week, one to ten |
| | 9 | times a week. |
| 16:21 | 10 | Q | Did you report on your timesheets or time |
| | 11 | cards the time that you spent meeting with prospects |
| | 12 | regarding preneeds insurance? |
| | 13 | A | No. |
| 16:21 | 14 | Q | Why not? |
| | 15 | A | It wasn't paid. |
| 16:21 | 16 | Q | And why wasn't it paid? |
| | 17 | A | That was policy.  We didn't get paid for |
| | 18 | it. |
| 16:21 | 19 | Q | And who informed you of that policy? |
| | 20 | A | Bill Barlow. |
| 16:21 | 21 | Q | What did Mr. Barlow tell you about |
| | 22 | compensation for preneeds appointments, outside of |
| | 23 | your regular work hours? |
| | 24 | A | If you sold a preneed, you got the |
| | 25 | commission. |

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 181

| | | |
|---|---|---|
| 16:22 | 1 | Q    What did he tell you about the time that you |
| | 2 | spent in those appointments, though? |
| | 3 | A    You don't get paid for it. |
| 16:22 | 4 | Q    Did he tell you not to report the time that |
| | 5 | you spent in the appointments? |
| | 6 | A    Yes. |
| 16:22 | 7 | Q    And how many hours are you claiming that you |
| | 8 | were not paid for such appointments? |
| | 9 | A    I don't know. |
| 16:22 | 10 | Q    You don't know? |
| | 11 | A    I don't know.  I don't think I'm claiming a |
| | 12 | specific number on that.  I just -- I don't know how |
| | 13 | many hours I spent doing that work that I didn't get |
| | 14 | paid for.  I didn't keep a record. |
| 16:22 | 15 | Q    You said it would have -- you would have |
| | 16 | these appointments anywhere from one to ten times a |
| | 17 | week? |
| | 18 | A    Yes. |
| 16:22 | 19 | Q    And about how long would the appointments |
| | 20 | last? |
| | 21 | A    That varied.  Some of them were 45 minutes |
| | 22 | and some of them were two or three hours. |
| 16:23 | 23 | Q    So on average, about how much time did you |
| | 24 | spend in preneeds appointments, outside of your |
| | 25 | regular work hours? |

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 182

| | | | |
|---|---|---|---|
| | 1 | A | On average in a day, or a week, a month? |
| 16:23 | 2 | Q | A week. |
| | 3 | A | A week?  Probably four hours, five.  It |
| | 4 | | really varied. |
| 16:23 | 5 | Q | And what factors would affect how many hours |
| | 6 | | you would spend in preneeds meetings in one week |
| | 7 | | versus another? |
| | 8 | A | If we had an advertising campaign go out, you |
| | 9 | | know, mail out, let's say, then we had a lot more |
| | 10 | | preneed appointments that week.  If we didn't, then |
| | 11 | | just however many people called and said they would |
| | 12 | | like to set up a time and talk to us about preneeds, |
| | 13 | | or they might have been in the funeral home when we |
| | 14 | | asked them if they had a preneed and they wanted to |
| | 15 | | talk about it.  It really depended on what the public |
| | 16 | | wanted. |
| 16:24 | 17 | Q | And are you aware of any company-wide policy |
| | 18 | | that employees should not report all of the time they |
| | 19 | | spent in their preneeds appointments? |
| | 20 | A | Uh-huh, yes. |
| 16:24 | 21 | Q | And when did you become aware of this? |
| | 22 | A | It was always there when I started on through |
| | 23 | | until I quit. |
| 16:24 | 24 | Q | And how did you become aware of it? |
| | 25 | A | Through Bill Barlow. |

Johnstown                        Toll-Free                     Pittsburgh
814-266-2042                  866-565-1929                412-281-7908

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 184

| 16:26 | 1 | Q But you don't recall specifically the names |
| | 2 | of any of these people? |
| | 3 | A No, I don't. |
| 16:26 | 4 | Q Were they other funeral directors/embalmers |
| | 5 | in the state of Texas? |
| | 6 | A Yes. |
| 16:26 | 7 | Q And other preneed sales employees in the |
| | 8 | state of Texas? |
| | 9 | A Yes. |
| 16:26 | 10 | Q And you just had verbal conversations with |
| | 11 | these individuals? |
| | 12 | A Yes. |
| 16:26 | 13 | Q Aside from the preneeds training that you |
| | 14 | received, is there any other training that you're |
| | 15 | claiming you were not compensated for? |
| | 16 | A Any kind of training that didn't happen |
| | 17 | during the day, then I wasn't compensated for it.  You |
| | 18 | know, if it wasn't during regular business hours. |
| 16:27 | 19 | Q And what -- what other training did you |
| | 20 | receive outside of regular business hours at |
| | 21 | Alderwoods that you're claiming that you were not |
| | 22 | compensated for? |
| | 23 | A For our funeral director/embalmers license, |
| | 24 | we had continuing education requirements on it. |
| 16:27 | 25 | Q Anything else? |

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 184

16:26  1        Q     But you don't recall specifically the names
       2    of any of these people?
       3        A     No, I don't.
16:26  4        Q     Were they other funeral directors/embalmers
       5    in the state of Texas?
       6        A     Yes.
16:26  7        Q     And other preneed sales employees in the
       8    state of Texas?
       9        A     Yes.
16:26  10       Q     And you just had verbal conversations with
       11   these individuals?
       12       A     Yes.
16:26  13       Q     Aside from the preneeds training that you
       14   received, is there any other training that you're
       15   claiming you were not compensated for?
       16       A     Any kind of training that didn't happen
       17   during the day, then I wasn't compensated for it.  You
       18   know, if it wasn't during regular business hours.
16:27  19       Q     And what -- what other training did you
       20   receive outside of regular business hours at
       21   Alderwoods that you're claiming that you were not
       22   compensated for?
       23       A     For our funeral director/embalmers license,
       24   we had continuing education requirements on it.
16:27  25       Q     Anything else?

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 185

|  |  |  |
|---|---|---|
| | 1 | A    Not that I'm aware of at this time. |
| 16:27 | 2 | Q    Was this funeral director/embalmer license |
| | 3 | training, what we were talking about previously, or |
| | 4 | was there additional training that you received |
| | 5 | related to that? |
| | 6 | A    What were we talking about previously? |
| 16:27 | 7 | Q    You were saying that you were required by the |
| | 8 | state to have some continuing education for your |
| | 9 | funeral director/embalmer license; is that right? |
| | 10 | A    I don't remember talking about my |
| | 11 | embalmer/director license before. |
| 16:28 | 12 | Q    Okay.  Did you hold more than one license? |
| | 13 | A    The insurance license. |
| 16:28 | 14 | Q    The insurance license.  Okay. |
| | 15 | A    Uh-huh. |
| 16:28 | 16 | Q    That's what we were talking about before. |
| | 17 | A    All right. |
| 16:28 | 18 | Q    Then you held another license. |
| | 19 | A    Yes. |
| 16:28 | 20 | Q    Okay.  What is this other license? |
| | 21 | A    It's a Texas funeral directors and embalmers |
| | 22 | license. |
| 16:28 | 23 | Q    Did you have that license before you began |
| | 24 | working at Alderwoods? |
| | 25 | A    I was licensed as an apprentice. |

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 186

16:28   1        Q    Did you get a funeral director/embalmer
        2   license during your employment with Alderwoods?
        3        A    No, I actually got it before, I'm sorry.  I
        4   did.  I got it before.  It was before Alderwoods
        5   bought Kiker-Seale, so yes.
16:29   6        Q    And did your -- did the employer you have at
        7   that time pay for that?
        8        A    Yes.
16:29   9        Q    Did you have to undergo any training to
        10  maintain that license?
        11       A    Yes.
16:29   12       Q    Did you have to keep up with that training
        13  during your employment at Alderwoods?
        14       A    Yes.
16:29   15       Q    Did Alderwoods cover the cost of that
        16  training?
        17       A    Yes.
16:29   18       Q    Did Alderwoods cover the hours -- compensate
        19  you for the hours that you spent in that training?
        20       A    No.
16:29   21       Q    What training did you have related to your
        22  funeral director/embalmer license that you're claiming
        23  that Alderwoods did not compensate you for?
        24       A    We had continuing education requirements for
        25  the license.

Johnstown              Toll-Free              Pittsburgh
814-266-2042          866-565-1929          412-281-7908

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 187

| | | |
|---|---|---|
| 16:29 | 1 | Q    What did that entail? |
| | 2 | A    Like?  I'm not sure what you're asking. |
| 16:30 | 3 | Q    What -- what were those requirements for |
| | 4 | continuing? |
| | 5 | A    The requirements was -- the hours varied, I |
| | 6 | think they started out at 16 hours every two years and |
| | 7 | was up to 22, maybe in 2006.  At least I think it was |
| | 8 | 22.  It was 20 or 22. |
| 16:30 | 9 | Q    Where would you go to get that training -- |
| | 10 | I'm sorry, to get that continuing education? |
| | 11 | A    We could go to meetings to get it.  We could |
| | 12 | get it online in some circumstances. |
| 16:30 | 13 | Q    And how did you satisfy those continuing |
| | 14 | education requirements? |
| | 15 | A    I usually went to meetings.  I think the last |
| | 16 | year I renewed, I did it online. |
| 16:31 | 17 | Q    Were any of your continuing education |
| | 18 | meetings during regular work hours? |
| | 19 | A    No. |
| 16:31 | 20 | Q    When were they? |
| | 21 | A    They were usually on a weekend. |
| 16:31 | 22 | Q    Did you record on your timesheets or on a |
| | 23 | time clock any of the time that you spent on your |
| | 24 | continuing education requirements? |
| | 25 | A    No. |

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 188

| | | |
|---|---|---|
| 16:31 | 1 | Q    Were you ever compensated by Alderwoods for |
| | 2 | that time? |
| | 3 | A    No. |
| 16:31 | 4 | Q    And what about the online, when you did the |
| | 5 | training online, was that? |
| | 6 | A    No. |
| 16:31 | 7 | Q    Was that after hours? |
| | 8 | A    Yes, I did it at home.  I did do some of it |
| | 9 | at work, you know, on the work computer.  Most of it I |
| | 10 | did at home. |
| 16:31 | 11 | Q    Was any of the time you spent getting your |
| | 12 | continuing education online, spent during regular work |
| | 13 | hours? |
| | 14 | A    Yes, some was. |
| 16:32 | 15 | Q    About how much of it? |
| | 16 | A    Probably two hours, three hours, maybe. |
| 16:32 | 17 | Q    Were you compensated for that time? |
| | 18 | A    Yes, it was during the regular business |
| | 19 | day. |
| 16:32 | 20 | Q    And did Alderwoods compensate you for the |
| | 21 | time that you spent doing the continuing education |
| | 22 | online, outside of the regular work hours? |
| | 23 | A    No. |
| 16:32 | 24 | Q    And did you record or report any of that time |
| | 25 | on your timesheets or time cards? |

Johnstown                    Toll-Free                  Pittsburgh
814-266-2042              866-565-1929              412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 189

|       |    |   |                                              |
|-------|----|---|----------------------------------------------|
|       | 1  | A | No.                                          |
| 16:32 | 2  | Q | Why not?                                     |
|       | 3  | A | They weren't paid.                           |
| 16:33 | 4  | Q | Was there any other training associated with |

maintaining your funeral director/embalmer license,
other than what you just described?

    A    Other than continuing education?

16:33  8    Q    Yes.

  9    A    No.

16:33  10    Q    Did you have to have this license in order to
be able to perform your job at Alderwoods?

  12    A    Yes.

16:33  13    Q    Were you aware of any company policy
regarding whether or not employees would be
compensated for the time that they spent maintaining
their funeral director/embalmer license?

  17    A    We weren't paid for it, that was the policy.
They paid for the license, but not the training.  I'm
sorry, they paid for the license, and then they
actually paid for our training, but they didn't pay
our time to go to it.

16:34  22    Q    From where did you get that understanding of
the policy?

  24    A    From Bill Barlow and other employees.

16:34  25    Q    Who were the other employees?

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 219

1           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
2

DEBORAH PRISE and HEATHER   )
3   RADY on behalf of themselves)
   and all employees similarly )
4   situated                     )
                               )
5                               )
   versus                      ) CIVIL ACTION NO. 06-1641
6                               )
                               )
7   ALDERWOODS GROUP, INC.      )

8

9   *************************************************

10       REPORTER'S CERTIFICATION/FILING CERTIFICATE
           ORAL DEPOSITION OF BEVERLY MCDONALD
11             TAKEN ON NOVEMBER 24, 2008

12   *************************************************

13

14       I, VANESSA S. ROBERTSON, Certified Shorthand

15   Reporter in and for the State of Texas, hereby certify

16   pursuant to the Pennsylvania Federal Rules of Civil

17   Procedure present to the following:

18       That this deposition transcript is a true record

19   of the testimony given by BEVERLY MCDONALD, the

20   witness named herein, on NOVEMBER 24, 2008 after said

21   witness was duly sworn/affirmed by me.

22       That the deposition transcript was submitted on

23   the _____ day of _____2008 to

24   MR. CHARLES H. SAUL, for examination, signature and

25   return to me by _____, 200_.

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 220

1   That the deposition transcript _____ was

2   returned to U.S. Legal Support on _____, 200_

3   was properly executed by the witness to the deposition

4   officer, and the attached change/correct sheet

5   contains any changes, and the reasons therefore, made

6   by the witness.

7   That the deposition transcript _____ was not

8   returned to the deposition officer by the witness.

9   That the original deposition transcript, or a

10  copy thereof, together with copies of all exhibits,

11  was delivered on the _____ day of _____, 200_

12  to MS. MICHELLE AMY MORGAN for the safekeeping and use

13  at trial.

14  That the amount of time used by each party at the

15  deposition is as follows:

16  MS. MICHELLE AMY MORGAN - 5 hours, 4 minutes

17  MR. MIKE LINGLE - 10 minutes

18  That pursuant to information given to the

19  deposition officer at the time said testimony was

20  taken, the following includes counsel for all parties

21  of record:

22  MR. CHARLES H. SAUL, Attorney for Plaintiff.

23  MS. MICHELLE AMY MORGAN, Attorney for Defendant.

24  MR. MIKE LINGLE, Attorney for Plaintiff.

25  That a copy of this certification was served on

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

e72e4767-1aa0-4706-9316-f389fe45cd48

NETWORK DEPOSITION SERVICES
Transcript of Beverly McDonald

Page 221

1       all parties shown herein.

2           Certified to by me this _____ day of _____

3       A.D., 2008.

4

5

6

7

8

9

10                          _____

11                          VANESSA S. ROBERTSON, CSR
                            TEXAS CSR 4930
                            EXPIRATION DATE:  12/31/09
12                          FIRM REGISTRATION NO. 343

13                          U.S. LEGAL SUPPORT
                            5910 NORTH CENTRAL EXPRESSWAY
14                          SUITE 100
                            DALLAS, TEXAS 75206
15                          (214) 741-6001

16

17

18

19

20

21

22

23

24

25

e72e4767-1aa0-4706-9316-f389fe45cd48