# NETWORK DEPOSITION SERVICES
## Transcript of Barry Douglas Miles

Page 1

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
06-1641

DEBORAH PRISE AND HEATHER          )
RADY ON BEHALF OF THEMSELVES       )
AND ALL EMPLOYEES SIMILARLY        )
SITUATED,                          )
                                   )
        PLAINTIFFS,                )
                                   )
v                                  )
                                   )
ALDERWOODS GROUP, INC.,            )
                                   )
        DEFENDANT.                 )
-----------------------------------)

DEPOSITION OF BARRY DOUGLAS MILES

(TAKEN by DEFENDANT)

CHARLOTTE, NORTH CAROLINA

APRIL 18, 2009

REPORTED BY:        Meredith R. Johnson
                    Court Reporter
                    Notary Public

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 207

1   start time of 10:13 and an end time of 10:45,

2   correct?

3        A     Mm-hmm.

4        Q     Can you tell me what the notation is

5   under caller and purpose of call?

6        A     It says, "Answer phone, death call,

7   William Lancaster.

8        Q     And can you tell me what time spent in

9   minutes is on there.

10       A     Thirty-two minutes.

11       Q     Okay.

12       A     Which is probably more than one phone

13  call.

14       Q     Okay.

15       A     Because if I receive that call from

16  answer phone, the death call about Mr. Lancaster

17  being dead, she was a hospice nurse involved so

18  I'm going to in turn, call the hospice nurse,

19  maker her aware that I know that, and then call

20  somebody else to help me make a removal.  So that

21  32 minutes is probably not just on that one call.

22  It reflects that.

23       Q     Okay.  That's fine.  Even assuming that

24  it was more than one call, if you were instructed

25  to put down 15 minutes per call, then the time

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 208

1    spent should be in a 15-minute increment, correct?

2         MS. DOUGLASS:   Objection.

3         A    I guess.

4         Q    So this shows 32 minutes, so this shows

5    --

6         A    Two phone calls in ten minutes.  I don't

7    know.  I know it's more than one.

8         Q    That's fine.  It is what it is and I'm

9    not worried about that.  All I'm saying is that it

10   looks it appears in this -- would you agree with

11   me that it appears in this case that you put down

12   the actual time and it looks like you went over

13   your 15 minute minimum, so you put down the actual

14   time; would that be accurate?

15        MS. DOUGLASS:   Objection.

16        A    Again, we're dealing with one phone call

17   or three, I don't know.  I just know what the

18   procedure would be if I received a call from

19   answer phone, I would call somebody else after

20   that call came in.

21        Q    And that's fine.  And assuming it was

22   two calls, that's fine.  I'm not worried about

23   that.  Assuming it was two calls, the policy is

24   that that should be noted as 30 minutes, correct?

25   Or if it was three calls, then it should be 45

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 209

 1   minutes, correct?

 2        A    And in most cases it is.

 3        Q    But you put down and it looks like in

 4   this case the actual time spent, correct?

 5        A    Assuming it was one call.

 6        Q    Or assuming it was two calls.  Okay.  So

 7   what we do know from this is, this was -- if the

 8   policy was 15 minutes per call that this notation

 9   was not in compliance with the policy?

10        A    Right.  That was an error, right.

11        Q    Can you go to the after-hours call log

12   week ending 6/24/06.  And that's Bates ALD9619.

13   And this is another after-hours call log, correct?

14        A    Mm-hmm.

15        Q    And it's the week ending 6/24/06,

16   correct?

17        A    Mm-hmm.

18        Q    And is that your signature?

19        A    Yeah.

20        Q    And the approved by signature is?

21        A    Danny Gibson.

22        Q    Danny Gibson.  And there's three entries

23   for 6/19 on here and can you look at the third

24   entry, please.  The start time was?

25        A    9:30.

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 210

1   Q   And the end time was?

2   A   1 a.m.

3   Q   And can you tell me the notation and
4   caller and purpose of call, please.

5   A   Home removal, Maxine Demathis, Iron
6   Station.

7   Q   And what was time spent in minutes on
8   that?

9   A   It says 210.

10   Q   And so that would have been more than
11   the 180 minimum that you say you were
12   instructed -- you understood that you were
13   instructed to put down, correct?

14   A   Mm-hmm.

15   Q   Is it possible that you put down the
16   minimum when the time was at or less than the time
17   actually spent.  And then if you went over you
18   put -- you were instructed to put the actual time
19   you spent on it?

20   MS. DOUGLASS:  Objection.

21   A   No.

22   Q   Well, then can you explain to me why --

23   A   I can't explain to you, I can't.

24   Q   But this would not have been in
25   compliance with the policy as you understood it,

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 211

1    correct?

2         A    (Nods head up and down)

3         Q    Okay.

4         A    I don't know.

5         Q    That's fine.

6         A    Don't know.

7         Q    Not a problem, just trying to

8    understand.  Okay.

9            (Exhibit 6 Marked for Identification)

10        Q    I'll have you take a look at that and

11   let me know when you're ready to talk about it..

12        A    Okay.

13        Q    Okay.  And can you tell me what this

14   document is entitled.

15        A    Recording Time Worked.

16        Q    Okay.  What does it say up at the top?

17        A    Piecework, payroll records, funeral home

18   procedures.

19        Q    Funeral Home Procedures, that's fine.

20   And can you go down to the footer on here and see

21   if you can identify the origin and the date of the

22   document.

23        A    February '04 it looks like.

24        Q    It says 2004 Alderwoods Group, Inc.,

25   correct?

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 214

1      A     And I didn't know any different.

2      Q     Did you know whether or not this -- the

3   minimum policy as you understood it, applied to

4   anyone outside of the Carruthers Funeral Home

5   umbrella?

6      A     No, I don't know.

7      Q     You don't know?

8      A     No.

9      Q     Were -- did any other employees -- did

10  any other positions other than the funeral

11  director position, would they have recorded

12  time -- on-call time on the after-hours call log?

13     A     Yes.

14     Q     Okay.  What other positions would have

15  done that?

16     A     It could have been an hourly position.

17  Somebody to help us.  There was one particular

18  on-call person that was on-call with me and the

19  other guy, Leon Leonard (phonetic) who's now

20  deceased.  But he would go on removals with us.

21  I'd call him at home, we'd meet, get the car and

22  go back, do the removal.  And he'd fill out a time

23  sheet.

24     Q     Did you ever see how anyone in -- other

25  than the funeral director position -- filled out

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

1    their time sheets?

2         A    He did just like we did.

3         Q    What do you mean by that?

4         A    Filled it out the same way.  Fifteen

5    minute phone call and three hour removal time.

6         Q    Have you ever seen any circumstance

7    where someone put more than the minimum down?

8         MS. DOUGLASS:  Objection.

9         A    Yeah, we just showed it, yeah.

10        Q    Did you see any -- other than you in a

11   couple circumstances, did you ever see where

12   anyone else put more than the minimum?

13        A    I didn't check time, I don't know.

14        Q    Do you have any reason to believe that

15   you were not paid for the time, the actual time,

16   that you put down on your time card.

17        A    No.  As I said before, time on the time

18   sheet I was paid for.

19        Q    So if you put down 32 minutes and it

20   said "phone call" you got paid for it?

21        A    (Nods head up and down)

22        Q    Okay.  Do you know how long the

23   after-hours call log sheets were used?

24        A    No.

25        Q    Let me ask you this:  You know at some

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 216

1   point in time --

2        A    They stopped.

3        Q    -- they stopped using those, correct?

4        A    Correct.

5        (Exhibit 7 Marked for Identification)

6        Q    And these are documents Bates stamped

7   ALD9651 through ALD9718.  If you would take a peek

8   at these for me, please, and let me know when

9   you're ready to talk about them generally.

10       A    Okay.  It just appears to be more time

11  sheets and call sheets.

12       Q    And these appear to be from the year

13  2000 and --

14       A    Seven.

15       Q    -- seven, correct?

16       (Off the Record 2:47 p.m. to 2:48 p.m.)

17  BY MR. FARMER:

18       Q    So we're looking at these Exhibit 7 and

19  these look to be your 2007 time cards; is that

20  correct?

21       A    Time cards and after-hours call log.

22       Q    After-hours call logs, okay.  And it

23  looks to be at some point in 2007, you start using

24  a different time sheet, correct?

25       A    Right.

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 223

1    the minimum aside because we know about that,
2    we've talked about that -- have there been any
3    changes in how you are supposed to record your
4    time?
5        A    No.
6        Q    It is your understanding, other than the
7    minimum, that you are supposed to put down, from
8    when you became hourly through today, all the time
9    that you worked; is that correct?
10       A    Mm-hmm.
11       Q    And it's your understanding that you are
12   to be paid for all the time that you worked,
13   correct?
14       A    (Nods head up and down)
15       Q    Are you aware of an overtime preapproval
16   policy?
17       A    No.
18       Q    Okay.
19       A    I heard it, but I've never seen it.
20       Q    Okay.  So to your knowledge, have any of
21   the employees under the Carruthers umbrella been
22   subject to an overtime preapproval policy?
23       A    I think the hourly people -- I mean the
24   office people watch their time so to speak.
25       Q    What is your understanding of what the

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

1   policy is that applies to the office people?

2         A     They, you know, get paid for working 40

3   hours.

4         Q     Well --

5         A     If they work more than that, then they

6   take a comp day or something.

7         Q     Okay.  Let's narrow this down.  Let's

8   talk about the people that work -- you still have

9   responsibility over Dallas Funeral Home?

10        A     Two part-time people.

11        Q     Two part-time people?

12        A     Yeah.

13        Q     Do you have responsibility for any other

14  locations' people?

15        A     No.

16        Q     So you've got two part-time people?

17        A     Yeah.

18        Q     If one of those individuals came to you

19  and said that they worked 41 hours in a week, they

20  were busy -- has that ever happened?  Have they

21  come to you and said they worked overtime?

22        A     No.

23  MS. DOUGLASS:  Objection.

24        Q     Do you schedule the time they work?

25        A     One lady works three days, the other

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

1    works two days.

2        Q    What --

3        A    So it never exceeds forty hours, it

4    never exceeds thirty hours.

5        Q    Have they ever come to you and said I've

6    worked 31 hours this week?

7        A    (Shakes head side to side)

8        Q    Are you personally aware of a

9    circumstance where an employee under the

10   Alderwoods umbrella -- do you know what I mean by

11   that, just saying any of the entities -- are you

12   personally aware of anyone under the Alderwoods

13   umbrella that has worked overtime, has submitted

14   the time and not gotten paid for it?

15       MS. DOUGLASS:  Objection.

16       A    How would I know that?

17       Q    I'm asking if you do.

18       A    No, I do not.  I do not know that.

19       Q    Okay.  Are you aware of anyone under the

20   Alderwoods umbrella that has submitted time that

21   they worked during on-call time, while they were

22   on-call, that was not paid for the time that they

23   submitted that had they worked?

24       A    I don't know.

25       Q    Are you aware of it?

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 226

1        A    I'm not aware of it.

2        MS. DOUGLASS:  Objection.

3        Q    Have you ever told anyone that reports

4   under you not to put time that they worked down?

5        A    No.

6        Q    Are you aware of anyone that was told --

7   anyone under the Alderwoods umbrella that was told

8   not to put time that they worked down?

9        A    No personal knowledge, no.

10        Q    Okay.  Are you aware of any instruction

11   to any employee under the Alderwoods umbrella that

12   they will not be paid for a certain job that they

13   perform while on-call?

14        MS. DOUGLASS:  Objection.

15        A    Again, I don't know.

16        Q    Well, are you --

17        A    I'm not aware of anything like that.

18        Q    That's all I'm asking.

19        A    I don't know.

20        Q    That's fine.  I'm asking if you're aware

21   or if you're not and if you're not then the

22   answer's no and that's it.

23        A    I'm not.

24        Q    You had mentioned something that I think

25   you wanted to tell me about.  And I didn't give

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 229

1      Q    When do you think that he conveyed that
2  message to you?
3      A    It was soon after SCI took over.
4      Q    Okay.  Do you think that -- now, was the
5  policy called the minimum policy or are we just
6  using that language here today?
7      A    I think we're just using that language
8  here today.
9      Q    Do you ever recall being told that if
10  you get a phone call you should put down a
11  15-minute minimum?  Do you remember --
12      A    Yeah, you got 15 minutes for phone
13  calls.
14      Q    Well, specifically a 15-minute minimum?
15      A    I remember, the way it was conveyed, if
16  you got a phone call, you record 15 minutes for
17  that phone call.
18      Q    Okay.  You never heard if it takes --
19  you never heard that if -- they want you to record
20  your actual time so that if it goes beyond 15
21  minutes you should put your actual time down?
22      MS. DOUGLASS:  Objection.
23      A    I don't think so.
24      Q    How many -- other than the funeral
25  director position, what positions would be

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 230

1    receiving phone calls like that?

2          A    Just us.

3          Q    Just funeral directors?

4          A    Mm-hmm.

5          Q    Other than the funeral director

6    position, what positions would be called out on

7    removals?

8          A    It would be a part-time person.

9          Q    Part-time?

10         A    Yeah.

11         Q    So a part-time person who would -- they

12   wouldn't be worried about overtime anyway

13   because --

14         A    No, no.

15         Q    They would be concerned about the hours

16   they were paid, but they wouldn't be worried about

17   overtime.

18         A    No.

19         Q    How many part-time people do you think

20   there are at any given time in the Carruthers

21   group?

22         A    No more than one or two.

23         Q    Okay.

24         MS. DOUGLASS:  Objection.  I'm also curious

25   as to what the timeframe is that we're talking

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

1    about.

2        Q    Let's talk about right now.  How many

3    part-time people do you think that would be called

4    out on removals?  How many part-time people would

5    be available to be called out on removals at any

6    given time?

7        A    I doubt now any.  Well, maybe one or

8    two.  Because we don't do removals anymore.

9        Q    You have a third party that does it?

10       A    Third party does it.

11       Q    When did that start?

12       A    I think some of these time sheets record

13   that.

14       Q    Would that have been '07?

15       A    It could have been.

16       Q    Okay.

17       A    Because basically all we're getting is

18   we get the phone call, we call hospice, we call

19   the residence, then we call Carolina Transport to

20   make the removal.  That was SCI's policy.

21            Now, on certain occasions if I was

22   on-call and I personally knew the family, then I

23   would make that call.

24       Q    Sure.

25       A    And I would make the removal.  But

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 242

1     Q     Two years.  So anywhere from five to six

2     times a year or five to eight times a year you'd

3     go for two years?

4     A     (Nods head up and down)

5     Q     And these were hour long meetings?

6     A     Hour, hour and a half.

7     Q     Do you know if other positions other

8     than funeral director were encouraged to join

9     community service organizations?

10     A     Not that I'm aware of.  I mean it was

11     only on his mind to be community orientated.

12     Q     And why is that?

13     A     Nature of the business.

14     Q     Because you get commissions?

15     A     No, it has nothing to do with

16     commissions.

17     Q     But you --

18     A     They wanted you there to shake hands and

19     influence people.  It had nothing to do with

20     commission, nothing like that.

21     Q     Other than Mr. Pearce discussing this

22     with you, did you see any memos or documents or

23     policies about community service?

24     A     There was a whole group of stuff about

25     community involvement that came from Alderwoods.

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 243

1   Different binders, I mean it's a whole big
2   conglomerate of stuff and that's what brought on
3   being a member of a civic club.
4       Q    How many -- it sounded -- and correct me
5   if I'm wrong -- it sounded to me that you said
6   that there were a couple of years based on the
7   timeframe where you were encouraged to do that,
8   but didn't.  And then in '05 or '06 --
9       A    I don't think it was a couple of years,
10   I think it was a couple of months.
11      MS. DOUGLASS:  Let him finish his question.
12      Q    I'm just trying to figure out if there
13   was -- were you ever threatened with termination
14   if you didn't join?
15      A    Not in so many words, no.
16      Q    Did -- were you ever -- let me just
17   clarify it, were you ever told that you would be
18   fired if you didn't join?
19      A    No, I did not.
20      Q    Were you ever told that your salary,
21   your pay, would suffer if you didn't join?
22      A    No.
23      Q    Were you ever told that you would be
24   disciplined if you didn't join?
25      A    It was leading in that direction.

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 244

1       Q    I'm asking you specifically the
2  question.
3       A    I felt that way.  My feelings were that
4  way.
5       Q    I'm trying to pin down exactly so I can
6  understand.  Were you ever told specifically that
7  if you did not join a community service group that
8  you would be disciplined?  Were you ever told that
9  specifically?
10      A    Not in so many words.
11      Q    So no, you were never told that
12 specifically?
13      A    Not in many so many words.
14      Q    And I need you to answer my question of
15 specifically.  And I understand what you're
16 saying, just for the record, I need it to be
17 clear.  And I understand what you're saying and
18 it's in there, it's clear.  I'm trying to
19 understand, were you told specifically that if you
20 did not --
21      A    No..
22      Q    -- join a community service group, you
23 will be disciplined?
24      A    No.
25      Q    Okay.  Are there any funeral directors

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 246

1    meeting the people.

2        Q    Okay.  Can you tell me whether or not

3    there were any funeral directors that did not join

4    some kind of a community group?

5        A    No.

6        Q    Okay.  So you just don't know whether

7    they did or not?

8        A    No, I don't.

9        Q    Are you aware of any funeral director

10   that was disciplined because they did not join a

11   group?

12       A    No.

13       Q    Are you aware of any funeral director or

14   anyone that was disciplined or that was terminated

15   because they did not join a group?

16       A    No.

17       Q    Are you aware of anyone whose pay was

18   affected in any way because they did not join a

19   group?

20       A    No.

21       Q    How familiar are you with -- you said

22   there was all this stuff that came out along with

23   it, what can you tell me about that stuff?

24       MS. DOUGLASS:  Objection.

25       A    There were CDs, there were pamphlets, I

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 249

1   bit more about community service.  Have you ever
2   heard of IBIS, do you know what that is?
3       A    No.
4       Q    Have you ever heard of the I Believe In
5   Service program?
6       A    Yes, not the acronym.
7       Q    Okay.  What was that?
8       A    That was a program established by
9   Alderwoods.  That's about all I can tell you about
10  it.  I don't know.
11      Q    Do you know what the program was, just
12  generally?
13      A    I don't remember.
14      Q    Okay.  Do you know what the community
15  leadership program was?
16      A    Don't remember.
17      Q    Okay.  With regard to your community
18  service, did you ever -- when you went to these --
19  how do you spell optimist by the way, the
20  Optimists Club?
21      A    Yeah, I can't tell you.
22      Q    Okay.  I just, I apologize for this
23  question, I'm just trying to understand you.  You
24  say you've been going to these meetings there
25  for -- you went there years ago and you've been

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 251

1  just asked if you did.

2      A    No, I did not.

3      Q    Did you ever have any families from

4  people you met at the Dallas Optimists Club come

5  into the location and use your services and said,

6  hey, it's because I know you from there?

7      A    No, they just used the funeral home.

8      Q    They just would have used it anyway?

9      A    Yeah.

10     Q    When you would go the Optimists Club,

11 did you have business cards?

12     A    Mm-hmm.

13     Q    Would you pass them out there?

14     A    They had a barrel or a little fishbowl

15 and we would drop them in every week and a prize

16 was awarded to the one that was pulled out.

17     Q    Did you ever hand them out to the

18 members there?

19     A    No, I did not.

20     Q    Did you ever bring any marketing

21 materials to try to sell people?

22     A    No.

23     Q    Did you ever talk to anyone there

24 saying, hey, you should come over to my funeral

25 home, we're the best in the land or anything like

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 267

1      A    I was required to get 12 hours
2   continuing education for my insurance license.
3   I'd submit the amount of the money for the girl to
4   pay the bill.  But at no time did I record times.
5   I usually did them on my day off and I didn't
6   record times.
7      Q    And I don't want to drag all these
8   documents, but we saw earlier in your payroll that
9   you did record a morning --
10      A    That's when I was working; that's not
11   when I was off.  I was not off that day.
12      Q    Okay.  So some of the time you recorded
13   it and some of the time you didn't?
14      A    If I was scheduled for duty on that day,
15   like in that case there, there was a four-hour
16   class, if we weren't busy I marked that -- I
17   didn't mark it I just recorded the time and went
18   to the class.
19          The majority of time because of the way
20   the work schedule was, those times of the day and
21   a half I went were mostly on my days off and not
22   actual duty days because we were so limited on
23   staff that I didn't feel that I could go on duty
24   days.
25      Q    Did you ever report your time that you

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 268

1   went when you were not on-call to an insurance CLE
2   or continuing education class?
3        A    No, I didn't.
4        Q    Were you ever told that you could not
5   submit that time?
6        A    I was never told I could.
7        Q    But you never did.
8        A    I never did.  They didn't say you could
9   do it; I didn't know you could do it.
10        Q    And you never asked?
11        A    Not really, no.
12        Q    Okay.  Do you have any record of the
13   classes that you took?
14        A    I could probably get them.
15        Q    Okay.  Could we get a record of that and
16   tell me what it would be.
17        A    It would be from the ITS in Raleigh,
18   North Carolina.  They administered the classes
19   eight hours one day and four hours the next day.
20        Q    And they would be able to kind of tell
21   you?  You think --
22        A    I think they are.
23        Q    Sure.
24        A    They'd have a record of attendance.
25        Q    You might be able to show when the

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

1    classes, where they were, those kinds of things?

2         A    Right.

3         Q    Do you have any knowledge of whether

4    anyone else was told that they could or could not

5    submit their insurance training time?

6         A    I don't know.

7         Q    So did you ever discuss that with anyone

8    else?

9         A    No.

10        Q    So other people may have submitted it

11   and gotten paid for it and you wouldn't know?

12        A    I wouldn't know.

13        Q    And other people -- okay, you just don't

14   know.  Okay.  And you don't know of any

15   company-wide policy on that at all, one way or the

16   another.

17        MS. DOUGLASS:  Objection.

18        A    No, I don't know.

19        Q    And you don't know any local policy on

20   that one way or the other.

21        MS. DOUGLASS:  Objection.

22        A    (Shakes head side to side)

23        Q    Do you know what the phrase "regular

24   rate of pay" means?

25        A    I assume it's your regular hourly rate.

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 271

1    with the original rate is?

2         A    I've already discussed that.

3         Q    Do you ever remember receiving -- okay.

4    So your only problem with the way that your

5    overtime rate is calculated is the problem that

6    you had when they initially told you what your

7    rate of hourly rate of pay is?

8         MS. DOUGLASS:  Objection.

9         A    Correct.

10        Q    Do you know if there are any other -- do

11   you know if there's anything else -- how do you

12   calculate -- sorry.  I'm bumbling all over myself.

13   Do you know how to calculate your overtime rate?

14        MS. DOUGLASS:  Objection.

15        A    Yes.

16        Q    How do you do that?

17        A    It's one and a half times your hourly

18   rate.

19        Q    Would that include any other numbers,

20   any other amounts?

21        A    Not that I'm aware of.

22        Q    Do you know whether or not it would

23   include commission or bonus payments?

24        MS. DOUGLASS:  Objection.

25        A    No.

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

1     Q    You don't know whether it would.  You
2   don't know whether it would or not, correct?
3     A    No, I don't.
4     Q    Okay.  Do you ever remember receiving
5   overtime adjustment payments?
6     A    Yes.
7     Q    And do you know what those were for?
8     A    I guess it was computed wrong.  I don't
9   specifically -- but I remember on the check stub
10  an overtime adjustment where the payroll people
11  refigured it for some reason.
12    Q    Okay.  If you earn a commission this
13  week, say you sold me a preneed policy and you
14  earned a commission, would you receive or would
15  you even know what that commission was this week?
16    A    No.
17    Q    How long would it take for you to find
18  that out?
19    A    Couple weeks probably.
20    Q    Couple weeks.  And by the time you find
21  out what your commission was, you would have been
22  paid for this week most likely?
23    A    Right.
24    Q    So if there was an error in calculation
25  of your overtime rate because commission was

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 276

1   worked.
2        A     Other than them being long.
3        Q     Did she keep --
4        A     No, she did not keep any records.
5        Q     No calendars or diaries?
6        A     No, no.  Well, a calendar was days
7   on/days off.  She would look on her calendar and
8   know that I had three days off coming up or four
9   days coming up.
10       Q     But she wouldn't keep track of -- she
11  didn't clock you in and out?
12       A     No.
13       Q     My wife would like to do that to me.
14       A     Punch me in and out, not clock.
15       Q     You also stated in your interrogatory
16  responses that you believe that all employees were
17  subject to all of the alleged wrongful conduct.
18  But we've already identified today that nobody
19  else besides funeral directors at your locations
20  that you're aware of, were required as you
21  understand it to do community service, correct?
22       A     Mm-hmm..
23       Q     And we've already limited the amount,
24  the number -- we've limited who would have -- be
25  responsible for on-call work, correct?

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

1      MS. DOUGLASS:  Objection.

2      A    (Nods head up and down)

3      Q    And we've already limited who would have

4  training responsibilities and requirements for the

5  insurance licenses, correct?

6      MS. DOUGLASS:  Objection.

7      A    (No verbal response)

8      Q    And we've also already limited who would

9  have overtime requirements that we've talked

10  about, the problems that we've talked about,

11  correct?

12      MS. DOUGLASS:  Objection.

13      A    Yes.

14      Q    Okay.  So at this point in time, you can

15  say that you would agree that not all employees

16  were subject to these alleged wrongful acts,

17  correct?

18      MS. DOUGLASS:  Objection.

19      A    Yes.

20      Q    Thank you.  Almost getting close, I

21  promise.  One thing I want to clean up, when I was

22  speaking to you earlier -- and this is going to be

23  short and sweet, I promise -- I had asked you

24  about your time with Alderwoods.  I had asked some

25  general conclusory statements based on your

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

1   their responses to interrogatory number three of

2   Defendant's first set of interrogatories to

3   individual Plaintiffs."

4        Q    Now if you turn to page 12 -- I'm sorry

5   12 is where you're first addressed, but let's talk

6   about page 13.  And you can see on page 12 that

7   that's where we begin your supplemental.

8        A    Okay.

9        Q    If you could flip to the next page and

10  I'm looking at this third paragraph right here.

11  And you can see in there and just go ahead and

12  confirm what I previously spoke about, what you

13  previously supplemented your interrogatory

14  responses about, 10 to 20 minutes per call and

15  three to four hours per removal.  Were all my

16  representations to you correct?

17       A    Yes.

18       Q    And in the next paragraph down if you

19  look, please, can you read the first sentence for

20  me.

21       A    "In addition to community work and

22  on-call work described above Plaintiff also

23  performed other overtime work that was not

24  compensated because it was not approved."

25       Q    And I previously inquired of you today

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

1    about whether there was any time that was not
2    approved or any overtime work that you submitted
3    that was not paid for and you said there was none.
4        A    None.
5        Q    So would you say this answer needs to be
6    supplemented because this needs to be taken out?
7        A    Yes.
8    MS. DOUGLASS:  Objection.
9        A    I'm concerned about it was not approved.
10   At no time was any overtime have to be preapproved
11   and that's what I'm saying right there.  It didn't
12   have to be preapproved.  Never was.
13       Q    Okay.  Fair enough.  Now, we didn't talk
14   about this and this is my fault, you say on this
15   next one and I want to ask you if this is accurate
16   and then we can talk about it more if we need to.
17   You say in the second sentence of that fourth
18   paragraph.  It begins with Plaintiff's current
19   recollection.
20       A    Mm-hmm.
21       Q    Can you read that sentence for me,
22   please.
23       A    "Plaintiff's current recollection, he
24   spent approximately 1.2 hours per week for the
25   entire period of his employment performing work

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 286

1    Q    Can you tell me how often you think
2    that -- let me ask you this, was there ever a time
3    where you recorded that you worked through lunch
4    and were told you weren't going to get paid for
5    it?
6         MS. DOUGLASS:  Objection.
7    A    No.
8    Q    Is there ever a time when you recorded a
9    half lunch and you were told that you weren't
10   going to get paid for the time you did work during
11   your lunch hour?
12        MS. DOUGLASS:  Objection.
13   A    Not that I recall.  I don't remember.
14   Q    So basically the bottom line is, if you
15   put the time in, you got paid for it?
16   A    Right.
17   Q    So if you did not make the notation?
18   A    I didn't get paid for it.
19   Q    You didn't get paid for it?
20   A    Right.
21   Q    And the last sentence -- hold on, let me
22   go back.  This response says you had 1.25 hours
23   per week.
24   A    It says approximately, too.
25   Q    Approximately.  Yeah, yeah, I'm not

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

1    golf tournament on this day and I would write on
2    the board, Doug to assist.
3        Q    Now, these golf tournaments, how many
4    times per year was there a golf tournament?
5        A    Twice a year and it was all day.
6        Q    So two times a year, there was an
7    all-day golf tournament --
8        A    Right.
9        Q    -- through Optimists Club?
10       A    Right.  Through Optimists Club.
11       Q    And your managers knew that you were --
12       A    Right.
13       Q    -- attending that --
14   MR. FARMER:  Objection.  Form.
15       A    Yes.
16       Q    -- because you had written that on the
17   board?
18       A    Right.  And they played in some of them,
19   too.
20       Q    Okay.  I'd like to talk a little bit
21   when the -- what we've been referring today as the
22   minimum time policy which is the 15 minutes and
23   three hours for activities that you did on-call.
24   I'd like to ask you some questions about that.  I
25   think you mentioned that it had been implemented

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 310

1    Q    Just answer my question here.  You were
2 never told not to record your community -- let me
3 ask the question again.  Let me ask this, no one
4 ever said to you do not record or submit your time
5 for continuing education or community service,
6 correct?
7    A    It never came up.
8    Q    So you were never told that?
9    A    Never told.
10    Q    You have no personal knowledge
11 whatsoever of where Ken Pearce got that policy
12 from, correct?
13    A    No, I don't, but I assume that in
14 discussion with maybe Mr. Rhinehart and Mr. Gibson
15 they came up with these time periods based on
16 experience.
17    Q    But you don't know?
18    A    I don't know.
19    Q    When you would go to do a removal and
20 you would go to the funeral home first, was there
21 ever an occasion when you would clock in when you
22 got to the funeral home?
23    A    No.
24    Q    What if you had a removal and you got
25 there at 6 o'clock in the morning, and you knew

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 314

1    that information.

2         Q    And would you think that would typically

3    take more than 15 minutes?

4         A    In some cases it probably did.

5         Q    What about the average call, would it be

6    more than 15 minutes or less than fifteen minutes?

7         A    The initial call probably wouldn't be 15

8    minutes from the answering service, but once you

9    got in touch with the family and did all that,

10   then it would probably take more than 15 minutes.

11        Q    But that would be two calls so according

12   to the way --

13        A    30 minutes.

14        Q    -- you'd record it twice.

15        A    30 minutes, yeah.

16        Q    So do you think the time that you spent

17   talking to the answering service and talking to

18   that family on average would that be more or less

19   than 30 minutes?

20        A    With both of them, probably be more.

21        Q    How much more?

22        A    Ten minutes maybe, five minutes.

23        Q    Sometimes it would be less?

24        A    Sometimes.

25        Q    And when you were answering questions by

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

5785e779-eb59-4917-9c99-bd763dd59ec4

NETWORK DEPOSITION SERVICES
Transcript of Barry Douglas Miles

Page 319

1          CERTIFICATE OF REPORTER
2

STATE OF NORTH CAROLINA        )
3  COUNTY OF MECKLENBURG          )

4      I, MEREDITH R. JOHNSON, the officer before
whom the foregoing deposition was taken, do hereby
5
certify that the witness whose testimony appears
6
in the foregoing deposition was duly sworn by me;
7
that the testimony of said witness was taken by me
8
to the best of my ability and thereafter reduced
9
to typewriting under my direction; that I am
10
neither counsel for, related to, nor employed by
11
any of the parties to the action in which this
12
deposition was taken, and further that I am not a
13
relative or employee of any attorney or counsel
14
employed by the parties thereto, nor financially
15
or otherwise interested in the outcome of the
16
action.
17
       This, the 23rd day of April, 2009.
18

19                     _____

20                     MEREDITH R. JOHNSON
                       Notary Public in and for
21                     County of Gaston
                       State of North Carolina
22                     Notary Number
23
24
25

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

5785e779-eb59-4917-9c99-bd763dd59ec4