**TAB 24**

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

- - -

| | |
|---|---|
| DEBORAH PRISE and HEATHER RADY, on behalf of themselves and all employees similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) ) Civil Action |
| vs. | ) No. 06-1641 ) |
| ALDERWOODS GROUP, INC. and SERVICE CORPORATION INTERNATIONAL, | ) ) ) |
| Defendants. | ) |

- - -

Deposition of WILLIAM OPIE BERNARD ORE

Thursday, March 19, 2009

- - -

The deposition of WILLIAM OPIE BERNARD ORE, one of the plaintiffs herein, called as a witness by the defendants, pursuant to notice and the Federal Rules of Civil Procedure pertaining to the taking of depositions, taken before me, the undersigned, Jessica L. Tapia, a Notary Public in and for the Commonwealth of Pennsylvania, at the Holiday Inn, 930 East Grafton Road, Fairmont, West Virginia 26554, commencing at 9:51 o'clock a.m., the day and date above set forth.

- - -

Network Deposition Services
Suite 1101, Gulf Tower
707 Grant Street
Pittsburgh, Pennsylvania  15219
(412)281-7908

- - -

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

Page 31

1      Q      All right.  Did you do any type of
2   pre-need meetings with people?
3      A      No, ma'am, we had pre-need people.
4      Q      You had --
5      A      It was kind of out behind the funeral
6   home.  There was a pre-need salesman in there.
7      Q      What was that gentleman's name, if you
8   can recall?
9      A      I want to say Ron, but I would be
10  guessing to say that.
11     Q      And you said Ron was in a separate
12  location behind the funeral home?
13     A      Yes, there was an office back there.
14  The reason I didn't -- the reason I didn't mention
15  him as an employee of the funeral home is he
16  really wasn't an employee of the funeral home.
17  His check and everything came from the main
18  office, you know what I'm saying.  He didn't
19  report to Warren and such.  I don't know why.
20     Q      Do you think he reported to some one
21  else?
22     A      I don't know.  I just know he said
23  that, you know, he didn't get paid by time, but
24  his comission papers and all were all sent
25  elsewhere.

Johnstown              Toll-Free              Pittsburgh
814-266-2042         866-565-1929          412-281-7908

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

Page 32

1     Q     So you were not doing any pre-need.
2  We talked about earlier that you did not have a
3  funeral directors license?
4     A     Right.
5     Q     Did you have an insurance license at
6  any time --
7     A     No.
8     Q     -- when you were employed?
9     A     No, ma'am.
10    Q     Did anyone at the funeral home ever
11 suggest that you should obtain an insurance
12 license?
13    A     No, ma'am.
14    Q     You were paid by the hour while you
15 were an employee of Alderwoods.  Is that correct?
16    A     Yes, ma'am.
17    Q     Do you recall your hourly rate, by
18 chance?
19    A     When I started out, I think it was $9
20 an hour.
21    Q     Did it change at some point?
22    A     Yes.  If I'm not mistaken, by the time
23 I left, it was $9.75.
24    Q     And how is it that you recorded the
25 time that you worked as an employee?

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

Page 35

1       A      30 minutes.
2       Q      And then would you clock back in at
3   that point?
4       A      Yes, ma'am.
5       Q      And then you stayed clocked in until
6   when?
7       A      5:00 o'clock, you know, right at that,
8   yes.
9       Q      And why 5:00 o'clock?  Was that --
10      A      That was when we were told to clock
11  out.  That's when we were supposed to leave.
12      Q      So you were scheduled to work a
13  certain period?
14      A      Yes, ma'am.
15      Q      And what was that period of time?
16      A      8:00 to 5:00.
17      Q      Who did the scheduling at the funeral
18  home, do you recall?
19      A      I don't think anybody.  I mean, we all
20  worked pretty much the same schedule.  The only
21  thing that was different about anybody's schedule
22  was your weekend and everything.  We were on
23  weekend 1 or weekend 2.  So really, you know,
24  everybody worked the same hours.
25      Q      So how did you come to the

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

Page 45

1      Q      And how many, do you know?

2      A      How many?

3      Q      How many people worked part-time every

4    day?

5      A      I think -- they didn't work every day,

6    just doing visitations is what it was.  That's

7    why, most visitations were 6:00 to 9:00.

8      Q      In particular, the part-time people

9    did visitations, and visitations occurred at

10   night?

11     A      Right.

12     Q      Is that correct?

13     A      Yes.

14     Q      And doing visitations was not part of

15   your job responsibility there?

16     A      No.

17            MR. EHRMAN:  Can I ask a point of

18       clarification, just to be clear on it?

19            MS. BRAUN:  I think it was pretty

20       clear.  I would prefer that you hold that

21       to the end.

22            MR. EHRMAN:  That's fine.

23   BY MS. BRAUN:

24     Q      You mentioned before that you would

25   stay on the clock if you needed to go out and pick

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

Page 99

1   refreshed your recollection as to the letter you
2   referred to that you may have received?
3        A       This one here (indicating).
4        Q       This one, Defendant's 6.  You referred
5   to a letter that you thought you had received.  Is
6   this it?
7        A       In the mail you mean?
8        Q       Yes.
9        A       No, I don't think so.
10       Q       And do you recall anything about what
11  you received in the mail, other than it maybe had
12  two women's, attorneys names on it?
13       A       No, that would be all.
14       Q       Did you speak to any current or former
15  Alderwoods employees about this lawsuit?
16       A       No, ma'am.
17       Q       Not at any time before you joined or
18  after?
19       A       No, ma'am.
20       Q       While you were employed with
21  Alderwoods at Edo Miller & Sons, did you have to
22  belong to any organizations in the community?
23       A       No, ma'am.
24       Q       Did you otherwise perform or
25  participate in community activities?

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

Page 110

1      Q      Do you recall how long you were at the
2  Baptist church with Ron?
3      A      They are all the same, between an hour
4  and half and two hours, depending on how big they
5  were.
6      Q      And who is it that asked you to attend
7  with Ron?
8      A      He did.
9      Q      Ron did?
10     A      Yes.  He just come in -- like I said,
11 he'd usually ask Bobby and Dennis to go with him
12 because they were the oldest, you know.  Being in
13 that area for such a long time they knew
14 everybody.  If something happened one night, they
15 couldn't go, he'd holler at me or whoever.
16     Q      Was there ever a time that he asked
17 you "can you come with me," and you said no?
18     A      Yeah, probably.  A couple probably.
19     Q      Nothing ever happened when you said
20 no?
21     A      No, because, like I said, Ron, he
22 wasn't under really the funeral home.  He dealt
23 straight with, you know, who ever his regional
24 people were.  It was different.
25     Q      So you felt like you could say no to

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

1    Ron?
2        A       Yeah, I mean, I would if I had to,
3    yeah.
4        Q       Can you think of any other occasions
5    that you helped out Ron, other than what we just
6    went through?
7        A       No, ma'am.
8        Q       Now, were -- other than the Easter
9    Sunday sunrise service, the Christmas caroling and
10   helping out Ron on these three occasions, do you
11   recall any other community involvement you had
12   while you were employed with Alderwoods?
13       A       Not at all, no.
14       Q       Did Warren know that you sometimes
15   went with Ron to the Knights of Columbus?
16       A       Yes.
17       Q       But did he ever specifically say
18   anything to you about attending, asking you to
19   attend?  Let me be clear, did he ever ask you to
20   attend?
21       A       No.  Like I said, he didn't -- you
22   know, like I said, Ron, that was two separate.
23       Q       At any point, did you ever have to,
24   you know, make a written report to Warren that you
25   showed up at the Easter Sunday service or

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

Page 112

1 Christmas caroling or helping with Ron?

2 A     No, the only type of written reports

3 we did were telephone calls, and that was it.

4 Q     All right.  So you didn't record

5 anything that you did out in the community?

6 A     No.

7 Q     You were never asked to do that?

8 A     No.

9 Q     At any time when you were employed

10 there, did anyone ever tell you that you had to

11 belong to a community organization?

12 A     No.

13 Q     Now, you mentioned recording something

14 about phone calls.  Is that correct?

15 A     Right.

16 Q     What are you referring to with that

17 statement?

18 A     Like the night that I was on call, you

19 would like, say, somebody called the answering

20 service and, you know, the answering service would

21 call me at home.  They would give me the phone

22 number and I would call that person at home.

23 That's how we did our night calls.

24 Q     So you actually filled out a sheet.

25 Is that what you're saying?

Johnstown
814-266-2042

Toll-Free
866-565-1929

Pittsburgh
412-281-7908

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

Page 113

1      A     Yes.

2      Q     What did you put on it?

3      A     Like, how many minutes your call was.
4  The first thing you put on it was who it was, the
5  deceased, the family's name, and you put down the
6  address.  Underneath that, you put how much time
7  you spent on the phone.

8      Q     Did you use this sheet, if you will --
9  did you use that at the beginning -- when you were
10 first employed, were you using the sheet to record
11 your phone calls while you were on call?

12     A     I can't say.  I don't remember.

13     Q     But at some point, you did begin
14 recording the time?

15     A     Yes.

16     Q     Now, did you understand -- why were
17 you recording?  What was your understanding of why
18 you recorded the time?  Why did you record the
19 time?

20     A     So we would get paid for it.

21     Q     So you would get paid for it?

22     A     Yes.

23     Q     So were you indeed paid for it?

24     A     Yes.

25     Q     Okay.  I am going to hand you what I

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

1    will have marked as Exhibit 8.

2            (Thereupon, Defendant's Exhibit No. 8

3        was marked for identification.)

4    BY MS. BRAUN:

5        Q    I am handing you a document that has

6    been previously produced in this litigation Bates

7    stamped 1767.  This is entitled at the top "Edo

8    Miller and Sons Call Out Time Sheet."

9            MR. EHRMAN:  Was this produced?

10           MS. BRAUN:  Yes.

11           MR. EHRMAN:  I know it's Bates

12       stamped, but I will be honest with you, I

13       didn't see any documents from Jones Day on

14       this case.  I had sent an e-mail to Brent.

15       Quite honestly, these documents -- now, I'm

16       speaking for myself when I say this.  As

17       far as I know, there were no documents

18       produced.

19           MS. BRAUN:  Well, we can certainly

20       clarify that by speaking to Brent.

21           MR. EHRMAN:  I just want you to know

22       that we made the request.  There were no

23       documents produced before this deposition

24       concerning William Ore.  Go ahead.

25           MS. BRAUN:  Okay.

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

Page 115

1    BY MS. BRAUN:
2        Q      My question to you is, we were just
3    talking about sheets that you used to record call
4    time.  Correct?
5        A      Yes.
6        Q      Is this an example of that, an example
7    of a sheet you would have used?
8        A      The call out sheets, yes, most
9    definitely.
10       Q      And on this sheet, if you look down
11   almost to the bottom, it allows for you to state
12   the total amount that you're claiming for the
13   call.  Is that correct?
14       A      Right.
15       Q      On here, on this particular occasion,
16   you were claiming an hour?
17       A      Right.
18       Q      And is this your signature here?
19       A      But you know, this isn't -- yes, this
20   is it.  This is also -- I think this was an actual
21   embalming, if you want to know the truth.  I don't
22   think this was a phone call.  It doesn't matter.
23   It's all the same that you're talking about.  Yes.
24       Q      Let me ask you this.  You think this
25   may have been an embalming?

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

Page 116

1      A     It is either that -- because if I
2  remember now, at some point, what you were asking
3  a minute ago, I think we finally got those to
4  where like, say, I came in and picked a body up
5  real quick, I could write down his name -- that is
6  not right.  I am not sure we did get those.  For
7  time on phone only, I guess that's what it is.
8      Q     So here we see that you have recorded
9  an hour of time?
10     A     Right.
11     Q     You agree with that?
12     A     Yes.
13     Q     And this may be -- you believe this is
14 a document you would have used to record phone
15 time; correct?
16     A     Right.
17     Q     If I could follow-up on what you just
18 said.  You also believe that you may have used
19 this sheet or a sheet that was similar to this to
20 record other time?
21     A     Right.
22     Q     For like an embalming, you used that
23 example.  Is that correct?
24     A     Yes.
25     Q     And would you use a sheet similar to

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

1    this sheet or a similar sheet to record time for

2    something, other than phone calls and embalming?

3        A       Well, you know, pick-ups.

4        Q       And what, in your understanding, was

5    that you were recording the time so that -- for

6    what?

7            MR. EHRMAN:  What do you mean, by

8        pick-ups?

9        Q       That he was recording the time for,

10   for example, you said you used a sheet, maybe this

11   sheet, a similar sheet, for recording times for

12   embalming; correct?

13       A       Right, and picking up deceased.  Is

14   that what you mean?

15       Q       And picking up deceased.  And you were

16   recording that time for what purpose?  For the

17   same purpose as recording the time for the phone

18   calls?

19       A       Yeah.

20       Q       So that you could be compensated?

21       A       Right.

22       Q       And then my question is, do you

23   believe that you were compensated when you

24   actually turned in a sheet like this?

25       A       Yes.

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

Page 118

1      Q      And do you recall when you started
2   filling out sheets, either this sheet or a similar
3   sheet, for the pick-ups for the deceased or the
4   embalming?
5      A      No, ma'am.  I couldn't tell you
6   exactly when we started.
7      Q      But from the time you started using
8   the sheets until the end of your employment, you
9   consistently filled out these sheets?
10     A      Yes.  I remember what this was now.
11  This wasn't an embalming.  This is when I had to
12  type an obit and send it through to the paper.
13     Q      You had to write up -- you typed up an
14  obituary?
15     A      Yes, and I had to send it through the
16  phone.
17     Q      So you asked to be paid for your time,
18  and believe you were paid for that time?
19     A      Right.
20     Q      If we could stick with that exhibit
21  for a moment.  Where it says "time called out,"
22  the third line there, and then the next line says
23  "time leaving funeral home," in fact, this sheet
24  does allow for time other than recording phone
25  calls.  Correct?

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

1    A      Well, the time called out would be
2    2:30.  The time leaving the funeral home, you
3    would put 3:00.  You know, obviously, you can't
4    fill this paper out if you're sitting at your
5    house.  That's why it's written like that.  By the
6    time you leave the funeral home -- say, you make a
7    death call and you put the body back there and you
8    leave the funeral home to go home, you can't --
9    you see what I'm saying.  You got to write down
10   what time you are leaving the funeral home.  There
11   is no way to drive back and say I got home at
12   3:40.
13       Q      Let me ask you this question.  When
14   you -- this says 2:30 to 3:30 on here.  Are we
15   talking in the night, like 2:30 a.m. to
16   3:30 a.m.?
17       A      Right.
18       Q      When you -- are you saying that you
19   would go to the funeral home when you got a call
20   like this in the night?
21       A      To use the computer, yes, you had to.
22   There was no way to do this at home.
23              MR. EHRMAN:  When you say "this,"
24       Exhibit 8; correct?  You're looking at
25       Exhibit 8?

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

Page 120

1          THE WITNESS:  Yes.
2          MR. EHRMAN:  For the record.
3    BY MS. BRAUN:
4       Q     So are you saying that during this
5    2:30 a.m. to 3:30 a.m. period, you would go to the
6    funeral home?
7       A     Right.
8       Q     Tell me exactly why you would have to
9    go to the funeral home?  Because you're embalming
10   the body?
11      A     Because this is writing an obit right
12   here.
13      Q     Explain that to me.
14      A     I would have went up to the office to
15   probably Mary or Flo's office and got on the
16   computer.  And they have like a --
17          MR. EHRMAN:  Why would you go in at
18      2:00?  Let's start at the beginning.
19      A     Because that has to be in the paper by
20   6:00.  They have to be in in the morning.  It
21   doesn't really have to be, but the family likes it
22   to be.
23          Anyway, you go in there.  There is a
24   format on the computer that they use that you type
25   everything in.  After that, then you have to take

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

Page 121

1    it off.  A lot of the people down there didn't
2    have e-mail.  You had to fax them over.
3         Q    The obituary?
4         A    Right.  They would proof it and fax
5    you everything back saying it's okay.
6         Q    Okay.  So this time reflects the time
7    that you spent on the obituary?
8         A    Right, writing the obituary and all of
9    that.
10        Q    Were there also occasions when you
11   might record time in some other manner, than on
12   these call out sheets?
13            MR. EHRMAN:  Do you mean time call
14        time?  We have talked a different --
15            MS. BRAUN:  Let me clarify.
16        Q    We're talking about, this is on call
17   time for these time sheets that we're talking
18   about currently.  Correct?
19        A    Right.
20        Q    Like Defendant's Exhibit 8?
21        A    Yes.
22        Q    Could you also record time using
23   another vehicle, for example, writing it on your
24   time card?
25        A    Flip them over on the back and write

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

Page 134

1    when were you told, at what point in your
2    career?
3         MS. BRAUN:  I think that's what he is
4    getting at.
5    A      About six months, I would say, we had
6  a big meeting about that.
7    Q      So when you were first hired, no one
8  said anything to you about having to get
9  pre-approval.  Is that what you are saying?
10   A      Not that I can recall, right.
11   Q      Do you recall, at any point in your
12 first six months of employment, seeking
13 pre-approval to work overtime?
14   A      No, because -- no, I didn't.
15   Q      And you did, in fact, work overtime in
16 your first six months of employment; correct?
17   A      Yes, evidently, I did.
18   Q      I'm sorry?
19   A      Evidently, I had to because we were
20 working -- I guess we were working 45 hours a
21 week.
22   Q      Now, you believe after you had been
23 there approximately six months.  Again, you
24 started working there in December of 2004.  So
25 approximately six months later you are saying you

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

Page 136

1    Q     And when would you have to?

2    A     Well, if I was working overtime.  I

3  mean, there was a couple of instances I probably

4  didn't, you know, like if I just went out at 5:00

5  o'clock or 5:15 to get a body and, you know, I

6  knew it was going to run over and I was back there

7  working I'm not surely going to take everything

8  off just to go out and ask him for 15 minutes or

9  something like that.

10   Q     So there were occasions when you did

11 seek approval from Warren to work time in excess

12 of 40 hours a week?

13   A     Yes, ma'am.

14   Q     But there were also occasions when you

15 did not seek pre-approval?

16   A     Yes.

17   Q     And then on the occasions when you did

18 not seek pre-approval, were you paid for the time

19 that you worked?

20   A     At this point, I couldn't say yes or

21 no.  You know what I mean.  I don't have my check

22 stubs.

23   Q     We talked about how there were times

24 when you would meet with Warren to discuss

25 discrepancies?

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

Page 143

1    you were employed --

2        A       Yes.

3        Q       -- December 2004 through April 2006?

4        A       Yes.

5        Q       Is that correct?

6        A       Yes.

7        Q       Now, you said you were not sure this

8    is your handwriting at the top.  What about the Xs

9    here on the boxes, are those your Xs?

10       A       Yes, I would say.  They are sloppy.

11       Q       Are you -- I'm sorry.  Are you sure

12   that these are the Xs that you made?

13       A       Yes.

14       Q       Okay.  If we can look at box E at the

15   bottom.  Can you take a minute and look at this

16   for me.  Just tell me when you have read it.

17       A       I'm done.

18       Q       Now, this talks about in addition to

19   the compensation at your hourly rate, you received

20   other compensation.  And it says that, "Other

21   forms of additional pay that Alderwoods did not

22   include when calculating overtime due to me while

23   I was an employee."

24               Is that -- what is your claim there?

25               MR. EHRMAN:  I'm not sure he

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

Page 144

1      understood the question.  Is the question
2      is E correct or accurate?
3      Q     Is E a claim you're making?
4      MR. EHRMAN:  Do you understand?
5      A     Are you all waiting on me?  What are
6  you saying, is this right or wrong?  Is that what
7  you're asking me?
8      Q     My question is E on this sheet is a
9  box that has been marked.  I'm asking you, is this
10  a claim that you're making in this litigation?
11     A     I'm really --
12     MR. EHRMAN:  "I believe I received
13     compensation in addition to my hourly rate
14     such as bonuses, commissions and other
15     forms of additional pay that Alderwoods did
16     not include when calculating overtime due
17     to me while working as an apprentice."
18     A     I guess, really, I mean -- really, I
19  guess I shouldn't have checked it really because I
20  guess maybe it might not.  I mean, I don't know.
21     MR. EHRMAN:  You don't think you
22     should have checked it?
23     THE WITNESS:  I don't know.  I don't
24     know what --
25     MR. EHRMAN:  You didn't receive

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be

NETWORK DEPOSITION SERVICES
Transcript of William Opie Bernard Ore

Page 145

1    bonuses, as far as you know; correct?
2         THE WITNESS:  I know I didn't receive
3    them.  I know it said I did, that one.
4         MR. EHRMAN:  You didn't receive
5    commissions?
6         THE WITNESS:  No.
7  BY MS. BRAUN:
8    Q    So you don't recall receiving any
9  bonuses and you don't recall receiving any
10  commissions?
11    A    I didn't receive commissions, no.
12    Q    Okay.  All right.  So your testimony
13  is that you --
14         MR. EHRMAN:  E should be left blank.
15    Q    Is that your testimony, that you
16  should have left that blank?
17    A    Right.
18    Q    So that didn't apply to you?
19    A    Right.
20    Q    Okay.  All right.  Now, let's just
21  take a look at the rest of the information sheet
22  while we have it here in front of us.  You also
23  checked box A, at the top.  Do you want to take a
24  minute to read that.  Okay.  Just let me know when
25  you finish.

Johnstown              Toll-Free              Pittsburgh
814-266-2042          866-565-1929          412-281-7908

006ba1cf-a1ec-4f89-a7a7-69cc6122f2be