**TAB 26**

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA


DEBORAH PRISE and         )
HEATHER RADY on behalf    )
of themselves and all     )
employees similarly       )
situated,                 )
                          )
        Plaintiffs,       )
                          ) CIVIL ACTION
vs.                       ) NO. 06-1641
                          )
ALDERWOODS GROUP, INC.,   )
                          ) Judge Joy Flowers Conti
        Defendant.        )
                          )


VIDEOTAPED
DEPOSITION OF:  ROBERT J. PRAMIK

        DATE:  OCTOBER 16, 2008

        TIME:  9:54 A.M.

     TAKEN BY:  PLAINTIFFS

     LOCATION:  HOLIDAY INN EXPRESS
                5680 ALLENTOWN BOULEVARD
                HARRISBURG, PENNSYLVANIA



Reported By:
SUSAN O'HARA MOORE, CSR, RMR, CLVS

In Association with:
NETWORK DEPOSITION SERVICES
Suite 1100 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
412.281.7908

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 17

1      Q      Correct.

2      A      Okay.

3      Q      And does that refresh your recollection
4  as to when you became the MGM?

5      A      Yeah.  There -- I'd like to point out
6  there's some mistakes on this form.  My birthday
7  is wrong.

8      Q      Okay.  But is the date -- the effective
9  date of when you became MGM, to the best of your
10  recollection --

11      A      Yeah, I think it was on or about -- I
12  know -- I knew it was in September.  I couldn't
13  remember the exact year.

14      Q      Okay.  So September of 2003?

15      A      Yes.

16      Q      And does that help you refresh your
17  recollection as to when you became location
18  manager, about how many years before that?

19      A      No.  I know I was -- I was location
20  manager prior to that.

21      Q      Okay.  Were you location manager -- how
22  many years were you location manager?  Do you
23  recall?

24      A      I think a year.  I'm not sure.  I don't
25  remember anymore.

2cd53174-4031-4f60-920e-06c6923416c

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

1    Q     Okay.

2    A     It's been a long time.

3    Q     Okay.  So, at least, 2002 time period --

4    A     Yes.

5    Q     -- to the best of your recollection?

6    A     Yes.

7    Q     Today I'm going to focus largely on your

8  positions as location manager and MGM.

9    A     Okay.

10   Q     Which locations did you work at as a --

11  well, actually, let's go back to the beginning.

12  When you started at Loewen, which location did

13  you start at?

14   A     All of them.  I was primarily working out

15  of Harrisburg, but I also worked in Camp Hill.

16   Q     And when you -- when you say, "All of

17  them," which -- which funeral home specifically

18  are you talking about?

19   A     Well, yeah, let's -- let's -- let's

20  clarify that because I guess there was -- Paoli

21  was involved.  I never went to Paoli.  So I

22  either worked at -- at the Neill in Harrisburg or

23  the Neill in Camp Hill.  2724 and 3043.

24   Q     Okay.  And when you became a student,

25  which funeral homes did you work at?

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

1      A      Again, both -- both Neill locations,
2   primarily the Harrisburg.
3      Q      And when you were an intern, which
4   locations did you work at?
5      A      Both.
6      Q      What about when you were a funeral
7   director?
8      A      Both.
9      Q      And when you say, "Both," are you
10  talking --
11     A      Well, actually, I also worked at Reese at
12  that time as well.  So there was three funeral
13  homes I actually worked at.  It was wherever you
14  were needed.
15     Q      Okay.  So when you were a funeral
16  director, you were working at both of the Neill
17  Funeral Homes and the Reese Funeral Home?
18     A      Correct.  My desk was in the Harrisburg
19  location.
20     Q      Okay.  In the Harrisburg location of
21  Neill?
22     A      Correct.
23     Q      And when you became the location manager,
24  where were you location of?
25     A      Camp Hill.

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 20

1    Q    And did you at that time work in -- at
2  any of the other Harrisburg funeral homes?
3    A    As needed, yes.
4    Q    And that would be Reese and Neill Funeral
5  Home in Harrisburg?
6    A    Correct.
7    Q    And as MGM, where was -- what was your
8  market?  Which homes did you oversee?
9    A    The -- the Neill Funeral Home in Camp
10  Hill, Neill -- Neill Funeral Home in Harrisburg,
11  the Reese Funeral Home in Harrisburg, and Alleva
12  Funeral Home in Paoli.
13    Q    Okay.  Other than those four funeral
14  homes, did you have supervisory authority over
15  any other funeral homes?
16    A    No.
17    Q    When you were a location manager, were
18  you paid hourly or salary?
19    A    Both.
20    Q    Can you explain that?
21    A    I started off -- I continued hourly until
22  they renegotiated a -- a -- a -- I'm drawing a
23  blank -- the word -- salary.
24        And then once we -- once we agreed to a
25  salary, then I went to salary.

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

2cd53174-4031-4f60-920a-06c6923416c

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 21

1      Q      Do you recall about when that was?

2      A      No, I do not.

3      Q      Do you recall how long you had been

4   location manager before you had been -- you

5   negotiated your salary?

6      A      It would be a guess.  A month or two.

7      Q      Okay.  And when you were MGM -- and when

8   I say, "MGM," you understand that to mean "market

9   general manager"?

10     A      Yes.

11     Q      When you were at MGM, were you paid

12  hourly or salary?

13     A      Salary.

14     Q      Were you ever paid hourly while you were

15  MGM?

16     A      No.

17     Q      When you were location manager, who was

18  your immediate supervisor?

19     A      Ted Reese.

20     Q      And where was Ted located?

21     A      Harrisburg.

22     Q      In Camp Hill?

23     A      No, Harrisburg.

24     Q      I'm sorry.  Neill Funeral Home in

25  Harrisburg?

2cd53174-4031-4f60-920e-06c6923416c

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 22

1      A      Yes, yes.

2      Q      And what was his position?

3      A      Well, I think they -- he was -- he was

4   the MGM, but I think they called it something

5   different in the beginning, and then it got

6   switched to MGM.  Or the "MGM" standed for

7   something different.  I can't remember, but it's

8   basically the same thing.

9      Q      Okay.  And did you have anybody when you

10   were location manager that reported to you?

11      A      Just only -- only during an operation of

12   a funeral, the -- the staff that was working the

13   funeral would report to me.

14      Q      Okay.  Were there any funeral directors

15   that reported to you on a -- a normal basis?

16      A      No, no.

17      Q      When you -- when you were location

18   manager at Camp Hill, how many funeral directors

19   did you have?

20      A      Me.

21      Q      There's -- were there any other funeral

22   directors at Camp Hill?

23      A      Only when needed.  I would pull -- I

24   would pull them from the other -- other

25   locations.

2cd53174-4031-4f60-920a-06c6923416c

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 23

1    Q    So you had no direct employees' reports
2    at that time?
3    A    Correct.
4    Q    When you became MGM, who reported to you?
5    A    All the funeral directors and staff.
6    Q    When you say, "All the funeral directors
7    and staff," do you mean all the funeral directors
8    and staff at the four Harrisburg locations?
9    A    Well, the three Harrisburg locations and
10   at -- and the Paoli location.
11   Q    Okay.  And do you recall how many funeral
12   directors there were that worked at these four
13   locations?
14   A    Sue was gone when I took over.  So there
15   was John, Steve, and Rebecca and Steve, Paoli.
16   Five.
17   Q    Okay.  And can you tell me --
18   A    To my best recollection there was five.
19   I don't know if I'm inadvertently leaving
20   somebody out or not, but I there was five.
21   Q    Okay.  And can you tell me who those five
22   are.
23   A    You should have listened to me.  Now I
24   gotta go through it again.
25        John Peters, Steve Wilsbach, Rebecca

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 24

1    Donahue, Dan Huff, Steve Alleva.
2         Q    And were all five of these funeral
3    directors there the entire time you were MGM?
4         A    Yes.
5         Q    Okay.  Was anybody else that you can
6    recall a funeral director during the time you
7    were an MGM?
8         A    I'm pretty sure Sue Peters left before I
9    took over MGM.  I was location manager when she
10   was let go.  So, yeah, I'm pretty sure.
11        Q    Okay.
12        A    To the best of my recollection.
13        Q    And when Ted was MGM, do you recall who
14   his direct supervisor was?
15        A    Let me think of it.  BB is his initials.
16   Bruce -- Bruce -- Bruce Bills.
17        Q    Do you recall what Bruce's title was?
18        A    Now, can we go back to that question?
19   You said when he was MGM.  Correct?
20        Q    Correct.
21        A    Okay.  I think at one point prior to
22   Bruce Bills, I think Ken Duffy was still in
23   charge when it was Loewen.
24        Q    Okay.  So it was Ken Duffy and Bruce
25   Bills were --

2cd53174-4031-4f60-920e-06c6923416c

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 30

1      Q      Okay.  And were the funeral directors?

2      A      No.  Two -- two -- two of the funeral

3  director were salary.

4      Q      Okay.  So two funeral directors were

5  salary; and, to the best of your knowledge, five

6  funeral directors were hourly?

7      A      Correct.

8      Q      And, as far as the full-time staff, the

9  four individuals -- two receptionists, one MA,

10  and one funeral director assistant -- were they

11  all hourly?

12      A      Yes.  Now, it's hard -- it's hard to

13  explain all this.  The one -- the other funeral

14  director that I had mentioned, when she became

15  location manager, she went to salary.  And that

16  would have been Rebecca Donahue.  I don't

17  remember when we switched her to salary versus

18  hourly.  But when she took over as location

19  manager in Camp Hill, she was put on salary.

20              And -- and, I'm sorry.  The question

21  again?

22      Q      I don't think I have one.

23      A      No, the question that I just answered to.

24      Q      I don't recall.  You've -- you've

25  answered it.

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 31

1        A       Okay.

2        Q       Okay.  So to -- to sum up the history

3   here, after September 2003, your only position at

4   Alderwoods was an MGM.  Correct?

5        A       Yes.

6        Q       And as of September 2003, you were

7   working solely as a salary position.  Correct?

8        A       Yes.

9        Q       And that means you got paid the same

10  every week regardless to the number of actual

11  hours you worked.  Correct?

12       A       Yes.

13       Q       And --

14       A       Whoops.  I'm sorry.  I'll turn it off.  I

15  apologize.

16          Okay.

17       Q       So just -- just to clarify -- because I'm

18  not sure how -- what we got on the record, as an

19  MGM, if you worked 60 hours a week, you would get

20  paid your set salary.  Correct?

21       A       Correct.

22       Q       As MGM, if you worked 30 hours a week,

23  you would get paid the same amount.  Correct?

24       A       That's correct.

25       Q       Now, after September 2003 --

2cd53174-4031-4f60-920e-06c6923416c

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 51

1      Q      Some locations have time clocks?

2      A      In -- in -- in -- in -- where I was in

3   charge?

4      Q      Yes.

5      A      No.

6      Q      Did some locations have time clocks where

7   you weren't in charge?

8      A      I don't know that.

9      Q      And you don't know that because?

10      A      That's their -- that's -- that's their --

11   I had enough to worry about.  Trust me.  I

12   couldn't worry about what other MGMs had.

13      Q      Okay.  So you just didn't have knowledge

14   of -- of time reporting outside your market?

15      A      That's correct.

16      Q      Okay.  These time sheets -- were they

17   handwritten?

18      A      They -- they were -- they were a regular

19   form.  They were photocopied and then they had to

20   fill them in -- out and turn them in.

21          There was several things on there.  They

22   had their hourly.  And then if they sold any

23   flowers or monuments, they got paid a commission

24   on that.  So they had to fill that in as well.

25      Q      Okay.  And then the employees tallied

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 54

1    reviewed it all and then just signed the total,
2    or -- or if I signed each individual one.  I
3    can't remember anymore.  But I think it was --
4    the best of my recollection, I think it was the
5    sheet she printed out for me is what I signed.
6         Q    Okay.  And did that signed sheet or
7    signed time cards -- did they go anywhere after
8    you?
9         A    The MA entered them into -- there was a
10   special program she went on and entered it into
11   payroll.  And then that's how -- that's how the
12   hours got sent to home office for pay.
13        Q    Okay.  So they -- they wouldn't get
14   entered into payroll until you signed off on
15   them?
16        A    Correct.
17        Q    Okay.  Do you know -- and that -- and
18   that was true for all four of the locations under
19   you when you were MGM.  Is that correct?
20        A    Correct.
21        Q    Do you know how the time reporting
22   procedure occurred in other markets?
23        A    No.
24        Q    Okay.  You never examined time records
25   from other markets?

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 55

1    A    I wouldn't -- I wouldn't have the need
2 or -- there -- there wouldn't be any reason why I
3 would do that.
4    Q    Okay.  You have no actual knowledge of
5 how the employees in other markets kept their
6 time?
7    A    Nope.
8    Q    While you were MGM, did the process of
9 keeping time ever change?
10   A    I think all's we did was we changed -- we
11 changed the form they filled out because the
12 other one was so complicated.  So we made it
13 easier.  We made it user friendly.  If that's
14 what you meant, because -- is that -- is that the
15 question?
16   Q    Yeah.  Anything -- any -- any changes in
17 it that you can recall.
18   A    Yeah.  We just made it simpler.
19   Q    Okay.  What was the training process at
20 Alderwoods as far as when someone got promoted
21 from location manager to MGM?  Did you undergo
22 any training?
23   A    Yeah.  I got -- two weeks after -- I
24 think it was two weeks, give or take a couple
25 days, I was sent to New York for what they call

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 85

1    Cross, Salvation Army, whatever.

2         Q      Okay.  And were any employees --

3         A      Not -- not poker clubs on Friday nights.

4    That didn't count.  It had to be a community-type

5    sponsored event.

6         Q      Okay.  And you mentioned funeral

7    directors, specifically, in this paragraph.

8         A      Yes.

9         Q      Were there other hourly employees besides

10   funeral directors that had to belong to at least

11   one outside community organization?

12        A      The word "had" is -- is what makes that

13   wrong.  They were encouraged to, but they did not

14   have to.

15        Q      So funeral directors had to belong to a

16   community organization?

17        A      Yes.

18        Q      Other hour employees were encouraged to?

19        A      Correct.

20        Q      Okay.  When did this policy requiring

21   funeral directors to belong to one outside

22   community organization occur?

23        A      You're asking me for a specific date?

24        Q      As best you can.  I mean, year, month.

25        A      Well, when -- when I -- back -- back when

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 105

1    You will belong to one community event.
2         Q    Okay.  And you cannot recall when that
3    policy change took place?
4         A    No.
5         Q    Is that the policy change that you
6    believe took place while you were MGM?
7         A    I think it was when Ted was MGM.
8         Q    Okay.  While you were MGM, did the amount
9    of community service that each funeral director
10   conducted -- did that vary from funeral director
11   to funeral director?
12        A    One more time.  I'm sorry.
13        Q    It's okay.
14             When you were MGM, you supervised a
15   number of funeral directors.  Did the amount of
16   community service that each individual funeral
17   director do vary?
18        A    Yes.
19        Q    Did it vary from location to location?
20        A    Well, that's a -- in my market, even
21   though I had four locations, I technically had
22   two because the Reese and the two Neills shared
23   employees.  If -- if that location was busy, they
24   went there.  But everybody was hubbed out of
25   Harrisburg.  So it's a tough question to answer

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 112

1   organization?

2        A     Yes.

3        Q     What level of participation was required

4   by the policy?

5        A     Well, I don't think it was ever told to

6   them that they have to run for office or anything

7   like that, but to be a -- an active member.

8   Again, not just a cardholder, but be -- be

9   actively involved in the -- in the organization.

10       Q     And -- and how did Alderwoods define

11  "active member"?

12       A     I don't think it was ever to the point

13  where you had to attend every meeting.  It was

14  just, like, "Get involved in that community."

15  And, again, that binder gave them an opportunity

16  to report on that meeting that they went to, what

17  they did to -- I hate to use the word "expose,"

18  because they didn't take their clothes off.  For

19  lack of a better word -- you know what I mean.

20  To -- to let them know who they were.

21       Q     Did -- was there any discipline if an

22  employee skipped a meeting?

23       A     No.

24       Q     You know, if -- if an employee belonged

25  to an organization but didn't attend meetings

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 113

1   enough, what happened?

2        A      When they would submit their payment

3   voucher to -- to renew their membership, we would

4   question them.  "Look, you've never been to any

5   of their meetings.  Why would we want to support

6   you in that organization?  You didn't go to any

7   of the meetings.  So it's a waste of our money.

8   If you're going to go to the meetings, yeah,

9   we'll support you in that.  But you either need

10  to find a different organization or -- or start

11  attending those meetings."

12       Q      And were employees evaluated on their

13  participation in the -- in the organizations?

14       A      I think that's a strong term.  I think

15  they were just encouraged to get more active.

16  And, you know, we would talk about it.  And some

17  would -- they would -- they would come back

18  excited.  "Wow, you know what this organization

19  does?"  Yadda, yadda, yadda, so.

20       Q      Was any discipline action ever taken

21  because an employee wasn't active enough?

22       A      Not under my realm, no.

23       Q      Okay.  Do you know whether any discipline

24  was taken for employees in other markets?

25       A      I wouldn't be privy to that because one

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 115

1    before the break.  And paragraph 10, it says,
2    "...community work was mandated by defendants and
3    was even included in the job descriptions for
4    funeral directors."  Do you see that?
5          A    Um-hum.
6          Q    And the community --
7          A    Yes.  I'm sorry.
8          Q    The community work is what we'd been
9    discussing earlier, belonging to community
10   organizations.  Is that correct?
11         A    Yes.
12         Q    And this only belongs to funeral
13   directors.  Correct?
14         A    I'm -- I'm sorry.  What belongs?
15         Q    It's my fault.  Bad question.
16         A    No, no.  You don't need to apologize.
17         Q    The -- the policy that individuals had to
18   belong to a community organization only applied
19   to funeral directors.
20         A    Yes.
21         Q    Okay.  Did all of the funeral directors
22   that you supervised belong to at least one
23   community organization?
24         A    Yes.
25         Q    At any point did a funeral director not

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 119

1    that "You can be terminated."  I don't think it
2    was, "You will be terminated."  "You can be
3    terminated" is how it was put.
4           Q     And where was that policy located?
5           A     It was verbal, and I can't -- without --
6    without documents in front of me, I don't know if
7    it was in one of Ted's memos or not.
8           Q     Did you ever tell anybody that they could
9    be terminated if they did not belong to a
10   community organization?
11          A     I can't specifically recall that.
12   Whether I did or not, I don't remember.
13          Q     Did anyone besides Ted Reese tell you
14   that someone who did not belong to a community
15   organization could be terminated?
16          A     Not to my -- I can't -- I can't honestly
17   answer that yes or no.  I don't remember.  I
18   don't -- I don't remember if anybody did or not.
19   Whether they did or not is another thing.  I
20   don't remember.
21          Q     Do you know whether anyone in other
22   markets besides your market was told that they
23   could be terminated if they didn't belong to a
24   community organization?
25          A     Again, I really don't.  Other than

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 120

1   sharing budget time at meetings with them, I have
2   no idea what they did or didn't do in their
3   market.
4        Q    Okay.
5        A    I had no reason to know, and nor did I
6   waste my time in trying to find out what they did
7   versus what I did.
8        Q    Okay.  So -- so you don't know whether or
9   not in other markets funeral directors had to
10  belong to a community organization, do you?
11       A    I do not.
12       Q    And you don't know whether any sort of
13  action was taken if funeral directors in other
14  markets did not --
15       A    I do not.
16       Q    -- participate?
17       A    I do not.
18       Q    How much time, after being hired by
19  Alderwoods, did someone have to join a community
20  organization?
21       A    I don't know if they ever gave us a time
22  specific, like you had 30 days or you had
23  60 days.  I don't think it was ever time
24  specific.  I think -- I think the MGM on his
25  one-on-one meetings would talk to them like on

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 139

1     Q     And you have no actual knowledge of
2  specific individuals who were not paid by
3  Alderwoods for their work in community service
4  outside of your market?
5     A     Outside my market, no.
6     Q     Okay.  And which employees inside your
7  market did you not pay for their work in
8  community service?
9     A     Any of them.  All of them.
10    Q     And when you say, "all of them," you mean
11 all of the full-time funeral directors?
12    A     Hourly.
13    Q     Okay.  Mr. Pramik, let's go to the
14 on-call policy.
15    A     Where -- where are you at?
16    Q     I'll get you there.
17    A     Okay, okay.
18    Q     I'm just trying to direct you here so you
19 don't get surprised when I switch topics on you.
20          If you go to paragraph 18 and 19 -- it's
21 on page 3 of Exhibit 5.  And I'm just going to
22 read them together and discuss them.
23          Paragraph 18 states, "Defendants
24 maintained a company-wide on call pay policy."
25          Paragraph 19 states, "Under this policy,

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 140

1    employees were typically required to be on call

2    at least every other night and every other

3    weekend while employed by defendants and the on

4    call shifts were from 5 p.m. to 8 a.m."

5          Do you see that?

6    A    Yes.

7    Q    Okay.  And, again, you state,

8    defendants -- with regard to this on-call policy.

9    Does defendants, plural, in this instance also

10   mean Alderwoods Group, Inc.?

11   A    Yes.

12   Q    And no one else?

13   A    Correct.

14   Q    Okay.  This on-call requirement -- did it

15   apply only to funeral directors?

16   A    Yes.

17   Q    Did it apply to full-time funeral

18   directors or part-time funeral directors?

19   A    We didn't have any part-time funeral

20   directors.  It was all full-time.

21   Q    Okay.  Did this on-call policy that --

22   A    I have to take that back.  There was a

23   part-time funeral director in Paoli, and that was

24   Steve Alleva's brother.  I can't -- his last name

25   was Alleva, but I can't remember his first name.

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 141

1    He -- he would cover from time to time when Steve
2    got busy.
3         Q    And did Steve Alleva's brother ever
4    participate in on-call?
5         A    Yes.
6         Q    What was his on-call schedule?  Do you
7    recall?
8         A    Same as ours.  However, I must point out
9    that on weekends it was different.
10        Q    When you say, "on weekends it was
11   different," what do you mean?
12        A    Well, the 5:00 p.m. to 8:00 p.m. was
13   Monday through Friday.
14        Q    Okay.
15        A    5:00 p.m. to 8:00 a.m.  I'm sorry.
16        Q    And on the weekends, it was the entire
17   weekend, 24 hours?
18        A    Correct.  You usually had two people on
19   call, and they rotated; but it was a 24-hour
20   shift, yes.
21        Q    Okay.  Did you have any part-time staff
22   that did removals or care centers or anything
23   like that that was also on call?
24             MS. GIFFORD:  Object to form.
25             THE WITNESS:  Part-time employees to do

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 142

1   removals, yes.  I don't know what -- what was the

2   other --

3   BY MR. DeJULIUS:

4        Q    Were they on call?

5        A    That's vague.  Were they at our beckon

6   call, yes; but they could say no.

7        Q    So they didn't have an on-call schedule?

8        A    We had -- we had -- we had a pool of

9   people that would do removals for us.  And you

10  could call this person and he could say, "No, I

11  don't feel like it."  So you'd call the next

12  person.  And if you couldn't get anybody to do

13  it, then the on-call funeral director did it.

14       Q    Okay.  So this on-call policy that we're

15  talking about applied only to funeral directors?

16       A    Absolutely.

17       Q    Okay.  Did the hours ever change as far

18  as when individuals were supposed to be on -- on

19  call?

20       A    Other than what I -- what I alluded to

21  about weekends versus weekdays, no.

22       Q    Okay.  So this schedule of 5:00 p.m. to

23  8:00 a.m. every other night and every other

24  weekend was the schedule for the entire time that

25  you were MGM?

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 143

1    A    No.

2    Q    Okay.  How was it different?

3    A    We were short-staffed when it was every
4   other night.  And Ted never went on call with us;
5   so he was out of the loop.

6         So when I took over as MGM, I became part
7   of the on-call team.  So it gave employees more
8   time that they didn't have to go on every other
9   night.

10        So it -- sometimes I didn't.  Like if I
11  was away at a meeting, then that would revert
12  back and I would be off the call list.  But
13  whenever I was in town, I would go back on the
14  call list.

15   Q    Okay.  And other markets outside the
16  Harrisburg market --

17   A    No knowledge.

18   Q    You have no knowledge of what their
19  on-call schedule was?

20   A    No.

21   Q    But that would vary depending on the
22  number of funeral directors available.  Correct?

23   A    And number of locations in that -- in
24  that area -- in that market.

25   Q    Okay.  If you would turn to paragraph

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 146

1      A      Ted.  Ted Reese.

2      Q      Did you ever call HR about this issue?

3      A      About that issue, no.

4      Q      Did you ever talk to Ted Reese's

5  supervisor about payment for on-call work

6  performed from your own house?

7      A      No.

8      Q      Did you become aware of the policy of not

9  paying individuals for work performed on call

10  from their own home from any other source besides

11  Ted Reese?

12      A      No.

13      Q      Did you ever see a written policy?

14      A      After I approached Ted on it, I'm 75 to

15  80 percent sure that he wrote a memo about it.

16          Ted was notorious for his memos.

17  Whenever he verbally talked to you about it, he'd

18  follow it up with a written memo.  Again, I don't

19  have privy to those memos at this time.

20      Q      And so this was sometime before September

21  of 2003 when Ted Reese was the MGM and you were

22  either a funeral director or location manager.

23  Correct?

24          MS. GIFFORD:  Object to form.

25          Go ahead.

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 148

1     Q     Who was that MGM?

2     A     I think it was John Blute.

3     Q     Now, John Blute -- was that when he was

4    the regional general manager?

5     A     That was when he was an MGM.

6     Q     Okay.  Did you ever talk to the regional

7    general manager about the policy of not paying

8    employees for work they performed from their

9    house while they were on call?

10    A     I would never bring that up to him.

11    Q     So is the answer, no?

12    A     That is, no.

13    Q     And when you became MGM, did you ever

14   revisit the issue -- this policy of not paying

15   employees while they were working from home?

16    A     I fielded complaints from the employees,

17   but never went any further with it, no.

18    Q     Okay.  Did you ever undergo any training

19   regarding paying employees who were working on

20   call?

21    A     No.

22    Q     Were you ever at any company-wide

23   meetings to discuss paying employees while they

24   were on call?

25    A     No.

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 149

1      Q      Were you at any regional meetings to
2  discuss paying employees while they were on call?
3      A      Nope.
4      Q      And, to your knowledge, did this policy
5  of paying employees while they were on call ever
6  change while you were at Alderwoods at any time?
7      A      I'm -- I'm sorry.  I -- I half digested
8  it, and I lost -- I lost it.
9      Q      That's okay.
10     A      I'm sorry.
11     Q      At any time while you worked at
12  Alderwoods, did the policy change regarding
13  payment of people while they were on call?
14     A      No.
15     Q      Okay.  Just to get the context down, when
16  the employees would come to you and complain,
17  would they -- would they write down on their time
18  card -- what -- what -- how would it come up when
19  they would come and complain to you?
20     A      "It's not fair.  You know, I was up two,
21  three hours last night, and I'm not getting paid
22  for it.  This sucks."
23          That's exactly how they approached me on
24  it.
25     Q      But what was the complaint?  What --

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

2cd53174-4031-4f60-920e-06c6923416c

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

1        MS. GIFFORD:  Object to form.

2        THE WITNESS:  Okay.  I need to hear it

3    one more time.  I think -- I think I know what

4    you said, but I need to make sure.  I don't want

5    to answer incorrectly.

6    BY MR. DeJULIUS:

7        Q    That -- that's why --

8        A    I want to make sure I understand you.

9        Q    You're doing exactly what you should be

10   doing.

11       A    Okay.

12       Q    Because these questions get pretty long

13   here because they're specific.

14       A    Well, yeah, but you're dealing with a guy

15   with a low -- low -- low attention span right

16   now.  Not on purpose.

17       Q    It's okay.  It's okay.

18            Do you have personal knowledge regarding

19   whether funeral directors who were eligible to

20   obtain an insurance license outside of the

21   Harrisburg market actually got their insurance

22   license?

23       A    Outside the market, no.

24       Q    Are you aware of any funeral directors

25   who were eligible to sell insurance that did not

2cd53174-4031-4f60-920e-06c6923416c4

NETWORK DEPOSITION SERVICES
Transcript of Robert Pramik

Page 160

1   get their license?

2        A      You weren't eligible to sell insurance if

3   you didn't have your license.

4        Q      True.  Let me rephrase that again.

5             Let me ask you this.  Did any of your

6   funeral directors not have an insurance license?

7        A      Yes.

8        Q      Who?

9        A      Steve Wilsbach and John Peters and

10  Rebecca Donahue.  I can't remember for a fact if

11  the girl down in Paoli got hers or not.  I know

12  she was testing.  Whether or not she passed or

13  not, I don't remember.  But I know she was going

14  to classes, and I think she was about to take her

15  test when I left the company or just prior to me

16  leaving the company.  Whether or not she passed,

17  I have no idea.

18            Steve Wilsbach did have his license, and

19  Alderwoods screwed him over because we were

20  representing Forethought at that time and

21  Forethought refused to renew his license because

22  he had no product -- production and yet he had an

23  insurance license.  But because they wouldn't

24  sponsor his license, he lost his license and was

25  forced to retest.

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

2cd53174-4031-4f60-920e-06c6923416c4