**TAB 29**

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBORAH PRISE AND HEATHER RADY ON BEHALF OF THEMSELVES
AND ALL EMPLOYEES SIMILARLY SITUATED,

       Plaintiffs,

vs.             Civil Action No.  06-1641

ALDERWOODS GROUP, INC.,

       Defendants.


DEPOSITION OF JACK REDDICK
TAKEN ON BEHALF OF THE DEFENDANT
ON AUGUST 29, 2009, BEGINNING AT 8:00 A.M.
IN COFFEEVILLE, KANSAS


APPEARANCES


On behalf of the PLAINTIFFS: ANNETTE M. GIFFORD Thomas &
Solomon, LLP 693 East Avenue Rochester, New York 14607

(585)272-0540 agifford@theemploymentattorneys.com


On behalf of the DEFENDANT: TONYA B. BRAUN Jones Day

325 John H. McConnell Blvd., Suite 600 Columbus, Ohio

43215-2673 (614)469-3939 tbraun@jonesday.com


REPORTED BY:  Cheryl J. O'Meilia, C.S.R.

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

1      A.    Yes.

2      Q.    Okay.  Anyone else that worked on call?

3      A.    No.

4      Q.    And when you became part of the formal

5  schedule for on call under Don, how did that work?

6      A.    Generally, it would work -- we tried to

7  rotate every other day and then the weekends, we'd

8  rotate weekends.

9      Q.    When you refer to being on call 24/7, did

10  someone tell you that you should be on call 24/7?

11     A.    David.

12     Q.    He told you that?  When did he tell you that?

13     A.    When I started, he expected me to make first

14  calls. He asked me if I'd mind making first calls.  I

15  said, "No, Dave, you know, I did it for the funeral

16  home when I had the ambulance."  And he said, "Well,

17  that could be part of your duties, you can -- you can

18  take call."  And I -- I was called all the time.

19     Q.    But did he say to you, you need to be

20  available 24/7 -- 20- -- 24 hours, seven days a week?

21     A.    Not in the roundabout terms, but it was common

22  knowledge he expected me to make calls.

23     Q.    But he never said, "You need -- you are on

24  call 24/7"?

25     A.    The only time he would say that is when he

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

1  had the duty, the weekend himself, he told me he wanted
2  me to be available if he got a call.
3      Q.   So the only specific instruction you had to be
4  available was when David worked weekends on call?
5      A.   Yes.
6      Q.   Did you hold any type of insurance license --
7  or did you hold any type of insurance license at the
8  time -- from the time you began working for Alderwoods
9  up until now, have you ever held an insurance license?
10     A.   No, not unless a company had it.
11     Q.   But you personally?
12     A.   No.
13     Q.   Have never held one?
14     A.   No.
15     Q.   Did anyone ever suggest to you that you
16  should obtain an insurance license?
17     A.   For pre-needs?
18     Q.   Yes, sir, for pre-need or otherwise?
19     A.   Yeah, David suggested I get my license and
20  stuff.
21     Q.   Uh-huh.
22     A.   I did pre-needs --
23     Q.   Okay.  But --
24     A.   -- but somebody else would sign them.
25     Q.   But did you -- but you never obtained the

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

Page 68

1    license?

2          A.    No.

3          Q.    And who suggested that you might?

4          A.    David.

5          Q.    And when in your employment did he do that?

6          A.    Shortly after I started, he said the comp- --

7          Q.    Go ahead.

8          A.    He said the company wouldn't pay me, it was a

9    commission.

10         Q.    He said what?

11         A.    The company didn't pay me, it was commission

12   -- commission.

13         Q.    You could earn commission?

14         A.    Uh-huh.  They pay -- that's how they pay on

15   pre-needs.

16         Q.    So he -- so he told you what?  If you get this

17   license, you could earn a commission?

18         A.    Yeah, that -- that Mayflower, I believe, is

19   who they -- who Alderwoods was with, I believe.  They

20   pay you a commission when you sell insurance, pre-needs.

21         Q.    But you didn't -- you didn't pursue it?

22         A.    No.

23         Q.    Didn't have any interest in that?

24         A.    Yes, but I didn't have time.

25         Q.    Did -- was anyone at the location licensed?

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

1    Q.   -- Bennett, you didn't understand that they
2  produced -- that they -- excuse me -- held insurance
3  licenses?
4    A.   No, they didn't.
5    Q.   They did not?  Okay.        You made a
6  statement that -- that you say everyone was encouraged;
7  is that what you said?
8    A.   To this day.  The new LA I just hired, we
9  asked her if she'd be interested in selling pre-needs
10 and getting her license.  Because a lot of times, your
11 funeral directors are gone and someone walks in and
12 wants to do a pre-need.  Well, if there's no one there,
13 you know, the -- your businesses depend on pre-needs,
14 so they try to get everybody that's interested in it to
15 do pre-needs.
16   Q.   And so the -- you know, when you were
17 working, for example, under David, you were first
18 hired, you said he -- he asked you if you had interest
19 in it --
20   A.   Uh-huh.
21   Q.   -- right?        He didn't say it was a
22 requirement that you get it?
23   A.   No.
24   Q.   No, okay.  And do you have any idea as to
25 whether individuals at other locations were required to

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

1     Q.  I don't -- what -- yeah, so what is a bean

2  feed?  I just don't know.

3     A.  Kiwanis Club has bean feeds, you go to them,

4  you know, and you buy you a bowl of beans and, you

5  know, support the organization.  Catholic church has

6  several functions going on, we were expected to go out

7  and go to these different functions and stuff like

8  this.  They had a little deal like this that you turned

9  in monthly that you put down where you went, you know,

10  what the function was, not how long you -- you -- you

11  spent there, and Mike would either come down or Dave

12  would send them to him to see how we were doing on our

13  -- and you would get chewed out for not going to

14  functions if you didn't have anything on that list or

15  on this form that they had you to fill out.  Community

16  service.

17     Q.  So -- but you did say that after Don started

18  as the manager?

19     A.  Uh-huh.

20     Q.  You said you sometimes were paid for going to

21  the bean feed or --

22     A.  Yes.

23     Q.  -- whatever it may be?     Okay.  Was it

24  that you were sometimes paid for it or, I mean, how do

25  you -- you know, what's your recollection of how you

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

Page 103

So he come and he hands me this piece of paper and he
said, "Jack, this is what you need to put your community
service on when you go out and do things." And I said,
"Well," I said, "What about the pay?" He said, "No,"
he says, "you don't check in, you just write it down on
this." I says, "Okay," and that's what I did.

Q.    And when did David come to you with the sheet
that you've described?

A.    Oh, maybe a month after I was there or so.
Because I had mentioned going to a function and he
said, "Did you put it down on the -- on the community
service paper?" I says, "I don't know what you're
talking about," and that's when he brought it out and
gave it to me. The -- the other -- Chad and John had
one that they had to fill out.

Q.    Did anyone else fill one of those out?

MS. GIFFORD:  Objection.

A.    I don't know.

Q.    (BY MS. BRAUN)  You don't know?

A.    I -- I never seen them do that.

Q.    You -- you also testified that -- that David
said -- David Hill told you if you -- you do check in
for time you spend out in the community, you're going
to have to take time off; is that correct?

A.    If it puts me over my hours, yes.

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

Page 118

1      Q.   But other than -- other than those two
2  individuals, you're not aware of anyone else selling
3  pre-need at Potts Chapel?
4      A.   No.
5      Q.   And do you know if employees at any location
6  -- do you know -- let me rephrase that.      Would
7  you have any knowledge -- or do you have any knowledge
8  as to whether employees at other locations received
9  compensation beyond their hourly wage?
10     A.   Oh, I wouldn't know that.
11     Q.   Did you ever see any type of policy that
12 discussed how individuals would be paid for their
13 overtime when they earned a bonus or a commission?
14     A.   No.
15     Q.   Never saw anything like that?
16     A.   Huh-uh.
17     Q.   After you'd submitted your time card for the
18 week, you'd signed it, did you ever have any of your
19 managers, whether it be Mr. Hill or -- I keep
20 forgetting -- or Mr. Runyon or then even later, you
21 said there was a Mr. Edmondson, did any of those
22 managers ever speak to you about -- say something to
23 you that you had incorrectly completed your time card?
24     A.   Yes.
25     Q.   And who said that?

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

1    2007, you know, when you left and there was another

2    change in ownership, how often would you estimate you

3    worked over 40 hours?

4         A.    Several.

5         Q.    That's more than one?

6         A.    More than one, yes, because there was just

7    two of us there.

8         Q.    But do you have any estimate how many weeks

9    that would have been or how many hours that would be?

10        A.    No, not without sitting down and trying to

11   figure it.

12        Q.    Have you ever sat down and tried to figure it?

13        A.    No.

14        Q.    We talked a little bit about the on-call work

15   you performed.

16        A.    Yes.

17        Q.    Were you aware of any policy that addressed

18   on-call work?

19        A.    I -- I don't think it's -- I don't know that

20   it's a policy, I know that -- like a funeral director,

21   that's -- that's part of your job, you know, making

22   removals and things like that.  In a small community,

23   every place is different.  And when I was -- when I --

24   when I was hired on, it was made clear by David that I

25   would make first calls, due to my experience.

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

1      Q.   But do you ever -- did you ever see any type

2    of policy or hear of any type of -- let me ask you two

3    questions.  Did you ever see any policy, like a written

4    policy regarding on call that addressed how on-call

5    time was to be recorded?

6      A.   I don't believe in the policy manual that

7    they had.  I think it was part of the funeral

8    director's job to make removals, but I don't think it

9    says anything in there on -- about -- about pay or

10   anything.  I think that was, per se, company policy.  I

11   don't think it was in the manual that -- how you were

12   to be paid.

13     Q.   So you don't recall seeing any written policy

14   regarding on call as to how you would be paid?

15     A.   No.

16     Q.   Or how you were to record your hours worked

17   while on call?

18     A.   No.

19     Q.   And if there were such a policy, would you

20   have any knowledge of who that -- what positions that

21   would apply to?

22          MS. GIFFORD:  Objection.

23     A.   No.

24     Q.   (BY MS. BRAUN)  In the -- you mentioned that

25   there were at least -- there's at least one instance in

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

1   which you worked more than 40 hours in a work week when

2   David Hill was the manager.  And while he was the

3   manager, did you understand that you were to let him

4   know or seek his approval for working beyond 40 hours?

5       MS. GIFFORD:  Objection, but go ahead.

6       A.   Well, as I stated before, we all had a

7   directive to let him know if we was going to work

8   overtime or -- you know, or when we did, we'd run into

9   overtime or Mike, we was to call them.

10      Q.   (BY MS. BRAUN)  Right.  You were to -- you

11  were to call them?

12      A.   Yes.

13      Q.   Call one of the two?

14      A.   Yes.

15      Q.   Call Mike or David?

16      A.   Yes.

17      Q.   Okay.  And did you do that?

18      A.   No.

19      Q.   And why didn't you?

20      A.   Because the other funeral directors said if

21  that's the way they wanted to be, let them make the

22  calls.

23      Q.   Make the calls, as to what?

24      A.   First calls, death calls.  If it's going to

25  put them in overtime, we just wouldn't do it.

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

1    Q.   No, but, I mean, did you ever make the calls

2   -- you said there was a directive that certain -- this

3   was -- this -- was this the directive that was to --

4   that was shared with you, with John and with Chad?

5        A.   Right.

6        Q.   Okay.  And you understood that the directive

7   applied to you three?  Did you understand it applied to

8   anyone else?

9        A.   No.

10       Q.   Okay.  Just to the three of you?

11       A.   Uh-huh.

12       Q.   Is that "yes"?

13       A.   Yes.

14       Q.   Correct?  Okay.          So my question was:

15   Knowing that that was a directive, as you said, a memo,

16   did you call Mike or Mr. Hill if you thought you were

17   going to go over 40 hours in a work week?

18       A.   No, because David did not enforce it.

19       Q.   He didn't enforce the directive --

20       A.   The calling --

21       Q.   -- to call?

22       A.   No.

23       Q.   So you didn't have to call?

24       A.   No.

25       Q.   Okay.  And did you ever, in fact, call?

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

Page 138

1     A.   No.

2     Q.   Never?

3     A.   I didn't.

4     Q.   Okay.  But you sometimes worked over 40 hours

5   in a work week?

6     A.   Yes.

7     Q.   Do you know -- do you have any knowledge as

8   to whether Chad Wickem called to let David Hill or Mike

9   Scolot know that he was going to work over 40 hours in

10  a work week?

11    A.   No.

12    Q.   You don't know whether he did?

13    A.   I don't know.

14    Q.   Do you have any knowledge as to whether John

15  Keith ever called Mr. Hill or Mr. Scolot to say, "I'm

16  going to be over 40 hours this week"?

17    A.   I don't know.

18    Q.   Don't know?  And when you worked over 40, but

19  you hadn't called Mr. Hill or Mr. Scolot, did they say

20  anything to you?

21    A.   That's when I would get my time off the

22  following week, David would let me have a day off and

23  check -- you know, and I'd still get paid my 40 hours.

24  I wouldn't work.  It'd still come out -- if it was --

25  if I was on the full time, it would be my -- my 80

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

Page 142

1      Q.   And do you -- do you know if any other
2  location had any type of requirement about notifying
3  management as to whether you might go over 40 hours in
4  a work week?
5           MS. GIFFORD:  Objection.  Go ahead.
6      A.   No.
7      Q.   (BY MS. BRAUN)  You don't know?
8      A.   No.
9      Q.   And other than the memo that you've described
10 about calling either Mr. Hill or Mr. Scolot, did you
11 ever see any other type of written policy addressing
12 obtaining approval ahead of time for working over 40
13 hours in a work week?
14     A.   No.
15     Q.   And there was no repercussion to you for not
16 following that directive of calling Mike and/or David
17 Hill prior to working over 40 hours?
18          MS. GIFFORD:  Objection.
19     A.   There was what?
20     Q.   (BY MS. BRAUN)  There was no repercussion to
21 you?  I mean, you were never disciplined for not doing
22 it is what I'm saying.  No one ever disciplined you for
23 not calling ahead and saying, "I think I'm going to
24 work over 40 hours"?
25          MS. GIFFORD:  Objection.

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

Page 145

1      Q.   (BY MS. BRAUN)   I thought you testified that
2   you --
3      A.   Well --
4          MS. GIFFORD:   I think he testified that he
5   didn't know.
6          MS. BRAUN:   Okay.   That's --
7      A.   Yeah, I -- I don't know if they did or not.
8   I mean, they didn't do it when I was there, if they did
9   it.
10     Q.   (BY MS. BRAUN)   Okay.   You had -- you didn't
11  have knowledge of them making those calls?
12     A.   No.
13     Q.   Okay.   And how was -- you know, after Mr.
14  Runyon came onboard, Mr. Hill is gone, Mr. Runyon's now
15  the manager, was that the memo that you referred to
16  about having to call either, you know, Mr. Hill or Mr.
17  Scolot, did you understand that to -- to remain
18  effective after Don took over?
19     A.   Don -- I don't know if Don knew about the
20  directive or not.
21     Q.   So -- so at the time that Don became the
22  manager, Mr. Runyon, were you making any -- were you
23  making a call to Mr. Runyon or to anyone else if you
24  were going to work over 40 hours in a work week?
25     A.   No.

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

1      Q.   And no one said that you -- did anyone tell
2   you that you should be calling someone to let them know
3   that you would be working over 40 hours in a work week?
4      A.   No, because they kept track of the time on
5   the cards, the LA did it daily.
6      Q.   So you didn't understand there to be any sort
7   of requirement that you were to go to Don or to someone
8   else to okay time worked over 40 in a work week?
9         MS. GIFFORD:  Objection.
10     A.   I -- no, I didn't know that.
11     Q.   (BY MS. BRAUN)  You didn't have that
12   understanding?
13     A.   I didn't have that understanding.  I had the
14   understanding of Alderwoods' position on overtime and I
15   figured, you know, why would it change if the manager
16   changed.
17     Q.   But you hadn't called anyone to seek a pre --
18   preapproval for time over 40 in a work week prior to
19   Mr. Runyon being there?
20     A.   No.
21     Q.   And after he came onboard, you didn't start
22   calling him or anyone else to seek approval for overtime?
23     A.   No.
24     Q.   And during the time Mr. Runyon was the
25   manager, did he ever discipline you for not calling him

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

Page 160

1   "How you doing on community service?"

2       Q.   This sheet that you're describing --

3       A.   Uh-huh.

4       Q.   -- was that -- you said that it would ask you

5   to say what you did?

6       A.   Yeah, uh-huh.

7       Q.   Okay.  And then the date?

8       A.   Uh-huh.

9       Q.   Anything else?

10      A.   Well, like what it was, bean feed or a

11  chamber meeting or -- let's see, what else.  Just some

12  type of ongoing chamber meet- -- I think I said chamber

13  meeting, Lions Club, Kiwanis Club, any kind of bazaar a

14  church was having.

15      Q.   So it would be -- if I'm understanding, it

16  would be like the organization and what the event was

17  and the date?

18      A.   Yes.

19      Q.   Okay.  Any -- and anything else on that sheet?

20      A.   No.

21      Q.   Okay.  Now, were these sheets, was this

22  something that -- did you have your own sheet?

23      A.   They printed them at the funeral home.

24      Q.   But it -- was it something that like Jack

25  Reddick has -- had --

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

Page 162

1     A.   Oh, we don't have to sign nothing or fill out
2  anything.
3     Q.   Well, that's my question, when did you --
4  when do you -- when did you stop?
5     A.   When David left.
6     Q.   Okay.  So when you said you still do it, you
7  -- did you mean that you still do -- do PR work or work
8  in the community?
9     A.   Uh-huh.
10    Q.   Is that what you meant?
11    A.   Uh-huh.
12    Q.   Okay.  All right.  So what I want to focus on
13 is the time that you actually -- that you filled out
14 the sheet; okay? Because I don't -- don't want to get
15 confused.  So you've started filling out the sheet
16 about a month into your employment and you continued
17 filling out that sheet up until the time Mr. Hill left
18 his employment, which we've said is -- was
19 approximately mid 2005; correct?
20    A.   Yes.
21    Q.   Okay.  You didn't fill out sheets after that?
22    A.   No, I just told Don that I went to this or
23 went to that or Don would ask me if I had done anything
24 this week or that week or, you know, didn't have to
25 write it down.

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

Page 166

1       A.    Uh-huh.

2       Q.    Okay.  So -- and you said -- was that with

3   Kiwanis?

4       A.    I believe that was Kiwanis.

5       Q.    Were you a member of Kiwanis?

6       A.    No.

7       Q.    You had just gone to the event?

8       A.    Yes.

9       Q.    Okay.

10      A.    Uh-huh.

11      Q.    Were you a member of any type of organization

12  at the time you started working for Alderwoods?

13      A.    Masons.

14      Q.    The Masons?

15      A.    Lodge, uh-huh.

16      Q.    Anything else?

17      A.    No.

18      Q.    Did you -- had -- you had gone to at least

19  this one bean feed that Kiwanis had put on.  Had -- had

20  you been to bean feeds previous to that?

21      A.    Yes.

22      Q.    Is that a -- like a common type of fundraiser

23  here?

24      A.    It's a yearly -- yearly.

25      Q.    It's an annual fundraiser that Kiwanis does?

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

Page 167

1      A.   Yes.

2      Q.   In Independence?

3      A.   Yes.

4      Q.   And you had been to it before you said?

5      A.   Yes.

6      Q.   And had you attended other types of community

7   events in Independence like the bean feed that Kiwanis

8   did prior to becoming employed with Alderwoods?

9      A.   Before?  Oh, yes.

10     Q.   Like what?  Like what are some examples of

11  other things?

12     A.   Lions Club.

13     Q.   Like what kind of events would they do, Lions

14  Club?

15     A.   Pancake feed, pancake fundraiser, Lutheran

16  school would have a fundraiser.  I belong to the

17  Methodist church and they have a -- different types of

18  fundraisers and stuff.

19     Q.   Uh-huh.

20     A.   Cherryville has -- I think it's called Cherry

21  -- Cherry Blossom Festival or something like that that

22  we -- we go to.

23     Q.   Anything else you can recall attending before

24  you went to -- before you became employed by Alderwoods

25  in July '04?

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

Page 168

1      A.   No.

2      Q.   No?

3      A.   (Shakes head).

4      Q.   And then after you became an employee of
5  Alderwoods, did you continue your membership with the
6  Masons Lodge?

7      A.   Yes.

8      Q.   Did you continue going to the Kiwanis bean
9  feed?

10     A.   Yes.

11     Q.   Did you continue going to Lions Club pancake
12  --

13     A.   Yes.

14     Q.   -- pancake breakfast?      And did you
15  continue going to events at the Lutheran school?

16     A.   Yes.

17     Q.   And did you keep your membership in the
18  Methodist church?

19     A.   Yes.

20     Q.   And did you continue going to the Cherry
21  festival?

22     A.   Uh-huh.

23     Q.   In Cherry- -- in Cherryville?  Excuse me.

24          Okay.  Was there anything in addition that
25  you did after you became a member of -- excuse me --

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

Page 169

1    after you became an employee of Alderwoods?

2         A.   I renewed my membership in the Elks Club.

3    The Elks Club in Independence closed and I didn't know

4    Cherryville had one, so I -- Dave suggested that I

5    renew my membership over there if I could get back in,

6    which I did.

7         Q.   And that's the Elks Club?

8         A.   Uh-huh.

9         Q.   And you said the one in Independence had

10   closed?

11        A.   Yes.

12        Q.   Anything else?

13        A.   No.

14        Q.   And you say that -- that David asked you to

15   see if you could renew your membership or was that your

16   idea or did he ask you about it or --

17        A.   Yeah, I didn't know -- he asked me if I

18   belonged to the Elks Club and I said, "Well, I did

19   years ago" --

20        Q.   Uh-huh.

21        A.   -- because -- but I said, you know, it's

22   closed and I said, "There's no Elks Club around here."

23   I mean, there was one in Parsons, but --

24        Q.   Uh-huh.

25        A.   -- he said, "Well, they got an Elks Club in

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

Page 170

1    Cherryville." I said, "Well, I didn't know that." And
2    he said, "Well, you ought to see if you could renew
3    your membership," so I did.
4        Q.   And did that -- how long had you been a
5    member of the Elks Club?
6        A.   Since I was 21.
7        Q.   Oh, okay. So you had been a member of that
8    Elks Club in Independence for a number of years?
9        A.   Yes.
10       Q.   Okay. Okay. So you thought it was a good
11   service organization?
12       A.   Uh-huh.
13       Q.   Is that a "yes"?
14       A.   Yes.
15       Q.   And how long had you been a member of the
16   Masons Lodge before you started working with -- for
17   Alderwoods? Excuse me.
18       A.   Maybe a year. I was going to drop it, but
19   Dave wanted me to stay in it because the two other
20   employees belonged to it.
21       Q.   Okay. You say that Dave wanted you to --
22   Dave Hill want you to stay in it?
23       A.   Uh-huh.
24       Q.   Did he tell you you had to stay in it?
25       A.   He didn't say I had to, but the way it was

cb4f1969-01b0-440e-b1af-4dbfd8bd7096

NETWORK DEPOSITION SERVICES
Transcript of Jack Reddick

Page 171

1     put to you.

2         Q.    And in terms of the Elks Club renewing your

3     Elks Club membership, were you told you had to do that?

4         A.    No, it was suggested that I did.

5         Q.    You mentioned that you thought some others --

6     other employees that you worked with were members of

7     the Masons Lodge; is that right?

8         A.    Oh, they are, they have been for years.

9         Q.    Who is that?

10        A.    Max Henries and Lee Cain.   And Marvin.

11        Q.    Max, Marvin and who was the other one?

12        A.    Lee.

13        Q.    Oh, and Lee.   Are those part-time individuals?

14        A.    Yeah.

15        Q.    Okay.   Are -- are you aware of anyone else

16     that you -- you worked with in that -- kind of that

17     2004 period that you were hired until, you know, 2006,

18     when you took the other position and the ownership

19     changed?   Were you aware of other people belonging to

20     community organizations, people you worked with at

21     Potts Chapel?

22        A.    I'm not sure what all they belonged to.   They

23     -- they belonged to organizations, I mean, most people

24     do, but I -- I don't know what all it was.   I didn't

25     ask them.

cb4f1969-01b0-440e-b1af-4dbfd8bd7096