**TAB 33**

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBORAH PRISE, and HEATHER RADY )
on behalf of themselves an all )
employees similarly situated, )
)
          Plaintiffs, )
)
          vs. ) Case No.: 06-1641
)
ALDERWOODS GROUP, INC., )
)
          Defendant. )
_____ )

DEPOSITION OF MATTHEW O. TWISS

Taken on Wednesday, April 29, 2009

9:30 o'clock A.M.

At 2620 Regatta Drive

Las Vegas, Nevada

Reported By:  Sandy A. Dahlheimer, CCR 431

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

1  reprimanded that you would break to go clock out and then
2  continue working with the family?
3      A.    I have done that, yes.
4            MR. LINGLE:  Object to form.
5            THE WITNESS:  Many times they would look like
6  they're on their way out, they come back in.  It happens a
7  lot.  It's a very difficult time for the family.
8  BY MR. DANIELS:
9      Q.    By the way, were you selling at need and
10 pre-need?
11     A.    I did not sell pre-need.  I would prearrange
12 but I would not take monies.  I did not have an insurance
13 license.
14     Q.    That's where I was going.  State of Nevada
15 requires an insurance license for pre-need sales for
16 funeral goods and services?
17     A.    Yes.
18     Q.    I'm just curious.  Why would you clock out?
19 Again, is that because you were afraid you'd be
20 reprimanded?
21     A.    I wanted my job.
22     Q.    You were afraid that you would be reprimanded?
23     A.    Yes.
24     Q.    Were you ever told you would be fired or
25 terminated if you did not clock out?

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

Page 85

1      Q.    That was a policy change you were to like write

2  that in obviously if you were at home and take a phone

3  call?

4      A.    Well, it was sporadic.  They had a book once

5  and that disappeared, and then you're supposed to take

6  these nights and then it became more and more nights

7  because the service, the answering service couldn't find

8  anybody, but that was where you wrote it in.  You wrote it

9  in on the left-hand column.

10      Q.    Okay.  We're going to go into greater detail

11  about the on-call and phones and things like that, but

12  what I'm understanding is that, because you were not on

13  site, you couldn't punch a time card, that's when you

14  would make the handwritten entries?

15      A.    For the phones?

16      Q.    Yes, for the phones.

17      A.    Right.

18      Q.    Would there be other handwritten entries you

19  would make like missed lunch, worked on calls, did a

20  community service?

21      A.    You -- yeah, there was nothing structured, you

22  know.  I mean it changed with the management.  It was a

23  mish-mash.

24      Q.    So depending on who your manager was at the

25  time --

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

Page 101

1   saying that it was not paid?

2            MR. LINGLE:  Object to form.

3            THE WITNESS:  Yes.

4   BY MR. DANIELS

5       Q.    Were you ever paid any unauthorized overtime?

6            MR. LINGLE:  Object to the form.

7            THE WITNESS:  You mean if no one was there and

8   I punched out at six o'clock?

9   BY MR. DANIELS:

10      Q.    Correct.

11      A.    There were times when I was not, but there were

12  times that I was.  The answer to your question is yes.

13      Q.    You don't have any record of the times that you

14  were versus the times that you were not paid for the

15  unauthorized overtime?

16      A.    No, I just know that I was not paid all the

17  time.

18      Q.    Then Number 4, was it the policy of Davis

19  Funeral Home while you were employed that employees must

20  clock out or sign out at the beginning of their unpaid

21  meal period break and must clock in or sign when their

22  unpaid meal break ends?

23      A.    It wasn't always enforced.  It was very, toward

24  the latter six months of my employment, it was almost

25  virtually impossible four days out of the week to have a

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

Page 132

1    better things.  I don't even remember the exact cause as

2    to why it fizzled.

3         Q.    Can you pull out Exhibit Number 4.

4              We're going to talk about some of the specific

5    allegations in the Complaint.

6              Turn to page 3 of the Complaint.  The

7    allegation paragraph 19 (a).  Are we on the same page

8    there?

9         A.    Yeah.

10        Q.    19(a) of the Complaint, I'm paraphrasing,

11   states that the defendant Alderwoods implemented a

12   community work policy pursuant to which Alderwoods did not

13   compensate the employees for such time spent in community

14   work and furtherance of the employee's business.

15             You see that?

16        A.    Yes, I do.

17        Q.    And in Exhibit 3 you stated that that in fact

18   was one of the allegations that you personally was

19   involved in; is that right?

20        A.    Yes.

21        Q.    Let's talk about that.

22             While working at Alderwoods Group, did you

23   participate in community service activities?

24        A.    Yes.

25        Q.    Where?

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

Page 133

1     A.    St. Viator's Catholic Church.

2     Q.    How do you spell that?

3     A.    V-i-a-t-o-r-s.

4     Q.    That's a Catholic church here in Las Vegas?

5     A.    Yes, it is.

6     Q.    Any others?

7     A.    There's Healthsouth trade fairs that we had to

8     do in the community.

9     Q.    Any others?

10    A.    We were encouraged to Rotary, Kiwanis, things

11    like that.

12    Q.    Did you go to any of that?

13    A.    I did not, no.

14    Q.    So the two that you participated in were,

15    excuse me, St. Viator's Catholic Church and Healthsouth

16    health fairs.

17    A.    Yes.

18    Q.    Let's talk about St. Viator's Catholic Church.

19    What did you do there?  And let me lay a little

20    foundation.

21          Number one, are you Catholic?

22    A.    Yes.

23    Q.    Was that your home parish?

24    A.    No.

25    Q.    What is your home parish?

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

1      A.    It was at the time St Joseph's up on Sahara on

2    the west side of Las Vegas.

3      Q.    Where is St. Viator's located?

4      A.    On Eastern Avenue down many blocks from the

5    funeral home.

6      Q.    So it's closer to the funeral home than where

7    your parish was?

8      A.    Yes, it is.

9      Q.    Thank you.  I'm not real familiar with

10    Las Vegas.  I appreciate that.

11          So how many hours or days did you spend at

12    St. Viator's Catholic Church where it was benefiting or

13    servicing Alderwoods Group or Davis Funeral Home?

14      A.    Two hours a week.

15      Q.    What did you do?

16      A.    Attended Mass, sometimes there would be nightly

17    meetings.

18      Q.    When you attended that Mass, was that on a

19    Sunday?

20      A.    Sometimes, but it was also in the mornings

21    before work.

22      Q.    Were you participating in the Mass as a

23    Catholic as well?

24          MR. LINGLE:  Object to the form.

25    BY MR. DANIELS:

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

Page 135

1      Q.    In other words, did you take Communion?  Did

2  you pray?

3      A.    I wouldn't have normally done that, no.  So I

4  was not.  This was strictly for Alderwoods.

5      Q.    What would you do?

6      A.    Be seen.  They were trying to break into that

7  parish, so to speak.

8      Q.    Did you give talks?  I'm Catholic as well so

9  I'm going to exclude from the entry song to the exit song,

10  the Mass itself, you're saying you did not participate in

11  that when you went to St. Viator's Catholic Church for

12  purposes of benefiting Alderwoods; is that right?

13      A.    Right.

14      Q.    So what would you do before or after the Mass

15  itself?

16      A.    Talk to certain people that I knew had already

17  gone there that we had served in the parish.

18      Q.    How would you do that?

19      MR. LINGLE:  Object to the form.

20  BY MR. DANIELS:

21      Q.    In other words, did you have a meeting with

22  them?  Would you see --

23      A.    Say hello, shake their hand.  Yeah, talk to

24  them afterwards.  There was breakfast meetings.

25      Q.    Are you a member of the Knights of Columbus?

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

Page 146

1  getting paid?

2      A.   Well, six of one, half a dozen of the other.

3  It's a job.

4      Q.   There's no record of the time that you spent

5  there that you're aware of, written record?

6      A.   That's correct.

7      Q.   And you never turned it in to be paid?

8      A.   No.

9      MR. LINGLE:  Object to the form.

10  BY MR. DANIELS:

11     Q.   Was there a company wide policy, not just with

12  Gerhardt, but a company wide policy, Alderwoods' policy,

13  some policy that you looked at earlier today that required

14  the community service work?

15     A.   Yes.

16     Q.   Do you have a copy of that written policy?

17     MR. LINGLE:  Object to the form?

18     THE WITNESS:  No, I don't.

19  BY MR. DANIELS:

20     Q.   Have you ever seen a copy of the written

21  policy?

22     MR. LINGLE:  Object to the form.

23     THE WITNESS:  I have.

24  BY MR. DANIELS:

25     Q.   What did it say to your best recollection?

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

Page 147

1      A.    Robert showed it to me.

2      Q.    Robert Falcon?

3      A.    Yeah.

4      Q.    What did it say?  What do you recall?

5      A.    Something to the effect that as an employee of

6  Alderwoods you must be involved in civic community duties.

7      Q.    Did it say you wouldn't be paid?

8      A.    It had nothing to do with compensation.  It's

9  part of your being an employee.  You must do this.

10      Q.    Was it a part of the binders that we talked

11  about earlier?

12           MR. LINGLE:  Object to the form.

13           THE WITNESS:  It wasn't a mission statement

14  binder.  It was in a folder.  Robert just showed it to me.

15  BY MR. DANIELS:

16      Q.    What was your response when he showed it to

17  you?

18      A.    I'd known this going in.  I knew that this is

19  what they expected.

20      Q.    Did you and Steve have a discussion about that

21  when you were first hired?

22      A.    Yes.

23      Q.    Did you ask him --

24      A.    He says it's encouraged.

25      Q.    It was encouraged to be involved in the

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

Page 148

1   community?

2        A.    Strongly encouraged.

3        Q.    Was there discussion with Steve about pay?  Did

4   you ask him if you'd be paid?

5        A.    Yes.

6        Q.    What did he say?

7        A.    I said I understand this is something we do not

8   receive monetary rewards for, and he said absolutely no.

9        Q.    Did you receive any training about getting

10  involved in the community?

11       A.    No.  Discussion but no formal training.

12       Q.    And you also said you were involved in

13  Healthsouth trade fairs?

14       A.    Yes.

15       Q.    How many Healthsouth trade fairs did you

16  participate in?

17       A.    About four.

18       Q.    Where were they located?

19       A.    Different -- one was up at the Olympic Avenue

20  up off of Sunset.  Something like this but much bigger.

21       Q.    Who put --

22       A.    Nursing homes.  Health care center would set up

23  booths.  People that set up the stuff you put inside your

24  shoes, you know, ped stuff.  Different booths, and funeral

25  home -- John Gerhardt ordered a banner, Davis Funeral

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

Page 149

1   Home.

2        Q.    And would you man that --

3        A.    And the pre-need people would go to one

4   particular one.  She and I would go.

5        Q.    What would you do?

6        A.    Stand there, hand out pens, cards, talk to

7   people about prearranging funeral homes.

8        Q.    How long was this?

9        A.    Four hours, five hours.

10       Q.    Four to five hours on four separate occasions?

11       A.    Yes.

12       Q.    Do you have any record of the time that you

13  spent.

14             MR. LINGLE:  Object to the.  Form?

15             THE WITNESS:  No record.  No.

16  BY MR. DANIELS

17       Q.    Did you ever -- were you paid for that time?

18       A.    I was paid for one.

19       Q.    Which one.  The first one?  The last one?

20       A.    The second one because I remember I

21  specifically asked John Gerhardt.

22       Q.    What did you ask him?

23       A.    I said can I clock in and clock out on this?

24       Q.    What did he say?

25       A.    He said yes.

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

Page 150

1    Q.   Did you ask him about the first fair, whether
2  or not you'd be paid?
3    A.   It was expected to go and he said no.
4    Q.   So you asked him and he said no, I'm not going
5  to pay you?
6    A.   Yes.  He said this is all part of the -- I said
7  okay.
8    Q.   The third and fourth trade fair you attended,
9  you asked to be paid?
10   A.   I did not ask on the third and fourth.
11   Q.   Why not?
12   A.   Because I knew what the answer would be.
13   Q.   You would not be paid?
14   A.   Yeah.
15   Q.   Do you know why he paid you on the second one?
16   A.   Caught him in a weak moment.  I don't know.
17   Q.   So you were not paid for the first, third, and
18  fourth --
19   A.   I believe there were three total that I
20  actually -- there were three.  I was paid for one and not
21  the other two.
22   Q.   Were you receiving training on how to man these
23  booths?
24   A.   A little, yeah.
25   Q.   Who gave you that?

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

Page 152

1           You got it?

2     A.    Got it.

3     Q.    It's talking about the Alderwoods implemented

4  on-call pay policy.

5           Under the policy employees were suffered or

6  permitted to perform work by handling calls and other work

7  related issues after normal business hours, but Alderwoods

8  would not compensate employees for work performed outside

9  of regular workday off-site from the funeral home.

10          We've already talked on this quite a bit, and

11  you said that you were on call two to three days a week on

12  average; is that correct?

13    A.    Sometimes it was more.

14    Q.    Was it sometimes less as well?

15    A.    No.

16    Q.    Would you record at least one hour of on-call

17  time every time you were on your on call?

18    A.    Yes.

19    Q.    And it was your previous testimony that you

20  were only allowed to record one hour?

21    A.    Right.

22    Q.    And that's per night, per time on call?

23    A.    Right.

24    Q.    Was it an expectation that you were going to

25  take calls, or was it a voluntary type situation?

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

Page 178

1          THE WITNESS:  No.

2   BY MR. DANIELS:

3          Q.    Do you know what this document is, the ePayroll

4   Transaction Report?

5          A.    No.

6          Q.    When you say you've seen something similar to

7   this, have you actually seen this document?

8          A.    No, no.

9          Q.    Then we go to the next page, 1250.  It's

10  entitled Funeral Home Payroll, Payroll Entry Data for Pay

11  Period August 27, 2004.

12          Do you recognize that document?

13          A.    No.

14          Q.    Here it indicates that you worked 40 hours

15  regular, 10.9 hours overtime, and one hours of phone; is

16  that right?

17          A.    Yes.

18          Q.    Then if we go to the next -- second-to-the-next

19  document, there's a what appears to be a time card.

20          Is that what your time cards looked like while

21  you were working at Davis Funeral Home?

22          A.    Yes.

23          Q.    Then on the left-hand side from Wednesday it

24  appears you wrote in one hour phones?

25          A.    Yes.

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

Page 179

1    Q.    Does that mean that that week you worked only

2    one night of on call?

3        A.    That's all I could put so that's what I put.

4        Q.    I thought you could put one hour per night per

5    week?  In other words, if you worked four nights of call,

6    you would get four hours of on-call time.

7        A.    This was 2004?

8        Q.    Yes.

9        A.    Yes.

10       Q.    So here this week you worked one hour -- worked

11    one night of on call?

12       A.    Yes.

13       Q.    If we go to 1253, it appears that your recorded

14    and were paid 40 hours of regular time and 4.7 hours of

15    overtime; correct?

16       A.    Yes.

17       Q.    And if you continue to the next pay card or

18    time card, there is no notation that you worked any on

19    call; correct?

20       A.    Correct.

21       Q.    So there were weeks that you did not work on

22    call?

23       A.    That I recorded.

24       Q.    Well, I understand that, but earlier you

25    testified that you would record at least one hour per

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

Page 185

1     A.    Yes, it is.

2     Q.    Were you at one time then told to start signing

3   the time cards?

4     A.    Yes.

5     Q.    Here we also see two hours phone.  Do you see

6   that?

7     A.    Yes, I do.

8     Q.    In the previous page it indicates --

9     A.    They actually did pay me.

10     Q.    If you look at 1311, you record -- that is your

11   signature again.  I see that, and you record two hours

12   phones, and you were actually paid two hours; correct?

13     A.    Yes.

14     Q.    Interesting now.  This is one where you

15   indicate where you had to hand write in on the last entry

16   for Sunday five clock for some reason --

17     A.    For Saturday?

18     Q.    Is that Saturday?  You're right.  It's

19   Saturday.

20           That's a case where you told me earlier

21   sometimes you just couldn't get to the time clock so you'd

22   write it in?

23     A.    Yeah.

24     Q.    If we look at 1315, we see recorded two hours

25   phones on Tuesday and one hour phone on Friday.  You sign

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

Page 186

1    it.  In fact, are paid for three hours of phones.

2         A.    Yes.

3         Q.    That was a good day for you, a good week, 65

4    hours that you were paid.

5              MR. LINGLE:  Object to the form.

6    BY MR. DANIELS:

7         Q.    Right.  40 hours regular time and 28.33 hours

8    overtime.

9         A.    Yeah, pretty typical.

10        Q.    Okay.  Again, I'm not going to go through this

11   whole exercise.

12             Get you to look at 1409.  You see that there?

13   You were on call a lot.

14        A.    Uh-huh.

15        Q.    Four days of on call; correct?

16        A.    Yes.

17        Q.    And you were paid for those four hours?

18             MR. LINGLE:  Object to the form.

19   BY MR. DANIELS:

20        Q.    Right?

21        A.    Yes.

22        Q.    Then at 1412.

23        A.    Uh-huh.

24        Q.    There we got four hours for on call and you say

25   one of these say equals one personal day.  What does that

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

1    hours, and other conditions of employment; more

2    specifically, the records kept by Alderwoods failed to

3    adequately and accurately disclose among other things the

4    hours worked each work day, the total hours worked each

5    work week, and/or the total overtime compensation for each

6    work week and are liable to the plaintiffs.

7              Other than what you have already told us today,

8    what is the basis for that claim or bases for that claim?

9         A.   Other than what I've answered and this is kind

10   of a question to you is that two-month log that we had and

11   what the manager's office disappeared.  Would that be

12   another basis?  I don't know.

13        Q.   If you think it may be, sure.

14        A.   I would think so.

15        Q.   That's the log where you were logging in your

16   on-call time?

17        A.   Yes.

18        Q.   Can you describe that log for me?

19        A.   It was in a folder, and it was on the desk as

20   you walked into the manager's office and always there to

21   be reached by employees.

22        Q.   How big was it?

23        A.   A regular folder.

24        Q.   So is it like a folder that would open up --

25        A.   A binder, three-ring binder.

77bf5638-f629-45b4-887c-ae9e31cac6a8

NETWORK DEPOSITION SERVICES
Transcript of Matthew Twiss

Page 204

1      Q.    It would contain some 8-a-half-by-11 pieces of
2  paper?
3      A.    Yes.
4      Q.    Were there preprinted words --
5      A.    On call log.
6      Q.    And then what would you enter, if anything?
7      A.    What you did -- removals, nighttime, and
8  anything on the side that you could think of had to come
9  in at night for anything.
10     Q.    Did it have a stop and start time on it?
11     A.    Yep, record everything.
12     Q.    So you recorded the time you started and the
13  time you finished?
14     A.    Yes.
15     Q.    Anything else that you would record?
16     A.    That was basically it.
17     Q.    Now, was that when Steve was the manager,
18  Robert was the manager, or Laura was the manager?
19     A.    Started with Steve as the manager, disappeared
20  with Steve as the manager.
21     Q.    So this was early on in your working for Davis
22  Funeral Home; correct?
23     A.    Yes.
24     Q.    Other than the overtime claim and the, you
25  know, paid wages that we've already talked about, do you

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

77bf5638-f629-45b4-887c-ae9e31cac6a8

```
1   STATE OF NEVADA   )
                      )  ss
2   COUNTY OF CLARK   )
                         CERTIFICATE OF REPORTER
3
4        I, Sandy A. Dahlheimer, CCR #431, Clark County,
    State of Nevada, do hereby certify:
5
6        That I reported the taking of the deposition of
    MATTHEW O. TWISS, commencing on the 29th of April, 2009,
7
    at the hour of 9:30 a.m., and that prior to being examined
8
    the witness was by me duly sworn to testify to the truth,
9
    the whole truth, and nothing but the truth.  That I
10
    thereafter transcribed my said shorthand notes, and that
11
    the typewritten transcript of said deposition is a
12
    complete, true, and accurate transcription of my shorthand
13
    notes.
14
         I further certify that I am not a relative or
15
    employee of the parties, attorneys, or counsel involved in
16
    said action, nor a person financially interested in the
17
    action.
18
         IN WITNESS WHEREOF, I have hereunto set my hand in
19
    my office in the County of Clark, State of Nevada, this
20
    4th day of May, 2009.
21

22

23

24
              SANDY A. DAHLHEIMER, CCR 431
25
```