**TAB 35**

# NETWORK DEPOSITION SERVICES
## Transcript of Ray White

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBORAH PRISE and HEATHER RADY )
on behalf of themselves and    )
all employees similarly        )
situated,                      )
                               )
              Plaintiffs,  )Civil Action
                           )No. 06-1641
     vs                    )
                           )
ALDERWOODS GROUP, INC.,    )
                           )
              Defendant.   )

        The discovery deposition of

RAY WHITE, called by the Defendant, for examination,

pursuant to notice, taken before Julia A. Bauer,

CSR, RPR, a notary public within and for the County

of Cook and State of Illinois, at 3830 179th Street,

Hammond, Indiana, on the 21st day of July, A.D.,

2009, commencing at 9:35 a.m.

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

1   you mean not receiving overtime compensation?

2           A.      Correct.  Yes.

3           Q.      Was there any other compensation you

4   believe you weren't getting, at least as of the time

5   you were contacting the wage and hour department?

6                   MS. GIFFORD:  You mean any

7           compensation other than overtime?

8                   MR. KNIGHT:  Sure.

9   BY MR. KNIGHT:

10          Q.      Commissions?  Bonuses?  Anything else

11  you believe you were entitled to?

12          A.      We didn't get commissions or bonuses.

13          Q.      Do you believe you were receiving all

14  of your regular hourly --

15          A.      I was getting paid my regular hours.

16          Q.      So your complaint with the wage and

17  hour department was limited to overtime; is that

18  correct?

19          A.      Correct.

20          Q.      Do you know what happened as a result

21  of your contact with the wage and hour department?

22          A.      That's why we're here today.

23          Q.      Well, did they ever make any sort of

24  visit to the funeral home, to your knowledge?

25          A.      No.

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 53

1        A.      Not everyday, but we were averaging

2    three, sometimes four visitations a week.  Some

3    might be on Sunday, and that was always the start of

4    a new pay period.

5        Q.      Have you discussed this lawsuit with

6    anyone other than your attorneys?

7        A.      My wife.

8        Q.      Anyone else?

9        A.      Maybe Jeff Sachs.

10       Q.      Do you recall what you discussed with

11   Jeff Sachs?

12       A.      I think we talked about the overtime

13   hours.

14       Q.      Do you know whether Mr. Sachs has

15   joined the lawsuit?

16       A.      No, he hasn't -- I believe he has not.

17   He was compensated for his.

18       Q.      How do you know he was compensated?

19       A.      Otherwise, he would have joined.

20   Believe me.

21       Q.      Well, why would he have been

22   compensated, but you not?  Do you know?

23       A.      I worked more.

24       Q.      Did you keep any records of the hours

25   that you worked?  Did you personally keep any

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 56

1    in our budget for overtime.
2         Q.    When did you begin work at Alderwoods?
3         A.    September of '99.
4         Q.    Was it Loewon Group at that time?
5         A.    Yes.
6         Q.    It became Alderwoods about a year or
7    so later?
8         A.    Yes.
9         Q.    So you reported to Mr. Redpath;
10   correct?
11        A.    Yes.
12        Q.    Did anyone report to you?
13        A.    No.
14        Q.    You were the only employee at Chapel
15   Lawn?
16        A.    There was one other that came from the
17   cemetery his name was Bob Kalumba, but he was
18   strictly sales, cemetery sales.
19        Q.    He sold plots?
20        A.    Yes.
21        Q.    Did he sell preneed funeral services?
22        A.    Yes.
23        Q.    Did you sell preneed funeral services?
24        A.    No.
25        Q.    So what were your job duties when you

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 67

1        A.      Correct.

2        Q.      You wouldn't send the timecards, you

3   would do a summary?

4        A.      Correct.

5        Q.      Who was responsible for doing the

6   summary?

7        A.      Either Zalo or myself.

8        Q.      And the summary wouldn't say 42, it

9   would say 40?

10        A.      Correct.

11        Q.      And then that 40 would be the number

12   that would be reported to Alderwoods?  He would be

13   paid for 40 hours?

14        A.      Correct.

15        Q.      But you've also said that you believe

16   Mr. Sachs was paid for all of his overtime?

17        A.      Yeah.  He had limited numbers.  So

18   Zalo, every now and then, would kick in and get him

19   his overtime.  He never had the overtime hours that

20   I had.

21        Q.      So you're saying that Zalo would go

22   back and add overtime to the summary so that it

23   would, essentially, compensate Mr. Sachs for all the

24   back overtime?

25        A.      That, or give him a day off with pay.

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

1       A.      Correct.

2       Q.      Was there some point when you were --
3   was there some point after that that you were still
4   being paid hourly, and they started paying you
5   overtime?

6       A.      I think it was sporadic, just a few, a
7   couple of times.

8       Q.      When you first started at Alderwoods,
9   were you keeping this book that you described?

10      A.      No.

11      Q.      When did that start?

12      A.      Probably about a year after I was
13  there we started keeping the book.

14      Q.      So sometime in the second half of
15  2000?

16      A.      Yes.

17      Q.      I may have asked you this earlier, but
18  I've forgotten if I did.  Do you know of any
19  locations where they kept a book like you're
20  describing where they kept banked hours?

21      A.      No.

22      Q.      Approximately, when, if you recall,
23  did you switch to being a salaried employee?

24      A.      It was probably near the end of 2000,
25  2001, the first part of 2001.

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 72

1        A.      Yes.

2        Q.      So you would keep a timecard that

3    might show you worked 60 hours a week, for example?

4        A.      Right.

5        Q.      But you were submitting a summary to

6    Alderwoods that showed you were getting paid

7    something less than that?

8        A.      Correct.

9        Q.      I'm sorry.  Working something less

10   than that?

11       A.      Yes.

12       Q.      Did anyone review your timecards?

13       A.      Ron Redpath.

14       Q.      Did anyone tell you how much time to

15   put on the summaries?

16       A.      No.

17       Q.      How would you decide what to put on

18   them then?

19       A.      We'd put them on, and if we added five

20   hours, five hours seemed to be fine.  Any more than

21   that, Ron would -- they'd red flag him, and he'd

22   tell us there's no money for overtime.

23       Q.      Once you were salaried, did you

24   receive any overtime compensation?

25       A.      No.

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 83

1    worked more than 274 hours of overtime from
2    December 12th, 2003 until the last day of your
3    employment in March of 2004?
4         A.    Yes.
5         Q.    How many more hours than 274 did you
6    work?
7         A.    I wouldn't be able to recall until you
8    show me my timecards.
9         Q.    Well, you said, with certainty, that
10   you definitely worked over 274.  So how do you know
11   with certainty?
12        A.    The last entry in the book that I
13   remember seeing there were 320 hours in that book
14   that weren't calculated.  Now, these are what was
15   paid, but I don't believe they were subtracted from
16   that book.
17        Q.    But is it your testimony that you
18   worked 320 unpaid hours from December -- I'm going
19   to use the date December 12th, 2003 until the last
20   day of your employment, which was, approximately,
21   14 weeks?
22        A.    That's going by the book, yes.
23        Q.    320 hours over 14 weeks?
24              MS. GIFFORD:  Objection.
25

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 84

1    BY MR. KNIGHT:

2         Q.     Is that your testimony?

3         A.     My testimony is that I haven't been

4    compensated for 320 hours.  Now, whether it's from

5    December, I don't know.  Show me my timecards and

6    show me that book and we can get it all settled real

7    quick.

8         Q.     I'm asking about December or until the

9    end.  So you're saying you don't know?

10        A.     I can't recall.  I just know that I

11   wasn't paid hours.

12        Q.     And my question is, how do you know

13   that you weren't paid hours in those four months,

14   December, January, February, and March?

15        A.     Because Zalo was helping us by paying

16   us what little overtime he could without drawing

17   attention.

18        Q.     But this isn't -- I mean, this is

19   275 hours of overtime.  You consider that to be a

20   little bit of overtime?

21               MS. GIFFORD:  Objection.

22   BY THE WITNESS:

23        A.     That's a little bit of overtime.

24   BY MR. KNIGHT:

25        Q.     That's, roughly, 20 hours per week?

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 85

1          A.      I worked 72.  That's 32 extra.

2          Q.      How are you so sure you worked 72

3     hours per week?

4          A.      That was an average week.  There was

5     me and one other person, who couldn't make

6     arrangements, who couldn't be -- take a funeral by

7     himself.  I was there all the time.  Big place, two

8     people, one can't do half the work.  General manager

9     shows up, Zalo Wilson.  He's there part of the time,

10    but not all of the time.  He's on the road visiting

11    the other places.  So my work with Zalo lessened a

12    little, but it didn't help.  Zalo went to bat and

13    got some of the overtime, but not all of it.

14         Q.      You're saying that you worked 72 hours

15    per week in December of 2003?

16         A.      Again, show me my timecard.  We had

17    weeks, there were 12 funerals.  Twelve funerals is a

18    lot of hours for any two people to handle.

19         Q.      What I'm asking is what your testimony

20    is.  You just said you worked 72 hours per week.

21    And I'm trying to pin you down to December of 2003,

22    were you working 72 hours a week that month?

23         A.      Again, I would need to see my

24    timecard.

25         Q.      So you don't know one way or the

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 86

1   other?

2            A.     I don't know.   The timecards are

3   there.

4            Q.     Is it possible that you were

5   compensated for all of the overtime you worked in

6   December of 2003?

7                   MS. GIFFORD:   Objection.

8   BY THE WITNESS:

9            A.     It's possible.

10  BY MR. KNIGHT:

11           Q.     Is it possible you were compensated

12  for all the overtime you worked in January of '04?

13                  MS. GIFFORD:   Objection.

14  BY THE WITNESS:

15           A.     Again, possible.

16  BY MR. KNIGHT:

17           Q.     Same question for February of '04?

18                  MS. GIFFORD:   Same objection.

19  BY THE WITNESS:

20           A.     Same answer.  Possible.

21  BY MR. KNIGHT:

22           Q.     And is it possible you were

23  compensated for all the overtime you worked in?

24  March of '04?

25                  MS. GIFFORD:   Same objection.

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

1    BY THE WITNESS:
2         A.     Same answer.  Possible.
3                MR. KNIGHT:  You want to take a quick
4         break?
5                     (A break was taken.)
6    BY MR. KNIGHT:
7         Q.     I believe earlier you said that when
8    Mr. Sachs was working at the funeral home, you and
9    Mr. Sachs alternated weekends; is that right?
10        A.     Right.  We would alternate the
11   weekend, unless -- you know, if there was a house
12   call, then both of us had to go out.
13        Q.     On the weekends where you weren't --
14   let me strike that.
15                So were there weekends in your
16   last four months of employment that you did not have
17   to work?
18        A.     I'm sure there was probably a few.
19        Q.     During those weeks, you were working
20   fewer than 72 hours per week; is that right?
21               MS. GIFFORD:  Objection.
22   BY THE WITNESS:
23        A.     Yes.
24   BY MR. KNIGHT:
25        Q.     Are you familiar with the Alderwoods

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

1    through it real quick.

2           Q.      The recording -- this is, actually, a

3    document that your counsel filed along with their

4    original complaint in this case, which is why the

5    header is at the top here filed 12/11/2006.  The

6    recording time work policy says, among other things,

7    under the first bullet point that employees must

8    record all hours actually worked unless exempt from

9    timekeeping.  Were you familiar with that

10   Alderwoods' policy?

11          A.      We had a time clock, yes.

12          Q.      And was it your understanding that you

13   were supposed to record hours actually worked?

14          A.      Yes.

15          Q.      Were any of your timecards during your

16   employment with Alderwoods inaccurate to your

17   understanding?

18                  MS. GIFFORD:  Objection.

19   BY THE WITNESS:

20          A.      No.

21   BY MR. KNIGHT:

22          Q.      So the timecards, at least, were

23   accurate; is that right?

24          A.      It's what the clock punched.

25          Q.      But you weren't punching in late

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 91

1   intentionally or punching out early; is that right?

2           A.      No.

3           Q.      Was it your understanding that all

4   locations prepared a summary to send payroll as

5   opposed to sending the actual timecards?

6           A.      No, I'm not aware of what the other

7   locations did.

8           Q.      This Exhibit 7 also requires the

9   manager to verify the timecard, I'm looking at the

10  second to last bullet point here, and to sign it or

11  initial it?

12          A.      Yes.

13          Q.      When you were location manager, you

14  said you verified hours of Mr. Sachs, and I forget

15  her name, but the apprentice?

16          A.      Laura Barnes, yes.

17          Q.      Did you ensure the timecards were

18  accurate before you signed them?

19          A.      Yes.

20                  MS. GIFFORD:  Objection.

21  BY MR. KNIGHT:

22          Q.      Did you ever sign a timecard that you

23  knew to be inaccurate?

24                  MS. GIFFORD:  Objection.

25

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 95

1    insurance license?

2         A.     No.

3         Q.     Do you need an insurance license in

4    Indiana to sell preneed insurance?

5         A.     No.

6         Q.     Did you bring any complaints against

7    Edmonds and Evans for pay practices?

8         A.     No.

9         Q.     Did you bring any complaints against

10   Edmonds and Evans for any reason at all?

11        A.     No.

12        Q.     Did you ever seek -- when you were

13   working at Alderwoods, did you ever seek

14   pre-approval to work overtime?

15             MS. GIFFORD:  Objection.

16             Go ahead.

17   BY THE WITNESS:

18        A.     No.

19   BY MR. KNIGHT:

20        Q.     And by pre-approval, I mean before you

21   worked, did you ever go to your manager and say, you

22   know, I need to work overtime today, can I get your

23   approval to do it?

24        A.     No.

25        Q.     Was it your understanding that

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 96

1   Alderwoods had a policy that required employees to
2   get overtime approved before they worked it?
3           A.      I'm not aware of that, if there was
4   one.
5           Q.      Did you ever discuss with Mr. Wilson
6   the need to work overtime in advance of actually
7   working it?
8           A.      No.
9           Q.      So if you needed to work, you just did
10  it?
11          A.      Right.
12          Q.      And you recorded all of your time on
13  your timecards?
14                  MS. GIFFORD:  Objection.
15  BY MR. KNIGHT:
16          Q.      Correct?
17          A.      Correct.
18          Q.      After you started working for
19  Mr. Wilson, were there any overtime hours that you
20  worked that you did not record?
21                  MS. GIFFORD:  Objection.
22                          Go ahead.
23  BY THE WITNESS:
24          A.      When you say, record, record in the
25  book?  Or record on the timesheet?

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 97

1  BY MR. KNIGHT:

2        Q.      I'm talking about the timecards.

3        A.      No.  The overtime hours were all

4  recorded when we punched-in and punched-out.

5        Q.      So if you had to come in to do, let's

6  say, an embalming, which I think you said sometimes

7  you had to do?

8        A.      Yes.

9        Q.      Would you have to do those in the

10  middle of the night?

11        A.      Yes.

12        Q.      Would you punch-in when you came in?

13        A.      We had to clock-in to take the car to

14  go make the removal and bring the body back, embalm

15  it.  When we were finished, we would clock-out and

16  go home.

17        Q.      And would you record that entire time

18  period from when you went to pick up the body until

19  the end of your embalming work?

20        A.      That was all on the timecard, time

21  clock.

22        Q.      Were you ever told that only approved

23  overtime would be paid?

24        A.      No.

25        Q.      Are you aware of any other Alderwoods

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

1   employee who was told that only approved overtime

2   would be paid?

3         A.    No.

4         Q.    Are you making any claim in this case

5   that you worked overtime that wasn't pre-approved,

6   and for that reason, you weren't paid it?

7               MS. GIFFORD:  Objection.

8   BY THE WITNESS:

9         A.    State the question again.

10  BY MR. KNIGHT:

11        Q.    One of the allegations in this case is

12  that Alderwoods did not pay overtime that wasn't

13  pre-approved.  And what I'm asking is, are you

14  claiming that you worked overtime that wasn't

15  pre-approved -- that you worked overtime that wasn't

16  pre-approved without being paid for it?

17              MS. GIFFORD:  Objection.

18  BY THE WITNESS:

19        A.    No, I'm not making that claim.

20  BY MR. KNIGHT:

21        Q.    Did you receive -- let me start again.

22              In the last four months of your

23  employment, December 2003 until March of '04, did

24  you receive compensation -- any form of

25  compensation, other than your regular wage, your

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 99

1    regular hourly wage up to 40 hours or overtime?  Did
2    you receive, in other words, bonuses?
3              A.    No bonuses.
4              Q.    Did you receive any commissions?
5              A.    No.
6              Q.    Did you get any sort of sales awards
7    any compensation for sales?
8              A.    No.
9              Q.    So nothing you can think of, other
10   than your regular hours and whatever overtime hours
11   they compensated you for?
12             A.    I had a take-home vehicle at one time.
13             Q.    When was that?
14             A.    They considered that a perk.
15                   Basically, the whole time I was
16   employed.
17             Q.    Did you get to use that for personal
18   use?
19             A.    Well, they charged the mileage on it.
20             Q.    Were you required to use it only for
21   business purposes?
22             A.    To and from work.
23             Q.    What kind of car was it?
24             A.    I started off with a pickup truck,
25   then went to the minivan.

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

1          A.      There was two at the funeral home.
2    The cemetery had three office ladies, a sales
3    manager, and then, like, six sales people.  And then
4    the groundsmen had -- there was, I think, eight
5    groundsmen.  So he'd try and get everybody in one
6    location.
7          Q.      Did Zalo ever tell you it was one of
8    your responsibilities to be part of a community
9    organization, that you had to join one?
10         A.      He told everybody that.  It was more
11   to benefit yourself, he told them.
12         Q.      Did they do anything to make sure
13   everyone was part of community organizations?
14         A.      No, he just asked.  The follow-up was
15   terrible.
16         Q.      At this point, were you a member of
17   the rotary club?
18         A.      Not the Griffith Rotary and not
19   Schererville.  I had joined after they -- I brought
20   in, and they fired me.  So they weren't paying --
21   and that was another thing, they wouldn't pay the
22   dues, the memberships.
23         Q.      So were you a member of the rotary in
24   your last four months of employment?
25         A.      No, I petitioned.  I wasn't a member

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 124

1          Q.      So what organizations did you join for
2    the purposes of networking?
3                  MS. GIFFORD:  Objection.
4    BY THE WITNESS:
5          A.      I didn't really join that many
6    organizations.  I networked everyday.  I didn't have
7    to join them.  I mean, you can't join the Catholic
8    church when you're Protestant, and you can't join an
9    Orthodox church.  So you network them.  Even though
10   you can't join them, you network them.  And you
11   network the subgroups within that church.  The Altar
12   and Rosary Society, the men's club, the Knights of
13   Columbus, the fair group that holds St. Mary's
14   Western Days.  It's a big group.  You go up and you
15   volunteer, and hopefully, you get more than one
16   employee to show up and volunteer with your Chapel
17   Lawn logo T-shirts on, and you volunteer, and work
18   their Western Days.
19   BY MR. KNIGHT:
20         Q.      But you didn't actually join an
21   organization for the purposes of networking?
22                 MS. GIFFORD:  Objection.
23   BY MR. KNIGHT:
24         Q.      Is that right?
25         A.      No, I didn't need to join it to

NETWORK DEPOSITION SERVICES
Transcript of Ray White

1   network it.

2          Q.      Do you know whether Jeff Sachs joined

3   any community organizations for the purposes of

4   networking?

5          A.      No.  I'm not aware if he did.  He was

6   real big with the Veteran's groups.  His dad was.

7   So they invite Jeff Sachs because of his dad.

8          Q.      Were you -- did Zalo Wilson tell you

9   to report your community service work to anyone at

10  Alderwoods?

11         A.      No.  Him and I would talk about it

12  because I would tell him -- Zalo was gifted as far

13  as the computer.  So if we needed papers printed and

14  needed them to look good, you told Zalo what you

15  wanted.  He would design it.  And we'd copy it and

16  take it.  So Zalo knew what was going on because a

17  lot of people used him for his ability to make a

18  computer work better.

19         Q.      Were you required to keep a list of

20  any community organizations you contacted?

21         A.      No, no.  We'd just talk about it, Zalo

22  and I, in the mornings when he'd come, or if I

23  needed him to work on something.  And then he'd

24  always ask -- he'd follow-up with how well it went.

25  But we made special packages for each group.

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 126

1      Q.     So you weren't required to fill
2  anything out that got sent up the chain of command
3  at Alderwoods?
4      A.     No.  They were just about the numbers.
5      Q.     Do you know if Zalo Wilson reported to
6  any of his supervisors about any of the people in
7  the community you had contacted?
8      A.     I'm sure he probably reported it.
9      Q.     Do you know how he reported it?
10     A.     Their meetings.
11     Q.     You're not aware of him actually
12 submitting any documents?
13     A.     No.
14            MR. KNIGHT:  Do you want to take a
15     break for lunch?
16            MS. GIFFORD:  Sure.
17                (A lunch break was taken.)
18 BY MR. KNIGHT:
19     Q.     Mr. White, were you paid for any of
20 the time that you spent meeting with firefighters in
21 the last four months of your employment with
22 Alderwoods?
23     A.     I don't believe so.
24     Q.     Did any of that time occur during your
25 regular business hours during the workweek?

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 134

1        Q.      And did you -- the time you spent on

2   those visits, did you put them in the book that you

3   described of the, I guess, unpaid time?

4        A.      I don't believe so.

5        Q.      Why not?

6        A.      It was just part of that -- sell that

7   community.  Sell the funeral home to the community.

8        Q.      Were you told not to record that time?

9        A.      I can't recall if Zalo ever told me

10  not to report it.

11       Q.      Did anyone ever tell you not to record

12  it?

13       A.      I can't recall that.  He'd be the only

14  one who would tell me.

15       Q.      Well, your previous general manager as

16  well; right?

17       A.      Ron Raypath, basically, it was sell

18  the funeral home.  Get out there and meet as many

19  people as you can.  It was a brand new place.

20       Q.      But I'm asking, did he tell you not to

21  record that time?

22       A.      No, I don't believe so.

23       Q.      So why didn't you record it?

24       A.      Because it was just after-hours.  I

25  was doing it in early morning.  I'm not going to

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 135

1   drive to the cemetery or the funeral home at 4:30 to
2   clock-in to meet at the fire department before -- or
3   say if I did it on Saturday, I'm not going to drive
4   20 minutes just to clock-in, and then drive back to
5   where I was going to start, so...
6          Q.     Well, didn't you want to be paid for
7   it?
8          A.     I really didn't think -- I just
9   thought if we sold it, and we got -- the more
10  business we wrote, the more funerals we had.
11  Eventually, we would get one of those -- what do
12  they call them?  Bonuses, raging bonuses that
13  corporations throw out so many times.  And that was
14  the goal.  Hopefully, if we do this well, we're
15  going to get the bonus that pays off everything that
16  we've done.  Unfortunately, they change the rules as
17  you're going.
18         Q.     Did anyone at Alderwoods tell you that
19  it was a company policy not to record the time you
20  spent in the community pitching services?
21                MS. GIFFORD:  Objection.
22  BY THE WITNESS:
23         A.     Did anybody tell me not to record it?
24  BY MR. KNIGHT:
25         Q.     Did anyone tell you that it was a

Johnstown - Erie - Pittsburgh - Greensburg - Harrisburg
866-565-1929

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 138

1    employee that you worked with that was out in the
2    community pitching the funeral home during your time
3    at Alderwoods?
4            A.      Employee of the funeral home?
5    Employee of the cemetery?
6            Q.      Well, anyone at the funeral home
7    first?
8            A.      No, because that was it.
9            Q.      It was just the two of you?
10           A.      (Nonverbal response.)
11           Q.      What about the cemetery?
12           A.      Well, the cemetery, you had all the
13   sales people.  Everyday they were trying to pitch
14   sell something.  We call it park tackling.  Park
15   tackling is when you show up and you work Saturday,
16   and anybody visiting a grave, you go out and you
17   start asking them, can I get you a bottle of water?
18   And by the way, do you have your services.  Can we
19   get you a marker?  They would show up and do it on
20   Saturdays.  But that was park tackling we called it.
21           Q.      Park tackling?
22           A.      Tackling, tackle a person when they're
23   visiting their loved one.
24           Q.      Did you do preneed sales for
25   Alderwoods?

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 139

1    A.    No.  I pitched it, but I couldn't sell

2    it.  They had a division.  They didn't want their

3    funeral directors to sell preneed insurance.  So we

4    had to turn it over to one of the cemetery sales

5    counselors.

6        Q.    When you say, they didn't want funeral

7    directors to sell preneed, who is they?

8        A.    That was upper management.  The sales

9    counselors' livelihood was based on preneed sales.

10   They said because we received a paycheck, we didn't

11   need to be taking their money as well as ours.  So

12   we had to give all the preneed to them.

13       Q.    All of your years at Alderwoods, did

14   you ever sell a preneed contract?

15       A.    No.

16       Q.    Were you a licensed funeral director?

17       A.    Yes.

18       Q.    And you are still?

19       A.    Yes.

20       Q.    What are the requirements in the State

21   of Indiana for a funeral director license?

22       A.    Thirty college credit hours prior to

23   attending mortuary college.  I went to Worsham in

24   Illinois, so I had to go to a 12-month mortuary

25   program, and then you serve one year of

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

1    A.    It can be anything.

2    Q.    Anything, but it's basically one year,

3  and then you do another year of the mortuary

4  program, and that gets you an Associate's degree?

5    A.    Correct.

6    Q.    To your knowledge, did Alderwoods

7  require anything more of funeral directors they

8  hired in the State of Indiana?  Any further

9  education?

10    A.    Not education, but you had to maintain

11  your continuing education hours.

12    Q.    You had to maintain your funeral

13  director's license?

14    A.    (Nonverbal response.)

15    Q.    And how many hours did that require?

16    A.    That was five hours of the year.

17    Q.    Now, at your location, was there any

18  incentive program for participating in community

19  work in any way?  Were you compensated or given any

20  sort of rewards for doing things in the community?

21    A.    Pat on the back.

22    Q.    You didn't get any points or anything

23  like that?

24    A.    No.

25    Q.    Are you familiar with anything called,

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

Page 142

1    I Believe in Service?
2         A.    No.
3         Q.    Are you aware of any incentive program
4    that any other Alderwoods location used to reward
5    people for community participation?
6         A.    No.
7         Q.    Are you aware of any company-wide
8    policy, all of Alderwoods, that required people to
9    be part of a community organization as part of their
10   job duties at Alderwoods?
11        A.    No, I'm not aware.
12              MS. GIFFORD:  Objection.
13   BY MR. KNIGHT:
14        Q.    And are you aware of any, again,
15   company-wide policy that -- or addressing, I guess,
16   whether work in the community should be paid?
17        A.    No.
18              MS. GIFFORD:  Objection.
19   BY THE WITNESS:
20        A.    No.
21   BY MR. KNIGHT:
22        Q.    Were you required to be on-call after
23   your regularly scheduled hours?
24        A.    Yes.
25        Q.    And how often were you on-call?

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb

NETWORK DEPOSITION SERVICES
Transcript of Ray White

1    take the body back to their place.  So I have no
2    idea how many calls we did.
3              Q.    What was the procedure you would use
4    while on-call to record your time, if any?
5              A.    When we got in, we were supposed to
6    clock-in, go make the removal, whether the embalming
7    or not.  When we were finished, we would clock-out
8    and go home.
9              Q.    So you'd have to go to a location
10   before --
11             A.    You could clock-in.
12             Q.    So you went to the location and
13   clocked-in before you even went to the house
14   where --
15             A.    Yeah, the cop was at the funeral home.
16             Q.    Would you pick up a car while you were
17   there?
18             A.    I had the minivan.  So I had the van.
19   Unless it was a house call, we took the hearse, and
20   we had to call a second person to come and go with
21   us.
22             Q.    And for how long was that the
23   procedure that you would go and clock-in first,
24   finish the job and clock-out?
25             A.    That was the preferred procedure at

1a5aa13f-2a14-4190-8b79-8cac4bcb9abb