**Exhibit S**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HELM, et al.
On behalf of themselves and all employees
similarly situated,

              Plaintiffs,

     vs.

ALDERWOODS GROUP, INC., et al.

           Defendants.

) **CASE NO.      3:08-CV-01184 SI**
)
)
)
) **DECLARATION OF RHONDA SUURD**
)
)
)
)
)
)
)
)
)
)
)
)

## DECLARATION OF RHONDA SUURD

I, RHONDA SUURD, pursuant to 28 U.S.C. § 1746, depose and state as follows:

1.     I am over 21 years of age, have personal knowledge of the facts set forth in this declaration, and could testify to them competently if called to do so.

2.     I was employed by Alderwoods Group, Inc. ("Alderwoods") from 2005 through 2007.  While I was employed by Alderwoods, I held the job titles of Human Resources Manager, Human Resources Project Specialist and Human Resources Project Manager.

3.     As a result of my role in Human Resources, including as Human Resources Manager, I am aware of all Alderwoods policies that were in place from 2004 through 2007.  I am also aware of the process by which they were created and disseminated.

4.     Each Alderwoods funeral home and cemetery location had a set of five policies and procedures binders that were available to all employees at the location.  These policies and procedures binders contained all Alderwoods company policies, including all wage and hour policies.  Human Resources drafted certain of the policies, including wage and hour policies.  Human Resources did not draft certain operational policies, such as policies regarding respect and dignity for human and cremated remains; those typically were drafted by the compliance group.

5.     Human Resources managed the approval process for all draft policies.  Once a draft policy was in place, Alderwoods' compliance committee (consisting of, among others, representatives from legal, Human Resources, Corporate Compliance, and Internal Audit) reviewed it.  Upon approval, new policy documents were generally bundled for quarterly distribution.  They were sent by email to all management personnel from the VPOs to Location Managers, by courier to all locations, and were posted on the intranet.  The distributions included summaries of any changes to policy language as well as instructions to the location for placement in the policies and procedures binders.

6.     When new or supplemental policy or procedures documentation was created, important information about changes to policies or procedures typically cascaded from VPOs to Regional Managers to Market Managers to the cemetery and funeral home locations.  Thus it

would usually be lower-level managers who were responsible for communicating key information and answering questions about any changes in policy or procedure.

7.      It was always Alderwoods' policy during my time with the company that non-exempt employees were to record and be paid for all hours worked.  This policy was expressly stated in Alderwoods' policy binders that were kept at each of its funeral home and cemetery locations.  A true and correct copy of this policy as it existed in 2004 is attached to this Declaration as Exhibit 1.

8.      Specifically, employees were expected to record their time daily.  Some locations had time clocks and the employees were required to punch in the beginning of their day and punch out at the end.  Alderwoods' express written policy provided to employees at all locations was that they must record all hours actually worked.  At the end of the week, Alderwoods' policy required both the employee and the manager to sign the time record to verify the hours reported were correct.  If employees or managers were not reporting all time actually worked, they were in violation of Alderwoods' policies.

9.      I am aware that some funeral homes had meetings where these Alderwoods policies on timekeeping practices were reiterated.  *See, e.g.,* Exhibit 2 to this Declaration.

10.      Alderwoods did not have any company-wide policies requiring employees to work without compensation.  There was no policy requiring employees to perform community work without compensation.  There was no policy requiring employees to work on call without compensation.  There was no policy requiring employees to train for their jobs without compensation.  There was no policy requiring employees to work through meal or rest breaks without compensation.  There was no policy requiring employees to conduct pre-needs calls after hours without compensation.  There was no policy requiring employees to perform work without recording it.  There was a policy requiring that overtime be pre-approved by managers, but regardless of whether the time was pre-approved or not, non-exempt employees were to be paid for all time actually worked.

11.      In approximately 2004, Alderwoods discovered that certain locations, on occasion, paid a piecework rate to employees for work performed while on call.  This was not done on a

company-wide basis or even in most locations.  To the extent piecework was paid at some locations, the payment practice was not uniform.  In some circumstances, this piecework rate was in addition to the employees' regular rate of pay and in some locations the practice pertained to exempt employees.  The amounts paid for certain jobs, like removals, varied amongst locations that paid piece rate.  Because piecework pay typically was not reported through payroll and was paid out of accounts payable, Alderwoods was not aware of it at the corporate level.  Alderwoods never had a company policy permitting piecework payments, for either non-exempt or exempt employees.

12.  Alderwoods took steps to ensure that the locations that paid piece rate followed company policy and discontinued the practice for all employees.  In particular, Alderwoods reaffirmed that all employees had to record their actual hours worked, but allowed locations to pay the greater of the employee's hourly rate of pay for hours actually worked or a pre-specified minimum number of hours for work done after normal business hours.  The minimum number of hours varied based on job task and the market.

13.  In 2006, consistent with its practice of periodically updating policy documents, Alderwoods rolled out new timekeeping and overtime policy documentation.  This documentation did not change company policy; rather, it confirmed the existing policy of paying employees for all time worked, and provided standardized procedures for timekeeping at all locations.  Specifically, Alderwoods disseminated a document entitled "Hours of Work and Overtime," which was to be included in the policies and procedures binder.  A true and correct copy of "Hours of Work and Overtime" is attached to this Declaration as Exhibit 3.

14.  The "Hours of Work and Overtime" document included procedures for meal and rest break periods and for on-call time.  Whereas previously Alderwoods' policy was to report all time worked, this document outlined the specific procedures to be used to record meal breaks and on-call work, among other things.  Specifically, employees were to clock out at the beginning of their meal break and clock in at the conclusion; no work was to be done during the break.  On-call time was compensable if work was actually being performed.

15.  Alderwoods also provided employees with additional documentation as part of its

1  effort to standardize timekeeping policies and procedures.  These documents included a document

2  entitled "Procedures for Timekeeping (Recording Hours Worked)," which outlined in detail the

3  uniform company-wide procedure by which time would be recorded.  A true and correct copy of

4  this document is attached to this Declaration as Exhibit 4.  Alderwoods also disseminated to hourly

5  non-exempt employees, through their managers, a Frequently Asked Questions document, which

6  further confirmed company policies on hours of work and overtime.  A true and correct copy of

7  this document is attached to this Declaration as Exhibit 5.

8          16.     The wage and hour policies and procedures documents Alderwoods issued in 2006

9  were meant to reaffirm existing policies and standardize the procedures by which time would be

10  recorded at all locations to avoid any timekeeping errors that could result in a violation of the

11  company policy that all employees be paid for time actually worked.  These standardized policies

12  included requiring all locations with four or more employees to use a time clock (instead of

13  handwritten time sheets) to keep time and requiring a uniform time card or timesheet to be used by

14  all locations.  A true and correct copy of the standardized timesheet is attached to this Declaration

15  as Exhibit 6.  The standardized procedures also required the use of a call log to record on-call

16  hours.  A true and correct copy of the call log is attached to this Declaration as Exhibit 7.  This call

17  log was not a change in policy – employees always were expected to record their hours worked

18  while on call and report them to their manager.  Rather, it was meant to provide a uniform

19  company-wide method of recording on-call time, instead of recording it on the back of time cards

20  or time sheets as had been the previous practice at many locations.

21          17.     Consistent with Alderwoods practice of cascading instruction regarding new

22  procedures, I am aware of several conference calls and meetings discussing the 2006 wage and

23  hour documents.  Examples of some of these calls and meetings are attached to this as Declaration

24  as Exhibit 8.

25          18.     Alderwoods employees had to undergo a limited amount of training after hire,

26  which would vary from position to position.  As a Human Resources employee responsible for

27  drafting company-wide policies, I can unequivocally say that Alderwoods never had a policy that

28  employees were not to be paid for time spent training.  Whether the training was on-site during the

regular work day, or on rare occasions where employees may have had to go off-site or train after hours, they were required to report their time and be paid for it.  If employees did not report their time, they were in violation of company policy.

19.     During my tenure, Alderwoods did not have a standard performance evaluation that was used for all non-exempt employees.  In particular, there were no company-wide forms for evaluating Funeral Directors, Embalmers and other location-level employees.  In fact, drafting such standard evaluation forms was tasked to me prior to Alderwoods' merger with an SCI subsidiary, but the project was aborted after the merger.  I am aware that Heather Rady claims to have been evaluated using the form attached as Exhibit 9.  I have never seen that evaluation form before.  I also have reviewed the evaluation forms attached to this Declaration as Exhibits 10 and 11.  These also were not standard forms and I have not seen these forms before preparing this Declaration.  It was not standard or company policy to evaluate employees on community service or overtime.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  November 12, 2009

RHONDA SUURD

**Exhibit 1**

## FUNERAL HOME PROCEDURES

# REDACTED

### G.12.6    RECORDING TIME WORKED

A time clock is the preferred method to record time worked. If a time clock is not available time actually worked may be recorded by use of time sheets. The time card/sheet must show the time the person begins work, the time they break for lunch, the time they return from lunch and the time they end work for the day.

- All employees must record all hours actually worked unless exempt from timekeeping requirements as permitted in compliance with all federal and state / provincial regulations.

- Consult your HR Specialists for assistance in determining if an employee is exempt from time keeping requirements.

- Many states / provinces require a designated meal break after a certain number of hours worked. You may consult the HR Specialist for your area for assistance in determining the required meal periods.

- If an employee is eligible for and receives piecework pay, the employee is still required to record the actual time worked. The actual hours worked must be figured to determine the correct hourly rate of pay and overtime rate for the pay period.

- Completed time cards/sheet are to be signed by the employee to verify that the card accurately documents the actual hours worked. The employee's supervisor or manager must also sign the time card/sheet to verify that the hours are accurate and that any over-time recorded is approved. It is not acceptable for either the employee or manager to sign the time card/sheet in advance. It is to be signed after all hours are recorded.

- The original time card/sheet is to be kept on file at the location for a minimum of seven (7) years.

# REDACTED

© 2004 Alderwoods Group, Inc. Rev. Feb. 2004. Funeral Home Procedures. All rights reserved. Alderwoods Employee Helpline: 1-888-782-7899

ALD000001

# CEMETERY PROCEDURES

- Medical information about the employee related to reasonable accommodation under the American Disabilities Act.

- Any other Medical Information

### E.10.4.2 Equal Employment Opportunity Records

Confidential files are to be maintained for records relating to any:

- Discrimination complaints filed with EEOC or DFEH

- Internal investigative files for harassment, or discrimination claims

### E.10.5    PAYROLL RECORDS

All payroll records, including payroll registers and reports are to be kept secured in a locked area (locked at all times). Only the manager (and a specifically designated assistant if necessary) is to have access to the payroll records.  Information required to be maintained for payroll purposes includes:

- Wages paid: (Hourly rate or salary)

- Time Cards/sheet documenting actual hours worked

- Employee Name and address

Payroll records must document and record that taxable benefits are being calculated for other compensation such as but not limited to the use of company car or housing benefits.

### E.10.6    RECORDING TIME WORKED

A time clock is the preferred method to record time worked. If a time clock is not available, time actually worked may be recorded by use of time sheets. The time card/sheet must show the time the person begins work, the time they break for lunch, the time they return from lunch and the time they end work for the day.

- All employees must record all hours actually worked unless he/she is exempt as permitted in compliance with all federal and state / provincial regulations.

- Consult your HR Specialists for assistance in determining if an employee is exempt from

ALD013648

# CEMETERY PROCEDURES

hourly pay and time keeping requirements.

- Many states / provinces require a designated meal break after a certain number of hours worked. You may consult the HR Specialist for your area for assistance in determining the required meal periods.

- If an employee is eligible for and receives piecework pay, the employee is still required to record the actual time worked. The actual hours worked must be figured to determine the correct hourly rate of pay and overtime rate for the pay period.

- Completed time cards/sheet are to be signed by an employee to verify that the card documents accurately the actual hours worked. The employee's supervisor or Manager must also sign the time card/sheet to verify that the hours are accurate and that any overtime recorded is approved. It is not acceptable for either the employee or Manager to sign the time card/sheet in advance. It is to be signed after all hours are recorded.

- The original time card/sheet is to be kept on file at the location for a minimum of seven (7) years.

### E.10.7   HIRING EMPLOYEES

New employees may only be hired as approved by the designated operational management structure. When hiring new employees your Market General Manager and the HR specialist should be contacted for guidance with appropriate and required steps to be taken.  Working with your Market General Manager and the HR Specialist the following should be completed:

- A Job Description is to be developed

- The position is listed on the Company Intranet site

- Each applicant for the position is to complete the company approved application. A copy is available in the HR Section of the People Manual (binder # 1)

- A background check is to be conducted prior to hiring the individual. A background check release form must be signed by the individual prior to having the background check conducted

- Necessary Paperwork and forms are completed. Review the lists of items for personnel files for more details

© 2004 Alderwoods Group, Inc. Rev. Feb. 2004: Cemetery Procedures. All rights reserved  Alderwoods Employee Helpline: 1-888-782-7899

**Exhibit 2**

## INTEROFFICE MEMORANDUM

**TO:**       ALL POWERS AND PRICE-HELTON FUNERAL HOMES STAFF

**FROM:**    BOB FINLEY

**SUBJECT:**  TIME CLOCKS

**DATE:**     05/19/2004

**CC:**

### TIME CARDS

All non-management Alderwoods employees, whether receiving hourly, commission or training wages, are required to record their working hours each day using the time clock provided in the office. The work week begins on Sunday and ends on Saturday. Completed time cards must be submitted to your immediate supervisor on Monday morning each week. A new time card should be started with your name and the work week ending date entered on it. **Time cards found in the time card rack without a name or work week ending date will be considered invalid and will be removed.**

All employees will clock in at the start of each work day, will clock out and back in for their required lunch period, and will clock out at the end of their work day. If your work day starts off the property or ends off the property, you may write your starting or ending time on your time card. **You must have your immediate supervisor or the general manager initial this handwritten entry at the time it is made.**

You may not enter any hours that have not been worked. You may not erase entries made on your time card. If there is an error, draw a single line through the error and enter the correct information. Then have your immediate supervisor or the general manager initial your correction *at the time it is made.*

All employees are strictly prohibited, without exception, from making any entry or alteration to another employee's time card under any circumstances.

If you have any questions about our time recording and reporting procedures, please don't hesitate to ask.

Thanks for your help and cooperation.


Bob

ALD010591
ALD010591

October 26, 2004

Attention All Staff Members:


RE: Time Cards/Lunches

Dennis has noticed that some people are not clocking their time in
and out for lunches consistently.
Please make sure that you are clocking **IN** and **OUT** for lunches. If
you are unable to take a lunch then you need to write **NO LUNCH**
on your time card for that day.
If you have any questions, please address them to Dennis.

Thank you,

Chris O'Mary

Cc: Dennis Christie

ALD010592
ALD010592

**ALDER WOODS GROUP**
**LOUISIANA**
5101 WESTBANK EXPRESSWAY
MARRERO, LA 70072
PHONE: (504) 341-9421
FAX: (504) 341-9423

October 17, 2005

TO:        All Employees

FROM:    George Rohrer, MGM

# REMINDER

Please insure that all required employees are using the time clock. We
need to get back to business as usual. Also, document all overtime and
benefit hours. Managers are to approve time cards, before sending them
to Westside/Leitz-Eagan for entry. Your cooperation is greatly
appreciated.

Thank you.

ALD010018
ALD010018

**Exhibit 3**



# HOURS OF WORK AND OVERTIME

## PURPOSE

To define hours of work, for purposes of compensation, and provide standard guidelines with regard to meal periods, on-call, call back, and overtime pay in accordance with applicable law.

## POLICY

All non-exempt employees will be compensated for all hours worked. The Company will comply with all applicable federal, state and local laws. If any of the provisions of this policy conflict with any federal, state or local laws or regulations, then the laws or regulations will supersede the Company's policy in those specific locations. Please consult your Human Resources representative for information on particular federal and/or state laws. All work hours, including meal periods, remain subject to change as business conditions may require.

## I. APPLICATION OF THE POLICY

This policy applies to all non-bargaining unit, non-exempt employees of the Company who work in the United States. Collective bargaining unit members must refer to their collective agreement for information about hours of work.

## II. DEFINITIONS

### A. Employee Categories

1. Full-time Employee
   A regular full-time employee works forty (40) hours per work week or more, in an established job.

2. Part-time Employee
   A regular part-time employee works less than forty (40) hours per work week, in an established job.

3. Casual Employee
   Employees who are scheduled to work only during peak periods (or specific seasons). Casual employees may be scheduled for consecutive work weeks, or may not be scheduled for several weeks. The number of hours scheduled during peak periods may be more or less than forty (40) hours per work week. Total annual hours may not exceed one thousand (1000) hours.

4. Temporary Employee
   Employees who are hired for a short interim period of time without expectation of longer employment. The number of hours scheduled may be more or less than forty (40) hours per work week.

### B. Wage Classifications

▶ Non-Exempt Employees
   All employees not exempt from overtime payment as defined in the Federal Fair Labor Standards Act (FLSA) and corresponding state wage and hour laws and whose compensation is computed on an hourly basis and

ALD000004

are required to account for time worked on an hourly and fractional hourly basis. Non-exempt employees cannot be guaranteed hours of work and paid a set weekly amount regardless of the actual hours of work; they must be paid according to hours recorded. Non-exempt employees are to be compensated for all overtime hours worked. Non-exemption status is determined by the Human Resources and Legal departments, and is identified in the job description.

## III. GUIDELINES

### A. Work Day

A typical work day is eight and one-half (8½) hours, less a thirty (30) minute meal period and any applicable rest periods, but depends on location and business needs. Arrangements to regularly work more than eight (8) hours a day must be approved by your manager, Human Resources Manager, and functional Vice President or Department Head.

### B. Work Week

A regular full-time work week for hourly employees typically consists of forty (40) hours per week. The regular work week, for payroll purposes, begins on Sunday and ends on the following Saturday, and is defined as seven (7) consecutive days beginning at 12:01 a.m. on Sunday morning and ending at 12:00 p.m. (midnight) on the following Saturday night.

### C. Meal Periods

Hourly employees who work more than five (5) consecutive hours in a day are allowed an unpaid meal period of no less than thirty (30) minutes and no more than one (1) hour. For employees working split shifts, the unpaid meal period will occur between the shifts and may be more than a one (1) hour period. The scheduling of meal periods is approved by management to satisfy operational/business needs. Meal periods may be waived or delayed at the direction of management in order to meet business needs. Employees must clock out at the beginning of their meal period, and clock in at its conclusion. Employees may not waive their meal period in order to start work later or leave work earlier under any circumstances. During the meal period, an employee is not to perform work for the Company. Many states have established their own rules about meal periods. Please consult your Human Resources representative to determine if there is a modification that applies to you.

### D. Work Schedule

Work schedules are established by the manager of the location/department. The Company reserves the right to adjust daily and weekly work schedules to meet varying needs of the business. Managers are responsible for announcing changes in work schedules as far in advance as practicable.

### E. Recording of Hours

All non-exempt employees are required to record all hours worked each day. The method of record keeping will be either time clock or time sheet as specified by the Company. The time record should show time in and time out for every day worked (including meal breaks, lunch, and time performing work while on call (e.g. answering phone calls, removals, etc.)) If an employee forgets or incorrectly times in or out, he or she must obtain his or her manager's approval on the correction. Employees must review their time card/time sheet, correct any errors, and sign it before submitting it to their manager for approval. Falsification of a time record,

ALD000005



timing in or out for another employee, or having another employee time in or out for you, is against Company policy and shall result in corrective action, up to and including termination.

### F. Overtime

At times, it may be necessary for an employee to work overtime hours. All overtime, however, must be approved in advance by management. Hourly employees are not permitted or authorized to work any period of time other than their normally scheduled hours unless directed to do so by their manager. Non-exempt employees will receive overtime pay of one and one-half (1.5) times their regular rate of pay for all hours worked over forty (40) in any work week (excluding holidays and paid leaves such as vacation and sick days), or for any other hours required by state law. In states that have enacted state overtime laws, where an employee is subject to both the state and federal overtime laws, the employee will be paid overtime according to the higher standard. Employees may contact their manager or Human Resources Manager for clarification of how overtime is calculated and paid in their state.

Overtime pay eligibility is based on the hours worked each work week (or day, where applicable). Payment for overtime worked should be made no later than the end of the pay period immediately following the pay period during which the overtime was worked (provided approved time cards/time sheets are submitted before the payroll deadline). Employees must receive payment for overtime hours worked; time off in lieu of overtime payment is not permitted.

### G. On-Call

A non-exempt employee is considered to be "on-call" only when so assigned by his or her manager. On-call time is normally compensable only while the employee is actually working. Employees scheduled for on-call duty are not required to remain on Company premises, or to be confined to their homes or to any particular place, provided they remain within a reasonable travel distance of the location (as determined by management). On-call employees are required to not consume alcohol or other intoxicants. If there are greater restrictions on the employee's on-call duty, on-call time may be compensable; the employee and manager should consult with Human Resources. When the employee is called to work during the on-call time, the employee will be paid at the employee's appropriate pay rate (see Call Back section below). In all instances, it is the employee's responsibility to clock in when called into work and to clock out when the work assignment is complete.

When a non-exempt employee is required to take phone calls after completing the regular work schedule and leaving the premises, but is not required to physically return to work, the employee shall log the start and end times of each phone call. The employee will be paid for the time spent in phone conversations. The recorded time will be included in determining if an employee qualifies for overtime pay in a work week.

### H. Call Back

When a non-exempt employee is called back to work after completing the regular work schedule and leaving the premises, the employee shall be paid for time actually worked upon leaving home or a minimum number of hours, whichever is greater. The minimum number of hours may vary by job task and market. Please contact your manager to determine the correct minimum number of hours for your location. In all instances, it is the employee's responsibility to clock in when called into work and to clock out when the work assignment is complete. Call back time will be included in determining if an employee qualifies for overtime pay in a work week.



### I. Travel Time

Travel time between home and the work place is not counted as time worked. Assigned business travel during an employee's regular working hours on work days is counted as time worked. For non-exempt employees, travel that takes place outside of regular working hours is considered time worked and will be included in determining if an employee qualifies for overtime pay in a work week, and paid accordingly.

## IV. MANAGER RESPONSIBILITIES

A. Managers are responsible for ensuring that this policy has been communicated to their employees. Please also refer to the Attendance policy for additional guidelines.

B. Managers are also responsible for:

1. establishing work schedules in accordance with the needs of the business;

2. announcing any changes to an employee's work schedule as far in advance as practicable;

3. reviewing, verifying and authorizing weekly time cards/time sheets and reporting to payroll in accordance with weekly payroll schedules;

4. reconciling hours reported to hours paid according to the payroll register (obtained through Crystal Reports);

5. tracking and approving overtime hours as the need arises;

6. ensuring that no "off the clock" work is allowed; that is, that all work performed by employees is properly documented on time cards/time sheets;

7. tracking attendance and absence of all employees and use of paid time;

8. taking action on recommendations from Internal and/or Compliance Audits as it relates to this policy.

C. Managers must ensure that employees are assigned the appropriate job code and employment status (full-time, part time, casual, temporary, exempt, non-exempt) for their position. If an employee is not working the hours of their assigned employment status, the manager must transfer the employee to another employment status or require the employee to conform to the assigned employment status.

## V. EMPLOYEE RESPONSIBILITIES

A. Employees' responsibilities regarding hours of work include the following:

1. Adhere to their work schedules by reporting to work at the specified starting time, departing at the specified ending time, and taking meal breaks and rest periods as authorized;

2. Work overtime hours as required;

3. Report any use of paid time off.

ALD000007



B. Hourly/Non-exempt employees must accurately record (using time clock/time sheet) all hours of work including:

   1. time beginning work;

   2. time out for lunch/meal break(s);

   3. time returning from lunch/meal break(s);

   4. time ending work for the day;

   5. time performing work while on call (e.g. answering phone calls, removals, etc.).

C. Employees are responsible for ensuring that their time cards/time sheets are always accurate, and to bring any errors to their manager's attention.

## VI. DISCIPLINARY ACTION

An employee who leaves work without clocking out and then returns later to clock out is committing time fraud and will be subject to disciplinary action.

Employees are prohibited from clocking in/out for anyone else, or asking another employee to clock in/out for them. An employee found in violation of the above rule will be subject to disciplinary action, including termination of employment.

Working overtime that has not been pre-approved by the employee's manager may lead to disciplinary action.

Any violations of this policy must be reported to the employee's supervisor immediately.

Failure to report violations of this policy may lead to disciplinary action, up to and including termination of employment.



ALD000008

**Exhibit 4**

# Procedures for Timekeeping
# (Recording Hours Worked)

## Purpose

It is the policy of the Company that non-exempt employees shall be paid on an hourly basis and are required to account for time worked on an hourly and fractional hourly basis. Non-exempt employees cannot be guaranteed hours of work and paid a set weekly amount regardless of the actual hours of work; they must be paid according to actual time recorded on time cards/timesheets. Non-exempt employees are to be compensated for all overtime hours worked. Non-exemption status is determined by the Human Resources and Legal departments, and is identified in the job description.

Locations with 3 or fewer employees will use timesheets to record hours worked. If a time clock has been provided for the location, employees must use time cards and time clocks to record hours worked.

Locations with 4 or more employees must use time cards and time clocks to record hours worked.

All sales professionals will use timesheets to record hours worked.

## Procedure – Time Cards/Timesheets

1.  All nonexempt employees will be issued a time card, or timesheet which is used to record the number of hours worked for each week. Employees must use the most current version of the timesheet found on the Company intranet.

2.  Employees must clock in/out utilizing their own time card, or timesheet so that actual hours worked are properly recorded.

    Employees are prohibited from clocking in/out for anyone else, or asking another employee to clock in/out for them.

3.  Employees should not clock in prior to their scheduled starting time, nor clock out after their scheduled quitting time unless approved by their Location Manager/General Manager.

4.  Employees must clock out/sign out at the beginning of their unpaid meal break, and must clock in/sign in when their unpaid meal break ends. This also applies to employees who are traveling to a different location.

Employees who do not take a meal break must have their manager's pre-approval, and must handwrite "no meal break taken" and have the Location Manager/General Manager approve and initial the notation.

5.    Time cards/timesheets should be left at the employee's location unless the employee works at multiple locations.  Employees that work at multiple locations should carry their time card/timesheet with them to each location if they may be required to use the time clock there.

6.    Employees that work at multiple locations must clock in/sign in at the location they first report to work at, and clock out/sign out at the last location that they work at each day.

7.    Time spent traveling between locations is considered paid time, and employees should not sign out when they leave one location to travel to another location.

8.    The employee must notify his/her Location Manager/General Manager when he/she fails to clock in/out, leaves work early, begins work early, clocks out late, or for any reason that will affect the employee's paid work-time.

9.    Managers must handwrite on an employee's time card when the call back hours that the employee worked are less than the minimum call back hours paid for the work performed.  In those situations, the employee must still clock in upon arrival at the location and clock out when leaving the location.  Employees should handwrite the time that they left to return to the location for the call back.  If the time worked (including travel) is still less than the minimum call back hours paid for the work performed, the manager should handwrite the minimum call back hours the employee is entitled to and initial it.

For example, if an employee drives 30 minutes to return to the location, and spends an hour at the location, the time card will show the hour spent at the location, and a handwritten notation of the time they left their activity to return to the location, showing 1 ½ hours spent on the call back.  However, if the minimum call back hours for the work type are 2 hours (for example), then the manager would also handwrite 2 hours minimum call back on the time card and initial it.  The employee would be paid for 2 hours call back, even though the actual time worked was 1 ½ hours.

10.    Employees must check and sign their time card or timesheet at the end of each week to assure that their time cards are correct. Any discrepancies must be reported to the Location Manager/General Manager as soon as practical.

ALD000010

11.   Underpayments resulting from an employee's failure to report errors or omissions will be added to the next regular paycheck/pay deposit. A special check will not be provided.

12.   Location Managers/General Managers must verify and sign their respective employees' time cards/timesheet. Unworked time for which an employee is to be paid (i.e., personal paid time, recognized holidays, etc.) must be identified on the time card/timesheet and initialed by the Location Manager. Location Managers/General Managers must pay particular attention to handwritten times for call backs, to confirm that the correct minimum call back hours are paid according to the type of work performed. Location Managers/General Managers must initial all handwritten times on an employee's time card. Location Managers/General Managers may not sign a time card/timesheet in advance – it may only be signed after all hours have been worked and recorded.

13.   Authorized overtime must be identified and initialed by the Location Manager/General Manager.

14.   The original time card/timesheet is to be kept on file at the location for a minimum of seven (7) years.


**Procedure – Call Logs**

1.    Non-exempt employees who are on-call, as directed by their manager, are required to carry and maintain a call log.

2.    All phone calls that are taken after completing the regular work schedule and leaving the premises shall be logged. Logging will include the start and end times of each phone call, the caller, and the topic discussed.

3.    Employees must check and initial their call log at the end of each week to assure that their call logs are correct. Any discrepancies must be reported to the Location Manager/General Manager as soon as practical.

4.    Completed Call Logs should be attached to the time card/timesheet at the end of each week, so that the time logged may be paid and included in the calculation of eligible overtime each week.

5.    Location Managers/General Managers must verify and sign their respective employees call logs each week. Location Managers/General Managers must initial all handwritten times on an employee's call log.

6.  Underpayments resulting from an employee's failure to submit his/her call log on time will be added to the next regular paycheck/pay deposit.  A special check will not be provided.

7.  The original Call Logs must be kept on file at the location, with the time card/timesheet for that week, for a minimum of seven (7) years.

**Additional Information**

For additional information, please contact Human Resources or the Payroll Department.

ALD000012

**Exhibit 5**

DATE:          March 27, 2006

TO:            U.S. & Puerto Rico Location Managers and General Managers

CC:            VPO Team, RGM's, MGM's, RA's, MA's, LA's

FROM:          Chuck Gibson, Michael Tuttle, and Kara Whitehead (HRM's)

RE:            **FREQUENTLY ASKED QUESTIONS – HOURS OF WORK &
               OVERTIME POLICY**

Recently we have had several questions about Company standards on hours of work, overtime, after hours work and employees as contractors. These Company standards were set as good operating practices and also meet the requirements of federal and state law. We are in the process of distributing our Company's policy titled Hours of Work and Overtime, and our procedure for timekeeping.

We are sharing the most common questions and their answers relating to this policy and procedure so that everyone is clear on the requirements. If you have any additional questions, please do not hesitate to raise them with your manager or your Human Resources Manager.

**Q. What determines if a job classification is paid on an hourly basis or a yearly salaried basis?**
A. Most jobs pay an hourly rate with overtime, if the overtime is approved, worked and reported. Certain jobs are salaried if they are approved to be salaried by the Legal and Human Resources Departments, who will apply federal and state wage and hour exemption definitions to make that classification determination.

**Q. Which employees must record hours of work?**
A. All hourly employees and inside sales counselors (FSP's) must record their hours of work. In the states of Colorado, Wisconsin and Washington, all outside sales counselors (ADVPP's) must also record their hours of work.

**Q. What hours of work are employees required to record?**
A. Employees are required to record all hours worked including:
   - time beginning work
   - time out for lunch/meal break
   - time returning from lunch/meal break
   - time ending work for the day
   - time performing work while on call (e.g. answering calls, removals, etc)

**Q.  What if I don't take a meal break?**
A.  There may be rare occasions when an employee is unable to take a meal break due to the demands of the business.  Those situations would need special management approval, and the manager would need to initial the time card or timesheet.  In most cases, employees will be able to take a meal break; however, it may occur earlier or later than noon to accommodate business needs that day.  In some cases, employees at a location may be required to "rotate" their meal period so that someone remains available to answer the phone or greet customers while the others take their meal period, and then the employee is able to take a meal break once the others have returned and are able to cover the phones, etc.

**Q.  Can an hourly employee be "guaranteed" hours of work and paid a set weekly amount regardless of hours of work (i.e. some weeks working greater hours of work and others less)?**
A.  No that practice is not allowed because it does not accurately reflect and pay employees for the actual hours worked.

**Q.  Can a non-sales employee such as a Funeral Director also sell pre-need outside of normal work hours and be compensated for commission for those sales?**
A.  Yes and no – in some states, this is allowed, but not in all.  First check with your manager to see if this is permitted in your state of work.  For states that will allow non-sales employees to sell pre-need, these employees must record the hours worked at selling activities after normal working hours.  Time must be recorded on the time card, and where necessary, overtime must be paid.

**Q.  What method do we use to record hours of work?**
A.  A time clock is the preferred method to record time worked at those locations with four or more employees.  At those locations with three or less employees time sheets may be used.

If your location has a time clock installed, you must use a time clock, not a time sheet.  The only exception is sales employees.  Sales employees always use a time sheet, since so much of their work activity takes place outside of the location.

**Q.  Who approves an employee's hours of work?**
A.  Timecards (from time clocks) and time sheets completed by the employee must be approved and signed by the employee and his/her manager.

**Q.  When is overtime paid?**
A.  Employees receive overtime pay at one and one-half times regular rate of pay for all time worked in excess of 40 hours in one workweek, or as required by the law of the state where the work is performed.

**Q.  What hours are considered in determining 40 hours of work?**
A.  Overtime applies only after 40 hours of actual work, including time worked while on call and call back pay.  The following periods are not included in determining when an employee has worked 40 hours for the week and is eligible for overtime payment:
  - sick days

- holidays
- vacation

ALD000023

**Q.  How is on call pay handled?**
A.  In the funeral industry, employees may be required to be "on call" and therefore accessible by telephone on off hours.  While this on-call time is not compensated, an employee is paid their regular hourly rate of pay if they are called to deal with a work issue, answer a question, etc. over the phone.  If an employee is called in to do work at their location or do a removal, then minimum call back pay applies.  Please see the next question and answer for further information on minimum call back pay.

**Q.  Is a flat rate paid for work performed on off hours?**
A.  No, a flat rate is not paid for work performed on off hours.  Employees are paid their hourly rate of pay for a guaranteed minimum number of hours or the actual hours worked whichever is greater.  Please contact your manager to find out what your Market's minimum call back pay is.

**Q.  Can an employee also work on their off hours as an independent contractor for the Company?**
A.  No, an employee cannot also work for Alderwoods as an independent contractor.

ALD000024

**Exhibit 6**



**Weekly Timesheet - CDN & US Employees**

Employee Name: _____
(Please Print)

Location #: _____

Employee #: _____

Location Name: _____

Week ending _____   Pay Week _____

| Day | In | Out Meal Break | In Meal Break | Out | In Call Back | Out Call Back | Other Hours* | Description of Other Hours | Total Daily Hours | Regular Hours | Call Back Hours | Overtime Hours (1.5) | Doubletime Hrs (if applicable) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Manager Use Only |
| Sunday | | | | | | | | | | | | | |
| Monday | | | | | | | | | | | | | |
| Tuesday | | | | | | | | | | | | | |
| Wednesday | | | | | | | | | | | | | |
| Thursday | | | | | | | | | | | | | |
| Friday | | | | | | | | | | | | | |
| Saturday | | | | | | | | | | | | | |
| Totals | | | | | | | | | | | | | |

Employee's Signature: _____   Date _____

Manager's Name: _____
(Please Print)

Manager's Signature: _____   Date _____

*Other Hours Vacation
       Sick
       Bereavement
       Jury Duty
       Stat Holiday    (CDN only)
       Paid Holiday    (US Only)
       Floating Holiday  (US Only)

ALD013755

**Exhibit 7**

# ALDERW∞DS®
## GROUP

**After Hours Call Log**

Employee Name: _____

Employee Number: _____

Location Number: _____

Week Ending: _____

Employee Signature: _____

Approved by: _____

| Date | Start Time | End Time | Caller & Purpose of Call | Time Spent (in minutes) |
|------|-----------|----------|--------------------------|-------------------------|
|      |           |          |                          |                         |
|      |           |          |                          |                         |
|      |           |          |                          |                         |
|      |           |          |                          |                         |
|      |           |          |                          |                         |
|      |           |          |                          |                         |
|      |           |          |                          |                         |
|      |           |          |                          |                         |
|      |           |          |                          |                         |
|      |           |          |                          |                         |
|      |           |          |                          |                         |

Total _____

ALD013756

**Exhibit 8**

**Chuck Gibson**
07/28/2006 09:35 AM

To: John Fitzpatrick/Alderwoods@Alderwoods
cc:
Subject: Fw: Hours of Work Timekeeping Forms and Information

John,
Please take a look at the attachments here - then call me so we can discuss the question you sent me.

Chuck
----- Forwarded by Chuck Gibson/Alderwoods on 07/28/2006 09:34 AM -----



**Elena Mott**
03/23/2006 10:19 AM

To: RGM-NE-Team, MGM-NE-Team, REG-ADMIN-US-NE,
MKT-ADMIN-US-NE, Chris Aslin/Alderwoods@Alderwoods
cc: Ron Collins/Alderwoods@Alderwoods, Katie
Leahy/Alderwoods@Alderwoods, Jaana
Harkonen/Alderwoods@Alderwoods, Bonnie
Kulba/Alderwoods@Alderwoods, Chuck
Gibson/Alderwoods@Alderwoods
Subject: Hours of Work Timekeeping Forms and Information

Good Morning Everyone,

This email supplements the Hours of Work and Overtime Policy and the Procedures for Timekeeping (Recording Hours Worked) within the Northeast Geography.

Attached are the call log and weekly timesheet.

Also attached is a timecard example, showing the conversion of clock times to tenths of an hour. These examples were prepared by Angie Sanders, who is graciously sharing them with all of us. Angie recommends using the "military" 24 hour clock to make the math easier. Thanks, Angie - great job!
I recommend posting the minutes to tenths chart and the 24 hour clock chart right next to each time clock.

The minimum telephone call time during off hours is 15 minutes. Each 15 minute (or less) call will convert to .3 of an hour. This time must be added to the employee's timecard/timesheet and the call log must be attached to and stored with the timecard/timesheet.

The reasonable response time when on call is 30 minutes throughout our Geography, except in New York, where it is one hour.
The minimum call back time(for any reason) is 3 hours throughout our Geography - except in New York, where it is 4 hours.

The employee and the approving manager must sign the front of the timecard/timesheet.
Approving managers are encouraged to use the back of the timecard/timesheet to explain any adjustments or corrections to the employee's time.

If an employee fails to submit time during one week, that time may be added to the next week. In this case, an employee could show more than 40 hours of straight time. Administrators are encouraged to call this to Payroll's attention, to ensure that unearned overtime is not be paid to the employee.

  

Weekly Time Sheet final.xls  Call log.xls  TIMECARD EXAMPLE.xls

Chuck Gibson
HRM
Canada & Northeast USA

ALD005245
ALD005245

Elena Mott
Assistant to the Vice President of Operations/
Human Resources Coordinator
Canada & Northeast USA
Phone: 416.498.2751  E-fax: 604.456.6159

ALD005246
ALD005246

**Chuck Gibson**                           To: Vicki Clark/Alderwoods@Alderwoods
07/25/2006 02:40 PM                        cc:
                                           Subject: Fw: Hours of Work and Timekeeping Forms and Information

----- Forwarded by Chuck Gibson/Alderwoods on 07/25/2006 02:40 PM -----

**Chuck Gibson**                           To: Angie Sanders/Alderwood
03/21/2006 02:02 PM                        cc:
                                           Subject: Hours of Work and Timekeeping Forms and Information



TIMECARD EXAMPLE.xls            Call log.xls              Weekly Time Sheet final.xls

This email supplements the Hours of Work and Overtime Policy  and the Procedures for Timekeeping (Recording Hours Worked) within the Northeast Geography.

Attached are the call log and weekly timesheet.

Also attached is a timecard example, showing the conversion of clock times to tenths of an hour. These examples were prepared by Angie Sanders, who is graciously sharing them with all of us. Angie recommends using the "military" 24 hour clock to make the math easier. Thanks, Angie - great job!
I recommend posting the minutes to tenths chart and the 24 hour clock chart right next to each time clock.

The minimum telephone call time during off hours is 15 minutes. Each 15 minute (or less) call will convert to .3 of an hour. This time must be added to the employee's timecard/timesheet and the call log must be attached to and stored with the timecard/timesheet.

The reasonable response time when on call is 30 minutes throughout our Geography, except in New York, where it is one hour.
The minimum call back time(for any reason) is 3 hours throughout our Geography - except in New York, where it is 4 hours.

The employee and the approving manager must sign the front of the timecard/timesheet.
Approving managers are encouraged to use the back of the timecard/timesheet to explain any adjustments or corrections to the employee's time.

If an employee fails to submit time during one week, that time may be added to the next week. In this case, an employee could show more than 40 hours of straight time. Administrators are encouraged to call this to Payroll's attention, to ensure that unearned overtime is not be paid to the employee.

ALD005240
ALD005240

Calendar Entry:
## Appointment

| | | | | |
|---|---|---|---|---|
| Subject: | Conference Call re: Hours of Work and Overtime Policy - US | | Location: | |
| Begins: | Thu 03/23/2006 | 12:00 PM | Entry type: | ☒ Appointment |
| Ends: | Thu 03/23/2006 | 01:00 PM | | |
| Chair: | Shawn Phillips/Alderwoods | | | |

☐ Pencil In          Time will appear free to others.
☐ Mark Private       Others cannot see any details about this event.
☒ Notify me          Have Notes notify you before the event.
Categorize:

---

Description:

Good Afternoon,

You may be aware that we are trying to standardize our practices around hours of work and overtime. We have now received approval for our Hours of Work and Overtime policy and are preparing to launch it. We wanted to give you some advance notice of what will be distributed shortly, and our proposed implementation plan for this critical policy.

At the same time, we have created some procedures for Timekeeping to help implement the policy in a consistent way. These include a standardized call log (for recording telephone calls taken while an employee is on-call), and a standardized time sheet for employees who don't use a timeclock. As you review the policy and the procedure, you will notice that we have simply tried to document good operating practices and make them the standard for the Company.

The policy will take effect Sunday, March 26, to coincide with our pay period schedule. We will have a conference call to address any specific questions or concerns you may have on <u>Thursday, March 23rd at 8:00am PST</u>. Please use the call in numbers below for this conference call.

**Call in number: 866 542 9023**
**Access code: 9722757**

We will also send hardcopies of the Hours of Work policy, the Timekeeping procedure, and associated forms directly to the locations to be inserted into Binder 5 - Policy Manual. The Cincinnati Support Center will receive electronic versions to print and insert into their policy binders.

Copies of the policy, procedure, and related forms have been attached to this email so you can review them in detail, and bring forward any issues about the implementation or questions for the Q&A document. Please do not distribute this any further at this time.

Please do not distribute the below until after we have had our conference call - thank you. If I have missed any MGMs or MAs can you please forward this to them - thank you!

**Policy**

ALD005196
ALD005196



Hours of Work - US.pdf

## Procedure

Timekeeping Procedure.pdf

## Standardized Timesheet

Weekly Time Sheet final.xls

## Call Log

After Hours Call Log.xls

ALD005197
ALD005197



**Angie Sanders**

03/17/2006 09:31 AM

To:Louie Male/Alderwoods, Jeffrey May/Alderwoods, Paul Carvelli/Alderwoods, Christie Rogers/Alderwoods, Kim Stebler/Alderwoods, Peter Johnson/Alderwoods, 3103 Alleva FH/FuneralHome/Alderwoods, Steve Alleva/Alderwoods, Steven Wilsbach/Alderwoods, Rebecca Donahue/Alderwoods, 2724 Neill-Harrisburg FH/FuneralHome/Alderwoods

cc:Randy Amos/Alderwoods

bcc:

Subject:MANDATORY Conference Call

A Mandatory Conference Call is scheduled for all LA's and LM's on Tuesday March 21st at 915am. This will be to discuss the new timeclock/payroll procedure that will go into effect 032606.

Please review the attached documents before the call as we will be going over them in detail.



Final - Hours of Work - US.pdf   Final Timekeeping Procedure.pdf   FAQ Hrs of Wk & OT.doc

I will later send examples of how to calculate and total timecards before the call.

1-866-542-9023
ID 3858540

Thanks
Angie

ALD004921
ALD004921

# PAYROLL & WORK HOURS

On March 24, 2006 I/we attended training on the
Alderwoods Group policies and procedures of payroll
recording, work hours, and employee responsibilities.

_Heather P. Rady_

_Kenneth J. Hanley_

_Gene Garrell_

_Ron Miller_

_John Tudor_

_Michael E. Hilgefort_

_K. Stehler_

_Naomi Mainfock_

_Scott Hitt_

_Pat McDermott_

ALD004922
ALD004922



**Kara Whitehead**

03/16/2006 05:33 PM

To: Gordon Mair/Alderwoods@Alderwoods, Mike Skolaut/Alderwoods@Alderwoods, Dow Wilson/Alderwoods@Alderwoods, Roxan Schwab/Alderwoods@Alderwoods, Bob Yount/Alderwoods@Alderwoods, Todd Noecker/Alderwoods@Alderwoods, Bill.Kuljam@alderwoods.com, Kyle.West@alderwoods.com, Frank Zefran/Alderwoods@Alderwoods, Darin Keener/Alderwoods@Alderwoods, Mark.Chester@alderwoods.com, Ron Redpath/Alderwoods@Alderwoods, Monica.Berryhill@alderwoods.com, John Carge/Alderwoods@Alderwoods, Gary Greiner/Alderwoods@Alderwoods, Dena.Notaras@alderwoods.com, Cindy.Ross@alderwoods.com, JC Aubry/Alderwoods@Alderwoods, Brett.Edgerly@alderwoods.com, Ana Velazquez/Alderwoods@Alderwoods, Andrea Larsen/Alderwoods@Alderwoods, Antoinette McGowan/Alderwoods@Alderwoods, Balinda Pustulka/Alderwoods@Alderwoods, Bobbie Aanderud/Alderwoods@Alderwoods, Brandy Girdner/Alderwoods@Alderwoods, Cathy Stieler/Alderwoods@Alderwoods, Cheryl Schenk/Alderwoods@Alderwoods, Debby Payton/Alderwoods@Alderwoods, Fred Coggburn/Alderwoods@Alderwoods, Karen Franklin/Alderwoods@Alderwoods, Kirstin Boyd/Alderwoods@Alderwoods, Delaine Ramirez/Alderwoods@Alderwoods, Mary Petty/Alderwoods@Alderwoods, Petra Dennis/Alderwoods@Alderwoods, Sandra Marimuttu/Alderwoods@Alderwoods, Tami Foster/Alderwoods@Alderwoods, Arne Swanson/Alderwoods@Alderwoods

cc: Paul.Bruemmer@alderwoods.com, Ty E. Cochrane/Alderwoods@Alderwoods, Chris.Timothy@alderwoods.com, Stephanie.Tuerck@alderwoods.com, Ted.Dirkman@alderwoods.com, Giana.Sikora@alderwoods.com, John.Head@alderwoods.com, Bob.Finley@alderwoods.com, Dean.White@alderwoods.com, James Straub/Alderwoods@Alderwoods, Ken.Dimond@alderwoods.com, Bill.Mitchell@alderwoods.com, Brent.Matherly@alderwoods.com, Ann.Rogers@alderwoods.com, Kim.Tankersley@alderwoods.com, Betty.Wiley@alderwoods.com, Eunice.Nowak@alderwoods.com, Jim.Szakovits@alderwoods.com, Christine.Martin@alderwoods.com, Chris.Cook@alderwoods.com, Beth.Wagner@alderwoods.com, Shawn.Phillips@alderwoods.com, jaana.harkonen@alderwoods.com, Rhonda.Suurd@alderwoods.com

Subject: Conference Call re: Hours of Work and Overtime Policy - US

Good Afternoon,

You may be aware that we are trying to standardize our practices around hours of work and overtime. We have now received approval for our Hours of Work and Overtime policy and are preparing to launch it. We wanted to give you some advance notice of what will be distributed shortly, and our proposed implementation plan for this critical policy.

At the same time, we have created some procedures for Timekeeping to help implement the policy in a consistent way. These include a standardized call log (for recording telephone calls taken while an employee is on-call), and a standardized time sheet for employees who don't use a timeclock. As you review the policy and the procedure, you will notice that we have simply tried to document good operating practices and make them the standard for the Company.

ALD005180

ALD005180

The policy will take effect Sunday, March 26, to coincide with our pay period schedule. We will have a conference call to address any specific questions or concerns you may have on <u>Thursday, March 23rd at 8:00am PST</u>. Please use the call in numbers below for this conference call.

Call In number: 866 542 9023
Access code: 9722757

We will also send hardcopies of the Hours of Work policy, the Timekeeping procedure, and associated forms directly to the locations to be inserted into Binder 5 - Policy Manual. The Cincinnati Support Center will receive electronic versions to print and insert into their policy binders.

Copies of the policy, procedure, and related forms have been attached to this email so you can review them in detail, and bring forward any issues about the implementation or questions for the Q&A document. Please do not distribute this any further at this time.

Please do not distribute the below until after we have had our conference call - thank you. If I have missed any MGMs or MAs can you please forward this to them - thank you!

**Policy**



Hours of Work - US.pdf

**Procedure**

Timekeeping Procedure.pdf

**Standardized Timesheet**

Weekly Time Sheet final.xls

**Call Log**

After Hours Call Log.xls

ALD005181
ALD005181

Meeting Minutes May 24, 2006
Jerry S. Tilton & Sue M. Posipanko
Doane, Beal & Ames Funeral Home
160 West Main St., Hyannis MA

Attendance Sheet Attached
Sherrie Donalson
Bill Crowley
Bill Carr
Dennis Cunningham
Peg Scott
Alan Edwards
John T. Blute
Bridget Murphy

Meeting Handouts
1. Lunch Memo
2. New Contract
3. Old Contract
4. Public Assistance Eligible Funeral Service
5. Statement of Goods and Services (Contract)
6. Binder

Lunch
- Time needs to be recorded correctly
- Everyone must punch out for lunch, especially when you leave the building
- Lunch period is 30 minutes, additional time may be taken if needed
- There should be no overtime accrued for lunch periods.
- You are not allowed to skip or change your lunch period to leave early
- If you do not get a lunch break and you are expecting to be paid, approval is required by a Manager
- If you are on the road when you take your lunch break, you must write in your lunch time on your time card
- No paid lunches or breaks

Call back/Overtime
- All overtime needs to be pre-approved by a manager
- If you plan to work on your day off, overtime must be pre-approved by Jerrry Tilton prior to starting work
- Call back hours begin only after you have clocked out and have gone home for the day

ALD002338
ALD002338

Public Assistance
- Required by law – Visitation with Graveside
- Required by law – Transportation (not a Limo)
- Casket must be the Milso Cloth
- Pre-qualify for Transitional Assistance if you can
- Contract should read reduce to 1500. upon approval from state
- Family is obligated to pay 400.
- Cemetery should not be more then 60 miles from Funeral Home
- Obituary in Cape Cod Times
- No cash advances on the contract

Veterans Assistance
- Contract can not exceed 3,000, try and pre-qualify
- No cash advances on the contract
- Family is obligated to pay 1,000.

Sue handed out some examples on how to prepare contracts; she also prepared a binder with additional examples.


Sherrie Donalson
Location Administrator

ALD002339
ALD002339



ALD002340
ALD002340

**Exhibit 9**

0083851954

PAGE 04/09

**PERFORMANCE EVALUATION REPORT**

NAME HEATHER RADY

ANNIVERSARY DATE 7-15-02

CLASSIFICATION: APP FOE

LOCATION H. Samson, Inc

MY _____

EVALUATION PERIOD FROM 7-15-06 TO 4-1-03

| | THREE MONTH | SIX MONTH | ANNUAL | UNSCHEDULED | PROBATIONARY | PERMANENT | PART TIME |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**SECTION A**
CHECK EACH FACTOR
IN SECTION B EXPLAIN ALL CHECKS IN COLUMN 1 & 2

| | | | | FACTOR |
|---|---|---|---|---|
| ☒ | | | | 1. QUALITY OF WORK |
| ☒ | | | | 2. QUANTITY OF WORK |
| ☒ | | | | 3. DEPENDABILITY |
| ☒ | | | | 4. INITIATIVE |
| ☒ | | | | 5. JUDGEMENT |
| ☒ | | | | 6. LEADERSHIP |
| ☒ | | | | 7. FLEXIBILITY |
| ☒ | | | | 8. GROWTH POTENTIAL |
| ☒ | | | | 9. INTERPERSONAL COMMUNICATION |
| ☒ | | | | 10. OPERATION & CARE OF EQUIPMENT |
| ☒ | | | | 11. PUBLIC CONTACTS |
| | ☒ | | | 12. PERSONAL APPEARANCE |
| | | | | ADDITIONAL FACTORS |

**SECTION B** — EXPLAIN CHECKS IN COLUMN 1 & 2 (USE BACK IF NECESSARY)

**SECTION C** — IMPROVEMENTS (INCLUDE PROGRESS IN DEFICIENCIES OF PREVIOUS EVALUATIONS)

| | | | | ADDITIONAL FACTORS FOR SUPERVISORS |
|---|---|---|---|---|
| | | | | 1. DEVELOPMENT OF OTHERS |
| | | | | 2. UTILIZATION OF RESOURCES |
| | | | | 3. ABILITY TO COPE WITH STRESS |
| | | | | 4. DECISIVENESS |
| | | | | 5. CONTINUATION |
| | | | | ADDITIONAL FACTORS |

**SECTION D** — BRIEFLY LIST ANNUAL PROFESSIONAL GOALS (OPTIONAL & BY EMPLOYEE ONLY)

NO. REVIEWED AND COMMENTS MADE BY:

NAME PAT McDERMOTT   TITLE MGM   DATE 4-15-03

I CERTIFY THAT THIS REPORT HAS BEEN DISCUSSED WITH ME.

COMMENTS:

_Heather P Rady_
EMPLOYEE'S SIGNATURE

_P McDermott_
EVALUATOR'S SIGNATURE

DATE 4-15-03

# FACTORS FOR EMPLOYEE EVALUATION

4

1. **QUALITY OF WORK:** DOES THE EMPLOYEE PERFORM ACTIVITIES IN THE JOB/POSITION DESCRIPTION IN AN ACCURATE, COMPLETE AND SAFE MANNER?

☐ EXCEEDS — EXCEEDS ALL REQUIREMENTS OF THE JOB. QUALITY OF WORK IS ABOVE AND BEYOND WHAT IS EXPECTED OF A NORMAL, COMPETENT EMPLOYEE.

☒ MEETS STANDARD — PERFORMS ALL ACTIVITIES IN AN ACCURATE, COMPLETE AND SAFE MANNER.

☐ NEEDS IMPROVEMENT — PERFORMS SOME OR MOST ACTIVITIES IN A COMPETENT MANNER, BUT OCCASIONALLY MAKES CRITICAL ERRORS. MORE ATTENTION TO DETAIL IS REQUIRED.

☐ UNSATISFACTORY — MAKES MANY ERRORS. WORK OFTEN HAS TO BE REDONE. REQUIRES ADDITIONAL TRAINING AND CLOSER SUPERVISION.

2. **QUANTITY OF WORK:** HOW DOES THE VOLUME OF WORK COMPARE TO JOB DESCRIPTION STANDARDS?

☐ EXCEEDS — EXCEEDS STANDARDS. QUANTITY OF WORK PRODUCED IS EVIDENCE OF A HIGH ACHIEVER. WORK IS ALWAYS COMPLETED WELL AHEAD OF SCHEDULE.

☒ MEETS STANDARD — REGULARLY MEETS SCHEDULES AND DEADLINES.

☐ NEEDS IMPROVEMENT — OCCASIONALLY MISSES CRITICAL DEADLINES.

☐ UNSATISFACTORY — OFTEN LATE WITH ASSIGNED WORK.

3. **DEPENDABILITY:** CAN YOU ALWAYS COUNT ON THIS PERSON TO BE PUNCTUAL, INDUSTRIOUS, ACCURATE? DOES HE/SHE REQUIRE CONSTANT SUPERVISION OR DIRECTION?

☐ EXCEEDS — EXTREMELY DEPENDABLE. CAN ALWAYS BE COUNTED ON TO OFFER ASSISTANCE. CAN BE COUNTED ON TO COMPLETE THE JOB WITHOUT SUPERVISION. WORK IS TOTALLY ACCURATE AND TIMELY.

☒ MEETS STANDARD — CONSCIENTIOUS. PUNCTUAL. REQUIRES NORMAL SUPERVISION.

☐ NEEDS IMPROVEMENT — HAS THE ABILITY TO ACCOMPLISH THE WORK, BUT REQUIRES MORE THAN NORMAL SUPERVISION. POSSESSES THE TENDENCY TO BE LAX ABOUT THE PERFORMANCE OF DUTIES.

☐ UNSATISFACTORY — NOT DEPENDABLE. REQUIRES CONSTANT SUPERVISION AND DIRECTION.

4. **INITIATIVE**: DOES THE EMPLOYEE CARRY OUT ASSIGNED WORK WITH MINIMAL SUPERVISION; SEEK ADDITIONAL RESPONSIBILITY; SEEK AN OPPORTUNITY TO MAKE A CONTRIBUTION.

☐ EXCEEDS — REQUIRES LITTLE OR NO SUPERVISION. SEEKS THE OPPORTUNITY TO LEARN DIFFERENT JOBS. FREELY OFFERS ASSISTANCE TO OTHER EMPLOYEES. MAKES SUGGESTIONS FOR IMPROVEMENT. PERFORMS ASSIGNMENTS WITHOUT BEING TOLD.

☒ MEETS STANDARD — REQUIRES NORMAL SUPERVISION. PROVIDES ASSISTANCE WHEN REQUESTED. PERFORMS ASSIGNMENTS AS DIRECTED.

☐ NEEDS IMPROVEMENT — OCCASIONALLY REQUIRES MORE THAN NORMAL SUPERVISION TO CARRY OUT ASSIGNED DUTIES. NEEDS TO TAKE MORE INTEREST IN THE WORK TO BE DONE.

☐ UNSATISFACTORY — REQUIRES CONSTANT SUPERVISION TO COMPLETE ASSIGNED DUTIES.

5. **JUDGEMENT**: DOES EMPLOYEE PROCEED WITH HIS JOB WITHOUT BEING TOLD EVERY DETAIL, MAKE SUGGESTIONS, SOLVE PROBLEMS, AND BE RESOURCEFUL AND ACCURATE IN WORK PERFORMANCE.

☐ EXCEEDS — SOUND JUDGEMENT, HIGH DEGREE OF RESOURCEFULNESS AT ALL TIMES. SUGGESTIONS ARE WELL THOUGHT OUT. WORK IS THOUGHT OUT FROM BEGINNING TO END AND PERFORMED IN THE MOST COST EFFECTIVE MANNER.

☒ MEETS STANDARD — JUDGEMENT REASONABLY SOUND, FAIRLY RESOURCEFUL.

☐ NEEDS IMPROVEMENT — OCCASIONALY THOUGHTLESS. DOES NOT ALWAYS THINK THINGS THROUGH BEFORE ACTING. HAS THE POTENTIAL TO IMPROVE THROUGH MATURITY.

☐ UNSATISFACTORY — CANNOT RELY UPON THE INDIVIDUAL TO USE GOOD JUDGEMENT. MUST OUTLINE PROJECTS STEP BY STEP. WASTES TIME AND SUPPLIES.

6. **LEADERSHIP**: HOW EFFECTIVELY IS EMPLOYEE PROVIDING THE GUIDANCE AND DIRECTION NECESSARY TO ACCOMPLISH JOB OBJECTIVES? DOES EMPLOYEE COMMUNICATE EFFECTIVELY AND PROVIDE THE LEADERSHIP AND SUPPORT NEEDED TO MOTIVATE OTHERS.?

☐ EXCEEDS — CONSISTENTLY LEADS PEOPLE TO ACCOMPLISH ALL JOB OBJECTIVES; WINS AND HOLDS ENTHUSIASTIC SUPPORT FROM OTHERS AND FOR ASSOCIATION POLICIES.

☒ MEETS STANDARD — PROVIDES CONTINUOUS GUIDANCE AND DIRECTION. GENERALLY WINS CONFIDENCE AND LOYAL SUPPORT OF OTHERS.

☐ NEEDS IMPROVEMENT — SOMETIMES FAILS TO EXERCISE EFFECTIVE DIRECTION AND GUIDANCE NECESSARY TO ACCOMPLISH JOB OBJECTIVES.

☐ UNSATISFACTORY — OFTEN FAILS TO MOTIVATE PEOPLE OR TO PROVIDE EFFECTIVE LEADERSHIP AND DIRECTION.

22:52   5003051964

6

7. **FLEXIBILITY:** DOES EMPLOYEE DEMONSTRATE ABILITY TO MEET CHANGING CONDITIONS, TO PITCH IN ON EMERGENCY JOBS, TO RESPOND TO NEW PROCEDURES OR NEW POLICIES?

☐ EXCEEDS — EXTREMELY ADAPTABLE AND FLEXIBLE. DEMONSTRATES A DESIRE TO LEARN NEW JOBS AND PROCEDURES OUTSIDE HIS/HER OWN JOB DESCRIPTION.

☒ MEETS STANDARD — RESPONDS WELL TO CHANGING NEEDS, JOBS AND PROCEDURES AS THEY AFFECT HIS/HER OWN JOB DESCRIPTION.

☐ NEEDS IMPROVEMENT — SLOW AND RELUCTANT TO ACCEPT OR ADAPT TO CHANGE.

☐ UNSATISFACTORY — INFLEXIBLE. RESISTS CHANGE OF ANY KIND.

8. **GROWTH POTENTIAL:** DOES EMPLOYEE DEMONSTRATE THE CAPABILITY AND DESIRE TO BROADEN PERSPECTIVES THROUGH EXPERIENCES AND EDUCATION, INCREASE OWN VALUE, KEEP ABREAST, AND INTEGRATE NEW KNOWLEDGE INTO ASSOCIATION OBJECTIVES?

☐ EXCEEDS — CONSISTENTLY DEMONSTRATES INCREASED KNOWLEDGE AND CAPABILITY TO LEARN FROM EXPERIENCE. ALWAYS SEEKING OPPORTUNITIES TO BROADEN AND DEVELOP KNOWLEDGE.

☒ MEETS STANDARD — SHOWS CONTINUING INCREASE IN CAPABILITY AND KNOWLEDGE; PROFITS FROM OBSERVATIONS AND EXPERIENCE. GENERALLY KEEPS ABREAST OF NEW CONCEPTS AND TRENDS.

☐ NEEDS IMPROVEMENT — SHOWS MINIMAL INCREASE IN TOTAL CAPABILITY; INFREQUENT EVIDENCE OF GROWTH THROUGH STUDY, REFLECTION OR EXPERIENCE.

☐ UNSATISFACTORY — SHOWS NO EVIDENCE OF INCREASING KNOWLEDGE, DOES NOT APPEAR TO GROW THROUGH EXPERIENCE.

9. **INTERPERSONAL COMMUNICATIONS:** DOES THE EMPLOYEE DEMONSTRATE THE ABILITY TO WORK WITH SUPERVISOR, OTHER EMPLOYEES AND PUBLIC?

☐ EXCEEDS — WORKS WELL WITH ALL GROUPS. ENTHUSIASTIC TEAM WORKER. PROMOTES HARMONY. MEETS PUBLIC WELL.

☒ MEETS STANDARD — HIGH DEGREE OF COOPERATION.

☐ NEEDS IMPROVEMENT — OCCASIONALLY UNCOOPERATIVE AND/OR HAS PROBLEMS IN DEALING WITH FELLOW EMPLOYEES AND PUBLIC.

☐ UNSATISFACTORY — UNCOOPERATIVE AND DIFFICULT TO WORK WITH. ONGOING PROBLEMS WITH OTHER EMPLOYEES. PUBLIC COMPLAINTS.

7

**10. OPERATION AND CARE OF EQUIPMENT:** DOES THE EMPLOYEE DEMONSTRATE KNOWLEDGE OF PROPER USE OF EQUIPMENT AND DEMONSTRATE PROPER CARE OF EQUIPMENT?

☐ EXCEEDS — CONSISTENTLY DEMONSTRATES KNOWLEDGE OF EQUIPMENT AND PROPER CARE FOR IT. ALWAYS USES PROPER SAFETY PROCEDURES. EXHIBITS INTEREST IN MAINTAINING HIGH LEVEL OF CARE FOR EQUIPMENT.

☒ MEETS STANDARD — SHOWS CONTINUING KNOWLEDGE OF PROPER CARE AND USE OF EQUIPMENT. GENERALLY USES SAFETY PROCEDURES. EXHIBITS SOME INTEREST IN MAINTAINING EQUIPMENT.

☐ NEEDS IMPROVEMENT — OCCASIONALLY HAS TO BE REMINDED OF PROPER CARE OF EQUIPMENT. SOMETIMES DEMONSTRATES LACK OF PROPER RESPECT FOR EQUIPMENT.

☐ UNSATISFACTORY — DEMONSTRATES OFTEN LACK OF KNOWLEDGE IN PROPER CARE OF EQUIPMENT. OFTEN DEMONSTRATES LACK OF RESPECT FOR EQUIPMENT. OFTEN DEMONSTRATES LACK OF PROPER SAFETY PROCEDURES.

**11. PUBLIC CONTACTS:** DOES THE EMPLOYEE CHEERFULLY GREET PUBLIC; ANTICIPATE THE PUBLIC NEEDS; PARTICIPATE IN CIVIC, SOCIAL AND FRATERNAL ORGANIZATIONS; DEMONSTRATE DESIRE TO BECOME PART OF THE COMMUNITY?

☐ EXCEEDS — ALWAYS DEMONSTRATES COURTESIES TO PUBLIC. ALWAYS DEMONSTRATES TRUE CARING AND CONCERN. ALWAYS ANTICIPATES NEEDS OF THE PUBLIC. VERY ACTIVE IN CIVIC, SOCIAL, OR FRATERNAL ORGANIZATIONS. VERY MUCH ACTIVE IN COMMUNITY SPIRIT. OFTEN COMPLEMENTED BY FAMILY AND PUBLIC.

☒ MEETS STANDARD — REGULARLY GREETS PUBLIC WELL. USUALLY ANTICIPATES NEEDS OF PUBLIC. SOMEWHAT INVOLVED IN CIVIC, SOCIAL AND FRATERNAL ORGANIZATIONS. SEEKS OUT WAYS TO BECOME A PART OF COMMUNITY SPIRIT. COMPLIMENTED BY FAMILES AND PUBLIC.

☐ NEEDS IMPROVEMENT — OCCASSIONALLY THOUGHTLESS AS TO NEEDS OF PUBLIC. NOT GENERALLY FRIENDLY OR CORDIAL TO PUBLIC. ONLY PARTICALLY ACTIVE IN COMMUNITY ORGANIZATIONS. VERY SELDOM COMPLIMENTED BY FAMILY AND PUBLIC

☐ UNSATISFACTORY — FAMILY AND PUBLIC COMPLAINTS OFTEN. DOES NOT DEMONSTRATE CHEERFULNESS AND HELPFULNESS. DOES NOT WANT OR SHOW DESIRE TO BE INVOLVED IN COMMUNITY.

8

12  PERSONAL APPEARANCE: DOES THE EMPLOYEE EXEMPLIFY QUALITIES OF GOOD GROOM-
    ING, WELL MAINTAINED CLOTHING, AND PROPER PERSONNAL HYGIENE.

☒ EXCEEDS

CONSISTENTLY IS PROPERLY GROOMED. THE EMPLOYEE
ALWAYS MAINTAINS CLOTHING PROPERLY. THE EMPLOYEE
ALWAYS DEMONSTRATES THE CHARACTERISTICS IN KEEPING
WITH PROFESSIONAL DRESS. ALWAYS FOLLOWS DRESS
CODE POLICY.

☐ MEETS STANDARD

USUALLY MAINTAINS WELL GROOMED APPEARANCE. CLOTH-
ING USUALLY SHOWS SIGNS OF BEING MAINTAINED. USUALLY
FOLLOWS DRESS CODE POLICY. USUALLY DEMONSTRATES
APPEARANCE WORTHY OF THE PROFESSION.

☐ NEEDS IMPROVEMENT

OCCASSIONALLY IN NEED OF GROOMED IMPROVEMENTS.
CLOTHES OCCASSIONALY ARE IN NEED OF REPAIR OR UP-
KEEP. SOMETIMES THE APPEARANCE IS IN NEED OF IMPROVE-
MENT BEFORE GOING TO WORK

☐ UNSATISFACTORY

HAS TO BE INSTRUCTED ABOUT APPEARANCE. DEMON-
STRATES LACK OF INITIATIVE IN HAVING WELL GROOMED AP-
PEARANCE. CLOTHES CONSISTENTLY NEED UPKEEP AND
MAINTAINANCE.

**Exhibit 10**



# Performance Review and
# Personal Development Plan



## Personal Information

| | |
|---|---|
| Employee Name:Kasi Cook | Location:Carpenter's Funeral Homes |
| Position:Location Administrator | Department: NE09 |
| Manager:Duane Hills | Date:04/07/04 |

| Review Period: | From 04/03 | To 04/04 |
|---|---|---|

## Acknowledgement

I have reviewed this document and discussed the contents with my manager. My signature means:

- ☑ I have been updated on my performance and does not necessarily imply that I agree with the assessment
- ☐ I have participated in my Personal Development Plan

Employee's Signature: _____ Date: 4/7/04

Manager's Signature: _____ Date: 4/7/04

Manager's Manager: _____ Date: _____

## Process Checklist for the Manager

- ☐ Ensure that you have read the "Performance Review & Personal Development Planning Guidelines"
- ☐ Review employee's job description (notify Human Resources of any changes)
- ☐ Rate each performance area and add relevant comments
- ☐ Determine overall rating by adding the totals from each performance area
- ☐ Add any specific feedback not already captured
- ☐ Review with employee and give the employee an opportunity to add their comments
- ☐ Obtain the appropriate signatures and distribute copies appropriately

Distribution of copies: 1 copy to employee; 1 copy to employee's file; 1 copy to Human Resources

# Performance Review

5 – consistently and significantly exceeds expectations;  4 – sometimes exceeds the expected level;
3 – meets expectations;  2 – sometimes performs less than the expected level;  1 – does not meet expectations
**n/a** – not applicable to position

**Integrity** *Integrity means we have a responsibility to act ethically and honestly. We must speak the truth, keep our promises and practice what we say. We will assume responsibility for our actions, we will be accountable for the implementation and results of our decisions and we will learn from our experiences. We will compete energetically and ethically.*

| Performance Area | Behavioral Examples | Assessment (1–5 or n/a) |
|---|---|---|
| **Planning and Organizing**<br>❑  Sets goals, establishes priorities, develops action plans<br>❑  Manages time effectively | | 4 |
| **Decision Making**<br>❑  Acts decisively when immediate action is required<br>❑  Makes quality decisions based on factual information | | 3 |
| **Technical Expertise**<br>❑  Fulfills job duties and responsibilities<br>❑  Demonstrates competency with policies, procedures, and practices of the job | | 3 |

**Teamwork** *Achieving our goals is only possible through a concerted team effort. To build teams, we must create open and effective relationships inside and outside the company. We will welcome people from diverse backgrounds, value individual contribution and celebrate shared achievements.*

| Performance Area | Behavioral Examples | Assessment (1–5 or n/a) |
|---|---|---|
| **Leadership**<br>❑  Motivates others to achieve tasks<br>❑  Provides direction and guidance to achieve business objectives | | 4 |
| **Relationship Building**<br>❑  Actively builds effective relationships<br>❑  Demonstrates a commitment to people by anticipating and responding to the needs of others | | 5 |
| **Reliability and Flexibility**<br>❑  Delivers results<br>❑  Manages changing priorities | | 4 |

ALD003954

# Performance Review

## Communication

*We must listen to one another and be open to new ideas. We will encourage debate and the expression of individual views. We will provide timely, concise, accurate and user-friendly information across the organization. We will seek and provide continuous feedback.*

| Performance Area | Behavioral Examples | Assessment (1–5 or n/a) |
|---|---|---|
| **Communication**<br>❑ Demonstrates effective written and verbal communication<br>❑ Listens actively and effectively<br>❑ Responds positively to feedback | | 3 |
| **Conflict Resolution**<br>❑ Encourages open communication<br>❑ Confronts difficult situations while maintaining objectivity | | 4 |

## Compassion

*Our calling is to serve with empathy and understanding. We must anticipate and respond to the needs of our families and colleagues. We will share one another's concerns and actively seek solutions.*

| Performance Area | Behavioral Examples | Assessment (1–5 or n/a) |
|---|---|---|
| **Commitment to People**<br>❑ Anticipates and responds to employee and customer concerns<br>❑ Support colleagues<br>❑ Actively seeks solutions to employee issues | | 5 |
| **Customer Service**<br>❑ Responds promptly and professionally to internal and external customers<br>❑ Understands customer requirements and delivers against them | | 5 |

## Creativity

*We must encourage and embrace change in the pursuit of our mission. We will stimulate and enhance creativity by setting challenging goals, taking calculated risks and seeking improvement in all that we do.*

| Performance Area | Behavioral Examples | Assessment (1–5 or n/a) |
|---|---|---|
| **Initiative**<br>❑ Looks for and takes advantages of opportunities<br>❑ Takes independent actions and calculated risks | | 3 |
| **Problem Solving**<br>❑ Analyzes issues to identify the critical elements of a situation<br>❑ Overcomes obstacles using innovative ideas where appropriate | | 4 |

ALD003955

# Performance Review

## Performance Review – Overall Rating

Transfer the rating from each of the performance areas to this table.

| Value | Performance Area | Assessment (1–5 or n/a) |
|---|---|---|
| Integrity | Planning and Organizing | 4 |
| | Decision Making | 3 |
| | Technical Expertise | 3 |
| Teamwork | Leadership | 4 |
| | Relationship Building | 5 |
| | Reliability and Flexibility | 4 |
| Communication | Communication | 3 |
| | Conflict Resolution | 4 |
| Compassion | Commitment to People | 5 |
| | Customer Service | 5 |
| Creativity | Initiative | 3 |
| | Problem Solving | 4 |
| | **Total** | 47 |
| | **Number of Performance Areas** (12 areas unless there is a "not applicable") | ÷3.9 |
| | **Average Assessment Score =** (divide total by number of performance areas) *round to nearest whole number | 4 |

**5** – consistently and significantly exceeds expectations;   **4** – sometimes exceeds the expected level;
**3** – meets expectations;   **2** – sometimes performs less than the expected level;   **1** – does not meet expectations
**n/a** – not applicable to position

# Performance Review

## Employee Comments

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## Additional Manager Comments

Kasi is very helpful to the arrangers once the arrangement conference is completed. She takes over the file and executes many of the small details freeing up the arranger to focus on the services. She also does the hair dressing for the firm in and around her regular daily duties. Kasi researches out many questions for us revolving around business practices. She is diligent in making sure computer entry is completed on time and when ever there is a problem works to correct it. She works very well with families in a pre-need situation and offers much assistance when families have life insurance claims. When I give her a task it does get completed with documentation provided back to me.

ALD003957

**Exhibit 11**

# PERSONNEL EVALUATION

| Directions: | -The employee is to complete Sections A, C, D, & E. |
|---|---|
| | -The manager is to complete Section B. |
| | -The manager & the employee then, together, complete section F. |
| | -A copy of the completed and signed form should be given to the employee |
| | with the original being kept in the employee's permanent file. |
| | -This evaluation should be done at least once a year. |

## SECTION A:

MY PESONAL APPRAISAL/EVALUATION:  NAME _JERRY EISENHOUR_  DATE _6/30/05_

| | NOT SATISFACTORY | SATISFACTORY | EXCELLENT |
|---|---|---|---|
| 1) PERSONAL ACCEPTABILITY<br>acceptance by co-workers | | ✓ | |
| 2) CO-OPERATIVENESS<br>ability to work with others | | ✓ | |
| 3) JUDGEMENT<br>ability to analize situations and<br>arrive at practical solutions | | | ✓ |
| 4) LEADERSHIP<br>ability to assume leadership role when required | | ✓ | |
| 5) VERBAL PRESENTATION<br>presentation clear and concise | | | ✓ |
| 6) WRITTEN WORK<br>work literature is clear and concise | ✓ | | |
| 7) FLEXABIBILITY<br>ability to accept change | | ✓ | |
| 8) CRITICISM<br>ability to accept and learn from<br>constructive criticism | | ✓ | |
| 9) MOTIVATION<br>ability to take initiative without direction | | ✓ | |
| 10) RESPONSIBILITY<br>ability to accept and carry out | | ✓ | |
| 11) ORIGINALITY<br>ability to develop new ideas | | | ✓ |
| 12) PERFORMANCE UNDER STRESS | | | ✓ |
| 13) CLEANLINESS & CARE OF<br>facilities/equipment/autos | | ✓ | |
| 14) PERSONAL APPEARANCE<br>dress and grooming | | | ✓ |
| 15) PUNCTUALITY | | ✓ | |
| 16) PUBLIC INTERACTION<br>ability to work with public | | | ✓ |
| 17) RELATIONSHIP WITH MANAGEMENT<br>location and upper corporate structure | | | |

ALD008085
ALD008085