**Exhibit U**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HELM, et al.
On behalf of themselves and all employees
similarly situated,

        Plaintiffs,

  vs.

ALDERWOODS GROUP, INC., et al.

        Defendants.

CASE NO.    3:08-CV-01184 SI

**DECLARATION OF CLARISSA
HOLLINGER**

## DECLARATION OF CLARISSA HOLLINGER

I, Clarissa Hollinger, pursuant to 28 U.S.C. § 1746, depose and state as follows:

1.      I am over 21 years of age, have personal knowledge of the facts set forth in this declaration, and could testify to them competently if called to do so.

2.      I was employed by Alderwoods Group, Inc. as Senior Payroll Manager.  I held that position from November 1998 through February 2008.

3.      As Senior Payroll Manager, I am aware that Alderwoods had a system to calculate overtime pay for non-exempt employees.  Alderwoods calculated overtime pay through a custom program within its Lawson database.  The custom program calculated overtime consistent with FLSA requirements.  Specifically, all commissions and bonuses required to be included in the regular rate of pay were included in the overtime calculations.

4.      In 2007, after Alderwoods merged with a subsidiary of Service Corporation International ("SCI"), Alderwoods changed its pay period end dates to be consistent with the pay period end dates used by other SCI subsidiaries.  As a result of this change, for a short time, the custom database did not calculate the premium overtime payment correctly for certain employees; it was not an issue that pertained to all employees.  In fact, most employees would not have been receiving commissions or bonuses during the brief time this computer problem occurred. Alderwoods learned of this mistake and took steps to correct it, including paying back pay to those affected.  This temporary issue is reflected in the emails I have attached to this Declaration as Exhibit 1.  This error existed only for a few months in 2007 and was corrected going forward.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 12, 2009

_C. Hollinger_____
CLARISSA HOLLINGER

**Exhibit 1**



"Message from "Hollinger, Clarissa ----
IMCEAEX-_O=SCI_OU=CORP_CN=RECIPIENTS_CN=HOLLICN1@sci-us.com> on Mon, 18 Feb 2008>
----- 0500- 10:42:55

"Kneipp, Lynnette" <Lynnette.Kneipp@sci-us.com>, "Rendall, Susan"
<Susan.Rendall@sci-us.com> **:To**

"Lombaert, Betty"
IMCEAEX-_O=SCI_OU=CORP_CN=RECIPIENTS_CN=LOMBAEBN@sci-us.com> **:cc**
<

.RE: Premium OT Recalculation July to Dec **Subje :ct**

Lynnette,

Here is an example of the spreadsheet we used for the individuals.  We did not keep the electronic sheet on an individual basis.  We printed each one as back up.  I will send you all the paper backup.

Clarissa

**From:** Kneipp, Lynnette
**Sent:** Mon 2/18/2008 9:12 AM
**To:** Hollinger, Clarissa; Rendall, Susan
**Cc:** Lombaert, Betty
**Subject:** RE: Premium OT Recalculation July to Dec.

Clarissa,

I would like to review the calculation of this adjustment before we pay it. Is there anything you can send me electronically for me to do this? We would like to pay these employees as soon as possible.

Thanks so much,
Lynnette

**From:** Hollinger, Clarissa
**Sent:** Friday, January 25, 2008 1:29 PM
**To:** Rendall, Susan; Kneipp, Lynnette
**Cc:** Lombaert, Betty
**Subject:** Premium OT Recalculation July to Dec.

Hi Sue,

Attached is a spreadsheet with the adj. $ due.  Since we found other than just union period end issues we went back and recalculated every pay period from July to Dec.  One of the issues we found was manual adjustments received that were put in at the last minute.  Last minute entries would miss the custom

program calculation.  In some cases the payroll officer would do a manual adjustment and not use the correct period end date.  If it didn't match exactly the custom program would not pick it up.

We have a box full of paper back up.  Would you like this sent separately to you or should we put out in storage appropriately labeled?

Clarissa Hollinger
Senior Manager Payroll
(604) 419-5808
(604) 419-5935  Fax
Clarissa.Hollinger@sci-us.com



OT calc Master #2.xls

Worksheet for OT Calc on Y/E Bonus
EE Name:                          File #

| Paydate | Bonus per wk | Total of work hrs | Subtotal | OT hrs only | Subtotal | Total adj |
|---|---|---|---|---|---|---|
| 1/9/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 1/9/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 1/23/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 1/23/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 2/6/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 2/6/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 2/20/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 2/20/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 3/5/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 3/5/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 3/19/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 3/19/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 4/2/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 4/2/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 4/16/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 4/16/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 4/30/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 4/30/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 5/14/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 5/14/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 5/28/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 5/28/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 6/11/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 6/11/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 6/25/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 6/25/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 7/9/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 7/9/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 7/23/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 7/23/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 8/6/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 8/6/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 8/20/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 8/20/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 9/3/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 9/3/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 9/17/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 9/17/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 10/1/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 10/1/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 10/15/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 10/15/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 10/29/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 10/29/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 11/12/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 11/12/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 11/18/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 11/18/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 12/3/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 12/3/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 12/17/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 12/17/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 12/30/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| 12/30/2004 | | | #DIV/0! | -40.00 | #DIV/0! | #DIV/0! |
| | | | | | R14 | #DIV/0! |

01031418

**Worksheet for OT Calc on Y/E Bonus**
**EE Name:**                              **File #**
**Bonus**                                 **Bonus/week**                    0.00

| Paydate | Reg Hours | OT Hours | Total Hours | Adj OT Rate | OT Adj | Total adj on prem only |
|---------|-----------|----------|-------------|-------------|--------|------------------------|
| 1/13/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 1/13/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 1/27/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 1/27/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 2/10/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 2/10/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 2/24/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 2/24/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 3/10/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 3/10/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 3/24/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 3/24/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 4/7/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 4/7/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 4/21/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 4/21/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 5/5/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 5/5/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 5/19/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 5/19/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 6/2/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 6/2/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 6/16/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 6/16/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 6/30/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 6/30/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 7/14/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 7/14/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 7/28/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 7/28/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 8/11/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 8/11/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 8/25/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 8/25/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 9/8/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 9/8/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 9/22/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 9/22/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 10/6/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 10/6/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 10/20/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 10/20/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 11/3/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 11/3/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 11/17/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 11/17/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 12/1/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 12/1/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 12/15/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 12/15/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 12/29/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| 12/29/2006 | | | 0.00 | #DIV/0! | #DIV/0! | #DIV/0! |
| | | | | | R14 | #DIV/0! |

**Worksheet for OT Calc on Y/E Bonus**
**EE Name:**
**Bonus**

File #
Bonus/week

| Paydate | Other Earn | Reg Hours | OT Hours | Total Hours | Adj OT Rate | OT Adj | Total adj on prem only |
|---------|-----------|-----------|----------|-------------|-------------|--------|------------------------|
| 7/13/2007 | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/27/2007 | 5,393.18 | 80.00 | 23.00 | 103.00 | 52.36 | 1204.30 | 602.15 |
| 1/27/2006 | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/27/2006 | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2/10/2006 | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2/10/2006 | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2/24/2006 | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2/24/2006 | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3/10/2006 | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3/10/2006 | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3/24/2006 | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3/24/2006 | | | | 0.00 | 0.00 | 0.00 | 0.00 |

01031420



Message from "Chiffriller, Mary-Ellen" <Mary-Ellen.Chiffriller@sci-us.com> on Thu, 20 Mar 2008 ----- ----- 0600- 18:04:46

"Clark, Freda" <Freda.Clark@sci-us.com>, "Kneipp, Lynnette" <Lynnette.Kneipp@sci-us.com> :To

"Rendall, Susan" <Susan.Rendall@sci-us.com>, "Petteway, Gwen" <Gwen.Petteway@sci-us.com>, "Ritter, Gary" <Gary.Ritter@sci-us.com> :cc

AW FSC Premium Pay-- list of employees in upload file **Subject:**

I have taken a quick look.  I am surprised that this is what we are basing our calculation on and wondering who would be able to explain this to me?  Is this happening throughout the company?

The verdict is out on whether the associate will take the amount for granted so we'll need help on this. Can we ask that you guys field the questions as well?  Now that payroll inquiries is no more it sounds like HEAT and the phone will be the way the field will look for answers.

Please tell me as soon as you can about the next batch.  It would be helpful to have the amounts for each of the associates who will receive money tomorrow.

**Mary-Ellen Chiffriller**
**Human Resources Director**
**New York Market Support Center**
**Ph  (718) 721-4719**
**Fax  (718) 956-4158**



**From:** Clark, Freda
**Sent:** Thursday, March 20, 2008 4:39 PM
**To:** Chiffriller, Mary-Ellen
**Subject:** RE: list of employees in upload file

It is on the way.

**From:** Chiffriller, Mary-Ellen
**Sent:** Thursday, March 20, 2008 3:38 PM
**To:** Clark, Freda
**Cc:** Kneipp, Lynnette
**Subject:** RE: list of employees in upload file

Certainly, thank you, my fax number is 718 956 4158.

**Mary-Ellen Chiffriller**
**Human Resources Director**
**New York Market Support Center**
**Ph  (718) 721-4719**
**Fax  (718) 956-4158**



**From:** Clark, Freda
**Sent:** Thursday, March 20, 2008 4:33 PM
**To:** Chiffriller, Mary-Ellen
**Cc:** Kneipp, Lynnette
**Subject:** RE: list of employees in upload file

I am not sure if she is available.  I wanted to send you a couple of pages so that you can see what we are working with and determine how it can be best provided to the employee.  Can I fax you a couple pages to review?

**From:** Chiffriller, Mary-Ellen
**Sent:** Thursday, March 20, 2008 3:13 PM
**To:** Clark, Freda
**Cc:** Kneipp, Lynnette
**Subject:** RE: list of employees in upload file

Freda,

I need to talk with Lynnette about this because these people are going to want to see some documentation.  Do you know if she is available?

**Mary-Ellen Chiffriller**
**Human Resources Director**
**New York Market Support Center**
**Ph   (718) 721-4719**
**Fax  (718) 956-4158**



**From:** Clark, Freda
**Sent:** Thursday, March 20, 2008 4:00 PM
**To:** Chiffriller, Mary-Ellen
**Subject:** RE: list of employees in upload file

The total number of pages is 71 and the employee information overlaps pages.

**From:** Chiffriller, Mary-Ellen
**Sent:** Thursday, March 20, 2008 2:48 PM

**To:** Clark, Freda
**Subject:** RE: list of employees in upload file

Freda please see below. Will the several pages be for one employee or several employees?

**Mary-Ellen Chiffriller**
**Human Resources Director**
**New York Market Support Center**
**Ph   (718) 721-4719**
**Fax  (718) 956-4158**



---

**From:** Clark, Freda
**Sent:** Thursday, March 20, 2008 2:12 PM
**To:** Chiffriller, Mary-Ellen
**Subject:** RE: list of employees in upload file

Mary-Ellen,

I am going to fax you a couple pages of what we have as backup for the OTA calculations. You may want to take a look at it and see if it will be sufficient backup for the employees and also if they will be able to understand how the calculations were done.

Can you please send me you fax number?

Freda

**From:** Kneipp, Lynnette
**Sent:** Wednesday, March 19, 2008 10:39 AM
**To:** Clark, Freda
**Cc:** Chiffriller, Mary-Ellen
**Subject:** list of employees in upload file

Freda,

**We need to provide Mary-Ellen the list of the employees in the upload file (those that received the new OTA code).**

Just to give you some history . . . AWGI was not calculating the OT premium correctly. They did NOT take the bonus into consideration when calculating the OT for the employees.

There are 2 files – 1 small file was paid with the 03/22/08 check (which is the list of names that Mary-Ellen needs). I have the other large file that I will forward to you (after we verify AWGI's calculations). If memory serves, one of these files was for a "true-up" of ½ of the year, and I believe the other file was the "true-up" for just a few months.

My concern, which I explained to Mary-Ellen last night, is that the only back-up that we can provide to

01031337

the employee is a hard-copy calculation that was done by Clarissa's team. I had requested some sort of electronic back-up at the employee level. Clarissa's team did all of the calculations by hand on paper, so there is no electronic back-up. So . . .when an employee wants to know why they received $224.56 on their check, we don't have anything that we can email them – it would have to be faxed to the location. (that's probably not a big deal with the small file, but it will be a big deal with the large file)

**Also – can you let Mary-Ellen know what will show on the employee's check for the new OTA code? She needs to be able to tell the employees what the payment is for.**

Thanks!!!

**Lynnette Kneipp**
Payroll Manager
ph: 713-525-5218
fax: 713-525-5449