# Exhibit W

PII-1206369v1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, et al.<br>On behalf of themselves and all employees similarly situated,<br><br>　　　　Plaintiffs,<br>vs.<br><br>ALDERWOODS GROUP, INC., et al.<br><br>　　　　Defendants. | CASE NO.　3:08-CV-01184 SI<br><br>**DECLARATION OF GWEN PETTEWAY** |

# DECLARATION OF GWEN PETTEWAY

I, Gwen Petteway, pursuant to 28 U.S.C. § 1746, do hereby declare and state as follows:

1. I am over 21 years of age, have personal knowledge of the facts set forth in this declaration, and could testify to them competently if called to do so.

2. I am currently employed by SCI Management, L.P. as Human Resources Director. I have been in this position since March, 2008. Prior to that I was employed by SCI Houston Market Support Center, LP since February, 2005.

3. On or about November 28, 2006, Alderwoods consummated an all-cash merger with Service Corporation International ("SCI") and Coronado Acquisition Corporation ("Coronado"), as a result of which Coronado merged with and into Alderwoods and became a wholly-owned subsidiary of SCI.

4. After the merger, Alderwoods policies, including wage and hours policies, remained in effect at Alderwoods locations through the end of 2007. Effective January 1, 2008, those policies no longer applied at those locations, and they were replaced by policies of other SCI affiliates.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

November 11, 2009

_Gwen Petteway_
Gwen Petteway