**Exhibit X**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, et al.<br>On behalf of themselves and all employees<br>similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ALDERWOODS GROUP, INC., et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO.    3:08-CV-01184 SI**<br><br>**DECLARATION OF JOSEPH<br>SCHMUCK** |

## DECLARATION OF JOSEPH SCHMUCK

I, Joseph Schmuck, pursuant to 28 U.S.C. § 1746, do hereby declare and state as follows:

1.      My name is Joseph Schmuck, and I am a resident of Dayton, Texas.  I am over 21 years of age, suffer no legal disability, and am otherwise competent to make this Declaration.

2.      All the statements in this Declaration are true and accurate.  I have personal knowledge of the facts set forth in this Declaration, and could testify to them competently if called to do so.

3.      I am employed by SCI Funeral and Cemetery Purchasing Cooperative, Inc. as an HRIS Senior Analyst.  In my role as HRIS Senior Analyst, I have access to employee data of subsidiaries of Service Corporation International ("SCI"), including Alderwoods Group, Inc. ("Alderwoods") and its subsidiaries and affiliates.

4.      I have collected statistical data related to all individuals employed by Alderwoods from January 1, 2004 through November 28, 2006.  This data reflects that between January 1, 2004 and November 28, 2006, Alderwoods employed approximately 10,760 non-exempt employees.  The data also shows that approximately 1,300 employees held the position of Funeral Director and/or Funeral Director/Embalmer between January 1, 2004 and November 28, 2006.

5.      Alderwoods' employee data also shows that between January 1, 2004 and November 28, 2006, Alderwoods had employees in at least 37 non-exempt job positions/codes, including Grave Digger, Groundskeeper, Funeral Director, Embalmer, Crematory Operator, Community Relations Director, Florist, Location Administrator, Assistant Manager, Accounts Payable Administrator and Project Assistant.

6.      In my role as HRIS Senior Analyst, I also have access to payroll data of SCI subsidiaries, including Alderwoods and its subsidiaries and affiliates.  I collected overtime pay data for the years 2004, 2005 and 2006 for the 86 individuals listed on Exhibit 1, attached hereto.

7.      Attached as Exhibit 2 is a summary of the overtime pay data I collected for the 86 individuals listed on Exhibit 1.  As reflected in Alderwoods' payroll data, for each individual who received overtime pay in 2004, 2005 and/or 2006, this chart sets forth the total number of paychecks issued to each individual and the total number of actual overtime hours for which he or she was paid.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 12, 2009

JOSEPH SCHMUCK

**Exhibit 1**

*Helm v. Alderwoods Group, Inc.*
List of Plaintiffs[1]

| Last Name | First Name |
|-----------|------------|
| Acevez | Robert |
| (Brandt) Chatman | Debbie K. |
| Aldrich | Frederick R. |
| Alexander | Merlin |
| Alvidrez | Elias |
| Arnold | Steven A. |
| Baasch | James A. |
| Bowen | Robert |
| Breindel | Michele |
| Camp | Lawrence F. |
| Chernetsky | Robert |
| Clary | Corey W. |
| Coleman | John |
| Craig | Diane |
| Crouch | James |
| Diggs | Jeffrey A. |
| Dildy | Katherine |
| Dumont | Marc A. |
| Durden | James C. |
| Escobar | Stephen |
| Ferguson | John R. |
| Foran | Darin D. |
| Fulcher | Strother |
| Giacone | Kenneth |
| Grant | Elizabeth M. |
| Hagerty | Linda T. |
| Hamilton | Rickie |
| Hammock | Larry |
| Hazen | Douglas |
| Helm | William |
| Hirrel | Bernard M. |
| Holden | Mary |
| Hudson | William |
| Hugo | Roger |
| Idemoto | Robert |
| Johnson III | Julius E. |
| Johnson | John |
| Jones | Robert |
| Keath | John |
| King | Wilton |
| Kirkpatrick | Eddie |
| Klein | Henry |
| Knight | Betty |
| Langley | Ronald |
| Lewis | Frank |

[1] Includes all individuals listed in the caption, Appendix A, and Appendix B of Plaintiffs' Second Amended Complaint filed August 14, 2009.

| Lowther | Charles |
|---|---|
| Malmi | Sarah |
| Martz | Steven L. |
| Mathews | Eugenia C. |
| Meizler | Paul D. |
| Metcalf | Harold E. |
| Naperalsky | Michael |
| O'Berski | Sean J. |
| Petersen | Richard E. |
| Prise | Deborah |
| Ray | Melissa |
| Rady | P. Heather |
| Reddick | Jack L. |
| Riggs | Stephanie |
| Robertson | Dennis |
| Sachs | Jeffrey |
| Salhus | Richard E. |
| Schabloski | John |
| Schnell | David |
| Seiz | Warren L. |
| Shaw | Robert |
| Shuff | William H. |
| Sloan | Myra S. |
| Smith | Monecia |
| Spiese | Jody P. |
| Stampke | Mikal |
| Steinhoff | Francis |
| Tafoya Jr. | Joseph G. |
| Takesian | Stephen |
| Tawney | Jerry |
| Taylor | Tori |
| Thomas | Sandy |
| Tiller | Steven |
| Tillman | Philip R. |
| Trejo | Florinda D. |
| Walker | Gayle |
| Weinstein | Stacy |
| Whaley | James |
| White | George T. |
| Wickman | Chad |
| Wyatt | David |

**Exhibit 2**

**OVERTIME PAID TO *HELM* NAMED PLAINTIFFS**

| Last Name | First Name | 2004 | | 2005 | | 2006 | |
|---|---|---|---|---|---|---|---|
| | | Total Check Count[*] | OT Hours | Total Check Count | OT Hours | Total Check Count | OT Hours |
| ACEVEZ | ROBERT | 4 | 61 | 0 | 0 | 0 | 0 |
| ALDRICH | FREDERICK | 30 | 267 | 27 | 280.5 | 27 | 344.25 |
| ALEXANDER | MERLIN | 0 | 0 | 0 | 0 | 25 | 344.42 |
| ALVIDREZ | ELIAS | 2 | 0 | 0 | 0 | 0 | 0 |
| ARNOLD | STEVEN | 33 | 0 | 29 | 144.22 | 10 | 179.94 |
| BAASCH | JAMES | 27 | 160 | 13 | 103.24 | 0 | 0 |
| BOWEN | ROBERT | 27 | 0 | 14 | 0 | 0 | 0 |
| BREINDEL | MICHELE | 0 | 0 | 0 | 0 | 18 | 0 |
| CAMP | LAWRENCE | 27 | 402.72 | 21 | 201.81 | 0 | 0 |
| CHATMAN | DEBRA | 2 | 0 | 30 | 433.5 | 25 | 402 |
| CHERNETSKY | ROBERT | 13 | 0 | 10 | 2.69 | 18 | 6.28 |
| CLARY | COREY | 27 | 391.75 | 22 | 0 | 0 | 0 |
| COLEMAN | JOHNNY | 27 | 396.36 | 5 | 74.44 | 0 | 0 |
| CRAIG | DIANE | 27 | 664.83 | 10 | 88.6 | 0 | 0 |
| CROUCH | JAMES | 27 | 297 | 26 | 403.5 | 26 | 416.75 |
| DIGGS | JEFFREY | 16 | 219.31 | 11 | 254.42 | 0 | 0 |
| DILDY | KATHRYN | 17 | 28.25 | 26 | 280.82 | 26 | 194.94 |
| DUMONT | MARC | 27 | 109 | 17 | 83.25 | 0 | 0 |
| DURDEN | JAMES | 27 | 560 | 27 | 469.3 | 27 | 163.9 |
| ESCOBAR | STEPHEN | 18 | 33.25 | 0 | 0 | 0 | 0 |
| FERGUSON | JOHN | 27 | 517.54 | 0 | 0 | 0 | 0 |
| FORAN | DARIN | 23 | 226.42 | 29 | 264.01 | 17 | 0 |
| FULCHER | STROTHER | 27 | 345.75 | 20 | 209.5 | 1 | 0 |
| GIACONE | KENNETH | 10 | 0.5 | 0 | 0 | 0 | 0 |
| GRANT | ELIZABETH | 0 | 0 | 0 | 0 | 11 | 46.5 |
| HAGERTY | LINDA | 17 | 0 | 0 | 0 | 0 | 0 |
| HAMILTON | RICKIE | 27 | 623.5 | 28 | 458 | 28 | 354.3 |
| HAMMOCK | LARRY | 27 | 514.07 | 7 | 70.74 | 0 | 0 |
| HAZEN | DOUGLAS | 40 | 192.7 | 29 | 219.75 | 11 | 57.74 |
| HELM | WILLIAM | 16 | 0 | 0 | 0 | 0 | 0 |
| HIRREL | BERNARD | 28 | 104.81 | 27 | 268.8 | 14 | 109.29 |
| HOLDEN | MARY | 30 | 685.5 | 26 | 498.5 | 27 | 343.6 |

[*] Non-exempt employees were regularly paid wages on at least a bi-weekly basis.

| Last Name | First Name | 2004 | | 2005 | | 2006 | |
|---|---|---|---|---|---|---|---|
| | | Total Check Count* | OT Hours | Total Check Count | OT Hours | Total Check Count | OT Hours |
| HUDSON | WILLIAM | 28 | 0 | 27 | 67.75 | 18 | 52 |
| HUGO | ROGER | 28 | 0 | 26 | 71 | 27 | 166.9 |
| IDEMOTO | ROBERT | 27 | 136.25 | 26 | 65.91 | 26 | 30.49 |
| JOHNSON | JOHNNY | 28 | 2 | 26 | 105.01 | 19 | 42.18 |
| JOHNSON | JULIUS | 11 | 0 | 0 | 0 | 0 | 0 |
| JONES | ROBERT | 10 | 110.95 | 0 | 0 | 0 | 0 |
| KEATH | JOHN | 8 | 77.71 | 28 | 489.84 | 17 | 389.09 |
| KING | WILTON | 20 | 0 | 26 | 122.65 | 22 | 106 |
| KIRKPATRICK | EDDIE | 10 | 121.55 | 0 | 0 | 0 | 0 |
| KLEIN | HENRY | 31 | 0 | 15 | 0 | 1 | 0 |
| KNIGHT | BETTY | 6 | 65.02 | 27 | 594.2 | 27 | 435.67 |
| LANGLEY | RONALD | 27 | 131.5 | 12 | 101.25 | 0 | 0 |
| LEWIS | FRANK | 14 | 47 | 0 | 0 | 0 | 0 |
| LOWTHER | CHARLES | 27 | 178 | 22 | 114.5 | 0 | 0 |
| MALMI | SARAH | 32 | 244 | 27 | 514.23 | 28 | 276.25 |
| MARTZ | STEVEN | 29 | 0 | 27 | 0 | 17 | 0 |
| MATTHEWS | EUGENIA | 0 | 0 | 7 | 0 | 12 | 0 |
| MEIZLER | PAUL | 27 | 511.16 | 28 | 442.93 | 18 | 272.05 |
| METCALF | HAROLD | 20 | 0 | 0 | 0 | 0 | 0 |
| NAPERALSKY | MICHAEL | 18 | 180 | 0 | 0 | 0 | 0 |
| O'BERSKI | SEAN | 27 | 335 | 11 | 70.5 | 0 | 0 |
| PETERSEN | RICHARD | 11 | 123.91 | 0 | 0 | 0 | 0 |
| PRISE | DEBORAH | 27 | 119 | 24 | 42.5 | 0 | 0 |
| RADY | HEATHER | 29 | 144.75 | 26 | 77.75 | 17 | 76.95 |
| RAY | MELISSA | 16 | 0 | 26 | 378.65 | 26 | 871.75 |
| REDDICK | JACK | 9 | 0 | 25 | 64.64 | 26 | 481.49 |
| RIGGS | STEPHANIE | 28 | 474.75 | 28 | 683.94 | 27 | 602.48 |
| ROBERTSON | DENNIS | 27 | 476 | 25 | 382.5 | 10 | 92 |
| SACHS | JEFFERY | 26 | 485.5 | 0 | 0 | 0 | 0 |
| SALHUS | RICHARD | 24 | 4.75 | 19 | 81.89 | 0 | 0 |
| SCHABLOSKI | JOHN | 10 | 110.25 | 27 | 286.67 | 3 | 8.98 |
| SCHNELL | DAVID | 27 | 66 | 14 | 19.25 | 0 | 0 |
| SEIZ | WARREN | 0 | 0 | 12 | 251.38 | 26 | 486.94 |
| SHAW | ROBERT | 27 | 243 | 26 | 311.75 | 28 | 285.8 |
| SHUFF | WILLIAM | 0 | 0 | 0 | 0 | 0 | 0 |

| Last Name | First Name | 2004 | | 2005 | | 2006 | |
|---|---|---|---|---|---|---|---|
| | | Total Check Count[*] | OT Hours | Total Check Count | OT Hours | Total Check Count | OT Hours |
| SLOAN | MYRA | 20 | 415.6 | 0 | 0 | 0 | 0 |
| SMITH | MONECIA | 20 | 165.6 | 0 | 0 | 0 | 0 |
| SPIESE | JODY | 18 | 175 | 0 | 0 | 0 | 0 |
| STAMPKE | MIKAL | 0 | 0 | 0 | 0 | 15 | 26 |
| STEINHOFF | FRANCIS | 27 | 116 | 28 | 69.46 | 27 | 45.69 |
| TAFOYA | JOSEPH | 22 | 9.87 | 0 | 0 | 0 | 0 |
| TAKESIAN | STEPHEN | 0 | 0 | 9 | 0 | 23 | 59.5 |
| TAWNEY | JERRY | 27 | 500.25 | 26 | 372.5 | 26 | 417.6 |
| TAYLOR | TORI | 0 | 0 | 11 | 0 | 10 | 0 |
| THOMAS | SANDY | 30 | 564.8 | 28 | 378.11 | 27 | 377.98 |
| TILLER | STEVEN | 28 | 1002.5 | 28 | 853.22 | 28 | 813.56 |
| TILLMAN | PHILIP | 27 | 384.75 | 18 | 163 | 0 | 0 |
| TREJO | FLORINDA | 27 | 27.58 | 0 | 0 | 0 | 0 |
| WALKER | GAYLE | 0 | 0 | 15 | 43.35 | 23 | 93.17 |
| WEINSTEIN | STACEY | 8 | 0 | 10 | 0 | 1 | 0 |
| WHALEY | JAMES | 0 | 0 | 7 | 105.92 | 26 | 394.21 |
| WHITE | GEORGE | 28 | 311.29 | 9 | 226.01 | 0 | 0 |
| WICKHAM | CHAD | 27 | 544.1 | 28 | 489.43 | 20 | 383.49 |
| WYATT | DAVID | 21 | 158.97 | 0 | 0 | 0 | 0 |
| **TOTAL** | | | **15,565.62** | | **12,851.28** | | **10,252.13** |
| **CUMULATIVE TOTAL** | | | | | | | **38,669.03** |

** Chart does not include the 13 named plaintiffs in the Second Amended Complaint who did not have any overtime hours in 2004-2006.