**Exhibit Y**

1

2

3                     UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5                                    )   **CASE NO.    3:08-CV-01184 SI**

6    WILLIAM HELM, et al.            )
     On behalf of themselves and all employees )
7    similarly situated,             )   **DECLARATION OF JANET KEY**
                                     )
8              Plaintiffs,           )
                                     )
9          vs.                       )
                                     )
10   ALDERWOODS GROUP, INC., et al.  )
                                     )
11             Defendants.           )
                                     )
12                                   )
                                     )
13                                   )
                                     )
14                                   )

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### DECLARATION OF JANET KEY

I, Janet Key, pursuant to 28 U.S.C. § 1746, do hereby declare and state as follows:

1.      My name is Janet Key, and I am a resident of Cypress, Texas.  I am over 21 years of age, suffer no legal disability, and am otherwise competent to make this Declaration.

2.      All the statements in this Declaration are true and accurate.  I have personal knowledge of the facts set forth in this Declaration, and could testify to them competently if called to do so.

3.      I am employed by SCI Funeral & Cemetery Purchasing Cooperative, Inc. as Senior Legal Assistant and am also its Corporate Secretary.  I have access to corporate payroll records of subsidiaries of Service Corporation International ("SCI"), including Alderwoods Group, Inc. ("Alderwoods") and its subsidiaries and affiliates.

4.      I have reviewed Alderwoods' and/or its subsidiaries'/affiliates' payroll records relating to Donna Gonzales, and these records confirm that she ceased to be employed by Alderwoods or any Alderwoods subsidiary or affiliate in any job position as of August 29, 2003.

5.      I also have reviewed Alderwoods' and/or its subsidiaries'/affiliates' payroll records relating to Michael Butler, and these records confirm that Michael Butler ceased to be employed by Alderwoods or any Alderwoods subsidiary or affiliate in any job position as of November 7, 2003.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  November 12, 2009

_____
JANET KEY