**Exhibit Z**

**Part 2 of 3**

The following table reconciles earnings from operations of reportable segments to total income and identifies the components of "Other" segment earnings from operations:

| | 16 weeks ended | | 40 weeks ended | |
| --- | --- | --- | --- | --- |
| | October 7, 2006 | October 8, 2005 | October 7, 2006 | October 8, 2005 |
| Earnings from operations of funeral, cemetery and insurance segments | $ 34,327 | $ 22,647 | $ 93,176 | $ 88,765 |
| Other expenses of operations: | | | | |
| General and administrative expenses | (24,831) | (19,192) | (57,388) | (31,539) |
| Income from operations | $ 9,496 | $ 3,455 | $ 35,788 | $ 57,226 |

20

**NOTE 8.   CONDENSED CONSOLIDATING GUARANTOR FINANCIAL INFORMATION**

The following presents the condensed consolidating guarantor financial information as of October 7, 2006 and December 31, 2005 and for the 16 and 40 weeks ended October 7, 2006 and October 8, 2005 for the direct and indirect domestic subsidiaries of the Company that serve as guarantors of the 7.75% Senior Unsecured Notes due in 2012, and the Company's subsidiaries that do not serve as guarantors. Non-guarantor subsidiaries include the Canadian and Puerto Rican subsidiaries, insurance subsidiaries and certain domestic subsidiaries that are prohibited by law from guaranteeing the 7.75% Senior Unsecured Notes due in 2012.

**Condensed Consolidating Balance Sheets (unaudited)**

|  | October 7, 2006 | | | | |
|---|---|---|---|---|---|
|  | Parent Company | Guarantors | Non-Guarantors | Consolidating Adjustments | Consolidated Totals |
| **ASSETS** | | | | | |
| Cash and cash equivalents | $           — | $      5,924 | $      2,682 | $           — | $      8,616 |
| Other current assets | — | 65,812 | 13,198 | — | 79,010 |
| Pre-need funeral receivables and trust investments | — | 251,387 | 298,708 | (220,633) | 329,462 |
| Pre-need cemetery receivables and trust investments | — | 298,949 | 288,679 | (265,428) | 322,200 |
| Cemetery property and property and equipment | — | 552,086 | 109,450 | — | 661,536 |
| Insurance invested assets | — | — | 322,154 | — | 322,154 |
| Goodwill | — | 240,526 | 55,685 | — | 296,211 |
| Investment in subsidiaries | 1,122,014 | (93,281) | — | (1,028,733) | — |
| Cemetery perpetual care trust investment | — | — | 248,919 | — | 248,919 |
| Other assets | 6,609 | 16,171 | 36,292 | — | 59,072 |
| Total assets | $  1,128,623 | $  1,337,574 | $  1,375,777 | $  (1,514,794) | $  2,327,180 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | |
| Liabilities | | | | | |
| Current liabilities | $      38,713 | $     68,936 | $     10,363 | $           — | $    118,012 |
| Current maturities of long-term debt | — | 2,162 | 23 | — | 2,185 |
| Inter-company, net of investments in and advances to affiliates | 125,867 | (309,094) | 183,226 | — | — |
| Long-term debt | 358,683 | 3,599 | — | — | 362,282 |
| Deferred pre-need funeral and cemetery contract revenue and non-controlling interest in funeral and cemetery trusts | — | 532,720 | 599,704 | (486,060) | 646,364 |
| Insurance policy liabilities | — | — | 302,298 | — | 302,298 |
| Other liabilities | 19 | 21,940 | 19,709 | — | 41,668 |
| Non-controlling interest in perpetual care trusts | — | — | 248,980 | — | 248,980 |
| Stockholders' equity | 605,341 | 1,017,311 | 11,474 | (1,028,734) | 605,391 |
| Total liabilities and stockholders' equity | $  1,128,623 | $  1,337,574 | $  1,375,777 | $  (1,514,794) | $  2,327,180 |

21

### Condensed Consolidating Balance Sheets

|  | December 31, 2005 | | | | |
|  | Parent Company | Guarantors | Non-Guarantors | Consolidating Adjustments | Consolidated Totals |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Cash and cash equivalents | $ — | $ 4,034 | $ 3,421 | $ — | $ 7,455 |
| Other current assets | 1,964 | 60,070 | 13,497 | — | 75,531 |
| Pre-need funeral receivables and trust investments | — | 260,915 | 285,617 | (212,105) | 334,427 |
| Pre-need cemetery receivables and trust investments | — | 287,522 | 273,732 | (253,932) | 307,322 |
| Cemetery property and property and equipment | — | 549,860 | 109,508 | — | 659,368 |
| Insurance invested assets | — | — | 294,598 | — | 294,598 |
| Goodwill | — | 247,160 | 48,730 | — | 295,890 |
| Investment in subsidiaries | 1,075,366 | (91,898) | — | (983,468) | — |
| Cemetery perpetual care trust investment | — | 464 | 243,341 | — | 243,805 |
| Other assets | 8,101 | 17,367 | 30,439 | — | 55,907 |
| Total assets | $ 1,085,431 | $ 1,335,494 | $ 1,302,883 | $ (1,449,505) | $ 2,274,303 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | |
| Liabilities | | | | | |
| Current liabilities | $ 39,333 | $ 73,597 | $ 6,804 | $ — | $ 119,734 |
| Current maturities of long-term debt | — | 2,412 | 23 | — | 2,435 |
| Intercompany, net of investments in and advances to affiliates | 82,643 | (260,549) | 177,906 | — | — |
| Long-term debt | 365,683 | 5,357 | — | — | 371,040 |
| Deferred pre-need funeral and cemetery contract revenue and non-controlling interest in funeral and cemetery trusts | — | 533,061 | 573,091 | (466,037) | 640,115 |
| Insurance policy liabilities | — | — | 266,729 | — | 266,729 |
| Other liabilities | 19 | 20,040 | 12,476 | — | 32,535 |
| Non-controlling interest in perpetual care trusts | — | — | 243,962 | — | 243,962 |
| Stockholders' equity | 597,753 | 961,576 | 21,892 | (983,468) | 597,753 |
| Total liabilities and stockholders' equity | $ 1,085,431 | $ 1,335,494 | $ 1,302,883 | $ (1,449,505) | $ 2,274,303 |

22

**Condensed Consolidating Statement of Operations (unaudited)**

| | Parent Company | Guarantors | Non-Guarantors | Consolidating Adjustments | Consolidated Totals |
|---|---|---|---|---|---|
| | | | 16 weeks ended October 7, 2006 | | |
| Revenues | $ — | $ 166,497 | $ 60,926 | $ — | $ 227,423 |
| Costs and expenses | — | 138,262 | 54,246 | — | 192,508 |
| General and administrative expenses | 3,878 | 2,544 | 18,409 | — | 24,831 |
| Provision for asset impairment | — | 573 | 15 | — | 588 |
| Income (loss) from operations | (3,878) | 25,118 | (11,744) | — | 9,496 |
| Interest on long-term debt | 8,779 | (183) | (42) | — | 8,554 |
| Intercompany charges | 6,206 | 6,979 | (13,185) | — | — |
| Other expense (income), net | — | (611) | 264 | — | (347) |
| Income (loss) before income taxes | (18,863) | 18,933 | 1,219 | — | 1,289 |
| Income taxes | — | 677 | (191) | — | 486 |
| Income (loss) from continuing operations | (18,863) | 18,256 | 1,410 | — | 803 |
| Equity in subsidiaries | 48,189 | (1,705) | — | (46,484) | — |
| Income before cumulative effect of change in accounting principle | 29,326 | 16,551 | 1,410 | (46,484) | 803 |
| Net income | $ 29,326 | $ 16,551 | $ 1,410 | $ (46,484) | $ 803 |

23

**Condensed Consolidating Statement of Operations (unaudited)**

|  | 16 weeks ended October 8, 2005 | | | | |
|---|---|---|---|---|---|
|  | Parent Company | Guarantors | Non-Guarantors | Consolidating Adjustments | Consolidated Totals |
| Revenues | $          — | $    160,248 | $    54,534 | $          — | $    214,782 |
| Costs and expenses | — | 142,139 | 49,742 | — | 191,881 |
| General and administrative expenses | — | 530 | 18,662 | — | 19,192 |
| Provision for asset impairment | — | 556 | (302) | | 254 |
| Income (loss) from operations | — | 17,023 | (13,568) | — | 3,455 |
| Interest on long-term debt | 8,841 | 197 | (71) | — | 8,967 |
| Intercompany charges | 6,803 | 14,551 | (21,354) | — | — |
| Other expense (income), net | — | (227) | 159 | | (68) |
| Income (loss) before income taxes | (15,644) | 2,502 | 7,698 | (6,303) | (5,444) |
| Income taxes | 663 | 4,212 | (10,921) | (6,303) | (12,349) |
| Income (loss) from continuing operations | (16,307) | (1,710) | 18,619 | 6,303 | 6,905 |
| Equity in subsidiaries | 23,212 | (425) | — | (22,787) | — |
| Income (loss) before cumulative effect of change in accounting principle | 6,905 | (2,135) | 18,619 | (16,484) | 6,905 |
| Net income (loss) | $    6,905 | $    (2,135) | $    18,619 | $    (16,484) | $    6,905 |

24

**Condensed Consolidating Statement of Operations (unaudited)**

| | 40 weeks ended October 7, 2006 | | | | |
| --- | --- | --- | --- | --- | --- |
| | Parent Company | Guarantors | Non-Guarantors | Consolidating Adjustments | Consolidated Totals |
| Revenues | $        — | $  430,495 | $  151,189 | $        — | $  581,684 |
| Costs and expenses | — | 353,175 | 134,745 | — | 487,920 |
| General and administrative expenses | 6,515 | 4,817 | 46,056 | — | 57,388 |
| Provision for asset impairment | — | 573 | 15 | — | 588 |
| Income (loss) from operations | (6,515) | 71,930 | (29,627) | — | 35,788 |
| Interest on long-term debt | 21,736 | (68) | (165) | — | 21,503 |
| Intercompany charges | 14,485 | 19,933 | (34,418) | — | — |
| Other expense (income), net | — | (701) | 480 | — | (221) |
| Income (loss) before income taxes | (42,736) | 52,766 | 4,476 | — | 14,506 |
| Income taxes | (7) | 5,941 | 1,870 | — | 7,804 |
| Income (loss) from continuing operations | (42,729) | 46,825 | 2,606 | — | 6,702 |
| Equity in subsidiaries | 48,139 | (1,744) | — | (46,395) | — |
| Income before cumulative effect of change in accounting principle | 5,410 | 45,081 | 2,606 | (46,395) | 6,702 |
| Cumulative effect of change in accounting principle | — | — | (1,242) | — | (1,242) |
| Net income | $    5,410 | $   45,081 | $     1,364 | $  (46,395) | $     5,460 |

25

**Condensed Consolidating Statement of Operations (unaudited)**

| | 40 weeks ended October 8, 2005 | | | | |
|---|---|---|---|---|---|
| | Parent Company | Guarantors | Non-Guarantors | Consolidating Adjustments | Consolidated Totals |
| Revenues | $          — | $    434,774 | $    140,671 | $          — | $    575,445 |
| Costs and expenses | — | 361,680 | 126,373 | — | 488,053 |
| General and administrative expenses | (262) | (13,591) | 45,392 | — | 31,539 |
| Provision for asset impairment | — | (1,050) | (323) | — | (1,373) |
| Income (loss) from operations | 262 | 87,735 | (30,771) | — | 57,226 |
| Interest on long-term debt | 22,948 | 600 | (53) | — | 23,495 |
| Inter company charges | 11,952 | 25,304 | (37,256) | — | — |
| Other expense (income), net | — | (6,350) | 440 | — | (5,910) |
| Income (loss) before income taxes | (34,638) | 68,181 | 6,098 | — | 39,641 |
| Income taxes | — | 50,850 | (9,409) | (35,597) | 5,844 |
| Income (loss) from continuing operations | (34,638) | 17,331 | 15,507 | 35,597 | 33,797 |
| Equity in subsidiaries | 66,757 | (1,234) | — | (65,523) | — |
| Loss from discontinued operations | — | (1,245) | (433) | — | (1,678) |
| Income before cumulative effect of change in accounting principle | 32,119 | 14,852 | 15,074 | (29,926) | 32,119 |
| Cumulative effect of change in accounting principle | — | — | — | — | — |
| Net income | $    32,119 | $    14,852 | $    15,074 | $    (29,926) | $    32,119 |

26

**Condensed Consolidating Statement of Cash Flows (unaudited)**

16 weeks ended October 7, 2006

| | Parent Company | Guarantors | Non-Guarantors | Consolidating Adjustments | Consolidated Totals |
|---|---|---|---|---|---|
| CASH PROVIDED BY (APPLIED TO) | | | | | |
| Cash flows from operating activities of continuing operations | $ (7,028) | $ 14,696 | $ 14,466 | $ — | $ 22,134 |
| Cash flows from investing activities of continuing operations | — | (12,875) | (15,284) | — | (28,159) |
| Cash flows from financing activities of continuing operations | 7,000 | (762) | 4 | | 6,242 |
| Increase (decrease) in cash and cash equivalents | (28) | 1,058 | (814) | — | 216 |
| Cash and cash equivalents, beginning of period | 28 | 4,866 | 3,506 | — | 8,400 |
| Cash and cash equivalents, end of period | $ — | $ 5,924 | $ 2,692 | $ — | $ 8,616 |

16 weeks ended October 8, 2005

| | Parent Company | Guarantors | Non-Guarantors | Consolidating Adjustments | Consolidated Totals |
|---|---|---|---|---|---|
| CASH PROVIDED BY (APPLIED TO) | | | | | |
| Cash flows from operating activities of continuing operations | $ 20,783 | $ 2,524 | $ 22,541 | $ — | $ 45,848 |
| Cash flows from investing activities of continuing operations | — | (6,416) | (23,426) | — | (29,842) |
| Cash flows from financing activities of continuing operations | (20,783) | (861) | (19) | | (21,663) |
| Decrease in cash and cash equivalents | — | (4,753) | (904) | — | (5,657) |
| Cash and cash equivalents, beginning of period | — | 8,729 | 3,261 | — | 11,990 |
| Cash and cash equivalents, end of period | $ — | $ 3,976 | $ 2,357 | $ — | $ 6,333 |

27

**Condensed Consolidating Statement of Cash Flows (unaudited)**

| | 40 weeks ended October 7, 2006 | | | | |
|---|---|---|---|---|---|
| | Parent Company | Guarantors | Non-Guarantors | Consolidating Adjustments | Consolidated Totals |
| CASH PROVIDED BY (APPLIED TO) | | | | | |
| Cash flows from operating activities of continuing operations | $     6,204 | $     20,499 | $     35,753 | $     — | $     62,456 |
| Cash flows from investing activities of continuing operations | — | (16,554) | (36,530) | — | (53,084) |
| Cash flows from financing activities of continuing operations | (6,202) | (2,009) | — | — | (8,211) |
| Increase (decrease) in cash and cash equivalents | 2 | 1,936 | (777) | — | 1,161 |
| Cash and cash equivalents, beginning of period | (2) | 3,988 | 3,469 | | 7,455 |
| Cash and cash equivalents, end of period | $     — | $     5,924 | $     2,692 | $     — | $     8,616 |

| | 40 weeks ended October 8, 2005 | | | | |
|---|---|---|---|---|---|
| | Parent Company | Guarantors | Non-Guarantors | Consolidating Adjustments | Consolidated Totals |
| CASH PROVIDED BY (APPLIED TO) | | | | | |
| Cash flows from operating activities of continuing operations | $     70,317 | $     (3,266) | $     49,738 | $     — | $     116,789 |
| Cash flows from operating activities of discontinued operations | — | 661 | (1,262) | — | (601) |
| Cash flows from investing activities of continuing operations | — | (3,547) | (49,192) | — | (52,739) |
| Cash flows from investing activities of discontinued operations | — | 6,129 | 1,777 | — | 7,906 |
| Cash flows from financing activities of continuing operations | (70,317) | (2,376) | (1,651) | — | (74,344) |
| Cash flows from financing activities of discontinued operations | — | (9) | (48) | — | (57) |
| Decrease in cash and cash equivalents | — | (2,408) | (638) | — | (3,046) |
| Cash and cash equivalents, beginning of period | — | 6,385 | 2,994 | | 9,379 |
| Cash and cash equivalents, end of period | $     — | $     3,977 | $     2,356 | $     — | $     6,333 |

28

## NOTE 9.   PROVISION FOR ASSET IMPAIRMENT

In accordance with Statement of Financial Accounting Standards No. 144, "Accounting for the Impairment or Disposal of Long-Lived Assets" ("SFAS No. 144"), the Company reviews its long-lived assets for impairment when changes in circumstances indicate that the carrying amount of the asset may not be recoverable. SFAS No. 144 requires that long-lived assets to be held and used be recorded at the lower of carrying amount or fair value. Long-lived assets to be disposed of are to be recorded at the lower of carrying amount or fair value, less estimated costs to sell. Accordingly, the Company recorded a long-lived asset impairment of $588,000 for the 16 weeks ended October 7, 2006.

As part of the Company's ongoing assessment to ensure that each of the Company's properties fit into the Company's strategy, as at October 7, 2006 the Company had available for sale two funeral homes and one cemetery property business. These properties remain unsold as of October 7, 2006. The carrying amount of these locations was $818,000 which was less than estimated aggregate fair market value. The fair market values were determined by specific offers or bids, or estimates based on comparable recent sales transactions. For the 40 weeks ended October 7, 2006, these properties had revenues and costs of $752,000 and $1,212,000 (October 8, 2005—$741,000 and $386,000), respectively.

The assets of $4,537,000 (December 31, 2005—$5,077,000) and liabilities of $3,719,000 (December 31, 2005—$3,734,000) of these locations have not been separately disclosed as to assets held for sale and liabilities associated with assets held for sale in the balance sheet.

In addition, for the 40 weeks ended October 7, 2006, the Company disposed of 7 funeral home businesses which had not been reclassified to discontinued operations. Revenues and costs of these disposed of locations were $312,000 and $414,000 (October 8, 2005—$1,404,000 and $1,480,000) for the 40 weeks ended October 7, 2006, respectively.

In addition to those funeral home and cemetery businesses held for sale or disposed of as identified above, the Company closed 9 funeral home locations during the 40 weeks ended October 7, 2006. The criteria for identifying a location to be closed includes among other items, synergies from transferring the ongoing business to an adjacent location and the valuation of the real estate assets compared to sale as a business.

The asset impairment provisions include management estimates. As a result, actual results could differ significantly from these estimates.

## NOTE 10.   DISCONTINUED OPERATIONS OF ASSETS HELD FOR SALE

Over the previous four fiscal years, the Company engaged in a strategic market rationalization assessment to dispose of cemetery and funeral operating locations that did not fit into the Company's market or business strategies, as well as under-performing locations and excess cemetery land. The Company will on a smaller scale and over time, continue to assess the Company's portfolio of funeral and cemetery locations to ensure they continue to fit in the Company's strategy.

As of January 1, 2005, the Company had 18 funeral, six cemetery and four combination locations which had not been sold within one year of being added to the disposal list. The Company completed the sale of all these locations during 2005, except for one cemetery which was reclassified back to continuing operations.

29

The revenues and costs and impairment provisions for the locations identified as discontinued operations are presented in the following table:

| | 16 weeks ended October 8, 2005 | | 40 weeks ended October 8, 2005 | |
|---|---|---|---|---|
| Revenue | | | | |
| Funeral | | — | $ | 1,853 |
| Cemetery | | — | | 598 |
| | $ | — | $ | 2,451 |
| Gross margin | | | | |
| Funeral | $ | — | $ | (152) |
| Cemetery | | — | | (237) |
| | | — | | (389) |
| Provision for asset impairment | | — | | 568 |
| Other expense (income), net | | — | | 455 |
| Loss from discontinued operations, before tax | | — | | (1,412) |
| Income tax provision for discontinued operations | | — | | 266 |
| Loss from discontinued operations | $ | — | $ | (1,678) |
| Depreciation included in gross margin of discontinued operations | $ | — | $ | 20 |

## NOTE 11.   INCOME PER SHARE

The basic and diluted income per share computations for net income were as follows:

| | 16 weeks ended | | 40 weeks ended | |
|---|---|---|---|---|
| | October 7, 2006 | October 8, 2005 | October 7, 2006 | October 8, 2005 |
| Income (numerator): | | | | |
| Net income attributable to Common stockholders | $         803 | $      6,905 | $      5,460 | $    32,119 |
| Shares (denominator): | | | | |
| Basic weighted average number of shares of Common stock outstanding (thousands) | 40,678 | 40,456 | 40,606 | 40,456 |
| Effect of stock options assumed exercised (thousands) | 2,111 | 1,595 | 1,969 | 1,265 |
| Diluted weighted average number of shares of Common stock outstanding (thousands) | 42,789 | 42,051 | 42,575 | 41,721 |

For the 16 and 40 weeks ended October 7, 2006, 4,804,750 employee and director stock options were dilutive to earnings and are included in the computation of diluted earnings per share. Warrants to purchase 2,992,000 shares of Common stock were not included in the computation of diluted earnings per share, because they were anti-dilutive.

**NOTE 12.   EFFECT OF HURRICANE KATRINA**

The Company operated 30 funeral homes, four cemeteries and a limousine company in those areas of Louisiana and Mississippi that were affected by the hurricane on August 29, 2005. The Company experienced some damage at all of these locations. Of the 30 funeral homes, seven experienced significant damage, were not in operation at the end of the 2005 fiscal year and will not reopen. All four cemeteries are in operation. The New Orleans limousine company that had provided services both to the Company's funeral operations and other third-parties experienced significant damage to its fleet of vehicles and did not resume operations.

The Company is using its existing operating facilities to provide services to customers normally served by the Company's closed locations.

*Financial results*

The Company's financial results include the results from operations for those locations affected by Hurricane Katrina as outlined in the following table:

|  | 16 weeks ended | | 40 weeks ended | |
|  | October 7, 2006 | October 8, 2005 | October 7, 2006 | October 8, 2005 |
|---|---|---|---|---|
| **Funeral Homes** | | | | |
| Revenue | $ 8,603 | $ 7,301 | $ 21,065 | $ 21,656 |
| Number of funeral services performed | 1,478 | 1,570 | 4,168 | 4,649 |
| Number of same-site funeral services performed | 1,476 | 1,368 | 4,164 | 3,942 |
| Costs and expenses | $ 4,704 | $ 7,622 | $ 13,617 | $ 19,204 |
| Gross margin | $ 3,899 | $ (321) | $ 7,448 | $ 2,632 |
| Pre-need funeral contracts written | $ 2,832 | $ 3,174 | $ 5,669 | $ 8,956 |
| **Cemeteries** | | | | |
| Revenue | $ 822 | $ 787 | $ 2,295 | $ 2,211 |
| Number of cemetery interments | 230 | 233 | 653 | 760 |
| Costs and expenses | $ 845 | $ 900 | $ 2,107 | $ 2,228 |
| Gross margin | $ (23) | $ (113) | $ 188 | $ (17) |
| Pre-need cemetery contracts written | $ 366 | $ 356 | $ 938 | $ 1,047 |

*Insurance coverage and long-term asset gain or loss*

The Company purchases insurance coverage for property damage, including damage from wind and flood, subject to separate limits, sub-limits and deductible amounts. The Company, along with its insurance providers, is substantially complete in assessing and estimating the extent of damages and have agreed upon insurance proceeds of $12.7 million. The Company has recorded in funeral costs and expenses, gains of $1.0 million in the 16 weeks ended October 7, 2006 and $1.0 million in the 12 weeks ended June 17, 2006 from the write-off of identified partially, and fully damaged or abandonded buildings and contents.

The Company has initiated or completed much of the damage repairs. During the 16 weeks ended October 7, 2006, the Company recorded an additional expense of $0.6 million reflecting a higher deductible under its insurance policy and higher other expenses not reimbursed under the insurance policy.

31

The Company has business interruption insurance that allows the recovery of operating costs and lost profits. During the 16 weeks ended October 7, 2006, the Company recorded as funeral revenue $1.6 million from settlement of the Hurricane Katrina business interruption insurance claim.

## NOTE 13.   PROPOSED MERGER AGREEMENT

On April 3, 2006, Service Corporation International ("SCI") and the Company announced that they have entered into a merger agreement. Pursuant to the agreement, each share of the Company will be converted into the right to receive $20.00 per share in cash. In addition, SCI will assume approximately $358 million of the Company's debt. The Company's stockholders voted on May 31, 2006 to approve this agreement.

The transaction is in the final stages of regulatory approval and is expected to close before year end.

*Tender Offer for Eight Year Senior Unsecured Notes*

On September 7, 2006, the Company commenced a cash tender offer to purchase any and all of its outstanding $200,000,000 aggregate principal amount of Eight Year Senior Unsecured Notes, pursuant to an Offer to Purchase and Consent Solicitation Statement dated September 7, 2006. Currently, 100% of the outstanding principal amount of the Eight Year Senior Unsecured Notes has been validly tendered and not withdrawn. The tender offer for the Eight Year Senior Unsecured Notes is set to expire in coordination with SCI's acquisition of the Company. If any of the Eight Year Senior Unsecured Notes are withdrawn prior to the expiration of the tender offer, the Company has also received the requisite consents to adopt the proposed amendments to the indenture governing the Eight Year Senior Unsecured Notes to eliminate substantially all of the restrictive covenants contained in the indenture and the Eight Year Senior Unsecured Notes (other than, among other covenants, the covenants to pay interest on, and principal of, the Eight Year Senior Unsecured Notes when due) as well as certain events of default.

**ITEM 2.  MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

### Overview

Alderwoods Group, Inc., a Delaware corporation ("Alderwoods Group" and, together with its subsidiaries unless the context otherwise requires, the "Company"), is the second largest operator of funeral homes and cemeteries in North America based on total revenue and number of locations. As of October 7, 2006, the Company operated 578 funeral homes, 70 cemeteries and 63 combination funeral homes and cemeteries throughout North America. As of October 8, 2005, the Company operated 613 funeral homes, 72 cemeteries and 60 combination funeral homes and cemeteries throughout North America.

Alderwoods Group is a holding company owning, directly or indirectly, the capital stock of approximately 200 subsidiaries through which funeral, cemetery and insurance businesses are operated.

The Company provides services and products through three business segments:

*Funeral Operations.*  The Company's funeral operations encompass making funeral and cremation arrangements on an at-need or pre-need basis. The Company's funeral operations offer a full range of funeral services, including the collection of remains, registration of death, professional embalming, use of funeral home facilities, sale of caskets and other merchandise and transportation to a place of worship, funeral chapel, cemetery or crematorium. The Company's funeral operations generally experience higher volumes in the winter months, primarily due to higher incidence of deaths, as a result of illnesses brought on by cold weather.

*Cemetery Operations.*  The Company's cemetery operations assist families in making burial arrangements and offer a complete line of cemetery products (including a selection of burial spaces, burial vaults, lawn crypts, caskets, memorials, niches, mausoleum crypts and other merchandise), the opening and closing of graves and cremation services.

*Insurance Operations.*  The Company operates an insurance subsidiary licensed in a total of 34 states and the District of Columbia. This insurance subsidiary sells a variety of insurance products for the funding of pre-need funeral services.

### Critical Accounting Policies

Accounting policies that the Company believes are both most important to the portrayal of the Company's financial condition and results, and require management's most difficult, subjective or complex judgments are described under Item 7. "—Management's Discussion and Analysis of Financial Condition and Results of Operations" in Alderwoods Group's Annual Report on Form 10-K for the 52 weeks ended December 31, 2005, as filed with the U.S. Securities and Exchange Commission ("SEC") and in Note 2 included in Item 1 of Part I of this Quarterly Report on Form 10-Q. Aside from the adoption of SFAS 123R as described in Note 2 included in Item 1 of Part I of this Quarterly Report on Form 10-Q, there have been no changes to the Company's critical accounting policies in the 16 and 40 weeks ended October 7, 2006.

### Basis of Presentation

The Company's accounting information contained in this Quarterly Report on Form 10-Q is presented on the basis of United States generally accepted accounting principles ("GAAP"). This discussion and analysis of financial condition and results of operations of the Company are based upon and should be read in conjunction with the Company's interim consolidated financial statements included in Item 1 of Part I of this Quarterly Report on Form 10-Q (including the notes thereto).

33

**Results of Operations**

The operations of the Company comprise three businesses: funeral activities, cemetery activities and an insurance business in support of its pre-need funeral business. Additional segment information is provided in Note 7 to the Company's interim consolidated financial statements included in Item 1 of Part I of this Quarterly Report on Form 10-Q.

*Hurricane Katrina*

During the 52 weeks ended December 31, 2005, some of the Company's operations were affected by Hurricane Katrina. The Company operated 30 funeral homes, four cemeteries and a limousine company in those areas of Louisiana and Mississippi that were affected by the hurricane on August 29, 2005. The Company experienced some damage at all of these locations. Of the 30 funeral homes, seven experienced significant damage, were not in operation at the end of the 2005 fiscal year and will not reopen. All four cemeteries are in operation. The New Orleans limousine company that had provided services both to the Company's funeral operations and other third-parties experienced significant damage to its fleet of vehicles and did not resume operations.

The Company is using its existing operating facilities to provide services to customers normally served by the Company's closed locations.

The Company purchases insurance coverage for property damage, including damage from wind and flood, subject to separate limits, sub-limits and deductible amounts. The Company, along with its insurance providers, is substantially complete in assessing and estimating the extent of damages and have agreed upon insurance proceeds of $12.7 million. The Company has recorded in funeral costs and expenses, gains of $1.0 million in the 16 weeks ended October 7, 2006 and $1.0 million in the 12 weeks ended June 17, 2006 from the write-off of identified partially, and fully damaged or abandonded buildings and contents.

The Company has initiated or completed much of the damage repairs. During the 16 weeks ended October 7, 2006, the Company recorded an additional expense of $0.6 million reflecting a higher deductible under its insurance policy and higher other expenses not reimbursed under the insurance policy.

The Company has business interruption insurance that allows the recovery of operating costs and lost profits. During the 16 weeks ended October 7, 2006, the Company recorded as funeral revenue $1.6 million from settlement of the Hurricane Katrina business interruption insurance claim.

Additional information regarding Hurricane Katrina is provided in Note 12 to the Company's interim consolidated financial statements included in Item 1 of Part I of this Quarterly Report on Form 10-Q.

34

*16 weeks ended October 7, 2006 Compared to 16 weeks ended October 8, 2005*

Detailed below are the operating results of the Company for the 16 weeks ended October 7, 2006 and October 8, 2005. The operating results are expressed in dollar amounts as well as relevant percentages, presented as a percentage of revenue.

| | 16 weeks ended | | | |
|---|---|---|---|---|
| | October 7, 2006 | October 8, 2005 | October 7, 2006 | October 8, 2005 |
| | (in thousands) | (in thousands) | (percentages) | (percentages) |
| Revenue | | | | |
| Funeral | $ 139,367 | $ 133,158 | 61.3 | 62.0 |
| Cemetery | 55,769 | 52,519 | 24.5 | 24.5 |
| Insurance | 32,287 | 29,105 | 14.2 | 13.5 |
| Total | $ 227,423 | $ 214,782 | 100.0 | 100.0 |
| Gross margin | | | | |
| Funeral | $ 25,513 | $ 16,231 | 18.3 | 12.2 |
| Cemetery | 7,543 | 5,317 | 13.5 | 10.1 |
| Insurance | 1,859 | 1,353 | 5.8 | 4.6 |
| Total | 34,915 | 22,901 | 15.4 | 10.7 |
| Expenses | | | | |
| General and administrative | 24,831 | 19,192 | 10.9 | 8.9 |
| Provision for asset impairment | 588 | 254 | 0.3 | 0.1 |
| Income from operations | 9,496 | 3,455 | 4.2 | 1.7 |
| Interest on long-term debt | 8,554 | 8,967 | 3.8 | 4.2 |
| Other expense (income), net | (347) | (68) | (0.2) | 0.0 |
| Income before income taxes | 1,289 | (5,444) | 0.6 | (2.5) |
| Income taxes | 486 | (12,349) | 0.2 | (5.7) |
| Income from continuing operations | $ 803 | $ 6,905 | 0.4 | 3.2 |

Other information from continuing operations for the 16 weeks ended October 7, 2006, and 16 weeks ended October 8, 2005, is summarized in the following table:

**16 weeks ended October 7, 2006 and 16 weeks ended October 8, 2005**

| Continuing Operations: | October 7, 2006 | October 8, 2005 | Increase (decrease) | |
|---|---|---|---|---|
| | | | (amount) | (percentages) |
| **Funeral—Other Information** | | | | |
| Number of funeral services performed | 31,884 | 32,368 | (484) | (1.5) |
| Number of same site funeral services performed | 31,788 | 31,873 | (85) | (0.3) |
| Average revenue per funeral service | $ 4,371 | $ 4,114 | $ 257 | 6.2 |
| Same site average revenue per funeral service | $ 4,329 | $ 4,104 | $ 225 | 5.5 |
| Pre-need funeral contracts written (in millions) | $ 59.3 | $ 59.7 | $ (0.4) | (0.7) |
| Pre-need funeral conversion (percentages) | 26 | 27 | | (1) |
| **Cemetery—Other Information** | | | | |
| Number of cemetery interments | 13,122 | 13,763 | (641) | (4.7) |
| Pre-need cemetery contracts written (in millions) | $ 28.9 | $ 28.9 | $ 0.0 | 0.0 |

*Continuing Operations*

Consolidated revenue of $227.4 million for the 16 weeks ended October 7, 2006, increased by $12.6 million, or 5.9%, compared to the corresponding period in 2005, reflecting increases in all three of the Company's business segments. Consolidated gross margin as a percentage of revenue increased to 15.4% for the 16 weeks ended October 7, 2006, compared to 10.7% from the comparative period in 2005.

Funeral revenue of $139.4 million for the 16 weeks ended October 7, 2006, increased by $6.2 million, or 4.7%, compared to $133.2 million for the corresponding period in 2005. A decrease in the number of funeral services performed was partially offset by an increase of $257, or 6.2%, in average revenue per funeral service performed. The number of funeral services performed during the 16 weeks ended October 7, 2006 decreased by 1.5% from the corresponding period in 2005. The increase in average revenue per funeral service performed was achieved through adjusting the pricing and mix of merchandise and services offered to customer families designed to both meet customer family needs and to increase average revenues and included $1.6 million from settlement of the Hurricane Katrina business interruption insurance claim.

Included in the funeral revenue for the 16 weeks ended October 7, 2006 is $7.0 million from 1,478 funeral services performed in New Orleans, Louisiana and on the Gulf Coast of Mississippi and $1.6 million from settlement of the Hurricane Katrina business interruption insurance claim compared to $7.3 million of funeral revenue from 1,570 funeral services performed for the 16 weeks ended October 8, 2005. The Company's funeral operations in these areas were significantly affected by Hurricane Katrina.

On a same site basis, funeral revenue was $137.7 million for the 16 weeks ended October 7, 2006, compared to $130.9 million for the corresponding period in 2005. Same site calls decreased by 85 or 0.3% compared to the comparative period in 2005. This was offset by an increase in same site average revenue per funeral service of $225 or 5.5% compared to the comparative period in 2005.

The number of cremation services performed as a percentage of total services performed increased to 38.4% for the 16 weeks ended October 7, 2006, compared to 36.7% for the corresponding period in 2005, consistent with national trends. The number of cremation services performed may impact funeral revenue, as the average revenue per cremation service is typically lower than the average revenue for a traditional funeral service.

Funeral gross margin as a percentage of revenue increased to 18.3% for the 16 weeks ended October 7, 2006, compared to 12.2% for the corresponding period in 2005. The gross margin in 2006 included a $1.0 million gain related to the insurance settlement for partially destroyed properties and $1.6 million from settlement of the Hurricane Katrina business interruption insurance claim. Also contributing to the increase over the comparative period are (i) a $2.7 million accrual for an expected insurance deductible and expenses not expected to be reimbursed under the Company's insurance policy for damages at locations affected by Hurricane Katrina in the comparative period, and (ii) a $1.3 million accrual for litigation claims in the comparative period.

Pre-need funeral contracts written for the 16 weeks ended October 7, 2006, were $59.3 million, compared to $59.7 million for the corresponding period in 2005. The Company is continuing its program to increase pre-need sales. For the 16 weeks ended October 7, 2006, 26% of the funeral services performed were derived from the pre-need backlog, a decrease of 1% from the comparative period in 2005. The Company manages the cash impact of its pre-need funeral sales program primarily by offsetting direct costs, including commissions paid to counselors, with either general agency commissions received from third party and related insurance companies or amounts not required to be trusted. Pre-need funeral sales are important, because over time, they build the foundation for future funeral revenue and generate positive cash flow when the funeral service is performed.

Cemetery revenue of $55.8 million for the 16 weeks ended October 7, 2006, was $3.3 million, or 6.2%, higher than cemetery revenue for the corresponding period in 2005, primarily due to increased revenue from both at-need sales and recognized pre-need space sales.

36

Cemetery gross margin as a percentage of revenue increased to 13.5% for the 16 weeks ended October 7, 2006, compared to 10.1% for the corresponding period in 2005, primarily due to increased revenue recognized from pre-need space sales offset by lower facility costs of $0.7 million and decreased wage and benefit costs of $1.1 million.

Pre-need cemetery contracts written for both the 16 weeks ended October 7, 2006, and the corresponding period in 2005, were $28.9 million. Pre-need cemetery sales may initially decrease cash flows if the amount of cash initially collected is insufficient to cover the amount required to be trusted, sales commissions, and other direct costs paid out. However, this initial net cash flow impact is not significant, as the Company sets minimum down payments, maximum terms and sales commission rates to maximize cash flow. The Company believes that pre-need cemetery sales are important, because over time, they generate positive cash flow and build the foundation for future cemetery revenue.

Insurance revenue for the 16 weeks ended October 7, 2006, increased $3.2 million, or 10.9%, compared to the corresponding period in 2005, primarily due to increased insurance premiums of $2.3 million and increased investment income of $0.9 million. Insurance premium revenue is dependent on the level of pre-need funeral contracts written over time that are funded by the Company's insurance subsidiary. Insurance production represents the insurance segment's participation in the Company's pre-need funeral contracts and for the 16 weeks ended October 7, 2006 was $42.1 million compared to $37.9 million for the corresponding period in 2005. Insurance gross margin as a percentage of revenue increased to 5.8% for the 16 weeks ended October 7, 2006, compared to 4.6% for the corresponding period in 2005.

General and administrative expenses for the Company for the 16 weeks ended October 7, 2006, were $24.8 million, or 10.9% of consolidated revenue, compared to $19.2 million, or 8.9% of consolidated revenue, for the corresponding period in 2005. General and administrative expenses included the following items affecting the comparison of the 16 weeks ended October 7, 2006 to the 16 weeks ended October 8, 2005:

| | 16 weeks ended | | | |
|---|---|---|---|---|
| | October 7, 2006 | | October 8, 2005 | |
| | (in millions) | | | |
| Legal expenses related to Funeral Consumers Alliance litigation | $ | 1.3 | $ | — |
| Legal and other expenses related to the proposed Service Corporation International merger agreement | | 6.1 | | — |
| Equity incentive plan stock based compensation expense related to stock options and restricted stock units | | 1.1 | | — |
| Increased Canadian dollar based support centre expenses due to foreign exchange | | 1.5 | | — |
| Decrease in incentive bonus expense | | (2.0) | | — |
| Reduced expected audit expenses | | (1.4) | | — |

Included in general and administrative expenses for the 16 weeks ended October 7, 2006 was $1.1 million of stock based compensation expense from stock options and restricted stock units resulting from the adoption of SFAS 123R using the modified prospective method. For the 16 weeks ended October 8, 2005, the Company applied APB No. 25 and related interpretations to account for stock based compensation and no stock based compensation expense was recognized.

In accordance with FAS 142, the Company undertook its annual goodwill impairment review during the 16 weeks ended October 7, 2006. Goodwill impairment is deemed to exist, and must then be further assessed, if a reporting unit's carrying amount exceeds its estimated fair value. The Company's reporting units are funeral, cemetery and insurance, which are consistent with the Company's operating segments. All of the Company's goodwill is recorded in the funeral reporting unit. As a result of the Company's annual goodwill impairment review which included analysis based on the proposed sale of the Company,

37

there was no indication of goodwill impairment, as the estimated fair value of the reporting unit exceeded its carrying amount as of October 7, 2006.

From 2003 to 2005 the Company had a long term incentive plan for its executive officers based on Company performance targets for which an expense of $1.4 million was recorded in general and administrative expenses for the 16 weeks ended October 8, 2005. In July, 2005 the Company adopted the 2005-2007 Executive Strategic Incentive Plan, a stock price based incentive plan for its executive officers. This stock price based incentive plan is accounted for under SFAS 123R as a liability based award, resulting in the measurement of the estimated fair value at each reporting date. On adoption of SFAS 123R, the Company recorded a cumulative effect of change in accounting principle as of January 1, 2006 of $1.2 million based on a estimated fair value of $6.6 million as at January 1, 2006. On October 7, 2006, additional compensation expense of $1.5 million was recorded for the 16 weeks ended October 7, 2006 based on estimated fair value of $11.2 million as at October 7, 2006.

Interest expense on long-term debt for the 16 weeks ended October 7, 2006, was $8.6 million, reflecting the effect of principal repayments and lower interest rates compared to interest expense of $9.0 million in the corresponding period in 2005, as detailed in the following table:

|  | 16 weeks ended | | | |
| --- | --- | --- | --- | --- |
|  | October 7, 2006 | | October 8, 2005 | |
|  | (in millions) | | | |
| Interest on long-term debt | $ | 8.0 | $ | 8.1 |
| Amortization of debt issue costs |  | 0.6 |  | 0.9 |
| Total interest on long-term debt and refinancing costs | $ | 8.6 | $ | 9.0 |

Income tax expense for the 16 weeks ended October 7, 2006 was $0.5 million compared to a recovery of $12.3 million for the corresponding period in 2005. The Company's financial statement effective tax rate for the 16 weeks ended October 7, 2006 was 37.7%. The effective tax rate will vary from the statutory rate because, (i) stock option compensation expense recorded as a result of the adoption of SFAS 123R is a permanent difference in certain jurisdictions, (ii) costs related to the proposed transaction with SCI have not been deducted, (iii) the realization of the benefits of the tax assets that had a corresponding valuation allowance established on January 2, 2002 will result in a reduction to goodwill established on January 2, 2002, (iv) the realization of tax assets that had a corresponding valuation allowance established after January 2, 2002 will result in a benefit, (v) losses incurred in certain jurisdictions may not offset the tax expense in profitable jurisdictions, and (vi) adjustments to and settlements of tax contingencies are recorded.

Income tax expense for the 16 weeks ended October 8, 2005 included the non-cash resolution of an outstanding tax liability, reducing income tax expense by $12.6 million.

At December 31, 2001, the Company had accrued $57.1 million of reorganization costs related to costs incurred during its predecessor's reorganization, as well as costs incurred in connection with the actual emergence from reorganization proceedings and various related activities. As of October 7, 2006, the balance of $0.9 million of reorganization costs, primarily consisting of an accrual for a legal fee reimbursement, has been included in accounts payable and accrued liabilities.

*Discontinued Operations*

In fiscal years 2002 through 2004, the Company engaged in a strategic market rationalization assessment to dispose of cemetery and funeral operating locations that did not fit into the Company's market or business strategies, as well as under-performing locations and excess cemetery land. The Company will, on a smaller scale and over time, continue to assess the Company's portfolio of funeral and cemetery locations to ensure they continue to fit in the Company's strategy.

38

As of October 8, 2005, the Company had completed the strategic market rationalization program except for one cemetery which was classified back to continuing operations during the 16 and 40 weeks ended October 8, 2005.

### 40 weeks ended October 7, 2006 Compared to 40 weeks ended October 8, 2005

Detailed below are the operating results of the Company for the 40 weeks ended October 7, 2006 and October 8, 2005. The operating results are expressed in dollar amounts as well as relevant percentages, presented as a percentage of revenue.

| | 40 weeks ended | | | |
|---|---|---|---|---|
| | October 7, 2006 | October 8, 2005 | October 7, 2006 | October 8, 2005 |
| | (in thousands) | (in thousands) | (percentages) | (percentages) |
| Revenue | | | | |
| Funeral | $ 368,020 | $ 367,672 | 63.3 | 63.9 |
| Cemetery | 135,105 | 134,737 | 23.2 | 23.4 |
| Insurance | 78,559 | 73,076 | 13.5 | 12.7 |
| Total | $ 581,684 | $ 575,445 | 100.0 | 100.0 |
| Gross margin | | | | |
| Funeral | $ 71,383 | $ 66,215 | 19.4 | 18.0 |
| Cemetery | 18,440 | 17,711 | 13.6 | 13.1 |
| Insurance | 3,941 | 3,466 | 5.0 | 4.7 |
| Total | 93,764 | 87,392 | 16.1 | 15.2 |
| Expenses | | | | |
| General and administrative | 57,388 | 31,539 | 9.9 | 5.5 |
| Provision for asset impairment | 588 | (1,373) | 0.1 | (0.2) |
| Income from operations | 35,788 | 57,226 | 6.1 | 9.9 |
| Interest on long-term debt | 21,503 | 23,495 | 3.7 | 4.1 |
| Other expense (income), net | (221) | (5,910) | 0.0 | (1.0) |
| Income before income taxes | 14,506 | 39,641 | 2.4 | 6.8 |
| Income taxes | 7,804 | 5,844 | 1.3 | 1.0 |
| Income from continuing operations | $ 6,702 | $ 33,797 | 1.1 | 5.8 |

Other information from continuing operations for the 40 weeks ended October 7, 2006, and 40 weeks ended October 8, 2005, is summarized in the following table:

### 40 weeks ended October 7, 2006 and 40 weeks ended October 8, 2005

| | | | Increase (decrease) | |
|---|---|---|---|---|
| Continuing Operations: | October 7, 2006 | October 8, 2005 | (amount) | (percentages) |
| **Funeral—Other Information** | | | | |
| Number of funeral services performed | 85,134 | 89,103 | (3,969) | (4.5) |
| Number of same site funeral services performed | 84,857 | 86,938 | (2,081) | (2.4) |
| Average revenue per funeral service | $ 4,323 | $ 4,126 | $ 197 | 4.8 |
| Same site average revenue per funeral service | $ 4,306 | $ 4,125 | $ 181 | 4.4 |
| Pre-need funeral contracts written (in millions) | $ 144.8 | $ 150.0 | $ (5.2) | (3.5) |
| Pre-need funeral conversion (percentages) | 27 | 27 | — | — |

**Cemetery—Other Information**

| | | | | | | |
|---|---|---|---|---|---|---|
| Number of cemetery interments | | | 34,179 | | 36,264 | (2,085) | (5.7) |
| Pre-need cemetery contracts written (in millions) | $ | 74.0 | $ | 74.6 | $ | (0.6) | (0.8) |

*Continuing Operations*

Consolidated revenue of $581.7 million for the 40 weeks ended October 7, 2006 increased by $6.2 million, or 1.1%, compared to the corresponding period in 2005, reflecting an increase in insurance revenue. Consolidated gross margin as a percentage of revenue increased to 16.1% for the 40 weeks ended October 7, 2006, from 15.2% for the corresponding period in 2005.

Funeral revenue of $368.0 million for the 40 weeks ended October 7, 2006, increased by $0.3 million, or 0.1%, compared to $367.7 million for the corresponding period in 2005, primarily as a result of a decrease in the number of funeral services performed partially offset by an increase of $197, or 4.8%, in average revenue per funeral service performed. The number of funeral services performed during the 40 weeks ended October 7, 2006 decreased by 4.5% from the corresponding period in 2005. The increase in average revenue per funeral service performed was achieved through adjusting the pricing and mix of merchandise and services offered to customer families designed to both meet customer family needs and to increase average revenues.

Included in the funeral revenue for the 40 weeks ended October 7, 2006 is $21.1 million from 4,168 funeral services performed in New Orleans, Louisiana and on the Gulf Coast of Mississippi compared to $21.7 million of funeral revenue from 4,649 funeral services performed for the 40 weeks ended October 8, 2005. The Company's funeral operations in these areas were significantly affected by Hurricane Katrina.

On a same site basis, funeral revenue was $365.4 million for the 40 weeks ended October 7, 2006, an increase of $6.8 million or 1.9% compared to the corresponding period in 2005. Same site calls decreased by 2,081 or 2.4% compared to the comparative period. This was offset by an increase in same site average revenue per funeral service of $181 or 4.4% compared to the comparative period in 2005.

The number of cremation services performed as a percentage of total services performed increased to 37.8% for the 40 weeks ended October 7, 2006, compared to 36.4% for the corresponding period in 2005, consistent with national trends. The number of cremation services performed may impact funeral revenue, as the average revenue per cremation service is typically lower than the average revenue for a traditional funeral service.

Funeral gross margin as a percentage of revenue increased to 19.4% for the 40 weeks ended October 7, 2006, compared to 18.0% for the corresponding period in 2005. The increase in gross margin was primarily due to recording in funeral costs and expenses gains of $1.0 million in the 16 weeks ended October 7, 2006 and $1.0 million in the 12 weeks ended June 17, 2006 from the insurance negotiations of fully or partially destroyed buildings and contents and $1.6 million from settlement of the Hurricane Katrina business interruption claim. Offsetting these amounts in the comparative period are (i) a $2.7 million accrual for an expected insurance deductible and expenses not expected to be reimbursed under the Company's insurance policy for damages at locations affected by Hurricane Katrina, and (ii) a $1.3 million accrual for litigation claims.

Pre-need funeral contracts written for the 40 weeks ended October 7, 2006, were $144.8 million, compared to $150.0 million for the corresponding period in 2005. The Company is continuing its program to increase pre-need sales. For the 40 weeks ended October 7, 2006, 27% of the funeral services performed were derived from the pre-need backlog, consistent with the comparative period in 2005. The Company manages the cash impact of its pre-need funeral sales program primarily by offsetting direct costs, including commissions paid to counselors, with either general agency commissions received from third

40

party and related insurance companies or amounts not required to be trusted. Pre-need funeral sales are important, because over time, they build the foundation for future funeral revenue and generate positive cash flow when the funeral service is performed.

Cemetery revenue of $135.1 million for the 40 weeks ended October 7, 2006, was $0.4 million, or 0.3%, higher than cemetery revenue for the corresponding period in 2005, primarily due to increased revenue recognized from pre-need space sales.

Cemetery gross margin as a percentage of revenue increased to 13.6% for the 40 weeks ended October 7, 2006, compared to 13.1% for the corresponding period in 2005.

Pre-need cemetery contracts written for the 40 weeks ended October 7, 2006, were $74.0 million, compared to $74.6 million for the corresponding period in 2005. Pre-need cemetery sales may initially decrease cash flows if the amount of cash initially collected is insufficient to cover the amount required to be trusted, sales commissions, and other direct costs paid out. However, this initial net cash flow impact is not significant, as the Company sets minimum down payments, maximum terms and sales commission rates to maximize cash flow. The Company believes that pre-need cemetery sales are important, because over time, they generate positive cash flow and build the foundation for future cemetery revenue.

Insurance revenue for the 40 weeks ended October 7, 2006, increased $5.5 million, or 7.6%, compared to the corresponding period in 2005, primarily due to increases in premiums of $3.8 million and increased investment income of $2.2 million. Insurance premium revenue is dependent on the level of pre-need funeral contracts written over time that are funded by the Company's insurance subsidiary. Insurance production represents the insurance segment's participation in the Company's pre-need funeral contracts and for the 40 weeks ended October 7, 2006 was $102.6 million compared to $101.9 million for the corresponding period in 2005. Insurance gross margin as a percentage of revenue increased to 5.0% for the 40 weeks ended October 7, 2006, compared to 4.7% for the corresponding period in 2005.

General and administrative expenses for the Company for the 40 weeks ended October 7, 2006, were $57.4 million, or 9.9% of consolidated revenue, compared to $31.5 million, or 5.5% of consolidated revenue, for the corresponding period in 2005. General and administrative expenses included the following items affecting the comparison of the 40 weeks ended October 7, 2006 to the 40 weeks ended October 8, 2005:

| | 40 weeks ended | | | |
|---|---|---|---|---|
| | October 7, 2006 | | October 8, 2005 | |
| | (in millions) | | | |
| Legal expenses related to Funeral Consumers Alliance litigation | $ | 2.8 | $ | — |
| Legal and other expenses related to the proposed Service Corporation International merger agreement | | 8.9 | | — |
| Equity incentive plan stock based compensation expense related to stock options and restricted stock units | | 2.7 | | — |
| Increase in long term executive incentive expense | | 1.6 | | — |
| Increased Canadian based support centre expenses due to foreign exchange | | 3.7 | | — |
| Decrease in retirement allowance accrual | | (0.7) | | — |
| Decrease in incentive bonus expense | | (2.6) | | — |
| Reduced expected audit expenses | | (1.0) | | — |
| Reduction in accrual on settlement of US trustee bankruptcy fee | | — | | (0.9) |
| Recovery of corporate receivable previously fully reserved against | | — | | (10.9) |

Included in general and administrative expenses for the 40 weeks ended October 7, 2006 was $2.7 million of stock based compensation expense from stock options and restricted stock units resulting from the adoption of SFAS 123R using the modified prospective method. For the 40 weeks ended

41

October 8, 2005, the Company applied APB No. 25 and related interpretations to account for stock based compensation and no stock based compensation expense was recognized.

From 2003 to 2005 the Company had a long term incentive plan for its executive officers based on Company performance targets for which an expense of $2.7 million was recorded in general and administrative expenses for the 40 weeks ended October 8, 2005. In July, 2005 the Company adopted the 2005-2007 Executive Strategic Incentive Plan, a stock price based incentive plan for its executive officers. This stock price based incentive plan is accounted for under SFAS 123R as a liability based award, resulting in the measurement of the estimated fair value at each reporting date. On adoption of SFAS 123R, the Company recorded a cumulative effect of change in accounting principle as of January 1, 2006 of $1.2 million based on a estimated fair value of $6.6 million as at January 1, 2006. On October 7, 2006, additional compensation expense of $4.4 million was recorded for the 40 weeks ended October 7, 2006 based on estimated fair value of $11.2 million as at October 7, 2006.

Interest expense on long-term debt for the 40 weeks ended October 7, 2006, was $21.5 million, reflecting the effect of principal repayments and lower interest rates compared to $23.5 million interest expense and tender premium in the corresponding period in 2005, as detailed in the following table:

|  | 40 weeks ended | | | |
|---|---|---|---|---|
|  | October 7, 2006 | | October 8, 2005 | |
|  | (in millions) | | | |
| Interest on long-term debt | $ | 20.1 | $ | 20.6 |
| Amortization of debt issue costs |  | 1.4 |  | 2.6 |
| Tender premium on the repurchase of the 12.25% Senior Unsecured Notes due in 2009 |  | — |  | 0.3 |
| Total interest on long-term debt and refinancing costs | $ | 21.5 | $ | 23.5 |

Income tax expense for the 40 weeks ended October 7, 2006 was $7.8 million compared to $5.8 million for the corresponding period in 2005. The Company's financial statement effective tax rate for the 40 weeks ended October 7, 2006 was 53.8%. The effective tax rate will vary from the statutory rate because, (i) stock option compensation expense recorded as a result of the adoption of SFAS 123R is a permanent difference in certain jurisdictions, (ii) costs related to the proposed transaction with SCI have not been deducted, (iii) the realization of the benefits of the tax assets that had a corresponding valuation allowance established on January 2, 2002 will result in a reduction to goodwill established on January 2, 2002, (iv) the realization of tax assets that had a corresponding valuation allowance established after January 2, 2002 will result in a benefit, and (v) losses incurred in certain jurisdictions may not offset the tax expense in profitable jurisdictions.

Income tax expense for the 40 weeks ended October 8, 2005 included the non-cash resolution of an outstanding tax liability, reducing income tax expense by $12.1 million.

*Discontinued Operations*

In fiscal years 2002 through 2004, the Company engaged in a strategic market rationalization assessment to dispose of cemetery and funeral operating locations that did not fit into the Company's market or business strategies, as well as under-performing locations and excess cemetery land. The Company will, on a smaller scale and over time, continue to assess the Company's portfolio of funeral and cemetery locations to ensure they continue to fit in the Company's strategy.

As of October 8, 2005, the Company had completed the strategic market rationalization program except for one cemetery which was classified back to continuing operations during the 16 and 40 weeks ended October 8, 2005.

42

*Pre-need Funeral and Cemetery Backlog for Continuing Operations*

The Company's backlog represents pre-need funeral and cemetery arrangements with customer families. These arrangements are subject to trust or insurance funding requirements. The activities in the Company's funeral backlog, excluding the effects of unrealized gains and losses on trust investments, were as follows:

| | 16 weeks ended | | 40 weeks ended | |
| --- | --- | --- | --- | --- |
| | October 7, 2006 | October 8, 2005 | October 7, 2006 | October 8, 2005 |
| | (in thousands) | | (in thousands) | |
| Funeral backlog: | | | | |
| Beginning balance | $ 1,351,045 | $ 1,307,643 | $ 1,336,828 | $ 1,279,964 |
| Sales, net of cancellations | 54,733 | 50,835 | 81,201 | 133,760 |
| Maturities | (32,402) | (34,475) | (107,793) | (102,675) |
| Net increase in insurance benefits and earnings realized on funeral trust balances | 6,937 | 9,634 | 14,599 | 16,047 |
| Change in cancellation reserve | (3,047) | (2,829) | (1,357) | 2,566 |
| Other | (394) | 2,378 | (1,341) | 3,524 |
| Ending balance | $ 1,376,870 | $ 1,333,186 | $ 1,376,870 | $ 1,333,186 |
| Trust funded | $ 344,222 | $ 349,972 | $ 344,222 | $ 349,972 |
| Third party insurance companies | 654,309 | 662,745 | 654,309 | 662,745 |
| Subsidiary insurance company | 378,619 | 320,469 | 378,619 | 320,469 |
| | $ 1,376,870 | $ 1,333,186 | $ 1,376,870 | $ 1,333,186 |

The activities in the Company's cemetery backlog, excluding the effects of unrealized gains and losses on trust investments, were as follows:

| | 16 weeks ended | | 40 weeks ended | |
| --- | --- | --- | --- | --- |
| | October 7, 2006 | October 8, 2005 | October 7, 2006 | October 8, 2005 |
| | (in thousands) | | (in thousands) | |
| Cemetery backlog: | | | | |
| Beginning balance | $ 284,062 | $ 270,650 | $ 276,755 | $ 262,825 |
| Sales, net of cancellations | 23,337 | 26,842 | 66,470 | 69,809 |
| Maturities | (26,841) | (26,006) | (66,236) | (67,713) |
| Earnings realized on cemetery trust balances | 3,888 | 4,243 | 7,096 | 8,956 |
| Change in cancellation reserve | (2,511) | 270 | (2,150) | 2,122 |
| Other | — | (1,709) | — | (1,709) |
| Ending balance | $ 281,935 | $ 274,290 | $ 281,935 | $ 274,290 |

## Liquidity and Capital Resources

*Cash Flows*

The Company derives the majority of its cash from at-need funeral and cemetery revenue. Cash flow is also impacted by the funeral and cemetery pre-need activities. Pre-need funeral and cemetery activities are discussed in detail in Item 1. "Business" in Alderwoods Group's Annual Report on Form 10-K for the 52 weeks ended December 31, 2005, as filed with the SEC.