BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>                 Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>                 Defendant. | Case No. CV 08-1184-SI<br><br>**REPLY AFFIRMATION OF SARAH CRESSMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23**<br><br>Date:   December 17, 2009<br>Time:  10:00 a.m.<br>Dept:  10<br>Judge: The Honorable Susan Illston |

Additional Attorneys for Plaintiffs, who are admitted *pro hac vice*:

J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Annette Gifford, NY Attorney No. 4105870
Sarah Cressman, NY Attorney No. 4014379
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile: (585) 272-0574
nthomas@theemploymentattorneys.com

Charles H. Saul, PA State Bar No. 19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380
csaul@margolisedelstein.com

I, Sarah Cressman, under penalty of perjury, declare:

1. I am associated with the law firm Thomas & Solomon LLP, counsel for plaintiffs in this action. This Affirmation is submitted with Plaintiffs' Reply in further support of Plaintiffs' Motion for Rule 23 Class Certification.

2. I have reviewed Thomas & Solomon's records to determine that plaintiffs' counsel sent notice to at least 2,781 individuals in the action pending in the U.S. District Court for the Western District of Pennsylvania for plaintiffs' FLSA claims, *Prise, et al. v. Alderwoods Group, Inc.,* Case No. 06-cv-1641 (Conti, J.) (hereinafter "*Prise* Action"). This number does not include all hourly Alderwoods' employees in all job titles, but only includes hourly employees who worked for Alderwoods after December 8, 2003 in the positions Apprentice Funeral Director/Embalmer, Funeral Director/Embalmer, Funeral Director, Location Manager paid on an hourly basis, Arranger, Assistant Funeral Director, and/or Community Relations Director. A second round of notice was later sent to additional employees who worked for Alderwoods after April 23, 2005 in the positions Funeral Services Support-4 and Location Administrator.

3. An excerpt from the transcript of the September 3, 2009 hearing in the *Prise* Action is attached hereto as **Exhibit 1**.

## DEPOSITION TRANSCRIPTS

4. The deposition transcript excerpts attached hereto are from depositions Alderwoods conducted of plaintiffs during certification-related discovery in the *Prise* Action and also from defendant's depositions conducted of plaintiffs' manager-affiants in the instant action subsequent to the filing of Plaintiffs' Motion for Certification Pursuant to Federal Rule of Civil Procedure 23.

5. On October 31, 2009, defendant deposed manager Dennis Baker. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 2**.

6. On October 23, 2009, defendant deposed manager Herbert Bath. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 3**.

7.      On August 11, 2009, defendant deposed plaintiff Jason Burgess. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 4**.

8.      On December 10, 2008, defendant deposed plaintiff Shane Carswell. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 5**.

9.      On April 20, 2009, defendant deposed plaintiff Millard Daigle. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 6**.

10.     On May 8, 2009, defendant deposed plaintiff Steven Detschner. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 7**.

11.     On April 22, 2009, defendant deposed plaintiff Jeffrey Diggs. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 8**.

12.     On March 11, 2009, defendant deposed plaintiff Stephen Escobar. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 9**.

13.     On October 28, 2009, defendant deposed manager Ric Hensley.  True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 10**.

14.     On July 17, 2009, defendant deposed plaintiff Louise Johnson. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 11**.

15.     On April 21, 2009, defendant deposed plaintiff Robert Jones. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 12**.

16.     On October 21, 2009, defendant deposed manager Richard Kamienski.  True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 13**.

17.     On March 5, 2009, defendant deposed plaintiff Angela Keath. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 14**.

18.     On December 11, 2008, defendant deposed plaintiff Richard Kuhta. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 15**.

19.     On April 24, 2009, defendant deposed plaintiff Michael Lanza. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 16**.

20. On December 18, 2008, defendant deposed plaintiff Kasi Long. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 17**.

21. On November 24, 2008, defendant deposed plaintiff Beverly McDonald. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 18**.

22. On April 18, 2009, defendant deposed plaintiff Barry Miles. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 19**.

23. On October 16, 2008, defendant deposed plaintiff Robert Pramik. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 20**.

24. On November 6, 2008 ("Prise I"), and November 25, 2008 ("Prise II"), defendant deposed plaintiff Deborah Prise. True and correct copies of excerpts of the Prise I deposition transcript only are attached hereto as **Exhibit 21**.

25. On November 7, 2008, defendant deposed plaintiff Heather Rady. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 22**.

26. On August 29, 2009, defendant deposed plaintiff Jack Reddick. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 23**.

27. On May 15, 2009, defendant deposed plaintiff John Schabloski. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 24**.

28. On October 19, 2009, defendant deposed plaintiff Sandy Thomas. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 25**.

29. On October 21, 2009 ("Weinstein I") and continuing on November 7, 2009 ("Weinstein II"), defendant deposed plaintiff and manager Stacey Weinstein. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 26**.

30. On April 15, 2009, defendant deposed plaintiff Jack Wilkinson. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 27**.

1  I affirm under penalty of perjury that the foregoing is true and correct.

2  Executed on November 30, 2009.

           /s/Sarah Cressman
           **Sarah Cressman**