BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>        Defendant. | CASE NO.  3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

    1.    The date for the further Case Management Conference, previously set for July 30, 2010 is moved to **September 10, 2010 at 3:00 p.m.**

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
1

Case No.:  3:08-CV-01184 SI

| | |
|---|---|
| 1 | **IT IS SO ORDERED:** |
| 2 | |
| 3 | _____ |
| | Honorable Susan Illston |
| 4 | United States District Court |
| 5 | **AGREED TO:** |
| 6 | Dated: July 21, 2010 |

By:  /s/ Sarah Cressman                                  By:  /s/ John A. Mason
    J. Nelson Thomas (*pro hac vice*)            Steven H. Gurnee
    Patrick J. Solomon (*pro hac vice*)           Nicholas P. Forestiere
    Annette Gifford (*pro hac vice*)              John A. Mason
    Sarah Cressman (*pro hac vice)*               GURNEE & DANIELS LLP
    THOMAS & SOLOMON LLP                          2240 Douglas Blvd, Suite 150
    693 East Avenue                               Roseville, CA 95648
    Rochester, NY  14607                          Telephone:  916-797-3100
    Telephone:  585-272-0540                      Facsimile:  916-797-3131
    Facsimile:  585-272-0574

    Counsel for Defendant

    Robert M. Bodzin, State Bar No. 201327
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile:  (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    Liberty J. Weyandt (*pro hac vice pending*)
    Kyle T. McGee (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone:  412-281-4256
    Facsimile:  412-642-2380

    Counsel for Plaintiffs

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
2
Case No.:  3:08-CV-01184 SI