BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>                Defendant. | Case No. CV 08-1184-SI<br><br>**AFFIRMATION OF SARAH CRESSMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23**<br><br>Date:   September 10, 2010<br>Time:  10:00 a.m.<br>Dept:  10<br>Judge: The Honorable Susan Illston |

Additional Attorneys for Plaintiffs, who are admitted *pro hac vice*:

J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Annette Gifford, NY Attorney No. 4105870
Sarah Cressman, NY Attorney No. 4014379
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile:  (585) 272-0574
nthomas@theemploymentattorneys.com

Charles H. Saul, PA State Bar No. 19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380
csaul@margolisedelstein.com

I, Sarah Cressman, under penalty of perjury, declare:

1. I am associated with the law firm Thomas & Solomon LLP, counsel for plaintiffs in this action. This Affirmation is submitted in support of Plaintiffs' Motion for Rule 23 Class Certification.

2. Attached hereto as **Exhibit 1** is an excerpt from Alderwoods' 2005 Form 10-K Annual Report stating that "[a]s of February 25, 2006, [Alderwoods] employed approximately 8,300 people."

**DOCUMENTS**

3. The documents attached hereto are documents that have been produced by plaintiffs and/or defendant Alderwoods in the instant action and also during certification-related discovery in the action *Prise, et al. v. Alderwoods Group, Inc.,* Case No. 06-CV-1641, currently pending in the U.S. District Court, Western District of Pennsylvania, for claims under the Fair Labor Standards Act ("FLSA") (hereinafter "*Prise* Action").

*Community Work Policy*

4. Alderwoods' job descriptions for the following job titles: Apprentice Funeral Director/Embalmer, Arranger, Assistant Funeral Director, Community Relations Director, Funeral Director/Embalmer, Funeral Director and Location Manager, are attached hereto as **Exhibit 2.**

5. A chart submitted by Alderwoods in the *Prise* Action titled "Non-Exempt Employees Whose job Descriptions Require Them To Perform Duties Identified In Plaintiffs' Complaint" is attached hereto as **Exhibit 3.**

6. An excerpt from an Alderwoods "Connections" newsletter dated October 5, 2005 (ALD009306) is attached hereto as **Exhibit 4.**

7. A chart prepared by plaintiffs summarizing the testimony showing a community work policy is attached hereto as **Exhibit 5.**

8. A document titled "Alderwoods Group Community Relations Road Map" (P11066-11067) is attached hereto as **Exhibit 6.**

9. Two pages titled "Community Leadership Program" (P01402-1403) and documents from Alderwoods' Community Leadership Program binder (P13067-13203) are attached hereto as **Exhibit 7.**

10. Alderwoods' "Community Leadership Overview" training materials for Location Managers/General Managers (ALD008741-8770) are attached hereto as **Exhibit 8.**

11. Alderwoods' "Community Leadership Influencers" training materials for Location/General Managers (ALD008771-9015) are attached hereto as **Exhibit 9.**

12. Alderwoods' "Community Leadership Events" training materials for Location Manager/General Managers (ALD009016-9234) are attached hereto as **Exhibit 10.**

13. An email dated 3/25/2004 from Pat McDermott (Northeast Region) titled "Community Leadership Program" (ALD005307) is attached hereto as **Exhibit 11.** This email states, "George would like a verification that *all locations* have received their copy of the Community leadership Program binder. Also, verification that *training is completed* or in process with expected date of completion[.]" (emphasis added).

14. An email dated 3/4/2005 from Rick Swanson (South Region), with attachments, regarding Community Leadership (ALD016663-16673) is attached here to as **Exhibit 12.**

15. An email dated 2/27/2004 from Shawn Phillips (West Region) titled "Community Relations Program – Phase 1" (ALD019038-19039) is attached hereto as **Exhibit 13.** This email states in relevant part, "I want to emphasize that this program is MANDATORY for all of our locations."

16. Leadership Network Information Sheets (ALD008684-8692), Leadership Network Contact Report Summary 2004 – Canada & North East (ALD008704), Community Seminar Summary Reports (ALD008705-8717), Leadership Network Contact Report (ALD008718) are attached hereto as **Exhibit 14.**

17. An email dated 3/13/2006 from Vicki Clark titled "Community Events & Influencer Tracking" with attachments (ALD006093-6145) is attached hereto as **Exhibit 15.**

18.     An email dated 3/23/2006 from Darin Keener titled "BPO Use This One" with attachments (ALD023034-23043) is attached hereto as **Exhibit 16.**

19.     A chart prepared by plaintiffs summarizing the community work policy reflected in Alderwoods' Period Financial Reviews is attached hereto as **Exhibit 17.**

20.     Various Period Financial Reviews for the Northeast Region for 2005 and 2006 are attached hereto as **Exhibit 18.**

21.     A Period Financial Review for the West Region for 2006 is attached hereto as **Exhibit 19.**

22.     An email string dated October 18, 2004 regarding Community Programs (ALD030510-30511) is attached hereto as **Exhibit 20.**

23.     An email from Human Resources dated March 27, 2006 regarding new policies and procedures pertaining to "Hours of Work and Timekeeping Procedure" with attachments (ALD025437-25460) is attached hereto as **Exhibit 21.**

### *On-Call Policy*

24.     A PowerPoint presentation titled "Wage and Hour" dated August 2005 (ALD8-00001-00019) is attached hereto as **Exhibit 22.**

25.     Payroll records for named plaintiff Robert Chernetsky (CA) are attached hereto as **Exhibit 23.**

26.     Payroll records for Jeffrey Diggs (AK) are attached hereto as **Exhibit 24.**

27.     Payroll records for Stephen Escobar (CA) are attached hereto as **Exhibit 25.**

28.     Payroll records for named plaintiff William Helm (CA) are attached hereto as **Exhibit 26.**

29.     Payroll records for named plaintiff Bernard Hirrel (CA) are attached hereto as **Exhibit 27.**

30.     Payroll records for named plaintiff Roger Hugo (PA) are attached hereto as **Exhibit 28.**

31. Payroll records for named plaintiff Robert Idemoto (CA) are attached hereto as **Exhibit 29.**

32. Payroll records for named plaintiff Robert Jones (AK) are attached hereto as **Exhibit 30.**

33. Payroll records for named plaintiff Henry Klein (FL) are attached hereto as **Exhibit 31.**

34. Payroll records for named plaintiff Frank Lewis (AL) are attached hereto as **Exhibit 32.**

35. Payroll records for named plaintiff Michael Naperalski (MI) are attached hereto as **Exhibit 33.**

36. Payroll records for named plaintiff Sean Oberski (MI) are attached hereto as **Exhibit 34.**

37. Payroll records for named plaintiff Richard Petersen (GA) are attached hereto as **Exhibit 35.**

38. Payroll records for named plaintiff Richard Salhus (MN) are attached hereto as **Exhibit 36.**

39. Payroll records for named plaintiff Warren Seiz (AZ) are attached hereto as **Exhibit 37.**

40. Payroll records for named plaintiff Jody Spiese (CA) are attached hereto as **Exhibit 38.**

41. Payroll records for named plaintiff Steven Tiller (TN) are attached hereto as **Exhibit 39.**

42. Payroll records for named plaintiff Florinda Trejo (TX) are attached hereto as **Exhibit 40.**

43. Payroll records for named plaintiff David Wyatt (NC) are attached hereto as **Exhibit 41.**

***Meal Break Policy***

44. An email string from Ron Collins dated 4/25/2006 regarding "Unpaid lunches" (ALD022075-22078) is attached hereto as **Exhibit 42.**

## AFFIRMATIONS AND DECLARATIONS

45. Attached hereto as **Exhibit 43** is the Affirmation of Dennis Baker dated September 23, 2009 ("Baker Aff.").

46. Attached hereto as **Exhibit 44** is the Affirmation of Herbert Bath dated September 21, 2009 ("Bath Aff.").

47. Attached hereto as **Exhibit 45** is the Affirmation of Rick Hensley dated September 2009 ("Hensley Aff.").

48. Attached hereto as **Exhibit 46** is the Affirmation of Richard Kamienski dated September 14, 2009 ("Kamienski Aff.").

49. Attached hereto as **Exhibit 47** is the Affirmation of Robert Pramik dated February 7, 2007 previously submitted in the *Prise* Action ("Pramik Aff.").

## DEPOSITION TRANSCRIPTS

50. The deposition transcript excerpts attached hereto are from depositions conducted during certification-related discovery in the *Prise* Action and in the instant action.

51. On October 31, 2009, defendant deposed Dennis Baker. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 48.**

52. On October 23, 2009, defendant deposed Herbert Bath. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 49.**

53. On April 7, 2010, plaintiffs deposed Monica Berryhill. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 50.**

54. On August 11, 2009, defendant deposed plaintiff Jason Burgess. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 51.**

55. On March 9, 2009, defendant deposed plaintiff Michael Butler. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 52.**

56. On December 10, 2008, defendant deposed plaintiff Shane Carswell. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 53.**

57. On March 24 & 25, 2010, plaintiffs deposed Ron Collins, who was produced as defendant's 30(b)(6) witness. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 54.**

58. On May 8, 2009, defendant deposed plaintiff Steven Detschner. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 55.**

59. On April 22, 2009, defendant deposed plaintiff Jeffrey Diggs. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 56.**

60. On March 11, 2009, defendant deposed plaintiff Stephen Escobar. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 57.**

61. On October 28, 2009, defendant deposed Ric Hensley. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 58**.

62. On April 21, 2009, defendant deposed plaintiff Robert Jones. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 59.**

63. On October 21, 2009, defendant deposed Richard Kamienski. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 60**.

64. On April 24, 2009, defendant deposed plaintiff Michael Lanza. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 61.**

65. On December 18, 2008, defendant deposed plaintiff Kasi Long. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 62.**

66. On June 23, 2010, plaintiffs deposed Herbert ("Buddy") Mayes. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 63**.

67.     On November 24, 2008, defendant deposed plaintiff Beverly McDonald. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 64.**

68.     On April 19, 2009, defendant deposed plaintiff Barry Miles. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 65.**

69.     On January 15, 2009, defendant deposed plaintiff John Peters. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 66**.

70.     On April 16, 2010, plaintiffs deposed Shawn Phillips. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 67**

71.     On October 16, 2008, defendant deposed Robert Pramik. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 68.**

72.     On August 29, 2009, defendant deposed plaintiff Jack Reddick. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 69**.

73.     On May 15, 2009, defendant deposed plaintiff John Schabloski. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 70**.

74.     On October 19, 2009, defendant deposed plaintiff Sandy Thomas. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 71**.

75.     On April 29, 2009, defendant deposed plaintiff Matthew Twiss. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 72**.

76.     On October 21, 2009, defendant deposed plaintiff Stacey Weinstein. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 73**.

77.     On July 21, 2009, defendant deposed plaintiff Raymond White. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 74**.

78.     On July 17, 2009, defendant deposed plaintiff Louise Johnson. True and correct copies of excerpts of this deposition transcript are attached hereto as **Exhibit 75**.

1 | I affirm under penalty of perjury that the foregoing is true and correct.

2 | Executed on July 27, 2010.

          /s/Sarah Cressman
          **Sarah Cressman**