EXHIBIT 1

10-K 1 a2167534z10-k.htm FORM 10-K

<u>QuickLinks</u> -- Click here to rapidly navigate through this document

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 10-K

### ANNUAL REPORT
### PURSUANT TO SECTIONS 13 OR 15(d) OF THE
### SECURITIES EXCHANGE ACT OF 1934

**(Mark One)**

☒      **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**
For the 52 weeks (fiscal year) ended December 31, 2005

**OR**

☐      **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from      to

**Commission file number 000-33277**

# ALDERWOODS GROUP, INC.
#### (Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **52-1522627** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **311 Elm Street, Suite 1000, Cincinnati, Ohio** | **45202** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **513-768-7400**

Securities registered pursuant to Section 12(b) of the Act:

| | |
|---|---|
| **None** | **None** |
| (Title of each class) | (Name of each exchange on which registered) |

Securities registered pursuant to Section 12(g) of the Act:
**Common Stock, par value $0.01 per share**
(Title of class)

**Warrants to purchase Common Stock**
(Title of class)

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐   No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. Large Accelerated filer ☐ Accelerated filer ☒ Non-accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐   No ☒

The aggregate market value of the Common Stock and Warrants to purchase Common Stock held by non-affiliates of the registrant (assuming that the registrant's only affiliates are its officers and directors), based on their closing prices on the Nasdaq Stock Market on June 18, 2005 was $ 594,745,300 and $ 1,735,360, respectively.

---

## APPLICABLE ONLY TO REGISTRANTS INVOLVED IN BANKRUPTCY PROCEEDINGS DURING THE PRECEDING FIVE YEARS

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Section 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court. Yes ☒   No ☐

---

At March 9, 2006, there were 40,468,951 shares of Common Stock outstanding and Warrants to purchase 2,992,000 shares of Common Stock outstanding.

The Company's insurance subsidiary is subject to regulation by the state in which it is domiciled and the states in which its products are sold.

The Company believes that it complies in all material respects with the provisions of the laws and regulations under which it operates.

## Employees

As of February 25, 2006, the Company employed approximately 8,300 people, with approximately 530 people employed at the executive and administrative offices in Cincinnati, Ohio, Toronto, Ontario and Burnaby, British Columbia. The Company believes that relationships with employees are good. As of February 25, 2006, 118 of the Company's employees were members of collective bargaining units.

## Basis of Accounting

Alderwoods Group succeeded to substantially all of the assets and operations of Loewen Group on the Effective Date, and continues to operate the businesses previously conducted by the Loewen Companies. The Company's accounting information contained in this Form 10-K is presented on the basis of United States generally accepted accounting principles ("GAAP").

In January 2003, the Financial Accounting Standards Board issued Interpretation No. 46, "Consolidation of Variable Interest Entities," which was revised in December 2003 ("FIN No. 46R"). FIN No. 46R clarifies the application of Accounting Research Bulletin No. 51, "Consolidated Financial Statements," to enterprises that have a variable interest in variable interest entities, and is effective no later than the end of the first reporting period that ends after March 15, 2004.

The Company elected to adopt FIN No. 46R at the beginning of its 2004 fiscal year on January 4, 2004. The adoption of FIN No. 46R resulted in the prospective consolidation in the Company's balance sheet of approximately 600 funeral, cemetery merchandise and service, and perpetual care trusts, and several pooled investment funds created for such trusts, but did not change the legal relationships among these trusts, pooled investment funds, the Company, and its holders of pre-need contracts. The Company does not consolidate certain funeral trusts for which the Company does not absorb a majority of their expected losses and, therefore, is not considered a primary beneficiary of these funeral trusts under FIN No. 46R. The adoption of FIN No. 46R has not materially impacted the Company's stockholder's equity, net income or its consolidated statement of cash flows.

## Predecessor Overview

From the inception of Loewen Group in 1985 until the last half of 1998, Loewen Group's business philosophy centered on a growth strategy in the funeral home and cemetery businesses. Beginning in the second half of 1998, in light of negative cash flows from its businesses and increasing difficulties in meeting its debt service obligations, Loewen Group virtually ceased its acquisition program. During the last quarter of 1998, Loewen Group began attempting to sell various operations. As of March 31, 1999, Loewen Group's consolidated balance sheet reflected approximately $2.1 billion of long-term debt (of which approximately $742.2 million was due currently) and approximately $48.8 million of other current debt.

On June 1, 1999 (the "Petition Date"), Loewen Group, approximately 850 United States subsidiaries of Loewen Group (including Loewen International) and one foreign subsidiary of Loewen Group each voluntarily filed a petition for creditor protection under Chapter 11 ("Chapter 11") of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Concurrent with the Chapter 11 filing, Loewen Group and 117 of its Canadian subsidiaries filed for creditor protection under the Companies' Creditors Arrangement Act ("Creditors Arrangement Act") with the Ontario Superior Court of Justice (the "Canadian Court"). Subsequent to the Petition Date, five additional subsidiaries of Loewen Group voluntarily filed petitions for creditor protection and

6

# EXHIBIT 2

# Apprentice Funeral Director/Embalmer

**ALDERWOODS**
GROUP

| | |
|---|---|
| Job Code Description: | Apprentice FD/Embalmer |
| Job Code: | APP FDE |

## GENERAL ACCOUNTABILITIES

The Apprentice Funeral Director/Embalmer will be under the supervision of a senior funeral director and/or Embalmer as applicable. The Apprentice Funeral Director/Embalmer must fulfill the requirements as dictated by the licensing Board in the practicing state. The Apprentice Funeral Director/Embalmer reports to the Location Manager and provides customer service in all areas of helping our families achieve peace following the loss of a loved one. The Apprentice Funeral Director/Embalmer learns to implement choices made by the families regarding the funeral final disposition of the body and memorialization of the individual. They interact with our families to help fulfill their death care for the deceased in a respectful manner while performing a variety of task.

The Apprentice FD/Embalmer's duties must be performed consistent with company mission and values and adherence to company policies and procedures.

## SPECIFIC RESPONSIBILITIES

- Arranging and conducting funeral and memorial ceremonies in a professional, organized and caring manner and in keeping with company policies and procedures
- Retain heritage and grow market share through active involvement with community, religious and other organizations
- Respectfully prepare remains of deceased in keeping with Company and Regulatory requirements
- Care for the deceased in a respectful manner while performing a variety of tasks which include: transfers, embalming, lifting of deceased human remains, cosmetology, hairstyling, dressing and casketing; coordinating and assisting with funeral service, and visitation, delivery of flowers, caskets, urn, photos and other personal keepsakes or mementos of client families and setting of chairs and the removal, proper care and storage of these items
- Assist on funeral services by supervising the parking of cars, ushering, driving funeral vehicles, assisting at chapel and church services, assisting at the cemetery, floral delivery, picking up supplies, participating at special functions and other duties, as required
- Responsible for pre-need sales and aftercare
- Promote and maintain a safe and healthy work environment by complying with the provisions of the Alderwoods General Injury And Illness Prevention Program.

- Ensure adherence to all professional, municipal, provincial/state and federal licensing authority, regulations and rules applicable to the provision of funeral services
- Provide aftercare in absence of Family Service Counselor. Aftercare includes delivery of documents, stationery, documentation, information on insurance, health benefits and pension, pre-arrangements for next of kin
- Completion and accurate preparation of all documents related to services, cremations, maintenance, and any other type of data entry
- Office duties such as operating fax machine, computer, multiline phone system, debit card machine, typewriter, postage meter and scale and stereo/video system may be required to be operated from time to time
- On-call responsibilities (taking first call, talking to families, answering questions, providing initial details, conducting transfers etc.)
- Washing and cleaning of all funeral home vehicles and other client vehicles as required from time to time as a promotional gesture
- Assist with the maintenance of vehicles, the facility and property; receive caskets and other funeral home supplies as well as place into inventory and carrying out any other responsibilities that may be reasonably delegated by management
- General maintenance of building, grounds and vehicles as per Cleaning Schedule and Maintenance log
- Operation and maintenance of the crematory including repositioning and processing of cremated remains as per the Procedures Manual
- Answering phones, preparing reports as necessary and participating in staff meetings
- General housekeeping duties
- Ensuring refreshments are available (where allowed by law)
- This job is Non Exempt from Overtime. This statement is only applicable to US employees.

## EXPERIENCE AND EDUCATIONAL REQUIREMENTS

- Equivalent to high school education and completion of a diploma training program at a college or technical school specializing in funeral service or mortuary science
- Previous customer service and/or sales experience would be a definite asset
- Knowledge of computers and some software would be an asset, or willingness to learn
- Good communication skills
- High level of compassion and integrity

P08702

Apprentice Funeral Director/Embalmer Cont'd

- Problem solving skills
- Detail oriented
- Professional and team player
- Must be an authorized driver as per the Alderwoods Driver Safety Policy

SUCCESS INDICATORS

Key abilities and characteristics to ensure success:

- Gross Pre Need Production
- Attain or exceed Funeral Calls
- Attain or exceed Funeral Averages
- Seamless Service Survey
- Customer Service Survey (if applicable)

WORKING CONDITIONS

Physical

The job is frequently expected to lift, carry, push or pull objects weighing more than 20 lbs. (without the assistance of mobile, powered equipment).

Physical effort requiring manual dexterity is occasionally required (i.e., between 5% and 25% of time on the job).

Physical work pace and/or exertion bring on a limited amount of physical fatigue.

Mental/ Sensory

On a daily basis, the work involves short to intermediate periods of non-interrupted mental/sensory attention (i.e., usually up to one (1) hour at a time, occasionally longer than one (1) hour), with ample opportunity for breaks in concentration during the course of the workday.

Some of these duties may involve long hours and need to be done on weekends, evening, nighttime and holidays. At times, some duties may require you to work outside in the cold weather or hot weather. Some duties may also require you be exposed to un-pleasantries associated with deceased human remains.

Physical Environment

When considering the physical environment the job works within (because of the nature of the job) the following factors may apply:

- Moderate odors, dust or fumes may cause discomfort and/or irritation to eyes or respiratory passages
- There is necessary exposure to dangerous chemicals, disease, carcinogens or radioactivity (even though protective clothing is worn)

Mental stress

When considering the mental/emotional tension associated with this job the following factors may apply:

- The work deals with the emotions of others, personal dealings that are extremely emotional and draining
- The need to work overtime or to be called in before scheduled hours of work often cannot be anticipated
- The job has minimal to no control over workflow or service demands

ADDITIONAL DUTIES

As Required by Location or Market Staffing and Service Needs: (Managers: no more than three or else you should consider using a different job description)

_____

_____

_____

_____

_____

_____

_____

AGREEMENT TO JOB DESCRIPTION (INCLUDING ADDITIONAL DUTIES, IF APPLICABLE):

_____        _____
Signature of Manager                                              Date

_____        _____
Signature of Employee                                            Date

P08703

# Arranger



| | |
|---|---|
| **Job Code Description:** | Arranger |
| **Job Code:** | ARRANGER |

## GENERAL ACCOUNTABILITIES

The Arranger performs the same function as a Funeral Director and reports to the Location Manager. Arrangers are unlicensed Funeral Directors who are allowed to arrange funerals without a funeral director's license in certain states where permitted by law. He/She provides customer service in most areas of helping our families achieve peace following the loss of a loved one. Arrangers implement choices made by the families regarding the memorialization of the individual. As with Funeral Directors, they are responsible to ensure customers' full range of needs is addressed, whether by themselves or by appropriately licensed individuals.

Successful candidates are people who establish strong personal and business relationships with customers. Arrangers are listeners, advisors, supporters and facilitators. They are accountable for servicing families in a professional and timely manner. Respectful service and attention to customer needs are integral to a continued relationship with the family. Contributing as a team member, where individuals work together and share equally in the exchange of ideas, concepts and process outcomes is important.

The Arranger duties must be performed consistent with company mission and values and adherence to company policies and procedures.

## SPECIFIC RESPONSIBILITIES

- Arranging and conducting funeral and memorial ceremonies in a professional, organized and caring manner and in keeping with Company Policies and Procedures
- Retain heritage and grow market share through active involvement with community, religious and other organizations
- Assist on funeral services by supervising the parking of cars, ushering, driving funeral vehicles, assisting at chapel and church services, assisting at the cemetery, delivery of flowers, caskets, urn, photos and other personal keepsakes or mementos of client families and setting of chairs and the removal, proper care and storage of these items, picking up supplies, participating at special functions and other duties, as required
- Responsible for pre-need sales and aftercare, where applicable. Aftercare includes delivery of documents, stationery, documentation, information on insurance, health benefits and pension, pre-arrangements for next of kin
- Ensure potential pre-need referrals are shared with Family Service Counselors

- Promote and maintain a safe and healthy work environment by complying with the provisions of the Alderwoods General Injury And Illness Prevention Program.
- Ensure adherence to all professional, municipal, state and federal licensing authority, regulations and rules applicable to the provision of funeral services
- Complete and accurate preparation of all documents related to services, cremations, maintenance, and any other type of data entry
- Office duties such as operating fax machine, computer, multiline phone system, debit card machine, typewriter, postage meter and scale and stereo/video system from time to time
- Washing and cleaning of all funeral home vehicles and other client vehicles as required from time to time as a promotional gesture
- Assist with the maintenance of vehicles, the facility and property; receive caskets and other funeral home supplies as well as place into inventory and carrying out any other responsibilities that may be reasonably delegated by management
- General maintenance of building, grounds and vehicles as per Cleaning Schedule and Maintenance log
- Answering phones, preparing reports as necessary and participating in staff meetings
- Any other duties as directed by management.
- This job is Non Exempt from Overtime. This statement is only applicable to US employees.

## EXPERIENCE AND EDUCATIONAL REQUIREMENTS

- Equivalent to high school education and completion of a diploma training program at a college or technical school specializing in funeral service or experience equivalent
- Previous customer service and/or sales experience would be a definite asset
- Knowledge of computers and some software would be an asset, or willingness to learn
- Above average communication skills
- High level of compassion and integrity
- Problem solving skills
- Ability to multi task and set priorities
- Detail oriented
- Professional and team player
- Must be an authorized driver as per the Alderwoods Driver Safety Policy

ALD000104

Arranger Cont'd

### SUCCESS INDICATORS

- Gross Pre Need Production
- Attain or exceed Funeral Calls
- Attain or exceed Funeral Averages
- Seamless Service Survey
- Customer Service Survey (if applicable)

### WORKING CONDITIONS

#### Physical

The job is frequently expected to lift, carry, push or pull objects weighing more than 20 lbs. (without the assistance of mobile, powered equipment).

Physical effort requiring manual dexterity is occasionally required (i.e., between 5% and 25% of time on the job).

Physical work pace and/or exertion bring on a limited amount of physical fatigue.

#### Mental/ Sensory

On a daily basis, the work involves short to intermediate periods of non-interrupted mental/sensory attention (i.e., usually up to one (1) hour at a time, occasionally longer than one (1) hour), with ample opportunity for breaks in concentration during the course of the workday.

Some of these duties may involve long hours and need to be done on weekends, evening, nighttime and holidays. At times, some duties may require you to work outside in the cold weather or hot summer weather. Some duties may also require you be exposed to un-pleasantries associated with deceased human remains.

#### Mental stress

When considering the mental/emotional tension associated with this job the following factors may apply:

- The work deals with the emotions of others, personal dealings that are extremely emotional and draining.
- The need to work overtime or to be called in before scheduled hours of work often cannot be anticipated.
- The job has minimal to no control over workflow or service demands.

### ADDITIONAL DUTIES

As Required by Location or Market Staffing and Service Needs: (Managers: no more than three or else you should consider using a different job description)

_____

_____

_____

_____

_____

_____

_____

AGREEMENT TO JOB DESCRIPTION (INCLUDING ADDITIONAL DUTIES, IF APPLICABLE):

_____          _____
Signature of Manager                                              Date

_____          _____
Signature of Employee                                             Date

ALD000105

## Assistant Funeral Director

# ALDERW∞DS™
GROUP

**Job Code Description:** Funeral Director, Assistant
**Job Code:** FD ASST

### GENERAL ACCOUNTABILITIES

The Assistant Funeral Director reports to the Location Manager. He/She provides customer service in all areas of helping our families achieve peace following the loss of a loved one. The Assistant Funeral Director works closely with the Funeral Director and while not taking care of all of the family's needs, contribute at a more significant level than the Funeral Attendant in ensuring fulfillment of the Family's death care needs. State law may require a license to perform these duties.

Successful candidates are people who establish strong personal and business relationships with customers. Assistant Funeral Directors are listeners, advisors, supporters and facilitators. They are accountable for servicing families in a professional and timely manner. Respectful service and attention to customer needs are integral to a continued relationship with the family. Contributing as a team member, where individuals work together and share equally in the exchange of ideas, concepts and process outcomes is important.

The Assistant Funeral Director duties must be performed consistent with company mission and values and adherence to company policies and procedures.

Certain variations may exist across locations or markets particularly as they relate to location differences, whether the Assistant Funeral Directors are represented by a union, whether a license is required for certain duties, and the size and staffing at a location or in a market.

### SPECIFIC RESPONSIBILITIES

- Arranging and conducting funeral and memorial ceremonies in a professional, organized and caring manner and in keeping with Company Policies and Procedures
- Retain heritage and grow market share through active involvement with community, religious and other organizations
- Respectfully provide remains of deceased in keeping with Company and Regulatory requirements
- Care for the deceased in a respectful manner while performing a variety of tasks which may include: transfers, lifting of deceased human remains, dressing and casketing; coordinating and assisting with funeral service, and visitation, delivery of flowers, caskets, urn, photos and other personal keepsakes or mementos of client families and setting of chairs and the removal, proper care and storage of these items
- Assist on funeral services by supervising the parking of cars, ushering, driving funeral vehicles, assisting at chapel and church services, assisting at the cemetery,

floral delivery, picking up supplies, participating at special functions, ensuring refreshments are available (where allowed by law) and other duties, as required

- Promote and maintain a safe and healthy work environment by complying with the provisions of the Alderwoods General Injury And Illness Prevention Program.
- Ensure adherence to all professional, municipal, state and federal licensing authority, regulations and rules applicable to the provision of funeral services
- Aftercare includes delivery of documents, stationery, documentation, information on insurance, health benefits and pension, pre-arrangements for next of kin
- Complete and accurate preparation of all documents related to services, cremations, maintenance, and any other type of data entry
- Office duties such as operating fax machine, computer, multiline phone system, debit card machine, typewriter, postage meter and scale and stereo/video system may be required to be operated from time to time
- Washing and cleaning of all funeral home vehicles and other client vehicles as required from time to time as a promotional gesture
- Assist with the maintenance of vehicles, the facility and property; receive caskets and other funeral home supplies as well as place into inventory and carrying out any other responsibilities that may be reasonably delegated by management
- General maintenance of building, grounds and vehicles as per Cleaning Schedule and Maintenance log
- Operation and maintenance of the crematory including repositioning and processing of cremated remains as per the Procedures Manual
- Answering phones, preparing reports as necessary and participating in staff meetings
- General housekeeping duties
- Any other duties as directed by management
- This position requires physical contact with the remains of the deceased
- This job is Non Exempt from Overtime. This statement is only applicable to US employees.

### EXPERIENCE AND EDUCATIONAL REQUIREMENTS

- Equivalent to high school education and completion of a diploma training program at a college or technical school specializing in Funeral Services
- Must be a licensed Funeral Director in the state they wish to work, if required
- Previous customer service and/or sales experience would be a definite asset

ALD000106

Assistant Funeral Director Cont'd

- Knowledge of computers and some software would be an asset, or willingness to learn
- Above average communication skills
- High level of compassion and integrity
- Problem solving skills
- Ability to multi task and set priorities
- Detail oriented
- Professional and team player
- Must be an authorized driver as per the Alderwoods Driver Safety Policy

## SUCCESS INDICATORS

Key abilities and characteristics to ensure success:

- Gross Pre Need Production
- Attain or exceed Funeral Calls
- Attain or exceed Funeral Averages
- Seamless Service Survey
- Customer Service Survey (if applicable)

## WORKING CONDITIONS

### Physical

The job is frequently expected to lift, carry, push or pull objects weighing more than 20 lbs. (without the assistance of mobile, powered equipment).

Physical effort requiring manual dexterity is occasionally required (i.e., between 5% and 25% of time on the job).

Physical work pace and/or exertion bring on a limited amount of physical fatigue.

### Mental/ Sensory

On a daily basis, the work involves short to intermediate periods of non-interrupted mental/sensory attention (i.e., usually up to one (1) hour at a time, occasionally longer than one (1) hour), with ample opportunity for breaks in concentration during the course of the workday.

Some of these duties may involve long hours and need to be done on weekends, evening, nighttime and holidays. At times, some duties may require you to work outside in the cold weather or hot summer weather. Some duties may also require you be exposed to un-pleasantries associated with deceased human remains.

### Mental stress

When considering the mental/emotional tension associated with this job the following factors may apply:

- The work deals with the emotions of others, personal dealings that are extremely emotional and draining.
- The need to work overtime or to be called in before scheduled hours of work often cannot be anticipated.
- The job has minimal to no control over workflow or service demands.

## ADDITIONAL DUTIES

As Required by Location or Market Staffing and Service Needs: (Managers: no more than three or else you should consider using a different job description)

_____

_____

_____

_____

_____

_____

## AGREEMENT TO JOB DESCRIPTION (INCLUDING ADDITIONAL DUTIES, IF APPLICABLE):

| | |
|---|---|
| Signature of Manager | Date |
| Signature of Employee | Date |

ALD000107

# COMMUNITY RELATIONS DIRECTOR

## General Accountabilities

The Community Relations Director reports to the Location Manager (LM) or General Manager (GM) and is responsible for promoting programs and community relationships for the funeral home and/or cemetery. The Community Relations Director is a highly visible role in the community and is required to develop and maintain relationships with local religious groups/ministers, geriatric service providers, educational institutions and other key Business Leaders within their community.

The Community Relations Director duties must be performed consistent with Company mission and values and in adherence to Company policies and procedures.

## Specific Responsibilities

- Oversee development of Bereavement After Care Program and monitor participant's satisfaction by client families surveys
- Develop working relationships with local ministers, clergy, law enforcement, public service offices, hospital nurses and administrators, hospice care providers and administrators, local community and governmental groups and clubs, and volunteer organizations both private and public as well as other key business leaders within the community such as physicians groups and local law firms.
- Work with location team to build the annual Community Leadership Plan. Execute the plan with assistance from Support Center teams (Marketing and Corporate Communications). Report activity vs. plan to Operations management.
- In cooperation with a licensed funeral director, schedule educational seminars, public information speaking engagements, tours of funeral home and/or cemetery facilities.
- Develop, plan, and implement with direction from GM or Location Manager (LM), Annual Community Outreach Programs (Veterans Day Services, Mother Day Service, Easter Service, Holiday Memorial Service, etc.)
- Arrange and promote community sponsorship and involvement in various senior citizen programs, school programs, church programs, local activities
- Network within the community to assist management in locating and recruiting potential candidates for employment.
- Communicate with management to ensure all company initiatives are followed and conveyed through the involvement of both public and private sponsored programs
- Control expenditures in line with budget and have all expenditures approved by management before disbursement
- Respond to requests for information on funeral and cremation information and other related topics at the location or via telephone
- Assist with funeral, memorial and other services or ceremonies as requested by funeral home clients and management
- Attendance at all staff meetings is expected
- Any other duties directed by management
- This role is often performed in conjunction with other Funeral Home responsibilities or on a part time basis and in the US, is therefore considered to be a Non-Exempt and hourly based position.

ALD000108

**Experience and Educational Requirements**

- Completion of a diploma training program at a college or technical school specializing in funeral service or mortuary science is an asset
- Previous experience working in a community relations/event organizing role is preferred
- Previous customer service and/or sales experience
- Relationship building and management skills including above average communication skills
- Knowledge of computer and some software would be an asset.
- Ability to work with managers and employees, showing leadership and support
- High level of compassion and integrity
- Problem solving skills
- Ability to multi task and set priorities
- Professional and team player
- Authorized driver as per Alderwoods Driver Safety Policy

**Success Indicators**

- Increased community relationships and programs with various organizations, churches and community groups ultimately leading to increased market share and/or call volume.
- Increased relationships with individual influencers.

**Working Conditions**

**Physical**

The job is frequently expected to lift, carry, push or pull objects weighing up to 150 lbs. (without the assistance of mobile, powered equipment).

Physical effort requiring dexterity is occasionally required (i.e., between 5% and 25% of time on the job).

Physical work pace and/or exertion bring on a limited amount of physical fatigue.

**Mental / Sensory**

On a daily basis, the work involves short to intermediate periods of non-interrupted mental/sensory attention (i.e., usually up to one (1) hour at a time, occasionally longer than one (1) hour), with ample opportunity for breaks in concentration during the course of the workday.

**Mental Stress**

When considering the mental/emotional tension associated with this job the following factors may apply:

- The job requires working a number of evenings and/or weekends every month
- The need to work overtime or to be called in before scheduled hours of work often cannot be anticipated
- The job has minimal to no control over workflow or service demands

ALD000109

- There is continual exposure to interruptions
- The work deals with the emotions of others, personal dealings that are extremely emotional and draining
- Frequent travel by car is required 25% of the time or more (as needed).

**Additional Duties As Required by Location or Market Staffing and Service Needs:**

**Agreement to Job Description (including Additional Duties, if applicable):**

Signature of Manager:_____ Date_____

Signature of Employee:_____ Date_____

ALD000110



## JOB TITLE:

| | |
|---|---|
| **JOB TITLE:** | **FUNERAL DIRECTOR** |
| Job Code Description: | Funeral Director |
| Job Code: | FD |

### General Accountabilities

A Funeral Director reports to the Location Manager in his/her market. He/She provides customer service in all areas of helping our families achieve peace following the loss of a loved one. We strive to help families overcome this difficult time by providing exemplary personalized service. Funeral Directors implement choices made by the families regarding the final disposition of the body and memorialization of the individual. They are the primary contact with our families and interact with them to fulfill their death care needs. Funeral Directors are responsible to ensure customers' full range of needs is addressed.

Successful candidates are people who establish strong person and business relationships with customers. He/She is accountable for servicing families in a professional and timely manner. Respectful service and attention to customer needs are integral to a continued relationship with the family. The ability to contribute as a team member, where individuals work together and share equally in the exchange of ideas, concepts and process outcomes is important.

The Funeral Director duties must be performed consistent with company mission and values and adherence to company policies and procedures.

Certain variations may exist across locations or markets particularly as they relate to location differences, whether the funeral directors are represented by a union, whether a license is required for certain duties, and the size and staffing at a location or in a market.

### Specific Responsibilities

- Arranging and conducting funeral and memorial ceremonies in a professional, organized and caring manner and in keeping with Company Policies and Procedures
- Retain heritage and grow market share through active involvement with community, religious and other organizations
- Respectfully prepare remains of deceased in keeping with Company and Regulatory requirements
- Care for the deceased in a respectful manner while performing a variety of tasks which may include: transfers, lifting of deceased human remains, dressing and casketing; coordinating and assisting with funeral service, and visitation, delivery of flowers, caskets, urn, photos and other personal keepsakes or mementos of client families and setting of chairs and the removal, proper care and storage of these items
- Assist on funeral services by supervising the parking of cars, ushering, driving funeral vehicles, assisting at chapel and church services, assisting at the cemetery, floral delivery, picking up supplies, participating at special functions and other duties, as required
- In markets where regulatory requirements limit Pre-need sales to Funeral Directors, the Funeral Director's job requirement will be consistent with the Family Service Counselor.
- Responsible for pre-need sales and aftercare
- Ensure potential PN referrals are shared with Family Service Counselors

ALD000111

- Promote and maintain a safe and healthy work environment by complying with the provisions of the Alderwoods General Injury And Illness Prevention Program.
- Ensure adherence to all professional, municipal, provincial/state and federal licensing authority, regulations and rules applicable to the provision of funeral services
- Aftercare includes delivery of documents, stationery, documentation, information on insurance, health benefits and pension, pre-arrangements for next of kin
- Complete and accurate preparation of all documents related to services, cremations, maintenance, and any other type of data entry
- Office duties such as operating fax machine, computer, multiline phone system, debit card machine, typewriter, postage meter and scale and stereo/video system may be required to be operated from time to time
- Washing and cleaning of all funeral home vehicles and other client vehicles as required from time to time as a promotional gesture
- Assist with the maintenance of vehicles, the facility and property; receive caskets and other funeral home supplies as well as place into inventory and carrying out any other responsibilities that may be reasonably delegated by management
- General maintenance of building, grounds and vehicles as per Cleaning Schedule and Maintenance log
- Operation and maintenance of the crematory including repositioning and processing of cremated remains as per the Procedures Manual
- Answering phones, preparing reports as necessary and participating in staff meetings
- General housekeeping duties
- Ensuring refreshments are available (where allowed by law)
- Any other duties as directed by management
- This job is **Non Exempt from Overtime. This statement is only applicable to US employees.**

## Competencies

- **Business Conduct** - Demonstrating an acceptable standard of personal behavior and dress in the work place.
- **Accuracy -** Ensuring that all completed work is accurate and correct
- **Customer Focus** - Taking the time to understand the needs of others (both internal and external customers and families) and acting to do something helpful or to help solve their problems/issues
- **Presentation** - Communicating verbally in a clear and concise manner, both informally in small groups and in formal presentations
- **Creativity/Innovation** - Identifying and evaluating unique ways to improve the organization (cost reductions, use of resources, policies/procedures, products); generating useful new ideas, approaches or techniques.
- **Relationship Building** - Developing and maintaining a network of contacts, both inside and outside the organization, who may be able to supply information, assistance or support for the work-related goals. This includes building and maintaining friendly, warm relationships with people who are, or might be, helpful in achieving work-related goals.
- **Initiative** - Demonstrating self-motivation; effective performance is driven from within rather than being conditional on pressure from external factors (boss, peers, subordinates, deadlines, crises)
- **Ability to Learn** -The ability to change communication style to fit an audience; the ability to take values, strategies or external issues and prepare plans; the ability to continue to upgrade required skills or keep current with changes in the business/legislation/technology
- **Coordinating/Scheduling** - Working with and gaining the co-operation of fellow employees who do not report to you (perhaps within a team); handling a heavy workload with changing priorities while still needing to meet set timetable(s)

ALD000112

- **Negotiation** - Demonstrating the ability to listen closely and show flexibility in verbal communication style and/or content with a customer, manager, peer or subordinate in order to influence their decisions in a positive way.
- **Safety/Health Management** - Acquiring and demonstrating knowledge of safety and health procedures as they relate to the human resources of the organization.

## Experience and Educational Requirements

- Equivalent to high school education and completion of a diploma training program at a college or technical school specializing in Funeral Services
- Must be a licensed Funeral Director in the state/province they wish to work.
- Current or previous insurance license would be helpful (where dual licenses allowable by law)
- Must be an authorized driver as per the Alderwoods Driver Safety Policy
- Good driving record & must provide a driver's abstract
- Previous customer service and/or sales experience would be a definite asset
- Knowledge of computers and some software would be an asset, or willingness to learn
- Above average communication skills
- High level of compassion and integrity
- Problem solving skills
- Ability to multi task and set priorities
- Professional and team player

## Success Indicators

- Attain or exceed Funeral averages
- Attain or exceed Funeral calls

## Working Conditions

### Physical

The job is frequently expected to lift, carry, push or pull objects weighing up to 150 lbs. (without the assistance of mobile, powered equipment).

Physical effort requiring manual dexterity is occasionally required (i.e., between 25% and 75% of time on the job).

Physical work pace and/or exertion bring on a limited amount of physical fatigue.

### Mental/Sensory

On a daily basis, the work involves short to intermediate periods of non-interrupted mental/sensory attention (i.e., usually up to one (1) hour at a time, occasionally longer than one (1) hour), with ample opportunity for breaks in concentration during the course of the workday.

Some of these duties may involve long hours and need to be done on weekends, evening, nighttime and holidays. At times, some duties may require you to work outside in the cold weather or hot summer weather. Some duties may also require you be exposed to unpleasantries associated with deceased human remains.

*Funeral Director (FD)*                                                                 *revised January 14/04*

ALD000113

**Mental stress**

When considering the mental/emotional tension associated with this job the following factors may apply:

- The work deals with the emotions of others, personal dealings that are extremely emotional and draining.
- The need to work overtime or to be called in before scheduled hours of work often cannot be anticipated.
- The job has minimal to no control over workflow or service demands.

**Additional Duties As Required by Location or Market Staffing and Service Needs: (Managers: no more than three or else you should consider using a different job description)**

_____
_____
_____

**Agreement to Job Description (including Additional Duties, if applicable):**

Signature of Manager:_____Date_____

Signature of Employee: _____Date_____

*Funeral Director (FD)*                                          *revised January 14/04*

ALD000114

# Funeral Director

**ALDERWOODS**
**GROUP**

**Job Code Description:** Funeral Director

**Job Code:** FD

## GENERAL ACCOUNTABILITIES

A Funeral Director reports to the Location Manager in his/her market. He/She provides customer service in all areas of helping our families achieve peace following the loss of a loved one. We strive to help families overcome this difficult time by providing exemplary personalized service. Funeral Directors implement choices made by the families regarding the final disposition of the body and memorialization of the individual. They are the primary contact with our families and interact with them to fulfill their death care needs. Funeral Directors are responsible to ensure customers' full range of needs is addressed.

Successful candidates are people who establish strong person and business relationships with customers. He/She is accountable for servicing families in a professional and timely manner. Respectful service and attention to customer needs are integral to a continued relationship with the family. The ability to contribute as a team member, where individuals work together and share equally in the exchange of ideas, concepts and process outcomes is important.

The Funeral Director duties must be performed consistent with company mission and values and adherence to company policies and procedures.

Certain variations may exist across locations or markets particularly as they relate to location differences, whether the funeral directors are represented by a union, whether a license is required for certain duties, and the size and staffing at a location or in a market.

## SPECIFIC RESPONSIBILITIES

- Arranging and conducting funeral and memorial ceremonies in a professional, organized and caring manner and in keeping with Company Policies and Procedures
- Retain heritage and grow market share through active involvement with community, religious and other organizations
- Respectfully provide remains of deceased in keeping with Company and Regulatory requirements
- Care for the deceased in a respectful manner while performing a variety of tasks which may include: transfers, lifting of deceased human remains, dressing and casketing; coordinating and assisting with funeral service, and visitation, delivery of flowers, caskets, urn, photos and other personal keepsakes or mementos of client families and setting of chairs and the removal, proper care and storage of these items

- Assist on funeral services by supervising the parking of cars, ushering, driving funeral vehicles, assisting at chapel and church services, assisting at the cemetery, floral delivery, picking up supplies, participating at special functions and other duties, as required
- In markets where regulatory requirements limit Pre-need sales to Funeral Directors, the Funeral Director's job requirement will be consistent with the Family Service Counselor.
- Responsible for pre-need sales and aftercare
- Ensure potential PN referrals are shared with Family Service Counselors
- Promote and maintain a safe and healthy work environment by complying with the provisions of the Alderwoods General Injury And Illness Prevention Program.
- Ensure adherence to all professional, municipal, provincial/state and federal licensing authority, regulations and rules applicable to the provision of funeral services
- Aftercare includes delivery of documents, stationery, documentation, information on insurance, health benefits and pension, pre-arrangements for next of kin
- Complete and accurate preparation of all documents related to services, cremations, maintenance, and any other type of data entry
- Office duties such as operating fax machine, computer, multiline phone system, debit card machine, typewriter, postage meter and scale and stereo/video system may be required to be operated from time to time
- Washing and cleaning of all funeral home vehicles and other client vehicles as required from time to time as a promotional gesture
- Assist with the maintenance of vehicles, the facility and property; receive caskets and other funeral home supplies as well as place into inventory and carrying out any other responsibilities that may be reasonably delegated by management
- General maintenance of building, grounds and vehicles as per Cleaning Schedule and Maintenance log
- Operation and maintenance of the crematory including repositioning and processing of cremated remains as per the Procedures Manual
- Answering phones, preparing reports as necessary and participating in staff meetings
- General housekeeping duties
- Ensuring refreshments are available (where allowed by law)
- Any other duties as directed by management
- This job is Non Exempt from Overtime. This statement is only applicable to US employees.

ALD6–00010

Funeral Director Cont'd

## COMPETENCIES

- **Business Conduct** - Demonstrating an acceptable standard of personal behavior and dress in the work place.

- **Accuracy** - Ensuring that all completed work is accurate and correct

- **Customer Focus** - Taking the time to understand the needs of others (both internal and external customers and families) and acting to do something helpful or to help solve their problems/issues

- **Presentation** - Communicating verbally in a clear and concise manner, both informally in small groups and in formal presentations

- **Creativity/Innovation** - Identifying and evaluating unique ways to improve the organization (cost reductions, use of resources, policies/procedures, products); generating useful new ideas, approaches or techniques.

- **Relationship Building** - Developing and maintaining a network of contacts, both inside and outside the organization, who may be able to supply information, assistance or support for the work-related goals. This includes building and maintaining friendly, warm relationships with people who are, or might be, helpful in achieving work-related goals.

- **Initiative** - Demonstrating self-motivation; effective performance is driven from within rather than being conditional on pressure from external factors (boss, peers, subordinates, deadlines, crises)

- **Ability to Learn** - The ability to change communication style to fit an audience; the ability to take values, strategies or external issues and prepare plans; the ability to continue to upgrade required skills or keep current with changes in the business/legislation/technology

- **Coordinating/Scheduling** - Working with and gaining the co-operation of fellow employees who do not report to you (perhaps within a team); handling a heavy workload with changing priorities while still needing to meet set timetable(s)

- **Negotiation** - Demonstrating the ability to listen closely and show flexibility in verbal communication style and/or content with a customer, manager, peer or subordinate in order to influence their decisions in a positive way.

- **Safety/Health Management** - Acquiring and demonstrating knowledge of safety and health procedures as they relate to the human resources of the organization.

## EXPERIENCE AND EDUCATIONAL REQUIREMENTS

- Equivalent to high school education and completion of a diploma training program at a college or technical school specializing in Funeral Services

- Must be a licensed Funeral Director in the state they wish to work.

- Current or previous insurance license would be helpful (where dual licenses allowable by law)

- Must be an authorized driver as per the Alderwoods Driver Safety Policy

- Previous customer service and/or sales experience would be a definite asset

- Knowledge of computers and some software would be an asset, or willingness to learn

- Above average communication skills

- High level of compassion and integrity

- Problem solving skills

- Ability to multi task and set priorities

- Professional and team player

## SUCCESS INDICATORS

- Gross Pre Need Production

- Attain or exceed Funeral Calls

- Attain or exceed Funeral Averages

- Seamless Service Survey

- Customer Service Survey (if applicable)

## WORKING CONDITIONS

### Physical

The job is frequently expected to lift, carry, push or pull objects weighing more than 20 lbs. (without the assistance of mobile, powered equipment).

Physical effort requiring manual dexterity is occasionally required (i.e., between 5% and 25% of time on the job).

Physical work pace and/or exertion bring on a limited amount of physical fatigue.

### Mental/Sensory

On a daily basis, the work involves short to intermediate periods of non-interrupted mental/sensory attention (i.e., usually up to one (1) hour at a time, occasionally longer than one (1) hour), with ample opportunity for breaks in concentration during the course of the workday.

Some of these duties may involve long hours and need to be done on weekends, evening, nighttime and holidays. At times, some duties may require you to work outside in the cold weather or hot summer weather. Some duties may also require you be exposed to unpleasantries associated with deceased human remains.

### Mental stress

When considering the mental/emotional tension associated with this job the following factors may apply:

- The work deals with the emotions of others, personal dealings that are extremely emotional and draining.

- The need to work overtime or to be called in before scheduled hours of work often cannot be anticipated.

- The job has minimal to no control over workflow or service demands.

ALD6—00011

Funeral Director Cont'd

**ADDITIONAL DUTIES**

As Required by Location or Market Staffing and Service Needs: (Managers: no more than three or else you should consider using a different job description)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**AGREEMENT TO JOB DESCRIPTION (INCLUDING ADDITIONAL DUTIES, IF APPLICABLE):**

_____          _____
Signature of Manager                                     Date

_____          _____
Signature of Employee                                    Date

ALD6—00012



**POSITION:** **FUNERAL DIRECTOR/EMBALMER**
Job Code Description: Funeral Director/Embalmer
Job Code: FD EMBLM

### General Accountabilities

A Funeral Director/Embalmer reports to the Location Manager in his/her market. He/She provides customer service in all areas of helping client families achieve peace following the loss of a loved one. He/she strives to help families through this difficult time by providing exemplary personalized service. The Funeral Director/Embalmer implements choices made by the families regarding the funeral, final disposition of the body and memorialization of the individual. He/she is the primary contact with a client family and interacts with the family to fulfill its death care needs. The Funeral Director/Embalmer is ultimately responsible for ensuring customers' full range of needs is met or exceeded.

Successful candidates are people who establish strong person and business relationships with customers. He/She is accountable for servicing families in a professional and timely manner. Respectful service and attention to customer needs are integral to a continued relationship with the family. The ability to contribute as a team member, where individuals work together and share equally in the exchange of ideas, concepts and process outcomes is important.

The Funeral Director/Embalmer duties must be performed consistent with company mission and values and adherence to company policies and procedures.

Certain variations may exist across locations or markets particularly as they relate to location differences, whether the funeral directors or embalmers are represented by a union, whether a license is required for certain duties, and the size and staffing at a location or in a market.

### Specific Responsibilities

- Arrange and conduct funeral and memorial ceremonies in a professional, organized and caring manner and in keeping with company policies and procedures
- Retain heritage and grow market share through active involvement with community, religious and other organizations
- Supervise and care for the deceased in a respectful manner while performing a variety of tasks which include: removals and transfers, embalming, cosmetology, hairstyling, dressing and casketing; coordinating and assisting with funeral service, and visitation, delivery of flowers, caskets, urn, photos and other personal keepsakes or mementos of client families, setting of chairs and the removal, proper care and storage of these items
- Respectfully prepare remains of deceased in keeping with Company and Regulatory requirements
- Operate and maintain the crematory, including repositioning and processing of cremated remains as per the Procedures Manual. Where location differences cause Funeral Director/Embalmer to serve as a Crematory Operator, specific responsibilities also include those of Crematory Operator
- Promote and maintain a safe and healthy work environment by complying with the provisions of the Alderwoods General Injury And Illness Prevention Program.
- Ensure adherence to all professional, municipal, provincial/state and federal licensing authority, regulations and rules applicable to the provision of funeral services

- Where regulatory requirements limit pre-need sales to Funeral Directors, the Funeral Director's specific responsibilities also include those of the Family Service Counselor
- Provide aftercare in absence of Family Service Counselor. Aftercare includes delivery of documents, stationery, documentation, and information on insurance, pre-arrangements for next of kin
- Ensure potential pre-need referrals are shared with Family Service Counselors
- Supervise the parking of cars, ushering, driving funeral vehicles, assisting at chapel and church services, assisting at the cemetery, floral delivery, picking up supplies, participating in special functions and other duties, as required
- Accurately prepare all documents related to funeral services, cremations, and maintenance
- Office duties such as operating fax machine, computer, multiline phone system, debit card machine, typewriter, postage meter and scale and stereo/video system as required from time to time
- Wash and clean of all funeral home vehicles and other client vehicles as required from time to time
- Assist with the maintenance of vehicles, the facility and property; receive caskets and other funeral home supplies as well as place into inventory and carrying out any other responsibilities that may be reasonably delegated by management
- General maintenance of building, grounds and vehicles and general housekeeping duties as per Cleaning Schedule and Maintenance log
- Answer phones, preparing reports as necessary and participating in staff meetings
- Ensure refreshments are available (where allowed by law)
- This job is **Non Exempt from Overtime. This statement is only applicable to US employees.**

## Competencies

- **Business Conduct** - Demonstrating an acceptable standard of personal behavior and dress in the work place.
- **Accuracy** - Ensuring that all completed work is accurate and correct
- **Customer Focus** - Taking the time to understand the needs of others (both internal and external customers and families) and acting to do something helpful or to help solve their problems/issues
- **Presentation** - Communicating verbally in a clear and concise manner, both informally in small groups and in formal presentations
- **Creativity/Innovation** - Identifying and evaluating unique ways to improve the organization (cost reductions, use of resources, policies/procedures, products); generating useful new ideas, approaches or techniques.
- **Relationship Building** - Developing and maintaining a network of contacts, both inside and outside the organization, who may be able to supply information, assistance or support for the work-related goals. This includes building and maintaining friendly, warm relationships with people who are, or might be, helpful in achieving work-related goals.
- **Initiative** - Demonstrating self-motivation; effective performance is driven from within rather than being conditional on pressure from external factors (boss, peers, subordinates, deadlines, crises)
- **Ability to Learn**  -The ability to change communication style to fit an audience; the ability to take values, strategies or external issues and prepare plans; the ability to continue to upgrade required skills or keep current with changes in the business/legislation/technology
- **Coordinating/Scheduling** - Working with and gaining the co-operation of fellow employees who do not report to you (perhaps within a team); handling a heavy workload with changing priorities while still needing to meet set timetable(s)
- **Negotiation** - Demonstrating the ability to listen closely and show flexibility in verbal communication style and/or content with a customer, manager, peer or subordinate in order to influence their decisions in a positive way.
- **Safety/Health Management** - Acquiring and demonstrating knowledge of safety and health procedures as they relate to the human resources of the organization.

ALD000125

**Experience and Educational Requirements**

- High school diploma or equivalent and completion of a diploma training program at a college or technical school specializing in funeral service or mortuary science
- Must hold valid current license to perform duties, such as prepare bodies, operate crematory, drive a car or hearse or sell insurance
- Previous customer service and/or sales experience would be a definite asset
- Knowledge of computers and some software would be an asset, or willingness to learn
- Above average communication skills
- High level of compassion and integrity
- Problem solving skills
- Ability to multi task and set priorities
- Professional and team player
- Must be an authorized driver as per the Alderwoods Driver Safety Policy

**Success Indicators**

- Attain or exceed Funeral averages
- Attain or exceed Funeral calls

**Working Conditions**

**Physical**

The job is frequently expected to lift, carry, push or pull objects weighing more than 20 lbs. (without the assistance of mobile, powered equipment).

Physical effort requiring manual dexterity is occasionally required (i.e., between 5% and 25% of time on the job).

Physical work pace and/or exertion bring on a limited amount of physical fatigue.

**Mental/ Sensory**

On a daily basis, the work involves short to intermediate periods of non-interrupted mental/sensory attention (i.e., usually up to one (1) hour at a time, occasionally longer than one (1) hour), with ample opportunity for breaks in concentration during the course of the workday.

Some of these duties may involve long hours and need to be done on weekends, evening, nighttime and holidays. At times, some duties may require you to work outside in the cold weather or hot weather. Some duties may also require you be exposed to un-pleasantries associated with deceased human remains.

**Physical Environment**

When considering the physical environment the job works within (because of the nature of the job) the following factors may apply:

- Moderate odors, dust or fumes may cause discomfort and/or irritation to eyes or respiratory passages

ALD000126

- There is necessary exposure to dangerous chemicals, disease, carcinogens or radioactivity (even though protective clothing is worn)

**Mental stress**

When considering the mental/emotional tension associated with this job the following factors may apply:

- The work deals with the emotions of others, personal dealings that are extremely emotional and draining
- The need to work overtime or to be called in before scheduled hours of work often cannot be anticipated
- The job has minimal to no control over workflow or service demands

**Additional Duties As Required by Location or Market Staffing and Service Needs: (Managers: no more than three or else consider using a different job description)**

_____

_____

_____

**Agreement to Job Description (including Additional Duties, if applicable):**

Signature of Manager: _____ Date_____

Signature of Employee: _____ Date_____

# Funeral Director/Embalmer



**Job Code Description:**   Funeral Director/Embalmer

**Job Code:**   FD EMBLM

### GENERAL ACCOUNTABILITIES

A Funeral Director/Embalmer reports to the Location Manager in his/her market. He/She provides customer service in all areas of helping client families achieve peace following the loss of a loved one. He/she strives to help families through this difficult time by providing exemplary personalized service. The Funeral Director/Embalmer implements choices made by the families regarding the funeral, final disposition of the body and memorialization of the individual. He/she is the primary contact with a client family and interacts with the family to fulfill its death care needs. The Funeral Director/Embalmer is ultimately responsible for ensuring customers' full range of needs is met or exceeded.

Successful candidates are people who establish strong person and business relationships with customers. He/She is accountable for servicing families in a professional and timely manner. Respectful service and attention to customer needs are integral to a continued relationship with the family. The ability to contribute as a team member, where individuals work together and share equally in the exchange of ideas, concepts and process outcomes is important.

The Funeral Director/Embalmer duties must be performed consistent with company mission and values and adherence to company policies and procedures.

Certain variations may exist across locations or markets particularly as they relate to location differences, whether the funeral directors or embalmers are represented by a union, whether a license is required for certain duties, and the size and staffing at a location or in a market.

### SPECIFIC RESPONSIBILITIES

- Arrange and conduct funeral and memorial ceremonies in a professional, organized and caring manner and in keeping with company policies and procedures
- Retain heritage and grow market share through active involvement with community, religious and other organizations
- Supervise and care for the deceased in a respectful manner while performing a variety of tasks which include: removals and transfers, embalming, cosmetology, hairstyling, dressing and casketing; coordinating and assisting with funeral service, and visitation, delivery of flowers, caskets, urn, photos and other personal keepsakes or mementos of client families, setting of chairs and the removal, proper care and storage of these items
- Respectfully prepare remains of deceased in keeping with Company and Regulatory requirements

- Operate and maintain the crematory, including repositioning and processing of cremated remains as per the Procedures Manual. Where location differences cause Funeral Director/Embalmer to serve as a Crematory Operator, specific responsibilities also include those of Crematory Operator
- Promote and maintain a safe and healthy work environment by complying with the provisions of the Alderwoods General Injury And Illness Prevention Program.
- Ensure adherence to all professional, municipal, state and federal licensing authority, regulations and rules applicable to the provision of funeral services
- Where regulatory requirements limit pre-need sales to Funeral Directors, the Funeral Director's specific responsibilities also include those of the Family Service Counselor
- Provide aftercare in absence of Family Service Counselor. Aftercare includes delivery of documents, stationery, documentation, and information on insurance, pre-arrangements for next of kin
- Ensure potential pre-need referrals are shared with Family Service Counselors
- Supervise the parking of cars, ushering, driving funeral vehicles, assisting at chapel and church services, assisting at the cemetery, floral delivery, picking up supplies, participating in special functions and other duties, as required
- Accurately prepare all documents related to funeral services, cremations, and maintenance
- Office duties such as operating fax machine, computer, multiline phone system, debit card machine, typewriter, postage meter and scale and stereo/video system as required from time to time
- Wash and clean of all funeral home vehicles and other client vehicles as required from time to time
- Assist with the maintenance of vehicles, the facility and property; receive caskets and other funeral home supplies as well as place into inventory and carrying out any other responsibilities that may be reasonably delegated by management
- General maintenance of building, grounds and vehicles and general housekeeping duties as per Cleaning Schedule and Maintenance log
- Answer phones, preparing reports as necessary and participating in staff meetings
- Ensure refreshments are available (where allowed by law)
- This job is Non Exempt from Overtime. This statement is only applicable to US employees.

ALD000121

Funeral Director/Embalmer Cont'd

## COMPETENCIES

- Business Conduct - Demonstrating an acceptable standard of personal behavior and dress in the work place.

- Accuracy - Ensuring that all completed work is accurate and correct

- Customer Focus - Taking the time to understand the needs of others (both internal and external customers and families) and acting to do something helpful or to help solve their problems/issues

- Presentation - Communicating verbally in a clear and concise manner, both informally in small groups and in formal presentations

- Creativity/Innovation - Identifying and evaluating unique ways to improve the organization (cost reductions, use of resources, policies/procedures, products); generating useful new ideas, approaches or techniques.

- Relationship Building - Developing and maintaining a network of contacts, both inside and outside the organization, who may be able to supply information, assistance or support for the work-related goals. This includes building and maintaining friendly, warm relationships with people who are, or might be, helpful in achieving work-related goals.

- Initiative - Demonstrating self-motivation; effective performance is driven from within rather than being conditional on pressure from external factors (boss, peers, subordinates, deadlines, crises)

- Ability to Learn -The ability to change communication style to fit an audience; the ability to take values, strategies or external issues and prepare plans; the ability to continue to upgrade required skills or keep current with changes in the business/legislation/technology

- Coordinating/Scheduling - Working with and gaining the co-operation of fellow employees who do not report to you (perhaps within a team); handling a heavy workload with changing priorities while still needing to meet set timetable(s)

- Negotiation - Demonstrating the ability to listen closely and show flexibility in verbal communication style and/or content with a customer, manager, peer or subordinate in order to influence their decisions in a positive way.

- Safety/Health Management - Acquiring and demonstrating knowledge of safety and health procedures as they relate to the human resources of the organization.

## EXPERIENCE AND EDUCATIONAL REQUIREMENTS

- High school diploma or equivalent and completion of a diploma training program at a college or technical school specializing in funeral service or mortuary science

- Must hold valid current license to perform duties, such as prepare bodies, operate crematory, drive a car or hearse or sell insurance

- Previous customer service and/or sales experience would be a definite asset

- Knowledge of computers and some software would be an asset, or willingness to learn

- Above average communication skills

- High level of compassion and integrity

- Problem solving skills

- Ability to multi task and set priorities

- Professional and team player

- Must be an authorized driver as per the Alderwoods Driver Safety Policy

## SUCCESS INDICATORS

Key abilities and characteristics to ensure success:

- Gross Pre Need Production

- Attain or exceed Funeral Calls

- Attain or exceed Funeral Averages

- Seamless Service Survey

- Customer Service Survey (if applicable)

## WORKING CONDITIONS

### Physical

The job is frequently expected to lift, carry, push or pull objects weighing more than 20 lbs. (without the assistance of mobile, powered equipment).

Physical effort requiring manual dexterity is occasionally required (i.e., between 5% and 25% of time on the job).

Physical work pace and/or exertion bring on a limited amount of physical fatigue.

### Mental/ Sensory

On a daily basis, the work involves short to intermediate periods of non-interrupted mental/sensory attention (i.e., usually up to one (1) hour at a time, occasionally longer than one (1) hour), with ample opportunity for breaks in concentration during the course of the workday.

Some of these duties may involve long hours and need to be done on weekends, evening, nighttime and holidays. At times, some duties may require you to work outside in the cold weather or hot weather. Some duties may also require you be exposed to un-pleasantries associated with deceased human remains.

### Physical Environment

When considering the physical environment the job works within (because of the nature of the job) the following factors may apply:

- Moderate odors, dust or fumes may cause discomfort and/or irritation to eyes or respiratory passages

- Exposure to dangerous chemicals, disease, carcinogens or radioactivity (even though protective clothing is worn)

ALD000122

Funeral Director/Embalmer Cont'd

Mental stress

When considering the mental/emotional tension associated
with this job the following factors may apply:

- The work deals with the emotions of others, personal
  dealings that are extremely emotional and draining
- The need to work overtime or to be called in before
  scheduled hours of work often cannot be anticipated
- The job has minimal to no control over workflow or
  service demands

ADDITIONAL DUTIES

As Required by Location or Market Staffing and Service Needs: (Managers: no more than three or else consider using a
different job description)

AGREEMENT TO JOB DESCRIPTION (INCLUDING ADDITIONAL DUTIES, IF APPLICABLE):

_____          _____
Signature of Manager                                       Date

_____          _____
Signature of Employee                                     Date

ALD000123

# Funeral Director/
# Embalmer

**ALDERW∞DS**
GROUP

## GENERAL ACCOUNTABILITIES

A Funeral Director/Embalmer reports to the Location Manager in his/her market. He/She provides customer service in all areas of helping client families achieve peace following the loss of a loved one. He/she strives to help families through this difficult time by providing exemplary personalized service. The Funeral Director/Embalmer implements choices made by the families regarding the funeral, final disposition of the body and memorialization of the individual. He/she is the primary contact with a client family and interacts with the family to fulfill its death care needs. The Funeral Director/Embalmer is ultimately responsible for ensuring customers' full range of needs is met or exceeded.

Successful candidates are people who establish strong person and business relationships with customers. A Funeral Director/Embalmers is a listener, advisor, supporter and facilitator. He/She is accountable for servicing families in a professional and timely manner. Respectful service and attention to customer needs are integral to a continued relationship with the family. The ability to contribute as a team member, where individuals work together and share equally in the exchange of ideas, concepts and process outcomes is important.

The Funeral Director/Embalmer duties must be performed consistent with company mission and values and adherence to company policies and procedures.

Certain variations may exist across locations or markets particularly as they relate to location differences, whether the funeral directors or embalmers are represented by a union, whether a license is required for certain duties, and the size and staffing at a location or in a market.

## SPECIFIC RESPONSIBILITIES

- Arrange and conduct funeral and memorial ceremonies in a professional, organized and caring manner and in keeping with company policies and procedures
- Retain heritage and grow market share through active involvement with community, religious and other organizations
- Supervise and care for the deceased in a respectful manner while performing a variety of tasks which include: removals and transfers, embalming, cosmetology, hairstyling, dressing and casketing; coordinating and assisting with funeral service, and visitation, delivery of flowers, caskets, urn, photos and other personal keepsakes or mementos of client families, setting of chairs and the removal, proper care and storage of these items
- Respectfully prepare remains of deceased in keeping with Company and Regulatory requirements

- Operate and maintain the crematory, including repositioning and processing of cremated remains as per the Procedures Manual. Where location differences cause Funeral Director/Embalmer to serve as a Crematory Operator, specific responsibilities also include those of Crematory Operator
- Promote a safe work environment by being aware of and practicing universal precautions and adopting general principles of safe conduct
- Ensure adherence to all professional, municipal, provincial/state and federal licensing authority, regulations and rules applicable to the provision of funeral services
- Where regulatory requirements limit pre-need sales to Funeral Directors, the Funeral Director's specific responsibilities also include those of the Family Service Counselor
- Provide aftercare in absence of Family Service Counselor. Aftercare includes delivery of documents, stationery, documentation, and information on insurance, pre-arrangements for next of kin
- Ensure potential pre-need referrals are shared with Family Service Counselors
- Supervise the parking of cars, ushering, driving funeral vehicles, assisting at chapel and church services, assisting at the cemetery, floral delivery, picking up supplies, participating in special functions and other duties, as required
- Accurately prepare all documents related to funeral services, cremations, and maintenance
- Office duties such as operating fax machine, computer, multiline phone system, debit card machine, typewriter, postage meter and scale and stereo/video system as required from time to time
- Wash and clean of all funeral home vehicles and other client vehicles as required from time to time
- Assist with the maintenance of vehicles, the facility and property; receive caskets and other funeral home supplies as well as place into inventory and carrying out any other responsibilities that may be reasonably delegated by management
- General maintenance of building, grounds and vehicles and general housekeeping duties as per Cleaning Schedule and Maintenance log
- Answer phones, preparing reports as necessary and participating in staff meetings
- Ensure refreshments are available (where allowed by law)
- This job is usually Nonexempt

P14634

Funeral Director/Embalmer Cont'd



## EXPERIENCE AND EDUCATIONAL REQUIREMENTS

- High school diploma or equivalent and completion of a diploma training program at a college or technical school specializing in funeral service or mortuary science
- Must hold valid current license to perform duties, such as prepare bodies, operate crematory, drive a car or hearse or sell insurance
- Good driving record & must provide a driver's license
- Previous customer service and/or sales experience would be a definite asset
- Knowledge of computers and some software would be an asset, or willingness to learn
- Above average communication skills
- High level of compassion and integrity
- Problem solving skills
- Ability to multi task and set priorities
- Detail-oriented
- Professional and team player

## SUCCESS INDICATORS

Key abilities and characteristics to ensure success:

- Attain or exceed Funeral averages
- Seamless Service survey including sourcing and handing off aftercare leads for FSCs

## WORKING CONDITIONS

### Physical

The job is frequently expected to lift, carry, push or pull objects weighing more than 20 lbs. (without the assistance of mobile, powered equipment).

Physical effort requiring manual dexterity is occasionally required (i.e., between 5% and 25% of time on the job).

Physical work pace and/or exertion bring on a limited amount of physical fatigue.

### Mental/ Sensory

On a daily basis, the work involves short to intermediate periods of non-interrupted mental/sensory attention (i.e., usually up to one (1) hour at a time, occasionally longer than one (1) hour), with ample opportunity for breaks in concentration during the course of the workday.

Some of these duties may involve long hours and need to be done on weekends, evening, nighttime and holidays. At times, some duties may require you to work outside in the cold weather or hot weather. Some duties may also require you be exposed to un-pleasantries associated with deceased human remains.

### Physical Environment

When considering the physical environment the job works within (because of the nature of the job) the following factors may apply:

- Moderate odors, dust or fumes may cause discomfort and/or irritation to eyes or respiratory passages
- There is necessary exposure to dangerous chemicals, disease, carcinogens or radioactivity (even though protective clothing is worn)

### Mental stress

When considering the mental/emotional tension associated with this job the following factors may apply:

- The work deals with the emotions of others, personal dealings that are extremely emotional and draining
- The need to work overtime or to be called in before scheduled hours of work often cannot be anticipated
- The job has minimal to no control over workflow or service demands

## ADDITIONAL DUTIES

As Required by Location or Market Staffing and Service Needs: (Managers: no more than three or else consider using a different job description)

_____

_____

_____

_____

_____

_____

_____

AGREEMENT TO JOB DESCRIPTION (INCLUDING ADDITIONAL DUTIES, IF APPLICABLE):

_____     _____
Signature of Manager                  Date

_____     _____
Signature of Employee                 Date

P14635


ALDERW∞DS
GROUP

---

## POSITION:    LOCATION MANAGER

Job Code Description:    Manager, Location
Job Code:    MGR LOC

---

## General Accountabilities

The Location Manager (LM) reports to the Market Growth Manager (MGM) and provides leadership to all staff in his/her respective location. The Location Manager is responsible for all activities associated with operations, customers, staff, facilities and financials in their location.

The Location Manager duties must be performed consistent with Company mission and values and adherence to Company policies and procedures.

The Location Manager spends 80% of their time (4 days out of 5) in locations leading, coaching and training their staff on how to drive/grow the business. The other 20% is spent in their communities, planning and administration, which typically occurs in meetings, conference calls and email. The Location Manager responsibilities are outlined in detail below.

## Specific Responsibilities

**Grow/Maintain Market Share:** *Building (or maintaining where applicable) pre-need and at-need revenue at the locations by driving calls and averages, developing/maintaining customer and community relationships and gaining/maintaining market share.*

- Actively build pre-need and at-need revenue/volume at the location, balanced with attention to costs and opportunities to share resources
- Achieve or exceed the budgeted operating margin through revenue growth and overall expense management of the location(s).
- Retain heritage and grow market share through active involvement (outreach programs) with community, religious and other organizations, leading to development of 'meaningful' relationships. Utilize the Community Relations Binder
- Have a thorough understanding of competitors and strive to gain market share from them
- Develop niche markets (based on areas of town/ethnic/religious groups etc.) and is willing to try new things to develop market share
- Continuously track the ratio of pre-need sales to at-need sales and ensure targets are met
- Plan and participate in community events designed to heighten awareness of the location
- Implement new service and revenue enhancement programs to help grow market share
- Monitor advertising to ensure it is generating the desired results

**Expense Management/Administration:** Effectively manages all expenses in accordance with location budget. Ensures all administrative functions are completed in an accurate manner as outlined in Company policies/procedures.

- Keep expenses in line with revenue (including wages/staffing levels, overtime, etc.)
- Ensure that the accounts receivable process is implemented and the location collects payment before delivery of services to families as per policy
- Sign off on all contracts – pre-need and at-need
- Follow accounting procedures
- Protect company assets appropriately (insurance, preventative maintenance, etc.)

---

ALD000139

- Maintain appropriate inventory levels
- Complete all reports on a timely basis, review and submit
- Share resources (staff, equipment, vehicles) amongst other locations as required
- Utilize Alderwoods' buying programs (Office Depot, etc.) to take advantage of nationwide discounts
- Initiate Purchase Orders and approve all invoices
- Conduct own monthly mini-audits proactively

**Operations:** *Demonstrates extensive operations and industry knowledge in the execution of all aspects of the location operations and ultimately focuses on servicing the customer.*

- Ensure that all aspects of services provided are done to Alderwoods' standards (clean location and grounds, vehicles, deceased prepared appropriately and well laid out, employees dressed professionally)
- Ensure all company operational procedures and policies are implemented, including "seamless service" and follow up calls
- Regularly participate in location services
- Schedule staff to balance the needs of the business and needs of employees
- Handle situations with customers and potential client families with tact and diplomacy
- Ensure all customer needs are met or exceeded, including the opportunity to purchase the full suite of products.
- Ensure all visitors to the location are greeted appropriately and treated as potential customers
- Implement changes/modifications to services as indicated by consistent feedback from Customer Surveys/feedback
- Continuously review processes and procedures to identify areas for training/potential improvement/cost reduction

**Compliance/Health & Safety:** *Ensures that all company policies and procedures and applicable laws are communicated, enforced and adhered to.*

- Demonstrate up-to-date knowledge of and compliance with relevant employment and industry related legislation and procedural requirements
- Ensure employees are provided with and use Personal Protective Equipment (PPE)
- Ensure periodic safety checks are conducted and implement changes/improvements identified by checks
- Conduct monthly safety meetings
- Document and forward all accident reports to appropriate person
- Ensure employees sign off on receipt of critical policy and procedure information.  Maintain copies of sign off in employee files
- Ensure corporate policy and procedure manuals are up-to-date, available and understood by all employees.  Ensure previous versions of policies and procedures, old files, etc., are discarded
- Participate in various company audits
- Implement changes/improvements identified by audits

**Staff Management and Leadership:** *Ensures individuals and teams get the coaching and support necessary for them to be successful in their jobs.  Develops and maintains cooperation and teamwork.  Provides direction and motivation to individuals and teams to achieve goals and objectives.  Sets a good example of desired behaviours.*

- Train and cross-train staff and provide coaching to ensure that all staff meet/exceed the needs of the customer
- Act as a positive role model (work ethic, manners, hygiene, appearance, timeliness, etc.)
- Resolve employee issues in a timely and satisfactory manner
- Conduct monthly staff meetings
- Manage staff performance issues in a constructive manner
- Provide positive feedback and reinforcement in a timely manner
- Participate in recruitment process when required
- Treat employees fairly and consistently

ALD000140

- Creates a work environment where employees work effectively together
- Celebrates successes with the team and recognizes good performance

---

- This job is **Exempt from Overtime. This statement is only applicable to US employees.**

## Competencies

**Communication:** *Able to accurately listen, understand and respond appropriately during interactions. Share relevant information and keep others informed.*
- Clearly and simply communicate information (verbally or in writing)
- Understand non-verbal clues and respond to them appropriately
- Listen actively – listen to and be informed by the perspective of others.  Ask probing questions for clarification – seek to understand
- Gather information from a variety of sources
- Persuade or convince others through use of effective interpersonal communication
- Adapt communication style to the level of the listener (up or down)
- Explain reasons for action to others
- Keep non-verbal communications consistent with verbal communications
- Facilitate flow of information 'down' to employees and 'up' to management
- Ensure timeliness of information flow
- Consider how others are affected by information shared and adjust communication and style to meet those needs
- Conduct "Town Hall" meetings
- Be approachable

**Company Commitment:** *Understand and actively support company-wide mission, goals and strategies as well as location/market initiatives and programs*
- Be present at the locations at different times of day and different days of the week
- Prioritize conflicting matters according to the needs of the business
- Be seen to be living the expressed Company Values (walk the talk)
- Show pride in Alderwoods by positively representing the Company to employees and customers
- Reflect support for Alderwoods' policies and procedures and decisions (even if not in agreement with them)
- Refrain from offering criticism about Alderwoods to employees, reserving such comments for the ears of the RGM or more senior staff
- Advocate Seamless Service
- Maintain balance between operations and corporate perspectives/needs
- Demonstrate benefits of being part of a large organization and consider the 'bigger picture'

**Business Conduct:** *Demonstrate a standard of behavior in the work place that is consistent with the image expected by our customers and employees*
- Set a good example for others (clean, well-groomed, well-spoken, organized, calm, mature, professional, respectful)
- Act with integrity, honesty and openness
- Be willing to work with location employees, demonstrating the appropriate way to perform a task and assisting in the completion of all manner of tasks
- Focus on fixing problems, not assigning blame
- Be accountable for his (her) actions; acknowledge personal mistakes
- Maintain confidentiality
- Act in a lawful manner and follow company policies and procedures
- Honor commitments to employees and others

**Drive for Results:** *Strive to deliver superior performance and a standard of excellence to achieve successful outcomes*

*Location Manager (MGR LOC)*                                                           *revised September 22/04*

---

ALD000141

- Seek ways to improve his (her) personal performance
- Take ownership of job responsibilities
- Be willing to work all hours – persevere
- Seek input from others (location employees, peers, etc) and give them credit for good ideas (share results)
- Practice continuous improvement in all elements of the job
- Set personal goals and goals for location employees that are challenging but achievable
- Address issues of unsatisfactory performance/results
- Present a positive face to location employees
- Celebrate successes

**Problem Solving/Decision Making/Analysis:** *Able to understand a situation by breaking it down in to smaller parts, look at underlying issues and take action to resolve the issue*

- Seek out and consider all relevant facts. Resist temptation to jump to conclusions – exhibit patience when appropriate
- Consider risks and benefits
- In emergency situations, make decisions quickly with information at hand
- Not accept everything at face value. Dig to get at underlying issues
- Take risk in decision-making
- Seek input from others when appropriate
- Identify resources necessary to solve problems
- Make unpopular decisions when it is the 'right' thing to do, and stand by them
- Implement decisions in a timely way
- Confront difficult issues in a timely way

**Creativity/Innovation:** *Consider ideas that are "outside of the box". Break out of traditional ways of viewing situations or problems and come up with new/unique ideas.*

- Be willing to engage in 'green light' thinking (no idea is dismissed out of hand)
- Solicit and welcome ideas from others (location employees, peers, corporate, etc.)
- Seek opportunities to make improvements/changes
- 'Try-out' new ways of doing things
- Think ahead, and anticipate problems
- Challenge others to come up with new ideas and approaches; better ways of doing things
- Be willing to 'raise the bar' for performance; does not accept complacency

**Relationship Building:** *Working to maintain friendly, warm relationships or networks with people (internal/external) who are or might someday be, important to achieving work-related goals.*

- Be aware of the communities in which his (her) location operates
- Host gatherings with influential community members
- Establish good relationships with other related service providers (florists, clergy/religious groups, limousine drivers, industry-related schools)
- Establish good relationships with appropriate corporate personnel (accounting, payroll)
- Establish trusting relationships with location employees
- Establish good relationships with peers (sharing of best practices, resources, etc.)
- Encourage staff to become involved in the community (where appropriate)
- Be open to forming new relationships

## Experience and Educational Requirements

- High school diploma or equivalent and completion of a diploma training program at a college or technical school
- 3-5 years experience working as a Funeral Director
- Must maintain state/provincial licensing requirements for Funeral Director/Location Manager

ALD000142

- Must be an authorized driver as per the Alderwoods Driver Safety Policy
- Ability to work with managers and employees, showing leadership and support
- Previous customer service and/or sales experience would be a definite asset
- Knowledge of computers and some software would be an asset, or willingness to learn
- Above average communication skills
- High level of compassion and integrity

## Working Conditions

**Physical Requirements:**

- Lifting Requirement (without assistance of mobile, powered equipment) – Up to 150lbs
- Manual Dexterity Requirement – Between 25% and 75% of time on the job



## POSITION: LOCATION MANAGER

Job Code Description: Manager, Location
Job Code: MGR LOC

### General Accountabilities

The Location Manager reports to the General Manager, if there is one, or else to the Market General Manager in his/her market. He/She is responsible for the overall operations and sales of the location. The successful Location Manager should be highly motivated, with strong leadership skills and time management skills. He/She should possess a superior understanding of the operational side of the industry.

The Location Manager duties must be performed consistent with company mission and values and adherence to company policies and procedures.

### Specific Responsibilities

- This position has a key role in building pre-need and at-need revenue at the locations and within the market, balanced with attention to costs and synergy opportunities. The Location Manager's sales role is critical to Seamless Service and meeting or exceeding customer expectations and needs
- At smaller locations, the Location Manager will share responsibilities similar to those of a Funeral Director and also share sales responsibilities (At-need or Pre-need) similar to those of a Family Service Counselor or Family Service Manager (please refer to these specific job descriptions)
- Work with MGM or MSM to grow market share. Implement new service and revenue enhancements and ensure they are adhered to
- Communicate with MSM and counselors when pricing changes and new products are introduced
- Ensure potential pre-need referrals are shared with Family Service Counselors
- Accountable for all business pre-need/at-need contracts written at the location. Approve all pre-need contracts written for the Funeral Home
- Track the ratio of pre-need sales to immediate need sales and ensure targets as identified by the RGM are met
- Guide Funeral Directors and Family Service Counselors to meet or exceed the at-need or pre-need expectations of customers. Ensure all customer needs are met or exceeded, including the opportunity to purchase the full suite of products through the Family Service Counselor (funeral and cemetery)
- Retain heritage and grow market share through active involvement with community, religious and other organizations
- Promote and maintain a safe and healthy work environment by successfully implementing the Alderwoods General Injury And Illness Prevention Program.
- Control expenditures in line with budget
- Share staff, vehicles, and equipment with other locations, as required
- Ensure accounts receivable and collections functions are maintained effectively for the location
- Handle situations with the customers and potential client families with tact and diplomacy
- Train and coach location staff through one-on-one interactions and monthly meetings. Provide frequent feedback on performance to individual staff members.
- Responsible for scheduling staff and ensuring there is adequate coverage at all times

ALD000135

- Must be able to accomplish job responsibilities of when a staff member is absent
- Developing and communicating information to superiors, peers and subordinates (including employee representatives, if applicable) in a well thought out, logical and effective manner is essential
- Responsible for ensuring that the work environment is safe, and that staff supervised are trained in appropriate work site safety
- Ensure staff meetings are being held on a monthly basis
- This job is **Exempt from Overtime. This statement is only applicable to US employees.**

## Competencies

- **Business Conduct** - Demonstrating an acceptable standard of personal behavior and dress in the work place.
- **Revenue/Expense Management** - Managing revenues and/or expenses in accordance with budgets; estimating future possibilities, managing revenue/expense controls, and providing informed analyses.
- **Goal Setting** - Setting objectives which are realistic but aggressive.
- **Delegation –** Effectively utilizing the skills of subordinates to accomplish work objectives; providing a degree of supervision, support and accessibility that is tailored to the subordinate's level of maturity and ability.
- **Employee Development** - Managing and coaching employees in order to motivate them and to maximize their performance; determining training and development needs, setting performance standards for work and measuring achievement; providing advice and guidance for the employee's career and personal development to increase their potential.
- **Entrepreneurship -**Attending to innovative goals and operations with high stakes and risks involved; driven to gain competitive edge.
- **Forecasting/Visioning -** Emphasizing corporate values, mission and long-term goals rather than short-term objectives.
- **Safety/Health Management** - Acquiring and demonstrating knowledge of safety and health procedures as they relate to the human resources of the organization.
- **Thoroughness** - Ensuring that work accomplished is complete in all relevant aspects; avoiding lost productivity due to excess working of peripheral details.
- **Creativity/Innovation –** Identifying and evaluating unique ways to improve the organization (cost reductions, use of resources, policies/procedures, products); generating useful new ideas, approaches or techniques.
- **Customer Focus** - Taking the time to understand the needs of others (both internal and external customers and families) and acting to do something helpful or to help solve their problems/issues
- **Organization Building** - Shaping the organization, in terms of structure and/or activity, to fit external realities (eg. Markets, politics, competition, interest rates) and human resources (eg. Personality traits, skills, potentials).
- **Relationship Building** - Developing and maintaining a network of contacts, both inside and outside the organization, who may be able to supply information, assistance or support for the work-related goals. This includes building and maintaining friendly, warm relationships with people who are, or might be, helpful in achieving work-related goals.
- **Team Leadership** - Developing and maintaining cooperation and teamwork while leading a group of people. Seeking the input of group members; valuing ethnic and cultural diversity on the team for the perspectives it provides; keeping team members informed; finding ways to reduce conflict within the group; and, articulating a mission or "vision" which motivates others towards the accomplishments of goals and objectives.

**Experience and Educational Requirements**

- High school diploma or equivalent and completion of a diploma training program at a college or technical school
- 3-5 years experience working as a Funeral Director
- Must maintain state/provincial licensing requirements for Funeral Director/Location Manager
- Must be an authorized driver as per the Alderwoods Driver Safety Policy
- Ability to work with managers and employees, showing leadership and support
- Previous customer service and/or sales experience would be a definite asset
- Knowledge of computers and some software would be an asset, or willingness to learn
- Above average communication skills
- High level of compassion and integrity
- Problem solving skills
- Ability to multi task and set priorities
- Detail oriented
- Professional and team player

**Success Indicators**

Key abilities and characteristics to ensure success:
- Budget attainment – At-need and pre-need revenues; expenses; calls/interments; averages
- Employee turnover at or below target
- Seamless Service survey
- Location audit scores at 75th percentile of company median

**Working Conditions**

**Physical**

The job is frequently expected to lift, carry, push or pull objects weighing more than 20 lbs. (without the assistance of mobile, powered equipment).

Physical effort requiring manual dexterity is occasionally required (i.e., between 5% and 25% of time on the job).

Physical work pace and/or exertion bring on a limited amount of physical fatigue.

**Mental/ Sensory**

On a daily basis, the work involves short to intermediate periods of non-interrupted mental/sensory attention (i.e., usually up to one (1) hour at a time, occasionally longer than one (1) hour), with ample opportunity for breaks in concentration during the course of the workday.

**Mental stress**

When considering the mental/emotional tension associated with this job the following factors may apply:
- The work deals with the emotions of others, personal dealings that are extremely emotional and draining
- The job requires working a number of evenings and/or weekends every month

*Location Manager (MGR LOC)*                                        *revised January 14/04*

ALD000137

- The need to work overtime or to be called in before scheduled hours of work often cannot be anticipated
- The job has minimal to no control over workflow or service demands
- There is continual exposure to interruptions

**Additional Duties As Required by Location or Market Staffing and Service Needs: (Managers: no more than three or else you should consider using a different job description)**

_____
_____
_____

**Agreement to Job Description (including Additional Duties, if applicable):**

Signature of Manager:_____Date_____

Signature of Employee: _____Date_____

*Location Manager (MGR LOC)*                                     *revised January 14/04*

ALD000138

# Location Manager

**ALDERWOODS™**
GROUP

| | |
|---|---|
| **Job Code Description:** | Manager, Location |
| **Job Code:** | MGR LOC |

## GENERAL ACCOUNTABILITIES

The Location Manager reports to the General Manager, if there is one, or else to the Market General Manager in his/her market. He/She is responsible for the overall operations and sales of the location. The successful Location Manager should be highly motivated, with strong leadership skills and time management skills. He/She should possess a superior understanding of the operational side of the industry.

The Location Manager duties must be performed consistent with company mission and values and adherence to company policies and procedures.

## SPECIFIC RESPONSIBILITIES

- This position has a key role in building pre-need and at-need revenue at the locations and within the market, balanced with attention to costs and synergy opportunities. The Location Manager's sales role is critical to Seamless Service and meeting or exceeding customer expectations and needs

- At smaller locations, the Location Manager will share responsibilities similar to those of a Funeral Director and also share sales responsibilities (At-need or Pre-need) similar to those of a Family Service Counselor or Family Service Manager (please refer to these specific job descriptions)

- Work with MGM or MSM to grow market share. Implement new service and revenue enhancements and ensure they are adhered to

- Communicate with MSM and counselors when pricing changes and new products are introduced

- Ensure potential pre-need referrals are shared with Family Service Counselors

- Accountable for all business pre-need/at-need contracts written at the location. Approve all pre-need contracts written for the Funeral Home

- Track the ratio of pre-need sales to immediate need sales and ensure targets as identified by the RGM are met

- Guide Funeral Directors and Family Service Counselors to meet or exceed the at-need or pre-need expectations of customers. Ensure all customer needs are met or exceeded, including the opportunity to purchase the full suite of products through the Family Service Counselor (funeral and cemetery)

- Retain heritage and grow market share through active involvement with community, religious and other organizations

- Promote and maintain a safe and healthy work environment by successfully implementing the Alderwoods General Injury And Illness Prevention Program.

- Control expenditures in line with budget

- Share staff, vehicles, and equipment with other locations, as required

- Ensure accounts receivable and collections functions are maintained effectively for the location

- Handle situations with the customers and potential client families with tact and diplomacy

- Train and coach location staff through one-on-one interactions and monthly meetings. Provide frequent feedback on performance to individual staff members.

- Responsible for scheduling staff and ensuring there is adequate coverage at all times

- Must be able to accomplish job responsibilities of when a staff member is absent

- Developing and communicating information to superiors, peers and subordinates (including employee representatives, if applicable) in a well thought out, logical and effective manner is essential

- Responsible for ensuring that the work environment is safe, and that staff supervised are trained in appropriate work site safety

- Ensure staff meetings are being held on a monthly basis

- This job is Exempt from Overtime. This statement is only applicable to US employees.

## COMPETENCIES

- Business Conduct - Demonstrating an acceptable standard of personal behavior and dress in the work place.

- Revenue/Expense Management - Managing revenues and/or expenses in accordance with budgets; estimating future possibilities, managing revenue/expense controls, and providing informed analyses.

- Goal Setting - Setting objectives which are realistic but aggressive.

- Delegation - Effectively utilizing the skills of subordinates to accomplish work objectives; providing a degree of supervision, support and accessibility that is tailored to the subordinate's level of maturity and ability.

- Employee Development - Managing and coaching employees in order to motivate them and to maximize their performance; determining training and development needs, setting performance standards for work and measuring achievement; providing advice and guidance for the employee's career and personal development to increase their potential.

ALD000144

Location Manager Cont'd

- Entrepreneurship - Attending to innovative goals and operations with high stakes and risks involved; driven to gain competitive edge.

- Forecasting/Visioning - Emphasizing corporate values, mission and long-term goals rather than short-term objectives.

- Safety/Health Management - Acquiring and demonstrating knowledge of safety and health procedures as they relate to the human resources of the organization.

- Thoroughness - Ensuring that work accomplished is complete in all relevant aspects; avoiding lost productivity due to excess working of peripheral details.

- Creativity/Innovation - Identifying and evaluating unique ways to improve the organization (cost reductions, use of resources, policies/procedures, products); generating useful new ideas, approaches or techniques.

- Customer Focus - Taking the time to understand the needs of others (both internal and external customers and families) and acting to do something helpful or to help solve their problems/issues

- Organization Building - Shaping the organization, in terms of structure and/or activity, to fit external realities (eg. Markets, politics, competition, interest rates) and human resources (eg. Personality traits, skills, potentials).

- Relationship Building - Developing and maintaining a network of contacts, both inside and outside the organization, who may be able to supply information, assistance or support for the work-related goals. This includes building and maintaining friendly, warm relationships with people who are, or might be, helpful in achieving work-related goals.

- Team Leadership - Developing and maintaining cooperation and teamwork while leading a group of people. Seeking the input of group members; valuing ethnic and cultural diversity on the team for the perspectives it provides; keeping team members informed; finding ways to reduce conflict within the group; and, articulating a mission or "vision" which motivates others towards the accomplishments of goals and objectives.

## EXPERIENCE AND EDUCATIONAL REQUIREMENTS

- High school diploma or equivalent and completion of a diploma training program at a college or technical school

- 3-5 years experience working as a Funeral Director

- Must maintain state licensing requirements for Funeral Director/Location Manager

- Must be an authorized driver as per the Alderwoods Driver Safety Policy

- Ability to work with managers and employees, showing leadership and support

- Previous customer service and/or sales experience would be a definite asset

- Knowledge of computers and some software would be an asset, or willingness to learn

- Above average communication skills

- High level of compassion and integrity

- Problem solving skills

- Ability to multi task and set priorities

- Detail oriented

- Professional and team player

## SUCCESS INDICATORS

Key abilities and characteristics to ensure success:

- Gross Pre Need Production

- Attain or exceed Funeral Calls and/or Cemetery Interments

- Attain or exceed Funeral Averages (if applicable)

- Seamless Service Survey

- Customer Service Survey (if applicable)

## WORKING CONDITIONS

### Physical

The job is frequently expected to lift, carry, push or pull objects weighing more than 20 lbs. (without the assistance of mobile, powered equipment).

Physical effort requiring manual dexterity is occasionally required (i.e., between 5% and 25% of time on the job).

Physical work pace and/or exertion bring on a limited amount of physical fatigue.

### Mental/ Sensory

On a daily basis, the work involves short to intermediate periods of non-interrupted mental/sensory attention (i.e., usually up to one (1) hour at a time, occasionally longer than one (1) hour), with ample opportunity for breaks in concentration during the course of the workday.

### Mental stress

When considering the mental/emotional tension associated with this job the following factors may apply:

- The work deals with the emotions of others, personal dealings that are extremely emotional and draining

- The job requires working a number of evenings and/or weekends every month

- The need to work overtime or to be called in before scheduled hours of work often cannot be anticipated

- The job has minimal to no control over workflow or service demands

- There is continual exposure to interruptions

ALD000145

Location Manager Cont'd

**ADDITIONAL DUTIES**

As Required by Location or Market Staffing and Service Needs: (Managers: no more than three or else you should consider using a different job description)

AGREEMENT TO JOB DESCRIPTION (INCLUDING ADDITIONAL DUTIES, IF APPLICABLE):

_____          _____
Signature of Manager                               Date

_____          _____
Signature of Employee                              Date

ALD000146

# EXHIBIT 3

### Non-Exempt Employees Whose Job Descriptions
### Require Them To Perform Duties Identified In Plaintiffs' Complaint

| | Sells Pre-Need Insurance | Commissioned Sales Responsibilities | On-Call Responsibilities | Community Involvement |
|---|---|---|---|---|
| **Apprentice Embalmer** | | | | |
| **Apprentice Funeral Director/Embalmer** | X | X | X | X |
| **Apprentice Funeral Director** | | | | |
| **Arranger** | | | | X |
| **Assistant Funeral Director** | | | | X |
| **Assistant Manager** | | | | |
| **Assistant Administrator** | | | | |
| **Community Relations Director** | | | | X |
| **Crematory Operator** | | | | |
| **Embalmer** | | | | |
| **Florist** | | | | |
| **Funeral Attendant** | | | | |
| **Funeral Director/ Embalmer** | X | X | X | X |
| **Funeral Director** | X | X | X | X |
| **Funeral Services Support-1** | | | | |
| **Funeral Services Support-2** | | | | |
| **Funeral Services Support-3** | | | | |
| **Funeral Services Support-4** | | | | |
| **Grave Digger** | | | | |
| **Groundskeeper** | | | | |
| **Location Administrator** | | | | |
| **Maintenance** | | | | |
| **Maintenance Supervisor** | | | | |
| **Market Administrator** | | | | |
| **Vault Worker** | | | | |

# EXHIBIT 4



## Blending Two Sets of Values

en assisting others is the primary business of two panies, it stands to reason that they would share a lot of mon ground. This is certainly the case with Alderwoods SCI. Their organizational values help form each company's dation and act as the true drivers of growth.

The first indication that our values are similar is the position that "integrity" holds in the corporate values oth SCI and Alderwoods (see table, below). Emphasizing grity in this manner shows a mutual adherence to high essional standards and principles, with both companies sing on consistency and excellence in operational and omer service standards, as well as the sharing of best :tices.

Though the corporate values of "teamwork" (Alderwoods) "respect" (SCI) are not identical, they do enjoy common ing — respect for the time, effort and contributions thers is an essential component of teamwork. At rwoods, teamwork means that we welcome people from rse backgrounds and value individual contribution. This roach is of key importance to SCI as well. SCI stresses merit of teamwork in its Best-in-Class Workforce vision ment: "We will set the standard for high performance ugh teamwork, accountability and execution."

Service excellence is also vital to both companies. rwoods emphasizes the importance of exceptional service ur mission statement: "We will create value for families, loyees and shareholders by being the superior provider eamless funeral service." At SCI, apart from "service llence" being one of its corporate values, the company lenges its employees to provide service that goes above beyond in its Leader in Value vision statement: "We will er value by listening to our customer's wants and needs providing an experience that exceeds expectations."

Similarly, each company holds community service and support in high regard. Building relationships with families, community leaders and local institutions is a priority for Alderwoods, as is the tailoring of services to "compassionately meet the unique needs of each community." At SCI, "enduring relationships" is one of its values, and it supports a variety of outreach programs that "keep families safe, honor those who serve and comfort those who grieve" as part of that effort.

The values of "compassion" and "creativity" are the final two Alderwoods' corporate values. For Alderwoods, compassion is about serving families with empathy and understanding. Creativity involves encouraging and embracing change in the pursuit of our Mission. Likewise, at SCI, compassion means "being dedicated to compassionately supporting families at difficult times …"Additionally, SCI stresses the importance of innovation in its vision statement: "We will lead the industry in product and service innovations that will help diverse cultures and multiple generations create ways to remember a life lived."

Though the corporate values of SCI and Alderwoods may not be mirror images of each other, they do reflect many similarities. Chief among these is an identical desire to serve and support families to the very best of our abilities, which promises an excellent beginning to our shared future.



ALD009306

# EXHIBIT 5

## SUMMARY OF TESTIMONY SHOWING COMMUNITY WORK POLICY

| NAME | JOB TITLE / STATE | TESTIMONY |
|---|---|---|
| Dennis Baker | General Manager / AZ | Employees were encouraged to perform community work in order to generate business for Alderwoods (128:13-19; 132:20-135:6;[1] Baker Aff. ¶¶ 12-17[2])<br><br>Employees did not record their time spent performing community work and were not paid for that time (140:4-144:17; Baker Aff. ¶ 13) |
| Herbert Bath | Area Manager / KS | Employees were required to perform community work (159:5-9; Bath Aff. ¶¶ 12-18)<br><br>Employees were not paid for the time spent performing community activities outside regular work hours – only their dues were paid (193:24-194:11; Bath Aff. ¶ 13) |
| Jason Burgess | Funeral Director/Embalmer / NC | Community work was encouraged  (169:2-23)<br><br>Community work was addressed during performance reviews (165:25-166:24) |
| Michael Butler | Arranger / CA | Community work was a condition of continued employment but he did not record time spent performing community work (76:11-80:4) |
| Shane Carswell | Funeral Director / FL, GA | Community work was required and he was never instructed to record his community work and never told he would be paid for that time (135:7-137:5; 141:4-142:20)<br><br>If community work was done outside regular work hours, employees would not be paid for that time (223:13-20) |
| Steven Detschner | Funeral Director/Embalmer / MA | Community work was encouraged but he did not record and was not paid for his community work  (196:1-197:11) |
| Stephen Escobar | Arranger / CA | Community work was encouraged (45:16-46:16)<br><br>Did not record and was not paid for time spent engaged in community work (134:8-10; 135:4-6) |

---

1   The citations are to the deposition transcripts, relevant portions of which are attached as exhibits to the Cressman Affirmation.
2   The Affirmations cited to herein are attached as exhibits to the Cressman Affirmation.

| NAME | JOB TITLE / STATE | TESTIMONY |
|---|---|---|
| Ric Hensley | Manager / TN | Community work was required (46:24-47:12; Hensley Aff. ¶ 12) |
| | | Employees did not record and were not paid for the time they spent performing community work (58:3-8; Hensley Aff. ¶ 13) |
| Richard Kamienski | General Manager / CA | Community work was required (136:7-137:3; Kamienski Aff. ¶ 12) |
| | | Employees did not record and were not paid for the time they spent performing community work (147:2-8; 221:17-25; Kamienski Aff. ¶ 13) |
| Michael Lanza | Apprentice Funeral Director/Embalmer / WA | Community work was encouraged (40:18-23) |
| | | Was not compensated for time spent engaged in community work (193:6-195:25) |
| Kasi Long | Funeral Director / NY | Community work was required (148:9-22) |
| | | If she was paid for any time, it was only community work that was done during her regular work hours (173:17-176:14) |
| Beverly McDonald | Funeral Director / TX | Community work was required (138:8-139:10) |
| | | Did not record and was not paid for time spent engaged in community work (137:15-138:7; 141:23-142:1; 144:14-145:25) |
| John Peters | Funeral Director / PA | Only paid for community work performed during regular work hours (140:12-145:6) |
| Robert Pramik | Market Growth Manager / PA | Funeral Directors were required to perform community work (85:6-19; Pramik Aff. ¶¶ 8-17) |
| Jack Reddick | Assistant Funeral Director / KS | Aware of company-wide policy requiring community work involvement (229:17-230:6) |
| John Schabloski | Funeral Director/Embalmer / MI | Community work was required (121:12-122:5) |
| | | Did not record and was not paid for time spent performing community work (130:8-131:2; 132:1-20) |
| Sandy Thomas | Location Manager / NV | Only paid for community work that occurred during regular work hours (88:4-17) |
| | | Was not paid for any other community work (135:11-136:2) |

| NAME | JOB TITLE / STATE | TESTIMONY |
|---|---|---|
| Matthew Twiss | Arranger / NV | Encouraged to perform community work (146-147) |
| | | Most of his community work was unpaid (146:11-148:8) |
| Stacey Weinstein | Funeral Director/Manager / FL | Community work was required (98:23-25) |
| | | Community work time was not recorded (96:8-25) |
| Raymond White | Location Manager / IN | Employees were told they had to join community organizations (120:7-22) |

---

3    The citations are to the relevant paragraphs of the declarations originally submitted by defendant in response to plaintiffs' initial motion for class certification filed in this case. The declarations cited to herein are attached as exhibits to the Cressman Affirmation.

# EXHIBIT 6

# Alderwoods Group
## COMMUNITY RELATIONS ROAD MAP

**ALDERWOODS GROUP**

### Making it Happen! Being the Leader!

We recently conducted research with 82 of your peers and 20 senior managers in the company to see what would work to further our involvement in the communities where we operate. As a result of our findings we have developed this program.

The program aims to promote the well-being of the community and establish YOUR location as an integral part of the community.

For Alderwoods Group, community relations is about connecting with YOUR community at the grassroots level

It is the foundation on which YOUR future business will be built

The Alderwoods Group Community Relations Road Map offers ownership of the program at the local level by providing YOU with the opportunity to customize YOUR market plans.

IT WILL CREATE A TANGIBLE POINT OF DIFFERENCE BETWEEN YOUR LOCATION AND THE COMPETITION BY HAVING ALDERWOODS GROUP LOCATIONS RECOGNIZED AS POSITIVE COMMUNITY CONTRIBUTORS

IT INCLUDES ALL THE PLANNING AND IMPLEMENTATION TOOLS YOU WILL NEED TO:

- Grow YOUR customer network
- Design effective seminars
- Create unique community events
- Develop a strong community presence
- Budget effectively

### Getting Started

This is YOUR opportunity to grow YOUR business and establish YOUR location and Alderwoods Group as being leaders in the community.

We hope this will get you thinking about what is possible in YOUR community and how easy it is to get involved.

The first set of directions YOU will need to reach your destination will be arriving at YOUR location by the end of January 2004.



P11067