# EXHIBIT 7



COMMUNITY LEADERSHIP PROGRAM

P01402

# COMMUNITY
## LEADERSHIP PROGRAM



ALDERWOODS
GROUP

P01403



# To the Alderwoods Group team members:

Hopefully you've had success in developing your lists of influencers, as you have already completed Step 1 of the Leadership Network Program. The enclosed binder contains everything you need to contact and work with those influencers to help increase your own sphere of influence and ultimately your business.

The binder will take you through every step and provide you with all of the necessary tools to surround your Alderwoods Group location with a strong and valuable network of your fellow community leaders.

Section 2: The Community Seminars Program will arrive in the coming weeks. Watch for it to begin creating insightful and interesting events for your community.

Contact your Market Management Team if you have any questions regarding any aspect of the Community Leadership Program.

1

P13067

# Table of Contents

Legend  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–1

Introduction  . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–2

Leadership Network Program  . . . . . . . . . . . . . . . . 1–5

    Step 1  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–7

    Step 2  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–8

    Step 3  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–9

    Step 4  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–10

    Step 5  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–11

    Step 6  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–13

Community Seminars Program  . . . . . . . . . . . . . . .

Community Events Program  . . . . . . . . . . . . . . . . .

Table of Contents

# Legend

Legend

Throughout the Community Leadership Program you will see certain icons. These are the road signs to help guide you through the Community Leadership Program.



The TOOL BOX SIGN appears wherever sample documents or templates are presented.



The NOTICE SIGN appears wherever important reminders are necessary



The DOLLAR SIGN appears wherever budgeting matters are discussed



The CHECK BOX SIGN appears wherever it is a good idea to go back and double-check some of the most important steps

1-1

P13069

# Introduction:

## Welcome to the Alderwoods Group Community Leadership Program

A community can only be considered a true community when the relationships that exist between its members are strong; when everyone is working toward a better life for themselves and their neighbours. With this spirit of cooperation in mind the Alderwoods Group has plotted a road map that will increase the role that your location plays in the community and boost your network of community leaders.

Communities are built from a wide web of inter-connecting relationships. It is by recognizing and fostering these relationships that members can become a more vital, more influential and more integral part of their communities.

The following guide will provide you with a comprehensive plan for building strong and long-term relationships between your location and the community in which you operate.

### An overview of the Community Relations Program

Inside, you will find the details to the Community Leadership Program designed to help you make a stronger presence in your communities and present a clear and consistent message.

The program is divided into three sections, one for each of three different groups of people within your community: the general public; advance planning prospects; and the all-important influencers. The guide will help you to identify the people and organizations capable of exposing you to the greatest number of prospects.

It will provide you with a toolbox full of easy-to-use templates for letters, press releases, invitations, flyers and more. It will give you all you need to throw a calendar's worth of events and seminars designed to turn you and your Alderwoods Group location into community leaders.

Take the time to examine the Alderwoods Group Community Leadership Program and you will see the long-term benefits of becoming an active member of the community that you operate in. If you participate in your customer's lives now, they will remember you when the time is right.

P13070

# Who makes up our community?



The first group of people that the Community Leadership Program addresses are the influencers. They are those members of our community that are turned to most often for advice and guidance.

SECTION 1: THE LEADERSHIP NETWORK PROGRAM gives you everything you need to increase the quality of your relationships with the influencers in your community.



The second group of people to be targeted by the program are those most likely to be in the market for advance-planning.

SECTION 2: THE COMMUNITY SEMINAR PROGRAM enables your location to become a valuable hub in your community where information can be passed on through helpful seminars. Hosting these seminars allows you to be in direct contact with people interested in such topics as retirement and estate planning.



The third and final group is the general public. These are the people that may not have need for the services of an Alderwoods Group location at the moment, but they should be made aware of your place in their community. They are your future influencers as well as your future customers.

SECTION 3: THE COMMUNITY EVENTS PROGRAM outlines all you need to begin hosting engaging and meaningful events that involve the entire community.

Introduction

1-3

# How does it all work together?

To illustrate how the influencers can help to grow your business, the diagram below reveals how good, functioning relationships with your community's influencers can increase the success and value of the Community Seminars and Community Events Programs by putting you face to face with more prospective customers.

# The Community Dynamic



The diagram shows how it is possible to use the relationship with the influencers to deliver successful programs to your targets. One of the keys to the Program's success will be how you work closely with your Sales Professionals.

# Section 1:

## The Leadership Network Program

The Leadership Network Program is an opportunity for you and your colleagues to create rewarding and valuable relationships with the communities that rely on you. By following the steps found in this guide your location will take on a bigger role in the lives of your prospective clients.

We begin by creating dialogue and interaction with the members of our community that are sought out for their guidance and leadership. These people are the Influencers.

### What's this going to cost?

If you are to meet with your fellow community leaders you must anticipate there will be costs associated. Whether it is a lunch with a local doctor or coffee with the accountant down the street it is important to track and manage these expenses.

The Leadership Network Budget document that appear on DISK 1 will allow you to easily understand the costs of developing those all–important dialogues and weigh them against the opportunities they create.



## The Leadership Network Program, step by step

To help guide you through the Leadership Network section of the Alderwoods Group Community Leadership Program we are providing a Process Management Chart. You will be able to see all of the steps at a glance and in their proper order.



Look for similar Process Management Charts for each subsequent section.

Section 1

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

P13073

## Who belongs in the Leadership Network?

Your Leadership Network should be made up of influencers from your community. It is important to note the difference between a TRUE influencer and a PERCEIVED influencer. While they are all valuable to our business it is necessary to understand that they will be targeted by our competitors and you will need to be selective in who you spend your energies on.

Further on in this section you will be provided with the necessary tools to monitor your Leadership Network, but let us first take a look at some examples.

## Who are the influencers?

Here are some examples of influencers that make up all of our communities. These are the leaders in our lives that families seek out for guidance regarding some of life's biggest decisions. This is just a guide, so please take the initiative to add to this list.

**Religious**
- Clergy
- Rabbi

**Healthcare**
- Doctors
- Medical Examiners
- Nurses
- Hospice Personnel
- Retirement Home Personnel

**Family Estate Planning**
- Lawyers
- Accountants
- Bankers
- Insurance Agents

**Service Clubs**
- Rotary
- Kiwanis
- Fraternal Clubs
- Veterans

# Step 1:

## Make a list of influencers for your Leadership Network

To assist you in developing your Leadership Network and to help you report your progress we have created the Leadership Network Information Sheet. You should find it attached with these documents.

This sheet will allow you to record all of your influencer's important information and keep track of your network activity. Keep in mind that the Leadership Network Information Sheet is a key element in the Leadership Network Program, as it will show you the fruits of your labor at a glance.

To build your list of influencers, fill in columns 1–7 on your Information Sheet.

COLUMN 1      Which category does your influencer fall under? (e.g. Healthcare)

COLUMNS 2–6    Provide your influencer's details.

COLUMN 7      For this column you must rate the influencer on their potential value.
To help you evaluate their value we have included some questions for you to consider:

- How large is their sphere of influence? Consider the size and number of organizations and institutions this person belongs to.
- Do members of the community turn to this person for advice and guidance?
- By adding this person to your network is your location likely to see increased business?

Using the above questions as a guide, apply a rating to the influencer and enter it into the column.

    1 = Good influencer
    2 = Fair influencer
    3 = Poor influencer

## Tool Box

### The Leadership Network Information Sheet

| LOCATION DETAILS | | |
| Location Number: | | |
| Location Name: | | |

LEADERSHIP NETWORK INFORMATIO

| 1. Influencer Category | 2. Influencer Name | 3. Organization | 4. Position | 5. Telephone | 6. Years in Org. | 7. Ranking | Contact (Yes/No) | Period Number |
|---|---|---|---|---|---|---|---|---|
| Religious | Ken Smith | Christ Community Church | Reverend | 555-555-1234 | 8 | 2 | | |
| Religious | Fred Jackson | First Assembly Of God | Chaplain | 555-555-1235 | 3 | 1 | | |
| Health Care | Rick Trent | Private Practice | Doctor | 555-555-1236 | | | | |
| Family Estate Planning | Mark Sweeney | Sweeney, Jones & Barnes | Lawyer | | | | | |
| Family Estate Planning | Jill Johnson | | | | | | | |



Step 2

Step 3

Step 4

Step 5

Step 6

1-7

P13075

# Step 2:

## Set up those Meetings



This is your first opportunity to reach out and begin establishing relationships with your community's influencers. Wherever possible you should be using your voice to set up these meetings, either by phone or in person. Your goal is to make the influencer understand that you are both interested in the same thing: a stronger and close community, and that you are both in a position to help each other provide better services.

With pen and paper handy and with your schedule open you are ready to begin phoning the prospective members of your Leadership Network. If this is the first time you will be speaking to this influencer or are a little uncomfortable it might be a good idea to write yourself some notes to work from or even a simple script to help you get started. You don't want to remember what you wanted to say after you hang up.

A script like the one below will go a long way to make you more comfortable on the phone. You can work from it or create your own.

> Be prepared to leave a short coherent message in case you encounter your influencer's voice mail or assistant.



"Hello (influencer), my name is (your name, your position) from the (Alderwoods Group location). I'm calling today because I would like to meet with you sometime to discuss ways in which we can help (community) by working together.

Consider who you are speaking to. Make a list of topics to cover in your phone conversation that are of interest to them or their business. Topics such as:

- The Community Seminars Program
- Understanding life insurance
- Health matters

- Helping the community
- Family Estate Planning
- Etc.



> Don't leave your conversations open-ended. By the end, both parties should know when your next contact will be.



1-8

P13076

Section 1 · Step 1 · Step 2 · Step 3 · Step 4 · Step 5 · Step 6

# Step 3:

## Get yourself ready

Once you have set a time to meet your influencer you have to prepare and because you have initiated this meeting, it is up to you to guide the conversation and present the opportunities for the influencer.

Basically, they are there to hear what you have to say ... so make sure you have something to say.

The Alderwoods Group offers many different tools for you to use during these meetings. At the very least you should be bringing business cards and some brochures about your location with you. Consider bringing focused brochures and documents that might be more relevant to the influencer.

- Business Cards

- Location Letterhead

- Advance Planning Brochure

- Family Estate Planning Kit





- "How to Arrange a Dignified Cremation"

- "How to Arrange an Affordable Funeral"

- "How to Explain Death to a Child"

- "How to Help a Friend Cope With Grief"

- "How to Personalize a Funeral Service"

- "How to Plan Ahead for Peace of Mind"



Contact your Market Management Team to order

Section 1

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

1-9

# Step 4:

## Hold the meeting

During your meetings it is important for the influencer to understand the Alderwoods Group commitment to being community leaders and that your location is ready to work together with them to provide valuable services to the members of your community.

Often, influencers are asked difficult questions regarding death and funeral plans, simply because people are not sure who to turn to. Provide your influencer with appropriate literature to keep in their office and offer to field questions from clients whenever they arise.

Your influencer may be interested to hear about the upcoming Seminars and Community Events sections of the Community Leadership Program. It is their involvement that will make these events successful. At an appropriate meeting you may propose that they get involved in the upcoming programs.

When you leave, the influencers should feel confident that an association with you and your location would help them provide a better service and that they will be able to increase their own profile in the community through the Alderwoods Group Community Leadership Program.



> Remember to leave your business card



Section 1 | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6

1-10

P13078

# Step 5:

## Evaluate and Follow Up

When you get back, take a few minutes to evaluate the meeting and the influencer using the Leadership Network Contact Sheet. Using this tool you should be able to determine whether this influencer will be able to work with your Alderwoods Group location in the future to help the community.

If the contact is a valuable influencer then add them to your Leadership Network and begin your follow-up. A good follow-up should involve at least one of these next steps:

- A phone call to the influencer to thank them for their time and consideration
- Send them any additional information that they may have requested during the meeting
- A short thank-you note



Dear (influencer)

I would just like to thank you for taking time out of your day to meet with me. Based on our discussion, I foresee us being able to offer our community some great services and hope that you will consider being involved in some of our upcoming community programs.

I look forward to speaking with you soon. If you have any questions or would like to see any additional literature on our services, please don't hesitate to call.

Sincerely,
(Your name, position and location)



If you have determined that the influencer is not likely to become a valuable member of your Leadership Network then further contact with them should not take up too many of your resources. Send them a quick thank-you note for their time, but move on and concentrate on those influencers who have shown greater interest in working with you and your location.

Dear (influencer)

I would just like to thank you for taking time out of your day to meet with me. I learned a great deal about the services that you provide and I hope that I've given you a glimpse into how we're trying to better the community.

If you have any questions at all, please don't hesitate to call.

Sincerely,
(Your name, position and location)



Make sure to fill in your Leadership Network Contact Sheets, found at the end of this section, and keep them in a secure place for review at a later date. This will make monitoring the success of your network easy and keep your most important details in one place. Should you require additional copies of the Leadership Network Contact Sheets, they can be found on Disk 1.

Section 1

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

1–11

P13079

To work with your Contact Sheets simply follow these steps:

- Fill in your location number, name and the name of the influencer

- Record the meeting date, some brief notes on the meeting including next steps and make sure to establish when your next contact will be

- On the reverse side of the Contact Sheet you will find a calendar to help you track your referrals

- By making it a habit of politely asking your customers how they heard of your location you will be able to attribute referrals to certain influencers

- Record those referrals into the calendar

## The Leadership Network Contact Sheet

FRONT

LEADERSHIP NETWORK CONTACT SHEET

Location Number: _____

Location Name: _____

Influencer Name: _____

| Date of meeting | Notes from meeting |
|---|---|
| | |
| | |
| | |

BACK

**Call Tracking**

| January | | | | | February | | | | | Mar | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 | 1 | 2 |
| 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 | 6 | 7 |
| 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 | 11 | 12 |
| 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 | 16 | 17 |
| 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 | 21 | |
| 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 | | |

January Calls = _____     February Calls = _____

| April | | |
|---|---|---|
| 1 | 2 | 3 |



Section 1
Step 1
Step 2
Step 3
Step 4
Step 5
Step 6

P13080

# Step 6:

## Report to your MGM

The Alderwoods Group Management is your partner in the Community Leadership Program and by reporting your efforts they will be able to help you identify opportunities and offer assistance whenever necessary.

In Step 1 you used the Leadership Network Information Sheet to record all of your influencer's details. Using the remaining columns you can now begin to track your contact with your influencers and any referrals that may be attributed to them.

COLUMN 8     For each period enter whether contact was made and the number of referrals attributed to that particular influencer.

Your LNIS should be updated and submitted to your MGM for review at the end of each period.

COLUMN 9     At the end of the 13th period you should assess your influencer the same way you did in Column 7 and insert a ranking of 1–3 here.

1 = Good influencer
2 = Fair influencer
3 = Poor influencer

COLUMN 10    At the end of the 13th period add up the total number of referrals that you can track back to your influencer and enter that number here. If you are working from the electronic version then the spreadsheet will tally the rows and columns for you, but if you are working by hand then you will have to make the calculations yourself.

## The Leadership Network Information Sheet



MATION SHEET

| | 8. Contact Record | | | | | | | | | | | | | 9. Ranking | 10. Total calls attributed |
| Period 7 | | Period 8 | | Period 9 | | Period 10 | | Period 11 | | Period 12 | | Period 13 | | | |
| Contact (Yes/No) | Number of calls | Contact (Yes/No) | Number of calls | Contact (Yes/No) | Number of calls | Contact (Yes/No) | Number of calls | Contact (Yes/No) | Number of calls | Contact (Yes/No) | Number of calls | Contact (Yes/No) | Number of calls | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | 2 |
| | | | | | | | | | | | | | | | 1 |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

Section 1

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

1-13

# A Quick Check



☐ Did you remember to send a Thank-you letter?

☐ Have you sent your report to your MGM?

☐ Are you tracking your referrals?

☐ Did you stay within your budget?



P13082

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

General Notes (for example - birthday, wife's name, anniversary etc)

P13083

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**General Notes (for example - birthday, wife's name, anniversary etc)**

P13084

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**General Notes (for example - birthday, wife's name, anniversary etc)**

P13085

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**General Notes (for example – birthday, wife's name, anniversary etc)**

P13086

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

General Notes (for example - birthday, wife's name, anniversary etc)

# LEADERSHIP NETWORK CONTACT SHEET

Location Number: _____

Location Name: _____

Influencer Name: _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**General Notes (for example - birthday, wife's name, anniversary etc)**

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**General Notes (for example – birthday, wife's name, anniversary etc)**

_____

_____

_____

_____

_____

_____

_____

P13089

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**General Notes (for example - birthday, wife's name, anniversary etc)**

## LEADERSHIP NETWORK CONTACT SHEET

Location Number: _____

Location Name: _____

Influencer Name: _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

General Notes (for example - birthday, wife's name, anniversary etc)

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

General Notes (for example – birthday, wife's name, anniversary etc)

P13092

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

General Notes (for example - birthday. wife's name, anniversary etc)

P13093

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

General Notes (for example - birthday, wife's name, anniversary etc)

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**General Notes (for example – birthday, wife's name, anniversary etc)**

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**General Notes (for example – birthday, wife's name, anniversary etc)**

P13096

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

General Notes (for example - birthday, wife's name, anniversary etc)

# LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

General Notes (for example - birthday, wife's name, anniversary etc)

P13098

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**General Notes (for example - birthday, wife's name, anniversary etc)**

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**General Notes (for example - birthday, wife's name, anniversary etc)**

P13100

# LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

General Notes (for example - birthday, wife's name, anniversary etc)

### LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

General Notes (for example - birthday, wife's name, anniversary etc)

P13102

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**General Notes (for example - birthday, wife's name, anniversary etc)**

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**General Notes (for example – birthday, wife's name, anniversary etc)**

_____
_____
_____
_____
_____
_____
_____

P13104

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**General Notes (for example - birthday, wife's name, anniversary etc)**

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**General Notes (for example - birthday, wife's name, anniversary etc)**

## LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

General Notes (for example - birthday, wife's name, anniversary etc)

P13107

# Table of Contents

Legend . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–1

Introduction . . . . . . . . . . . . . . . . . . . . . . . . 1–2

Leadership Network Program . . . . . . . . . . . . . . . 1–5

    Step 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–7

    Step 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–8

    Step 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–9

    Step 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–10

    Step 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–11

    Step 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–13

Community Seminars Program . . . . . . . . . . . . . . . 2–1

    Step 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . 2–2

    Step 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . 2–2

    Step 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . 2–6

    Step 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . 2–8

    Step 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . 2–9

Table of Contents

# Table of Contents

Step 6   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2–10

Step 7   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2–11

Step 8   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2–13

Step 9   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2–14

Step 10   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2–15

Community Events Program   . . . . . . . . . . . . . . . . . .

# Section 2:

## The Community Seminars Program

The Community Seminars Program is a great opportunity for your location to really offer your community a valuable and insightful product at no charge to them. By creating a "Planning for your Future" seminar series you put yourself, your location and your services in front of a captive audience.

It is also a mutually beneficial way for your influencers to get involved. By bringing them or their associates in as speakers you are providing your prospective customers with a service, putting them in touch with new contacts and solidifying a relationship in your Leadership Network.

Included in this section are six broad seminar topics designed to help retirees and near-retirees answer some of the most pressing questions that come to the forefront with age. For example, money, health and time are just some of the issues facing retirees today. You may choose to run these as a series over a six-week period or you may choose to run selected seminars as one-off events.

---

### What's this going to cost?

There will be costs associated with hosting a series of seminars, but through these events you will be able to create valuable contacts with members of your community who are actively educating themselves on life planning and other important topics.

You may have to spend money on a certain speaker or budget for a larger venue and these costs should be captured along with all of the smaller items like printing flyers and providing refreshments.

The Community Seminar Budgeting document that appears on Disk 2 will allow you to easily understand the costs of hosting these insightful seminar series and weigh them against the opportunities they create.

---

## The Community Seminars Program, step by step

To help guide you through the Community Seminars section of the Alderwoods Group Community Leadership Program we are providing a Process Management Chart. You will be able to see all of the steps at a glance and in their proper order.



Section 2 | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10

2-1

P13110

# Step 1:

## Pick a time and place

Meet with your staff to determine the best dates and timing for your seminar series. If you choose to hold the seminars as a series it is best to hold each of your events on the same day of the week and at the same time. This will help to encourage repeat attendance.

Hosting your seminars at your Alderwoods Group location makes good financial sense and allows your attendees to become familiar with your staff and location, but if expected attendance is higher than can be accommodated then consider renting a separate venue.

# Step 2:

## Determine the topics for discussion

The following is a possible list of topics for your seminars as well as the suggested speaker for each seminar. You may choose to customize it according to the particular needs or desires of your community.

### Advance Planning

| Suggested Speakers | |
|---|---|
| • Location Sales Professional | • Funeral Director |





We have created a presentation as well as a presentation guideline on Advance Planning for you to use and it can be found on Disk 2

Section 2
Step 1
Step 2
Step 3
Step 4
Step 5
Step 6
Step 7
Step 8
Step 9
Step 10

2-2

## Financial Planning

### Suggested Speakers

- Banker
- Financial Planner
- Investment Officer
- Attorney

### Suggested Topics

- Benefits
  - Pensions
  - Life insurance
  - Health insurance
  - Medicare/Medicaid

- Financial Planning
  - Basics of budgeting
  - Adjusting to retirement expenses
  - General investment
    recommendations
  - Adjusting to retirement income
  - Maximizing your money
  - Tax tips

## Health & Well-Being

### Suggested Speakers

- Medical Doctor (MD)
- Gerontologist
- Clergy
- Registered Nurse (RN)
- Psychologist in Gerontology

### Suggested Topics

- General Health (MD or RN)
  - Proper nutrition, exercise
    and mental health
  - Medical checkups

- Psychological Aspects & Adjustments
  (Psychologist/Clergy)
  - Myths & realities of aging
  - Relationships
  - Togetherness
  - Loneliness
  - Spiritual needs
  - Retirement decisions
  - change or adjustment
  - time with grandchildren
  - Singlehood/widowhood

- Meaningful Use of Time (Gerontologist)
  - Volunteerism
  - Owning a business
  - New skills & hobbies
  - Second career
  - Education
  - Doing more of what you love

Section 2  Step 1  Step 2  Step 3  Step 4  Step 5  Step 6  Step 7  Step 8  Step 9  Step 10

2-3

P13112

## Social Security/Veterans Benefits

> ### Suggested Speakers
>
> - Social Security and VA Representatives
>
> ### Suggested Topics
>
> - When and how to apply
> - Earnings limits
> - Postponed retirement
>
> - Documents needed
> - Reduction for early retirement

## Housing & Relocation

> ### Suggested Speakers
>
> - Real Estate Representative
> - Housing Officer
>
> ### Suggested Topics
>
> - Stay or move to a smaller house
> - Personal adaptability
>
> - Relocation: pros & cons or retirement community
> - Research techniques

## Legal Aspects

> ### Suggested Speakers
>
> - Attorney
>
> ### Suggested Topics
>
> - The will
> - Letters of instruction
> - Consumer protection
>
> - Estate planning
> - Location of important papers
> - Living will

Work closely with your speakers and staff to develop a seminar series that truly addresses the questions that are on the minds of your community. Take the initiative to create new topics of discussion. Some additional topics might include: caring for an elderly friend or relative, women's issues or thoughts on the grieving process.

By understanding your community you will be able to develop a series of seminars that truly addresses their concerns and interests.

Section 2 · Step 1 · Step 2 · Step 3 · Step 4 · Step 5 · Step 6 · Step 7 · Step 8 · Step 9 · Step 10

P13113

# Step 3:

## Start contacting your speakers

One of your biggest challenges will be recruiting local professionals to speak on the selected topics, and if possible, sponsor their portion of the series.

Your Leadership Network is the perfect place to start looking for speakers. You can ask them to put you in contact with the right people or in many circumstances the influencers themselves would be great candidates to speak.

> Having the speakers sponsor their particular seminar is ideal as this takes some of the financial responsibility away from you. Sponsorship could involve supplying handouts and literature, possibly refreshments and helping out with the costs of the venue, if any.
>
> Getting speakers early and involving them in the planning process will make them feel invested in the seminar series and less like a hired supplier. They are more likely to contribute financially if they feel like they are a part of the seminar's organization.



Make sure you finalize the exact topic to be covered by your speaker as early as possible so that you can begin preparing your promotional tools (press releases, posters, flyers, etc.)

There are a couple ways for you to approach your potential speakers. You can call them, especially if you already know them, or you can write to them. Look below to find examples of a phone opener and a written request.

> Remember, if you are going to use the phone be prepared to encounter your influencer's voice mail or assistant.



> "Hello <influencer's name>. This is <location manager> from <location>.
>
> I'm calling today because we are planning on hosting a series of seminars aimed at those 50 plus. We would love to have your input on some of the topics and would also like to know if you would like to contribute as a speaker for one of the seminars."



Section 2

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

Step 9

Step 10

2–6

P13114



Dear <influencer>,

This letter is your invitation to become a part of our upcoming "Planning for your Future" seminar series.

Our location will be hosting a series of seminars aimed at those people approaching retirement age and beyond to discuss certain issues of particular relevance to that age group such as financial planning and healthcare.

We are asking prominent members of community with expertise in life-planning to help us organize and host these seminars. With your years of service in <influencer's field or profession> we feel that you would be very helpful in guiding our seminar on <topic>.

As a speaker and expert on these topics you are bound to gain valuable contacts and possible clients from the event. If you are uncomfortable speaking, we would still appreciate your input on the topics of discussion and ask for any help in finding an appropriate speaker.

Thank you very much for your consideration and we look forward to your participation in this worthwhile project.

Sincerely,
<location manager>

Section 2

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

Step 9

Step 10

2-7

# Step 4:

## Finalize your guest list

In addition to a good speaker, the best seminars are those that have a good audience. They should be active and interested and come with lots of questions. Use your Leadership Network and your list of friends and families that have come to trust the Alderwoods Group name in the past to get the word out.

Contacting the heads of service clubs, neighborhood associations and retirement communities will maximize the number of people to hear of your event.

When you invite them, put it in writing and make sure to request a response, so that you can adequately prepare enough refreshments, handouts and seating. Invitations should be sent out three weeks in advance of the seminars.



**You're invited**

We're pleased to announce the "Planning for your Future" Seminar Series taking place at <venue>.

This FREE six-seminar series starts off with a presentation from <speaker> on <topic> and upcoming topics include <topics>, all brought to you by some of this community's most prominent experts. Seating is limited so please call <phone #> to reserve your spot.

<location name>Free "Planning for your Future" Seminar Series
<date & time>
<venue, city>

Call <phone #> with any questions

Section 2
Step 1
Step 2
Step 3
Step 4
Step 5
Step 6
Step 7
Step 8
Step 9
Step 10

2–8

P13116

# Step 5:

## Invite the local media

Catching the interest of the media is always a challenge and it becomes more difficult in larger cities. Community papers are your best bet. At the very least, your local paper should include the seminar information into their event listings/community calendar section. If you are lucky and you have presented your event well, then you might get an article or feature.

A quick phone call to the offices of your local paper, TV station and appropriate radio station will get you the name and contact information of the person responsible for stories like yours. Press releases should be sent out two weeks in advance of your event.

Most municipalities will have an official web site now, so consider submitting your information to be added to the events section.



FOR IMMEDIATE RELEASE

The Alderwoods Group announces free seminar series

<CITY, State> – <date of release> – <location name> has announced they will be hosting a series of free seminars entitled "Planning for your Future".

The series begins on <date> at <venue> and will feature prominent area speakers leading discussions on topics such as <topic>, <topic> and <topic>. Many of the seminars will focus on subjects of much interest to retirees or near-retirees.

"We are really very excited about launching this series of seminars," said <location manager>, Location Manager at <location>. "We often hear many of the same questions and concerns raised and we saw an opportunity for our community's doctors, lawyers, accountants and others to address those topics."

Those interested in attending are advised to call ahead, as seating is limited. Contact <location manager> at <phone #> for information.

<location name> is part of the Alderwoods Group of Funeral Homes & Cemeteries , one of North America's largest networks of locally operated funeral service providers.

<location manager>
<location>
<location address>
<phone #>
<e-mail address>



Section 2

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

Step 9

Step 10

P13117

# Step 6:

## Make sure you are equipped

Take a look at the topics that you have selected and determine whether there are Alderwoods Group brochures and flyers that would be appropriate to have on hand. Make sure to order them early and in large enough quantities.







All materials can be ordered through your Market Management Team.

Regroup with your staff and make sure everyone knows their tasks and has all the tools necessary to complete them. Meet with your speaker to determine whether you will have all the resources necessary to host the seminars. If not, then make a list of what you need and find it. This may include audio and visual equipment.

Section 2

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

Step 9

Step 10

2–10

# Step 7:

## Let the public know

Posters and flyers are an effective way of reaching a large number of people. You can put them up or distribute them in your location, in community centers, at places of worship or any other public area where you are permitted.

Ask your leadership network and especially your speakers if they would be willing to have posters or flyers available to their customers or patrons in their offices.

You should have these printed and ready for distribution around three weeks ahead of time.

Posters and flyers are available on Disk 2. They can be customized by you and printed locally.





Section 2

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

Step 9

Step 10

P13119

# Details check!



☐ Did you remember to confirm your speaker?

☐ Do you have all the equipment you'll need?

☐ Are refreshments taken care of?

☐ Do you have enough seats?



Section 2

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

Step 9

Step 10

2-12

P13120

# Step 8:

## Host your seminars

Make sure you have enough staff on hand to deal with any
issues. Try to speak with as many attendees as possible. It
will help you to know how they heard about the seminar and
what topics they would like to see covered in the future.
Keep an accurate attendance count, as you will need
this number for your report.



| Have some fun! If you can enjoy yourself then most likely your guests will too. |
| --- |



It is important to allow your guests to provide feedback. You will be able to cater to their needs better
and acquire valuable contacts. Print and cut the Community Seminar Evaluation Form (found on Disk
2) and distribute the form at your events.

### Community Seminar Evaluation Form

Kindly take a minute to complete this form. Your feedback will help us create better
seminars to serve you.

Did you learn anything new?                                    ☐ Y  ☐ N

Would you like to learn more about:
    Arranging a dignified cremation?                    ☐ Y  ☐ N
    Personalizing a funeral service?                    ☐ Y  ☐ N
    Arranging an affordable funeral?                    ☐ Y  ☐ N
    Planning a funeral in advance?                      ☐ Y  ☐ N

Would you like to receive the Family Estate Planning Kit?  ☐ Y  ☐ N

Will you attend again in the future?

Other comments:



Section 2

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

Step 9

Step 10

2-13

# Step 9:

## Evaluate and follow up

After the seminar, take a few minutes to evaluate the event and the speaker by reading the feedback provided in the Community Seminar Evaluation Forms that your attendees filled out. Using this tool you should be able to determine the success and value of this particular seminar.

If the seminar was a success then your counselors should have generated some advance-planning prospects. These contacts should be followed up with as soon as possible.

Follow up with your speaker and any other influencers that helped make the event a success. A good follow-up should involve at least one of these next steps:

- A phone call to the influencer to thank them for their time and contributions
- A short thank-you note (see sample below)

Dear (speaker),

I would like to thank you for your participation in the <name of seminar> seminar. Based on the response from attendees your topic was very well received and I hope that you will consider being involved in our community programs again in the future.

I look forward to speaking with you soon. If you have any thoughts or ideas on additional seminar topics I would love to hear them.

Sincerely,
(Your name, position and location)



**Section 2**

Step 1
Step 2
Step 3
Step 4
Step 5
Step 6
Step 7
Step 8
Step 9
Step 10

2-14

P13122

# Step 10:

## Report to your MGM

The Alderwoods Group Management is your partner in the Community Leadership Program and by reporting your efforts they will be able to help you identify opportunities and offer assistance whenever necessary.

After each seminar, the event's organizer should update the Community Seminar Information Sheet found on Disk 2 and e-mail it to your MGM (fax, if you are using a printed copy).

The Community Seminar Information Sheet is simple to complete. You should be able to complete columns 1–3 even before you host your first seminar.

**Column 1**
After filling in your location details at the top of the page, insert your seminar topic into column 1.

**Column 2**
Record the date of your seminar into column 2.

**Column 3**
Columns 3a through 3d are to help you keep track of your speaker's important contact details.

### Community Seminar Information Sheet

Location Details
Location Number:
Location Name:

| (1) Seminar Topic | (2) Date of Seminar | (3) Speaker Details | | | | (4) N |
| | | (3a) Name | (3b) Organization | (3c) Position | (3d) Telephone Number | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



**Column 4**
Starting with column 4 you can begin to fill in the post-seminar information. Record your event's number of attendees here.

**Column 5**
Based on your networking and the Community Seminar Evaluation Forms that you handed out at your seminar you should be able to tally the number of advance–planning prospects generated by the event. Put that number into column 5.

P13123

**Column 6**
Once you have had a chance to follow up. record the number of advance–planning leads that turned into sales for your location.

**Column 7**
Calculate the total value of those sales and fill in column 7.

# Community Seminar Information Sheet

| (1b) Speaker Details | | | (4) Number of attendees | (5) Number of advance-planning leads | (6) Number of advance-planning contracts sold | (7) Value of contracts |
|---|---|---|---|---|---|---|
| (3b) Organization | (3c) Position | (3d) Telephone Number | | | | |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |



Step 1
Step 2
Step 3
Step 4
Step 5
Step 6
Step 7
Step 8
Step 9
Step 10

2-16

# A Quick Check



☐ Did you remember to send a thank you letter to your speaker?

☐ Are your counselors following up?

☐ Are you making adjustments for your next event?

☐ Have you sent your report to your MGM?



Section 2

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

Step 9

Step 10

2-17

P13125



# To the Alderwoods Group team members,

By now we hope you are beginning to see the value of the Alderwoods Group Community Leadership Program. It is fueled by your enthusiasm and the greater your efforts are now; the greater your returns will be later.

The Community Events Program is the third and final section of the Alderwoods Group Community Leadership Program and has the potential to be the most fun for you, your staff and your community. By hosting events such as food drives and bike-safety days for the general public you are building long-term relationships and future prospects as well as raising your profile among your neighbors.

A new table of contents accompanies this section. Please remove the old table of contents and replace it with the new one. The Community Events Section should be inserted into your binders behind the Community Seminars Program.

Section 3

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

# Table of Contents

Legend . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1–1
Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1–2
Leadership Network Program . . . . . . . . . . . . . . . . . . . . . . . . . .1–5
    Step  1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1–7
    Step  2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1–8
    Step  3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1–9
    Step  4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1–10
    Step  5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1–11
    Step  6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1–13
Community Seminars Program . . . . . . . . . . . . . . . . . . . . . . . . . .2–1
    Step  1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2–2
    Step  2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2–2
    Step  3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2–5
    Step  4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2–7
    Step  5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2–8
    Step  6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2–9
    Step  7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2–10
    Step  8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2–13
    Step  9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2–14
    Step 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2–15
Community Events Program . . . . . . . . . . . . . . . . . . . . . . . . . . . .3–1
    Step  1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3–5
    Step  2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3–6
    Step  3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3–7
    Step  4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3–8
    Step  5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3–9
    Step  6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3–10
    Step  7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3–11
    Step  8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3–12

# SECTION 3:

## The Community Events Program

The Community Events Program is the third and final section of the Alderwoods Group Community Leadership Program. It allows you to open up your doors and welcome your community in to participate in events and celebrations. It will also enable you to do a lot of good for the people of your community. Events can bring your neighbors together for a common cause.

The following steps will take you through the process of hosting a Community Event. The entire schedule for most events should take you from four to six weeks from start to finish.



### What's this going to cost?

Budgeting for the Community Events Program may be the most challenging of the Alderwoods Group Community Leadership Program, but through these events you will be able to create valuable contacts with members of your community and develop a stronger presence in their hearts and minds.

For the Community Events Program to be successful you will have to reach a large audience and accommodate more guests.

The Community Events Budgeting document that appears on **Disk 3** will allow you to easily track the costs of hosting these events and weigh them against the opportunities they create.

## The Community Events Program, step by step

To help guide you through the Community Events section of the Alderwoods Group Community Leadership Program we are providing a Process Management Chart. You will be able to see all of the steps at a glance and in their proper order.



Section 3

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

3-1

# What are some possible events?

Your events will generally fall into one of three different categories:

1. Commemorative

2. Celebratory

3. Supportive

On **Disk 3** you will find a more comprehensive list of events complete with suggestions and techniques for making each one successful.

Feel free to be creative and add to this list. If you came up with something unique that really made your event a success or if you need some extra guidance on the steps you should be taking be sure to contact your Market Management Team.

When you are brainstorming for these events, don't be afraid to pick up the phone and call someone from your Leadership Network, a local retailer, a friend or even a corporation that you might think could add something special to your event. These events are positive and benefit everyone; you should find that most people will be receptive to getting involved.

## 1. Commemorative Events

Events like these allow the community to gather and commemorate lives lost; lives often lost in tragic circumstances. These events allow families to celebrate their departed loved ones. These are times to look back fondly, share a timeless anecdote and go away with a positive and respectful feeling about departed friends and family.

- ❑ Memorial Day

- ❑ September 11

- ❑ Veterans Day (USA)/ Remembrance Day (Canada)

Section 3

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

P13129

## 2. Celebratory Events

These events are usually based on a specific date on the calendar. For most people, these days are full of joy and celebration, but for some these days bring up memories of loved ones who are now lost. Open your location to the community and give them a positive and welcoming atmosphere.

❏ St. Patrick's Day

❏ Victoria Day (Canada)

❏ Mother's Day/Father's Day

❏ July 4th (USA), July 1st (Canada)

❏ Black History Month (or other multicultural celebrations)

❏ Hallowe'en

Section 3

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

3-3

P13130

## 3. Supportive Events

These events are based around activities that give back to the community. You can work in partnership with charities and non-profit organizations to make these events happen or develop them yourself.

- ❑ Food drives
- ❑ Clothing drives
- ❑ Sweaters for Veterans
- ❑ Blankets for homeless
- ❑ Child–seat/bike safety checks
- ❑ Smoke alarm awareness
- ❑ Flu vaccinations
- ❑ Moving day

Section 3

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

3-4

# Step 1:

## Choose your event and date

The first step is to determine what kind of event your location will be hosting. Consider your community and what is important to them. If you have a large retirement community then their interest in events for Veterans might be higher. Communities with many young families might be more interested in flu vaccines for their children.

Using the Community Events Calendar (found on **Disk 3**) take a look at the entire year and try to plot out the best dates for you to hold your events. Mark your tentative dates onto the calendar.





Section 3

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

3-5

# Step 2:

## Set your time and place

Meet with your staff and ask them for their input on possible events. Also, contact appropriate members of your Leadership Network to gauge their interest in helping with your events. Your next task is to confirm the best dates and timing for your Community Event. Try to accommodate your staff's needs as best as you can … you cannot do this without their help. Once you have spoken to your staff, mark your confirmed dates and times onto your calendar.

Hosting events at your location allows you and your staff to get to know your neighbors. If your location is a cemetery, summertime events in particular will let you utilize all of your location's grounds. Consult your budget if you are considering a venue other than your location. If you need a separate venue, try asking a member of your Leadership Network if they would be willing to donate their space for your event.

Section 3

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

3–6

P13133

# Step 3:

## Decide which tools you'll need

Based on your chosen event determine whether you need brochures, posters or flyers that would be appropriate to have on hand. Make sure to order them early and in large enough quantities.

See below for the various materials available to you. If you need print ads, contact your Market Management Team.







FOR IMMEDIATE RELEASE

The Alderwoods Group announces free <event>

<CITY, State> — <date of release> — <location name> has announced they will be hosting a free <name of event>.

The <event> takes place on <date> at <venue> and will feature <details>

"We are really very excited about hosting this event for <community>," said <location manager>, Location Manager at <location>. "This is just one of the ways in which we're trying to give back to the community."

Those interested in attending are advised to call ahead, as space is limited. Contact <location manager> at <phone #> for information.

<location name> is part of the Alderwoods Group of Funeral Homes & Cemeteries, one of North America's largest networks of locally operated funeral service providers.

<location manager>

<location>

<location address>

<phone #>

<e-mail address>

Section 3

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

3–7

P13134

# Step 4:

## Get in touch with your network

Use your Leadership Network and your list of friends and families that you have served and have come to trust your location to build a list of invitees.

Certain members of your network may be able to help you host these events, so constantly look for potential opportunities for sponsors, co-promoters and others who may have a vested interest in being a part of the festivities. They could have a big effect on your final budget by absorbing some of the costs associated with being a host. Due to the community-minded nature of these events, you may be able to involve your city councilors and the resources they have available to them.

Once again, contacting the heads of service clubs, neighborhood associations and retirement communities will maximize the number of people to hear of your event.

When you invite them, put it in writing and make sure to request a response, so that you can make sure you have enough refreshments, handouts and seating. Invitations should be sent out three weeks in advance of the community events.



You're invited

The <location> is pleased to invite you to the <event>

This FREE event is open to everyone and we encourage you to come and visit with the neighbors you do know and meet the ones you don't.

<Include some specific details about the nature of the event. Express the tone of the occasion and the welcoming atmosphere.>

The <location> <event>

<date & time>

<address, city>

Call <phone #> with any questions.

<location logo>

Section 3
Step 1
Step 2
Step 3
Step 4
Step 5
Step 6
Step 7
Step 8

P13135

# Step 5:

## Spread the word

Using the posters and flyers found on **Disk 3** you can invite the general public to your event. Customize the posters and flyers with your information and event details. They are to be printed locally and quantities would be determined by your budget. If you are able to involve a partner in your event you may ask them to help cover some of these printing costs. Co-promotion will go a long way to saving you money.

These should be distributed at community centers, local stores, etc.



## Details check!

Go back and review the steps. Have you chosen a firm date and made everyone aware of it? Is your venue confirmed and timing right? Do you have everything that you will need to host your event: things like handouts, giveaways, a camera, any audio equipment, etc.? Have you full explored your Leadership Network for possible help? If you have, do they know all of the appropriate details? Have you reached out to the public via your marketing and publicity efforts? Have you contacted the media? Are you ready?

☐ Do your staff know their individual duties?

☐ Do you have all the equipment you'll need?

☐ Are refreshments taken care of?

☐ Do you have enough seats?

☐ Is your location spotless?



Section 3

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

P13136

# Step 6:

## Host your Community Event

Make sure you have all that you need to make your event successful. Have petty cash available just in case a quick run to the store for supplies becomes necessary. You should have plenty of staff on hand to keep things running smoothly and you should ensure that they are aware of what to do in case of an emergency.

Try to speak with as many attendees as possible. It will help your future marketing efforts to know how they heard about the event.

It is important to allow your guests to provide feedback. You will be able to cater to their needs better and acquire valuable contacts. Print, cut and distribute the Community Event Evaluation Form (found on Disk 3) at your events.



**Community Event Evaluation Form**

Kindly take a minute to complete this form. Your feedback will help us create better seminars to serve you.

Did you enjoy this event?                   □ Y  □ N

Section 3

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

3–10

# A Quick Check



- ☐ Did you remember to send a thank you letter to those who helped?
- ☐ Have you sent a note of thanks to any media that mentioned your event?
- ☐ Have you sent your report to your MGM?
- ☐ Are you tracking your referrals?



Section 3

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

Step 7

Step 8

3-13

P13138

LEADERSHIP NETWORK INFORMATION SHEET- EXISTING INFLUENCERS

Location Details

Location Number: 3201

Location Name: Pierce Mortuary Chapel

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | Ranking 1 to 5 | P1 Contact | P1 Calls | P2 Contact | P2 Calls | P3 Calls | P4 Contact | P4 Calls | P5 Contact | P6 Contact | P6 Calls |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Religious | Tom Dalovich | First Assembly of God | Pastor | 442-3510 | 20 | 3 | y | 2 | y | 1 | y | y | 3 | n | n | |
| Religious | David Gros | Immanuel Lutheran | Pastor-Hospital Chaplin | 445-0871 | 10 | 4 | y | | y | | y | y | 4 | y | y | |
| Religious | Naomi Steinberg | Temple Beth-El | Havera Kadisha | 768-3189 | 15 | 5 | y | 1 | y | | n | n | 5 | y | y | |
| Religious | Captain Ramon Ocano | Salvation Army | Pastor | 442-8475 | 3 | 2 | y | 1 | y | | y | n | 2 | y | y | |
| Religious | Father Luis Panaloza | Sacred Heart | Priest | 443-8429 | 3 | 3 | y | 1 | y | 1 | n | n | 3 | n | n | |
| Religious | Father Loran Allen | St. Bernard's | Priest | 442-6486 | 3 | 4 | y | 2 | y | 1 | y | y | 4 | y | y | |
| Religious | Father Ron Serban | St. Bernard's | Priest | 442-8466 | 1 | 4 | y | 1 | y | 1 | n | n | 4 | y | y | |
| Religious | Dave Edmond's | LDS - Ward #1 | Bishop | 445-2728 | 3 | 4 | n | | n | | y | y | 4 | n | n | |
| Religious | Rick Medley | LDS - Ward #2 | Bishop | 445-8922 | 2 | 4 | n | | n | | y | y | 4 | n | n | |
| | | | | | | | | | | | | | | | | |
| Healthcare | Linda Marcuz-Kehl | Hospice of Humboldt | Administrator | 443-3443 | 6 | 2 | n | 5 | y | | y | y | 3 | y | n | 1 |
| Healthcare | Devin Shelby | Granada Care Home | Administrator | 443-1627 | 2 | 2 | y | | y | | n | n | 2 | n | n | |
| Healthcare | Chet Sinclair | Plastic Care Home | Administrator | 443-5767 | 5 | 2 | n | 1 | y | | y | n | 2 | n | n | |
| Healthcare | Debbie Shannon | Timber Ridge | Administrator | 443-3000 | 2 | 2 | n | | c | 2 | y | y | 2 | n | y | |
| Healthcare | Mike Purvis | St. Josephs Hospital | Charge Nurse | 445-8121 | 9 | 2 | n | 1 | c | | n | n | 2 | n | n | |
| | | | | | | | | | | | | | | | | |
| Estate Planning | John Dalton | Dalton and Brdokwell | Attorneys at Law | 443-0878 | 10 | 3 | n | | n | | c | n | 3 | n | n | |
| Estate Planning | John Davis | Davis and Poovey | Attorneys at Law | 443-6744 | 10 | 3 | n | | n | | n | n | 3 | n | n | |
| | | | | | | | | | | | | | | | | |
| Service Club | Jerry Greer | VFW | Past Commander | 725-5087 | 27 | 2 | y | | y | | y | y | 2 | y | y | |
| Service Club | Emory Reardon | Fleet Reserve | President | 445-2761 | 30 | 2 | y | | y | | y | y | 2 | n | n | |
| Service Club | Paul Moore | USMC League | Commandant | 442-5286 | 25 | 2 | y | | y | 2 | y | n | 2 | y | n | |
| Service Club | Chet O'Neil | Kiwanis Club | President | | 10 | 2 | y | 1 | y | 2 | y | n | 2 | y | y | 1 |
| Service Club | Mary Lou | Elks | Exalted Ruler | 442-8852 | 20 | 2 | y | | y | | c | n | 2 | n | y | |
| Service Club | Claudia Clausford | Eureka Women's Club | President | 444-3044 | 5 | 2 | y | | y | | y | n | 2 | y | y | |

P-11

LEADERSHIP NETWORK INFORMATION SHEET- EXISTING INFLUENCERS

Location Details

Location Number: 3201

Location Name: Pierce Mortuary Chapel

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | (8) Total calls attributed |
|---|---|---|---|---|---|---|
| Religious | Tom Galevich | First Assembly of God | Pastor | 442-3510 | 20 | 3 |
| Religious | David Groe | Immanuel Lutheran | Pastor-Hospital Chaplin | 445-0871 | 10 | 2 |
| Religious | Naomi Steinberg | Temple Beth-El | Hevera Kadisha | 786-0159 | 15 | 1 |
| Religious | Captain Ramon Crano | Salvation Army | Pastor | 442-6475 | 3 | 2 |
| Religious | Father Luis Fanaloza | Sacred Heart | Priest | 443-8429 | 3 | 1 |
| Religious | Father Loren Allen | St. Bernard's | Priest | 442-8466 | 3 | 4 |
| Religious | Father Ron Serhan | St. Bernard's | Priest | 442-8466 | 1 | 2 |
| Religious | Dave Edmonds | LDS - Ward #1 | Bishop | 445-2726 | 3 | 0 |
| Religious | Rick Medley | LDS - Ward #2 | Bishop | 445-9822 | 2 | 0 |
| Healthcare | Linda Marcucchelni | Hospital of Humboldt | Administrator | 445-8443 | 6 | 13 |
| Healthcare | Devin Shelby | Granada Care Home | Administrator | 445-1627 | 2 | 0 |
| Healthcare | Chad Sinclair | Pacific Care Home | Administrator | 443-9767 | 6 | 1 |
| Healthcare | Debbie Shannon | Timber Ridge | Administrator | 443-3000 | 2 | 0 |
| Healthcare | Mike Purvis | St. Joseph's Hospital | Charge Nurse | 445-8121 | 9 | 1 |
| Estate Planning | John Dalton | Dalton and Brickwell | Attorneys at Law | 443-0878 | 10 | 0 |
| Estate Planning | John Davis | Davis and Pogray | Attorneys at Law | 443-6744 | 10 | 0 |
| Service Club | Jerry Greer | VFW | Post Commander | 725-5857 | 27 | 0 |
| Service Club | Emory Reardon | Fleet Reserve | President | 445-2761 | 30 | 1 |
| Service Club | Paul Moore | USMC League | Commandant | 442-5369 | 25 | 0 |
| Service Club | Chet O'Neil | Kiwanis Club | President | 443-3000 | 10 | 5 |
| Service Club | Mary Lou | Elks | Exalted Ruler | 443-6852 | 20 | 7 |
| Service Club | Claudia Clausford | Eureka Women's Club | President | 444-3044 | 5 | 0 |

P13140

LEADERSHIP NETWORK INFORMATION SHEET- NEW INFLUENCERS.

**Location Details**

Location Number: 3201

Location Name: Pierce Mortuary

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | Ranking 1 to 5 | Period 6 Contact (Yes/No) | Period 5 Contact (Yes/No) | Ranking 1 to 5 |
|---|---|---|---|---|---|---|---|---|---|
| Military | Dave O'Canal | National Guard | Officer in charge | 707 445-6504 | 3 | 5 | | | 5 |
| Military | Erica Stuck | National Guard | Family Support Group Rep. | 707 574-6118 | 2 | 5 | n | y | 5 |
| Estate Planning | Robert Glenngil | Humbolt Estate Services | Owner | 707 825-1280 | 12 | 3 | | | 2 |
| Estate Planning | Dawn Henderson | AG Edwards | Advisor (relocator) | 707 442-2422 | 5 | 3 | n | y | 2 |
| Estate Planning | Koral Crosier | Cunningham, Malone and Moron | Enrolled Agent | 707 441-1111 | 10 | 2 | | | 3 |

# LEADERSHIP NETWORK INFORMATION SHEET - NEW INFLUENCERS

## Location Details

Location Number: 3201

Location Name: Pierce Morrisey

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | Period 7 Contact (Yes/No) | Period 8 Contact (Yes/No) | Period 9 Contact (Yes/No) | Period 9 Number of Calls | Period 10 Contact (Yes/No) | Period 10 Number of Calls | Period 10 Ranking 1 to 5 | Ranking 1 to 5 | (8) Total calls attributed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Military | Dave O'Neal | National Guard | Officer in charge | 707 445-6604 | 3 | n | n | y | | y | | 4 | n | 0 |
| Military | Erica Stuck | National Guard | Family Support Group Rep. | 707 574-6116 | 2 | n | n | y | | y | | 4 | y | 0 |
| Estate Planning | Robert Cantrell | Humbolt Estate Services | Owner | 707 826-1280 | 12 | y | y | y | | n | | 2 | y | 0 |
| Estate Planning | Dawn Henderson | AG Edwards | Advisor (education) | 707 442-2422 | 5 | y | n | y | | n | | 2 | n | 0 |
| Estate Planning | Koral Cooper | Cunningham, Malone and Morton | Enrolled Agent | 707 441-1111 | 10 | y | y | y | 2 | y | 2 | 3 | y | 2 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |

P13142

## LEADERSHIP NETWORK BUDGET

| ITEM | DESCRIPTION | COST | QUANTITY |
|------|-------------|------|----------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  |  |  |

P13143

### LEADERSHIP NETWORK CONTACT SHEET

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**General Notes (for example - birthday, wife's name, anniversary etc)**

_____
_____
_____
_____
_____
_____
_____
_____

P13144

**Call Tracking**

| January | | | | | February | | | | | March | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 |

January Calls =      February Calls =      March Calls =

| April | | | | | May | | | | | June | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 |

April Calls =      May Calls =      June Calls =

| July | | | | | August | | | | | September | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 |

July Calls =      August Calls =      September Calls =

| October | | | | | November | | | | | December | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 |

October Calls =      November Calls =      December Calls =

P13145