

# Join us for a *FREE* Seminar on Financial Planning.



INSERT Seminar Topic

INSERT Venue

INSERT Date and Time

INSERT RSVP

INSERT Guest speaker's name

## INSERT
Location Name

Insert Address

Member of
ALDERWOODS
GROUP

P13146





# Join us for a *FREE* Seminar on Health & Well-being.

INSERT Seminar Topic

INSERT Venue

INSERT Date and Time

INSERT RSVP

INSERT Guest speaker's name

## INSERT
Location Name

Insert Address

Member of
ALDERWOODS
GROUP





# Join us for a *FREE* Seminar on Housing and Relocation.





INSERT Seminar Topic

INSERT Venue

INSERT Date and Time

INSERT RSVP

INSERT Guest speaker's name

## INSERT
Location Name

Insert Address

Member of
ALDERWOODS
GROUP

P13148



# Join us for a *FREE* Seminar on Planning your Funeral in Advance.



INSERT Seminar Topic

INSERT Venue

INSERT Date and Time

INSERT RSVP

INSERT Guest speaker's name

## INSERT
Location Name

Insert Address

Member of
ALDERWOODS
GROUP

P13149





# Join us for a *FREE* Seminar on Social Insurance & Veteran's Benefits.



INSERT Seminar Topic

INSERT Venue

INSERT Date and Time

INSERT RSVP

INSERT Guest speaker's name

## INSERT
Location Name

Insert Address

Member of
ALDERWOODS
GROUP





# Join us for a *FREE* Seminar on Social Security & Veteran's Benefits.



INSERT Seminar Topic

INSERT Venue

INSERT Date and Time

INSERT RSVP

INSERT Guest speaker's name

## INSERT
### Location Name

Insert Address

Member of
ALDERWOODS
GROUP

## SEMINARS BUDGET

| ITEM | DESCRIPTION | COST | QUANTITY |
|------|-------------|------|----------|
|  |  |  | 1 |
|  |  |  | 1 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  |  |  |

P13152

| TOTAL COST |
|:---:|
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |

# Community Seminar Evaluation Form

Kindly take a minute to complete this form. Your feedback will help us create better seminars to serve you.

Did you learn anything new? ☐ Y ☐ N

Would you like to learn more about:

Arranging a dignified cremation? ☐ Y ☐ N
Personalizing a funeral service? ☐ Y ☐ N
Arranging an affordable funeral? ☐ Y ☐ N
Planning a funeral in advance? ☐ Y ☐ N

Would you like to receive the Family Estate Planning Kit? ☐ Y ☐ N

Will you attend again in the future? ☐ Y ☐ N

Other comments: _____

_____

_____

_____

_____

Name: _____
Address: _____
City, State, ZIP: _____
Phone: _____
Signature: _____

THANK YOU FOR ATTENDING

Personal information collected from you will be used to market or provide you with products and services from our Company. Such personal information shall be kept confidential and shall not be disclosed to any unauthorized third party. By completing this form, you acknowledge and consent to our Company's use of such information for such purposes and you may withdraw your consent at any time by contacting 1-877-707-7100.

# Community Seminar Evaluation Form

Kindly take a minute to complete this form. Your feedback will help us create better seminars to serve you.

Did you learn anything new? ☐ Y ☐ N

Would you like to learn more about:

Arranging a dignified cremation? ☐ Y ☐ N
Personalizing a funeral service? ☐ Y ☐ N
Arranging an affordable funeral? ☐ Y ☐ N
Planning a funeral in advance? ☐ Y ☐ N

Would you like to receive the Family Estate Planning Kit? ☐ Y ☐ N

Will you attend again in the future? ☐ Y ☐ N

Other comments: _____

_____

_____

_____

_____

Name: _____
Address: _____
City, State, ZIP: _____
Phone: _____
Signature: _____

THANK YOU FOR ATTENDING

Personal information collected from you will be used to market or provide you with products and services from our Company. Such personal information shall be kept confidential and shall not be disclosed to any unauthorized third party. By completing this form, you acknowledge and consent to our Company's use of such information for such purposes and you may withdraw your consent at any time by contacting 1-877-707-7100.

# "Planning ahead for all the right reasons"

## Seminar Presentation Guidelines

P13155

# Presenting the Seminar

The following outline shows "talking points" and scripting to accompany each of the fourteen slides in the program. The Seminar Program has been designed to be adaptable to timeframes from twenty minutes to forty minutes depending on the depth and detail in which the subject matter is discussed. It is recommended that seminar presenters practice a 'long' and 'short' version of the seminar to suit varying timeframes.

Seminar presenters may wish to add third-party stories and personal experiences to the scripting in order to emphasize specific points. The scripting provides a flexible framework to work from.

All seminar attendees should be greeted upon entering and receive a handout and evaluation/information request form.

Invite them to relax and be seated and let them know that the seminar will start shortly. If additional staff members are available, they should chat casually with attendees answering their questions, etc. prior to the start of the seminar program.

## Slide One:



## Key Points:

- Greeting and introduction
- Advance Planning Service as community resource
- Something we all face but rarely discuss
- People are often uninformed and unprepared about the funeral process
- There are many advantages to planning ahead
- At conclusion of seminar you will be better informed

## Scripting:

"Good morning/afternoon/evening. My name is _____ from _____ Funeral Home/Cemetery. It has been our privilege to serve the families of (Community Name) for over ___ years. Today we would like to share some information about a subject that we all think about from time to time but rarely discuss planning in advance for funeral and cemetery arrangements. Today I'll explain why many people do this type of planning and I'll offer some suggestions as to the right way and wrong way to go about it.

At (Location name) we feel strongly that no one should have to come through our doors on the day they've lost a loved one totally unprepared and uninformed. Unfortunately, many families we serve face the loss of a loved one just that way.

We believe that if we are to fully serve the community then we should provide information to families in advance of need so that they can take certain steps ahead of time to help their loved ones. I think we can all agree, that's a better way."

**Slide Two:**



## Key Points:

- A National Survey was conducted in 1999 by The Wirthlin Group, a leading independent research firm
- The Survey measured Americans' attitudes toward issues related to cemeteries and funeral homes
- 80% surveyed believed that planning funeral and burial arrangements in advance was a good idea

## Scripting:

"The idea of planning in advance is nothing new. In fact, it can be traced back thousands of years to the pyramids of Egypt, which were built as future burial places for the pharaohs. Today, most people are a little less extravagant and a little more practical. The concept though, is the same.

A 1999 survey conducted by the Wirthlin Research Group reported that 8 out of 10 Americans agreed that planning funeral and burial arrangements in advance was a good idea. This same survey is conducted every few years and, as time goes on, more and more people favor advance planning."

## Slide Three:



## Key Points:

- 80% of Americans think planning ahead is a good idea
- Why do so many people feel this way?
- Let's take an informal survey ourselves and see what _we_ come up with

## Scripting:

"Why do so many Americans feel this way?  Eight out of ten people is a pretty strong majority.  Let's try to understand their reasoning. I'd like to conduct an informal survey of my own, right now. There is a sheet in your handout that's entitled 'Life's Most Stressful Events.' Would everyone take that out please."

**Note:** This sheet is contained at the end of this document. Print out one copy and make as many copies as you will need for the seminar. You should have one sheet per attendee plus a few additional sheets.

**Slide Four:**



**Key Points:**

- Original survey done by University of Washington Medical School
- They wanted to have people rank stressful events
- Rank these events from 1 to 7 with 1 being the <u>most</u> stressful and 7 being the <u>least</u> stressful life event
- Questions? Okay, let's take the test. Please don't compare

**Scripting:**

"This survey was originally conducted by the University of Washington Medical School. They wanted to see what people considered to be the most stressful events in their lives. I would like each one of you, without comparing notes, to rank these seven events in the order of how stressful you feel they are. Start with the most stressful event. Rank that with a one. Rank the next most stressful with a two, and so on, until you have ranked all seven. Any questions? Excellent. Take about two minutes to complete your survey and then we'll see how we compare."

## Slide Five:



### Key Points:

- Show results of original survey
- Ask who ranked death of a spouse #1
- Ask what event(s) ranked # 2
- Discuss reasons for death of a spouse consistently ranking #1

### Scripting:

"Okay, has everyone finished their rankings? Well here are the actual results of the University of Washington Survey: (Show Slide – Read Results)

How many of you ranked the death of a Spouse #1? The respondents in the original survey felt overwhelmingly that losing your spouse would be the most stressful event in their life. They also indicated that, aside from a divorce or prison term, the next most stressful event would be the death of a family member. The thing to think about here is which of these seven events are we certain to experience? Eventually we all will face the loss of a family member. For married couples, the phrase 'till death do you part' is something we all remember. Statistically speaking 67% of the time we see a widow surviving a husband's death and only 33% of the time do we see a husband surviving his wife's death. These are the facts of life.

Can you now see why so many people feel that planning in advance is a wise and caring thing to do?"

## Slide Six:



## Key Points:

- Most of us spend thousands of dollars preparing for the lowest ranked Item in the survey -- accident or illness
- Why are we so quick to cover the possible and so slow to cover the certain?
- What are the advantages of planning for funeral and cemetery arrangements in advance?

## Scripting:

"The fact that 8 out of 10 people agree on planning in advance doesn't mean that they take the time to follow through and do it. The fact of the matter is that most of us are quick to prepare for the lowest ranked item in the survey – an accident or illness – and yet we avoid planning for number one – the death of a spouse.

How many of you invest hundreds of dollars in home, health and auto insurance premiums each year but never discuss funeral or cemetery planning? Why? Doesn't it make sense to do some planning in this area also?

Millions of people make arrangements in advance for these things every year. The reasons they give for doing it make good sense."

## Slide Seven:



### Key Points:
- In the year 2000 1.1 million people will pre-arrange
- By 2020 that number is estimated to grow to 2.5 million
- People who plan cite five main reasons

### Scripting:

"You might not hear people bragging about the fact that they just made funeral or cemetery arrangements in advance, it's a personal matter. But in the year 2000 alone 1.1 million people in the U.S. made such arrangements. By the year 2020 it is estimated that 2.5 million people will prearrange each year. Here's why people do it:

Planning calmly together avoids resorting to painful guesswork when death occurs suddenly and the mind is clouded with confusion and grief.

Pre-selecting and pre-funding your arrangements prevents emotional overspending by survivors who may not know your wishes.

Prearranging now locks in today's lower prices and eliminates inflation. Arrangements can be handled through an affordable budget plan rather than immediate cash payment at time of death.

All decisions can be made together as they should be rather than alone on the worst day of your life. And, finally, knowing that these decisions are "all taken care of" provides immeasurable peace of mind.

There is one common denominator here. People do this because they love each other."

## Slide Eight:



## Key Points:

- It's hard to truly understand the value of preplanning until you experience the loss of a loved one.
- There are only two ways these arrangements are made
  - Together, ahead of time
  - Alone, during a crisis
- Would you consciously choose the latter?

## Scripting:

"I don't know how many of you have had the experience of making funeral or cemetery arrangements for a family member or friend. I can tell you that this experience changes the way you think about your own situation. You see, there are only two ways such arrangements can be made; together, ahead of time or alone during the crisis of a loved one's death. There is no third option. I guess the question we all must ask ourselves is which of these pictures do I want to put my family in? How many of you here would knowingly put those you love the most in this picture? (Point to *Alone in a crisis*.)

If you don't record a plan in advance for them to follow that is most likely exactly where they will end up."

## Slide Nine:



## Key Points:

- Fortunately, there is a better way
- We recommend a three step process for Planning

## Scripting:

"Having been in the position of assisting families where there was no information and no planning, I want you all to understand how valuable this type of planning will be to your survivors.

The good news is I am here to tell you about a better way to go about things
At (name of location) we have developed a Family Estate Planning Kit that makes planning a lot easier to do. One of these Kits is available to everyone, free of charge. The Planning Kit provides a place to record and document all your plans.

We divide the planning process into three simple steps."

## Slide Ten: Fundamental Planning



### Key Points:

- Step One is called **Fundamental Planning**
- The Family Estate Planning Kit simplifies the process.

### Scripting:

"The first step is called 'Fundamental Planning' this involves reviewing all important household records and vital documents and listing their locations so they can be easily located in the event of an emergency. Finding these items will be critical to your survivors"