## Slide Eleven: Funeral Planning



### Key Points:
- Step two is **Funeral Planning**
- Use the estate planning kit to record funeral and cemetery preferences
- With your expressed wishes known, your survivors will know they are 'doing the right thing'

### Scripting:

"The second step in the planning process is funeral planning. There is a section of the Planning Kit designated for listing all of your preferences. It is here you record your choices regarding the type of funeral services and merchandise you prefer as well as the details of your cemetery arrangements. A checklist of 67 things that must be done is included in the Kit so you can shape a plan that sees to every detail for your survivors.

I can tell you from personal experience that families who have a planning kit completed when someone dies are thankful because they know that they have carried out the expressed wishes of the deceased.

Just glance at the list of 67 things that must be done. If something happened to both you and your spouse, who would have to handle your arrangements and work through this list? Think of that person for a moment. Then think of your wife, or husband. You have the ability to make life's most difficult experience easier to bear for those you love. Is there any reason that you wouldn't want to do that?"

## Slide Twelve: Financial Planning



### Key Points:

- The third step in the planning process is **Financial Planning**
- Cash payments at time of death are often a burden to survivors
- The impact of inflation on funeral costs is significant
- There are funding options available that freeze today's costs
- Consider the advantages of affordable terms now

### Scripting:

"Step three in the process is Financial Planning. Even if you have made all of your wishes known, someone still has to pay for your funeral and burial. This can be an unexpected financial burden on your survivors. Life insurance benefits are generally needed by the family to sustain their lifestyle. Bank accounts may be inaccessible. It is not unusual to see borrowing from children or relatives take place. A far better situation is to have a family arrive at the funeral home or cemetery, retrieve their file, and tell them "Everything is taken care of we'll just need to review the arrangements with you."

Just as with many other things, funeral and burial costs increase over time. It wasn't that long ago that a car cost $2,850 and an average home was only $18,000. Who can guess what year that was? It was 1960. Likewise, funeral costs have doubled about every ten years or so. When you project that into the future consider the impact it will have on your own final expenses.

We have developed a program called LifePlan. This plan freezes today's cost and offers flexible monthly investment options. This is a convenient way to eliminate financial hardship for your survivors."

## Slide Thirteen:



## Key Points:

- Let's consider some alternatives
- We can avoid the subject and pretend it will go away
- We can provide a plan to help those we love
- LifePlan protection is our way to help families today
- LifePlan protection offers six advantages

## Scripting:

"My goal today is to have you leave here better informed and better prepared. We all will eventually experience the loss of a loved one. And those we love the most will eventually experience our loss. This is inevitable.

At (location name) we will always be there to help your family in time of need.

We would prefer to be of some assistance now. Because we know what a difference advance planning can make. We all have a choice. We can ignore the need for planning and let the chips fall where they may. Or, we can consider the advantages to our family and take steps now to provide for them. Just like we've done in so many other areas of planning.

Our LifePlan protection program offers some advantages. The Family Estate Planning Kit, when completed, will guide your survivors. Your family will know they are carrying out your wishes. They won't spend more than you would want them to, or more than they can afford. If you take advantage of the flexible funding option you will freeze today's cost and preserve the savings to your estate. You will avoid inflationary price increases and eliminate financial burdens for your survivors. Your foresight and love will make things easier for everyone."

## Slide Fourteen:



## Key Points:

- Planning for final expenses is a personal decision
- We all make decisions for different reasons
- Having seen what families experience we have developed LifePlan
- We suggest planning ahead for all the right reasons
- Why wait? Please fill out your card and check the box to receive your Planning Kit
- Q and A

## Scripting:

"I know it's not an easy thing to discuss. It's easy to look at each other and say 'we're fine, we don't need to do this now.' I realize it's a personal decision. I also realize that when I go to work tomorrow the phone will ring. And the family on the other end of the line will be a lot like you, except for them losing someone they love will have become a reality.

The LifePlan protection program is a free service of (location name) The Family Estate Planning Kit is yours for the asking. Just fill out the information request on your seminar evaluation card and we will make sure you receive one. Why not take time to fill out your card now and pass it forward. We'll follow up with you later or if you like, stay and visit with us following the seminar. (Collect cards)

Ladies and gentlemen, I hope you have found our time together worthwhile. I hope you feel better informed. I also hope that you will allow us to help you become better prepared...For All The Right Reasons. Does anyone have any questions they would like to ask? (Q and A) Thank You for Coming."

# How Would You Rank Life's Most Stressful Events?

Please rank the life events listed in the order of <u>most stressful</u> to <u>least stressful</u>. Place a (1) next to the event you would rank the <u>most stressful</u>. Place a (2) next to the item you would rank the second most stressful in the list and so on, until you have ranked all seven of the life events listed.

_____     **Fired from work**

_____     **Personal injury or illness**

_____     **Death of a spouse**

_____     **Marriage**

_____     **Prison term**

_____     **Death of a family member**

_____     **Divorce**











# How would you rank life's most stressful events?

1. Death of a spouse
2. Divorce
3. Prison term
4. Death of a family member
5. Fired at work
6. Marriage
7. Personal injury or illness

Source: University of Washington Medical School

ALDERWOODS GROUP



Most of us prepare for the possible...

...the misfortunes of life that seldom really happen.

ALDERWOODS GROUP



## So doesn't it make sense to plan for the inevitable?

- Avoids emergency arrangements
- Prevents emotional overspending
- Guarantees today's prices
- Makes sure that your wishes are carried out
- Helps survivors cope









## STEP 2: Funeral Planning

- Record your preferences
- Make your wishes known
- Avoid emotional overspending for survivors
- No guessing what "you would have wanted"

ADVANCE FUNERAL PLANNING
Personal Information Register
"Private and Confidential"

Name
Funeral Home

ALDERWOODS GROUP