

P13183

ALDERWOODS
GROUP

# The LIFEPLAN
## Advantage

- *FREE Family Estate Planning Kit*
- Your family knows your wishes
- Eliminates emotional overspending
- Guarantees today's prices
- Makes a difficult experience easier
- No financial burden for survivors



P13185

# Community Event Evaluation Form

Kindly take a minute to complete this form. Your feedback will help us create better seminars to serve you.

Did you enjoy this event?                                                          ☐ Y  ☐ N

Would you like to learn more about:
    Arranging a dignified cremation?                              ☐ Y  ☐ N
    Personalizing a funeral service?                               ☐ Y  ☐ N
    Arranging an affordable funeral?                              ☐ Y  ☐ N
    Planning a funeral in advance?                                ☐ Y  ☐ N

Would you like to receive the Family Estate Planning Kit?      ☐ Y  ☐ N

Will you attend again in the future?                                       ☐ Y  ☐ N

Other comments:

_____

_____

_____

_____

Name: _____

Address: _____

City, State, ZIP: _____

Phone: _____

Signature: _____

THANK YOU FOR ATTENDING

Personal information collected from you will be used to market or provide you with products and services from our Company. Such personal information shall be kept confidential and shall not be disclosed to any unauthorized third party. By completing this form, you acknowledge and consent to our Company's use of such information for such purposes and you may withdraw your consent at any time by contacting 1-877-707-7100.

---

# Community Event Evaluation Form

Kindly take a minute to complete this form. Your feedback will help us create better seminars to serve you.

Did you enjoy this event?                                                          ☐ Y  ☐ N

Would you like to learn more about:
    Arranging a dignified cremation?                              ☐ Y  ☐ N
    Personalizing a funeral service?                               ☐ Y  ☐ N
    Arranging an affordable funeral?                              ☐ Y  ☐ N
    Planning a funeral in advance?                                ☐ Y  ☐ N

Would you like to receive the Family Estate Planning Kit?      ☐ Y  ☐ N

Will you attend again in the future?                                       ☐ Y  ☐ N

Other comments:

_____

_____

_____

_____

Name: _____

Address: _____

City, State, ZIP: _____

Phone: _____

Signature: _____

THANK YOU FOR ATTENDING

Personal information collected from you will be used to market or provide you with products and services from our Company. Such personal information shall be kept confidential and shall not be disclosed to any unauthorized third party. By completing this form, you acknowledge and consent to our Company's use of such information for such purposes and you may withdraw your consent at any time by contacting 1-877-707-7100.

COMMUNITY EVENT INFORMATION SHEET

Location Number:
Location Name:

| (1) Name of event | (2) Date of Event | (3) Number of attendees | (4) Total Cost of Event | (5) Comments |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

P13187

**Celebratory Events**

These events are usually based on a specific date on the calendar. For most people, these days are full of joy and celebration, but for some these days bring up memories of loved ones who are now lost. Open your location to the community and give them a positive and welcoming atmosphere.

- St. Patrick's Day
  - Support your local Irish immigrant heritage groups (if applicable)
  - Sponsor a float in the parade (if applicable)
- Easter
  - An Easter Sunrise Event is a popular choice
  - Contact local clergy to help you organize your event
  - Try hosting an egg hunt for children
  - Book entertainment like clowns, face painters, etc. for the kids
- Mother's Day
  - Consider hosting an afternoon tea and specifically reach out to those that might not have family such as those in retirement homes
  - Give flowers or seeds to mothers
  - Approach a local flower shop to co-promote with you to offer discounts on flowers for moms
- Father's Day
  - Host a golf tournament or driving range competition for fathers
  - You could have custom golf balls made for the event with your location name on them
- July 4th (USA), July 1st (Canada),
  - Try hosting a community barbecue
  - Having a band play always draws a crowd, so place an ad or speak to local schools for available musicians
- Multicultural Celebrations
  - If your community is a diverse one, consider showcasing the arts, music and culture of your community's various groups
- Hallowe'en
  - Give away reflective tape or straps to keep kids safe
  - Host a pumpkin carving competition at your location
- Thanksgiving
  - A community food drive could be organized by working with supermarket chains or fire-halls and use your location as a drop off point
  - Co-promote with a grocery store for discounts on turkeys or free meals for the less fortunate
- Christmas
  - Support your local church or school choirs by providing a venue to showcase their carols
  - Organize a toy drive for the less fortunate or for children's hospitals

P13188

o   Host a tree-lighting ceremony with commemorative ornaments

P13189

**Supportive Events**

These events are based around activities that give back to the community. You can work in partnership with charities and non-profit organizations to make these events happen or develop them yourself.

- Food drives
  - Try a summer food drive
  - Contact www.americassecondharvest.org in the USA or www.cafb.ca in Canada to find your local food bank
  - Most local food banks will help you by providing boxes and other materials
  - Members of your community may want to volunteer at this event
- Clothing drives
  - Work with local thrift-shops/agencies to coordinate
  - Think of where you could put drop-off boxes
  - Spring-cleaning would be a good time to run this event
  - In Canada, the Canadian Diabetes Association has a national clothing drive program that your location could get involved in
- Sweaters for Veterans
  - Involve the local legions for assistance or volunteers
  - Look to your community for where you could place flyers
  - Speak to the media about publicity for this worthwhile event
  - Use your location as a drop-off point
- Blankets for homeless
  - Your location could serve as headquarters for volunteers to provide the homeless with blankets and coffee on cold nights
  - This event requires Fall or Winter timing
- Child-seat/Bike safety checks
  - Speak with local retailers to co-promote and supply prizing for the kids
  - Consider giving away bike reflectors or helmets
  - Have local police or firefighters available to offer tips on safety
- Smoke alarm awareness
  - Involve your local fire department to help educate the public
  - Partner with a retailer or battery manufacturer to offer free replacement batteries for fire alarms
  - Recycle old batteries at the same time
  - Offer free carbon monoxide detectors or fire extinguishers to the first ten visitors to your event
- Flu vaccinations
  - Work with the doctors and nurses in your Leadership Network to help you organize this event
  - Contact your local health department and hospitals for assistance and information

- o Consider offering flu shots for free if your community does not do so already
- o This would be a great service to offer retirement communities
  - □ Moving Day
    - o May or June 1st is typically the busiest moving day of the year
    - o Consider opening up your parking lot to host a swap meet where people could bring the furniture they are no longer using and trade it with their fellow movers
    - o Anything left over can be donated to a charity for the less fortunate
  - □ March Break/Spring Break
    - o Create some arts & crafts events for kids
    - o Try planning a historical walk around your community
    - o Speak to local historians to help you plan this event

**What are some possible events?**

Many of you have run these types of events in the past.

The suggestions that follow may trigger some new ideas to enhance your current events.

To those of you who have not run events in the past, these suggestions may act as a point for you to begin planning.  Please feel free to be as creative as you would like with any additional events that you run.

**Commemorative Events**

Events like these allow the community to gather and commemorate lives lost; lives often lost in tragic circumstances. These events allow families to celebrate their departed loved ones. These are times to look back fondly, share a timeless anecdote and go away with a positive and respectful feeling about old friends and family.

P13192

## COMMUNITY EVENTS BUDGET

| ITEM | DESCRIPTION | COST | QUANTITY |
|------|-------------|------|----------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | | |

| TOTAL COST |
|---|
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |

P13194

## Events Calendar

| | Dec-04 | | | |
|---|---|---|---|---|
| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY |
| | | | 1 | 2 |
| 5 | 6 | 7 | 8 | 9 |
| 12 | 13 | 14 | 15 | 16 |
| 19 | 20 | 21 | 22 | 23 |
| 26 | 27 | 28 | 29 | 30 |

| FRIDAY | SATURDAY |
|---|---|
| 3 | 4 |
| 10 | 11 |
| 17 | 18 |
| 24 | 25 |
| 31 | |



# Join us for our
# *Food Drive*



Let's help those in need stay warm during the chilly winter months ahead.

Bring your new or gently used clothing donations to us any day of the week from 9am to 4pm.

## Garments to consider:
coats, jackets, pants, sweaters, shirts and blankets.

*ALL DONATIONS WILL BE GREATLY APPRECIATED.*

Date: _____

Time: _____

*Together we can make a difference. Donate today!*

Member of
ALDERWOODS
GROUP

P13197



# WE INVITE YOU TO JOIN US FOR OUR

## *Father's Day*
### E  V  E  N  T

Date: _____

Time: _____

*Remember Dad on Father's Day....*
*...the man who was always there to help, comfort and teach.*

*We look forward to seeing you!*

Member of

ALDERWOODS
GROUP

P13198

# Join us for our
# *Food Drive*

## SHOPPING LIST
*PLEASE, NO GLASS CONTAINERS*

**CANNED GOODS**
Canned fruits, vegetables, beans, juices, milk, beef, chicken, ham, salmon, tuna, turkey, stew, soup, chili.

**DRY GOODS**
Pasta, rice, noodles, cereal, oatmeal, powdered milk, pancake and waffle mix, cake or muffin mix, cookies.

**PLASTIC CONTAINERS**
Peanut butter, jam, jelly, juices.

**CONDIMENTS**
Oil, vinegar, ketchup, mustard.



*Date:* _____

*Time:* _____

## *With your help no one in the community will go hungry!*

Member of
ALDERWOODS
GROUP



# WE INVITE YOU TO JOIN US FOR OUR

## *Memorial Day*
### E V E N T

### Date:

### Time:

*To pay tribute to the heroism of our Veterans and to honor
the brave men and women who fought for the independence of
our country and our way of life. They will forever be remembered!*

*We look forward to seeing you!*

Member of

ALDERWOODS
GROUP



# WE INVITE YOU TO JOIN US FOR OUR
## *Mother's Day*
### E V E N T

*Date:*

*Time:*

*For all the good times, good talks, and great feelings you shared with your mother.*
*Remember your Mother on Mother's Day.*

*We look forward to seeing you!*

Member of
ALDERWOODS

**LEADERSHIP NETWORK INFORMATION SHEET**

Location Details
Location Number
Location Name

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tier # | (6) Y/n in Org | (7) Rating 1 to 5 | Period 1 Contact (Yes/No) | Period 1 Number of Calls | Period 2 Contact (Yes/No) | Period 2 Number of Calls | Period 3 Contact (Yes/No) | Period 3 Number of Calls | Period 4 Contact (Yes/No) | Period 4 Number of Calls | Period 5 Contact (Yes/No) | Period 5 Number of Calls | Period 6 Contact (Yes/No) | Period 6 Number of Calls | Period 7 Contact (Yes/No) | Period 7 Number of Calls | Period 8 Contact (Yes/No) | Period 8 Number of Calls | Period 9 Contact (Yes/No) | Period 9 Number of Calls | Period 10 Contact (Yes/No) | Period 10 Number of Calls | Period 11 Contact (Yes/No) | Period 11 Number of Calls | Period 12 Contact (Yes/No) | Period 12 Number of Calls | Period 13 Contact (Yes/No) | Period 13 Number of Calls | (8) Ranking 1 to 10 | (10) Total calls attributed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 0 |

# COMMUNITY SEMINAR INFORMATION SHEET

Location Details

Location Number:

Location Name:

| (1) Seminar Topic | (2) Date of Seminar | (3) Speaker Details | | | | (4) Number of attendees | (5) Number of advance-planning leads | (6) Number of advance-planning contracts sold | (7) Value of contracts |
|---|---|---|---|---|---|---|---|---|---|
| | | (3a) Name | (3b) Organization | (3c) Position | (3d) Telephone Number | | | | |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| Total | | | | | | 0 | 0 | 0 | $ |