# EXHIBIT 9



# Community Leadership Influencers

### For:
Location/General Managers

### Facilitated by:

Market Growth Manager

ALD008771

## COMMUNITY LEADERSHIP - INFLUENCERS

Handouts
- Identifying Influencers Step By Step
- Sample Leadership Network Information Sheet
- Blank Leadership Network Information Sheet
- Page 1-6 of the Community Leadership Binder
- Slide 1 - Possibilities of Niche Markets Exercise
- Networking Event Tips
- Community Leadership Action Plan – Meeting An Influencer for the first time
- Page 1-8 of the Community Leadership Binder
- Questions for Influencers
- Meeting an Influencer for the first time script
- Community Leadership Action Plan – Meeting A Existing Influencer
- Preparing for A Meeting
- Blank Activity Planning Calendar
- Goal When Meeting with an Influencer
- Myself as an Influencer
- Leadership Network Contact Sheet
- Influencer Ranking Handout
- Page 1-11 of the Community Leadership Binder
- Knowledge Test
- Answer Key

Things you will need
- Leadership Network Information Sheet
- Local Community Papers
- Activity Planning Calendar for the Funeral Home or Cemetery
- Community Leadership Binder
- Lego kit.

ALD008772

## COMMUNITY LEADERSHIP - INFLUENCERS

### Introduction



Ask:

> • What are you doing now to connect with key leaders in your Community?



Look for:
- Service Clubs
- Church Organizations



Ask:

> • What would help you to connect more with influential Community leaders?



Look for:
- Be in touch with more people in the Community
- Spending more time in the Community



Say:

> • Community Leadership is one of the four critical activities that can help a Funeral Home or Cemetery to grow calls.
> The other three are:
> 1. Exceeding guests' expectations in every service we conduct.
> 2. Advance planning.
> 3. Advertising.

ALDERWOODS GROUP

3

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:
- What is our Mission Statement?



Look for:
- "We will create value for families, employees and shareholders by being the superior provider of seamless funeral service. We will attract outstanding people and nurture their development. We will be the leader in the communities where we operate".



Say:
- Community Leadership is an important part of our Company Mission. "We will be the leader in the communities where we operate".
- To get a better understanding of how to become more influential Leaders in the communities, you need to understand what a Community is.



Ask:
- What is a Community?



Look for:
- Built from a wide web of inter-connecting relationships.
- Consists of worksites, business, schools, healthcare sites etc.
- Made up of people who live, work or attend an area with common rights, interests and depend on each other in some way.

ALDERWOODS GROUP

4

ALD008774

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- Your Community is not limited to the Church you attend or the service group you are a member of.
- It is much bigger than your immediate circle.
- To maintain your current business you should continue to nurture your current relationships and activities.
- To grow your business you need to maintain those relationships and activities AND start and nurture new ones.

ALDERWOODS GROUP

5

ALD008775

## COMMUNITY LEADERSHIP - INFLUENCERS



### Warm Up Exercise – What do I value about my Community?

### Purpose of this exercise:

- To identify and describe what the Learners value about their Community.

### Instructions

- Ask Learners to think about the Community they live in.
- Ask the Learner to write on a piece of paper what they value about their Community and describe why they value that aspect.
- Allow time to complete.

### Debrief Questions



Ask:

- What do you value in/about your Community?



Look for:
- People
- Quiet area
- Relationships with neighbors and business
- Shopping
- Schools near by
- Supportive Events for children/elderly
- Churches
- Environmentally friendly programs offered
- Charity offered to others in need
- Safe
- Medical Offices / Hospitals close by

ALD008776

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:

- Why are these important values to you?



Look for:
- Provides an environment that is consistent with my personal values.
- Enables me to live in a safe environment.
- Enables me to raise my family in a Community that we can contribute to.
- Members of the Community that I can trust and depend on.



Ask:

- Who in your Community do you feel you can turn to if you have a question or need advice?



Look for:

- The expert in whatever area I need help with.
- Depends on Subject.



ALDERWOODS GROUP

7

ALD008777

## COMMUNITY LEADERSHIP - INFLUENCERS

### Conclusions

 Say:

- You want to become a valued member of your Community because:
  - We are experts in our field.
  - Can help more people.
  - Can show the Community that we are about life not death.
  - Share our point of view about the value of celebrating life.
  - Help more people to transition to life without their loved one.
- The people you can reach out to are the ones you have identified. The neighbors, clergy etc. These people are turned to for advice. These are Influencers.
- Community Leadership helps the Funeral Home or Cemetery grow calls by creating name awareness.
- When a family has a need, you want them to think of your Funeral Home or Cemetery.
- Five different types of activities make up the Community Leadership Program:
  1. Activity with <u>Influencers</u> in your Community.
  2. <u>Events</u> that you create to bring added value to the Community where you operate.
  3. <u>Membership</u> in organizations that operate in your Community.
  4. <u>Sponsorship</u> or <u>Contributions</u> to initiatives conducted by 3rd parties in your communities.
  5. <u>Seminars</u> that you conduct or facilitate to educate members of your Community.

ALDERWOODS GROUP

8

ALD008778

## COMMUNITY LEADERSHIP - INFLUENCERS

- At the end of this training session you will:
  - Describe who makes up your Community.
  - Build a Community Leadership plan, specific to your Funeral Home or Cemetery and your budget.
  - Plan for each of the five types of activities.
  - Know the tools that support your activity and where to find them.
  - Explain the expectations and tools for reporting on your Community Leadership Activities.

- Use the Community Leadership Program to build relationships with Influencers and increase the Funeral Home or Cemetery's role and visibility in the Community.
- Set up meetings, meet with people and gauge the impact they have on helping you become a better known partner in your Community.
- Use various tools to help maintain relationships and report your progress to your MGM (me).

ALDERWOODS
GROUP

9

ALD008779

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:
• Why do we ask you to track and report your Community Leadership Activities?



Look for:

• The reporting will allow the MGM (me) to see what progress is being made in your Community.
• The MGM (I) will be better prepared to help you play an active role in your Community, and grow calls by evaluating the information you provide.
• The MGM can shadow you to give feedback and training/coaching when needed.



Say:

• What you measure is what you get.

ALDERWOODS GROUP

10

## COMMUNITY LEADERSHIP - INFLUENCERS

### Identifying Influencers in a Community

Learners will be able to:
- Identify potential Influencers in their Community
- Identify the <u>Leadership Network Information Sheet</u> (LNIS)



Say:
- Think about your day so far, both at work and personally. Write down how many people have come to you to ask for advice or help with something.



Ask:
- Why do you think people come to you for advice or help?



Look for:
- Because they trust or respect me
- I'm their boss, spouse, co-worker, friend
- I have experience/knowledge
- Nobody else to turn to
- Helped others in the past



Ask:
- What do you think you offer to others when giving advice?



Look for:
- Experience
- Empathy
- Compassion
- Logic
- Different point of view
- Knowledge
- Truth
- Straight-forward answers
- Connections to others in the Community
- Support Network

ALDERWOODS GROUP

11

ALD008781

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- The first step of developing your Leadership Network is to help you identify and build relationships with others in the Community who are like you. They are trusted and turned to for advice and help.
- Influencers are Community Leaders to whom members of a Community turn to for advice and guidance. Influencers have significant credibility in their communities.



Do:

- Handout the Identifying Influencers Step by Step.
- See Next page for handout.



ALDERWOODS
GROUP

12

ALD008782

COMMUNITY LEADERSHIP - INFLUENCERS

## Identifying Influencers Step By Step



ALD008783

13

ALDERWOODS GROUP

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- The Identifying Influencers Step by Step will help guide you through the Leadership Network section of the Alderwoods Group Community Leadership Program.
- The first place to start is the budget.
- The Community Leadership Activities budget is pre-determined from the Advertising and Promotions Budget.
- For example, if you were allotted a budget of $10,000.00 for an event from the Advertising and Promotions budget, you would work with your MGM to determine how that money should be spent.
- The next step is to further develop your Community Leadership Program.
- To do this you must define your Influencers.
- The Steps in defining your Influencers are:
  1. Make a list of all your Influencers.
  2. Set up meetings with the Influencers you have identified.
  3. Select the materials you will use when you meet with the Influencer such as pamphlets, flyers, etc.
  4. Hold the meeting with the Influencer

ALDERWOODS GROUP

ALD008784

# COMMUNITY LEADERSHIP - INFLUENCERS

- In Step #5, you are to determine whether or not the Influencer is valuable.
- If you determine that the Influencer is valuable then you should follow up with them. For example, you can do this by sending them a thank you card or a phone call. It is important to maintain contact with them.
- You also want to report this to your MGM using the Leadership Network Information Sheet.
- If you determine that the Influencer is a Non-Valuable Influencer then you can end communications with him/her.

- From the answers you provided earlier, you described some reasons that people turn to you for advice. You also answered that you feel your advice can help influence decisions.
- The same holds true for others in the Community. People who are turned to for advice and guidance in our Community are called Influencers.
- People turn to Influencers because they need advice and guidance and there is usually some urgency involved so people do what the Influencer advises.



Ask:
- As an Influencer, whose business you can affect/grow?



Look for:

- Florists
- Monuments
- Caterers



ALD008785

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- Why not let others help you grow your business
- Let us look at your <u>Leadership Network Information Sheet</u> (LNIS).



Do:

- Ask Manager to take out their <u>Leadership Network Information Sheet</u>.
- Give Manager a blank <u>Leadership Network Information Sheet.</u>
- See next page for sample.

ALDERWOODS GROUP

16

ALD008786

# COMMUNITY LEADERSHIP - INFLUENCERS

**Location Details** SAMPLE

| Location Number: | SAMPLE |
|---|---|
| Location Name: | SAMPLE |

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | Contact Goal Per Year | $ Per Contact | Total Budget | Ranking 1 to 5 | Period 1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Contact (Yes/No) | Number of Calls | Contact |
| Fill in the Category from this list/the influencer belongs to: | Fill in the influencers Full Name | Fill in the Organization the influencer is associated or employed by | Fill in the influencer's position in the association or organization | Fill in the influencer's contact phone number | Fill in the number of years the influencer has been associated with the org | Fill in the number of times you plan to contact the influencer this fiscal period | Filling the budgeted $ amount of money that will be spent during each contact | Multiply the number of contacts by the dollar amount to reach the total budget amount | | | | |
| Example: Family Estate Planning | John Beaton | Beaton, Smith and Waters Attorney's at Law | Lawyer/Partner | (555)555-5555 | 13 | 6 | $10 | $60 | | | | |

ALDERWOODS Group

# COMMUNITY LEADERSHIP - INFLUENCERS

**Location Details**

Location Number:

Location Name:

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | Contact Goal Per Year | $ Per Contact | Total Budget | Ranking 1 to 5 | Period 1 | | | Pe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Totals | | | | | | | | | | | | | |

ALDERWOODS GROUP

18

ALD008788

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- Why not let others help you grow your business.
- You want to make sure the Influencers on your list are valuable. Think of the qualities that you bring as an Influencer and see if those people bring similar qualities to the Community.
- Influencers you identify in your Community are people that you are familiar with and are a representation of your Community as a whole.
- <u>Leadership Network Information Sheet</u> is used as a summary tool to record all Influencers that you have identified, and track the progress with each Influencer. This is also the form that will be used for reporting to MGM (me).
- Later, we'll go through a step by step processing for completing the <u>Leadership Network Information Sheet.</u>

ALDERWOODS
GROUP

ALD008789

## COMMUNITY LEADERSHIP - INFLUENCERS



Do:
- • List areas to point out on the Sample <u>Leadership Network Information Sheet</u>.
- • Point out that there are two sections on the sheet. One for existing Influencers and one for new Influencers.



Say:
- • The section that you will complete depends on the relationship with the Influencer. If you already have a relationship, you know one another personally then complete section one.
- • For new Influencers that have not yet been contacted even by phone complete section 2.
- • The details of the columns are the same for both sections.
- • On the top left hand corner of the sheet fill in your Location Number and Location Name
- • Column 1 is for the Influencer Category.
- • There are four categories: Religious, Healthcare, Family Estate Planning and Service Clubs.



Ask:
- • Who are Influencers in the Religious category?



Look for:
- • Clergy
- • Priests
- • Pastors
- • Ministers
- • Rabbis
- • Monks
- • Deacons
- • Cantors
- • Learner
- • Speaker

ALDERWOODS GROUP

20

ALD008790

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:
- Who are Influencers in the Healthcare category?



Look for:
- Doctors
- Medical Examiners
- Nurses
- Hospice Home Personnel
- Retirement Home Personnel
- Pharmacists
- EMT



Ask:
- Who are Influencers in the Family Estate Planning category?



Look for:
- Lawyers
- Accountants
- Bankers
- Insurance Agents
- Financial Planners



Ask:
- What Service Clubs would have Influencers?



Look for:
- Rotary
- Kiwanis
- Veteran's Clubs
- VOFW

ALDERWOODS GROUP

21

ALD008791

## COMMUNITY LEADERSHIP - INFLUENCERS

 

Say:

• Other Influencers that you should keep in mind are food banks, fire departments, police departments.

  

Ask:

• Who or what organizations can 'You' be an Influencer for?



Look for:
  • Service Clubs
  • Food Banks
  • Financial Planners etc.
  • MADD
  • SADD



Say:

• By identifying Influencers in the different categories you have an opportunity to meet others who are not in your normal circle, and this will help you network and develop new relationships.

• The list of categories on page 1-6 of the binder may not cover all of the categories you need.



Do:

• Point out each page 1-6 of the Community Leadership program binder.

• See next page for sample.

ALD008792

# COMMUNITY LEADERSHIP - INFLUENCERS

## Who belongs in the Leadership Network?

Your Leadership Network should be made up of Influencers from your Community. It is important to note the difference between a TRUE Influencer and a PERCEIVED Influencer. While they are all valuable to our business it is necessary to understand that they will be targeted by our competitors and you will need to be selective in who you spend your energies on.

Further on in this section you will be provided with the necessary tools to monitor your Leadership Network, but let us first take a look at some examples.

## Who are the Influencers?

Here are some examples of Influencers that make up all of our communities. These are the leaders in our lives that families seek out for guidance regarding some of life's biggest decisions. This is just a guide, so please take the initiative to add to this list.

---

**Religious**
- Clergy
- Rabbi

**Healthcare**
- Doctors
- Medical Examiners
- Nurses
- Hospice Personnel
- Retirement Home Personnel

**Family Estate Planning**
- Lawyers
- Accountants
- Bankers
- Insurance Agents

**Service Clubs**
- Rotary
- Kiwanis
- Fraternal Clubs
- Veterans

---

SECTION 1 | STEP 1 | STEP 2 | STEP 3 | STEP 4 | STEP 5 | STEP 6

ALD008793

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- If you need to add a category, let the MGM (me) know what categories, and provide the MGM (me) with the professions or people in the category.
- Add the category to your Leadership Network Information Sheet so it will be accurate.
- You are an Influencer to others in the Community.
- Influencer relationships are mutually beneficial.
- Community Influencers like to have relationships with Funeral Homes and Cemeteries because the Location Manager can help them with various Community Events and activities.  This will help the Influencer serve members of his/her Club, Community or Team.
- Location Managers wants a relationship with a Community Influencer to help with Funeral Home Events, and help staff get involved in the Community.  This often motivates staff, especially if they are members of that Community.

ALDERWOODS GROUP

ALD008794

## COMMUNITY LEADERSHIP - INFLUENCERS

### Niche Markets

Learners will be able to:
- Define a Niche Market.
- Explain the advantages of building new relationships.



Say:

- Before going to niche markets, you should examine them.



Do:

- Have learner review <u>Leadership Network Information Sheet</u> and determine IF they have Influencers in all categories.



Say:

- It is important to have Influencers identified in each Category because:
- It gives a true representation of your Community.
- Allows you to have an impact on a larger sphere of families.
- A niche market is a narrowly defined group of potential customers.
- Members of a niche market have similar occupational, cultural or lifestyle characteristics.
- The characteristics indicate if a group might be interested in developing a relationship with our Funeral Home or Cemetery.

For Example:
- Ethnic groups.
- People of Religious Communities.
- Senior Citizens.

ALDERWOODS GROUP

25

ALD008795

## COMMUNITY LEADERSHIP - INFLUENCERS



### Possibilities of Niche Markets Demonstration

### Purpose of this exercise:

- To demonstrate the potential sphere of influence that a Funeral Home or Cemetery could have, when they identify Influencers within Niche Markets.

### Instructions



Do:

- Using the Lego provided, build 12 mini buildings (or have them build prior to training)
- Set-up two of the buildings call them the "Catholic Church", and "Rotary Club".
- Each of these buildings has a number associated with it, representing the number of families associated.
- On the blank slide or flipchart write down the number that is found on the bottom of each building.
- See next page for slide

ALDERWOODS GROUP

26

ALD008796

## COMMUNITY LEADERSHIP - INFLUENCERS

### Slide 1 - Possibilities of Niche Markets Exercise

1.     9.

2.     10.

3.     11.

4.     12.

5.     13.

6.     14.

7.     15.

8.     16.

_____  **Equals = TOTAL**
       **POTENTIAL**
      **SPHERE OF INFLUENCE**



27

ALD008797

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- For example, I have on my Influencer list, the Priest from the Catholic Church, and the President of the Rotary Club.
- The Church has 300 Families that are members, and the Rotary Club has 100 Families that are members.
- If I do not connect with any other members of the Community. My sphere of Influence based on the two Influencer relationships I have is 400 Families.
- Let's say, I start to look at the rest of my Community.

Do:



- Place the remaining labeled mini buildings in a semi-circle to visually represent a Community.

Say:



- Let's look at the Community a little closer. There is a Baptist Church, a Filipino Church, Lawyers Office, Chamber of Commerce, Doctor's Office, Nursing Home, Insurance Agent, Police Station, Elementary School, Middle and High school.
- Each one of these areas of the Community also has families who are associated with it.

Do:



- Turn over each of the remaining buildings to find the label with the number representing the families associated with it.
- Write this information down on the slide or flipchart being used. Be sure to also write the name of the building.

ALD008798

## COMMUNITY LEADERSHIP - INFLUENCERS

 Say:

- The Baptist Church has 500 Families
- Filipino Church has 100 Families
- Lawyers Office has 100 Families
- Chamber of Commerce has 2000 Families
- Doctor's Office has 300 Families
- Nursing Home has 400 Families
- Insurance Agent has 1500 Families
- Police Station has 5,000 Families
- Elementary School has 300 Families
- Middle School has 400 Families
- High school has 1000 Families.
- When we add that up, there are over 11,000 families in the Community.
- You could also take your Community's population and divide it by four which is the average number of people in a family. This will give you the number of potential families.

ALDERWOODS GROUP

ALD008799

## COMMUNITY LEADERSHIP - INFLUENCERS

### Debrief Questions

 Ask:

- How many potential families could you have served last year in your location using this formula?

 Look for:

- A number of people in their Community.
- Number will vary by location.

 Ask:

- How many families did you serve last year?

 Look for:

- Number of families served by location.
- Number will vary by location.

 Say:

- How many potential families could you serve from your location if you connected with some of those (or insert number for Community) 11,000 families.

ALD008800

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:
- How can Influencers help you reach families?



Look for:
- Can help out Community with their priorities/Events.
- If you identify and work with an Influencer in each one of those areas of the Community, you can create an awareness of the Funeral Home or Cemetery. This in turn helps to grow calls.
- The Funeral Home or Cemetery can become a more valued member of the Community.
- .Assist staff in developing relationships with the Community, regardless of religious background.
- Creating name awareness.
- If your Funeral Home or Cemetery works with all areas of the Community, you will be fulfilling your Mission of "being a leader in the Community you serve (sic)".

ALDERWOODS GROUP

31

ALD008801

## COMMUNITY LEADERSHIP - INFLUENCERS

### Conclusions



Say:

- Niche Markets help you to increase your sphere of influence, by building relationships in the Community. This can help grow calls by getting to families that might not be aware of your Funeral Home and the services you offer.

- Identifying Influencers in Niche Markets and working with the whole Community, the Funeral Home or Cemetery will be able to:
  - Serve Community and help with its priorities/activities.
  - Profile the services of the Funeral Home or Cemetery.
  - Build loyalty with Families within the group.
  - Get to know the Families so you can serve them better.
  - Educate the Community about the advantages of pre-planning.

ALDERWOODS GROUP

32

## COMMUNITY LEADERSHIP - INFLUENCERS

### Connecting to a Niche Market

Learners will be able to:
- Demonstrate how to identify Niche Markets
- Demonstrate how to identify potential Influencers in a Niche Market

 Say:

- Finding a niche market that has accessible families is fairly simple.
- Begin by looking at your Community from an outside perspective. Determine which groups are on the list such as religious or ethnic communities. Take a tour of your Community to see shops, restaurants and other businesses. Talk to them to see who they are serving.
- Make notes of the different groups in the Community that you have identified.
- Next, look at magazines, Community papers and newsletters that are targeted specifically to a defined group. This can supply you with contact names or mailing lists.
- Read the magazines and Community newspapers to get an idea of potential Influencers.
- For example, if you wish to contact an Influencer in the Baptist church, read its newsletter to find out the Pastor's name, and names of respected others in that area of the Community.

 Do:

- Learner to refer to the Community papers they brought with them to identify one niche market within the Influencer categories.
- Assist the learner to identify potential Influencers within that niche market.

ALDERWOODS GROUP

33

ALD008803

## COMMUNITY LEADERSHIP - INFLUENCERS



### Connecting with Niche Markets Exercise

### Purpose of this exercise:

- To identify two additional Niche Markets to work with in the Community who would be beneficial to the Funeral Home or Cemetery.



### Instructions

Do:



- Look though Community papers and identify two additional niche markets within the Influencer categories.
- Identify potential Influencers within each niche market.
- Write down the Niche Markets, and potential Influencers identified.

### Debrief Questions

Ask:



- What else will you see on your tour that can help identify Niche Markets?

Look for:



- Billboards – especially the language used.
- Signs on the street – especially on Community bulletin boards.
- Signs in shop windows.
- Look at the people.
- What languages do other businesses offer service in?

Ask:

- How did you identify the Influencer?

ALDERWOODS GROUP

34

## COMMUNITY LEADERSHIP - INFLUENCERS



Look for:

- From the newspaper.
- Calling the clubs.
- Other common relationships (Network).

### Conclusions



Say:

- Finding a Niche Market can be fairly simple.
- Looking at your Community from an outside perspective is a good way to start.
- Local Community newspapers and magazines can often point you in the direction of potential Influencers.
- Once you have identified potential Influencers, you should record them on the <u>Leadership Network Information Sheet</u>.

ALDERWOODS GROUP

ALD008805

## COMMUNITY LEADERSHIP - INFLUENCERS



Conclusion

Say:

- Another option that you have to help you connect with new Influencers is networking.
- Networking is when you utilize existing Influencers with who you have established relationships and have them introduce you to others in their sphere of Influence.
- For example, you have an established relationship with the Activities Director at a local long-term health care facility. The Director has invited you to an open house at the facility. While attending the open house the Director has particular people he/she wants you to meet, because he/she believes you can help them. For example, the hospices care director.
- By taking the time to speak with potential Influencers when you are introduced you begin to establish rapport.
- This makes it easier to contact them in the future to develop a relationship.
- Networking can be a more comfortable way of meeting new people in your Community.
- Once you have identified new Influencers by either avenue, they should be recorded on the Leadership Network Information Sheet.



Do:

- Give Learner a copy of the Networking Event Tips.
- Read Tips to Learners.
- See next page for handout.

ALDERWOODS GROUP

ALD008806

## COMMUNITY LEADERSHIP - INFLUENCERS

### Networking Tips

1. Have the right attitude – Be focused on others
   - Takes the focus off you trying to impress others into you gathering information from people you met.

2. Set your Goals
   - Set goals to seek out and meet specific people that you know are attending and that you believe may be an Influencer.

3. Bring Business Cards
   - Plenty of them, hand them out

4. Arrive Early/Stay Late
   - Allows you to meet and help out the organizers.
   - They brought all of these people together; they should have a fairly large network that would be to your advantage to tap into.

5. Play the Host
   - Introduce others that you know or just met and they will appreciate it.
   - Sit at a table where you don't know anyone and then play host by discovering who everyone is and introducing them to everyone else at the table.

6. Carry a Funeral Home/Cemetery Pen
   - So you can make brief notes on the back of business cards of things you promised to do and of things you talked about.

7. Look people in the eye
   - The eyes are the window to the soul.

8. Learn how to engage and breakaway from conversations
   - Start a Conversation
     - Find common ground
     - Get the other person to talk about why they attended this event?
     - Ask questions such as...
     - How do you know the host?
     - Is this your first time at one of these Events?
     - Are you a member of this organization/group?

   - Leave a Conversation
     - "It was nice talking with you and I would like to continue this conversation later... (then set up a meeting/lunch/breakfast/coffee)"
     - "Do you know...?" Then make the introduction and slip away as they begin to talk.
     - "It was nice meeting you. I see someone I'd like to see hello to. Will you excuse me?"

9. Go for quality not quantity
   - Starting a couple of key relationships is better than gathering a large number of business cards.



ALD008807

## COMMUNITY LEADERSHIP - INFLUENCERS

### Networking Tips

10. Put your new contacts and new information in your <u>Location Network Information Sheet</u> or database.

11. Follow-up
   - Don't promise to do something if you don't intend or can't do it.
   - The purpose of Networking is to meet people and determine if there is a need to have a further conversation. A follow-up conversation is where you can explore whether you can work together.
   - Ask whether a Call or E-mail would be preferred.
   - Use the preferred follow-up method that they have stated.



ALD008808

## COMMUNITY LEADERSHIP - INFLUENCERS

 Ask:

- What is the <u>Leadership Network Information Sheet</u> used for?

 Look for:

- Keep track of your network activity
- Reporting tool
- Summary of Influencers
- Record all of your Influencer's important information

 Say:

- When completing the sheet, you have two options, you can either complete it in Microsoft Excel and keep it on file on the computer, or you can fill it out by hand and keep it on paper.
- The electronic files are on BrandMuscle.
- The <u>Leadership Network Information Sheet</u> is broken down into two sections. The first section is Existing Influencers and the second section is New Influencers. Each section is broken down into 8 Columns.
- The information completed in the columns for each section is the same
- We will only be looking at Columns 1 through 6 for now. We'll cover the rest a bit later on.

 Do:

- Demonstrate completing the sample <u>Leadership Network Information Sheet.</u>



ALD008809

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- To add an Influencer to the <u>Leadership Network Information Sheet</u> complete:
  - Column 2, Influencer Name.
  - Column 3, their Organization/Club or Institution.
  - Fill in the name of the organization (church, hospital, service club) that the person is associated with.
  - Column 4, asks for the position.
  - Position is the person's title, job or role in the Organization. For example: Location Manager, Priest, Club President, Organizer
  - Column 5 is the Tel #.
  - Write the Influencers telephone number
  - Column 6, asks for years in the organization.
  - When first completing this sheet you may not know the number of years the Influencer has been with his/her organization. If you do not make a note to get this information when meeting.



Ask:

- Why is it important to know how many years this person has been with their organization?



Look for:

- The longer they have been with the organization the greater sphere of influence.
- The longer they have been with the organization the less likely they are to leave it.



Do:  Together, complete the <u>Leadership Network Information Sheet</u> for the first Niche Market Influencer you identified in the last exercise.

ALDERWOODS GROUP

40

ALD008810

## COMMUNITY LEADERSHIP - INFLUENCERS



### Using the Leadership Network Information Sheet Exercise

### Purpose of this exercise:

- To identify two Influencers in each of the four categories and write their information on the <u>Leadership Network Information Sheet</u>.



## Instructions

### Do:



- Using the Community Leadership Binder page 1-6, identify two new Influencers for each category. There should be eight new Influencers in total identified at the end of the exercise.
- If the Manager does not know the name of the Influencer, make a note of the Organization that the Influencer is associated with. Be sure to document a goal of when the names of the Influencers will be completed.
- Complete the information for each of the eight identified Influencers on the <u>Leadership Network Information Sheet</u>.

### Debrief Questions

### Ask:



- How can an Influencer in the four categories benefit your Funeral Home or Cemetery?

### Look for:

- Create awareness.
- Increase sphere of influence.
- Find out the Community needs.
- More people to build relationships with.

ALD008811

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:

- What will you do with the Influencer information you have collected?



Look for:

- Find out who the actual Influencer will be.
- Contact the Influencer.
- Introduce yourself to the Influencer.
- Meet with the Influencer.

### Conclusions



Say:

- You added eight new Influencers, or areas of the Community that you believe would be valuable to work with.
- Their contact information is on the <u>Leadership Network Information Sheet,</u> which you will continue to use as a tracking form and reporting tool.
- Next we will discuss Setting up a First meeting with an Influencer.

ALDERWOODS GROUP

ALD008812

## COMMUNITY LEADERSHIP - INFLUENCERS

### Setting Up a First Meeting with an Influencer

Learners will be able to:
- Gather information about the Organization/Club or Church that the Influencer is associated with.
- Prepare possible meeting places, available dates and times that would be best suited for a first meeting.
- Prepare a simple script to use when phoning the Influencer.
- Write down a message in advance of you get Voicemail or an Assistant.
- Contact the New Influencer by phone.
- Prepare for a personal visit.



Say:
- Once you have Identified Influencers they will fall into one of two categories:
1. An Influencer you have already met or have developed a relationship is an Existing Influencer.
2. An Influencer that you have not made any contact with is a New Influencer.
   - We will first discuss the meeting with a New Influencer.
   - This is your first opportunity to reach out and begin establishing relationships with your Community's Influencers.
   - This first meeting should be to find "common ground" or mutual needs, resources and benefits.
   - During the first meeting or visit, be prepared to ask questions about the Influencer's organization and business.
   - Before phoning the Influencer to set a time and place to meet, you should have some idea of what the discussion will sound like.

ALDERWOODS GROUP

ALD008813

## COMMUNITY LEADERSHIP - INFLUENCERS

- It is a good idea to prepare so that you have some knowledge about their organization/club or Church.



Do:

- Give Learner a copy of the "Community Leadership Action Plan: Setting up Meetings With A New Influencer"
- Describe the action plan, as in next say.
- See next page for handout.

ALDERWOODS GROUP

44

ALD008814

# COMMUNITY LEADERSHIP - INFLUENCERS

## Community Leadership Action Plans

| Setting up Meetings with a New Influencer | |
|---|---|
| Influencer Name: | |
| Common Goals that the Influencer and Location have in common | • <br><br>• |
| Notes to Discuss with Influencer | • <br>• <br>• <br>• <br>• |
| Best Suited dates and times and Locations to meet with the Influencer | • <br>• <br>• |
| Message for Assistant or Voicemail | • <br>• <br>• |
| Date, Time and Location To Meet | • <br>• <br>• |

ALDERWOODS GROUP

ALD008815

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- The first step is to find information about the Influencer's Organization, Club, Church etc.
- For example if meeting with a Pharmacist, find out where the drugstore is located, how long the drugstore has been in the Community, charities the drugstore is involved with, or projects that the drugstore may have going on.



Ask:

- What are some ways you can find out information about an Organization/Club or Church?



Look for:

- Going to the Organization/Club/Church
- Internet
- Contacting other People that may be involved
- Local Newspapers, Community Center Bulletin Boards
- Organizations publications. For example Church Bulletins and Hospital Newsletters
- Chamber of Commerce



Say:

- Let's take a look at one of the New Influencers you identified on the Leadership Network Information Sheet to find out more information about that Organization/Club/Church.
- Based on this research you should be able to get some idea of common interest, or mutual needs to discuss with the Influencer.
- For example, if I were researching the Pharmacist, I may find by researching his drugstore on the internet, or reading advertisements that have been placed in Community publications, that he is committed to helping seniors improve health and eating habits.

ALDERWOODS GROUP

46

ALD008816

## COMMUNITY LEADERSHIP - INFLUENCERS



Do:

- Together, look at the first new Influencer that was identified.
- Use local newspapers, Community Calendars, Internet, etc., to research the organization that the Influencer is associated with.
- Make notes on the "Getting to know the Influencer" section of the action plan.



Say:

- Now that you know a bit more about the Influencer's Organization/Club or Church, it is a good idea to have a couple of suggestions of where to meet, and times and dates to meet that will work with your schedule.
- Use your local Yellow or White Pages to determine cafes, coffee shops, delis or restaurants that are close to the Influencer's location.



Do:

- Make note of these locations under the "Suggested Meeting Locations" section of the action plan.



Say:

- Check your calendar for times and days that would work best with your schedule.



Do:

- Make note of these locations under the "Suggested Meeting Locations" section of the action plan.
- List those days and times on "Suggested Times and Days" section of the action plan.

ALDERWOODS GROUP

ALD008817

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- Jot down on the Action Plan under "Notes", some key questions you wish to ask the Influencer when you reach him/her on the phone.
- For example, "Mr. Smith, I noticed in the local paper article, you have devoted a lot of time to help improve the health of seniors. What made this a point of interest for you?"



Do:

- Write two to three questions for the Influencer under the "Notes" section of the action plan.



Say:

- Using the example of (point to one of the new Influencers the Learner has identified), and the information we have already gathered, let us come up with a script to help guide the conversation you will be having with the new Influencer.



Do:

- Write in the "Notes" section of the action plan.

ALD008818

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- The final thing you should do before calling the Influencer for the first time is prepare a short message in case you get Voicemail or an Assistant.
- An example would be: "Hello this is (your name and position) calling from the (Alderwoods Group location.) I am calling to set up a meeting with you (Influencers name) to find out more about (Organizations goals from the information you gathered). I can be reached at (your phone number). Looking forward to your call. Repeat Name and Phone Number."
- Using the example and the information already gathered, let's come up with a message to leave with Voicemail or an Assistant



Do:

- Write in the "Message for Assistant or Voicemail" section of the Action Plan

ALDERWOODS GROUP

ALD008819

## COMMUNITY LEADERSHIP - INFLUENCERS



### Preparing to Contact a New Influencer Exercise

### Purpose of this exercise:

- Prepare to contact a newly identified Influencer using the Community Leadership Action Plan.

### Instructions



Do:
- Select a new Influencer who was identified in the exercise.
- Research the Influencer's organization as described earlier.
- Complete each section of the "Community Leadership Action Plan".

### Debrief Questions



Ask:

- How will this exercise help you contact new Influencers?



Look for:
- I will be prepared to speak on the phone with the Influencer.
- Make it easier to have a discussion on the phone.



Ask:

- How could this form help you in the future?

ALDERWOODS GROUP

ALD008820

## COMMUNITY LEADERSHIP - INFLUENCERS



Look for:

- It will help me prepare.
- For the remaining Influencers identified today, I will complete it prior to contacting them.
- For any new Influencers I will use the form, prior to contacting them.

### Conclusions



Say:

- By preparing to contact the Influencer, and researching the organization/church/club that the Influencer is associated with, it will help you to contact the Influencer with:
  - Ease.
  - Some notes, so you are prepared
  - Knowledge about their organization/club or Church.
- The Community Leadership Action Plan is a good tool to use to record all of the information, and keep with the Influencer contact sheet.

ALDERWOODS
GROUP

51

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- Now that all of the basics are covered, on page 1-8 of the Community Leadership binder is a sample script that can be used to help guide the telephone conversation





Do:

- Turn to page 1-8 of the Community Leadership binder.
- See sample on next page.

ALDERWOODS GROUP

ALD008822

## COMMUNITY LEADERSHIP - INFLUENCERS

# Step 2:

### Set up those Meetings



This is your first opportunity to reach out and relationships with your Community's Wherever possible you should be using your these meetings, either by phone or in person. the Influencer understand that you are both same thing; a stronger and close Community, both in a position to help each other provide

begin establishing Influencers. voice to set up Your goal is to make interested in the and that you are better services.

With pen and paper handy and with your are ready to begin phoning the prospective Leadership Network. If this is the first time you this Influencer or are a little uncomfortable it idea to write yourself some notes to work from or even a simple script to help you get started. You don't want to remember what you wanted to say after you hang up.

schedule open you members of your will be speaking to might be a good

A script like the one below will go a long way to make you more comfortable on the phone. You can work from it or create your own.

> Be prepared to leave a short coherent message in case you encounter your Influencer's Voicemail or assistant.



> "Hello (Influencer), my name is (your name, your position) from the (Alderwoods Group location). I'm calling today because I would like to meet with you sometime to discuss ways in which we can help (community) by working together. "
>
> Consider who you are speaking to. Make a list of topics to cover in your phone conversation that are of interest to them or their business. Topics such as:
>
> • The Community Seminars Program   • Helping the Community
> • Understanding life insurance       • Family Estate Planning
> • Health matters                     • Etc.



> Don't leave your conversations open-ended. By the end, both parties should know when your next contact will be.







ALDERWOODS GROUP

SECTION 1  STEP 1  STEP 2  STEP 3  STEP 4  STEP 5  STEP 6

ALD008823

## COMMUNITY LEADERSHIP - INFLUENCERS

 

Say:

- "Hello (Influencer), my name is (your name, your position) from the (Alderwoods Group location.) I'm calling today because I would like to meet with you to get to know a more about (Organization's goals from the information you gathered) and the role you play. What days and times work for you? (Confirm the same days and times work for your schedule). How does (Name of café, coffee shop etc) sound? Great, I'm looking forward to meeting you on (date time) at (location). Please call me at (Locations phone number) if you want to touch base before our meeting".

- Another sample script tells the Influencer what you can do for them.

- "Hello (Influencer), my name is (your name, your position) from the (Alderwoods Group location.) I'm calling today because I am interested in finding out more about the Organization and what we can do to help. Most people think the only people the Funeral Home or Cemetery looks after are the departed (deceased)."

- "Our goal at (Alderwoods Group location) is to take care of the Community, educate its members and assist them. To integrate those left behind and support them in dealing with their grief."

- "I would like to know how we can help you". Wait for response from Influencer. Based on that response, have an idea of what resources you have that may be able to help.

**ALDERWOODS GROUP**

54

ALD008824

## COMMUNITY LEADERSHIP - INFLUENCERS

- For example if the Influencer responds, "we have a great number of seniors that have lost a spouse in our Community."
- You could respond by saying "Let me mention a couple of things that the Funeral Home /Cemetery has to offer. Every Wednesday Night, we have a widowed support group.....etc."
- "If you don't have time right now to discuss this further, can we meet for lunch?"
- "It will only take about 15-20 minutes of your time".
- More often than not, people do not say no to a free lunch. This will give you an opportunity to meet face to face with a new Influencer and begin developing a relationship.



Do:
- Location Managers practice the script that will be used to contact the new Influencer.



Say:

- Now that all the prep work has been done, let's call the New Influencer



Do:
- Location Manager calls the first New Influencer to set a up meeting using the script prepared, as a guide for the conversation
- After the conversation Location Manager should write down in their calendar the name of the Influencer, and the confirmed date, time and location of the meeting.

ALDERWOODS GROUP

55

ALD008825

## COMMUNITY LEADERSHIP - INFLUENCERS

- If the Location Manager is not successful say:



Say:

- Not everyone you contact is going to want to connect with your Funeral Home or Cemetery.
- The important thing to remember is not to take it personally.
- Maybe it is just not the right time for the Organization.
- This is why it is so important to have many Influencers identified.

ALDERWOODS GROUP

56

ALD008826

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- Before meeting face to face with the new Influencer you want have a plan of what the conversation will sound like.
- This is the first time you are meeting so it should be a "getting to know you" meeting.
- For example, find out what organizations they belong to, charities they are interested in, what they believe is needed for the Community and his/her social interests.
- This information will help you determine future common goals that you and the Influencer can work together on.
- It is important that you do not come across as having an agenda, being pushy and only wanting to gain their business.
- Preparing for the meeting with the Influencer is crucial; it provides the Influencer with a good, long lasting impression that the Funeral Home or Cemetery is a professional establishment.



Do:
- Give Manager a copy of the "Questions for Influencer" sheet.
- Jot down a list of questions or topics that you would like to discuss with the New Influencer.
- See next page for handout.

ALDERWOODS
GROUP

57

# COMMUNITY LEADERSHIP - INFLUENCERS

Questions for Influencer

| Question 1<br><br>Organization<br>s/<br><br>Clubs<br>Associated<br>With | |
| --- | --- |
| Question 2<br><br>Interests in<br>the<br>Community | |
| Question 3<br><br>What the<br>Influencer<br>would like to<br>see develop<br>for the<br>Community | |
| Question 4<br><br>Other Topics<br>for discussion | |

ALDERWOODS
GROUP

58

ALD008828

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- When preparing to speak to the Influencer for the first time, you should be prepared with a list of questions or topics that you would like to discuss with the new Influencer.
- You initiated the meeting so you should be prepared for the discussion.
- An example of a question for the Pharmacist Influencer may be:
- "I noticed that your drugstore sponsors the Jr. Boys hockey team. How did you get involved?"
- Asking these questions will help you to keep the conversation moving.
- Review the list prior to meeting.
- Prepare for how you would like to leave the meeting by letting the Influencer dictate the tone and direction of the next meeting.
- Example – "(Name of Influencer,) I realize that in your position as (Influencers position) of the (Name of Organization or charity involved), you help many people. ABC Funeral Home has various resources that might be useful to your charity. Would you like me to drop some off to you?"
- Having prepared for a meeting with an Influencer will leave him/her with a positive impression of you, the Funeral Home or Cemetery, and the staff.
- The Influencer will want to work with you in the future to assist the Community.
- Doing this will help you to create an awareness of the Funeral Home or Cemetery, in turn growing calls.

ALDERWOODS GROUP

59

ALD008829

## COMMUNITY LEADERSHIP - INFLUENCERS

Meeting An Influencer For A First Time.

Learners will be able to:
- Describe what the atmosphere should be like.
- Use notes prepared in the exercise to discuss questions and interests about the Influencer.
- Thank the Influencer for their time and meeting.
- Leave the meeting with an agreement of when you can contact one another again.



Say:
- When meeting with an Influencer for the first time you want the atmosphere to be friendly and warm. You want to show a genuine interest in what the Influencer is doing for the Community.
- Here is a sample of what a conversation may look like when first meeting with an Influencer.
- I will be the Location Manager, and if you could read the Influencer portions.



Do:
- Give Learner handout of script.
- See next page for handout.
- Read the script on next say.

ALDERWOODS GROUP

ALD008830

COMMUNITY LEADERSHIP - INFLUENCERS

## Meeting An Influencer For A First Time Script

- <u>LM</u> – Shake hands with Influencer, Let Influencer sit down, and then be seated yourself.
- <u>LM</u> – "Hi, you must be Mr. Smith". "I am Greg". "Thank you for meeting me here today".
- <u>Influencer</u> – "It is nice to meet you".
- <u>LM</u> – "Mr. Smith, have you been with ABC drugstore for a while?"
- <u>Influencer</u> – "About two years".
- <u>LM</u> – "Did you move into the Community?"
- <u>Influencer</u> – "I was commuting for a while, but my wife and I just bought a home in the neighborhood about six months ago".
- <u>LM</u> – "How do you and your wife like the area?"
- <u>Influencer</u> – "We are very happy, our children really enjoy the schools as well".
- <u>LM</u> – "My family has been living here for the past 10 years. We really like it as well. I noticed in the local paper, your pharmacy sponsors the local boy's baseball team. How are you involved in that?"
- <u>Influencer</u> – "Well my son's friend's team did not have the funds to pay for uniforms. It was going to cost the parents an extra $100.00 a year which a number of them could not afford. So I approached the organizers and offered to pay for 75% of the uniforms if my Drugstore's name could be printed on them. It helped the kids, their parents and my drugstore."
- <u>LM</u> – "That sounds great. That is exactly why I wanted to meet with you today. Just as you want to help others in the Community, ABC Funeral Home is also interested in the well-being of the Community. We would like to help the Drugstore's customers any way we can. You mentioned on the phone that a number of your seniors are seeking information on Health and Wellness."
- <u>Influencer</u> - "Yes, it seems to be a topic that is at the top of their mind. Especially those that are young enough to be on their own, but old enough to be retired. They are finding they are getting a number of mixed messages from articles they read and publications."
- <u>LM</u> – "Well, my neighbor is a Registered Dietician who specializes in helping those that are living with long-term illnesses. Perhaps I could contact her, to see if she could assist us in preparing a Health and Wellness Seminar"?
- <u>Influencer</u> - "I think my customers would definitely be interested in attending that Seminar"
- <u>LM</u> – "I will contact Kathy today, and get back to you on some of the details by the end of the week. You had also mentioned on the phone that a number of your customers have lost a spouse. On Wednesday evenings in the Funeral Home's Community Room we hold a Widow Support group. Some other things that our Funeral Home has that may be of interest to your customers are:"

ALDERWOODS GROUP

61

## COMMUNITY LEADERSHIP - INFLUENCERS

- Go through the 12 Insights into grieving after the death of your loved one brochure.
- Influencer - "That is a good brochure. Can I get some copies of them?"
- LM – "I can drop some off on Friday for you. It will take me a couple of days to order them. When I drop them off, would you like to further discuss the seminar and the details have Kathy has provided me?"
- Influencer - "Yes, could you stop by after 6pm? That is when I close the store."
- LM – "Sure, I will confirm on Thursday as a service may be taking place."
- Influencer - "Do you have any information on the Widow Support group you had mentioned?"
- LM – "Yes, I will also bring that along. I can bring a poster as well."
- Influencer - "Okay, thank you. I am glad we met today, it looks like you have a lot of information that can assist my customers."
- LM – "It was my pleasure; let me give you my business card. Please contact me with anything else you think of that we may be able to assist you with." Hand Influencer your business card.
- Influencer - Hand LM your business card. "Here is my card."
- LM – "I'll see you on Friday at 6:00pm at your store; I will be in touch on Thursday to confirm. Thank you again for taking the time to meet with me today."
- Influencer – "Thank you for lunch, I'm looking forward to Friday."
- Shake each other's hand.

ALDERWOODS GROUP

ALD008832

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- <u>LM</u> – Shake hands with Influencer, Let Influencer sit down, and then be seated yourself.
- <u>LM –</u> "Hi, you must be Mr. Smith". "I am Greg". "Thank you for meeting me here today".
- <u>Influencer –</u> "It is nice to meet you".
- <u>LM –</u> "Mr. Smith, have you been with ABC drugstore for a while?"
- <u>Influencer</u> – "About two years".
- <u>LM –</u> "Did you move into the Community?"
- <u>Influencer</u> – "I was commuting for a while, but my wife and I just bought a home in the neighborhood about six months ago".
- <u>LM –</u> "How do you and your wife like the area?"
- <u>Influencer</u> – "We are very happy, our children really enjoy the schools as well".

ALDERWOODS GROUP

63

## COMMUNITY LEADERSHIP - INFLUENCERS

- LM –"My family has been living here for the past 10 years. We really like it as well. I noticed in the local paper, your pharmacy sponsors the local boy's baseball team. How are you involved in that?"
- Influencer - "Well my son's schoolmate's team did not have the funds to pay for uniforms. It was going to cost the parents an extra $100.00 a year which a number of them could not afford. So I approached the organizers and offered to pay for 75% of the uniforms if my Drugstore's name could be printed on them. It helped the kids, their parents and my drugstore."
- LM –"That sounds great. That is exactly why I wanted to meet with you today. Just as you want to help others in the Community ABC Funeral Home is also interested in the well being of the Community. We would like to help the Drugstore's customers any way we can. You mentioned on the phone that a number of your seniors are seeking information on Health and Wellness."
- Influencer - "Yes, it seems to be a topic that is at the top of their mind. Especially those that are young enough to be on their own, but old enough to be retired. They are finding they are getting a number of mixed messages from articles they read and publications."
- LM –"Well, my neighbor is a Registered Dietitian who specializes in helping those that are living with long-term illnesses. Perhaps I could contact her to see if she could assist us in preparing a Health and Wellness Seminar"?
- Influencer - "I think my customers would be definitely interested in attending that Seminar"
- LM –"I will contact Kathy today, and get back to you on some of the details by the end of the week. You had also mentioned on the phone that a number of your customers have lost a spouse. On Wednesday evenings in the Funeral Home's Community room we hold a Widow

ALDERWOODS
GROUP

64

ALD008834

## COMMUNITY LEADERSHIP - INFLUENCERS

Support group. Some other things that our Funeral Home has that may be of interest to your customers are:"

- Go through the 12 Insights into grieving after the death of your loved one brochure.
- Influencer - "That is a good brochure. Can I get some copies of them?"
- LM - "I can drop some off on Friday for you. It will take me a couple of days to order them. When I drop them off, would you like to further discuss the seminar and the details have Kathy has provided me?"
- Influencer - "Yes, could you stop by after 6pm? That is when I close the store."
- LM – "Sure, I will confirm on Thursday as a service may be taking place."
- Influencer - "Do you have any information on the Widow Support group you had mentioned?"
- LM – "Yes, I will also bring that along. I can bring a poster as well."
- Influencer - "Okay, thank you. I am glad we met today, it looks like you have a lot of information that can assist my customers."
- LM – "It was my pleasure; let me give you my business card. Please contact me with anything else you think of that we may be able to assist you with." Hand Influencer your business card.
- Influencer - Hand LM your business card. "Here is my card."
- LM – "I'll see you on Friday at 6:00pm at your store; I will be in touch on Thursday to confirm. Thank you again for taking the time to meet with me today."
- Influencer – "Thank you for lunch, I'm looking forward to Friday."
- Shake each other's hand.

ALDERWOODS GROUP

65

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- The atmosphere should be friendly and courteous.
- Use the notes you made about the Influencer to help guide the conversation.
- The conversation should be about getting to know the Influencer, not only about gaining their business.
- Thank the Influencer for their time and the meeting.
- Leave the meeting with an agreement of when you can contact one another again.

ALDERWOODS GROUP

ALD008836

## COMMUNITY LEADERSHIP - INFLUENCERS

### Setting Up a Meeting With An Established Influencer.

Learners will be able to:
- Find common goals that the Influencer and Funeral Home/Cemetery have for the Community.
- Make notes for discussion.
- Phone the existing Influencer for an appointment.
- Prepare possible meeting places, dates and times that would be suitable.
- A script to use when phoning the Influencer.
- Write down a message to use if Voicemail or Assistant answers.
- Identify brochures and tools that can be used when meeting with the Influencer.
- Have a plan to review the tools with the Influencer.



Say:
- Once you have established a friendly relationship with the Influencer, your goal is to find ways that you and the Influencer can work together in the Community.
- The goal of your meetings with an established Influencer is to make him/her understand that you are both interested in the same thing. You are in a position to help each other and you want to gain a commitment on how you will work together in the Community.
- You both want to help the Community grow stronger and closer.

ALDERWOODS GROUP

ALD008837

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:
- What information would you have from the first meeting that can help you achieve your goal in future meetings with the Influencer?



Look for:
- Information about the Influencer
- Organizations the Influencer belongs to
- Charities the Influencer contributes to
- What the Influencer believes is needed for the Community



Say:
- To work with the Influencer successfully, it should be a win-win-win situation. Through your joint efforts in the Community the Influencer wins, the Funeral Home or Cemetery wins, and the Community wins.
- For example, you have met the local Food Bank Director, they mentioned that the Community is desperately in need of food donations during the summer months, but they are having difficulties getting them because everyone seems to be away or wrapped up in their summer activities.
- Before contacting the Influencer, think of what the Influencer wants or has interest in for the Community and what the Funeral Home or Cemetery can offer to achieve that goal together.

ALDERWOODS GROUP

ALD008838

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:
- How can your Funeral Home or Cemetery work with this Influencer to achieve the goal of getting more donations for the Food Bank?



Look for:
- Host a Food Drive.
- Work with other Influencers in the Community to join efforts.
- Spread the word through tools you have available to use.
- Staff to help organize the Event.



Say:
- By offering to host a Food Drive, you have just come up with a common goal for the Community.
- The goal is to host a Food Drive and bring in donations for the Local Food Bank.



Ask:
- Why is this a win-win-win situation?



Look for:
- The Food Bank wins because they get the donations they need.
- The Community wins because they have the opportunity to come together and help those that need it.
- The Funeral Home or Cemetery wins by generating traffic, visibility in the Community and possible calls.



Do:
- Hand out the "Community Leadership Action Plans – Meeting With An Existing Influencer"
- See next page for handout.



ALD008839

## COMMUNITY LEADERSHIP - INFLUENCERS

### Community Leadership Action Plans

| Meeting with an Existing Influencer | |
|---|---|
| Influencer Name: | |
| Common Goals that the Influencer and Location have in common | •<br>•<br>•<br>•<br>• |
| Notes to Discuss with Influencer | •<br>•<br>•<br>•<br>• |
| Best Suited dates, locations and times to meet with the Influencer | •<br>•<br>• |
| Message for Assistant or Voicemail | •<br>•<br>• |
| Date, Time and Location To Meet | •<br>•<br>• |



ALD008840

## COMMUNITY LEADERSHIP - INFLUENCERS

 

Say:

- Let's look at an existing Influencer on your <u>Leadership Network Information Sheet</u> and jot down the common goal that you and the Influencer have.
- An example of a telephone script is found on page 1-8 of the Community Leadership binder. This can be used to guide your conversation with the existing Influencer.



Do:

- Turn to page 1-8 in the Community Leadership binder.
- Read the suggested script together.
- See sample on next page.

ALDERWOODS
GROUP

71

## COMMUNITY LEADERSHIP - INFLUENCERS

# Step 2:

## Set up those Meetings



This is your first opportunity to reach out and
relationships with your Community's
Wherever possible you should be using your
these meetings, either by phone or in person.
make the Influencer understand that you are
the same thing; a stronger and close
that you are both in a position to help each
better services.

begin establishing
Influencers.
voice to set up
Your goal is to
both interested in
Community, and
other provide

With pen and paper handy and with your
you are ready to begin phoning the
members of your Leadership Network. If this
you will be speaking to this Influencer or are a little uncomfortable it might be a good idea to write yourself some
notes to work from or even a simple script to help you get started. You don't want to remember what you wanted to
say after you hang up.

schedule open
prospective
is the first time

A script like the one below will go a long way to make you more comfortable on the phone. You can work from it or
create your own.

<table>
<tr><td>Be prepared to leave a short coherent message in case you encounter your Influencer's Voicemail or assistant.</td><td></td></tr>
</table>

<table>
<tr><td>"Hello (Influencer), my name is (your name, your position) from the (Alderwoods Group location). I'm calling today because I would like to meet with you sometime to discuss ways in which we can help (community) by working together. "

Consider who you are speaking to. Make a list of topics to cover in your phone conversation that are of interest to them or their business. Topics such as:

• The Community Seminars Program      • Helping the Community
• Understanding life insurance        • Family Estate Planning
• Health matters                       • Etc.</td><td></td></tr>
</table>

<table>
<tr><td>Don't leave your conversations open-ended. By the end, both parties should know when your next contact will be.</td><td></td></tr>
</table>


ALDERWOODS
GROUP

SECTION 1 STEP 1  STEP 2  STEP 3 STEP 4 STEP 5 STEP 6

ALD008842

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- "Hello (Influencer), my name is (your name, your position) from the (Alderwoods Group location). I'm calling today because I would like to meet with you sometime to discuss ways in which we can help (community) by working together."

- Another way of approaching the conversation is:
- "Hello (Influencer), this is (your name, your position) calling from the (Alderwoods Group location). How has the (church /organization /club) been doing?" Discuss things you have worked together on in the past.
- "I'm calling today because I remember you mentioning your donations were down during the summer months. I was thinking of a way that (name of Funeral Home/Cemetery) may be able to help. Do you have time to get together for lunch to discuss?"
- Again, you need to be prepared with possible locations to meet, dates and times that are best suited to your schedule.

ALD008843

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:
- How do you prepare information for the meeting?



Look for:
- Use your local Yellow or White Pages to determine cafes, coffee shops, delis or restaurants that are close to the Influencer's location or meet at the your location or the Influencer's location.
- Make note of these locations under the "Suggested Meeting Locations" section of the Action Plan
- Check your Calendar for times and days that work best with your schedule.
- List those days and times on "Suggested Times and Days" section of the Action Plan



Do:
- Together fill in the Suggested Meeting Locations, and Best suited days and times sections of the Action Plan for the existing Influencer from the Leadership Network Information Sheet



Say:
- Just as you did when meeting for the first time, you again need to be prepared with a message for Voicemail or Assistant.



Do:
- Based on the message created for the first meeting, together write a message for Voicemail or Assistant in that section of the Action Plan.



Say:

- Now that all the prep work has been done, let's call the Existing Influencer.

ALDERWOODS GROUP

74

## COMMUNITY LEADERSHIP - INFLUENCERS



Do:
- Based on the message created for the first meeting, together Location Manager calls the Influencer to set a up meeting using the notes prepared as a guide for the conversation
- After the conversation the Location Manager should write down in their calendar the name of the Influencer, confirmed date, time and location of the meeting.



Say:
- Congratulations, you are well on your way to working with this Influencer.
- This may be the first time the Funeral Home or Cemetery will be working with this particular Influencer on a Community goal, so being well prepared for the meeting is important.
- Prior to the meeting with the Influencer, make notes of what common goals you and the Influencer have to discuss.



Ask:
- Why is it important to be well prepared for a meeting with the Influencer?



Look for:
- Will make a good impression on the Influencer.
- Influencer will be able to identify Funeral Home or Cemetery as a professional establishment.
- Influencer will be comfortable having his/her business clients developing relationships with our staff.



Say:
- You have already identified the common goal that you want to discuss with the Influencer.
- You also have some idea of what you can offer the Influencer to help achieve this goal.



ALD008845

## COMMUNITY LEADERSHIP - INFLUENCERS

- The next step is to identify brochures and tools that can be used when meeting with the Influencer.
- BrandMuscle contains many different flyers and posters.
- Printing for an actual Seminar or Event is done by the MGM (me) through BrandMuscle.





Do:
- MGM and LM to log on to BrandMuscle and print brochures or Flyers to be used when meeting with this Influencer.

Ask:
- If you go back to your Food Bank Influencer example what are some brochures or tools that you could take to that meeting?



Look for:
- Flyers and Posters
- List of staff available to help with Event
- Your knowledge of local Community communication forums
- Business Cards



Do:
- Hand out "Preparing for A Meeting".
- Complete, while explaining.
- See next page for handout.



ALD008846

# COMMUNITY LEADERSHIP - INFLUENCERS

## Preparing For A Meeting

Brochures and
Tools

Where to Get
The Brochures
and Tools

Order to Go
Through
Identified
Brochures and
Tools

Upcoming
Events or
Seminars

ALD008847

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:

- Choose an Influencer from your existing list.
- Under the section of brochures and tools, list the ones that you would like to use in your meeting with that Influencer.
- In the Column beside that list is where you can gather those identified brochures to bring to the meeting.
- Brochures can be ordered through BrandMuscle through the Collateral Materials tab.
- Remember business cards are an important tool.

- You have identified tools and brochures and you know where to get these materials. The next step is to prepare a plan to use these materials during the meeting with the Influencer.

ALDERWOODS
GROUP

78

ALD008848

## COMMUNITY LEADERSHIP - INFLUENCERS



**Ask:**
- What should the plan for the materials include?



**Look for:**
- How you will begin to talk about the materials.
- The order that the materials should be presented.
- How each may be used to help the Community.





**Say:**
- From the tools and brochures that you have identified, write a plan to go through them with the Influencer.
- The plan should include how to begin talking about the materials.
- The order that the materials should be presented in show how they may be used to achieve the goal.



**Do:**
- Write a plan to go through brochures and tools with the Influencer.

**Say:**
- The last step is listing the upcoming Seminars or Events that may be of interest to the Influencer, and putting together a package of the tools and brochures.
- Another way to inform Influencers of upcoming Events is to send all the Influencers on your <u>Leadership Network Information Sheet</u> a copy of your Event Calendar on a monthly basis.

ALD008849

## COMMUNITY LEADERSHIP - INFLUENCERS



Do:
- Handout sample Activity Planning Calendar.
- Referring to the Funeral Home or Cemetery activity planning calendar make a list of upcoming Seminars and Events that may be of interest to the Influencer.

ALD008850

# COMMUNITY LEADERSHIP - INFLUENCERS

2005 Activity Planning Calendar

Location Name

Location Number

Location Budget (2005)

Allocated Budget (per this plan)          $        -

Balance Available (Shortfall)             $        -

| | 2004 Actual | 2005 Budget | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Community Leadership/Promotion | $ | $ | | | | | | | | | | |
| Influencers | | | | | | | | | | | | |
| Community Events | | | | | | | | | | | | |
| - Easter Sunrise Service | | | | | | | | | | | | |
| - Easter Egg Hunt | | | | | | | | | | | | |
| - Mother's Day | | | | | | | | | | | | |
| - Memorial Day | | | | | | | | | | | | |
| - Father's Day | | | | | | | | | | | | |
| - July 4th (US) / July 1st (Canada) | | | | | | | | | | | | |
| - Veterans Day (US) / Remembrance Day (Can) | | | | | | | | | | | | |
| - September 11 | | | | | | | | | | | | |
| - Christmas | | | | | | | | | | | | |
| - Food Drive | | | | | | | | | | | | |
| - Clothes Drive | | | | | | | | | | | | |
| - Sweaters for Veterans | | | | | | | | | | | | |
| - Blankets for Homeless | | | | | | | | | | | | |
| - Child-seat / Bike Safety Checks | | | | | | | | | | | | |
| - Smoke Alarm Awareness | | | | | | | | | | | | |
| - Flu Vaccination | | | | | | | | | | | | |
| - Other event 1: | | | | | | | | | | | | |
| - Other event 2: | | | | | | | | | | | | |
| - Other event 3: | | | | | | | | | | | | |
| Memberships | | | | | | | | | | | | |
| Membership 1 | | | | | | | | | | | | |
| Membership 2 | | | | | | | | | | | | |
| Membership 3 | | | | | | | | | | | | |

ALDERWOODS GROUP

ALD008851

18

| Sponsorship | | | | | | |
|---|---|---|---|---|---|---|
| Sponsorship 1 | | | | | | |
| Sponsorship 2 | | | | | | |
| Sponsorship 3 | | | | | | |
| Distortionary | | | | | | |
| Lead Generation Program | | | | | | |
| Direct Mail | | | | | | |
| Marriage/Birth/Inserts | | | | | | |
| Community Seminars | | | | | | |
| - Advance Planning | | | | | | |
| - Financial Planning | | | | | | |
| - Health & Well-Being | | | | | | |
| - Social Security/Veterans Benefits | | | | | | |
| - Housing & Relocation | | | | | | |
| - Legal Aspects | | | | | | |
| Advertising | | | | | | |
| Newspaper | | | | | | |
| Yellow Pages | | | | | | |
| Church Bulletin | | | | | | |
| Radio | | | | | | |
| Television | | | | | | |
| On-line Advertising | | | | | | |
| Outdoor | | | | | | |
| Other: Calendars | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Collateral/Material | | | | | | |
| Sales Aids | | | | | | |
| Other | | | | | | |
| Other | | | | | | |
| Other | | | | | | |
| Total | | | | | | |

ALDERWOODS GROUP

ALD008852



Say:

- If you want to give the list to the Influencer you should type it on letterhead.
- Put together a package for the Influencer of all the brochures and materials you will be discussing.



Do:

- Gather all of the brochures and tools needed for the meeting.
- Together prepare a package in the order you plan to discuss them. Be sure to include the Location Manager's Business Card.



Say:

- Preparing for a meeting with an existing Influencer is a crucial as a first meeting.
- It will allow the Influencer to observe that you as representing the Funeral Home or Cemetery are consistently professional and prepared.
- This will further develop the Influencer's confidence in you and the Funeral Home or Cemetery.
- With all the preparations completed, the next step is to meet with the existing Influencer.

ALDERWOODS GROUP

83

ALD008853

## COMMUNITY LEADERSHIP - INFLUENCERS

### Meeting With Established Influencers

Learners will be able to:
- Communicate to the Influencer that the Funeral Home or Cemetery is ready to work together.
- Inform the Influencer about upcoming Seminars, Events and other activities.
- Leave the meeting with a plan to help one another and what you have committed to each other.
- Leave your Business card with the Influencer for future reference.



Say:
- Now that all of the plans are in place for the meeting the next step is meeting with the Influencer face to face.
- We will run through a Mock meeting where I will be the Location Manager during the meeting and you will be the Influencer.
- We will be meeting with Mrs. Smith at the local Food Bank.

- Shake hands with Influencer when greeting them.
- <u>MGM says</u> – "Thank you for taking the time to meet with me today".
- <u>Influencer says</u> "I am always interested when I get your call, how are things with you?"
- <u>MGM Says</u> – "I have been thinking about our previous conversations.  You had mentioned to me that donations were down at the Food Bank.  I was hoping that we could help"
- <u>Influencer Says</u> – "People just don't think of the Food Bank in the summer months.  They are wrapped up in enjoying the summer months. Plus the schools are out, so a number of children are not receiving their nutrition from school breakfast and lunch programs."
- <u>MGM Says</u> – "How would you feel about a Summer Food Drive?"

ALDERWOODS GROUP

84

## COMMUNITY LEADERSHIP - INFLUENCERS

- Influencer Says – "Well usually we organize a Food Drive at Christmas and Easter; so I think this is a valuable idea. How can your Funeral Home help?"
- MGM Says – "Let us act as a donation center. We have the space in our Community Room. You have seen it; I think you have been there for a seminar."
- Influencer Says – "Wow that sounds great, besides the room, how else would we be able to partner together?"
- MGM Says – "I took the liberty of pulling some tools together for you to look at."
- MGM Action - Open package and start to describe contents to the Influencer.
- MGM Says – "For example – we have a template for posters and flyers that can be used. I have already spoken to Fred at the Quick print, and he is willing to reduce the cost of printing for us."
- Influencer Says – "Flyers are great, but how are we going to get the message to the Community?"
- MGM Says – "How do you feel about approaching the Manager at the Food Lion? We can get to the Community right when they are doing their shopping."
- Influencer Says – "Have you met the Manager, John? If not, I can introduce you. I am sure he will be interested. He has helped out in the past."
- MGM Says – "That would be great. I also was thinking of getting the local Churches to announce it during their sermons."
- Influencer Says – "That's an interesting approach that I have not used in the past. I am sure it will have a positive impact."

ALDERWOODS GROUP

85

ALD008855

## COMMUNITY LEADERSHIP - INFLUENCERS

- <u>MGM Says</u> – "This is the Community Events and Seminars calendar for my location, we can fit your Food Drive in (provide some estimated dates) and get the food to the Families by August."
- <u>Influencer Says</u> – "Can I keep this? I am not sure exactly when I can commit".
- <u>MGM Says</u> – "Yes, it's yours. Let's say I give you a call on Friday to firm up the date for the Food Drive and to discuss the details further?"
- <u>Influencer Says</u> – "Friday works for me; can you make it between 4-5pm?"
- <u>MGM Says</u> – "Done"
- MGM Action - Write down information in schedule.
- <u>MGM Says</u> – "So I will give you a call on Friday between 4-5pm so we can firm up plans."
- <u>Influencer Says</u> – "Looking forward to it!"
- <u>MGM Says</u> – "Let me give you my business card in case you need to reach me in the future"
- Action by MGM - provide your business card to the Influencer.
- <u>Influencer Says</u> – "Let me give you mine as well".
- Action by Influencer Provide your business card to the MGM.



Ask:
- What goals did the Funeral Home or Cemetery achieve from this meeting with the Influencer?



Look for:
- Influencer understood the Funeral Home or Cemetery is ready to work with him/her.
- Left with a common goal and a plan to work together.
- Influencer has the business card of the Funeral Home or Cemetery.

ALDERWOODS GROUP

86

ALD008856

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- When meeting with your Influencer it is important to:
- Thank the Influencer for his/her time.
- Make sure your Influencer has your business card.
- Communicate clearly how you can work together.
- Inform the Influencer of other upcoming Seminars, Events and activities.
- Leave the meeting with a plan of how you can help each other, what you are committed to and when the commitments will happen.
- Once you have had the meeting with the Influencer, evaluate and follow up with the Influencer to maintain the relationship you have started.



Do:
- Give Manager a Copy of Goals When Meeting With An Influencer handout.
- See next page for handout.

ALDERWOODS GROUP

ALD008857

## COMMUNITY LEADERSHIP - INFLUENCERS

## <u>Goals When Meeting With An Influencer</u>

When meeting with your Influencer it is important to:
- Thank the Influencer for his/her time.
- Make sure your Influencer has your business card.
- Communicate clearly how you can work together.
- Inform the Influencer of other upcoming Seminars, Events and activities.
- Leave the meeting with a plan of how you can help each other, what you are committed to and when the commitments will happen.
- Once you have had the meeting with the Influencer, evaluate and follow up with the Influencer to maintain the relationship you have started.



ALD008858

## COMMUNITY LEADERSHIP - INFLUENCERS

### Evaluating and Following Up with the Influencer

Learners will be able to:
- Complete a self-evaluation checklist to rate themselves as Influencers.
- Fill in <u>Leadership Network Contact Sheet</u>.
- Know when to complete the <u>Leadership Network Contact Sheet</u>.
- Evaluate the Influencer based on the meeting.
- Determine if the Influencer will be able to work with the Funeral Home or Cemetery.
- Follow-up with a Thank-You note.



Say:
- You have practiced meeting with an Influencer and begun to develop a relationship.
- Evaluating the meeting and the Influencer helps determine future activities and plans that this Influencer may be interested in.
- We will also cover ways to thank the Influencer for the meeting
- Evaluating yourself as an Influencer makes others in the Community want to connect with you, because you have something to offer that they view as valuable.



Ask:
- What is the benefit of rating yourself as an Influencer?

ALDERWOODS GROUP

ALD008859

## COMMUNITY LEADERSHIP - INFLUENCERS



Look for:
- Things I had missed or would like to bring up in following meetings.
- Shows successes and progress I am making in the Community.



Say:
- The best time to evaluate is while the information is still fresh in your mind.



Do:
- Hand out the "Myself as an Influencer".
- Read each point on the checklist.
- See next page for handout.

ALDERWOODS
GROUP

ALD008860

## COMMUNITY LEADERSHIP - INFLUENCERS

Myself As An Influencer

## YOUR INFORMATION

Your Name:

Date:

Influencer Met
with:

## GUIDELINES

Complete this Self-Evaluation, using the following scale:

NA = Not Applicable
1 = Needs Work
2 = Gets by
3 = Meets Requirements
4 = Exceeds Requirements

## COMMUNICATION

| | (4) = Exceeds Requirements | (3) = Meets Requirements | (2) = Gets By | (1) = Needs Work |
|---|---|---|---|---|
| Prepared Notes for meeting with Influencer | ☐ | ☐ | ☐ | ☐ |
| Prepared Tools and Brochures for meeting | ☐ | ☐ | ☐ | ☐ |
| Telephone etiquette | ☐ | ☐ | ☐ | ☐ |
| During Meeting had the Influencer involved with Conversation | ☐ | ☐ | ☐ | ☐ |
| Left meeting with a plan to meet or contact one another | ☐ | ☐ | ☐ | ☐ |
| Listened to needs of Influencer | ☐ | ☐ | ☐ | ☐ |
| Gained an understanding of the Organizations that Influencer is involved in | ☐ | ☐ | ☐ | ☐ |

## LEADERSHIP

| | (4) = Exceeds Requirements | (3) = Meets Requirements | (2) = Gets By | (1) = Needs Work |
|---|---|---|---|---|
| Leads by example (DO what you say you are going to do for the Influencer) | ☐ | ☐ | ☐ | ☐ |
| Finds realistic solutions to Community needs | ☐ | ☐ | ☐ | ☐ |
| Provides necessary resources | ☐ | ☐ | ☐ | ☐ |
| Delegates clearly to Other team members the needs of the Influencer | ☐ | ☐ | ☐ | ☐ |

## RELATIONSHIPS

| | (4) = Exceeds Requirements | (3) = Meets Requirements | (2) = Gets By | (1) = Needs Work |
|---|---|---|---|---|
| Strong Community advocate | ☐ | ☐ | ☐ | ☐ |
| Sets aside personal biases and wants | ☐ | ☐ | ☐ | ☐ |
| Gives good, practical advice to Influencer | ☐ | ☐ | ☐ | ☐ |
| Followed up with Influencer on commitments and plans | ☐ | ☐ | ☐ | ☐ |

## PRODUCTIVITY

| | (4) = Exceeds Requirements | (3) = Meets Requirements | (2) = Gets By | (1) = Needs Work |
|---|---|---|---|---|
| Makes realistic goals with Influencer | ☐ | ☐ | ☐ | ☐ |
| Meets deadlines committed to Influencer | ☐ | ☐ | ☐ | ☐ |
| Came in under budget | ☐ | ☐ | ☐ | ☐ |

ALDERWOODS GROUP

ALD008861

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- Honestly rate each question.
- If more than 75% of the questions are answered meets requirements or exceeds requirements, the Location Manager should consider him/herself a good Influencer for this meeting. If less then 74% are answered meets or exceeds requirements, then the Location Manager may look at specific areas to improve.
- Once you have rated yourself as an Influencer, evaluating the meeting and the Influencer is next.
- The tool to assist you in completing this step is the <u>Leadership Network Contact Sheet</u>.



Do:
- Give Manager a copy of the <u>Leadership Network Contact Sheet</u>.



Say:
- Complete a <u>Leadership Network Contact Sheet</u> for each Influencer.
- Complete the as soon after the meeting as possible so the information from the meeting is fresh in your mind.

- You should also use the <u>Leadership Network Contact Sheet</u> when a family tells the Funeral Home or Cemetery that they were referred by an Influencer.



Ask:
- Why is it important to evaluate the meeting with the Influencer?



Look for:
- Helps me decide if the Influencer is truly an Influencer or just someone with a title.



ALD008862

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- Let's now start to use the <u>Leadership Network Contact Sheet</u> to make notes about the Influencer, rank and determine if the Influencer can work with your Funeral Home or Cemetery in the future.



Do:
- Give Manager a copy of the blank <u>Leadership Network Contact Sheet</u>.
- Complete the
- Location Number.
- Name.
- See next page for handout.

ALDERWOODS GROUP

ALD008863

## COMMUNITY LEADERSHIP - INFLUENCERS

 

Say:

- The Influencer should be ranked on a quarterly basis. You will notice there are 5 boxes to be completed.
- The first box is the Influencer's rank at the beginning of the relationship.
- The remaining boxes are to be completed at the end of each quarter.
- Ranking of relationships allows you to be consistent with all Influencers, and not remain in close contact with only some.
- There is a 1-5 scale used to rank the Influencer relationship.



Do:

- Give Manager a copy of the Influencer Ranking handout.
- See next page for handout.

ALDERWOODS GROUP

94

ALD008864

## COMMUNITY LEADERSHIP - INFLUENCERS

### Influencer Ranking

| | |
|---|---|
| Rank 1 | There is no relationship, you have identified this person as an Influencer, and however you have not contacted the person |
| Rank 2 | Formal contact only. Meaning you have identified the Influencer, and made contact by phone but have not had an opportunity to meet face to face. |
| Rank 3 | Getting Acquainted, you have met face to face however are not working together. |
| Rank 4 | Professionally connected. Members of the same organizations you seek each other out for help. |
| Rank 5 | Socially connected, you have developed a strong relationship (Friendship) with this Influencer; you consistently work together for Community Events, Seminars, and organizations. |



ALD008865

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- 1 – There is no relationship, you have identified this person as an Influencer, and however you have not contacted the person.
- 2 – Formal contact only. Meaning you have identified the Influencer, and made contact by phone but have not had an opportunity to meet face to face.
- 3 – Getting Acquainted, you have met face to face however are not working together.
- 4 – Professionally connected. Members of the same organizations you seek each other out for help.
- 5 – Socially connected, you have developed a strong relationship (Friendship) with this Influencer; you consistently work together for Community Events, Seminars, and organizations.
- The rank of the Influencer should progress as the year, and your relationship develops.

ALDERWOODS
GROUP

ALD008866

## COMMUNITY LEADERSHIP - INFLUENCERS



Do:
- Discuss your relationship with (existing Influencers Name).
- Rank the Influencer based on the discussion in the "start" box.




Say:
- The remaining columns are to be completed once the meeting has taken place.
- Date of meeting, notes from meeting, next meeting date.
- The bottom row is to list involvements, and general notes, such as associations, birthday, partner's name, favorite charity.
- On the back of the sheet you will notice a tracking sheet.
- This side of the sheet is used to track referrals generated by the Influencer for your Funeral Home.



Ask:
- Why do you think referrals should be tracked?



Look for:

- I will be able to see the best spend my time, and see payback in program.
- So you can thank people.
- Allows me to target the Influencers who are exposed to a large circle of contacts.
- Helps identify the "movers and shakers" in the Community.
- Helps to identify niche markets.
- Allows us to refocus on areas that are weak.



ALD008867

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- In the arrangement conference with the Family, get into the habit of politely asking "Who referred you to the Funeral Home or Cemetery?"
- The referrals need to be communicated to you or the team member that is working with the Influencer to use the tracking sheet successfully.



Do:
- Show each field on the Call Tracking sheet to the Location Manager while explaining each field.



Say:
- When you or a team member is told of a referral by an Influencer, simply turn to the Influencers Leadership Network Contact Sheet on the Call Tracking side.
- Remember the family will be telling you the Influencer who referred them.
- Below that information, you will find a Calendar for each period.
- At the beginning of period of each period, simply put a bracket beside the day in which the period starts.
- At the end of each period, again put a bracket beside the day in which the period ends.
- This will make it easier to count the number of referrals received from an Influencer.
- Circle the day that you received a referral from the Influencer in the correct period.

- For example today is the (calendar day) of Period (say correct period). If I received a referral from (Influencers name) today I would circle that on the calendar.

ALDERWOODS GROUP

98

## COMMUNITY LEADERSHIP - INFLUENCERS

- Below that is a section to explain the ranking of the Influencer at the beginning of the year.
- With (Influencer name) we ranked him/her a (say rank number) the reason for this is (explain why you decided to rank). Jot down that note in the Reasons section, that way in the future if you need to remember why an Influencer was given a certain rank you can refer to the <u>Leadership Network Contact Sheet</u>.

- The last section has room for an Action Plan for developing and maintaining the relationship with the Influencer. Really how are we going to take this relationship to the next level? This is where you would write your goals for this Influencer, and how you plan to achieve them.
- You should be able to determine how much you will be able to work in the future with this particular Influencer based on the conversation that has taken place.
- The tone of the meeting should indicate how you will be able to work together.
- For example if during the meeting the Influencer is open to ideas and suggestions and is contributing to the conversation with positive remarks, it is likely that you will be able to develop a relationship with this Influencer and work together in the future.
- If you sense the tone of the conversation has the opposite feel, the Influencer seems slightly interested and may be too busy or not focused on working together. This may not be the right time to put a great deal of energy into developing the relationship. However, it is important to maintain some sort of contact. The Influencer may want to work together at some time, just not now. Maybe make a phone call every other month to touch base, or have a short coffee meeting to stay connected.

ALDERWOODS GROUP

ALD008869

## COMMUNITY LEADERSHIP - INFLUENCERS

- It may be also necessary to drop someone as an Influencer if they truly do not have a sphere of Influence in the Community.
- Based on what you determined it is always a good business practice to send a quick thank you note to the Influencer.
- There are two examples that are provided in the Community Relations binder as a guideline:
- 1)  For an Influencer that you can work with.
- 2)  For an Influencer that may not be available for you to work with currently.
- Page 1-11 of the Community Leadership binder has those examples.



Do:
- Turn to page 1-11 in the binder.
- Location Manager to take a moment to read through the examples.
- See next page for sample.

ALDERWOODS GROUP

100

## COMMUNITY LEADERSHIP - INFLUENCERS

# Step 5:

### *Evaluate and Follow Up*

When you get back, take a few minutes to evaluate the meeting and the Influencer using the Leadership Network Contact Sheet. Using this tool you should be able to determine whether this Influencer will be able to work with your Alderwoods Group location in the future to help the Community.

If the contact is a valuable Influencer then add them to your Leadership Network and begin your follow up. A good follow-up should involve at least one of these next steps:

• A phone call to the Influencer to thank them for their time and consideration
• Send them any additional information that they may have requested during the meeting
• A short thank-you note



Dear (Influencer)
I would just like to thank you for taking time out of your day to meet with me. Based on our discussion, I foresee us being able to offer our Community some great services and hope that
you will consider being involved in some of our upcoming Community programs.

I look forward to speaking with you soon. If you have any questions regarding the Alderwoods Group or would like to see any additional literature on our services, please don't hesitate to call.

Sincerely,
(Your name, position and location)



If you have determined that the Influencer is not likely to become a valuable member of your Leadership Network then further contact with them should not take up too many of your resources. Send them a quick thank-you note for their time, but move on and concentrate on those Influencers who have shown greater interest in working with you and your location.

Dear (Influencer)
I would just like to thank you for taking time out of your day to meet with me. I learned a
great deal about the services that you provide and I hope that I've given you a glimpse into
how we're trying to better the Community.
If you have any questions at all, please don't hesitate to call.

Sincerely,
{Your name, position and location)

Make sure to fill in your Leadership Network Contact Sheets, found at the end of this section, and keep them in a secure place for review at a later date. This will make monitoring the success of your network easy and keep your most important details in one place. Should you require additional copies of the Leadership Network Contact Sheets, they can be found on Disk 1.

SECTION 1 | STEP 1 | STEP 2 | STEP 3 | STEP 4 | STEP 5 | STEP 6



101

ALD008871

## COMMUNITY LEADERSHIP - INFLUENCERS



### After Meeting the Influencer Exercise

### Purpose of this exercise:

- To complete the <u>Leadership Network Contact Sheet</u>, and write a Thank you note to the Influencer.

### Instructions



Do:
- Select an existing Influencer from the <u>Leadership Network Information Sheet</u> that the Manager brought with him/her to training.
- Complete a <u>Leadership Network Contact Sheet</u> for the selected Influencer.
- Complete as much information as the Manager has.
- Manager is to decide based on the last meeting if they will be working with selected Influencer.
- Using the script in the Community Relations binder as a reference, the Manager should write a Thank You note to the selected Influencer based on your decision.

### Debrief Questions



Ask:

- When will you use the <u>Leadership Network Contact Sheet</u>?



Look for:
- After meeting with an Influencer
- After a referral is received from the Influencer.

ALDERWOODS
GROUP

102

ALD008872

## COMMUNITY LEADERSHIP - INFLUENCERS



Ask:

- How did this exercise assist you in using the Leadership Network Contact Sheet?



Look for:

- Know how to complete the form.
- It is fairly quick and simple to complete.
- Know it will not be time consuming.



Ask:

- How will you use the Thank You note samples in the Community Leadership binder?



Look for:

- Template for thanking Influencers.
- Guideline to use when deciding not to work with an Influencer immediately.

ALDERWOODS GROUP

# COMMUNITY LEADERSHIP - INFLUENCERS



## Conclusions

Say:

- Following up with and evaluating Influencers can assist you in determining:
- Where to spend your time to best grow your calls.
- Which Influencers are exposed to a large circle of contacts and should be contacted.
- The "movers and shakers" in the Community.
- Areas in the community those are weak.
- The <u>Leadership Network Contact Sheet</u> is a simple and easy to complete form, which is used to get detailed notes of meetings and referrals from each Influencer.
- Thanking the Influencer after each meeting shows that you follow courteous business practices and that you are a professional establishment.

ALDERWOODS
GROUP

ALD008874

# COMMUNITY LEADERSHIP - INFLUENCERS

## Reporting to your MGM

Learners will be able to:

- Use the <u>Leadership Network Information Sheet</u> to report progress to the Market Growth Manager.
- Know when to complete the sheet.
- Submit results to MGM.



Say:

- Reporting your progress to MGM (me) will benefit your Funeral Home or Cemetery because this allows MGM (me) to evaluate the information to better coach and assist Location Manager (you) with the Relationships being developed.

- It will also give MGM (me) an opportunity to identify when I can shadow as a guest or representative to give feedback and training when needed.

- As long as you are keeping on top of the Community Leadership Contact sheets reporting to your MGM (me) should not be very time consuming

- The reporting is to be done on the <u>Leadership Network Information Sheet.</u>

- You must complete the remaining columns 7 and 8 based on the information on the <u>Leadership Network Contact Sheets</u>.

- Column 7 is actually completed at the end of the period and each quarter.

- Column 8 is completed at the end of the fiscal year.

- Complete this step for both new and existing Influencers.



ALD008875

## COMMUNITY LEADERSHIP - INFLUENCERS



Do:
- Refer to the <u>Leadership Network Information Sheet</u>.
- Describe and identify column 7 that needs information reported.
- Using the Mrs. Smith example provided, explain the first section of Column 7. Ranking 1-5.
- To complete this section enter the Influencers rank at the beginning of the year.



Ask:
- Where can you get this information?



Look for:
- From the Influencers <u>Leadership Network Contact Sheet</u>.



Say:
- All of the information you need is on the <u>Leadership Network Contact Sheet.</u>



Do:
- Describe and identify the remaining sections of column 7 and column 8.
- Using the Mrs. Smith example provided, explain the first section of Column 7. Period 1.



Say:
- Complete on the last day of the Period 1
- Under contact enter a "Y" if you have made contact or an "N" if you have not made contact with the Influencer during period 1.
- Using the <u>Leadership Network Contact Sheet</u> cross-reference the example of Mrs. Smith used in training to indicate a "Y" or an "N".

ALD008876

## COMMUNITY LEADERSHIP - INFLUENCERS

- The next section under period 1 asks for "Number of Calls". To complete this section refer to the back of the <u>Leadership Network Contact Sheet</u> to the "Call Tracking" area.
- Refer to the Calendar for Period 1 and add up the number of calls referred by this Influencer during the period.
- Use the example provided for Mrs. Smith to calculate number of calls.
- Enter that total in the "Number of Calls" section under period 1.
- Continue to Use Mrs. Smith example for periods 2 and 3.

- The same steps are completed for Period 2 and 3.
- Once you reach the end of the quarter, notice there is another column ranking 1-5. Again using the <u>Leadership Network Contact Sheet</u>, enter the rank that you have reassessed the Influencer to be at the end of Quarter 1.



Do:
- Demonstrate completing using the Mrs. Smith example.
- Complete the same steps for each quarter.



Say:
- Column 8. For each Influencer total the number of calls from each period together to get a grand total for the year.
- Add all of the period "Number of Calls" columns together for Mrs. Smith example and write total in Column 8.
- At the end of each period, quarter and year either fax or e-mail MGM (me) Leadership <u>Network Information Sheet</u> with the corresponding fields completed.

ALDERWOODS GROUP

107

ALD008877

## COMMUNITY LEADERSHIP - INFLUENCERS

### Maintaining Relationship with Valued Influencers

Learners will be able to:

- Identify ways the Funeral Home or Cemetery will maintain the relationship with the Influencer.
- Identify opportunities to get employees involved in the Community.
- Determine if the Influencer can be delegated to another team member.
- Monitor for follow-up with Influencers.



Say:

- Maintaining the relationship is important.
- The relationship can quickly diminish due to a lack of contact or involvement.
- The Funeral Home or Cemetery will be in your Community for a long time, and so may the Influencer.
- It is important to maintain these relationships because they will grow your business, expand your Influencer skills, and help you and your team members to do things you may not have done before.
- The more relationships you build; the more to be maintained and you may not have the time to stay on top of all of them personally.
- That being said, you also do not want to jeopardize the work you have done so far.

ALDERWOODS GROUP

ALD008878

## COMMUNITY LEADERSHIP - INFLUENCERS



Say:
- After you start to develop a relationship with an Influencer, determine if this Influencer can work with another team member.
- Ask yourself:
  - What is the Influencer's sphere of Influence?
  - Is there anyone on the team that is involved in the same organizations as the Influencer?
  - Is the Influencer's profession tied into Pre-need sales?

- If the Influencer has a large sphere of Influence you may want to maintain the relationship yourself or get additional team members to work with him/her.
- If the Influencer has a mid-small size sphere of Influence you may feel comfortable having him/her work with another team-member.
- When team members are involved in the same organization or Community the relationship may be a natural progression.

ALD008879

## COMMUNITY LEADERSHIP - INFLUENCERS

- If the Influencer's profession falls under Family Estate Planning or Healthcare it may be more beneficial to delegate these Influencers to a Family Sales Professional as they have a greater experience in running Community Seminars, which may lead to Pre-need Sales Seminars
- Whatever the case may be it is important that every time you see the Influencer you make sure you stop and connect personally by saying hello. Taking the time to talk one on one will show the Influencer that the relationship is still valued by you.
- You want to get the rest of the staff involved in the Community and the Community Leadership Program.



Ask:
- Why should you get all of the team members involved in the Community Leadership Program?



Look for:
- Nobody feels left out.
- Everyone is working together for a good cause.
- Builds the team morale.
- Exposes all team members to new opportunities and new things.
- Shows the Community that there is a strong commitment by everyone on the team.



Say:
- Some suggestions for getting team members involved with the Community Leadership Program are:
- Helping to organize Events.



110

## COMMUNITY LEADERSHIP - INFLUENCERS



Do:
- Administer Knowledge test.
- See next page for handout.

ALD008881

# COMMUNITY LEADERSHIP - INFLUENCERS

## Community Leadership Test

| Manager's Name: | Name: |
| --- | --- |
| Location Name: | Date: |
| Location Number: | |

Multiple Choice. Read each question carefully, and then print the letter of the correct answer on the line next to the question.

1. _____ Identifying Influencers in the Community is important to the Location because:
   a. It will increase the role the location plays in the Community
   b. It will help grow the business of the Location
   c. It will increase the Location Manager's knowledge of the Community
   d. All of the above

2. _____ An Influencer is defined as:
   a. Member of the Community who knows a great deal of people
   b. Member of the Community who is turned to for advice and guidance
   c. Member of the Community who has conducted business with your location in the past
   d. All of the above

3. _____ An Example of a Family Estate Planning Influencer is:
   a. Veteran
   b. Retirement Home Personnel
   c. Insurance Agent

4. _____ The first step in developing your Leadership Network is to record all of the Influencers:
   a. Important Information
   b. Likes and Dislikes
   c. Spheres of Influence

5. _____ The Leadership Network Information Sheet is used to:
   a. Rate the Influencer on their potential value
   b. Categorize your Influencer
   c. Keep track of your network activity
   d. All of the above
   e. None of the above



ALD008882

6. _____ When setting up a meeting with a new Influencer you should:
    a. Make notes prior to the call to work from
    b. If an assistant answers the call, respond by saying "I'll call back"
    c. Leave the conversation open ended

7. _____ Getting yourself ready with a plan prior to meeting with an Influencer is important because:
    a. The Influencer is there to hear what the Location Manager has to say
    b. Location Manager initiated the meeting
    c. The conversation must be relevant to the Influencer
    d. Both A and B
    e. All of the above

8. _____ When holding the meeting with the Influencer you should:
    a. Make sure it is at a location that is convenient for you
    b. Order coffee ahead of time
    c. Leave your business card with the Influencer

9. _____ The form used to evaluate the meeting and the Influencer is the:
    a. Leadership Network Information Sheet
    b. Leadership Network Contact Sheet
    c. Leadership Network Evaluation Sheet

10. _____ Reporting progress on your Leadership Network to your MGM should be done at the:
    a. End of each week
    b. Beginning of each quarter
    c. End of each period

ALDERWOODS GROUP

ALD008883

Short Answer.  Read the question carefully and then write 2 examples for each of the 4 Influencer Categories.

11.    In Section One of the program, there were 4 Influencer Categories presented.  Please provide 2 examples for each of the Categories.

Example:  Category: Religious – Example Clergy and Rabbi

b.

c.

d.

e.

ALDERWOODS
GROUP

114

ALD008884

# COMMUNITY LEADERSHIP - INFLUENCERS

## Community Leadership Answer Key

| Manager's Name: | Name: |
|---|---|
| Location Name: | Date: |
| Location Number: | |

Multiple Choice. Read each question carefully, and then print the letter of the correct answer on the line next to the question.

12. _____ Identifying Influencers in the Community is important to the Location because:
    e. It will increase the role the location plays in the Community
    f. It will increase help grow the business of the Location
    g. It will increase the Location Managers knowledge of the Community
    h. All of the above

13. _____ An Influencer is defined as:
    a Members of the Community who know a great deal of people
    e. Members of the Community that are tuned to for advice and guidance
    b. Members of the Community who have conducted business with your location in the past
    c. All of the above

14. _____ An Example of a Family Estate Planning Influencer is:
    a Veteran
    b. Retirement Home Personnel
    c. Insurance Agent

15. _____ The first step in developing your Leadership Network is to record all of the Influencers:
    a. Important Information
    b. Likes and Dislikes
    c. Spheres of Influence

16. _____ The Leadership Network Information Sheet is used to:
    a. Rate the Influencer on their potential value
    b. Categorize your Influencer
    c. Keep track of your network activity
    d. All of the above
    e. None of the above

ALDERWOODS GROUP

ALD008885

17. _____ When setting up a meeting with a new Influencer you should:
   a. Make notes prior to the call to work from
   b. If an assistant answers the call, respond by saying "I'll call back"
   c. Leave the conversation open ended


18. _____ Getting yourself ready with a plan prior to meeting with an Influencer is important because:
   a. The Influencer is there is hear what the Location has to say
   b. Location initiated the meeting
   c. Conversation must be relevant to the Influencer
   d. Both A and B
   e. All of the above

19. _____ When holding the meeting with the Influencer you should:
   a. Make sure it is at a location that is convenient for you
   b. Order coffee ahead of time
   c. Leave your business card with the Influencer

20. _____ The form used to evaluate the meeting and the Influencer is the
   a. Leadership Network Information Sheet
   b. Leadership Network Contact Sheet
   c. Leadership Network Evaluation Sheet

21. _____ Reporting progress on your Leadership Network to your MGM should be done at the:
   a. End of each week
   b. Beginning of each quarter
   c. End of each period

ALDERWOODS GROUP

116

ALD008886

Short Answer. Read the question carefully and then write 2 examples for each of the 4 Influencer Categories.

22.   In Section one of the program, there were 4 Influencer Categories presented.  Please provide 2 examples for each of the remaining Categories

a.   Example:  Category: Religious – Example Clergy and Rabbi

b.   Healthcare:  Can provide any of the following as examples:
- Doctors
- Medical Examiners
- Coroners
- Nurses
- Hospice Personnel
- Retirement Home Personnel

c.   Family Estate Planning:  Can provide any of the following as examples:
- Lawyers
- Accountants
- Bankers
- Insurance Agents

d.   Service Clubs:  Can provide any of the following as examples:
- Rotary
- Kiwanis
- Fraternal Clubs
- Veterans



117

ALD008887

## COMMUNITY LEADERSHIP - INFLUENCERS



### Summary

Say:

- You now have the skills, information and tools to use the Community Leadership Program to build relationships with Influencers and increase the role and visibility your Funeral Home or Cemetery plays in the Community
- You are leaving today with the ability to:
- Identify Influencers.
- Identify and connect with Niche Markets.
- Use the <u>Leadership Network Information Sheet.</u>
- Prepare for a discussion with an Influencer to set up initial meetings.
- Document common goals.
- Identify and acquire supplies /tools needed for a meeting with an Influencer.
- Prepare for meetings with a new and established Influencer.
- List activities to use, to maintain the relationship with the Influencer.
- Use the <u>Leadership Network Contact Sheet.</u>
- Track referrals and report progress.
- Delegate the Influencer to other team members.
- Maintain the relationships build with Influencers.
- You have preparations made and have contacted an Influencer to begin establishing relationships.
- The initial work has been done on remaining Identified Influencers to begin making contact.
- Identified ways to get all of the Funeral Homes or Cemeteries team members involved in the Community, and developed an action plan for communication.

ALDERWOODS
GROUP

118

ALD008888

## COMMUNITY LEADERSHIP - INFLUENCERS





For building and growing your Funeral Home, Cemetery program keep in mind our community influencers.

Say:
- Each Location Manager has a BPO to increase calls through Community Leadership or to grow calls at their Funeral Home or Cemetery.
- It is also a specific responsibility of the Location Manager. Part of the Location Manager's responsibilities are to:
- Retain heritage and grow market share through active involvement with Community, religious and other organizations, leading to development of "meaningful" relationships. Utilize the Community Leadership Binder.
- Develop niche markets and be willing to try new things to develop market share.

ALDERWOODS GROUP

ALD008889

## COMMUNITY LEADERSHIP - INFLUENCERS

### Community Leadership BPO Action Plan Exercise

### Purpose of this exercise:



- To revise/add an action step to the Community Leadership BPO or Grow Calls BPO.

### Instructions



Do:
- From pre-work, Manager was to bring their BPO for the current year with them to training.
- Manager to write an action plan of the steps they will take to work with each Influencer they identified in training.
- Action plan should include specific steps and dates to be accomplished by.

Say:
- You have solid measurable plans in place to ensure that your Location or Cemetery builds strong Community Relations.

ALDERWOODS GROUP

ALD008890

# PARTICIPANT
# MATERIALS

ALD008891

# FORMS

ALD008892

LEADERSHIP NETWORK INFORMATION SHEET - EXISTING INFLUENCERS

Location Details

Location Number: _____

Location Name: _____

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | Contact Goal Per Year | $ Per Contact | Total Budget | Ranking 1 to 5 | Period 1 Contact (Yes/No) | Number of Calls | Period 2 Contact (Yes/No) | Number of Calls | Period 3 Contact (Yes/No) | Number of Calls | Ranking 1 to 5 | Period 4 Contact (Yes/No) | Number of Calls | Period 5 Contact (Yes/No) | Number of Calls | Per Contact (Yes/No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Example: Family Estate Planning | John Boston | Boston, Craft and Peters Attorneys at Law | Lawyer/Partner | (555)555-5555 | 13 | 6 | $10 | $60 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |

ALD0008893