ALD008894

ALD008895

# LEADERSHIP NETWORK INFORMATION SHEET- EXISTING INFLUENCERS

**Location Details**

Location Number: _____

Location Name: _____

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | Number of Calls | Ranking 1 to 5 |
|---|---|---|---|---|---|---|---|
| Example: Family Eagle Planting | John Boston | Breden, Smith and Waters Attorneys at Law | Lawyer/Partner | (666) 666-6666 | 15 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ALD008896

LEADERSHIP NETWORK INFORMATION SHEET- EXISTING INFLUENCERS

**Location Details**

Location Number:

Location Name:

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (6) Tel # | (8) Yrs in Org | (9) Total calls attributed |
|---|---|---|---|---|---|---|
| Fill in the Category from the Broader list the influencer belongs to | Fill the Influencer's Full Name | Fill in the Organization that the influencer is responsible or employed by | Fill in the precise position that the influencer plays in the organization | Fill in the influencer's primary contact number | Fill in the number of years the influencer has been associated with that particular organization | 0 |
| Example: Family Estate Planning | John Beston | Boston, Smith and Waters Attorneys at Law | Lawyer/Partner | (555)555-5555 | 13 | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

(7) Contact Record — Period 7, Period 8, Period 9, Period 10, Period 11, Period 12, Period 13 (each with Contact (Yes/No), Number of Calls, and Ranking 1 to 5)

ALD008897

ALD008898

LEADERSHIP NETWORK INFORMATION SHEET - NEW INFLUENCERS

**Location Details**

Location Number: 7977

Location Name: Imperial Funeral Home

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | Contact Goal Per Year | $ Per Contact | Total Budget | Ranking 1 to 6 |
|---|---|---|---|---|---|---|---|---|---|
| Example: Healthcare | Jody Jeffery | Memorial Hospital | Registered Nurse I.C.U | (403)123-4567 | 27 | 10 | $5 | $50 | |

ALD008899

ALD008900

ALD008901

# LEADERSHIP NETWORK INFORMATION SHEET - NEW INFLUENCERS

**Location Details**

Location Number: 2927

Location Name: Imperial Funeral Home

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs In Org | Period 7 Contact (Yes/No) | Period 7 Number of Calls | Period 8 Contact (Yes/No) | Period 8 Number of Calls | Period 9 Contact (Yes/No) | Period 9 Number of Calls | Period 10 Contact (Yes/No) | Period 10 Number of Calls | Ranking 1 to 5 | Period 11 Contact (Yes/No) | Period 11 Number of Calls | Period 12 Contact (Yes/No) | Period 12 Number of Calls | Period 13 Contact (Yes/No) | Period 13 Number of Calls | Ranking 1 to 5 | (8) Total cells attributed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Example: Healthcare | Jody Jollery | Advanced Hospital | Registered Nurse I.C.U | (403)123-4567 | 27 | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |

ALD008902

# LEADERSHIP NETWORK INFORMATION SHEET- EXISTING INFLUENCERS

**Location Details**

Location Number: _____

Location Name: _____

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs In Org | Contact Goal Per Year | $ Per Contact | Total Budget | Ranking 1 to 5 | Period 1 | | Period 2 | | Period 3 | | (7) Contact Record Ranking 1 to 5 | Period 4 | | Period 5 | | Period 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls |
| | | | | | | | | | | | | | | | | | | | | | | |

Totals

ALD0008903

ALD008904

ALD008905

# LEADERSHIP NETWORK INFORMATION SHEET - EXISTING INFLUENCERS

**Location Details**

Location Number:

Location Name:

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (6) Tel # | (6) Yrs In Org | Number of Calls | Ranking 1 to 5 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ALD008906



LEADERSHIP NETWORK INFORMATION SHEET- EXISTING INFLUENCERS

**Location Details**

Location Number: 
Location Name: 

| (1) Influence Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | (7) Contact Record | | | | | | | | | | | | | | | (8) Total calls estimated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Period 7 | | Period 8 | | Period 9 | | Period 10 | | | Period 11 | | Period 12 | | Period 13 | | |
| | | | | | | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | Ranking 1 to 5 | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | Ranking 1 to 5 | |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | 0 |
| Totals: | | | | | | | | | | | | | | | | | | | | | | 0 |

ALD008907

ALD0008908

# LEADERSHIP NETWORK INFORMATION SHEET - NEW INFLUENCERS

**Location Details**

Location Number: _____

Location Name: _____

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | Contact Goal Per Year | $ Per Contact | Total Budget | Ranking 1 to 5 | Period 1 | | Period 2 | | Period 3 | | Rehability 1 to 5 | Period 4 | | Period 5 | | Period 6 | | Ranking 1 to 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | |
| | | | | | | | | | | | | | | | | | | | | | | | |

(7) Contact Record

Totals

ALD008909

**LEADERSHIP NETWORK INFORMATION SHEET: NEW INFLUENCERS**

**Location Details**

Location Number:

Location Name:

| (1) Influencer Category | (2) Influencer Name | (3) Organization | (4) Position | (5) Tel # | (6) Yrs in Org | (7) Contact Record | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | (8) Total calls attributed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Period 7 | | Period 8 | | Period 9 | | Period 10 | | | Period 11 | | | Period 12 | | | Period 13 | | | |
| | | | | | | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | Contact (Yes/No) | Number of Calls | Ranking 1 to 6 | Contact (Yes/No) | Number of Calls | Ranking 1 to 6 | Contact (Yes/No) | Number of Calls | Ranking 1 to 6 | Contact (Yes/No) | Number of Calls | Ranking 1 to 6 | |
| | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Totals | | | | | | | | | | | | | | | | | | | | | | | | 0 |

ALD008910

# Community Leadership Action Plans

| Setting up Meetings with the Influencer | |
|---|---|
| Influencer Name: | |
| Common Goals that the Influencer and Location have in common | • <br> • <br> • <br> • |
| Notes to Discuss with Influencer | • <br> • <br> • <br> • |
| Best Suited dates and times to meet with the Influencer | • <br> • <br> • |
| Message for Assistant or Voicemail | • <br> • |
| Date, Time and Location To Meet | • <br> • <br> • |

ALDERWOODS
GROUP

# Community Leadership Action Plans

| Getting Ready for the Meeting with the Influencer | | | | |
|---|---|---|---|---|
| Influencer Name:<br>Date of Meeting:<br>Time of Meeting:<br>Location of Meeting: | | | | |
| List of Tools that would be relevant to meeting with Influencer | TOOL NAME<br><br>• Letterheads<br><br>• Business Cards<br><br>•<br><br>•<br><br>•<br><br>•<br><br>•<br><br>•<br><br>•<br><br>•<br><br>• | Gathered<br>YES | Gathered<br>NO | How to<br>Order |
| Notes to Discuss tools with Influencer | •<br><br>•<br><br>• | | | |
| Notes on how to respond to questions surrounding death and grief | •<br><br>•<br><br>• | | | |
| Upcoming Events or Seminars | •<br><br>• | | | |

ALDERWOODS GROUP

ALD008912

## LEADERSHIP NETWORK CONTACT SHEET - INFLUENCER NOTES

**Location Number:** _____

**Location Name:** _____

**Influencer Name:** _____

### Influencer Rank

| Start | | After Q1 | | After Q2 | | After Q3 | | After Q4 | |
|---|---|---|---|---|---|---|---|---|---|

| Date of meeting | Notes from meeting | Next Meeting Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| List of Involvements and General Notes (for example: associations. birthday, wife's name, anniversary etc) |
|---|
| |
| |
| |
| |
| |
| |
| |

ALD008913

**LEADERSHIP NETWORK CONTACT SHEET - CALL TRACKING**

Location Number: _____

Location Name: _____

Influencer Name: _____

| Period 1 | | | | | Period 2 | | | | | Period 3 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 |

| Period 4 | | | | | Period 5 | | | | | Period 6 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 |

| Period 7 | | | | | Period 8 | | | | | Period 9 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 | 26 | 27 | 28 | 29 | 30 |

| Period 10 | | | | | Period 11 | | | | | Period 12 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 |
| 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

| Period 13 | | | | |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |

**Give reasons for the ranking you have given this influencer at the start of the year**

_____
_____
_____
_____

**Action plan for developing/maintaining your relationship with this influencer**

_____
_____
_____
_____
_____
_____
_____

ALD008914



# <u>HANDOUTS</u>

ALD008915

ALD008916

## Identifying Influencers Step By Step



## Who belongs in the Leadership Network?

Your Leadership Network should be made up of influencers from your community. It is important to note the difference between a TRUE influencer and a PERCEIVED influencer. While they are all valuable to our business it is necessary to understand that they will be targeted by our competitors and you will need to be selective in who you spend your energies on.

Further on in this section you will be provided with the necessary tools to monitor your Leadership Network, but let us first take a look at some examples.

## Who are the influencers?

Here are some examples of influencers that make up all of our communities. These are the leaders in our lives that families seek out for guidance regarding some of life's biggest decisions. This is just a guide, so please take the initiative to add to this list.

| | |
|---|---|
| **Religious** | **Healthcare** |
| • Clergy | • Doctors |
| • Rabbi | • Medical Examiners |
| | • Nurses |
| | • Hospice Personnel |
| | • Retirement Home Personnel |
| **Family Estate Planning** | **Service Clubs** |
| • Lawyers | • Rotary |
| • Accountants | • Kiwanis |
| • Bankers | • Fraternal Clubs |
| • Insurance Agents | • Veterans |

Section 1

Step 1

Step 2

Step 3

Step 4

Step 5

Step 6

ALD008917

# Side 1 – Possibilities of Niche Markets Exercise

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

Equals = TOTAL
POTENTIAL
SPHERE OF INFLUENCE

ALD008918

## Networking Tips

1. Have the right attitude – Be focused on others
   - Takes the focus off you trying to impress others into you gathering information from people you met.

2. Set your Goals
   - Set goals to seek out and meet specific people that you know are attending and that you believe may be an Influencer.

3. Bring Business Cards
   - Plenty of them, hand them out

4. Arrive Early/Stay Late
   - Allows you to meet and help out the organizers.
   - They brought all of these people together, they should have a fairly large network that would be to your advantage to tap into.

5. Play the Host
   - Introduce others that you know or just met and they will appreciate it.
   - Sit at a table where you don't know anyone and then play host by discovering who everyone is and introducing them to everyone else at the table.

6. Carry a Funeral Home/Cemetery Pen
   - So you can make brief notes on the back of business cards of things you promised to do and of things you talked about.

7. Look people in the eye
   - The eyes are the window to the soul.

8. Learn how to engage and breakaway from conversations
   - Start a Conversation
     o Find common ground
     o Get the other person to talk about why they attended this event?
     o Ask questions such as…
     o How do you know the host?
     o Is this your first time at one of these events?
     o Are you a member of this organization/group?

   - Leave a Conversation
     o "It was nice talking with you and I would like to continue this conversation later… (then set up a meeting/lunch/breakfast/coffee)"
     o "Do you know…" Then make the introduction and slip away as they begin to talk.
     o "It was nice meeting you. I see someone I'd like to see hello to. Will you excuse me?"

9. Go for quality not quantity
   - Starting a couple of key relationships is better than gathering a large number of business cards.

1

ALD008919

## Networking Tips

10. Put your new contacts and new information in your <u>Location Network Information Sheet</u> or database.

11. Follow-up
   - Don't promise to do something if you don't intend or can't do it.
   - The purpose of Networking is to meet people and determine if there is a need to have a further conversation. A follow-up conversation is where you can explore whether you can work together.
   - Ask whether a Call or E-mail would be preferred.
   - Use the preferred follow-up method that they have stated.

2

ALD008920

# Community Leadership Action Plans

| Setting up Meetings with a New Influencer | |
|---|---|
| Influencer Name: | |
| Common Goals that the Influencer and Location have in common | • <br> • <br> • <br> • <br> • <br> • |
| Notes to Discuss with Influencer | • <br> • <br> • <br> • <br> • |
| Best Suited dates and times and Locations to meet with the Influencer | • <br> • <br> • |
| Message for Assistant or Voicemail | • <br> • <br> • |
| Date, Time and Location To Meet | • <br> • <br> • |

ALDERWOODS
GROUP

ALD008921

# Step 2:

## Set up those Meetings

This is your first opportunity to reach out and begin establishing relationships with your community's influencers. Wherever possible you should be using your voice to set up these meetings, either by phone or in person. Your goal is to make the influencer understand that you are both interested in the same thing; a stronger and close community, and that you are both in a position to help each other provide better services.

With pen and paper handy and with your schedule open you are ready to begin phoning the prospective members of your Leadership Network. If this is the first time you will be speaking to this influencer or are a little uncomfortable it might be a good idea to write yourself some notes to work from or even a simple script to help you get started. You don't want to remember what you wanted to say after you hang up.

A script like the one below will go a long way to make you more comfortable on the phone. You can work from it or create your own.

> Be prepared to leave a short coherent message in case you encounter your influencer's voice mail or assistant.



> "Hello (influencer), my name is (your name, your position) from the (Alderwoods Group location). I'm calling today because I would like to meet with you sometime to discuss ways in which we can help (community) by working together. "
>
> Consider who you are speaking to. Make a list of topics to cover in your phone conversation that are of interest to them or their business. Topics such as:
>
> • The Community Seminars Program    • Helping the Community
> • Understanding life insurance      • Family Estate Planning
> • Health matters                    • Etc.



> Don't leave your conversations open-ended. By the end, both parties should know when your next contact will be.



ALD008922

## Questions for Influencer

| Question 1 Organizations/ Clubs Associated With | |
|---|---|
| Question 2 Interests in the Community | |
| Question 3 What the Influencer would like to see develop for the Community | |
| Question 4 Other Topics for discussion | |

ALD008923

## Meeting An Influencer For A First Time Script

- LM – Shake hands with Influencer, Let Influencer sit down, and then be seated yourself.
- LM – "Hi, you must be Mr. Smith, I am Greg thank you for meeting me here today".
- Influencer - "It is nice to meet you".
- LM – "Mr. Smith, have you been with ABC drugstore for a while?"
- Influencer - "About two years".
- LM – "Did you move into the community?"
- Influencer - "I was commuting for a while, but my wife and I just bought a home in the neighborhood about six months ago".
- LM – "How do you and your wife like the area?"
- Influencer - "We are very happy, our children really enjoy the schools as well".
- LM – "My family has been living here for the past 10 years. We really like it as well. I noticed in the local paper, your pharmacy sponsors the local boy's baseball team. How are you involved in that?"
- Influencer - "Well my son's schoolmates team did not have the funds to pay for uniforms. It was going to cost the parents an extra $100.00 a year. Which a number of them could not afford. So I approached the organizers and offered to pay for 75% of the uniforms if my Drugstore name could be printed on them. It helped the kids, parents and my drugstore."
- LM – "That sounds great. That is exactly why I wanted to meet with you today. Just as you want to help others in the community ABC Funeral Home is also interested in the well being of the Community. We would like to help the Drugstore's customers any way we can. You mentioned on the phone that a number of your seniors are seeking information on Health and Wellness."
- Influencer - "Yes, it seems to be a topic that is top of mind for them. Especially those that are young enough to be on their own, but old enough to be retired. They are finding they are getting a number of mixed messages from articles they read and publications."
- LM – "Well, my neighbor is a Registered Dietitian who specializes in helping those that are living with long-term illnesses. Perhaps I

1

ALD008924

could contact her, to see if she could assist us in preparing a Health and Wellness Seminar"?

- Influencer - "I think my customer's would be definitely interested in attending that Seminar"
- LM -"I will contact Kathy today, and get back to you on some of the details by the end of the week. You had also mentioned on the phone, that a number of your customers have lost a spouse. On Wednesday evenings in the Funeral Home's Community room we hold a Widow
- Support group. Some other things that our Funeral Home has that may be of interest to your customers are:"
- Go through the 12 Insights into grieving after the death of your loved one brochure.
- Influencer - "That is a good brochure. Can I get some copies of that?"
- LM -"I can drop some off on Friday for you. It will take me a couple of days to order them. When I drop them off, would you like to further discuss, the seminar and the details have Kathy has provided me?"
- Influencer - "Yes, could you stop by after 6pm? That is when I close the store."
- LM – "Sure, as I will confirm on Thursday as a service may be taking place."
- Influencer - "Do you have any information on the Widow Support group you had mentioned?"
- LM -"Yes, I will also bring that along. I can bring a poster as well."
- Influencer - "Okay, thank you. I am glad we met today, it looks like you have a lot of information that can assist my customers."
- LM -"It was my pleasure; let me give you my business card. Please contact me with anything else you think of that we may be able to assist you with." Hand Influencer your business card.
- Influencer - Hand LM your business card. "Here is my card."
- LM -"I'll see you on Friday at 6:00pm at your store; I will be in touch on Thursday to confirm. Thank you again for taking the time to meet with me today."
- Influencer – "Thank you for lunch, I'm looking forward to Friday."
- Shake each other's hand.

2

ALD008925

# Community Leadership Action Plans

| Meeting with an Existing Influencer | |
|---|---|
| Influencer Name: | |
| Common Goals that the Influencer and Location have in common | • <br> • <br> • |
| Notes to Discuss with Influencer | • <br> • <br> • <br> • <br> • |
| Best Suited dates and times to meet with the Influencer | • <br> • <br> • |
| Message for Assistant or Voicemail | • <br> • <br> • |
| Date, Time and Location To Meet | • <br> • <br> • |

ALDERWOODS
GROUP

ALD008926

# Preparing For A Meeting

Brochures and
Tools

Where to Get
The Brochures
and Tools

Order to Go
Through
Identified
Brochures and
Tools

Upcoming
Events or
Seminars

ALD008927

# Goals When Meeting With An Influencer

When meeting with your Influencer it is important to:

- Thank the Influencer for his/her time.
- Make sure your Influencer has your business card.
- Communicate clearly how you can work together.
- Inform the Influencer of other upcoming Seminars, Events and activities.
- Leave the meeting with a plan of how you can help each other, what you are committed to and when the commitments will happen.
- Once you have had the meeting with the Influencer, evaluate and follow up with the Influencer to maintain the relationship you have started.

ALD008928



# Myself As An Influencer

## Your Information

Your Name:

Date:

Influencer Met with:

## Guidelines

Complete this Self-Evaluation, using the following scale:

NA = Not Applicable
1 = Needs Work
2 = Gets by
3 = Meets Requirements
4 = Exceeds Requirements

## Communication

| | (4) = Exceeds Requirements | (3) = Meets Requirements | (2) = Gets By | (1) = Needs Work |
|---|---|---|---|---|
| Prepared Notes for meeting with Influencer | ☐ | ☐ | ☐ | ☐ |
| Prepared Tools and Brochures for meeting | ☐ | ☐ | ☐ | ☐ |
| Telephone etiquette | ☐ | ☐ | ☐ | ☐ |
| During Meeting had the Influencer involved with Conversation | ☐ | ☐ | ☐ | ☐ |
| Left meeting with a plan to meet or contact one another | ☐ | ☐ | ☐ | ☐ |
| Listened to needs of Influencer | ☐ | ☐ | ☐ | ☐ |
| Gained an understanding of the Organizations that Influencer is involved in | ☐ | ☐ | ☐ | ☐ |

## Leadership

| | (4) = Exceeds Requirements | (3) = Meets Requirements | (2) = Gets By | (1) = Needs Work |
|---|---|---|---|---|
| Leads by example (DO what you say you are going to do for the Influencer) | ☐ | ☐ | ☐ | ☐ |
| Finds realistic solutions to Community needs | ☐ | ☐ | ☐ | ☐ |
| Provides necessary resources | ☐ | ☐ | ☐ | ☐ |
| Delegates clearly to Other team members the needs of the Influencer | ☐ | ☐ | ☐ | ☐ |

## Relationships

| | (4) = Exceeds Requirements | (3) = Meets Requirements | (2) = Gets By | (1) = Needs Work |
|---|---|---|---|---|
| Strong Community advocate | ☐ | ☐ | ☐ | ☐ |
| Sets aside personal biases and wants | ☐ | ☐ | ☐ | ☐ |
| Gives good, practical advice to Influencer | ☐ | ☐ | ☐ | ☐ |
| Followed up with Influencer on commitments and plans | ☐ | ☐ | ☐ | ☐ |

## Productivity

| | (4) = Exceeds Requirements | (3) = Meets Requirements | (2) = Gets By | (1) = Needs Work |
|---|---|---|---|---|
| Makes realistic goals with Influencer | ☐ | ☐ | ☐ | ☐ |
| Meets deadlines committed to Influencer | ☐ | ☐ | ☐ | ☐ |
| Came in under budget | ☐ | ☐ | ☐ | ☐ |

ALD008929

## Influencer Ranking

| | |
|---|---|
| Rank 1 | There is no relationship, you have identified this person as an Influencer, and however you have not contacted the person |
| Rank 2 | Formal contact only.  Meaning you have identified the Influencer, and made contact by phone but have not had an opportunity to meet face to face. |
| Rank 3 | Getting Acquainted, you have met face to face however are not working together. |
| Rank 4 | Professionally connected.  Members of the same organizations you seek each other out for help. |
| Rank 5 | Socially connected, you have developed a strong relationship (Friendship) with this Influencer; you consistently work together for community events, seminars, and organizations |

ALD008930

# Step 5:

## Evaluate and Follow Up

When you get back, take a few minutes to evaluate the meeting and the influencer using the Leadership Network Contact Sheet. Using this tool you should be able to determine whether this influencer will be able to work with your Alderwoods Group location in the future to help the community.

If the contact is a valuable influencer then add them to your Leadership Network and begin your followup. A good follow-up should involve at least one of these next steps:

• A phone call to the influencer to thank them for their time and consideration
• Send them any additional information that they may have requested during the meeting
• A short thank-you note

> Dear (influencer)
> I would just like to thank you for taking time out of your day to meet with me. Based on our discussion, I foresee us being able to offer our community some great services and hope that
> you will consider being involved in some of our upcoming community programs.
>
> I look forward to speaking with you soon. If you have any questions regarding the Alderwoods Group or would like to see any additional literature on our services, please don't hesitate to call.
>
> Sincerely,
> (Your name, position and location)



If you have determined that the influencer is not likely to become a valuable member of your Leadership Network then further contact with them should not take up too many of your resources.
Send them a quick thank-you note for their time, but move on and concentrate on those influencers
who have shown greater interest in working with you and your location.

> Dear (influencer)
> I would just like to thank you for taking time out of your day to meet with me. I learned a
> great deal about the services that you provide and I hope that I've given you a glimpse into
> how we're trying to better the community.
> If you have any questions at all, please don't hesitate to call.
>
> Sincerely,
> (Your name, position and location)

Make sure to fill in your Leadership Network Contact Sheets, found at the end of this section, and keep them in a secure place for review at a later date. This will make monitoring the success of your network easy and keep your most important details in one place. Should you require additional copies of the Leadership Network Contact Sheets, they can be found on Disk 1.



Section 1 · Step 1 · Step 2 · Step 3 · Step 4 · Step 5 · Step 6

ALD008931

ALDERWOODS
GROUP

# Community Leadership Test

| Manager's Name: | Name: |
|---|---|
| Location Name: | Date: |
| Location Number: | |

Multiple Choice. Read each question carefully, then print the letter of the correct answer on the line next to the question.

1. _____ Identifying Influencers in the Community is important to the Location because:
   a. It will increase the role the location plays in the community
   b. It will help grow the business of the Location
   c. It will increase the Location Manager's knowledge of the community
   d. All of the above

2. _____ An Influencer is defined as:
   a. Member of the community who knows a great deal of people
   b. Member of the community who is turned to for advice and guidance
   c. Member of the community who has conducted business with your location in the past
   d. All of the above

3. _____ An Example of a Family Estate Planning Influencer is:
   a. Veteran
   b. Retirement Home Personnel
   c. Insurance Agent

4. _____ The first step in developing your Leadership Network is to record all of the Influencers:
   a. Important Information
   b. Likes and Dislikes
   c. Spheres of Influence

5. _____ The Leadership Network Information Sheet is used to:
   a. Rate the Influencer on their potential value
   b. Categorize your Influencer
   c. Keep track of your network activity
   d. All of the above
   e. None of the above

ALD008932

ALDERWOODS
GROUP

# Community Leadership Test

6. _____ When setting up a meeting with a new Influencer you should:
   a. Make notes prior to the call to work from
   b. If an assistant answers the call, respond by saying "I'll call back"
   c. Leave the conversation open ended

7. _____ Getting yourself ready with a plan prior to meeting with an Influencer is important because:
   a. The Influencer is there to hear what the Location Manager has to say
   b. Location Manager initiated the meeting
   c. The conversation must be relevant to the Influencer
   d. Both A and B
   e. All of the above

8. _____ When holding the meeting with the Influencer you should:
   a. Make sure it is at a location that is convenient for you
   b. Order coffee ahead of time
   c. Leave your business card with the Influencer

9. _____ The form used to evaluate the meeting and the Influencer is the:
   a. Leadership Network Information Sheet
   b. Leadership Network Contact Sheet
   c. Leadership Network Evaluation Sheet

10. _____ Reporting progress on your Leadership Network to your MGM should be done at the:
   a. End of each week
   b. Beginning of each quarter
   c. End of each period

ALD008933

ALDERWOODS
GROUP

## Community Leadership Test

Page 3 of 3

Short Answer.  Read the question carefully and then write 2 examples for each of the 4 Influencer Categories.

11.  In Section One of the program, there were 4 Influencer Categories presented.  Please provide 2 examples for each of the Categories.

Example:  Category: Religious — Example Clergy and Rabbi

b. _____

c. _____

d. _____

e. _____

ALD008934

ALDERWOODS
GROUP

# Community Leadership Answer Key

Page 1 of 3

| Manager's Name: | Name: |
|---|---|
| Location Name: | Date: |
| Location Number: | |

Multiple Choice. Read each question carefully, then print the letter of the correct answer on the line next to the question.

1. _____ Identifying Influencers in the Community is important to the Location because:
   a. It will increase the role the location plays in the community
   b. It will increase help grow the business of the Location
   c. It will increase the Location Managers knowledge of the community
   d. All of the above

2. _____ An Influencer is defined as:
   a. Members of the community who know a great deal of people
   a. Members of the community that are tuned to for advice and guidance
   b. Members of the community who have conducted business with your location in the past
   c. All of the above

3. _____ An Example of a Family Estate Planning Influencer is:
   a. Veteran
   b. Retirement Home Personnel
   c. Insurance Agent

4. _____ The first step in developing your Leadership Network is to record all of the Influencers:
   a. Important Information
   b. Likes and Dislikes
   c. Spheres of Influence

5. _____ The Leadership Network Information Sheet is used to:
   a. Rate the Influencer on their potential value
   b. Categorize your Influencer
   c. Keep track of your network activity
   d. All of the above
   e. None of the above

ALD008935

ALDERWOODS
GROUP

## Community Leadership Answer Key

Page 2 of 3



6. _____ When setting up a meeting with a new Influencer you should:
   a. Make notes prior to the call to work from
   b. If an assistant answers the call, respond by saying "I'll call back"
   c. Leave the conversation open ended

7. _____ Getting yourself ready with a plan prior to meeting with an Influencer is important because:
   a. The Influencer is there is hear what the Location has to say
   b. Location initiated the meeting
   c. Conversation must be relevant to the Influencer
   d. Both A and B
   e. All of the above

8. _____ When holding the meeting with the Influencer you should:
   a. Make sure it is at a location that is convenient for you
   b. Order coffee ahead of time
   c. Leave your business card with the Influencer

9. _____ The form used to evaluate the meeting and the Influencer is the
   a. Leadership Network Information Sheet
   b. Leadership Network Contact Sheet
   c. Leadership Network Evaluation Sheet

10. _____ Reporting progress on your Leadership Network to your MGM should be done at the:
    a. End of each week
    b. Beginning of each quarter
    c. End of each period

ALD008936

ALDERWOODS
GROUP

## Community Leadership Answer Key

Short Answer. Read the question carefully and then write 2 examples for each of the 4 Influencer Categories.

11.   In Section one of the program, there were 4 Influencer Categories presented.  Please provide 2 examples for each of the remaining Categories

a.  Example:  Category: Religious -- Example Clergy and Rabbi

b.   Healthcare:  Can provide any of the following as examples:
- Doctors
- Medical Examiners
- Coroners
- Nurses
- Hospice Personnel
- Retirement Home Personnel

c.   Family Estate Planning:  Can provide any of the following as examples:
- Lawyers
- Accountants
- Bankers
- Insurance Agents

d.   Service Clubs:  Can provide any of the following as examples:
- Rotary
- Kiwanis
- Fraternal Clubs
- Veterans

ALD008937



# Community Leadership

## Tools For Events

### For:

#### Location Managers/ General Managers

Facilitated by:

Market Growth Managers

ALD008938

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

Handouts
- Determining Which Approach
- Sample of Local Contact Information From Local Paper
- Sample Local Television Station Website
- Blank Media List
- Sample Media List
- Sample Location Fact Sheet
- Timelines For Distributing Media Alerts
- Assembling A Media Kit
- Guidelines For Speaking To The Media

Things you will need
- Access to BrandMuscle
- Media Kit Folder

ALDERWOODS
GROUP

2

ALD008939

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Importance Of Media Relations
Learners will be able to:

- List tools available for Events.
- Identify where to access tools for Events.
- Explain Media Relations.
- List the three steps to conducting Media Relations.

 Say:

- There are a number of tools that can be used to create awareness and attract people to your Event.
  - Flyers
  - Banners
  - Posters
  - Advertising
  - Media Relations
- The BrandMuscle training module has all the information needed to select and order Flyers, Banners, Posters or Advertising to create awareness of an Event.
- Most of the items that can be used to create awareness of an Event can be ordered through BrandMuscle, including the Templates to use in communicating your Event to the Media.
- This portion of the Community Leadership training will focus on using Media Relations to spread the word of your Event.
- The goal of Media Relations techniques is to help your Community relations.
- Media Relations are meant to be a cost-effective way of getting your message to the Community. This is typically less expense than traditional advertising.

ALDERWOODS GROUP

3

ALD008940

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

 Say:

- One of the key benefits of Media Relations communications is that they are often viewed by the Community as a non-biased opinion of an Organization.
- With advertising the perception is often that the Organization is only telling you what you want to hear as a potential consumer.
- There are three basic steps to conducting Media Relations for an Event.
  1. Plan the message.
  2. Execute the message to the media.
  3. Evaluate the impact of your efforts.
- This section will focus on conducting effective Media Relations using these basic steps.

ALDERWOODS GROUP

4

ALD008941

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Planning Pre-Work

Learners will be able to:
- Describe the differences between Public Relations, Media Relations and Advertising.

 One of the key benefits of Media Relations communications is that they are generating free community support for the organization.

 ←Say:

- The first step to effective Media Relations is differentiating it from Public Relations and Advertising.
- The three are very distinct.
- Public Relations are the ability to develop a relationship with the public representing the Funeral Home or Cemetery through accurate, consistent and timely information.
- This information is communicated through the right method, delivered to a specific audience.
- Alderwoods Corporate Communications department manages Public Relations on behalf of the company.
- Alderwoods Corporate Communications issues press releases and posts on the newswire on behalf of the company.
- A newswire is an agency that journalist frequently access to find press releases on corporations or significant Events.
- If more than three locations are working together on an Event, contact Corporate Communications to develop a press release, and have it posted on your city's newswire.
- Alderwoods Corporate Communications also manages any perceived negative stories sought after by the media.
- For example, lawsuits, industry regulations and compliance.

ALDERWOODS GROUP

ALD008942

# COMMUNITY LEADERSHIP — TOOLS FOR EVENTS

 Say:

• If you are approached by the Media regarding company or industry wide issues negative or otherwise, or of a local issue that can be potentially negative, please contact the Manager of Media and Communications in the Corporate Communications Department at 1-800-347-7010.

• This number can be found on your "Alderwoods Yellow Pages" directory.

• Media Relations is the ability to develop a relationship with local Media to publicize an Event through various Media outlets: newspaper, radio, television or internet.

• The main goal of Media Relations is to gain positive local Media coverage through external sources without direct payment.

• External endorsements, such as a testimonial or editorial are often considered more credible than a paid advertisement because they appear to be a more honest opinion from someone uninvolved in the Funeral Home or Cemetery.

• Advertising is the ability to purchase space in the Media or another outlet to publicize an Event.

• The message, timing and placement of the ad are directed and controlled by the Funeral Home or Cemetery.

• Examples include print ads in newspapers, radio and television commercials.



ALD008943

# COMMUNITY LEADERSHIP — TOOLS FOR EVENTS

 Say:

- The main differences between the three are:
- Public Relations is controlled by Corporate Communications and provides a consistent message to the public about the company.
- Media Relations is controlled by the Funeral Home or Cemetery and provides an unbiased message about an Event at no cost. Media controls the timing, and the content of the message.
- Advertising - the message, timing and placement are controlled by the Funeral Home or Cemetery. Can be costly. Perceived by the Community as biased.

ALDERWOODS GROUP

7

ALD008944

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Determining The Approach To Use

Learners will be able to:



- Identify when to use Media Relations, Public Relations or Advertising.

Do:

- Give Learner <u>Determining Which Approach</u> handout.
- See next page for handout.

ALDERWOODS GROUP

8

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

### Determining Which Approach

| | |
|---|---|
| *Public Relations* | Use when: <br> • Three or more locations are coordinating their efforts to execute a common Community Event <br><br> • The media is seeking out any perceived negative stories. <br><br> In both cases contact Corporate Communications at 1-800-347-7010 |
| *Media Relations* | Use when the goal is to publicize a Community Event through the local media and the event is newsworthy. |
| *Advertising* | Use when the Funeral Home or Cemetery has the budget to pay for space in one of the local media outlets to publicize the Community Event. |



ALD008946

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Say:

- Public Relations are used when three or more locations are coordinating their efforts to execute a common Community Event.
- When the Media is seeking information on something that can be perceived as negative.
- In both these instances contact Corporate Communications for support at 1-800-347-7010.
- Use Media Relations when the goal is to publicize a Community Event that is newsworthy through the local media.
- Use Advertising when the Funeral Home or Cemetery has the budget to pay for space in one of the local Media outlets to publicize the Community Event.
- You do not have to choose one approach over another. Multiple approaches can be used to target the Media and public in different ways.

ALDERWOODS
GROUP

ALD008947

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Completing The Media List



Learners will be able to:

- Provide examples of Media sources.
- Complete a <u>Media List</u> for their local Community.

Say:

- It is recommended that each Funeral Home and Cemetery create a <u>Media List</u>. This way, you will have a summary listing of all the potential Media contacts that can be used to spread the word of your Events and Seminars.
- By creating a <u>Media List</u>, you will save time when contacting members of the Media.
- You will have the preparations completed, and be able to focus on the key message that you are sending.
- A <u>Media List</u> is a contact list of members of the Media in the Community, and their contact information.



Do:

- Hand out blank <u>Media List</u>
- Hand out sample <u>Media List</u>

ALDERWOODS GROUP

11

# Media List Worksheet

ALDERWOODS GROUP

| Medium Print/TV radio/web etc. | Publication Name | Contact Name | Position Title | Email | Phone | Fax | Address | Website | Details | Deadline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

ALDERWOODS GROUP

ALD008949

12

ALDERWOODS
GROUP

## Media List Worksheet

| Medium Print/TV radio/web etc. | Publication Name | Contact Name | Position Title | Email | Phone | Fax | Address | Website | Details | Deadline |
|---|---|---|---|---|---|---|---|---|---|---|
| Print | The Sault Star | Joanne Thompson | City Editor | jthompson@sultstar.com sornstar@sultstar.com | 705-759-3030 | 705-759-0102 | 145 Old Garden River Rd Sault Ste. Marie, ON P6A 5M5 CANADA | saultstar.com | 6 days/week | 48 hours prior to publish |
| Print / Web | The Herald News | Jan Larsen | Features Editor | jlarsen@scn1.com | 815-729-6047 | 815-729-6059 | 300 Caterpillar Drive Joliet, IL 60436 USA | Suburbanchicagonews.com/heraldnews/ | 7 days/week + online | 10 days prior to Event |
| Radio | WMSW AM NewsTalk 1320 | Brent Johnson | Program Director | | 803-786-7600 | 803-786-9291 | WMSW AM NewsTalk 1320 P.O. Box 5106 Columbia, SC 29250 USA | wusw-am.firstmedianworks.com/ | Free online Community calendar – submit directly Public Service Announcements accepted for not-for-profit Events | |
| Web | West Tennessee Community website | David Hollandsworth | | dickit@slick1.net | | | West Tennessee | home.westtennessee.com/submit/news.php | Features Community news and Events Post info directly online with free membership | 24 hours prior |
| TV | Seattle Community Channel 21 | Beth Hester | Content Manager | beth.hester@seattle.gov | 206-684-3493 | 206-684-3102 | City of Seattle, Seattle Channel 600 4th Ave. Fl L1 P.O. Box 4727 Seattle, WA 98124-4727 USA | seattlechannel.org | Target programs incl: City @Work, etc. | |
| TV | Access/ Community TV | Corey Morrissette | | Community.calendar@accesscomm.ca | 306-842-1822 | 306-842-3465 | Access Communications 120 Tenth Ave. Weyburn, SK S6H 1G9 USA | accesscomm.ca/access/?&PAGEID=30 | 15 sec. text announcements on screen. Closed Sat & Sun | 2 weeks prior to Event |

ALDERWOODS
GROUP

ALD0008950

13

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Say:

- The <u>Media List Template</u> can be downloaded from BrandMuscle.
- To create a <u>Media List</u> you need to first identify Media sources.
- Common Media sources are:
  - o Community Newspapers
  - o Local Television Stations or Community Television
  - o Radio
  - o Community Calendars
  - o Internet
- Once you have identified the Media sources you want to use to get your message out, browse through local newspapers and print materials to identify editors, writers and their contact information.



Do:

- Hand out sample contact list from local paper.
- See next page for handout.

ALDERWOODS GROUP

14

ALD008951

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Sample of Contact Sheet In Local Newspaper



The media list template can be downloaded from

A2 ★ TORONTO STAR ★ FRIDAY, MAY 16, 2003 ★

**Toronto Star** How to reach us

**Circulation**
Home Delivery    416-367-4500
Bike, Biking      416-367-4500
Single Copy Sales 416-367-7214
Outside Toronto Contact us
toll-free at 1-800-268-9213

**Editorial**
Newsroom      416-869-4300
Sports        416-869-4361
Business      416-869-4811
Entertainment 416-869-4471
Life          416-869-4465

**Advertising**
Display             416-869-4242
Starweek            416-869-4244
Classified          416-777-7777
Advertising Accounts
Receivable          416-869-4326

**Advertising fax numbers**
Classified       416-814-3270
Death Notices    416-814-3273
Careers/Help Wanted
                 416-865-3978
Real Estate/Rentals
                 416-865-3977
New Homes        416-869-4033
Retail           416-865-3507
Travel           416-865-4411
National         416-825-3608
Automotive       416-869-4925

**Editorial fax numbers**
City Assignment 416-869-4328
Entertainment
What's On        416-869-4418
The Fashion Page
                 416-869-4410
Wheels           416-865-3996
Business         416-865-5630
Foreign/National
                 416-869-4324
Letters to the Editor
                 416-869-4322
Photos/Graphics
                 416-869-4632
Sports           416-865-3996
Weekend/Features
                 416-865-3893
Travel           416-865-3635

Bureau of accuracy
                 416-869-4949

**The Star online**
                 www.thestar.com
**Sports**
                 www.torontostarsports.com
**Online city guide**
                 www.toronto.com

The Toronto Star,
One Yonge Street,
Toronto, Ontario M5E 1E6.
**(416) 367-2000.**

The Toronto Star is a member of the
Ontario Press Council,
2 Carlton Street, Suite 1706,
Toronto, Ontario M5B 1J3,
www.ontpress.com

More than 2.3 million readers each
week (Monday-Sunday)
Audited readership 2001

ALDERWOODS GROUP

ALD008952

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

 Say:

- Most papers have a contact listing in their advertising or classified section.
- For television and radio, contact your local Chamber of Commerce for contact information.
- You can use "Google" or other search engines on the internet to find local television or radio station websites. These websites usually contain reporter and editorial information on how to reach them.

 Do:

- Hand out sample local television website.
- See next page for handout.

ALDERWOODS GROUP

16

ALD008953

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Sample Local Television Website





ALD008954

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

---



Do:

- Point out each section on the <u>Media List</u> sample while explaining. (As in "Say" section below)



Say:

- Once the Media sources have been identified you can begin completing the <u>Media List</u>.
- The first column asks the Medium. This is where you enter Print (for newspapers, calendars, newsletters etc.), Radio, TV or Web (for internet).
- The second column is for the Publication Name. In the first example, it is "The Sault Star".
- The third column asks for Contact Name. If the contact information is in the details you have researched, then enter them in this space. If not, contact the Media outlet for specific information:
    - Reporter name and contact numbers
    - Types of stories they cover
    - Editorial deadlines
- Fourth column asks for Position Title. In the sample it says "City Editor". Media contacts can have any number of titles, such as Features Editor, Program Director, or Content Manager.
- If the contact has an Email Address, enter it in the fifth column.
- Next is the contact Phone Number and Fax Number, to be filled in columns six and seven respectively.
- Column eight is for the Address of the Media contact.
- Column nine is for the Website Address. In the example it is www.saultstar.com.

ALDERWOODS GROUP

ALD008955

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

while explaining   (As in "Say"

• Column 10 is used to write the Details of the Media outlet. For example, printed 6 days a week.

• The last column is for the Deadline of the Media outlet. How far in advance before publication or air do stories have to be submitted? In the example, it is 48 hours prior to the print date.

• The Media List should be updated regularly and kept in an accessible place for reference and use for upcoming Community Leadership Events.

• Once you have identified your Media Contacts, you can begin to create relationships with those Influencers to get your message out to the Community.

ALDERWOODS
GROUP

19

ALD008956

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



### Identifying Newspaper Contacts Exercise

Purpose of this exercise:

- To identify two newspaper contacts in the Community.
- Record Media Contacts on the <u>Media List.</u>

### Instructions

- Using the sample Community newspapers, newsletters, Community calendars the Manager brought to training.
  - o Identify two Media Contacts that will be responsible for publishing Community Events.
  - o If the contact information is in the paper, fill in the Media List as discussed.
  - o If contact information is not in the paper, contact the identified Media outlet and gather the information to complete the Media List.
- On Goal Setting and Action Plan Form, record an action step to gather at least 1 additional Media Contact for each Media Outlet described.

## Debrief Questions



Ask:

- How will this <u>Media List</u> benefit you to spread the word of a Community Event?



Look for:

- Have all the research done.
- It will be easy to decide which Media outlets to use, because all of the information is contained on one sheet.

ALDERWOODS GROUP

20

ALD008957

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

### Conclusions

Say:




- A Media List is a contact list of the Media contacts in the Community.
- Media Sources are newspapers, television, radio, internet and Community calendars.
- Using the Media List will assist you to identify which Media Outlet when spreading the word of a Community Event.
- Keeping your Media List regularly updated will help you ensure your information is accurate.



ALD008958

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## The Location Fact Sheet

Learners will be able to:



- Describe the purpose of the <u>Location Fact Sheet</u>.
- Identify where to access the <u>Location Fact Sheet Template</u>.
- Complete the <u>Location Fact Sheet</u>.

Say:

- The <u>Location Fact Sheet</u> will provide the Media with general information about the Funeral Home or Cemetery. It will also provide contact information, years serving the Community and the number of employees.
- It is used as a general communication form about the Funeral Home or Cemetery when contacting a member of the media
- The sheet can be given out to reporters in a Media kit, which we will talk about in greater detail a little later, or used as an easy reference tool for open houses and public inquires.
- The <u>Location Fact Sheet Template</u> can be downloaded from BrandMuscle, and is a Template that can be easily completed with the Funeral Home's or Cemetery's general information.



Do:

- With Manager, download the <u>Location Fact Sheet</u> from BrandMuscle, Media Relations section.
- Handout <u>Sample Location Fact Sheet</u>.

ALDERWOODS GROUP

ALD008959

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Oshawa Funeral Service Fact Sheet  ALDERWOODS GROUP

| | |
|---|---|
| Address | 847 King Street West |
| | Oshawa, Ontario |
| | L1J2L4 |
| Phone | 905-721-1234 |
| Website | www.oshawafuneralservice.com |
| Number of Employees | 21 |

### Oshawa Funeral Service Contacts

Location Manager
Guy May & Bob Amos
905-721-1234
**Oshawa Funeral Service@alderwoods.com**

Administrator
Stephanie May
905-721-1234

### Oshawa Funeral Service Background

Oshawa Funeral Service, a family landmark for over eight years, has come to epitomize excellence in service and respect for family values. We offer a wide variety of services and amenities to choose from. Our knowledgeable and dedicated staff is here to assist families with the many service and product options we have available so that the life of a loved one is celebrated in a way that is meaningful to the family and within budget. Family Service Counselors are also available to assist with Aftercare and pre arrangement consultations.

Oshawa Funeral Service is a member of Alderwoods Group, the second largest operator of funeral homes and cemeteries in North America. Alderwoods' people take great care to exemplify the Company's values of integrity, teamwork, communication, compassion and creativity. Through the shared values and actions of its people, Alderwoods is committed to delivering the highest standards of family care and to being a leader in the communities where it operates. For more information, visit www.alderwoods.com.



23

ALD008960

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Say:

- To complete the <u>Location Fact Sheet</u>, type in the areas with an elbow bracket around them < >.
- Such as:
    - o Location Name at the top of the Template.
    - o The address, phone number, and website information.
    - o Number of employees at the location.
    - o Location Manager and Administrator contact information.
    - o Background information, such as the number of years the Funeral Home or Cemetery has been in the Community.



Do:

- With Manager, complete the <u>Location Fact Sheet</u>, and save the file.

ALDERWOODS
GROUP

24

ALD008961

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Is The Event Newsworthy?

Learners will be able to:
- Describe what makes an Event newsworthy.



Say:

- Before sending a Media alert to spread the word about your Community Event you want to ensure it is newsworthy.
- Ask yourself these questions to determine if the Event is newsworthy:
  - Is the Event local to the Community?
  - Would it be of interest to Community members?
  - Why would it be of interest to Community members?
  - Does the Event tie to a holiday or current trend?

- The answer should be yes to at least three of these questions.
- Ensure the Event is timely before alerting the media.
- Communicating too far in advance or too close to the deadline could impact your efforts.
- For any Event to be newsworthy it must always be valuable to the Community. Make sure the Community will view the Event as serving a good purpose.

ALDERWOODS GROUP

ALD008962

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

Ask:



- What are some examples of Events that are valuable to a Community?

Look for:



- Events around major holidays
- Bike safety awareness
- Food Drives
- Clothing Drives
- Sweaters for Veterans
- Tools for Schools
- Toys for Tots

Say:



- If your planned Community Event is not listed here, and you have answered all of the questions and determined that it is newsworthy contact the Manager of Media and Communications at 1-800-347-7010.
- This number can also be found on the Alderwoods Yellow Pages.

ALDERWOODS GROUP

26

ALD008963

COMMUNITY LEADERSHIP — TOOLS FOR EVENTS

# Completing The Key Messages Template

Learners will be able to:
- Complete the <u>Key Message Template</u>.
- Complete A Media Alert.

Hand out a sample worksheet.

 Say:

- The last phase in planning your message to the Media is selecting and completing the correct pre-determined Templates, to spread the word of your Event.
- BrandMuscle contains a number of Templates of key messages of pre-determined to be newsworthy Events.
- These are organized by Event and called Message Worksheets and Media Alerts.
- You will need to add some details around timing and location of the Event to the Template.
- The Message Worksheet is used when a Spokesperson speaks to reporters in the execution of Media relations.
- A Media Alert is faxed or e-mailed to the Media Contact to inform them of the Event your Location is hosting.

 Do:

- With Location Manager, download the Food Drive Message Worksheet, and Food Drive Media Alert.
- See Sample on next page of Food Drive Message Worksheet and Food Drive Media Alert.

ALDERWOODS
GROUP

27

ALD008964

# COMMUNITY LEADERSHIP — TOOLS FOR EVENTS

## Message Worksheet

ALDERWOODS
GROUP

Use the messages in this worksheet in your conversations with media.

**WHAT**  <LOCATION NAME> is holding a Community food drive to raise donations for <NAME OF FOOD BANK>. <LOCATION NAME> is partnering with the food bank and the Community to help the many families that depend on the food bank each day.

Across North America, the number of people who are food insecure, or hungry or at risk of hunger, is rising. According to the Unites States Department of Agriculture, 35 million people, including 13.1 million children, live in food insecure households that experience hunger or the risk of hunger. This represents approximately 12.5 percent of the US population.

During the summer months, donations to food banks decline dramatically. With children away from school and school breakfast programs, food drives in the summertime are necessary to increase raise donations. <LOCATION NAME> will be a drop-off point for donations of desired food items such as canned fish, baby food and formula, canned fruit and vegetables, canned soup, stew, chili and beans, peanut butter, pasta, rice and cereal.

**WHO**  Who is the spokesperson(s) for the Event?

Interview opportunities include:

<LOCATION MANAGER NAME>, <TITLE>

<FOOD BANK SPOKESPERSON NAME>, <TITLE>

**WHEN**  When is the Event taking place?

<DATE>, <TIME>

**WHERE**  Where is the Event taking place?

<ADDRESS>

---

If your location is holding a newsworthy Community Event and materials (Message Worksheet, Media Alert and Event Fact Sheet) are not available on BrandMuscle, please contact Manager of Media and Communications, Alderwoods Public Relations, at 800-347-7010 or meline.beach@alderwoods.com.



ALD008965

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Media Alert

**ALDERWOODS** GROUP

[CITY, STATE] – [DATE] – Attention <REPORTER NAME>, PUBLICATION NAME>

**WHAT**     <LOCATION NAME> is holding a Community food drive to raise donations for <NAME OF FOOD BANK>. <LOCATION NAME> is partnering with the food bank and the Community to help the many families that depend on the food bank each day.

Across North America, the number of people who are food insecure, or hungry or at risk of hunger, is rising. According to the Unites States Department of Agriculture, 35 million people, including 13.1 million children, live in food insecure households that experience hunger or the risk of hunger. This represents approximately 12.5 percent of the US population.

During the summer months, donations to food banks decline dramatically. With children away from school and school breakfast programs, food drives in the summertime are necessary to increase raise donations. <LOCATION NAME> will be a drop-off point for donations of desired food items such as canned fish, baby food and formula, canned fruit and vegetables, canned soup, stew, chili and beans, peanut butter, pasta, rice and cereal.

**WHO**     Interview opportunities include:

<LOCATION MANAGER NAME>, <TITLE>
<FOOD BANK SPOKESPERSON NAME>, <TITLE>

**WHEN**     <DATE>, <TIME>

**WHERE**     <ADDRESS>

---

<LOCATION NAME>, a family landmark for over <NUMBER> years, has come to epitomize excellence in service and respect for family values. We offer a wide variety of services and amenities to choose from. Our knowledgeable and dedicated staff is here to assist families with the many service and product options we have available so that the life of a loved one is celebrated in a way that is meaningful to the family and within budget. Family Service Counselors are also available to assist with Aftercare and pre arrangement consultations.

FOR FURTHER INFORMATION PLEASE CONTACT:
<LOCATION NAME>
<LOCATION CONTACT NAME>
<TITLE>
<PHONE NUMBER>
<EMAIL>



ALD008966

# COMMUNITY LEADERSHIP — TOOLS FOR EVENTS



Say:

- The two Templates work in the same way as the <u>Location Fact Sheet Template</u>.
- To complete either Template, just fill in the areas that have elbow brackets < > with the required information, and delete the Template instructions.



Do:

- Manager to complete the Message Worksheet, with the dates that were committed to running a Food Drive in the Events section of the training.
- Manager to complete the Media Alert with the dates that were committed to running a Food Drive in the Events section of the training.
- Manager to save files and print a copy of each.



Say:

- If a prepared message and Media Alert Template for your specific Event is not available on BrandMuscle, then you should answer the following questions before contacting Alderwoods Corporate Communications to assist you.



Do:

- Give Manager a copy of Questions for Preparing A Key Message handout.
- See next page for handout.

ALDERWOODS
GROUP

ALD008967

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Questions for Preparing A Key Message

When planning your key message, you should have an objective.  Do you want to?

- Inform people about an upcoming Event?
- Educate people about your services?
- Persuade people to attend an upcoming Event?
- Raise the Community's awareness, pique their interest, get their attention and support about something?
- Or, do you want to influence their behavior and actually have them participate and purchase a pre-need service?

ALD008968

# COMMUNITY LEADERSHIP — TOOLS FOR EVENTS



Say:

- Do you want to:
  - o Inform people about an upcoming Event?
  - o Educate people to attend an upcoming Event?
  - o Persuade people about your services?
  - o Raise the Community awareness, pique their interest, get their attention and support about something?
  - o Or, do you want to influence their behavior and actually have them participate and purchase a pre-need service?

- Being prepared with the answers to these questions will help Corporate Communications to understand what you want to achieve and how they can help you.

ALDERWOODS
GROUP

ALD008969

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Identifying A Location Spokesperson

Learners will be able to:
- Describe the role of the Location Spokesperson.
- Identify traits that the Location Spokesperson should possess.



Say:

- When the decision has been made that Media Relations will be used as a tool to spread the word to the Community, a Location Spokesperson should be identified immediately, before any Events are scheduled.
- This will help ensure that the correct person is being selected to speak to the media, and the Location Manager is not rushed into making any decisions.
- The Location Spokesperson does not have to be the Location Manager, but should be someone that will best represent the Funeral Home or Cemetery and the company.
- In addition two individuals may be selected as Spokespersons if needed to accommodate families or schedules.
- The Location Spokesperson is the individual that should be quoted in the Media.
- The individual(s) selected should be aware of the Events, in agreement, knowledgeable and prepared to speak to the Media.
- When speaking to the Media, the Location Spokesperson(s) should study the Message Worksheet to ensure they are presenting a consistent message to the media.

ALDERWOODS
GROUP

33

ALD008970

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Ask:



- What image should the Location Spokesperson portray?

Look for:



- Professional
- Well Groomed
- Follow Dress Code Policy
- Well spoken
- Personable

Say:

- The Location Spokesperson should follow all of the behaviors on the Staff Appearance Behavior checklist, as discussed in the Services portion of this program.
- The phone etiquette behaviors as discussed in the Services section should also be used when speaking to others in person.
- When selecting a Location Spokesperson, he/she must be in agreement with the Event, the Funeral Home or Cemetery and the Company Mission Statement. This person should support the Funeral Home or Cemetery at every level.

ALDERWOODS GROUP

ALD008971

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Distributing Media Alerts

 What image should the Learner will be able to:

- Describe how and when to distribute Media Alerts.

 Say:

- The completed Media Alert is used to communicate with the Media that an Event at the Funeral Home or Cemetery is taking place.
- The first thing to decide is to which Reporters you should distribute the Media Alert.
- Look at your <u>Media List</u> and select an appropriate Media Representative.

 Ask:

- Based on the information on the <u>Media List</u>, what are the two ways of distributing a Media Alert?

Look for:

- Fax
- Email

ALDERWOODS GROUP

ALD008972

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Ask:

- How will you know which way to distribute a Media Alert to each specific Reporter?



Look for:

- Look at their contact information on the <u>Media List</u>.
- Based on conversation with the Media Outlet.



Say:

- Distribute the Media Alert in the preferred manner for each Reporter.
- Some Reporters may prefer to receive information by fax while others by email.



Do:

- Give Manager Timelines For Distributing Media Alerts.
- See next page for handout.

ALDERWOODS GROUP

36

ALD008973

# COMMUNITY LEADERSHIP — TOOLS FOR EVENTS

## Timelines For Distributing Media Alerts.

Distribute the Media Alert in a timely manner.

Monthly Publications:
- Eight weeks in advance of the Event.

Weekly Publications:
- Two to three weeks in advance of the Event.

Daily Publications:
- Three to five days in advance of the Event.

Weekly Television/ Radio Programs:
- Two to three weeks in advance of the Event.

Daily Television/ Radio Programs:
- Three to five days in advance of the Event.

Community Calendars For Any Media Outlet:
- Eight weeks in advance of the Event.



37

ALD008974

# COMMUNITY LEADERSHIP—TOOLS FOR EVENTS

 Say:

- Distribute your Media Alert in a timely manner depending on which Media Outlet you are approaching.
- Monthly publications should receive information about your Event approximately eight weeks in advance of the Event date.
- Weekly publications and weekly radio or television programs should receive information about your Event approximately two to three weeks in advance.
- Daily publication and daily radio or television programs should receive information about your Event three to five days prior to the Event.
- Many Communities offer free notice boards in Community Calendars on Community television stations, publications, radio programs and Community websites. These require approximately eight weeks advance notice of your Event.

- Sending your Media Alert too early could result in it not being published or sent to the Community, and sending it too late, may result in the Media Alert not having an impact on the Event.
- By following the above guidelines, you will have ensured that your Media Alert has been sent to Media Outlets in a timely manner.

ALD008975

# COMMUNITY LEADERSHIP -- TOOLS FOR EVENTS

## Preparing A Media Kit

Learners will be able to:

- Assemble a Media Kit.
- Describe the use of a Media Kit.



Say:

- A Media Kit is used as an Information Kit, handed to members of the Media when they attend your Event.
- Each Event you are hosting will require its own Media Kit.
- The Media Kit should be prepared before the Event takes place. This way when a member of the Media attends your Event, all you have to do is give them one.
- This will help convey to the Media that the Funeral Home is organized, prepared and ready for the Event.



Ask:

- What should a Media Kit Include?



Look for:

- Media Alert, which was sent out.
- Location Fact Sheet.

ALDERWOODS GROUP

39

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

 Say:

- The Media Kit should also include any previous clipping that positively featured the Funeral Home or Cemetery.
- The last item in the Media Kit is an <u>Event Fact Sheet</u>. This is a template that can be downloaded from BrandMuscle.
- The <u>Event Fact Sheet</u> includes specific details about your Event, Event name, location contact person's information, Event overview which includes how the Event benefits the Community.
- The four items:
  - o Media Alert
  - o <u>Location Fact Sheet</u>
  - o <u>Event Fact Sheet</u>
  - o Previous Media clippings that feature the Funeral Home or Cemetery
- Should be placed together in a folder.  The folder can be ordered through BrandMuscle Collateral materials.
- This folder is the Media Kit and should be provided to the Media when they are attending your Event.

 Do:

- Manager to access BrandMuscle and download the <u>Event Fact Sheet</u>.
- Manager to complete the <u>Event Fact Sheet</u>, for the Food Drive planned in the Events section of the training.
- Save and print the <u>Event Fact Sheet</u>.
- Manager to access Collateral Materials on BrandMuscle and order Media Kit folders for upcoming Events.
- Sample of <u>Event Fact Sheet</u> on next page.

ALDERWOODS GROUP

40

ALD008977

# COMMUNITY LEADERSHIP — TOOLS FOR EVENTS

## Food Drive Fact Sheet

ALDERWOODS GROUP

LOCATION NAME

Address    <STREET>
           <CITY>, <STATE>
           <ZIP/POSTAL CODE>

Phone      <PHONE NUMBER>

Website    <WEBSITE ADDRESS>

Number of Employees    <NUMBER>

Event Contacts

| Location Manager | Administrator |
|---|---|
| <NAME> | <NAME> |
| <PHONE NUMBER> | <PHONE NUMBER> |
| <EMAIL> | <EMAIL> |

Event Background

<LOCATION NAME> is partnering with <NAME OF FOOD BANK> to collect food donations for the many families that depend on the food bank each day.

Across North America, the number of people who are food insecure, or hungry or at risk of hunger, is rising. According to the Unites States Department of Agriculture, 35 million people, including 13.1 million children, live in food insecure households that experience hunger or the risk of hunger. This represents approximately 12.5 percent of the US population.[1]

During the summer months, donations to food banks decline dramatically. With children away from school and school breakfast programs, food drives in the summertime are necessary to increase raise donations. <LOCATION NAME> will be a drop-off point for donations of desired food items such as canned fish, baby food and formula, canned fruit and vegetables, canned soup, stew, chili and beans, peanut butter, pasta, rice and cereal.

Our Community work is driven by a simple mission and core values: We aim to be a leader in our Community through our integrity, teamwork, communication, compassion and creativity. Among our Hallmark Events we celebrate Memorial Day, Mothers' Day, Fathers' Day, and Veterans Day.

---

1. Household Food Security in the United States, 2002 ERS Food Assistance and Nutrition Research Report No. (FANRR) 35, United States Department of Agriculture, October 2003.



ALD008978

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Say:

- When assembling the Media Kit, keep in mind that it needs to be specific about the Event you are currently hosting. Adding information that is not related can easily make the Media Kit confusing.
- The Media Kit should not include:
    - Previous Media clippings that negatively feature the Funeral Home or Cemetery.
    - Blank business contracts or other unrelated material to the Event.
- This handout can be used as a guideline when assembling Media Kits.



Do:

- Give Manager Assembling A Media Kit handout.
- See next page for handout.

ALDERWOODS GROUP

ALD008979

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Assembling A Media Kit

When assembling a Media Kit:

Include:
- Media Alert, previously distributed
- Location Fact Sheet
- Event Fact Sheet
- Good quality copies of previous Media clippings that feature the Funeral Home or Cemetery in a positive manner.

Do NOT Include:
- Media clippings that feature the Funeral Home or Cemetery in a negative manner.
- Blank business contracts or other unrelated material to the Event.

ALDERWOODS GROUP

43

ALD008980

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



## Assemble A Media Kit Exercise

## Purpose of this exercise:

- Assemble A Media Kit for the Food Drive Event.

## Instructions

- Using the completed Media Alert, <u>Location Fact Sheet,</u> and <u>Event Fact Sheet</u>.
- Assemble the sheets in the provided Media Kit Folder.
- Manager to write down a list of Media clippings that can be copied and inserted into the Media Kit.
- Also include this list in the sample Media Kit.
- This will act as a sample Media Kit to help when assembling one for an Event.

ALDERWOODS GROUP

44

ALD008981

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

### Conclusions



Purpose of this exercise

- Assemble a media kit for the Funeral

Instructions

Say:

- A Media Kit is given to members of the Media when they attend your Event.
- The Media Kit should include a copy of your original Media Alert, the <u>Location Fact Sheet</u> which was prepared in advance, an <u>Event Fact Sheet</u> and any positive Media clippings that feature your Funeral Home or Cemetery.

ALDERWOODS GROUP

ALD008982

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Interviewing With Local Media Reporters




**Learners will be able to**
- Describe actions when interviewing with Media Reporters.

**Say:**

- If you distribute a Media Alert, you may be contacted by a member of your local Media for an interview.
- The interview may take place over the phone or in person.
- Your Location Spokesperson should be willing and prepared to participate.
- The first step when interviewing with the Media is to gather the Media member's contact information and confirm which Media Outlet they are representing.
- If you are meeting them in person, ask for their business card.
- Corporate Communications has put together some guidelines to use when speaking with the media.



**Do:**

- Give Manager a copy of *Guidelines For Speaking with the Media.*
- See next page for handout.
- Read handout together.



**Ask:**

- Why it is important that we get the information of the person we are speaking to?

ALDERWOODS GROUP

46

ALD008983

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Look for:

- Make sure the information is going to the correct Media Outlet.
- The person is not misrepresenting themselves as a Reporter.



Ask:

- What could happen if we are talking to the wrong person?



Look for:

- Someone may misrepresent the message we are saying.



Say:

- The Media will ask questions during the interview. When answering questions, stick to the key message, prepared from the Message Worksheet.
- If there is a question you do not know the answer to, admit to the Reporter that you do not have the information readily available and that you will have to follow up with them.



Ask:

- How should you respond if asked questions that are unrelated to your local Event?



Look for:

- Please contact Alderwoods Corporate Communications to address that question.

ALDERWOODS GROUP

47

ALD008984

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

Say:

Media Outlet

- Be sure to speak only about your specific focus when speaking with members of the Media.  Do not speak on behalf of Alderwoods Group or locations other than your own.
- As the interview comes to an end, confirm the date when this information will be published or air.

ALD008985

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Guidelines for Speaking with Media ALDERWOODS GROUP

Below are some guidelines for conversations you have with and around reporters that attend your Event.

### 1) Don't Feel Obligated to Give an Answer

If you don't know the answer to a question, simply say you don't know, but you will find out.

Likewise, if at any time you have a concern regarding the direction of a conversation with a member of the press, you may suggest they redirect their questions to the Alderwoods Public Relations department.

### 2) Don't Discuss Confidential Information

If you have some doubt about whether you can discuss a statistic or a piece of information in response to a question, please inform the reporter that you are not sure if that information can be discussed publicly and suggest that they speak with the Public Relations department.

Some examples of information that should not be discussed are:
- Information including location, market or company financial targets or financial results.
- Speculation on future company performance, future share price performance, potential acquisitions or divestitures.
- Competitors in detail or within a disparaging context.

### 3) Don't Comment on Rumors

You may be asked to comment on rumors about the company. The answer is to say, good-naturedly but firmly, "It is our policy not to comment on rumors." That should be the end of the discussion.

### 4) Watch Your Casual Conversations

Confidential matters should not be discussed in places where the discussion may be overheard, such as elevators, hallways, or taxis.

### 5) Keep Your Files Safe

If you will have any documents and files containing confidential information at this Event, please do not leave them lying around where they could be read.

---

Please feel free to refer reporters to Alderwoods Public Relations:
Meline Beach
Manager, Media & Communications
Phone: 866-238-7906
Cell: 416-904-0772
Email: meline.beach@alderwoods.com

---



ALD008986

# COMMUNITY LEADERSHIP — TOOLS FOR EVENTS

## Thanking The Media

Learners will be able to:
- Explain the purpose of thanking the Media
- Complete the <u>Thank You Note Template</u>



Say:

- Send a <u>Thank You Note</u> to members of the Media who attended or inquired about your Event.
- This serves as an opportunity to position you as a Spokesperson for future stories. For example, if a Media member needed a quote on how Funeral Homes or Cemeteries partner with Community Leaders, they may come to you for that quote, as they have an awareness of the role you played in the past.
- A <u>Thank You Note</u> will also help build rapport and relationships with members of your local Media Outlets.
- A <u>Thank You Note Template</u> to be used with members of the Media can be downloaded from BrandMuscle — Media Relations section.
- The Template is set-up in the same format as the others we have used.
- To complete it, fill in your Event/Location information as indicated in the elbow brackets. < > . Be sure to delete the instructional text before printing or sending to the media.



ALD008987

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Do:

- Manager to access BrandMuscle and download the <u>Thank You Note Template</u>.
- Manager to complete the <u>Thank You Note Template</u> using one of the Media Contacts identified on their Media List.
- Manager to print the sample <u>Thank You Note</u> to use as a handout.
- See next page for blank <u>Thank You Note Template</u>.

ALDERWOODS GROUP

51

ALD008988

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

---

<Date>

<Location name>

<Address>

Dear <name>

I am writing to thank you for attending our recent <Community Event>. We appreciate your interest in sharing our Event with the Community. Your support of <location name> helped make the Event a successful one.

In the future, please feel free to contact me should you have any need for a comment or background information on issues related to funeral and cemetery services.

I look forward to working with you in the future and hope to see you again soon.

Sincerely,

<Name, position, location>



52

ALD008989

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Evaluating The Media Relationship

Learners will be able to:
- Describe how to evaluate the Media relationships.



Say:

- After your effort has been put into hosting the Event, and spreading the word using the tools available it is a good idea to see what tools are having the biggest impact on your Event.
- The Community Event Evaluation cards can give you a good indication of how your guests heard of the Event you were hosting.
- To specifically evaluate the impact your work with the Media is having there are a few simple steps.
- 1)  Based on the dates the Media Contacts provided you in the interview check their publications for articles about your Event.
- 2)  Count and clip out the articles.  Be sure to write the publication name and date the article was featured, as well as the page number and author.  Keep this information in the Event folder.
- 3)  Track the number of mentions about your Event on your local television or radio stations.  If you can record the segments label the tape or your recordings in the same manner you would a published article.  Keep these records in the Events folder.



Do:

- Give Manager a sample of an online article.
- Read Text to Manager.
- See next page for handout.

ALDERWOODS GROUP

53

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Sample Online Article





54

ALD008991

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Summary



**Do:**

- Administer Knowledge Test.
- See next page for handout.

ALDERWOODS GROUP

ALD008992

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Tools For Events Knowledge Test

Name: _____

Date: _____

Read each question carefully, then write T (true) or F (false) on the line next to the question.

1. _____ The Message worksheet is used to prepare what the Location Spokesperson will say to the Media when they attend an Event.
2. _____ Media Relations is viewed as a biased opinion by the Community.
3. _____ All of the templates that are used for Media Relations are found on BrandMuscle.
4. _____ The Location Fact Sheet will provide the Media with general information and contact information about the Funeral Home or Cemetery.
5. _____ In order for Media Relations to be successful, your Event should be newsworthy.
6. _____ An example of a newsworthy event is a Funeral Home had its roof replaced.
7. _____ A Media Alert is used to communicate a newsworthy Event to local media outlets.
8. _____ A Media Kit should be mailed to each member of the media on your Media List.

ALDERWOODS GROUP

56

ALD008993

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS

## Tools For Events Knowledge Test

Name: _____

Date: _____

Read each question carefully, then write T (true) or F (false) on the line next to the question.

1. _____ 🔲 The Message worksheet is used to prepare what the Location Spokesperson will say to the Media when they attend an Event.
2. _____ 🔲 Media Relations is viewed as a biased opinion by the Community.
3. _____ 🔲 All of the templates that are used for Media Relations are found on BrandMuscle.
4. _____ 🔲 The Location Fact Sheet will provide the Media with general information and contact information about the Funeral Home or Cemetery.
5. _____ 🔲 In order for Media Relations to be successful, your Event should be newsworthy.
6. _____ 🔲 An example of a newsworthy event is a Funeral Home had its roof replaced.
7. _____ 🔲 A Media Alert is used to communicate a newsworthy Event to local media outlets.
8. _____ 🔲 A Media Kit should be mailed to each member of the media on your Media List.

ALDERWOODS GROUP

ALD008994

# COMMUNITY LEADERSHIP – TOOLS FOR EVENTS



Say:

- Using the correct tools to spread the word of an Event can greatly impact its success.
- Media Relations is one of the tools that can assist the Funeral Home or Cemetery in receiving good publicity.
- Media Relations are often viewed by the Community as a credible unbiased source of information.
- BrandMuscle has all of the tools needed to help you when working with the Media.
- On your Goal Setting and Action Plan form, you probably have a goal to grow calls.
- On that Goal, revise or add an Action Step to include:
  - How you will build your Media Contact List.
  - How you can use one or more of the Media Contacts to communicate the message of your Events.



Do:

- Allow Manager a few moments to adjust Action Steps to include any revisions.

ALDERWOODS GROUP

ALD008995

- Even our quality expectations.
- Media Relations is one of the tools that can assist the Funeral Home or Cemetery in receiving good publicity.
- Media Relations of the type used by the

# PARTICIPANT MATERIALS

ALD008996

# FORMS

ALD008997

# Media List Worksheet

ALDERWOODS

| Medium Print/TV, radio/web, etc. | Publication Name | Contact Name | Position Title | Email | Phone | Fax | Address | Website | Details | Deadline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

ALD008998

# Media List Worksheet

ALDERWOODS GROUP

| Medium Print/TV, radio/web, etc. | Publication Name | Contact Name | Position Title | Email | Phone | Fax | Address | Website | Details | Deadline |
|---|---|---|---|---|---|---|---|---|---|---|
| Print | The Sault Star | Joanne Thompson | City Editor | jthompson@saultstar.com ssmstar@saultstar.com | 705-759-3030 | 705-759-0102 | 145 Old Garden River Rd Sault Ste. Marie, ON P6A 5M6 CANADA | saultstar.com | 6 days / week | 48 hours prior to publish |
| Print / Web | The Herald News | Jan Larsen | Features Editor | jlarsen@scn1.com | 815-729-6047 | 815-729-8059 | 300 Caterpillar Drive Joliet, IL 60436 USA | Suburbanchicagonews.com/heraldnews/ | 7 days / week + online | 10 days prior to event |
| Radio | WISW AM NewsTalk 1320 | Brent Johnson | Program Director | bjansen@scn1.com | 803-796-7600 | 803-796-9291 | WISW AM NewsTalk 1320 P.O. Box 5106 Columbia, SC 29250 USA | wisw-am.firstmediaworks.com/ | Free online community calendar – submit directly Public Service Announcements accepted for not-for-profit events | |
| Web | West Tennessee community website | David Hollandsworth | | dhickl@blick1.net | | | West Tennessee | home.westtennessee.com/submitnews.php | Features community news and events Post info directly online with free membership | 24 hours prior |
| TV | Seattle Community Channel 21 | Beth Hester | Content Manager | beth.hester@seattle.gov | 206-684-3463 | 206-684-8102 | City of Seattle, Seattle Channel 600 4th Ave. Fl L1 P.O. Box 4727 Seattle, WA 98124-4727 USA | seattlechannel.org | Target programs incl: City@Work, etc. | |
| TV | Access7 Community TV | Corey Morrissette | | community.calendar@accesscomm.ca | 306-842-1822 | 306-842-3465 | AccessCommunications 120 Tenth Ave Weyburn, SK S4H 1G9 USA | accesscomm.ca/access-sr&PAGEID=30 | 15 sec. text announcements on screen. Closed Sat & Sun | 2 weeks prior to event. |

ALD008999

# Oshawa Funeral Service Fact Sheet   ALDERWOODS° GROUP

| | |
|---|---|
| Address | 847 King Street West<br>Oshawa, Ontario<br>L1J2L4 |
| Phone | 905-721-1234 |
| Website | www.oshawafuneralservice.com |
| Number of Employees | 21 |

## Oshawa Funeral Service Contacts

**Location Manager**
Guy May & Bob Amos
905-721-1234
Oshawa Funeral Service@alderwoods.com

**Administrator**
Stephanie May
905-721-1234

## Oshawa Funeral Service Background

Oshawa Funeral Service, a family landmark for over eight years, has come to epitomize excellence in service and respect for family values. We offer a wide variety of services and amenities to choose from. Our knowledgeable and dedicated staff is here to assist families with the many service and product options we have available so that the life of a loved one is celebrated in a way that is meaningful to the family and within budget. Family Service Counselors are also available to assist with Aftercare and pre arrangement consultations.

Oshawa Funeral Service is a member of Alderwoods Group, the second largest operator of funeral homes and cemeteries in North America. Alderwoods' people take great care to exemplify the Company's values of integrity, teamwork, communication, compassion and creativity. Through the shared values and actions of its people, Alderwoods is committed to delivering the highest standards of family care and to being a leader in the communities where it operates. For more information, visit www.alderwoods.com.

ALD009000

# Message Worksheet



Use the messages in this worksheet in your conversations with media

**WHAT**   <LOCATION NAME> is holding a community food drive to raise donations for <NAME OF FOOD BANK>. <LOCATION NAME> is partnering with the food bank and the community to help the many families that depend on the food bank each day.

Across North America, the number of people who are food insecure, or hungry or at risk of hunger, is rising. According to the Unites States Department of Agriculture, 35 million people, including 13.1 million children, live in food insecure households that experience hunger or the risk of hunger. This represents approximately 12.5 percent of the US population.

During the summer months, donations to food banks decline dramatically. With children away from school and school breakfast programs, food drives in the summertime are necessary to increase raise donations. <LOCATION NAME> will be a drop-off point for donations of desired food items such as canned fish, baby food and formula, canned fruit and vegetables, canned soup, stew, chili and beans, peanut butter, pasta, rice and cereal.

**WHO**   Who is the spokesperson(s) for the event?

Interview opportunities include:

<LOCATION MANAGER NAME>, <TITLE>

<FOOD BANK SPOKESPERSON NAME>, <TITLE>

**WHEN**   When is the event taking place?

<DATE>, <TIME>

**WHERE**   Where is the event taking place?

<ADDRESS>

---

If your location is holding a newsworthy community event and materials (Message Worksheet, Media Alert and Event Fact Sheet) are not available on Brandmuscle, please contact Meline Beach, Alderwoods Public Relations, at 866-238-7906 or meline.beach@alderwoods.com.

ALD009001

# Media Alert



[CITY, STATE] – [DATE] – Attention <REPORTER NAME>, PUBLICATION NAME>

**WHAT**   <LOCATION NAME> is holding a community food drive to raise donations for <NAME OF FOOD BANK>. <LOCATION NAME> is partnering with the food bank and the community to help the many families that depend on the food bank each day.

Across North America, the number of people who are food insecure, or hungry or at risk of hunger, is rising. According to the Unites States Department of Agriculture, 35 million people, including 13.1 million children, live in food insecure households that experience hunger or the risk of hunger. This represents approximately 12.5 percent of the US population.

During the summer months, donations to food banks decline dramatically. With children away from school and school breakfast programs, food drives in the summertime are necessary to increase raise donations. <LOCATION NAME> will be a drop-off point for donations of desired food items such as canned fish, baby food and formula, canned fruit and vegetables, canned soup, stew, chili and beans, peanut butter, pasta, rice and cereal.

**WHO**   Interview opportunities include:

<LOCATION MANAGER NAME>, <TITLE>
<FOOD BANK SPOKESPERSON NAME>, <TITLE>

**WHEN**   <DATE>, <TIME>

**WHERE**   <ADDRESS>

---

<LOCATION NAME>, a family landmark for over <NUMBER> years, has come to epitomize excellence in service and respect for family values. We offer a wide variety of services and amenities to choose from. Our knowledgeable and dedicated staff is here to assist families with the many service and product options we have available so that the life of a loved one is celebrated in a way that is meaningful to the family and within budget. Family Service Counselors are also available to assist with Aftercare and pre arrangement consultations.

---

FOR FURTHER INFORMATION PLEASE CONTACT:
<LOCATION NAME>
<LOCATION CONTACT NAME>
<TITLE>
<PHONE NUMBER>
<EMAIL>

ALD009002

# Food Drive Fact Sheet

ALDERW⊂⊃DS'
GROUP

LOCATION NAME

Address                    <STREET>
                           <CITY>, <STATE>
                           <ZIP/POSTAL CODE>

Phone                      <PHONE NUMBER>

Website                    <WEBSITE ADDRESS>

Number of Employees        <NUMBER>

## Event Contacts

Location Manager           Administrator
<NAME>                     <NAME>
<PHONE NUMBER>             <PHONE NUMBER>
<EMAIL>                    <EMAIL>

## Event Background

<LOCATION NAME> is partnering with <NAME OF FOOD BANK> to collect food donations for the many families that depend on the food bank each day.

Across North America, the number of people who are food insecure, or hungry or at risk of hunger, is rising. According to the Unites States Department of Agriculture, 35 million people, including 13.1 million children, live in food insecure households that experience hunger or the risk of hunger. This represents approximately 12.5 percent of the US population.[1]

During the summer months, donations to food banks decline dramatically. With children away from school and school breakfast programs, food drives in the summertime are necessary to increase raise donations. <LOCATION NAME> will be a drop-off point for donations of desired food items such as canned fish, baby food and formula, canned fruit and vegetables, canned soup, stew, chili and beans, peanut butter, pasta, rice and cereal.

Our community work is driven by a simple mission and core values: We aim to be a leader in our community through our integrity, teamwork, communication, compassion and creativity. Among our hallmark events we celebrate Memorial Day, Mothers' Day, Fathers' Day, and Veterans Day.

---

1. Household Food Security in the United States, 2002 ERS Food Assistance and Nutrition Research Report No. (FANRR) 35, United States Department of Agriculture, October 2003.

ALD009003

&lt;Date&gt;

&lt;Location name&gt;
&lt;Address&gt;

Dear &lt;name&gt;

I am writing to thank you for attending our recent &lt;community event&gt;. We appreciate your interest in sharing our event with the community. Your support of &lt;location name&gt; helped make the event a successful one.

In the future, please feel free to contact me should you have any need for a comment or background information on issues related to funeral and cemetery services.

I look forward to working with you in the future and hope to see you again soon.

Sincerely,

&lt;name, position, location&gt;

ALD009004

# <u>HANDOUTS</u>

ALD009005

# Determining Which Approach

| | |
|---|---|
| **Public Relations** | Use when:<br>• Three or more locations are coordinating their efforts to execute a common Community Event<br><br>• The media is seeking out any perceived negative stories.<br><br>In both cases contact Corporate Communications at 1-800-347-7010 |
| **Media Relations** | Use when the goal is to publicize a Community Event through the local media and the event is newsworthy. |
| **Advertising** | Use when the Funeral Home or Cemetery has the budget to pay for space in one of the local media outlets to publicize the Community Event. |

ALD009006

Sample of Contact Sheet In Local Newspaper



ALD009007

# Sample Local Television Website



ALD009008

## Questions for Preparing A Key Message

When planning your key message, you should have an objective.
Do you want to?

- Inform people about an upcoming Event?
- Educate people about your services?
- Persuade people to attend an upcoming Event?
- Raise the Community's awareness, pique their interest, get their attention and support about something?
- Or, do you want to influence their behavior and actually have them participate and purchase a pre-need service?

ALD009009

# Timelines For Distributing Media Alerts.

Distribute the Media Alert in a timely manner.

Monthly Publications:
- Eight weeks in advance of the Event.

Weekly Publications:
- Two to three weeks in advance of the Event.

Daily Publications:
- Three to five days in advance of the Event.

Weekly Television/ Radio Programs:
- Two to three weeks in advance of the Event.

Daily Television/ Radio Programs:
- Three to five days in advance of the Event.

Community Calendars For Any Media Outlet:
- Eight weeks in advance of the Event.

ALD009010

# Assembling A Media Kit

When assembling a Media Kit"

Include:

- Media Alert, previously distributed
- Location Fact Sheet
- Event Fact Sheet
- Previous media clippings that feature the Funeral Home or Cemetery in a positive manner.

Do NOT Include:

- Media clippings that feature the Funeral Home or Cemetery in a negative manner
- Blank business contracts or other unrelated material to the event

ALD009011

# Guidelines for Speaking with Media  ALDERWⵔODS·
GROUP

Below are some guidelines for conversations you have with and around reporters that attend your event.

## 1) Don't Feel Obligated to Give an Answer

If you don't know the answer to a question, simply say you don't know, but you will find out.

Likewise, if at any time you have a concern regarding the direction of a conversation with a member of the press, you may suggest they redirect their questions to the Alderwoods Public Relations department.

## 2) Don't Discuss Confidential Information

If you have some doubt about whether you can discuss a statistic or a piece of information in response to a question, please inform the reporter that you are not sure if that information can be discussed publicly and suggest that they speak with the Public Relations department.

Some examples of information that should not be discussed are:
- Information including location, market or company financial targets or financial results.
- Speculation on future company performance, future share price performance, potential acquisitions or divestitures.
- Competitors in detail or within a disparaging context

## 3) Don't Comment on Rumors

You may be asked to comment on rumors about the company. The answer is to say, good-naturedly but firmly, "It is our policy not to comment on rumors." That should be the end of the discussion.

## 4) Watch Your Casual Conversations

Confidential matters should not be discussed in places where the discussion may be overheard, such as elevators, hallways, or taxis.

## 5) Keep Your Files Safe

If you will have any documents and files containing confidential information at this event, please do not leave them lying around where they could be read.

Please feel free to refer reporters to Alderwoods Public Relations:
Meline Beach
Manager, Media & Communications
Phone: 866-238-7906
Cell: 416-904-0772
Email: meline.beach@alderwoods.com

ALD009012

# Sample Online Article



ALD009013

# Tools For Events Knowledge Test

Name: _____

Date: _____

*Read each question carefully, then write T (true) or F (false) on the line next to the question.*

1. _____ The Message worksheet is used to prepare what the Location Spokesperson will say to the Media when they attend an Event.

2. _____ Media Relations is viewed as a biased opinion by the Community.

3. _____ All of the templates that are used for Media Relations are found on BrandMuscle.

4. _____ The Location Fact Sheet will provide the Media with general information and contact information about the Funeral Home or Cemetery.

5. _____ In order for Media Relations to be successful, your Event should be Newsworthy.

6. _____ An example of a newsworthy event is, a Funeral Home had its roof replaced.

7. _____ A Media Alert is used to communicate a newsworthy Event to local media outlets.

8. _____ A Media Kit should be mailed to each member of the media on your Media List.

ALD009014

# Tools For Events Knowledge Test

Name: _____

Date: _____

*Read each question carefully, then write T (true) or F (false) on the line next to the question.*

1. _____ The Message worksheet is used to prepare what the Location Spokesperson will say to the Media when they attend an Event.

2. _____ Media Relations is viewed as a biased opinion by the Community.

3. _____ All of the templates that are used for Media Relations are found on BrandMuscle.

4. _____ The Location Fact Sheet will provide the Media with general information and contact information about the Funeral Home or Cemetery

5. _____ In order for Media Relations to be successful, your Event should be Newsworthy.

6. _____ An example of a newsworthy event is, a Funeral Home had its roof replaced.

7. _____ A Media Alert is used to communicate a newsworthy Event to local media outlets.

8. _____ A Media Kit should be mailed to each member of the media on your Media List.

ALD009015