# EXHIBIT 15

 **Vicki Clark**
03/13/2006 11:23 AM

To: Rick Scully/Alderwoods@Alderwoods, Ron Collins/Alderwoods@Alderwoods, Katie Leahy/Alderwoods@Alderwoods.
cc: Ralph Delgatto/Alderwoods@Alderwoods, Bruce Cumming/Alderwoods@Alderwoods, Greg MacDonald/Alderwoods@Alderwoods, Peter Wiesner/Alderwoods@Alderwoods, Gary Toye/Alderwoods@Alderwoods, John Blute/Alderwoods@Alderwoods, Jackie Keranovic/Alderwoods, Sylvia Smith/Alderwoods@Alderwoods, Sue Posipanko/Alderwoods@Alderwoods, Diane Zierau/Alderwoods@Alderwoods, Margaret McDonald/Alderwoods@Alderwoods, Margaret Terzo/Alderwoods@Alderwoods
Subject: Community Events & Influencer Tracking

                

Community Influencer Tracking _NE 2006.xls   Community Events Tracking _NE 2006.xls   Community Influencer Tracking _CA 2006.xls



Community Events Tracking _CA 2006.xls

Vicki Clark
Alderwoods Group
Canada & Northeast USA
Tel: (513) 768-7446  Efax: (604) 456-6144
vicki.clark@alderwoods.com

ALD006093

Case3:08-cv-01184-SI   Document258-3   Filed07/27/10   Page3 of 54

Community Event Tracking Report

ALD006094

NORTHEAST

| | | Number of Community Events/Programs/Activities | | | | | | | | | | | | |
| | P1 29-Jan | P2 28-Feb | P3 28-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NE-RGM1 New England-PA-WV | 20 | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NE-RGM2 NY State | 80 | 104 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NE-RGM3 Mid Atlantic | 38 | 80 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NE-RGM4 Carolinas | 20 | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | | | | | | | | | | | | | |

| Balance of Activities Planned for 2008 |
|---|
| 0 |
| 0 |
| 0 |
| 0 |

ALD006095

Community Event Tracking Report

NER&MT New England-PA-WV

| | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Balance of Activities Planned for 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NE01 SPRINGFIELD | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NE02 BOSTON | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NE03 CAPE COD MA | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NE04 PROVIDENCE | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NE05 NEW HAMPSHIRE | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NE12 CLARKSBURG WV | 5 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NE14 PITTSBURGH PA | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NE17 HARRISBURG PA | 7 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

Number of Community Events/Programs/Activities

Community Event Tracking Report

ALD006096

NB1 SPRINGFIELD

| | Number of Community Events/Programs/Activities | | | | | | | | | | | | | | Balance of Activities Planned for 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P1 26-Jan | P2 28-Feb | P3 28-Mar | P4 25-Apr | P5 21-May | P6 19-Jun | P7 18-Jul | P8 13-Aug | P9 13-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Total | |
| 2629 - BYRONS FUNERAL HOME | 1 | 2 | | | | | | | | | | | | | |
| 2735 - HAFEY FUNERAL SERVICE | | 1 | | | | | | | | | | | | | |
| 3408 - RATELL FUNERAL HOME | 1 | 2 | | | | | | | | | | | | | |
| 3862 - HAFEY FS-EAST LONGMEADOW | 1 | 1 | | | | | | | | | | | | | |
| 3385 - CITY BURIAL & CREMATION | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | | n/a |
| Total | | | | | | | | | | | | | | | |

Community Event Tracking Report

NE02 BOSTON

| | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P15 31-Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of Community Events/Program/Activities | | | | | | | | | |
| 2932 - ERNEST A. RICHARDSON F.HOME | 0 | 0 | | | | | | | | | | | | |
| 3203 - CUFFEMCGINN FUNERAL HOME,INC | 1 | 1 | | | | | | | | | | | | |
| 2879 - GAFFEY-MEDFYORD FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |
| 3434 - ARLINGTON FUNERAL HOME-MA | | | | | | | | | | | | | | |
| 3470 - AMERICAN BURIAL & CREM (MA) | | | | | | | | | | | | | | |

Balance of Activities Planned for 2008

ALD006097

ALD006098

Community Event Tracking Report

NB00 CAPE COD MA

| | Number of Community Events/Programs/Activities | | | | | | | | | | | | | Balance of Activities Planned for 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 6-Nov | P12 3-Dec | P13 31-Dec | |
| 2811 - DOANE-HYANNIS FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |
| 2813 - DOANE-HARWICH/CHEATON F. HOME | 0 | 0 | | | | | | | | | | | | |
| 2814 - DOANE-SOUTH DENNIS F. HOME | 1 | 1 | | | | | | | | | | | | |
| 2815 - DOANE-ORLEANS FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |
| 2816 - DOANE-CHATHAM FUNERAL HOME | 1 | 1 | | | | | | | | | | | | |
| 2817 - DOANE-NYE/FLEET FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | |

ALD006099

Community Event Tracking Report

NEW PROVIDENCE

| | P1 28-Jan | P2 28-Feb | P3 28-Mar | P4 25-Apr | P5 21-May | P6 19-Jun | P7 18-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of Community Events/Programs/Activities | | | | | | | | | |
| 3137 - PONTARELLI - MARINO FH, INC. | 1 | 0 | | | | | | | | | | | | |
| 3464 - WILBUR-ROMANO FUNERAL HOME | 1 | 1 | | | | | | | | | | | | |
| 3627 - ROMANO FUNERAL HOME | 0 | 1 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

| Balance of Activities Planned for 2008 |
|---|
| |
| |
| |
| |

Community Event Tracking Report

NE03 NEW HAMPSHIRE

| | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | | Balance of Activities Planned for 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Number of Community Events/Programs/Activities | | | | | | | | |
| 2792 - MCHUGH F.H & CREMATION SERVICE | 0 | | | | | | | | | | | | | | |
| 3004 - ZIS-SWEENEY FH & CREM SERV | 0 | 1 | | | | | | | | | | | | | |
| 5559 - GOUHCREY FUNERAL HOME | 0 | 1 | | | | | | | | | | | | | |
| 5584 - ST. LAURENY F.H & CREM SERVICE | 0 | 1 | | | | | | | | | | | | | |

ALD006100

Community Event Tracking Report

NE#2 CLARKSBURG WV

| | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2789 - PUDCREEY FUNERAL HOME | 1 | 1 | | | | | | | | | | | |
| 2883 - DAVIS FUNERAL HOMES | 1 | 1 | | | | | | | | | | | |
| 3884 - DAVIS - GRAFTON | 1 | 1 | | | | | | | | | | | |

Balance of Activities Planned for 2006

ALD006101

ALD006102

Community Event Tracking Report

NE/4 PITTSBURGH PA

| | P1 28-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | | Balance of Activities Planned for 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3397 - BURTON L. HIRSCH FUNERAL HOME | | 0 | | | | | | | | | | | | | |
| 3455 - H.P. BRANDT FUNERAL HOME | | 1 | | | | | | | | | | | | | |
| 3468 - H. SAMSON, INC. | 1 | | | | | | | | | | | | | | |

Number of Community Events/Programs/Activities

Community Event Tracking Report

NET7 HARRISBURG PA

| | P1 26-Jan | P2 23-Feb | P3 28-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 4-Nov | P12 3-Dec | P13 31-Dec | Balance of Activities Planned for 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3103 - ALLEVA FUNERAL HOME | 1 | 4 | | | | | | | | | | | | |
| 2724 - NEILL F.HOME-HARRISBURG | 4 | 4 | | | | | | | | | | | | |
| 5051 - NEILL FUNERAL HOME-CAMP HILL | 2 | 1 | | | | | | | | | | | | |
| 2824 - REESE FUNERAL HOME | | 0 | | | | | | | | | | | | |

ALD006103

Community Event Tracking Report

NE-RGM2 NY State

ALD008104

### Number of Community Events/Programs/Activities

| | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NE09 LONG ISLAND/QUEENS NY | 22 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| NE07 BROOKLYN-BRONX NY | 1 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| NE08 HUDSON VALLEY | 13 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| NE09 WESTERN NY | 43 | 48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| NE7 UPPER NY | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

### Balance of Activities Planned for 2008

| |
|---|
| 0 |
| 0 |
| 0 |
| 0 |
| 0 |

ALD006105

Community Event Tracking Report

NE66 LONG ISLAND/QUEENS NY

| | | | | | | | Number of Community Events/Programs/Activities | | | | | | | | Balance of Activities Planned for 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P1 26-Jan | P2 23-Feb | P3 20-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 17-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 6-Nov | P12 3-Dec | P13 31-Dec | Total | |
| 2931 - JAMES FUNERAL HOME, INC. | 0 | | | | | | | | | | | | | 0 | |
| 3217 - KENNEDY-ROTH FUNERAL HOME | | | | | | | | | | | | | | | |
| 3560 - JAMES J. STOUT FUNERAL HOME | | | | | | | | | | | | | | | |
| 3660 - SENSIBLE ALTERNATIVES | | | | | | | | | | | | | | | |
| 3770 - LANG-TOBIA-DIPALMA F.HOME | 3 | 1 | | | | | | | | | | | | 4 | |
| 3975 - LANG-TOBIA-DI PALMA FH-ISLIP | | | | | | | | | | | | | | 3 | |
| 3594 - STUTZMANN-QUEENS VILLAGE | 6 | 11 | | | | | | | | | | | | 17 | |
| 3042 - STUTZMANN - NEW HYDE PARK | | | | | | | | | | | | | | | |
| 2844 - WAGNER HICKSVILLE FUNERAL HOME | 10 | -3 | | | | | | | | | | | | 8 | |
| 2845 - VERNON C. WAGNER F.HOMES,INC | | | | | | | | | | | | | | | |
| Total | 22 | | | | | 0 | 0 | 0 | 0 | 0 | | | | 33 | |

Case3:08-cv-01184-SI   Document258-3   Filed07/27/10   Page15 of 54

ALD006106

Community Event Tracking Report

NEW BROOKLYN-BRONX NY

| | P1 29-Jan | P2 29-Feb | P3 28-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Total | Balance of Activities Planned for 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2323 - DUFFY FUNERAL HOME | 1 | | | | | | | | | | | | | | |
| 3085 - N.J. SMITH SONS, INC. | | 1 | | | | | | | | | | | | | |
| 3433 - JOHN J. HEALEY FUNERAL HOME | | | | | | | | | | | | | | | |
| 3504 - LOUIS HIRSCH & SONS, INC. | | 4 | | | | | | | | | | | | | |
| 3512 - YABLOKOFF KINGSWAY MEM CHAPEL | | 10 | | | | | | | | | | | | | |
| 3664 - JOHN DORMI & SONS, INC. | | 2 | | | | | | | | | | | | | |
| 3666 - CUSHMAN & RUSSO, INC. | | 8 | | | | | | | | | | | | | |

ALD006107

Community Event Tracking Report

NE09 HUDSON VALLEY

| | P1 28-Jan | P2 20-Feb | P3 20-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 17-Jul | P8 13-Aug | P9 (18-Sep) | P10 9-Oct | P11 6-Nov | P12 3-Dec | P13 31-Dec | Total | Balance of Activities Planned for 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3082 - WANAMAKER & CARLOUGH FUNERAL HOME | 1 | 0 | | | | | | | | | | | | | |
| 3214 - COLON FUNERAL HOME, INC. | 1 | 3 | | | | | | | | | | | | | |
| 3099 - FERGUSON FUNERAL HOME | 2 | 5 | | | | | | | | | | | | | |
| 3663 - BRAGACCINO COMMUNITY FH | 0 | 1 | | | | | | | | | | | | | |
| 3212 - EDWARD F. CARTER, INC. F.HOME | 3 | 3 | | | | | | | | | | | | | |
| 3660 - EDWARD F. CARTER-CROTON | 0 | 0 | | | | | | | | | | | | | |
| 3272 - LEAHY FUNERAL HOME | 8 | 4 | | | | | | | | | | | | | |
| 3332 - DUCKETT FUNERAL HOME | 0 | 0 | | | | | | | | | | | | | |
| 2948 - MCGOWAN SONS - CONGERS | 0 | 0 | | | | | | | | | | | | | |
| 3017 - MCGOWAN SONS - HAVERSTRAW | 0 | 0 | | | | | | | | | | | | | |
| 3591 - T.J MCGOWAN F.H - GARNERVILLE | | | | | | | | | | | | | | | |

Community Event Tracking Report

ALD006108

NEW WESTERN KY

| | Number of Community Events/Programs/Activities | | | | | | | | | | | | | | Balance of Activities Planned for 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P1 28-Jan | P2 25-Feb | P3 25-Mar | P4 22-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Total | |
| 3095 - WEEKS FUNERAL HOMES | 0 | 0 | | | | | | | | | | | | 0 | |
| 3526 - DEVANEY-BENNETT FUNERAL HOME | 31 | 31 | | | | | | | | | | | | 62 | |
| 2918 - CARPENTER FUNERAL HOME | 12 | 15 | | | | | | | | | | | | 27 | |
| 3522 - BALLARD AND LINDONEN FH | | | | | | | | | | | | | | 0 | |
| 3603 - RIRLEY FUNERAL HOME | | | | | | | | | | | | | | 0 | |
| 3676 - HILLS FUNERAL HOME | | | | | | | | | | | | | | 0 | |
| Total | | | | | | | | | | | | | | | |

Note: 2008 Business Providers: 3095, 3603 & 3676

Community Event Tracking Report

NEW UPPER NY

| | | Number of Community Events/Programs/Activities | | | | | | | | | | | | | Status of Activities Planned for 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | YTD | |
| 3519 - O'NEILL-REDDEN-DROWN F/HOME | 1 | | | | | | | | | | | | | | |
| 3539 - DROWN & STRACK MEMORIALISTS | | | | | | | | | | | | | | | |
| 3658 - EF DROWN FS-ELLENBURG DEPOT | | | | | | | | | | | | | | | |
| 3703 - EF DROWN FH-MOOERS | | 1 | | | | | | | | | | | | | |
| 3704 - EF DROWN FH-CHAMPLAIN | | | | | | | | | | | | | | | |
| 3705 - LYON MOUNTAIN FUNERAL HOME | | | | | | | | | | | | | | | |
| 3625 - DROWN-WCOD FOREST NAT'L PET CEM | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | |

ALD006109

Community Event Tracking Report

NE/RGM3 Mid Atlantic

| | Number of Community Events/Programs/Activities | | | | | | | | | | | | | | Balance of Activities Planned for 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P1 2-Jan | P2 29-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | | |
| NE1C CENTRAL VA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| NE1B NORTHERN NC | 38 | 49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| NE1B NORTHERN VA & MARYLAND | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |

ALD008110

Community Event Tracking Report

NE10 CENTRAL VA

| | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Balance of Activities Planned for 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2788 - HOWELL FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |
| 2824 - LYNCH FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |
| 2829 - LOMAX FUNERAL HOME INC. | 0 | 0 | | | | | | | | | | | | |
| 3134 - WILLIAMS FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |
| 3332 - BOB MILLER FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |
| 2880 - COLLINS FUNERAL SERVICES | 0 | 0 | | | | | | | | | | | | |
| 2881 - McKEE-STONE FUNERAL SERVICES | 0 | 0 | | | | | | | | | | | | |
| 3232 - COMMUNITY FUNERAL SERVICES | 0 | 0 | | | | | | | | | | | | |
| 3393 - DUGUID FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |
| 3589 - DUGUID FH-TIMBERLAKE RD | 0 | 0 | | | | | | | | | | | | |
| 2972 - LINDSEY FUNERAL HOMES, INC. | 0 | 0 | | | | | | | | | | | | |
| 3556 - KYGER FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |

ALD006111

Community Event Tracking Report

ALD006112

NEI9 NORTHERN NC

| | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Balance of Activities Planned for 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Number of Community Events/Programs/Activities | | | | | | |
| 2739 - PYRACDIG-HIGH FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |
| 2804 - LOFLIN FUNERAL HOME | 1 | 5 | | | | | | | | | | | | |
| 2697 - HANES-LINEBERRY SEDGEFIELD | 1 | 2 | | | | | | | | | | | | |
| 2919 - WESTMINSTER GARDENS MAUS CREM | 0 | 1 | | | | | | | | | | | | |
| 2020 - GUILFORD MEMORIAL PARK | 0 | 2 | | | | | | | | | | | | |
| 2021 - CAROLINA BIBLICAL CEMETERY | 0 | 0 | | | | | | | | | | | | |
| 2221 - RALEIGH MEMORIAL PARK | 0 | Included with 2895 | | | | | | | | | | | | |
| 3054 - BUNCH-JOHNSON FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |
| 3558 - REAVIS FH-HARMONY CHAPEL | 0 | 0 | | | | | | | | | | | | |
| 2746 - LINEBERRY-N.ELM/VANSTORY F.H. | 1 | 1 | | | | | | | | | | | | |
| 2743 - LINEBERRY FUNERAL HOMES | 15 | 28 | | | | | | | | | | | | |
| 3731 - SENSIBLE ALTERNATIVES | 0 | 0 | | | | | | | | | | | | |
| 2741 - MITCHELL FUNERAL HOME | 8 | Included with 2885 | | | | | | | | | | | | |
| 2742 - RALEIGH CREMATORIUM | 0 | 0 | | | | | | | | | | | | |
| 2885 - MITCHELL FH AT RALEIGH MEM PARK | 12 | 10 | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | |

Community Event Tracking Report

NE#9 NORTHERN VA & MARYLAND

| | P1 29-Jan | P2 26-Feb | P3 25-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Balance of Activities Planned for 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3123 - HARRELL FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |
| 3131 - BUCKTROUT FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |
| 3343 - LEE FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |
| 3344 - ROBERT EVANS FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |
| 3364 - WOODWARD FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |
| 3399 - ARLINGTON FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |
| 3407 - LACY FUNERAL HOME | 0 | 0 | | | | | | | | | | | | |
| 3560 - HUNT'T FUNERAL HOME, INC. | 0 | 1 | | | | | | | | | | | | |
| 3920 - SENSIBLE ALTERNATIVES OF VA | 0 | 0 | | | | | | | | | | | | |
| 3038 - MULLINS & THOMPSON F HOME | 0 | 0 | | | | | | | | | | | | |
| 3039 - MULLINS - STAFFORD | 0 | 0 | | | | | | | | | | | | |
| 3040 - MULLINS-SPOTSYLVANIA CHAPEL | 0 | 0 | | | | | | | | | | | | |

Number of Community Events/Programs/Activities

ALD006113

ALD006114

Community Event Tracking Report

NERGM Carolinas

| | Number of Community Events/Programs/Activities | | | | | | | | | | | | | Balance of Activities Planned for 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | |
| NE20 SOUTHERN NC | 11 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NE21 NORTHERN SC | 7 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NE22 CENTRAL SC | 2 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NE23 CHARLOTTE NC | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NE24 GASTON COUNTY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | | | | | | | | | | | | | | 0 |

Community Event Tracking Report

ALD006115

NEDI SOUTHERN NC

| | P1 29-Jan | P2 26-Feb | P3 31-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Total | Balance of Activities Planned for 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Number of Community Events/Programs/Activities | | | | | | | | |
| 2803 - BIGGS FUNERAL HOME (NC) | 0 | 0 | | | | | | | | | | | | | |
| 2649 - MARKS FUNERAL HOME | | 0 | | | | | | | | | | | | | |
| 2615 - MCNEILL FUNERAL HOME, INC | 0 | 0 | | | | | | | | | | | | | |
| 3079 - LEWIS FUNERAL HOME, INC. | 3 | 1 | | | | | | | | | | | | | |
| 3129 - REEVES FUNERAL HOME INC. | 0 | 0 | | | | | | | | | | | | | |
| 2216 - CUMBERLAND MEMORIAL GARDENS | 0 | 0 | | | | | | | | | | | | | |
| 2894 - BIGGS FUNERAL HOME-WILLIAMSTON | 0 | 0 | | | | | | | | | | | | | |
| 2960 - BIGGS FUNERAL HOME-ROBERDSON | 0 | 0 | | | | | | | | | | | | | |
| 3068 - MARTIN MEMORIAL GARDENS, INC. | 0 | 0 | | | | | | | | | | | | | |
| 2809 - GARRETT'S FH - AHOSKIE | 0 | 0 | | | | | | | | | | | | | |
| 2841 - GARRETT'S FH - M/H FRIESSBORO | 0 | 0 | | | | | | | | | | | | | |

Community Event Tracking Report

NE21 NORTHERN SC

| | \multicolumn{14}{c}{Number of Community Events/Programs/Activities} |
| | P1 28-Jan | P2 25-Feb | P3 25-Mar | P4 22-Apr | P5 20-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2871 - MAHAFFEY FUNERAL HOME | 3 | 4 | | | | | | | | | | | | |
| 2209 - GRACELAND EAST | 0 | 0 | | | | | | | | | | | | |
| 5790 - ROCK HILL MEMORIAL GARDENS INC | 0 | 0 | | | | | | | | | | | | |
| 2874 - BASS FUNERAL HOME | 7 | 7 | | | | | | | | | | | | |
| 3562 - CAUTHEN FUNERAL HOME | 7 | 7 | | | | | | | | | | | | |
| 5538 - CAUTHEN FUNERAL HOME | 2 | 2 | | | | | | | | | | | | |
| 3655 - CAUTHEN/THE RICHLAND ST | 2 | 2 | | | | | | | | | | | | |
| 5708 - CAUTHEN'S FLOWER SHOP | | | | | | | | | | | | | | |

Balance of Activities Planned for 2008

ALD006116

Community Event Tracking Report

NIRZ CENTRAL SC

| | | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Total | Balance of Activities Planned for 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Number of Community Events/Programs/Activities | | | | | | | |
| 2028 - BUSH RIVER MEMORIAL | | 0 | 0 | | | | | | | | | | | | | |
| 2073 - SOUTHLAND NEW GRONS & MAUS INC | | 0 | 0 | | | | | | | | | | | | | |
| 2074 - SUNSET-FLORENCE COUNTY | | 0 | 0 | | | | | | | | | | | | | |
| 5694 - ELMWOOD CEMETERY AND GARDENS | | 0 | 0 | | | | | | | | | | | | | |
| 2930 - CAUGHMAN-HARMON-RMO | | 7 | 0 | | | | | | | | | | | | | |
| 3708 - CAUGHMAN-HARMAN FH-CHAPIN | | 7 | 1 | | | | | | | | | | | | | |
| 2693 - CAUGHMAN-HARMON LEXINGTON | | 7 | 6 | | | | | | | | | | | | | |
| 3733 - CAUGHMAN-HARMON FUNERAL HOME | | 2 | 2 | | | | | | | | | | | | | |
| 7294 | | | | | | | | | | | | | | | | |

ALD006117

Community Event Tracking Report

AI_D006118

NE21 CHARLOTTE,NC

| | | | | | Number of Community Events/Programs/Activities | | | | | | | | | | Balance of Activities Planned for 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P1 29-Jan | P2 25-Feb | P3 25-Mar | P4 22-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Total | |
| 2887 - HANKINS-WHITTINGTON FNRL HOME | 0 | 2 | | | | | | | | | | | | | |
| 2988 - MCEWEN FUNERAL HOME | 0 | 0 | | | | | | | | | | | | | |
| 2029 - FOREST LAWN WEST CEMETERY | 0 | 0 | | | | | | | | | | | | | |
| 2059 - YORK MEMORIAL PARK | 0 | 0 | | | | | | | | | | | | | |
| 2853 - WILSON FUNERAL SERVICE, INC. | 0 | 0 | | | | | | | | | | | | | |
| 3725 - HANKINS & WHITTINGTON FUNERAL HOME | 0 | 0 | | | | | | | | | | | | | |

ALD006119

Community Event Tracking Report

NEA GASTON COUNTY

| | P1 25-Jan | P2 25-Feb | P3 25-Mar | P4 22-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 - GASTON MEMORIAL PARKS | 0 | 0 | | | | | | | | | | | | 0 |
| 2044 - HILLCREST MEMORIAL INCI (GROUPED W/2007) | | | | | | | | | | | | | | |
| 2045 - WESTVIEW MEMORIAL (GROUPED W/2007) | 0 | 0 | | | | | | | | | | | | 0 |
| 5788 - FREDERICK MEMORIAL GARDENS | 0 | 0 | | | | | | | | | | | | 0 |
| 2653 - CAROTHERS FUNERAL HOMES | 0 | 0 | | | | | | | | | | | | 0 |
| 2654 - COASTONIA FUNERAL HOME | 0 | 0 | | | | | | | | | | | | 0 |
| 2655 - COALLAAS FUNERAL HOME | 0 | 0 | | | | | | | | | | | | 0 |
| 2656 - CISTANLEY FUNERAL HOME | 0 | 0 | | | | | | | | | | | | 0 |
| 2657 - CMT HOLLY FUNERAL HOME | 0 | 0 | | | | | | | | | | | | 0 |
| 2659 - CHELMONT FUNERAL HOME | 0 | 0 | | | | | | | | | | | | 0 |
| 3544 - SHUFORD HATCHER FUNERAL HOME | 0 | 0 | | | | | | | | | | | | 0 |
| 3734 - SHUFORD-HATCHER FUNERAL HOME (w/3544) | 0 | 0 | | | | | | | | | | | | 0 |

Community Influencer Tracking Report

NORTHEAST

| | Number Influencers | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **Contacts Made** | | | | | | | |
| NE-RGM1 New England-PA-WV | 341 | 70 | 69 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 139 |
| NE-RGM2 NY State | 306 | 133 | 161 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 294 |
| NE-RGM3 Mid Atlantic | 521 | 95 | 98 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 193 |
| NE-RGM4 Carolinas | 188 | 20 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 42 |
| Total | | | | | | | | | | | | | | | 668 |

ALD006120

Community Influencer Tracking Report

NE-RGM1 New England-PA-WV

| | Number Influencers | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Contacts Made | | | | | | | | |
| NE01 SPRINGFIELD | 11 | 9 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 |
| NE02 BOSTON | 25 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| NE03 CAPE COD MA | 42 | 4 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| NE04 PROVIDENCE | 18 | 13 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| NE05 NEW HAMPSHIRE | 19 | 15 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 |
| NE12 CLARKSBURG WV | 114 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| NE14 PITTSBURGH PA | 50 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| NE17 HARRISBURG PA | 62 | 15 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| Total | 341 | 70 | 69 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 139 |

NOTES: Contacts is the number of influencers you have identified as "influencers" within your market.

ALD006121

ALD006122

Community Influencer Tracking Report

NEW SPRINGFIELD

| Influencers | Number | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 30-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1293 - STROUSS FUNERAL HOME | 7 | 5 | 4 | | | | | | | | | | | | |
| 2738 - HAFEY FUNERAL SERVICE (south/jct w/626) | | | | | | | | | | | | | | | |
| 3361 - CITY BURIAL & CREMATION | | | 3 | | | | | | | | | | | | |
| 3406 - RATELL FUNERAL HOME | 4 | 4 | 2 | | | | | | | | | | | | |
| 5682 - HAFEY FS-EAST LONGMEADOW | 0 | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | |

Community Influenzar Tracking Report

NE22 BOSTON

| | Number Influencers | Contacts Made | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 6-Nov | P12 3-Dec | P13 31-Dec |
| 2352 - ERNEST A. RICHARDSON F. HOME | 8 | 0 | | | | | | | | | | | | |
| 3203 - CUFFE-MCGINN FUNERAL HOME, INC | 11 | 0 | 2 | | | | | | | | | | | |
| 2878 - GAFFEY-MEDFORD FUNERAL HOME | 6 | 0 | 0 | | | | | | | | | | | |
| 3454 - ARLINGTON FUNERAL HOME-MA | | 0 | | | | | | | | | | | | |
| 3470 - AMERICAN BURIAL & CREM (MA) | | | | | | | | | | | | | | |
| Total | 25 | 0 | | | | | | | | | | | | |

ALD006123

Community Influencer Tracking Report

ALD006124

NEG3 CAPE COD MA.

| | Number Influencers | Contacts Made | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | P1 29-Jan | P2 28-Feb | P3 28-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | |
| 2811 - DOANE-HYANNIS FUNERAL HOME | 25 | 3 | | | | | | | | | | | | | 3 |
| 2913 - DOANE-HARWICH-HEATON F. HOME | 6 | 1 | 0 | | | | | | | | | | | | 0 |
| 2914 - DOANE-SOUTH DENNIS F. HOME | 0 | 0 | 0 | | | | | | | | | | | | 0 |
| 2915 - DOANE-SEMANS FUNERAL HOME | 11 | 0 | 6 | | | | | | | | | | | | 6 |
| 2916 - DOANE-CHATHAM FUNERAL HOME | | | 0 | | | | | | | | | | | | 0 |
| 2917 - DOANE-WOLF GREY FUNERAL HOME | | | | | | | | | | | | | | | 0 |
| Total | 32 | 4 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Community Influencer Tracking Report

NEW PROVIDENCE

| | Number Influencers | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3157 - PONTARELLI - MARINO FH, INC. | 6 | 4 | 3 | | | | | | | | | | | | |
| | | Sold | | | | | | | | | | | | | |
| 3464 - WILBUR-ROMANO FUNERAL HOME | 7 | 4 | 4 | | | | | | | | | | | | |
| 3927 - ROMANO FUNERAL HOME | 6 | 6 | 4 | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | |

ALD006125

ALD006126

Community Influencer Tracking Report

NE06 NEW HAMPSHIRE

| | Number Influencers | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2740 - MCHUGH F.H & CREMATION SERVICE | 7 | 4 | 5 | | | | | | | | | | | | 9 |
| 3204 - ZIS-SWEENEY FH & CREM SERV | | | | | | | | | | | | | | | |
| 3558 - GOUNDREY FUNERAL HOME | 6 | 5 | 6 | | | | | | | | | | | | |
| 3584 - ST-LAURENT FH & CREM SERVICE | 8 | 8 | 4 | | | | | | | | | | | | 10 |
| Total | | | | | | | | | | | | | | 0 | |

ALD006127

Community Influencer Tracking Report

NE12 CLARKSBURG WV

| | Number Influencers | Contacts Made | | | | | | | | | | | | | Total |
| | | P1 20-Jan | P2 25-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2789 - PIDCORBEY FUNERAL HOME | 27 | 3 | 3 | | | | | | | | | | | | |
| 2860 - DAVIS FUNERAL HOMES | 67 | 8 | 6 | | | | | | | | | | | | |
| 3066 - DAVIS - GRAFTON | 20 | 1 | 1 | | | | | | | | | | | | |
| Total | 114 | | | | | | | | | | | | | | |

Community Influencer Tracking Report

NEI4 PITTSBURGH PA

ALD006128

| | Number Influencers | Contacts Made | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | P1 23-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 6-Nov | P12 3-Dec | P13 31-Dec |
| 3387 - BURTON L HIRSCH FUNERAL HOME | 27 | 1 | 1 | | | | | | | | | | | |
| 3485 - H.P. BRANDT FUNERAL HOME | 22 | 3 | 3 | | | | | | | | | | | |
| 3486 - H. SAMSON, INC. | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

Community Influencer Tracking Report

NE17 HARRISBURG PA

| | Number Influencers | Contacts Made | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | P1 29-Jan | P2 26-Feb | P3 29-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 6-Nov | P12 3-Dec | P13 31-Dec |
| 3103 - ALLEVA FUNERAL HOME | 25 | 4 | 2 | | | | | | | | | | | |
| 2724 - NEILL F.HOME-HARRISBURG | 25 | 10 | 3 | | | | | | | | | | | |
| 3043 - NEILL FUNERAL HOME-CAMP HILL | 12 | 1 | 0 | | | | | | | | | | | |
| 2824 - REESE FUNERAL HOME | | 0 | 0 | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | |

ALD006129

Community Influencer Tracking Report

NE-RGM2 NY State

| | Number Influencers | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Contacts Made | | | | | | | | | |
| NE06 LONG ISLAND/QUEENS NY | 79 | 34 | 35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 69 |
| NE07 BROOKLYN-BRONX NY | 91 | 26 | 35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 66 |
| NE08 HUDSON VALLEY | 57 | 37 | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 82 |
| NE09 WESTERN NY | 37 | 22 | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 49 |
| NE07 UPPER NY | 42 | 14 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 33 |
| Total | | | | | | | | | | | | | | | 299 |

ALD006130

ALD006131

Community Influencer Tracking Report

NEW LONG ISLAND/QUEENS NY

| | Number Influencers | P1 23-Jan | P2 26-Feb | P3 25-Mar | P4 23-Apr | P5 21-May | Contacts Made P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2831 - JAMES FUNERAL HOME, INC. | 15 | | 9 | | | | | | | | | | | | 9 |
| 3117 - KENNEDY-ROTH FUNERAL HOME | 5 | 3 | 3 | | | | | | | | | | | | 6 |
| 3589 - JAMES J. STOUT FUNERAL HOME | 6 | | 2 | | | | | | | | | | | | 2 |
| 3696 - SENSIBLE ALTERNATIVES | | | | | | | | | | | | | | | 0 |
| 3070 - LANG/TOBIA-DIPALMA F.HOME | 14 | 6 | 6 | | | | | | | | | | | | 12 |
| 3676 - LANG/TOBIA-DI PALMA FH-ISLIP | | | | | | | | | | | | | | | 0 |
| 2944 - STUTZMANN-QUEENS VILLAGE | 18 | 6 | 6 | | | | | | | | | | | | 11 |
| 3042 - STUTZMANN - NEW HYDE PARK | | | | | | | | | | | | | | | 0 |
| 2844 - WAGNER HICKSVILLE FUNERAL HOME | 26 | 20 | 9 | | | | | | | | | | | | 29 |
| 2845 - VERNON C. WAGNER P.HOMES INC | | | | | | | | | | | | | | | 0 |
| Total | 79 | 34 | 35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 69 |

Notes: P1/P2 Indicates Appearances Self-Round Edition
2831 Indicates Specialization
2842 Indicates Specialization

Community Influencer Tracking Report

ALD006132

NE07 BROOKLYN-BRONX, NY

| | Number Influences | Contacts Made | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec |
| 2928 - DUFFY FUNERAL HOME | 32 | 8 | 8 | | | | | | | | | | | |
| 3085 - M.J. SMITH SONS, INC. | 10 | 7 | 6 | | | | | | | | | | | |
| 3453 - JOHN J. HEALEY FUNERAL HOME | 1 | 1 | 1 | | | | | | | | | | | |
| 3504 - LOUIS HIRSCH & SONS, INC. | 26 | | 6 | | | | | | | | | | | |
| 3512 - YABLOKOFF KINGSWAY MEM CHAPEL | 4 | 4 | 4 | | | | | | | | | | | |
| 3564 - JOHN DORMI & SONS, INC. | 8 | 4 | 4 | | | | | | | | | | | |
| 3598 - CUSIMANO & RUSSO, INC. | 13 | 4 | 7 | | | | | | | | | | | |

Community Influencer Tracking Report

ALD006133

NE69 HUDSON VALLEY

| | Number Influencers | Contacts Made | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | |
| 3382 - WANAMAKER & CARLOUGH FUNERAL HOME | 6 | 2 | | | | | | | | | | | | | 8 |
| 3244 - COLONI FUNERAL HOME, INC. | 12 | 6 | 9 | | | | | | | | | | | | 15 |
| 3559 - FERGUSON FUNERAL HOME | 6 | 8 | 6 | | | | | | | | | | | | 14 |
| 3689 - SPADACCINO COMMUNITY FH | 7 | | 2 | | | | | | | | | | | | 2 |
| 3212 - EDWARD F. CARTER, INC, F.HOME | 9 | 6 | 6 | | | | | | | | | | | | 11 |
| 3680 - EDWARD F. CARTER-CROTON | 0 | | | | | | | | | | | | | | 0 |
| 3272 - LEAHY FUNERAL HOME | 6 | 6 | 6 | | | | | | | | | | | | 10 |
| 3382 - BOCHETTI FUNERAL HOME | 0 | | | | | | | | | | | | | | 0 |
| 2846 - MCGOWAN SONS- CONGERS | 4 | 4 | 4 | | | | | | | | | | | | 8 |
| 3017 - MCGOWAN SONS- HAVERSTRAW | 6 | 6 | 5 | | | | | | | | | | | | 8 |
| 3591 - T.J. MCGOWAN F.H -GARNERVILLE | 4 | 4 | 4 | | | | | | | | | | | | 8 |
| Total | 67 | 51 | 43 | | | | | | | | | | | 0 | 42 |

Community Influencer Tracking Report

NE09 WESTERN NY

| | Number Influencers | P1 28-Jan | P2 28-Feb | P3 28-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 8-Nov | P12 3-Dec | P13 31-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3066 - WEEKS FUNERAL HOMES | 10 | 8 | 8 | | | | | | | | | | | |
| 3506 - DEVANEY-BENNETT FUNERAL HOME | 18 | 13 | 16 | | | | | | | | | | | |
| 3018 - CARPENTER FUNERAL HOME | 8 | 1 | 3 | | | | | | | | | | | |
| 3862 - BALLARD AND LINDGREN FH | | | | | | | | | | | | | | |
| 3663 - BEILBY FUNERAL HOME | | | | | | | | | | | | | | |
| 3878 - HILLS FUNERAL HOME | | | | | | | | | | | | | | |

ALD006134

Community Influencer Tracking Report

ALD006135

NEW UPPER NY

| | Number Influencers | | Contacts Made | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | |
| 3610 - O'NEILL-REEDEN-DROWN F-HOME | 11 | 4 | 4 | | | | | | | | | | | | |
| 3558 - DROWN & STRACK MEMORIALISTS | 11 | 3 | 2 | | | | | | | | | | | | |
| 3838 - EF DROWN FS-ELLENBURG DEPOT | 4 | 0 | 2 | | | | | | | | | | | | |
| 3769 - EF DROWN FH-MOOERS | 3 | 0 | 2 | | | | | | | | | | | | |
| 3704 - EF DROWN FH-CHAMPLAIN | 4 | 2 | 1 | | | | | | | | | | | | |
| 3706 - LYON MOUNTAIN FUNERAL HOME | 3 | 1 | | | | | | | | | | | | | |
| 3826 - DROWNWOOD FOREST NAT'L PET CEM | 6 | 4 | 6 | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | |

Community Influencer Tracking Report

ALD006136

NE-RGN3 Mid Atlantic

| | Number Influencers | Contacts Made | | | | | | | | | | | | | Total |
| | | P1 28-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | |
| NE10 CENTRAL VA | 226 | 1 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| NE19 NORTHERN NC | 216 | 72 | 74 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| NE18 NORTHERN VA & MARYLAND | 81 | 22 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Total | | | | | | | | | | | | | | | |

Community Influencer Tracking Report

ALD006137

NE10 CENTRAL VA

| | Number Influencers | P1 29-Jan | P2 20-Feb | P3 20-Mar | P4 20-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Contacts Made | | | | | | | | |
| 2766 - HOWELL FUNERAL HOME | 14 | 0 | 3 | | | | | | | | | | | | |
| 2824 - LYNCH FUNERAL HOME | 27 | 0 | 1 | | | | | | | | | | | | |
| 2839 - LOMAX FUNERAL HOME INC. | 16 | 0 | 0 | | | | | | | | | | | | |
| 3164 - WILLIAMS FUNERAL HOME | 24 | 0 | 0 | | | | | | | | | | | | |
| 3332 - BOB MILLER FUNERAL HOME | 22 | 0 | 0 | | | | | | | | | | | | |
| 2860 - COLLINS FUNERAL SERVICES | 25 | 0 | 1 | | | | | | | | | | | | |
| 2861 - McKEE-STONE FUNERAL SERVICES | 31 | 0 | 0 | | | | | | | | | | | | |
| 3232 - COMMUNITY FUNERAL SERVICES | 7 | 0 | 0 | | | | | | | | | | | | |
| 3583 - DUGUID FUNERAL HOME | 18 | 0 | 2 | | | | | | | | | | | | |
| 3669 - DUGUID FH-TIMBERLAKE RD | | 0 | 0 | | | | | | | | | | | | |
| 2972 - LINDSEY FUNERAL HOMES, INC. | 42 | 1 | 1 | | | | | | | | | | | | |
| 3556 - KYGER FUNERAL HOME | | 0 | 0 | | | | | | | | | | | | |
| 3657 - LINDSEY FH AND CREMATORY-S C | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | |

Community Influenzer Tracking Report

NE/6 NORTHERN NC

ALD005138

| | Number Influencers | Contacts Made | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | P1 19-Jan | P2 28-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec |
| 2736 - PYMACKIE-HIGH FUNERAL HOME | | 2 | 0 | | | | | | | | | | | |
| 2804 - LOFLIN FUNERAL HOME | | 0 | 9 | | | | | | | | | | | |
| 2807 - HANES-LINEBERRY SEDGEFIELD | | 0 | 2 | | | | | | | | | | | |
| 2918 - WESTMINSTER GARDENS MAUS CREM | | 10 | 6 | | | | | | | | | | | |
| 2920 - GUILFORD MEMORIAL PARK | | 0 | 2 | | | | | | | | | | | |
| 2921 - CAROLINA BIBLICAL CEMETERY | | 0 | 0 | | | | | | | | | | | |
| 2221 - RALEIGH MEMORIAL PARK | 26 | Included in 2995 | Included in 2995 | | | | | | | | | | | |
| 3064 - BUNCH JOHNSON FUNERAL HOME | 66 | 4 | 4 | | | | | | | | | | | |
| 3656 - REAVIS FH-HARMONY CHAPEL | 86 | 1 | 1 | | | | | | | | | | | |
| 2746 - LINEBERRY-N.ELM/VANSTORY F.H. | | 0 | 1 | | | | | | | | | | | |
| 2743 - LINEBERRY FUNERAL HOMES | 4 | 30 | 30 | | | | | | | | | | | |
| 3732 - SENSIBLE ALTERNATIVES | | 0 | 0 | | | | | | | | | | | |
| 2741 - MITCHELL FUNERAL HOME INC. | 25 | Included in 2995 | Included in 2995 | | | | | | | | | | | |
| 2742 - RALEIGH CREMATORIUM | | 0 | 0 | | | | | | | | | | | |
| 2995 - MITCHELL FH AT RALEIGH MEM PARK | 25 | 20 | 17 | | | | | | | | | | | |
| Totals | 26 | | | | | | | | | | | | | |

ALD006139

Community Influenur Tracking Report

NE10 NORTHERN VA & MARYLAND

| | Number Influencers | P1 28-Jan | P2 28-Feb | P3 29-Mar | P4 29-Apr | P5 21-May | P6 19-Jun | P7 19-Jul | P8 19-Aug | P9 19-Sep | P10 8-Oct | P11 8-Nov | P12 3-Dec | P13 31-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Contacts Made | | | | | | | |
| 3123 - HARRELL FUNERAL HOME | 7 | 0 | 0 | | | | | | | | | | | |
| 3151 - BUCKTROUT FUNERAL HOME | 11 | 0 | 5 | | | | | | | | | | | |
| 3343 - LEE FUNERAL HOME | | 0 | 0 | | | | | | | | | | | |
| 3344 - ROBERT EVANS FUNERAL HOME | 8 | 3 | 3 | | | | | | | | | | | |
| 3364 - WOODWARD FUNERAL HOME | | 4 | 2 | | | | | | | | | | | |
| 3399 - ARLINGTON FUNERAL HOME | 6 | 6 | 1 | | | | | | | | | | | |
| 3407 - LACY FUNERAL HOME | 8 | 2 | 0 | | | | | | | | | | | |
| 3590 - HUNTT FUNERAL HOME, INC. | 7 | 5 | 4 | | | | | | | | | | | |
| 3620 - SENSIBLE ALTERNATIVES OF VA. | | 0 | 1 | | | | | | | | | | | |
| 3628 - MULLINS & THOMPSON F HOME | 10 | 3 | 1 | | | | | | | | | | | |
| 3639 - MULLINS - STAFFORD | 4 | 0 | 0 | | | | | | | | | | | |
| 3640 - MULLINS-SPOTSYLVANIA CHAPEL | 14 | 0 | 0 | | | | | | | | | | | |
| 3646 - SENSIBLE ALTERNATIVES(FHPKS/PKOFKSBG) | 6 | 0 | 0 | | | | | | | | | | | |

ALD008140

Community Influencer Tracking Report

NE-RGN4 Carolinas

| | Number Influencers | Contacts Made | | | | | | | | | | | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | |
| NE20 SOUTHERN NC | 47 | 20 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| NE21 NORTHERN SC | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| NE22 CENTRAL SC | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| NE23 CHARLOTTE NC | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| NE24 GASTON COUNTY | 70 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Total | | | | | | | | | | | | | | | |

Community Influencer Tracking Report

ALD006141

NE20 SOUTHERN NC

| | Number Influencers | Contacts Made | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | P1 28-Jan | P2 28-Feb | P3 28-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | |
| 2803 - BIGGS FUNERAL HOME (NC) | 7 | 5 | 4 | | | | | | | | | | | | |
| 2849 - MARKS FUNERAL HOME | 5 | 2 | 2 | | | | | | | | | | | | |
| 2915 - MCNEILL FUNERAL HOME, INC | 7 | 5 | 6 | | | | | | | | | | | | |
| 3079 - LEWIS FUNERAL HOME, INC. | 7 | 3 | 3 | | | | | | | | | | | | |
| 3129 - REEVES FUNERAL HOME INC. | 5 | 0 | 0 | | | | | | | | | | | | |
| 2218 - CUMBERLAND MEMORIAL GARDENS | 8 | 0 | 0 | | | | | | | | | | | | |
| 2904 - BIGGS FUNERAL HOME-WILLIAMSTON | 6 | 3 | 4 | | | | | | | | | | | | |
| 2808 - BIGGS FUNERAL HOME-ROBERSON | | 0 | 0 | | | | | | | | | | | | |
| 3008 - MARTIN MEMORIAL GARDENS, INC. | | 0 | 0 | | | | | | | | | | | | |
| 2809 - GARRETT'S FH - AHOSKIE | 6 | 2 | 4 | | | | | | | | | | | | |
| 2848 - GARRETT'S FH - MURFREESBORO | | 0 | 0 | | | | | | | | | | | | |

ALD006142

Community Influencer Tracking Report

NE24 NORTHERN SC

| | Number Influencers | P1 29-Jan | P2 28-Feb | P3 29-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | Contacts Made P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2871 - MAHAFFEY FUNERAL HOME | 6 | ? | ? | | | | | | | | | | | | |
| 2209 - GRACELAND EAST | | 0 | 0 | | | | | | | | | | | | |
| 0760 - ROCK HILL MEMORIAL GARDENS,INC | | 0 | 0 | | | | | | | | | | | | |
| 2874 - BASS FUNERAL HOME | | ? | ? | | | | | | | | | | | | |
| 3062 - CAUTHEN FUNERAL HOME | 10 | ? | ? | | | | | | | | | | | | |
| 3058 - CAUTHEN FUNERAL HOME | 6 | ? | ? | | | | | | | | | | | | |
| 3065 - CAUTHEN FH-E RICHLAND ST | | ? | ? | | | | | | | | | | | | |
| 3700 - CAUTHEN'S FLOWER SHOP | | ? | ? | | | | | | | | | | | | |
| Total | 28 | 0 | 0 | | | | | | | | | | | | |

Community Influencer Tracking Report

NE2# CENTRAL SC

| | Number Influencers | Contacts Made | | | | | | | | | | | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | P1 29-Jan | P2 28-Feb | P3 28-Mar | P4 30-Apr | P5 21-May | P6 19-Jun | P7 18-Jul | P8 19-Aug | P9 19-Sep | P10 8-Oct | P11 6-Nov | P12 3-Dec | P13 31-Dec | |
| 2229 - BUSH RIVER MEMORIAL | | 0 | 0 | | | | | | | | | | | | |
| 2073 - SOUTHLAND MEM GRDNS & MAUS INC | | 0 | 0 | | | | | | | | | | | | |
| 2074 - SUNSET-FLORENCE COUNTY | | 0 | 0 | | | | | | | | | | | | |
| 5884 - ELMWOOD CEMETERY AND GARDENS | | 0 | 0 | | | | | | | | | | | | |
| 2850 - CAUGHMAN-HARMON-IRMO | 4 | 0 | 0 | | | | | | | | | | | | |
| 3709 - CAUGHMAN-HARMAN FH-CHAPIN | 1 | ? | 0 | | | | | | | | | | | | |
| 2883 - CAUGHMAN-HARMON LEXINGTON | 8 | ? | 0 | | | | | | | | | | | | |
| 3729 - CAUGHMAN-HARMON FUNERAL HOME | | ? | 0 | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | |

ALD006143

ALD006144

Community Influencer Tracking Report

NE20 CHARLOTTE NC

| | Number Influencers | P1 29-Jan | P2 28-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2867 - HANKINS-WHITTINGTON FNRL HOME | 10 | | | | | | | | | | | | | | |
| 2869 - MCEWEN FUNERAL HOME | 10 | | | | | | | | | | | | | | |
| 2029 - FOREST LAWN WEST CEMETERY | 6 | | | | | | | | | | | | | | |
| 2059 - YORK MEMORIAL PARK | 6 | | | | | | | | | | | | | | |
| 2863 - WILSON FUNERAL SERVICE, INC. | 10 | | | | | | | | | | | | | | |
| 3726 - HANKINS & WHITTINGTON FUNERAL HOME | | | | | | | | | | | | | | | |

Community Influencer Tracking Report

NE24 GASTON COUNTY

| | Number Influencers | P1 29-Jan | P2 26-Feb | P3 26-Mar | P4 23-Apr | P5 21-May | P6 18-Jun | Contacts Made P7 16-Jul | P8 13-Aug | P9 10-Sep | P10 8-Oct | P11 5-Nov | P12 3-Dec | P13 31-Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2077 - GASTON MEMORIAL PARKS | 10 | | | | | | | | | | | | | | |
| 2344 - HILLCREST MEMORIAL (NC) (GROUPED W/2007) | | | | | | | | | | | | | | | |
| 2345 - WESTVIEW MEMORIAL (GROUPED W/2007) | | | | | | | | | | | | | | | |
| 5789 - FREDERICK MEMORIAL GARDENS | | | | | | | | | | | | | | | |
| 2653 - CAROTHERS FUNERAL HOMES | | | | | | | | | | | | | | | |
| 2864 - CGASTONIA FUNERAL HOME | 10 | | | | | | | | | | | | | | |
| 2865 - CDALLAS FUNERAL HOME | 10 | | | | | | | | | | | | | | |
| 2866 - CSTANLEY FUNERAL HOME | 10 | | | | | | | | | | | | | | |
| 2867 - CMT HOLLY FUNERAL HOME | 10 | | | | | | | | | | | | | | |
| 2869 - CBELMONT FUNERAL HOME | 10 | | | | | | | | | | | | | | |
| 3544 - SHUFORD HATCHER FUNERAL HOME | 10 | | | | | | | | | | | | | | |
| 3714 - SHUFORD-HATCHER FUNERAL HOME (w/3544) | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | |

ALD006145