# EXHIBIT 19

From: BETH WAGNER/ALDERWOODS
Sent: 6/3/2006 12:05:06 PM
To: PETER SINGH/ALDERWOODS@ALDERWOODS;IOLA JONES/ALDERWOODS@ALDERWOODS
CC: PAUL BRUEMMER/ALDERWOODS@ALDERWOODS;CHRIS
TIMOTHY/ALDERWOODS@ALDERWOODS;SHAWN PHILLIPS/ALDERWOODS@ALDERWOODS
BCC:
Subject: Pd05 review questions


Attachment: WEST_PFR_06P05_Ques.zip

ALD016812

Alderwoods Group Inc
Period Financial Review – WEST
Period 5, 2006

## Overview

*For purpose of clarity the review questions have been prepared based on period 5
year to date operating statements that are reporting against the 2006 budget.*

*The period financial review contains the responses from the previous review plus any new
questions that arose from the current review. These prior period responses are retained to
assist the controller in preparing the responses to the current period questions, as in some
cases the prior period responses are still relevant. <u>I do not require a continuity of responses,
but rather the Controller can update the response for any new information.</u>*

*In the case where a variance question has been resolved and the variance does not require
any further explanation, I have marked the question as resolved with the <u>current variance</u>
and the action that resolved the item. In these cases the question will be removed from the
next period financial review.*

## Funeral Home

*The revenue impact can be expressed as follows:
(Expressed in thousands except for call and call average)*

*1 – Call volume is unfavorable to budget by (273) or (1.8%). The performance of at need
calls are unfavorable to budget by (216) or (1.8%) while pre need conversion calls are
unfavorable to budget by (57) or (1.5%). YTD06 vs YTD05 is (1339) calls or (8.1)%.*

| Microsoft Word Document | Microsoft Word Document | Microsoft Word Document | Microsoft Word Document |
|---|---|---|---|

ALD016813

Alderwoods Group Inc
Period Financial Review – WEST
Period 5, 2006

| *Total* | | | Year-to-Date | |
|---|---|---|---|---|
| | | | Bud | |
| *Calls* | | Act06 | Var | PY Var |
| | WEST | 15,272 | (272) | (1,346) |
| **Best** | WE07 | 845 | 191 | 186 |
| | WE10 | 798 | 67 | 31 |
| | WE14 | 602 | 35 | 22 |
| | WE06 | 305 | 23 | 15 |
| | WE03 | 168 | 18 | 19 |
| **Worst** | WE01 | 1042 | (132) | (137) |
| | NC01 | 432 | (102) | (95) |
| | NC12 | 458 | (102) | (110) |
| | NC06 | 340 | (60) | (98) |
| | WE02 | 490 | (52) | (69) |
| | **WESE** | 44 | 17 | (623) |
| | **WEST SS** | 15,228 | (289) | (723) |

### *Summary*

**The variance to 2005 includes sell properties (623), leaving the remaining variance at (723) and (289) vs 2006 budget.   The Mid West locations in Ohio, Indiana, ad Minnesota encompass (264) of the budget variance, along with a severe shortage of call volume in Portland of (132), Salem (52), and Bull Head City (52).**

**Strong results continue in Seattle, Central California, Phoenix, along with P5 volume recovery in Northern California +22, WE09 Olympia +24 calls, WE11 Las Vegas +29, and WE12 San Diego +15.**

### Finley (WEM1)

Call volume performance remains strong throughout most of the region as the Seattle Market continues to gain from PMA and the call recovery in the Olympia area continues since the end of Q1.  The non-PMA Western Washington locations are generally holding the volume gains achieved in 2005.  Only the Eastern Washington locations experienced some volume weakness in Period 5

### Matherly (WEM3)

McGee's has done a very good job exploiting some of the competitions week points on some of the simple things, such as staying open 7 days a week, have 2 funeral directors available at all times, able to serve many different cultures without prejudice.  Guardian Norman is the benefactor of a poor 2005 so therefore the numbers are a little deceiving.  Callison & Roberts are having healthier years although they also had very average to a poor 2005.  Imperials PNC numbers are up 10% therefore adding to the increased volume.  In the low volume column Reed Culver has had a stellar period 6 so far and has cut that deficit significantly.  I fully expect them to hit there targets by October.  The rest of the insufficient group is found in WE25. Eisenhour (B) calls are continuing to be down but their market share did

ALD016814

Alderwoods Group Inc
Period Financial Review – WEST
Period 5, 2006

increase slightly from 63.2% to 63.4%. AN calls are off by 39 but PN calls are positive.  Baggerley – Calls are still down mostly at Memorial Chapel.  We are working with Ty to find some ways to promote this location. Biggest percentage of the deficit in calls is PN calls.  Guardian West – Calls continue to slip though their market share did increase by 4% over period 4.   Resthaven Group – Calls are down for the year but averages are still doing very well at the locations. Administrative fees are still very high due to legal fees. Still have a positive op margin in spite of higher expenses and lower calls. Interments are up 16 YTD.

## Head (WEM4)

WE01: This market as well as other Oregon markets each have been affected by a gross death rate variance evidenced by vital statistics information provided by the state of Oregon. The difference in Oregon so far this year is 9% or (917) compared to same period last year.  However, our locations are growing their market share in the counties they operate:

The 2 counties where we operate experienced a reduced number of deaths:

Multnomah (201) less than 2005 from January to April
Washington (249) less than 2005 from January to April
The population in Oregon was estimated at 3,594,586 in 2004
A projection increase every year between 49,000 to 50,000 (1.35% increase)
Death projection in the state are 30,000 (8.5/1000) growing at the same rate following the increase of population.  Birth projections are 45,000 per year (12.65/1000) growing at the same rate following the increase of population

WE02 Two locations in this market have impacted the losses for this market. Buell Chapel has had a number of management and staff challenges this past 12-18 months. Transitions of all the staff from this location has impacted long standing relationships with the community and care givers. Former employees have moved to competitors and have taken relationships with them. We see fewer calls from several local hospice organizations and at the same time have not had stability to begin establishing community involvement by new personnel. Next week will be the first time for many months that the locations will be fully staffed. The new manager has been challenging this team with performance concerns which have impacted teambuilding and other operations. The MGM and I feel more comfortable after several weeks of coaching and performance expectations being clearly defined to this new manager and he will be held accountable to these expectations.

Keizer Chapels reputation for lower cost cremation which set their higher volume platform in the past is being challenged by competitors in Salem offering low ball pricing. The GM is addressing with advertising but faces an uphill battle due to competitive reputation and name.

## Mitchell (WEM5)

In Period 5 the Northern California region was 22 calls positive to budget.  We continue to experience strong call growth in the Central Valley (+69 through week 21), recovery in WE19 where volume at Muller's has been an issue for several months, and stabilization in the remaining Northern California locations.

## Dimond (WEM6)

Through week 21 the region is currently +8 calls to budget and +44 calls compared to actual 2005. WE11 is +13 call to budget and +23 with actual 2005. WE12 is +15 calls to budget and +39 to actual 2005. WE13 is (51) calls to budget and (63) to actual 2005. This is due to a soft winter visitor's season (snowbirds) in the Bullhead/Laughlin area due to media related recreational visitor issues and a mistake by the coroners office in pd4 calling the competitor FH when Dimond was supposed to be on call. WE14 is +35 calls to budget and +25 calls to actual 2005 as a result of increases to calls at Desert Rose in Tucson. WE16 is (3) calls to budget and +20 to actual 2005.

## White (NCM2)

This region continues to struggle with calls. The only market that is doing well is NC07. Gary has all of his staff involved in the community in NC06. I would expect to see some recovery because of this but it

ALD016815

Alderwoods Group Inc
Period Financial Review – WEST
Period 5, 2006

will take time for these relationships in the community to develop. NC01 continues to struggle with calls and it is related to a lack of community involvement by most of the managers and staff. We believe that a change of management at the Corrigan group will help the business going forward as the present manager does little in the community and he does not encourage his staff to get involved. The MGM has had to step in to have a couple of funeral directors from this group involved in the community. We think that with the name change at Corrigan to include DiCicco will have a very positive impact at these locations. We will be putting one of the DiCicco sons at Corrigan in order to promote these funeral homes. NC12 will continue to struggle with calls until the staffing becomes stable. We have promoted a funeral director to GM over the Kapala group and would expect to see some progress at these locations. We are also in the process of hiring 2-3 funeral directors that recently finished school. Monica will be training these new funeral directors to meet Alderwoods standards and not the bad habits and attitudes that exist presently. I can say that three of the people with bad attitudes are no longer with us, so the attitudes are a little better. Overall, most of the region is doing the community activities that will eventually bring calls in our doors, but again, it will take time.

**Straub (NCM4)**

The NCM4 region recovered an addition 6 calls in P05 and reducing the YTD variance to (14) calls or (0.8%). Community leadership has taken a new twist this year as we have identified three influencers per GM in niche markets where we traditionally do not serve families. We are hoping that through quality relationship building, a long-term impact will be realized as these influencers feed our businesses funeral calls (and interments) from their connections. At this stage, overall call volume is certainly correctable and reversible in trend; lost volume can be recovered, but the mix will continue to cause damage to overall averages.


## TOP PERFORMERS

### WE07 Seattle
The Seattle Market continues to gain cremation volume from PMA, but performed favorably to budget in all call categories in Period 5.

### WE10 Central California
There are several reasons why WE10 continues to exceed budgeted calls: the Market is striving and has been successful in capturing price shoppers. This is achieved by referring all calls to experienced arrangers and experienced managers. There has been an increase in advertising and promotion spending (TEST MARKET) with name awareness that is having a positive effect. Niche Markets such as the service to the Hmong community in Merced continues to be strong. New "influencers" are having a marked and tangible effect on volume particularly in Fresno.

### WE14 Phoenix
The increase in the Phoenix market is a result of the increase to 3522 Desert Rose Cremation and Burial. The increase is also representative of the increased advertising initiatives for this low cost center over the past 3 years.

### WE06 Alaska
Volume growth in the Alaska Market continues with a shift toward increased cremation.

### WE03 Twin Falls
Both FH locations performing well in competitive arena and to budget due to consistent business plan execution, solid staffing, and community involvement. These locations have maintained the high road with a less than professional competitor and are starting to see a recovery in calls.

ALD016816

Alderwoods Group Inc
Period Financial Review – WEST
Period 5, 2006
**BOTTOM PERFORMERS**

### WE01 Portland

WE01: This market as well as other Oregon markets each have been affected by a gross death rate variance evidenced by vital statistics information provided by the state of Oregon. The difference in Oregon so far this year is 9% or (917) compared to same period last year. However, our locations are growing their market share in the counties they operate:

The 2 counties where we operate experienced a reduced number of deaths:

Multnomah (201) less than 2005 from January to April

Washington (249) less than 2005 from January to April

### NC01 Cleveland

The NC01 market continues to show a negative variance in calls at (102) for YTD P5. The majority of the loss is in the Corrigan group (46), DiCicco at (25) and Birkenkamp at (21). **Corrigan(46)**- The current situation is that we are in the process of adding the DiCicco name to the Corrigan locations. We where hoping to see some additional calls coming in to these locations from some of the community connections we have been making, but this has not shown to be a quick fix to our volume issues. We believe that the introduction of a new name on the sign with changes in location manager will call attention to these locations. The name change will also create a buzz in the community which should help to advertise that something new is happening here.

**Craciun(11)**-The Craciun Group has dropped 4 calls from P4. Both FD's are getting involved in more of the grass roots contacts that they let slip the last few years. With the dispatching center having been implemented we looking forward to this location taking more time with their families during arrangements and using their staff at other FH's in the Cleveland area.

**DiCicco(25)**-Although we are showing (25) calls off budget the location is down 10 calls from this time in 2005. We know exactly where and why those calls did not come to us. I am also noticing the staff is getting involved in groups and functions that the ex-manager never allowed them to do. I am hoping that this will reflect in the call volume at this location.

**Finefrock-Williams** (2)- No major swing in call volume other than with the current manager in place is doing the same old nothing. We currently have some issues with this location that will need to be remedied soon.

**Birkenkamp**(21) From P4 we have lost another 4 calls to the end of P5. The location is active in PR work, holiday events and senior seminars. One other change that has not been made is the ad change in the local newspaper. I will continue to work with the manager to help promote and increase market share.

### NC12 Minnesota

NC12 will continue to struggle with calls until the staffing and management becomes stable. We have promoted a funeral director to GM over the Kapala group and would expect to see some progress at these locations. We are also in the process of hiring 2-3 funeral directors that recently finished school. Monica will be training these new funeral directors to meet Alderwoods standards and not the bad habits and attitudes that exist presently. I can say that three of the people with bad attitudes are no longer with us, so the attitudes are a little better.

### NC06 Bloomington

NC06 is running 60 calls behind for the year as of the end of period 5. The Bloomington Market continues to be struggling however is down only 3 calls for the period which I feel is a positive swing. The Bloomington Market continues to be involved in the community and just completed a very successful Memorial Day Weekend at Valhalla (2081) which affects all locations in Bloomington. Our main concern at this point in the years is to maintain the market share and to recuperate lost calls which were extreme in the first three months of 2006. Moster Cox (2667) is making a slow recovery from a

slow start earlier in the year, they are slightly in numbers (5) of Todd Funeral Home which is their only competitor in the Rushville area. Brocksmith (3385) is 8 behind for the year but is doing 98% of the

ALD016817

Alderwoods Group Inc
**Period Financial Review – WEST**
**Period 5, 2006**
market share in Loogootee. Beam (3448) is down 10 for the year but like Brocksmith, is doing about 70 percent of the market share in the West Union Ohio area.  Denbo (3411) and Dillman Green (3442) are down a total of 7 for the year but are doing their complete share of the market. Denbo has little if no competition, Dillman Green has a competitor 9 miles away. I feel that with Jay Brocksmith in place as the new GM, their calls and averages will only approve.

**WE02 Salem**
WE02 Two locations in this market have impacted the losses for this market. Buell Chapel has had a number of management and staff challenges this past 12-18 months. Transitions of all the staff from this location has impacted long standing relationships with the community and care givers. Former employees have moved to competitors and have taken relationships with them. We see fewer calls from several local hospice organizations and at the same time have not had stability to begin establishing community involvement by new personnel. Next week will be the first time for many months that the locations will be fully staffed. The new manager has been challenging this team with performance concerns which have impacted teambuilding and other operations. The MGM and I feel more comfortable after several weeks of coaching and performance expectations being clearly defined to this new manager and he will be held accountable to these expectations.

Keizer Chapels reputation for lower cost cremation which set their higher volume platform in the past is being challenged by competitors in Salem offering low ball pricing. The GM is addressing with advertising but faces an uphill battle due to competitive reputation and name.

*2 - Overall average per call is unfavorable by ($80) or (2.2%) and +$76 or 2.2% vs 2005.*

| *Total* | | Year-to-Date | | |
|---|---|---|---|---|
| *Average* | | Act06 | Bud Var | PY Var |
| | WEST | 3,520 | (87) | 93 |
| Best | WE19 | 4,230 | 420 | 339 |
| | WE04 | 4,150 | 341 | 391 |
| | WE21 | 4,382 | 312 | 424 |
| | NC20 | 4,692 | 279 | 379 |
| | NC01 | 5,528 | 238 | 539 |
| Worst | WE07 | 2,318 | (969) | (744) |
| | WE08 | 3,109 | (627) | (67) |
| | WE20 | 3,402 | (408) | (252) |
| | WE06 | 3,247 | (327) | (7) |
| | WE10 | 4,554 | (286) | (210) |

***Summary***

ALD016818

Alderwoods Group Inc
Period Financial Review – WEST
Period 5, 2006
   *(I)      averages are (1.5%) vs Bud06 and 3.6% vs Act05*
   *(C)     averages are (1.2%) vs Bud06 and 5.1% vs Act 05*

## Summary

YTD Averages are (2.2%) vs budget and 2.2% vs. 2005. As reported in Pd01, the geography experienced a higher than normal amount of infant services, welfare/county services and in California 3rd party casket store providers. The averages relating to Interment Services are +203 or 6.1%, Cremation Services are +89 or 5.6%. The Interment casket averages has slipped ($46) or (2.1%), which can be attributed to the anomalies of the calls that have been serviced year to date. Pd5 influx of cremation calls +120 vs budget and interment calls (68) is a contributing factor to the overall average shortfall.

To address the 3rd party casket issue in Southern California, the flip flop program was implemented at 4 locations that have experienced the heaviest increase in 3rd party caskets. The program is 2 – 3 weeks old, and we will monitor the number of units we are able to capture with the price changes recently made.

### Finley (WEM1)
Strong cremation volume growth in the region continues downward pressure on averages. Our efforts will focus on training arranger presentation skills and on separating and maximizing our traditional retail business.
### Matherly (WEM3)
Guardian Norman is dealing with a mix issue with the cremation rate doubling this year over last. The Colorado firms are dealing with a double digit increase of PNC which is allowing averages to suffer and Hutchins-Maples made a few adjustments and hit there targets in period 5 (we are looking for this trend to continue).
### Head (WEM4)
Averages WEM4 at (132) Montana has highest negative variance (216). Other markets mix of calls and merchandise should see recovery. All locations have made reviews of pricing and merchandising. Emphasis on AWR training and arrangement conference training taking place. Discussion this week with WE01 managers on using champions with higher service average due to merchandising skills to train in workshops.
### Mitchell (WEM5)
In Period 5 the region showed continual recovery in averages. At the end of Period 4 the region was (48) per call below budget. At the end of Period 5 the region was (18) to budget. The region was 24 interment calls above budget and 8 cremation calls below budget that helped contribute to the average recovery.
### Dimond (WEM6)
Overall YTD through week 21 the averages for WEM6 are ($8) to budget and +$88 as compared to actual 2005 and has been improving each week. WE11 is +$58 to budget and +$19 to actual 2005. WE12 is ($47) to budget and ($14) to actual 2005. We recently implemented a flip-flop pricing to casket and service to increase our number of casket sales to compete with 3rd party casket providers which should contribute to an improved average. WE13 is +$1 to budget and +$106 compared to actual 2005. This is a result of a soft mix in the beginning of the year, yet we feel there will be recovery to the budget. WE14 is ($96) to budget and +$93 compared to actual 2005. There has been recovery in this market weekly.

WE16 is +29 to budget and +180 to actual 2005. The location managers for the locations currently below budget by ($100) or more are putting together plans for addressing the shortfall. These plans will be

ALD016819

Alderwoods Group Inc
Period Financial Review – WEST
Period 5, 2006
reviewed with adjustments made and implementation during period 6. Some pricing adjustments may be needed at this time.

## White (NCM2)
Overall, this region is positive to budget on averages. We continue to monitor the averages at individual locations in order to make appropriate changes. We made a number of adjustments in Pd. 3 and Pd. 4 at locations that were overpriced for their market. I anticipate our averages to be positive to budget for the remainder of the year.

## Straub (NCM4)
The total average revenue in the **NCM4 region** recovered in P05 and has now become just ($6) per call. This variance is mostly due to the deficit of Interment calls YTD and the corresponding bad mix of volume still being experienced in some locations. Discounts are also impacting the averages as the region is exceeding the budget. This is mostly due to the higher than expected conversion of PN to AN calls and a higher discount per conversion than budgeted. AWR training is on-going as part of the BPOs for 2006. This effort alone is helping to re-energize the arrangers so that every opportunity to increase revenue occurs with each family in the AN arrangement conference.

## TOP PERFORMERS

### WE19 Seaside
Seaside experienced stronger averages in Pd05 due to influx of Interment calls +5 vs budget. In addition, correcting entries to improper discounts occurred in Pd05 at Muller's.

### WE04 Southern Oregon
Strong casket sales occurred in Pd01, which have contributed to the variance to budget. This type of activity is an anomaly and we will see a decline in the large variance with the typical cremation calls that the locations will experience throughout the year.

### WE21 San Jose
WE21 attributes its +616 per call average increase to the proper knowledge and usage of each locations Alderwoods room, as well as knowledge arrangers and directors who are very knowledgeable in the majority of locations in the market. Most location staff is committed to the AWR arrangement experience and additional product training has been held. There was also a +12 call to budget in interment calls, which also spiked the averages.

### NC20 Michigan
Averages for P5 have slipped slightly below budget, being (154) unfavorable. This is due to the high mix of C calls over I calls. From a budget perspective the I calls were unfavorable by (19.6%) and C calls were favorable by 23% for the period putting pressure on the averages. Compared to 2005 for the period the averages were 3.6% ahead of last year, and on an YTD basis our averages are 2.9% favorable to budget and 8.3% ahead of 2005. Discounts continue to exceed budget targets, putting further pressure on our averages. The Gorsline B Group experienced a (31.3%) drop against budget in I calls and an 11.1% increase in C calls, with a higher than usual amount of Direct Cremations contributing to the slippage. We saw similar results in averages decline in those other locations that showed softness in their (I) calls.

### NC01 Cleveland
Corrigan and Craciun continue to stay positive to budget and we do not anticipate any changes to be made as they are competitive with the market. Finefrock and Birkenkamp continue to struggle with averages and we are monitoring them closely. I believe that this shortfall is due to poor merchandise

sales as well as discounts for welfare and children. Price adjustments, at these locations, are not required as we are competitive with the present pricing. We will revisit the Alderwoods Room training for these locations.

ALD016820

Alderwoods Group Inc
Period Financial Review – WEST
Period 5, 2006

## BOTTOM PERFORMERS

### WE07 Seattle
The Seattle Market average difficulties are primarily driven by PMA call growth in Seattle and Everett. A moderate improvement in interment service and casket averages in Period 5 was offset by an increase in discounts.  The MGM will roll out our packaging plans throughout the market in Period 6 and schedule arranger training to assist in raising averages.
### WE08Colorado
The PNC ration has been up 10% for most of the year, causing a larger than expected discount influx.
### WE20 Northern California
WE20 is suffering at half of its locations due to managerial issues. The two Keaton facilities are experiencing terrible overall periods due to low moral. New management is struggling with gaining control of the locations staff and procedures. Staff conflicts are high, and averages are suffering in part to poor attitude. We also have seen many discounted casket situations, and have had to discount severely to maintain merchandise sales.
### WE06 Alaska
This market has experienced an unusual mix of public assistance, tribal and infant cases that have dramatically impacted discounts and resulting averages YTD.  Discounts improved in Period 5 and will remain a primary focus throughout the year.
### WE10 Central California
The Central Valleys successful response to securing all calls regardless of anticipated revenue has produced a negative influence on averages. There is an increased interest by families to consider outside casket vendors such as Cosco, Casket stores and the internet. Casket averages continue be impacted due to price competition and matching in order to secure the casket sale. WE10 has also experienced a disproportionate frequent request to serve families with infants. In Period 5 we also granted "compassionate" discounts to high profile cases and special circumstances. A commitment to providing additional ancillary products such as markers, monuments, flowers and stationary should have a positive effect on averages.

*3 – Wages is unfavorable ($74k) to budget and favorable $323k to 2005.   Overtime and Contract Removal contribute to ($527k) of the variance, while Direct Labor is favorable by $553k.  The periodized budgets are heavy in P12 and P13, and there are no indicators that suggest the additional budget dollars will encompass an increase.*

Microsoft Word
Document

Microsoft Word
Document

*4 – Benefits and Taxes is unfavorable ($102k) to budget and ($400k) to 2005.  The variance is being reviewed to compare to the withholding limits having to be met, which typically occurs*

ALD016821

Alderwoods Group Inc
Period Financial Review – WEST
Period 5, 2006

*in the first part of the year.  Payroll Taxes is ($136k) to Budget and ($19k) to prior year.  This appears to be a timing difference similar to what we've experienced in prior year's where a higher rate is paid earlier in the year.  We expect to see this normalize later in the year  Pd05 + 21 to PTD budget.*

*5 – Facilities is favorable compared to budget by $205k, due to lack of spend in Repair and Maintenance.*

*6 – Vehicles are unfavorable to budget ($157k) as a result of vehicle leases that are expiring in different periods of 2006, with budgets periodized for 12 periods.  For example, a vehicle that expires in Pd03 will have 2 full months of lease payments paid, but the budget is periodize for 12 months creating an unfavorable to budget.  There are a number of locations who have vehicles expiring in the first half of 2006, and it will take the remaining period budgets recover the variance.*

*7– Administration is favorable compared to budget by $270k, due in part to Employee Expenses.  Professional Fees has a reversal of $31k relating to the settlement of an employee at Jones & Jones, this reversal will remain throughout 2006, as there was a duplicate entry in P13;  YTD variance is unfavorable ($125k).  The budget for Professional Fees resides at VPO cost center, and overall is favorable $198k.  Bad Debt has a Pd03 adjustment for allowance true up with a favorable impact of $317k; currently YTD is favorable $469k to budget.*

ALD016822

Alderwoods Group Inc
Period Financial Review – WEST
Period 5, 2006

## Cemetery

*8– Cemetery Interments*

*Cemetery Interments are unfavorable to budget by (163) or (2.7%). The unfavorable variances are in locations that are suffering from AN FH call volume.*



Microsoft Word
Document

*9 – AN Cemetery Revenue*

*AN Cemetery revenue is favorable to budget $291k.   AN Service revenue is favorable to budget by $372k, with Chicago carrying $157k of the favorable variance.   Review of the periodization of budgets indicates lower budgets occur in Pd01 – Pd03, and we expect that this variance will flatten over the course of the next few periods.  AN Space is favorable to budget $291k, with $153k in Chicago (recognition of Jee sale from 2005) and $63k at Conejo. AN Merchandise is unfavorable to budget ($292k), with ($98k) in Chicago, ($106k) in Seattle and ($68k) in Northern California.*

*10 – PN Cemetery Revenue*

*PN Cemetery revenue is unfavorable to budget ($516k).   PN space revenue is ($506k) unfavorable to budget, with Lakewood ($145k), Seattle ($187k) and Melrose Abbey ($66k) of the unfavorable variance.  Cemetery Space production is unfavorable ($631k) to budget as pre sales of the Oakwoods Mausoleum continue to lag Proforma i.e. Budgeted expectations. Oakwoods is unfavorable ($575k) to budgeted space production.  The original time line for this mausoleum had the building being nearly 65% sold this year with the deliveries/revenue of approximately $600k being recorded in Pd08 upon completion of the building.*

*11 – Benefits and Taxes is unfavorable ($130k) to budget and ($23k) to 2005. The variance is being reviewed to compare to the withholding limits having to be met, which typically occurs in the first part of the year.  Payroll Taxes is ($137k) to budget and ($118k) to prior year. This appears to be a timing difference similar to what we've experienced in prior years where a higher tax rate is paid earlier in the year.  We expect to see this normalize later in the year.*

*12 – Facilities is favorable compared to budget by $227k, however as compared to 2005 is unfavorable by ($199k) with Utilities and Environmental representing ($115k).  Property Taxes are favorable +113k, a timing difference between actual and budget.*

ALD016823

Alderwoods Group Inc
Period Financial Review – WEST
Period 5, 2006

*13 – Administration is unfavorable compared to budget by ($114k), with ($26k) relating to Professional Fees, where the budget resides at the VPO cost center.   ($11k) in Other Administration relates to annual business taxes paid at our cemetery locations.   ($44k) unfavorable bank charges.*

ALD016824

Alderwoods Group Inc
Period Financial Review – WEST
Period 5, 2006

## Market Manager & Regional Manager

*14 – Wages are unfavorable to budget by ($31k), relating to the periodization of the budget for the VPO cost center being low in Pd01 $61k, versus the remaining periods average being $89k. The variance will smooth over the remaining periods of 2006.*

*15 – Administration is favorable to budget by $424k, relating to the Professional Fee budget residing at the VPO cost center while actual expenses reside at FH and Cem level. Overall favorable balance between FH/Cem/MM_RM is $198k.*

ALD016825

The variance to 2005 includes sell properties (133), leaving the remaining variance at (184) and (151) vs 2006 budget. The Mid West locations in Ohio, Illinois, Indiana, Michigan and Minnesota encompass (121) of the budget variance, along with a severe shortage of call volume in Portland of (55) and Olympia (22). As noted below, the Markets identified in Ohio, Indiana and Minnesota are faced with challenges that can be attributed to a number of factors, including lack of community involvement, attitudes at the local level, and a mild winter. Portland is experiencing a combination of competitive issues impacting the locations on the outskirts of Portland, and the Portland proper is experiencing lower than normal deaths, that have continued from the last 3 periods. Olympia continues to struggle with the ABC competition and the recovery of our price increase from last year (relates to the PMA contract, which we reversed).

Strong results continue in Seattle, Central California, with a nice recovery in the Alaska Market, which has shown 2 years of soft volume in Pd01.

TOP PERFORMERS

WE06 Alaska +21
Pd01 experienced a pickup in the volume for Alaska. The past couple of January's have been soft for this region, which typically reflects higher call volume. The Alaska properties typically dominate the market share in Anchorage, and we are seeing an influx of calls from this market share.

WE10 Central California +21
Central California continues to participate in the A&P spend program with a schedule of AP spend continuing in Pd01. Each of the WE10 locations with the exception of Whitehurst Sullivan & Whitehurst McNamara have increased their calls YTD over 2005. Whitehurst Sullivan calls were down about as much as Stephens & Bean calls were up. My opinion is this is just a temporary shift in calls in Fresno going from one Alderwoods location to the other. There has been a strong focus in capturing price shoppers by matching prices. WE10 had several baby families, ship outs and a mix change in interment calls to cremation calls that hurt the averages. I also feel that the strong P/N program and the additional dollars in advertising and promotion is also showing positive results.

WE14 Phoenix +14
The Phoenix Market increase can be attributed to the increase of calls at Desert Rose Cremation & Burial. Desert Rose continues to increase in call volume as the advertising program continues to drive the call volume. Also, there has been an increase in the number of snow birds in Tucson this year over previous years.

WE25 Oklahoma City +11
Oklahoma City was up 11 calls after you include Shawnee. Eisenhour (B) was positive 8 calls due to 2005 community involvement. Baggerley Edmond is up 4 calls but we are also seeing that Matthews had a good period as well. Guardian Norman was positive 5 calls due to renewed interest with new LM.

WE23 Wichita +10
Wichita market was up a total of 14 calls. Cooper (B) and Hillside (B) are both 7 calls positive. We do believe that Hillside's training and removing bad blood at the top has refocused the staff.

BOTTOM PERFORMERS

WE01 Portland (55)

ALD016826

WE01 call variance can be attributed to several factors. The call variance was distributed somewhat equally among the majority of locations. The problem of low call numbers experienced at the end of 2005 has persisted into January and February 2006. Looking into market share and competitor activity, the same trend remains. However, Washington County competitors including Springer in Beaverton, OR and Alternative Burial in Sherwood, OR have increased their market share to about 15% over the same period 2005. We are addressing these competitors activity and marketing, by developing action plans for our businesses in these markets. One last note, the number of deaths in the two largest counties where our locations operate, Washington and Multnomah , remain down compared to historical statistics. WE01 has suffered during period 1 from a decrease in the calls that we had seen in the late periods of 2005. All the location did a great job closing 2005 and the preneed staff pushed hard as well, but in Pd 1 2006 the market as been slow and we can see that for our competition as well. Except in Washington County where we are getting strong competition from Bob Baker, John Springer and now also Wilhelm who has renovated Valley Memorial Park and is almost ready to open a new FH in Hillsboro. We will need to address the possibility to consolidate DSM and Fir Lawn as well as open an ABC in Forest Grove to cut the shift of Direct Disposition calls going to Autumn in Tigard and to Springer in Aloha.

Numbers from January Death Certificate filling compare to 2005 data)

Clackamas County

| | | |
|---|---|---|
| Peake | 5.25% | 4.13% |
| Multnomah | | |
| Bateman | 8.13% | 7.09% |
| PM | 4.31% | 3.75% |
| ABC Gresham | 3.82% | 2.08% |
| Washington | | |
| Fir Lawn | 4.09% | 5.67% |
| DSM | 4.09% | 5.95% |
| Young's | 7.6% | 12.89% |
| Pegg | 5.26% | 7.84% |
| ABC Tigard | 2.92% | 4.56% |

Vancouver FC and Davies got a fair start but we will be facing large competition as well, New Crematory and Direct Disposition (Columbia Crematory), and Evergreen Memorial is turning Evergreen Staple into a Direct Disposition Co. to compete with Davies, and since last week Northwood park is advertising cremation since we are selling Vaults in their cemetery (paying the install fee for the family).

**NC01 Cleveland (34)**

Corrigan Group(7)-As we explore the 2006 BPO and required community service I believe we are going to see a shakeout of who is going to be capable of running this group of FH's. The current manager has had a hard time rallying his staff to get involved. The MGM will be working directly with location FD's & LM to coach them on community involvement. I will be in close contact with the RGM on my findings and possible changes in staffing. We are also working on and our staff has recognized that a name change will be happening at these three locations. The change will give the locations a new identification for advertising and take forward their pride in the locations.

Craciun Group(13)- The Craciun Group has had a rough road from this time last year. Their market share remains around 32% to 45%. We are looking forward to the GE 90 day program that is coming to offer payments. We have lost families that had no money and had to make payments. In the economically depressed area of low income of Cleveland we are starting to see low end competition coming into the area. My RGM and I have discussed the issue "Are we really setup to serve the clients that are coming to us?" Last week price ads started to appear in the local newspaper packaging casket and services. We are already formulating plans to address this price threat. We are also having issues with our Southern property in the Middleburg Heights. area. We

ALD016827

have had a number of families that will not tolerate the smaller Craciun location and have toured the facility only never to return. The larger Tomen FH and newly built A. Ripepi & Sons FH are eroding our base in this area. I have to give credit where it is due and the "boys" community presence has carried this location this far. This formula is no longer working. We will be addressing these issues in the upcoming mid May MGM meetings in Cleveland.

Birkenkamp FH (6)- At this point the Birkenkamp FH market share is showing between 5% to 9% market share. I am looking forward to working with the current manager in reviewing and helping her to become more involved in the community. We also need to setup a more concrete plan for herself and her employees. Joe Dwornick, a location FD has been active in a number of personal lunch meetings with local clergy. This is a good sign of employee commitment. A limited ad is currently running in the newspaper, but needs to be enhanced.

DiCicco FH (6)- DiCicco FH has had a change in manager at the end of the year. The ex manager Dennis Vicchairelli has now opened his own funeral service about two miles down the street. He has had a total of 6 calls which have come directly from the DiCicco camp. Anthony is now working closely with his father, Anthony, Sr. in the direction of advertising and community involvement. I think Anthony will stabilize the current negative call volume and build their market share.

## NC06 Southern Indiana (28)

The volume shortfall in this market is directly related to the lack of community involvement and corporate challenges. The corporate challenges are attributed to our payment policy and ANPS. The families in these rural communities are used to getting 30 days to pay for our services. We have lost calls because we do not accept these terms. Our competitors in some of these communities have used this against us and are accepting these payment terms. The word in Bloomington is that "Day Mortuary" is struggling financially and that is the reason that we require payment prior to the service. As far as ANPS is concerned, the 3.5% charge is turning families away from us. The only solution to these issues is to get involved in our communities. We can combat the false stories being told prior to it spreading throughout the community. Community involvement will also allow us to build relationships in order to build our businesses. Gary Greiner has committed to personally taking the employee's out in order to be sure that they are comfortable in that environment as well as training them on how to build relationships.

## NC12 Minnesota (24)

There are numerous reasons why this market is down on call volume. First and foremost is the lack of community involvement by all locations. Secondly, the negative attitudes of most of the funeral directors are affecting the families that we serve. For example, we have heard from a couple of families that claim that they left numerous messages for funeral directors to call them back and that they were not called back. We have witnessed funeral directors working services from behind a desk. This is just a small sample of the issues in Minnesota.

With the promotion of Monica to MGM for this market, I am very confident that she is the one who can turn this market around. This will be a work in progress and we know that it will not happen overnight. She provides the leadership that Minnesota needs in order to turn this market around. She will actively be involved in every aspect of the operations in order to ensure that we are exceeding our family's expectations. This will allow this market to regain the calls that they have lost.

## WE09 Olympia (22)

Call volumes at Price Helton (4) and Powers (2) continue to be impacted by external competitors, ABC (10) and Mills & Mills (7) volumes are negatively affected by both external competitors and internal instability.

ALD016828

**WEM1 ($35K)**
The volume at Acacia has been a major contributor to the region's overtime variance. This period, a full-time removal team has been hired and trained which will correct a large portion of this problem. The other major contributor has been Powers in Puyallup. The GM is rescheduling the staff to eliminate all unnecessary overtime at these locations.

**WEM3 ($21K)**
WE23 & WE25 are playing a big part of this. WE23 is due to being short staffed for the entire 1st quarter and having to double up on staff. WE25 has committed to take a look at there current schedule. WE24 is also short staffed therefore showing a positive variance on direct labor but negative when looking at OT. We hope to have one of there 3 vacant positions filled by the end of next week.

**WEM4 ($29K)**
WE01 Wages for Pd 3 were in line with the budget but YTD OT and Direct Labor were higher than budgeted, I will request a report from the locations to get a true picture of the impact from phone answering and removals. OT at Buells and O'Hairs are most troubling due to the call variance at these locations. MGM is in process of managing these issues with LM, specifically Stephanie Riggs OT at Klamath Falls and a new manager at Buells who has not taken charge as yet.

**WEM5 ($72K)**
WE10-the wages were over budget due to the fact that the Market is up 56 calls to budget.
WE17-the wages were over budget because there have been several Sunday and evening services requiring additional over-time staff members. Nicoletti's is down a full-time staff member requiring additional P.T. and O.T. staffing.
WE19- wages were over budget due to overlapping General Managers (Ray Glosser & Luke Wright & Ray Glosser & Jeremy McLin). Also there have been little or no controls over the use of over-time and part-time staff members.
WE20-wages were over budget because there was no over-time budgeted for Tim Roseaan & Norm Curtis, Managers at Fred Young and Chapel of the Valley. Last year both Managers were converted over from salaried positions to hourly positions. Also there is a severe shortage of P.T. removal staff members to make night and weekend removals. Northern California Region is having a difficult time in recruiting P.T. staff to make removals. This is primarily due to the lack of pay we are offering for removal drivers.
WE21-wages were over budget primarily at Johnson Funeral Home due to all night & weekend removals being filtered through that location.


**WEM6 ($90K)**
The overtime is high as a result of the coroner's rotation in Las Vegas. We are currently hiring PT removal personnel in order to run all of our after hour and rotation calls by part time staff at $40 per removal instead of FT personnel at $90 per removal affecting the OT category.

**NCM2 ($16K)**
Some of this is due to converting some managers from salary to hourly (Brocksmith and Finefrock). We also have an issue at Elzey-Patterson, due to a number of removals and embalming being done overnight. They will begin embalming during normal business hours going forward. Overall, as a Region, we will be making schedule changes in certain locations in order to cut the O/T. These changes will be made to fit our visitation schedules so that we do not pay O/T for someone to work them.

ALD016829

### Valhalla
We are doing our market share in Bloomington, the only other City Cemetery Rose Hill has no more spaces for sale. We are under very good leadership at Valhalla, Buddy Fletcher and Debbie Starnes are becoming very involved in the community which not only effects Vahalla, but the entire Bloomington Market.

### West Memory
Down 11 to Budget of 43, at this cemetery we have raised our prices by about $300.00 in the last 2 years this could be part of the problem. Secondly, we have a group of funeral homes that are not comfortable with our FSM, thus probably not as many referrals as we should get.

### St. Joseph
Down 12 to Budget of 46, we spoke with our main funeral home
(Welsheimer) and they are down 25 calls year to date compared to last year. Another factor that we have is that our O/C charge is $300.00 more than our competitors. Our general feeling is that this will bounce back prior to year end.

### Riverview
Down 11 to budget of 26, as at St. Joseph's deaths are down. Our O/C's are $300.00 higher than competitor cemetery. This could affect us when FD's are speaking about cemeteries. The most positive side to this is that our FSM has cultivated a good relationship with our FD's, so we are seeing barriers from our days of selling caskets broken down. Our cremation business has increased dramatically already 31 cremations, last year 100. Also, we have already sold 6 niches in our newly constructed Columbarium. With another 2 additional contracts waiting to be finalized.

### Sunset MN
This shortfall is directly related to the lack of sales management. We will continue to struggle at this location until we get a sales manager in place. We have also lost a sales counselor at this location.

**Chapel Lawn (24)** – A terrible P01 left a huge gaping deficiency in YTD interments. P02 fared better but still below budget. Interments are usually never an issue at this combo. A complete recovery is expected.

**Irving Park (17)** - Although burials are off just (5) from last year, they appear to be (17) off of this year's budget. Perhaps there is some seasonality issue present that is impacting the period budget as the annual number of 364 interments is just 4% above last year's total of 350. A complete recovery is expected.

**Beverly- (15) and Oak Hills- (14)** We increased the Single Select package price from $1300 to $1700 at the beginning of the year in an attempt to grow OP MR. It is apparent, however, that the independent FDs and families they serve have reacted to that price increase and have opted to take burials to Mt. Hope. A recovery plan will be considered after a review of Mt. Hope's 2006 pricing structure. The market is really splintered in these south side communities because of Mt. Hope's deeply discounted burial packages. The review will determine whether we will compete a little or a lot.

### Acacia
Increased cremation percentages continue to impact cemetery interments. I will work with MGM, GM and SM to improve presentation and capture of opportunities.

### Evergreen Everett
Mix began to change in the last quarter of '05 and interments have continued to lag into the current year although calls are up. Changes in pre-need staffing and management may also contribute as two primary FSCs have moved to Acacia and SM's attention has been divided with Acacia and Eastern Washington.

### Lakewood
A keying error was discovered and is being corrected in Period 3. This is due to the implementation of HMIS Web in which a step was missed by the LA, has since been corrected.

ALD016830

| *Total* | | Year-to-Date | | |
| | | | Bud | |
| *Calls* | | Act06 | Var | PY Var |
|---|---|---|---|---|
| | WEST | 6,250 | (269) | (636) |
| | | | | |
| Best | WE14 | 281 | 35 | 43 |
| | WE10 | 334 | 33 | 16 |
| | WE06 | 130 | 23 | 16 |
| | WE07 | 293 | 19 | (4) |
| | WE12 | 334 | 16 | 51 |
| | | | | |
| Worst | WE01 | 409 | (98) | (102) |
| | NC12 | 176 | (55) | (68) |
| | WE09 | 378 | (52) | (81) |
| | NC06 | 116 | (50) | (56) |
| | NC01 | 180 | (44) | (48) |
| | | | | |
| | Others | 3,590 | (102) | (169) |
| | WESE | 29 | 6 | (234) |
| | WEST SS | 6,221 | (276) | (402) |

### *Summary*

The variance to 2005 includes sell properties (234), leaving the remaining variance at (402) and (276) vs 2006 budget.  The Mid West locations in Ohio, Illinois, Indiana, Michigan and Minnesota encompass (149) of the budget variance, along with a severe shortage of call volume in Portland of (98) and Olympia (52).   NC15 Chicago (35) with (21) at Weinstein and Bull Head City (26).

Strong results continue in Seattle, Central California, with a nice recovery in the Alaska Market, which has shown 2 years of soft volume in Pd01.

TOP PERFORMERS

**WE14 Phoenix +35**
The majority of the increase is at Desert Rose Cremation an ABC located in Tucson. The increase shows a consistent increase over the past 3 years as a result of increased advertising spend. There is also an increase at Phoenix Memorial Park as a result of increased PN sales and community awareness.

**WE10 Central California +33**
Central Valley has focused on picking up price shoppers by matching prices.  We are showing positive results with the additional advertising dollars as WE10 is a Pilot Market.  We also have an increase in our P/N conversions because of a strong P/N program.

**WE06 Alaska +23**
Advertising began in Oct '05 along with improving relationships with Tribal Corporations and Russian Orthodox Church have contributed to volume increases.

**WE07 Seattle +19**
PMA volume at Acacia are beginning to grow as contract date nears.  Other locations are holding the gains made last year.

ALD016831

**WE12 San Diego +16**
The majority of the increase is attributed to McLeod Mortuary 44 calls +9 over budget and +21 over 2005. Merkley's is +5 to budget. Pinkham is +6 to budget, and Humphrey is +2 to budget +28 over 2005. Some of the increase in San Diego is a result of the Public Administration cases that were finalized at one time in San Diego causing a carry over from December and adding to the volume but causing a decrease in the overall per case average. Pinkham has been showing steady increases for the past year as a result of focus on building this business with a FD working the community on a daily basis.

**BOTTOM PERFORMERS**

**WE01 Portland (98)**
Period 2 is unfortunately weak like period 1, not as bad but we are now trailing by 98 calls.
Period 1 was budgeted for 262 calls we did 207 (-55)
Period 2 was budgeted for 245 calls we did 202 (-43)
Period 3 is budgeted for 239 after 1 week we had +11 which is encouraging. knowing that the target is going to be declining for the next 10 periods (between 223 and 199 calls per period)

**NC12 Minnesota (55)**
This volume shortfall is related to lack of community involvement and attitude. We have been struggling with getting employees involved in the community. The attitude is horrible and this is beginning to affect the families that we presently serve. We are confident that this market will turn around with Monica's leadership. She is exactly what was needed in this market.

**WE09 Olympia (52)**
Continuing strong price competition in this market along with staffing and operational stability issues have contributed to volume decline.

**NC06 Bloomington (50)**
The Bloomington Market is the main contributor to the low call volume in NC06, we are aggressively becoming involved in the community. Our new GM, Buddy Fletcher has joined the board of directors for Area 7, Agency for Aging, The Ethics Committee at Bloomington Hospital and is a new Ambassador for the Bloomington Chamber of Commerce. 90% of all of the employees in the Bloomington Market have joined or are volunteering in the community at the Y.M.C.A./Y.W.C.A., area hospitals, schools etc. We are lowering our merchandise at Day and Deremiah Frye to be more competitive with Allen Funeral Home our main Competitor.

**NC01 Cleveland (44)**
Corrigan Group(13)- The Corrigan Group is having the most trouble at 2 of the 3 locations. The Corrigan-Berry location that was off in numbers last year is positive by 2 calls. The Corrigan Group is still at a crossroads in advertising because of the required name change that will be taking place. The MGM has started to personally go out in to the community with staff members. We are planning the use of the ad planners for creating community events for each group of our funeral homes.
Craciun Group(11)
The Craciuns are still behind by (11) calls. The majority of the calls are behind at the Craciun-Berry FH(15) with positive 4 for the Middleburg Heights location. We have almost completed an ad package for the publication in the newspaper for a lower cost funeral for the lower Westside area only. We have also reformatted our market share reports to get a more accurate view of what the other FH's are doing in the area. We are still seeing increased competition from the local casket store and low cost providers. We will be having discussions next week in the Cleveland area with the VPO team as to our challenges with the facilities.


Birkenkamp(9)
I am still working on some issues with this FH in relation to the community involvement that takes place. The location has plans for the community activities that it plans to do this year. I will become more directly involved in the community relations at this location. We are also planning

ALD016832

some Capex projects this year to improve the facility at this highly traveled corner of Toledo. We are also going to be looking at some of the shortfalls in averages at this location. AWR training will also be reviewed again this year to enhance some of the falling price points.

DiCicco(6)

We are starting to see a slight recovery from week 7. The averages were also down, but is starting to recover. One issue we are faced with is the former manager is using a competitors building for his calls. This funeral service has done around 11 calls which would have gone to DiCicco if the former employee was still at the location. Anthony has come up with some new great ideas for his ad planner and I will be directly assisting him this next month.

ALD016833

| Total | | | Year-to-Date | |
| --- | --- | --- | --- | --- |
| | | | Bud | |
| *Calls* | | Act06 | Var | PY Var |
| | WEST | 9,413 | (291) | (914) |
| Best | WE07 | 467 | 56 | 43 |
| | WE10 | 502 | 56 | 30 |
| | WE14 | 398 | 41 | 39 |
| | NC20 | 567 | 19 | (14) |
| | WE06 | 185 | 17 | 5 |
| Worst | NC06 | 199 | (51) | (59) |
| | NC01 | 278 | (52) | (50) |
| | WE09 | 581 | (66) | (111) |
| | NC12 | 275 | (70) | (84) |
| | WE01 | 651 | (95) | (103) |
| | WESE | 39 | 12 | (364) |
| | WEST SS | 9,374 | (303) | (548) |

### Summary

The variance to 2005 includes sell properties (365), leaving the remaining variance at (548) and (303) vs 2006 budget.   The Mid West locations in Ohio, Indiana, ad Minnesota encompass (173) of the budget variance, along with a severe shortage of call volume in Portland of (95) and Olympia (66).   NC15 Chicago (35) with (21) at Weinstein and Bull Head City (26).

Strong results continue in Seattle, Central California, Phoenix and Alaska Markets. Recovery has occurred in Michigan, who were behind in Pd01 and Pd02. Weinstein's has seen a recovery in their volume, in Pd03 and are now (15).

### White

The biggest volume shortfall is in Minnesota, NC12. With Monica Berryhill just getting started in that market, we cannot expect this to turn around quickly. We believe that this volume issue is directly related to the poor attitudes of most of the staff members in this market as well as the lack of community involvement. NC06, especially Bloomington has gotten their staff members very involved in the community. We believe that this is because of the leadership of Buddy Fletcher and we expect the volume to reflect this in the coming periods. NC01, Cleveland is suffering from lack of leadership in location management at some of the locations. We will be looking at making changes in the near future in order to recover the volume to budget.

### Straub

The NCM4 region preformed positive to budget in P03 by 31 calls, deflating the YTD variance to just (13) calls or (1.2%). (I) volume was positive in the period by 11 calls but continues to be negative by (28) YTD. (C) volume was positive in the period by 15 calls, and now remains up by 7 calls YTD.  (O)

calls were virtually flat in the period and remain positive YTD by 8 calls.  New competitors continue to shake up certain markets, but the FHs have geared up for 2006 and community

involvement continues to be the focus as we move forward.  Albeit scaled-down, these programs are being selected with special consideration to continue to drive people to our properties and into our facilities.  Location-based action plans for employee participation, in place for most of last year, are continuing to correct and reverse the downswing in call volume experienced in 2005. Training programs that have a great impact on our business growth will be provided once again this year as we remain unchanged in our commitment to out-perform our competitors and over-serve our families in 2006.  Community leadership
will take a new twist as we will be identifying three influencers this year per location or b-group in niche markets where we traditionally do not serve families.  We are hoping that through quality relationship building, a long-term impact will be realized as these influencers feed our businesses calls (and interments) from their connections.

**Finley**
Strong call volume performance continues throughout the region, led by the Seattle and Alaska markets, both positive to budget and prior year.  As of Week 14, the volumes of all markets except Olympia WE09 are favorable to budget YTD.  The Olympia market has recovered an additional 18 calls YTD through Weeks 13 and 14.

**Matherly**
Calls in OK City are the back bone of the entire region and we have experienced a death rate drop for 3 weeks in a row.  Week 14 has shown a considerable increase with a positive 10 call variance.  WE23 has also shown a death rate decrease with Wichita, Kansas alone showing a 300 call drop within the city from this time last year.  With that considered we have been able to hang on to our calls and do a good job of staying on task to be more visible within the community.

**Head**
WE01 accounts for 80% of the call variance for our Region with (95) calls off. One third of those calls (32) are missing from ABC primarily in Tigard (27) where we continue to struggle against competition by former manager. ABC Gresham is (7) off and ABC Portland (6) which can recover. The new office in Tigard is offering a much better off premise location to meet ABC families, we have adjusted pricing to meet and beat Mr. Baker, however, we have yet to see a recovery.  The balance of the other businesses with the exception of Fir Lawn (17) are about 6 calls off budget and will be back on track over the next few periods. Fir Lawn challenges includes a former disposition competitor now a full service FH. WE01 is starting to see some call recovery in the first two weeks of Pd04, gaining 10 calls. MONTANA Retz is off (7) calls, Chapel (6), after a solid first two periods, business has slowed down. In Helena, the County DC count shows the market is off approximately 38 calls this year so far. O'Connor (1) and Gorder (2) YTD. TWIN FALLS up 16 calls to budget. WE02 calls losses focus on Buell and O'Hair. Buell is a B-group with ABC and 22 calls are short at the ABC business. Competitive pricing has been a factor and adjustments in addressing the marketing of price just began last week. Calls at O'Hair & Riggs should recover over the next few periods. However, O'Hair & Riggs had a banner year in 2005 and budgeting is high based on that performance.

**Mitchell**
In period 3, the Region was 6 calls above budget.  Most of the Markets showed a positive increase with the exception of Stockton, Seaside and East Bay.  In the Seaside Market we are still having staffing issues at Whitehurst Muller.

**Dimond**
Through week 13 the region is currently (2) calls to budget and +77 calls compared to actual 2005. WE11 is (1) call to budget and even with actual 2005. WE12 is +7 calls to budget and +54 to actual 2005. WE13 is (34) calls to budget and (43) to actual 2005. This is due to a soft winter visitors season (snowbirds) in the Bullhead/Laughlin area due to media related recreational visitor issues. WE14 is +37

calls to budget and +40 calls to actual 2005 as a result of increases to calls at Desert Rose in Tucson. WE16 is (11) calls to budget and +26 to actual 2005.

**TOP PERFORMERS**

**WE07 Seattle**
All locations continue to build on the growth trend established in 2005. PMA is contributing to rapid call growth at Acacia while all of the remaining locations except two, Jerns & Snoqualmie Valley, demonstrate positive volume performance to budget and/or prior year as of Week 14.

**WE10 Central California**
There are several reasons why Central Valley is ahead on calls to budget. The Market is striving to capture all price shoppers with great success. There has been an increase in advertising and promotion spending (TEST MARKET) with name awareness that is having a positive effect. This Market also has stable and seasoned Managers and staff members.

**WE14 Phoenix**
The increase in the Phoenix market is a result of the increase to 3522 Desert Rose Cremation and Burial. The increase is also representative of the increased advertising initiatives for this low cost center over the past 3 years.

**NC20 Michigan**
The NC20 Michigan market exceeded the budget by 26 calls in P03 and pushed overall YTD volume into a positive 19 variance. The mix of business was great in the period, especially in the (I) category, and that has alleviated the anxiety caused by a soft first and second period. Strangely enough, (C) business is also positive to budget, but off by (16) to last year. Volume trends will be sustained throughout the year.

**WE06 Alaska**
Increased advertising and strong relationships with the Tribal Corporations and Russian Orthodox Church have contributed to continued volume growth.

**BOTTOM PERFORMERS**

**WE01 Portland**
Concern with West Side of Hillsboro regarding competitive concerns, facility w/o selection room, Forest Grove opportunity for ABC business, consideration for consolidating DSM and Fir Lawn all are issues that need serious attention as soon as possible.

WE01 recovered 3 calls compare to budget during period 3. The following locations are the main concern as far as suffering from major loss: Pegg Paxson P0306 (9) and YTD (7), Fir Lawn P0306 (6) and YTD (17), ABC Tigard P0306 (9) YTD (25).

ABC Tigard has a new low price of $395 for DC since March 31st. Pegg's will be on a 4 month ME rotation at the end of the year which may help with the recovery of calls. Fir Lawn will be on a 3 month ME rotation in May. However the large competition in the West market still is the main concern, Bob Baker is still advertising against Young's and ABC Tigard, but now he is not the lowest price. Springer and Son has secured a large amount of the market share (over 10% in WA County) and now Tualatin Valley a block away from DSM is operating a full service Funeral Home instead of a Direct Disposition. We also think that Valley is sending their Funeral Arrangement to the Portland office of Schroeder,
awaiting the opening of their office in Hillsboro. Period 4 week 1 started with a gain of 10 calls for the market.

**NC12 Minnesota**
This shortfall is directly related to the poor attitudes of most of the staff members in Minneapolis/St. Paul. We have not been successful in getting the staff involved in the community  and we are not sure if the present staff is who we want representing our businesses. We are afraid that the attitudes will be a detriment rather than a benefit to Alderwoods. Monica Berryhill will be able to get this market turned

ALD016836

around, but it will take some time. We will be working on a plan to execute while in Minneapolis next week.

**WE09 Olympia**

The effects of recent changes in management, staffing and telephone answering appear to be gaining traction in call retention as the market has recovered 18 calls YTD over Weeks 13 & 14 at Mills & Mills, Powers and ABC.  As operations continue to stabilize, focus will be increased on effective advertising, promotion and community relations.

**NC01 Cleveland**

B-Corrigan (26) The B Corrigan group continues to struggle with a 26 negative call variance to budget. We are anticipating that by the end of April a new operating structure with the MGM taking a more day to day role in operations. The current manager of the three Corrigan locations has been unable to coach the staff into meaningful community activities while running the business. We are also continuing to blend the Corrigan and Craciun operations into a more streamline operation, which in turn, should give more time for required community involvement and programs.

Birkenkamp (14) The Birkenkamp location has lost another 2 calls from period 2 and continues to be in a basic holding pattern. The group has set up some good ideas for structured community programs, but still lacks the basic day to day contact with the public. I have seen a slight improvement in clergy contacts with lunch meetings and breakfast, but I still need to coach the manager with more substantial involvement in the surrounding area. Some capex projects are slated for this location which I believe will help the "look" of this funeral home to the public.

DiCicco (15) DiCicco FH is behind budget but most of this will be continue to be from the reoccurring theme of the ex manager skimming calls from this location. The core group of directors is very strong in the community and continues to be in the front of market share. Anthony Jr. is well respected in his community, but needs to use his name and get out of the location and get more into the community.

**NC06 Bloomington**

The Bloomington Market, specifically Day Funeral Home (3060) continues to be the largest contributor to the low call volume in NCO6. We have the correct pricing in place (relative to our main competitor), we are aggressively becoming active in the Bloomington Community. We have partnered with the local American Red Cross and will be sponsoring a bi monthly blood drive at Day Funeral Home. Our first Blood Drive was held on 03/27/06 and was considered a success for our first scheduled drive. We recently partnered with Indiana University in a program called, "In An Instant" (drunk driving awareness). We received local media (TV, Newspaper) attention which has caused considerable positive feedback. Buddy Fletcher, the new GM in Bloomington has quickly become involved in the Bloomington community. Even though the recovery will be slow, I feel that we are making great headway and look forward to a positive outcome.

ALD016837

| *Total* | | Year-to-Date | | |
| :--- | :--- | ---: | ---: | ---: |
| *Calls* | | Act06 | Bud Var | PY Var |
| | WEST | 12,334 | (345) | (1,226) |
| Best | WE07 | 649 | 115 | 112 |
| | WE10 | 652 | 60 | 24 |
| | WE14 | 502 | 31 | 17 |
| | WE20 | 283 | 18 | 16 |
| | WE06 | 237 | 16 | 3 |
| Worst | WE01 | 841 | (116) | (119) |
| | NC12 | 366 | (89) | (112) |
| | NC01 | 361 | (78) | (78) |
| | NC06 | 274 | (54) | (76) |
| | WE13 | 245 | (48) | (58) |
| | WESE | 44 | 17 | (486) |
| | WEST SS | 12,290 | (362) | (740) |

## *Summary*

**The variance to 2005 includes sell properties (486), leaving the remaining variance at (740) and (362) vs 2006 budget.   The Mid West locations in Ohio, Indiana, ad Minnesota encompass (228) of the budget variance, along with a severe shortage of call volume in Portland of (116), Olympia (47), and Bull Head City (48).**

**Strong results continue in Seattle, Central California, Phoenix, along with volume recovery in Northern California +45 calls for Pd04.**

### White (NCM2)
We have been working at getting our employee's involved in there respective communities. In most of our markets, it has been working well but we will not see immediate results. It will take some time to nurture the relationships that are being built. We continue to struggle with community involvement in Minneapolis and Cleveland. With both of these markets, we are making changes to correct the poor attitude regarding community involvement. We made some of the changes in Minneapolis last week and expect them to change the attitude in general.

### Straub (NCM4)
The **NCM4 region** preformed negative to budget by (3) calls in P04 and further pushed the YTD variance to just (20) calls or (1.5%).  I volume was off in the period by (6) calls and continues to be negative by (36) YTD. C volume was flat in the period and remains up by 5 calls YTD.  O calls were virtually flat in the period and remain positive YTD by 11 calls.   Community leadership has taken a new twist this year as we have identified three influencers per GM in niche markets where we traditionally do not serve families.  We are hoping that through quality relationship building, a long-term impact will be realized as these influencers feed our businesses funeral calls (and interments) from their connections.    At this stage, overall call volume is certainly correctable and reversible in trend; lost volume can be recovered, but the mix will continue to cause damage to overall averages.

ALD016838

**Finley (WEM1)**
Seattle Market continues to build volume on PMA business, although the growth flattened slightly in period 4. Slow period for Eastern Washington and Alaska, but volume is generally holding throughout the region.

**Matherly (WEM3)**
As far as market goes my biggest concern is WE25 which is largely related to the number of calls we are down over last year. In the hot pockets, such as the Bill Eisenhour area we are down 50 deaths compared to last year but our market share is up 1%. But in the Bethany area the deaths are down 17 with Guardian West's market share down 4%. We are watching this area very closely.

**Head (WEM4)**
Oregon markets, especially WE01 Portland continue facing challenges in call volume. MGM and location management committed to developing community relationship building involving all staff. Competitive challenges, death rate, all have contributed to some of this volume shortfall. The WE02 Salem Oregon market more stable, however, Springfield continues to have employee issues and lacks employee stability. New management slowly gaining some ground; ME rotation in this market will help boost low call volume YTD. HED may have opportunity with competitor in town leaving his partnership, hoping to gather some information on his value of bringing into our business. Idaho locations seeing improvements over last year, maintaining calls and averages so far this year. PN production also above targets. Montana locations status quo…competitive issues stable and consistent. Retz down in calls and can make up very quickly. O'Connor and Chapel not too far off; O'Connor had a busy past week and made up some calls.

**Mitchell (WEM5)**
In Period 4 the Region was 44 calls above budget. Each market was positive in calls with the exception of WE17. WE18 & WE20 both had a strong period. All of the locations in both markets showed positive increases in calls to budget.

**Dimond (WEM6)**
Through week 17 the region is currently (30) calls to budget and (5) calls compared to actual 2005. WE11 is (23) call to budget and (32) with actual 2005. WE12 is +3 calls to budget and +26 to actual 2005. WE13 is (46) calls to budget and (65) to actual 2005. This is due to a soft winter visitors season (snowbirds) in the Bullhead/Laughlin area due to media related recreational visitor issues and a mistake by the coroners office in pd4 calling the competitor FH when Dimond was supposed to be on call. WE14 is +38 calls to budget and +29 calls to actual 2005 as a result of increases to calls at Desert Rose in Tucson. WE16 is (3) calls to budget and +37 to actual 2005.


**TOP PERFORMERS**

**WE07 Seattle**
PMA call growth continues with a pronounced increase at Evergreen in Everett.

**WE10 Central California**
The Market is striving to capture all price shoppers with great success. There has been an increase in advertising and promotion spending (TEST MARKET) with name awareness that is having a positive effect.

**WE14 Phoenix**

ALD016839

The increase in the Phoenix market is a result of the increase to 3522 Desert Rose Cremation and Burial. The increase is also representative of the increased advertising initiatives for this low cost center over the past 3 years.

### WE20 East Bay

The management in WE20 has focused their direction towards commitment of operating their business. Community outreach programs and improvement of the facilities have had a positive effect on the growth of the market.

### WE06 Alaska

Continuing to growth and strengthen relationships with Tribal Corps and Russian Orthodox Church.

## BOTTOM PERFORMERS

### WE01 Portland

WE01 continues to suffer the highest call loss to budget of the markets. JC will continue to provide to the GVP team a county by county State DC filing report to reflect the death rates for each particular location as it relates to numbers of deaths in marketplace. Deaths are down in 2006 as compared to 2005 The Washington County market has seen the highest volume loss...this county is also our most competitive as far as recent challenges...ie Bob Baker and John Springer, each making strides in volume for their relative new businesses. ME rotation will help the Hillsboro locations with volume over the next three month period. Staffing stability has improved and now community relationship building can be more consistently executed in these locations as well.

### NC12 Minnesota

This market continues to struggle with very poor attitudes that have affected the families that we are serving. We continue to get complaints from families that are upset because of the lack of service and professionalism that is represented in this market. We have made some dramatic changes in the last two weeks and expect the attitudes to change as well. In these changes, we eliminated some of the "ring leaders" that continued to bad mouth the company and its management. Unfortunately, these changes will not give us immediate results in our call volume but will slowly bring the calls back to out locations.

### NC01 Cleveland

B-Corrigan Group-(38) The Corrigan Group has lost another 15 calls from P3 to be off (38) YTD. The MGM has taken over and revamped the FD schedule to have a single staff between the Corrigan and the Craciun Group. He has also taken the Community Service program into the field by accompanying FD's to functions and placed them in groups of their interest and in the best interest of the funeral homes. A number of projects have been accomplished with the large Catholic Church next door, we will be starting a relationship with a organization to help parents that have lost children and a veterans program for two of the largest VFW posts in the area. We also hope to complete the finalization of the addition of a second name to the Corrigan signs in May or June. We have been held up one of the possible player who was in the hospital this last month. One way or another we will move on and consider other names. The whole process has stalled any advertising and focus with these locations.

B-Craciun Group- (7)The Craciun Group is down by (7) calls. Craciuns have had a good recovery from the first few periods. A few calls where lost due to no payment plan in this depressed area of Cleveland. Now with the GE program, I am hoping that few if any families will walk. The Craciun "boys" continue to be a pain, but I am hoping with the integration of the staffs with Corrigan's we can their use their public service skills to help the other FH's

ALD016840

Birkenkamp FH-(17) Unfortunately another 5 calls where lost in P4. I am seeing more activity in the community relations dept with one on one clergy and social lunches, but we need to examine the real results of these meetings. As I said in last period, I need to make more time to spend the staff on executing community ideas that reach the masses. Changing the print ad run weekly, giving each FD or staff member a program to take into the community and accelerating the planned events for the BPO's.

DiCicco FH-(14) We did not gain or lose calls in P4. The managers father was in and out of the hospital for the last few weeks and this has been a slight setback for executing some of our discussions. There are some events that are planned in the next month or so that should help the FH's community presents.

**NC06 Bloomington**

The Bloomington Market continues to be the largest contributor to the low call volume in NC06. We have continued our push concerning community involvement, all Funeral Directors and most staff at all locations are involved in at least once community activity. Buddy Fletcher is very involved in the activities that he has chosen to be involved with. The Market share in Bloomington is making a slow but steady turn around in our favor. For the last three weeks Day Funeral Home #3060 has met if not exceeded our budget goal and have matched if not slightly surpassed Allen Funeral Home, our largest competitor. Deremiah Frye Funeral Home is maintaining it's market share over a three week period, Wk. # 15 + 4, Wk. # 16 -1, Wk. # 17 -1. Moster Cox #2667 is down for the year according to budget but is slowly recapturing its market share and has surpassed Todd Funeral home over the last 3 weeks. Brocksmith # 3385, Denbo #3411 and Dillman-Green #3442 are maintaining their market share, we are not loosing calls to other firms.

**WE13 Bullhead**

Through week 17 the Bullhead Market is (46) calls to budget and (65) to actual 2005. the breakdown per location is as follows: Colorado River is (34) to budget and (2) to actual 2005. This location's remodel is almost complete and should be open for business by July 31st at the latest. Dimond & Sons is (14) to budget and (53) to actual 2005. This is a result of a soft winter visitor season (snowbirds) in the Bullhead/Laughlin are due to media related recreational visitor issues and a mistake made by the coroners office (which is in transition in Mohave County) calling the wrong FH in period 4 when Dimonds should have been on call. Jensen-Carpenter is (5) to budget and (7) to actual 2005. This is mostly a result of the new hospital opening on the Arizona side of the river. The new hospital is owned by the same owners of Needles Hospital and the intention is to continue sending Needles patients to the new hospital where they will ultimately expire and call an Arizona FH with the exception of Needles residents. The Needles Hospital will become a Rehab center. Yuma Mortuary is +8 to budget and (3) to actual 2005.

ALD016841

### *Summary*

The variance to budget of (92) can be attributed to a number of anomolies that have occurred in Pd01. Central Valley and San Diego California have been affected by 2 factors, infant services and 3rd party caskets. Of the 341 services conducted in Pd01, 42 calls or 12% of the business relates to infant services or 3rd party caskets stores. San Diego has seen an influx of 3rd party caskets, mostly coming from the internet. In 2004, AWGI firms serviced 10 outside casket sales for the year, we have reported 15 sales in Pd01 alone.   Also affecting the averages in Pd01 relates to Acacia increase of PMA contracts, which is continuing to grow, even without the expected contract change for March, 2005.   Colorado experienced 18 Trust PNC in Pd01 with an average discount of $3,549/call.

A review of the discounts provided in the period reflect the above anomalies, in addition a reduction of Interment calls to budget of (66).

## TOP PERFORMERS

**NC07 Northern Indiana +872**
We will be monitoring these averages as they seem very high. All of the locations in this market are +$1000 or more over last years average.  We will continue to monitor the favorable activity and make adjustments in order to stay competitive.

**WE04 Southern Oregon +739**
Strong casket sales occurred in Pd01, which have contributed to the variance to budget. This type of activity is an anomaly and we will see a decline in the large variance with the typical cremation calls that the locations will experience throughout the year.

**NC06 Southern Indiana +672**
We will be monitoring these averages as they seem very high. A lot of the locations in this market are +$1000 or more over last years average. We will continue to monitor the favorable activity and make adjustments in order to stay competitive.

**NC20 Michigan +262**
The averages in the **NC20 Michigan** market were slightly ahead by of budget by 5.9% or $262 for Pd01.  **Hill** hit their averages and calls this period due to the fact they now have an FPG and MPL in place, in addition to the price optimization program.  This is providing them with some structure they lacked in 2005.  **Swanson** service averages were up due to their traditional internment volume surge, pushing both the casket and vault sales higher, a tribute to the flip-flop program.   Their new AWR is helping push those commodity averages, too.  **Resurrection** overall volume and mix were off to budget per Pd01.  The shortfall in I and C calls had a direct negative impact on call averages.  This firm is not utilizing the price optimization program because of the difficulties surrounding Michigan Casket conversions. The **b-Covell group**, with positive averages directly related to the flip-flop pricing program, is combating the volume shortfall well with each family served in garnering maximum revenue opportunity in the AWR. **Wren** is also on the flip-flop program but experiencing some difficulty with "price shoppers" coming to the location first and then not returning because of the $1,430 price difference with our competition for a traditional service. The only competitor in town is still using a GPL from 2003. We are using a perfect package price point, including traditional service, minimum casket, minimum vault and register book to replace "price" with "value" as the major representation for

ALD016842

these price shoppers to consider. The **b-Gorsline group** averages exceeded budget at three of the five doors, but some difficulties at Mason and DeWitt were experienced. Mix at the Mason chapel and a demolished/re-constructed chapel at DeWitt are to blame. The price optimization program at this group appears to be working here, too.

**WE19 Seaside +256**

The average increase is due to better Funeral Arranger staffs at Whitehurst Grim & Terry, Seaside Funeral Home and Mission Memorial Park & Mortuary. A focus has been on putting proper pricing, training and usage of the Alderwoods Rooms has helped.

This Market has suffered from years of poor staffing, training and facility maintenance.

## BOTTOM PERFORMERS

**WE08 Colorado (806)**

Market is down $806 which is in large part to servicing more PN customers with discounted contracts. Imperial is the largest culprit due to serving people through the Southern Colorado Cremation Society. Boies/Ortega is -$553, and Wilson is -$483 down. Pd01 impact of 18 calls with PN Trust Discounts that averaged $3,549/call and 5 calls with PN Insurance Discount that averaged $1,595/call.

**NC15 Chicago (650)**

Averages in the **NC15 Chicago** market have never before been as negative as they have in Pd01. The GM at the **Chapel Lawn** and **Woodlawn Joliet** FHs has done a marvelous job at pushing his arrangers to maximize revenue opportunities in the arrangement process. Good volume and the right mix helped as well. Averages at **Mt. Auburn** fell short in Pd01 partially due to several (I) calls not meeting the casket target. This is not a training issue and strong averages usually are witnessed out of this group. In addition, one inter-company ship-out, a casketed ship-in and an employee family discounted service drove the numbers down. **Zefran** averages continue to be positive due to the strong following of traditional families for this location. Averages at **b-Oehler group** and **Oehler at Ridgewood** have hit an all time low. Call mix was off at the Des Plaines chapel, but the dominant reason behind the huge negative variances was that casket averages fell short on 10 of the 14 calls. (C) calls were up and 8 of the 11 were disposals, digging into the overall average. Seven (O) calls also had a detrimental impact. Casket averages at the Arlington Heights chapel were off as each (I) call missed the mark. Mix was also an issue here somewhat, as it was at the chapel at Ridgewood. Averages are typically never a problem at the two large firms, so the GM and MGM are going to sit in on arrangements with our FDs to determine why we are missing the budgeted casket average. Overall averages at the **b-Weinstein group** also ended negative for Pd01, and this, too, usually never occurs at these two facilities. The Wilmette chapel missed the target on (I) call averages due lower than normal casket sales and higher than budgeted discounts needed to sustain marginal growth from the Russian sector. The Devon chapel averages struggles due to discounts given in the Asian market segment.

**WE29 Montana (550)**

Montana location price adjustments were made and are being monitored. The variance can be attributed to higher cremation call numbers to budget and call shortfall. Gorder chapel had only one call in period one resulting in ($1300.) call average variance. Retz, the only other FH with a negative average variance was 5 calls off target and upside down on interments/cremation.

**WE20 East Bay (472)**

Guerrero Mortuary experienced +8 cremation calls at a very low average of $656, as 4 cremations were infant services. Chapel of the Valley is also experiencing a higher cremation volume +2 with a lower average than prior years.

**NC16 Chicago (444)**

**Windridge**, the only FH in the **NC16 Chicago** market, fell short on averages. Issues with the mix, most likely due to a ship-in with no additional funds, an infant service and the 2 direct cremations, can be sited.

ALD016843

| *Total* | | Year-to-Date | | |
| | | | **Bud** | |
| *Average* | | Act06 | Var | PY Var |
| | WEST | 3,517 | (92) | 94 |
| **Best** | NC07 | 6,353 | 687 | 1,339 |
| | WE19 | 4,137 | 327 | 514 |
| | WE35 | 4,078 | 224 | 760 |
| | NC06 | 5,621 | 218 | 78 |
| | NC20 | 4,614 | 201 | 396 |
| **Worst** | WE08 | 2,939 | (797) | (36) |
| | NC15 | 5,503 | (525) | (466) |
| | WE07 | 2,842 | (445) | (410) |
| | WE10 | 4,396 | (444) | (377) |
| | WE29 | 2,714 | (432) | (220) |

### *Summary*

Averages in the period are (4.0%) vs budget and 2.0% vs 2005. As reported in Pd01, the geography experienced a higher than normal amount of infant services, welfare/county services and in Californa 3rd party casket store providers. The averages relating to Interment Services are +171 or 5.2%, Cremation Services are +63 or 4.0%. The Interment casket averages has slipped ($84) or (3.8%) , some attributed to the anomalies of the calls that have been serviced year to date.

### TOP PERFORMERS

**NC07 Northern Indiana +687**
We will be reviewing some of our prices at locations that are identified as not being competitive. I expect that this average will stay positive but will decrease somewhat in the next couple of periods.
**WE19 Seaside California +327**
The Market has stronger arrangement counselors meeting the families in 2006 vs. 2005. We have focused on training and accountably. We also had installed 4 Alderwoods Rooms in the Market in 2005.
**WE35 New Mexico +224**
The mix in the Albuquerque locations relates to the higher number of Interment calls +7, and decrease of 6 Cremation calls. Averages year over year are 29.6% higher.
**NC06  Bloomington +218**
This is related to Denbo FH (+1506) and Dillman Green FH (+948) as the Bloomington group continues to struggle. We will be reviewing the prices at the Denbo group if we find that we are not competitive. Fortunately, we are in a situation with this group whereas they do not have direct competition, so any adjustments will be nominal.
**NC20 Michigan +201**

ALD016844

The averages in the **NC20 Michigan** market dropped in P02 pulling down the overall average YTD to (32) per call. **Hill** exceeded its overall average this period by $812 per call. The flip-flop program is in place despite the lack of an AWR at the present time. As a result of the pricing program and the strong (I) mix of business, the (I) average remains positive while the (C) average tanked. This is to be expected when the location doesn't have cremation merchandise to show families at the time of arrangements. More training needs to be done to ensure that this variance is corrected, but having an AWR will certainly help achieve the desired outcome. Discounts are also negative but this is due to the lack of having both FPG and MPL in place last year. Discounts are now being recorded properly with every call as listed in the FPG packages. The overall average at **Swanson** sky-rocketed to a positive $1299 per call on a YTD basis. Mainly due to a traditional internment volume surge pushing both the casket and vault sales higher, the flip-flop program has really taken hold here. Their new AWR is helping push those commodity averages, too. **Resurrection** overall averages grew sharply in the period but not enough to correct the YTD average of ($449) per call. (I) averages are very strong, but lingering issues with (C) calls have dropped this average below budget. This needs to be corrected so that the arrangement process flows smoothly and contracts are written and posted correctly. Training specifically related to these (C) conversion calls from Care Memorial, along with the AWR program, will be delivered shortly. Originally discarded because of a potential impact on Michigan Casket conversions, this firm is seriously considering using the price optimization program to build averages even stronger and eventually reverse the variance. The **b-Covell group** is experiencing a mix more favorable to (C) calls, and this is contributing to averages that are quite negative to budget at ($847) per call. The flip-flop pricing is working well and is exceeding the budget, but an (I) discount, given in the period to an infant call, are killing any positive surplus of revenue per call. One casket sale was lost to an outside vendor in the period as well, and this drove the margin down as well. **Wren** is also on the flip-flop program but experiencing some difficulty with "price shoppers" coming to the location first and then not returning

because of the $1,430 price difference with our competition for a traditional service. The only competitor in town is still using a GPL from 2003. We are using a perfect package price point, including traditional service, minimum casket, minimum vault and register book, to replace "price" with "value" as the major representation for these price shoppers to consider. The flip-flop program erased some of the first period's negative (I) averages, and we expect that pattern to continue throughout the year, especially if the discounts can be controlled. This location is only off ($87) per call, and the strong (I) business it carries should swing the averages positive before long. More training is still needed re: AWR as this is indeed a real strategic advantage that is just not being utilized to its full potential. The **b-Gorsline group** averages fell tremendously in the period and dragged the overall YTD average down to a ($133) per call. If not for the discounts given to families on public assistance or families seeking a competitive price, the results of the flip-flop program seem to be hitting the expected results. AWR training will correct the areas of deficiencies being seen in some merchandise categories of both (I) and (C) calls. We have increased the selection of AWR urns and keepsakes as opposed to showing families a catalogue. This change seems to be well received as the families are enjoying looking at more cremation type merchandise. Next, we will be exploring a change to our floral presentations to increase cremation revenue with candles and photos.

## BOTTOM PERFORMERS

### WE08 Colorado (797)

Market is down ($797) which is in large part to servicing more PN customers with discounted contracts. Imperial is the largest culprit due to serving people through the Southern Colorado Cremation Society. Boies/Ortega is -$287, and George McCarthy is -$367 down. The number of PN Conversions is +36.6% vs 2006 budget and +66.7% vs 2005 actual. We have two problems going against us (1) Colorado Cremation Society has done over 33 cremations in the

first 2 periods also they are up over 5% PNC calls. We are looking to have a price increase by the end of period 3.

## NC15 Chicago (525)

Variances on averages in the **NC15 Chicago** market are less than P01, but still unfavorable to budget at ($557) per call. Being short (41) (I) calls doesn't help the overall averages either as a lot of opportunity is not being realized. Averages at **Chapel Lawn** dramatically fell this period and pushed the once positive number into a negative variance of ($680) per call. One (I) call was an infant and most of the remaining calls were PNC that were heavily discounted due to low prices once charged. Not too many years ago, a traditional service charge was $2995 or less while today it is $4595. Averages should pick back up once a steady stream of AN calls enters the pipeline captured from the heavy CEM interment volume. **Woodlawn Joliet** averages tanked this period and dragged the YTD average down to ($680) per call. This was a direct result from a call that had to be totally discounted after removal and prep work was made when the family told us they had no funds. Averages at **Mt. Auburn** remain off YTD at ($49) per call, despite a strong rebound in the period. Several (I) calls are still not meeting the budgeted targets as the odd mix of calls in the (I) category continues to wreck havoc on the (I) averages. The deficit in average will slowly correct itself as the year progresses and more (I) calls are delivered. Strong (C) averages reinforce the fact that training is not an issue, and that the skilled arrangers in the AWR and the flip-flop pricing program continue to deliver positive results. **Zefran** averages continue to be positive at $364 per call despite being off in (I) calls. Strong arrangers make up for the lack of an AWR at this location. Averages during the period at **b-Oehler group** actually improved but still yielded a disappointing YTD ($1312) per call, while averages at **Oehler at Ridgewood** fell in the period and dragged the YTD figure to ($697) per call. The (I) portion of the call mix remains off at the Des Plaines chapel, and while most of the caskets sold exceeded budget, one sub-par casket sale was recorded from a previous sale at our CEM. The (C) portion of calls was pulled down as half of them were immediate dispositions. Averages at the Arlington Heights chapel were off as the (I) calls remain below budget.

The actual mix of (I) business was also an issue here in that two ship-ins and one infant service were written. Averages at the Ridgewood chapel are generally good except for (I) discounts and (O) calls. As

averages are typically never a problem at these firms, the GM and MGM are confident that a correction and full recovery will occur at some point soon. Overall averages at the **b-Weinstein group** also ended negative for the period and drove the YTD variance to ($237) per call. Averages are not typically a problem at these two doors, but casket averages, and misc. merchandise averages in particular, are now causing an issue that will be closely monitored. Discounts are higher than budgeted but reflect the need to match prices to keep calls that would be lost to competitors through the numerous temple plans that exist in the market. Both Russian and Asian families bring to us pricing concerns that warrant

consideration to grow volume. Heavy scrutiny is being placed on all families requesting a discounted plan to make certain they meet the criteria. AWR training, which will eventually force merchandise revenues even higher, is being scheduled in the very near future.

## WE07 Seattle (445)

Increases in cremation volumes are depressing overall averages. Training and package programs will be introduced in Pd4 and Pd5 to assist in building averages.

## WE10 Central California (444)

Pd01 had a number of infant services, along with a number of competitive discounts being offered at locations such as Norton Dias (competing against a new combo), and other locations providing price competitions to maintain the call volume.

## WE29 Montana (432)

O'Connor Chapel had 22 calls with only 2 interment calls / casket sales. 10 disposal calls with minimum container, 2 Traditional Cremation / Rental and 8 other calls. Chapel of Chimes had 3 calls, 2 disposals and 1 other call, this would explain the (754) average variance for this location.

After looking at operational sales reports at Gorder, it looks like a coding question regarding one of the two interment calls he had with a discrepancy on one service fee. All of the Montana locations made pricing adjustments to start 2006 except Retz…we have however just made some increase adjustments for P3.

ALD016847

*Summary*
    (I)      *averages are (2.2%) vs Bud06 and 2.7% vs Act05*
    (C)     *averages are (0.9%) vs Bud06 and 6.6% vs Act 05*

Microsoft Word Document    Microsoft Word Document

| *Total* | | Year-to-Date | | |
| --- | --- | --- | --- | --- |
| *Average* | | Act06 | Bud Var | PY Var |
| | WEST | 3,522 | (79) | 96 |
| Best | NC16 | 3,188 | 567 | 433 |
| | WE04 | 4,283 | 474 | 306 |
| | WE19 | 4,161 | 351 | 290 |
| | NC07 | 5,943 | 277 | 716 |
| | NC20 | 4,643 | 230 | 271 |
| Worst | NC15 | 5,684 | (344) | (170) |
| | WE06 | 3,166 | (408) | (139) |
| | WE20 | 3,325 | (485) | (369) |
| | WE07 | 2,624 | (663) | (467) |
| | WE08 | 3,023 | (713) | (46) |

<u>**Summary**</u>

**YTD Averages are (2.0%) vs budget and 2.5% vs. 2005. As reported in Pd01, the geography experienced a higher than normal amount of infant services, welfare/county services and in California 3rd party casket store providers. The averages relating to Interment Services are +192 or 5.8%, Cremation Services are +81 or 5.2%. The Interment casket averages has slipped ($64) or (2.9%) , some attributed to the anomalies of the calls that have been serviced year to date.**

**To address the 3rd party casket issue in Southern California, the flip flop program was implemented at 4 locations that have experienced the heaviest increase in 3rd party caskets. The program is 2 – 3 weeks old, and we will monitor the number of units we are able to capture with the price changes recently made.**

**RGM's please provide an overview of your Region as it relates to volume.**

**White**

ALD016848

We will continue to monitor averages and make adjustments where needed. At some locations with large positive variances, we will not make any changes because we see that they will probably start to fall in line with budget.

**Straub**

Variances on averages in the NC15 Chicago market are less than the first two periods, but still unfavorable to budget at ($368) per call. Being short (44) I calls doesn't help the overall averages either, as a lot of opportunity is not being realized. It is a tough challenge for the GMs and MGMs, but a complete correction, reversal and recovery is possible before the end of the year. The averages in the NC20 Michigan market pulled higher numbers in P03 pushing the total average to $70 per call YTD
from ($32) per call. Positive averages should be sustained throughout the year, especially with the success of the flip-flop program which is in its first year in this market.

**Finley**

The locations in the region that are experiencing the worst average-per-call performance are generally those with the greatest call volume growth. The lower average-per-call results first because the call
growth is predominately cremation and second because these locations are generally understaffed at the arranger position relative to their call growth. The arrangers simply have less time to present options, resulting in lower merchandise sales. Service averages are in line with budgeted targets. An uncharacteristically large proportion of infant and public assistance has further depressed averages at some specific locations.

**Matherly**

Averages have been a concern specifically with WE08 & WE23. Week 14 had the entire region hitting targets which was a pleasant surprise. WE08 major issue is the fact that PNC plays 56% of the entire volume, then consider Southern Colorado Cremation Society another 20% we are just not getting enough opportunity at true AN families to effect the averages in a positive way. When we are getting the opportunities we are hitting the budgeted targets. WE24 & WE35 have been doing an outstanding job at hitting our targets.

**Head**

Each MGM needs to work with location management to take closer look at the merchandising and discounts. Review of FPG for appropriate price points needs to be done as well to make sure budget adjustments are meeting target figures. We will raise the awareness for attaining averages beginning immediately.

**Mitchell**

The Region's averages have improved in Period 3 due to a positive shift in the business. In Period 3, the Region was 23 (I) above budget. The region did not see as many infant services and ship outs as the previous periods.

**Dimond**

Overall YTD through week 13 the averages for WEM6 are ($36) to budget and +$104 as compared to actual 2005 and has been recovering more of the deficit weekly. WE11 is +34 to budget and +109 to actual 2005. WE12 is (66) to budget and (59) to actual 2005. This is mostly due to an increase in county/welfare calls and fewer casket sales related to an increase in 3rd party internet and Costco providers in San Diego. We recently implemented a flip-flop pricing to casket and service to increase our number of casket sales. WE13 is (64) to budget and +122 compared to actual 2005. This is a result of a soft mix in the beginning of the year, yet we feel there will be recovery to the budget. WE14 is (106) to budget and +73 compared to actual 2005. There has been recovery in this market weekly. WE16 is +2 to budget and +226 to actual 2005.

**TOP PERFORMERS**

**NC16 Chicago**

ALD016849

Overall average at Windridge improved tremendously in P03 growing the average from to a positive $628 from ($119) per call. This is a pretty solid number considering the shortfall of (C) calls resulting in poor (C) averages. Averages should positive YTD.

**WE04 Southern Oregon**
Strong casket sales occurred in Pd01, which have contributed to the variance to budget. This type of activity is an anomaly and we will see a decline in the large variance with the typical cremation calls that the locations will experience throughout the year.

**WE19 Seaside, California**
The increase in averages is primarily due to better arrangement counselors, training and the usage of the Alderwoods Room. In 2005 the Market had substandard management and arrangement counselors. There has been a focus on training and better accountability.

**NC07 Northern Indiana/Lima**
We will continue to monitor these to see if we need to make adjustments, but we do not expect any changes in the near future because we expect the averages to fall in line with budget within the next few months. We are also very competitive in our markets, so there is no need to make changes.

**NC20 Michigan**
The averages in the NC20 Michigan market pulled higher numbers in P03 pushing the total average to $70 per call YTD from ($32) per call. Positive averages should be sustained throughout the year, especially with the success of the flip-flop program which is in its first year in this market.

## BOTTOM PERFORMERS

**NC15 Chicago**
Variances on averages in the NC15 Chicago market are less than the first two periods, but still unfavorable to budget at ($368) per call. The shortfall of (I) calls of (44) contributes to the shortfall on the overall averages, and doesn't provide the opportunity to increase sales. It is a tough challenge for the GMs and MGMs, but a complete correction, reversal and recovery is possible before the end of the year.

**WE06 Alaska**
These locations have experienced an increase in cremation volume, an unusually large number of infant and public assistance calls (large discounts). Discounts and staffing concerns will be reviewed with location management during RGM visit the week of April 17, 2006.

**WE20 East Bay California**
Guerrero Mortuary has had several baby services, Alderwoods to Alderwoods shipments and Islamic burials that required special discounting that has severely lowered the averages at that location. At Keaton Mortuary location has had a nun service that required special discounting, and an employee's relative service that required a special discount. Keaton Mortuaries has experienced a major shift in interment services from Traditional to Gravesides from 2005 to 2006, which has affected the budgeted service averages.

**WE07 Seattle**
The cremation volume increase from PMA has resulted in increased downward pressure on average-per-call for Acacia and has also impacted the interment average for this location as arrangers are stretched to meet a steadily growing number of families. Efforts are being made to separate these business segments to minimize this negative impact. An additional arranger may be transferred to Acacia from within the market, and one additional arranger position may need to be created at Acacia to accommodate the growing volume and maintain separation of our traditional retail business.

**WE08 Colorado**

ALD016850

PN Conversions represents 56% of the call volume, and increase of 23.7% vs. 06 Budget and 35.4% increase vs. 05, with significant PN discounts being reported and Southern Colorado Cremation Society (low end PN converted cremation contracts) is playing a major role in disrupting our averages.

ALD016851

| *Total* | | Year-to-Date | | |
|---------|--|-------|-----|--------|
| | | | **Bud** | |
| *Average* | | Act06 | Var | PY Var |
| | WEST | 3,559 | (58) | 96 |
| Best | NC16 | 3,158 | 537 | 366 |
| | WE04 | 4,187 | 378 | 377 |
| | NC20 | 4,739 | 326 | 415 |
| | WE19 | 4,119 | 309 | 226 |
| | NC07 | 5,963 | 297 | 764 |
| Worst | WE07 | 2,434 | (853) | (655) |
| | WE08 | 2,992 | (744) | (141) |
| | WE20 | 3,382 | (428) | (251) |
| | WE06 | 3,248 | (326) | 48 |
| | WE10 | 4,516 | (324) | (248) |

*Summary*
  *(I)     averages are (1.6%) vs Bud06 and 3.4% vs Act05*
  *(C)     averages are (0.6%) vs Bud06 and 6.5% vs Act 05*

<u>*Summary*</u>

YTD Averages are (1.6%) vs budget and 2.8% vs. 2005. As reported in Pd01, the geography experienced a higher than normal amount of infant services, welfare/county services and in California 3rd party casket store providers. The averages relating to Interment Services are +192 or 5.9%, Cremation Services are +81 or 5.8%. The Interment casket averages has slipped ($53) or (2.4%), which can be attributed to the anomalies of the calls that have been serviced year to date.

To address the 3rd party casket issue in Southern California, the flip flop program was implemented at 4 locations that have experienced the heaviest increase in 3rd party caskets. The program is 2 – 3 weeks old, and we will monitor the number of units we are able to capture with the price changes recently made.

## White (NCM2)
We have made the adjustments to locations with very large positive variances. We have also adjusted the locations that were not hitting their budgeted averages. I expect these locations to begin to fall in line with budget. Overall, our averages for the region have been very good and we expect that to continue. We do not think that we will need to make any further adjustments, but will continue to monitor.

## Straub (NCM4)
The total average revenue in the **NCM4 region** shrank more in P04 and has now become just ($24) per call. This variance is mostly due to the deficit of (36) I calls YTD and the corresponding bad mix of volume still being experienced in some locations. Non-casket sales are still ($22) off per call, but that is expected to change soon as urns have become a focal point of one of the regional 2006 BPOs: deeper penetration in the AWR with an emphasis on increasing

ALD016852

urn revenue per call. Urn averages are $22 off per call to the budgeted number of $114. Misc. average revenue is off as well by ($155) per call, and probably will not change until marker training has been implemented. Discounts are also impacting the averages as the region is exceeding the budgeted figure by ($209) per call. This is mostly due to the higher than expected conversion of PN to AN calls and a higher discount per conversion than budgeted.. AWR training is on-going as part of the BPOs for 2006. This effort alone is helping to re-energize the arrangers so that every opportunity to increase revenue occurs with each family in the AN arrangement conference. The overall average in the region is nearly $200 better per call than last year; it is showing a period-by-period trend of improvement and should begin to hit the budgeted number before the end of P05 and grow from there before the end of the year.

### Finley (WEM1)
The region continues to face challenges to averages from PMA growth (Seattle), discounts (PA, tribal and infant calls in Alaska) and 3rd party caskets (casket store and tribal in Wapato).

### Matherly (WEM3)
We continue to see WE35 and WE24 push for better averages and WE08 struggling with direct cremations and high PNC %. We are working on this throughout the region with more average training.

### Head (WEM4)
WE29 Market: Average off (264) Retz FH off (6) interment calls and +3 cremations calls. Gorder Chapel (4) interment calls. Chapel is off (3) interment calls. The other locations and markets are within reasonable recovery amounts.

### Mitchell (WEM5)
At the end of period 3 the region was ($65.00) to budget. At the end of period 4 the region was ($42.00) to budget. We are continuing to see recovery in the majority of markets. The region was 21 interment calls above budget.

### Dimond (WEM6)
Overall YTD through week 17 the averages for WEM6 are +$3 to budget and +$104 as compared to actual 2005 and has been improving each week. WE11 is +$91 to budget and $94 to actual 2005. WE12 is ($7) to budget and ($5) to actual 2005. We recently implemented a flip-flop pricing to casket and service to increase our number of casket sales to compete with 3rd party casket providers which should contribute to an improved average. WE13 is ($91) to budget and +19 compared to actual 2005. This is a result of a soft mix in the beginning of the year, yet we feel there will be recovery to the budget. WE14 is (75) to budget and +101 compared to actual 2005. There has been recovery in this market weekly. WE16 is +28 to budget and +189 to actual 2005.

### TOP PERFORMERS

### NC16 Chicago
The overall total average revenue at Windridge improved tremendously in P04 growing the average from to a positive $577 per call. This is a pretty solid number considering the shortfall of (2) I and (2) C calls. I service averages are down minimally and should correct itself within the next few calls. C averages are off across the board but generally reflect the type of direct cremation calls the location has been serving. Discounts have not been an issue yet this year, but will be once more conversion calls are encountered as is their typical history. Averages should stay positive YTD.

ALD016853

### WE04 Ontario Oregon
Period four was good interment business for Lienkaemper. Out of 7 calls, only 1 cremation.

### NC20 Michigan
The averages in the NC20 Michigan market pulled higher numbers in P04 pushing the YTD total average to $210 from $70 per call in P03. Strong call volume is helping to grow the numbers, but the overall effect of the flip-flop pricing program, now in its fourth period, has really made the greater impact. Of significance also were the two very high end traditional services were preformed in the period at Hill and at Resurrection. I service average is at $817 per call and I casket is just ($129) per call with the net overall bump of nearly $700 per call cushion. Urn sales continue to stay below budget, but with the emphasis being placed on urn penetration in the AWR, as one of the BPOs for 2006, this should reverse in time and correct itself before the end of the year. Discounts are running above budget, too, but are signs of the compassionate situations being considered in the marketplace as well as the surplus of 21 PNC calls that have been realized YTD. The positive averages should be sustained throughout the year.

### WE19 Seaside, California
The increase in averages is primarily due to better arrangement counselors, training and the usage of the Alderwoods Room. In 2005 the Market had substandard management and arrangement counselors. There has been a focus on training and better accountability.
The service average for the market is $1,180.00 over budget. Again this is due to the more experienced arrangers.

### NC07 Fort Wayne
Positive 297 to budget & positive 764 to '05 actual. It would appear that the market will continue to remain very strong with averages. We have experienced excellent merchandise sales along with better than expected miscellaneous income, markers and flowers, etc.


### BOTTOM PERFORMERS

### WE07 Seattle
The Seattle Market average difficulties are primarily driven by PMA call growth in Seattle and Everett. Effective today, May 8th, two primary PMA arrangers have been assigned at Acacia to allow the remaining 3 arrangers to concentrate their efforts on maximizing the retail business. The MGM will also roll out our packaging plans throughout the market as soon as possible to assist in raising averages.

### WE08 Colorado
We are planning to go out and training on growing averages in early June. The real problem is high % of direct cremations as well as a 60% PNC ration. The two make for a deadly combination for averages.

### WE20 East Bay California
Guerrero Mortuary has had several baby services, Alderwoods to Alderwoods shipments and Islamic burials that required special discounting that has severely lowered the average. Keaton Mortuaries have experienced a major shift in interment services from Traditional to Graveside services from 2005 to 2006, this has affected the budgeted service averages.

### WE06 Alaska
This market has experienced an unusual mix of public assistance, tribal and infant cases that have dramatically impacted discounts and resulting averages.

ALD016854

**WE10 Central California**

Averages are down due to a more aggressive approach in matching competitor prices.   The market has had some internet caskets brought in to some of the locations during the period.   There have been several discounted services (clergy discounts, ethnic discounts).   Period 4 the market was 9 cremation calls over budget and the interment calls were flat to budget.

ALD016855

*OT issues have arisen in the following Markets.  RGM/MGM to provide information on the overage.*

### WHITE
*DiCiccio (3,155)*
At this time the DiCicco FH was setup on a schedule of 40 hrs per director. Last year the manager was removed from his position and a new manager was brought up from within the ranks. There is still one open position for a FD at this location. At this point we are still trying to recruit Anthony Sr. other son Nick to join our group. Just since this location started to get busy I have noticed and had discussions with the manager concerning controlling OT. I have also noticed some call back OT from the directors manning the phones. I will be working with Anthony, Jr. to better control the OT and we should have no more issues after the open position is filled.
*Brocksmith (2,680)*
This is related to changing the manager to hourly from salary. This location is a one person operation so the manager is on call 24/7. We will be working getting him some relief in order to cut down on the overtime.
*B-Bell (2,565)*
This is related to being down one funeral director as well as another key employee being out on maternity leave. We expect to have this under control once we have hired a new funeral director.

### STRAUB
**B-Ridgewood (3,015)** This CEM has had 24 Saturday burials in what amounts to 25% of their interment volume. Every Saturday in periods 1 and 2 saw burials as opposed to only 15 in the same year-over-year period. Union guidelines dictate that at least two groundsmen will be paid at a minimum of 4 hours each once their 40 hour work is met.  In addition, the Assistant Administrator is out on extended medical leave forcing the LA to work OT to catch up on posting duties.
**Elmwood (3,400)** HMIS web training forced OT among administrative personnel in the period. In addition, Saturday burials have increased year-over-year and are a real expense given the union situation described above.  Also, some administrative relief was provided at Irving Park and Mt. Olive as they were short-staffed in the period.
**Chicago Corp (4,895)** HMIS web training forced OT among administrative personnel in the period.  In addition, Saturday burials have increased year-over-year and are a real expense given the union situation described above.
**Oak Woods (2,699)** HMIS web training forced OT among administrative personnel in the period. In addition, Saturday burials have increased year-over-year and are a real expense given the union situation described above.
**B-Windridge (3,519)** HMIS web training forced OT among administrative personnel in the period. In addition, Saturday burials have increased year-over-year and are a real expense given the union situation described above.  OT was also produced by the LA as she worked more in the absence of having an assistant administrator for most of the period. Ron Roth's OT for the FH was also charged as his payroll rested with the location, and not with the budgeted location, until his transfer was officially made at the end of P01.

### FINLEY
*B-Jones (2,741)*
Short staffing, GM position vacant and very busy spell pushed OT up for the period.
*Alaska (5,246)*
Very short staffing and increased volume.  Staff rebuilding is underway.
*B-Acacia (10,736)*
Increasing volume and night removals being made by funeral directors.  Requisition submitted to build removal team.
*Price Helton (5,197)*
One FD position vacant.  Filled in P3.

ALD016856

*B-Powers (3,099)*
One long road trip, night phones and assisting Price Helton.

*MATHERLY*
*B-Hillside (5,745) We have been without a manager during the last 5 months. We have also been without a funeral directors position due to Tami Foster being promoted to M.A. The two together have put us in a position to have all hands on deck stepping in to help out.*
*B-Potts (5,093) We terminated the Manager during second week of period 2. Prior to the termination the Manager was assisting us with training at another location. The two issue together put us behind the eight ball. We are interviewing for new Mgr next week as well we have changed schedule a little and told employees to be responsible and cut hours unless calls dictate otherwise.*

*B-Potts (5,093)*
With the moving of David from Independence to Hillside, and his subsequent termination, overtime got out of hand at both locations. Steps have been taken, and over the last three weeks, significant improvement has been realized. I don't believe that we are at maximum efficiency at either location, but with the hiring of a new LM at Hillside, and the expected position at Potts being filled, additional improvements should be realized.

Hillside continues to show higher than budgeted expenses in Contract Removal. One reason for this was that our removal service billed us for two months in January. Another reason is the open FD position requires that we us more contract removal to avoid additional overtime for the FDs. This will continue to be a watch point as we determine whether to fill the other position or not.

*HEAD*
*Bateman (3,262)* Wages were high at Bateman due to 1 FD sick and 1 in vacation, and also because of the office move for the renovation which required some OT and supp labor wages. Peggs and Youngs wages will get back on track since David Bone PSCF was not done correctly last year so Chris did it (again) this week to reflect payroll budgeted at Young's.
*O'Hair (2,728)* The overage in wages responsibility falls on the shoulder of the LM. He has not been able to hire several PT removal employees since Bill Breedlove left and the OT is hitting Stephanie and Michael. Brett has been in communication with Jim and made it very clear he must manage this area more efficiently.
*Howell Edwards (4,639)* The location is positive 22 calls YTD..+16 for period 2. The extra wages should not be as high as this. The same problem we have with several other locations…PT removal staff have not been hired to supplement the after hours work. Phone answering OT for the directors, and after hour removals by hourly FD's has caused this negative variance. Brett has had a meeting with the LM and the staff and presented the expectations going forward….change is expected. They have hired 1 new ambassador this last week.

*MITCHELL*
*Stephens (2,529)*
*Increase in calls in 2006*

*Delano (6,161*
*Ethnic services (Hispanic/Filipino) with night and weekend services.*

*Mission Memorial Park (3,054)*
*The Grounds Superintendent had been coming in on Saturdays & evenings. I have limited his O.T. and am working on staggering the groundskeepers so that we have coverage at the cemetery on Saturdays to eliminate O.T.*
*B-Seaside (12,121)*

ALD016857

*O.T. contributed to Ray Glosser (just put him on salary working excessive hours), 1 embalmer for the entire Market, Bart Parshall, F.D. at Mission Mortuary that has been working evening & weekend services plus coming in weekends to make arrangements.*

*B-Keaton (3,722)*

*Keaton's has been short staffed.  Minus the GM, L.A. and short part-time staff.*

## DIMOND

*Las Vegas (30,871) – The increase is a result of Davis running their own removals with a 3 hour charge per removal due to changes in labor laws and AWGI policy. This is offset by direct labor and saving from 2005 on contract removal. The market is currently planning to hire 4 to 6 people that will run removals only and not be location daily labor. They will be hired at $15 per hour with a cost of $45 per removal instead of the current $90 per removal currently being experienced.*

*B–Humphrey (8,590) – This is a result of the shortage in FD's in San Diego. We are short by 3 fulltime employees. This OT variance is offset by the savings in Direct labor.*

*B–Phoenix (6,661)- The variance is attributed to an increase in calls with a hire removal cost due to the 3 hour wage paid to fulltime employees at an OT rate. It is also caused by having an open position at GM with less focus on OT. Currently the wage is offset by the savings in Direct Labor. A new GM has been hired and there should be better focus on maintaining OT costs.*

*B–Conejo (6,955)- The increase is due to an increase in calls with an increase in weekend services causing additional OT on both the funeral home and cemetery staff. It is difficult at this time to know if it is offset due to a budget error for direct labor. In period 3 we should be able to better reconcile wages.*

*B–Custer (3,986)- The budget was reduced for OT at this location in 2006. The spend is currently consistent with 2005 spend, however with the budget error in the first 2 periods we are unable to completely reconcile the wages spend. Period 3 should be able to give us a better indication of where our wages spend is.*

*B–Harbor (8,968) – The budget was reduced for OT at this location in 2006. The spend is currently consistent with 2005 spend, however with the budget error in the first 2 periods we are unable to completely reconcile the wages spend. Period 3 should be able to give us a better indication of where our wages spend is to budget.*

*B–Melrose (5,326) – The current spend is consistent with 2005 spend with the additional spend being attributed to the increase of +11 calls to budget and +10 calls to 2005.*

***Contract removal is unfavorable to budget by ($65k).  RGM's the following locations have been identified with the unfavorable variance – please provide your comments***

## STRAUB

**Weinstein ($1,730)** In actuality, the locations are monitoring the removal situation more closely to be complaint with the decrease in budgeted dollars allotted for outside removals.  The staff scrutinizes the removals that are made after hours/nights. Where at all possible, the hospital removals are left until the next morning and all nursing home, house calls and ER calls are made

ALD016858

as they happen and are often impacted by some of the CBA language.  If the one invoice from 2005 P13 of $32.10 was removed, the firms would be above budget.
**Wren ($2,366)** Several mis-coded contracts were discovered in what amounts to expenses that should be charged to 4020 and 4030 instead of 5000 or 5125.
**Swanson ($1,691)**While billings from P13 have hit in 2006, this expense is up due to the absence of a licensed FD.  It is offset by an overall savings in direct labor.

## FINLEY
### Acacia
Increasing volume and night removals being made by funeral directors.  Call service used for daytime removals weekends and some weekdays.  Requisition submitted to build removal team.

## MATHERLY
*Grace They have had several calls out of Tulsa.  We are going to focus on reducing out of town embalmings.*
*Hillside  continues to show higher than budgeted expenses in Contract Removal.  One reason for this was that our removal service billed us for two months in January.  Another reason is the open FD position requires that we us more contract removal to avoid additional overtime for the FDs.  This will continue to be a watch point as we determine whether to fill the other position or not.*

*Callison Lough  Volume has been very good but we have had several out of state calls.  We are pushing embalmers to do all local prep work to reduce this.*
*Strong Thorne Until last week we did not have a full staff of embalmers.  We were waiting on State Board of N.M. to license our manager as well as one of our most recent funeral directors.  That has now happened and we should see this drastically reduced.*
*Hillside*
*Callison Lough*
Callison Lough has been without a prep room until recently as the renovations of the electrical system in the location was being completed. They should begin to level out starting in Period 3.
*Strong Thorne*

## HEAD
*Litwiller*  The realignment of contract removal expense to Supp Labor for part-time and removal teams has not been realized as yet this year. Tim has been directed to interview and hire removal team members to decrease use of third party vendor for removals. When implemented, this change will help manage the OT variance
*Buell* FD and Apprentice doing most of after hour work. Dennis is trying to hire new PT removal staff...other issues have been on the front burner. Brett is on top of this.

## MITCHELL
*Whitehurst Sullivan*
*Whitehurst Sullivan had numerous after hour removals where removal service is used. Increase in residential calls. 2 trips to San Francisco Airport.*

*Delano*
*There has been numerous after hour removals.  Location has a problem getting P.T. staff to make after hour removals.*

*Nicoletti*
*Location is short staffed. Down an embalmer and part-timers. Location did switch to a removal service that charges less than the current removal service used.*
*Seaside*

*This location also is short staffed with part-timers to make after hour removals. I am working with Ray Glosser to hire additional part-time removal staff.*

*Chapel of Valley*

*This location has no part-timers making removals. It is very difficult to hire removal only staff members at this location. I am working with both this location and Guerrero Mortuary in hiring removal staff members.*
*Fred Young*

*This location also lacks P.T. removal staff members. I am also working with this location to hire removal staff.*

*B-Keatons*

*Derrek Pate did NOT budget for any contract removals. This location is also limited on P.T. staff because of wage issues in Marin County.*

*Northern California is having a difficult time hiring removal staff paying $45.00 for after hour removals. The hiring problem is because of piece work going away towards the end of last year. It is difficult to get staff members to make removals after hours when they are only guaranteed 3 hours O.T. to make removals after hours.*

*DIMOND*
*Humphrey – The shortage of FD's and PT drivers has forced the location to use contract removal more than anticipated.*
*Yuma – The use of contract removal is offset by the saving in Supplemental Labor which is used most often for removals.*
*Desert Rose – The increase for contract removal is a result of the increase in call volume. All removals are made by contract removal for this location. The location is +41 calls to budget and +52 calls compared to 2005.*
*Phoenix Memorial – The plan for 2006 was to hire additional PT employees to run removals, however due to an open GM positions we have not yet been able to hire these positions.*
*Dimond – The plan for all WE16 locations was to hire PT removal people to lower our overall costs while ensuring the quality of people on our removals was to our standards. The removal companies in LA do not meet our standards. We are currently interviewing to hire these positions. It will take time to ramp up the team but we should see recovery in quarters 3 and 4.*
*White's– The plan for all WE16 locations was to hire PT removal people to lower our overall costs while ensuring the quality of people on our removals was to our standards. The removal companies in LA do not meet our standards. We are currently interviewing to hire these positions. It will take time to ramp up the team but we should see recovery in quarters 3 and 4.*

ALD016860

*Conejo– The plan for all WE16 locations was to hire PT removal people to lower our overall costs while ensuring the quality of people on our removals was to our standards. The removal companies in LA do not meet our standards. We are currently interviewing to hire these positions. It will take time to ramp up the team but we should see recovery in quarters 3 and 4.*

*B-Custer– The plan for all WE16 locations was to hire PT removal people to lower our overall costs while ensuring the quality of people on our removals was to our standards. The removal companies in LA do not meet our standards. We are currently interviewing to hire these positions. It will take time to ramp up the team but we should see recovery in quarters 3 and 4.*

*Harbor Lawn– The plan for all WE16 locations was to hire PT removal people to lower our overall costs while ensuring the quality of people on our removals was to our standards. The removal companies in LA do not meet our standards. We are currently interviewing to hire these positions. It will take time to ramp up the team but we should see recovery in quarters 3 and 4.*

*Melrose– The plan for all WE16 locations was to hire PT removal people to lower our overall costs while ensuring the quality of people on our removals was to our standards. The removal companies in LA do not meet our standards. We are currently interviewing to hire these positions. It will take time to ramp up the team but we should see recovery in quarters 3 and 4.*

ALD016861

### _Summary_

**The variance to budget of (92) can be attributed to a number of anomolies that have occurred in Pd01. Central Valley and San Diego California have been affected by 2 factors, infant services and 3rd party caskets. Of the 341 services conducted in Pd01, 42 calls or 12% of the business relates to infant services or 3rd party caskets stores. San Diego has seen an influx of 3rd party caskets, mostly coming from the internet. In 2004, AWGI firms serviced 10 outside casket sales for the year, we have reported 15 sales in Pd01 alone. Also affecting the averages in Pd01 relates to Acacia increase of PMA contracts, which is continuing to grow, even without the expected contract change for March, 2005. Colorado experienced 18 Trust PNC in Pd01 with an average discount of $3,549/call.**

**A review of the discounts provided in the period reflect the above anomalies, in addition a reduction of Interment calls to budget of (66).**

### TOP PERFORMERS

**NC07 Northern Indiana +872**
We will be monitoring these averages as they seem very high. All of the locations in this market are +$1000 or more over last years average. We will continue to monitor the favorable activity and make adjustments in order to stay competitive.

**WE04 Southern Oregon +739**
Strong casket sales occurred in Pd01, which have contributed to the variance to budget. This type of activity is an anomaly and we will see a decline in the large variance with the typical cremation calls that the locations will experience throughout the year.

**NC06 Southern Indiana +672**
We will be monitoring these averages as they seem very high. A lot of the locations in this market are +$1000 or more over last years average. We will continue to monitor the favorable activity and make adjustments in order to stay competitive.

**NC20 Michigan +262**
The averages in the **NC20 Michigan** market were slightly ahead of by budget by 5.9% or $262 for Pd01. **Hill** hit their averages and calls this period due to the fact they now have an FPG and MPL in place, in addition to the price optimization program. This is providing them with some structure they lacked in 2005. **Swanson** service averages were up due to their traditional internment volume surge, pushing both the casket and vault sales higher, a tribute to the flip-flop program. Their new AWR is helping push those commodity averages, too. **Resurrection** overall volume and mix were off to budget per Pd01. The shortfall in I and C calls had a direct negative impact on call averages. This firm is not utilizing the price optimization program because of the difficulties surrounding Michigan Casket conversions. The **b-Covell group**, with positive averages directly related to the flip-flop pricing program, is combating the volume shortfall well with each family served in garnering maximum revenue opportunity in the AWR. **Wren** is also on the flip-flop program but experiencing some difficulty with "price shoppers" coming to the location first and then not returning because of the $1,430 price difference with our competition for a traditional service. The only competitor in town is still using a GPL from 2003. We are using a perfect package price point, including traditional service, minimum casket, minimum vault and register book to replace "price" with "value" as the major representation for

ALD016862

these price shoppers to consider.  The **b-Gorsline group** averages exceeded budget at three of the five doors, but some difficulties at Mason and DeWitt were experienced.  Mix at the Mason chapel and a demolished/re-constructed chapel at DeWitt are to blame.  The price optimization program at this group appears to be working here, too.

**WE19 Seaside +256**

The average increase is due to better Funeral Arranger staffs at Whitehurst Grim & Terry, Seaside Funeral Home and Mission Memorial Park & Mortuary.  A focus has been on putting proper pricing, training and usage of the Alderwoods Rooms has helped.

This Market has suffered from years of poor staffing, training and facility maintenance.


### BOTTOM PERFORMERS

**WE08 Colorado (806)**

Market is down $806 which is in large part to servicing more PN customers with discounted contracts.  Imperial is the largest culprit due to serving people through the Southern Colorado Cremation Society.  Boies/Ortega is -$553, and Wilson is -$483 down.   Pd01 impact of 18 calls with PN Trust Discounts that averaged $3,549/call and 5 calls with PN Insurance Discount that averaged $1,595/call.

**NC15 Chicago (650)**

Averages in the **NC15 Chicago** market have never before been as negative as they have in Pd01. The GM at the **Chapel Lawn** and **Woodlawn Joliet** FHs has done a marvelous job at pushing his arrangers to maximize revenue opportunities in the arrangement process.  Good volume and the right mix helped as well.  Averages at **Mt. Auburn** fell short in Pd01 partially due to several (I) calls not meeting the casket target.  This is not a training issue and strong averages usually are witnessed out of this group.  In addition, one inter-company ship-out, a casketed ship-in and an employee family discounted service drove the numbers down.  **Zefran** averages continue to be positive due to the strong following of traditional families for this location. Averages at **b-Oehler group** and **Oehler at Ridgewood** have hit an all time low.  Call mix was off at the Des Plaines chapel, but the dominant reason behind the huge negative variances was that casket averages fell short on 10 of the 14 calls. (C) calls were up and 8 of the 11 were disposals, digging into the overall average. Seven (O) calls also had a detrimental impact.   Casket averages at the Arlington Heights chapel were off as each (I) call missed the mark.  Mix was also an issue here somewhat, as it was at the chapel at Ridgewood.  Averages are typically never a problem at the two large firms, so the GM and MGM are going to sit in on arrangements with our FDs to determine why we are missing the budgeted casket average.  Overall averages at the **b-Weinstein group** also ended negative for Pd01, and this, too, usually never occurs at these two facilities.  The Wilmette chapel missed the target on (I) call averages due lower than normal casket sales and higher than budgeted discounts needed to sustain marginal growth from the Russian sector.  The Devon chapel averages struggles due to discounts given in the Asian market segment.

**WE29 Montana (550)**

Montana location price adjustments were made and are being monitored. The variance can be attributed to higher cremation call numbers to budget and call shortfall. Gorder chapel had only one call in period one resulting in ($1300.) call average variance. Retz, the only other FH with a negative average variance was 5 calls off target and upside down on interments/cremation.

**WE20 East Bay (472)**

Guerrero Mortuary experienced +8 cremation calls at a very low average of $656, as 4 cremations were infant services.  Chapel of the Valley is also experiencing a higher cremation volume +2 with a lower average than prior years.

**NC16 Chicago (444)**

**Windridge**, the only FH in the **NC16 Chicago** market, fell short on averages.  Issues with the mix, most likely due to a ship-in with no additional funds, an infant service and the 2 direct cremations, can be sited.

ALD016863

| *Total* | | Year-to-Date | | |
|---|---|---|---|---|
| | | | Bud | |
| *Average* | | Act06 | Var | PY Var |
| | WEST | 3,517 | (92) | 94 |
| Best | NC07 | 6,353 | 687 | 1,339 |
| | WE19 | 4,137 | 327 | 514 |
| | WE35 | 4,078 | 224 | 760 |
| | NC06 | 5,621 | 218 | 78 |
| | NC20 | 4,614 | 201 | 396 |
| Worst | WE08 | 2,939 | (797) | (36) |
| | NC15 | 5,503 | (525) | (466) |
| | WE07 | 2,842 | (445) | (410) |
| | WE10 | 4,396 | (444) | (377) |
| | WE29 | 2,714 | (432) | (220) |

### *Summary*

Averages in the period are (4.0%) vs budget and 2.0% vs 2005. As reported in Pd01, the geography experienced a higher than normal amount of infant services, welfare/county services and in Californa 3rd party casket store providers. The averages relating to Interment Services are +171 or 5.2%, Cremation Services are +63 or 4.0%. The Interment casket averages has slipped ($84) or (3.8%) , some attributed to the anomalies of the calls that have been serviced year to date.

### TOP PERFORMERS

**NC07 Northern Indiana +687**
We will be reviewing some of our prices at locations that are identified as not being competitive. I expect that this average will stay positive but will decrease somewhat in the next couple of periods.

**WE19 Seaside California +327**
The Market has stronger arrangement counselors meeting the families in 2006 vs. 2005. We have focused on training and accountably. We also had installed 4 Alderwoods Rooms in the Market in 2005.

**WE35 New Mexico +224**
The mix in the Albuquerque locations relates to the higher number of Interment calls +7, and decrease of 6 Cremation calls. Averages year over year are 29.6% higher.

**NC06 Bloomington +218**
This is related to Denbo FH (+1506) and Dillman Green FH (+948) as the Bloomington group continues to struggle. We will be reviewing the prices at the Denbo group if we find that we are not competitive. Fortunately, we are in a situation with this group whereas they do not have direct competition, so any adjustments will be nominal.

**NC20 Michigan +201**

ALD016864

The averages in the **NC20 Michigan** market dropped in P02 pulling down the overall average YTD to (32) per call. **Hill** exceeded its overall average this period by $812 per call. The flip-flop program is in place despite the lack of an AWR at the present time. As a result of the pricing program and the strong (I) mix of business, the (I) average remains positive while the (C) average tanked. This is to be expected when the location doesn't have cremation merchandise to show families at the time of arrangements. More training needs to be done to ensure that this variance is corrected, but having an AWR will certainly help achieve the desired outcome. Discounts are also negative but this is due to the lack of having both FPG and MPL in place last year. Discounts are now being recorded properly with every call as listed in the FPG packages. The overall average at **Swanson** sky-rocketed to a positive $1299 per call on a YTD basis. Mainly due to a traditional internment volume surge pushing both the casket and vault sales higher, the flip-flop program has really taken hold here. Their new AWR is helping push those commodity averages, too. **Resurrection** overall averages grew sharply in the period but not enough to correct the YTD average of ($449) per call. (I) averages are very strong, but lingering issues with (C) calls have dropped this average below budget. This needs to be corrected so that the arrangement process flows smoothly and contracts are written and posted correctly. Training specifically related to these (C) conversion calls from Care Memorial, along with the AWR program, will be delivered shortly. Originally discarded because of a potential impact on Michigan Casket conversions, this firm is seriously considering using the price optimization program to build averages even stronger and eventually reverse the variance. The **b-Covell group** is experiencing a mix more favorable to (C) calls, and this is contributing to averages that are quite negative to budget at ($847) per call. The flip-flop pricing is working well and is exceeding the budget, but an (I) discount, given in the period to an infant call, are killing any positive surplus of revenue per call. One casket sale was lost to an outside vendor in the period as well, and this drove the margin down as well. **Wren** is also on the flip-flop program but experiencing some difficulty with "price shoppers" coming to the location first and then not returning

because of the $1,430 price difference with our competition for a traditional service. The only competitor in town is still using a GPL from 2003. We are using a perfect package price point, including traditional service, minimum casket, minimum vault and register book, to replace "price" with "value" as the major representation for these price shoppers to consider. The flip-flop program erased some of the first period's negative (I) averages, and we expect that pattern to continue throughout the year, especially if the discounts can be controlled. This location is only off ($87) per call, and the strong (I) business it carries should swing the averages positive before long. More training is still needed re: AWR as this is indeed a real strategic advantage that is just not being utilized to its full potential. The **b-Gorsline group** averages fell tremendously in the period and dragged the overall YTD average down to a ($133) per call. If not for the discounts given to families on public assistance or families seeking a competitive price, the results of the flip-flop program seem to be hitting the expected results. AWR training will correct the areas of deficiencies being seen in some merchandise categories of both (I) and (C) calls. We have increased the selection of AWR urns and keepsakes as opposed to showing families a catalogue. This change seems to be well received as the families are enjoying looking at more cremation type merchandise. Next, we will be exploring a change to our floral presentations to increase cremation revenue with candles and photos.

## BOTTOM PERFORMERS

### WE08 Colorado (797)

Market is down ($797) which is in large part to servicing more PN customers with discounted contracts. Imperial is the largest culprit due to serving people through the Southern Colorado Cremation Society. Boies/Ortega is -$287, and George McCarthy is -$367 down. The number of PN Conversions is +36.6% vs 2006 budget and +66.7% vs 2005 actual. We have two problems going against us (1) Colorado Cremation Society has done over 33 cremations in the

ALD016865

first 2 periods also they are up over 5% PNC calls. We are looking to have a price increase by the end of period 3.

**NC15 Chicago (525)**

Variances on averages in the **NC15 Chicago** market are less than P01, but still unfavorable to budget at ($557) per call. Being short (41) (I) calls doesn't help the overall averages either as a lot of opportunity is not being realized. Averages at **Chapel Lawn** dramatically fell this period and pushed the once positive number into a negative variance of ($680) per call. One (I) call was an infant and most of the remaining calls were PNC that were heavily discounted due to low prices once charged. Not too many years ago, a traditional service charge was $2995 or less while today it is $4595. Averages should pick back up once a steady stream of AN calls enters the pipeline captured from the heavy CEM interment volume. **Woodlawn Joliet** averages tanked this period and dragged the YTD average down to ($680) per call. This was a direct result from a call that had to be totally discounted after removal and prep work was made when the family told us they had no funds. Averages at **Mt. Auburn** remain off YTD at ($49) per call, despite a strong rebound in the period. Several (I) calls are still not meeting the budgeted targets as the odd mix of calls in the (I) category continues to wreck havoc on the (I) averages. The deficit in average will slowly correct itself as the year progresses and more (I) calls are delivered. Strong (C) averages reinforce the fact that training is not an issue, and that the skilled arrangers in the AWR and the flip-flop pricing program continue to deliver positive results. **Zefran** averages continue to be positive at $364 per call despite being off in (I) calls. Strong arrangers make up for the lack of an AWR at this location. Averages during the period at **b-Oehler group** actually improved but still yielded a disappointing YTD ($1312) per call, while averages at **Oehler at Ridgewood** fell in the period and dragged the YTD figure to ($697) per call. The (I) portion of the call mix remains off at the Des Plaines chapel, and while most of the caskets sold exceeded budget, one sub-par casket sale was recorded from a previous sale at our CEM. The (C) portion of calls was pulled down as half of them were immediate dispositions. Averages at the Arlington Heights chapel were off as the (I) calls remain below budget.

The actual mix of (I) business was also an issue here in that two ship-ins and one infant service were written. Averages at the Ridgewood chapel are generally good except for (I) discounts and (O) calls. As

averages are typically never a problem at these firms, the GM and MGM are confident that a correction and full recovery will occur at some point soon. Overall averages at the **b-Weinstein group** also ended negative for the period and drove the YTD variance to ($237) per call. Averages are not typically a problem at these two doors, but casket averages, and misc. merchandise averages in particular, are now causing an issue that will be closely monitored. Discounts are higher than budgeted but reflect the need to match prices to keep calls that would be lost to competitors through the numerous temple plans that exist in the market. Both Russian and Asian families bring to us pricing concerns that warrant

consideration to grow volume. Heavy scrutiny is being placed on all families requesting a discounted plan to make certain they meet the criteria. AWR training, which will eventually force merchandise revenues even higher, is being scheduled in the very near future.

**WE07 Seattle (445)**

Increases in cremation volumes are depressing overall averages. Training and package programs will be introduced in Pd4 and Pd5 to assist in building averages.

**WE10 Central California (444)**

Pd01 had a number of infant services, along with a number of competitive discounts being offered at locations such as Norton Dias (competing against a new combo), and other locations providing price competitions to maintain the call volume.

**WE29 Montana (432)**

O'Connor Chapel had 22 calls with only 2 interment calls / casket sales. 10 disposal calls with minimum container, 2 Traditional Cremation / Rental and 8 other calls. Chapel of Chimes had 3 calls, 2 disposals and 1 other call, this would explain the (754) average variance for this location.

ALD016866

After looking at operational sales reports at Gorder, it looks like a coding question regarding one of the two interment calls he had with a discrepancy on one service fee. All of the Montana locations made pricing adjustments to start 2006 except Retz...we have however just made some increase adjustments for P3.

ALD016867