# EXHIBIT 20

From: GARY TOYE/ALDERWOODS
Sent: 10/18/2004 4:38:43 PM
To: RICK SCULLY/ALDERWOODS@ALDERWOODS
CC: KATIE LEAHY/ALDERWOODS@ALDERWOODS;KIM
WHITEHEAD/ALDERWOODS@ALDERWOODS;LEANNE SERSUN/ALDERWOODS@ALDERWOODS
Subject: Re: Fw: Community Programs - For your follow up

Rick,
I just got off a call with Leanne regarding this issue.

If the event is during the normal work day and it does not take place at a
venue that is objectionable for a valid reason (ie a person of the Hebrew faith
taking part at an event in a Christian church) then it is mandatory and the
employee would be paid his or her normal rate.

If the event takes place after hours, it is strongly encouraged and may be
recognized in a non monetary way (ie. donation or sponsorship to the
organization that the employee belongs to; I Believe in Service reward points;
recongition in the Geographical newsletter, etc.)

We encourage all the employees at the location to be involved in the community
in some way and like to recognize them accordingly.  We take the growing of
market share very seriously and require that everyone has a part in it.  The
location manager cannot do it alone.  Some employees resent that, but without
market share, all of us would be seeking gainful employment somewhere else.


If you have any other questions, or would like to discuss this further, please
feel free to give me a call.

Gary


Gary F. Toye
Market General Manager
Alderwoods Group  NE21, NE22
Mailing Address:
Caughman - Harman Funeral Home
5400 Bush River Road
Columbia, SC  29212
(803) 798-5458 Office
(803) 798-6954 Office Fax
(604) 456-6142  EFax


          Rick Scully
          10/18/2004 06:04 AM

                    To: Gary Toye/Alderwoods@Alderwoods, Katie Leahy/Alderwoods@Alderwoods
                    cc: Kim Whitehead/Alderwoods@Alderwoods
                    Subject: Fw: Community Programs - For your follow up

Gary/Katie,

Please see note below. For your follow up

thx, Rick

ALD030510

----- Forwarded by Rick Scully/Alderwoods on 10/18/2004 09:03 AM -----

     Kim Whitehead
     10/18/2004 09:00 AM
          To: Rick Scully/Alderwoods@Alderwoods
          cc:
          Subject: Community Programs

Hi Rick

Can you help with this one.

Kim Whitehead
HR Project Specialist
Alderwoods Group
416-498-2780 direct line
800-696-9906 fax


----- Forwarded by Kim Whitehead/Alderwoods on 10/18/2004 08:59 AM -----

     3544 Shuford Hatcher FH
     10/18/2004 08:58 AM

          To: HR Specialists
          cc:
          Subject: Community Programs

Our Manager told us that the community programs sponsored by our funeral home
were mandatory. Is this correct?  Thank You

ALD030511

# EXHIBIT 21

Inter-Office Communication

To:     VPO Teams, RGMs, RAs, MGMs, MAs, DOSs, RSMs, Remote Audit Team, Remote
Corporate HR Team, Aaron Shipper, Jin Chon

From:   Human Resources
Date:   March 27, 2006
Subject:        Hours of Work Policy and Timekeeping Procedure

Effective March 26, 2006, Alderwoods Group Inc. has implemented the following
new policies and procedures:

Hours of Work and Overtime - Canada
Hours of Work and Overtime - U.S.
Timekeeping (Recording Hours of Work) - and associated forms

Effective immediately, Alderwoods Group Inc. has implemented the following
revised policies:

Paid Holidays - Canada (replaces Holiday Schedule - Canada)

Please note that the revised and new policies and procedures are available on
the intranet.  Choose #5 Corporate Information, Policies & Procedures & Related
Forms, Policy and Procedure Manuals (Including Sales Guidelines).

We have included some Frequently Asked Questions for Canada and the U.S.
Please be sure to reference the correct attachment for your country of work.

Replacement Instructions:

Location Binders:

All locations will receive a package of inserts to replace the obsolete
documents in their binders, and containing the new policies and procedure for
addition.

Individual / Department Binders:

If you have a personal set of binders, please print the PDF files attached
below and put them in your binders.  Please note which versions are for the
Canadian or US policy binders.  Insert packages with paper copies will only be
sent to locations - not to each individual or department with a set of binders.

Please be sure to read all of the new and revised policies and procedures.
If you are a manager, please ensure that the revised and new policies and
procedures are read, communicated to, and understood by all employees.

High Level Summary - Hours of Work and Overtime (US & Canada)

Purpose
To establish standards and guidelines on Hours of Work and Overtime in Canada
and the US.  The Policy contains:

ALD025437

Employee categories (i.e. full-time, part-time, casual, temporary)
Wage classifications
Guidelines for work day, work week, meal periods, and work schedule
Guidelines for the recording of hours
Guidelines for overtime, on-call, and call back pay
Guidelines for travel time

---

High Level Summary - Timekeeping Procedures

Purpose
To ensure consistency and accuracy in methods of timekeeping, and to define
expectations around record keeping of hours worked.  The procedure addresses
the use of timeclocks and timesheets depending on job code and/or location of
work.  The procedure also outlines some examples of actions that will be
considered fraud and subject to the appropriate disciplinary action.

The new standardized timesheet and call log are included.  The call log is for
recording all after-hours telephone calls that an employee takes while
on-call.  Note that these forms are also available on the intranet - choose 5
Corporate Information/Corporate Policies & Procedures - Related Forms/Related
Forms.

---

High Level Summary - Paid Holidays - Canada Policy

Purpose
To clarify the Company's recognized holidays in each province where we do
business, and to clearly identify our policy regarding payment for holidays
worked.

---

For Binder 3:  Replaces section E.10.6 and G.12.6

Canadian Version:


US Version:


For Binder 5:  Insert Hours of Work and Overtime policy after the Attendance
Policy (behind the Attendance and Leaves tab).  Replace the Table of Contents
with revised version below.

Canadian Version:  Replace Holiday Schedule policy with Paid Holidays policy.


US Version:

ALD025438

- End -

Attachment: FAQ Hrs of Wk & OT-CDN.pdf
Attachment: FAQ Hrs of Wk & OT-US.pdf
Attachment: Timekeeping Procedure.pdf
Attachment: Weekly Time Sheet.xls
Attachment: Call Log.xls
Attachment: Hours of Work - US.pdf
Attachment: Table of Contents - Binder 5 - US -revised 03-06.pdf

ALD025439

DATE:          March 27, 2006

TO:            Canadian Location Managers and General Managers

CC:            VPO Team, RGM's, MGM's, RA's, MA's, LA's

FROM:          Chuck Gibson, HRM

RE:            **FREQUENTLY ASKED QUESTIONS – HOURS OF WORK &
               OVERTIME POLICY**

Recently we have had several questions about Company standards on hours of work,
overtime, after hours work and employees as contractors. These Company standards
were set as good operating practices and also meet the requirements of federal and
provincial law. We are in the process of distributing our Company's policy titled Hours
of Work and Overtime, and our procedure for timekeeping.

We are sharing the most common questions and their answers relating to this policy and
procedure so that everyone is clear on the requirements. If you have any additional
questions, please do not hesitate to raise them with your manager or your Human
Resources Manager.

**Q. What hours of work are employees required to record?**
A. Employees are required to record all hours worked including:
- time beginning work
- time out for lunch/meal break
- time returning from lunch/meal break
- time ending work for the day
- time performing work while on call (e.g. answering calls, removals, etc)

**Q. What if I don't take a meal break?**
A. There may be rare occasions when an employee is unable to take a meal break due to
the demands of the business. Those situations would need special management approval,
and the manager would need to initial the time card or timesheet. In most cases,
employees will be able to take a meal break; however, it may occur earlier or later than
noon to accommodate business needs that day. In some cases, employees at a location
may be required to "rotate" their meal period so that someone remains available to
answer the phone or greet customers while the others take their meal period, and then the
employee is able to take a meal break once the others have returned and are able to cover
the phones, etc.

**Q. Can an hourly employee be "guaranteed" hours of work and paid a set weekly
amount regardless of hours of work (i.e. some weeks working greater hours of work
and others less)?**
A. No, that practice is not allowed because it does not accurately reflect and pay
employees for the actual hours worked.

ALD025440

**Q. What method do we use to record hours of work?**
A. A time clock is the preferred method to record time worked at those locations with four or more employees. At those locations with three or less employees time sheets may be used.

If your location has a time clock installed, you must use a time clock, not a time sheet. The only exception is sales employees. Sales employees always use a time sheet, since so much of their work activity takes place outside of the location.

**Q. Who approves an employee's hours of work?**
A. Timecards (from time clocks) and time sheets completed by the employee must be approved and signed by the employee and his/her manager.

**Q. How is on call pay handled?**
A. In the funeral industry, employees may be required to be "on call" and therefore accessible by telephone on off hours. While this on-call time is not compensated, an employee is paid their regular hourly rate of pay if they are called to deal with a work issue, answer a question, etc. over the phone. If an employee is called in to do work at their location or do a removal, then minimum call back pay applies. Please see the next question and answer for further information on minimum call back pay.

**Q. Is a flat rate paid for work performed on off hours?**
A. No, a flat rate is not paid for work performed on off hours. Employees are paid their hourly rate of pay for a guaranteed minimum number of hours or the actual hours worked whichever is greater. Please contact your manager to find out what your Market's minimum call back pay is.

**Q. Can an employee also work on their off hours as an independent contractor for the Company?**
A. No, an employee cannot also work for Alderwoods as an independent contractor.

ALD025441

DATE:        March 27, 2006

TO:          U.S. & Puerto Rico Location Managers and General Managers

CC:          VPO Team, RGM's, MGM's, RA's, MA's, LA's

FROM:        Chuck Gibson, Michael Tuttle, and Kara Whitehead (HRM's)

**RE:        FREQUENTLY ASKED QUESTIONS – HOURS OF WORK &
             OVERTIME POLICY**

Recently we have had several questions about Company standards on hours of work, overtime, after hours work and employees as contractors. These Company standards were set as good operating practices and also meet the requirements of federal and state law. We are in the process of distributing our Company's policy titled Hours of Work and Overtime, and our procedure for timekeeping.

We are sharing the most common questions and their answers relating to this policy and procedure so that everyone is clear on the requirements. If you have any additional questions, please do not hesitate to raise them with your manager or your Human Resources Manager.

**Q. What determines if a job classification is paid on an hourly basis or a yearly salaried basis?**
A. Most jobs pay an hourly rate with overtime, if the overtime is approved, worked and reported. Certain jobs are salaried if they are approved to be salaried by the Legal and Human Resources Departments, who will apply federal and state wage and hour exemption definitions to make that classification determination.

**Q. Which employees must record hours of work?**
A. All hourly employees and inside sales counselors (FSP's) must record their hours of work. In the states of Colorado, Wisconsin and Washington, all outside sales counselors (ADVPP's) must also record their hours of work.

**Q. What hours of work are employees required to record?**
A. Employees are required to record all hours worked including:
    - time beginning work
    - time out for lunch/meal break
    - time returning from lunch/meal break
    - time ending work for the day
    - time performing work while on call (e.g. answering calls, removals, etc)

ALD025442

**Q. What if I don't take a meal break?**

A. There may be rare occasions when an employee is unable to take a meal break due to the demands of the business. Those situations would need special management approval, and the manager would need to initial the time card or timesheet. In most cases, employees will be able to take a meal break; however, it may occur earlier or later than noon to accommodate business needs that day. In some cases, employees at a location may be required to "rotate" their meal period so that someone remains available to answer the phone or greet customers while the others take their meal period, and then the employee is able to take a meal break once the others have returned and are able to cover the phones, etc.

**Q. Can an hourly employee be "guaranteed" hours of work and paid a set weekly amount regardless of hours of work (i.e. some weeks working greater hours of work and others less)?**

A. No that practice is not allowed because it does not accurately reflect and pay employees for the actual hours worked.

**Q. Can a non-sales employee such as a Funeral Director also sell pre-need outside of normal work hours and be compensated for commission for those sales?**

A. Yes and no – in some states, this is allowed, but not in all. First check with your manager to see if this is permitted in your state of work. For states that will allow non-sales employees to sell pre-need, these employees must record the hours worked at selling activities after normal working hours. Time must be recorded on the time card, and where necessary, overtime must be paid.

**Q. What method do we use to record hours of work?**

A. A time clock is the preferred method to record time worked at those locations with four or more employees. At those locations with three or less employees time sheets may be used.

If your location has a time clock installed, you must use a time clock, not a time sheet. The only exception is sales employees. Sales employees always use a time sheet, since so much of their work activity takes place outside of the location.

**Q. Who approves an employee's hours of work?**

A. Timecards (from time clocks) and time sheets completed by the employee must be approved and signed by the employee and his/her manager.

**Q. When is overtime paid?**

A. Employees receive overtime pay at one and one-half times regular rate of pay for all time worked in excess of 40 hours in one workweek, or as required by the law of the state where the work is performed.

**Q. What hours are considered in determining 40 hours of work?**

A. Overtime applies only after 40 hours of actual work, including time worked while on call and call back pay. The following periods are not included in determining when an employee has worked 40 hours for the week and is eligible for overtime payment:

- sick days

- holidays
- vacation

ALD025444

**Q.  How is on call pay handled?**
A.  In the funeral industry, employees may be required to be "on call" and therefore accessible by telephone on off hours.  While this on-call time is not compensated, an employee is paid their regular hourly rate of pay if they are called to deal with a work issue, answer a question, etc. over the phone.  If an employee is called in to do work at their location or do a removal, then minimum call back pay applies.  Please see the next question and answer for further information on minimum call back pay.

**Q.  Is a flat rate paid for work performed on off hours?**
A.  No, a flat rate is not paid for work performed on off hours.  Employees are paid their hourly rate of pay for a guaranteed minimum number of hours or the actual hours worked whichever is greater.  Please contact your manager to find out what your Market's minimum call back pay is.

**Q.  Can an employee also work on their off hours as an independent contractor for the Company?**
A.  No, an employee cannot also work for Alderwoods as an independent contractor.

ALD025445

# Procedures for Timekeeping
# (Recording Hours Worked)

## Purpose

It is the policy of the Company that non-exempt employees shall be paid on an hourly basis and are required to account for time worked on an hourly and fractional hourly basis. Non-exempt employees cannot be guaranteed hours of work and paid a set weekly amount regardless of the actual hours of work; they must be paid according to actual time recorded on time cards/timesheets. Non-exempt employees are to be compensated for all overtime hours worked. Non-exemption status is determined by the Human Resources and Legal departments, and is identified in the job description.

Locations with 3 or fewer employees will use timesheets to record hours worked. If a time clock has been provided for the location, employees must use time cards and time clocks to record hours worked.

Locations with 4 or more employees must use time cards and time clocks to record hours worked.

All sales professionals will use timesheets to record hours worked.


### Procedure -- Time Cards/Timesheets

1. All nonexempt employees will be issued a time card, or timesheet which is used to record the number of hours worked for each week. Employees must use the most current version of the timesheet found on the Company intranet.

2. Employees must clock in/out utilizing their own time card, or timesheet so that actual hours worked are properly recorded.

   Employees are prohibited from clocking in/out for anyone else, or asking another employee to clock in/out for them.


3. Employees should not clock in prior to their scheduled starting time, nor clock out after their scheduled quitting time unless approved by their Location Manager/General Manager.

4. Employees must clock out/sign out at the beginning of their unpaid meal break, and must clock in/sign in when their unpaid meal break ends. This also applies to employees who are traveling to a different location.

ALD025446

Employees who do not take a meal break must have their manager's pre-approval, and must handwrite "no meal break taken" and have the Location Manager/General Manager approve and initial the notation.

5. Time cards/timesheets should be left at the employee's location unless the employee works at multiple locations. Employees that work at multiple locations should carry their time card/timesheet with them to each location if they may be required to use the time clock there.

6. Employees that work at multiple locations must clock in/sign in at the location they first report to work at, and clock out/sign out at the last location that they work at each day.

7. Time spent traveling between locations is considered paid time, and employees should not sign out when they leave one location to travel to another location.

8. The employee must notify his/her Location Manager/General Manager when he/she fails to clock in/out, leaves work early, begins work early, clocks out late, or for any reason that will affect the employee's paid work-time.

9. Managers must handwrite on an employee's time card when the call back hours that the employee worked are less than the minimum call back hours paid for the work performed. In those situations, the employee must still clock in upon arrival at the location and clock out when leaving the location. Employees should handwrite the time that they left to return to the location for the call back. If the time worked (including travel) is still less than the minimum call back hours paid for the work performed, the manager should handwrite the minimum call back hours the employee is entitled to and initial it.

For example, if an employee drives 30 minutes to return to the location, and spends an hour at the location, the time card will show the hour spent at the location, and a handwritten notation of the time they left their activity to return to the location, showing 1 ½ hours spent on the call back. However, if the minimum call back hours for the work type are 2 hours (for example), then the manager would also handwrite 2 hours minimum call back on the time card and initial it. The employee would be paid for 2 hours call back, even though the actual time worked was 1 ½ hours.

10. Employees must check and sign their time card or timesheet at the end of each week to assure that their time cards are correct. Any discrepancies must be reported to the Location Manager/General Manager as soon as practical.

ALD025447

11. Underpayments resulting from an employee's failure to report errors or omissions will be added to the next regular paycheck/pay deposit. A special check will not be provided.

12. Location Managers/General Managers must verify and sign their respective employees' time cards/timesheet. Unworked time for which an employee is to be paid (i.e., personal paid time, recognized holidays, etc.) must be identified on the time card/timesheet and initialed by the Location Manager. Location Managers/General Managers must pay particular attention to handwritten times for call backs, to confirm that the correct minimum call back hours are paid according to the type of work performed. Location Managers/General Managers must initial all handwritten times on an employee's time card. Location Managers/General Managers may not sign a time card/timesheet in advance -- it may only be signed after all hours have been worked and recorded.

13. Authorized overtime must be identified and initialed by the Location Manager/General Manager.

14. The original time card/timesheet is to be kept on file at the location for a minimum of seven (7) years.

**Procedure – Call Logs**

1. Non-exempt employees who are on-call, as directed by their manager, are required to carry and maintain a call log.

2. All phone calls that are taken after completing the regular work schedule and leaving the premises shall be logged. Logging will include the start and end times of each phone call, the caller, and the topic discussed.

3. Employees must check and initial their call log at the end of each week to assure that their call logs are correct. Any discrepancies must be reported to the Location Manager/General Manager as soon as practical.

4. Completed Call Logs should be attached to the time card/timesheet at the end of each week, so that the time logged may be paid and included in the calculation of eligible overtime each week.

5. Location Managers/General Managers must verify and sign their respective employees call logs each week. Location Managers/General Managers must initial all handwritten times on an employee's call log.

ALD025448

6.      Underpayments resulting from an employee's failure to submit his/her call log on time will be added to the next regular paycheck/pay deposit.  A special check will not be provided.

7.      The original Call Logs must be kept on file at the location, with the time card/timesheet for that week, for a minimum of seven (7) years.

**Additional Information**

For additional information, please contact Human Resources or the Payroll Department.

*C:\DOCUME~1\dbone\LOCALS~1\Temp\notesE8DBF2\RS050067.doc*

ALD025449

# ALDERWOODS GROUP™

## Weekly Timesheet - CDN & US Employees

Employee Name: _____
(Please Print)

Employee #: _____

Week ending _____

Location #: _____

Location Name: _____

| Day | In | Out | In | Out | In | Out | Other |  |
|-----|----|----|----|----|----|----|-------|----|
| | | Meal Break | Meal Break | | Call Back | Call Back | Hours* | Description of Other Hours |
| | | | | Pay Week | | | | |
| Sunday | | | | | | | | |
| Monday | | | | | | | | |
| Tuesday | | | | | | | | |
| Wednesday | | | | | | | | |
| Thursday | | | | | | | | |
| Friday | | | | | | | | |
| Saturday | | | | | | | | |
| Totals | | | | | | | | |

Employee's Signature: _____    Date _____

Manager's Name: _____
(Please Print)

Manager's Signature: _____    Date _____

ALD025450

| | J | K | L | M | N |
|---|---|---|---|---|---|
| | | | Manager Use Only | | |
| | Daily Hours | Regular Hours | Call Back Hours | Overtime Hours (1.5) | Doubletime Hrs (if applicable) |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 Total | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 *Other Hours: | | | | | |
| 24 Vacation | | | | | |
| 25 Sick | | | | | |
| 26 Bereavement | | | | | |
| 27 Jury Duty | | | | | |
| 28 Stat Holiday (CDN only) | | | | | |
| 29 Paid Holiday (US Only) | | | | | |
| 30 Floating Holiday (US Only) | | | | | |

ALD 201 - Univ v.03-06

ALD025451

**ALDERWODS** GROUP

After Hours Call Log

Employee Name: _____
Employee Number: _____
Location Number: _____

Week Ending: _____
Employee Signature: _____
Approved by: _____

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | Date | Start Time | End Time | Caller & Purpose of Call | Time Spent (in minutes) |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | Total | |

ALD 200 - Univ. v. 03-06

ALD025452

# HOURS OF WORK AND OVERTIME – US

**PURPOSE**

To define hours of work, for purposes of compensation, and provide standard guidelines with regard to meal periods, on-call, call back, and overtime pay in accordance with applicable law.

**POLICY**

All non-exempt employees will be compensated for all hours worked. The Company will comply with all applicable federal, state and local laws. If any of the provisions of this policy conflict with any federal, state or local laws or regulations, then the laws or regulations will supersede the Company's policy in those specific locations. Please consult your Human Resources representative for information on particular federal and/or state laws. All work hours, including meal periods, remain subject to change as business conditions may require.

**I.      APPLICATION OF POLICY**

This policy applies to all non-bargaining unit, non-exempt employees of the Company who work in the United States. Collective bargaining unit members must refer to their collective agreement for information about hours of work.

**II.     DEFINITIONS**

**A.      Employee Categories**

**1.      Full-time Employee**

A regular full-time employee works forty (40) hours per work week or more, in an established job.

**2.      Part-time Employee**

A regular part-time employee works less than forty (40) hours per work week, in an established job.

**3.      Casual Employee**

Employees who are scheduled to work only during peak periods (or specific seasons). Casual employees may be scheduled for consecutive work weeks, or may not be scheduled for several weeks. The number

ALD025453

of hours scheduled during peak periods may be more or less than forty (40) hours per work week. Total annual hours may not exceed 1000 hours.

4.    **Temporary Employee**

Employees who are hired for a short interim period of time without expectation of longer employment. The number of hours scheduled may be more or less than forty (40) hours per work week.

B.    **Wage Classifications**

**Non-Exempt Employees**

All employees not exempt from overtime payment as defined in the Federal Fair Labor Standards Act (FLSA) and corresponding state wage and hour laws and whose compensation is computed on an hourly basis and are required to account for time worked on an hourly and fractional hourly basis. Non-exempt employees cannot be guaranteed hours of work and paid a set weekly amount regardless of the actual hours of work; they must be paid according to hours recorded. Non-exempt employees are to be compensated for all overtime hours worked. Non-exemption status is determined by the Human Resources and Legal departments, and is identified in the job description.

III.    **GUIDELINES**

A.    **Work Day**

A typical work day is eight and one-half (8 ½) hours, less a thirty (30) minute meal period and any applicable rest periods, but depends on location and business needs. Arrangements to regularly work more than eight (8) hours a day must be approved by your manager, Human Resources Manager, and functional Vice President or Department Head.

B.    **Work Week**

A regular full-time work week for hourly employees typically consists of forty (40) hours per week. The regular work week, for payroll purposes, begins on

2

ALD025454

Sunday and ends on the following Saturday, and is defined as seven (7) consecutive days beginning at 12:01 a.m. on Sunday morning and ending at 12:00 p.m. (midnight) on the following Saturday night.

## C.    Meal Periods

Hourly employees who work more than five consecutive hours in a day are allowed an unpaid meal period of no less than 30 minutes and no more than one hour. For employees working split shifts, the unpaid meal period will occur between the shifts and may be more than a one hour period. The scheduling of meal periods is approved by management to satisfy operational/business needs. On an emergency basis, meal periods may be waived or delayed at the direction of management in order to meet business needs.

Employees must clock out at the beginning of their meal period, and clock in at its conclusion. Employees may not waive their meal period in order to start work later or leave work earlier under any circumstances. During the meal period, an employee is not to perform work for the Company.

Many states have established their own rules about meal periods. Please consult your Human Resources representative to determine if there is a modification that applies to you.

## D.    Work Schedule

Work schedules are established by the manager of the location/department. The Company reserves the right to adjust daily and weekly work schedules to meet varying needs of the business. Managers are responsible for announcing changes in work schedules as far in advance as practicable.

## E.    Recording of Hours

All non-exempt employees are required to record all hours worked each day. The method of record keeping will be either time clock or time sheet as specified by the Company. The time record should show time in and time out for every day worked (including meal breaks, lunch, and time performing work while on call (e.g. answering phone calls, removals, etc.)). If an employee forgets or incorrectly times in or out, he or she must obtain his or her manager's approval on the correction. Employees must review their time

3

ALD025455

card/time sheet, correct any errors, and sign it before submitting it to their manager for approval. Falsification of a time record, timing in or out for another employee, or having another employee time in or out for you, is against Company policy and shall result in corrective action, up to and including termination.

**F.**   **Overtime**

At times, it may be necessary for an employee to work overtime hours. All overtime, however, must be approved in advance by management. Hourly employees are not permitted or authorized to work any period of time other than their normally scheduled hours unless directed to do so by their manager.

Non-exempt employees will receive overtime pay of one and one-half (1.5) times their regular rate of pay for all hours worked over forty (40) in any work week (excluding holidays and paid leaves such as vacation and sick days), or for any other hours required by state law. In states that have enacted state overtime laws, where an employee is subject to both the state and Federal overtime laws, the employee will be paid overtime according to the higher standard. Employees may contact their manager or Human Resources Manager for clarification of how overtime is calculated and paid in their state.

Overtime pay eligibility is based on the hours worked each work week (or day, where applicable). Payment for overtime worked should be made no later than the end of the pay period immediately following the pay period during which the overtime was worked (provided approved time cards/time sheets are submitted before the payroll deadline). Employees must receive payment for overtime hours worked; time off in lieu of overtime payment is not permitted.

**G.**   **On-Call**

A non-exempt employee is considered to be "on-call" only when so assigned by his or her manager. On-call time is normally compensable only while the employee is actually working. Employees scheduled for on-call duty are not required to remain on Company premises, or to be confined to their homes or to any particular place, provided they remain within a reasonable travel distance of the location (as determined by management). On-call employees are required to not consume alcohol or other intoxicants. If there are greater

4

ALD025456

restrictions on the employee's on-call duty, on-call time may be compensable; the employee and manager should consult with Human Resources. When the employee is called to work during the on-call time, the employee will be paid at the employee's appropriate pay rate (see Call Back section below). In all instances, it is the employee's responsibility to clock in when called into work and to clock out when the work assignment is complete.

When a non-exempt employee is required to take phone calls after completing the regular work schedule and leaving the premises, but is not required to physically return to work, the employee shall log the start and end times of each phone call. The employee will be paid for the time spent in phone conversations.  The recorded time will be included in determining if an employee qualifies for overtime pay in a work week.

## H.    Call Back

When a non-exempt employee is called back to work after completing the regular work schedule and leaving the premises, the employee shall be paid for time actually worked upon leaving home or a minimum number of hours, whichever is greater. The minimum number of hours may vary by job task and market.  Please contact your manager to determine the correct minimum number of hours for your location. In all instances, it is the employee's responsibility to clock in when called into work and to clock out when the work assignment is complete. Call back time will be included in determining if an employee qualifies for overtime pay in a work week.

## I.    Travel Time

Travel time between home and the work place is not counted as time worked. Assigned business travel during an employee's regular working hours on work days is counted as time worked.

For non-exempt employees, travel that takes place outside of regular working hours is considered time worked and will be included in determining if an employee qualifies for overtime pay in a work week, and paid accordingly.

5

ALD025457

## IV.  MANAGER RESPONSIBILITIES

A.  Managers are responsible for ensuring that this policy has been communicated to their employees. Please also refer to the Attendance policy for additional guidelines.

B.  Managers are also responsible for:

1.  establishing work schedules in accordance with the needs of the business

2.  announcing any changes to an employee's work schedule as far in advance as practicable

3.  reviewing, verifying and authorizing weekly time cards/time sheets and reporting to payroll in accordance with weekly payroll schedules

4.  reconciling hours reported to hours paid according to the payroll register (obtained through Crystal Reports)

5.  tracking and approving overtime hours as the need arises

6.  ensuring that no "off the clock" work is allowed; that is, that all work performed by employees is properly documented on time cards/time sheets

7.  tracking attendance and absence of all employees and use of paid time

8.  taking action on recommendations from Internal and/or Compliance Audits as it relates to this policy.

C.  Managers must ensure that employees are assigned the appropriate job code and employment status (full time, part time, casual, temporary, exempt, non-exempt) for their position. If an employee is not working the hours of their assigned employment status, the manager must transfer the employee to another employment status or require the employee to conform to the assigned employment status.

6

ALD025458

### V.    EMPLOYEE RESPONSIBILITIES

A.    Employees' responsibilities regarding hours of work include the following:

   1.    Adhere to their work schedules by reporting to work at the specified starting time, departing at the specified ending time, and taking meal breaks and rest periods as authorized

   2.    Work overtime hours as required

   3.    Report any use of paid time off.

B.    Hourly/Non-exempt employees must accurately record (using time clock/time sheet) all hours of work including:

   1.    time beginning work

   2.    time out for lunch/meal break(s)

   3.    time returning from lunch/meal break(s)

   4.    time ending work for the day

   5.    time performing work while on call (e.g. answering phone calls, removals, etc.).

C.    Employees are responsible for ensuring that their time cards/time sheets are always accurate, and to bring any errors to their manager's attention.

### VI.   DISCIPLINARY ACTION

An employee who leaves work without clocking out and then returns later to clock out is committing time fraud and will be subject to disciplinary action.

Employees are prohibited from clocking in/out for anyone else, or asking another employee to clock in/out for them. An employee found in violation of the above rule will be subject to disciplinary action, including termination of employment.

Working overtime that has not been pre-approved by the employee's manager may

7

ALD025459

lead to disciplinary action.

Any violations of this policy must be reported to the employee's supervisor immediately.

Failure to report violations of this policy may lead to disciplinary action, up to and including termination of employment.

ALD025460