# EXHIBIT 22

## Wage & Hour

### North East

---

## Agenda

1. What is "Wage & Hour"?
2. Why are we focused on "Wage & Hour" issues?
3. What are the specific issues and resolutions?
4. Next Steps

---

## What is "Wage & Hour?"

- Fair Labor Standards Act (FLSA) — federal law that ensures employees are paid properly
- Outlines:
  - Overtime pay (time and a half) for hourly, non-exempt employees
  - Exempt vs. non-exempt rules
  - Minimum wage ($5.15 per hour)
  - Permitted salary deductions
  - Pay for all hours worked
- Enforced by Department of Labor
  - Complaint process
  - Random audits of location(s)

---

## Why are we focused on Wage & Hour?

- Class action law suits regarding FLSA violations are the most commonly litigated employment claims in United States
- SCI (NY, Texas), Stewart, and Prime Succession have class action suits
- Increased Compliance Audit issues
- Preventative approach — did audit with Legal in 2004 and identified systemic issues to address
- Reviewed options with VPO's and standards were established

---

## What are the specific issues and resolutions?

Five Systemic Issues were identified in the audit

1. Hours of Work
2. Exempt vs. Non-Exempt
3. Consultants/Former Owners
4. Independent Contractors/Employees
5. Piecework

---

## Hours of Work

- "Working off the clock" is a violation of Wage and Hour laws and will not be permitted
- We will record and pay for all hours worked by employees
- Preferred method of recording time worked is by time clock
- 115 locations in NE/Canada lacking time clocks. Commitment to install half in 2005 and remaining in 2006.
- Priority for 2005 -- multi-site locations
- Action
  - Need to determine all 2005 locations and which time clock to purchase
  - Communicate time clock procedures

1

ALD8--00001

## Hours of Work

Time Clock Procedures

- Employees must record their daily work hours including time in and out each day as well as for their daily, unpaid lunch / meal break.
- Employees that work out of multiple locations must bring their time card/sheet with them.
- Employee will sign all time cards/sheets and the LM or GM will approve all time cards/sheets moving forward.
- Employees that clock in and out for other employees is not permitted and considered fraud or time theft. This is a serious policy violation that could result in termination.

## Exempt vs. Non-Exempt from overtime

- Decision was made that all "non- exempt" job classifications and/or employees will be moved to hourly.
- All FD's and LA's will be paid on an hourly basis.
- Location Managers, Grounds Superintendents and Assistant Managers will be determined on a case by case basis.
- MA's do qualify for the exemption unless they have a dual role as an LA. If dual role, paid on an hourly basis.
- Minimum 30 day notice is required if moving from salaried to hourly.

## Exempt vs. Non-Exempt from overtime (con't)

Actions:

- One last review of FDs, LAs, Assistant Managers, and Grounds Superintendents.
- MAs -- have all hourly MAs (no material LA duties) been notified and moved to salaried?
- LM review -- 2 levels of review:
  1. Going up -- are there multiple layers of management?
     - i.e., LM reporting to GM reporting to MGM
     - All of these situations need to be identified and looked at closely
  2. Going down -- how many direct reports does the LM have and how much time is spent "managing"?
     - Need to identify LMs who have less than 2 FTE's reporting directly to them

## Consultants / Former Owners

- Former owners/consultants who may not qualify as exempt
- Identified all of them and assessed each to determine exempt status and job code.
- Most will be moved to one of the newly created Community Relations positions.
- Community Relations Manager
  - Fully doing community work, rarely perform funeral directing work
  - Earn at least $23,660 per year
  - Salaried and exempt
- Community Relations Director
  - May do FD work combined with community work
  - Most earn less than $23,660 per year
  - Must track hours of work

## Consultants / Former Owners (con't)

Actions:

- Steve Lambert already reviewed Consultant listing with RGMs
- Legal has now reviewed
- Need to meet with each RGM to discuss next steps
- Jaana to finalize setup of CRM and CRD job codes

## Independent Contractors/Employees

- Active employees cannot also be independent contractors with Alderwoods.
- Vendor setups will be checked and quarterly reports will be run.
- All independent contractors must qualify with the company and have RGM approval.

Actions

- 2004 1099/employee lists reviewed by RGMs
- Need to review 2005 YTD report
- Need to tell employees impacted
- Send 2004 & 2005 lists to AP to remove from approved vendor lists.
- Set-up special arrangement for NY pallbearers with payroll

2

ALD8—00002

## Piecework/After Hours Work

- Piecework is considered "off the clock" work and is not approved by Department of Labor
- Alderwoods decision to:
  - Replace piecework, where necessary with "minimum call back pay" (e.g. Removals)
  - Where possible eliminate piecework with recording hours and paying appropriate rate (e.g. Hairdressing)
  - Stop practice of employees earning their regular rate of pay plus piecework (e.g. Salaried management)
  - Eliminate piecework line from Payroll
- After hours work issues:
  1. On Call – do we need to pay?
  2. A phone call is received – how do we handle that?
  3. The employee is called back to work – how do we handle that?

*August 2005*

## On Call Pay

- After hours of operation, we need for employees to respond to removal and at need calls and a person is designated as "on call."
- Issues arise when you limit the activity of an employee and this requires all time to be paid.
- DOL stipulates that if you limit the life functions of an employee, time is compensable.
- An employee can be required not to drink alcoholic beverages or be under the influence of any intoxicant.
- No other restrictions can be placed on the employee other than requiring them to stay within a reasonable geographical area.
- Action: Need to determine what travel restriction (based on hour(s) to location) are placed on employee? Do we need different market/regional standards?

*August 2005*

## How do we compensate for phone calls?

- When an employee is on a call, they are to be paid for all the time they spend on work related phone calls even if they do not leave to perform work.
- Actions:
  - Need to determine if actual time will be paid and/or a minimum number of minutes per phone call.
  - Call times must be recorded by utilizing an on call log sheet that the employee takes home.

*August 2005*

## Call Back Pay

- Piecework will no longer be paid to employees who return to work to do removals, at need work, etc.
- We will pay call back pay – a set minimum number of hours or actual hours whichever is greater.
- Time will start when the employee arrives at the location/place of work.
- Actions:
  - Determine by market, what the minimum call back pay will be.
  - Do we need a "menu" of minimum call back pay standards?
  - How will we handle payment for all the types of piecework that were being paid (e.g. hair, driving, washing cars, cleaning, etc.)?

*August 2005*

## Next Steps

- Communication to Employees
- FAQ Distribution to locations
- Hours of Work Policy
- Training Compliance and Internal Auditors

*August 2005*

3



ALD8-00003

# Agenda

1. What is "Wage & Hour"?

2. Why are we focused on "Wage & Hour" issues?

3. What are the specific issues and resolutions?

4. Next Steps

ALDERW∞DS
GROUP

August 2005

ALD8-00004

# What is "Wage & Hour?"

- Fair Labor Standards Act (FLSA) – federal law that ensures employees are paid properly
- Outlines:
  - Overtime pay (time and a half) for hourly, non-exempt employees
  - Exempt vs. non-exempt rules
  - Minimum wage ($5.15 per hour)
  - Permitted salary deductions
  - Pay for all hours worked
- Enforced by Department of Labor
  - Complaint process
  - Random audits of location(s)

ALDERWOODS GROUP

August 2005

ALD8~00005

# Why are we focused on Wage & Hour?

- Class action law suits regarding FLSA violations are the most commonly litigated employment claims in United States
- SCI (NY, Texas), Stewart, and Prime Succession have class action suits
- Increased Compliance Audit issues
- FLSA was undergoing major changes in Fall 2004
- Preventative approach – did audit with Legal in 2004 and identified systemic issues to address
- Reviewed options with VPO's and standards were established

ALDERW**OO**DS GROUP

August 2005

ALD8-00006

# What are the specific issues and resolutions?

Five Systemic Issues were identified in the audit

1. Hours of Work

2. Exempt vs. Non-Exempt

3. Consultants/Former Owners

4. Independent Contractors/Employees

5. Piecework

ALDERW∞DS GROUP

August 2005

ALD8–00007

# Hours of Work

- "Working off the clock" is a violation of Wage and Hour laws and will not be permitted
- We will record and pay for all hours worked by employees
- Preferred method of recording time worked is by time clock
- 115 locations in NE/Canada lacking time clocks.
- Commitment to install half in 2005 and remaining in 2006.
- Priority for 2005 – multi-site locations
- Action
  - Need to determine all 2005 locations and which time clock to purchase
  - Communicate time clock procedures

ALDERWOODS
GROUP

August 2005

ALD8–00008

# Hours of Work

## Time Clock Procedures

- Employees must record their daily work hours including time in and out each day as well as for their daily, unpaid lunch / meal break.

- Employees that work out of multiple locations must bring their time card/sheet with them.

- Employee will sign all time cards/sheets and the LM or GM will approve all time cards/sheets moving forward.

- Employees that clock in and out for other employees is not permitted and considered fraud or time theft. This is a serious policy violation that could result in termination.

ALDERWOODS GROUP

August 2005

ALD8-00009

# Exempt vs. Non-Exempt from overtime (con't)

Actions:

- One last review of FDs, LAs, Assistant Managers, and Grounds Superintendents.
- MAs – have all hourly MAs (no material LA duties) been notified and moved to salaried?
- LM review – 2 levels of review:

1. Going up – are there multiple layers of management?
   - i.e., LM reporting to GM reporting to MGM
   - All of these situations need to be identified and looked at closely
2. Going down – how many direct reports does the LM have and how much time is spent "managing?"
   - Need to identify LMs who have less than 2 FTE's reporting directly to them.

ALDERWOODS GROUP

August 2005

ALD8–00011

# Consultants / Former Owners

- Former owners/consultants who may not qualify as exempt
- Identified all of them and assessed each to determine exempt status and job code.
- Most will be moved to one of the newly created Community Relations positions.
- Community Relations Manager
  – Fully doing community work, rarely perform funeral directing work
  – Earn at least $23,660 per year
  – Salaried and exempt
- Community Relations Director
  – May do FD work combined with community work
  – Most earn less than $23,660 per year
  – Must track hours of work

ALDERW○○DS
GROUP

August 2005

ALD8–00012

# Consultants / Former Owners (con't)

ALDERWOODS GROUP

## Actions:

- Steve Lambert already reviewed Consultant listing with RGMs

- Legal has now reviewed

- Need to meet with each RGM to discuss next steps

- Jaana to finalize setup of CRM and CRD job codes

August 2005

ALD8—00013

# Independent Contractors/Employees

- Active employees cannot also be independent contractors with Alderwoods.
- Vendor setups will be checked and quarterly reports will be run.
- All independent contractors must qualify with the company, and have RGM approval.

**Actions**

- 2004 1099/employee lists reviewed by RGMs
- Need to review 2005 YTD report
- Need to tell employees impacted
- Send 2004 & 2005 lists to AP to remove from approved vendor lists.
- Set-up special arrangement for NY pallbearers with payroll

ALDERWOODS GROUP

August 2005

# Piecework/After Hours Work

- Piecework is considered "off the clock" work and is not approved by Department of Labor
- Alderwoods decision to:
  - Replace piecework, where necessary with "minimum call back pay" (e.g. Removals)
  - Where possible eliminate piecework with recording hours and paying appropriate rate (e.g. Hairdressing)
  - Stop practice of employees earning their regular rate of pay plus piecework (e.g. Salaried management)
  - Eliminate piecework line from Payroll
- After hours work issues:
  1. On Call – do we need to pay?
  2. A phone call is received – how do we handle that?
  3. The employee is called back to work – how do we handle that?

ALDERW○○DS
GROUP

August 2005

ALD8-00015

# On Call Pay

- After hours of operation, we need for employees to respond to removal and at need calls and a person is designated as "on call." Issues arise when you limit the activity of an employee and this requires all time to be paid.

- DOL stipulates that if you limit the life functions of an employee, time is compensable.

- An employee can be required not to drink alcoholic beverages or be under the influence of any intoxicant.

- No other restrictions can be placed on the employee other then requiring them to stay within a reasonable geographical area.

- Action:  Need to determine what travel restriction (based on hour(s) to location) are placed on employee?  Do we need different market/regional standards?

ALDERW∞DS
GROUP

August 2005

ALD8—00016

# How do we compensate for phone calls?

- When an employee is on a call, they are to be paid for all the time they spend on work related phone calls even if they do not leave to perform work.
- Actions:
  - Need to determine if actual time will be paid and/or a minimum number of minutes per phone call.
  - Call times must be recorded by utilizing an on call log sheet that the employee takes home.

ALDERWOODS GROUP

August 2005

ALD8—00017

# Call Back Pay

- Piecework will no longer be paid to employees who return to work to do removals, at need work, etc.
- We will pay call back pay — a set minimum number of hours or actual hours whichever is greater.
- Time will start when the employee arrives at the location/place of work.
- Actions:
  - Determine by market, what the minimum call back pay will be.
  - Do we need a "menu" of minimum call back pay standards?
  - How will we handle payment for all the types of piecework that were being paid (e.g. hair, driving, washing cars, cleaning, etc.)?

ALDERW∞DS GROUP

August 2005

ALD8-00018



ALD8-00019