# EXHIBIT 23

REDACTED

9/12/2008

PR260

## SCI FUNERAL & CEMETERY PURCHASING COOP, INC
### Check Detail Listing

Page 1 of 15

---

**Lawson**

PSID: ALDF/AWG Dept = 2609
SSN

| Name | Check Date | Check Number | Loc: 7029 Whitehurst-Maller Funeral Service | | | | |
|------|-----------|-------------|------------|------------|----------|-----------|--------|
| CHERNETSKY, ROBERT | 12/05/2003 | 50142204 | Gross Wages | Pretax Deds | Tax Deds | Other Deds | Net Pay |
| | | | 754.65 | | 161.56 | | 593.09 |

| Earnings | Hours | Amount | Tax Ded | Amount | Taxable | Other Ded | Company Ded |
|----------|-------|--------|---------|--------|---------|-----------|-------------|
| Piecework | 0.00 | 440.00 | California SDI | 6.79 | 754.65 | | |
| Regular | 31.00 | 314.65 | California State Tax | 12.68 | 754.65 | | |
| | | | Employee Medicare | 10.95 | 754.65 | | |
| | | | Employee Soc Sec | 46.79 | 754.65 | | |
| | | | Federal Withholdin | 84.35 | 754.65 | | |

---

**Lawson**

PSID: ALDF/AWG Dept = 2609
SSN

| Name | Check Date | Check Number | Loc: 7029 Whitehurst-Maller Funeral Service | | | | |
|------|-----------|-------------|------------|------------|----------|-----------|--------|
| CHERNETSKY, ROBERT | 12/19/2003 | 50146592 | Gross Wages | Pretax Deds | Tax Deds | Other Deds | Net Pay |
| | | | 1,181.45 | | 283.66 | | 897.79 |

| Earnings | Hours | Amount | Tax Ded | Amount | Taxable | Other Ded | Company Ded |
|----------|-------|--------|---------|--------|---------|-----------|-------------|
| Piecework | 0.00 | 745.00 | California SDI | 10.63 | 1,181.45 | | |
| Regular | 45.00 | 436.45 | California State Tax | 34.28 | 1,181.45 | | |
| | | | Employee Medicare | 17.13 | 1,181.45 | | |
| | | | Employee Soc Sec | 73.25 | 1,181.45 | | |
| | | | Federal Withholdin | 148.37 | 1,181.45 | | |

---

**Lawson**

PSID: ALDF/AWG Dept = 2609
SSN

| Name | Check Date | Check Number | Loc: 7029 Whitehurst-Maller Funeral Service | | | | |
|------|-----------|-------------|------------|------------|----------|-----------|--------|
| CHERNETSKY, ROBERT | 01/02/2004 | 50150341 | Gross Wages | Pretax Deds | Tax Deds | Other Deds | Net Pay |
| | | | 171.35 | | 22.06 | | 149.29 |

| Earnings | Hours | Amount | Tax Ded | Amount | Taxable | Other Ded | Company Ded |
|----------|-------|--------|---------|--------|---------|-----------|-------------|
| Piecework | 0.00 | 80.00 | California SDI | 2.02 | 171.35 | | |
| Regular | 9.00 | 91.35 | California State Tax | 0.00 | 171.35 | | |
| | | | Employee Medicare | 2.48 | 171.35 | | |
| | | | Employee Soc Sec | 10.62 | 171.35 | | |
| | | | Federal Withholdin | 6.94 | 171.35 | | |

ALDX(HELM)09966

REDACTED

PR260

9/12/2008

**SCI FUNERAL & CEMETERY PURCHASING COOP, INC**

Check Detail Listing

### Lawson

PSTD: ALDF / AWG Dept = 2699

| SSN | Name | Check Date | Check Number | | | Loc: 7029 Whitehurst-Müller Funeral Service | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CHERNETSKY, ROBERT | 01/16/2004 | 5013430t | | | | | | | |

| Earnings | Hours | Amount | Tax Ded | | Gross Wages | Taxable | Other Ded | Pretax Deds | Tax Deds | Other Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Piecework | 0.00 | 775.00 | California SDI | 12.61 | 1,069.35 | 1,069.35 | | | 253.55 | | 815.80 |
| Regular | 29.00 | 294.35 | California State Tx | 27.56 | | | | | | | |
| | | | Employee Medicare | 15.51 | | | | | | | |
| | | | Employee Soc Sec | 66.30 | | | | | | | |
| | | | Federal Withholdin | 131.56 | | | | | | | |

### Lawson

PSTD: ALDF / AWG Dept = 2699

| SSN | Name | Check Date | Check Number | | | Loc: 7029 Whitehurst-Müller Funeral Service | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CHERNETSKY, ROBERT | 01/30/2004 | 50135241 | | | | | | | |

| Earnings | Hours | Amount | Tax Ded | | Gross Wages | Taxable | Other Ded | Pretax Deds | Tax Deds | Other Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Piecework | 0.00 | 440.00 | California SDI | 8.49 | 719.13 | 719.13 | | | 153.79 | | 565.34 |
| Regular | 27.50 | 279.13 | California State Tx | 11.26 | | | | | | | |
| | | | Employee Medicare | 10.43 | | | | | | | |
| | | | Employee Soc Sec | 44.59 | | | | | | | |
| | | | Federal Withholdin | 79.02 | | | | | | | |

### Lawson

PSTD: ALDF / AWG Dept = 2699

| SSN | Name | Check Date | Check Number | | | Loc: 7029 Whitehurst-Müller Funeral Service | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CHERNETSKY, ROBERT | 02/13/2004 | 50162156 | | | | | | | |

| Earnings | Hours | Amount | Tax Ded | | Gross Wages | Taxable | Other Ded | Pretax Deds | Tax Deds | Other Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Piecework | 0.00 | 250.00 | California SDI | 7.50 | 635.72 | 635.72 | | | 130.80 | | 504.92 |
| Regular | 38.00 | 385.72 | California State Tx | 8.16 | | | | | | | |
| | | | Employee Medicare | 9.22 | | | | | | | |
| | | | Employee Soc Sec | 39.41 | | | | | | | |
| | | | Federal Withholdin | 66.51 | | | | | | | |

ALDF(HELM)00967

REDACTED

PR260

SCI FUNERAL & CEMETERY PURCHASING COOP, INC.

Check Detail Listing

Page 3 of 15

## Lawson

PSTD: ALDF / AWG Dept * 2699
SSN

| Name | Check Date | Check Number |
|---|---|---|
| CHERNETSKY, ROBERT | 02/27/2004 | 50186189 |

Loc: 7029 Whitehurst/Muller Funeral Service

| Earnings | Hours | Amount |
|---|---|---|
| Piecework | 0.00 | 520.00 |
| Regular | 7.00 | 71.05 |

| Tax Ded | Amount | Taxable | Other Ded | Prefax Deds |
|---|---|---|---|---|
| California SDI | 6.97 | 591.03 | | |
| California State Tax | 7.27 | 591.03 | | |
| Employee Medicare | 8.57 | 591.03 | | |
| Employee Soc Sec | 36.65 | 591.03 | | |
| Federal Withholdin | 59.81 | 591.03 | | |

Gross Wages 591.03

| Tax Deds | Other Deds | Net Pay |
|---|---|---|
| 119.27 | | 471.78 |

Company Ded | Amount

## Lawson

PSTD: ALDF / AWG Dept * 2699
SSN

| Name | Check Date | Check Number |
|---|---|---|
| CHERNETSKY, ROBERT | 03/12/2004 | 50170083 |

Loc: 7029 Whitehurst/Muller Funeral Service

| Earnings | Hours | Amount |
|---|---|---|
| Piecework | 0.00 | 395.00 |
| Regular | 8.00 | 81.20 |

| Tax Ded | Amount | Taxable | Other Ded |
|---|---|---|---|
| California SDI | 5.62 | 476.20 | |
| California State Tax | 4.97 | 476.20 | |
| Employee Medicare | 6.90 | 476.20 | |
| Employee Soc Sec | 29.52 | 476.20 | |
| Federal Withholdin | 42.58 | 476.20 | |

Gross Wages 476.20

| Tax Deds | Other Deds | Net Pay |
|---|---|---|
| 89.59 | | 386.61 |

Company Ded | Amount
WCB Accrual | 33.76

## Lawson

PSTD: ALDF / AWG Dept * 2699
SSN

| Name | Check Date | Check Number |
|---|---|---|
| CHERNETSKY, ROBERT | 03/26/2004 | 50174198 |

Loc: 7029 Whitehurst/Muller Funeral Service

| Earnings | Hours | Amount |
|---|---|---|
| Piecework | 0.00 | 233.00 |
| Regular | 13.00 | 131.96 |

| Tax Ded | Amount | Taxable | Other Ded |
|---|---|---|---|
| California SDI | 4.33 | 366.96 | |
| California State Tax | 0.00 | 366.96 | |
| Employee Medicare | 5.32 | 366.96 | |
| Employee Soc Sec | 22.76 | 366.96 | |
| Federal Withholdin | 26.50 | 366.96 | |

Gross Wages 366.96

| Tax Deds | Other Deds | Net Pay |
|---|---|---|
| 58.91 | | 308.05 |

Company Ded | Amount
WCB Accrual | 22.06

ALD(HELM)00968

REDACTED

# SCI FUNERAL & CEMETERY PURCHASING COOP, INC

## Check Detail Listing

Page 4 of 15

### PR260

**Lawson**

PSTD: ALDF / AWG Dept = 2609

SSN:

Loc: 7029 Whitehurst-Muller Funeral Service

| Name | | | | Check Date | Check Number | | | Gross Wages | Pretax Deds | Tax Deds | Other Deds | Net Pay |
|------|--|--|--|------------|--------------|--|--|-------------|-------------|----------|------------|---------|
| CHERNETSKY, ROBERT | | | | 04/08/2004 | 50173169 | | | 830.25 | | 184.32 | | 645.93 |

| Earnings | Hours | Amount | | Tax Ded | Amount | Taxable | Other Ded | Pretax Ded | Amount | Company Ded | Amount |
|----------|-------|--------|--|---------|--------|---------|-----------|------------|--------|-------------|--------|
| Piecework | 0.00 | 475.00 | | California SDI | 9.80 | 830.25 | | | | WCB Accrual | 52.48 |
| Regular | 35.00 | 355.25 | | California State Ta | 15.32 | 830.25 | | | | | |
| | | | | Employee Medicar | 12.04 | 830.25 | | | | | |
| | | | | Employee Soc Sec | 51.47 | 830.25 | | | | | |
| | | | | Federal Withholdin | 95.69 | 830.25 | | | | | |

**Lawson**

PSTD: ALDF / AWG Dept = 2609

SSN:

Loc: 7029 Whitehurst-Muller Funeral Service

| Name | | | | Check Date | Check Number | | | Gross Wages | Pretax Deds | Tax Deds | Other Deds | Net Pay |
|------|--|--|--|------------|--------------|--|--|-------------|-------------|----------|------------|---------|
| CHERNETSKY, ROBERT | | | | 04/23/2004 | 50182184 | | | 594.73 | | 120.11 | | 474.62 |

| Earnings | Hours | Amount | | Tax Ded | Amount | Taxable | Other Ded | Pretax Ded | Amount | Company Ded | Amount |
|----------|-------|--------|--|---------|--------|---------|-----------|------------|--------|-------------|--------|
| Piecework | 0.00 | 275.00 | | California SDI | 7.02 | 594.73 | | | | WCB Accrual | 36.65 |
| Regular | 31.50 | 319.73 | | California State Ta | 7.24 | 594.73 | | | | | |
| | | | | Employee Medicar | 8.62 | 594.73 | | | | | |
| | | | | Employee Soc Sec | 36.87 | 594.73 | | | | | |
| | | | | Federal Withholdin | 60.36 | 594.73 | | | | | |

**Lawson**

PSTD: ALDF / AWG Dept = 2609

SSN:

Loc: 7029 Whitehurst-Muller Funeral Service

| Name | | | | Check Date | Check Number | | | Gross Wages | Pretax Deds | Tax Deds | Other Deds | Net Pay |
|------|--|--|--|------------|--------------|--|--|-------------|-------------|----------|------------|---------|
| CHERNETSKY, ROBERT | | | | 05/07/2004 | 50180903 | | | 282.48 | | 43.01 | | 239.47 |

| Earnings | Hours | Amount | | Tax Ded | Amount | Taxable | Other Ded | Pretax Ded | Amount | Company Ded | Amount |
|----------|-------|--------|--|---------|--------|---------|-----------|------------|--------|-------------|--------|
| Piecework | 0.00 | 115.00 | | California SDI | 3.33 | 282.48 | | | | WCB Accrual | 20.03 |
| Regular | 16.50 | 167.48 | | California State Ta | 0.00 | 282.48 | | | | | |
| | | | | Employee Medicar | 4.10 | 282.48 | | | | | |
| | | | | Employee Soc Sec | 17.52 | 282.48 | | | | | |
| | | | | Federal Withholdin | 18.06 | 282.48 | | | | | |

REDACTED

PR260

SCI FUNERAL & CEMETERY PURCHASING COOP, INC

Check Detail Listing

Page 5 of 15

Lawson

PSID: ALDF / AWG Dept = 2609
SSN

| Name | | | | Loc: 2029 Whitehurst-Mollot Funeral Service | | | | |
|------|---|---|---|---|---|---|---|---|
| CHERNETSKY, ROBERT | | | Check Date 05/21/2004 | Check Number 50190247 | | | | |

| Earnings | Hours | Amount | Tax Ded | Amount | Gross Wages 231.58 | Taxable 231.58 | Other Ded | Prefax Deds | Tax Deds 33.42 | Other Deds | Net Pay 198.16 |
|----------|-------|--------|---------|--------|------------|---------|-----------|-------------|----------|-----------|--------|
| Piecework | 0.00 | 195.00 | California SDI | 2.73 | 231.58 | | | | | Company Ded | Amount |
| Regular | 3.50 | 36.58 | California State Ta | 0.00 | 231.58 | | | | | WCB Accrual | 16.42 |
| | | | Employee Medicar | 3.36 | 231.58 | | | | | | |
| | | | Employee Soc Sec | 14.36 | 231.58 | | | | | | |
| | | | Federal Withholdin | 12.97 | 231.58 | | | | | | |

Lawson

PSID: ALDF / AWG Dept = 2609
SSN

| Name | | | | Loc: 2029 Whitehurst-Mollot Funeral Service | | | | |
|------|---|---|---|---|---|---|---|---|
| CHERNETSKY, ROBERT | | | Check Date 06/04/2004 | Check Number 50194181 | | | | |

| Earnings | Hours | Amount | Tax Ded | Amount | Gross Wages 419.68 | Taxable 419.68 | Other Ded | Prefax Deds | Tax Deds 74.90 | Other Deds | Net Pay 344.78 |
|----------|-------|--------|---------|--------|------------|---------|-----------|-------------|----------|-----------|--------|
| Piecework | 0.00 | 195.00 | California SDI | 4.95 | 419.68 | | | | | Company Ded | Amount |
| Regular | 21.50 | 224.68 | California State Ta | 3.74 | 419.68 | | | | | WCB Accrual | 15.93 |
| | | | Employee Medicar | 6.08 | 419.68 | | | | | | |
| | | | Employee Soc Sec | 26.02 | 419.68 | | | | | | |
| | | | Federal Withholdin | 34.11 | 419.68 | | | | | | |

Lawson

PSID: ALDF / AWG Dept = 2609
SSN

| Name | | | | Loc: 2029 Whitehurst-Mollot Funeral Service | | | | |
|------|---|---|---|---|---|---|---|---|
| CHERNETSKY, ROBERT | | | Check Date 06/18/2004 | Check Number 50198335 | | | | |

| Earnings | Hours | Amount | Tax Ded | Amount | Gross Wages 353.51 | Taxable 353.51 | Other Ded | Prefax Deds | Tax Deds 56.37 | Other Deds | Net Pay 297.14 |
|----------|-------|--------|---------|--------|------------|---------|-----------|-------------|----------|-----------|--------|
| Piecework | 0.00 | 40.00 | California SDI | 4.17 | 353.51 | | | | | Company Ded | Amount |
| Regular | 30.00 | 313.51 | California State Ta | 0.00 | 353.51 | | | | | WCB Accrual | 15.80 |
| | | | Employee Medicar | 5.13 | 353.51 | | | | | | |
| | | | Employee Soc Sec | 21.91 | 353.51 | | | | | | |
| | | | Federal Withholdin | 25.16 | 353.51 | | | | | | |

97125008

ALDF(HELM)00970

# EXHIBIT 24

REDACTED

PR260

**SCI FUNERAL & CEMETERY PURCHASING COOP, INC**

**Check Detail Listing**

---

Lawson

PSID: ALDF / AWG Dept = 2846
SSN: DIG08, JEFFREY A.
Name: DIG08, JEFFREY A.

Check Date: 06/04/2004   Check Number: 30124770   Loc: 7669 Evergreen Memorial Chapel

| Earnings | Hours | Amount | Tax Ded | Amount | Gross Wages | Taxable | Prefax Deds | Tax Deds | Other Deds | Company Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 350.18 | | | 26.79 | | | 323.39 |
| Overtime | 0.45 | 14.18 | Employee Medicare | 5.08 | | 350.18 | | | | WCB Accrual | |
| Regular | 16.00 | 336.00 | Employee Soc Sec | 21.71 | | 350.18 | | | | | 5.84 |
| | | | Federal Withholdin | 0.00 | | | | | | | |

---

Lawson

PSID: ALDF / AWG Dept = 2846
SSN: DIG08, JEFFREY A.
Name: DIG08, JEFFREY A.

Check Date: 06/18/2004   Check Number: 30126911   Loc: 7669 Evergreen Memorial Chapel

| Earnings | Hours | Amount | Tax Ded | Amount | Gross Wages | Taxable | Prefax Deds | Tax Deds | Other Deds | Company Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2,418.44 | | | 420.56 | | | 1,998.28 |
| Overtime | 25.02 | 788.13 | Employee Medicare | 35.07 | | 2,418.84 | | | | WCB Accrual | |
| Overtime Adjustm | 0.00 | 13.71 | Employee Soc Sec | 149.97 | | 2,418.84 | | | | | 56.44 |
| Piecework | 0.00 | 103.50 | Federal Withholdin | 235.52 | | 2,418.84 | | | | | |
| Regular | 72.00 | 1,512.00 | | | | | | | | | |

---

Lawson

PSID: ALDF / AWG Dept = 2846
SSN: DIG08, JEFFREY A.
Name: DIG08, JEFFREY A.

Check Date: 07/02/2004   Check Number: 30129020   Loc: 7669 Evergreen Memorial Chapel

| Earnings | Hours | Amount | Tax Ded | Amount | Gross Wages | Taxable | Prefax Deds | Tax Deds | Other Deds | Company Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2,447.84 | | | 427.13 | | | 2,020.71 |
| Overtime | 19.59 | 614.25 | Employee Medicare | 33.49 | | 2,447.84 | | | | WCB Accrual | |
| Overtime Adjustm | 0.00 | 13.59 | Employee Soc Sec | 151.77 | | 2,447.84 | | | | | 37.91 |
| Piecework | 0.00 | 140.00 | Federal Withholdin | 239.87 | | | | | | | |
| Regular | 80.00 | 1,680.00 | | | | | | | | | |

---

Lawson

PSID: ALDF / AWG Dept = 2846
SSN: DIG08, JEFFREY A.
Name: DIG08, JEFFREY A.

Check Date: 07/16/2004   Check Number: 30207091   Loc: 7669 Evergreen Memorial Chapel

| Earnings | Hours | Amount | Tax Ded | Amount | Gross Wages | Taxable | Prefax Deds | Tax Deds | Other Deds | Company Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2,211.79 | | | 373.67 | | | 1,838.12 |
| Holiday | 8.00 | 168.00 | Employee Medicare | 32.08 | | 2,211.79 | | | | WCB Accrual | |
| Overtime | 8.67 | 273.11 | Employee Soc Sec | 137.13 | | 2,211.79 | | | | | 35.84 |
| Overtime Adjustm | 0.00 | 13.68 | Federal Withholdin | 204.46 | | | | | | | |
| Regular | 72.00 | 1,512.00 | | | | | | | | | |
| Piecework | 0.00 | 248.00 | | | | | | | | | |

9/12/2008

REDACTED

PR260

9/12/2008

**SCI FUNERAL & CEMETERY PURCHASING COOP, INC**

Check Detail Listing

Page 2 of 7

---

Lawson

PSTD: ALDF / AWG Dept = 2846

| Name | SSN | Check Date | Check Number | | Loc: 7609 Evergreen Memorial Chapel |
|---|---|---|---|---|---|
| DIGGS, JEFFREY A | | 07/30/2004 | 50210985 | | |

| Earnings | Hours | Amount | Tax Ded | Amount | Taxable | Pretax Deds | Tax Deds | Other Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Overtime | 22.00 | 699.00 | Employee Medicar | 36.10 | 2,489.98 | | 436.67 | | 2,053.31 |
| Overtime Adjustme | 0.00 | -11.98 | Employee Soc Sec | 154.38 | 2,489.98 | | | | |
| Piecework | 0.00 | 105.00 | Employee Soc Sec | 246.19 | 2,489.98 | | | | |
| Regular | 80.00 | 1,680.00 | Federal Withholdin | | | | | | |

Gross Wages 2,489.98  Pretax Deds  Tax Deds 436.67  Other Deds WCB Accrual  Net Pay 2,053.31  Amount

---

Lawson

PSTD: ALDF / AWG Dept = 2846

| Name | SSN | Check Date | Check Number | | Loc: 7609 Evergreen Memorial Chapel |
|---|---|---|---|---|---|
| DIGGS, JEFFREY A | | 08/13/2004 | 50215014 | | |

| Earnings | Hours | Amount | Tax Ded | Amount | Taxable | Pretax Deds | Tax Deds | Other Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Overtime | 9.50 | 299.25 | Employee Medicar | 29.45 | 2,030.69 | | 332.65 | | 1,698.04 |
| Overtime Adjustme | 0.00 | 2.44 | Employee Soc Sec | 125.90 | 2,030.69 | | | | |
| Piecework | 0.00 | 70.00 | Employee Soc Sec | 177.30 | 2,030.69 | | | | |
| Regular | 79.00 | 1,659.00 | Federal Withholdin | | | | | | |

Gross Wages 2,030.69  Pretax Deds  Tax Deds 332.65  Other Deds WCB Accrual  Net Pay 1,698.04  Amount

---

Lawson

PSTD: ALDF / AWG Dept = 2846

| Name | SSN | Check Date | Check Number | | Loc: 7609 Evergreen Memorial Chapel |
|---|---|---|---|---|---|
| DIGGS, JEFFREY A | | 08/27/2004 | 50012803 | | |

| Earnings | Hours | Amount | Tax Ded | Amount | Taxable | Pretax Deds | Tax Deds | Other Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Overtime | 5.22 | 164.44 | Employee Medicar | 27.10 | 1,869.12 | | 296.04 | | 1,575.08 |
| Overtime Adjustme | 0.00 | 3.68 | Employee Soc Sec | 115.88 | 1,869.12 | | | | |
| Piecework | 0.00 | 105.00 | Employee Soc Sec | 153.06 | 1,869.12 | | | | |
| Regular | 76.00 | 1,596.00 | Federal Withholdin | | | | | | |

Gross Wages 1,869.12  Pretax Deds  Tax Deds 296.04  Other Deds WCB Accrual  Net Pay 1,575.08  Amount

---

Lawson

PSTD: ALDF / AWG Dept = 2846

| Name | SSN | Check Date | Check Number | | Loc: 7609 Evergreen Memorial Chapel |
|---|---|---|---|---|---|
| DIGGS, JEFFREY A | | 09/10/2004 | 50026919 | | |

| Earnings | Hours | Amount | Tax Ded | Amount | Taxable | Pretax Deds | Tax Deds | Other Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Overtime | 19.75 | 622.13 | Employee Medicar | 31.17 | 2,150.01 | Group Term Life In 25.85 | 359.66 | | 1,790.35 |
| Overtime Adjustme | 0.00 | 4.71 | Employee Soc Sec | 133.30 | 2,150.01 | PPO 300 MEDICA 9.06 | | Company PPO 300 165.98 | 451.38 |
| Piecework | 0.00 | 35.00 | Employee Soc Sec | 195.19 | 2,150.01 | | 156.92 | WCB Accrual | 36.07 |
| Regular | 80.00 | 1,680.00 | Federal Withholdin | | | | | | |

Gross Wages 2,341.84  Pretax Deds 25.85  Tax Deds 359.66  Other Deds 165.98  Net Pay 1,790.35

Pre-Tax Dental 25.85  WCB Accrual

---

ALCD(HELP)00571

REDACTED

PR260

SCI FUNERAL & CEMETERY PURCHASING COOP, INC.

Check Detail Listing

Page 3 of 7

---

**Lawson**
PSTD- ALLDF / AWG Dept = 2846
Name: DIGGS, JEFFREY A.
SSN

| Check Date | Check Number | Loc: 7609 Evergreen Memorial Chapel | | | | | |
|---|---|---|---|---|---|---|---|
| 09/24/2004 | 50043586 | Gross Wages 2,100.75 | Pretax Deds 25.85 | Tax Deds 306.10 | Other Deds 165.98 | Net Pay 1,602.82 | |

| Earnings | Hours | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Tax Deds | Amount | Other Deds | Amount | Net Pay | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Holiday | 8.00 | 168.00 | Employee Medicar | 27.75 | 1,913.42 | Group Term Life in | 9.06 | | | Company PPO 300 | | | 451.38 |
| Overtime | 13.50 | 425.25 | Employee Soc Sec | 118.64 | 1,913.42 | PPO 300 MEDICA | 156.92 | | | WCB Accrual | | | 33.18 |
| Regular | 72.00 | 1,512.00 | Federal Withholdin | 159.71 | 1,913.42 | Pre-Tax Dental | 25.85 | | | | | | |

---

**Lawson**
PSTD- ALLDF / AWG Dept = 2846
Name: DIGGS, JEFFREY A.
SSN

| Check Date | Check Number | Loc: 7609 Evergreen Memorial Chapel | | | | | |
|---|---|---|---|---|---|---|---|
| 10/08/2004 | 50053976 | Gross Wages 2,164.57 | Pretax Deds 25.85 | Tax Deds 319.46 | Other Deds 165.98 | Net Pay 1,653.08 | |

| Earnings | Hours | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Tax Deds | Amount | Other Deds | Amount | Net Pay | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overtime | 13.00 | 409.50 | Employee Medicar | 28.60 | 1,972.54 | Group Term Life i | 9.06 | | | Company PPO 300 | | | 451.38 |
| Overtime Adjustm | 0.00 | -4.87 | Employee Soc Sec | 122.29 | 1,972.54 | PPO 300 MEDICA | 156.92 | | | WCB Accrual | | | 34.27 |
| Placework | 0.00 | 70.00 | Federal Withholdin | 168.57 | 1,972.54 | Pre-Tax Dental | 25.85 | | | | | | |
| Regular | 80.00 | 1,680.00 | | | | | | | | | | | |

---

**Lawson**
PSTD- ALLDF / AWG Dept = 2846
Name: DIGGS, JEFFREY A.
SSN

| Check Date | Check Number | Loc: 7609 Evergreen Memorial Chapel | | | | | |
|---|---|---|---|---|---|---|---|
| 10/22/2004 | 50067516 | Gross Wages 2,095.80 | Pretax Deds 25.85 | Tax Deds 363.95 | Other Deds 165.98 | Net Pay 1,600.02 | |

| Earnings | Hours | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Tax Deds | Amount | Other Deds | Amount | Net Pay | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overtime | 13.20 | 415.80 | Employee Medicar | 27.61 | 1,903.97 | Group Term Life i | 9.06 | | | Company PPO 300 | | | 451.38 |
| Regular | 80.00 | 1,680.00 | Employee Soc Sec | 118.05 | 1,903.97 | PPO 300 MEDICA | 156.92 | | | WCB Accrual | | | 33.03 |
| | | | Federal Withholdin | 158.29 | 1,903.97 | Pre-Tax Dental | 25.85 | | | | | | |

---

**Lawson**
PSTD- ALLDF / AWG Dept = 2846
Name: DIGGS, JEFFREY A.
SSN

| Check Date | Check Number | Loc: 7609 Evergreen Memorial Chapel | | | | | |
|---|---|---|---|---|---|---|---|
| 11/05/2004 | 50081227 | Gross Wages 2,330.50 | Pretax Deds 25.85 | Tax Deds 402.40 | Other Deds 165.98 | Net Pay 1,936.57 | |

| Earnings | Hours | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Tax Deds | Amount | Other Deds | Amount | Net Pay | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overtime | 27.00 | 850.50 | Employee Medicar | 33.91 | 2,338.67 | Group Term Life in | 9.06 | | | Company PPO 300 | | | 451.38 |
| Regular | 80.00 | 1,680.00 | Employee Soc Sec | 143.00 | 2,338.67 | PPO 300 MEDICA | 156.92 | | | WCB Accrual | | | 37.97 |
| | | | Federal Withholdin | 223.49 | 2,338.67 | Pre-Tax Dental | 25.85 | | | | | | |

ALD(HELM)00572

REDACTED

PR360

## SCI FUNERAL & CEMETERY PURCHASING COOP, INC

### Check Detail Listing

9/12/2008

---

Lawson
PSID: ALDF/AWG Dept = 2846
Name: DIGGS, JEFFREY A.
SSN:
Check Date: 03/11/2005
Check Number: 50208171
Loc: 7609 Evergreen Memorial Chapel

| Earnings | Hours | Amount | Tax Ded | Amount | Gross Wages | Taxable | Other Ded | Pretax Deds | Tax Deds | Other Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Overtime | 22.00 | 693.90 | Alaska EE SUI | 10.86 | 2,373.90 | 2,171.27 | Group Term Life In | 28.15 | 373.05 | 173.58 | 1,798.22 |
| Regular | 80.00 | 1,680.00 | Employee Medicare | 31.49 | | 2,171.27 | PPO 300 MEDICA | | | Company PPO 300 | |
| | | | Employee Soc Sec | 134.62 | | 2,171.27 | Pre-Tax Dental | | | | |
| | | | Federal Withholdin | 196.08 | | | | | | | |

---

Lawson
PSID: ALDF/AWG Dept = 2846
Name: DIGGS, JEFFREY A.
SSN:
Check Date: 03/24/2005
Check Number: 50220604
Loc: 7609 Evergreen Memorial Chapel

| Earnings | Hours | Amount | Tax Ded | Amount | Gross Wages | Taxable | Other Ded | Pretax Deds | Tax Deds | Other Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Overtime | 28.75 | 905.63 | Alaska EE SUI | 12.12 | 2,653.95 | 2,424.22 | Group Term Life In | 28.15 | 431.59 | 173.58 | 1,992.63 |
| Overtime Adjustme | 0.00 | 5.32 | Employee Medicare | 35.15 | | 2,424.22 | PPO 300 MEDICA | | | | |
| Piecework | 0.00 | 93.00 | Employee Soc Sec | 150.30 | | 2,424.22 | Pre-Tax Dental | | | | |
| Regular | 80.00 | 1,680.00 | Federal Withholdin | 234.03 | | | | | | | |

---

Lawson
PSID: ALDF/AWG Dept = 2846
Name: DIGGS, JEFFREY A.
SSN:
Check Date: 04/08/2005
Check Number: 50226006
Loc: 7609 Evergreen Memorial Chapel

| Earnings | Hours | Amount | Tax Ded | Amount | Gross Wages | Taxable | Other Ded | Pretax Deds | Tax Deds | Other Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Overtime | 16.25 | 511.88 | Alaska EE SUI | 9.58 | 2,118.38 | 1,916.65 | Group Term Life In | 28.15 | 314.09 | 173.58 | 1,602.56 |
| Regular | 76.50 | 1,606.50 | Employee Medicare | 27.79 | | 1,916.65 | PPO 300 MEDICA | | | Company PPO 300 | |
| | | | Employee Soc Sec | 118.84 | | 1,916.65 | Pre-Tax Dental | | | | |
| | | | Federal Withholdin | 157.88 | | | | | | | |

---

Lawson
PSID: ALDF/AWG Dept = 2846
Name: DIGGS, JEFFREY A.
SSN:
Check Date: 04/22/2005
Check Number: 50249241
Loc: 7609 Evergreen Memorial Chapel

| Earnings | Hours | Amount | Tax Ded | Amount | Gross Wages | Taxable | Other Ded | Pretax Deds | Tax Deds | Other Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Overtime | 34.00 | 756.00 | Alaska EE SUI | 11.25 | 2,451.26 | 2,249.53 | Group Term Life In | 28.15 | 391.15 | 173.58 | 1,858.38 |
| Overtime Adjustme | 0.00 | 8.26 | Employee Medicare | 32.62 | | 2,249.53 | PPO 300 MEDICA | | | Company PPO 360 | |
| Piecework | 0.00 | 70.00 | Employee Soc Sec | 139.47 | | 2,249.53 | Pre-Tax Dental | | | | |
| Regular | 77.00 | 1,617.00 | Federal Withholdin | 207.81 | | | | | | | |

ALD(HELM)00675

# EXHIBIT 25

REDACTED

PR260

SCI FUNERAL & CEMETERY PURCHASING COOP, INC.

Check Detail Listing

Page 3 of 6

---

**Lawson**

PSTD: ALDF / AWG Dept = 2616

| Name | | | |
|---|---|---|---|
| ESCOBAR, STEPHEN A | | | |

SSN

| Check Date | Check Number | Loc 7022 Lakewood Funeral Home | |
|---|---|---|---|
| 04/25/2014 | 30117939 | Gross Wages 832.50 | Prefax Deds |

| Earnings | Hours | Amount | Tax Ded | Amount | Taxable | Other Ded | Tax Deds | Other Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Floating Holiday | 8.00 | 100.00 | California SDI | 8.74 | 740.96 PPO 500 MEDICA | | 65.41 | 71.54 Company PPO 500 WCB Accrual | 675.55 |
| Regular | 57.00 | 712.50 | California State Ta | 0.00 | 740.96 | | | | |
| | | | Employee Medicar | 10.74 | 740.96 | | | | |
| | | | Employee Soc Sec | 45.93 | 740.96 | | | | |
| | | | Federal Withholdin | 0.00 | 740.96 | | | | |

---

**Lawson**

PSTD: ALDF / AWG Dept = 2616

| Name | | | |
|---|---|---|---|
| ESCOBAR, STEPHEN A | | | |

SSN

| Check Date | Check Number | Loc 7022 Lakewood Funeral Home | |
|---|---|---|---|
| 05/07/2004 | 30120105 | Gross Wages 1,056.25 | |

| Earnings | Hours | Amount | Tax Ded | Amount | Taxable | Other Ded | Tax Deds | Company Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Overtime | 3.00 | 56.25 | California SDI | 11.62 | 984.71 PPO 500 MEDICA | | 86.96 | 71.54 Company PPO 500 WCB Accrual | 897.75 |
| Regular | 80.00 | 1,000.00 | California State Ta | 0.00 | 984.71 | | | | |
| | | | Employee Medicar | 14.28 | 984.71 | | | | |
| | | | Employee Soc Sec | 61.06 | 984.71 | | | | |
| | | | Federal Withholdin | 0.00 | 984.71 | | | | |

| | | | | | | | Amount 71.54 | Amount Company PPO 500 | Amount 348.46 |
| | | | | | | | | | 68.49 |

---

**Lawson**

PSTD: ALDF / AWG Dept = 2616

| Name | | | |
|---|---|---|---|
| ESCOBAR, STEPHEN A | | | |

SSN

| Check Date | Check Number | Loc 7022 Lakewood Funeral Home | |
|---|---|---|---|
| 03/21/2004 | 30122282 | Gross Wages 1,115.00 | |

| Earnings | Hours | Amount | Tax Ded | Amount | Taxable | Other Ded | Tax Deds | Other Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Piecework | 0.00 | 75.00 | California SDI | 12.31 | 1,043.46 PPO 500 MEDICA | | 92.13 | 71.54 Company PPO 500 WCB Accrual | 1,093.53 |
| Regular | 80.00 | 1,040.00 | California State Ta | 0.00 | 1,043.46 | | | | |
| | | | Employee Medicar | 15.13 | 1,043.46 | | | | |
| | | | Employee Soc Sec | 64.69 | 1,043.46 | | | | |
| | | | Federal Withholdin | 0.00 | 1,043.46 | | | | |

| | | | | | | | | Amount 348.46 | Amount |
| | | | | | | | | | 73.98 |

ALDF(HELM)01204

9/12/2008

REDACTED

PR260

9/12/2008

**SCI FUNERAL & CEMETERY PURCHASING COOP, INC**
**Check Detail Listing**

---

Lawson
PSTD: ALDF / AWG Dept = 2616
SSN             Name            Check Date      Check Number
                ESCOBAR, STEPHEN A   09/04/2004      30124378

Loc: 7022 Lakewood Funeral Home

| Earnings | Hours | Amount | Tax Ded | Amount | Gross Wages | Taxable | Prefax Deds | Tax Deds | Other Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| Overtime | 6.15 | 119.93 | California SDI | 12.84 | 1,159.93 | 1,088.39 | PPO 500 MEDICA | Amount 96.10 | Company PPO 500 71.54 | Amount 992.29 |
| Regular | 80.00 | 1,040.00 | California State Ta | 0.00 | | 1,088.39 | | | WCB Accrual | 74.33 |
| | | | Employee Medicare | 15.78 | | 1,088.39 | | | | |
| | | | Employee Soc Sec | 67.48 | | 1,088.39 | | | | |
| | | | Federal Withholdin | 0.00 | | 1,088.39 | | | | |

---

Lawson
PSTD: ALDF / AWG Dept = 2616
SSN             ESCOBAR, STEPHEN A   06/19/2004      30126513

Loc: 7022 Lakewood Funeral Home

| Earnings | Hours | Amount | Tax Ded | Amount | Gross Wages | Taxable | Prefax Deds | Tax Deds | Other Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| Holiday | 8.00 | 104.00 | California SDI | 11.43 | 1,040.00 | 968.46 | PPO 500 MEDICA | Amount 85.52 | Company PPO 500 71.54 | Amount 882.94 |
| Regular | 72.00 | 936.00 | California State Ta | 0.00 | | 968.46 | | | Company PPO 500 348.46 | 348.46 |
| | | | Employee Medicare | 14.04 | | 968.46 | | | WCB Accrual | 68.66 |
| | | | Employee Soc Sec | 60.05 | | 968.46 | | | | |
| | | | Federal Withholdin | 0.00 | | 968.46 | | | | |

---

Lawson
PSTD: ALDF / AWG Dept = 2616
SSN             Name            Check Date      Check Number
                ESCOBAR, STEPHEN A   07/02/2004      30128617

Loc: 7022 Lakewood Funeral Home

| Earnings | Hours | Amount | Tax Ded | Amount | Gross Wages | Taxable | Other Ded | Tax Ded | Other Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| Piecework | 0.00 | 50.00 | California SDI | 12.02 | 1,090.00 | 1,018.46 | PPO 500 MEDICA | Amount 89.93 | Company PPO 500 71.54 | Amount 928.53 |
| Regular | 80.00 | 1,040.00 | California State Ta | 0.00 | | 1,018.46 | | | Company PPO 500 348.46 | 348.46 |
| | | | Employee Medicare | 14.77 | | 1,018.46 | | | WCB Accrual | 72.21 |
| | | | Employee Soc Sec | 63.14 | | 1,018.46 | | | | |
| | | | Federal Withholdin | 0.00 | | 1,018.46 | | | | |

ALD(HELM)01205

REDACTED

PR260

9/12/2008

SCI FUNERAL & CEMETERY PURCHASING COOP, INC

Check Detail Listing

Page 6 of 6

---

**Lawson**

PSTD- ALDF / AWG Dept = 2616
SSN [REDACTED]
Name: ESCOBAR, STEPHEN A.
Check Date: 07/16/2004
Check Number: 30139781
Loc: 7022 Lakewood Funeral Home
Gross Wages: 1,040.00

| Earnings | Hours | Amount |
|---|---|---|
| Holiday | 8.00 | 104.00 |
| Regular | -64.00 | 832.00 |
| Sick | 8.00 | 104.00 |

| Tax Ded | Amount | Taxable | Other Ded | Pretax Deds | Tax Deds Amount | Other Deds Company Ded | Amount | Net Pay |
|---|---|---|---|---|---|---|---|---|
| California SDI | 11.43 | 968.46 | FPO 500 MEDICA | | 83.53 | 71.54 | 71.54 Company FPO 500 | 882.93 |
| California State Tx | 0.00 | 968.46 | | | | | WCB Accrual | |
| Employee Medicar | 14.04 | 968.46 | | | | | | |
| Employee Soc Sec | 60.04 | 968.46 | | | | | | |
| Federal Withholdin | 0.00 | 968.46 | | | | | | |

---

**Lawson**

PSTD- ALDF / AWG Dept = 2616
SSN [REDACTED]
Name: ESCOBAR, STEPHEN A.
Check Date: 09/13/2004
Check Number: 30135040
Loc: 7022 Lakewood Funeral Home
Gross Wages: 520.00

| Earnings | Hours | Amount |
|---|---|---|
| Regular | 8.00 | 104.00 |
| Vacation | 32.00 | 416.00 |

| Tax Ded | Amount | Taxable | Other Ded | Pretax Deds | Tax Deds Amount | Other Deds Company Ded | Amount | Net Pay |
|---|---|---|---|---|---|---|---|---|
| California SDI | 5.29 | 448.46 | FPO 500 MEDICA | | 39.59 | 71.54 | 71.54 Company FPO 500 | 408.87 |
| California State Ta | 0.00 | 448.46 | | | | | WCB Accrual | |
| Employee Medicar | 6.50 | 448.46 | | | | | | |
| Employee Soc Sec | 27.80 | 448.46 | | | | | | |
| Federal Withholdin | 0.00 | 448.46 | | | | | | |

ALD/(HELM)01206

REDACTED

PR260

---

Lawson

PSID: ALDF / AWG Dept = 2616
Name ESCOBAR, STEPHEN A
SSN:

Check Date 09/10/2004   Check Number 50010170   Loc: 7022 Lakewood Funeral Home

| Earnings | Hours | Amount |
|---|---|---|
| Piecework | 0.00 | 50.00 |
| Regular | 8.00 | 104.40 |

| Tax Ded | Amount |
|---|---|
| California SDI | 0.13 |
| California State Ta | 0.00 |
| Employee Medicar | 0.16 |
| Employee Soc Sec | 0.68 |
| Federal Withholdin | 0.00 |

| Gross Wages | Taxable | Other Ded |
|---|---|---|
| 154.40 | 10.92 | PPO 500 MEDICA |
| | 10.92 | |
| | 10.92 | |
| | 10.92 | |
| | 10.92 | |

Pretax Deds

| Tax Deds | Other Deds | Company Ded | Amount |
|---|---|---|---|
| 0.97 | 145.08 | Company PPO 500 | 696.92 |
| | | WCB Accrual | 5.85 |

Net Pay 9.95

---

Lawson

PSID: ALDF / AWG Dept = 2616
Name ESCOBAR, STEPHEN A
SSN:

Check Date 09/24/2004   Check Number 50015423   Loc: 7022 Lakewood Funeral Home

| Earnings | Hours | Amount |
|---|---|---|
| Holiday | 8.00 | 104.00 |
| Overtime | -4.00 | 78.00 |
| Overtime Adjustms | 0.00 | 5.55 |
| Piecework | 0.00 | 150.00 |
| Regular | 72.00 | 936.00 |

| Tax Ded | Amount |
|---|---|
| California SDI | 14.18 |
| California State Tic | 0.00 |
| Employee Medicar | 17.43 |
| Employee Soc Sec | 74.53 |
| Federal Withholdin | 0.00 |

| Gross Wages | Taxable | Other Ded |
|---|---|---|
| 1,273.55 | 1,202.01 | PPO 500 MEDICA |
| | 1,202.01 | |
| | 1,202.01 | |
| | 1,202.01 | |
| | 1,202.01 | |

| Tax Deds | Other Deds | Company Ded | Amount |
|---|---|---|---|
| 106.14 | 71.54 | Company PPO 500 | 348.46 |
| | | WCB Accrual | 83.38 |

Net Pay 1,093.87

---

Lawson

PSID: ALDF / AWG Dept = 2616
Name ESCOBAR, STEPHEN A
SSN:

Check Date 10/08/2004   Check Number 50020562   Loc: 7022 Lakewood Funeral Home

| Earnings | Hours | Amount |
|---|---|---|
| Overtime | 2.30 | 48.75 |
| Regular | 80.00 | 1,040.00 |

| Tax Ded | Amount |
|---|---|
| California SDI | 12.00 |
| California State Tic | 0.00 |
| Employee Medicar | 14.75 |
| Employee Soc Sec | 63.06 |
| Federal Withholdin | 0.00 |

| Gross Wages | Taxable | Other Ded |
|---|---|---|
| 1,088.75 | 1,017.21 | PPO 500 MEDICA |
| | 1,017.21 | |
| | 1,017.21 | |
| | 1,017.21 | |
| | 1,017.21 | |

| Tax Deds | Other Deds | Company Ded | Amount |
|---|---|---|---|
| 83.81 | 71.54 | Company PPO 500 | 348.46 |
| | | WCB Accrual | 70.97 |

Net Pay 932.40

ALD(HELM)01207



Name: Stephen Escobar
Date: 1/11/04

| EXTRA TIME | | | | REG. TIME |
|---|---|---|---|---|
| | | | 1/11 | 8:00 |
| | | | | 12:30 |
| | | | | 1:00 |
| | | | | 5:00 |
| | | | 1/12 | OFF |
| | | | 1/13 | 8:00 |
| | | | | 1:00 |
| | | | | 1:30 |
| | | | 1/14 | 7:00 |
| | | | | 2:30 |
| | | | 1/15 | 11:45 |
| | | | | 12:45 |
| | | | 1/16 | 2:00 |
| | | | | 2:30 |
| | | | 1/17 | OFF |



△π EXHIBIT 9
Deponent Escobar
Date 3/11/09  Rptr A. DUNN
WWW.DEPOBOOK.COM



Name Stephen Escobar

2

Name **Stephen Escobar**

Date _____ 20___

| EXTRA TIME | | | | | REGULAR TIME | |
|---|---|---|---|---|---|---|
| | | A.M. | M | 1/25 | 8:00 | |
| | 1st DAY | NOON | | | 1:00 | |
| | | | M | | 2:00 | |
| | | P.M. | B | OB | 5:00 | 8:40 |
| | | | M | 1/26 | Off | |
| | 2ND | | | | | |
| | | | M | 1/27 | 7 | OB 8:40 |
| | | | M | | 5 | OB 1:58 |
| | | | | | NoLunch | |
| | | | | 1/28 | 8:00 | |
| | 3RD DAY | | | 1hr Lunch | 1:00 | |
| | | | M | | 1:30 PM | |
| | | | | | 5:00 | .50 |
| | 4TH DAY | | B | 8 | 00 | 8:40 |
| | | | B | | 5 | 01 8:40 |
| | | | | | NoLunch | |
| | 5TH DAY | | M | 1/30 | 7 | OB |
| | | | | | :00 | 8:40 |
| | | | M | | 2:00 | |
| | | | | | 5:00 | |
| | 6TH DAY | | M | | | |
| | | | M | | | |
| TOTAL | | | | | TOTAL | |

Stephen Escobar

| | | | | | |
|---|---|---|---|---|---|
| | ENTER TIME | | | | |
| 1 | AM | | | | |
| | NOON | | | | |
| | PM | | | | |
| 2 | AM | | | 8 02 | |
| | NOON | | | 5 03 | |
| | PM | | | No Lunch | |
| 3 | | | | 8:00 | |
| | | | | 1:00 | |
| | | | | 2:00 | |
| | | | | 5:00 | |
| 4 | | | | 8 08 | |
| | | | | 1:00 | |
| | | | | 2:00 | |
| | | | | 5 10 | |
| 5 | | | | 1 | |
| 6 | AM | | | 8 05 | |
| | NOON | | | 1:00 | |
| | PM | | | 2:00 | |
| | | | | 4 00 | |
| 7 | AM | | | 8:00 | |
| | NOON | | | 1:00 | |
| | | | | 2:00 | |
| | PM | | | | |

TOTAL          TOTAL

Recall Rates may be Shown are correct

Received Payment

TOPS FORM CBT 3003



Name Stephen Escober

Date 2/18/04

2/21/04   THU

Banjas
North Dist

Sun
15

Mon   8:00
      5:00
16    No Lunch

Tue   7:53
      6:00
17    No Lunch

18

Thur  7:57
      1:00
      2:00
19    5:30

Fr.   7:53
      5:04
20    No Lunch

Sat.  8:00
      5:00
21    No Lunch

TOTAL        TOTAL

Time Data are as shown are correct

Receive Payment _____

6



Stephen Escober
2/22/04

7



Name: Stephen Escobar

Stephen Escobar

Date 3 28 04

No Transaction Report

| | IN | OUT | | |
|---|---|---|---|---|
| 1st DAY | | | | |
| | | | | |
| | AM | | 7 | 58 |
| 2nd DAY | AM | | | |
| | | | 1:00 | |
| | | | 2:00 | |
| | | | 5 | 02 |
| | | | 7 | 49 |
| 3rd DAY | | | 5 | 02 |
| | | | | |
| 4th DAY | IN | | | |
| | OUT | | | |
| 5th DAY | IN | | 8 | 03 |
| | OUT | | 5 | 08 |
| 6th DAY | IN | Sick 8 hrs. | | |
| | OUT | | | |
| 7th DAY | IN | | 7 | 52 |
| | OUT PM | | 4 | 58 |

TOTAL          TOTAL

Time Rate Pay as Shown on Card

Received Payment

6



10



Stephen Escobar
3/17/04

| | | | |
|---|---|---|---|
| 3/14 | off |
| 8 | 00 |
| 5:00 |
| 3/15 | |
| 8 | 00 |
| 12:00 |
| 3/16 | 1:00 |
| 4 | 00 |
| 3/17 | |
| 8:00 |
| 1:00 |
| 3/18 | 2:00 |
| 5:00 |
| 7 | 00 |
| 1:00 |
| 3/19 | 2:00 |
| 4 | |
| 8:00 |
| 3/20 | no lunch |



Name Stephen Escobar



13



Name *Stephen Escobar*

+1 Floating
Holiday

14

Name _Stephen Escobar_

Date _4/18/04_ No. _____

| EXTRA TIME | | REGULAR TIME | | | |
|---|---|---|---|---|---|
| | 1st DAY | A.M. | IN | 8 | 00 |
| | | NOON | IN | | |
| | | P.M. | | 5 | 03 |
| | 2nd DAY | A.M. | IN | 8 | 12 |
| | | | OUT | | |
| | | | | 5 | 15 |
| | 3rd DAY | | | | |
| | | P.M. | | 8 | 01 |
| | 4th DAY | | IN | | |
| | | | | 5 | 01 |
| | | P.M. | | 8 | 03 |
| | 5th DAY | A.M. | IN | 12 | 02 |
| | | NOON | IN | | |
| | | P.M. | IN | 8 | 04 |
| | 6th DAY | | IN | 5 | 03 |
| | | P.M. | | | |
| | 7th DAY | A.M. | IN | | |
| | | | | | |
| | | P.M. | | | |
| TOTAL | | TOTAL | | | |

Time, Rate, Pay as Shown are correct.

Received Payment _____



Name Stephen Escobar

Date 4/25/04   No.

Name Stephen Escobar

Date 5/2/04          No.

| EXTRA TIME | | | REGULAR TIME | |
|---|---|---|---|---|
| | 1st DAY | A.M. | 8 | 02 |
| | | NOON | 6 | 03 |
| | | P.M. | | |
| | 2nd DAY | A.M. | 8 | 12 |
| | | NOON | 5 | 05 |
| | | P.M. | | |
| | 3rd DAY | A.M. | 8 | 08 |
| | | NOON | 5 | 03 |
| | | P.M. | | |
| | 4th DAY | A.M. | | |
| | | NOON | | |
| | | P.M. | | |
| | 5th DAY | A.M. | 8:00 | |
| | | NOON | 1:00 | |
| | | P.M. | 2:00 | |
| | 6th DAY | A.M. | 5 | 04 |
| | | NOON | 7 | 58 |
| | | P.M. | | |
| | 7th DAY | A.M. | | |
| | | P.M. | | |
| TOTAL | | | TOTAL | |

Time, Rate, Pay as Shown are correct.

Received Payment

Form 1448

Name Stephen Escobar

Date 5/10/04   No.

| EXTRA TIME | | | | REGULAR TIME | |
|---|---|---|---|---|---|
| | | A.M. | IN | 7 | 53 |
| Past Timework | 1st DAY | NOON | OUT | 7:00 | |
| | | | IN | 7:30 | |
| | | P.M. | OUT | 4 | 56 |
| | 2nd DAY | A.M. | IN | 8 00 | |
| | | | OUT | 8 00 | |
| | | | IN | 8 08 | |
| | | | OUT | 2:00 | |
| | 3rd DAY | | | 2:45 | |
| | | | | 5 15 | |
| | 4th DAY | | OUT | | |
| | | A.M. | IN | | |
| | | P.M. | | | |
| | 5th DAY | A.M. | IN | 8:00 | |
| | | NOON | | 1:00 | |
| | | | | 2:00 | |
| | | P.M. | | 5:00 | |
| | 6th DAY | A.M. | NOON | 1:00 | |
| | | | | 1:00 | |
| | | P.M. | OUT | 4 55 | |
| | | A.M. | IN | 7 56 | |
| | 7th DAY | NOON | | 1:30 | |
| | | | | 2:30 | |
| | | P.M. | | 5:00 | |
| TOTAL | | TOTAL | | | |

Rate, Price, Pay as Shown are correct

Received Payment

18

Name _Stephen Escobar_

Date _5/16/04_   No. _____

| EXTRA TIME | | | | | REGULAR TIME | |
|---|---|---|---|---|---|---|
| | 1st DAY | A.M. | IN | | 8 | 8:00 |
| | | | OUT | | | 1:00 |
| | | | IN | | 5,5 | 1:30 |
| | | P.M. | OUT | | | 5:00 |
| | 2nd DAY | A.M. | IN | | 7 | 53 |
| | | | OUT | | 8 | 1:30 |
| | | | IN | | | 2:30 |
| | | | OUT | | 5 | 04 |
| | 3rd DAY | | | | | |
| | | | IN | | 8 | |
| | | P.M. | OUT | | 5 | 01 |
| | 4th DAY | | | | | |
| | | | IN | | | |
| | 5th DAY | A.M. | IN | | 8 | 01 |
| | | | OUT | | 5 | 04 |
| | | P.M. | | | 1. 5 | 9f |
| | 6th DAY | A.M. | IN | | 7 | 59 |
| | | | OUT | | 8 | 3:00 |
| | | | IN | | .5 | 3:30 |
| | | P.M. | OUT | | 5 | 00 |
| | 7th DAY | A.M. | IN | | | |
| | | | OUT | | | |
| | | P.M. | | | | |
| TOTAL | | | | | TOTAL | |

Name _Stephen Escobar_

Date _5/24/04_   No. _____



| EXTRA TIME | | REGULAR TIME | |
|---|---|---|---|

(time card form)

1st DAY — A.M. / NOON / P.M.

2nd DAY — A.M. / NOON / P.M.   8 00 / 8 ply 2:00 / 3:00 / 5 02

8 ply 1:00 / .35 + 2:60 / 8 48

4th DAY — A.M. / NOON / P.M.

5th DAY — A.M. / NOON / P.M.   7 58 / No lunch / 8 10 / 1:40 / 2:30

6th DAY — A.M. / NOON / P.M.   8 08 / 1 hr lunch / 8 02

9th DAY — A.M. / NOON / P.M.   8 08 / 8 ply 1:00 / 2:00 / 10 57 6:00

TOTAL        TOTAL  40 8 3.65

Time, Rate, Pay V Brown Production

Received Payment _____

FORM 1252 (1933)

Name Stephen Escobar

Date 5/20/04        No.

| EXTRA TIME | | | REGULAR TIME | | |
|---|---|---|---|---|---|
| | 1st DAY | A.M. | IN | 8 | 08 |
| | | NOON | OUT | | |
| | | | IN | | |
| | | P.M. | OUT | 5:00 | |
| | 2nd DAY | A.M. | IN | | |
| | | NOON | OUT | | |
| | | | IN | | |
| | | P.M. | OUT | | |
| | 3rd DAY | A.M. | IN | 7 | 57 |
| | | | OUT | 5 | 10 |
| | | NOON | IN | | |
| | | P.M. | OUT | | |
| | 4th DAY | A.M. | IN | 8 | |
| | | | OUT | 5 | |
| | | | | | |
| | 5th DAY | | | 8 | 02 |
| | | | | | 1:00 |
| | | | | | 2:00 |
| | | | | 5 | |
| | | | | | 17 |
| | 6th DAY | | | 7 | 58 |
| | | | | 5 | 17 |
| | 7th DAY | | | | |
| | 8th DAY | | | | |
| | | TOTAL | | 40 | 47 |

Name Stephen Escobar

Date 6/6/2004  No.

| | EXTRA TIME | | | REGULAR TIME | |
|---|---|---|---|---|---|
| | | **1st DAY** | A.M. | M | |
| | | | NOON | M | |
| | | | P.M. | | |
| | | **2nd DAY** | A.M. | M | 8 00 |
| | | | NOON | M | 4 00 |
| | | | | | 12 00 |
| | | | P.M. | | 5 00 |
| | | **3rd DAY** | A.M. | M | 7 52 |
| | | | NOON | M | 1:00 |
| | | | | | 2:00 |
| | | | P.M. | M | 5 00 |
| | | **4th DAY** | | M | |
| | | | | M | |
| | | | | | 7 58 |
| | | | | | 1:00 |
| | | | | | 2:00 |
| | | | | | 5 30 |
| | | | | | 3 50 |
| | | **5th DAY** | P.M. | M | |
| | | | | M | |
| | | **7th DAY** | | M | 8 02 |
| | | | | M | 1:00 |
| | | | | | 2:00 |
| | | | | | 5:00 |
| | | TOTAL | | | |

22

Name _Stephen Escobar_

Date _6/13/ 2004_ No.

| EXTRA TIME | | | | | REGULAR TIME |
|---|---|---|---|---|---|
| | | A.M. | 12 | 7 | 59 |
| | 1st DAY | NOON | | 1:00 | |
| | | | 12 | 2:00 | |
| | | P.M. | 12 | 5 | 11 |
| | | A.M. | 12 | 7 | 53 |
| | 2nd DAY | NOON | | 12:00 | |
| | | | 12 | 1:00 | |
| | | P.M. | 12 | 5 | 00 |
| | | A.M. | 12 | 7 | 56 |
| | 3rd DAY | NOON | | 1:00 | |
| | | | 12 | 2:00 | |
| | | P.M. | 12 | 5 | 04 |
| | 4th DAY | A.M. | 12 | | |
| | | | 12 | | |
| | | P.M. | 12 | | |
| | 5th DAY | A.M. | 12 | 7 | 59 |
| | | | 12 | 1:00 | |
| | | P.M. | 12 | 2:00 | |
| | | | | 5:30 | |
| | 6th DAY | A.M. | 12 | | Paid Family |
| | | | 12 | | leave |
| | | P.M. | 12 | | |
| | 7th DAY | A.M. | 12 | | |
| | | | 12 | | |
| | | P.M. | 12 | | |
| TOTAL | | | | TOTAL | |

Time, Rate Pay and Shop No.

Received Payment

Name: Stephen Escobar

Date: 6/21/04   No.

| EXTRA TIME | | REGULAR TIME |
|---|---|---|

**1st DAY** — A.M. / NOON / P.M.

Gomez 50

**2nd DAY** — A.M. 8 00 / NOON 4 50 / P.M.

8 4

**3rd DAY** — A.M. 7 56 / NOON 02 / P.M.

**4th DAY** — A.M. / NOON / P.M.

**5th DAY** — A.M. 6 01 / NOON 5 04 / P.M.

**6th DAY** — A.M. 5 52 / NOON / P.M.

**7th DAY** — A.M. 7 54 / NOON 5 10 / P.M.

TOTAL   TOTAL

Time, Rec. Pay as Shown are correct

Present Payment

FORM 1850 (15742.)





No. _____   Date 7/16/64

Name Stephen Escobar

MON.

A M      IN
         OUT

P M      IN
         OUT                    Holiday

TUE.

A M      IN
         OUT                    Sick 8:00
                                     5:00
P M      IN
         OUT

WED.

A M      IN
         OUT                    off

P M      IN
         OUT

THU.

A M      IN   8            7   58
         OUT               5   00

P M      IN
         OUT

FRI.

A M      IN   8            7   54
         OUT               2   57

P M      IN               4:00
         OUT   5:00        8   01

SAT.

A M      IN   8
         OUT

P M      IN
8 sick   OUT              5:00

SUN.

8 Holiday  A M   IN
24 Reg          OUT

P M      IN
         OUT

SIGNATURE _____

____ Form 1291 (REV 6-63) 11          MADE IN U.S.A.



7/24/04

Name: Stephen Escobar



**MON.** IN 7 56 / OUT 5 00 *flex*

**TUE.** IN 7 55 / OUT 11 46 *flex* / IN 12 43 / OUT 5 01

**WED.** IN 8 05 / *flex* / 5 12

**THU.**

**FRI.** IN 8:00 / OUT Sick Pay / IN 5:00 / OUT 8 05

**SAT.** 32 Reg 8 Sick / *flex* / 5 00

**SUN.**





30

No Transaction Report

Name Stephen Escobar

Date 9/5/04 9-11/04

EXTRA TIME

8:00

5 00

7 55

4hrs.
Overtime
Holiday

5:00

7 49

4 59

8 00

1:00

Precelebric
PBD
for Sat.

2:00

5 08

7 54

4 58

TOTAL

Time, Rate, Pay as Shown are

Received Payment

21

Name Stephen Escobar

Date 9/12/64

| EXTRA TIME | | | REGULAR TIME | |
|---|---|---|---|---|
| **1st DAY** | A.M. | z | | |
| | NOON | N | | |
| | P.M. | | | |
| **2nd DAY** | A.M. | z | 8 | 02 |
| | NOON | N | | |
| | P.M. | | 5 | 03 |
| **3rd DAY** | A.M. | z | 7 | 51 |
| | NOON | N | | |
| | P.M. | | 5 | 46 |
| **4th DAY** | A.M. | z | | |
| | NOON | N | | |
| | P.M. | | | |
| **5th DAY** | A.M. | z | 7 | 59 |
| | NOON | N | 5 | 01 |
| | P.M. | | | |
| **6th DAY** | A.M. | z | 7 | 57 |
| | NOON | N | | 5:00 |
| | P.M. | | | |
| **7th DAY** | A.M. | z | 8 | 01 |
| | NOON | N | | 5:30 |
| | P.M. | | | |

#50
Piece Work
Dickerson

RED—OACING
Regular Hrs.
Extra Hrs.
DRIVER
DIFF(V.I.T.)
HOME LINEUP(V.I.
CENTER WITH. TAX
FED. WITH. TAX
F.I.D.A.
LESS VAZNESS
Rate
Rate
Total
Total
Total

| TOTAL | | TOTAL | | |

Time, Rate, Pay as Shown are correct.

Received Payment

WEIPS FORM 1252 (1500G)          MADE IN U.S.A





Name: Stephen Escobar

Date: 10/3/64

No Transaction Report

EXTRA TIME

REGULAR TIME

TOTAL

Time, Rate, Pay as shown are correct.

Received Payment

FORM 1252 (1800)

MADE IN U.S.A.

Name Stephen Escobar 12915

Date 1/2/09     No.

| EXTRA TIME | | REGULAR TIME | |
|---|---|---|---|
| | AM | ½ | 8:00 am |
| 1st DAY | NOON | 9 | 11:22 |
| | | 9 | 12:22 |
| | | 5 | 08 |
| | EX | | |
| | | | |
| 2nd DAY | | 1/3 | 4:30 |
| | | | |
| | | 1/4 | |
| | | | |
| | | 1/5 | |
| 5th DAY | | 1/6 | |
| | | | |
| | | 1/7 | |
| | | | |
| 7th DAY | | 1/8 | |
| | | | |
| TOTAL | | TOTAL 8 | |

No Transaction

