UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, et al.<br>On behalf of themselves and all employees similarly situated,<br><br>          Plaintiffs,<br>vs.<br><br>ALDERWOODS GROUP, INC., et al.<br><br>          Defendants. | CASE NO. 3:08-CV-01184 SI<br><br>**DECLARATION OF BRENT KNIGHT IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23** |

# DECLARATION OF BRENT KNIGHT

I, BRENT KNIGHT, under penalty of perjury, declare as follows:

1. I am a partner with the law firm of Jones Day, counsel of record in this action for Defendant Alderwoods Group, Inc. I have been admitted *pro hac vice* in this case. This affirmation contains evidence cited in support of Defendant's Opposition to Plaintiffs' Renewed Motion for Class Certification Pursuant to Federal Rule of Civil Procedure 23.

## Summaries of Evidence on Plaintiffs' Alleged "Policies"

2. Attached hereto as *Exhibit A* is a summary chart of evidence related to Plaintiffs' "Community Service" allegations.

3. Attached hereto as *Exhibit B* is a summary chart of evidence related to Plaintiffs' "On-Call Piece-Rate" allegations.

4. Attached hereto as *Exhibit C* is a summary chart of evidence related to Plaintiffs' "Meal Breaks" allegations.

## Summary of Inaccurate Representations and Misrepresentations by Plaintiffs and Plaintiffs' Witnesses

5. Attached hereto as *Exhibit D* is a "Inaccurate Representations" chart summarizing instances where Plaintiffs inaccurately represented testimony relating to Alderwoods' alleged community work policy.

6. Attached hereto as *Exhibit E* is a compilation of inaccurate representations in Plaintiffs' Brief related to Alderwoods' alleged community work policy.

7. Attached hereto as *Exhibit F* is a true and correct copy of production document ALD030508-13, an e-mail chain regarding Alderwoods Community Programs policies, specifically about attendance and compensation issues.

## Compilation of Referenced Deposition Testimony

8. Attached hereto as *Exhibit G* is a compilation of Deposition Excerpts. These Deposition Excerpts are separately tabbed and preceded by a table of contents identifying each deponent.

**Compilation of Referenced Field Employee Declaration Testimony**

9. Attached hereto as *Exhibit H* is a compilation of Declarations submitted by field-level employees, including field managers. These Declarations are separately tabbed and preceded by a table of contents identifying each declarant.

**Corporate and Management Employee Declaration Testimony**

10. Attached hereto as *Exhibit I* is the 11/11/2009 Declaration of Alderwoods' former Vice President of Operations Ronald Collins.

11. Attached hereto as *Exhibit J* is the 9/4/2010 Declaration of Alderwoods' former Vice President of Operations Ronald Collins.

12. Attached hereto as *Exhibit K* is the Declaration of Alderwoods' former Vice President of Operations Buddy Mayes.

13. Attached hereto as *Exhibit L* is the Declaration of Alderwoods' former Vice President of Operations Shawn Phillips.

14. Attached hereto as *Exhibit M* is the Declaration of Alderwoods' former Western Geography Trainer Monica Berryhill.

15. Attached hereto as *Exhibit N* is the 9/2010 Declaration of Alderwoods' former Senior Payroll Manager Clarissa Hollinger.

I hereby declare under penalty of perjury, that the foregoing is true and correct.

Executed on: September 10, 2010

Brent D. Knight