From: KIM WHITEHEAD/ALDERWOODS
Sent: 10/18/2004 1:27:16 PM
To: KATIE LEAHY/ALDERWOODS@ALDERWOODS
CC:
Subject: Re: Community Programs

Leanne has already responded to this.

Kim Whitehead
HR Project Specialist
Alderwoods Group
416-498-2780 direct line
800-696-9906 fax


----- Forwarded by Kim Whitehead/Alderwoods on 10/18/2004 09:26 AM -----

    Leanne Sersun
    10/18/2004 09:24 AM

        To: 3544 Shuford Hatcher FH/FuneralHome/Alderwoods@Alderwoods
        cc: (bcc: Kim Whitehead/Alderwoods)
        Subject: Re: Community Programs

If it's paid working event, then yes, your manager can require you to
attend/work.  My understanding of the civic event your location is planning is
that it will happen on a Friday during business hours.  Any employee who is
required to show up, will be paid for hours worked.

Besides, showing support and pride for where you work can help with
introductions and showcasing your facility in the community.  We all have a
role to play with the marketing of our facilities.  You may know some people
that others at your location do not.  You can introduce them and highlight your
location's involvement in the community.

Thanks for the question.

Leanne Sersun
Manager, Human Resources
Canada & Northeast USA Operations

Alderwoods Group
2225 Sheppard Avenue East Suite 1100, Atria III
Toronto, ON M2J 5C2
Tel: 416.498.2472   Fax: 604.456.6170

"Effective leadership is putting first things first.  Effective management is
discipline, carrying it out" - Stephen Covey



    3544 Shuford Hatcher FH
    10/18/2004 08:58 AM

        To: HR Specialists
        cc:
        Subject: Community Programs

Our Manager told us that the community programs sponsored by our funeral home were mandatory. Is this correct?  Thank You

ALD030509

From: GARY TOYE/ALDERWOODS
Sent: 10/18/2004 4:38:43 PM
To: RICK SCULLY/ALDERWOODS@ALDERWOODS
CC: KATIE LEAHY/ALDERWOODS@ALDERWOODS;KIM WHITEHEAD/ALDERWOODS@ALDERWOODS;LEANNE SERSUN/ALDERWOODS@ALDERWOODS
Subject: Re: Fw: Community Programs - For your follow up

Rick,
I just got off a call with Leanne regarding this issue.

If the event is during the normal work day and it does not take place at a venue that is objectionable for a valid reason (ie a person of the Hebrew faith taking part at an event in a Christian church) then it is mandatory and the employee would be paid his or her normal rate.

If the event takes place after hours, it is strongly encouraged and may be recognized in a non monetary way (ie. donation or sponsorship to the organization that the employee belongs to; I Believe in Service reward points; recongition in the Geographical newsletter, etc.)

We encourage all the employees at the location to be involved in the community in some way and like to recognize them accordingly. We take the growing of market share very seriously and require that everyone has a part in it. The location manager cannot do it alone. Some employees resent that, but without market share, all of us would be seeking gainful employment somewhere else.


If you have any other questions, or would like to discuss this further, please feel free to give me a call.

Gary


Gary F. Toye
Market General Manager
Alderwoods Group  NE21, NE22
Mailing Address:
Caughman - Harman Funeral Home
5400 Bush River Road
Columbia, SC  29212
(803) 798-5458 Office
(803) 798-6954 Office Fax
(604) 456-6142  EFax



       Rick Scully
       10/18/2004 06:04 AM

              To: Gary Toye/Alderwoods@Alderwoods, Katie Leahy/Alderwoods@Alderwoods
              cc: Kim Whitehead/Alderwoods@Alderwoods
              Subject: Fw: Community Programs - For your follow up

Gary/Katie,

Please see note below. For your follow up

thx, Rick

ALD030510

----- Forwarded by Rick Scully/Alderwoods on 10/18/2004 09:03 AM -----

>	Kim Whitehead
>	10/18/2004 09:00 AM
>			To: Rick Scully/Alderwoods@Alderwoods
>			cc:
>			Subject: Community Programs

Hi Rick

Can you help with this one.

Kim Whitehead
HR Project Specialist
Alderwoods Group
416-498-2780 direct line
800-696-9906 fax


----- Forwarded by Kim Whitehead/Alderwoods on 10/18/2004 08:59 AM -----

>	3544 Shuford Hatcher FH
>	10/18/2004 08:58 AM
>
>			To: HR Specialists
>			cc:
>			Subject: Community Programs

Our Manager told us that the community programs sponsored by our funeral home were mandatory. Is this correct?  Thank You

ALD030511

From: RICK SCULLY/ALDERWOODS
Sent: 10/18/2004 2:30:56 PM
To: GARY TOYE/ALDERWOODS@ALDERWOODS
CC: KATIE LEAHY/ALDERWOODS@ALDERWOODS;KIM WHITEHEAD/ALDERWOODS@ALDERWOODS;LEANNE SERSUN/ALDERWOODS@ALDERWOODS
Subject: Re: Fw: Community Programs - For your follow up

Thanks Gary. Appreciate the follow up and the note


       Gary Toye
       10/18/2004 12:38 PM
              To: Rick Scully/Alderwoods@Alderwoods
              cc: Katie Leahy/Alderwoods@Alderwoods, Kim Whitehead/Alderwoods@Alderwoods, Leanne Sersun/Alderwoods@Alderwoods
              Subject: Re: Fw: Community Programs - For your follow up

Rick,
I just got off a call with Leanne regarding this issue.

If the event is during the normal work day and it does not take place at a venue that is objectionable for a valid reason (ie a person of the Hebrew faith taking part at an event in a Christian church) then it is mandatory and the employee would be paid his or her normal rate.

If the event takes place after hours, it is strongly encouraged and may be recognized in a non monetary way (ie. donation or sponsorship to the organization that the employee belongs to; I Believe in Service reward points; recongition in the Geographical newsletter, etc.)

We encourage all the employees at the location to be involved in the community in some way and like to recognize them accordingly.  We take the growing of market share very seriously and require that everyone has a part in it.  The location manager cannot do it alone.  Some employees resent that, but without market share, all of us would be seeking gainful employment somewhere else.


If you have any other questions, or would like to discuss this further, please feel free to give me a call.

Gary


Gary F. Toye
Market General Manager
Alderwoods Group  NE21, NE22
Mailing Address:
Caughman - Harman Funeral Home
5400 Bush River Road
Columbia, SC  29212
(803) 798-5458 Office
(803) 798-6954 Office Fax
(604) 456-6142  EFax



       Rick Scully
       10/18/2004 06:04 AM

ALD030512

      To: Gary Toye/Alderwoods@Alderwoods, Katie Leahy/Alderwoods@Alderwoods
      cc: Kim Whitehead/Alderwoods@Alderwoods
      Subject: Fw: Community Programs - For your follow up

Gary/Katie,

Please see note below. For your follow up

thx, Rick

----- Forwarded by Rick Scully/Alderwoods on 10/18/2004 09:03 AM -----

      Kim Whitehead
      10/18/2004 09:00 AM

          To: Rick Scully/Alderwoods@Alderwoods
          cc:
          Subject: Community Programs

Hi Rick

Can you help with this one.

Kim Whitehead
HR Project Specialist
Alderwoods Group
416-498-2780 direct line
800-696-9906 fax


----- Forwarded by Kim Whitehead/Alderwoods on 10/18/2004 08:59 AM -----

      3544 Shuford Hatcher FH
      10/18/2004 08:58 AM

          To: HR Specialists
          cc:
          Subject: Community Programs

Our Manager told us that the community programs sponsored by our funeral home were mandatory. Is this correct?  Thank You

ALD030513