UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, et al.<br>On behalf of themselves and all employees similarly situated,<br><br>    Plaintiffs,<br>    vs.<br><br>ALDERWOODS GROUP, INC., et al.<br><br>    Defendants. | CASE NO.   3:08-CV-01184 SI<br><br>**DECLARATION OF CLARISSA HOLLINGER** |

## DECLARATION OF CLARISSA HOLLINGER

I, Clarissa Hollinger, pursuant to 28 U.S.C. § 1746, depose and state as follows:

1. I am over 21 years of age, have personal knowledge of the facts set forth in this declaration, and could testify to them competently if called to do so.

2. I was employed by Alderwoods Group, Inc. as Senior Payroll Manager. I held that position from November 1998 through February 2008.

3. Through my role as Senior Payroll Manager, I am familiar with piecework payments to Alderwoods employees.

4. When employees who received piecework pay worked overtime in the same week they received piecework, they received an overtime adjustment. That overtime adjustment was meant to compensate the employee for the difference in their overtime rate as a result of the piecework pay. These overtime adjustments for piecework are reflected in payroll records attached by Plaintiffs to their recent class certification motion, which I have reviewed. For instance, Jeffrey Diggs received overtime adjustments in weeks he worked overtime and received piecework. There is no basis for this overtime adjustment in his time records other than an adjustment to account for his piecework pay.

5. Employees who received piecework pay would have no hours associated with that pay. That does not mean that employees also were not paid an hourly rate for the work they did. Some employees may have been paid piecework on top of an hourly rate depending on practices at particular locations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September ___, 2010

_C. Hollinger_____
CLARISSA HOLLINGER