1 | BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
2 | P.O. Box 119
Oakland, CA 94604
3 | Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
4 | rbodzin@BurnhamBrown.com

5 | Attorneys for Plaintiffs

6 | [Additional Counsel Appear on Signature Page]

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | WILLIAM HELM, et al., on behalf of ) **CASE NO.  3:08-CV-01184 SI**
themselves and all other employees and former )
12 | employees similarly situated, )
)
13 | Plaintiffs, ) **[PROPOSED] ORDER PERMITTING**
) **TELEPHONIC APPEARANCES AT**
14 | vs. ) **CASE MANAGEMENT CONFERENCE**
)
15 | ALDERWOODS GROUP, INC., )
)
16 | Defendant. )
)
17 | )
)
18 | )
)
19 | _____ )

20 | Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders

21 | as follows:

22 | 1. Plaintiffs and Defendant shall attend the Case Management Conference set for

23 | **February 18, 2011 at 3:00 p.m** by telephonic appearance.

24

25

26

27

28 | **[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE
MANAGEMENT CONFERENCE**                                                      1

Case No.:  3:08-CV-01184 SI

1    **IT IS SO ORDERED:**

2

3        2/11/11

4                                          _____
                                           Honorable Susan Illston
                                           United States District Court
5

     **AGREED TO:**

6

7    By: /s/ Sarah Cressman                By: /s/ John A. Mason
                                                Steven H. Gurnee
8        J. Nelson Thomas (*pro hac vice*)      David M. Daniels
         Patrick J. Solomon (*pro hac vice*)    John A. Mason
9        Annette Gifford (*pro hac vice*)       GURNEE & DANIELS LLP
         Sarah Cressman (*pro hac vice*)        2240 Douglas Blvd, Suite 150
10       THOMAS & SOLOMON LLP                   Roseville, CA 95648
         693 East Avenue                        Telephone:  916-797-3100
11       Rochester, NY  14607                   Facsimile:  916-797-3131
         Telephone:  585-272-0540
12       Facsimile:  585-272-0574               Counsel for Defendant

13
         Robert M. Bodzin, State Bar No. 201327
14       BURNHAM BROWN
         P.O. Box 119
15       Oakland, CA 94604
         Telephone: (510) 835-6833
16       Facsimile:  (510) 835-6666

17
         Charles H. Saul (*pro hac vice*)
18       Liberty J. Weyandt (*pro hac vice
         pending*)
19       Kyle T. McGee (*pro hac vice*)
         MARGOLIS EDELSTEIN
20       525 William Penn Place
         Suite 3300
21       Pittsburgh, PA 15219
         Telephone:  412-281-4256
22       Facsimile:  412-642-2380

23

24       Counsel for Plaintiffs

25

26

27

28
     **[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE
     MANAGEMENT CONFERENCE**                                              2

     Case No.:  3:08-CV-01184 SI