1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10

11 WILLIAM HELM, DEBORAH PRISE,             )  CASE NO.  3:08-CV-01184 SI
   HEATHER P. RADY, et al., on behalf of    )
12 themselves and all other employees and former )
   employees similarly situated,            )
13                                           )  [PROPOSED] ORDER CONTINUING
                Plaintiffs,                  )  HEARING DATE
14                                           )
   v.                                        )
15                                           )
   ALDERWOODS GROUP, INC.,                   )
16                                           )
                Defendant.                   )
17                                           )
                                             )
18                                           )
                                             )
19 _____)

20     Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21 follows:

22     1.    The motion hearing date for Defendant's Renewed Motion to Sever Misjoined

23 Plaintiffs Pursuant to FRCP 21 shall be continued to **July 15, 2011 at 9:00 a.m.**

24

25

26

27

28

 [PROPOSED] ORDER CONTINUING HEARING DATE                                                 1

Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

6/3/11

_____
Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: June 2, 2011

| | |
|---|---|
| By: /s/ J. Nelson Thomas | By: /s/ Nicholas P. Foresteiere |
| J. Nelson Thomas (*pro hac vice*) | Steven H. Gurnee |
| Patrick J. Solomon (*pro hac vice*) | Nicholas P. Forestiere |
| Annette Gifford (*pro hac vice*) | John A. Mason |
| THOMAS & SOLOMON LLP | GURNEE & DANIELS LLP |
| 693 East Avenue | 2240 Douglas Blvd, Suite 150 |
| Rochester, NY 14607 | Roseville, CA 95648 |
| Telephone: 585-272-0540 | Telephone: 916-797-3100 |
| Facsimile: 585-272-0574 | Facsimile: 916-797-3131 |
| | |
| Robert M. Bodzin, State Bar No. 201327 | Counsel for Defendant |
| BURNHAM BROWN | |
| P.O. Box 119 | |
| Oakland, CA 94604 | |
| Telephone: (510) 835-6833 | |
| Facsimile: (510) 835-6666 | |
| | |
| Charles H. Saul (*pro hac vice*) | |
| Liberty J. Weyandt (*pro hac vice*) | |
| Kyle T. McGee (*pro hac vice*) | |
| MARGOLIS EDELSTEIN | |
| 525 William Penn Place | |
| Suite 3300 | |
| Pittsburgh, PA 15219 | |
| Telephone: 412-281-4256 | |
| Facsimile: 412-642-2380 | |
| | |
| Counsel for Plaintiffs | |

[PROPOSED] ORDER CONTINUING HEARING DATE    2

Case No.: 3:08-CV-01184 SI