BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM HELM, , | ) | CASE NO.  3:08-CV-01184 SI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS |
| ALDERWOODS GROUP, INC., | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. The hearing date for Defendant's Motion to Dismiss portions of the Third Amended Complaint (Dkt. No. 328), previously set for October 14, 2011 is moved to **November 18, 2011 at 9:00 a.m.**; and

2. The further Case Management Conference previously set for September 22, 2011 (Dkt. No. 320) is continued to a date to be determined after the Motion to Dismiss is

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS                                                      1

Case No.:  3:08-CV-01184 SI


decided.   The Case Management Conference is continued to 12/16/11 @ 3:00 p.m.

**IT IS SO ORDERED:**

9/19/11

_____
Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: September 19, 2011

By: /s/ Sarah Cressman
   J. Nelson Thomas (*pro hac vice*)
   Patrick J. Solomon (*pro hac vice*)
   Annette Gifford (*pro hac vice*)
   Sarah Cressman (*pro hac vice*)
   THOMAS & SOLOMON LLP
   693 East Avenue
   Rochester, NY  14607
   Telephone:  585-272-0540
   Facsimile:  585-272-0574

   Charles H. Saul (*pro hac vice*)
   Liberty J. Weyandt (*pro hac vice*)
   Kyle T. McGee (*pro hac vice*)
   MARGOLIS EDELSTEIN
   525 William Penn Place
   Suite 3300
   Pittsburgh, PA 15219
   Telephone:  412-281-4256
   Facsimile:  412-642-2380

   Counsel for Plaintiffs

By: /s/ John A. Mason
   Steven H. Gurnee
   Nicholas P. Forestiere
   John A. Mason
   GURNEE & DANIELS LLP
   2240 Douglas Blvd, Suite 150
   Roseville, CA 95648
   Telephone:  916-797-3100
   Facsimile:  916-797-3131

   Counsel for Defendant

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS
           2

Case No.:  3:08-CV-01184 SI