| | |
|---|---|
| 1 | STEVEN H. GURNEE, ESQ. SB# 66056 |
| | NICHOLAS P. FORESTIERE, ESQ. SB#125118 |
| 2 | JOHN A. MASON, ESQ. SB# 166996 |
| | GURNEE & DANIELS LLP |
| 3 | 2240 Douglas Boulevard, Suite 150 |
| | Roseville, CA  95661-3805 |
| 4 | Telephone     (916) 797-3100 |
| | Facsimile      (916) 797-3131 |
| 5 | |
| | Attorneys for Defendants |
| 6 | ALDERWOODS GROUP, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, | ) ) ) ) ) | No.  CV 08-01184 SI |
| | ) ) | [~~PROPOSED~~] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE |
| Plaintiffs, | ) | |
| vs. | ) ) | |
| ALDERWOODS GROUP, INC., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1.    The date for the further Case Management Conference in this matter, previously set for December 16, 2011, is continued to **January 27, 2012 at 3:00 p.m.**

////

////

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE
MANAGEMENT CONFERENCE                                                                                                     1
Case No.:  CV 08-01184 SI

1  IT IS SO ORDERED:

2  Dated: 12/1/11

*Susan Illston*

Honorable Susan Illston
United States District Court

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE
MANAGEMENT CONFERENCE
Case No.: CV 08-01184 SI

2