STEVEN H. GURNEE, ESQ. SB# 66056
JOHN A. MASON, ESQ. SB#166996
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone      (916) 797-3100
Facsimile       (916) 797-3131

Attorneys for Defendant
ALDERWOODS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALDERWOODS GROUP, INC.,<br><br>　　　　　Defendant. | No. CV 08-01184 SI<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION |

Pursuant to the Stipulation of counsel and good cause appearing, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 2/7/12

_____
Honorable Susan Illston
United States District Court

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION 1
Case No.:  CV 08-01184 SI